IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 04-1258-SLR ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on March 18, 2005, copies of Plaintiff McKesson's Second Supplemental Response to Defendant TriZetto's First Set of Interrogatories (1-20) were served by facsimile and by U.S. mail on the following counsel:

>Matthew C. Lapple, Esquire
>PAUL, HASTINGS, JANOFSKY & WALKER, LLP
>695 Town Center Drive
>Costa Mesa, CA 92626
>Facsimile: 714-979-1921

>Jack B. Blumenfeld, Esq.
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>Facsimile: 302-425-3012

/s/ signature

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
 Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Michael Hendershot
Donna Hill
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

- and -

Allan M. Soobert
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

DATED: March 21, 2005