## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on March 21, 2005, I electronically filed the Notice of Service of Plaintiff McKesson's Second Supplemental Response to Defendant TriZetto's First Set of Interrogatories (1-20) with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**VIA CM/ECF**

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

390888.02-Wilmington S1A