# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(888) 329-2812
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 11, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

      Re: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*, C.A. No. 04-1258-SLR (D. Del.)

Dear Chief Judge Robinson:

  On behalf of plaintiff McKesson Information Solutions LLC ("McKesson"), enclosed please find a letter from my colleague, David W. Hansen, regarding the discovery issues that McKesson would like to discuss at the April 12, 2005 discovery conference in the above-titled matter.

              Respectfully,

              Michael A. Barlow (#3928)

cc: Jack Blumenfeld, Esq. (by hand)
   Jeffrey T. Thomas, Esq. (by fax)
   Matthew Lapple (by fax)