IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. ) | C.A. No. 04-1258 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant's Second Set of Document Requests (121-146) were caused to be served on April 13, 2005 upon the following in the manner indicated:

BY U.S. MAIL

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

BY HAND

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/  Jack B. Blumenfeld
          Jack B. Blumenfeld (#1014)
          Rodger D. Smith, II (#3778)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
            Attorneys for Defendant
            The TriZetto Group, Inc.

OF COUNSEL:

John M. Benassi
Jessica R. Wolff
Matthew C. Lapple
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130
(858) 720-2500

April 19 2005