IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS )
LLC,                                                          )
                                                                  )
                          Plaintiff,                       )
                                                                  )
            v.                                                 )       CIVIL ACTION NO. 04-1258-SLR
                                                                  )
THE TRIZETTO GROUP, INC.                     )
                                                                  )
                          Defendant.                     )

## NOTICE OF SERVICE

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC,

certifies that on April 20, 2005, copies of Plaintiff McKesson's Third Supplemental

Responses to Defendant TriZetto's First Set of Interrogatories (1-20) were served by

facsimile and by Federal Express on the following counsel:

> Jeffrey Thomas, Esq.
> GIBSON, DUNN & CRUTCHER LLP
> Jamboree Center
> 4 Park Plaza, Suite 1400
> Irvine, CA  92614
> Facsimile:  949-475-4670
>
> Jack B. Blumenfeld, Esq.
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> Facsimile:  302-425-3012

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
    Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Michael Hendershot
Donna Hill
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

- and -

Allan M. Soobert
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

DATED: April 21, 2005

399024.01-Wilmington S1A