IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, </br></br> Plaintiff, </br></br> v. </br></br> THE TRIZETTO GROUP, INC., </br></br> Defendant. | ) ) ) ) ) ) ) C.A. No. 04-1258 (SLR) ) ) ) ) ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Supplemental Response to McKesson Information Solutions, LLC's Interrogatory No. 2 were caused to be served on April 26, 2005 upon the following in the manner indicated:

BY HAND

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

BY FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

                                           MORRIS, NICHOLS, ARSHT & TUNNELL

                                           /s/  Jack B. Blumenfeld
                                           Jack B. Blumenfeld (#1014)
                                           Rodger D. Smith, II (#3778)
                                           1201 N. Market Street
                                           P.O. Box 1347
                                           Wilmington, DE  19899
                                           (302) 658-9200
                                             Attorneys for Defendant
                                             The TriZetto Group, Inc.

OF COUNSEL:

John M. Benassi
Jessica R. Wolff
Matthew C. Lapple
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130
(858) 720-2500

April 26, 2005