# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

April 27, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   McKesson Information Systems v. The TriZetto Group;
           C.A. No. 04-1258 (SLR)

Dear Chief Judge Robinson:

      I am writing in connection with the telephone conference scheduled for 2:30 tomorrow. Attached as Exhibit A is a sample of the original McKesson subpoena served on about 40 of TriZetto's customers and attached as Exhibit B is a sample of a revised subpoena served on a few additional customers this week. The revised subpoena is consistent with the letter McKesson apparently sent to the earlier recipients, (We did not know about the letter when we raised this issue, and still do not know who it was sent to, because McKesson did not send us copies.) In any event, it is readily apparent that McKesson has not taken "a sharp knife" to the subpoena. Indeed, original categories 1-3, 8 and 11 are identical and the rest have hardly been changed.

      At least one customer (HealthNow) has moved to quash (in the Western District of New York) because compliance would require "hundreds if not thousands of man-hours" and "several weeks, if not several months." Another customer (Great Lakes Health Plan) has advised us that it has expressed concerns to McKesson with respect to the scope and timing of the subpoena, as well as to McKesson's suggestion that it not discuss the matter with TriZetto's counsel. In order to avoid inconsistent rulings and undue burdens on the customers (who have no stake in this litigation), we hope that the scope of the subpoenas can be resolved by this Court without the need for multiple proceedings in various jurisdictions.

                                               Respectfully,

                                               /s/ Jack B. Blumenfeld
                                               Jack B. Blumenfeld

The Honorable Sue L. Robinson
April 27, 2005
Page 2

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
        Michael A. Barlow, Esquire (By Hand)
        David W. Hansen, Esquire (By Fax)
        Jeffrey T. Thomas, Esquire (By Fax)