**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>           Defendant. | Civil Action No. 04-1258 SLR |

**NOTICE OF SERVICE OF
SUBPOENA TO RONALD ALAN HURST**

PLEASE TAKE NOTICE that Defendant The TriZetto Group, Inc. will command the production of documents and things from Ronald Alan Hurst, located at 15828 Sanctuary Drive, Tampa, Florida  33647-1075.

The production of documents and things will proceed in accordance with the subpoena attached hereto.

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                                          /s/     Jack B. Blumenfeld
                                                          Jack B. Blumenfeld (#1014)
                                                          Rodger D. Smith, II (#3778)
                                                          1201 North Market Street
                                                          P.O. Box 1347
                                                          Wilmington, Delaware 19899-1347
                                                          (302) 658-9200
                                                          Attorneys for Defendant
                                                          THE TRIZETTO GROUP, INC.
                                                          jblumenfeld@mnat.com

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

April 27, 2005

2

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 27, 2005 I electronically filed a NOTICE OF SERVICE OF SUBPOENA TO RONALD ALAN HURST at the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 27, 2005 upon the following in the manner indicated:

>BY HAND
>
>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE  19899
>
>BY FEDERAL EXPRESS
>
>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue
>Suite 1100
>Palo Alto, CA  94301

>/s/    Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com