5,253,164

45                                                46

*EXAMPLE 18*

- 8 -

### Typical Session with CodeReview

**Example of "EA" Rule**

**Computer**
**Prompt :** Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
        93503
        93501

**Computer**
**Response:**    1. 93503 right heart cath; Swan-Ganz catheter
        2. 93501 right heart catheterization; only

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

**User enters [presses one key]:**
        Return

**Computer**
**Response:**    Enter the age of the patient.
                        AGE CHOICES:
        Age 20 or younger
        Age 21 or older

**User enters [after moving cursor to the correct line]:**
        Return

**PATH ONE: IF AGE IS 20 OR YOUNGER:**
**Computer**
**Response:**    Assign the following code(s) for payment:
        1. 93503 right heart cath; Swan-Ganz catheter

        To know the reason for the change(s), press Return.
        Otherwise, press Escape.

**User enters [presses one key]:**
        Return

**Computer**
**Response:**    1. 93503 has been accepted with no change.
        2. 93501 is excluded: because, in this age group, the two
            procedures are virtually identical.

**PATH TWO: IF AGE IS 21 OR OLDER:**
**Computer**
**Response:**    Assign the following code(s) for payment:
        1. 93503 right heart cath; Swan-Ganz catheter
        2. 93501 right heart catheterization; only

5,253,164

47                                      48

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
        Return

<u>Computer
Response:</u>  1. 93503 has been accepted with no change.
          2. 93501 has been accepted with no change.


APPENDIX B

<u>RULES DESCRIPTIONS</u>


PART I.

<u>Rules Applied to Multiple Codes</u>: Contained in INTERACT.dbf

RULE                DESCRIPTION

<u>Replace ACODE with DCODE</u>

R1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                delete ACODE, keep <u>BCODE to CCODE</u>, and add
                DCODE.

        <u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
        order) with ECODE</u>

R2      If ACODE appears with BCODE,
                delete ACODE and BCODE and add CCODE.

R3      If ACODE appears with BCODE and CCODE,
                delete ACODE, BCODE, and CCODE, and add
                DCODE.

R4      If ACODE appears with BCODE, CCODE, and DCODE,
                delete ACODE, BCODE, CCODE, and DCODE, and
                add ECODE.

        <u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                exclude BCODE to CCODE, and keep ACODE.

        <u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                exclude ACODE, and keep BCODE to CCODE.

5,253,164

49                                                    50

Limit ACODE payment

L1        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                limit the payment of ACODE to DCODE.

EP        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE, and in POS is ECODE,
                then exclude ACODE and keep BCODE to CCODE.

EA        If ACODE appears with BCODE and if AGE is between
          CCODE to DCODE,
                then exclude ACODE and keep BCODE.
          Query for More Info because of Multiple Codes

QM        If ACODE appears with another code in the range of
          BCODE to DCODE, there is a question about this
          combination of codes.

QS        If ACODE appears with another code in the range of
          BCODE to CCODE, then there is a question about ACODE.

QB        If ACODE appears with another code in the range of
          BCODE to CCODE, then there is a question about the
          code in the BCODE to CCODE range.

          IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.


PART II.

Rules applied to each code individually: Contained in
BYITSELF.dbf

RULE        DESCRIPTION

Q1        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the claim,
                then always request more information ("by
                report") as specified in MESSAGE.

Q2        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the form and more than
          one of the following fields have entries that match
          the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
          to ENDAGE, DX,
                then request more information as specified in
                MESSAGE.

Q3        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the form and the charge
          on the claim is greater than DOLLALIM,
                then request more information as specified in
                MESSAGE.

BEST AVAILABLE COPY

5,253,164

51                                                        52

Q4      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the charge
        on the claim is greater than the fee screen for
        CODELIM,
                then request more information as specified in
                MESSAGE.

Q5      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the place
        of service is POS,
                then request more information as specified in
                MESSAGE.
        In addition, if CODELIM = 0 and the place of service
        is POS,
                replace the code in question with CODELIM and
                the reason is flagged by MESSAGETYPE.

Q6      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and there is no
        evidence of anesthetic as specified in ANESTHESIA,
                then request more information as specified in
                MESSAGE.

Q7      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the
        patient's age is between BEGAGE and ENDAGE,
                then request more information as specified in
                MESSAGE.

Q8      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the
        diagnosis is DX,
                then request more information as specified in
                MESSAGE.
        In addition, if CODELIM = 0 and the DX, or ICD9CODE
        (or provider) is true,
                then replace the code in question with
                CODELIM, and the reason is flagged by
                MESSAGETYPE.

Q9      If CODE survives the rules applied to multiple codes
        or CODE is only one submitted on the form,
                then replace ACODE with CODELIM, and the
                reason is flagged by MESSAGETYPE.

APPENDIX C

ALLCODE:
    Allcode is the file which contains every code, as well as
information which pertains to certain codes code.

    CODE = presented code (all codes represented)

    TITLE4 = description of code from CPT-4 tape

    RVU = rvu of code (relative value unit)

    AST = indicate if a global procedure (all inclusive)

5,253,164    BEST AVAILABLE COPY

53                                                                54

SUPERSED:

CODE = presented code which is to be superseded

SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:

ACODE = contains CPT-4 codes                          all rules

RULE = E1, E2, R1-RN, CM, QS, QB, L1

BCODE, CODE = contains CPT-4 codes                    all rules

DCODE = cpt4 code                                     R1, R3 +

DCODE = dollar amount                                 L1

ECODE = cpt4 code                                     R4 .

ECODE = messagetype                                   all rules
                                                      except R4
                                                      and above

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed


BYITSELF:

CODE = code which presents a problem when presented
       either by itself or with other codes

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

RULE = Q1, Q2,....,Q9

SINGLE = currently indicates, if true, that the code
         needs to be either the sole surviving code, or
         the only code on the claim, in order for the
         rule (in RULE) to be fired.  This field is
         currently under revision to become broader in
         scope. ie if the coe is the only surviving
         code do rule A, or if the code is with other
         codes, do rule B.

MESAGETYPE = internally assigned 'code' which will
             match a type in MESSAGE.dbf, which
             contains English language messages for the
             CodeReview user.

DOLLARLIM = $ limit which if exceeded leads user to
            more information, else accept code           Q3

POS = place of service                                   Q5

ANESTHESIA = contains a type of anethesia (general) Q6

BEGAGE = start of an age range inappropriate for the
         procedure                                       Q7

ENDAGE = end of the age range inappropriate for the
         prcedure                                        Q7

DX = diagnosis(es) inappropriate for the procedure  Q8

ICD9CODE = ICD-9-CM diagnosis code inappropriate for
           the procedure          ...                    Q8

CODELIM = code which the charge for CODE will be
          compared to (greater than, less than)          Q4

5,253,164     BEST AVAILABLE COPY

55     56

CODELIM = code which will replace code if

    1) if the POS is inappropriate      Q5

    2) if the DX or ICD9CODE is inappropriate  Q8

    3) in all circumstances for 29      Q9

MESSAGE:

    TYPE = assign code name for message

    ORIGIN = indicates multiple, single or both

    OP = ask for op report?

