## Exhibit A

**Certification Concerning Material Covered By Stipulated Protective Order**

      I, the undersigned, hereby certify that I have read the attached Stipulated Protective Order entered in the United States District Court for the District of Delaware, entitled McKesson Information Solutions, LLC, v. The Trizetto Group, Inc., C.A. No. 04-1258 (SLR). I understand the terms of this Stipulated Protective Order. I agree to be bound by such terms and to submit to the personal jurisdiction of the United States District Court for the District of Delaware with respect to any proceeding related to the enforcement of this Stipulated Protective Order, including any proceedings related to contempt of Court. I will use Designated Material marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" only in the trial and preparation for trial of this action and will not disclose any such Designated Material to anyone other than persons specially authorized by the Order and agree to return all such Designated Material which come into my possession to counsel from whom I received such Designated Material.

      I declare under penalty of perjury that the foregoing is true and correct.

Name of Individual: _____

Company or Firm: _____

Address: _____

Telephone No.: _____

Relationship to this action and its parties: _____

_____

_____

Dated:_____      _____
                                                             Signature

## Exhibit B

## Consultant Certification

I, the undersigned, hereby certify I have read the attached Stipulated Protective Order entered in the United States District Court for the District of Delaware, entitled McKesson Information Solutions, LLC, v. The Trizetto Group, Inc., C.A. No. 04-1258 (SLR). I certify that I am not engaged in business as a competitor of any person or entity currently a party to this action. If at any time after I execute this Consultant Certification and during the pendency of the action I become engaged in business as a competitor of any person or entity currently a party to this action, I will promptly inform the attorneys for the party who retained me in this action, and I will not thereafter review any Designated Material marked "HIGHLY CONFIDENTIAL" unless and until the Court in the action orders otherwise.

I declare under penalty of perjury that the foregoing is true and correct.

Name of Individual: _____

Company or Firm: _____

Address: _____

Telephone No.: _____

Dated:_____        _____
                                Signature