IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 04-1258-SLR |

**NOTICE OF SERVICE OF SUBPOENAS**

PLEASE TAKE NOTICE that plaintiff, McKesson Information Solutions LLC, has served requests for the production of documents pursuant to Federal Rule of Civil Procedure 45 on the following entities:

| Company | Date sent out for service |
|---|---|
| Providence Health Plan<br>4805 NE Glisan<br>Portland, OR 97213 | April 7, 2005 |
| Alternative Health Delivery Systems, Inc.<br>1901 Campus Place<br>Louisville, KY 40299 | April 7, 2005 |
| The Regence Group<br>200 SW Market Street, Suite 1500<br>Portland, OR 97201 | April 7, 2005 |
| Sierra Health Services, Inc.<br>2724 N. Tenaya Way<br>Las Vegas, NV 89128 | April 7, 2005 |
| Promina Health Plan, Inc.<br>2727 Paces Ferry Road, SE<br>Atlanta, GA 30339 | April 7, 2005 |

| Company | Date sent out for service |
|---|---|
| MPlan, Inc.<br>8802 North Meridian Street, Suite 100<br>Indianapolis, IN 46260 | April 7, 2005 |
| APS Healthcare Inc.<br>8403 Colesville Road<br>Silver Spring, MD 20910 | April 7, 2005 |
| Capital Blue Cross<br>2500 Elmerton Avenue<br>Harrisburg, PA 17111 | April 8, 2005 |
| Inter Valley Health Plan, Inc.<br>300 South Park Avenue<br>Promona, CA 91766 | April 8, 2005 |
| West Health Advantage<br>1331 Garden Highway, Suite 100<br>Sacramento, CA 95833 | April 8, 2005 |
| American Benefit Plan<br>4399 Santa Anita Avenue<br>El Monte, CA 91731 | April 8, 2005 |
| New York State Catholic Health Plan, Inc.<br>d/b/a Fidelis Care New York<br>95-25 Queens Boulevard<br>Rego Park, NY 11374 | April 8, 2005 |
| American Preferred Provider<br>900 South Shackleford, Suite 400<br>Little Rock, AR 72211 | April 8, 2005 |
| Blue Cross Blue Shield of Memphis<br>85 North Danny Thomas Boulevard<br>Memphis, TN 38103 | April 8, 2005 |
| Great Lakes Health Plan, Inc.<br>17117 West Nine Mile Road<br>Southfield, MI 48075 | April 8, 2005 |
| Infotrust<br>500 Discovery Parkway, Suite 200<br>Superior, CO 80027 | April 8, 2005 |
| Jefferson Pilot Corporation<br>100 North Greene Street<br>Greensboro, NC 27401 | April 8, 2005 |

| Company | Date sent out for service |
|---|---|
| QualChoice of Arkansas<br>10825 Financial Centre Parkway<br>Little Rock, AR 72211 | April 8, 2005 |
| Premier, Inc.<br>12225 El Camino Real<br>San Diego, CA 92130 | April 8, 2005 |
| PreferredOne<br>6105 Golden Hills Drive<br>Golden Valley, MN 55416 | April 8, 2005 |
| Physicians Health Partnership MSO, Inc.<br>1700 Soscol Avenue, Suite 20<br>Napa, CA 94559 | April 8, 2005 |
| Heartland Health<br>5325 Faraon Street<br>St. Joseph, MO 64506 | April 8, 2005 |
| NW Medical Information Systems<br>(NW Washington Medical Bureau)<br>333 Gilkey Road<br>Burlington, WA 98223 | April 8, 2005 |
| Blue Cross Blue Shield of Western New York and HealthNow New York, Inc.<br>1091 Main Street<br>Buffalo, NY 14240 | April 8, 2005 |
| North American Health Plans, Inc.<br>300 Corporate Parkway<br>Amherst, NY 14226 | April 8, 2005 |
| South Central Preferred<br>1803 Mt. Rose Avenue, Suite B-5<br>York, PA 17403 | April 8, 2005 |
| Priority Health<br>1231 East Beltline NE<br>Grand Rapids, MI 49525 | April 8, 2005 |
| CareSource<br>One Dayton Center<br>One South Main Street<br>Dayton, OH 45402 | April 8, 2005 |

| Company | Date sent out for service |
|---|---|
| Sullivan Cromwell LLP<br>Attn: Allan Simsheimer<br>125 Broad Street<br>New York, NY 10004-2498 | April 11, 2005 |
| Stradling Yocca Carlson & Rauth,<br>A Professional Corporation<br>Attn: K.C. Schaff<br>660 Newport Center Drive<br>Newport, CA 92660 | April 11, 2005 |
| HLM Management Co., Inc.<br>222 Berkeley Street<br>Boston, MA 02116 | April 11, 2005 |
| Jurika and Voyles, L.P.<br>1999 Harrison Street, #700<br>Oakland, CA 95612 | April 11, 2005 |
| Wellington Management Co., LLP<br>75 State Street<br>Boston, MA 02109 | April 11, 2005 |
| Harrington Benefit Services, Inc.<br>f/k/a Centra Benefits Services<br>675 Brooksedge Blvd.<br>Westerville, OH 43081 | April 11, 2005 |
| Piper Jaffray & Co.<br>800 Nicollet Mall, Suite 800<br>Minneapolis, MN 55402 | April 12, 2005 |
| Right Choice Managed Care, Inc.<br>d/b/a Blue Cross Blue Shield of Missouri<br>1831 Chestnut Street<br>St. Louis, MO 63103 | April 12, 2005 |
| Cooperativa De Seguros De Vida De Puerto Rico<br>Americo Mirando #400<br>Villa Nevarez, Rio Piedras<br>Puerto Rico 00925 | April 22, 2005 |
| IHC Health Plans<br>36 So. State Street, Floor 22<br>Salt Lake City, UT 84111 | April 12, 2005 |
| IMS Health Incorporated<br>1499 Post Road<br>Fairfield, CT 06842 | April 12, 2005 |

