## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on April 28, 2005, I electronically filed the Notice of Service of Subpoenas with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**VIA CM/ECF**

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

    /s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

412308.01-Wilmington S1A