## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-1258 SLR |

### NOTICE OF SERVICE OF SUBPOENAS TO PRODUCE DOCUMENTS (PHARMACY MANAGEMENT SERVICES, INC., FOX ROTHSCHILD, VENTIV HEALTH, INC., AND PROFESSOR LARRY KERSCHBERG)

PLEASE TAKE NOTICE that Defendant The TriZetto Group, Inc. will command the production of documents and things from the following:

| | Exhibit |
|---|:---:|
| Pharmacy Management Services, Inc.<br>c/o Thomas W. Bader (Registered Agent)<br>3505 Austin Bluffs Parkway #101<br>Colorado Springs, CO  80918 | A |
| Fox Rothschild<br>2000 Market Street, Tenth Floor<br>Philadelphia, PA  19103-3291 | B |
| Ventiv Health, Inc.<br>c/o Corporation Service Company (Registered Agent)<br>2711 Centerville Road, Suite 400<br>Wilmington, DE  19808 | C |

|  | Exhibit |
|---|---|
| Professor Larry Kerschberg<br>MSN 4A4, ISE Department<br>George Mason University<br>4400 University Drive<br>Fairfax, VA  22030-4444 | D |

The production of documents and things will proceed in accordance with the subpoenas attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/     Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
rsmith@mnat.com
Attorneys for Defendant
THE TRIZETTO GROUP, INC.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California  92614-8557
(949) 451-3800

April 28, 2005

462891

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on April 28, 2005, I caused to be electronically filed a NOTICE OF SERVICE OF SUBPOENAS TO PRODUCE DOCUMENTS (PHARMACY MANAGEMENT SERVICES, INC., FOX ROTHSCHILD, VENTIV HEALTH, INC., AND PROFESSOR LARRY KERSCHBERG) with the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 28, 2005, upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> BY FEDERAL EXPRESS
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301

>                     /s/      Rodger D. Smith II (#3778)
>                     Morris, Nichols, Arsht & Tunnell
>                     1201 N. Market Street
>                     P.O. Box 1347
>                     Wilmington, DE  19899
>                     (302) 658-9200
>                     rsmith@mnat.com