5,253,164

BEST AVAILABLE COPY

```
*  SELECT 3                          && opened and closed in entry.prg
*  USE SUPERSED INDEX SUPERSED
*  SELECT 4                          && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF       && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE         && rules.prg
** select 10                        && recomm.prg
** use  new
*  memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
-Modify Code     Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
'F1-Help                        '' enter + 'Recommendations              Esc-Exit '
                            Enter
helpline9 = ;                                       provided
'                    <Ente  claim number in space prov ad>                       '
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
- Make Selection                     Esc-Return'
helpline6 = ;
- Make Selection         Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add   # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]     X - Explain Recommendations     N - New Session     Q - Quit'
helpline4 = ;
'CHOICE: [ ]              N - New Session                Q - Quit'
endif
helpline2 = ;
'            CodeReview is processing input codes ... please stand by            '
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 1988'
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
'                    ESC - Exit Help


choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

5,253,164

BEST AVAILABLE COPY

59                                    60

```
        return
      endif
endif
if one_date .or. .not. get_date
  select process
  temp_date=code_date
  if code_count > 1
      DO MULTIPLE.prg         && exclude, replacement, QM rules
  endif
  DO RULES.PRG
else
  select process
  go top
  temp_date=code_date
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  go top
  count to code_count

        go top
        do while .not. eof() .and. code_date=temp_date
          if code_count > 1
              DO MULTIPLE.prg         && exclude, replacement, QM rules
          endif
          DO RULES.PRG
          select process
          set filter to code_date=temp_date
          go bott
          set filter to
          skip
          if eof()
              exit
          endif
          temp_date=code_date
          set filter to endstatus $ 'AP' .and. code_date=temp_date
          go top
          count to code_count
            go top
        enddo
      endif
      do recomm
      if clipper
          loop
      else
          if choice = 'N'
            loop
          endif
      endif
      exit
enddo
CLOSE DATABASES



* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header=.header1
sup_date=ctod('  /  / ')
IF CLIPPER
    do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store '  ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  / ')
get_date = .t.
set date american
```

BEST AVAILABLE COPY

5,253,164

61                                              62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number: '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header8

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 6
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = t


SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
     store .f. to upkey,dnkey
     @ row;s_col say str(counter,2) + '.'
     DO GETCODE
     SELECT PROCESS
     if clipper
        if upkey
           row = row - 1
           counter = counter - 1
           skip - 1
           loop
        endif
     endif
     if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
           append blank
           replace begstatus with 'P',endstatus with 'P', session_no ;
              with session
        else
           go save_rec
           skip
        endif
     endif
     row = counter + 5
enddo
do while .t.
   if clipper
      exit
   endif
   SELECT PROCESS
   choice = 'P'.
```

BEST AVAILABLE COPY

5,253,164

63                                                      64

```
SET CONFIRM OFF
@ 23,10 get choice picture '1'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                             .and. val(choice) <= counter))

        ?? chr(7)
        loop
else
     mod_rec = val(choice)
     do case
        case choice = 'A' .or. val(choice) = counter
             IF COUNTER < 8
                done = .f.
                SELECT PROCESS
                append blank
                replace begstatus with 'P',endstatus with 'P'
                row = counter + 5
                @ row,s_col say str(counter,2) + '.'
                do getcode
                if .not. done          && code was added
                     counter = counter + 1 && increment for next time around
                endif
             ENDIF

        case mod_rec > 0 .and. mod_rec < 10
             go mod_rec
             row = mod rec + 5
             getcode
             do getcode

        case choice = 'P'
             exit

        case choice = 'RQ'
             exit

        case choice = 'H'
             do help
     endcase
     if choice $ 'RQ'
        return
     endif
     choice = 'P'
     endif
enddo
if .not. esc
     helpline = helpline2
     @ 23,1 get helpline
     clear gets
     select process
     go bott
     if code = 0
        delete
        pack
     endif
**   count to code_count
     set safety off
     select process
     set filter to endstatus = 'S'
     go top
     do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
             xreplace,begstatus with 'S',code_date with sup_date, ;
             endstatus with 'A'
        skip
     enddo
     set filter to
     set date ansi
     index on dtoc(code_date) + str(code,5) to process
     set filter to endstatus $ 'AP'
     count to code_count
     go top
     do while .not. eof()
        tem_date=code_date
```

5,253,164

BEST AVAILABLE COPY

65

66

```
        skip
        if code_date <> tem_date
            one_date = .f.
            exit
        endif
    enddo
    select 2
    use process index process
    select 3
    use
endif
IF CLIPPER
    do setkey with .f.
endif

return


* PROCS.PRG
*
PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
            xcode = space(5)
        else
            xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
            return
        ENDIF
        if xcode = space(5)
            @ row,s_col say space(11)
            if upkey
                exit
            endif
            done = .t.
            if counter = 1 .and. clipper
                choice = 'Q'
            else
                choice = 'P'
            endif
            RETURN
        endif
        IF CLIPPER .and. help_on
            LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
                select process
                replace endstatus with 'S',replacedby with ;
                    supersed->supercode
            else
                SELECT PROCESS
                if begstatus = 'P' .and. endstatus $ 'IS'
                    replace endstatus with 'P',replacedby with 0
                endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
        else
            if tries = 1
                ?? chr(7)
                mess = 'INVALID CODE !!'
                @ row,d_col say substr(mess + space(18),1,28)
                tries = 2
                loop
```

5,253,164

BEST AVAILABLE COPY

67                         68

```
                else
                    @ row,d_col say PROCESS->code picture '99999'
                    @ row,d_col say 'Invalid code will be ignored'
                    SELECT PROCESS
                      replace
                    --> set endstatus with 'I'
                endif
            endif
        SELECT PROCESS
        if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
            @ row,c_col get xcode_date
            help_field = 2
            read
            if esc
                return
            endif
            if year(xcode_date) = 0 .and. counter = 1
                get_date = .f.
                @ row,c_col say space(8)
                @ 3,c_col say space(5)
                @ 4,c_col say space(5)
            else
                @ row,c_col say dtoc(xcode_date)
            endif
            replace code_date with xcode_date
        endif
        if counter = 1
            @ row,m_col-1 say '$'
*=============        CHECK FOR DUPES
        else
            save_recno = recno()
            ycode_date = code_date
            go top
            locate for code=val(xcode) .and. recno()< save_recno ;
                      .and. code_date = ycode_date && .and. endstatus <> 'L'
            if .not. eof()
                go save_recno
                replace endstatus with 'L'
            else
                go save_recno
            endif
        endif
        if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                      .and. .not. done
            @ row,m_col get claim_amt picture '99999'
            help_field = 3
            read
            if esc
                return
            endif
            @ row,m_col say claim_amt picture '99999'
        endif
        if counter = 1
            if claim_amt = 0
                get_charge = .f.
                @ row,m_col - 2 say space(8)
                @ 3,m_col-1 say space(7)
                @ 4,m_col-1 say space(7)
            endif
        endif
        exit
    enddo
RETURN

PROCEDURE HELP
*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

BEST AVAILABLE COPY

69                                                                      70

```
store SPACE(6) to help1,help2,help3,help4
if color
     SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
     case help_field = 1
          mess ='Enter the CPT-4 code as it appears on the claim form. ';
        + 'If you are unsure of the code, press <F2> to do a lookup by the ';
        + 'index of the CPT-4 Manual'

          do format1 with mess,14,15,63
     case help_field = 2
          mess = 'Enter the date as it appears on the claim form. This is ';
        + 'optional'

          do format1 with mess,14,15,63

     case help_field = 3
          mess ='Enter the dollar amount of the claim '
          do format1 with mess,14,15,63

     case choice = 'H'
help1 = '      "P" -- Process; all codes have been correctly input'
help2 = '      "A" -- Add another code'
help3 = '      "#" -- Enter line number to edit code already input'
help4 = '      "Q" -- Quit session'
     case code = 0
help1 = '        CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

     case begstatus = 'P' .and. endstatus = 'P'
help1 = '        CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '        CPT-4 code has been successfully entered'
help4 = '        Both begstatus and endstatus are "P"'

     case endstatus = 'I'
help1 = '              INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

     case begstatus = 'S' .and. endstatus = 'A'
help1 = '              SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'.

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
     SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
     do while inkey() <> 27
     enddo
     RESTORE SCREEN
     do setkey with .t.
ELSE
     @ 16,5 clear to 21,73
     helpline = save_help
     @ 23,1 get helpline
     clear gets
ENDIF
return

PROCEDURE SETKEY
*
```

BEST AVAILABLE COPY

71                    5,253,164                    72

```
parameter setflag
if setflag
    set key -4 to HIT_KEY
    set key -1 to HIT_KEY
    set key 5 to  upkey
    set key 27 to HIT_KEY
    set key 24 to dnkey
else
    set key -9 to         && F10
    set key -8 to
    set key -7 to         && F8
    set key -6 to
    set key -5 to
    set key -4 to         && F5
    set key -3 to
    set key -2 to
    set key -1 to         && F2
    set key 1 to          && home
    set key 3 to          && pagedn
    set key 4 to          && right
    set key 5 to          && upkey
    set key 6 to          && end
    set key 18 to         && pageup
    set key 19 to         && left
    set key 24 to         && downkey
    set key 27 to         && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
    CASE LASTKEY() = 27
        CLEAR GETS
        DONE = .T.
        SELECT PROSPECT
        GO BOTT
        IF RECNO() = 1 .OR. EOF()
            CHOICE = 'Q'
        ELSE
            CHOICE = 'R'
        ENDIF
        ESC = .T.
        RETURN

    CASE LASTKEY() = -1
                        with f,
        do setkey with .t.
        DO LOOKUP.prg
        do setkey with .t.

