IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | Civil Action No. 04-1258 SLR |

NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit A has been served upon Steven Graham, At Global Inc. 13949 W. Colfax Ave., Golden, CO 80401-3207.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL

                                  /s/ Jack B. Blumenfeld
                                  Jack B. Blumenfeld (#1014)
                                  Rodger D. Smith, II (#3778)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899
                                  (302) 658-9200
                                    Attorneys for Defendant
                                    The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

May 2, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 2, 2005 I electronically filed Notice of Service of Subpeona with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on May 2, 2005 upon the following in the manner indicated:

>BY HAND
>
>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>
>BY FEDERAL EXPRESS
>
>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue
>Suite 1100
>Palo Alto, CA 94301]

/s/    Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com