IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1258 (SLR)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Supplemental Response to Plaintiff's Interrogatories Nos. 3, 4, 6 & 7 were caused to be served on May 5, 2005 upon the following in the manner indicated:

BY ELECTRONIC MAIL AND U.S. MAIL

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          /s/  Jack B. Blumenfeld
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith, II (#3778)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                            Attorneys for Defendant
                                            The TriZetto Group, Inc.

OF COUNSEL:

John M. Benassi
Jessica R. Wolff
Matthew C. Lapple
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130
(858) 720-2500

May 9, 2005