IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION<br>SOLUTIONS LLC, | ) )<br>) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) )<br>) | |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that plaintiff, McKesson Information Solutions LLC, has

served requests for the production of documents pursuant to Federal Rule of Civil Procedure 45

on the following entities:

| Company | Date sent out for service |
|---|---|
| HealthPlan Services, Inc.<br>f/k/a Centra Benefits Services<br>3501 Frontage Road<br>Tampa, FL 33607 | April 28, 2005 |
| Caresource, Inc.<br>1624 East 4500 South<br>Salt Lake City, UT 84117 | April 28, 2005 |
| AMERIGROUP Corporation<br>4425 Corporation Lane<br>Virginia Beach, VA 23462 | April 28, 2005 |
| Deloitte & Touche, LLP<br>50 Fremont Street, Suite 3100<br>San Francisco, CA 94105 | May 3, 2005 |

Dated:  May 10, 2005

By: _____
Thomas J. Allingham II (I.D. No. 0476)
SKADDEN, ARPS, SLATE MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
tallingh@skadden.com

Attorneys for Plaintiff
McKesson Information Solutions LLC


OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

Q:\DOCUME~1\csenft\LOCALS~1\Temp\f\pal1-173355-2.doc - MSW