## CERTIFICATE OF SERVICE

I, Thomas J. Allingham II, hereby certify that on May 10, 2005, I electronically filed the Reply To Counterclaim And Jury Demand with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**VIA CM/ECF**

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_____
Thomas J. Allingham II (I.D. No. 0476)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
tallingh@skadden.com

414455-Wilmington S1A