SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
─────
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(888) 329-2812
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
─────
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
─────
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 13, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*, C.A. No. 04-1258-SLR (D. Del.)

Dear Chief Judge Robinson:

On behalf of plaintiff McKesson Information Solutions LLC ("McKesson"), enclosed please find a letter from my colleague, Jeff Randall, regarding certain discovery issues that McKesson believes requires the Court's attention.

Respectfully,

Michael A. Barlow (#3928)

cc:   Jack Blumenfeld, Esq. (by hand)
      Jeffrey T. Thomas, Esq. (by fax)

411357-Wilmington S1A