IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**NOTICE OF SERVICE**

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on May 13, 2005, copies of McKesson Information Solutions LLC's First Supplemental Initial Disclosures and Plaintiff McKesson's Response to Defendant TriZetto's Second Set of Requests for Production of Documents (121 - 146) were served by facsimile and by U.S. Mail on the following counsel:

        Jeffrey Thomas, Esq.
        GIBSON, DUNN & CRUTCHER LLP
        Jamboree Center
        4 Park Plaza, Suite 1400
        Irvine, CA 92614
        Facsimile: 949-475-4670

        Jack B. Blumenfeld, Esq.
        MORRIS, NICHOLS, ARSHT & TUNNELL
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        Facsimile: 302-425-3012

/s/ Michael A. Barlow
_____
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
   Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Michael Hendershot
Donna Hill
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

- and -

Allan M. Soobert
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

DATED: May 13, 2005