## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on May 13, 2005, I electronically

filed the Notice of Service of McKesson Information Solutions LLC's First

Supplemental Initial Disclosures and Plaintiff McKesson's Response to Defendant

TriZetto's Second Set of Requests for Production of Documents (121 - 146) with the

Clerk of Court using CM/ECF which will send notification of such filing to the

following:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B.Blumenfeld, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow  (ID No. 3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

414450.01-Wilmington S1A