IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 04-1258-SLR |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 19th day of May, 2005, having conferred with the parties regarding various discovery disputes;

IT IS ORDERED that, on or before June 15, 2005, defendant shall supplement its response to interrogatory numbered 6 relating to its contention that the claims of the '164 patent are invalid as being anticipated or made obvious by some 40 prior art references. The supplemental response shall more specifically identify, by way of a claim chart, how each listed prior art reference anticipates or makes obvious the claims at issue. The remainder of defendant's responses are adequate.

IT IS FURTHER ORDERED that the discovery schedule shall be modified as follows:

1. Fact discovery shall be completed on or before **September 16, 2005.**

2. Absent agreement among the parties, expert reports on issues for which the parties have the burden of proof are due

on **October 7, 2005.** Rebuttal reports are due on **October 28, 2005.**

                                              */s/ Sue L. Robinson*
                                        United States District Judge