IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>      Defendant. | Civil Action No. 04-1258 SLR |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit A has been served upon Daniel Mgmt. Center; Moore School of Business c/o Custodian of Records, University of South Carolina, 1705 College Street, 8th Floor, Columbia, SC  29208.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    */s/ Jack B. Blumenfeld*
                                    _____
                                    Jack B. Blumenfeld (#1014)
                                    Rodger D. Smith, II (#3778)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
OF COUNSEL:                      (302) 658-9200
                                      Attorneys for Defendant
Jeffrey T. Thomas                    The TriZetto Group, Inc.
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California  92614-8557
(949) 451-3800

May 24, 2005
466885

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 24, 2005 I electronically filed Notice of Service of Subpeona with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on May 24, 2005 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> BY FEDERAL EXPRESS
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301]

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com