EXHIBIT A

PART 2

5,253,164

39                                           40

Computer
Response:   A neuroma excision performed by a podiatrist is
            overwhelmingly likely to be a Morton's neurectomy, even if
            not coded as such. Therefore, code 64782 has been replaced
            by 28080.


PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response:   Assign the following code(s) for payment:
            1. 64782 remove neuroma, hand or foot nerve

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.


User enters [presses one key]:
            Return


Computer
Response:   1. 64782 has been accepted with no change.


                    EXAMPLE 15
                      - 77 -


            Typical Session with CodeReview
Example of "Q9" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).


User enters:
            58605


Computer
Response:   1. 58605 division of fallopian tube (postpartum during
               same hospitalization)

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).


User enters [presses one key]:
            Return


Computer
Response:   Assign the following code(s) for payment:
            1. 58600 division of fallopian tube

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.


User enters [presses one key]:
            Return

5,253,164

**Computer**
**Response:**  Code 58600 is used if fallopian tube ligation/transection
was the only procedure performed during an admission.


*EXAMPLE 16*


### Typical Session with CodeReview
**Example of "Ll" Rule**

**Computer**
**Prompt**  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

**User enters:**
        43830
        43840

**Computer**
**Response:**  1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

**Computer**
**Response:**  Assign the following code(s) for payment:
        ??  1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

To know the reason for the question(s), press Return.
Otherwise, press Escape.

**User enters [presses one key]:**
        Return

**Computer**
**Response:**  1. 43830 Limit payment of 43830 to $150, because it appears
with 43840.
2. 43840 has been accepted with no change.


*EXAMPLE 17*
- c -


### Typical Session with CodeReview
**Example of "EP" Rule**

**Computer**
**Prompt**  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

5,253,164

43                                          44

**User enters:**
        93005
        93010

**Computer**
**Response:**    1. 93005 electrocardiogram, tracing only
             2. 93010 electrocardiogram, interpretation & report only

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

**User enters [presses one key]:**
        Return

**Computer**
**Response:**    Enter the place of service.
                     PLACE OF SERVICE CHOICES:
             Inpatient Hospital
             Outpatient Hosp./Emergency Dept./Surg. Center
             Office
             Place of service other than those listed above
             Place of service is not provided on the claim

**User enters [after moving cursor to the correct line]:**
        Return

**PATH ONE: IF PLACE OF SERVICE IS INPATIENT:**
**Computer**
**Response:**    Assign the following code(s) for payment:
             1. 93010 electrocardiogram, interpretation & report only

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

**User enters [presses one key]:**
        Return

**Computer**
**Response:**    1. 93005 is excluded: because the hospital generally
                 provides equipment and performs the service.
             2. 93010 has been accepted with no change.

**2. PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:**
**Computer**
**Response:**    Assign the following code(s) for payment:
             1. 93000 electrocardiogram, complete

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

**User enters [presses one key]:**
        Return

**Computer**
**Response:**    1. In combination, codes 93005 and 93010 justify
                 replacement by code 93000.

5,253,164

45            *EXAMPLE 18*            46

- 8 -

### Typical Session with CodeReview

**Example of "EA" Rule**

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            93503
            93501

Computer
Response:   1. 93503 right heart cath; Swan-Ganz catheter
            2. 93501 right heart catheterization; only

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the age of the patient.
                       AGE CHOICES:
            Age 20 or younger
            Age 21 or older

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer
Response:   Assign the following code(s) for payment:
            1. 93503 right heart cath; Swan-Ganz catheter

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 93503 has been accepted with no change.
            2. 93501 is excluded; because, in this age group, the two
               procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer
Response:   Assign the following code(s) for payment:
            1. 93503 right heart cath; Swan-Ganz catheter
            2. 93501 right heart catheterization; only

5,253,164

47 48

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
    Return

<u>Computer
Response:</u>  1. 93503 has been accepted with no change.
         2. 93501 has been accepted with no change.

## APPENDIX B

### RULES DESCRIPTIONS

## PART I.

<u>Rules Applied to Multiple Codes:</u> Contained in INTERACT.dbf

RULE           DESCRIPTION

        <u>Replace ACODE with DCODE</u>

R1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE,</u>
                delete ACODE, keep <u>BCODE to CCODE,</u> and add
                DCODE.

        <u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
        order) with ECODE</u>

R2      If ACODE appears with BCODE,
                delete ACODE and BCODE and add CCODE.

R3      If ACODE appears with BCODE and CCODE,
                delete ACODE, BCODE, and CCODE, and add
                DCODE.

