

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

SCOTT R. KNAPP
SKnapp@dickinsonwright.com
(517) 487-4762

May 25, 2005

**Via UPS Overnight Mail**

Clerk
United States District Court for the
  District of Delaware
Lockbox 18
844 North King Street
Wilmington, DE 19801

Re:   McKesson Information Solutions LLC v The Trizetto Group, Inc.
        File No. 04-1258-SLR
        Honorable Sue L. Robinson

Dear Clerk:

Enclosed for filing are an original and one copy, as well as a CD containing the identical documents in PDF, of the following:

1. **Non-Party Blue Cross Blue Shield of Michigan's Motion for Protective Order, with Appendix;**

2. **Brief in Support of Non-Party Blue Cross Blue Shield of Michigan's Motion for Protective Order; and**

3. **Proof of Service.**

Included as Exhibit B in the Appendix to the Motion is a photocopy of the Affidavit of Michael T. Zajac. As soon as the original is received in our office, we will file it with the Court.

Thank you for your assistance. Should you have any questions, please contact me.

Very truly yours,

/s/
Scott R. Knapp

SRK/scl/mds
Enclosures
cc:   Parties as denoted in Proof of Service

LANSING 19276-96 358840v1

**Counsellors At Law**

DETROIT   BLOOMFIELD HILLS   LANSING   GRAND RAPIDS   ANN ARBOR
WASHINGTON, D.C.