UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

McKESSON INFORMATION SOLUTIONS LLC,

        Plaintiff,

v.

THE TRIZETTO GROUP, INC.

        Defendant.

Case No. 04-1258-SLR

Honorable Sue L. Robinson

---

Donna Hill
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Plaintiff
525 University Avenue, Ste. 1100
Palo Alto, CA  94301
(650) 470-4500

Thomas J. Allingham, II
Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Plaintiff
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Joseph A. Fink (P13428)
Kathleen A. Lang (P34695)
Scott R. Knapp (P61041)
Dickinson Wright PLLC
Attorneys for Non-Party Blue Cross Blue
   Shield of Michigan
215 S. Washington Square, Ste. 200
Lansing, MI 48933
(517) 371-1730

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell
Attorneys for Defendant
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                      ) ss
COUNTY OF INGHAM      )

Michelle D. Spiker, being first duly sworn, deposes and says that she is employed at Dickinson Wright PLLC and that she served two copies of *Non-Party Blue Cross Blue Shield of Michigan's Motion for Protective Order, with Appendix; Brief in Support of Non-Party Blue Cross Blue Shield of Michigan's Motion for Protective Order; and this Proof of Service* upon the following:

Donna Hill
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Ste. 1100
Palo Alto, CA 94301

Thomas J. Allingham, II
Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

by causing the same to be deposited in a UPS Overnight Mail drop box in Lansing, Michigan on May 25, 2005.

_____
Michelle D. Spiker

Subscribed and sworn to before me,
this 25th day of May 2005.

_____
Mindy D. Smith, Notary Public
Eaton County, Michigan
Acting in Ingham County, Michigan
My Commission Expires: 12/14/06

LANSING 19276-96 358845v1

2