UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

McKESSON INFORMATION SOLUTIONS
LLC,

               Plaintiff,

                                      Case No. 04-1258-SLR

v.

                                        Honorable Sue L. Robinson

THE TRIZETTO GROUP, INC.

               Defendant.

_____/

| | |
|---|---|
| Donna Hill<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attorneys for Plaintiff<br>525 University Avenue, Ste. 1100<br>Palo Alto, CA 94301<br>(650) 470-4500<br><br>Thomas J. Allingham, II<br>Michael A. Barlow<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attorneys for Plaintiff<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000 | Joseph A. Fink (P13428)<br>Kathleen A. Lang (P34695)<br>Scott R. Knapp (P61041)<br>Dickinson Wright PLLC<br>Attorneys for Non-Party Blue Cross Blue<br>   Shield of Michigan<br>215 S. Washington Square, Ste. 200<br>Lansing, MI 48933<br>(517) 371-1730<br><br>Jack B. Blumenfeld<br>Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnell<br>Attorneys for Defendant<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |

_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                        ) ss
COUNTY OF INGHAM     )


         Michelle D. Spiker, being first duly sworn, deposes and says that she is employed

at Dickinson Wright PLLC and that she served two copies of ***Non-Party Blue Cross Blue Shield***

***of Michigan's Motion for Protective Order, with Appendix; Brief in Support of Non-Party***

***Blue Cross Blue Shield of Michigan's Motion for Protective Order; and this Proof of Service***

upon the following:

| | |
|---|---|
| Donna Hill<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue, Ste. 1100<br>Palo Alto, CA  94301 | Thomas J. Allingham, II<br>Michael A. Barlow<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 |

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

by causing the same to be deposited in a UPS Overnight Mail drop box in Lansing, Michigan on

May 25, 2005.

                            _____
                            Michelle D. Spiker

Subscribed and sworn to before me,
this 25ᵗʰ day of May 2005.

_____
Mindy D. Smith, Notary Public
Eaton County, Michigan
Acting in Ingham County, Michigan
My Commission Expires: 12/14/06

LANSING 19276-96 358845v1

2