IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. ) | C.A. No. 04-1258 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Second Set of Interrogatories to McKesson Information Solutions, LLC (21-22) were caused to be served on June 15, 2005 upon the following in the manner indicated:

BY HAND

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

BY FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          /s/ Rodger D. Smith, II
                          Jack B. Blumenfeld (#1014)
                          Rodger D. Smith, II (#3778)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899
                          (302) 658-9200
                            Attorneys for Defendant
                            The TriZetto Group, Inc.

OF COUNSEL:

John M. Benassi
Jessica R. Wolff
Matthew C. Lapple
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
(858) 720-2500

June 16, 2005
430567

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused copies of the foregoing to be served this 16th day of June 2005, upon the following counsel in the manner indicated:

<u>BY HAND</u>

Thomas J. Allingham, II
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

<u>BY FACSIMILE</u>

Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA  94301

/s/ Rodger D. Smith II (#3778)
Rodger D. Smith II