IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | CIVIL ACTION NO. 04-1258-SLR |
| Plaintiff, | |
| v. | |
| THE TRIZETTO GROUP, INC. | |
| Defendant. | |

**PLAINTIFF'S MOTION TO FILE ADDITIONAL BRIEFING PURSUANT TO LOCAL RULE 7.1.2(c)**

Pursuant to Local Rule 7.1.2(c), plaintiff McKesson Information Solutions LLC ("McKesson"), by and through its attorneys, respectfully moves for leave to file the surreply, which is attached hereto as Exhibit 1, in opposition to Blue Cross Blue Shield of Michigan's ("BCBSM") Motion for Protective Order. (D.I. 62)

Good cause exists to allow McKesson to file the attached surreply for the limited purpose of correcting certain inaccuracies in BCBSM's reply brief in support of its Motion for Protective Order. (D.I. 71) In particular, BCBSM misstates numerous facts concerning the substance of McKesson's proposal for resolving BCBSM's document production in response to the subpoena issued to it in this case. BCBSM's misstatements are not supported by affidavit or other evidence, and contradict the evidence of record and other evidence submitted with McKesson's attached surreply. Because these misstatements were made for the first time in BCBSM's reply brief, McKesson could not have corrected these inaccuracies in its opposition.

1

2

On June 22, 2005, McKesson's counsel contacted BCBSM's counsel to discuss its position regarding the filing of this motion. McKesson's counsel has not received a response.

For the reasons set forth above, McKesson requests that the Court grant this motion and allow McKesson to file the surreply attached as Exhibit 1 hereto.

Dated: June 23, 2005

By: *[signature]*
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301