IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**NOTICE OF SERVICE**

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on July 1, 2005, copies of McKesson's Objections to TriZetto's Notice of Deposition of McKesson Pursuant to Fed. R. Civ. P. 30(b)(6) were served by facsimile and by U.S. Mail on the following counsel:

>Jeffrey Thomas, Esq.
>GIBSON, DUNN & CRUTCHER LLP
>Jamboree Center
>4 Park Plaza, Suite 1400
>Irvine, CA  92614
>Facsimile:  949-475-4670
>
>Jack B. Blumenfeld, Esq.
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>Facsimile:  302-425-3012

/s/ *signature*
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
  Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

DATED: July 5, 2005