IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS, )
LLC, )
  )
    Plaintiff, )
  )
  v. ) Civ. No. 04-1258-SLR
  )
THE TRIZETTO GROUP, INC., )
  )
    Defendant. )

**O R D E R**

    At Wilmington this 6th day of July, 2005, having reviewed the papers submitted in connection with a motion for protective order filed by non-party Blue Cross Blue Shield of Michigan;

    IT IS ORDERED that said motion (D.I. 62) is granted to the extent that the movant need not produce any documents other than those produced in the Thomas/Solomon litigation.

                                                                      /s/ signature
                                                      United States District Judge