IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | C.A. No. 04-1258 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Third Supplemental Response to Plaintiff's Interrogatory No. 6 were caused to be served on July 27, 2005 upon the following in the manner indicated:

BY EMAIL AND U.S. MAIL

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        /s/  *Jack B. Blumenfeld*
                        Jack B. Blumenfeld (#1014)
                        Rodger D. Smith, II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                          Attorneys for Defendant
                          The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

July 28, 2005
430567