IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Responses to Plaintiff's Second Set of Interrogatories were caused to be served on August 16, 2005 upon the following in the manner indicated:

BY EMAIL AND U.S. MAIL

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          /s/ *Jack B. Blumenfeld*
                          Jack B. Blumenfeld (#1014)
                          Rodger D. Smith, II (#3778)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899
                          (302) 658-9200
                            Attorneys for Defendant
                            The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

August 17, 2005