IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF DEPOSITION OF DEFENDANT TRIZETTO PURSUANT TO FED. R. CIV. P. 30

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 30, that plaintiff, McKesson Information Solutions LLC ("McKesson"), by and through its attorneys of record, will take the depositions upon oral examination of the following employees of defendant The TriZetto Group, Inc. ("TriZetto"), and the depositions have been scheduled to occur as follows:

| Deponent | Date/Time | Deposition Location |
|---|---|---|
| Tony Bellomo | Friday<br>Sept. 9, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |
| Craig Luftig | Friday<br>Sept. 9, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |

| Deponent | Date/Time | Deposition Location |
|---|---|---|
| Charlene Seidenschwarz | Wednesday<br>Sept. 7, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |
| David Resnick | Tuesday<br>Sept. 13, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |
| Jim Trotter | Tuesday<br>Sept. 6, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |
| Tara Smith | Wednesday<br>Sept. 7, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |
| Peter Vanderheide | Tuesday<br>Sept. 6, 2005<br>9:00 a.m. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>212-735-3000 |

The depositions will be recorded stenographically and by videotape, and may be recorded by instant visual display using LiveNote software.

Dated: August 29, 2005.

By: /s/ Michael A. Barlow
Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
mbarlow@skadden.com

Attorneys for Plaintiff McKesson Information Solutions LLC

2

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301