IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | | CIVIL ACTION NO. 04-1258-SLR |

### NOTICE OF ISSUANCE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff, McKesson Information Solutions LLC ("McKesson"), by and through its attorneys of record, have issued subpoenas on the following parties for the dates and locations listed below:

| PARTY | DATE | LOCATION |
|---|---|---|
| **Key Benefit Administrators Inc.** <br> 8330 Allison Pointe Trail <br> Indianapolis, IN 46250 | September 12, 2005, 9:00 a.m. | The Westin Indianapolis <br> 50 South Capitol Avenue <br> Indianapolis, IN 46204 |
| **Providence Health Plan** <br> 4805 NE Glisan <br> Portland, OR 97213 | September 12, 2005, 9:00 a.m. | The Westin Portland <br> 750 Southwest Alder Street <br> Portland, OR 97205 |
| **Premera Blue Cross** <br> 3900 East Sprague <br> Spokane, WA 99202 | September 13, 2005, 9:00 a.m. | Hotel Lusso <br> North One Post Street <br> Spokane, WA 99201 |
| **Harrington Benefit Services, Inc.** <br> f/k/a Centra Benefits Services <br> 675 Brooksedge Boulevard <br> Westerville, OH 43081 | September 14, 2005, 9:00 a.m. | The Westin Columbus <br> 310 S. High Street <br> Columbus, OH 43215 |
| **Blue Cross Blue Shield of Tennessee** <br> Attn: Mark Hooten <br> 801 Pine Street <br> Chattanooga, TN 37402 | September 15, 2005, 9:00 a.m. | The Sheraton Read House Hotel Chattanooga, <br> 827 Broad Street <br> Chattanooga, TN 37402 |

Copies of the corresponding subpoenas are attached as Exhibits A – E.

                                                  Respectfully submitted,

*/s/ signature*

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

DATED: September 1, 2005

2