IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 8th day of September, 2005, having conferred with counsel;

IT IS ORDERED that the above captioned case is hereby referred to the Special Master Panel established by order of the Court dated September 15, 2004, for a Special Master to address issues relating to the parties' privilege logs. Upon selection of a Special Master by the Panel Chair, the court shall enter a further order appointing same.

_____
United States District Judge