## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS :
LLC,                                          :
                                              :
                    Plaintiff,         :
                                              :
          v.                                  :          Civil Action No. 04-1258-SLR
                                              :
THE TRIZETTO GROUP, INC.,          :
                                              :
                    Defendant.    :

## ORDER

At Wilmington this **12**th day of **September, 2005,**

IT IS ORDERED that the mediation conference scheduled for Tuesday,

September 20, 2005 beginning at 10:00 a.m. has been rescheduled to **Thursday, October**

**13, 2005 at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Monday,**

**October 3, 2005.**  All other provisions of the Court's March 21, 2005 Order shall remain

in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE