**EXHIBIT A**

## Exhibit A

| Excerpts From Opinion Letters | Excerpts From Deposition of Craig Luftig |
|---|---|
| "[B]ased on my discussion with Craig, we believe . . . we would most likely be able to render a **non-infringement** opinion showing that TriZetto's software products do not meet the claims of the '164 patent, which are significantly narrowed by the aforementioned means-for and steps-for language." November 12, 2003 E-Mail from Eric King of Blakely Sokoloff to Jim Sullivan (TRZ 837269-271, emphasis added). | Q. Mr. Luftig, are you aware of any conversations within Trizetto at all concerning whether Trizetto infringes the McKesson patent?<br><br>MR. MUINO: Objection. I'd ask that counsel restrict that question to conversations that pertain to the Blakey . . . law opinion letters. 109:14-20. |
| "Further, we believe that even stronger arguments may be made that the claims of the '164 patent are in fact **invalid**. These arguments would be based on patent references that I have found during my own prior art search, as well as my review of the prosecution history of the '164 patent." November 12, 2003 E-Mail from Eric King of Blakely Sokoloff to Jim Sullivan (TRZ 837269-271, emphasis added). | "As to any other questions, including general discussions about infringements invalidity or anything else related to this case with Gibson Dunn & Crutcher lawyers or with the in-house counsel at Trizetto we're asserting privilege as to that." Statement by Daniel Muino, Counsel for TriZetto, 159:12-24. |
| "Based on our current understanding of the facts you have presented to us . . . we think that Trizetto has a very strong argument that the **doctrine of laches** applies to the '164 patent . . . Further, based on our understanding of the facts you have presented us . . . we think that TriZetto has a very strong argument that McKesson should be **equitably estopped** from asserting the '164 patent, in its entirety, against Trizetto, such that the '164 patent is completely unenforceable against Trizetto . . ." February 5, 2003 Blakely Sokoloff Letter to Jim Sullivan (TRZ 837260-61, emphasis added). | "With respect to conversations between this witness and any Trizetto attorneys or any other attorneys other than Blakey saw [sic] law attorneys you can ask him questions with respect to conversations that pertain to the Blakey sap [sic] law opinion letters but not as to anything else including estoppel laches or anything he was that was discussed that was not specifically related to the Blakeley opinion letters." Statement by Daniel Muino, Counsel for TriZetto, 108: 20-25; 109:2-5. |