**EXHIBIT B**

McKesson Information Solutions, LLC v. The Trizetto Group, Inc.
Trizetto Group, Inc. Privilege Log for Documents Withheld and/or Redacted on the Basis of Attorney-Client Privilege,
The Attorney Work Product Doctrine and/or the Common Interest Doctrine

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Handwritten Notes in anticipation of litigation and reflecting legal advice; 164 patent | Should be produced |
| | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Handwritten Notes in anticipation of litigation and reflecting legal advice; '164 patent | " " |
| | 00/00/0000 | SLAYTON, SCOTT | | | Attorney Client Communication, Attorney Work Product | Draft letter in anticipation of litigation and reflecting request for legal advice re: McKesson patent | " " |
| | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Notes regarding request for legal advice re: McKesson issue | " " |
| | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Research prepared at request of, or compiled by, counsel and in anticipation of litigation re: McKesson patent | " " |
| 00/00/2003 | 00/00/2003 | 1 - SULLIVAN, JIM 2 - BERNIER, LINDA 3 - BERNIER, LINDA | 1 - IVEY, CHRIS 2 - SULLIVAN, JIM 3 - KAO, JOHN | 2 - KENNEDY, LISA;RICHARDSON, DUFFEY 3 - RICHARDSON, DUFFEY | Attorney Client Communication, Attorney Work Product | E-mail string and memoranda regarding request for legal advice re: McKesson discussion issue | " " |
| | | 8 - SLAYTON,SCOTT 9 - VANDERHEIDE,PETE 10 - VANDERHEIDE,PETE | 6 - SULLIVAN, JIM; KAO, JOHN;VANDERHEIDE, PETE; BELLOMO,TONY 7 - SLAYTON, SCOTT, KAO, JOHN;VANDERHEIDE, PETE; BELLOMO,TONY 8 - SULLIVAN, JIM 9 - SLAYTON, SCOTT 10 - BELLOMO, TONY; JORDAN,JOHN; RENZI, ROBERT | 10 - RICHARDSON, DUFFEY; YENGLE, BOB; KERIAN, RICH;LUFTIG, CRAIG; SULLIVAN, JIM | | | |
| | | PETE 5 - VANDERHEIDE,PETE | 3 - SULLIVAN, JIM 4 - SLAYTON, SCOTT 5 - BELLOMO, TONY; JORDAN,JOHN; RENZI ROBERT | | | | |
| 00/25/0000 | 00/25/0000 | | | | Attorney Client Communication, Attorney Work Product | Handwritten Notes in anticipation of litigation and reflecting legal advice; McKesson interface | " " |
| 00/00/0000 | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Handwritten Notes in anticipation of litigation and reflecting legal advice; McKesson interface | " " |
| | | 8 - RAGAN, MIKE; SLAYTON,SCOTT; 9 - RAGAN, MIKE 10 - VANGRAAFEILAND,JACK | 8 - VANGRAAFEILAND,JACK 9 - RAGAN, MIKE 10 - VANGRAAFEILAND,JACK | BERNIER, LINDA;RICHARDSON, DUFFEY 9 - VANGRAAFEILAND, JACK;SLAYTON, SCOTT 10 - SLAYTON, SCOTT; RAGAN,MIKE | Attorney Client Communication, Attorney Work Product | Handwritten notes in anticipation of litigation reflecting legal advice re: McKesson/Trizetto negotiations | " " |
| 00/00/2003 | 00/00/2003 | | | | Attorney Client Communication, Attorney Work Product | Report reflecting legal advice re: ClaimCheck/Partnership | " " |
| 00/00/0000 | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Report reflecting legal advice re: ClaimCheck Deal | " " |
| 00/00/0000 | 00/00/0000 | | | | Attorney Client Communication, Attorney Work Product | Memo and Handwritten Notes reflecting legal advice | " " |

* Highlighted Descriptions = Documents that should be produced.
* Documents that were previously produced are marked "PRODUCED".

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 00/00/0000 | | | | AttorneyWork Product | re: partnershipagreement | Should be produced |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legaladvice re: McKessoncontract | " |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: McKessonintegration | " |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: ClaimCheck | " |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract and Handwritten Notesreflecting legal advice re: license and distributionagreement | " |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: softwarelicense and distributionagreement | |
| | 00/00/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: TriZetto ASP | |
| | 00/00/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legaladvice re: ClaimCheck2002 Renewals | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract and Handwritten Notesreflecting legal advice re: patent license agreement | |
| | 04/00/2003 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract and Handwritten Notesreflecting legal advice re:patent license agreement | |
| | 04/00/2003 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract and Handwritten Notesreflecting legal advice re:Joint Marketing Agreement | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: softwarelicense and distributionagreement | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: softwarelicense and distributionagreement | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: softwarelicense and distributionagreement | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: softwarelicense and distributionagreement | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legaladvice re: ASP Pricing | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legaladvice re: ASP Pricing | |
| | 00/00/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legaladvice re: softwarelicense and distribution agreement | |
| | 00/00/0000 | 1 - IVEY,CHRISTOPHER D.<br>2 - IVEY,CHRISTOPHER D. | 1 - RICHARDSON, DUFFEY<br>2 - RICHARDSON, DUFFEY | 2 - SULLIVAN, JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflectinglegal advice re: patentlicense agreement | |
| | 00/00/0000 | BLAKELY, ROGER W. | SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | Letter reflecting legaladvice re: McKessonpatent issue | |
| | 12/18/1990 | BELLOMO, TONY | CHOROROS, HARRY; DONNELLY,JIM; JORDAN, JOHN; KERIAN,RICH; MATOS, WALT; RAGAN,MIKE; SAUERHOFF, JEFF;SLAYTON, SCOTT; STEVENSON,JOHN; WOOD, SANDY | | AttorneyClientCommunication, AttorneyWork Product | Memo regarding requestfor legal advice re: 1991license fees | |
| | 04/29/1997 | | | | AttorneyClientCommunication, | Notes and HandwrittenNotes regarding requestfor | |

