| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 11/17/2003 | 1 - KING, ERIC<br>2 - SULLIVAN, JIM | 1 - SULLIVAN, JIM<br>2 - KING, ERIC | | AttorneyClientCommunication, AttorneyWorkProduct | Email string regarding request for legal advice re:McKesson patent | Should be Produced |
| | 11/17/2003 | SULLIVAN, JIM | KING, ERIC | | AttorneyClientCommunication, AttorneyWorkProduct | Email regarding request and reflecting legal advice re: McKesson patent | Should be Produced |
| | 11/17/2003 | BELLOMO, TONY | RENZI, ROBERT; THE TRIZETTOGROUP; ENGLEWOOD; RRENZI;VANDERHEIDE, PETE;PVANDERH; SLAYTON, SCOTT;SSLAYTON | KAO, JOHN; THE TRIZETTOGROUP; ENGLEWOOD; KAO;BERNIER, LINDA; BERNIERL | AttorneyClientCommunication, AttorneyWorkProduct | Email regarding request for legal advice re:ClaimCheck interface | Should be Produced |
| 12/03/2003 | 1 - CARLSON,BRUCE<br>2 - RENZI, ROBERT<br>3 - VANDERHEIDE, PETE<br>4 - BELLOMO, TONY | 1 - SCHREIBER, MATTHEW;MALLORY, JIM; SIMS, BRIAN;BIFFNAH, RAWLE; DEPIRRO,LAVON<br>2 - CARLSON, BRUCE<br>3 - BELLOMO, TONY<br>4 - RENZI, ROBERT;VANDERHEIDE, PETE; SLAYTON,SCOTT | 2 - TROTTER, JIM; MINCH-KLASS,JIM; BOYCE, JEFF; YENGLE, BOB;OST, BRADLEY; SEQUEIRA, DAN;SULLIVAN, JIM; MANNING, DAVID<br>3 - TROTTER, JIM, MINCH-KLASS,JIM; BOYCE, JEFF; YENGLE, BOB;OST, BRADLEY; SEQUEIRA, DAN;BEHAN, MIKE; SULLIVAN, JIM<br>4 - TROTTER, JIM; THETRIZETTO GROUP, ERISCO;JTROTTER, MINCH-KLASS, JIM;JMINCHKL; VANDERHEIDE, PETE;PVANDERH. BOYCE, JEFF;JBOYCE. YENGLE, BOB; BYENGLE<br>5 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE;JEFF; YENGIE, BOB<br>6 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGIE, BOB<br>7 - TROTTER, JIM; MINCH-KLASS,JIM. VANDERHEIDE, PETE;BOYCE, JEFF; YENGIE, BOB<br>8 - TROTTER, JIM; OST,BRADLEY; MINCH-KLASS, JIM;JORDAN, JOHN<br>9 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO; BYENGLE;TROTTER, JIM; JTROTTER;BOYCE, JEFF; JBOYCE; NICHOLS,BOB; BNICHOLS; SMITH, TARA;TSMITH; SEQUEIRA, DAN;DSEQUEIR; CANGIALOSI,CHRISTOPHER; CCANGIAL;WEISSGERBER, MATT;MWEISSGE; SNYDER, PETER;PSNYDER; MROZEK, MATT;MMROZEK; RESNICK, DAVE;DRESNICK; SEIDENSCHWARZ,CHARLENE; CSEIDENS;CARLSON, BRUCE; | AttorneyClientCommunication, AttorneyWorkProduct | Email string regarding request for legal advice re:ClaimCheck interface | Should be Produced |

34

| Production Number Range | Document Date | Author | Recipient(s) | Copyee | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 12/03/2003 | 1 - CARLSON,BRUCE<br>2 - RENZI, ROBERT<br>3 - VANDERHEIDE,PETE<br>4 - BELLOMO, TONY | 1 - SCHREIBER, MATTHEW; THETRIZETTO GROUP; ERISCO:MSCHREIBER; MALLORY, JIM;JMALLORY; SIMS, BRIAN; BSIMS;BIFFNAH; RAWLE; RBIFFNAH;DEPIRRO, LAVON; LDEPIRRO | BCARLSON;GOLD, ALAN; AGOLD; SULLIVAN,JIM; ENGLEWOOD; SULLIVAN;RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; BELLOMO, TONY<br>10 - TROTTER, JIM; BOYCE, JEFF<br>11 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB<br>12 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>13 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>14 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER, RESNICK,DAVE<br>15 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>16 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>20 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER<br>2 - GRAY, DENNIS<br>3 - RENZI, ROBERT; SLAYTON,SCOTT;JORDAN, JOHN<br>4 - KAO, JOHN; BERNIER, LINDA | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice ClaimCheck interface | Should be Produced |

