| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - VANDERHEIDE, PETE; 2 - JORDAN, JOHN; 3 - OST, BRADLEY; 4 - JORDAN, JOHN; 5 - OST, BRADLEY; 6 - SEQUEIRA, DAN; 7 - VANDERHEIDE, PETE; 8 - YENGLE, BOB; 9 - TROTTER, JIM; 10 - HELLER, CHRIS; 11 - BOYCE, JEFF; 12 - OST, BRADLEY; 13 - MROZEK, MATT; 14 - BOYCE, JEFF; 15 - MROZEK, MATT; 16 - BOYCE, JEFF | 1 - JORDAN, JOHN; THETRIZETTO GROUP; ERISCO; JJORDAN; 2 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST; SEQUEIRA, DAN; DSEQUEIR; 3 - SEQUEIRA, DAN; JORDAN, JOHN; 4 - OST, BRADLEY; SEQUEIRA, DAN; 5 - SEQUEIRA, DAN; 6 - VANDERHEIDE, PETE; YENGLE, BOB; BOYCE, JEFF; 7 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; JTROTTER; 8 - VANDERHEIDE, PETE; 9 - BOYCE, JEFF; 10 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT; 11 - OST, BRADLEY; MROZEK, MATT | 1 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO; JTROTTER; MINCH-KLASS, JIM; JMINCHKL; BOYCE, JEFF; BOYCE, JEFF; YENGLE, BOB; BYENGLE; OST, BRADLEY; BOST; SEQUEIRA, DAN; DSEQUEIR; BEHAN, MIKE; MBEHAN; SULLIVAN, JIM; ENGLEWOOD; SULLIVANJ; 2 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO; JTROTTER; MINCH-KLASS, JIM; JMINCHKL; VANDERHEIDE, PETE; PVANDERH; BOYCE, JEFF; JBOYCE; YENGLE, BOB; BYENGLE; 3 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; WEISSGERBER, MATT; SNYDER, PETER; YENGLE, BOB; 12 - NICHOLS, BOB; SMITH, TARA; SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; TROTTER, JIM; WEISSGERBER, MATT; SNYDER, PETER; RESNICK, DAVE; 13 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; TROTTER, JIM; WEISSGERBER, MATT; SNYDER, PETER; RESNICK, DAVE; 14 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; TROTTER, JIM; WEISSGERBER, MATT; BOYCE, JEFF; SNYDER, PETER; RESNICK, DAVE; 15 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT; 16 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT; 20 - MROZEK, MATT; CANGIALOSI, CHRISTOPHER | Attorney Client Communication; Attorney Work Product | E-mail string regarding request for legal advice re: ClaimCheck license for demo | Should be Produced |

50

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 17 - MROZEK, MATT<br>18 - SEQUERIA, DAN<br>19 - OST, BRADLEY | 12 - MROZEK, MATT<br>13 - BOYCE, JEFF; SNYDER, PETER<br>14 - MROZEK, MATT; SNYDER, PETER<br>15 - BOYCE, JEFF<br>16 - MROZEK, MATT<br>17 - BOYCE, JEFF<br>18 - OST, BRADLEY<br>19 - SEQUERIA, DAN | 12 - MROZEK, MATT<br>PETE;BOYCE, JEFF;YENGIE, BOB<br>4 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE,PETE;BOYCE, JEFF; YENGIE, BOB<br>5 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE,PETE;BOYCE, JEFF; YENGIE, BOB<br>6 - TROTTER, JIM;OST,BRADLEY; MINCH-KLASS,JIM;JORDAN, JOHN<br>7 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO;BYENGLE;TROTTER, JIM;JTROTTER;BOYCE, JEFF;JBOYCE; NICHOLS,BOB;BNICHOLS; SMITH,TARA;TSMITH; SEQUEIRA,DAN;DSEQUEIR;CANGIALOSI,CHRISTOPHER;CCANGIAL;WEISSGERBER,MATT;MWEISSGE; SNYDER,PETER;PSNYDER; MROZEK,MATT;MMROZEK; RESNICK,DAVE;DRESNICK;SEIDENSCHWARZ,CHARLENE;CSEIDENS;CARLSON,BRUCE;BCARLSON;GOLD, ALAN;AGOLD; SULLIVAN,JIM;ENGLEWOOD,SULLIVAN;RICHARDSON,DUFFEY;RICHARDSOND;KERIAN, RICH;RKERIAN;BELLOMO, TONY<br>8 - TROTTER, JIM; BOYCE, JEFF<br>9 - NICHOLS, BOB; SMITH,TARA;SEQUEIRA, DAN;CANGIALOSI,CHRISTOPHER;WEISSGERBER,MATT; SNYDER,PETER; YENGLE,BOB<br>10 - NICHOLS, BOB; SMITH,TARA;SEQUEIRA, DAN;CANGIALOSI,CHRISTOPHER;TROTTER, JIM;WEISSGERBER,MATT; SNYDER,PETER; RESNICK, DAVE<br>11- SEQUEIRA,DAN;CANGIALOSI,CHRISTOPHER;HELLER, CHRIS;TROTTER, JIM;WEISSGERBER,MATT; SNYDER,PETER;RESNICK, DAVE<br>12 - SEQUEIRA,DAN;CANGIALOSI,CHRISTOPHER;HELLER, CHRIS;TROTTER, JIM;WEISSGERBER, | | | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyee | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - OST, BRADLEY<br>2 - JORDAN, JOHN<br>3 - OST, BRADLEY<br>4 - SEQUEIRA, DAN<br>5 - VANDERHEIDE, PETE<br>6 - YENGLE, BOB<br>7 - TROTTER, JIM<br>8 - HELLER, CHRIS<br>9 - BOYCE, JEFF<br>10 - OST, BRADLEY<br>11 - MROZEK, MATT<br>12 - BOYCE, JEFF<br>13 - MROZEK, MATT<br>14 - BOYCE, JEFF<br>15 - MROZEK, MATT<br>16 - SEQUEIRA, DAN<br>17 - OST, BRADLEY | 1 - SEQUEIRA, DAN; JORDAN, JOHN<br>2 - OST, BRADLEY; SEQUEIRA, DAN<br>3 - SEQUEIRA, DAN<br>4 - VANDERHEIDE, PETE; YENGLE, BOB; BOYCE, JEFF<br>5 - OST, BRADLEY; VANDERHEIDE, PETE; THETRIZETTO GROUP; ERISCO; BOST<br>6 - VANDERHEIDE, PETE<br>7 - BOYCE, JEFF; YENGLE, BOB<br>8 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT<br>9 - OST, BRADLEY; MROZEK, MATT<br>10 - BOYCE, JEFF; SNYDER, PETER<br>11 - MROZEK, MATT<br>12 - MROZEK, MATT; SNYDER, PETER<br>13 - BOYCE, JEFF<br>14 - MROZEK, MATT<br>15 - BOYCE, JEFF<br>16 - OST, BRADLEY<br>17 - SEQUEIRA, DAN | 1 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>2 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>3 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>4 - TROTTER, JIM; OST, BRADLEY; MINCH-KLASS, JIM; JORDAN, JOHN<br>5 - YENGLE, BOB; THE TRIZETTO GROUP; ERISCO; BYENGLE; TROTTER, JIM; JTROTTER; BOYCE, JEFF; JBOYCE; NICHOLS, BOB; BNICHOLS; SMITH, TARA; TSMITH; SEQUEIRA, DAN; DSEQUEIR; CANGIALOSI, CHRISTOPHER; CCANGIAL; WEISSGERBER, MATT; MWEISSGE; SNYDER, PETER; PSNYDER; MROZEK, MATT; MMROZEK; RESNICK, DAVE; DRESNICK; SEIDENSCHWARZ, CHARLENE; CSEIDENS; CARLSON, BRUCE; BCARLSON; GOLD, ALAN; AGOLD; SULLIVAN, JIM; ENGLEWOOD; SULLIVAN; RICHARDSON, DUFFEY; RICHARDSON; KERIAN, RICH; RKERIAN; BELLOMO, TONY<br>6 - TROTTER, JIM; BOYCE, JEFF<br>MATT; BOYCE, JEFF; SNYDER, PETER; RESNICK, DAVE<br>13 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT<br>14 - SEQUEIRA, DAN; CANGIALOSI, CHRISTOPHER; HELLER, CHRIS; SEIDENSCHWARZ, CHARLENE; OST, BRADLEY; TROTTER, JIM; WEISSGERBER, MATT<br>18 - MROZEK, MATT; CANGIALOSI, CHRISTOPHER | Attorney Client Communication, Attorney Work Product | E-mail string regarding request for legal advice re: trademark/license for demo | Should be Produced |

