IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE OF SUBPOENA
### ON NORMAN CARTE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Norman Carte, a copy of which is attached hereto.

                                         Respectfully submitted,

                                         _/s/_____
                                         Thomas J. Allingham II (I.D. No. 0476)
                                         Michael A. Barlow (I.D. No. 3928)
                                         SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP
                                         One Rodney Square
                                         P.O. Box 636
                                         Wilmington, DE 19899

                                         Attorneys for Plaintiff McKesson
                                         Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

DATED: September 15, 2005