IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-1258-SLR |
| v. | ) |
| THE TRIZETTO GROUP, INC., | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF SUBPOENA
### ON EDWARD FRANCIS O'CONNOR

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Edward Francis O'Connor, a copy of which is attached hereto.

Respectfully submitted,

_____
Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

DATED:  September 15, 2005