IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) ) Plaintiff, ) ) v. ) ) THE TRIZETTO GROUP, INC., ) ) Defendant. ) ) | CIVIL ACTION NO. 04-1258-SLR |

### NOTICE OF SERVICE OF SUBPOENA ON ERIC T. KING AND BLAKELY SOKOLOFF TAYLOR & ZAFMAN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Eric T. King and Blakely Sokoloff Taylor & Zafman, a copy of which is attached hereto.

Respectfully submitted,

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

DATED: September 15, 2005