IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE OF SUBPOENA
## ON KEY BENEFIT ADMINISTRATORS INC.

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Key Benefit Administrators Inc., a copy of which is attached hereto.

Respectfully submitted,

*/s/ Thomas J. Allingham II*

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

DATED:  September 15, 2005