IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>THE TRIZETTO GROUP, INC., )<br> )<br> Defendant. ) | C.A. No. 04-1258 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s Responses to Plaintiff's Third Set of Interrogatories were caused to be served on September 16, 2005 upon the following in the manner indicated:

BY U.S. MAIL

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
David W. Hansen
Michael C. Hendershot
Donna Hill
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                                    /s/ *Jack B. Blumenfeld*
                                                    Jack B. Blumenfeld (#1014)
                                                    Rodger D. Smith, II (#3778)
                                                    1201 N. Market Street
                                                    P.O. Box 1347
                                                    Wilmington, DE  19899
                                                    (302) 658-9200
                                                      Attorneys for Defendant
                                                      The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

September 20, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 13, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on September 13, 2005, upon the following in the manner indicated:

BY FACSIMILE

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE  19899
>
>Jeffrey G. Randall
>David W. Hansen
>Michael C. Hendershot
>Donna Hill
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue
>Suite 1100
>Palo Alto, CA  94301

>/s/     Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com