IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) ) Plaintiff, ) ) v. ) ) THE TRIZETTO GROUP, INC., ) ) Defendant. ) ) | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE OF SUBPOENA ON PROVIDENCE HEALTH PLAN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Providence Health Plan, a copy of which is attached hereto.

Respectfully submitted,

/s/ Thomas J. Allingham II

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

2

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

DATED: September 20, 2005