## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on September 20, 2005, I electronically filed the Notice of Service of Subpoena on Providence Health Plan with the Clerk of Court using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA CM/ECF**
Thomas Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market St.
Wilmington, DE 19801

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

419320.10-Wilmington S1A