IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE TRIZETTO GROUP, INC., )<br><br>Defendant. ) | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE OF SUBPOENA AND AMENDED
## SUBPOENA ON DELOITTE & TOUCHE LLP

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena and an

amended subpoena upon Deloitte & Touche LLP, copies of which are attached hereto.

Respectfully submitted,

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

DATED:  September 21, 2005

2