IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE OF SUBPOENA ON WARSHAW BURSTEIN COHEN SCHLESINGER & KUH LLP

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff McKesson Information Solutions LLC has served a subpoena upon Warshaw Burstein Cohen Schlesinger & Kuh LLP, a copy of which is attached hereto.

                                            Respectfully submitted,

                                            Thomas J. Allingham II (I.D. No. 0476)
                                            Michael A. Barlow (I.D. No. 3928)
                                            SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP
                                            One Rodney Square
                                            P.O. Box 636
                                            Wilmington, DE  19899

                                            Attorneys for Plaintiff McKesson
                                            Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

DATED: September 21, 2005