IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS     )
LLC,                               )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )          C.A. No. 04-1258 (SLR)
                                   )
THE TRIZETTO GROUP, INC.,          )
                                   )
                    Defendant.     )

NOTICE OF SERVICE

        The undersigned hereby certifies that copies of The TriZetto Group, Inc.'s

Responses to Plaintiff's First Set of Requests for Admissions were caused to be served on

September 20, 2005 upon the following in the manner indicated:

BY ELECTRONIC MAIL AND U.S. MAIL

        Thomas J. Allingham, II
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE  19899

        Jeffrey G. Randall
        David W. Hansen
        Michael C. Hendershot
        Donna Hill
        Skadden, Arps, Slate, Meagher & Flom LLP
        525 University Avenue
        Suite 1100
        Palo Alto, CA  94301

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/  *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

September 26, 2005