# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION )
SOLUTIONS, LLC, )
  )
        Plaintiff, )
  )        C.A. No. 04-1258 (SLR)
    v. )
  )
THE TRIZETTO GROUP, INC., )
  )
        Defendant. )

## THE TRIZETTO GROUP, INC.' S NOTICE OF DEPOSITION OF MCKESSON INFORMATION SOLUTIONS, LLC PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), defendant The Trizetto Group, Inc. will take the deposition upon oral examination of plaintiff McKesson Information Solutions, LLC on July 1, 2005, at 9:00 a.m., at the offices of Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19899-1347.

The deposition will be taken before a qualified notary public or other person authorized by law to administer oaths, will be stenographically recorded, and will continue from day-to-day (Saturdays, Sundays and legal holidays excepted) until completed. The deponent is not a natural person. Accordingly, pursuant to Fed. R. Civ. P. 30(b)(6), the deponent is required to designate one or more individuals to testify on its behalf.

The deposition will inquire into all matters designated in the attached Exhibit A.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant*
  *The Trizetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California  92614-8557
(949) 451-3800

June 9, 2005

469203

2

## EXHIBIT A
## INSTRUCTIONS AND DEFINITIONS

Definitions for some of the terms used in the following description of the subject matters for deposition(s) are listed below. Notwithstanding any definition below, each word, term, or phrase used in this Exhibit A is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

A.    The term "Caterpillar" refers to non-party Caterpillar, Inc., including its employees, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

B.    The term "The '164 Patent" means U.S. Patent No. 5,253,164 issued on October 12, 1993 to Holloway *et al.*

C.    The term "HPR" refers to Health Payment Review, Inc., its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

D.    The term "HBOC" refers to HBO & Company, its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

E.    The term "GMIS" refers to GMIS, Inc., its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and

advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

F.      The term "McKesson" refers to plaintiff McKesson Information Solutions, LLC, its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

G.      The term "Erisco" refers to Erisco Managed Care Technologies, Inc., its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

H.      The term "Trizetto" refers to defendant The Trizetto Group, Inc., its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

I.      The term "RIMS" refers to Resource Information Management Systems, Inc., its officers, directors, employees, attorneys, agents, representatives, consultants, experts, investigators, accountants, attorneys, and advisors, and any other person acting on its behalf, including subsidiary and affiliated corporations.

## SUBJECT MATTERS FOR DEPOSITION

1.      The manual review of medical claims performed at Caterpillar in the 1980s utilizing CPT-4 codes.

2

2.    The conception and reduction to practice of the invention disclosed in the '164 Patent.

3.    The prosecution of the '164 Patent.

4.    The development of the CodeReview product, including both the software and the database, that occurred in the 1980s.

5.    The enforcement of the '164 Patent, including all cease-and-desist letters, public announcements of intent to enforce the Patent, and litigation.

6.    The action entitled GMIS, Inc. v. Health Payment Review, Inc., Civil Action No. 94-576.

7.    HBOC's acquisition of HPR.

8.    HBOC's acquisition of GMIS.

9.    McKesson's acquisition of HBOC.

10.    The development of the ClaimCheck system.

11.    All licenses to the '164 Patent that have been granted.

12.    The functionality of the CodeReview system.

13.    The functionality of the ClaimCheck system.

14.    The customer base, revenues, costs and profits associated with the CodeReview system.

15.    The customer base, revenues, costs and profits associated with the ClaimCheck system.

16.    Negotiations between HPR, HBOC and/or McKesson, on the one hand, and Erisco, on the other hand.

3

17.    Negotiations between HPR, HBOC and/or McKesson, on the one hand, and TriZetto, on the other hand.

18.    Negotiations between HPR, HBOC and/or McKesson, on the one hand, and RIMS, on the other hand.

19.    The competition for customers between HPR, HBOC and/or McKesson, on the one hand, and Erisco, on the other hand.

20.    The competition for customers between HPR, HBOC and/or McKesson, on the one hand, and TriZetto, on the other hand.

21.    The competition for customers between HPR, HBOC and/or McKesson, on the one hand, and RIMS, on the other hand.

22.    The market for clinical editing software systems, including the size of the market, the participants in the market and the participants' market shares for the period 1998 to present.

23.    Comparisons that have been made of the CodeReview and/or ClaimCheck systems, on the one hand, and the Facets, ClaimFacts and/or QuickLink systems, on the other hand.

24.    Analyses performed by HPR, HBOC or McKesson with regard to providing customers with an interface between HPR, HBOC or McKesson systems and systems offered by Erisco, TriZetto or RIMS.

