# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

September 30, 2005

REDACTED PUBLIC VERSION

BY ELECTRONIC FILING

The Honorable Sue L. Robinson          Original Filed September 30, 2005
United States District Court           Redacted Public Version Filed October 3, 2005
844 King Street
Wilmington, Delaware 19801

Re:   *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
      Civil Action No. 04-1258-SLR

Dear Chief Judge Robinson:

At the September 22 conference, the Court permitted the parties to identify up to three documents, enclosures to which were missing from the production, stating that it would require each party to look for and produce the enclosures if they exist. TriZetto has identified three such documents from McKesson's document production.

The first is MCK117578, a January 24, 1989 letter from Marcia J. Radosevich to Faith Glover, Director of Health Information at Erisco (TriZetto's predecessor) (Exhibit A). That letter references "enclos[ed] materials which describe HPR and our expert system, CodeReview(tm), which corrects physician claim coding errors." McKesson marked the letter as an exhibit during the depositions of Anthony Bellomo and Craig Luftig of TriZetto. The enclosures are critical because McKesson has recently claimed, without any evidentiary support, that Erisco copied the information in the enclosures when it developed its accused software products.

The second is MCK126352-MCK126373, which was marked as an exhibit during the deposition of Karen Bell (Exhibit B). Ms. Bell has been a marketing manager at McKesson (and its predecessors in interest) since 1996. Part of the exhibit is a document entitled "McKesson Clinical Auditing & Compliance Division Code Editing Product Strategy White Paper." At Section 5.3 of the document (page MCK126357), it references "Karen's competitive matrix (April 10) and Market Overview." The competitive matrix and market overview referenced in the document is critical because Ms. Bell testified that they constitute McKesson's analysis of the product strategy for clinical editing products, including McKesson's product and the accused products at issue in this case.

The third is GG 0022-0023, a letter from Michele K. Herman of Woodcock Washburn Kurtz Mackiewicz & Norris LLP to Michael Waitzkin, Esq. of Baach Robinson & Lewis sent regarding earlier litigation concerning the '164 Patent (Exhibit C). At his deposition, Dr. Goldberg testified that there were approximately 10 or so pages that accompanied that letter, and

Honorable Sue L. Robinson
September 30, 2005
Page 2

that these documents were given to McKesson's counsel for production in response to the subpoena that TriZetto served on Dr. Goldberg. GG 0023 was the last page of Dr. Goldberg's documents that were produced to TriZetto.

Accordingly, TriZetto requests that the Court order McKesson to identify by bates numbers, or produce, the enclosures referenced in Exhibits A, B and C. Alternatively, if the materials do not exist, McKesson should say so in writing.

                Respectfully,

                /s/ *Jack B. Blumenfeld (#1014)*

                Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Thomas J. Allingham, Esquire (By Hand)
       Jeffrey G. Randall, Esquire (By Email)
       Jeffrey T. Thomas, Esquire (By Email)

485486