# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 4, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the
  District of Delaware
844 N. King Street
Wilmington, Delaware 19801

RE:   *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
      C.A. No. 04-1258-SLR

Dear Chief Judge Robinson:

As a follow up to the September 22, 2005 hearing in this case, rather than request relief concerning the lack of preparation of TriZetto's Rule 30(b)(6) witnesses, McKesson hereby requests that Your Honor order TriZetto to provide information in response to the McKesson's Rule 30(b)(6) topics discussed below.

Contrary to TriZetto's representations during the September 22 hearing, *see* Tr. at 33-34, TriZetto did not provide McKesson with written objections to any of these topics prior to its counsel's vague email sent late in the evening on September 15. Despite repeated requests before, during and after the September 22 hearing, TriZetto has never identified the supposed "prior communications" referenced in counsel's email in which TriZetto allegedly previously objected to these topics. TriZetto thus waived its objections to these topics. Having now effectively frustrated McKesson's ability to obtain testimony on these topics, McKesson requests that Your Honor provide the following, modest relief.

*First*, TriZetto has refused to produce witnesses on McKesson Rule 30(b)(6) topic numbers 18 (the identity of each customer of each Accused Product), 19 (information including the sales date and amount of the sale for each customer of each Accused Product), and 20 (the functionality of the Accused Product used by each customer). McKesson respectfully requests that TriZetto be ordered to provide, as its response to these topics, a written statement, admissible at trial, that identifies: (i) each customer that bought or used one or more of the three Accused Products during the relative damages period (1998 to the present), (ii) the particular Accused Product(s) used by each of these customers, (iii) the contract date, contract amount and

The Honorable Sue L. Robinson
October 4, 2005
Page 2

total revenue (by year) received by TriZetto for each such customer (please note that TriZetto typically receives ongoing maintenance and other fees from its customers that should be included in this response), and (iv) whether each such customer uses the clinical editing functionality of the Accused Product (other of TriZetto's witnesses have testified that they did not know, but could provide this information). Please note that TriZetto has also failed to provide this information to McKesson in response to McKesson Interrogatory Nos. 14 and 26.

*Second*, concerning the following McKesson Rule 30(b)(6) topics on which TriZetto has refused to produce a witness, McKesson requests that TriZetto be ordered to provide a written, admissible statement that TriZetto is unable to produce a witness on these topics:

- Topic No. 8: McKesson's alleged "substantial knowledge of Erisco and TriZetto's products" as stated in TriZetto's Response To McKesson Interrogatory No. 11.

- Topic No. 11: Investigations or analyses by TriZetto, Erisco and RIMS into the applicability of any claims of the '164 patent to any Accused Product.

- Topic No. 12: Investigations or analyses by TriZetto, Erisco and RIMS into the validity of any claim of the '164 patent.

- Topic No. 13: Investigations or analysis by TriZetto, Erisco and RIMS into the enforceability of any claim of the '164 patent.

- Topic No. 38: The potential impact of this lawsuit on TriZetto's, Erisco's and RIMS's business.

Respectfully submitted,

Michael A. Barlow (Del. I.D. #3928)

cc:   Jeffrey G. Randall, Esq. (by e-mail)
      Jack B. Blumenfeld, Esq. (by e-filing)
      Jeffrey T. Thomas, Esq. (by e-mail)

429874-Wilmington Server 1A - MSW