# EXHIBIT A

## EXHIBIT A

PAGES 44-50 OF THE DEPOSITION TESTIMONY OF ANTHONY BELLOMO, EXECUTIVE VICE PRESIDENT OF TRIZETTO (SEPT. 19, 2005)

[MR. RANDALL]:   . . . Has TriZetto based its decision to continue to make and sell the three accused infringing systems based on any advice from counsel it received after the lawsuit was filed, yes or no?

MR. THOMAS:  Again, if you can answer that question without disclosing the content of communications with trial counsel, go ahead.

[MR. BELLOMO]:   Yes.

[MR. RANDALL]:  And is that advice that TriZetto is relying on, at least in part, for its decision to continue to make and sell the three accused infringing devices after the lawsuit was filed, in writing?

[MR. BELLOMO]:   I don't know.

[MR. RANDALL]:  Is that advice that TriZetto is relying on oral advice?

[MR. BELLOMO]: It's certainly discussions that were had.  I believe there is some material that's written that, while not necessarily a legal opinion, was certainly discussion material that we reviewed that had in it different arguments about this, about the patent, the enforceability, the prior art and many forms of prior art that we now are aware of, and all the --

MR. THOMAS:  Okay, Mr. Bellomo, I'm going to stop you here because if you're talking about communications -

[MR. BELLOMO]:  We are --

MR. THOMAS:  Wait, wait, let me finish -- communications with law firms that you've retained to defend you in this litigation that relate to the contentions and defenses being made by TriZetto in this litigation, you're instructed not to reveal those.

[MR. BELLOMO]:  Then I probably said too much.

. . .

[MR. RANDALL]:   Mr. Bellomo, I'm not asking you about, at least at this point, at least about the details of these communications. . . . I'm trying to find out what TriZetto was relying on in making its decision to continue to make and sell the infringing devices.

All right, with that in mind, the question is:  Is TriZetto relying on oral or written communications from its attorneys after the lawsuit was filed regarding noninfringement or invalidity based on prior art in making its decision to continue to make and sell the accused infringing systems?

[MR. BELLOMO]:  Yes.

[MR. RANDALL]:  And the form of those communications is both written and oral, is that fair to say?

[MR. BELLOMO]:  As far as I recall, yes.

. . .

[MR. RANDALL]:  Did the legal advice that TriZetto received from its outside lawyers after the lawsuit was filed and that it relied upon in order to continue to make and sell the infringing systems come from both its previous trial counsel Paul Hastings and its current counsel Gibson, Dunn & Crutcher?

. . .

[MR. BELLOMO]:  I believe so.