IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on October 3, 2005, copies of McKesson's Supplemental Proposed Claim Terms and Constructions were served on the following counsel in the manner indicated below:

**BY EMAIL**

Jeffrey Thomas, Esq.
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA 92614
Facsimile: 949-475-4670

Jack B. Blumenfeld, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Facsimile: 302-425-3012

*[signature]*

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
  Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

DATED:  October 4, 2005