IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>                Plaintiff,<br>v.<br><br>THE TRIZETTO GROUP, INC.<br><br>                Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## ORDER

TriZetto's Response to McKesson's Objections Regarding its Recent Prior Art Disclosures seeking reconsideration of the Court's September 22, 2005 rulings precluding TriZetto from relying upon prior art evidence and witnesses first identified to McKesson on September 13, 2005 is DENIED.

As set forth during the September 22, 2005 discovery conference, TriZetto is precluded from relying upon the following at trial:

(1) any of the fifteen prior uses identified in TriZetto's Fourth Supplemental Respone to McKesson's Interrogatory No. 6;

(2) any prior art publication or patent other than the nineteen references charted in TriZetto's Third Supplemental Respone to McKesson's Interrogatory No. 6;

(3) the testimony of any witnesses identified in TriZetto's Third Supplemental Initial Disclosures but not in any of TriZetto's prior Initial Disclosures; and

(4) the testimony of any expert witness regarding any excluded prior art publication, patent, or use.

IT IS SO ORDERED

DATED: _____    _____
                                                                    Hon. Sue L. Robinson