# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000
Fax: (302) 651-3001
http://www.skadden.com

DIRECT DIAL
302-651-3154
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 7, 2005

By Electronic Filing

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      RE:    *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*,
            C.A. No. 04-1258 (SLR) (D. Del.)

Dear Chief Judge Robinson:

      This is in response to TriZetto's September 30 letter concerning production of enclosures missing from three documents included in McKesson's production. (D.I. 108, 111). Consistent with Your Honor's ruling at the September 22 conference, McKesson will look for these enclosures and either produce them to TriZetto or inform TriZetto if any of the enclosures do not exist. McKesson has, for the time being, reserved its reciprocal right to similarly require TriZetto to produce missing enclosures for three documents. Among other things, McKesson would like to first review TriZetto documents still to be produced as a result of TriZetto's broad waiver of the attorney-client privilege and work product protections. McKesson will only bring this issue to Your Honor's attention if problems arise in connection with TriZetto's response to McKesson's reciprocal request.

                                                          Respectfully submitted,

                                                           Michael A. Barlow (#3928)

CC:    Jack B. Blumenfeld, Esq. (by e-filing)
          Jeffrey T. Thomas, Esq. (by e-mail)