# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 12, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

RE: *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
C.A. No. 04-1258-SLR

Dear Chief Judge Robinson:

      We write to correct certain misstatements in TriZetto's October 7, 2005 letter regarding McKesson's request for relief in connection with certain of its Rule 30(b)(6) topics objected to by TriZetto. (D.I. 118). TriZetto has not in fact produced all of the documents from which McKesson can obtain the customer information requested in our October 4 letter. (D.I. 112). TriZetto answered McKesson's interrogatory directed at this information by referencing documents in it production. TriZetto's production, however, contained documents for fewer than half of its customers. When we requested the relevant documents for the remaining customers, TriZetto stated that they did not exist. As a result, McKesson was forced to seek this information through a Rule 30(b)(6) deposition, only to have TriZetto refuse to produce a witness able to provide the information missing from TriZetto's production and interrogatory response. Under these circumstances, McKesson's request for a complete answer to its interrogatory, as requested in our October 4 letter, in lieu of a Rule 30(b)(6) deposition is appropriate. *See, e.g., United States v. Mass. Indust. Fin. Agency*, 162 F.R.D. 410, 412 (D. Mass. 1995).

Respectfully submitted,

Michael A. Barlow (#3928)

cc: Jeffrey T. Thomas, Esq. (by e-mail)
      Jack B. Blumenfeld, Esq. (by e-filing)