# Exhibit A - 1

*McKesson Information Solutions LLC v. The TriZetto Group, Inc.,*
C.A. No. 04-1258-SLR (D. Del.)

## McKesson's Supplemental Proposed Claim Terms And Constructions

Pursuant to the Court's Scheduling Order and the Court's Order dated September 20, 2005, McKesson sets forth below a supplemental list of the claim terms to be construed by the Court in this action and McKesson's supplemental proposed constructions of those terms. McKesson's investigation is ongoing, and claim construction issues will not be presented to the Court until December 15, 2005. TriZetto has also asserted that it cannot propose constructions for certain claim terms on the ground that such terms are indefinite. Although McKesson has repeatedly demanded that TriZetto provide any alternative constructions it may have for those terms, TriZetto has elected not to offer such constructions. McKesson reserves the right to add to or otherwise modify the below list of terms and proposed constructions if TriZetto seeks to offer belated constructions of terms it asserts are indefinite and to the extent warranted by McKesson's further investigation and analysis in this case.

### Claim 1

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 1. In *a computer system* having *means for operating on a predetermined database* containing *medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*, a method for processing input claims containing at least one medical service code, | *a computer system*<br><br>A system composed of two or more electronic devices (including a computer central processing unit and associated memory) and associated software, capable of receiving and processing medical claims as set out in the patent claims.<br><br>*a predetermined database*<br><br>Computer-readable data that is provided in a format that cannot be modified by the | *means for operating on a predetermined database*<br><br>The structure corresponding to this means comprises data processing capabilities, a memory, and software capable of managing a database, as well as their equivalents. *See, e.g.*, Fig. 1; col. 4, ll. 33-42. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See, e.g.*, Fig. 1; col. 4, ll. 33- |

1

| Claim 1 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| comprising the steps of: | recipient. | 42; col. 10, ll. 51-64; App. D. |
| | **containing medical service codes and a set of relationships among the medical service codes** | **a computer system** |
| | Including only medical service codes and a set of relationships among the medical service codes. | Ordinary meaning. No construction required. |
| | | **medical service code** |
| | **medical service codes** | A code representing a particular medical service or procedure, *e.g.*, CPT-4 codes, CRVS codes, and similar medical service or procedure codes. |
| | A code, description, or other indicator that is used to denote a medical service, treatment, or procedure. | |
| | | **a predetermined database containing medical service codes and a set of relationships among the medical service codes** |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes** | Ordinary meaning. No construction required. |
| | This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes** |
| | | A set of relationships among the medical service codes defining whether one or more medical service codes are appropriate for payment when input with one or more different medical service codes. |
| (a) receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | Ordinary meaning. No construction required. |

2

## Claim 1

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| (b) **determining whether any medical service code contained in the at least one claim is not present in the predetermined database**; and | Performing a check to verify that the medical service codes input by the user as part of a claim actually exist in the predetermined database. | Ordinary meaning. No construction required. |
| (c) informing a user that a medical service code is not contained in the predetermined database. | *TriZetto does not believe this limitation requires construction.* | Ordinary meaning. No construction required. |

## Claim 2

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 2. In **a computer system** having *means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*, a method for processing input claims containing at least one medical service code, comprising the steps of: | **a computer system** *See Claim 1.* **a predetermined database** *See Claim 1.* **containing medical service codes and a set of relationships among the medical service codes** *See Claim 1.* **medical service codes** *See Claim 1.* | *means for operating on a predetermined database* *See Claim 1.* **a computer system** *See Claim 1.* **medical service code** *See Claim 1.* **a predetermined database containing medical service codes and a set of relationships among the medical service** |

3

## Claim 2

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes** <br><br> *This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* | **codes** <br> *See Claim 1.* <br><br> **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes** <br> *See Claim 1.* |
| (a) receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | Ordinary meaning. No construction required. |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | *TriZetto does not believe this limitation requires construction.* | Ordinary meaning. No construction required. |
| (c) **determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;** | **determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim** <br><br> No structure is found in the specification supporting this means-plus-function language. <br><br> **non-medical criteria** <br><br> *This phrase is indefinite, in so far as a person of ordinary skill in the art would not* | **determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim** <br> Ordinary meaning. No construction required. <br><br> **non-medical criteria** <br> Ordinary meaning. No construction required. |

4

## Claim 2

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| | know what this phrase covers and the phrase is not defined in the specification. | |
| (d) **authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step**; and | Displaying on a computer monitor or otherwise communicating to a user that a medical service code input by the user as part of a claim should be authorized, as determined by the "determining" step. | Ordinary meaning. No construction required. |
| (e) **rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.** | Displaying on a computer monitor or otherwise communicating to a user that a medical service code input by the user as part of a claim should not be authorized, as determined by the "determining" step. | Ordinary meaning. No construction required. |

## Claim 3

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 3. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* |

