# Exhibit A - 2

## Claim 10

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| | | l. 10; col. 10, ll. 51-64. |
| (e) **means for authorizing** medical service codes which are not contained in any other medical service code; and | No structure is found in the specification supporting this means-plus-function language. | *See Claim 3.* |
| (f) **means for rejecting** medical service codes which are contained in any other medical service code. | No structure is found in the specification supporting this means-plus-function language. | *See Claim 3.* |

## Claim 11

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 11. The apparatus of claim 10, further comprising **means for revising the at least one claim to not include a rejected medical service code.** | No structure is found in the specification supporting this means-plus-function language. | The structure corresponding to this means comprises software capable of revising the at least on claim to not include a rejected medical service code, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; |

14

| Claim 11 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| | | App. B; app. D; col. 6, ll. 30-43; col. 10, ll. 8-16 & 51-64. |

| Claim 12 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| 12. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* |
| (a) **a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **a predetermined database**<br>*See Claim 1.*<br><br>**containing medical service codes and a set of relationships among the medical service codes**<br>*See Claim 1.*<br><br>**a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br>This phrase is indefinite, in so far as a person of ordinary skill in the art would not | **a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes**<br>*See Claim 1.*<br><br>**a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br>*See Claim 1.* |

15

| Claim 12 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| | know what this phrase covers and the phrase is not defined in the specification. | |
| (b) means for receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| (d) <u>means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim;</u> | No structure is found in the specification supporting this means-plus-function language. | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. |
| (e) <u>means for authorizing medical service codes which are</u> | No structure is found in the specification supporting this means-plus-function | *See Claim 3.* |

16

### Claim 12

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| not medically exclusive with any other medical service codes in the at least one claim in response to the means for determining; and | language. | |
| (f) means for rejecting medical service codes which are medically exclusive with any other medical service codes in the at least one claim in response to the determining step. | No structure is found in the specification supporting this means-plus-function language. | *See Claim 3.* |

### Claim 13

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 13. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system** *See Claim 1.* **medical service code** *See Claim 1.* | **a computer system** *See Claim 1.* **medical service code** *See Claim 1.* |
| (a) **a predetermined database** stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical** | **a predetermined database** *See Claim 1.* **containing medical service codes and a set of relationships among the medical** | **a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes** |

17

| Claim Terms To Be Construed | Claim 13 | |
|---|---|---|
| | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | service codes<br>See Claim 1.<br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br>This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | See Claim 1.<br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br>See Claim 1. |
| (b) means for receiving at least one claim; | TriZetto does not believe this limitation requires construction. | See Claim 3. |
| (c) **means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database**; and | Performing a check to verify that the medical service codes input by the user as part of a claim actually exist in the predetermined database. | The structure corresponding to this means comprises software capable of interacting with the database to determine whether any medical service code contained in the at least one claim is not present in the database, as well as its equivalents. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. |

18

### Claim 13

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| (d) means for informing a user that a medical service code is not contained in the predetermined database. | *TriZetto does not believe this limitation requires construction.* | McKesson agrees with TriZetto that this claim element doe not require construction.<br><br>The structure corresponding to this means comprises hardware and software capable of informing a user that a medical service code is not contained in the database, as well as its equivalents. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. |

### Claim 14

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 14.  **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* | **a computer system**<br>*See Claim 1.*<br><br>**medical service code**<br>*See Claim 1.* |
| (a) **a predetermined database** stored in the associated | **a predetermined database** | **a predetermined database** … containing medical service codes and a set of |

19

| Claim Terms To Be Construed | Claim 14 TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | *See Claim 1.* <br><br> containing medical service codes and a set of relationships among the medical service codes <br> *See Claim 1.* <br><br> a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes <br><br> This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | relationships among the medical service codes <br> *See Claim 1.* <br><br> a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes <br> *See Claim 1.* |
| (b) means for receiving at least one claim; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *TriZetto does not believe this limitation requires construction.* | *See Claim 3.* |
| (d) means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other | means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one | means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim |

20

## Claim 14

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| medical service code in the at least one claim; | **claim**<br><br>No structure is found in the specification supporting this means-plus-function language.<br><br>**non-medical criteria**<br><br>This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64.<br><br>**non-medical criteria**<br><br>*See Claim 2.* |
| (e) **means for authorizing medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining;** and | Displaying on a computer monitor or otherwise communicating to a user that a medical service code input by the user as part of a claim should be authorized, pursuant to the "determining" step. | *See Claim 3.* |
| (f) **means for rejecting medical service codes which are** | Displaying on a computer monitor or otherwise communicating to a user that a | *See Claim 3.* |

21

## Claim 14

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| **mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.** | medical service code input by the user as part of a claim should not be authorized, pursuant to the "determining" step. | |

## Claim 15

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 15. A computer system including a central processing unit and associated memory for processing input claims containing at least one *medical service code*, comprising: | | *medical service code*<br><br>*See Claim 1.* |
| (a) *a predetermined database* stored in the associated memory, the database *containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*; | | *a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes*<br><br>*See Claim 1.*<br><br>*a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the* |

22

| Claim 15 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| | | *medical service codes* |
| | | *See Claim 1.* |
| (b) means for receiving at least one claim; | | *See Claim 3.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | | *See Claim 3.* |
| (d) means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database; | | *See Claim 3.* |
| (e) means for authorizing the at least one claim in response to the means for determining; and | | The structure corresponding to this means comprises software capable of authorizing the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in |

23

## Claim 15

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| | | accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. |
| (f) means for rejecting the at least one claim in response to the means for determining. | | The structure corresponding to this means comprises software capable of rejecting the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. |

## Claim 16

| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
|---|---|---|
| 16.   In a computer system having *means for operating on a predetermined database containing medical service codes and a set of* | | *means for operating on a predetermined database*<br>*See Claim 1.* |

24

| Claim 16 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **TriZetto's Proposed Claim Construction** | **McKesson's Proposed Claim Construction** |
| *relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes*, a method for processing input claims containing at least one medical service code, comprising the steps of: | | *a predetermined database containing medical service codes and a set of relationships among the medical service codes*<br><br>See Claim 1.<br><br>*medical service code*<br><br>See Claim 1.<br><br>*a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*<br><br>See Claim 1. |
| (a) receiving at least one claim; | | Ordinary meaning. No construction required. |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | | Ordinary meaning. No construction required. |
| (c) determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the | | Ordinary meaning. No construction required. |

25

| Claim 16 | | |
|---|---|---|
| Claim Terms To Be Construed | TriZetto's Proposed Claim Construction | McKesson's Proposed Claim Construction |
| database; | | |
| (d) authorizing the at least one claim in response to the determining step; and | | Ordinary meaning. No construction required. |
| (e) rejecting the at least one claim in response to the determining step. | | Ordinary meaning. No construction required. |

26