# Exhibit B

Case 1:04-cv-01258-SLR   Document 128-4   Filed 10/12/2005   Page 1 of 4

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

One Montgomery Street  San Francisco, California 94104-4505
(415) 393-8200
www.gibsondunn.com

msitzman@gibsondunn.com

October 7, 2005

Direct Dial
(415) 393-8221
Fax No.
(415) 374-8454

Client No.
T 92654-00006

VIA ELECTRONIC MAIL AND FACSIMILE

Jeffrey Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

   Re: *McKesson Information Solutions LLP v. The TriZetto Group, Inc.*
     C.A. No. 04-1258-SLR (D. Del.)

Dear Mr. Randall:

  We are writing with regard to McKesson's supplemental claim construction which was belatedly served on Monday, October 3, 2005. In addition to the fact that McKesson failed to serve its supplementation as required by the Court's September 22 ruling, McKesson's supplemental claim construction fails to comply with the Court's Order dated September 20, 2005 in several significant respects.

  *First*, each of the means plus function limitations set out by McKesson contains multiple references to multiple portions of the specification, the figures and the appendices. Not one of the limitations identifies a specific structure. Thus, it is unclear from McKesson's submission whether it is asserting that all of the cited portions of the specification, taken as a whole, identify the corresponding structure or whether each individual citation identifies the appropriate structure. McKesson's position in this regard must be clarified as required by the Court.

  *Second*, McKesson has not proffered any interpretation of the proposed means plus function terms. Instead, it has once again repackaged the same language utilized in the actual claim. McKesson must provide a proposed construction as required by the Court.

  *Third*, each of the means plus function limitations set out by McKesson contain a statement that the corresponding structure would be known by those skilled in the art. Please

## GIBSON, DUNN & CRUTCHER LLP

Jeffrey Randall
October 7, 2005
Page 2

clarify whether it is McKesson's position that each of the means plus function claim limitations are obvious to those skilled in the art or whether the structure is disclosed in some portion of the specification. To the extent it is the latter, McKesson must so state and provide a citation to the "specific algorithm disclosed in the specification." Memorandum Opinion, ¶ 1.

Please provide the foregoing supplementations by October 11, 2005. If we do not receive them by that time, we will raise this matter with the Court.

Very truly yours,

Michael A. Sitzman

MAS/ksz
cc:   David Hansen
      Bernard Shek

40217525_1.DOC

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650-470-4513
EMAIL ADDRESS
BSHEK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 10, 2005

**Via Facsimile and Email**

Michael Sitzman, Esq.
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*
C.A. No. 04-1258 (SLR) (D. Del.)

Dear Mike:

I am responding to your letter dated October 7, 2005, to Jeff Randall. We have fully complied with the Court's order and have supplemented our claim construction to identify exactly what the Court ordered us to identify. Accordingly, McKesson is not required to provide any further supplementation.

Very truly yours,

Bernard C. Shek

BCS:yc

cc:  Jeffrey Thomas
     David Segal
     Jack Blumenfeld