# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS :
LLC,                                          :

        Plaintiff,

    v.                                    Civil Action No. 04-1258-SLR

THE TRIZETTO GROUP, INC.,

        Defendant.



### <u>ORDER</u>

At Wilmington this **14th** day of **October, 2005,**

IT IS ORDERED that the mediation conference scheduled for Thursday, October 13, 2005 beginning at 10:00 a.m. has been rescheduled to **Monday, November 7, 2005 at 10:00 a.m.**  No further submissions are required from the parties.  All other provisions of the Court's March 21, 2005 Order shall remain in full force and effect.

        Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE