IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS, )
LLC, )
                                             )
       Plaintiff, )
                                             )
   v. ) Civ. No. 04-1258-SLR
                                             )
THE TRIZETTO GROUP, INC., )
                                             )
       Defendant. )

**O R D E R**

At Wilmington this 20th day of October, 2005, having reviewed the numerous papers submitted by the parties to the above litigation in connection with various discovery disputes (D.I. 106, 107, 108, 109, 112, 113, 117, 118, 119, 120, 121, 124, 125, 126, 127, 128);

IT IS ORDERED that:

1. **Advice of counsel.** I will not reconsider my prior position on this issue. Therefore, defendant need **not** produce post-litigation communications with trial counsel.

2. **Rule 30(b)(6) depositions.** Both parties have managed to act unreasonably in this regard. Therefore, **on or before October 31, 2005**, defendant shall file a written response to plaintiff's deposition topics 18-20; plaintiff shall file a written response

to defendant's depositin topics 5, 17 and 18.  I decline plaintiff's demand for a "written admissible statement that TriZetto is unable to produce a witness" on certain 30(b)(6) topics.

    3. **Prior art references.**  Three days before the close of discovery, defendant identified multiple new prior art references and prior uses, thus preventing full and fair opportunity for discovery.  Rather than preclude defendant from relying on all such materials, however, **on or before October 31, 2005,** defendant shall file notice of whether it intends to go forward with the prior art references identified and charted by the August 2, 2005 discovery conference, or whether it wants to bifurcate the issues of infringement/damages from invalidity, with completion of discovery and trial on invalidity at some point in the future.

    4. **Plaintiff's claim construction.**  Any continuing objections to plaintiff's claim construction shall be addressed through expert discovery and the summary judgment motion practice.

                                                  _____
                                                    United States District Judge