IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that the Expert Report of Dr. Larry Kerschberg, the Expert Report of Randall Davis and the Expert Report of Philip M. Hawley, Jr. were served as follows:

BY EMAIL AND OVERNIGHT MAIL ON OCTOBER 24, 2005

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

BY HAND DELIVERY ON OCTOBER 25, 2005

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          /s/  *Jack B. Blumenfeld*
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith, II (#3778)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                            Attorneys for Defendant
                                            The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

October 25, 2005