IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>                      Plaintiff,<br><br>           v.<br><br>THE TRIZETTO GROUP, INC.<br><br>                      Defendant. | Civil Action No. 04-1258-SLR |

## NOTICE PURSUANT TO PARAGRAPH 3
## OF THE COURT'S OCTOBER 20, 2005 ORDER

Pursuant to paragraph 3 of the Court's October 20, 2005 Order (D.I. 132), defendant The TriZetto Group, Inc. elects to bifurcate the prior art issues, with completion of discovery and trial on those issues at some point in the future.

MORRIS, NICHOLS, ARSHT & TUNNELL

*Jack B. Blumenfeld (#1014)*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200

Attorneys for Defendant
The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER, LLP
Jamboree Center 4 Park Plaza
Irvine, CA  92614

October 31, 2005

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on October 31, 2005, I electronically filed Notice Pursuant to Paragraph 3 of the Court's October 20, 2005 Order with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I, also certify that copies were caused to be served on October 31, 2005 upon the following in the manner indicated:

>BY HAND
>
>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE  19899
>
>BY FEDERAL EXPRESS
>
>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Ave.
>Suite 1100
>Palo Alto, CA  94301

>*Jack B. Blumenfeld (#1014)*
>_____
>Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, Delaware 19899
>(302) 658-9200
>jblumenfeld@mnat.com