IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

        The undersigned hereby certifies that copies of Defendant's Supplemental Response to Plaintiff's Rule 30(b)(6) Deposition Notice were caused to be served on October 31, 2005 upon the following in the manner indicated:

BY UPS OVERNIGHT MAIL

    Thomas J. Allingham
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, DE  19899

    Jeffrey G. Randall
    Skadden, Arps, Slate, Meagher & Flom LLP
    525 University Avenue
    Suite 1100
    Palo Alto, CA  94301

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          /s/ *Jack B. Blumenfeld*
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith, II (#3778)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899
                                          (302) 658-9200
                                            Attorneys for Defendant
                                            The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
(949) 451-3800

November 1, 2005