IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.<br><br>          Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on November 1, 2005, copies of McKesson's Responses to Topic Nos. 5, 17 and 18 of TriZetto's Notice of Deposition of McKesson Pursuant to Fed. R. Civ. P. 30(b)(6) were served via facsimile and email on the following counsel of record:

Jeffrey Thomas, Esq.
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA  92614
Facsimile: 949-475-4670

Jack B. Blumenfeld, Esq.
MORRIS, NICHOLS, ARSHT &
 TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Facsimile:  302-425-3012

/s/ Thomas J. Allingham II
_____
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
   Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301

DATED: November 2, 2005