IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Rebuttal Report of Randall Davis were caused to be served upon the following on the dates in the manner indicated:

<u>November 15, 2005 - By Hand</u>

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

<u>November 14, 2005 - By Email</u>

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

                                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                                /s/  *Jack B. Blumenfeld*
                                                Jack B. Blumenfeld (#1014)
                                                Rodger D. Smith, II (#3778)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 658-9200
                                                  Attorneys for Defendant
                                                  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

November 15, 2005