IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that copies of McKesson's Rebuttal Expert Reports of Mark Musen and David Wilson were served upon the following counsel of record on the dates and in the manner indicated:

November 14, 2005

**VIA FEDERAL EXPRESS & EMAIL**
Jeffrey Thomas, Esq.
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA  92614
Facsimile:  949-475-4670

November 15, 2005

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS, NICHOLS, ARSHT &
  TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Facsimile:  302-425-3012

*[signature]*

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
　Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301


DATED: November 15, 2005