IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>            Defendant. | CIVIL ACTION NO. 04-1258-SLR |

### NOTICE OF DEPOSITION OF LARRY KERSCHBERG, Ph.D. PURSUANT TO FED. R. CIV. P. 30

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 30, that plaintiff, McKesson Information Solutions LLC, by and through its attorneys of record, will take the deposition upon oral examination of Dr. Larry Kerschberg, Ph.D. at 9:30 a.m. on November 21, 2005 before a notary public or other person authorized to administer oaths. The deposition will take place at the office of Gibson, Dunn & Crutcher, 1050 Connecticut Avenue N.W., Washington, D.C., 20036-5306. The deposition will be recorded stenographically and may be recorded by videotape and by instant visual display using LiveNote software. This deposition will continue from day to day until completed.

                                                                   /s/ _____
                                                                   Thomas J. Allingham II (I.D. No. 0476)
                                                                   Michael A. Barlow (I.D. No. 3928)
                                                                   SKADDEN, ARPS, SLATE, MEAGHER
                                                                      & FLOM LLP
                                                                   One Rodney Square
                                                                   P.O. Box 636
                                                                   Wilmington, DE 19899
                                                                   Attorneys for Plaintiff
DATED: November 17, 2005                   McKesson Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Bernard C. Shek
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

2