IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Rebuttal Expert Report of Jesse David were caused to be served upon the following on the dates in the manner indicated:

<u>November 21, 2005 - By Hand</u>

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

<u>November 17, 2005 - By Email</u>

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        /s/  *Jack B. Blumenfeld*
                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith, II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                          Attorneys for Defendant
                                          The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

November 21, 2005