IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1258 (SLR)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant's Supplemental Response to Plaintiff's Rule 30(b)(6) Deposition Notice were caused to be served on November 18, 2005 upon the following in the manner indicated:

BY FEDERAL EXPRESS AND EMAIL

Thomas J. Allingham II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ *Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith, II (#3778)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    (302) 658-9200
                      Attorneys for Defendant
                      The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
(949) 451-3800

November 21, 2005