IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 04-1258-SLR |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 22nd day of November, 2005, having reviewed various email exchanges between the parties regarding trial schedule;

IT IS ORDERED that:

1. Plaintiff's request that the court refer to a Special Master the issue of new prior art and prior use is denied, as it was at the November 7, 2005 discovery conference.

2. Expert discovery on all issues shall be completed on or before **November 30, 2005.**

3. Motion practice and trial on the issues of infringement, willfulness, damages and any equitable issues shall proceed consistent with the scheduling order in this case.

4. Motion practice and trial on the issue of invalidity

shall be stayed until further order of the court.

                                                       */s/ Sue L. Robinson*
                                           United States District Judge