IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

### NOTICE OF DEPOSITION OF JESSE DAVID, Ph.D.

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 30, plaintiff, McKesson Information Solutions LLC, will take the deposition upon oral examination of Dr. Jesse David, commencing on November 30, 2005, at 9:00 a.m., before a certified shorthand reporter who is duly authorized to take and transcribe depositions. The deposition will take place at the offices of Gibson, Dunn & Crutcher, located at 4 Park Plaza, Suite 1400, Irvine, California. The deposition will be recorded stenographically and may be recorded by videotape and by instant visual display using LiveNote software. This deposition will continue from day to day until completed.

DATED: November 22, 2005

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff
McKesson Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301