IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

### NOTICE OF DEPOSITION OF PHILIP M. HAWLEY, JR., M.D. PURSUANT TO FED. R. CIV. P. 30

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 30, plaintiff, McKesson Information Solutions LLC, by and through its attorneys of record, will take the deposition upon oral examination of Dr. Philip M. Hawley, Jr., M.D. at 9:00 a.m. on November 30, 2005 before a notary public or other person authorized to administer oaths. The deposition will take place at the office of Gibson, Dunn & Crutcher, 333 South Grand Avenue, Los Angeles, California, 90071-3197. The deposition will be recorded stenographically and may be recorded by videotape and by instant visual display using LiveNote software. This deposition will continue from day to day until completed.

Thomas J. Allingham II (I.D. No. 0476)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Attorneys for Plaintiff

DATED: November 28, 2005    McKesson Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Bernard C. Shek
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301