# EXHIBIT A

| Claim Terms To Be Construed | Claim 10 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (e) means for authorizing medical service codes which are not contained in any other medical service code; and | See Claim 3. | *TriZetto offers the following construction of the function described in this element:*<br><br>*Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, because such codes on the claim were not determined in the "determining" step to be inappropriate for payment because they were not "included in" another code on the claim.*<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure specifically for authorizing codes that are not "included in" another code. The structure in the patent most related to "authorizing codes" from the claim described in this element, although not for not being "included in" another code, is:*<br><br>The second to last computer response in Example 1; col. 99, l. 33–col. 113, l. 22. |

29

| Claim Terms To Be Construed | Claim 10 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (f) **means for rejecting medical service codes which are contained in any other medical service code.** | *See Claim 3.* | *TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, because such codes on the claim were determined in the "determining" step to be inappropriate for payment because they were "included in" another code on the claim..<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure for rejecting codes that "are included in" another code. The structure in the patent most related to "rejecting codes" from the claim described in this element, although not for being included in another claim, is the absence of the "rejected" code being mentioned in:*<br><br>The second last computer response in Example 1; col. 99, l.33–col. 113, l.22. |

30

| Claim 11 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| 11.    The apparatus of claim 10, further comprising **means for revising the at least one claim to not include a rejected medical service code.** | The structure corresponding to this means comprises software capable of revising the at least on claim to not include a rejected medical service code, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim.  *See* Figs. 1, 2 & 4; App. A; App. B; app. D; col. 6, ll. 30-43; col. 10, ll. 8-16 & 51-64. | *TriZetto offers the following construction of the function described in this element:*  The apparatus of claim 10, where the steps of processing a claim further include revising the claim record to not include any rejected medical service codes.  *McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.  In addition, the patent specification does not identify any structure that revises the claim to not include rejected medical service codes.* |

31

| Claim 12 | | |
| --- | --- | --- |
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| 12.   **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system** *See Claim 1.* | **a computer system** *See Claim 1 (preamble).* |
| | **medical service code** *See Claim 1.* | **medical service code** *See Claim 1 (preamble).* |
| (a)   **a predetermined database** stored in the associated memory, the database **containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes** *See Claim 1.* | **a predetermined database** *See Claim 1 (preamble).* **containing medical service codes and a set of relationships among the medical service codes** *See Claim 1 (preamble).* |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1 (preamble).* |

32

| Claim 12 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (b) means for receiving at least one claim; | *See Claim 3.* | TriZetto does not believe that the function of this limitation requires construction.<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction for the structure of this element:*<br><br>See Claim 3(b). |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 3(c).<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the structure described in this element:*<br><br>See Claim 3(c). |

33

| Claim 9 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (d) **means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim;** | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | Making a determination based on the relationship among two or more of the medical service codes entered on the claim, such relationship based on whether the entered codes are "medically exclusive," that one of the input medical service codes is inappropriate for payment due to the "medically exclusive" relationship.

*This step-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson also has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Additionally, there is no structure in the specification that links a determination based on "medically exclusive" relationships.*

*(cont'd)* |

34

| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
|---|---|---|
| | | McKesson has identified numerous parts of the specification that it believes relate to the determining step: Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. To the extent that McKesson contends that all of the identified structure must be included in the claim element, without waiving its objection that the element is indefinite, TriZetto has no objection to including all of the structure identified by McKesson. *Although the patent does identify the "determining" means for determining whether codes are "medically exclusive," the structure most related to processing multiple codes on a claim, is:* Figure 4, boxes 17, 23¹, 25¹, 27¹, 24-29; Figure 6, Item 1; col. 5, l. 52-col. 8, l. 37; App. B, Part I; App. D, col. 73 et. seq. (multiple.prg). |

