IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S
MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S
SEVENTH AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT AND
<u>COUNTERCLAIM FOR DECLARATION OF UNENFORCEABILITY</u>**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff McKesson Information Solutions LLC hereby moves this Court for summary judgment in its favor on defendant The TriZetto Group, Inc.'s Seventh Affirmative Defense of unenforceability due to inequitable conduct and its Counterclaim for a declaration of unenforceability due to inequitable conduct. Plaintiff respectfully requests that the Court enter summary judgment for the reasons set forth in the concurrently filed brief entitled: "Plaintiff's Opening Brief in Support of Its Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability."

1

By: /s/ *signature*
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: December 15, 2005