IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**ORDER GRANTING PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT AND COUNTERCLAIM FOR DECLARATION OF UNENFORCEABILITY**

Having considered plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability, and the accompanying briefs, declarations and exhibits submitted by the parties, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____

438687.01-Wilmington Server 1A - MSW