## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on December 15, 2005, I electronically filed Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability, Plaintiff's Opening Brief In Support of Its Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability, Transmittal Declaration of Michael A. Barlow, and proposed Order using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_____
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

438782.01-Wilmington S1A