IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | Civil Action No. 04-1258-SLR |

**DECLARATION OF KAREN LAMPE**

**IN SUPPORT OF THE TRIZETTO GROUP, INC.'S**

**MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Karen Lampe, declare as follows:

1. I am employed by The TriZetto Group, Inc. ("TriZetto") as a Business Analysis Specialist in Product Development for TriZetto's ClaimFacts product. I submit this declaration in support of TriZetto's motion for summary judgment of non-infringement. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2. ClaimFacts is a software product used by insurers, health maintenance organizations (HMOs), preferred provider organizations (PPOs), and other health benefit providers to process claims for medical services. ClaimFacts can perform a wide range of claims processing functions, including clinical editing. The clinical editing function of ClaimFacts is performed by an optional sub-system called ClinicaLogic.

3. Clinical editing involves checking and editing the medical procedure codes on a medical claim in accordance with expert-derived clinical criteria. For a further description of clinical editing, see the Declaration of Craig P. Luftig, filed herewith, at paragraph 3.

4. The clinical criteria used by the ClinicaLogic module of ClaimFacts are found in the ClinicaLogic database. Each clinical criterion is contained in a separate clinical editing record, called a "CE Record," in the database.

5. ClinicaLogic provides an interface that the customer can use to modify clinical criteria (CE Records) in the database as desired. The customer can delete existing CE Records from the database or add new CE Records to the database. The customer can also change various terms within a CE Record, including removing or deactivating edits in the record.

6. ClinicaLogic does not check to see if a received claim has more than one code in order to perform clinical editing. ClinicaLogic will perform clinical editing (including multiple-code edits, if applicable) on all claims received, regardless of the number of codes present on the claim. In the process of clinical editing, ClinicaLogic will examine any codes submitted on earlier claims for the same patient together with the code or codes from the current claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 14th day of December, 2005, at Union, New Jersey.

*Karen Lampe* (signature)

Karen Lampe

40220266_1.DOC

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 15, 2005 I electronically filed Declaration of Karen Lampe in Support of the TriZetto Group, Inc.'s Motion for Summary Judgment of Non-Infringement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 15, 2005 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
>
> BY EMAIL
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA 94301]

> /s/　　Jack B. Blumenfeld (#1014)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jblumenfeld@mnat.com