IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.<br><br>            Defendant. | Civil Action No. 04-1258-SLR |

## DECLARATION OF CRAIG P. LUFTIG
## IN SUPPORT OF THE TRIZETTO GROUP, INC.'S
## MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, Craig Luftig, declare as follows:

1.  I am employed by The TriZetto Group, Inc. ("TriZetto") as Senior Director of Product Development and Management for TriZetto's Facets product. I submit this declaration in support of TriZetto's motion for summary judgment of non-infringement. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2.  Facets is a software product used by insurers, health maintenance organizations (HMOs), preferred provider organizations (PPOs), and other health benefit providers to process claims for medical services. Facets can perform a wide range of claims processing functions, including clinical editing.

3.  Clinical editing involves checking and editing the medical procedure codes on a medical claim in accordance with expert-derived clinical criteria. The clinical criteria constitute associations between specific medical procedure codes, indicating whether particular codes are appropriate when submitted in combination with other codes, either on the same medical claim or separate claims for the same patient. The clinical criteria can incorporate several types of multiple-code edits that define the association between the codes. For example, the Subset Procedure Edit indicates that one code is a subset of a second code and should not be billed together with the second code.

4.  The clinical criteria in Facets are contained in the Facets Clinical Editing database. Each clinical criterion is listed as a separate row in a table of that database.

5.  Facets provides an interface that the customer can use to modify clinical criteria in the database as desired. The customer can activate or deactivate particular clinical criteria, delete existing clinical criteria, add new clinical criteria, or change the terms of particular clinical criteria. The customer can also control what level of editing they wish to use by choosing which edits to apply.

6.  Facets does not check to see if a received claim has more than one code in order to perform clinical editing. Facets will perform clinical editing (including multiple-code edits, if

2

applicable) on all claims received, regardless of the number of codes present on the claim. In the process of clinical editing, Facets will examine any codes submitted on earlier claims for the same patient together with the code or codes from the current claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 14th day of December, 2005, at Union, New Jersey.

*/s/ Craig P. Luftig*
Craig P. Luftig

wsC.tmp

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 15, 2005 I electronically filed Declaration of Craig P. Luftig in Support of the TriZetto Group, Inc.'s Motion for Summary Judgment of Non-Infringement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 15, 2005 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> BY EMAIL
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301]

> /s/   Jack B. Blumenfeld (#1014)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com