IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.<br><br>　　　　Defendant. | Civil Action No. 04-1258-SLR |

**DECLARATION OF JOHN DANZA**

**IN SUPPORT OF THE TRIZETTO GROUP, INC.'S**

**MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, John Danza, declare as follows:

1. I am employed by The TriZetto Group, Inc. ("TriZetto") as Manager of QicLink Product Management. I submit this declaration in support of TriZetto's motion for summary judgment of non-infringement. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2. QicLink is a software product used by insurers, health maintenance organizations (HMOs), third party administrators (TPAs), and other health benefit providers to process claims for medical services. QicLink can perform a wide range of claims processing functions, including clinical editing.

3. Clinical editing involves checking and editing the medical procedure codes on a medical claim in accordance with expert-derived clinical criteria. For a further description of clinical editing, see the Declaration of Craig P. Luftig, filed herewith, at paragraph 3.

4. The clinical criteria in QicLink are contained in an ISAM file, not a database.

5. QicLink provides an interface that the customer can use to modify clinical criteria in the ISAM file as desired. The customer can activate or deactivate particular clinical criteria, delete existing clinical criteria, add new clinical criteria, or change the terms of particular clinical criteria.

6. QicLink does not check to see if a received claim has more than one code in order to perform clinical editing. QicLink will perform clinical editing (including multiple-code edits, if applicable) on all claims received, regardless of the number of codes present on the claim. In the process of clinical editing, QicLink will examine any codes submitted on earlier claims for the same patient together with the code or codes from the current claim.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 14th day of December, 2005, at Chicago, Illinois.

                                                                      John Danza

wsB.tmp

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 15, 2005 I electronically filed Declaration of John Danza in Support of the TriZetto Group, Inc.'s Motion for Summary Judgment of Non-Infringement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 15, 2005 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> BY EMAIL
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301]

> /s/    Jack B. Blumenfeld (#1014)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com