IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S
MOTION FOR SUMMARY JUDGMENT REGARDING
DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff McKesson Information Solutions LLC hereby moves this Court for entry of summary judgment that defendant The TriZetto Group, Inc.'s affirmative defenses of laches, estoppel, acquiescence, and waiver are insufficient on their face and dismissed in their entirety. Plaintiff respectfully requests that the Court enter summary judgment for the plaintiff for the reasons set forth in the concurrently filed brief entitled: "Plaintiff McKesson Information Solutions LLC's Opening Brief In Support of Its Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense."

For the reasons set forth herein, McKesson respectfully requests that the Court grant summary judgment that TriZetto's defenses of estoppel, laches, waiver, and acquiescence fail as a matter of law.

By: /s/ *signature*
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
  Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: December 15, 2005