IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR |

### ORDER GRANTING PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE

Having considered Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense of laches, estoppel, acquiescence, and waiver, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense is GRANTED.

 

The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____