## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS LLC,

          Plaintiff,

    v.                                                   Civil Action No. 04-1258-SLR

THE TRIZETTO GROUP, INC.

          Defendant.

## THE TRIZETTO GROUP, INC.'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT OF LACHES

        Pursuant to Fed. R. Civ. P. 56(b), defendant The TriZetto Group, Inc. ("TriZetto")
hereby moves for partial summary judgment of laches, precluding plaintiff McKesson
Information Solutions, LLC from recovering any damages for alleged infringement prior to the
filing of the complaint in this action. The grounds for this motion are set forth in TriZetto's
opening brief, submitted herewith.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (# 1014)
        Rodger D. Smith, II (# 3778)
        1201 N. Market Street
        Wilmington, Delaware 19899
        (302) 658-9200

        Attorneys for Defendant The TriZetto Group, Inc.

Of Counsel:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

December 15, 2005

497975

<u>CERTIFICATE OF SERVICE</u>

I, Jack B. Blumenfeld, hereby certify that on December 15, 2005 I electronically

filed The TriZetto Group, In.'s Motion for Partial Summary Judgment of Laches with the Clerk

of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 15, 2005 upon the
following in the manner indicated:

<u>BY HAND</u>

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

<u>BY EMAIL</u>

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301]

<u>/s/     Jack B. Blumenfeld (#1014)     </u>
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com