IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff McKesson Information Solutions LLC hereby moves this Court for entry of summary judgment that defendant The TriZetto Group, Inc. infringes claims 3, 6, 15, and 16 of U.S. Patent 5,253,164. Plaintiff respectfully requests that the Court enter summary judgment of infringement for the reasons set forth in the concurrently filed brief entitled: "Plaintiff McKesson Information Solutions LLC's Opening Brief in Support of its Motion for Summary Judgment of Infringement."

By: _____
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500


DATED: December 15, 2005