IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## ORDER GRANTING PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

Having considered plaintiff McKesson Information Solutions LLC's ("McKesson") Motion for Summary Judgment of Infringement and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that McKesson's Motion for Summary Judgment of Infringement of claims 3, 6, 15 and 16 of U.S. Patent 5,253,164 is GRANTED.

 

The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____