IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.<br><br>   Defendant. | Civil Action No. 04-1258-SLR |

**DECLARATION OF ANTHONY BELLOMO IN SUPPORT
OF THE TRIZETTO GROUP, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT OF LACHES**

I, Anthony B. Bellomo, declare as follows:

1. I am the executive Vice-President of Enterprise Software for The TriZetto Group, Inc. ("TriZetto"). I submit this declaration in support of TriZetto's motion for partial summary judgment based on the doctrine of laches. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2. From March 1994 to October 2000, I was president of Erisco Managed Care Technologies, Inc. ("Erisco"). Erisco manufactured software products for use by insurance companies and other entities that receive claims for payment from healthcare providers for the handling, processing and management of medical insurance claims.

3. In 1980, Erisco launched ClaimFacts, a software product which provided automated claims processing, including several different modules or programs that performed different aspects of the claims processing function. In approximately 1989, Erisco developed a clinical editing component for ClaimFacts, which was called ClinicaLogic. The ClinicaLogic software component performs clinical editing of the CPT codes and ICD-9 codes contained in the medical claims. The CPT codes is a set of numerical codes established by the American Medical Association ("AMA") that describe certain medical procedures and health care tasks.

4. In developing the ClinicaLogic software, Erisco hired an outside consulting company, Pace Healthcare Management ("Pace") to provide the expert knowledge criteria and develop the database that was incorporated into the ClinicaLogic product. This database has been updated on an annual basis by Pace and its successor-in-interest, Deloitte & Touche LLP, in order to reflect changes made to the CPT coding by the AMA, as well as code level edits that were being requested on a broad basis by the customers.

5. In October of 2000, TriZetto acquired Erisco, and I became an Executive Vice President of TriZetto.

6. In the eleven years between 1993 and 2004, Erisco and TriZetto invested millions of dollars in the research, development and marketing of the ClinicaLogic software. Erisco and TriZetto worked closely with its customers and Pace to refine, enhance and create a clinical

editing software that would be a valuable and flexible tool that could be utilized by any medical claims provider.

7. Prior to 2002, neither Erisco nor TriZetto received any communication or notice that its products were believed to infringe U.S. Patent No. 5,253,164 (the "'164 patent"). Prior to 2002, neither HPR, Inc. (the original assignee of the '164 patent), nor any of its successors-in-interest (HBO & Company or McKesson Information Solutions, Inc. (collectively, "McKesson")) made any assertion to me or others at Erisco or TriZetto that they intended to assert the '164 patent against Erisco and/or TriZetto.

8. Had Erisco or TriZetto been notified of any purported infringement of the '164 patent by HPR or McKesson, Erisco and/or TriZetto would likely have developed and marketed its software products differently. For example, Erisco and TriZetto would have investigated other available alternatives, such as partnering with or acquiring software from a provider that had a license to the '164 patent. Several other vendors had developed their own clinical editing software, and Erisco and TriZetto would have had other options to license and incorporate software into the Erisco and TriZetto products. Since the '164 patent was never an issue, neither Erisco nor TriZetto explored those options. When I first heard of the '164 patent in 1994, it occurred to me that HPR may contact Erisco about the patent, but it never did, and as time passed I became more comfortable we could safely continue our investment in ClinicaLogic as HPR was not showing any signs of asserting the patent against us.

9. Additionally, if TriZetto had received notice of HPR or McKesson's intentions with regard to the '164 patent, TriZetto may not have developed its annual updates or regular upgrades to the ClinicaLogic. Furthermore, TriZetto would have investigated the possibility of developing an alternative product offering.

10. By the time of TriZetto's acquisition of Erisco, Erisco had been selling clinical editing software for over ten years and the '164 patent was seven years old. It was my view, and the view of others, that the patent was no longer a concern for Erisco, and so it was not a major issue with regard to TriZetto's acquisition of Erisco. For this reason, there was no discussion

3

DEC-15-05 12:30 FROM:ERISCO INC UNION NJ          ID:                    PAGE   4/4

with TriZetto about a reduction in the price being paid for Erisco, any form of indemnification from the seller of Erisco to TriZetto to address the '164 patent, or any hold-back of a portion of the purchase price to cover that potential liability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 15th day of December, 2005, at Union, New Jersey.

_____
Anthony B. Bellomo

40220124_2.DOC

4

...

# CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 15, 2005 I electronically filed Declaration of Anthony Bellomo in Support of the TriZetto Group, In.'s Motion for Partial Summary Judgment Based on the Doctrine of Laches with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 15, 2005 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
>
> BY EMAIL
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA 94301]

/s/    Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com