**Appendix A: Table Summarizing Disputed Means-Plus-Function Elements**

(Elements that the parties agree are subject to construction under section 112(6) are indicated by italicizing the "*means for*" language.)

| Common Means-Plus-Function Elements of Independent Claims | Variations in Claimed Criteria |
|---|---|
| **Means-Plus-Function** | **Element in Preamble of Claims 1, 2 and 16** |
| "*means for* operating on a predetermined database" | Appears verbatim in preamble of independent claims 1, 2 and 16. |
| **Means-Plus-Function** | **Elements in Claims 3, 10, 12, 13, 14 and 15** |
| "A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:" | Appears verbatim in independent claims 3, 10, 12, 13, 14 and 15. (Although not containing any means-plus-function limitations, this element is included for context.) |
| [a] "a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes"; | Appears verbatim in independent claims 3, 10, 12, 13, 14 and 15. (Although not containing any means-plus-function limitations, this element is included for context.) |
| [b] "*means for* receiving at least one claim"; | Appears verbatim in independent claims 3, 10, 12, 13, 14 and 15. |
| [c] "*means for* ascertaining whether the at least one claim contains a plurality of medical service codes"; | Appears verbatim in independent claims 3, 10, 12, 14 and 15, but does not appear in claim 13. |
| [d] "*means for* determining whether one of the medical service codes in the at least one claim is [criterion]"; | In claims 3 and 15, the [criterion] is "valid or invalid by interacting with the database and the set of relationships contained in the database." (Also, the claim language "in the at least one claim" is replaced by "in the plurality of medical service codes.") |
| | In claim 10, the [criterion] is "included in any other medical service code in the at least one claim"; |
| | In claim 12, the [criterion] is "medically exclusive with any other medical service code in the at least one claim"; |
| | In claim 13, the [criterion] is "not present in the predetermined database." (Also, the claim language "one of the medical service codes in the at least one claim" is replaced by "any medical service code contained in the at least one claim.") |

A1

| Common Means-Plus-Function Elements of Independent Claims | Variations in Claimed Criteria |
|---|---|
| | In claim 14, the [criterion] is "mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim." |
| [e] "*means for* authorizing medical service codes which [meet criterion] in response to the means for determining"; and | In claim 3, codes [meet criterion] if they "are valid." <br><br> In claim 10, codes [meet criterion] if they "are not contained in any other medical service code." (Also, this element of claim 10 does not include the language, "in response to the means for determining.") <br><br> In claim 12, codes [meet criterion] if they "are not medically exclusive with any other medical service codes contained in the at least one claim." <br><br> (This element is not present in claim 13.) <br><br> In claim 14, codes [meet criterion] if they "are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim." <br><br> In claim 15, this element reads: "means for authorizing the at least one claim in response to the means for determining." |
| [f] "*means for* rejecting medical service codes which [fail criterion] in response to the means for determining." | In claim 3, codes [fail criterion] if they "are invalid." <br><br> In claim 10, codes [fail criterion] if they "are contained in any other medical service code. (Also, this element of claim 10 does not include the language, "in response to the means for determining.") <br><br> In claim 12, codes [fail criterion] if they "are medically exclusive with any other medical service codes contained in the at least one claim." (Claim 12 replaces the language, "means for determining" with "determining step.") <br><br> (This element is not present in claim 13.) <br><br> In claim 14, codes [fail criterion] if they "are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim." <br><br> In claim 15, this element reads: "means for rejecting the at least one claim in response to the means for determining." |
| (g) "*means for* informing a user that a medical service code is not contained in the predetermined database." | This element appears in claim 13; it does *not* appear in claims 3, 10, 12, 14, 15 |

Appendix B: Table Summarizing TriZetto's Constructions
for the "Determining" Functions

| | TriZetto's Proposed Constructions for "determining whether one of the medical service codes in the at least one claim is [criterion]" | | | | |
|---|---|---|---|---|---|
| **[Criterion]:** | In claims 3 and 15, the [criterion] is "valid or invalid by interacting with the database and the set of relationships contained in the database." | In claim 10, the [criterion] is "included in any other medical service code in the at least one claim" | In claim 12, the [criterion] is "medically exclusive with any other medical service code in the at least one claim" | In claim 13, the [criterion] is "not present in the predetermined database." (Also, "one of the medical service codes" is replaced by "any medical service code contained.") | In claim 14, the [criterion] is "mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim." |
| **TriZetto's Construction** | Making a determination that one of the medical service codes entered on the claim is "valid or invalid" based on the database and the set of relationships contained in the database. | Making a determination based on the relationship among two of the medical service codes entered on the claim, such relationship based on whether one code on the claim is "included in" another code on the claim, that one of the input medical service codes is inappropriate for payment due to such "inclusion." | Making a determination based on the relationship among two or more of the medical service codes entered on the claim, such relationship based on whether the entered codes are "medically exclusive," that one of the input medical service codes is inappropriate for payment due to the "medically exclusive" relationship. | Performing a check to verify that the medical service codes input by the user are present in the predetermined database containing codes and relationships. | Making a determination based on the relationship among two of the medical service codes entered on the claim, such relationship based on "non-medical criteria," that one of the input medical service codes is inappropriate for payment due to the "nonmedical criteria." |

## Appendix C: Table Summarizing TriZetto's Constructions for the "Authorizing" and "Rejecting" Functions

| | TriZetto's Proposed Constructions for "authorizing {rejecting} medical service codes which [meet {fail} criterion] in response to the means for determining" | | | | |
|---|---|---|---|---|---|
| **[Meet {Fail} criterion]:** | In claim 3, codes [meet {fail} criterion] if they "are valid" {"are invalid"} | In claim 10, codes [meet {fail} criterion] if they "are not {are} contained in any other medical service code." (Also, these elements of claim 10 do not include the language, "in response to the means for determining.") | In claim 12, codes [meet {fail} criterion] if they "are not {are} medically exclusive with any other medical service codes contained in the at least one claim." | In claim 14, codes [meet {fail} criterion] if they "are not {are} mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim." | In claim 15, these elements read: "means for authorizing {rejecting} the at least one claim in response to the means for determining." |
| **TriZetto's Construction of the "authorizing" {and "rejecting"} functions** | Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should {not} be authorized for payment, because such codes on the claim were determined in the "determining" step to be "valid" {invalid} | Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should {not} be authorized for payment, because such codes on the claim were not {were} determined in the "determining" step to be inappropriate for payment because they were not {were} "included in" another code on the claim. | Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should {not} be authorized for payment, because such codes on the claim were not {were} determined in the "determining" step to be inappropriate for payment due to the "medically exclusive" relationship. | Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should {not} be authorized for payment, because such codes on the claim were not {were} determined in the "determining" step to be inappropriate for payment due to the "non-medical criteria." | Authorizing {Rejecting} for payment the entire claim received from the user based on the determinations of the "determining" step. |