IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-1258-SLR |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
<u>OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Michael A. Barlow, a member of the Bar of the State of Delaware and an associate of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC, pursuant to 28 U.S.C. §1746, do hereby state and declare and follows:

1. Attached as Exhibit 1 is a true and accurate copy of U.S. Patent No. 5,253,164 entitled "System and Method for Detecting Fraudulent Medical Claims via Examination of Service Codes."

2. Attached as Exhibit 2 is a true and accurate copy of TriZetto's Proposed Claim Construction dated December 9, 2005.

3. Attached as Exhibit 3 is a true and accurate copy of TriZetto's Supplemental Proposed Claim Construction dated October 11, 2005.

4. Attached as Exhibit 4 is a true and accurate copy of TriZetto's Proposed Claim Construction dated December 13, 2005.

5. Attached as Exhibit 5 is a true and accurate copy of *Atofina v. Great Lakes Chem. Corp.*, *2005 U.S. Dist. LEXIS 7365.*

1

6. Attached as Exhibit 6 is a true and accurate copy of *Pfizer, Inc. v. Teva Pharms. USA, Inc.*, 2005 U.S. Dist. LEXIS 29050.

7. Attached as Exhibit 7 is a true and accurate copy of excerpts from *Merriam Webster's Collegiate Dictionary, Tenth Edition* (1996).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2005.

Michael A. Barlow (#3928)