# EXHIBIT 3

*McKesson v. TriZetto*

## TRIZETTO'S SUPPLEMENTAL PROPOSED CLAIM CONSTRUCTION

October 11, 2005

TriZetto sets forth the following supplemental list of claim terms to be construed from the '164 patent and TriZetto's proposed construction. This list incorporates information from and adds to TriZetto's initial claim construction statement served on July 21, 2005.

TriZetto's investigation is ongoing and McKesson has not yet provided an adequate claim construction statement of its own. The following proposed constructions are being provided as part of the meet and confer process set forth in the Court's Scheduling Order and in response to the Court's instructions from the September 22, 2005 discovery conference. Accordingly, TriZetto reserves its right to supplement or modify this proposed claim construction, and to identify intrinsic or extrinsic evidence and call expert witnesses with regard to the construction of claim terms in the '164 patent.

| Claim 1 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Claim Constructions** | **TriZetto's Proposed Claim Construction** |
| 1.   In **a computer system** having *means for operating on a predetermined database containing* medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing | *means for operating on a predetermined database*<br><br>The structure corresponding to this means comprises data processing capabilities, memory, and software capable of managing a database, as well as their equivalents. *See, e.g.,* Fig. 1; col. 4, ll. 33-42. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance | *means for operating on a predetermined database*<br><br>*This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* |

4021767/2_5.DOC

## Claim 1

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| --- | --- | --- |
| at least one medical service code, comprising the steps of: | with this claim. *See e.g.*, Fig. 1; col. 4, ll. 33-42; col. 10, ll. 51-64; App. D. | |
| | **a computer system**<br><br>Ordinary meaning. No construction required. | **a computer system**<br><br>A system composed of two or more electronic devices (including a computer central processing unit and associated memory) and associated software, capable of receiving and processing medical claims as set out in the patent claims. |
| | **medical service code**<br><br>A code representing a particular medical service or procedure, *e.g.*, CPT-4 codes, CRVS codes, and similar medical service or procedure codes. | **medical service codes**<br><br>A code, description, or other indicator that is used to denote a medical service, treatment, or procedure. |
| | **a predetermined database containing medical service codes and a set of relationships among the medical service codes**<br><br>Ordinary meaning. No construction required. | **a predetermined database**<br><br>A single computer-readable database that is provided in a format that cannot be modified by the recipient.<br><br>**containing medical service codes and a set of relationships among the medical service codes**<br><br>Including only medical service codes and a set of relationships among the medical service |

2

40217672_5.DOC

## Claim 1

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | codes. |
| | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes<br><br>A set of relationships among the medical service codes defining whether one or more medical service codes are appropriate for payment when input with one or more different medical service codes. | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes<br><br>A set of rules specifying that if two or more particular medical service codes are input together as part of the same claim, then one or more of the input medical service codes are appropriate for payment. |
| (a) receiving at least one claim; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |
| (b) determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation.<br><br>With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean performing a |

## Claim 1

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | check to verify that the medical service codes input by the user as part of a claim actually exist in the predetermined database. |
| (c) informing a user that a medical service code is not contained in the predetermined database. | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |

## Claim 2

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 2.    **In a computer system having *means for operating on a predetermined database* containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes**, a method for processing input claims containing at least one medical service code, | *means for operating on a predetermined database*<br><br>*See Claim 1.* | *means for operating on a predetermined database*<br><br>*See Claim 1.* |

4

46217672_5.DOC

| Claim Terms To Be Construed | Claim 2 | |
| --- | --- | --- |
| | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| comprising the steps of: | | |
| | a computer system<br>See Claim 1. | a computer system<br>See Claim 1. |
| | medical service code<br>See Claim 1. | medical service codes<br>See Claim 1. |
| | a predetermined database containing medical service codes and a set of relationships among the medical service codes<br>See Claim 1. | a predetermined database<br>See Claim 1.<br>containing medical service codes and a set of relationships among the medical service codes<br>See Claim 1. |
| | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes<br>See Claim 1. | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes<br>See Claim 1. |
| (a) receiving at least one claim; | Ordinary meaning. No construction required. | This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to |

5

40217672_5.DOC

| Claim 2 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Claim Construction** | **TriZetto's Proposed Claim Construction** |
| | | *this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |
| **(c) determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;** | **determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim**<br><br>Ordinary meaning. No construction required. | **determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim**<br><br>McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation.<br><br>With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for |

40217672_5.DOC

| Claim 2 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Claim Construction** | **TriZetto's Proposed Claim Construction** |
| | | payment. |
| | **non-medical criteria** <br> Ordinary meaning. No construction required. | **non-medical criteria** <br> *This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |
| **(d) authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and** | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation. <br><br> With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |
| **(e) rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at** | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation. |