    PATH = ask for pathology report?

    OFF = ask for office records?

    HOS = ask for hospital progress notes?

    OTHER = ask for another claim?

    REVIEWER = is the type of reviewer the asked-for
        information should be sent to and reviewed
        by (ie nurse, supervisor, physician etc)

    TOLOOKFOR = specified items that the reviewer should
        look for upon receiving the asked-for
        information

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = 1
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
      company = company
      COLORM = COLMAIN
      COLORH = COLHELP
      col_look = col_look
      col_say = col_say
      SET COLOR TO &COLORM
      color = .t.
else
      color = .f.
ENDIF
select 1
use
clear
```

57                     5,253,164             58
BEST AVAILABLE COPY

```
*  SELECT 3                        && opened and closed in entry.prg
*  USE SUPERSED INDEX SUPERSED
*  SELECT 4                        && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF     && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE       && rules.prg
** select 10                       && recomm.prg
** use  new
*  memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
-Modify Code     Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
'F1-Help              ..        ' ' enter + 'Recommendations              Esc-Exit '
                            Enter            provided
helpline9 = ;
'                      <Enter claim number in space provided>           '
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
- Make Selection.                    Esc-Return'
helpline6 = ;
- Make Selection         Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add   M - Modify Code  R - Restart  Q - Quit'

helpline3 =;
'CHOICE: [ ]      X - Explain Recommendations      N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                  N - New Session              Q - Quit'
endif
helpline2 = ;
'             CodeReview is processing input codes ... please stand by    '
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 1988'
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
'                        ESC - Exit Help                                   '


choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

5,253,164    BEST AVAILABLE COPY

59    60

```
        return
    endif
endif
if one_date .or. .not. get_date
   select process
   temp_date=code_date
   if code_count > 1
      DO MULTIPLE.prg        && exclude, replacement, QM rules
   endif
   DO RULES.PRG
else
   select process
   go top
   temp_date=code_date
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   go top
   count to code_count

         go top
         do while .not. eof() .and. code_date=temp_date
            if code_count > 1
               DO MULTIPLE.prg        && exclude, replacement, QM rules
            endif
            DO RULES.PRG
            select process
            set filter to code_date=temp_date
            go bott
            set filter to
            skip
            if eof()
               exit
            endif
            temp_date=code_date
            set filter to endstatus $ 'AP' .and. code_date=temp_date
            go top
            count to code_count
            go top
         enddo
      endif
      do recomm
      if clipper
         loop
      else
         if choice = 'N'
            loop
         endif
      endif
   exit
enddo
CLOSE DATABASES



* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  / ')
IF CLIPPER
      do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store '  ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  / ')
get_date = .t.
set date american
```

5,253,164

BEST AVAILABLE COPY

61                                                    62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number: '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header8

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 6
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = t


SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
     store .f. to upkey,dnkey
     @ row,s_col say str(counter,2) + '.'
     DO GETCODE
     SELECT PROCESS
     if clipper
        if upkey
           row = row - 1
           counter = counter - 1
           skip - i
           loop
        endif
     endif
     if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
           append blank
           replace begstatus with 'P',endstatus with 'P', session_no ;
              with session
        else
           go save_rec
           skip.
        endif
     endif
     row = counter + 5
enddo
do while .t.
   if clipper
      exit
   endif
   SELECT PROCESS
   choice = 'P'.
```

BEST AVAILABLE COPY

5,253,164

63                                                                          64

```
SET CONFIRM OFF
@ 23,10 get choice picture '1'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                              .and. val(choice) <= counter))

       ?? chr(7)
       loop
else
    mod_rec = val(choice)
    do case
        case choice = 'A' .or. val(choice) = counter
            IF COUNTER < 8
                done = .f.
                SELECT PROCESS
                append blank
                replace begstatus with 'P',endstatus with 'P'
                row = counter + 5
                @ row,s_col say str(counter,2) + '.'
                do getcode
                if .not. done          && code was added
                    counter = counter + 1 && increment for next time around
                endif
            ENDIF

        case mod_rec > 0 .and. mod_rec < 10
            go mod_rec
            row = mod_rec + 5
                  getcode
            do getcode

        case choice = 'P'
            exit

        case choice = 'RQ'
            exit

        case choice = 'H'
            do help
    endcase
    if choice $ 'RQ'
        return
    endif
    choice = 'P'
    endif
enddo
if .not. esc
    helpline = helpline2
    @ 23,1 get helpline
    clear gets
    select process
    go bott
    if code = 0
        delete
        pack
    endif
**  count to code_count
    set safety off
    select process
    set filter to endstatus = 'S'
    go top
    do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
            xreplace,begstatus with 'S',code_date with sup_date, ;
            endstatus with 'A'
        skip
    enddo
    set filter to
    set date ansi
    index on dtoc(code_date) + str(code,5) to process
    set filter to endstatus $ 'AP'
    count to code_count
    go top
    do while .not. eof()
        tem_date=code_date
```

BEST AVAILABLE COPY

```
      skip
      if code_date <> tem_date
         one_date = .f.
            exit
         endif
      enddo
      select 2
      use process index process
      select 3
      use
endif
IF CLIPPER
      do setkey with .f.
endif

return


* PROCS.PRG

PROCEDURE GETCODE
*
      tries = 1
      DO WHILE .T.
            SELECT PROCESS
            if code = 0
               xcode = space(5)
            else
               xcode = str(code,5)
            endif
            @ row,e_col get xcode picture '99999'
            help_field = 1
            read
            IF ESC
               return
            ENDIF
            if xcode = space(5)
               @ row,s_col say space(11)
               if upkey
                  exit
               endif
               done = .t.
               if counter = 1 .and. clipper
                  choice = 'Q'
               else
                  choice = 'P'
               endif
               RETURN
            endif
            IF CLIPPER .and. help_on
               LOOP
            ENDIF
            replace code with val(xcode)
            SELECT ALLCODE
            set exact on
            SEEK PROCESS->code
            set exact off
            if .not. eof()
               SELECT SUPERSED
               SEEK PROCESS->code
               if .not. eof()
                  select process
                  replace endstatus with 'S',replacedby with ;
                        supersed->supercode
               else
                  SELECT PROCESS
                  if begstatus = 'P' .and. endstatus $ 'IS'
                     replace endstatus with 'P',replacedby with 0
                  endif
               endif
               @ row,e_col say PROCESS->code picture '99999'
               @ row,d_col say allcode->title4
            else
               if tries = 1
                  ?? chr(7)
                  mess = 'INVALID CODE !!'
                  @ row,d_col say substr(mess + space(18),1,28)
                  tries = 2
                  loop
```

5,253,164

BEST AVAILABLE COPY

67                          68