| **Company** | **Date sent out for service** |
|---|---|
| Hospital Service Association of Northeastern Pennsylvania<br>d/b/a Blue Cross of Northeastern Pennsylvania<br>19 North Main Street<br>Wilkes-Barre, PA  18711 | April 12, 2005 |
| Blue Cross Blue Shield of Rhode Island<br>f/k/a Coordinated Health Partners, Inc.<br>444 Westminster Street<br>Providence, RI  02903 | April 12, 2005 |
| Blue Cross of Idaho Health Service, Inc.<br>a/k/a Blue Cross of Idaho<br>3000 E. Pine Avenue<br>Meridian, ID  83642 | April 12, 2005 |
| Blue Cross Blue Shield of Tennessee<br>801 Pine Street<br>Chattanooga, TN  37402 | April 22, 2005 |
| Blue Cross Blue Shield of Louisiana<br>5525 Reitz Avenue<br>Baton Rouge, LA  70809 | April 12, 2005 |
| Anthem Blue Cross Blue Shield<br>a/k/a Anthem Insurance Companies, Inc.<br>120 Monument Circle<br>Indianapolis, IN  46204 | April 12, 2005 |
| Preferred Health Network of Maryland, Inc.<br>1099 Winterson Road<br>Airport Square<br>Linthicum, MD  21090 | April 12, 2005 |
| Presbyterian Health Plan, Inc.<br>2501 Buena Vista SE<br>Albuquerque, NM  87125 | April 12, 2005 |
| Anthem Health Plans of Kentucky, Inc.<br>f/k/a Southeastern Group<br>9001 Linn Station Road<br>Louisville, KY  40223 | April 12, 2005 |
| Coventry Health Care, Inc.<br>f/k/a QualChoice of VA Health Plan, Inc.<br>6705 Rockledge Drive, Suite 900<br>Bethesda, MD  20817 | April 12, 2005 |

| Company | Date sent out for service |
|---|---|
| Citigroup Global Markets, Inc.<br>f/k/a Salomon Smith Barney<br>388 Greenwich Street<br>New York, NY 10013 | April 12, 2005 |
| Roth Capital Partners LLC & Gene Mannheimer<br>24 Corporate Plaza Drive<br>Newport Beach, CA 92660 | April 12, 2005 |
| Warburg Dillon Read Swaps Inc. C/O UBS AG<br>799 Park Avenue<br>New York, NY 10711 | April 12, 2005 |
| John Muir/Mt. Diablo Health System<br>1400 Treat Boulevard<br>Walnut Creek, CA 94597 | April 12, 2005 |
| Thomas Weisel Partners LLC<br>One Montgomery Street, Suite 3700<br>San Francisco, CA 94101 | April 12, 2005 |
| Pacificare Dental<br>3110 Lake Center Drive<br>Santa Ana, CA 92704 | April 12, 2005 |
| Delphi BioInvestment IV, L.P.<br>3000 Sand Hill Road, Bldg. 1, Suite 135<br>Menlo Park, CA 94025 | April 12, 2005 |
| Delphi Ventures IV, L.P.<br>3000 Sand Hill Road, Bldg. 1, Suite 135<br>Menlo Park, CA 94025 | April 12, 2005 |
| Promina Health System Inc.<br>40 Technology Parkway South, #300<br>Norcross, GA 30092 | April 13, 2005 |
| The TCW Group<br>865 South Figueroa Street<br>Los Angeles, CA 90017 | April 14, 2005 |
| Bear, Stearns and Co.<br>383 Madison Avenue<br>New York, NY 10179 | April 20, 2005 |
| Carefirst of Maryland, Inc.<br>f/k/a Preferred Health Network of Maryland, Inc.<br>10455 Mill Run Circle<br>Ownings Mills, MD 21117 | April 22, 2005 |

| Company | Date sent out for service |
|---|---|
| American PPO, Inc.<br>f/k/a American Preferred Provider<br>Rochelle Park<br>600 E. John Carpenter Freeway, Suite #170<br>Irving, TX 75062 | April 22, 2005 |
| Blue Cross Blue Shield of Michigan<br>600 East Lafayette Boulevard<br>Detroit, MI 48226 | April 22, 2005 |

Dated: April 28, 2005

By: /s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 0476)
SKADDEN, ARPS, SLATE MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Attorneys for Plaintiff
McKesson Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

173355.01-Palo Alto Server 1A - MSW