    CASE LASTKEY() = -4
        CLEAR GETS
        DONE = .T.
        CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
    keyboard chr(13)
    UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
    keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

BEST AVAILABLE COPY

5,253,164

73                                                            74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**   DO samecode
**   if code_cnt > 1
        DO exclude              && Checks exclusion rules
     select process
**      set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        code_cnt = 0
        count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
        if code_cnt > 1
           DO replace                  && Checks replacement rules
           count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
           if code_cnt > 1
              do r1s                    && checks r1 rules
           else
**            store .f. to again
              exit
           endif
        else
**         store .f. to again
           exit
        endif
**   else
**   store .f. to again
**   exit
**   endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
   DO query
endif
release all
select interact
use

RETURN

*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

***  --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***    IS USED IN KEEP
***  --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***    FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***  --RULE "N" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***    IN INTEACT
***  --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   GO TOP
   do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
```

BEST AVAILABLE COPY

5,253,164

75                                                              76

```
PRCC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
   SELECT PROCESS
   GO PROC_REC
   SKIP
   LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
   if code = temp
      skip
      loop
   endif
   SELECT INTERACT                        && replacements
   GO EXCL REC
   DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
      IF BCODE <= process->code .AND. process->code <= CCODE
         IF rule = 'E2'
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
            if interact->ecode<>0
               replace type with interact->ecode
            endif
            EXIT
         ELSE
            IF rule = 'E1'
               SELECT PROCESS
               temp_code = code
               temp_rec = recno()
               GO PROC_REC
               REPLACE ENDSTATUS WITH "E", TRIGGER WITH temp_code,RULE WITH "E1"
               if interact->ecode<>0
                  replace type with interact->ecode
               endif
               go temp_rec    temp_rec
               EXIT
            ENDIF
         ENDIF
      ENDIF
      select interact
      SKIP
   ENDDO
   select process
   skip
ENDDO
SELECT PROCESS                            && Loop 2
GO PROC_REC                               && Moving to next code for evaluation
SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*
   select interact
   select process
   go top

   DO WHILE .NOT. EOF() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PRCC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,5) + 'R2'
      IF eof()
         SELECT PROCESS
```

BEST AVAILABLE COPY

5,253,164

77                                                     78

```
GO PROC_REC
   skip
   loop
ENDIF
REP_REC = RECNO()

SELECT PROCESS
GO TCP
DO WHILE .not. eof() .and. code_date=temp_date
   SELECT INTERACT
   GO REP_REC
   DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
      IF BCODE = process->code
         NEW = CCODE
         SELECT PROCESS
         REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
               REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
         temp_rec = recno()
         temp_code = code
         ses_no = session_no
         GO PROC_REC
         REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
               REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
         rep_date=code_date
         append blank
            REPLACE SESSION_no WITH ses_no, CODE WITH NEW;
                    WITH                    code
            BEGSTATUS      "R", ENDSTATUS WITH "A", rep_date with rep_date
            STORE .F. & AGAIN TO AGAIN
         go temp_rec
         EXIT
      ENDIF
      select interact
      SKIP
   ENDDO
   select process
   skip
ENDDO
SELECT PROCESS
GO PROC_REC
SKIP
ENDDO
if .not. again
   store .t. to again
else
   store .f. to again
endif
select process
return


PROCEDURE query

*---- checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule =QM'        && looking only at codes which have multiple
                                 && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date        && in process
   temp = code
   proc_rec = recno()
   select interact
   seek str(temp,5) + 'Q'
   if eof()
      select process
      go proc_rec
      skip
      loop
   endif
   quer_rec = recno()
   select process
   go top
   do while .not. eof() .and. code_date=temp_date     && in process
```

BEST AVAILABLE COPY

5,253,164

79                              80

```
if code = temp
   skip
   loop
endif
done=.f.
select interact
go quer_rec
do while qcode = temp .and. substr(rule,1,1) = 'Q' .and. .nct. eof()
   if process->code >= bcode .and. process->code <= ccode
      do case

         case rule='QM'
            replace process->endstatus with 'M', process->trigger with temp, ;
               process->rule with rule, process->type with ecode
                      process
            temp2 = pr     ss->code
            select proc  s
            go proc_rec
            replace endstatus with 'M', trigger with temp2, ;
               rule with interact->rule, type with interact->ecode
            done=.t.

         case rule='QS'
            temp2=process->code
            select process
            go proc_rec
            replace endstatus with 'Q', trigger with temp2, ;
               rule with interact->rule, type with interact->ecode
            done=.t.

         case rule='QB'
            replace process->endstatus with 'Q', process->trigger with temp, ;
               process->rule with rule, process->type with ecode
            done=.t.

      endcase
      if done
         exit
      endif
   endif
   select interact
   skip
enddo
if done
   exit
endif
select process
skip
enddo
select process
go proc_rec
skip
enddo
**select process
**select interact
return


PROCEDURE r1s

*----- Checks surviving codes for R1 rules and makes proper replacement
*
*

select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date      && in process
   temp=code
   proc_rec = recno()
   select interact
   go top
   seek str(temp,5) + 'R1'
```

BEST AVAILABLE COPY

5,253,164

81                                                     82

```
if eof()
    select process
    go proc rec
    skip
    loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while acode=temp .and. .not. eof() .and. rule='R1'        && in interact
    select process
    if code=temp
        skip
        select interact
        loop
    endif
    if interact->bcode<=code .and. code<=interact->ccode
        go proc_rec
        replace endstatus with '1', trigger with code;
        replacedby with interact->dcode, type with interact->ecode
        tem_date=code_date
        append blank
        replace code with interact->dcode, begstatus with '1';
        endstatus with 'A', code_date with tem_date, type with interact->ecode
        store .f. to again
        exit
    endif
    select interact
    skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
    exit
endif
go proc_rec
skip
enddo
return


PROCEDURE samecode
*
*
* eliminates a code if it appears twice, and should not be accepted twice
*

select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
    xcode=code
    proc_rec=recno()
    skip
    do while .not. eof() .and. code_date=temp_date
        if code=xcode
            replace endstatus with 'L', trigger with xcode
            exit
        else
            skip
            loop
        endif
    enddo
    go proc_rec
    skip
    if code=first
        exit
    endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

BEST AVAILABLE COPY

5,253,164

83                                                    84

```
* --- checks rules for payment limit due to code combination
*
*
   select 10
   use interact index interact
   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   GO TOP
   do while .not. eof() .and. code_date=temp_date
       NUMCODE = 0
       TEMP = CODE
       PROC_REC = RECNO()
       SELECT INTERACT
       SEEK str(TEMP,5) + 'L'
       IF .NOT. FOUND()
           SELECT PROCESS
           GO PROC_REC
           SKIP
           LOOP
       ENDIF
       lim_rec = RECNO()

       select process
       go top
       do while .not. eof() .and. code_date=temp_date    && in process
           if code = temp
               skip
               loop
           endif
           SELECT interact
           GO lim_rec
           DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
               IF BCODE <= process->code .AND. process->code <= CCODE
                   SELECT PROCESS
                   temp1=code
                   temp_rec=recno()
                   go proc_rec
                   REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                       pay with interact->dcode
                   go temp_rec
                   EXIT
               ENDIF
               select interact
               SKIP
           ENDDO                            && in interact
           select process
           skip
       ENDDO                            && Loop 2, in process
       SELECT PROCESS
       GO PROC_REC                      && Moving to next code for evaluation
       SKIP
   enddo
SELECT INTERACT
use

***SET FILTER TO
RETURN

* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16
                            && check this with multiple codes !!
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
    begstatus <> 'R'
go top
```

85                    5,253,164      BEST AVAILABLE COPY
                                                    86

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
   xcode = code
   xreview = ' '
   xsource = ' '
   failed = .f.
   note = .f.
   select byitself
   seek xcode
   if eof()
       SELECT PROCESS
       SKIP
       LOOP
   endif
   IF SINGLE
      IF CODE_CNT > 1
         select process
         skip
         LOOP
      ENDIF
   ENDIF
   rulecheck = byitself->rule
   do case
      case rulecheck = 'Q1'
         select process
         replace endstatus with 'Q', rule with 'Q1',type with ;
                 byitself->messagetype

**     case rule = 'Q2'

      case rulecheck = 'Q3'
         dlim = '$'+ltrim(str(dollarlim,6))
         dline1 = substr('Under '+ dlim + space(25),1,28)
         dline2 = substr(dlim + ' or more' + space(25),1,29)
         dline3 = 'No charge is listed for ' + str(xcode,5)
         do ctext with xcode
         if need_clear
            do bott_clr
         endif
         do dollars
                          and=
***      if prompt_or   \ '1' ....

      case rulecheck = 'Q4'
         do ctext with xcode
         xmess = cmess
         do ctext with BYITSELF->codelim
         if need_clear
            do bott_clr
         endif
         do codelim

      case rulecheck = 'Q5'
         if process->begstatus = 'P'
            do ctext with xcode
         else
            cmess = 'the claim'
         endif
         if need_clear
            do bott_clr
         endif
         do pos

      case rulecheck = 'Q6'
         do ctext with xcode
         if need_clear
            do bott_clr
         endif
         do anesth

      case rulecheck = 'Q7'
         if need_clear
            do bott_clr
         endif
         do age
```

BEST AVAILABLE COPY

5,253,164

87                                88