R4      If ACODE appears with BCODE, CCODE, and DCODE,
                delete ACODE, BCODE, CCODE, and DCODE, and
                add ECODE.

        <u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE,</u>
                exclude BCODE to CCODE, and keep ACODE.

        <u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE,</u>
                exclude ACODE, and keep BCODE to CCODE.

5,253,164

49                                                    50

Limit ACODE payment

L1        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                  limit the payment of ACODE to DCODE.

EP        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE, and in POS is ECODE,
                  then exclude ACODE and keep BCODE to CCODE.

EA        If ACODE appears with BCODE and if AGE is between
          CCODE to DCODE,
                  then exclude ACODE and keep BCODE.
          Query for More Info because of Multiple Codes

QM        If ACODE appears with another code in the range of
          BCODE to DCODE, there is a question about this
          combination of codes.

QS        If ACODE appears with another code in the range of
          BCODE to CCODE, then there is a question about ACODE.

QB        If ACODE appears with another code in the range of
          BCODE to CCODE, then there is a question about the
          code in the BCODE to CCODE range.

          IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.


PART II.

Rules applied to each code individually: Contained in
BYITSELF.dbf

RULE          DESCRIPTION

Q1        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the claim,
                  then always request more information ("by
                  report") as specified in MESSAGE.

Q2        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the form and more than
          one of the following fields have entries that match
          the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
          to ENDAGE, DX,
                  then request more information as specified in
                  MESSAGE.

Q3        If CODE survives rules applied to multiple codes or
          CODE is only one submitted on the form and the charge
          on the claim is greater than DOLLALIM,
                  then request more information as specified in
                  MESSAGE.

BEST AVAILABLE COPY

5,253,164

51                                                                              52

Q4     If CODE survives rules applied to multiple codes or
       CODE is only one submitted on the form and the charge
       on the claim is greater than the fee screen for
       CODELIM,
              then request more information as specified in
              MESSAGE.

Q5     If CODE survives rules applied to multiple codes or
       CODE is only one submitted on the form and the place
       of service is POS,
              then request more information as specified in
              MESSAGE.
       In addition, if CODELIM = 0 and the place of service
       is POS,
              replace the code in question with CODELIM and
              the reason is flagged by MESSAGETYPE.

Q6     If CODE survives rules applied to multiple codes or
       CODE is only one submitted on the form and there is no
       evidence of anesthetic as specified in ANESTHESIA,
              then request more information as specified in
              MESSAGE.

Q7     If CODE survives rules applied to multiple codes or
       CODE is only one submitted on the form and the
       patient's age is between BEGAGE and ENDAGE,
              then request more information as specified in
              MESSAGE.

Q8     If CODE survives rules applied to multiple codes or
       CODE is only one submitted on the form and the
       diagnosis is DX,
              then request more information as specified in
              MESSAGE.
       In addition, if CODELIM = 0 and the DX, or ICD9CODE
       (or provider) is true,
              then replace the code in question with
              CODELIM, and the reason is flagged by
              MESSAGETYPE.

Q9     If CODE survives the rules applied to multiple codes
       or CODE is only one submitted on the form,
              then replace ACODE with CODELIM, and the
              reason is flagged by MESSAGETYPE.

## APPENDIX C

ALLCODE:
     Allcode is the file which contains every code, as well as
information which pertains to certain codes code.

     CODE = presented code (all codes represented)

     TITLE4 = description of code from CPT-4 tape

     RVU = rvu of code (relative value unit)

     AST = indicate if a global procedure (all inclusive)

SUPERSED:

    CODE = presented code which is to be superseded

    SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:

    ACODE = contains CPT-4 codes                    all rules

    RULE = E1, E2, R1-RN, QM, QS, QB, L1

    BCODE, CODE = contains CPT-4 codes              all rules

    DCODE = cpt4 code                               R1, R3 +

    DCODE = dollar amount                           L1

    ECODE = cpt4 code                               R4

    ECODE = messagetype                             all rules
                                                    except R4
                                                    and above


    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed


BYITSELF:

    CODE = code which presents a problem when presented
           either by itself or with other codes

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

    RULE = Q1, Q2,....,Q9

    SINGLE = currently indicates, if true, that the code
             needs to be either the sole surviving code, or
             the only code on the claim, in order for the
             rule (in RULE) to be fired.  This field is
             currently under revision to become broader in
             scope; ie if the coe is the only surviving
             code do rule A, or if the code is with other
             codes, do rule B.