2

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 02/09/1998 | DONNELLY, JIM | 1 - ERIS(EXECUTIVE TEAM);ERIS(FACETS MANAGEMENTTEAM); BRIX, TIMOTHY; OLIVER,RAY; RENZI, ROBERT; 2 - BELLOMO, TONY; SLAYTON,SCOTT | | AttorneyWork Product | legal advice re: Erisco and UPR potential relationship | Should Be Produced |
| - | | DONNELLY, JIM | 1 - DONNELLY, JIM 2 - DONNELLY, JIM | | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re: enhancements | |
| - | 02/09/1998 | DONNELLY, JIM | 1 - ERIS(EXECUTIVE TEAM);ERIS(FACETS MANAGEMENTTEAM); BRIX, TIMOTHY; OLIVER,RAY; RENZI, ROBERT; 2 - BELLOMO, TONY; SLAYTON, SCOTT | | AttorneyClientCommunication, AttorneyWork Product | E-mail string requesting legal advice re: enhanced clinical claims editing | " " |
| - | 09/28/1998 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re:Maintenance Agreement Addendum | |
| - | 09/29/1998 | ARAGONA, DAVE | RENZI, ROBERT | KERIAN, RICH, LEVIN, ALAN;NOONAN, MIKE | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding request for legal advice re: Actnamaintenance proposal | |
| - | 12/30/1998 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract and Handwritten Notes reflecting legal advice re:software license agreement | |
| - | 05/18/1999 | LUFTIG, CRAIG | 1 - COOPER, MARGARET 2 - SEIDENSCHWARZ, CHARLENE | 1 - SEIDENSCHWARZ, CHARLENE | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: M & Rupdates | " " |
| - | 01/28/2000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes in anticipation of litigation and reflecting legal advice re: McKesson patent | " " |
| - | 02/05/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten notes regarding request for legal advice re: McKesson interface | " " |
| - | 04/07/2000 | PINKERT, DAVID | KEARNS, KERRY M.; BENTON,EDRED; O'CONNOR, KEVIN | | AttorneyClientCommunication, AttorneyWork Product | email reflecting legal advice re: McKesson interface | " " |
| - | 04/07/2000 | KEARNS, KERRY M. | PINKERT, DAVID; BENTON,EDRED; O'CONNOR, KEVIN | BRIDGE, LARRY | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson | " " |
| - | 04/07/2000 | | 1 - KEARNS, KERRY M.; BENTON,EDRED, O'CONNOR, KEVIN 2 - PINKERT, DAVID; BENTON, EDRED; O'CONNOR, KEVIN | 1 - BRIDGE, LARRY 2 - BRIDGE, LARRY | AttorneyClientCommunication, AttorneyWork Product | Emails reflecting legal advice re: McKesson | " " |
| - | 04/08/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Memo reflecting legal advice re: TriZetto/IMS transaction | " " |
| - | 04/25/2000 | SMITH, TOMMY | KEARNS, KERRY | | AttorneyClientCommunication, AttorneyWork Product | Handwritten notes regarding request for legal advice re: McKesson interface | " " |
| - | 08/19/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes in anticipation of litigation and reflecting legal advice re: McKesson patent | " " |
| - | 09/02/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes in anticipation of litigation and reflecting legal advice re: McKesson patent | " " |
| - | 10/29/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten notes in anticipation of litigation and reflecting legal advice re: McKesson patent | " " |
| - | 12/06/0000 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten notes reflecting legal advice re: McKesson patent | " " |
| - | 01/24/2001 | REYNOLDS,BOB | 1 - LAMPE, KAREN 2 - RAMLOGAN, RAFFI | 2 - REYNOLDS, BOB | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Calfarmmaintenance | " " |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 3 - RAMLOGAN,RAFFI | 3 - LEVIN, ALAN; CARLSON,BRUCE; ZONI, BART; JACOBS,HOWARD; JORDAN, JOHN;PEKARIK, JOSEPH; MCDOUGAL,MOYNA; BACON, CHARLIE;TSAMAS, HARRY; VIVONA,VINCENT; KAURENE, BRUCE;REODRIGUEZ, LEONA;NEMIROFF, TOBY; STROZ,JEANNETTE; JACOBSEN, BARRY;JACKSON, LILLIAN; SUGRUE,STEVE; BRIX, TIM; LOVE, JOE;DAVIS, OLIVIA; ELLISON, DIANE;KERIAN, RICH; FREER, DEBBIE;BELLOMO, TONY; SLAYTON,SCOTT; PREISER, ANDY;POSLUSZNY, JOE; SKINNER,ANNE; LEVINE, MARCY; ERSLISTFATECSUPPORT; ERSLISTFATECCOM; ARAGONA, DAVE;RILEY, JANET; NIELSEN, LINDA;HORAN, JUDY; HOOVER, GREG;STEELE, TOM; LUFTIG, CRAIG;ERSLIST FAPRODDEV;O'DONNELL, SUSANNE;SORRENTINO, JACKIE;REYNOLDS, BOB; VOKES, BETSY;ARIAS, LISA; HANLON, LISA J.;HEIN, DAVID; COPAS, BEVERLY | | | | |
| | 01/24/2001 | 1 - REYNOLDS,BOB 2 - RODRIGUEZ,LEONA 3 - RAMLOGAN,RAFFI | 1 - LAMPE, KAREN 2 - RAMLOGAN, RAFFI 3 - LEVIN, ALAN; CARLSON,BRUCE; ZONI, BART; JACOBS,HOWARD; JORDAN, JOHN;PEKARIK, JOSEPH; MCDOUGAL,MOYNA; BACON, CHARLIE;TSAMAS, HARRY; VIVONA,VINCENT; KAURENE, BRUCE;REODRIGUEZ, LEONA:NEMIROFF, TOBY; STROZ,JEANNETTE; JACOBSEN, BARRY;JACKSON, LILLIAN; SUGRUE,STEVE; BRIX, TIM; LOVE, JOE;DAVIS, OLIVIA; ELLISON, DIANE;KERIAN, RICH; FREER, DEBBIE;BELLOMO, TONY; SLAYTON,SCOTT; PREISER, ANDY;POSLUSZNY, JOE; SKINNER,ANNE; LEVINE, MARCY; ERSLISTFATECSUPPORT; ERSLISTFATECCOM; ARAGONA, DAVE;RILEY, JANET; NIELSEN, LINDA;HORAN, JUDY; HOOVER, GREG;STEELE, TOM; LUFTIG, CRAIG;ERSLIST FAPRODDEV;O'DONNELL, | 2 - REYNOLDS, BOB | Attorney Client:Communication; Attorney:Work Product | E-mail string reflecting legal advice re: CalFarmMaintenance | |