35

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 12/30/2003 | 1 - TROTTER, JIM<br>2 - YENGLE, BOB<br>3 - TROTTER, JIM<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN<br>6 - HEIN, DAVID | 2 - CARLSON, BRUCE<br>3 - BELLOMO, TONY<br>4 - RENZI, ROBERT; VANDERHEIDE, PETE; SLAYTON, SCOTT | 1 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN; JORDAN, JOHN; GOLD, ALAN; BRIX, TIM<br>2 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>3 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>4 - TROTTER, JIM; LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN<br>6 - LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be produced |
| | 12/30/2003 | 1 - YENGLE, BOB<br>2 - TROTTER, JIM<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN | 1 - TROTTER, JIM; JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>2 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>3 - TROTTER, JIM; LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN<br>5 - LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be produced |
| | 12/30/2003 | 1 - JORDAN, JOHN<br>2 - TROTTER, JIM<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID | 1 - TROTTER, JIM<br>2 - JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>2 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be produced |

36

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 12/30/2003 | 1 - TROTTER, JIM<br>2 - HEIN, DAVID<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID | 1 - JORDAN, JOHN | 3 - TROTTER, JIM; LEVIN, ALAN;SLAYTON,SCOTT; CROM,KATHRYN;MORGAN, KEVIN<br>5 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be Produced |
| | | 1 - TROTTER, JIM<br>2 - YENGLE, BOB<br>3 - TROTTER, JIM<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN<br>6 - HEIN, DAVID | 1 - JORDAN, JOHN<br>2 - JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID<br>6 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN; JORDAN, JOHN; GOLD,ALAN, BRIX, TIM<br>2 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT;<br>3 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>4 - TROTTER, JIM; LEVIN, ALAN;SLAYTON,SCOTT; CROM,KATHRYN;MORGAN, KEVIN<br>6 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be Produced |
| | 12/30/2003 | 1 - YENGLE, BOB<br>2 - TROTTER, JIM<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID | 1 - TROTTER, JIM; JORDAN, JOHN<br>2 - TROTTER, JIM; JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>2 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>3 - TROTTER, JIM; LEVIN, ALAN;SLAYTON, SCOTT | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re Facets/ClaimCheck interface amendments | Should be Produced |

37

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 12/30/2003 | 1 - JORDAN, JOHN | 1 - TROTTER, JIM<br>2 - JORDAN, JOHN<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID | 1 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>2 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>3 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>CROM,KATHRYN;MORGAN,<br>KEVIN<br>4 - LEVIN, ALAN;<br>SLAYTON,SCOTT; CROM,<br>KATHRYN;MORGAN, KEVIN<br>5 - LEVIN, ALAN;<br>CROM,KATHRYN; MORGAN,<br>KEVIN | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |
| | 12/30/2003 | 1 - TROTTER, JIM<br>2 - HEIN, DAVID<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID | 1 - JORDAN, JOHN<br>2 - JORDAN, JOHN<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN | 1 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>2 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>CROM,KATHRYN;MORGAN,<br>KEVIN<br>3 - LEVIN, ALAN;<br>SLAYTON,SCOTT; CROM,<br>KATHRYN;MORGAN, KEVIN | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |
| | 12/30/2003 | 1 - TROTTER, JIM<br>2 - YENGLE, BOB<br>3 - TROTTER, JIM<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN<br>6 - HEIN, DAVID | 1 - YENGLE, BOB; BUTTOLPH,ELLEN<br>2 - TROTTER, JIM; JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID<br>6 - JORDAN, JOHN | 1 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>2 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>3 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>4 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>CROM,KATHRYN;MORGAN,<br>KEVIN | Attorney ClientCommunication,<br>AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 12/30/2003 | 1 - YENGLE, BOB<br>2 - TROTTER, JIM<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID | 1 - TROTTER, JIM; JORDAN, JOHN<br>2 - JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>2 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>3 - TROTTER, JIM; LEVIN, ALAN;SLAYTON, SCOTT; CROM,KATHRYN, MORGAN, KEVIN<br>5 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN<br>6 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |
| | 12/30/2003 | 1 - JORDAN, JOHN<br>2 - TROTTER, JIM<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - HEIN, DAVID | 1 - TROTTER, JIM<br>2 - JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID<br>5 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>2 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>3 - TROTTER, JIM; LEVIN, ALAN;SLAYTON, SCOTT; CROM,KATHRYN, MORGAN, KEVIN<br>5 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |
| | 12/30/2003 | 1 - TROTTER, JIM<br>2 - JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - HEIN, DAVID | 1 - JORDAN, JOHN<br>2 - JORDAN, JOHN<br>3 - HEIN, DAVID<br>4 - JORDAN, JOHN | 1 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN<br>3 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN<br>4 - LEVIN, ALAN; SLAYTON,SCOTT; CROM, KATHRYN;MORGAN, KEVIN | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |
| | 01/05/2004 | 1 - TROTTER, JIM<br>2 - LASH, SHEILA<br>3 - TROTTER, JIM<br>4 - YENGLE, BOB | 1 - LASH, SHEILA<br>2 - TROTTER, JIM<br>3 - YENGLE, BOB; BUTTOLPH,ELLEN<br>4 - TROTTER, JIM; JORDAN, JOHN | 3 - LEVIN, ALAN; SLAYTON,SCOTT; HEIN, DAVID; LASH,SHEILA; GOLD, ALAN;WEISSGERBER, MATT; ZIGMONT,JOHN;JORDAN, JOHN; | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface amendments | Should be Produced |