52

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/29/2004 | 1 - OST, BRADLEY<br>2 - SEQUEIRA, DAN<br>3 - VANDERHEIDE, PETE<br>4 - YENGLE, BOB<br>5 - TROTTER, JIM<br>6 - HELLER, CHRIS<br>7 - BOYCE, JEFF<br>8 - OST, BRADLEY<br>9 - MROZEK, MATT<br>10 - BOYCE, JEFF<br>11 - MROZEK, MATT<br>12 - BOYCE, JEFF<br>13 - MROZEK, MATT<br>14 - SEQUEIRA, DAN | 1 - SEQUEIRA, DAN; THETRIZETTO GROUP; ERISCO;DSEQUEIR<br>2 - VANDERHEIDE, PETE; YENGLE,BOB; BOYCE, JEFF<br>3 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>4 - VANDERHEIDE, PETE<br>5 - BOYCE, JEFF<br>6 - BOYCE, JEFF; OST, BRADLEY;MROZEK, MATT<br>7 - OST, BRADLEY; MROZEK, MATT<br>8 - MROZEK, MATT<br>9 - BOYCE, JEFF; SNYDER, PETER<br>10 - MROZEK, MATT; SNYDER,PETER<br>11 - BOYCE, JEFF | 7 - NICHOLS, BOB, SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB<br>8 - NICHOLS, BOB, SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>9 - SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; HELLER, CHRIS;TROTTER, JIM; WEISSGERBER,MATT; SNYDER, PETER;RESNICK, DAVE<br>10 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER, PETER; RESNICK,DAVE<br>11 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER<br>CHARLENE;OST, BRADLEY;TROTTER, JIM;WEISSGERBER, MATT<br>12 - SEQUEIRA, DAN;CANGIALOSI,CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ,CHARLENE;OST, BRADLEY;TROTTER, JIM;WEISSGERBER, MATT<br>16 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER | Attorney Client Communication, Attorney Work Product | E-mail string regarding request for legal advice re: Claim Check license for demo | Should be Produced |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 15 - OST, BRADLEY | 12 - MROZEK, MATT<br>13 - BOYCE, JEFF<br>14 - OST, BRADLEY<br>15 - SEQUERIA, DAN | BNICHOLS; SMITH, TARA;TSMITH; SEQUERIA, DAN;DSEQUER; CANGIALOSI,CHRISTOPHER; CCANGIAL;WEISSGERBER, MATT;MWEISSGE; SNYDER, PETER;PSNYDER; MROZEK, MATT;MMROZEK; RESNICK, DAVE;DRESNICK; SEIDENSCHWARZ,CHARLENE; CSEIDENS;CARLSON, BRUCE; BCARLSON;GOLD, ALAN; AGOLD; SULLIVAN,JIM; ENGLEWOOD; SULLIVAN;RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; BELLOMO, TONY<br>4 - TROTTER, JIM; BOYCE, JEFF<br>5 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB<br>6 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT, SNYDER,PETER; RESNICK, DAVE<br>7 - SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; HELLER, CHRIS;TROTTER, JIM; WEISSGERBER,MATT; SNYDER, PETER;RESNICK, DAVE<br>8 - SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; HELLER, CHRIS;TROTTER, JIM; WEISSGERBER,MATT; BOYCE, JEFF; SNYDER,PETER; RESNICK, DAVE<br>9 - SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>10 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT | | | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 01/30/2004 | 1 - BEHAN, MIKE<br>2 - VANDERHEIDE, PETE<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY<br>5 - JORDAN, JOHN<br>6 - OST, BRADLEY<br>7 - SEQUEIRA, DAN<br>8 - VANDERHEIDE, PETE<br>9 - YENGLE, BOB<br>10 - TROTTER, JIM<br>11 - HELLER, CHRIS<br>12 - BOYCE, JEFF<br>13 - OST, BRADLEY<br>14 - MROZEK, MATT<br>15 - BOYCE, JEFF<br>16 - MROZEK, MATT<br>17 - BOYCE, JEFF<br>18 - MROZEK, MATT<br>19 - SEQUEIRA, DAN<br>20 - OST, BRADLEY | 1 - VANDERHEIDE, PETE; THETRIZETTO GROUP; ERISCO; PVANDERH; JORDAN, JOHN; JORDAN<br>2 - JORDAN, JOHN<br>3 - OST, BRADLEY; SEQUEIRA, DAN<br>4 - SEQUEIRA, DAN; JORDAN, JOHN<br>5 - OST, BRADLEY; SEQUEIRA, DAN<br>6 - SEQUEIRA, DAN<br>7 - VANDERHEIDE, PETE; YENGLE, BOB; BOYCE, JEFF<br>8 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST<br>9 - VANDERHEIDE, PETE<br>10 - BOYCE, JEFF<br>11 - BOYCE, JEFF; OST, BRADLEY; MROZEK, MATT<br>12 - OST, BRADLEY; MROZEK, MATT<br>13 - MROZEK, MATT<br>14 - BOYCE, JEFF; SNYDER, PETER<br>15 - MROZEK, MATT; SNYDER, PETER<br>16 - BOYCE, JEFF<br>17 - MROZEK, MATT<br>18 - BOYCE, JEFF<br>19 - OST, BRADLEY<br>20 - SEQUEIRA, DAN | 14 - MROZEK, MATT; CANGIALOSI, CHRISTOPHER<br>1 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO; JTROTTER; MINCH-KLASS, JIM; JMINCHKL; BOYCE, JEFF; JBOYCE; YENGLE, BOB; BYENGLE; OST, BRADLEY; BOST; SEQUEIRA, DAN; DSEQUEIR; SULLIVAN, JIM; ENGLEWOOD; SULLIVAN J; MANNING, DAVID; DMANNING<br>2 - TROTTER, JIM; MINCH-KLASS, JIM; BOYCE, JEFF; YENGLE, BOB; OST, BRADLEY; SEQUEIRA, DAN; BEHAN, MIKE; SULLIVAN, JIM<br>3 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>4 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>5 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, PETE; BOYCE, JEFF; YENGLE, BOB<br>6 - TROTTER, JIM; MINCH-KLASS, JIM; VANDERHEIDE, BOB<br>7 - TROTTER, JIM; OST, BRADLEY; MINCH-KLASS, JIM; JORDAN, JOHN<br>8 - YENGLE, BOB; THETRIZETTOGROUP; ERISCO; BYENGLE; TROTTER, JIM; JTROTTER; BOYCE, JEFF; JBOYCE; NICHOLS, BOB; BNICHOL.S; SMITH, TARA; TSMITH; SEQUEIRA, DAN; DSEQUEIR; CANGIALOSI, CHRISTOPHER; CCANGIAL; WEISSGERBER, MATT; MWEISSGE; SNYDER, PETER; PSNYDER; MROZEK, MATT; MMROZEK; RESNICK, DAVE; DRESNICK; SEIDENSCHWARZ, CHARLENE; CSEIDENS; CARLSON, BRUCE; BCARLSON; GOLD, ALAN; AGOLD; SULLIVAN, JIM; ENGLEWOOD | Attorney Client Communication, Attorney Work Product | E-mail string regarding request for legal advice re: ClaimCheck license for demo | Should be Produced |