25.    The decision to sue TriZetto alleging infringement of the '164 Patent.

26.    Comparisons between the system(s) described in the '164 Patent and any system sold by TriZetto, Erisco or RIMS.

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2005, I caused to be electronically filed The TriZetto Group, Inc.'s Notice Of Deposition Of McKesson Information Solutions, LLC Pursuant To Fed. R. Civ. P. 30(b)(6) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899

I also certify that copies were caused to be served on June 9, 2005, upon the following in the manner indicated:

### BY HAND

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899

### BY FEDERAL EXPRESS

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA 94301

> /s/   Rodger D. Smith II
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> (302) 658-9200
> rsmith@mnat.com

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS )
LLC,                          )
                              )
                  Plaintiff,  )
          v.                  )     CIVIL ACTION NO. 04-1258-SLR
                              )
THE TRIZETTO GROUP, INC.      )
                              )
                  Defendant.  )
                              )

## MCKESSON INFORMATION SOLUTIONS LLC'S
## INITIAL DISCLOSURES

Plaintiff, McKesson Information Solutions LLC ("McKesson"), provides the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

## RESERVATION OF RIGHTS

In making these disclosures, McKesson does not waive its rights to object, pursuant to applicable federal and local rules, to the deposition or trial testimony of any of the individuals listed below. McKesson also reserves all of its rights to object to the admissibility, materiality, or relevance of the information disclosed herein. McKesson's investigation concerning this case is continuing, and McKesson reserves the right to identify other individuals and documents, if necessary, as discovery and investigation continue in accordance with Federal Rule of Civil Procedure 26(e).

## DISCLOSURES

A.   **Individuals Likely To Have Discoverable Information.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), McKesson discloses the following individuals likely to have discoverable information that McKesson may use to support its claims or defenses. In addition to the list below, individuals identified in the documents produced by McKesson are likely to have discoverable information.

McKesson reserves the right to supplement or amend this list in accordance with Federal Rule of Civil Procedure 26(e), including the identification of experts and their opinions.

1.    **Kelli A. Dugan**. Upon information and belief, Ms. Dugan's address and telephone number are 1107 Vickers Ave., Durham, North Carolina, 27707, telephone (919) 688-2359. Ms. Dugan is likely to have information regarding the conception and development of the patented invention.

2.    **Robert D. Hertenstein**. Upon information and belief, Dr. Hertenstein's address and telephone number are 412 Diamond Pt, Morton, IL 61550, telephone (309) 266-5267. Dr. Hertenstein is likely to have information regarding the conception and development of the patented invention.

3.    **Donald C. Holloway**. Dr. Holloway's address is unknown at this time. Upon information and belief, Dr. Holloway's telephone number is (781) 772-1401. Dr. Holloway is likely to have information regarding the conception and development of the patented invention.

Upon information and belief, the following witnesses are employees of the TriZetto Group, Inc. and may be contacted at 567 San Nicolas Drive, Suite 360, Newport Beach, California 92660, (949) 719-2200:

4.    **Jeff Margolis**. Mr. Margolis is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

5.    **Anthony Bellomo**. Mr. Bellomo is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

2

6.    **Craig Luftig**. Mr. Luftig is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

7.    **Bob Yengle**. Mr. Yengle is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

8.    **Jim Trotter**. Mr. Trotter is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

9.    **Allen Gold**. Mr. Gold is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

10.    **Mark Richardson**. Mr. Richardson is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

11.    **Linda Bernier**. Ms. Bernier is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

12.    **John Jordan**. Mr. Jordan is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

13.    **Duffey Richardson**. Mr. Richardson is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

The following individuals are employees of McKesson and, to the extent TriZetto wishes to contact any of them, TriZetto should contact McKesson's counsel of record at Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Ave., Suite 1100, Palo Alto, California, 94306, telephone (650) 470-4500, to discuss the issue:

3

14. **Carolyn Wukitch**. Ms. Wukitch is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

15. **Janet Cutcliff**. Ms. Cutcliff is likely to have information regarding TriZetto's willful infringement of the '164 patent and the resulting damages to McKesson.

16. **Chris Doubleday**. Mr. Doubleday is likely to have information regarding McKesson's damages resulting from TriZetto's willful infringement of the '164 patent.

17. **Karen Bell**. Ms. Bell is likely to have information regarding McKesson's damages resulting from TriZetto's willful infringement of the '164 patent.


**B.    Documents.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), McKesson discloses that "all documents, data compilations, and tangible things in the possession, custody, or control" of McKesson that McKesson may use to support its claims or defenses are believed to be located at either McKesson's offices, including 5 Country View Road, Malvern, Pennsylvania 19355 and 5995 Windward Parkway, Alpharetta, Georgia 30005, or the offices of its counsel of record, Skadden, Arps, Slate, Meagher & Flom LLP, located at 525 University Ave., Suite 1100, Palo Alto, California, 94306. These documents either have been produced or will be made available to TriZetto for inspection in accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure. McKesson's investigation concerning this case is continuing, and McKesson reserves the right to identify, produce, and rely upon further documents and things in support of its positions as such further documents and things may be discovered.

**C.    Computation of Damages.**

McKesson's investigation concerning damages is continuing, and McKesson is unable to provide a computation of damages until it has received and analyzed pertinent sales information from TriZetto relating to its infringing products. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), McKesson will produce a computation of damages and the documents on which that computation is based when they are available.

**D.    Insurance.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(D), McKesson discloses that it is unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered against McKesson in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  December 15, 2004

By:

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher
& Flom LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500
(650) 470-4570 (fax)

Attorneys for Plaintiff,
McKesson Information Solutions LLC

5

## CERTIFICATE OF SERVICE

I, Pamela Carrier, hereby certify that copies of the foregoing were caused to be

served on December 15, 2004 upon the following in the manner indicated:

### BY FACSIMILE & FEDERAL EXPRESS:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 425-3012 (fax)

John M. Benassi
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
(858) 720-255 (fax)

Pamela Carrier

# EXHIBIT E

REDACTED

# EXHIBIT F

REDACTED