5

| Claim Terms To Be Construed | Claim 3 | |
|---|---|---|
| | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| (a) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | a predetermined database<br>*See Claim 1.*<br><br>containing medical service codes and a set of relationships among the medical service codes<br>*See Claim 1.*<br><br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes<br>*See Claim 1.*<br><br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br>*See Claim 1.* |
| (b) means for receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | McKesson agrees with TriZetto that this claim element does not require construction.<br><br>The structure corresponding to this means comprises hardware and software capable of receiving the at least one claim by the computer system, as well as equivalents. *See, e.g.,* Fig. 1; col. 4, ll. 27-42 & 51-54; App. D. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance |

6

| Claim Terms To Be Construed | Claim 3 TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *TriZetto does not believe this limitation requires construction.* | McKesson agrees with TriZetto that this claim element does not require construction. The structure corresponding to this means comprises software capable of ascertaining whether the at least one claim contains a plurality of medical service codes, as well as its equivalents. *See.e.g.*, Figs. 2-43; col. 5, ll. 45-47 & 52-54; App. D. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See, e.g.,* Figs. 2-3; col. 5, ll. 45-47 & 52-54; col. 10, ll. 51-64; App. D. with this claim. *See, e.g.,* Fig. 1; col. 4, ll. 27-42 & 51-54; col. 10, ll. 51-64; App. A. |
| (d) __means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;__ | __means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database__<br><br>No structure is found in the specification supporting this means-plus-function language.<br><br>__valid or invalid__ | __means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database__<br><br>The structure corresponding to this means comprises software capable of interacting with the database and the set of relationships contained therein to determine whether one of the medical service codes in the plurality of medical service codes is valid or invalid, as |

7

| Claim Terms To Be Construed | Claim 3 | |
|---|---|---|
| | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| | This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64.<br><br>**valid or invalid**<br><br>Appropriate or inappropriate for payment. |
| (e) **means for authorizing medical service codes which are valid in response to the means for determining**; and | Displaying on a computer monitor or otherwise communicating to a user that a medical service code input by the user as part of a claim should be authorized, as determined in the "determining" step. | The structure corresponding to this means comprises software capable of authorizing medical services codes which are valid in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1,2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. |
| (f) **means for rejecting** | Displaying on a computer monitor or | The structure corresponding to this means |

8

| Claim 3 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| medical service codes which are invalid in response to the means for determining. | otherwise communicating to a user that a medical service code input by the user as part of a claim should not be authorized, as determined in the "determining" step. | comprises software capable of rejecting medical services codes which are invalid in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. |

| Claim 4 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| 4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes. | No structure is found in the specification supporting this means-plus-function language. | The structure corresponding to this means comprises software capable of revising the at least one claim to delete invalid medical services codes, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance |

9

### Claim 4

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| | | with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. |

### Claim 5

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 5. The apparatus of claim 4, further comprising *means for informing a user why the at least one claim was revised.* | | The structure corresponding to this means comprises hardware and software capable of informing a user why the at least one claim was revised, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. D; col. 4, ll. 42-47; col. 6, ll. 55-66; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. D; col. 4, ll. 42-47; col. 6, ll. 55-66; col. 10, ll. 8-16 & 51-64. |

### Claim 6

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 6. The apparatus of claim 3, wherein the database containing | *See Claim 1.* | *See claim 1.* |

10

### Claim 6

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| **medical service codes** includes medical service codes described by CPT codes. | | |

### Claim 8

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 8. The apparatus of claim 3, further comprising *means for requesting further information from a user regarding the at least one claim.* | | The structure corresponding to this means comprises hardware and software capable of requesting further information from a user regarding the at least one claim, as well as its equivalents. *See* Figs. 1, 2 & 4; App. B; App. D; col. 4, ll. 42-50 & 56-64; col. 7, l. 61 – col. 10, l. 2; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 4, ll. 42-50 & 56-64; col. 7, l. 61 – col. 10, l. 2; col. 10, ll. 8-16 & 51-64. |

### Claim 9

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 9. The apparatus of claim 3, | This phrase is indefinite, in so far as a | Ordinary meaning. No construction required. |

11

## Claim 9

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| wherein the relationships among the medical service codes include **medically determined relationships**. | person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | |

## Claim 10

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 10. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising: | *See Claim 1.* | *See Claim 1.* |
| (a) a **predetermined database** stored in the associated memory, the database **containing medical service codes and a set of relationships among the medical service codes** defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | a predetermined database *See Claim 1.* containing medical service codes and a set of relationships among the medical service codes *See Claim 1.* a set of relationships among the medical service codes defining whether selected ones of the medical service codes are | a predetermined database ... containing medical service codes and a set of relationships among the medical service codes *See Claim 1.* a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes |

12

| Claim 10 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| | **valid when received with other selected ones of the medical service codes** | |
| | *See Claim 3.* | *See Claim 1.* |
| (b) means for receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| **(d) means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;** | No structure is found in the specification supporting this means-plus-function language. | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 10. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, |

13