35

| Claim 12 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (e) means for authorizing medical service codes which are not medically exclusive with any other medical service codes in the at least one claim in response to the means for determining; and | See Claim 3. | *TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, because such codes on the claim were not determined in the "determining" step to be inappropriate for payment due to the "medically exclusive" relationship..<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure for authorizing codes that are not "medically exclusive." The structure in the patent most related to "authorizing codes" from the claim described in this element, although not for not being "medically exclusive," is:*<br><br>The second to last computer response in Example 1; col. 99, l. 33–col. 113, l. 22. |

36

| Claim Terms To Be Construed | Claim 12 | |
| --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (f) **means for rejecting medical service codes which are medically exclusive with any other medical service codes in the at least one claim in response to the determining step.** | *See Claim 3.* | *TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, because such codes on the claim were determined in the "determining" step to be inappropriate for payment due to the "medically exclusive" relationship..<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure for rejecting codes that "are medically exclusive." The structure in the patent most related to "rejecting codes" from the claim described in this element, although not for being "medically exclusive," is the absence of the "rejected" code being mentioned in:*<br><br>The second last computer response in Example 1; col. 99, l.33–col. 113, l.22. |

37

| Claim Terms To Be Construed | Claim 13 | | |
| --- | --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction | |
| 13. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code,** comprising: | **a computer system** *See Claim 1.* | **a computer system** *See Claim 1 (preamble).* | |
| | **medical service code** *See Claim 1.* | **medical service code** *See Claim 1 (preamble).* | |
| (a) **a predetermined** database stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **a predetermined database . . . containing** **medical service codes and a set of relationships among the medical service codes** *See Claim 1.* | **a predetermined database** *See Claim 1 (preamble).* **containing medical service codes and a set of relationships among the medical service codes** *See Claim 1 (preamble).* | |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1 (preamble).* | |

38

| Claim 13 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (b) means for receiving at least one claim; | *See Claim 3.* | TriZetto does not believe that the function of this limitation requires construction. *McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. TriZetto offers the following construction for the structure of this element:* See Claim 3(b). |

| Claim 13 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (c) means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and | The structure corresponding to this means comprises software capable of interacting with the database to determine whether any medical service code contained in the at least one claim is not present in the database, as well as its equivalents. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 1(b).<br><br>*This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson also has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Moreover, the structure in the patent refers to the ALLCODE.DBF database and related software to check if an entered code is in that database (see Fig. 3, boxes 9, 11; col. 5, ll. 11-26; col. 59, l. 50 to col. 65, l. 15; col. 65, l. 17-col. 67, l. 63), and not to the specified predetermined database with codes and relationships (INTERACT. DBF). Thus, TriZetto believes that the structure of this element is not identified in the specification.* |

| Claim 13 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Construction** | **TriZetto's Proposed Construction** |
| (d) means for informing a user that a medical service code is not contained in the predetermined database. | McKesson agrees with TriZetto that this claim element doe not require construction.<br><br>The structure corresponding to this means comprises hardware and software capable of informing a user that a medical service code is not contained in the database, as well as its equivalents. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | TriZetto does not believe that the function of this limitation requires construction.<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Although the patent discloses structure for informing the user if a code is not in the database of all codes (ALLCODES.dbf), see col. 65, l. 69-col. 67, l. 1, the specification does not identify a structure for this element involving a code not present in INTERACT.dbf.* |

41

| Claim Terms To Be Construed | Claim 14 | |
| --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| **14.   A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | **a computer system**<br><br>*See Claim 1.* | **a computer system**<br><br>*See Claim 1 (preamble).* |
| | **medical service code**<br><br>*See Claim 1.* | **medical service code**<br><br>*See Claim 1 (preamble).* |
| (a)  **a predetermined database** stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **a predetermined database ... containing medical service codes and a set of relationships among the medical service codes**<br><br>*See Claim 1.* | **a predetermined database**<br><br>*See Claim 1 (preamble).*<br><br>**containing medical service codes and a set of relationships among the medical service codes**<br><br>*See Claim 1 (preamble).* |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>*See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>*See Claim 1 (preamble).* |