7

40217672_5.DOC

## Claim 2

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| least one claim in response to the determining step. | | With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, as determined by the "determining" step. |

## Claim 3

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | a computer system<br>*See Claim 1.* | a computer system<br>*See Claim 1.* |
| | medical service code<br>*See Claim 1.* | medical service code<br>*See Claim 1.* |
| (a) a predetermined database stored in the associated memory, the database containing | a predetermined database . . . containing medical service codes and a set of relationships among the medical service | a predetermined database<br>*See Claim 1.* |

8

40217672_5.DOC

## Claim 3

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | codes<br><br>*See Claim 1.* | containing medical service codes and a set of relationships among the medical service codes<br><br>*See Claim 1.* |
|  | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>*See Claim 1.* | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>*See Claim 1.* |
| (b) means for receiving at least one claim; | McKesson agrees with TriZetto that this claim element does not require construction. The structure corresponding to this means comprises hardware and software capable of receiving the at least one claim by the computer system, as well as equivalents. *See.e.g.,* Fig. 1; col. 4, ll. 27-42 & 51-54; App. D. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See, e.g.,* Fig. 1; col. 4, ll. 27-42 & 51-54; col. 10, ll. 51- | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |

9

## Claim 3

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | 64; App. A. | |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | McKesson agrees with TriZetto that this claim element does not require construction. The structure corresponding to this means comprises software capable of ascertaining whether the at least one claim contains a plurality of medical service codes, as well as its equivalents. *See.e.g.,* Figs. 2-43; col. 5, ll. 45-47 & 52-54; App. D. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See, e.g.,* Figs. 2-3; col. 5, ll. 45-47 & 52-54; col. 10, ll. 51-64; App. D. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (d) <u>means for determining whether one of the medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;</u> | <u>means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database</u><br><br>The structure corresponding to this means comprises software capable of interacting with the database and the set of relationships contained therein to determine | <u>means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database</u><br><br>*This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding* |

10

40217672_5.DOC

## Claim 3

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | whether one of the medical service codes in the plurality of medical service codes is valid or invalid, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | *to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is appropriate or not appropriate for payment. |
| | **valid or invalid**<br><br>Appropriate or inappropriate for payment. | **valid or invalid**<br><br>*This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |
| **(e)  means for authorizing medical service codes which are valid in response to the means for determining;** and | The structure corresponding to this means comprises software capable of authorizing medical services codes which are valid in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of* |

11

| Claim 3 | | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Claim Construction** | **TriZetto's Proposed Claim Construction** |
| | specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim.  *See* Figs. 1,2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. | *the function described in this element:*  Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |
| (f)  **means for rejecting medical service codes which are invalid in response to the means for determining.** | The structure corresponding to this means comprises software capable of rejecting medical services codes which are invalid in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16.  It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim.  *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*  *TriZetto offers the following construction of the function described in this element:*  Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, as determined by the "determining" step. |

12

40217672_5.DOC

## Claim 4

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 4. The apparatus of claim 3, further comprising **means for revising the at least one claim to delete invalid medical service codes.** | The structure corresponding to this means comprises software capable of revising the at least one claim to delete invalid medical services codes, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* |

## Claim 5

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 5. The apparatus of claim 4, further comprising *means for informing a user why the at least one claim was revised.* | The structure corresponding to this means comprises hardware and software capable of informing a user why the at least one claim was revised, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. D; col. 4, ll. 42-47; col. 6, ll. 55-66; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* |

13

40217672_5.DOC

## Claim 5

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. D; col. 4, ll. 42-47; col. 6, ll. 55-66; col. 10, ll. 8-16 & 51-64. | |

## Claim 6

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 6.    The apparatus of claim 3, wherein the database containing **medical service codes** includes medical service codes described by CPT codes. | *See Claim 1.* | *See Claim 1.* |

## Claim 8

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 8.    The apparatus of claim 3, further comprising *means for requesting further information from a user regarding the at least* | The structure corresponding to this means comprises hardware and software capable of requesting further information from a user regarding the at least one claim, as well as | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to* |

14

## Claim 8

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| *one claim.* | its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 4, ll. 42-50 & 56-64; col. 7, l. 61 – col. 10, l. 2; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. D; col. 4, ll. 42-50 & 56-64; col. 7, l. 61 – col. 10, l. 2; col. 10, ll. 8-16 & 51-64. | *specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* |

## Claim 9

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 9.    The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships. | Ordinary meaning. No construction required. | *This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |

## Claim 10

40217672_5.DOC

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 10.   A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising: | See Claim 1. | See Claim 1. |
| (a)  a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | a predetermined database ... containing medical service codes and a set of relationships among the medical service codes<br><br>See Claim 1.<br><br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>See Claim 1. | a predetermined database<br><br>See Claim 1.<br><br>containing medical service codes and a set of relationships among the medical service codes<br><br>See Claim 1.<br><br>a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>See Claim 1. |
| (b)  means for receiving at least one claim; | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to |

4211672_5.DOC

## Claim 10

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| **(d) means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;** | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* |

17

4031767_5.DOC

| Claim 10 | | |
| --- | --- | --- |
| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| | App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 10. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 10; col. 10, ll. 51-64. | *TriZetto offers the following construction of the function described in this element:* <br><br> Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment. |
| (e) **means for authorizing medical service codes which are not contained in any other medical service code**; and | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* <br><br> *TriZetto offers the following construction of the function described in this element:* <br><br> Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |

18

## Claim 10

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| (f) **means for rejecting medical service codes which are contained in any other medical service code.** | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, as determined by the "determining" step. |

## Claim 11

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 11.    The apparatus of claim 10, further comprising **means for revising the at least one claim to not include a rejected medical service code.** | The structure corresponding to this means comprises software capable of revising the at least on claim to not include a rejected medical service code, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding* |

19

40217672_5.DOC

## Claim 11

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| --- | --- | --- |
| | App. B; App. D; col. 6, ll. 30-43; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; app. D; col. 6, ll. 30-43; col. 10, ll. 8-16 & 51-64. | *to this claim limitation, as required by the Court's September 22, 2005 Order.* |

## Claim 12

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| --- | --- | --- |
| 12.   A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | a computer system *See Claim 1.* | a computer system *See Claim 1.* |
| | medical service code *See Claim 1.* | medical service code *See Claim 1.* |
| (a) a predetermined database stored in the associated memory, the database containing medical service codes and a set of | a predetermined database ... containing medical service codes and a set of relationships among the medical service | a predetermined database *See Claim 1.* containing medical service codes and a set |

20

40217672_5.DOC

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | **Claim 12** | |
| **relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **codes** *See Claim 1.* | **of relationships among the medical service codes** *See Claim 1.* |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* |
| (b) means for receiving at least one claim; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in* |

21

## Claim 12

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| service codes; | | *the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| **(d) means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim;** | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>*Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment.* |
| **(e) means for authorizing medical service codes which are not medically exclusive with any** | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in* |

22

4031767_5.DOC

| | Claim 12 | |
|---|---|---|
| **Claim Terms To Be Construed** | **McKesson's Proposed Claim Construction** | **TriZetto's Proposed Claim Construction** |
| other medical service codes in the at least one claim in response to the means for determining; and | | *the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |
| (f) **means for rejecting medical service codes which are medically exclusive with any other medical service codes in the at least one claim in response to the determining step.** | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, as determined by the "determining" |

40217672_5.DOC

## Claim 12

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | step. | |

## Claim 13

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 13.   **A computer system** including a central processing unit and associated memory for processing input claims containing at least one **medical service code,** comprising: | **a computer system** *See Claim 1.* | **a computer system** *See Claim 1.* |
| | **medical service code** *See Claim 1.* | **medical service code** *See Claim 1.* |
| (a)  **a predetermined database** stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical service codes** defining whether selected ones of the medical service codes are valid when received with other selected ones | **a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes** *See Claim 1.* | **a predetermined database** *See Claim 1.* **containing medical service codes and a set of relationships among the medical service codes** *See Claim 1.* |

24

40217672_5.DOC

| Claim 13 | | |
| --- | --- | --- |
| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| of the medical service codes; | | |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>*See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>*See Claim 1.* |
| (b) means for receiving at least one claim; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| **(c) means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and** | The structure corresponding to this means comprises software capable of interacting with the database to determine whether any medical service code contained in the at least one claim is not present in the database, as well as its equivalents. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of* |

25

40217672_5.DOC

## Claim 13

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | *the function described in this element:* Performing a check to verify that the medical service codes input by the user as part of a claim actually exist in the predetermined database. |
| (d) means for informing a user that a medical service code is not contained in the predetermined database. | McKesson agrees with TriZetto that this claim element doe not require construction. The structure corresponding to this means comprises hardware and software capable of informing a user that a medical service code is not contained in the database, as well as its equivalents. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* *Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |

## Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 14. A computer system | a computer system | a computer system |

40217672_5.DOC

### Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | *See Claim 1.* | *See Claim 1.* |
| | **medical service code** *See Claim 1.* | **medical service code** *See Claim 1.* |
| (a) **a predetermined database** stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | **a predetermined database … containing** medical service codes and a set of relationships among the medical service codes *See Claim 1.* | **a predetermined database** *See Claim 1.* **containing medical service codes and a set of relationships among the medical service codes** *See Claim 1.* |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** *See Claim 1.* |