```
          else
              @ row,d_col say PROCESS->code picture '99999'
              @ row,d_col say 'Invalid code will be ignored'
              SELECT PROCESS
                 replace
              ->     see  endstatus with 'I'
          endif
      endif
  SELECT PROCESS
  if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
      @ row,c_col get xcode_date
      help_field = 2
      read
      if esc
          return
      endif
      if year(xcode_date) = 0 .and. counter = 1
          get_date = .f.
          @ row,c_col say space(8)
          @ 3,c_col say space(5)
          @ 4,c_col say space(5)
      else
          @ row,c_col say dtoc(xcode_date)
      endif
          replace code_date with xcode_date
  endif
  if counter = 1
      @ row,m_col-1 say '$'
==============    CHECK FOR DUPES
  else
      save_recno = recno()
      ycode_date = code_date
      go top
      locate for code=val(xcode) .and. recno()< save_recno ;
                  .and. code_date = ycode_date && .and. endstatus <> 'L'
      if .not. eof()
          go save_recno
          replace endstatus with 'L'
      else
          go save_recno
      endif
  endif
  if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                  .and. .not. done
      @ row,m_col get claim_amt picture '99999'
      help_field = 3
      read
      if esc
          return
      endif
      @ row,m_col say claim_amt picture '99999'
  endif
  if counter = 1
      if claim_amt = 0
          get_charge = .f.
          @ row,m_col - 2 say space(8)
          @ 3,m_col-1 say space(7)
          @ 4,m_col-1 say space(7)
      endif
  endif
  exit
  enddo
RETURN

PROCEDURE HELP
*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

5,253,164

BEST AVAILABLE COPY

```
store SPACE(6) to help1,help2,help3,help4
if color
    SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
    case help_field = 1
        mess ='Enter the CPT-4 code as it appears on the claim form. ';
      + 'If you are unsure of the code, press <F2> to do a lookup by the ';
      + 'index of the CPT-4 Manual'

        do format1 with mess,14,15,63
    case help_field = 2
        mess = 'Enter the date as it appears on the claim form. This is ';
        + 'optional'

        do format1 with mess,14,15,63

    case help_field = 3
        mess ='Enter the dollar amount of the claim '
        do format1 with mess,14,15,63

    case choice = 'H'
help1 = '       "P" -- Process; all codes have been correctly input'
help2 = '       "A" -- Add another code'
help3 = '       "#" -- Enter line number to edit code already input'
help4 = '       "Q" -- Quit session'
    case code = 0
help1 = '         CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

    case begstatus = 'P' .and. endstatus = 'P'
help1 = '         CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '         CPT-4 code has been successfully entered'
help4 = '         Both begstatus and endstatus are "P"'

    case endstatus = 'I'
help1 = '                 INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

    case begstatus = 'S' .and. endstatus = 'A'
help1 = '                 SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'.

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
    SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
    do while inkey() <> 27
    enddo
    RESTORE SCREEN
    do setkey with .t.
ELSE
    @ 16,5 clear to 21,73
    helpline = save_help
    @ 23,1 get helpline
    clear gets
ENDIF
return

PROCEDURE SETKEY
*
```

BEST AVAILABLE COPY

71                    5,253,164                    72

```
parameter setflag
if setflag
     set key -4 to HIT_KEY
     set key -1 to HIT_KEY
     set key 5 to  upkey
     set key 27 to HIT_KEY
     set key 24 to dnkey
else
     set key -9 to        && F10
     set key -8 to
     set key -7 to        && F8
     set key -6 to
     set key -5 to
     set key -4 to        && F5
     set key -3 to
     set key -2 to
     set key -1 to        && F2
     set key 1 to         && home
     set key 3 to         && pagedn
     set key 4 to         && right
     set key 5 to         && upkey
     set key 6 to         && end
     set key 18 to        && pageup
     set key 19 to        && left
     set key 24 to        && downkey
     set key 27 to        && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
     CASE LASTKEY() = 27
          CLEAR GETS
          DONE = .T.
          SELECT PROSPECT
          GO BOTT
          IF RECNO() = 1 .OR. EOF()
               CHOICE = 'Q'
          ELSE
               CHOICE = 'R'
          ENDIF
          ESC = .T.
          RETURN

     CASE LASTKEY() = -1
                         with .f.
          do setkey with .t.
          DO LOOKUP.prg
          do setkey with .t.

     CASE LASTKEY() = -4
          CLEAR GETS
          DONE = .T.
          CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
     keyboard chr(13)
     UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
     keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

BEST AVAILABLE COPY

5,253,164

73                                                                      74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**   DO samecode
**   if code_cnt > 1
        DO exclude              && Checks exclusion rules
     select process
**      set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        code_cnt = 0
        count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
        if code_cnt > 1
           DO replace                    && Checks replacement rules
           count to code_cnt  && for endstatus $ 'AP' .and. code_date=temp_date
           if code_cnt > 1
              do r1s                      && checks r1 rules
           else
**            store .f. to again
              exit
           endif
        else
**         store .f. to again
           exit
        endif
**   else
**   store .f. to again
**   exit
**   endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
   DO query
endif
release all
select interact
use

RETURN

***  ACTION.PRG

***  3/20/88 MODIFICATIONS

***   --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***     IS USED IN KEEP
***   --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***     FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***   --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***     IN INTEACT
***   --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   GO TOP
   do while .nct. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
```

BEST AVAILABLE COPY

5,253,164

75                                                                          76

```
PRCC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
   SELECT PROCESS
   GO PROC_REC
   SKIP
   LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
   if code = temp
      skip
      loop
   endif
   SELECT INTERACT                              && replacements
   GO EXCL_REC
   DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
      IF BCODE <= process->code .AND. process->code <= CCODE
         IF rule = 'E2'
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
            if interact->ecode<>0
               replace type with interact->ecode
            endif
            EXIT
         ELSE
            IF rule = 'E1'
               SELECT PROCESS
               temp_code = code
               temp_rec =.recno()
               GO PROC_REC
               REPLACE ENDSTATUS WITH "E", TRIGGER WITH temp_code,RULE WITH "E1"
               if interact->ecode<>0
                  replace type with interact->ecode
               endif
               go temp_rec  temp_rec
               EXIT
            ENDIF
         ENDIF
      ENDIF
      select interact
      SKIP
   ENDDO
   select process
   skip
ENDDO
SELECT PROCESS                                  && Loop 2
GO PROC_REC                                     && Moving to next code for evaluation
SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*
   select interact
   select process
   go top

   DO WHILE .NOT. EOF() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PRCC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,6) + 'R2'
      IF eof()
         SELECT PROCESS
```