```
case rulecheck = 'Q8'
    if need_clear
        do bott_clr
    endif
    do diagnosis

case rulecheck = 'Q9'
    if need_clear
        do bott_clr
    endif
    select process
    replace endstatus with 'D', rule with 'Q8', type with byitself->mesagetype ;
        replacedby with byitself->codelim
    append blank
    replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
        type with byitself->mesagetype


    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
    set procedure to action
    do lfmit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row, box_col + 18 say ' PLACE OF SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 18 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

BEST AVAILABLE COPY

5,253,164

89                                              90

```
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
     row_beg = max(2,(ROW_BEG + (-1)) - ROWS - 6)
FNDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34   #
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

    do while str_size > max_size
        counter = 0
        do while .t.
            if substr(string,max_size-counter+1,i) = ' '
                exit
            else
                counter = counter + 1
            endif
        enddo
        @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
    enddo

    @ cur_row,col_beg+6 say string
    @ row_beg + 1, col_beg say dline1
    @ row_beg + 2, col_beg say dline2
    @ row_beg + 3, col_beg say dline3
    @ row_beg + 4, col_beg say dline4
    @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row,  box_col + 11 say ' CODE CHARGE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

5,253,164

BEST AVAILABLE COPY

91

92

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 28 say '  CHARGE COMPARISON  '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
* *
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline = 'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

5,253,164

BEST AVAILABLE COPY

93                                                        94

```
         @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
         read
         If .not. prompt_ans $ '12345'
              mess = 'ENTER 1,2,3,4 or 5'
              DO MESSAGE.PRG
              loop
         endif
      endif
      exit
enddo
   select process
   do case
        case prompt_ans = '1'
             replace POS with 'INP'
        case prompt_ans = '2'
             replace POS with 'OUT'
        case prompt_ans = '3'
             replace POS with 'OFF'
        case prompt_ans = '4'
             replace POS with 'OTH'
        case prompt_ans = '5'
             replace POS with 'NUL'
   endcase

do case
     case byitself->pos = 'OFF'
          if prompt_ans $ '345'
               failed = .t.
          endif

     case byitself->pos = 'INP'
          if prompt_ans $ '145'
               failed = .t.
          endif

     case byitself->pos = 'OUT'
          if prompt_ans $ '245'
               failed = .t.
          endif

     case byitself->pos = 'NIP'
          if prompt_ans $ '2345'
               failed = .t.
          endif
endcase
if failed
   if byitself->codelim = 0
        select process
        replace endstatus with 'Q',rule with 'Q5',type with ;
             byitself->mesagetype
   else
        select process
        replace endstatus with 'O',rule with 'Q5',replacedby with ;
             byitself->codelim,type with byitself->mesagetype
        tem_date=code_date
        append,blank
        replace code with byitself->codelim,begstatus with 'O',endstatus ;
             with 'A',type with byitself->mesagetype, code_date with tem_date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
   endif
endif
return

PROCEDURE DOLLAR2
*
do helpline
mode = 0
nsed_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
           + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do do1 box with prompt_row,21
do while .t.
     if clipper
          menu to mode
          prompt_ans =.str(mode,1)
```

BEST AVAILABLE COPY

5,253,164

95                                              96

```
            else
                prompt_ans = ' '
                @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
                read
                If .not. prompt_ans $ '123'
                    mess = 'ENTER 1,2,OR 3'
                    DO MESSAGE.PRG
                    loop
                endif
            endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return


PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 18
prompt_col = 8
promptline =    'Please compare the charges on the claim for procedure ';
              + xmess + ' with the payment limit for procedure ';
              + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
       + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
       +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 8,prompt_col,70
do cl_box with prompt_row,4
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return


PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
    "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod(' /  / ')
        @ prompt_row + 2,29 get dob
        read
```

BEST AVAILABLE COPY

5,253,164

97                                              98

```
            if dob = ctod(' / / ')
               @ prompt_row + 2.29 say space(8)
               @ prompt_row + 2,44 get age
               read '
               if age = ' '
                   @ prompt_row + 2,44 say space(3)
                   loop
               endif
            endif
            exit
         enddo
         if age <> ' '
            new_age = val(age)
         else
            new_age = int((date()-dob)/365)
         endif
      endif
      if new_age >= byitself->bagage .and. new_age <= byitself->endage
         failed = .t.
         select process
         replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
      endif
      set date ansi
      return

      PROCEDURE ANESTH
      *
      do helpline
      need_clear = .t.
      prompt_row = 16
      prompt_col = 8
      promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
               + 'surgeon, an anesthesiologist, or a facility) that documents ';
               + 'the use of regional or general anesthesia ? (Y/N) '
      do format2.prg with promptline,prompt_row,prompt_col,72
      do while .t.
         prompt_ans = ' '
         @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
         read
         If .not. prompt_ans $ 'YN'
            ?? chr(7)
            loop
         endif
         exit
      enddo
      if prompt_ans = 'N'
         failed = .t.
         select process
         replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
      endif
      return


      procedure ctext
      *
      Parameter zcode
      select allcode
      seek zcode
      cmess = str(zcode,5) + ' (' + trim(title4) + ')'
      return


      procedure review
      *
      parameter abbrev
      do case
         case abbrev = 'RN'
            xreview = 'a nurse or surgical technician'
         case abbrev = 'MD'
            xreview = 'a physician'
         case abbrev = 'SP'
            xreview = 'a supervisor'
         case abbrev = 'AD'
            xreview = 'an adjuster'
         case abbrev = 'CL'
            store .t. to note
      endcase
      return


      procedure source
      *
```

BEST AVAILABLE COPY

5,253,164

```
* NOTE: message.dbf is selected
do case
      case op
            xsource = 'the operative report reviewed'
      case path
            xsource = 'the pathology report reviewed'
      case off
            xsource = 'the office records reviewed'
      case hos
            xsource = 'the hospital progress report reviewed'
      case other
            xsource = 'other related claim(s) reviewed'
      otherwise
            xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
IF CLIPPER
      RESTORE SCREEN from rule_scrn
else
      @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return

******recomm.prg
******CREATE NEW.DBF
select 6
use message index message
select process
SET index to
SET FILTER TO.ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE    && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
      SORT TO NEW ON RVU/D
else
      copy to new
endif                   && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE to lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
o_mess  = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further ';
      + space(5) + chr(178) + space(21)+ 'information.'
lap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess  = 'REPLACED:  This code has been replaced by the code below. Press <F7>';
'space(5) + chr(178)+ space (21)+ 'for further information.'
r_mess = 'REPLACED:  This code has been replaced by the code below.'
```

BEST AVAILABLE COPY

5,253,164

```
lys_mess='EXCLUDED: This procedure is incidental to the accepted code(s), but';
+space (23)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED: When performed with another abdominal procedure,          ';
    +'                     appendectomy is virtually always incidental.'
an_mess='EXCLUDED: 64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
llm_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
            clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
            clear_row7,clear_row8
clear_cnt = 0
choice = '5'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline3
SELECT PROCESS
go top
if claim_amt > 0.
    say_amt = .t.
as    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QW'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col SAY str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod(' / / ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>'  BR '
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
```

BEST AVAILABLE COPY

5,253,164

103                                   104

```
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
    clear_cnt = 0
    @ 23,1 get helpline
    clear gets
    if clipper
        if repeat
            moreinfo = .f.
            first_time = .t.
            repeat = .f.
            restore screen from rec_scrn1
        endif
        temp = ' '
        keyboard chr(12)
        do while .t.
            keyboard chr(12)
            @ 23,78 get temp
            read
            do case
            case lastkey() = 27
                done = .t.
                exit

            case lastkey() = 13
                if moreinfo
                    restore screen from rec_scrn2
                    moreinfo = .f.
                    set key -6 to moreinfo
                endif
                EXIT

            endcase
        enddo
        keyboard chr(12)
    else
        choice = 'X'
        do while .t.
            SET CONFIRM OFF
            @ 23,10 get choice picture '!'
            read
            SET CONFIRM ON
            if .not. choice $ 'XNQ'
                ?? chr(7)
                loop
            else
                exit
            endif
        enddo
        if choice $ 'NQ'
            done = .t.
        endif
    endif
    if done
        exit
    endif
======

*@ 15,s_col to 15,s_col + 13

    @ 14,s_col say ' '
    @ 15,s_col say ' '
    select process
    if .not. first_time
        @ row,s_col - 6 clear to outrow,s_col - r    && moved from below
        @ mess_row,6 clear to mess_row+1,78          && moved from below
        @ row,s_col say str(row-5,2) + ' ' + str(code,5)
    select new
    @ outrow,s_col say str(recno(),2) + ' . ' + str(code,5)
                            _____
                                1042

        if endstatus $ 'V'
            @outrow,s_co. 4 say '??'
            if ' ' $ new2
```

BEST AVAILABLE COPY

5,253,164

105                                          106

```
                outrow = new2_row            && for clearing arrows
                @ outrow,s_col-4 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
            endif
        endif
**      @ row,s_col - 8 clear to outrow,s_col - 1
**      @ mess_row,6 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '1'
        do while clear_rec&K <> 0
            go clear_rec&K
            @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
            clear_rec&K = 0
            counter = counter + 1
            K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
            loop
        else
            row = row + 1
        endif
        do while skipover
            skip
            if eof()
                repeat = .t.
                row = 6
                go top
            else
                row = row + 1
            endif
        enddo
        if repeat
            loop
        endif
    else
        first_time = .f.
*       if xcount = 1
*           repeat = .t.
*           loop
*       endif
    endif
    temp1 = str(row-5,2) + '.  ' + str(code,5)
    do case
        case endstatus = 'I'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,1_col say chr(179)
            else
                @ row+1,1_col to mess_row-1,1_col
            endif
            do mid_out with mess_row
            @ mess_row,g_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
            SELECT NEW                          Code
            locate for cust = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,1_col to outrow-1,1_col
            do last_out with outrow
            @ outrow,s_col get temp2
            clear gets
            if endstatus = 'P'
                @ mess_row,g_col say acc_mess
            else
                if endstatus = 'U'
                    @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+ ;
                    ', since it appears with '+ str(trigger,5) + '.'
```

BEST AVAILABLE COPY

5,253,164

107                                                                    108