    MESAGETYPE = internally assigned 'code' which will
                 match a type in MESSAGE.dbf, which
                 contains English language messages for the
                 CodeReview user.

    DOLLARLIM = $ limit which if exceeded leads user to
                more information, else accept code          Q3

    POS = place of service                                  Q5

    ANESTHESIA = contains a type of anesthesia (general)    Q6

    BEGAGE = start of an age range inappropriate for the
             procedure                                      Q7

    ENDAGE = end of the age range inappropriate for the
             prcedure                                       Q7

    DX = diagnosis(es) inappropriate for the procedure      Q8

    ICD9CODE = ICD-9-CM diagnosis code inappropriate for
               the procedure                                Q8

    CODELIM = code which the charge for CODE will be
              compared to (greater than, less than)         Q4

5,253,164    BEST AVAILABLE COPY

55                                                          56

CODELIM = code which will replace code if

    1) if the POS is inappropriate          Q5

    2) if the DX or ICD9CODE is inappropriate   Q8

    3) in all circumstances for 29          Q9


MESSAGE:

    TYPE = assign code name for message

    ORIGIN = indicates multiple, single or both

    OP = ask for op report?

    PATH = ask for pathology report?

    OFF = ask for office records?

    HOS = ask for hospital progress notes?

    OTHER = ask for another claim?

    REVIEWER = is the type of reviewer the asked-for
           information should be sent to and reviewed
           by (ie nurse, supervisor, physician etc)

    TOLOOKFOR = specified items that the reviewer should
           look for upon receiving the asked-for
           information

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed


APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = 1
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
     company = company
     COLORH = COLMAIN
     COLORH = COLHELP
     col_look = col_look
     col_say = col_say
     SET COLOR TO &COLORH
     color = .t.
else
     color = .f.
ENDIF
select 1
use
clear
```

5,253,164

BEST AVAILABLE COPY

```
*  SELECT 3                          && opened and closed in entry.prg
*  USE SUPERSED INDEX SUPERSED
*  SELECT 4                          && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF       && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE         && rules.prg
** select 10                         && recomm.prg
** use  new
*  memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
-Modify Code      Esc-Exit'
enter = ' <Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
 'F1-Help                         '+ enter + 'Recommendations                    Esc-Exit '
                            Enter                provided
helpline9 = ;
 '                 <Enter claim number in space provided>                              '
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
 - Make Selection                      Esc-Return'
helpline6 = ;
 - Make Selection           Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add   # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations       N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                         N - New Session               Q - Quit'
endif
helpline2 = ;
'             CodeReview is processing input codes ... please stand by           '
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 1988'
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
'                       ESC - Exit Help                                        '


choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

BEST AVAILABLE COPY

```
         return
      endif
endif
if one_date .or. .not. get_date
   select process
   temp_date=code_date
   if code_count > 1
      DO MULTIPLE.prg          && exclude, replacement, QM rules
   endif
   DO RULES.PRG
else
   select process
   go top
   temp_date=code_date
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   go top
   count to code_count

       go top
       do while .not. eof() .and. code_date=temp_date
          if code_count > 1
             DO MULTIPLE.prg          && exclude, replacement, QM rules
          endif
          DO RULES.PRG
          select process
          set filter to code_date=temp_date
          go bott
          set filter to
          skip
          if eof()
             exit
          endif
          temp_date=code_date
          set filter to endstatus $ 'AP' .and. code_date=temp_date
          go top
          count to code_count
          go top
       enddo
    endif
    do recomm
    if clipper
         loop
    else
          if choice = 'N'
             loop
          endif
    endif
    exit
enddo
CLOSE DATABASES




* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  / ')
IF CLIPPER
      do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store ' ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  / ')
get_date = .t.
set date american
```

BEST AVAILABLE COPY

5,253,164

61

62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header8=company + space(18)+'CodeReview'+space(8) + 'Claim #: '+xclaim_no
**@1,1 get header8

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 6
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = t


SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
    store .f. to upkey,dnkey
    @ row;s_col say str(counter,2) + '.'
    DO GETCODE
    SELECT PROCESS
    if clipper
        if upkey
            row = row - 1
            counter = counter - 1
            skip - 1
            loop
        endif
    endif
    if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
            append blank
            replace begstatus with 'P',endstatus with 'P', session_no ;
                with session
        else
            go save_rec
            skip
        endif
    endif
    row = counter + 5
enddo
do while .t.
    if clipper
        exit
    endif
    SELECT PROCESS
    choice = 'P'.
```

BEST AVAILABLE COPY

5,253,164

63                                    64