4

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/25/2001 | 1 - REYNOLDS, BOB<br>2 - RODRIGUEZ,LEONA<br>3 - ARAGONA, DAVE<br>4 - RAMLOGAN,RAFFI<br>5 - RODRIGUEZ,LEONA<br>6 - RAMLOGAN,RAFFI | SUSANNE:SORRENTINO, JACKIE:REYNOLDS, BOB; VOKES, BETSY;ARIAS, LISA; HANLON, LISA J.;HEIN, DAVID; COPAS, BEVERLY<br>1 - LAMPE, KAREN<br>2 - ARAGONA, DAVE<br>3 - RODRIGUEZ, LEONA<br>4 - RAMLOGAN, RAFFI<br>5 - RAMLOGAN, RAFFI<br>6 - LEVIN, ALAN; CARLSON,BRUCE; ZONI, BART; JACOBS,HOWARD; JORDAN, JOHN;PEKARIK, JOSEPH; MCDOUGAL,MOYNA, BACON, CHARLIE;TSAMAS, HARRY; VIVONA,VINCENT; KAURENE, BRUCE;REODRIGUEZ, LEONA;:NEMIROFF, TOBY; STROZ,JEANNETTE, JACOBSEN, BARRY;JACKSON, LILLIAN; SUGRUE,STEVE, BRIX, TIM; LOVE, JOE;DAVIS, OLIVIA; ELLISON, DIANE;KERIAN, RICH, FREER, DEBBIE;BELLOMO, TONY; SLAYTON,SCOTT; PREISER, ANDY;POSLUSZNY, JOE; SKINNER,ANNE; LEVINE, MARCY; ERSLISTFATECSUPPORT; ERSLISTFATECCOM; ARAGONA, DAVE;RILEY, JANET; NIELSEN, LINDA;HORAN, JUDY; HOOVER, GREG;STEELE, TOM; LUFTIG, CRAIG;ERSLIST FAPRODDEV;O'DONNELL, SUSANNE;SORRENTINO, JACKIE;REYNOLDS, BOB; VOKES, BETSY;ARIAS, LISA; HANLON, LISA J.;HEIN, DAVID; COPAS, BEVERLY | 2 - BACON, CHARLIE; VOKES,BETSY; RILEY, JANET;REYNOLDS, BOB<br>3 - RAMLOGAN, RAFFI<br>4 - REYNOLDS, BOB;RODRIGUEZ, LEONA<br>5 - REYNOLDS, BOB<br>1 - LAMPE, KAREN<br>2 - BACON, CHARLIE; VOKES,BETSY; RILEY, JANET;REYNOLDS, BOB<br>3 - RAMLOGAN, RAFFI<br>4 - REYNOLDS, BOB; RODRIGUEZ, LEONA<br>5 - REYNOLDS, BOB | AttorneyClientCommunication, AttorneyWork Product<br>AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:maintenance cancellations<br>E-mail string requesting legal advice re:maintenance cancellations | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 02/08/2001 | KEARNS, KERRY | DIANE;KERIAN, RICH, FREER, DEBBIE;BELLOMO, TONY; SLAYTON,SCOTT; PREISER, ANDY;POSLUSZNY, JOE; SKINNER,ANNE; LEVINE, MARCY; ERSLISTFATECSUPPORT; ERSLISTFATECCOM, ARAGONA, DAVE;RILEY, JANET; NIELSEN, LINDA;HORAN, JUDY; HOOVER, GREG;STEELE, TOM; LUFTIG, CRAIGERSLIST FAPRODDEV;O'DONNELL, SUSANNE;SORRENTINO, JACKIE;REYNOLDS, BOB; VOKES, BETSY;ARIAS, LISA; HANLON, LISA J.;HEIN, DAVID; COPAS, BEVERLY | | Attorney ClientCommunication, AttorneyWork Product | E-mail, report and draft/contract regarding requestor and reflecting legal advice re: McKesson ASP agreement | Should be produced |
| - | 05/02/2001 | ADAMSON, N.E. | BELLOMO, TONY | SLAYTON, SCOTT; SNOWDEN,NICOLE | Attorney ClientCommunication, AttorneyWork Product | Report reflecting legal advice re: ClaimCheckRevenue and License Fees | " " |
| - | 05/03/2001 | 1 - REYNOLDS, BOB<br>2 - LAMPE, KAREN | 1 - LAMPE, KAREN<br>2 - REYNOLDS, BOB | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimFacts disclaimer | |
| - | 05/03/2001 | 1 - REYNOLDS, BOB<br>2 - LAMPE, KAREN | 1 - LAMPE, KAREN<br>2 - REYNOLDS, BOB | 1 - PEKARIK, JOSEPH | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimFacts disclaimer | |
| - | 05/04/2001 | 1 - REYNOLDS, BOB<br>2 - PEKARIK,JOSEPH<br>3 - REYNOLDS, BOB<br>4 - LAMPE, KAREN | 1 - PEKARIK, JOSEPH<br>2 - REYNOLDS, BOB<br>3 - LAMPE, KAREN<br>4 - REYNOLDS, BOB | 3 - PEKARIK, JOSEPH | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimFacts disclaimer | |
| - | 05/04/2001 | 1 - REYNOLDS, BOB<br>2 - PEKARIK,JOSEPH<br>3 - REYNOLDS, BOB<br>4 - LAMPE, KAREN | 1 - PEKARIK, JOSEPH<br>2 - REYNOLDS, BOB<br>3 - LAMPE, KAREN<br>4 - REYNOLDS, BOB | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimFacts disclaimer | |
| - | 05/07/2001 | 1 - GLEISCHMAN,STEWART<br>2 - SIMMONS,DEBORAH<br>3 - THIERBACH,FRED<br>4 - SIMMONS,DEBORAH | 1 - SLAYTON,STEWART<br>2 - SLAYTON, SCOTT<br>3 - SIMMONS, DEBORAH<br>4 - LARSON, KATHLEEN;THIERBACH, FRED; HORWITZ,JERRY | 1 - BELLOMO, TONY;<br>MILLER,CHRIS<br>4 - CASSIDY, MARYELLEN | Attorney ClientCommunication, AttorneyWork Product | E-mail string prepared at request of counsel re:HBOC/RIMS contracts | |
| - | 05/07/2001 | 1 - SLAYTON,SCOTT<br>2 - SIMMONS,DEBORAH<br>3 - HORWITZ,JERRY<br>4 - SIMMONS, DEBORAH | 1 - GLEISCHMAN, STEWART<br>2 - SLAYTON,SCOTT<br>3 - SIMMONS, DEBORAH<br>4 - LARSON, KATHLEEN;THIERBACH, FRED; HORWITZ,JERRY | 1 - BELLOMO, TONY; MILLER,CHRIS<br>4 - CASSIDY, MARYELLEN | Attorney ClientCommunication, AttorneyWork Product | E-mail string prepared at request of counsel re:HBOC/RIMS contracts | " " |
| | 05/11/2001 | 1 - GLEISCHMAN,STEWART<br>2 - BRIGHTON, DEB | 1 - BRIGHTON, DEB; GAUGHAN,CHARLES<br>2 - GLEISCHMAN, STEWART;BELLOMO, TONY | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:HBOC contract discussions | " " |
| | 05/16/2001 | 1 - GLEISCHMAN, STEWART<br>2 - BRIDGE, LARRY<br>3 - SLAYTON,SCOTT | 1 - BRIDGE, LARRY;SPIREK, DAN;KIRCH, TERRY; SLAYTON,SCOTT; KNOPF, GAIL; BELLOMO, TONY<br>2 - BRIDGE, LARRY;SPIREK, DAN | 1 - BELLOMO, TONY; PINKERT,DAVID<br>2 - GLEISCHMAN, STEWART | Attorney ClientCommunication, AttorneyWork Product | E-mail string requesting legal advice re: McKesson/ASP agreement | " " |
| | | 1 - GLEISCHMAN, STEWART<br>2 - BRIDGE, LARRY<br>3 - SLAYTON,SCOTT | 1 - BRIDGE, LARRY;SLAYTON,SCOTT<br>2 - SLAYTON, SCOTT<br>3 - BRIDGE, LARRY | | | | |