39

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 5 - TROTTER, JIM<br>6 - HEIN, DAVID<br>7 - JORDAN, JOHN<br>8 - HEIN, DAVID | 5 - JORDAN, JOHN<br>6 - JORDAN, JOHN<br>7 - HEIN, DAVID<br>8 - JORDAN, JOHN | GOLD,ALAN, BRIX, TIM<br>4 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>5 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>6 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>CROM,KATHRYN; MORGAN, KEVIN<br>8 - LEVIN, ALAN;<br>SLAYTON,SCOTT; CROM,<br>KATHRYN;MORGAN, KEVIN | Attorney Client Communication,<br>Attorney Work Product | E-mail string regarding request for legal advice re: Facets/ClaimCheck interface amendments | should be produced |
| 01/05/2004 | | 1 - LASH, SHEILA<br>2 - TROTTER, JIM<br>3 - YENGLE, BOB<br>4 - TROTTER, JIM<br>5 - HEIN, DAVID<br>6 - JORDAN, JOHN<br>7 - HEIN, DAVID | 1 - TROTTER, JIM<br>2 - YENGLE, BOB; BUTTOLPH,ELLEN<br>3 - TROTTER, JIM; JORDAN, JOHN<br>4 - JORDAN, JOHN<br>5 - JORDAN, JOHN<br>6 - HEIN, DAVID<br>7 - JORDAN, JOHN | 2 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>3 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>4 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>5 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>GOLD,ALAN, BRIX, TIM<br>6 - TROTTER, JIM; LEVIN,<br>ALAN;SLAYTON, SCOTT;<br>CROM,KATHRYN; MORGAN, KEVIN<br>7 - LEVIN, ALAN;<br>SLAYTON,SCOTT; CROM,<br>KATHRYN;MORGAN, KEVIN | Attorney Client Communication,<br>Attorney Work Product | E-mail string regarding request for legal advice re: Facets/ClaimCheck interface amendments | Should be Produced |
| | | 1 - TROTTER, JIM<br>2 - LASH, SHEILA<br>3 - TROTTER, JIM<br>4 - YENGLE, BOB<br>5 - TROTTER, JIM<br>6 - HEIN, DAVID<br>7 - JORDAN, JOHN<br>8 - HEIN, DAVID | 1 - LASH, SHEILA<br>2 - TROTTER, JIM<br>3 - YENGLE, BOB; BUTTOLPH,ELLEN<br>4 - TROTTER, JIM; JORDAN, JOHN<br>5 - JORDAN, JOHN<br>6 - JORDAN, JOHN<br>7 - HEIN, DAVID<br>8 - JORDAN, JOHN | 3 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>4 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID;<br>LASH,SHEILA; GOLD,<br>ALAN;WEISSGERBER, MATT;<br>ZIGMONT,JOHN<br>5 - LEVIN, ALAN;<br>SLAYTON,SCOTT; HEIN, DAVID; | | | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/05/2004 | LASH, SHEILA | 1 - TROTTER, JIM<br>2 - YENGLE, BOB; BUTTOLPH, ELLEN<br>3 - TROTTER, JIM; JORDAN, JOHN<br>4 - JORDAN, JOHN<br>5 - HEIN, DAVID<br>6 - JORDAN, JOHN<br>7 - HEIN, DAVID | 2 - LEVIN, ALAN; SLAYTON, SCOTT; HEIN, DAVID; LASH, SHEILA; GOLD, ALAN; WEISSGERBER, MATT; ZIGMONT, JOHN<br>6 - TROTTER, JIM; LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN<br>8 - LEVIN, ALAN; SLAYTON, SCOTT; CROM, KATHRYN; MORGAN, KEVIN | AttorneyClientCommunication, AttorneyWorkProduct | E-mail string regarding request for legal advice re: Facets/ClaimCheck interface amendments | Should be Produced |