| Production Number Range | Document Date | Author | Recipient(s) | Copyee(s) | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 02/02/2004 | 1 - TROTTER, JIM<br>2 - BEHAN, MIKE<br>3 - VANDERHEIDE, PETE<br>4 - JORDAN, JOHN<br>5 - OST, BRADLEY<br>6 - JORDAN, JOHN<br>7 - OST, BRADLEY<br>8 - SEQUEIRA, DAN<br>9 - VANDERHEIDE, PETE | 1 - SNYDER, PETER, THETRIZETTO GROUP; ERISCO;PSNYDER<br>2 - VANDERHEIDE, PETE;JORDAN, JOHN<br>3 - JORDAN, JOHN<br>4 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO;BOST; SEQUEIRA, DAN; DSEQUEIR<br>5 - SEQUEIRA, DAN; JORDAN,JOHN | SULLIVAN,J;RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; BELOMO, TONY<br>9 - TROTTER, JIM; BOYCE, JEFF<br>10 - NICHOLS, BOB, SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB<br>11 - NICHOLS, BOB, SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>12 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK, DAVE<br>13 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER; RESNICK,DAVE<br>14 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>15 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>19 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER<br>2 - TROTTER, JIM; MINCH-KLASS,JIM; BOYCE, JEFF; YENGLE, BOB;OST, BRADLEY; SEQUEIRA, DAN;SULLIVAN, JIM; MANNING, DAVID<br>3 - TROTTER, JIM; MINCH-KLASS,JIM; BOYCE, JEFF; YENGLE, BOB;OST, BRADLEY; SEQUEIRA, DAN;BEHAN, MIKE; | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimCheck license for demo | Should be Produced |