42

| | Claim 14 | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Construction** | **TriZetto's Proposed Construction** |
| (b) means for receiving at least one claim; | *See Claim 3.* | TriZetto does not believe that the function of this limitation requires construction. *McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* TriZetto offers the following construction for the structure of this element: See Claim 3(b). |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | *TriZetto offers the following construction of the function described in this element:* See Claim 3(c). *McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* *TriZetto offers the following construction of the structure described in this element:* See Claim 3(c). |

| Claim 14 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (d) *means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to <u>non-medical criteria</u> with any other medical service code in the at least one claim;* | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 2(c).<br><br>*This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson also has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Additionally, there is no structure in the specification that links a determination based on "non-medical criteria."*<br><br>*(cont'd)* |

44

| Claim Terms To Be Construed | Claim 14 | | |
| --- | --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction | |
| | | McKesson has identified numerous parts of the specification that it believes relate to the determining step: Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. To the extent that McKesson contends that all of the identified structure must be included in the claim element, without waiving its objection that the element is indefinite, TriZetto has no objection to including all of the structure identified by McKesson. | |
| | | *Although the patent does not identify the "determining" means for determining whether one code is "mutually-exclusive due to non-medical criteria," TriZetto believes that the determining structure identified in the specification most related to processing multiple codes on a claim, is:* | |
| | | *See Claim 2(c).* | |
| | **non-medical criteria** | **non-medical criteria** | |
| | *See Claim 2.* | *See Claim 2(c).* | |

45

| Claim Terms To Be Construed | Claim 14 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (e) means for authorizing medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and | See Claim 3. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 2(d).<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure for authorizing codes that "are not mutually exclusive due to non-medical criteria." The structure in the patent most related to "authorizing codes" from the claim described in this element, although not for non-medical criteria, is:*<br><br>The second to last computer response in Example 1; col. 99, l. 33–col. 113, l. 22. |

46

| Claim Terms To Be Construed | Claim 14 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (f) means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining. | See Claim 3. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 2(e).<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Additionally, the patent specification fails to specifically identify any structure for rejecting codes that "are mutually exclusive due to non-medical criteria." The structure in the patent most related to "rejecting codes" from the claim described in this element, although not for "non-medical criteria," is the absence of the "rejected" code being mentioned in:*<br><br>The second last computer response in Example 1; col. 99, l.33–col. 113, l.22. |

47

| Claim Terms To Be Construed | Claim 15 | |
| --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| 15. **A computer system** including a central processing unit and associated memory for processing input claims containing at least one *medical service code*, comprising: | | **a computer system**<br>*See Claim 1 (preamble).* |
| | *medical service code*<br>*See Claim 1.* | **medical service code**<br>*See Claim 1 (preamble).* |
| (a) *a predetermined database* stored in the associated memory, the database *containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;* | *a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes*<br>*See Claim 1.* | **a predetermined database**<br>*See Claim 1 (preamble).*<br>**containing medical service codes and a set of relationships among the medical service codes**<br>*See Claim 1 (preamble).* |
| | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*<br>*See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br>*See Claim 1 (preamble).* |

48

| Claim Terms To Be Construed | Claim 15 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (b) means for receiving at least one claim; | See Claim 3. | TriZetto does not believe that the function of this limitation requires construction.<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction for the structure of this element:*<br><br>See Claim 3(b). |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | See Claim 3. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 3(c).<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the structure described in this element:*<br><br>See Claim 3(c). |
| *(d)  means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;* | See Claim 3. | *See Claim 3(d).*<br><br>**valid or invalid**<br>*See Claim 3(d).* |

49

| Claim Terms To Be Construed | Claim 15 | |
| --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (e) means for authorizing the at least one claim in response to the means for determining; and | The structure corresponding to this means comprises software capable of authorizing the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1,2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. | *This phrase is indefinite, in so far as a person of ordinary skill in the art would not know how a claim is authorized in response to the means for determining, which only determines whether a code is valid or invalid.*<br><br>*Notwithstanding the inability to determine how a claim is authorized in response to the means for determining, the function of this element appears to be:*<br><br>Authorizing for payment the entire claim received from the user based on the determinations of the "determining" step.<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Furthermore, the specification does not identify any structure for the authorization of a claim based on the clinical edits determined in the determining step.* |