4017672_5.DOC

## Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| (b) means for receiving at least one claim; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (d) <u>means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other</u> | <u>means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one</u> | <u>means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim</u> |

28

4021767_5.DOC

## Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| medical service code in the at least one claim; | **claim**<br><br>The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>*Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment.* |
| | **non-medical criteria**<br><br>*See* Claim 2. | **non-medical criteria**<br><br>*This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |
| (e) **means for authorizing** | *See* Claim 3. | *This means-plus-function element lacks* |

29

40217672_5.DOC

## Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and | | *complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |
| (f) means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining. | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user |

30

## Claim 14

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | as part of a claim should not be authorized for payment, as determined by the "determining" step. |

## Claim 15

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 15.    *A computer system* including a central processing unit and associated memory for processing input claims containing at least one *medical service code*, comprising: | | *a computer system*<br>*See Claim 1.* |
| | *medical service code*<br>*See Claim 1.* | *medical service code*<br>*See Claim 1.* |
| (a)  *a predetermined database* stored in the associated memory, the database *containing medical service codes and a set of relationships among the medical service codes defining whether* | *a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes*<br>*See Claim 1.* | *a predetermined database*<br>*See Claim 1.*<br>*containing medical service codes and a set of relationships among the medical service codes* |

31

40217672_5.DOC

| Claim 15 | | |
| --- | --- | --- |
| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| *selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;* | | *See Claim 1.* |
| | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*<br><br>*See Claim 1.* | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*<br><br>*See Claim 1.* |
| (b) means for receiving at least one claim; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding* |

32

40217672_5.DOC

## Claim 15

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | *to this claim limitation, as required by the Court's September 22, 2005 Order.* *Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| (d) **means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;** | *See Claim 3.* | **means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database** *See Claim 3.* **valid or invalid** *See Claim 3.* |
| (e) means for authorizing the at least one claim in response to the means for determining; and | The structure corresponding to this means comprises software capable of authorizing the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1,2 & 4; App. A; | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* *TriZetto offers the following construction of the function described in this element:* Displaying on a computer monitor or otherwise communicating to a user that the |

40217672_5.DOC

## Claim 15

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. | entire medical claim should be authorized for payment if one of the input medical service codes contained in that medical claim is appropriate for payment, as determined by the "determining" step. |
| (f) means for rejecting the at least one claim in response to the means for determining. | The structure corresponding to this means comprises software capable of rejecting the at least one claim in response to the means for determining, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should not be authorized for payment if one of the input medical service codes contained in that medical claim is not appropriate for payment, as determined by the "determining" step. |

Claim 16

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| 16.  In a _computer system_ having _means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes_, a method for processing input claims containing at least one medical service code, comprising the steps of: | _means for operating on a predetermined database_<br><br>See Claim 1. | _means for operating on a predetermined database_<br><br>See Claim 1. |
|  |  | <u>a computer system</u><br><br>See Claim 1. |
|  | _a predetermined database containing medical service codes and a set of relationships among the medical service codes_<br><br>See Claim 1. | <u>a predetermined database</u><br><br>See Claim 1.<br><br><u>containing medical service codes and a set of relationships among the medical service codes</u><br><br>See Claim 1. |
|  | _medical service codes_<br><br>See Claim 1. | <u>medical service codes</u><br><br>See Claim 1. |

40217672_5.DOC

## Claim 16

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*<br><br>*See Claim 1.* | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes<br><br>*See Claim 1.* |
| (a) receiving at least one claim; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZetto does not currently believe this limitation requires construction.* |
| (c) determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database; | Ordinary meaning. No construction required. | determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database<br><br>*This means-plus-function or step plus function element lacks complete supporting structure* |

36

40217672_5.DOC

| | Claim 16 | |
|---|---|---|
| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
| | | *or corresponding acts, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure or acts corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*With regard to construction of the function described in this element, TriZetto offers the following construction:*<br><br>*Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is appropriate or not appropriate for payment.*<br><br>**valid or invalid**<br><br>*This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |
| (d) authorizing the at least one claim in response to the determining step; and | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation. |

37

40217672_5.DOC

## Claim 16

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should be authorized for payment if one of the input medical service codes contained in that medical claim is appropriate for payment, as determined by the "determining" step. |
| (e) rejecting the at least one claim in response to the determining step. | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation.<br><br>With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should not be authorized for payment if one of the input medical service codes contained in that medical claim is not appropriate for payment, as determined by the "determining" step. |

38

40217672_5.DOC