BEST AVAILABLE COPY

5,253,164

77                                          78

```
GO PROC_REC
   skip
   loop
ENDIF
REP_REC = RECNO()

SELECT PROCESS
GO TCP
DO WHILE .not. eof() .and. code_date=temp_date
   SELECT INTERACT
   GO REP_REC
   DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
      IF BCODE = process->code
         NEW = CCODE
         SELECT PROCESS
         REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
             REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
         temp_rec = recno()
         temp_code = code
         ses_no = session_no
         GO PROC_REC
         REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
             REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
         rep_date=code_date
         append blank
             REPLACE SESSION_no WITH ses_no, CODE WITH NEW;
                 WITH                              code
             BEGSTATUS,"R"="R", ENDSTATUS WITH "A",  code_date with rep_date
             STORE .F. & AGAIN TO AGAIN
         go temp_rec
         EXIT
      ENDIF
      select interact
      SKIP
   ENDDO
   select process
   skip
ENDDO
SELECT PROCESS
GO PROC_REC
SKIP
ENDDO
if .not. again
   store .t. to again
else
   store .f. to again
endif
select process
return


PROCEDURE query

*---- checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'        && looking only at codes which have multiple
                                   && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date        && in process
   temp = code
   proc_rec = recno()
   select interact
   seek str(temp,5) + 'Q'
   if eof()
      select process
      go proc_rec
      skip
      loop
   endif
   quer_rec = recno()
   select process
   go top
   do while .not. eof() .and. code_date=temp_date        && in process
```

BEST AVAILABLE COPY

5,253,164

79                                80

```
      if code = temp
        skip
        loop
      endif.
    done=.f..
    select interact
    go quer_rec
    do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .nct. eof()
      if process->code >= bcode .and. process->code <= ccode
        do case

          case rule='QM'
            replace process->endstatus with 'M', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
                      process
            temp2 = prc  ss->code
            select proc  s
            go proc_rec
            replace endstatus with 'M', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

          case rule='QS'
            temp2=process->code
            select process
            go proc_rec
            replace endstatus with 'Q', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

          case rule='QB'
            replace process->endstatus with 'Q', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
            done=.t.

        .endcase
        if done
          .exit
        . endif
      endif
      select interact
      skip
    enddo
    if. done
      exit
    endif
    select process
    skip
  enddo
  select process
  go proc_rec
  skip
enddo
**select process
**select interact
return


PROCEDURE r1s

*---- Checks surviving codes for R1 rules and makes proper replacement
*
*

select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date     && in process
  temp=code
  proc_rec = recno()
  select interact
  go top
  seek str(temp,5) + 'R1'
```

BEST AVAILABLE COPY

5,253,164

81                                              82

```
if eof()
   select process
   go proc_rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while acode=temp .and. .not. eof() .and. rule='R1'      && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with 'I', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with 'I';
      endstatus with 'A', cods_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
   exit
endif
go proc_rec
skip
enddo
return


PROCEDURE samecode
*
*
*  eliminates a code if it appears twice, and should not be accepted twice
*

select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
   xcode=code
   proc_rec=recno()
   skip
   do while .not. eof() .and. code_date=temp_date
      if code=xcode
         replace endstatus with 'L', trigger with xcode
         exit
      else
         skip
         loop
      endif
   enddo
   go proc_rec
   skip
   if code=first
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return


PROCEDURE limit_pay
```

BEST AVAILABLE COPY

5,253,164

83                                    84

```
▼ --- checks rules for payment limit due to code combination
▪
▪
    select 10
    use interact index interact
    select process
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    GO TOP
    do while .not. eof() .and. code_date=temp_date
        NUMCODE = 0
        TEMP = CODE
        PROC_REC = RECNO()
        SELECT INTERACT
        SEEK str(TEMP,5) + 'L'
        IF .NOT. FOUND()
           SELECT PROCESS
           GO PROC_REC
           SKIP
           LOOP
        ENDIF
        lim_rec = RECNO()

        select process
        go top
        do while .not. eof() .and. code_date=temp_date    && in process
           if code = temp
              skip
              loop
           endif
           SELECT interact
           GO lim_rec
           DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
              IF BCODE <= process->code .AND. process->code <= CCODE
                 SELECT PROCESS
                 temp1=code
                 temp_rec=recno()
                 go proc_rec
                 REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                        pay with interact->dcode
                 go temp_rec
                 EXIT
              ENDIF
              select interact
              SKIP
           ENDDO                              && in interact
           select process
           skip
        ENDDO                          && Loop 2, in process
     SELECT PROCESS
     GO PROC_REC                       && Moving to next code for evaluation
     SKIP
  enddo
SELECT INTERACT
use

**SET FILTER TO
RETURN

* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16
                              && check this with multiple codes !!
 select process
 set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
 count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
     begstatus <> 'R'
 go top
```

BEST AVAILABLE COPY

85    86

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
    xcode = code
    xreview = ' '
    xsource = ' '
    failed = .f.
    note = .f.
    select byitself
    seek xcode
    if eof()
        SELECT PROCESS
        SKIP
        LOOP
    endif
    IF SINGLE
        IF CODE_CNT > 1
            select process
            skip
            LOOP
        ENDIF
    ENDIF
    rulecheck = byitself->rule
    do case
        case rulecheck = 'Q1'
            select process
            replace endstatus with 'Q', rule with 'Q1',type with ;
                byitself->messagetype

        case rule = 'Q2'

        case rulecheck = 'Q3'
            dlim = '$'+ltrim(str(dollarlim,8))
            dline1 = substr('Under '+ dlim + space(25),1,28)
            dline2 = substr(dlim + ' or more' + space(25),1,28)
            dline3 = 'No charge is listed for ' + str(xcode,5)
            do ctext with xcode
            if need_clear
                do bott_clr
            endif
            do dollars
                                       0 no=
            if prompt_ar  \ A '1' ....

        case rulecheck = 'Q4'
            do ctext with xcode
            xmess = cmess
            do ctext with BYITSELF->codelim
            if need_clear
                do bott_clr
            endif
            do codelim

        case rulecheck = 'Q5'
            if process->begstatus = 'P'
                do ctext with xcode
            else
                cmess = 'the claim'
            endif
            if need_clear
                do bott_clr
            endif
            do pos

        case rulecheck = 'Q6'
            do ctext with xcode
            if need_clear
                du bott_clr
            endif
            do anesth

        case rulecheck = 'Q7'
            if need_clear
                do bott_clr
            endif
            do age
```

BEST AVAILABLE COPY

5,253,164

87                                                88

```
case rulecheck = 'Q8'
    if need_clear
        do bott_clr
    endif
    do diagnosis

case rulecheck = 'Q9'
    if need_clear
        do bott_clr
    endif
    select process
    replace endstatus with 'D', rule with 'Q8', type with byitself->messagetype ;
        replacedby with byitself->codelim
    append blank
    replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
        type with byitself->messagetype


    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
    set procedure to action
    do lfmit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 18 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