```
      endif
      endif

case begstatus = 'P' .and. endstatus $ '1SOD'
      SELECT NEW
      locate for code = PROCESS->replacedby
      xtype = type
      outrow = 17 + recno() - 1
      temp2 = str(recno(),2) + '.  ' + str(code,5)
      @ row,s_col get temp1
      clear gets
      do first_in with row
      @ row+1,l_col to outrow-1,l_col
      do last_out with outrow
      @ outrow,s_col get temp2
      clear gets
      do case

          case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
              mess = sup_mess
              @ mess_row,g_col say mess

          case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
              .and. xtype = 0
              mess = r_mess
              @ mess_row,g_col say mess

          case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
              .and. xtype<>0
              select message
              seek xtype
              @ mess_row,g_col say 'REPLACED: '+ TRIM(tolookfor)
              @ row+1,l_col to outrow-1,l_col

          otherwise
              do moreinfo

      endcase

case begstatus = 'P' .and. endstatus = 'R'
      SELECT NEW
      locate for code = PROCESS->replacedby
      outrow = 17 + recno() - 1
      temp2 = str(recno(),2) + '.  ' + str(code,5)
      @ row,s_col get temp1
      if process->type <> 0
          box = .t.
          xtype = process->type
      endif
      clear gets
      do first_in with row
      SELECT PROCESS
      cur_rec = recno()
      cur_row = row
      match = replacedby
      skip
      cur_row = row + 1
      do while .not. eof()
          if replacedby = match
              temp3=str(cur_row-5,2) + '.  ' + str(code,5)
              clear_cnt = clear_cnt + 1
              K = str(clear_cnt,1)
              clear_row&K = cur_row
              clear_rec&K = recno()
              @ cur_row,s_col get temp3
              replace skipover with .t.
              clear gets
              do mid_in with cur_row
          else
              @ cur_row,l_col say chr(179)
          endif
          skip
          cur_row = cur_row + 1
      enddo
      go cur_rec
      if box
          do moreinfo
          @ cur_row,l_col to outrow-1,l_col
```

5,253,164

BEST AVAILABLE COPY

```
        else
           @ mess_row,g_col say rep_mess + str(replacedby,5)+'.'
           @ cur_row,l_col to outrow-1,l_col
        endif
        do last_out with outrow
        @ outrow,s_col get temp2
        if box
           do moreinfo
        endif
        box = .f.
        clear gets


   case begstatus = 'P' .and. endstatus = 'E'
        @ row,s_col get temp1
        do first_in with row
        if row+1 = mess_row -1
           @ row+1,l_col say chr(179)
        else
           @ row+1,l_col to mess_row-1,l_col
        endif
        do mid_out with mess_row
        do case
           case code=44950 .or. code=44955
                @ mess_row,g_col say app_mess

           otherwise
              save_spot = recno()
              xtrigger = trigger
              if type <> 0
                 box = .t.
              endif
              xtype = type
              go top
              locate for code = xtrigger
              do case
         --     case
              -c  @ endstatus = 'E'
                       xtrigger = trigger
                  case endstatus = 'R'
                       xtrigger = replacedby
              endcase
              go save_spot
              if box .and. xtype <> 49001
                 select message
                 seek xtype
                 @ mess_row,g_col say 'EXCLUDED:  '+ TRIM(tolookfor)
              else
                 if xtype = 49001
                    select message
                    seek xtype
                    @ mess_row,g_col say 'EXCLUDED:  ' +trim(tolookfor) ;
                      + ' ' +str(xtrigger,5)+'.'
                 else
                    @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
                 endif
              endif
              box = .f.
        endcase

   case begstatus = 'P' .and. endstatus = 'M'
        match = trigger
        SELECT NEW
        locate for (code=PROCESS->code) .or. code = match
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row, s_col get temp1
        do first_in with row
        SELECT PROCESS
        cur_rec = recno()
        cur_row = row
        match = trigger
        skip
        cur_row = row + 1
        do while .not. eof()
           if code = match
              temp3 = str(cur_row-5,2) + '.  ' + str(code,5)
              clear_cnt = clear_cnt + 1
              K = str(clear_cnt,1)
```

94

5,253,164

BEST AVAILABLE COPY

111                                              112

```
            clear_row&K = cur_row
            clear_rec&K = recno()
          . @ cur_row,s_col get temp3
            replace skipover with .t.
            clear gets
            do mid_in with cur_row
          else
            @ cur_row,1_col say chr(179)
          endif
          skip
          cur_row = cur_row + 1
        enddo
        @ cur_row,1_col to outrow-1,1_col
        go cur_rec
        do ques_Mi with outrow
        @ outrow,s_col get temp2
        cur_row = outrow + 1
        clear gets
        select new
        sav_newrec = recno()
        skip
        do while .not. eof()
          if code = match .or. code = process->code
            new2 = str(recno(),2) + '.   ' + str(code,5)
            new2  w = cur_row
            @ cur_row,s_col get new2
            clear gets
            do ques_out with cur_row
            exit    && limited to 2 codes
          else
            @ cur_row,1_col say chr(179)    && only if > 2 codes
          endif
          skip
          cur_row = cur_row + 1
        enddo
        go sav_newrec
        @ mess_row,g_col say query_mess
        do moreInfo

      case begstatus = 'P' .and. endstatus = 'Q'
        SELECT NEW
        locate for code = PROCESS->code
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.   ' + str(code,5)
        @ row,s_col get temp1
        clear gets
        do first_in with row
        @ row+1,1_col to cutrow-1,1_col
        do ques_out with outrow
        @ outrow,s_col get temp2
        clear gets
        @ mess_row,g_col say q_mess
        do moreInfo

      case begstatus='P' .and. endstatus='L'
        @ row,s_col get temp1
        do first_in with row
        if row+1 = mess_row -1
          @ row+1,1_col say chr(179)
        else
          @ row+1,1_col to mess_row-1,1_col
        endif
        do mid_out with mess_row
        @ mess_row,g_col say l_mess

    endcase
ENDDO
select 2   && process
use process
**set filter to
**go top
**select 9                    && Adding records to HISTROr.dbf
**use history                 && to keep a log file
**append from process         && commented out, no need for demo
**celect 9
**uss
**select new
```

5,253,164

BEST AVAILABLE COPY

113                                                      114

```
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec_scrn2
select process
xcode = code
do case
    case endstatus = 'Q'

        select message
        seek process->type
        xreviewer = reviewer
        note = .f.

        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting code '+str(xcode,5)+':'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = ' BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case endstatus = 'N'
        select message
        seek process->type
        xreviewer = reviewer
        note = .f.
        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting these codes'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = ' BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
        select message
        seek process->type
        mess = trim(message->tolookfor)
        set color to &colorh
        do format1.prg with mess,-15,24,78
        set color to &colorm
```

BEST AVAILABLE COPY

5,253,164

115                                         116

```
        store .f. to note
        set procedure to limit l.no

endcase

return

* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,9 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return
* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
    counter = 0
    do while .t.
        if substr(string,max_size-counter+1,1) = ' '
            exit
        else
            counter = counter + 1
        endif
    enddo
    @ cur_row,col_beg say substr(string,1,max_size - counter)
    cur_row = cur_row + 1
    str_size = str_size - max_size + counter - 1
    string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return
* format1.prg
parameters string,row_beg,col_beg,col_end
title =' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
    row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
    counter = 0
    do while .t.
        if substr(string,max_size-counter+1,1) = ' '
            exit
        else
            counter = counter + 1
        endif
    enddo
    @ cur_row,col_beg say substr(string,1,max_size - counter)
    cur_row = cur_row + 1
    str_size = str_size - max_size + counter - 1
    string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

5,253,164

117

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code; comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

118

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

5,253,164

119

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

120

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

* * * * *

05/04/90    16:09                                    130    P002/013

# A Company/ University Joint Venture to Build a Knowledge-Based System

By: John R. Weitzel
    Management Science Department

    Kenneth R. Andrews
    Linguistics Department

    University of South Carolina
    Columbia, South Carolina 29208

## Abstract

*A joint venture between a university-based research institute and a health insurance company to build a knowledge-based system to perform medical review of health insurance claims is described. In an early formal test, the system made appropriate decisions for approximately 70% of the claims. The remaining claims were referred to human reviewers in accordance with company policy. Forming a joint venture proved to be a reasonable cost alternative to distant and more expensive consultants.*

*The article examines the impact of the differing cultures of the company and the university on the cohesion in the joint knowledge engineering group. It also examines the current literature on the development cycle for building knowledge-based systems as the framework for analyzing the events in this project, particularly the influence of the claims review task on system design. From another perspective, it examines participant roles in terms of shifts of attention among domain knowledge, knowledge representation, system performance, and the kinds of skills needed to improve the evolving system. The conclusion includes a series of recommendations that may assist other companies and universities setting up similar joint ventures.*

Keywords: System development, insurance claims processing, knowledge-based systems

ACM Categories: K.6.1, I.2.1, H.4.2

## Introduction

In September 1985, Blue Cross and Blue Shield (BC/BS) of South Carolina and the Institute of Information Management, Technology, and Policy (IIMTP) in the College of Business Administration at the University of South Carolina formed a joint venture to build a knowledge-based system to perform medical review on Medicare claims.[1]

Managing the knowledge engineering process was complicated by having members from two dissimilar organizations on the same knowledge engineering group. This arrangement affected cohesion within the knowledge engineering group and inter-organizational dynamics. It also influenced the definition of the problem, the design of the system, and its final form.