```
SET CONFIRM OFF
@ 23,10 get choice picture '1'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                              .and. val(choice) <= counter))
      ?? chr(7)
      loop
else
    mod_rec = val(choice)
    do case
       case choice = 'A' .or. val(choice) = counter
            IF COUNTER < 8
               done = .f.
               SELECT PROCESS
               append blank
               replace begstatus with 'P',endstatus with 'P'
               row = counter + 5
               @ row,s_col say str(counter,2) + '.'
               do getcode
               if .not. done          && code was added
                  counter = counter + 1 && increment for next time around
               endif
            ENDIF

       case mod_rec > 0 .and. mod_rec < 10
            go mod_rec
            row = mod_rec + 5
                 getcode
            do getcode

       case choice = 'P'
            exit

       case choice = 'RQ'
            exit

       case choice = 'H'
            do help
    endcase
    if choice $ 'RQ'
       return
    endif
    choice = 'P'
    endif
enddo
if .not. esc
    helpline = helpline2
    @ 23,1 get helpline
    clear gets
    select process
    go bott
    if code = 0
       delete
       pack
    endif
**   count to code_count
    set safety off
    select process
    set filter to endstatus = 'S'
    go top
    do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
            xreplace,begstatus with 'S',code_date with sup_date, ;
            endstatus with 'A'
        skip
    enddo
    set filter to
    set date ansi
    index on dtoc(code_date) + str(code,5) to process
    set filter to endstatus $ 'AP'
    count to code_count
    go top
    do while .not. eof()
        tem_date=code_date
```

BEST AVAILABLE COPY

```
        skip
        if code_date <> tem_date
           one_date = .f.
              exit
           endif
        enddo
        select 2
        use process index process
        select 3
        use
endif
IF CLIPPER
        do setkey with .f.
endif

return


* PROCS.PRG

PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
           xcode = space(5)
        else
           xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
           return
        ENDIF
        if xcode = space(5)
           @ row,s_col say space(11)
           if upkey
              exit
           endif
           done = .t.
           if counter = 1 .and. clipper
              choice = 'Q'
           else
              choice = 'P'
           endif
           RETURN
        endif
        IF CLIPPER .and. help_on
           LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
           SELECT SUPERSED
           SEEK PROCESS->code
           if .not. eof()
              select process
              replace endstatus with 'S',replacedby with ;
                 supersed->supercode
           else
              SELECT PROCESS
              if begstatus = 'P' .and. endstatus $ 'IS'
                 replace endstatus with 'P',replacedby with 0
              endif
           endif
           @ row,e_col say PROCESS->code picture '99999'
           @ row,d_col say allcode->title4
        else
           if tries = 1
              ?? chr(7)
              mess = 'INVALID CODE !!'
              @ row,d_col say substr(mess + space(18),1,28)
              tries = 2
              loop
```

5,253,164

BEST AVAILABLE COPY

67                                                68

```
           else
               @ row,d_col say PROCESS->code picture '99999'
               @ row,d_col say 'Invalid code will be ignored'
               SELECT PROCESS
                 replace
              --> set endstatus with 'I'
               endif
           endif
       SELECT PROCESS
       if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
           @ row,c_col get xcode_date
           help_field = 2
           read
           if esc
               return
           endif
           if year(xcode_date) = 0 .and. counter = 1
               get_date = .f.
               @ row,c_col say space(8)
               @ 3,c_col say space(5)
               @ 4,c_col say space(5)
           else
               @ row,c_col say dtoc(xcode_date)
           endif
               replace code_date with xcode_date
       endif
       if counter = 1
           @ row,m_col-1 say '$'
============    CHECK FOR DUPES
       else
           save_recno = recno()
           ycode_date = code_date
           go top
           locate for code=val(xcode) .and. recno()< save_recno ;
                     .and. code_date = ycode_date && .and. endstatus <> 'L'
           if .not. eof()
               go save_recno
               replace endstatus with 'L'
           else
               go save_recno
           endif
       endif
       if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                     .and. .not. done
           @ row,m_col get claim_amt picture '99999'
           help_field = 3
           read
           if esc
               return
           endif
           @ row,m_col say claim_amt picture '99999'
       endif
       if counter = 1
           if claim_amt = 0
               get_charge = .f.
               @ row,m_col - 2 say space(8)
               @ 3,m_col-1 say space(7)
               @ 4,m_col-1 say space(7)
           endif
       endif
       exit
    enddo
RETURN