6

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 05/16/2001 | 4 - SLAYTON,SCOTT<br>5 - KEARNS,KERRY | 4 - GLEISCHMAN, STEWART<br>5 - BELLOMO, TONY | 1 - BELLOMO, TONY;<br>PINKERT,DAVID<br>2 - GLEISCHMAN, STEWART<br>3 - BRIDGE, LARRY<br>4 - SLAYTON, SCOTT<br>5 - SLAYTON, SCOTT;<br>SNOWDEN,NICOLE | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string requesting legal advice re:<br>McKesson/ASP agreement | |
| | 07/25/2001 | | 4 - SLAYTON,SCOTT<br>5 - KEARNS, KERRY | 1 - BRIDGE, LARRY;SLAYTON,SCOTT<br>2 - GLEISCHMAN, STEWART<br>3 - SLAYTON, SCOTT<br>4 - GLEISCHMAN, STEWART<br>5 - BELLOMO, TONY | Attorney ClientCommunication,<br>AttorneyWork Product | Draft letter reflecting legaladvice re: software license | |
| | 08/28/2001 | | | | Attorney ClientCommunication,<br>AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: distributoragreement action items | |
| | 09/10/2001 | RICHARDSON,DUFFEY | | | Attorney ClientCommunication,<br>AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice request for legal advice re: Inforustintegration | Should BE PROD USED |
| | 09/10/2001 | | | | Attorney ClientCommunication,<br>AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: integration plans | " |
| | 09/21/2001 | | | | Attorney ClientCommunication,<br>AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: contracts | " |
| | 09/26/2001 | RICHARDSON,DUFFEY | | | Attorney ClientCommunication,<br>AttorneyWork Product | Calendar Notice regardingrequest for legal advice re:McKesson contracts | " |
| | 10/29/2001 | | | | Attorney ClientCommunication,<br>AttorneyWork Product | Report and HandwrittenNotes reflecting legaladvice re: distributoragreement action items | |
| | 10/30/2001 | 1 - SULLIVAN, JIM<br>2 - NOMMENSEN,BOB | 1 - NOMMENSEN, BOB<br>2 - KNOPF, GAIL | 2 - SCHMIDT, MIKE;<br>JORDAN,JOHN; SULLIVAN, JIM;<br>STEVENS,ANGIE; KRAELING,<br>BILL | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string reflectinglegal advice re: AmisysHealthWeb relationship | |
| TRZ837053 - TRZ837055 | 11/06/2001 | 1 - SULLIVAN, JIM<br>2 - NOMMENSEN,BOB | 1 - KNOPF, GAIL; MARGOLIS,JEFF;<br>FITZGERALD, LAURA;NOMMENSEN,<br>BOB; SCHMIDT,MIKE; JORDAN, JOHN<br>2 - MARGOLIS, JEFF;FITZGERALD,<br>LAURA;NOMMENSEN, BOB;<br>SCHMIDT,MIKE; KNOPF, GAIL;<br>SULLIVAN,JIM; JORDAN, JOHN;<br>MARGOLIS,JEFF<br>3 - FITZGERALD,<br>LAURA;NOMMENSEN, BOB;<br>SCHMIDT,MIKE; KNOPF, GAIL;<br>SULLIVAN,JIM; JORDAN, JOHN<br>4 - NOMMENSEN, BOB;<br>SCHMIDT,MIKE; KNOPF, GAIL;<br>SULLIVAN,JIM; JORDAN, JOHN<br>5 - FITZGERALD, LAURA;SCHMIDT,<br>MIKE; KNOPF, GAIL;SULLIVAN, JIM;<br>JORDAN, JOHN<br>6 - SCHMIDT, MIKE;<br>NOMMENSEN,BOB<br>7 - NOMMENSEN, BOB;FITZGERALD,<br>LAURA<br>8 - SCHMIDT, MIKE<br>9 - HEALTH TRIO | | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string regardingrequest for legal advice re:AMISYS Health Trio issue | PrivilegedRedaction at 1-2 |

7

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 11/06/2001 | SULLIVAN, JIM | 9 - HOLMSTROM, SANDY | MARGOLIS, JEFF; KNOPF, GAIL | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKessonAmisys sale | |
| | 11/07/2001 | SULLIVAN, JIM | 1 - SULLIVAN, JIM  2 - KNOPF, GAIL  3 - MARGOLIS, JEFF | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonAmisys sale | |
| | 11/26/2001 | MARGOLIS, JEFF | 1 - KNOPF, GAIL  2 - SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | Memo requesting legal advice re: PACE intellectual property issues | PRODUCED: 9/7/05 |
| | 11/26/2001 | MARGOLIS, JEFF | BELLOMO, TONY; SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | Memo requesting legal advice re: PACE intellectual property issues | " |
| | 11/26/2001 | MARGOLIS, JEFF | BELLOMO, TONY; SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | Memo regarding requestor, legal advice re: PACE system | " |
| | 01/14/2002 | SULLIVAN, JIM | BELLOMO, TONY; SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson patent issue | |
| | 01/18/2002 | BAKER, NANCY | HEROLD, MELISSA | BINGHAM, VIKI; MARGOLIS, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor legal advice re: licensing issue | |
| | 01/30/2002 | SLAYTON, SCOTT | OCONNOR, EDWARD | | AttorneyClientCommunication, AttorneyWork Product | Letter and research reflecting legal advice, re: McKesson patent issue | PRODUCED: 8/26/05 |
| | 02/15/2002 | OCONNOR, EDWARD F. | SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | Memo in anticipation of litigation and reflecting legal advice re: '164 patent — PRODUCED 8/26/05 | |
| | 02/15/2002 | CARTE, NORMAN E. | OCONNOR, EDWARD F. | | AttorneyClientCommunication, AttorneyWork Product | Memo regarding requestor legal advice re: McKesson patent issue | |
| | 02/15/2002 | CARTE, NORMAN E | SULLIVAN, JIM; THE TRIZETTOGROUP; ENGLEWOOD; SULLIVAN; BELLOMO, TONY; ERISCO; TBELLOMO; SLAYTON,SCOTT; SSLAYTON; KAO, JOHN; KAO; MARGOLIS, JEFF; MARGOLISJ | OCONNOR, EDWARD | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor legal advice re: McKesson patent issue | " |
| | 02/15/2002 | CARTE, NORMAN E | SULLIVAN, JIM; THE TRIZETTOGROUP; ENGLEWOOD; SULLIVAN; BELLOMO, TONY; ERISCO; TBELLOMO; SLAYTON,SCOTT; SSLAYTON; KAO, JOHN; KAO; MARGOLIS, JEFF; MARGOLISJ | OCONNOR, EDWARD | AttorneyClientCommunication, AttorneyWork Product | Memo reflecting legal advice re: McKesson patent issue | Should be produced |
| | 02/15/2002 | OCONNOR, EDWARD F. | SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor legal advice re: McKesson patent issue | " " |
| TRZ837230 - TRZ837251 | 02/19/2002 | BELLOMO, TONY | 1 - SLAYTON, SCOTT  2 - SMITH, TOMMY | 1 - SULLIVAN, JIM  2 - THOMPSON, RHONDA; MONROE, RIC | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor, legal advice re: McKesson Joint Marketing Agreement | PrivilegedRedaction at 1 |
| | 02/20/2002 | SLAYTON, SCOTT | BELLOMO, TONY | SULLIVAN, JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor and draft contract reflecting legal advice re: McKesson Joint Marketing Agreement | " |
| TRZ837208 - TRZ837229 | 02/20/2002 | BELLOMO, TONY | 1 - BELLOMO, TONY  2 - SMITH, TOMMY | 2 - THOMPSON, RHONDA; MONROE, RIC | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding requestor, legal advice re: McKesson Joint Marketing Agreement | PrivilegedRedaction at 1 |
| | 02/21/2002 | SLAYTON, SCOTT | 1 - MARGOLIS, JEFF; KAO, JOHN; SULLIVAN, JIM  2 - SUDDUTH, LAURA; ROMANO, MARY; BELLOMO, TONY | OCONNOR, ED | AttorneyClientCommunication, | E-mail regarding requestor and draft | " |