| TRZ63147 - TRZ63151 | 01/08/2004 | VANDERHEIDE, PETE | OST, BRADLEY | YENGLE, BOB; TROTTER, JIM; BOYCE, JEFF; NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; WEISSGERBER, MATT; SNYDER, PETER; MROZEK, MATT; RESNICK, DAVE; SEIDENSCHWARZ, CHARLENE; CARLSON, BRUCE; GOLD, ALAN; SULLIVAN, JIM; RICHARDSON, DUFFEY; KERIAN, RICH; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWorkProduct | E-mail regarding request for legal advice re: software license | PrivilegedRedaction at 1 |
| TRZ63152 - TRZ63156 | 01/08/2004 | VANDERHEIDE, PETE | OST, BRADLEY | YENGLE, BOB; TROTTER, JIM; BOYCE, JEFF; NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; WEISSGERBER, MATT; SNYDER, PETER; MROZEK, MATT; RESNICK, DAVE; SEIDENSCHWARZ, CHARLENE; CARLSON, BRUCE; | AttorneyClientCommunication, AttorneyWorkProduct | E-mail regarding request for legal advice re: software license | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/20/2004 | 1 - SULLIVAN, JIM<br>2 - RICHARDSON, DUFFEY<br>3 - BERNIER, LINDA<br>4 - BRIGHTON, DEB | | GOLD, ALAN;SULLIVAN, JIM; RICHARDSON,DUFFEY; KERIAN, RICH;BELLOMO, TONY | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: solicitation of McKesson employees | |
| | 01/21/2004 | 1 - SULLIVAN, JIM<br>2 - RICHARDSON,DUFFEY<br>3 - SULLIVAN, JIM<br>4 - RICHARDSON,DUFFEY<br>5 - SULLIVAN, JIM<br>6 - RICHARDSON,DUFFEY<br>7 - BERNIER, LINDA<br>8 - BRIGHTON, DEB | 1 - RICHARDSON, DUFFEY<br>2 - SULLIVAN, JIM<br>3 - RICHARDSON, DUFFEY<br>4 - SULLIVAN, JIM<br>5 - RICHARDSON, DUFFEY<br>6 - BRIGHTON, DEB<br>7 - RICHARDSON, DUFFEY<br>8 - BERNIER, LINDA; SULLIVAN, JIM | 3 - CELUCH, PAUL<br>6 - BERNIER, LINDA; SULLIVAN, JIM | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: solicitation of McKesson employees | |
| | 01/22/2004 | 1 - SULLIVAN, JIM<br>2 - RICHARDSON,DUFFEY<br>3 - SULLIVAN, JIM<br>4 - RICHARDSON,DUFFEY<br>5 - BERNIER, LINDA<br>6 - BRIGHTON, DEB | 1 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>2 - SULLIVAN, JIM<br>3 - RICHARDSON, DUFFEY<br>4 - BRIGHTON, DEB<br>5 - RICHARDSON, DUFFEY<br>6 - BERNIER, LINDA; SULLIVAN, JIM | 1 - CELUCH, PAUL<br>4 - BERNIER, LINDA; SULLIVAN, JIM | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: solicitation of McKesson employees | |
| | | 1 - SULLIVAN, JIM<br>2 - RICHARDSON,DUFFEY<br>3 - RICHARDSON,DUFFEY<br>4 - SULLIVAN, JIM<br>5 - RICHARDSON,DUFFEY<br>6 - SULLIVAN, JIM<br>7 - RICHARDSON,DUFFEY<br>8 - BERNIER, LINDA<br>9 - BRIGHTON, DEB | 1 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>2 - RICHARDSON, DUFFEY;SULLIVAN, JIM<br>3 - SULLIVAN, JIM; BRIGHTON,DEB<br>4 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>5 - SULLIVAN, JIM<br>6 - RICHARDSON, DUFFEY<br>7 - BRIGHTON, DEB<br>8 - RICHARDSON, DUFFEY<br>9 - BERNIER, LINDA; SULLIVAN, JIM | 1 - CELUCH, PAUL<br>2 - CELUCH, PAUL<br>3 - CELUCH, PAUL<br>4 - CELUCH, PAUL<br>5 - CELUCH, PAUL<br>6 - CELUCH, PAUL<br>7 - BERNIER, LINDA; SULLIVAN, JIM | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: solicitation of McKesson employees | |