56

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 10 - YENGLE, BOB | 6 - OST, BRADLEY; SEQUEIRA,DAN | SULLIVAN, JIM | | | |
| | | 11 - TROTTER, JIM | 7 - SEQUEIRA, DAN | 4 - TROTTER, JIM; THETRIZETTO GROUP; ERISCO;JTROTTER; MINCH-KLASS, JIM;MINCHKL; VANDERHEIDE, PETE;PVANDERH; BOYCE, JEFF;JBOYCE, YENGLE, BOB; BYENGLE | | | |
| | | 12 - HELLER, CHRIS | 8 - VANDERHEIDE, PETE;YENGLE, BOB; BOYCE, JEFF | 5 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB | | | |
| | | 13 - BOYCE, JEFF | 9 - OST, BRADLEY; THETRIZETTO GROUP; ERISCO; BOST | 6 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB | | | |
| | | 4 - OST, BRADLEY | 10 - VANDERHEIDE, PETE | 7 - TROTTER, JIM; MINCH-KLASS,JIM; VANDERHEIDE, PETE;BOYCE, JEFF; YENGLE, BOB | | | |
| | | 15 - MROZEK, MATT | 11 - BOYCE, JEFF | 8 - TROTTER, JIM; OST,BRADLEY; MINCH-KLASS, JIM;JORDAN, JOHN | | | |
| | | 16 - BOYCE, JEFF | 12 - BOYCE, JEFF; OST, BRADLEY;MROZEK, MATT | 9 - YENGLE, BOB; THE TRIZETTOGROUP; ERISCO; BYENGLE;TROTTER, JIM; JTROTTER;BOYCE, JEFF; JBOYCE, NICHOLS,BOB; BNICHOLS; SMITH, TARA;TSMITH, SEQUEIRA, DAN;DSEQUEIR; CANGIALOSI,CHRISTOPHER; CCANGIAL; WEISSGERBER, MATT;MWEISSGE; SNYDER, PETER;PSNYDER; MROZEK, MATT;MMROZEK; RESNICK, DAVE;DRESNICK; SEIDENSCHWARZ,CHARLENE; CSEIDENS; CARLSON, BRUCE;BCARLSON; GOLD, ALAN;AGOLD; SULLIVAN, JIM;SULLIVAN; RICHARDSON, DUFFEY;RICHARDSOND; KERIAN, RICH;RKERIAN; BELLOMO, TONY | | | |
| | | 17 - MROZEK, MATT | 13 - OST, BRADLEY;MROZEK, MATT | 10 - TROTTER, JIM; BOYCE, JEFF | | | |
| | | 18 - BOYCE, JEFF | 14 - MROZEK, MATT | 11 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; WEISSGERBER,MATT; SNYDER, PETER; YENGLE,BOB | | | |
| | | 19 - MROZEK, MATT | 15 - BOYCE, JEFF; SNYDER,PETER | 12 - NICHOLS, BOB; SMITH, TARA;SEQUEIRA, DAN; CANGIALOSI,CHRISTOPHER; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; MROZEK, MATT;RESNICK, DAVE | | | |
| | | 20 - SEQUERIA,DAN;21 - OST, BRADLEY | 16 - MROZEK, MATT; SNYDER,PETER | | | | |
| | | | 17 - BOYCE, JEFF | | | | |
| | | | 18 - MROZEK, MATT | | | | |
| | | | 19 - BOYCE, JEFF | | | | |
| | | | 20 - OST, BRADLEY;21 - SEQUERIA, DAN | | | | |

| Production Number Range | Document Date | Author | Recipient(s) | Copyee(s) | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | | | 13 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; SNYDER,PETER; RESNICK,DAVE<br>14 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS; TROTTER, JIM;WEISSGERBER, MATT; BOYCE,JEFF; SNYDER, PETER; RESNICK,DAVE<br>15 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>16 - SEQUEIRA, DAN;CANGIALOSI, CHRISTOPHER;HELLER, CHRIS;SEIDENSCHWARZ, CHARLENE;OST, BRADLEY; TROTTER, JIM;WEISSGERBER, MATT<br>20 - MROZEK, MATT;CANGIALOSI, CHRISTOPHER | | | |
| TRZ633139 - TRZ633140 | 02/10/2004 | VANDERHEIDE,PETE | 1 - BELLOMO, TONY | 2 - RENZI, ROBERT;VANDERHEIDE, PETE; SLAYTON,SCOTT | Attorney.Client.Communication, Attorney.Work Product | E-mail string regarding request for legal advice re:Claim.Check interface | 1-2 Should be Produced |
| | 02/11/2004 | LICAMELL, GLENN | TROTTER, JIM; MORGAN, KEVIN;MANSON, DEB; LEMMERS, MYRIAH | 1 - RENZI, ROBERT; SLAYTON,SCOTT; JORDAN, JOHN<br>2 - KAO, JOHN; BERNIER, LINDA | Attorney.Client.Communication, Attorney.Work Product | Memo regarding request for legal advice re: newFacets license deal | |
| | 02/13/2004 | VANDERHEIDE,PETE | 1 - JORDAN, JOHN<br>2 - VANDERHEIDE, PETE<br>3 - JORDAN, JOHN | 1 - SLAYTON, SCOTT<br>2 - BELLOMO, TONY;VANDERHEIDE, PETE; KERIAN, RICH; CARLSON, BRUCE;SEQUEIRA, DAN;MINCH-KLASS,JIM; OST, BRADLEY; GOLD, ALAN<br>3 - RUIZ, MIRZA | Attorney.Client.Communication, Attorney.Work Product | E-mail string regarding request for legal advice re: Facets/ClaimCheckinterface contract supplement | Should be Produced |
| | 02/17/2004 | 1 - VANDERHEIDE,PETE<br>2 - SCHREIBER,MATTHEW<br>3 - SCHREIBER,MATTHEW | 1 - SCHREIBER, MATTHEW<br>2 - RESNICK, DAVE;SEIDENSCHWARZ, CHARLENE;YENGLE, BOB; CHARLENE;YENGLE, BOB<br>3 - VANDERHEIDE, PETE | 1 - RESNICK, DAVE;SEIDENSCHWARZ, CHARLENE;YENGLE, BOB; GOLD, ALAN; OST,BRADLEY; MALLORY, CARLSON,BRUCE<br>2 - VANDERHEIDE, PETE<br>3 - TROTTER, JIM; CARLSON,BRUCE, MALLORY, | Attorney.Client.Communication, Attorney.Work Product | E-mail string regarding request for legal advice re:Audit group | Should be Produced |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | 02/17/2004 | 1 - SCHREIBER,MATTHEW<br>2 - SCHREIBER,MATTHEW | 1 - RESNICK, DAVE;SEIDENSCHWARZ, CHARLENE;YENGLE, BOB;<br>2 - VANDERHEIDE, PETE | JIM; OST,BRADLEY | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Amerigroup | Should be Produced |