50

| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
|---|---|---|
| (f) means for rejecting the at least one claim in response to the means for determining. | The structure corresponding to this means comprises software capable of rejecting the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. | *This phrase is indefinite, in so far as a person of ordinary skill in the art would not know how a claim is authorized in response to the means for determining, which only determines whether a code is valid or invalid.*<br><br>*Notwithstanding the inability to determine how a claim is authorized in response to the means for determining, the function of this element appears to be:*<br><br>Rejecting for payment the entire claim received from the user based on the determinations of the "determining" step.<br><br>*McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Furthermore, the specification does not identify any structure for the rejecting a claim based on the clinical edits determined in the determining step.* |

51

| Claim Terms To Be Construed | Claim 16 | |
|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| 16.   In <u>*a computer system*</u> having *means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes*, a method for processing input claims containing at least one medical service code, comprising the steps of: | *means for operating on a predetermined database*<br>*See Claim 1.* | *means for operating on a predetermined database*<br>*See Claim 1 (preamble).* |
| | *a predetermined database containing medical service codes and a set of relationships among the medical service codes*<br>*See Claim 1.* | <u>**a computer system**</u><br>*See Claim 1 (preamble).*<br><br><u>**a predetermined database**</u> **containing medical service codes and a set of relationships among the medical service codes**<br>*See Claim 1 (preamble).* |
| | *medical service codes*<br>*See Claim 1.* | <u>**medical service codes**</u><br>*See Claim 1 (preamble).* |

| Claim Terms To Be Construed | Claim 16 | |
| --- | --- | --- |
| | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*<br><br>*See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes**<br><br>*See Claim 1 (preamble).* |
| (a) receiving at least one claim; | Ordinary meaning. No construction required. | TriZetto does not believe that the function of this limitation requires construction.<br><br>*TriZetto believes that Section 112, paragraph 6 governs this element because it identifies a function and not an act. As such, McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction for the structure of this element:*<br><br>See Claim 1(a). |

53

| Claim Terms To Be Construed | Claim 16 | | |
|---|---|---|---|
| | McKesson's Proposed Construction | TriZetto's Proposed Construction | |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | Ordinary meaning. No construction required. | *TriZetto offers the following construction of the function described in this element:* See Claim 2(b). *TriZetto believes that Section 112, paragraph 6 governs this element because it identifies a function and not an act. As such, McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* *TriZetto offers the following construction of the structure described in this element:* See Claim 2(b). | |
| (c) *determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;* | Ordinary meaning. No construction required. | *TriZetto offers the following construction of the function described in this element:* See Claim 3(d). *TriZetto believes that Section 112, paragraph 6 governs this element because it identifies a function and not an act.* *See Claim 3(d).* | |
| | **valid or invalid** *See Claim 3.* | **valid or invalid** *See Claim 3(d).* | |

54

| Claim 16 | | |
| --- | --- | --- |
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (d) authorizing the at least one claim in response to the determining step; and | Ordinary meaning. No construction required. | *TriZetto offers the following construction of the function described in this element:*<br><br>See Claim 15(e).<br><br>*TriZetto believes that Section 112, paragraph 6 governs this element because it identifies a function and not am act. As such, McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Furthermore, TriZetto does not believe that the specification identifies any structure for the authorization of a claim based on the clinical edits determined in the determining step.* |

55

| Claim 16 | | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Construction | TriZetto's Proposed Construction |
| (e) rejecting the at least one claim in response to the determining step. | Ordinary meaning. No construction required. | TriZetto offers the following construction of the function described in this element:<br><br>See Claim 15(f).<br><br>TriZetto believes that Section 112, paragraph 6 governs this element because it identifies a function and not an act. As such, McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>Furthermore, TriZetto does not believe that the specification identifies any structure for the rejecting a claim based on the clinical edits determined in the determining step. |

56

30382253_5.DOC