BEST AVAILABLE COPY

5,253,164

89                                                              90

```
if clipper
   @ box_row + 2, box_col + 4 prompt dline1
   @ box_row + 3, box_col + 4 prompt dline2
   @ box_row + 4, box_col + 4 prompt dline3
   @ box_row + 5, box_col + 4 prompt dline4
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
   @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+8)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
      row_beg = max(2,(ROW_BEG + (-1)) - ROWS - 6)
ENDIF

cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34   #
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

   do while str_size > max_size
      counter = 0
      do while .t.
         if substr(string,max_size-counter+1,i) = ' '
            exit
         else
            counter = counter + 1.
         endif
      enddo
      @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
      cur_row = cur_row + 1
      str_size = str_size - max_size + counter - 1
      string = substr(string,max_size - counter + 2,str_size)
   enddo

   @ cur_row,col_beg+6 say string
   @ row_beg + 1, col_beg say dline1
   @ row_beg + 2, col_beg say dline2
   @ row_beg + 3, col_beg say dline3
   @ row_beg + 4, col_beg say dline4
   @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row, box_col + 11 say ' CODE CHARGE '
if clipper
   @ box_row + 2, box_col + 4 prompt dline1
   @ box_row + 3, box_col + 4 prompt dline2
   @ box_row + 4, box_col + 4 prompt dline3
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

5,253,164

BEST AVAILABLE COPY

91                                                92

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 28 say '  CHARGE COMPARISON  '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. ' + dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(8)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline = 'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital'
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office'
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

5,253,164

BEST AVAILABLE COPY

93                                                              94

```
           @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
           read
           If .not. prompt_ans $ '12345'
               mess = 'ENTER 1,2,3,4 or 5'
               DO MESSAGE.PRG
               loop
           endif
       endif
       exit
 enddo
   select process
   do case
       case prompt_ans = '1'
           replace POS with 'INP'
       case prompt_ans = '2'
           replace POS with 'OUT'
       case prompt_ans = '3'
           replace POS with 'OFF'
       case prompt_ans = '4'
           replace POS with 'OTH'
       case prompt_ans = '5'
           replace POS with 'NUL'
   endcase

   do case
       case byitself->pos = 'OFF'
           if prompt_ans $ '345'
               failed = .t.
           endif

       case byitself->pos = 'INP'
           if prompt_ans $ '145'
               failed = .t.
           endif

       case byitself->pos = 'OUT'
           if prompt_ans $ '245'
               failed = .t.
           endif

       case byitself->pos = 'NIP'
           if prompt_ans $ '2345'
               failed = .t.
           endif
   endcase
   if failed
       if byitself->codelim = 0
           select process
           replace endstatus with 'Q',rule with 'Q5',type with ;
               byitself->messagetype
       else
           select process
           replace endstatus with 'O',rule with 'Q5',replacedby with ;
               byitself->codelim,type with byitself->messagetype
           tem_date=code_date
           append.blank
           replace code with byitself->codelim,begstatus with 'O',endstatus ;
               with 'A',type with byitself->messagetype, code_date with tem_date
           set filter to endstatus $ 'AP' .and. code_date=temp_date
       endif
   endif
   return

PROCEDURE DOLLARS
*
do helpline
mode = 0
nsed_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
           + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do dol box with prompt_row,21
do while .t.
   if clipper
       menu to mode
       prompt_ans = str(mode,1)
```

BEST AVAILABLE COPY

5,253,164

95                                                    96

```
            else
                prompt_ans = ' '
                @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
                read
                If .not. prompt_ans $ '123'
                    mess = 'ENTER 1,2,OR 3'
                    DO MESSAGE.PRG
                    loop
                endif
            endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return


PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 18
prompt_col = 8
promptline =   'Please compare the charges on the claim for procedure ';
           + xmess + ' with the payment limit for procedure ';
           + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
         + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
         +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 8,prompt_col,70
do cl_box with prompt_row,4
do while .t.
        if clipper
            menu to mode
            prompt_ans = str(mode,1)
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            If .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return


PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
      "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod('  /  /  ')
        @ prompt_row + 2,29 get dob
        read
```

BEST AVAILABLE COPY

5,253,164

97                                                              98

```
        if dob = ctod(' / / ')
            @ prompt_row + 2.29 say space(8)
            @ prompt_row + 2.44 get age
            read
            if age = ' '
                @ prompt_row + 2.44 say space(3)
                loop
            endif
        endif
        exit
    enddo
    if age <> ' '
        new_age = val(age)
    else
        new_age = int((date()-dob)/365)
    endif
endif
if new_age >= byitself->bagage .and. new_age <= byitself->endage
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
endif
set date ansi
return


PROCEDURE ANESTH
*
do helpline
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
           + 'surgeon, an anesthesiologist, or a facility) that documents ';
           + 'the use of regional or general anesthesia ? (Y/N) '
do format2.prg with promptline,prompt_row,prompt_col,72
do while .t.
    prompt_ans = ' '
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
    read
    If .not. prompt_ans $ 'YN'
        ?? chr(7)
        loop
    endif
    exit
enddo
if prompt_ans = 'N'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
endif
return


procedure ctext
*
Parameter zcode
select allcode
seek zcode
cmess = str(zcode,5) + ' (' + trim(title4) + ')'
return


procedure review
*
parameter abbrev
do case
    case abbrev = 'RN'
        xreview = 'a nurse or surgical technician'
    case abbrev = 'MD'
        xreview = 'a physician'
    case abbrev = 'SP'
        xreview = 'a supervisor'
    case abbrev = 'AD'
        xreview = 'an adjuster'
    case abbrev = 'CL'
        store .t. to note
endcase
return


procedure source
*
```

BEST AVAILABLE COPY

5,253,164

```
* NOTE: message.dbf is selected
do case
     case op
          xsource = 'the operative report reviewed'
     case path
          xsource = 'the pathology report reviewed'
     case off
          xsource = 'the office records reviewed'
     case hos
          xsource = 'the hospital progress report reviewed'
     case other
          xsource = 'other related claim(s) reviewed'
     otherwise
          xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
IF CLIPPER
     RESTORE SCREEN from rule_scrn
else
     @ 16,1 clear to 22,78
ENDIF
need clear = .f.
return

******recomm.prg
******CREATE NEW.DBF
select 8
use message index message
select process
SET INDEX TO
SET FILTER TO ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE    && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
     SORT TO NEW ON RVU/D
else
     copy to new
endif                    && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
o_mess = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further ';
     + space(5) + chr(179) + space(21)+ 'information.'
lap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess = 'REPLACED:  This code has been replaced by the code below. Press <F7>';
     'space(5) + chr(179)+ space (21)+ 'for further information.'
r_mess = 'REPLACED:  This code has been replaced by the code below.'
```

bEST AVAILABLE COPY

5,253,164

101                                                                    102

```
lys_mess='EXCLUDED:  This procedure is incidental to the accepted code(s), but';
+space (23)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED:  When performed with another abdominal procedure,          ';
+'                   appendectomy is virtually always incidental.'
an_mess='EXCLUDED:  86480 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
llm_mess='LIMIT PAYMENT: of this code to $ '


store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
           clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
           clear_row7,clear_row8
clear_cnt = 0
choice = '5'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline3
SELECT PROCESS
go top
if claim_amt > 0.
    say_amt = .t.
as   say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QW'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col SAY str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod(' / / ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>' '  BR
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
```

BEST AVAILABLE COPY

5,253,164

103                                              104