The venture developed from circumstances similar to those that led Digital Equipment Company and Carnegie-Mellon University to start the development of an expert system to configure computer systems (McDermott, 1984); someone in the company was aware of the university's work in developing knowledge-based systems. At a meeting of the advisory committee, a professor in the Department of Management Science made a presentation on the university's work to date in building knowledge-based systems and on their potential to solve significant business problems. This presentation caught the attention of a senior vice president of BC/BS who was a member of IIMTP's advisory committee. He believed that an expert system approach could provide BC/BS with a competitive advantage.

He had a number of strategic and operational reasons to improve the processing of Medicare claims. First, in 1984 Medicare claims comprised 41% of the company's total volume and 48% of the total value of benefits paid (Blue Cross, 1984). BC/BS anticipated substantial growth in the volume of health care claims under this program. Second, the federal Health Care Financing Administration (HCFA) was beginning to place increased emphasis on prepayment review of claims. Third, although the company relied on computation to produce economies of scale in processing, the labor-intensive manual review of these claims had not yielded to attempts at automation. Hiring and training suffi-

[1] The project described in this article was funded in its entirety by Blue Cross and Blue Shield of South Carolina.

MCK 000306

cient reviewers to capture a competitive advantage would have significantly increased personnel and supervisory costs. Fourth, certain characteristics of the review process seemed suited to a knowledge-based approach. The process was subjective and partly judgmental (Harmon and David, 1985). Registered nurses with clinical experience gained knowledge of detailed review policies and procedures through a long on-the-job apprenticeship. The most experienced reviewers were significantly faster and made fewer errors than the least experienced reviewers.

BC/BS management decided to search for a way to learn about knowledge-based systems. After considering several choices (see Table 1), they decided to strengthen the company's ties with IIMTP and to use faculty members' experience in building experimental knowledge-based systems as a foundation for building a commercial system.

By engaging IIMTP solely as an external consultant, BC/BS would not have increased its skills in developing knowledge-based systems. Because BC/BS and IIMTP both wanted to develop a permanent source of internal expertise, they created a knowledge engineering team by taking existing personnel from both organizations and providing them with training in knowledge engineering methodology and programming. This team consisted of two members of BC/BS's data processing staff, two faculty members and one doctoral candidate from the Department of Management Science, a staff member from IIMTP, and a master's candidate from the Department of Computer Science.[*]

IIMTP participants were responsible for project management during the project's first two contractual phases, which lasted approximately ten months. During this time, the knowledge engineering group reached a technical solution to the problem. In the third contractual phase, which lasted seven months, the project changed from exploratory research and development to recoding the knowledge-based system in a procedural language for operation with the company's other production systems. Consequently, during the third phase of the project BC/BS participants assumed responsibility for project management.

[*] At the end of the second phase one professor and the two graduate students left the project.

## The Development Cycle in Building Knowledge-Based Systems

There are several descriptions of the development cycle. Various authors call the stages by different names and emphasize slightly different activities in each stage. Most versions describe similar activities in essentially the same sequence, and suggest a single underlying model containing five stages: identification, conceptualization, formalization, implementation and validation.

The first stage identifies a domain, a problem within that domain, and a task (Bobrow, et al., 1986 and Buchanan, et al., 1983). "Task" refers to the role that an automated system will play in relation to the humans whose expertise it will emulate and the level of expertise it should exhibit (McDermott, 1984). This stage requires identifying available resources to undertake a knowledge-based approach: an articulate expert whose time can be devoted to the project, knowledge engineers, and suitable knowledge engineering tools. It also requires the identification of a user, test cases, and acceptable solutions (Bobrow, et al., 1986). Finally, the system developers should identify a performance objective and an estimate of the economic benefits and costs to attain them (Harmon and King, 1985).

The second stage is conceptualization (Bobrow, et al., 1986, and Buchanan, et al., 1983). The knowledge engineers begin to observe the expert's problem solving approach. They and the expert often organize working sessions around actual cases (Harmon and King, 1985, and Bobrow, et al., 1986). The expert describes the approach in solving the case, and the knowledge engineers identify key facts and relationships.

The third stage, formalization (Buchanan, et al., 1983), shifts the primary focus of attention from discovering the expert's problem solving approach to identifying an appropriate representation of the knowledge.

The fourth stage is implementation (Buchanan, et al., 1983). In this stage the knowledge engineers build a prototype. They should select an "implementation technology" from among existing expert system shells. These shells have built-in programming features which accommodate quick changes to the evolving system. The knowledge engineers attempt to get the prototype to run "correctly" from start to finish. The

**In** sed

developments
ages by
different
describe
me se-
a model
concep-
on and

problem
et al.,
refers
play in
e it will
uld ex-
equires
rtake a
expert
knowl-
ge en-
fication
lutions
em de-
jective
ts and
985).

obrow,
). The
he ex-
nd the
around
d Bob-
es the
vledge
nips.

et al.,
from
lving
repre-

anan,
e en-
ct an
g ex-
have
. The
pro-
. The

## Table 1. Organizational Choices to Build a Knowledge System

| Source | Option | Advantages | Disadvantages |
|---|---|---|---|
| Internal Development | MIS professionals | Available source of talent | Lack of familiarity with AI or knowledge engineering processes or tools |
| | | Systems analysis experience is transferable | |
| | | Knowledge of integration into existing DP systems (if mainframe support necessary) | |
| | | Desire to learn | |
| | Existing users | Available source of talent | Lack of knowledge of data processing |
| | | | Unfamiliarity with AI or knowledge engineering processes or tools |
| | New hire of AI professional | Current knowledge of AI, its tools and potential applications | High demand and low supply creates asking salaries in the $50K-75K range |
| | | | Assumes continuing demand for services |
| Development by Outside Consultants | Private sector | Short term commitment possible | No local source |
| | | | Distance would have raised costs considerably |
| | | | Most real applications require extended development time; extremely short supply; costs would have been excessive |
| | Academic sector (national reputations) | Short term commitment possible | Far away |
| | | | Limited availability |
| | | | Excessive cost |
| Joint Ventures | Company-to-company research | Long range development | Company not oriented toward research and development |
| | | | Competitor companies also unfamiliar with AI |
| | | | Potential difficulties in sharing proprietary knowledge |
| | | | Potential conflicts of interest |
| | | | Potential complications with federal regulators |
| | Investing in an AI start-up company | Commitment to company | Exceedingly risky |
| | | | Exceedingly expensive |
| | | | Long-range potential uncertain |
| | Company-to-local-university joint venture | Local availability; more reasonable cost | Few faculty in the field |
| | | Experience in building small knowledge systems for instructional and demonstration purposes | |
| | | Desire more experience | |

expert observes and comments on inadequacies and oversights, and the knowledge engineers make improvements to the system. Problems discovered during this process frequently lead the knowledge engineers and the expert to start over. The case-driven "test and refine" process and informal testing continue throughout the development cycle. The prototype often convinces the expert of the validity of a knowledge-based approach (Harmon and King, 1985).

Like decision support systems, knowledge-based systems must evolve (Keen, 1986). The design process must prevent blockage of evolution because of inflexible design structures or development tools. Therefore, attention may

MCK 000308

*Knowledge-Based Implementation*

shift from domain knowledge to a way to find or develop better tools, then shift back to domain knowledge (Smith, 1984).

Smith (1984) suggests that the purpose of the implementation stage is to demonstrate the system's commercial viability and utility. This stage should also begin the transfer of "ownership" of the knowledge-based system from its builders to its intended users, who need to begin learning how to monitor, maintain, and enhance it (Harmon and King, 1985). By the end of this stage, the knowledge engineers should have a better understanding of the design characteristics of the system, including rules, procedures, and constraints (Bobrow, et al., 1986).

A more thorough test and validation of system performance is required in the fifth stage, validation (Buchanan, et al., 1983). Although validation occurs when implementation is considered complete, problems found during validation often force reformalization and reimplementation (Bobrow, et al., 1986). The prototype may be reimplemented several more times, followed by more validation. Previously overlooked circumstances lead to the incremental expansion of the number of rules in the knowledge base.

There are two main performance criteria to be used during testing. First, the system should function well in comparison to human performance of the same task. Second, the system should perform a commercially viable task efficiently enough to show economic justification. Initial expectations of system performance are generally too high, and a lengthy apprenticeship should be anticipated before the system will begin to achieve the desired levels of functional and economic performance (Bachant and McDermott, 1984).

Initially, organizations usually concentrate on the system's performance instead of its integration into existing systems and work processes (McDermott, 1981). It is crucial that the organization develop an implementation plan that will fit the system into the established organizational structure with as little disruption as possible. Furthermore, a group must be established in the existing organization to continue monitoring and expanding the system's capabilities (Harmon and King, 1985). The final system may be re-coded in procedural language as an embedded kernel in a larger system (Smith, 1984; Harmon and King, 1985). Since procedural languages limit the flexibility of the system, some organiza-

tions make and validate changes to the knowledge base in the original knowledge engineering tool, and then recode the changes in procedural language.