PROCEDURE HELP
*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

5,253,164

BEST AVAILABLE COPY

69                                                    70

```
store SPACE(6) to help1,help2,help3,help4
if color
     SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
     case help_field = 1
          mess = 'Enter the CPT-4 code as it appears on the claim form. ';
        + 'If you are unsure of the code, press <F2> to do a lookup by the ';
        + 'index of the CPT-4 Manual'

          do format1 with mess,14,15,63
     case help_field = 2
          mess = 'Enter the date as it appears on the claim form. This is ';
        + 'optional'

          do format1 with mess,14,15,63

     case help_field = 3
          mess = 'Enter the dollar amount of the claim '
          do format1 with mess,14,15,63

     case choice = 'H'
help1 = '      "P" -- Process; all codes have been correctly input'
help2 = '      "A" -- Add another code'
help3 = '      "#" -- Enter line number to edit code already input'
help4 = '      "Q" -- Quit session'
     case code = 0
help1 = '          CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

     case begstatus = 'P' .and. endstatus = 'P'
help1 = '          CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '          CPT-4 code has been successfully entered'
help4 = '          Both begstatus and endstatus are "P"'

     case endstatus = 'I'
help1 = '               INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

     case begstatus = 'S' .and. endstatus = 'A'
help1 = '               SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'.

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
     SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
     do while inkey() <> 27
     enddo
     RESTORE SCREEN
     do setkey with .t.
ELSE
     @ 16,5 clear to 21,73
     helpline = save_help
     @ 23,1 get helpline
     clear gets
ENDIF
return

PROCEDURE SETKEY
*
```

BEST AVAILABLE COPY

71                    5,253,164                    72

```
parameter setflag
if setflag
     set key -4 to HIT_KEY
     set key -1 to HIT_KEY
     set key 5 to  upkey
     set key 27 to HIT_KEY
     set key 24 to dnkey
else
     set key -9 to         && F10
     set key -8 to
     set key -7 to         && F8
     set key -6 to
     set key -5 to
     set key -4 to         && F5
     set key -3 to
     set key -2 to
     set key -1 to         && F2
     set key 1 to          && home
     set key 3 to          && pagedn
     set key 4 to          && right
     set key 5 to          && upkey
     set key 6 to          && end
     set key 18 to         && pageup
     set key 19 to         && left
     set key 24 to         && downkey
     set key 27 to         && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
     CASE LASTKEY() = 27
          CLEAR GETS
          DONE = .T.
          SELECT PROSPECT
          GO BOTT
          IF RECNO() = 1 .OR. EOF()
               CHOICE = 'Q'
          ELSE
               CHOICE = 'R'
          ENDIF
          ESC = .T.
          RETURN

     CASE LASTKEY() = -1
                         with f,
          do setkey with t.
          DO LOOKUP.prg
          do setkey with .t.

     CASE LASTKEY() = -4
          CLEAR GETS
          DONE = .T.
          CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
     keyboard chr(13)
     UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
     keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

BEST AVAILABLE COPY

5,253,164

73                                      74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**   DO samecode
**   if code_cnt > 1
        DO exclude              && Checks exclusion rules
      select process
**      set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        code_cnt = 0
        count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
        if code_cnt > 1
          DO replace                   && Checks replacement rules
          count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
          if code_cnt > 1
            do r1s                     && checks r1 rules
          else
**          store .f. to again
            exit
          endif
        else
**        store .f. to again
          exit
        endif
**   else
**   store .f. to again
**   exit
**   endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN

***  ACTION.PRG

***  3/20/88 MODIFICATIONS

***    --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***      IS USED IN KEEP
***    --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***      FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***    --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***      IN INTERACT
***    --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
    NUMCODE = 0
    TEMP = CODE
```

BEST AVAILABLE COPY

5,253,164

75                                    76

```
PRCC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
   SELECT PROCESS
   GO PROC_REC
   SKIP
   LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
   if code = temp
      skip
      loop
   endif
   SELECT INTERACT                        && replacements
   GO EXCL_REC
   DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
      IF BCODE <= process->code .AND. process->code <= CCODE
         IF rule = 'E2'
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
            if interact->ecode<>0
               replace type with interact->ecode
            endif
            EXIT
         ELSE
            IF rule = 'E1'
               SELECT PROCESS
               temp_code = code
               temp_rec = recno()
               GO PROC_REC
               REPLACE ENDSTATUS WITH "E", TRIGGER WITH temp_code, RULE WITH "E1"
               if interact->ecode<>0
                  replace type with interact->ecode
               endif
               go temp_rec  temp_rec
               EXIT
            ENDIF
         ENDIF
      ENDIF
      select interact
      SKIP
   ENDDO
   select process
   skip
ENDDO
SELECT PROCESS                          && Loop 2
GO PROC_REC                             && Moving to next code for evaluation
SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

   select interact
   select process
   go top

   DO WHILE .NOT. EOF() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PRCC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,6) + 'R2'
      IF eof()
         SELECT PROCESS
```