8

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privileged Redaction |
|---|---|---|---|---|---|---|---|
| | 03/07/2002 | SULLIVAN, JIM | BRIDGE, LARRY; KAO, JOHN;MAROLIS, JEFF; LYTHCKE, PAUL;SPIREK, DAN | | AttorneyClientCommunication, AttorneyWork Product | contractreflecting legaladvice re:McKesson Joint MarketingAgreement; E-mail reflecting legal advice re: Infotrust/Amisysissues | Should be produced |
| | 03/12/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Reportreflecting legaladvice re: McKessoncontract | " " |
| | 03/12/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Reportreflecting legaladvice re: McKessoncontract | " " |
| | 03/28/2002 | 1 - GLEISCHMAN,STEWART 2 - RICHARDSON,DUFFEY | 1 - KAO, JOHN; BELLOMO, TONY;SULLIVAN, JIM 2 - GLEISCHMAN, STEWART;PINKERT, DAVID | | AttorneyClientCommunication, AttorneyWork Product | Request reflecting legaladvice for McKessonContract/Partnerelationship status | " " |
| | 03/28/2002 | 1 - GLEISCHMAN,STEWART 2 - PINKERT, DAVID | 1 - SULLIVAN, JIM 2 - KAO, JOHN | | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson Contract/Partnerelationship status | " " |
| | 04/21/2002 | GLEISCHMAN,STEWART | BELLOMO, TONY; SULLIVAN, JIM;MARGOLIS, JEFF; KAO, JOHN;JORDAN, JOHN | 2 - GLEISCHMAN, STEWART;RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re: McKesson meeting | " " |
| | 04/30/2002 | 1 - SULLIVAN, JIM 2 - GLEISCHMAN,STEWART 3 - CARTE,NORMAN E. 4 - OCONNOR,EDWARD F. | 1 - GLEISCHMAN, STEWART;BELLOMO, TONY; KAO, JOHN;MARGOLIS, JEFF 2 - BELLOMO, TONY; SULLIVAN,JIM; MARGOLIS, JEFF 3 - OCONNOR, EDWARD F. 4 - SULLIVAN, JIM | | AttorneyClientCommunication, AttorneyWork Product | E-mail string andmemorandum regarding legal advice re: McKessonpatent | >PRODUCED: 9/7/05 |
| | 05/06/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding legaladvice re: McKessonpatent issue | Should be produced |
| | 05/07/2002 | 1 - BELLOMO, TONY 2 - GLEISCHMAN,STEWART | 1 - GLEISCHMAN, STEWART;BELLOMO, TONY;SUNDERLAND, MIKE 2 - BELLOMO, TONY; SULLIVAN,JIM; MARGOLIS, JEFF;BELLOMO, TONY | 1 - SULLIVAN, JIM 2 - SULLIVAN, JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re: McKesson meeting | " " |
| | 05/14/2002 | 1 - LAMPE, KAREN 2 - DONNELLY, JIM 3 - BELLOMO, TONY 4 - DONNELLY, JIM 5 - LAMPE, KAREN | 1 - DONNELLY, JIM; BELLOMO,TONY 2 - BELLOMO, TONY 3 - DONNELLY, JIM 4 - BELLOMO, TONY;SLAYTON,SCOTT 5 - DONNELLY, JIM; WILEY, KATHY;RESNICK, DAVE | 1 - WILEY, KATHY;RESNICK,DAVE 2 - WILEY, KATHY;LAMPE,KAREN; RESNICK, DAVE 4 - LAMPE, KAREN;WILEY,KATHY; RESNICK,DAVE;REYNOLDS, BOB 5 - REYNOLDS, BOB | AttorneyClientCommunication, AttorneyWork Product | E-mail string requesting legal advice re: inputproblems | " " |
| TRZ091375 - TRZ091376 | 05/14/2002 | DONNELLY, JIM | BELLOMO, TONY; SLAYTON,SCOTT | LAMPE, KAREN; WILEY,KATHY;RESNICK, DAVE;REYNOLDS, BOB | AttorneyClientCommunication, AttorneyWork Product | E-mail requesting legaladvice re:Request Website Form | PrivilegedRedaction at 1 " |
| TRZ091372 - TRZ091373 | 05/15/2002 | DONNELLY, JIM | BELLOMO, TONY; SLAYTON,SCOTT | LAMPE, KAREN; WILEY,KATHY;RESNICK, DAVE;REYNOLDS, BOB | AttorneyClientCommunication, AttorneyWork Product | E-mail requesting legaladvice re: Request Website Form | PrivilegedRedaction at 1-2 " |
| | 07/08/2002 | SULLIVAN, JAMES | SLAYTON, SCOTT | | AttorneyClientCommunication, AttorneyWork Product | Memo reflecting legaladvice re: McKessonpatent claim | Should be produced |
| | 07/19/2002 | 1 - SULLIVAN, JIM 2 - SULLIVAN,ROSE ANN | 1 - SULLIVAN, ROSE ANN;BUSBY,SANDI | 2 - SULLIVAN, JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail string regardingrequest for legal advice re:McKesson TotalCare issue | " " |