| | 01/23/2004 | 1 - SULLIVAN, JIM<br>2 - RICHARDSON,DUFFEY<br>3 - SULLIVAN, JIM<br>4 - RICHARDSON,DUFFEY<br>5 - RICHARDSON,DUFFEY<br>6 - SULLIVAN, JIM<br>7 - RICHARDSON,DUFFEY<br>8 - SULLIVAN, JIM<br>9 - RICHARDSON,DUFFEY<br>10 - RICHARDSON,DUFFEY<br>11 - BRIGHTON,DEB | 1 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>2 - SULLIVAN, JIM; BRIGHTON,DEB<br>3 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>4 - RICHARDSON, DUFFEY;BRIGHTON, DEB<br>5 - SULLIVAN, JIM; BRIGHTON,DEB<br>6 - RICHARDSON, DUFFEY;SULLIVAN, JIM<br>7 - SULLIVAN, JIM<br>8 - RICHARDSON, DUFFEY<br>9 - BRIGHTON, DEB<br>10 - RICHARDSON, DUFFEY<br>11 - BERNIER, LINDA; SULLIVAN, JIM | 1 - CELUCH, PAUL<br>2 - CELUCH, PAUL<br>3 - CELUCH, PAUL<br>4 - CELUCH, PAUL<br>5 - CELUCH, PAUL<br>6 - CELUCH, PAUL<br>9 - BERNIER, LINDA; SULLIVAN, JIM | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: solicitation of McKesson employees | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/27/2004 | 1 - SEQUEIRA, DAN<br>2 - VANDERHEIDE, PETE<br>3 - YENGLE, BOB<br>4 - TROTTER, JIM<br>5 - HELLER, CHRIS<br>6 - BOYCE, JEFF<br>7 - OST, BRADLEY<br>8 - MROZEK, MATT<br>9 - BOYCE, JEFF<br>10 - MROZEK, MATT<br>11 - BOYCE, JEFF<br>12 - MROZEK, MATT<br>13 - SEQUEIRA, DAN<br>14 - OST, BRADLEY | 1 - VANDERHEIDE, PETE; YENGIE, BOB; BOYCE, JEFF<br>2 - OST, BRADLEY; THETRIZETTO GROUP; FRISCO; BOST<br>3 - VANDERHEIDE, PETE<br>4 - BOYCE, JEFF<br>5 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT<br>6 - OST, BRADLEY; MROZEK, MATT<br>7 - MROZEK, MATT<br>8 - BOYCE, JEFF; SNYDER, PETER<br>9 - MROZEK, MATT; SNYDER, PETER<br>10 - BOYCE, JEFF<br>11 - MROZEK, MATT<br>12 - BOYCE, JEFF<br>13 - OST, BRADLEY<br>14 - SEQUEIRA, DAN | 1 - TROTTER, JIM; OST, BRADLEY; MINCH-KLASS, JIM; JORDAN, JOHN<br>2 - YENGLE, BOB; THE TRIZETTO GROUP, FRISCO, BYENGLE; TROTTER, JIM; JTROTTER; BOYCE, JEFF; JBOYCE; NICHOLS, BOB; BNICHOLS; SMITH, TARA; TSMITH; SEQUEIRA, DAN; DSEQUEIR;<br>3 - CANGIALOSI, CHRISTOPHER, CCANGIAL; WEISSGERBER, MATT; MWEISSGE; SNYDER, PETER; PSNYDER; MROZEK, MATT; MMROZEK; RESNICK, DAVE; DRESNICK; SEIDENSCHWARZ, CHARLENE; CSEIDENS; CARLSON, BRUCE; BCARLSON; GOLD, ALAN; AGOLD; SULLIVAN, JIM; ENGLEWOOD; SULLIVAN; RICHARDSON, DUFFEY; RICHARDSOND; KERIAN, RICH; RKERIAN; BELOMO, TONY<br>3 - TROTTER, JIM; BOYCE, JEFF<br>4 - NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; WEISSGERBER, MATT; SNYDER, PETER; YENGLE, BOB<br>5 - NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; TROTTER, JIM; WEISSGERBER, MATT; SNYDER, PETER; RESNICK, DAVE<br>6 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; TROTTER, JIM; WEISSGERBER, MATT; SNYDER, PETER; RESNICK, DAVE<br>7 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; TROTTER, JIM; WEISSGERBER, MATT; BOYCE, JEFF; SNYDER, PETER; RESNICK, DAVE<br>8 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, | Attorney Client Communication, Attorney Work Product | E-mail string regarding request for legal advice re: ClaimCheck license tokens. | Should be Produced |