| | 02/18/2004 | 1 - TROTTER, JIM<br>2 - VANDERHEIDE, PETE<br>3 - SCHREIBER,MATTHEW<br>4 - SCHREIBER,MATTHEW | 1 - VANDERHEIDE, PETE;SCHREIBER, MATTHEW<br>2 - SCHREIBER, MATTHEW<br>3 - RESNICK, DAVE;SEIDENSCHWARZ, CHARLENE;YENGLE, BOB<br>4 - VANDERHEIDE, PETE | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Amerigroup | Should be Produced |
| | 03/03/2004 | GRANDA,JOSEPH;RAMAZZINI, DEBBIE | | | Attorney ClientCommunication, AttorneyWork Product | Memo prepared at request of counsel re: FACETSdesign specification | |
| TRZ633134 - TRZ633135 | 03/19/2004 | 1 - VANDERHEIDE, PETE<br>2 - VANDERHEIDE, PETE | 1 - JORDAN, JOHN<br>2 - JORDAN, JOHN | | Attorney ClientCommunication, AttorneyWork Product | Report prepared at request of, or compiled by counsel re: ClaimCheck/ClaimReview integration/wizard project | Should be Produced |
| | 03/19/2004 | | TYSK, CAROL ANN;<br>THETRIZETTO GROUP;<br>ERISCO;CTYSK, FITZGERALD, LAURA,J;FITZGER | SLAYTON, SCOTT | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: servicecontract fees | Privileged Redaction at 1-2 |
| TRZ633136 - TRZ633136 | 03/19/2004 | 1 - RICHARDSON,DUFFEY<br>2 - VANDERHEIDE, PETE<br>3 - JORDAN, JOHN | 1 - VANDERHEIDE, PETE;<br>THETRIZETTO GROUP;<br>ERISCO;PVANDERH<br>2 - RICHARDSON, DUFFEY<br>3 - BELLOMO, TONY;VANDERHEIDE, PETE; SLAYTON,SCOTT | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Facets/ClaimCheckinterface contractsupplement | Should be Produced |
| | 03/19/2004 | 1 - BELLOMO, TONY<br>2 - JORDAN, JOHN | 1 - JORDAN, JOHN;VANDERHEIDE, PETE; SLAYTON,SCOTT; CARLSON, BRUCE<br>2 - BELLOMO, TONY;VANDERHEIDE, PETE; SLAYTON,SCOTT | | Attorney ClientCommunication, AttorneyWork Product | E-mail regarding request for legal advice re:Facets/ClaimCheckinterface contractsupplement | Should be Produced |
| | 03/19/2004 | JORDAN, JOHN | BELLOMO, TONY;VANDERHEIDE, PETE; SLAYTON, SCOTT | | Attorney ClientCommunication, AttorneyWork Product | Memo regarding request for legal advice re:Facets/ClaimCheckinterface contractsupplement | Should be Produced |
| | 03/24/2004 | JORDAN, JOHN | OST, BRADLEY | | Attorney ClientCommunication, AttorneyWork Product | Draft Contract re:Facets/ClaimCheckcontract supplement | " |
| | 03/24/2004 | JORDAN, JOHN | BELLOMO, TONY; CARLSON,BRUCE; | | Attorney ClientCommunication, | Memo regarding requestfor legal advice re: | " |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 03/25/2004 | SLAYTON, SCOTT | OST, BRADLEY; MINCH-KLASS, JIM | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: Facets License Agreement issues regarding contract supplement | |
| - | 03/25/2004 | SLAYTON, SCOTT | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: TriZetto/Claimcheck Interface Work Order | " |
| - | 03/25/2004 | SLAYTON, SCOTT | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: revised work order | " |
| - | 03/25/2004 | SLAYTON, SCOTT | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: revised work order | " |
| - | 03/29/2004 | SLAYTON, SCOTT | | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: revised work order | " |
| - | 03/29/2004 | SLAYTON, SCOTT | SEQUEIRA, DAN; MINCH-KLASS, JIM; CARLSON, BRUCE; JORDAN, JOHN | | AttorneyClientCommunication, AttorneyWork Product | Draft Contract re: revised work order | " |
| 11-TRZ425012 | 03/31/2004 | 1 - ZIGMONT, JOHN 2 - ADZEMA, KRISTINE 3 - ADZEMA, KRISTINE 4 - ZIGMONT, JOHN 5 - ADZEMA, KRISTINE 6 - JORDAN, JOHN 7 - SLAYTON, SCOTT | 1 - ADZEMA, KRISTINE 2 - ZIGMONT, JOHN 3 - ADZEMA, KRISTINE 4 - ZIGMONT, JOHN 5 - ADZEMA, KRISTINE 6 - JORDAN, JOHN; BELLOMO, TONY 7 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - PREISER, ANDY; TROTTER, JIM; BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 4 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 5 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 6 - LEVIN, ALAN; ZIGMONT, JOHN 7 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | | Privileged Redaction at 1-2 |
| TRZ425013-TRZ425014 | 03/31/2004 | 1 - ADZEMA, KRISTINE 2 - ADZEMA, KRISTINE 3 - JORDAN, JOHN 4 - JORDAN, JOHN | 1 - ZIGMONT, JOHN 2 - ADZEMA, KRISTINE 3 - SLAYTON, SCOTT 4 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 2 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 3 - LEVIN, ALAN; ZIGMONT, JOHN 4 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson/Claim Check | Privileged Redaction at 1 " |
| TRZ425015 - TRZ425016 | 03/31/2004 | 1 - ZIGMONT, JOHN 2 - SLAYTON, SCOTT 3 - JORDAN, JOHN | 1 - SLAYTON, SCOTT 2 - JORDAN, JOHN; BELLOMO, TONY 3 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER 2 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson/Claim Check | Privileged Redaction at 1 " |