```
clear gets
IF CLIPPER
     save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
     clear_cnt = 0
     @ 23,1 get helpline
     clear gets
     if clipper
          if repeat
               moreinfo = .f.
               first_time = .t.
               repeat = .f.
               restore screen from rec_scrn1
          endif
          temp = ' '
          keyboard chr(12)
          do while .t.
                    keyboard chr(12)
                    @ 23,78 get temp
                    read
                    do case
                    case lastkey() = 27
                         done = .t.
                         exit

                    case lastkey() = 13
                         if moreinfo
                              restore screen from rec_scrn2
                              moreinfo = .f.
                              set key -6 to moreinfo
                         endif
                         EXIT

                    endcase
          enddo
          keyboard chr(12)
     else
          choice = 'X'
          do while .t.
               SET CONFIRM OFF
               @ 23,10 get choice picture '!'
               read
               SET CONFIRM ON
               if .not. choice $ 'XNQ'
                    ?? chr(7)
                    loop
               else
                    exit
               endif
          enddo
          if choice $ 'NQ'
               done = .t.
          endif
     endif
     if done
          exit
     endif
******

*@ 15,s_col to 15,s_col + 13

     @ 14,s_col say ' '
     @ 15,s_col say ' '
     select process
     if .not. first_time
          @ row,s_col - 6 clear to outrow,s_col - 7   && moved from below
          @ mess_row,6 clear to mess_row+1,78         && moved from below
          @ row,s_col say str(row-5,2) + ' . ' + str(code,5)
          select new
          @ outrow,s_col say str(recno(),2) + ' . ' + str(code,5)

                    _____
                         Mo
               if endstatus $ 'P'
                    @outrow,s_co. 4 say '??'
                    if ' ' $ new2
```

BEST AVAILABLE COPY

5,253,164

105                                106

```
                outrow = new2_row          && for clearing arrows
                @ outrow,s_col-4 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
            endif
        endif
**      @ row,s_col - 8 clear to outrow,s_col - 1
**      @ mess_row,8 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '1'
        do while clear_rec&K <> 0
            go clear_rec&K
            @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
            clear_rec&K = 0
            counter = counter + 1
            K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
            loop
        else
            row = row + 1
        endif
        do while skipover
            skip
            if eof()
                repeat = .t.
                row = 6
                go top
            else
                row = row + 1
            endif
        enddo
        if repeat
            loop
        endif
    else
        first_time = .f.
*       if xcount = 1
*           repeat = .t.
*           loop
*       endif
    endif
    temp1 = str(row-5,2) + '.  ' + str(code,5)
    do case
        case endstatus = 'I'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,l_col say chr(179)
            else
                @ row+1,l_col to mess_row-1,l_col
            endif
            do mid_out with mess_row
            @ mess_row,g_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
            SELECT NEW
            locate for code = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,l_col to outrow-1,l_col
            do last_out with outrow
            @ outrow,s_col get temp2
            clear gets
            if endstatus = 'P'
                @ mess_row,g_col say acc_mess
            else
                if endstatus = 'U'
                    @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+ ;
                    ', since it appears with '+ str(trigger,5) + '.'
```

5,253,164

BEST AVAILABLE COPY

107                    108

```
            endif
          endif

  case begstatus = 'P' .and. endstatus $ 'ISOD'
        SELECT NEW
        locate for code = PROCESS->replacedby
        xtype = type
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row,s_col get temp1
        clear gets
        do first_in with row
        @ row+1,1_col to outrow-1,1_col
        do last_out with outrow
        @ outrow,s_col get temp2
        clear gets
        do case

            case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
                  mess = sup_mess
                  @ mess_row,g_col say mess


            case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
                  .and. xtype = 0
                  mess = r_mess
                  @ mess_row,g_col say mess

            case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
                  .and. xtype<>0
                  select message
                  seek xtype
                  @ mess_row,g_col say 'REPLACED:  '+ TRIM(tolookfor)
                  @ row+1,1_col to outrow-1,1_col

            otherwise
                  do moreinfo

        endcase

  case begstatus = 'P' .and. endstatus = 'R'
        SELECT NEW
        locate for code = PROCESS->replacedby
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row,s_col get temp1
        if process->type <> 0
            box = .t.
            xtype = process->type
        endif
        clear gets
        do first_in with row
        SELECT PROCESS
        cur_rec = recno()
        cur_row = row
        match = replacedby
        skip
        cur_row = row + 1
        do while .not. eof()
            if replacedby = match
                  temp3=str(cur_row-5,2) + '.  ' + str(code,5)
                  clear_cnt = clear_cnt + 1
                  K = str(clear_cnt,1)
                  clear_row&K = cur_row
                  clear_rec&K = recno()
                  @ cur_row,s_col get temp3
                  replace skipover with .t.
                  clear gets
                  do mid_in with cur_row
            else
                  @ cur_row,1_col say chr(179)
            endif
            skip
            cur_row = cur_row + 1
        enddo
        go cur_rec
        if box
            do moreinfo
            @ cur_row,1_col to outrow-1,1_col
```

5,253,164    BEST AVAILABLE COPY

```
    else
        @ mess_row,g_col say rep_mess + str(replacedby,5)+'.'
        @ cur_row,1_col to outrow-1,1_col
    endif
    do last_out with outrow
    @ outrow,s_col get temp2
    if box
        do moreinfo
    endif
    box = .f.
    clear gets


case begstatus = 'P' .and. endstatus = 'E'
    @ row,s_col get temp1
    do first_in with row
    if row+1 = mess_row -1
        @ row+1,1_col say chr(179)
    else
        @ row+1,1_col to mess_row-1,1_col
    endif
    do mid_out with mess_row
    do case
        case code=44950 .or. code=44955
            @ mess_row,g_col say app_mess

        otherwise
            save_spot = recno()
            xtrigger = trigger
            if type <> 0
                box = .t.
            endif
            xtype = type
            go top
            locate for code = xtrigger
            do case
                case endstatus = 'E'
                    xtrigger = trigger
                case endstatus = 'R'
                    xtrigger = replacedby
            endcase
            go save_spot
            if box .and. xtype <> 49001
                select message
                seek xtype
                @ mess_row,g_col say 'EXCLUDED: '+ TRIM(tolookfor)
            else
                if xtype = 49001
                    select message
                    seek xtype
                    @ mess_row,g_col say 'EXCLUDED: ' +trim(tolookfor) ;
                        + '-' +str(xtrigger,5)+'.'
                else
                    @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
                endif
            endif
            box = .f.
    endcase

case begstatus = 'P' .and. endstatus = 'N'
    match = trigger
    SELECT NEW
    locate for (code=PROCESS->code) .or. code = match
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '. ' + str(code,5)
    @ row, s_col get temp1
    do first_in with row
    SELECT PROCESS
    cur_rec = recno()
    cur_row = row
    match = trigger
    skip
    cur_row = row + 1
    do while .not. eof()
        if code = match
            temp3 = str(cur_row-5,2) + '. ' + str(code,5)
            clear_cnt = clear_cnt + 1
            K = str(clear_cnt,1)
```

5,253,164

BEST AVAILABLE COPY

111                                   112