## Evolution of the Project: Developmental Stages

McDermott (1984) views the nature of the organizational task selected for implementation as a knowledge-based system as the motivating force behind the development cycle. Smith (1984) suggests that the development cycle is a function of the power of the knowledge engineering tool to represent the task. Elements of both viewpoints can be seen in the joint venture between BC/BS and IIMTP. The task of the medical reviewer and the kind and level of knowledge desired in the knowledge-based system largely determined system design. The focus shifted periodically from the task, the tool, and the system design.

Changes in task definition, the design of the system, the integration of database and graphic interfaces with the knowledge engineering tool, and the need for different skills at different times created a shifting pattern of influence in the joint knowledge engineering group. In addition, the chances of continuing the joint venture rose and fell with the knowledge engineering group's progress in problem solving and its likelihood of success.

Managing risk was important to the continued existence of the joint venture. Three separate contracts permitted BC/BS to make incremental commitments to the development effort. If the first or second phase had failed, BC/BS could have limited its losses by terminating the joint venture. The next three sections describe the three phases of the joint venture.

### Phase I: requirements analysis

Organizations usually expect information system departments to deliver completed, working systems on schedule and within budget. Quite often systems are late and over budget, but they usually work after initial start-up problems are resolved. In contrast, there is no guarantee that an AI approach will produce a system at all. Senior management decided to define the project as "research and development," and they assured the managers assigned to monitor the

[text obscured by damage on right side of page]

...ct that a failure to deliv...
...d not affect annual per...
...bonuses.

**Objectives**

The first contract funded an...
the viability of a knowl...
approach to review medic...
Members of the knowledge...
interviewed several member...
ment to learn their expectati...
system. With that backgro...
engineering team met perio...
top claim reviewer, who ser...
expert throughout the projec...
came an integral part of the k...
ing team.

In early meetings with the r...
decided to concentrate on the...
forward issue of assessing a...
for health care services. This...
focus of the first phase of the...
team members believed that...
build a small prototype to so...
they had a chance to create a...
address the entire review p...
evaluated the features of the...
the suitability of three co...
edge-based system tools. Th...
package by the end of the fir...
times, three BC/BS employee...
y participants attended trai...
vided by the vendor.

**System Design and Proble...**
**Approaches**

The initial design assumption...
edge-based system would...
reviewers on difficult claims a...
perienced reviewers. This...
that the system would query...
tion found on the bill and o...
mentation.

The knowledge engineering...
cussions on actual claims...
ed a variety of claims rang...
complex. The team saved i...
the evolving prototype.

* Information that could ide...
blanked out to protect the...
records.

MCK 000309

*Knowledge-Based implementation*

### Objectives

The first contract funded an exploratory study of the viability of a knowledge engineering approach to review medical reimbursements. Members of the knowledge engineering group interviewed several members of BC/BS's management to learn their expectations for the proposed system. With that background, the knowledge engineering team met periodically with BC/BS's top claim reviewer, who served as the domain expert throughout the project. This reviewer became an integral part of the knowledge engineering team.

In early meetings with the reviewer, the group decided to concentrate on the relatively straight-forward issue of assessing a patient's eligibility for health care services. This task became the focus of the first phase of the joint venture. The team members believed that if they could first build a small prototype to solve this issue, then they had a chance to create a system that would address the entire review process. The group evaluated the features of the eligibility issue and the suitability of three commercial knowledge-based system tools. The team selected a package by the end of the first phase. At various times, three BC/BS employees and two university participants attended training sessions provided by the vendor.

### System Design and Problem Solving Approaches

The initial design assumption was that the knowledge-based system would advise experienced reviewers on difficult claims and would tutor inexperienced reviewers. This assumption implied that the system would query the user for information found on the bill and on supporting documentation.

The knowledge engineering team based its discussions on actual claims.[1] The reviewer selected a variety of claims ranging from simple to complex. The team saved these claims to test the evolving prototype.

---

[1] Information that could identify the patient was blanked out to protect the confidentiality of the records.

The knowledge engineers were overwhelmed with details during these meetings with the reviewer. When the team asked the reviewer to explain the claim decisions, they received long, detailed justifications. The explanations became difficult for the reviewer and the knowledge engineers because the reviewer had not previously scrutinized the claim reviewing process, which had become automatic, making it difficult to explain — a phenomenon noted by Johnson (1983).

After several false starts, the team members eventually drew an "and/or" tree which they reduced to an if-then formalism (Hayes-Roth, 1985). The team first wrote the if-then rules in English, and then coded them in the knowledge engineering tool. The interactive prototype followed the sequence of events that the reviewer used in examining medical claims and their supporting records. She based her decisions on a generalized expectation for any patient with a particular diagnosis and on the specific information found on this patient's claim and medical records.

### Intra-Group Dynamics and Project Leadership

The university participants saw the project as a way to gain experience in developing an actual commercial knowledge-based system. They had major research and development goals (Keen, 1986), such as studying the effect of a knowledge-based system on organizational structure and behavior, studying the kind of knowledge used to review claims, developing a knowledge engineering methodology (Weitzel and Kerschberg, 1986), designing the information system requirements, and publishing research findings. BC/BS also intended to gain experience, but its goals were more utilitarian: improved productivity, improved quality and consistency of review, the possibility of marketing the completed knowledge-based system to other BC/BS plans and health care providers, and the addition of value to the company's existing distribution networks (Kerschberg, 1985).

These different orientations surfaced in several ways. The BC/BS team members continued to believe that a failure to produce a working system would have a negative impact on their performance evaluations. They pressed to assign target dates, pushed for tangible results, and adopted tactics to reduce uncertainty and risk.

MCK 000310

05/04/90    16:14    NO. 130    P007/013

*Knowledge-Based Implementation*

*not mention correct coding*

They also appeared to feel a need to take charge, so that the group would meet its targets and produce a result.

On the other hand, some of the IIMTP team were more interested in applying various theoretical constructs to a real problem. As academicians, they chafed at attempts to manage their activities. They were subject to an entirely different set of pressures, including their concern to produce a working system for BC/BS and to publish worthwhile research findings for the academic community. BC/BS team members' discomfort increased whenever the university participants addressed research issues that did not seem to be directly related to producing concrete results on schedule. Tension resulted on both sides, culminating in arguments about how the project should proceed and what the system design should look like.

### Inter-Organizational Relations

The importance of an initial prototype to maintain the expert's interest and to focus on relevant issues is well documented (Smith, 1984). Partially as a result of working with the prototype, the reviewer became a proponent of a knowledge-based approach and was the system's most enthusiastic spokesperson. Having a "champion" or a sponsor (McDermott, 1981) was a crucial element in convincing BC/BS to continue funding the project beyond the exploratory stage, especially in light of the tension between the corporate and academic cultures.

Presented with a working pilot prototype and an enthusiastic champion, BC/BS's management decided to fund the second phase of the joint venture. BC/BS and IIMTP made some changes in their working relationship to lessen the difficulties encountered during the first phase. These changes are discussed below.

### Phase II: building a prototype

#### Objectives

The primary purpose of the second phase of the joint venture was to build a prototype system that addressed the entire review process, of which eligibility was only a part. A successful prototype would demonstrate the feasibility of creating a production version of the system.

### System Design and Problem Solving Approaches

Even though the eligibility issue had been solved, the remainder of the problem seemed much more difficult. The remaining part of the problem was to determine if health care services were medically necessary. Medical necessity involved assessing the patient's diagnoses, surgical procedures, the length of time since they occurred, and the severity of the patient's condition.

Initially the knowledge engineering group assumed that the problem required diagnostic knowledge. The knowledge engineering group was concerned that the system would need to reason about the underlying physiological mechanisms of the body and a patient's subsequent recovery.

In hindsight, describing the problem in terms of monitoring certain indicators on the claims and medical records is more appropriate. The system flags claims for subsequent human review if these indicators fall outside a specified range (Clancey). The reviewer used the recency of the patients' diagnoses and the severity of their condition to determine the propriety of the kind and level of health care services. Such systems, as Brown (1984) describes, "encode experiential knowledge, or empirical associations, that an expert has accumulated after seeing many similar situations . . . This kind of knowledge underlies the handling of typical cases or standard problems." (p. 85)

If this knowledge had been represented using an if-then formalism, the knowledge base would have been huge. For example, to represent 500 diagnoses and surgical procedures and the expected levels for weekly services for 100 weeks for six types of health care services would have required 300,000 production rules (500 × 100 × 6). Instead, a way to represent this knowledge was devised using a series of arrays. This insight was the first of two breakthroughs that simplified system design.

These arrays could have been put into the rule-base, but even a small number of them slowed system performance considerably. The team discussed what should be done. One viewpoint suggested that building the prototype first was more important than performance considerations. Another viewpoint suggested that if the prototype performed too slowly during demon-

MCK 000311

05/04/90   16:15                                      NO. 130    P008/013

*OUR APPROACH ALSO*

Knowledge-Based Implementation

erations, BC/BS's management would not consider a production system feasible.

The second viewpoint won out. The arrays were placed in a database separate from the rule base. One of the BC/BS participants devised a graphic interface that an expert could use directly to build arrays without the assistance of a knowledge engineer. Rule-based templates were used to extract the appropriate ranges of indicators from the arrays in the database and check the claim against them.

The eligibility prototype had been interactive, and up to this point so had the extended prototype. It became obvious that while a complete system in consultative mode might be a useful tutor for inexperienced reviewers, it would seriously degrade the productivity of more experienced reviewers.