BEST AVAILABLE COPY

5,253,164

77                                          78

```
      GO PROC_REC
      skip
      loop
   ENDIF
   REP_REC = RECNO()

   SELECT PROCESS
   GO TCP
   DO WHILE .not. eof() .and. code_date=temp_date
      SELECT INTERACT
      GO REP_REC
      DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
         IF BCODE = process->code
            NEW = CCODE
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
                   REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            temp_rec = recno()
            temp_code = code
            ses_no = session_no
            GO PROC_REC
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
                REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            rep_date=code_date
            append blank
               REPLACE SESSION_no WITH ses_no, CODE WITH NEW;       code
                   WITH
               BEGSTATUS/m t "R", ENDSTATUS WITH "A",   date with rep_date
               STORE .F. & AGAIN TO AGAIN
            go temp_rec
            EXIT
         ENDIF
         select interact
         SKIP
      ENDDO
      select process
      skip
   ENDDO
   SELECT PROCESS
   GO PROC_REC
   SKIP
ENDDO
if .not. again
   store .t. to again
else
   store .f. to again
endif
select process
return


PROCEDURE query

*---- checks codes for QM,QS,Q6 rules and makes appropriate changes
*
*

**select interact
**set filter to rule ="QM"       && looking only at codes which have multiple
                                  && code queries
select process
go top


do while .not. eof() .and. code_date=temp_date        && in process
   temp = code
   proc_rec = recno()
   select interact
   seek str(temp,5) + 'Q'
   if eof()
      select process
      go proc_rec
      skip
      loop
   endif
   quer_rec = recno()
   select process
   go top
   do while .not. eof() .and. code_date=temp_date      && in process
```

BEST AVAILABLE COPY

79                    5,253,164                    80

```
        if code = temp
          skip
          loop
        endif
      done=.f.
      select interact
      go quer_rec
      do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .nct. eof()
        if process->code >= bcode .and. process->code <= ccode
          do case

            case rule='QM'
              replace process->endstatus with 'M', process->trigger with temp, ;
                process->rule with rule, process->type with ecode
                      process
              temp2 = pro  ss->code
              select proc  s
              go proc_rec
              replace endstatus with 'M', trigger with temp2, ;
                rule with interact->rule, type with interact->ecode
              done=.t.

            case rule='QS'
              temp2=process->code
              select process
              go proc_rec
              replace endstatus with 'Q', trigger with temp2, ;
                rule with interact->rule, type with interact->ecode
              done=.t.

            case rule='QB'
              replace process->endstatus with 'Q', process->trigger with temp, ;
                process->rule with rule, process->type with ecode
              done=.t.

          .endcase
          if done
            .exit
          . endif
        endif
        select interact
        skip
      enddo
      if done
        exit
      endif
      select process
      skip
    enddo
    select process
    go proc_rec
    skip
  enddo
  **select process
  **select interact
  return


  PROCEDURE r1s

  *----- Checks surviving codes for R1 rules and makes proper replacement
  *
  *

  select interact
  **set filter to rule = 'R1'

  select process
  go top

  do while .not. eof() .and. code_date=temp_date      && in process
    temp=code
    proc_rec = recno()
    select interact
    go top
    seek str(temp,5) + 'R1'
```

BEST AVAILABLE COPY

5,253,164

81                                                                82

```
if eof()
   select process
   go proc rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while acode=temp .and. .not. eof() .and. rule='R1'       && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with '1', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with '1';
      endstatus with 'A', code_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
   exit
endif
go proc_rec
skip
enddo
return


PROCEDURE samecode
*
*
*  eliminates a code if it appears twice, and should not be accepted twice
*

select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
   xcode=code
   proc_rec=recno()
   skip
   do while .not. eof() .and. code_date=temp_date
      if code=xcode
         replace endstatus with 'L', trigger with xcode
         exit
      else
         skip
         loop
      endif
   enddo
   go proc_rec
   skip
   if code=first
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

BEST AVAILABLE COPY

5,253,164

83                                                      84