9

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 07/23/2002 | 3 - BUSBY, SANDI | 2 - BUSBY, SANDI; 3 - SULLIVAN, ROSE ANN | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson TotalCare issue | Should be produced |
| - | 07/28/2002 | 1 - SULLIVAN, JIM; 2 - SULLIVAN,ROSE ANN; 3 - SULLIVAN, JIM; 4 - SULLIVAN,ROSE ANN; 5 - BUSBY, SANDI | 1 - SULLIVAN, ROSE ANN; 2 - SULLIVAN, JIM; 3 - SULLIVAN, ROSE ANN; 4 - BUSBY, SANDI; 5 - SULLIVAN, ROSE ANN | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson TotalCare issue | " " |
| TRZ837195 - TRZ837204 | 08/26/2002 | 1 - SULLIVAN, JIM; 2 - BELLOMO, TONY | 1 - SLAYTON, SCOTT; 2 - MARGOLIS, JEFF; KAO, JOHN;GLEISCHMAN, JOHN;FITZGERALD,LAURA; SULLIVAN, JIM | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson TotalCare issue | PrivilegedRedaction at 1 |
| - | 08/30/2002 | 1 - SULLIVAN, JIM; 2 - SULLIVAN,ROSE ANN; 3 - SULLIVAN, JIM; 4 - BUSBY, SANDI; 5 - SULLIVAN, ROSE ANN | 1 - SULLIVAN, ROSE ANN; 2 - SULLIVAN, JIM; 3 - SULLIVAN, ROSE ANN; 4 - BUSBY, SANDI; 5 - SULLIVAN, ROSE ANN | 4 - SULLIVAN, JIM | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson TotalCare issue | " " |
| TRZ837189 - TRZ837192 | 09/05/2002 | 1 - SLAYTON,SCOTT; 2 - KAO, JOHN; 3 - FITZGERALD,LAURA; 4 - BELLOMO, TONY | 1 - SULLIVAN, JIM; 2 - FITZGERALD, LAURA;BELLOMO, TONY; BERNIER, LINDA; 3 - KAO, JOHN; 4 - DONNELLY, JIM;VANDERHEIDE, PETE | 2 - BUSBY, SANDI | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson negotiations | PrivilegedRedaction at 1-2 |
| TRZ837193 - TRZ837194 | 09/05/2002 | 1 - SULLIVAN, JIM; 2 - BELLOMO, TONY | 1 - SLAYTON, SCOTT; 2 - MARGOLIS, JEFF; KAO, JOHN;GLEISCHMAN, JOHN;FITZGERALD,LAURA; SULLIVAN, JIM | 2 - SLAYTON, SCOTT; 4 - DONNELLY,JIM; KERIAN, RICH; KAURENE,BRUCE; KNOPF, GAIL | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson negotiations | " " |
| - | 09/12/2002 | BRIDGE, LARRY | RICHARDSON, DUFFE | 2 - SLAYTON, SCOTT; 4 - DONNELLY,JIM; KERIAN, RICH; KAURENE,BRUCE; KNOPF, GAIL | Attorney ClientCommunication, AttorneyWork Product | E-mail and Handwritten Notes reflecting legal advice re:ClaimCheck licensing agreement | " " |
| - | 09/18/2002 | 1 - RICHARDSON,DUFFEY; 2 - RICHARDSON,DUFFEY | 1 - RICHARDSON, DUFFEY;HOFFMAN, PAUL; LETSCHE,JULIE; GAUGHAN, CHARLES;ADAMSON, NANCY; 2 - RICHARDSON, DUFFEY;HOFFMAN, PAUL; LETSCHE,JULIE; GAUGHAN, CHARLES;ADAMSON, NANCY | LETSCHE, JULIE; BERNIER,LINDA; BELLOMO, TONY;ADAMSON, NANC; HOFFMAN,PAUL; GAUGHAN, CHARLES;PINKERT, DAVID | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice | " " |
| - | 09/19/2002 | RICHARDSON,DUFFEY | | | Attorney ClientCommunication, AttorneyWork Product | Calender notice and Handwritten Notes regarding request for legal advice re: hosted licensing arrangement | |
| - | 09/20/2002 | SCHMIDT, MIKE | LEVIN, ALAN; THE TRIZETTOGROUP; ERISCO; ALEVIN | ZIGMONT, JOHN; THE TRIZETTOGROUP; ERISCO; ZIGMONT | Attorney ClientCommunication, AttorneyWork Product | E-mail regarding request for legal advice re: hosted Insurance agreement | |
| - | 09/23/2002 | 1 - ZIGMONT, JOHN; 2 - SCHMIDT, ALAN | 1 - TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; 2 - LEVIN, ALAN | 2 - ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Country Insurance agreement | |

10

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 10/16/2002 | SCHMIDT, MIKE | SLAYTON, SCOTT | LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWorkProduct | E-mail requesting legal advice re: Country/Insurance agreement | |
| | 10/17/2002 | | | | AttorneyClientCommunication, AttorneyWorkProduct | Draft Contract re: Patent License Agreement | |
| | 10/18/2002 | 1 - SLAYTON, SCOTT<br>2 - SCHMIDT, MIKE | 1 - SCHMIDT, MIKE<br>2 - SLAYTON, SCOTT | 1 - LEVIN, ALAN; ZIGMONT, JOHN; CROM, KATHRYN<br>2 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWorkProduct | E-mail string reflecting legal advice re: Country/Insurance agreement | |
| | 10/18/2002 | 1 - ZIGMONT, JOHN<br>2 - SCHMIDT, MIKE | 1 - TROTTER, JIM; GOLD, ALAN<br>2 - SLAYTON, SCOTT | LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWorkProduct | E-mail string requesting/legal advice re: Country/Insurance agreement | |
| | 10/21/2002 | SULLIVAN, JIM | SLAYTON, SCOTT | | AttorneyClientCommunication, AttorneyWorkProduct | E-mail requesting/request for legal advice re: McKesson patent agreement | 11  14 |
| | 11/04/2002 | 1 - RICHARDSON, DUFFEY<br>2 - SLAYTON, SCOTT<br>3 - RICHARDSON, DUFFEY<br>4 - SLAYTON, SCOTT<br>5 - BERNIER, LINDA<br>6 - SLAYTON, SCOTT<br>7 - KAURENE, BRUCE<br>8 - ARRANDALE, KATIE | 1 - SLAYTON, SCOTT;<br>BERNIER, LINDA; KAURENE,<br>BRUCE; CARLSON, BRUCE<br>2 - RICHARDSON, DUFFEY; BERNIER,<br>LINDA; KAURENE, BRUCE; CARLSON,<br>BRUCE<br>3 - SLAYTON, SCOTT;<br>BERNIER, LINDA; KAURENE,<br>BRUCE; CARLSON, BRUCE<br>4 - BERNIER, LINDA;<br>KAURENE, BRUCE; CARLSON, BRUCE<br>5 - SLAYTON, SCOTT;<br>KAURENE, BRUCE; CARLSON, BRUCE<br>6 - KAURENE, BRUCE;<br>BERNIER, LINDA;<br>7 - BERNIER, LINDA;<br>SLAYTON, SCOTT<br>8 - KAURENE, BRUCE | 1 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>2 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>3 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>4 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM; RICHARDSON, DUFFEY<br>5 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM; RICHARDSON, DUFFEY<br>6 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM; RICHARDSON, DUFFEY<br>7 - ARRANDALE, KATIE<br>8 - RICHARDSON,<br>DUFFEY; CARLSON, BRUCE;<br>BELLOMO, TONY | AttorneyClientCommunication, AttorneyWorkProduct | E-mail string reflecting legal advice re: McKessonFlexTech issue | |
| | 11/04/2002 | 1 - SLAYTON, SCOTT<br>2 - RICHARDSON, DUFFEY<br>3 - SLAYTON, SCOTT<br>4 - BERNIER, LINDA<br>5 - SLAYTON, SCOTT<br>6 - KAURENE, BRUCE<br>7 - ARRANDALE, KATIE | 1 - RICHARDSON, DUFFEY; BERNIER,<br>LINDA; KAURENE, BRUCE; CARLSON,<br>BRUCE<br>2 - SLAYTON, SCOTT;<br>BERNIER, LINDA; KAURENE,<br>BRUCE; CARLSON, BRUCE<br>3 - BERNIER, LINDA;<br>KAURENE, BRUCE; CARLSON, BRUCE<br>4 - SLAYTON, SCOTT;<br>KAURENE, BRUCE; CARLSON, BRUCE<br>5 - KAURENE, BRUCE;<br>BERNIER, LINDA<br>6 - BERNIER, LINDA;<br>SLAYTON, SCOTT<br>7 - KAURENE, BRUCE | 1 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>2 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>3 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM<br>4 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>SULLIVAN, JIM; RICHARDSON, DUFFEY<br>5 - ARRANDALE,<br>KATIE; BELLOMO, TONY;<br>DUFFEY | AttorneyClientCommunication, AttorneyWorkProduct | E-mail string reflecting legal advice re: McKessonFlexTech issue | Should be produced |