43

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - JORDAN, JOHN<br>2 - VANDERHEIDE,PETE<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY<br>5 - JORDAN, JOHN<br>6 - OST, BRADLEY<br>7 - SEQUEIRA, DAN<br>8 - VANDERHEIDE,PETE<br>9 - YENGLE, BOB<br>10 - TROTTER, JIM<br>11 - HELLER, CHRIS<br>12 - BOYCE, JEFF<br>13 - OST, BRADLEY<br>14 - MROZEK, MATT<br>15 - BOYCE, JEFF<br>16 - MROZEK, MATT<br>17 - BOYCE, JEFF<br>18 - MROZEK, MATT<br>19 - SEQUEIRA,DAN<br>20 - OST, BRADLEY | 1 - VANDERHEIDE, PETE; THETRIZETTO GROUP; ERISCO;PVANDERH<br>2 - JORDAN, JOHN<br>3 - OST, BRADLEY; SEQUEIRA,DAN<br>4 - SEQUEIRA, DAN;JORDAN,JOHN<br>5 - OST, BRADLEY; SEQUEIRA,DAN<br>6 - SEQUEIRA, DAN<br>7 - VANDERHEIDE, PETE;YENGLE, BOB; BOYCE, JEFF<br>8 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>9 - VANDERHEIDE; PETE<br>10 - BOYCE, JEFF; OST, BRADLEY;MROZEK, MATT<br>11 - BOYCE, JEFF; OST, BRADLEY;MROZEK, MATT<br>12 - OST, BRADLEY;MROZEK,MATT<br>13 - MROZEK, MATT<br>14 - BOYCE, JEFF; SNYDER,PETER<br>15 - MROZEK, MATT; SNYDER,PETER<br>16 - BOYCE, JEFF<br>17 - MROZEK, MATT<br>18 - BOYCE, JEFF<br>19 - OST, BRADLEY<br>20 - SEQUEIRA, DAN | 1 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO;JTROTTER; MINCH-KLASS, JIM;JMINCHKL; BOYCE, JEFF;BOYCE; YENGLE, BOB;BYENGLE, OST, BRADLEY; BOST;SEQUEIRA, DAN; DSEQUEIR;BEHAN MIKE; MBEHAN;SULLIVAN, JIM; ENGLEWOOD;SULLIVANJ<br>2 - TROTTER, JIM; MINCH-KLASS,JIM; BOYCE, JEFF; YENGLE, BOB;OST, BRADLEY; SEQUEIRA, DAN;BEHAN, MIKE; SULLIVAN, JIM<br>3 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB<br>4 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB<br>5 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB<br>6 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB<br>7 - TROTTER, JIM; OST,BRADLEY; MINCH-KLASS, JIM;JORDAN, JOHN<br>8 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO; JTROTTER;BOYCE, JEFF; BYENGLE;TROTTER, JIM; JTROTTER;BOYCE, JEFF; BOYCE; NICHOLS,BOB; BNICHOLS; SMITH, TARA;TSMITH; SEQUEIRA, DAN;DSEQUEIR; CANGIALOSI,CHRISTOPHER; MATT<br>9 - SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>13 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER | Attorney ClientCommunication, Attorney Work Product | E-mail string regarding request for legal advice re:ClaimCheck license, for demo | Should be Produced |

44

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | | | CCANGIALOSI,MATT;WEISSGERBER, PETER;PSNYDER; MROZEK, MATT;MMROZEK; RESNICK, DAVE;DRESNICK; SEIDENSCHWARZ,CHARLENE; CSEIDENS;CARLSON, BRUCE; BCARLSON;GOLD, ALAN; AGOLD; SULLIVAN,JIM; ENGLEWOOD; SULLIVANJ;RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB<br>9 - TROTTER, JIM; BOYCE, JEFF<br>10 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>11- NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>12 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>13 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER; RESNICK,DAVE<br>14 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>15 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS,SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>19 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER | | | |

45

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - TROTTER, JIM<br>2 - OST, BRADLEY<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY<br>5 - SEQUEIRA, DAN<br>6 - VANDERHEIDE, PETE<br>7 - YENGLE, BOB<br>8 - TROTTER, JIM<br>9 - HELLER, CHRIS<br>10 - BOYCE, JEFF<br>11 - OST, BRADLEY<br>12 - MROZEK, MATT<br>13 - BOYCE, JEFF<br>14 - MROZEK, MATT<br>15 - BOYCE, JEFF<br>16 - MROZEK, MATT<br>17 - SEQUEIRA, DAN<br>18 - OST, BRADLEY | 1 - GOLD, ALAN; THE TRIZETTOGROUP; ERISCO; AGOLD<br>2 - SEQUEIRA, DAN; JORDAN,JOHN<br>3 - OST, BRADLEY; SEQUEIRA,DAN<br>4 - VANDERHEIDE, PETE;YENGLE, BOB; BOYCE, JEFF<br>5 - VANDERHEIDE, PETE;YENGLE, BOB: BOYCE, JEFF<br>6 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>7 - VANDERHEIDE, PETE<br>8 - BOYCE, JEFF<br>9 - BOYCE, JEFF; OST, BRADLEY;MROZEK, MATT<br>10 - OST, BRADLEY; MROZEK,MATT<br>11- MROZEK, MATT<br>12 - BOYCE, JEFF; SNYDER,PETER<br>13 - MROZEK, MATT; SNYDER,PETER<br>14 - BOYCE, JEFF<br>15 - MROZEK, MATT<br>16 - BOYCE, JEFF<br>17 - OST, BRADLEY<br>18 - SEQUEIRA, DAN | 2 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB<br>3 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE,PETE;BOYCE, JEFF; YENGLE, BOB<br>4 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE,PETE;BOYCE, JEFF; YENGLE, BOB<br>5 - TROTTER, JIM;OST,BRADLEY; MINCH-KLASS,JIM;JORDAN, JOHN<br>6 - YENGLE, BOB; THETRIZETTOGROUP; ERISCO;BYENGLE;TROTTER, JIM;JTROTTER;BOYCE, JEFF;JBOYCE; NICHOLS,BOB;BNICHOLS; SMITH,TARA;TSMITH; SEQUEIRA,DAN;DSEQUEIR;<br>9 - BOYCE, JEFF;OST,CANGIALOSI,CHRISTOPHER;CCANGIAL;WEISSGERBER,MATT;MWEISSGE; SNYDER,PETER;PSNYDER; MROZEK,MATT;MMROZEK; RESNICK,DAVE;DRESNICK;<br>7 - TROTTER, JIM; BOYCE, JEFFSEIDENSCHWARZ,CHARLENE;CSEIDENS;CARLSON, BRUCE;BCARLSON;GOLD, ALAN;AGOLD; SULLIVAN,JIM;ENGLEWOOD;SULLIVAN;J;RICHARDSON,DUFFEY;RICHARDSOND;KERIAN, RICH;RKERIAN;BELLOMO, TONY<br>8 - NICHOLS, BOB; SMITH,TARA;SEQUEIRA, DAN;CANGIALOSI,CHRISTOPHER;WEISSGERBER,MATT; SNYDER,PETER; YENGLE,BOB<br>9 - NICHOLS, BOB; SMITH,TARA;SEQUEIRA, DAN;CANGIALOSI,CHRISTOPHER;TROTTER, JIM;WEISSGERBER,MATT; SNYDER,PETER;RESNICK, DAVE<br>10 - SEQUEIRA,DAN;CANGIALOSI,CHRISTOPHER;HELLER, CHRIS;TROTTER, JIM;WEISSGERBER,MATT; SNYDER,PETER;RESNICK, DAVE<br>11 - SEQUEIRA,DAN;CANGIALOSI, | Attorney Client Communication, Attorney Work Product | E-mail string regarding request for legal advice re: Claim/Check license for demo | Should be produced |

46

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - JORDAN, JOHN<br>2 - OST, BRADLEY<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY<br>5 - SEQUEIRA, DAN<br>6 - VANDERHEIDE, PETE<br>7 - YENGLE, BOB<br>8 - TROTTER, JIM<br>9 - HELLER, CHRIS<br>10 - BOYCE, JEFF<br>11 - OST, BRADLEY<br>12 - MROZEK, MATT<br>13 - BOYCE, JEFF<br>14 - MROZEK, MATT<br>15 - MROZEK, MATT<br>16 - BOYCE, JEFF<br>17 - SEQUEIRA, DAN<br>18 - OST, BRADLEY | 1 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST; SEQUEIRA, DAN; DSEQUER<br>2 - SEQUEIRA, DAN; JORDAN, JOHN<br>3 - OST, BRADLEY; SEQUEIRA, DAN<br>4 - SEQUEIRA, DAN<br>5 - VANDERHEIDE, PETE; YENGLE, BOB; BOYCE, JEFF<br>6 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>7 - VANDERHEIDE, PETE<br>8 - BOYCE, JEFF<br>9 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT<br>10 - OST, BRADLEY; MROZEK, MATT<br>11 - MROZEK, MATT<br>12 - BOYCE, JEFF; SNYDER, PETER<br>13 - MROZEK, MATT; SNYDER, PETER<br>14 - BOYCE, JEFF<br>15 - MROZEK, MATT<br>16 - BOYCE, JEFF<br>17 - OST, BRADLEY<br>18 - SEQUEIRA, DAN | 1 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO; JTROTTER; MINCH-KLASS, JIM; MINCHKL; VANDERHEIDE, PETE; VANDERH; BOYCE, JEFF; BOYCE; YENGLE, BOB; BYENGLE<br>2 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>3 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>4 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>5 - TROTTER, JIM; OST, BRADLEY; MINCH-KLASS, JIM; JORDAN, JOHN<br>6 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO; BYENGLE; TROTTER, JIM; JTROTTER; BOYCE, JEFF; JBOYCE; NICHOLS, BOB; BNICHOLS; SMITH, TARA; TSMITH; SEQUEIRA, DAN; DSEQUER; CANGIALOSI, CHRISTOPHER; CCANGIAL; WEISSGERBER, MATT; MWEISSGE; SNYDER, PETER; PSNYDER; MROZEK, MATT; MMROZEK; RESNICK, DAVE; DRESNICK; SEIDENSCHWARZ, CHARLENE;<br>CHRISTOPHER; HELLER, CHRIS; TROTTER, JIM; WEISSGERBER, MATT; BOYCE, JEFF; SNYDER, PETER; RESNICK, DAVE<br>12 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT<br>13 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT<br>17 - MROZEK, MATT; CANGIALOSI, CHRISTOPHER | Attorney ClientCommunication, AttorneyWorkProduct | E-mail string regarding request for legal advice re ClaimCheck license for demo | Should be Produced |