*[handwritten: "should be produced"]*

60

| Production Number Range | Document Date | Author | Recipient(s) | Copyee(s) | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| TRZ425017 - TRZ425017 | 03/31/2004 | JORDAN, JOHN | SLAYTON, SCOTT; BELLOMO, TONY | JOHN; 3 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKesson Claim Check | PrivilegedRedaction at 1 *should be produced* |
| TRZ836922 - TRZ836923 | 03/31/2004 | | | 1 - PREISER, ANDY; TROTTER, JIM; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER<br>2 - ZIGMONT, JOHN<br>3 - ADZEMA, KRISTINE<br>4 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER<br>5 - ZIGMONT, JOHN<br>6 - ADZEMA, KRISTINE<br>7 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Facets/ClaimCheckInterface | PrivilegedRedaction at 1-2<br>" |
| | | 1 - ZIGMONT, JOHN<br>2 - ADZEMA, KRISTINE<br>3 - JORDAN, JOHN; BELLOMO, TONY<br>4 - SLAYTON, SCOTT; BELLOMO, TONY<br>5 - ZIGMONT, JOHN<br>6 - ADZEMA, KRISTINE<br>7 - JORDAN, JOHN; BELLOMO, TONY<br>8 - SLAYTON, SCOTT; BELLOMO, TONY | | | | | |
| TRZ836924 - TRZ836925 | 03/31/2004 | | 1 - ADZEMA, KRISTINE<br>2 - ZIGMONT, JOHN<br>3 - JORDAN, JOHN; BELLOMO, TONY<br>4 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER<br>2 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALERIE; SOLOMINE, PETER<br>3 - LEVIN, ALAN; ZIGMONT, JOHN<br>4 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Facets/ClaimCheckInterface | PrivilegedRedaction at 1<br>"<br>" |
| TRZ836926 - TRZ836927 | 03/31/2004 | | 1 - ZIGMONT, JOHN<br>2 - SLAYTON, SCOTT<br>3 - JORDAN, JOHN | 1 - ADZEMA, KRISTINE<br>2 - JORDAN, JOHN; BELLOMO, TONY<br>3 - SLAYTON, SCOTT; BELLOMO, TONY | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Facets/ClaimCheckInterface | PrivilegedRedaction at 1<br>"<br>" |
| TRZ836928 - TRZ836928 | 03/31/2004 | | 1 - LASH, SHEILA<br>2 - JORDAN, JOHN | 1 - ADZEMA, KRISTINE<br>2 - SLAYTON, SCOTT; BELLOMO, TONY<br>3 - PREISER, ANDY; TROTTER, JIM; WARD, BRIAN; DEPASQUALE, JOSEPH | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice | PrivilegedRedaction at 1<br>" |
| TRZ836929 - TRZ836930 | | 1 - ZIGMONT, JOHN<br>2 - ADZEMA, KRISTINE<br>3 - ZIGMONT, JOHN | 1 - ADZEMA, KRISTINE<br>2 - ZIGMONT, JOHN<br>3 - ADZEMA, KRISTINE | 3 - PREISER, ANDY; TROTTER, JIM; WARD, BRIAN; DEPASQUALE, JOSEPH; | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Facets/ClaimCheckInterface; amendments | PrivilegedRedaction at 1-2<br>"<br>" |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| TRZ836931 - TRZ836932 | 03/31/2004 | 1 - ZIGMONT,JOHN<br>2 - ADZEMA,KRISTINE<br>3 - ZIGMONT,JOHN<br>4 - ADZEMA,KRISTINE<br>5 - ZIGMONT,JOHN<br>6 - ADZEMA,KRISTINE<br>7 - ZIGMONT,JOHN<br>8 - SLAYTON,SCOTT<br>9 - JORDAN,JOHN | 1 - ZIGMONT, JOHN | 2 - PREISER, ANDY; TROTTER,JIM; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALARIE;SOLOMINE, PETER<br>5 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALARIE;SOLOMINE, PETER<br>8 - SLAYTON, SCOTT; BELLOMO,TONY | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:Facets/ClaimCheckinterface amendments | PrivilegedRedaction at 1-2<br><br>Should be produced |
| TRZ836933 - TRZ836934 | 03/31/2004 | 1 - ADZEMA,KRISTINE<br>2 - ZIGMONT,JOHN<br>3 - ZIGMONT,JOHN<br>4 - ADZEMA,KRISTINE<br>5 - ZIGMONT,JOHN<br>6 - ADZEMA,KRISTINE<br>7 - JORDAN,JOHN | 1 - ADZEMA, KRISTINE<br>2 - ADZEMA,KRISTINE<br>3 - ADZEMA, KRISTINE<br>4 - ADZEMA, KRISTINE<br>5 - ADZEMA, KRISTINE<br>6 - JORDAN, JOHN; BELLOMO,TONY<br>7 - SLAYTON, SCOTT; BELLOMO,TONY | 1 - PREISER, ANDY; TROTTER,JIM; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALARIE;SOLOMINE, PETER<br>6 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALARIE;SOLOMINE, PETER<br>7 - LEVIN, ALAN; ZIGMONT, JOHN<br>8 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:Facets/ClaimCheckinterface amendments | PrivilegedRedaction at 1-2<br><br>" " |
| TRZ836935 - TRZ836936 | 03/31/2004 | 1 - ADZEMA,KRISTINE<br>2 - ZIGMONT,JOHN<br>3 - ADZEMA,KRISTINE<br>4 - ZIGMONT,JOHN<br>5 - SLAYTON,SCOTT | 1 - ZIGMONT, JOHN<br>2 - ADZEMA, KRISTINE<br>3 - ZIGMONT, JOHN<br>4 - ADZEMA, KRISTINE<br>5 - JORDAN, JOHN; BELLOMO,TONY | 3 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE;SOLOMINE, PETER | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: Facets/ClaimCheckinterface amendments | PrivilegedRedaction at 1<br><br>" " |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| TRZ836937 - TRZ836938 | 03/31/2004 | 6 - JORDAN, JOHN | 6 - SLAYTON, SCOTT; BELLOMO, TONY | 4 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE; SOLOMINE, PETER 5 - LEVIN, ALAN; ZIGMONT, JOHN 6 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:Facets/ClaimCheckinterface amendments *Should be Produced* | PrivilegedRedaction at 1 |
| | | 1 - ZIGMONT, JOHN 2 - ZIGMONT, JOHN 3 - ZIGMONT, JOHN 4 - SLAYTON, SCOTT 5 - JORDAN, JOHN | 1 - ADZEMA, KRISTINE 2 - ADZEMA, KRISTINE 3 - ADZEMA, KRISTINE 4 - JORDAN, JOHN; BELLOMO, TONY 5 - SLAYTON, SCOTT; BELLOMO, TONY | 2 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE; SOLOMINE, PETER 3 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE; SOLOMINE, PETER 4 - LEVIN, ALAN; ZIGMONT, JOHN 5 - LEVIN, ALAN; ZIGMONT, JOHN | | | |
| TRZ836939 - TRZ836940 | 03/31/2004 | 1 - ADZEMA, KRISTINE 2 - ADZEMA, KRISTINE 3 - SLAYTON, SCOTT 4 - JORDAN, JOHN | 1 - ZIGMONT, JOHN 2 - ZIGMONT, JOHN 3 - JORDAN, JOHN; BELLOMO, TONY 4 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE; SOLOMINE, PETER 2 - TROTTER, JIM; PREISER, ANDY; WARD, BRIAN; DEPASQUALE, JOSEPH; LASH, SHEILA; MARDER, VALARIE; SOLOMINE, PETER 3 - LEVIN, ALAN; ZIGMONT, JOHN 4 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:Facets/ClaimCheckinterface amendments | PrivilegedRedaction at 1 " " |
| TRZ836941 - TRZ836942 | 03/31/2004 | 1 - ZIGMONT, JOHN 2 - ZIGMONT, JOHN 3 - SLAYTON, SCOTT | 1 - SLAYTON, SCOTT; 2 - JORDAN, JOHN; BELLOMO, TONY 3 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - LEVIN, ALAN; ZIGMONT, JOHN 2 - LEVIN, ALAN; ZIGMONT, JOHN 3 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:Facets/ClaimCheckinterface amendments | PrivilegedRedaction at 1 " " |
| TRZ836943 | 03/31/2004 | 1 - JORDAN, JOHN 2 - SLAYTON, SCOTT 3 - JORDAN, JOHN | 1 - SLAYTON, SCOTT; BELLOMO, TONY 2 - JORDAN, JOHN; BELLOMO, TONY 3 - SLAYTON, SCOTT; BELLOMO, TONY | 1 - LEVIN, ALAN; ZIGMONT, JOHN 2 - LEVIN, ALAN; ZIGMONT, JOHN 3 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice | PrivilegedRedaction at 1 " " |
| TRZ836944 | | 1 - SLAYTON, SCOTT | 1 - JORDAN, JOHN; BELLOMO, TONY | 1 - LEVIN, ALAN; ZIGMONT, JOHN | AttorneyClientCommunication, | E-mail string reflecting legal advice | PrivilegedRedaction at 1 |