```
            clear_rowBK = cur_row
            clear_recBK = recno()
            @ cur_row,s_col get temp3
            replace skipover with .t.
            clear gets
            do mid_in with cur_row
         else
            @ cur_row,l_col say chr(179)
         endif
         skip
         cur_row = cur_row + 1
      enddo
      @ cur_row,l_col to outrow-1,l_col
      go cur_rec
      do ques_hi with outrow
      @ outrow,s_col get temp2
      cur_row = outrow + 1
      clear gets
      select new
      sav_newrec = recno()
      skip
      do while .not. eof()
         if code = match .or. code = process->code
            new2 = str(recno(),2) + '.  ' + str(code,5)
            new2_row
            new2    w = cur_row
            @ cur_row,s_col get new2
            clear gets
            do ques_out with cur_row
            exit    && limited to 2 codes
         else
            @ cur_row,l_col say chr(179)      && only if > 2 codes
         endif
         skip
         cur_row = cur_row + 1
      enddo
      go sav_newrec
      @ mess_row,g_col say query_mess
      do moreInfo

   case begstatus = 'P' .and. endstatus = 'Q'
      SELECT NEW
      locate for code = PROCESS->code
      outrow = 17 + recno() - 1
      temp2 = str(recno(),2) + '.  ' + str(code,5)
      @ row,s_col get temp1
      clear gets
      do first_in with row
      @ row+1,1 col to cutrow-1,l_col
      do ques_out with outrow
      @ outrow,s_col get temp2
      clear gets
      @ mess_row,g_col say q_mess
      do moreInfo

   case begstatus='P' .and. endstatus='L'
      @ row,s_col get temp1
      do first_in with row
      if row+1 = mess_row -1
         @ row+1,l_col say chr(179)
      else
         @ row+1,l_col to mess_row-1,l_col
      endif
      do mid_out with mess_row
      @ mess_row,g_col say l_mess

   endcase
ENDDO
select 2    && process
use process
**set filter to
**go top
**select 9                    && Adding records to HISTROY.dbf
**use history                 && to keep a log file
**append from process         && commented out, no need for demo
**celect 9
**use
**select new
```

5,253,164

BEST AVAILABLE COPY

113                                        114

```
**use
return

PROCEDURE NOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
.save screen to rec_scrn2
select process
xcode = code
do case
    case endstatus = 'Q'

        select message
        seek process->type
        xreviewer = reviewer
        note = .f.

        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting code '+str(xcode,5)+':'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = ' BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case endstatus = 'N'
        select message
        seek process->type
        xreviewer = reviewer
        note = .f.
        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting these codes'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = ' BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
        select message
        seek process->type
        mess = trim(message->tolookfor)
        set color to &colorh
        do format1.prg with mess,-15,24,78
        set color to &colorm
```

BEST AVAILABLE COPY

5,253,164

115                                116

```
        store .f. to note
        set procedure to limit 1.no

endcase

return

* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,9 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return
* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
        counter = 0
        do while .t.
                if substr(string,max_size-counter+1,1) = ' '
                        exit
                else
                        counter = counter + 1
                endif
        enddo
        @ cur_row,col_beg say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return
* format1.prg
parameters string,row_beg,col_beg,col_end
title =' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
        row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-2 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
        counter = 0
        do while .t.
                if substr(string,max_size-counter+1,1) = ' '
                        exit
                else
                        counter = counter + 1
                endif
        enddo
        @ cur_row,col_beg say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

5,253,164

117

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code; comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

118

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim, in response to the determining step.

5,253,164

119

120

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

* * * * *

**Exhibit B**

# Cost Containment— The Caterpillar Experience

Ronald Hurst

One of the challenges and new realities on the health care horizon is the growing concern, awareness, and involvement of American industry, as exemplified by what is taking place within my own company, Caterpillar Tractor of Peoria, Illinois. Taken altogether we are administering benefits for more than 200,000 people in the United States—70,000 employees, another 120,000 dependents, and 15,000 retirees and survivors. We are concerned about the cost of these benefits.

Last year in Illinois, where we have the pleasure of being the largest private employer, $350,000,000 in hospital charges was shifted from public payors to private payors. As a largely self-insured, self-administered payor, we are concerned about this trend. However, since part of the problem is a management problem, we at Caterpillar have asked how we can better manage health care payments. That information is what I will share in some detail in this article.

## Caterpillar

First, let me provide a bit of background about Caterpillar Tractor. In 1981 our sales were just over $9 billion, half of which was in foreign countries, where we are one of the major exporters from the U.S. We had a profit of $579 million in 1981. Last year our health benefit payments amounted to just over $150 million. Of that amount, half went to hospitals. Our number one competitor is not General Motors, Allis Chalmers, or International Harvester but a Japanese company named Komatsu. Part

of our management plan is to make sure that Komatsu never becomes as familiar to you as Datsun, Toyota, or Sony.

The reason Caterpillar is as involved as it is in health care is that we have a big stake invested financially. As I noted, last year we paid $150 million for health care, exclusive of workers' compensation payments, taxes for Medicare and Medicaid, disability payments, and death and survivor payments; so we are talking about a sizable sum.

Another principle behind our management approach to health care: We do not blame the doctors or dentists; we do not blame the hospitals. We do not blame labor or government. Industry helped to create the problem by agreeing in its union negotiations on comprehensive first dollar coverage. What we have is a system that is reacting rationally to what amounts to almost a blank check. We in industry need to do something about this situation. The buck has to stop with industry and with labor. It has to stop with doctors, hospitals, and dentists. All of us who helped create the problem need to come together to address it. And we must do so without reducing the quality of health care.

Our management approach, then, has two main aspects: what we are doing inside the company and what we are doing outside. I will describe what we are doing inside first because that is the first area we have to straighten out—clearly a management problem.

## The Inside Approach

My job was created three years ago to coordinate all aspects of health care delivery because we found that we had a number of departments working on their own: data processing, labor relations, communications, medical, and compensation. My job was to bring them together to assure that we are all "singing from the same hymn book,"

*Mr. Hurst is manager of health care planning with Caterpillar Tractor Company in Peoria, Illinois. His paper was originally presented at the 1982 NAPPH annual meeting in Scottsdale, Arizona.*

Supplied by the British Library - "The world's knowledge" www.bl.uk

if you will. To bring about such a unified approach, top level support from the chairman of the board and the president is necessary. Fortunately, I have had this backing within Caterpillar.