Furthermore, the arrays were based on an average patient with a particular diagnosis. The reviewer used textual information on the medical forms to determine how the individual patient deviated from the average. Although some members of the knowledge engineering team were interested in trying to have the computer interpret the free-form text, the prevailing opinion was that such an approach was too difficult and too risky.

The system design changed from an exclusively consultative mode to a combination of batch processing and consultation. One would continue to read text to determine if the patient were better or worse than the average profile in the database and override the system's recommendation if necessary. Such a design might have produced some gain in productivity, but expecting human reviewers to wait at terminals to be queried by the automated system seemed unreasonable. Besides, the reviewers would need to read most of the form before coming to a decision, and they could make decisions faster without the system. This approach was not satisfactory.

The second breakthrough took place at this time. [...] was troubled by the use of an average [...] felt that she needed an indicator [...] the patient's condition that [...] the patient's potential [...] severity of a heart [...] of treatment.

item-labeled prognosis, which consisted of five small boxes labeled from "poor" to "excellent." This indicator became a substitute for most of the reviewer's earlier, more elaborate verbal deliberations. It eliminated the need to read text and permitted a completely automated system without human intervention. This change eliminated the interactive mode. Rapid prototyping and interactive testing made it easy to rethink the problem and redesign the system.

### Intra-Group Dynamics and Project Leadership

Changes were made in the team's working relationships at the end of Phase I to alleviate some of the tensions between the academic and the corporate cultures. To reinforce the project as a research and development project, two participants from BC/BS moved into offices at IIMTP. Their relocation removed them from day-to-day pressure at BC/BS.

In keeping with the university's mode of operation, the knowledge engineering group was organized as a collection of peers to encourage diverse opinions and individual initiative. However, some problems arose from this arrangement. Neither the BC/BS participants nor the IIMTP participants had formal control over the other group. Since BC/BS was funding the project, its participants felt they should play a relatively greater leadership role. IIMTP's credibility was at stake because it said it could build a prototype. For this reason and because the faculty participants had more experience in building knowledge-based systems, IIMTP also wanted to play a greater leadership role. Differing amounts of time spent working on the project also caused problems. The team members from BC/BS and the IIMTP staff member were assigned full time to the project, whereas the faculty members and the graduate students participated on a part-time basis.

### Inter-Organizational Relations

The team completed a fully operational prototype before the end of the project's second phase. As a result of this and in spite of the tensions inside the team, relations between BC/BS and IIMTP were at their highest. BC/BS's senior executives were delighted that the gamble on a research and development project had succeeded. They perceived the knowledge-based system experi-

MCK 000312

*Knowledge-Based Implementation*

ment as a success, largely as a result of the university's participation.

## Phase III: integration into operations

### Objectives

This phase's objective was to recode the knowledge-based system in procedural language to achieve suitable run-time performance. Even though the core problem had been solved, the knowledge-based system lacked a completed database.

Most of these issues were straightforward, and they could have been accomplished without IIMTP. On the other hand, some factors indicated the need for IIMTP's continued involvement. IIMTP felt obligated to see the project through to the end. Both IIMTP and some managers at BC/BS were concerned that removing BC/BS participants from the university would result in their assignment to routine tasks in the company, leaving the knowledge-based system incomplete and unintegrated into production. The system required volume testing and a rigorous analysis of its results compared to those of human reviewers. IIMTP's participation was needed to design the test and to analyze and certify the results. BC/BS and IIMTP continued the joint venture in a third and final contractual phase.

### System Redesign

Redesign considerations were based on a batch mode approach in which paper forms (the patients' bills and supporting documentation) would be put into electronic form at company headquarters, screened by a parameter-screening module, and passed to the production version of the knowledge-based system. The knowledge-based system would review the claims, assemble justification for its recommendation, and send a result indicator ("pay" or "suspend") and the justification to the main claims system.

Because denied claims almost always result in appeals and additional costs to BC/BS, there was no incentive to be very strict. The system was designed to make a "pay" decision not only on clear-cut but also on borderline situations. Medical service providers never appeal an overpayment, and HCFA only questions clear-cut

*Quarterly/March 1988*

abuses. Therefore, minimal risk was incurred by acting on "pay" decisions without human intervention. In contrast, human reviewers would examine suspended claims, first, in case additional documentation was needed either to pay or deny, and second, because erroneous denials created extra costs.

The bias toward paying was used to increase efficiency. The knowledge-based system was redesigned to halt review of the claim when sufficient data had been collected to conclude that total services billed were authorized for reimbursement. In this situation there was no need to further analyze the claim. On the other hand, if not all services were authorized it was necessary to have a human reviewer look at the reason for partial nonpayment.

### Intra-Group Dynamics and Project Leadership

The first two phases had been oriented toward research and development. This third phase, implementation, was quite different in nature. The BC/BS team members assumed a greater leadership role, while IIMTP participants assumed the role of protecting the integrity of the system design.

### Inter-Organizational Relations

During this period, BC/BS was developing another major automated system, which in part would serve as the mechanism to pass data to the knowledge-based system. This second project was a higher priority, and it consumed large amounts of the company's resources and management attention. The team concentrated on recoding the knowledge-based system so that it would be available to go into production in conjunction with this other system. Neither BC/BS nor the knowledge engineering team had time to plan how to integrate the knowledge base into BC/BS's daily operations. Furthermore, resources were not available to create a framework to monitor and develop the system over time or to transfer its problem-solving structure to analogous claims monitoring areas.

To populate the database, the knowledge engineering group adopted a strategy similar to the one used by the Digital Equipment/Carnegie-Mellon development team on their computer configuration expert system. That development

[right margin column — partially obscured]

...decided to ...d on an order ...ng. (Bachman ...view ...ped a report ...to be added to ...w resources ...agnoses were ...early stages of

...an early fo ...system review ...for quality con ...appropriate de ...the claims with ...the remainder ...man because t ...though the sys ...10% of all cla ...because of ex ...stances not c ...almost at the ...from diagnose ...Therefore, as ...IIMTP's plan t ...stallation a de ...were added to

## Conclusi

### Risk mana

...Although BC/ ...joint venture ...successful out ...real risk of t ...guarantee tha ...BC/BS reduce ...to stop the joir ...If the problem ...able expendit ...venture's init ...costs were jus ...efits. Risk dim

### Problem-s

...A refrain that c ...literature or ...edge-based s ...design that ca ...nology. Durin ...gineering tea ...language and



SAME
STRATEGY
AFTER INITIAL KNOWLEDGE BASE

*Knowledge-Based Implementation*

decided to wait until a component showed up in order before adding it to the parts database (Bachant and McDermott, 1984). The review "knowledge-based system produced a report of missing diagnoses that needed to be added to the database. Unfortunately, with resources to devote to testing, few diagnoses were added to the database during the stages of testing.

early formal test, the knowledge-based system reviewed a set of claims used by HCFA quality control testing. The system arrived at appropriate decisions for approximately 70% of claims without further human review. Most of the remainder needed to be reviewed by a human because the database was incomplete. (Although the system designers anticipated that some of all claims would require human review because not accommodated by the system, diagnoses missing from the database.) Therefore, as BC/BS prepared to implement IIMTP's plan for final system validation and installation a delay occurred while more diagnoses were added to the database.

## Conclusion

### Risk management

Although BC/BS of South Carolina funded the joint venture with the IIMTP in its entirety, its successful outcome should not obscure the very real risk of the undertaking. There was no guarantee that any result would be forthcoming. BC/BS reduced its risk by creating opportunities to stop the joint venture at the end of each phase if the problem proved insoluble within a reasonable expenditure of time and money. The joint venture's initial objectives were modest. The costs were justifiable in relation to projected benefits. Risk diminished as the problem unraveled.

### Problem-solving approach

A refrain that occurs over and over in the current literature on building commercial knowledge-based systems is to select a problem and a design that can be solved using available technology. During this project, the knowledge engineering team discussed processing natural language and modeling the patient's diagnoses

and recuperative potential. Little is known about solving problems using these approaches. From the very first, the expert reviewer explained how decisions were made in "if-then" terms, a clue that the problem involved surface knowledge. By deciding to stay within the limitations of the available technology, an approach that found relevant indicators in the medical records, a common pattern to their use, and a constrained representation schema was discovered.

### The knowledge engineering group

Some of the desirable qualities for a knowledge engineer include analytical abilities, an ability to develop rapport with an expert (Harmon and King, 1985), curiosity, unconventional educational backgrounds (Taylor, 1985), and conventional programming skills (Smith, 1984). Unconventional educational backgrounds often include individuals with an education in the core areas of artificial intelligence, computer science, linguistics, philosophy, and psychology. Harmon and King (1985) also recommend considering instructional designers (who modernize, design, and impart knowledge), technical writers (who identify "objects," "attributes," and "values" and prepare technical specifications), and managers (who sort out complex organizational policies in writing) as candidates for the development team. Finally, the prospective knowledge engineers should be provided with training knowledge engineering methodology and programming from an experienced source. The knowledge engineering group for this project had backgrounds in computer science, linguistics, and psychology, and they received training in knowledge engineering methodology and programming from the vendor of the expert system shell.

### Project management

This project had three distinct objectives, which had varying degrees of explicitness in delineating responsibility and determining performance measures.

The first objective was learning. It was not explicit who should learn what. For example, the faculty members who had actively participated in the design of the prototype during Phase I reduced their level of activity in Phase II to allow other members of the group more opportunity to become actively involved. Some members did not take advantage of this opportunity. Since this

MCK 000314

05/04/90     16:18                                    NO. 130     P011/013

*Knowledge-Based Implementation*

*NEW PRODUCTS IN HERE*

objective was not clearly stated, there was no way to correct this situation.