```
▼ --- checks rules for payment limit due to code combination
▪
▪
  select 10
  use interact index interact
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
        NUMCODE = 0
        TEMP = CODE
        PROC_REC = RECNO()
        SELECT INTERACT
        SEEK str(TEMP,5) + 'L'
        IF .NOT. FOUND()
           SELECT PROCESS
           GO PROC_REC
           SKIP
           LOOP
        ENDIF
        lim_rec = RECNO()

        select process
        go top
        do while .not. eof() .and. code_date=temp_date     && in process
           if code = temp
              skip
              loop
           endif
           SELECT interact
           GC lim_rec
           DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
              IF BCODE <= process->code .AND. process->code <= CCODE
                 SELECT PROCESS
                 temp1=code
                 temp_rec=recno()
                 go proc_rec
                 REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                       pay with interact->dcode
                 go temp_rec
                 EXIT
              ENDIF
              select interact
              SKIP
           ENDDO                                 && in interact
           select process
           skip
        ENDDO                          && Loop 2, in process
     SELECT PROCESS
     GO PROC_REC                       && Moving to next code for evaluation
     SKIP
  enddo
SELECT INTERACT
use

**SET FILTER TO
RETURN

* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16
                                 && check this with multiple codes !!
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
      begstatus <> 'R'
go top
```

5,253,164

BEST AVAILABLE COPY

```
IF CLIPPER
     SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
   xcode = code
   xreview = ' '
   xsource = ' '
   failed = .f.
   note = .f.
   select byitself
   seek xcode
   if eof()
      SELECT PROCESS
      SKIP
      LOOP
   endif
   IF SINGLE
      IF CODE_CNT > 1
         select process
         skip
         LOOP
      ENDIF
   ENDIF
   rulecheck = byitself->rule
    do case
       case rulecheck = 'Q1'
          select process
          replace endstatus with 'Q', rule with 'Q1',type with ;
                  byitself->messagetype

        case rule = 'Q2'

        case rulecheck = 'Q3'
           dlim = '$'+ltrim(str(dollarlim,8))
           dline1 = substr('Under '+ dlim + space(25),1,28)
           dline2 = substr(dlim + ' or more' + space(25),1,29)
           dline3 = 'No charge is listed for ' + str(xcode,5)
           do ctext with xcode
           if need_clear
              do bott_clr
           endif
           do dollars

           if prompt_ar   'i' ....

        case rulecheck = 'Q4'
           do ctext with xcode
           xmess = cmess
           do ctext with BYITSELF->codelim
           if need_clear
              do bott_clr
           endif
           do codelim

        case rulecheck = 'Q5'
           if process->begstatus = 'P'
              do ctext with xcode
           else
              cmess = 'the claim'
           endif
           if need_clear
              do bott_clr
           endif
           do pos

        case rulecheck = 'Q6'
           do ctext with xcode
           if need_clear
              du bott_clr
           endif
           do anesth

        case rulecheck = 'Q7'
           if need_clear
              do bott_clr
           endif
           do age
```

BEST AVAILABLE COPY

5,253,164

87                                                      88

```
     case rulecheck = 'Q8'
        if need_clear
           do bott_clr
        endif
        do diagnosis

     case rulecheck = 'Q9'
        if need_clear
           do bott_clr
        endif
        select process
        replace endstatus with 'D', rule with 'Q8', type with byitself->mesagetype ;
           replacedby with byitself->codelim
        append blank
        replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
           type with byitself->mesagetype


     endcase
     SELECT PROCESS
     SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
     do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
     set procedure to action
     do lfmit_pay
     set procedure to
endif
return
*** prompts.prg
*
*  POS_BOX
*  POS
*  DOLLARS
*  AGE
*  ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row+1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
     @ box_row + 2, box_col + 4 prompt dline1
     @ box_row + 3, box_col + 4 prompt dline2
     @ box_row + 4, box_col + 4 prompt dline3
     @ box_row + 5, box_col + 4 prompt dline4
     @ box_row + 6, box_col + 4 prompt dline5
else
     @ box_row + 2, box_col + 3 say '1. ' + dline1
     @ box_row + 3, box_col + 3 say '2. ' + dline2
     @ box_row + 4, box_col + 3 say '3. ' + dline3
     @ box_row + 5, box_col + 3 say '4. ' + dline4
     @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 18 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