11

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 11/04/2002 | 1 - RICHARDSON, DUFFEY 2 - SLAYTON, SCOTT 3 - BERNIER, LINDA 4 - SLAYTON, SCOTT 5 - KAURENE, BRUCE 6 - ARRANDALE, KATIE | 1 - SLAYTON, SCOTT; BERNIER, LINDA; KAURENE, BRUCE; CARLSON, BRUCE 2 - BERNIER, LINDA; KAURENE, BRUCE; CARLSON, BRUCE 3 - SLAYTON, SCOTT; KAURENE, BRUCE; CARLSON, BRUCE 4 - KAURENE, BRUCE; BERNIER, LINDA 5 - BERNIER, LINDA; SLAYTON, SCOTT 6 - KAURENE, BRUCE | 1 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM 2 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 3 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 4 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 5 - ARRANDALE, KATIE 6 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY 7 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson FlexTech issue | |
| | 11/04/2002 | 1 - KAURENE, BRUCE 2 - BERNIER, LINDA 3 - SLAYTON, SCOTT 4 - KAURENE, BRUCE 5 - ARRANDALE, KATIE | 1 - BERNIER, LINDA; SLAYTON, SCOTT; CARLSON, BRUCE 2 - KAURENE, BRUCE; BERNIER, LINDA 3 - KAURENE, BRUCE; BERNIER, LINDA 4 - BERNIER, LINDA; SLAYTON, SCOTT 5 - KAURENE, BRUCE | 1 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 2 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 3 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 4 - ARRANDALE, KATIE 5 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson FlexTech issue | |
| | 11/04/2002 | 1 - SLAYTON, SCOTT 2 - BERNIER, LINDA 3 - SLAYTON, SCOTT 4 - KAURENE, BRUCE 5 - ARRANDALE, KATIE | 1 - BERNIER, LINDA; KAURENE, BRUCE; CARLSON, BRUCE 2 - SLAYTON, SCOTT; KAURENE, BRUCE; CARLSON, BRUCE 3 - KAURENE, BRUCE; BERNIER, LINDA 4 - BERNIER, LINDA; SLAYTON, SCOTT 5 - KAURENE, BRUCE | 1 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 2 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 3 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY 4 - ARRANDALE, KATIE 5 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson FlexTech issue | |

12

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 11/04/2002 | 1 - BERNIER, LINDA; 2 - SLAYTON, SCOTT; 3 - KAURENE, BRUCE; 4 - ARRANDALE, KATIE | 1 - SLAYTON, SCOTT; KAURENE, BRUCE; CARLSON, BRUCE | 4 - ARRANDALE, KATIE; 5 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonFlexTech issue | |
| - | 11/04/2002 | 1 - SLAYTON, SCOTT; 2 - KAURENE, BRUCE; 3 - ARRANDALE, KATIE | 1 - KAURENE, BRUCE; BERNIER, LINDA; 2 - BERNIER, LINDA; SLAYTON, SCOTT; 3 - KAURENE, BRUCE | 1 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY; 2 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY; 3 - ARRANDALE, KATIE; 4 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | | |
| - | 11/04/2002 | SLAYTON, JIM | BERNIER, LINDA | 1 - ARRANDALE, KATIE; BELLOMO, TONY; SULLIVAN, JIM; RICHARDSON, DUFFEY; 2 - ARRANDALE, KATIE; 3 - RICHARDSON, DUFFEY; CARLSON, BRUCE; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonFlexTech issue | |
| - | 11/05/2002 | 1 - BERNIER, LINDA; 2 - SULLIVAN, JIM | 1 - KENNEDY, LISA; 2 - BERNIER, LINDA | 1 - RICHARDSON, DUFFEY; GAUGHAN, CHARLES; SULLIVAN, JIM; 2 - RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonpatent | " " |
| TRZ837020 - TRZ837021 | 11/06/2002 | 1 - BERNIER, LINDA; 2 - BELLOMO, TONY | 1 - BELLOMO, TONY; 2 - BERNIER, LINDA | 1 - TYSK, CAROL ANN; KENNEDY, LISA; 2 - KAO, JOHN; TYSK, CAROL ANN | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re: patent agreement language | " " |
| TRZ837179 - TRZ837188 | 11/06/2002 | 1 - SULLIVAN, JIM; 2 - BELLOMO, TONY | 1 - IVEY, CHRIS; 2 - MARGOLIS, JEFF; KAO, JOHN; GLEISCHMAN, STEWART; JORDAN, JOHN; FITZGERALD, LAURA; SULLIVAN, JIM | 2 - SLAYTON, SCOTT; DONNELLY, JIM; KERIAN, RICH; KAURENE, BRUCE; KNOPF, GAIL | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re: McKesson patent negotiations | " " |
| - | 11/06/2002 | 1 - SULLIVAN, JIM; 2 - CARTE, NORMAN E.; 3 - OCONNOR, EDWARD | 1 - RICHARDSON, DUFFEY; BERNIER, LINDA; 2 - SULLIVAN, JIM; BELLOMO, TONY; SLAYTON, SCOTT; KAO, JOHN; MARGOLIS, JEFF; 3 - SULLIVAN, JIM; 4 - SULLIVAN, JIM; BELLOMO, TONY; SLAYTON, SCOTT; KAO, JOHN; MARGOLIS, JEFF; 5 - OCONNOR, EDWARD | 2 - OCONNOR, EDWARD | AttorneyClientCommunication, AttorneyWork Product | E-mails and memoranda reflecting legal advice re: McKesson patent issue | " " |
| - | 11/11/2002 | 1 - SULLIVAN, JIM | 1 - BLAKELY, ROGER | 3 - BERNIER, | AttorneyClientCommunication, | Email string, memoranda and draft contract reflecting | " " |