47

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | JORDAN, JOHN | OST, BRADLEY; THE TRIZETTOGROUP; ERISCO; BOST;SEQUEIRA, DAN; DSEQUEIR | TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB | | | |
| 01/29/2004 | 1 - TROTTER, JIM | 1 - GOLD, ALAN; THE | 2 - TROTTER, JIM; MINCH- | CSEIDENS;CARLSON, BRUCE; BCARLSON;GOLD, ALAN; AGOLD; SULLIVAN, JIM; ENGLEWOOD; SULLIVAN;RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; BELLOMO, TONY 7 - TROTTER, JIM; BOYCE, JEFF 8 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER, YENGLE,BOB 9 - NICHOLS, BOB; SMITH, TARA,SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE 10 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE 11- SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER; RESNICK,DAVE 12 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT 13 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT 17 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER | Attorney ClientCommunication. | E-mail sting regarding request for legal advice | Should be Produced |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 2 - OST, BRADLEY<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY<br>5 - SEQUEIRA, DAN<br>6 - VANDERHEIDE, PETE<br>7 - YENGLE, BOB<br>8 - TROTTER, JIM<br>9 - HELLER, CHRIS<br>10 - BOYCE, JEFF<br>11 - OST, BRADLEY<br>12 - MROZEK, MATT<br>13 - BOYCE, JEFF<br>14 - MROZEK, MATT<br>15 - BOYCE, JEFF<br>16 - MROZEK, MATT<br>17 - SEQUEIRA, DAN<br>18 - OST, BRADLEY | TRIZETTOGROUP; ERISCO; AGOLD<br>2 - SEQUEIRA, DAN; JORDAN, JOHN<br>3 - OST, BRADLEY; SEQUEIRA, DAN<br>4 - SEQUEIRA, DAN<br>5 - VANDERHEIDE, PETE; YENGLE, BOB; BOYCE, JEFF<br>6 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>7 - VANDERHEIDE, PETE<br>8 - BOYCE, JEFF<br>9 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT<br>10 - OST, BRADLEY; MROZEK, MATT<br>11 - MROZEK, MATT; MROZEK, MATT<br>12 - BOYCE, JEFF; SNYDER, PETER<br>13 - MROZEK, MATT; SNYDER, PETER<br>14 - BOYCE, JEFF<br>15 - MROZEK, MATT<br>16 - BOYCE, JEFF<br>17 - OST, BRADLEY<br>18 - SEQUEIRA, DAN | KLASS, JIM; BOYCE, JEFF; YENGLE, BOB; OST, BRADLEY; SEQUEIRA, DAN; SULLIVAN, JIM; MANNING, DAVID<br>3 - TROTTER, JIM; MINCH-KLASS, JIM; BOYCE, JEFF; YENGLE, BOB; OST, BRADLEY; SEQUEIRA, DAN; BEHAN, MIKE; SULLIVAN, JIM<br>4 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO; JTROTTER; MINCH-KLASS, JIM; MINCHKL; VANDERHEIDE, PETE; PVANDERH; BOYCE, JEFF; BJOYCE; YENGLE, BOB; BYENGLE<br>5 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>6 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>7 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>8 - TROTTER, JIM; OST, BRADLEY; MINCH-KLASS, JIM; JORDAN, JOHN<br>9 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO; BYENGLE; TROTTER, JIM; JTROTTER; BOYCE, JEFF; BJOYCE; NICHOLS, BOB; BNICHOLS; SMITH, TARA; TSMITH; SEQUEIRA, DAN; DSEQUEIR; CANGIALOSI, CHRISTOPHER; CCANGIAL; WEISSGERBER, MATT; MWEISSGE; SNYDER, PETER; PSNYDER; MROZEK, MATT; MMROZEK; RESNICK, DAVE; DRESNICK; SEIDENSCHWARZ, CHARLENE; CSEIDENS; CARLSON, BRUCE; BCARLSON; GOLD, ALAN; AGOLD; SULLIVAN, JIM; ENGLEWOOD; SULLIVAN; RICHARDSON, DUFFEY; RICHARDSOND; KERIAN, RICH; RKERIAN; BELLOMO, TONY<br>10 - TROTTER, JIM; BOYCE, JEFF<br>11 - NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; | Attorney Work Product | re:ClaimCheck license for demo | Should be Produced |

49