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| TRZ836944 | | 2 - JORDAN,JOHN | 2 - SLAYTON,SCOTT; BELLOMO,TONY | JOHN | AttorneyWork Product | re:Facets/ClaimCheck interface amendments | Should be produced |
| TRZ836945 - TRZ836945 | 03/31/2004 | 1 - ZIGMONT, JOHN<br>2 - SLAYTON,SCOTT; BELLOMO,TONY | 1 - LASH, SHEILA<br>2 - SLAYTON,SCOTT; BELLOMO,TONY | 2 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney Client Communication, AttorneyWork Product | | " |
| TRZ836946 - TRZ836946 | 03/31/2004 | JORDAN, JOHN | SLAYTON, SCOTT; THE TRIZETTOGROUP; ERISCO, SLAYTON;BELLOMO, TONY; TBELLOMO | LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail regarding request for legal advice re:Facets/ClaimCheck interface amendments | " |
| TRZ634997 - TRZ634998 | 03/31/2004 | 1 - ZIGMONT,JOHN<br>2 - SLAYTON,SCOTT<br>3 - JORDAN,JOHN | 1 - ADZEMA, KRISTINE<br>2 - JORDAN, JOHN; BELLOMO, TONY<br>3 - SLAYTON, SCOTT; BELLOMO,TONY | 1 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALERIE;SOLOMINE, PETER<br>2 - LEVIN, ALAN; ZIGMONT, JOHN<br>3 - LEVIN, ALAN; ZIGMONT, JOHN | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonClaimCheck | Privileged Redaction at 1 " |
| TRZ634999 - TRZ635000 | 03/31/2004 | 1 - ZIGMONT,JOHN<br>2 - ADZEMA,KRISTINE<br>3 - ZIGMONT, JOHN<br>4 - ADZEMA,KRISTINE<br>5 - ZIGMONT, JOHN<br>6 - JORDAN, JOHN; BELLOMO,TONY<br>7 - SLAYTON, SCOTT; BELLOMO,TONY | 1 - ADZEMA, KRISTINE<br>2 - ZIGMONT, JOHN<br>3 - ADZEMA, KRISTINE<br>4 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALERIE;SOLOMINE, PETER<br>5 - TROTTER, JIM; PREISER,ANDY; WARD, BRIAN;DEPASQUALE, JOSEPH; LASH,SHEILA; MARDER, VALERIE;SOLOMINE, PETER<br>6 - LEVIN, ALAN; ZIGMONT, JOHN<br>7 - LEVIN, ALAN; ZIGMONT, JOHN | | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re: McKessonClaimCheck | Privileged Redaction at 1-2<br>Should be produced |
| TRZ836910 - TRZ836911 | 04/05/2004 | 1 - OST, BRADLEY<br>2 - BELLOMO, TONY<br>3 - SLAYTON,SCOTT | 1 - BELLOMO, TONY; SLAYTON,SCOTT; VANDERHEIDE, PETE<br>2 - VANDERHEIDE, PETE; OST,BRADLEY<br>3 - SLAYTON, SCOTT | | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice rerevised work order | |
| | 04/13/2004 | 1 - TROTTER, JIM<br>2 - SLAYTON,SCOTT<br>3 - JORDAN, JOHN<br>4 - MINCH-KLASS,JIM<br>5 - JORDAN, JOHN<br>6 - BELLOMO, TONY<br>7 - MINCH-KLASS,JIM | 1 - SEQUEIRA, DAN; MINCH-KLASS, JIM; CARLSON,BRUCE; BRADLEY, SNYDER, PETER; YENGLE, BOB; GOLD, ALAN<br>2 - SEQUEIRA, DAN;CARLSON,BRUCE, OST, BRADLEY; TROTTER, JIM<br>3 - SEQUEIRA, DAN;CARLSON,BRUCE; OST; TROTTER, JIM | 1 - SEQUEIRA, DAN; MINCH-KLASS, JIM; CARLSON,BRUCE; JORDAN, JOHN<br>2 - SLAYTON, SCOTT<br>3 - VANDERHEIDE, PETE;BELLOMO, TONY | Attorney Client Communication, AttorneyWork Product | E-mail string regarding request for legal advice re:ClaimCheck/McKesson agreement | PrivilegedRedaction " |