Although Caterpillar has been largely self-insured and self-administered for many years, the company has made some new efforts to improve its ability to monitor costs. For example, we have improved our ability to collect and analyze data. We now are able to identify a specific physician whose costs are severely out of line or whose practice patterns do not conform to the norm or identify a hospital that charges excessive amounts for given procedures. We do not simply take such reports and put them aside. We sit down with the doctors, the hospitals, the boards, the administrators, and the dentists. We have 85 people monitoring and processing claims. We are training them so that they are better aware of what they are doing, and we are involving professionals in the claims process. We have hired a physician and a dentist to help improve the medical knowledge of our claims processors and to be involved in their training.

**I**n the area of disability absence control, we have organized programs at all of our major facilities to make sure our plant physicians are talking with the admitting or attending physicians about whether or not each employee may return to work. This activity has a high return not just in terms of dollars but in terms of humanity. We have found that malingering has not been as much of a problem as our own structure and requirements for return to work on the part of employees who are on disability absence. So this area is something we had to clean up within our own house.

In attempting to coordinate benefits, we have an aggressive program to make sure that we pay only if we are responsible for the bill. If another insurance company should be taking care of the bill, we make sure that it does. We have found that we have had to make clear specifications in the area of what we consider usual and customary fees for services.

Although I am not a data processing professional, I had to become involved in data processing because that is where our claims are processed and paid. As you get into this area, if you do, what you need to remember is that a

> "Another area we have tried to enhance is communications with employees. If we do not tell the employees that we have a...benefit, how are they supposed to know?"

> "Externally, we have entered into a contract with a professional standards review organization (PSRO) in central Illinois which has had a return on our investment of no less than $10 for every $1 we have put into it."

computer is a tool—and that is all it is. That is all computer programs are too; they are tools by which to accomplish a specific objective and should be used to their best advantage toward that end.

### Benefit Plans

Another project we are undertaking inside Caterpillar is to look at our benefit plans. We often negotiated benefits that forced employees and employers into the highest cost option because we did not pay for certain benefits such as outpatient care. We are looking at the cost-effectiveness of the benefits we offer. Among the options we have added are home health care that is under the direction of a licensed physician and performed by a registered nurse and reimbursement for certain ambulatory services. We have not come up with a program for second surgical opinions because our research indicates that it probably costs as much as it benefits, both in health and dollars. We are taking a close look at hospices because we are seeing more evidence that they are both humane and cost-effective. As for dental reviews, we have found more abuse in dental payments than in any other single category, so we have an aggressive multi-faceted program related to dental payments.

**C**aterpiller now offers 15 health maintenance organizations (HMOs), and we have had an aggressive chemical dependency and alcohol abuse or drug abuse program since before World War II. We have found very high cost-effectiveness from these programs in addition to the humanity of keeping an employee well so that he can get the job done. Obviously, this approach is better for the employee and the family, and it is certainly better for the job being done at work.

Another area we have tried to enhance is communications with employees. If we do not tell the employees that we have a home health care benefit, how are they supposed to know? If we do not tell them that we have an ambulatory benefit so they do not have to be hospitalized to be reimbursed for a given procedure, they may not use the benefit. Half of the time the physician is in a position of knowing more about a given benefit than the employee is,

Supplied by the British Library - "The world's knowledge" www.bl.uk

> "In terms of our psychiatric confinements in particular,...13 percent of our patient days are psychiatric, four percent of our admissions are psychiatric, and the average length of stay for the psychiatric confinement is about three times the average length of stay for other illnesses."

and that is not as it should be. So we have extended our communications extensively, even getting into the area of life styles. The most obvious message that we are spreading is that the way to avoid health care costs is to stay healthy. However, we have not yet been able to define a return on investment from exhaustive programs of the physical fitness or health club type. We are not sure that corporations need to become involved in a major way in this area, but that may depend on where the company is located. What has worked for us may not apply to other employers such as Kimberly-Clark in Wisconsin, for example: In that area of the country, if the company does not do it, it simply does not get done. Kimberly-Clark has spent about $6 million on a gymnasium, a track, and other facilities for its employees. For them, it is a suitable program; however, for us at this point, in our major location, it is not necessary.

## On the Outside

These are just some of the strategies Caterpillar is using internally. Externally, we have entered into a contract with a professional standards review organization (PSRO) in central Illinois which has had a return on our investment of no less than $10 for every $1 we have put into it. We have been so persuaded that we have extended the hospital review to nursing homes and to two of our other production sites at which we have about 6,000 employees each. I think there will come a time when physicians are going to seriously regret having abandoned the PSRO program, which is already in place, operated by doctors, and can be run cost effectively. The physician's message has not been communicated where PSROs have been effective. Doctors seem to be abandoning physician control of the medical cost issue and turning it over to theoreticians and bureaucrats. Where we have contracts we will fund them because our return has been so remarkable. Let me give you the details.

Between 1977, the last full year before Caterpillar contracted with a PSRO, and 1980, our admissions rate per 1,000 covered persons per year declined from 156 to 140. Our patient days per thousand covered persons per

year, excluding Medicare, went down from 1,000 to 830. The average length of stay went down from 6.4 to 5.8 days, so we have had significant reductions. We can point to no other variable that specifically would have caused those savings other than the PSRO review. Return on investment has been high for us.

According to our PSRO representative, one of the reasons Caterpillar's return on investment has been so high is that we firmly requested what we wanted, made comparisons with our data, and really worked with the PSRO to get a good program. Now six other major employers in central Illinois also have private review contracts.

In terms of psychiatric confinements in particular, I can share with you that 13 percent of our patient days are psychiatric, four percent of our admissions are psychiatric, and the average length of stay for the psychiatric confinement is about three times the average length of stay for other illnesses. Our data on these factors are very concrete since we have been largely self-insured, self-administered for so long.

Our psychiatric admission criteria were developed by a group of local psychiatrists who are involved in the PSRO program. The criteria deal with clinical and laboratory findings, appropriateness of medication, need for hospitalization, discharge criteria, and a number of other treatment factors.

What problems have we had with psychiatric confinements in our PSRO program? We now have had the program for four years, so the problems no longer exist for us in any magnitude. In the beginning, however, we had to deal with the issues of subjectivity and confidentiality of records.

Caterpillar also has 15 contracts with health maintenance organizations. We are involved in about half a dozen business coalitions on health care costs, and we have begun talking to the medical community more than we did in the past—making presentations to medical society boards, sitting down with individual physicians, encouraging regular dialogue rather than just calling infrequently to discuss a claim or a single patient. We need to know more about the problems of the providers, just as the providers need to know more about the problems of the payors, so we are enhancing the dialogue.

## Conclusion

There is an old saying in the field of management that managers are supposed to make something happen. But the question is a complex one, and I hope I have not oversimplified it. The issue is terribly difficult, volatile, and sensitive; and there is no silver bullet. Nonetheless, we at Caterpillar are trying to make cost containment happen■

104

Supplied by the British Library - "The world's knowledge" www.bl.uk