The second objective was to learn the knowledge engineering approach. This aspect of the project involved both knowledge engineering and technical support. The faculty members had greater experience in knowledge engineering. The BC/BS participants had greater experience in using microcomputers. As a result, technical leadership shifted back and forth, but not always at the appropriate times. A more explicit delineation of responsibility would have eased this problem — at the expense of the learning objective.

The third objective was administrative. IIMTP was clearly responsible for administrative details at the university. BC/BS participants were responsible for handling administrative details such as arranging interviews with BC/BS employees. Administrative leadership was divided.

There was no simple solution to these problems. A balance was needed among learning, technical leadership, and administration. Organizations entering into a similar joint venture need to staff it with people who are flexible and have a high tolerance for ambiguity.

### Inter-organizational relationships

Companies and universities are very different organizations. These differences were apparent in inter-organizational relations and in the dynamics of our joint knowledge engineering group.

A senior vice president at BC/BS was disappointed with the organizational dynamics. Friction occurred from differences between the two organizational cultures and between individuals. BC/BS chose its most "academic" people to participate, all of whom had received vendor training in developing knowledge-based systems, but this did not contribute to as smooth of a working relationship as was expected. In part, this friction arose, because each group felt the other side was not giving enough credit for what the group knew of knowledge-based systems.

A certain level of cultural tension should be expected and tolerated. Nonetheless, at various times, different perspectives and skills contributed to better task definition, design suggestions, and technical solutions.

### Middle ground for AI applications

A senior vice president at BC/BS commented that when the project took academic ideas and people and put them together with production-oriented people, a "gray area" was discovered that is ripe for exploitation. This is an area between leading-edge artificial intelligence and everyday data processing. Many applications that are "not sophisticated enough" for artificial intelligence researchers offer promising opportunities for organizations that depend upon information systems.

### The development cycle and implementation planning

Careful attention needs to be paid to the role that the knowledge system will play in the organization; designing it to complement existing work processes, and making its future users accustomed to the benefits it will provide them in their daily jobs. Their early involvement will speed the implementation process.

Although the results of a single case study cannot be taken as universal truth, they do provide indicators of where other companies in similar situations may look for problems and opportunities. In retrospect, it seems useful to assess how this joint venture fared in relation to the other options that were available to Blue Cross and Blue Shield of South Carolina.

Developing internal expertise overcame a tight job market for AI skills. The few candidates available in the marketplace were more expensive than the company was willing to pay. Similarly, consultants with extensive background in AI were far away and too expensive. Considering these factors, the company's decision to train existing employees as knowledge engineers is a solution that many organizations are likely to follow.

The joint venture created a partnership. IIMTP was willing to risk its reputation to demonstrate it could provide leadership in an exploratory study of knowledge-based systems. BC/BS, in turn, was willing to risk funding for the venture. Both risks paid off, and comments from involved managers at BC/BS indicated that they viewed university participation as a major factor in the successful outcome.

The joint venture h[...] [...]port and enthus[...] [...] management tha[...] [...] noted earlier, the d[...] [...], 1984) is largel[...] [...]port that a knowle[...] [...] solve significant [...] [...]ined in the project[...] [...]. The reviewer [...] [...] management that she [...] [...]ating the review of [...] [...] as possible. Her cha[...] [...] exploratory phase wa[...] [...] continue funding for [...] [...] phase.

The joint venture has [...] [...]ness that problems [...] [...] automation five years [...] [...]cial intelligence techn[...] [...] needs to re-evaluate [...] [...]sides Medicare.

These experiences b[...] [...] suggest that joint ven[...] [...] government organiza[...] [...] be a viable way to [...] [...] systems. The organi[...] [...] venture should limit [...] [...] with a series of smal[...] [...]minated if they are n[...] [...] relationship can rest[...] [...] do not blend easily.

Re[...]

Bachant, J. and M[...]
    Four Years in th[...]
    5:3, Fall 1984, pp[...]
Blue Cross and Blu[...]
    and Companion [...]
    Columbia, SC, 19[...]
Bobrow, D.G., Mitta[...]
    Systems: Perils a[...]
    tions of the ACM.[...]
    660-894.
Brown, J.S. "The L[...]
    and the High Roa[...]
    Commercial Use[...]
    P.H. Winston ar[...]
    The MIT Press. C[...]
    90.
Buchanan, B.G., B[...]
    nett, J., Clancey[...]
    T., and Waterma[...]
    pert System." in[...]

MCK 000315

05/04/93   16:19

joint venture had an adherent whose support and enthusiasm convinced corporate management that success was possible. As noted earlier, the demonstration of feasibility (Cohen, 1984) is largely intended to convince the client that a knowledge-based approach can solve significant problems. The experience gained in the project is consistent with this insight. The reviewer initially told BC/BS's top management that she did not believe that automating the review of these health care claims was possible. Her change of opinion during the exploratory phase was a persuasive argument to continue funding for the second contractual phase.

The joint venture has given BC/BS a new awareness that problems that they could not solve with automation five years ago now may yield to artificial intelligence techniques. As a result, BC/BS needs to re-evaluate many other systems besides Medicare.

These experiences between BC/BS and IIMTP suggest that joint ventures between business or government organizations and universities may be a viable way to develop knowledge-based systems. The organizations engaging in such a venture should limit their risks by proceeding with a series of small projects, which can be terminated if they are not working out. A productive relationship can result, ever, if the two cultures do not blend easily.

## References

Bachant, J. and McDermott, J. "R1 Revisited: Four Years in the Trenches." *AI Magazine,* 5:3, Fall 1984, pp. 21-32.

Blue Cross and Blue Shield of South Carolina and Companion Corporation. Annual Report. Columbia, SC. 1984.

Bobrow, D.G., Mittal, S., and Stefik, M.J. "Expert Systems: Perils and Promises." *Communications of the ACM.* 29:9. September 1986, pp. 880-894.

Brown, J.S. "The Low Road, the Middle Road, and the High Road," in *The AI Business: The Commercial Uses of Artificial Intelligence,* P.H. Winston and K.A. Prendergast (eds.). The MIT Press. Cambridge, MA. 1984, pp. 81-90.

Buchanan, B.G., Barstow, D., Bechtal, R., Bennett, J., Clancey, W., Kulikowski, C., Mitchell, T., and Waterman, D.A. "Constructing an Expert System," in *Building Expert Systems.* F.

Hayes-Roth, D.A. Waterman, and D.B. Lenat (eds.). Addison-Wesley Publishing Company, Inc., Reading, MA, 1983, pp. 127-167.

Clancey, W.J. "Heuristic Classification." Stanford Knowledge Systems Laboratory, Department of Computer Science, Stanford University, Palo Alto, CA (undated).

Harmon, P. and King, D. *Expert Systems: Artificial Intelligence in Business.* John Wiley & Sons, New York, NY, 1985.

Hayes-Roth, F. "Rule-Based Systems." *Communications of the ACM.* 28:9. September 1985. pp. 921-932.

Johnson, P.E. "What Kind of Expert Should a System Be?" *The Journal of Medicine and Philosophy,* 8:1, February 1983. pp. 77-97.

Keen, P.G.W. "Decision Support Systems: A Research Perspective." in *The Rise of Managerial Computing: The Best of the Center for Information Systems Research,* J.F. Rockart and C.V. Bullen (eds.). Dow Jones-Irwin, Homewood, IL, 1986, pp. 25-48.

Kerschberg, L. "A Proposal for the Development of an Expert System for Medical Claims Processing: MEDCLAIM," Institute of Information Management, Technology, and Policy. College of Business Administration, University of South Carolina, Columbia, SC. July 1985.

McDermott, J. "R1: The Formative Years." *AI Magazine,* 2:2. Summer 1981. pp. 21-29.

McDermott, J. "Building Expert Systems." in *Artificial Intelligence Applications for Business,* Reitman (ed.), Ablex Publishing Corporation, Norwood, NJ, 1984, pp. 11-22.

Smith, R.G. "On the Development of Commercial Expert Systems." *AI Magazine,* 5:3, Fall 1984, pp. 61-73.

Taylor, E.C. "Developing a Knowledge Engineering Capability in the TRW Defense Systems Group," *AI Magazine,* 7:2. Summer 1985, pp. 58-63.

Weitzel, J.R. and Kerschberg, L. "Developing Knowledge-Based Systems: Reorganizing the System Development Life Cycle," working paper, University of South Carolina, Columbia, SC, and George Mason University, Fairfax, VA, December 1986.

MCK 000316

05/04/90     16:20                                    NO.          P013/013

## About the Authors



John R. Weitzel is Assistant Professor of Management Science in the College of Business Administration at the University of South Carolina, Columbia. He has a Ph.D. in Management from the University of Cincinnati. Dr. Weitzel spent 13 years as a programmer, systems analyst, and project manager for computer-based information systems, primarily in the banking industry. His research interests include the strategic use of information systems, implementation of information systems, and applications of artificial intelligence to management information systems and decision support systems.

Kenneth R. Andrews was, until recently, a Senior Research Associate with the Institute of Information Management, Technology, and Policy in the College of Business Administration at the University of South Carolina, Columbia. While with the Institute, he was involved in strategic planning for information resources for several major state agencies in South Carolina and in the development of a knowledge-based system for Blue Cross and Blue Shield of South Carolina. Prior experience included budgetary, financial, and program analysis in banking and local government administration. He holds graduate degrees in Public Administration (from the University of North Carolina, Chapel Hill) and Slavic Linguistics (University of Illinois). He is currently pursuing a Ph.D. in Linguistics at the University of South Carolina.

MCK 000317