BEST AVAILABLE COPY

5,253,164

89                                                        90

```
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN


PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
    row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34    #
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

    do while str_size > max_size
        counter = 0
        do while .t.
            if substr(string,max_size-counter+1,i) = ' '
                exit
            else
                counter = counter + 1
            endif
        enddo
        @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
    enddo

    @ cur_row,col_beg+6 say string
    @ row_beg + 1, col_beg say dline1
    @ row_beg + 2, col_beg say dline2
    @ row_beg + 3, col_beg say dline3
    @ row_beg + 4, col_beg say dline4
    @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row,  box_col + 11 say ' CODE CHARGE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

BEST AVAILABLE COPY

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 28 say '  CHARGE COMPARISON  '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*    *
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline = 'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital'
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office'
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

BEST AVAILABLE COPY

5,253,164

93                                                                                  94

```
          @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
          read
          If .not. prompt_ans $ '12345'
               mess = 'ENTER 1,2,3,4 or 5'
               DO MESSAGE.PRG
               loop
          endif
     endif
     exit
enddo
  select process
  do case
       case prompt_ans = '1'
            replace POS with 'INP'
       case prompt_ans = '2'
            replace POS with 'OUT'
       case prompt_ans = '3'
            replace POS with 'OFF'
       case prompt_ans = '4'
            replace POS with 'OTH'
       case prompt_ans = '5'
            replace POS with 'NUL'
  endcase

do case
     case byitself->pos = 'OFF'
          if prompt_ans $ '345'
               failed = .t.
          endif

     case byitself->pos = 'INP'
          if prompt_ans $ '145'
               failed = .t.
          endif

     case byitself->pos = 'OUT'
          if prompt_ans $ '245'
               failed = .t.
          endif

     case byitself->pos = 'NIP'
          if prompt_ans $ '2345'
               failed = .t.
          endif
endcase
if failed
   if byitself->codelim = 0
          select process
          replace endstatus with 'Q',rule with 'Q5',type with ;
               byitself->mesagetype
     else
          select process
          replace endstatus with 'O',rule with 'Q5',replacedby with ;
               byitself->codelim,type with byitself->mesagetype
          tem_date=code_date
          append.blank
          replace code with byitself->codelim,begstatus with 'O',endstatus ;
               with 'A',type with byitself->mesagetype, code_date with tem_date
          set filter to endstatus $ 'AP' .and. code_date=temp_date
     endif
endif
return

PROCEDURE DOLLARS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
     + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do dol_box with prompt_row,21
do while .t.
     if clipper
          menu to mode
          prompt_ans = str(mode,1)
```

BEST AVAILABLE COPY

5,253,164

95                                          96

```
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            if .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
    endif
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 18
prompt_col = 8
promptline =    'Please compare the charges on the claim for procedure ';
             + xmess + ' with the payment limit for procedure ';
             + cmess + ';
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
       + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 =  'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
       +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 8,prompt_col,70
do cl_box with prompt_row,4
do while .t.
        if clipper
            menu to mode
            prompt_ans = str(mode,1)
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            if .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
        "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod(' / / ')
        @ prompt_row + 2,29 get dob
        read
```

BEST AVAILABLE COPY

5,253,164

97                                                                98

```
        if dob = ctod(' / / ')
            @ prompt_row + 2.29 say space(8)
            @ prompt_row + 2,44 get age
            read
            if age = ' '
                @ prompt_row + 2,44 say space(3)
                loop
            endif
        endif
        exit
    enddo
    if age <> ' '
        new_age = val(age)
    else
        new_age = int((date()-dob)/365)
    endif
endif
if new_age >= byitself->bagage .and. new_age <= byitself->endage
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
endif
set date ansi
return

PROCEDURE ANESTH
*
do helpline
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
        + 'surgeon, an anesthesiologist, or a facility) that documents ';
        + 'the use of regional or general anesthesia ? (Y/N) '
do format2.prg with promptline,prompt_row,prompt_col,72
do while .t.
    prompt_ans = ' '
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
    read
    If .not. prompt_ans $ 'YN'
        ?? chr(7)
        loop
    endif
    exit
enddo
if prompt_ans = 'N'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
endif
return

procedure ctext
*
Parameter zcode
select allcode
seek zcode
cmess = str(zcode,5) + ' (' + trim(title4) + ')'
return

procedure review
*
parameter abbrev
do case
    case abbrev = 'RN'
        xreview = 'a nurse or surgical technician'
    case abbrev = 'MD'
        xreview = 'a physician'
    case abbrev = 'SP'
        xreview = 'a supervisor'
    case abbrev = 'AD'
        xreview = 'an adjuster'
    case abbrev = 'CL'
        store .t. to note
endcase
return

procedure source
*
```