Should Be produced

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privileged Redaction |
|---|---|---|---|---|---|---|---|
| | 11/12/2002 | 2 - BELLOMO, TONY; 3 - GAUGHAN, CHARLES | 2 - SULLIVAN, JIM; 3 - BELLOMO, TONY | | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for and memoranda and unredacted reflecting legal advice re: McKesson Software License and Services Agreement | Should be Produced |
| | 11/24/2002 | 1 - BELLOMO, TONY; 2 - GAUGHAN, CHARLES | 1 - SULLIVAN, JIM; 2 - BELLOMO, TONY | LINDA, RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes reflecting legal advice re: McKesson Software License and Services Agreement | " " |
| | 11/26/2002 | | | LINDA, RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | Memo and Handwritten Notes reflecting legal advice re: McKesson litigation | " " |
| | 11/26/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes regarding request for legal advice re: litigation | " " |
| | 12/01/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: Patent License Agreement | " " |
| | 12/04/2002 | SULLIVAN, JAMES | BELLOMO, TONY | | AttorneyClientCommunication, AttorneyWork Product | Facsimile cover sheet undirected letter reflecting legal advice re: McKesson patent issue | → PRODUCED: 9/7/05 |
| | 12/04/2002 | SULLIVAN, JIM | BLAKELY, ROGER | | AttorneyClientCommunication, AttorneyWork Product | Facsimile cover sheet and research prepared at request of or compiled by counsel re: patent issue | " " |
| | 12/04/2002 | SULLIVAN, JIM | BLAKELY, ROGER | | AttorneyClientCommunication, AttorneyWork Product | Facsimile cover sheet and research prepared at request of or compiled by counsel re: patent and licensing issues | " " |
| | 12/05/2002 | SULLIVAN, JIM | BELLOMO, TONY | | AttorneyClientCommunication, AttorneyWork Product | Handwritten notes in anticipation of litigation and reflecting legal advice re: McKesson patent | Should be Produced |
| | 12/13/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Report reflecting legal advice re: McKesson/Trizetto and related marketing | " " |
| TRZ825672 - TRZ825679 | 12/13/2002 | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes reflecting legal advice re: Trizetto/McKesson issue | PrivilegedRedaction at 1 |
| | 12/16/2002 | 1 - RICHARDSON, DUFFEY; 2 - KENNEDY, LINDA | 1 - KENNEDY, LISA; BERNIER, LINDA; GAUGHAN, CHARLES; BELLOMO, TONY; SULLIVAN, JIM; BRIDGE, LARRY | 1 - TYSK, CAROL ANN; 2 - TYSK, CAROL ANN | AttorneyClientCommunication, AttorneyWork Product | E-mail string about memoranda reflecting legal advice re: McKesson contract presentation | " " |
| | 12/17/2002 | 1 - SULLIVAN, JIM; 2 - RICHARDSON, DUFFEY; 3 - KENNEDY, LISA | 1 - SLAYTON, SCOTT; 2 - BERNIER, LINDA; 3 - KENNEDY, LISA; BERNIER, LINDA; SULLIVAN, JIM; RICHARDSON, DUFFEY | 2 - SULLIVAN, JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson contract presentation | " " |
| | 12/17/2002 | 1 - RICHARDSON, DUFFEY; 2 - KENNEDY, LISA | 1 - BERNIER, LINDA; 2 - KENNEDY, LISA; BERNIER, LINDA; SULLIVAN, JIM; RICHARDSON, DUFFEY | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson contract presentation | " " |
| | 12/17/2002 | 1 - RICHARDSON, DUFFEY; 2 - KENNEDY, LINDA | 1 - KENNEDY, LISA; BERNIER, LINDA; GAUGHAN, CHARLES; BELLOMO, TONY; SULLIVAN, JIM; BRIDGE, LARRY; 2 - KENNEDY, LISA; BERNIER, LINDA; RICHARDSON, DUFFEY; GAUGHAN, | 1 - TYSK, CAROL ANN; 2 - TYSK, CAROL ANN | AttorneyClientCommunication, AttorneyWork Product | E-mail string about memoranda reflecting legal advice re: McKesson contract presentation | " " |

14

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 12/17/2002 | SULLIVAN, JIM | CHARLES; BELLOMO,TONY; SULLIVAN, JIM; BRIDGE,LARRY | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Pace | Should be produced |
| - | 12/17/2002 | SULLIVAN, JIM | SLAYTON, SCOTT | BERNIER, LINDA; RICHARDSON,DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson interface | " |
| - | 12/17/2002 | SULLIVAN, JIM | SLAYTON, SCOTT | BERNIER, LINDA; RICHARDSON,DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson interface | " " |
| - | 12/18/2002 | 1 - BERNIER, LINDA 2 - SULLIVAN, JIM | 1 - SULLIVAN, JIM; SLAYTON,SCOTT; 2 - BERNIER, LINDA; RICHARDSON, DUFFEY | 1 - RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson interface | " " |
| - | 12/18/2002 | SULLIVAN, JIM | SLAYTON, SCOTT | BERNIER, LINDA; RICHARDSON,DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: McKesson interface | " " |
| - | 12/18/2002 | 1 - RICHARDSON,DUFFEY 2 - KENNEDY, LISA | 1 - BERNIER, LINDA; SULLIVAN,JIM; 2 - KENNEDY, LISA; BERNIER, LINDA; SULLIVAN, JIM; RICHARDSON, DUFFEY | | AttorneyClientCommunication, AttorneyWork Product | E-mail string and memoranda reflecting legal advice re: McKesson contract presentation | " " |
| | 12/18/2002 | 1 - SLAYTON,SCOTT 2 - SULLIVAN, JIM | 1 - CROM, KATHRYN 2 - SLAYTON, SCOTT | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Pace | " " |
| | 12/18/2002 | 1-CROM, KATHRYN 2 - SLAYTON,SCOTT 3 - SULLIVAN, JIM | 1 - SLAYTON, SCOTT 2 - CROM, KATHRYN 3 - SLAYTON, SCOTT | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Pace | " " |
| | 12/19/2002 | 1 - RICHARDSON,DUFFEY 2 - BERNIER, LINDA 3 - SULLIVAN, JIM | 1 - BERNIER, LINDA; SULLIVAN,JIM; SLAYTON, SCOTT;VANDERHEIDE, PETE 2 - SULLIVAN, JIM; SLAYTON, SCOTT; VANDERHEIDE, PETE 3 - SLAYTON, SCOTT | 2 - RICHARDSON, DUFFEY 3 - BERNIER, LINDA;RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string and memoranda reflecting legal advice re: McKesson interface | " " |
| | 12/20/2002 | 1 - BELLOMO, TONY 2 - BERNIER, LINDA 3 - RICHARDSON,DUFFEY | 1 - BERNIER, LINDA; SULLIVAN,JIM 2 - BELLOMO, TONY; SULLIVAN, JIM 3 - BERNIER, LINDA | 1 - GAUGHAN, CHARLES; KAO,JOHN; RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson/ClaimCheck contract work session | " " |
| | 12/20/2002 | 1 - BERNIER, LINDA 2 - RICHARDSON,DUFFEY | 1 - BELLOMO, TONY; SULLIVAN,JIM 2 - BERNIER, LINDA | 1 - GAUGHAN, CHARLES; KAO,JOHN; RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson/ClaimCheck contract work session | " " |
| - | 01/02/2003 | 1 - RICHARDSON,DUFFEY 2 - BERNIER, LINDA 3 - RICHARDSON,DUFFEY | 1 - BERNIER, LINDA; BELLOMO, TONY; SULLIVAN, JIM 2 - BELLOMO, TONY; SULLIVAN, JIM 3 - BERNIER, LINDA | 1 - GAUGHAN, CHARLES; KAO,JOHN 2 - GAUGHAN, CHARLES; KAO,JOHN; RICHARDSON, DUFFEY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: status on McKesson/ClaimCheck contract | " " |
| 01/10/2003 | | | | | AttorneyClientCommunication, AttorneyWork Product | Handwritten Notes reflecting legal advice re: Pace | Privileged Redaction at 1 |
| TRZ837258 - TRZ837258 | 01/15/2003 | SLAYTON, SCOTT | BLAKELY, ROGER W. | | AttorneyClientCommunication, AttorneyWork Product | Letter, in anticipation of litigation and regarding request for legal advice, re: McKesson patent | Should be produced |
| | 01/17/2003 | SULLIVAN, JIM | CROM, KATE | | AttorneyClientCommunication, AttorneyWork Product | Memo and attached research prepared at request of, or compiled by counsel re: McKesson patent issue | " " |
| | 01/17/2003 | 1 - LAMPE, KAREN 2 - CROM,KATHRYN 3 - LAMPE, KAREN | 1 - CROM, KATHRYN 2 - LAMPE, KAREN 3 - CROM, KATHRYN | | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Clinical Editing Resource Guide | " " |
| | 01/17/2003 | LAMPE, KAREN | CROM, KATHRYN | | AttorneyClientCommunication, | E-mail requesting legal advice re: Clinical | Should be redacted |