64

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| - | 04/27/2004 | RAMAZINI, DEBBIE | | BRADLEY,SLAYTON,SCOTT; TROTTER,JIM 4 - SEQUEIRA, DAN; CARLSON,BRUCE; OST, BRADLEY,SLAYTON,SCOTT; TROTTER, JIM 5 - SEQUEIRA, DAN; CARLSON,BRUCE; OST, BRADLEY,SLAYTON,SCOTT 6 - SEQUEIRA, DAN 7 - SEQUEIRA, DAN | AttorneyClientCommunication, AttorneyWork Product | Report regarding request for legal advice re:ClaimCheck version fixes | Should be produced |
| - | 06/18/2004 | SCHREIBER,MATTHEW | | VANDERHEIDE, PETE; CARLSON,BRUCE; GOLD, ALAN; TROTTER,JIM | AttorneyClientCommunication, AttorneyWork Product | E-mail reflecting legal advice re: Amerigrouptesting | |
| - | 06/18/2004 | SCHREIBER,MATTHEW | | VANDERHEIDE, PETE; CARLSON,BRUCE; GOLD, ALAN; SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail regarding request for legal advice re:AmerigroupFacets/ClaimCheckInterface | |
| - | 06/21/2004 | 1 - BELLOMO, TONY 2 - SULLIVAN, JIM 3 - RICHARDSON,DUFFEY 4 - VANDERHEIDE,PETE 5 - SCHREIBER,MATTHEW | 1 - SULLIVAN, JIM; RICHARDSON,DUFFEY; VANDERHEIDE, PETE 2 - RICHARDSON, DUFFEY;VANDERHEIDE, PETE 3 - VANDERHEIDE, PETE;SULLIVAN, JIM 4 - RICHARDSON, DUFFEY,SULLIVAN, JIM | 2 - BELLOMO, TONY 3 - BELLOMO, TONY 4 - BELLOMO, TONY 5 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail string reflecting legal advice re:McKesson-TriZetto-Amerigroupstatus | |
| - | 06/21/2004 | 1 - VANDERHEIDE,PETE 2 - SCHREIBER,MATTHEW | 1 - RICHARDSON, DUFFEY;SULLIVAN, JIM 2 - VANDERHEIDE, PETE;CARLSON, BRUCE; GOLD, ALAN;TROTTER, JIM | 2 - BELLOMO, TONY SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson-TriZetto-Amerigroup-status | |
| - | 06/21/2004 | 1 - RICHARDSON,DUFFEY 2 - VANDERHEIDE,PETE 3 - SCHREIBER,MATTHEW | 1 - VANDERHEIDE, PETE;SULLIVAN, JIM 2 - RICHARDSON, DUFFEY;SULLIVAN, JIM 3 - VANDERHEIDE, PETE;CARLSON, BRUCE; GOLD, ALAN;TROTTER, JIM | 1 - BELLOMO, TONY 2 - BELLOMO, TONY 3 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:McKesson-TriZetto-Amerigroup-status | |
| - | 06/21/2004 | 1 - BELLOMO, TONY 2 - SULLIVAN, JIM 3 - RICHARDSON,DUFFEY 4 - VANDERHEIDE,PETE 5 - SCHREIBER,MATTHEW | 2 - SULLIVAN, JIM; RICHARDSON,DUFFEY; VANDERHEIDE, PETE 3 - RICHARDSON, DUFFEY;VANDERHEIDE, PETE 4 - VANDERHEIDE, PETE;SULLIVAN, JIM 5 - RICHARDSON, DUFFEY;SULLIVAN, JIM | 2 - BELLOMO, TONY 3 - BELLOMO, TONY 4 - BELLOMO, TONY 5 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | AttorneyClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice | PRODUCED: 9/13/05 |
| - | 06/21/2004 | 1 - SNYDER, PETER | 1 - GRANDA, JOSEPH;SCHREIBER, BRUCE; GOLD, ALAN;TROTTER, JIM | 1 - CARLSON, BRUCE; | AttorneyClientCommunication, | E-mail string regarding request for legal advice | |

65

| Production Number Range | Document Date | Author | Recipient(s) | Copyees | Privilege Type | Description | Privilege Redaction |
|---|---|---|---|---|---|---|---|
| | | 2 - GRANDA,JOSEPH<br>3 - VANDERHEIDE,PETE<br>4 - SCHREIBER,MATTHEW | MATTHEW<br>2 - SCHREIBER,MATTHEW,SNYDER, PETER<br>3 - SCHREIBER,MATTHEW<br>4 - VANDERHEIDE, PETE;CARLSON, BRUCE, GOLD, ALAN;TROTTER, JIM | GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT, ROBERT; YENGLE, BOB;LUFTIG, CRAIG; VANDERHEIDE,PETE;BOYCE, JEFF<br>2 - CARLSON, BRUCE; GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT, ROBERT; YENGLE, BOB;LUFTIG, CRAIG; VANDERHEIDE,PETE;BOYCE, JEFF<br>3 - SNYDER, PETER; BOYCE,JEFF; CARLSON, BRUCE; GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT,ROBERT; YENGLE, BOB; LUFTIG,CRAIG; VANDERHEIDE, PETE;BOYCE, JEFF<br>4 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | Attorney Work Product | | |
| | 06/21/2004 | 1 - SNYDER, PETER<br>2 - GRANDA,JOSEPH<br>3 - VANDERHEIDE,PETE<br>4 - SCHREIBER,MATTHEW | 1 - GRANDA, JOSEPH,SCHREIBER, MATTHEW<br>2 - SCHREIBER, MATTHEW,SNYDER, PETER<br>3 - SCHREIBER, MATTHEW<br>4 - VANDERHEIDE, PETE;CARLSON, BRUCE, GOLD, ALAN;TROTTER, JIM | 1 - CARLSON, BRUCE; GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT, ROBERT; YENGLE, BOB;LUFTIG, CRAIG; VANDERHEIDE,PETE;BOYCE, JEFF<br>2 - CARLSON, BRUCE; GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT, ROBERT; YENGLE, BOB;LUFTIG, CRAIG; VANDERHEIDE,PETE;BOYCE, JEFF<br>3 - SNYDER, PETER; BOYCE,JEFF; CARLSON, BRUCE; GOLD,ALAN; TROTTER, JIM; CECE, JIM;MOAT,ROBERT; YENGLE, BOB; LUFTIG,CRAIG; VANDERHEIDE, PETE;BOYCE, JEFF<br>4 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | Attorney ClientCommunication, AttorneyWork Product | E-mail string regarding request for legal advice re:Amergroup testing. | |
| | 06/21/2004 | 1 - BELLOMO, TONY<br>2 - SULLIVAN, JIM<br>3 - RICHARDSON,DUFFEY<br>4 - VANDERHEIDE,PETE<br>5 - SCHREIBER,MATTHEW | 1 - SULLIVAN, JIM; RICHARDSON,DUFFEY; VANDERHEIDE, PETE<br>2 - RICHARDSON, DUFFEY;VANDERHEIDE, PETE<br>3 - VANDERHEIDE, PETE<br>4 - RICHARDSON, DUFFEY;SULLIVAN, JIM<br>5 - VANDERHEIDE, PETE;CARLSON, BRUCE, GOLD, ALAN;TROTTER, JIM | 1 - SULLIVAN, JIM;<br>2 - BELLOMO, TONY<br>3 - BELLOMO, TONY<br>4 - BELLOMO, TONY<br>5 - SCHREIBER, MATTHEW;SNYDER, PETER; BOYCE, JEFF | Attorney ClientCommunication, AttorneyWork Product | E-mail string reflecting/request legal advice re:Amergroup testing | |

66

PRODUCED 9/13/05