# EXHIBIT 7



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                                  96-42529
                                                        CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17181920RMcN97

Abbrevia

Case 1:04-cv-01258-SLR    Document 171-7    Filed 12/16/2005    Page 4 of 7

**Ascension Day** *n* (14c) : the Thursday 40 days after Easter observed in commemoration of Christ's ascension into Heaven

**as·cen·sive** \ə-'sen(t)-siv\ *adj* (1646) : rising or tending to rise

**as·cent** \ə-'sent, a-\ *n* [irreg. fr. *ascend*] (ca. 1596) **1 a** : the act of rising or mounting upward : CLIMB **b** : an upward slope or rising grade : ACCLIVITY **c** : the degree of elevation : INCLINATION, GRADIENT **2** : an advance in social status or reputation : PROGRESS **3** : a going back in time or upward in order of genealogical succession

**as·cer·tain** \,a-sər-'tān\ *vt* [ME *acertainen*, fr. MF *acertainer*, fr. *a-* (fr. L *ad-*) + *certain*] (15c) **1** *archaic* : to make certain, exact, or precise **2** : to find out or learn with certainty *syn see* DISCOVER — **as·cer·tain·able** \-'tā-nə-bəl\ *adj* — **as·cer·tain·ment** \-'tān-mənt\ *n*

**as·ce·sis** \ə-'sē-səs\ *n, pl* **-ce·ses** \-,sēz\ [LL or Gk; LL, fr. Gk *askēsis*, lit., exercise, fr. *askein*] (1873) : SELF-DISCIPLINE, ASCETICISM

**as·cet·ic** \ə-'se-tik, a-\ *also* **as·cet·i·cal** \-ti-kəl\ *adj* [Gk *askētikos*, lit., laborious, fr. *askētēs* one that exercises, hermit, fr. *askein* to work, exercise] (1646) **1** : practicing strict self-denial as a measure of personal and esp. spiritual discipline **2** : austere in appearance, manner, or attitude *syn see* SEVERE — **ascetic** *n* — **as·cet·i·cal·ly** \-ti-k(ə-)lē\ *adv* — **as·cet·i·cism** \-'se-tə-,si-zəm\ *n*

**as·cid·i·an** \ə-'si-dē-ən\ *n* [NL *Ascidia*, group comprising tunicates, fr. *Ascidium*, genus name, fr. Gk *askidion*, dim. of *askos* wineskin, bladder] (1856) : any of a class (Ascidiacea) of solitary or colonial sessile tunicates that have an oral and an atrial siphon — called also *sea squirt*

**ASCII** \'as-(,)kē\ *n* [*American Standard Code for Information Interchange*] (1963) : a code for representing alphanumeric information

**as·ci·tes** \ə-'sī-tēz\ *n, pl* **ascites** [ME *aschytes*, fr. LL *ascites*, fr. Gk *askītēs*, fr. *askos*] (14c) : accumulation of serous fluid in the spaces between tissues and organs in the cavity of the abdomen — **as·cit·ic** \-'si-tik\ *adj*

**as·cle·pi·ad** \ə-'sklē-pē-əd, -,ad\ *n* [ultim. fr. Gk *asklēpiad-, asklēpias* swallowwort, fr. *Asklēpios*, Greek god of medicine] (1859) : MILKWEED

**as·co·carp** \'as-kə-,kärp\ *n* (ca. 1887) : the mature fruiting body of an ascomycetous fungus; *broadly* : such a body with its enclosed asci, spores, and paraphyses — **as·co·car·pic** \,as-kə-'kär-pik\ *adj*

**as·co·go·ni·um** \,as-kə-'gō-nē-əm\ *n, pl* **-nia** \-nē-ə\ [NL] (1875) : the female sex organ in ascomycetous fungi

**as·co·my·cete** \,as-kō-'mī-,sēt, -mī-'sēt\ *n* [ultim. fr. Gk *askos* + *mykēt-, mykēs* fungus; akin to Gk *myxa* mucus — more at MUCUS] (1875) : any of a class (Ascomycetes) or subdivision (Ascomycotina) of higher fungi (as yeasts or molds) with septate hyphae and spores formed in asci — **as·co·my·ce·tous** \-,mī-'sē-təs\ *adj*

**as·cor·bate** \ə-'skȯr-,bāt, -bət\ *n* (1941) : a salt of ascorbic acid

**ascorbic acid** \ə-'skȯr-bik-\ *n* [ISV *a-* + NL *scorbutus* scurvy — more at SCORBUTIC] (1933) : VITAMIN C

**as·co·spore** \'as-kə-,spȯr, -,spȯr\ *n* (1875) : any of the spores contained in an ascus — **as·co·spor·ic** \,as-kə-'spȯr-ik, -'spȯr-\ *adj*

**as·cot** \'as-kət, -,kät\ *n* [*Ascot* Heath, racetrack near Ascot, England] (1898) : a broad neck scarf that is looped under the chin

**as·cribe** \ə-'skrīb\ *vt* **as·cribed; as·crib·ing** [ME, fr. L *ascribere*, fr. *ad-* + *scribere* to write — more at SCRIBE] (15c) : to refer to a supposed cause, source, or author — **as·crib·able** \-'skrī-bə-bəl\ *adj*
*syn* ASCRIBE, ATTRIBUTE, ASSIGN, IMPUTE, CREDIT mean to lay something to the account of a person or thing. ASCRIBE suggests an inferring or conjecturing of cause, quality, authorship (forged paintings formerly *ascribed* to masters). ATTRIBUTE suggests less tentativeness than AS-CRIBE, less definiteness than ASSIGN (*attributed* to Rembrandt but possibly done by an associate). ASSIGN implies ascribing with certainty or after deliberation (*assigned* the bones to the Cretaceous Period). IMPUTE suggests ascribing something that brings discredit by way of accusation or blame (tried to *impute* sinister motives to my actions). CREDIT implies ascribing a thing or esp. an action to a person or other thing as its agent, source, or explanation (*credited* his teammates for his success).

**ascribed** *adj* (1972) : acquired or assigned arbitrarily (as at birth) (~ social status)

**as·crip·tion** \ə-'skrip-shən\ *n* [LL *ascription-, ascriptio*, fr. L, written addition, fr. *ascribere*] (1600) **1** : the act of ascribing : ATTRIBUTION **2** : arbitrary placement (as at birth) in a particular social status

**as·crip·tive** \ə-'skrip-tiv\ *adj* (1650) : relating to, marked by, or involving ascription

**as·cus** \'as-kəs\ *n, pl* **as·ci** \'as-,kī, -,kē, 'a-,sī\ [NL, fr. Gk *askos* wineskin, bladder] (1830) : the membranous oval or tubular spore case of an ascomycete

**as·dic** \'az-(,)dik\ *n* [fr. *a*ntisubmarine *d*etection *i*nvestigation *c*ommittee, prob. fr. *A*ntisubmarine Division (British Admiralty department 1916–18) + *-ics*] (1939) *chiefly Brit* : SONAR

**-ase** *n suffix* [F, fr. *diastase*] : enzyme (protease)

**asep·sis** \ā-'sep-səs, ə-\ *n* [NL] (1892) **1** : the condition of being aseptic **2** : the methods of making or keeping aseptic

**asep·tic** \ā-'sep-tik, ə-\ *adj* [ISV] (ca. 1859) **1 a** : preventing infection (~ techniques) **b** : free or freed from pathogenic microorganisms (an ~ operating room) **2** : lacking vitality, emotion, or warmth (~ essays) — **asep·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**asex·u·al** \(,)ā-'sek-shə(-wə)l, -'sek-shəl\ *adj* (1830) **1** : lacking sex or functional sex organs (~ plants) **2 a** : involving or reproducing by nonsexual processes (as cell division, spore formation, fission, or budding) that do not involve the union of individuals or germ cells (~ reproduction) (an ~ generation) **b** : produced by asexual reproduction (~ spores) **3** : devoid of sexuality (an ~ relationship) — **asex·u·al·i·ty** \,ā-,sek-shə-'wa-lə-tē\ *n* — **asex·u·al·ly** \(,)ā-'sek-shə(-wə)-lē, -'sek-shə-lē\ *adv*

**as far as** *conj* (14c) : to the extent or degree that (is safe, *as far as* we know) — often used in expressions like "as far as (something) goes" or "as far as (something) is concerned" to mean "with regard to (something)" (we felt pretty safe *as far as* the fire was concerned — *I. Wain*) or in expressions like "as far as (someone) is concerned" or "in (someone's) opinion" (*as far as* I'm concerned, it's a mistake) — chiefly in oral use

**as far as** *prep* (1523) : with regard to : CONCERNING (neatly groomed *as far as* clothes, casual looking —*N.Y. Times*) (*as far as* being honest in the Ten Commandments, I think it is —Billy Graham) — chiefly in oral use

**as for** *prep* (1533) : with regard to : CONCERNING (*as for* the others, they'll arrive later)

**As·gard** \'as-,gärd, 'az-\ *n* [ON *āsgarthr*] : the home of the Norse gods

**¹ash** \'ash\ *n* [ME *asshe*, fr. OE *æsc*; akin to OHG *ask* ash, L *ornus* mountain ash] (bef. 12c) **1** : any of a genus (*Fraxinus*) of trees of the olive family with pinnate leaves, thin furrowed bark, and gray branchlets **2** : the tough elastic wood of an ash **3** [OE *æsc*, name of the corresponding runic letter]: the ligature æ used in Old English and some phonetic alphabets to represent a low front vowel \a\

**²ash** *n, often attrib* [ME *asshe*, fr. OE *asce* — more at ARID] (bef. 12c) **1** : something that symbolizes grief, repentance, or humiliation **2 a** : the solid residue left when combustible material is thoroughly burned or is oxidized by chemical means **b** : fine particles of mineral matter from a volcanic vent **3** *pl* : the remains of the dead human body after cremation or disintegration **4** *pl* : deathly pallor (the lip of ~es and the cheek of flame —Lord Byron) **5** *pl*: RUINS — **ash·less** \-ləs\ *adj*

**³ash** *vt* (1894) : to convert into ash

**ashamed** \ə-'shāmd\ *adj* [ME, fr. OE *āscamod*, pp. of *āscamian* to shame, fr. *ā-* (perfective prefix) + *scamian* to shame — more at ABIDE, SHAME] (bef. 12c) **1 a** : feeling shame, guilt, or disgrace (~ of his inferior ways) **b** : restrained by anticipation of shame (was ~ to beg) — **asham·ed·ly** \-'shā-məd-lē\ *adv*

**Ashan·ti** \ə-'shan-tē, -'shän-\ *n, pl* **Ashanti** *or* **Ashantis** [Twi *ásántè*] (1721) **1 a** : a member of a people of southern Ghana **2** : the dialect of Akan spoken by the Ashanti people

**ash-blond** *or* **ash-blonde** \'ash-'bländ\ *adj* (1903) : pale or grayish blond (~ hair)

**Ash·can** \'ash-,kan\ *adj* (1939) : of or relating to a group of 20th century American painters who depicted city life realistically (~ school)

**ash can** *n* (1899) **1** : a metal receptacle for refuse **2** *slang* : DEPTH CHARGE

**¹ash·en** \'a-shən\ *adj* (bef. 12c) : of, relating to, or made from ash wood

**²ashen** *adj* (14c) : resembling ashes (as in color); *esp* : deathly pale (a face ~ and haggard)

**Ash·er** \'a-shər\ *n* [Heb *Ashēr*] : a son of Jacob and the traditional eponymous ancestor of one of the tribes of Israel

**ash·fall** \'ash-,föl\ *n* (1923) : a deposit of volcanic ash

**Ash·ke·na·zi** \,äsh-kə-'nä-zē, ,ash-kə-'na-\ *n, pl* **-naz·im** \-'nä-zəm, -'na-\ [LHeb *Ashkĕnāzī*, fr. *Ashkĕnāz*, medieval rabbinical name for Germany] (1839) : a member of one of the two great divisions of Jews comprising the eastern European Yiddish-speaking Jews — compare SEPHARDI — **Ash·ke·naz·ic** \-'nä-zik, -'na-\ *adj*

**ash·lar** \'ash-lər\ *n* [ME *asheler*, fr. MF *aisselier* traverse beam, fr. OF, fr. *ais* board, fr. L *axis*, alter. of *assis*] (14c) **1** : hewn or squared stone; *also* : masonry of such stone. **2** : a thin squared and dressed stone for facing a wall of rubble or brick

**ashore** \ə-'shȯr, -'shȯr\ *adv* (1582) : on or to the shore

**as how** *conj* (1771) : THAT (allowed *as how* she was glad to be here)

**ash·ram** \'äsh-rəm, -,räm; 'ash-,ram\ *n* [Skt *āśrama*, fr. *śrama* religious exercise] (1917) **1** : a secluded dwelling of a Hindu sage; *also* : the group of disciples instructed there **2** : a religious retreat

**Ash·to·reth** \'ash-tə-,reth\ *n* [Heb *Ashtōreth*] : ASTARTE

**ash·tray** \'ash-,trā\ *n* (1887) : a receptacle for tobacco ashes and for cigar and cigarette butts

**Ashur** \'ä-,shȯr\ *n* [Akkadian *Ashūr*] : the chief deity of the Assyrians

**Ash Wednesday** *n* (14c) : the first day of Lent — see EASTER table

**ashy** \'a-shē\ *adj* **ash·i·er; -est** (14c) **1** : of or relating to ashes **2** : ASHEN

**Asi·a·go** \,ä-zhē-'ä-(,)gō, ,ä-sē-, -shē-\ *n* [*Asiago*, town in Italy] (1938) : a pungent hard yellow cheese of Italian origin suitable for grating

**¹Asian** \'ā-zhən *also* -shən\ *adj* (1550) : of, relating to, or characteristic of the continent of Asia or its people

**²Asian** *n* (ca. 1890) : a native or inhabitant of Asia

**Asian-Amer·i·can** \,ā-zhən-ə-'mer-ə-kən\ *n* (1974) : an American of Asian descent — **Asian-American** *adj*

**Asian elephant** *n* (1981) : ELEPHANT 1b

**Asian influenza** *n* (1957) : influenza caused by a mutant strain of the influenza virus isolated during the 1957 epidemic in Asia — called also *Asian flu*

**Asi·at·ic** \,ā-zhē-'a-tik, -zē-\ *adj* (1602) : ASIAN — sometimes taken to be offensive — **Asiatic** *n*

**Asiatic cholera** *n* (1831) : cholera of Asian origin that is caused by virulent strains of the cholera vibrio (*Vibrio cholerae*)

**Asiatic elephant** *n* (1930) : ELEPHANT 1b

**¹aside** \ə-'sīd\ *adv* (14c) **1** : to or toward the side (stepped ~) **2** : away from others or into privacy (pulled him ~) **3** : out of the way esp. for future use : AWAY (putting ~ savings) **4** : away from one's thought or consideration (jesting ~)

**²aside** *prep* (1592) *obs* : BEYOND, PAST

**³aside** *n* (ca. 1751) **1** : an utterance meant to be inaudible to someone; *esp* : an actor's speech heard by the audience but supposedly not by other characters **2** : a straying from the theme : DIGRESSION

**aside from** *prep* (1818) **1** : in addition to : BESIDES **2** : EXCEPT FOR

**as if** *conj* (13c) **1** : as it would be if (it was *as if* he had lost his last friend) **2** : as one would do if (he ran *as if* ghosts were chasing him) **3** : THAT (it seemed *as if* the day would never end)

**as·i·nine** \'a-sə-,nīn\ *adj* [L *asininus*, fr. *asinus* ass] (15c) **1** : marked by inexcusable failure to exercise intelligence or sound judgment (an ~ excuse) **2** : of, relating to, or resembling an ass *syn see* SIMPLE — **as·i·nine·ly** *adv* — **as·i·nin·i·ty** \,a-sə-'ni-nə-tē\ *n*

**¹ask** \'ask, 'åsk; *dial* 'aks\ *vb* **asked** \'as(k)t, 'ás(k)t, 'ast; *dial* 'akst\; **ask·ing** [ME, fr. OE *āscian*; akin to OHG *eiscōn* to ask, Lith *ieškoti* to seek, Skt *icchati* he seeks] *vt* (bef. 12c) **1 a** : to call on for an answer **b** : to put a question about : **c** : SPEAK, UTTER (~ a question) **2 a** : to make a request of (she ~ed her teacher for help) **b** : to make a request for (she ~ed help from her teacher) **3** : to call for : REQUIRE **4** : to set as a price (~ed $3000 for the car) **5** : INVITE ~ *vi* **1** : to

\ə\ abut \'\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision \ä, k, ⁿ, œ, ɶ, ue, ᴜᴇ, ʏ\ *see* Guide to Pronunciation

no credit — **over a barrel** : at a disadvantage : in an awkward position
²**barrel** *vb* **-reled** *or* **-relled; -rel·ing** *or* **-rel·ling** *vt* (15c) : to put or pack in a barrel ~ *vi* : to move at a high speed or without hesitation
**bar·rel·age** \'bar-ə-lij\ *n* (1890) : amount (as of beer) in barrels
**barrel cactus** *n* (1881) : any of a genus (*Ferocactus*) of nearly globular deeply ribbed spiny cacti of Mexico and the adjacent U.S.
**bar·rel·chest·ed** \'bar-əl-,ches-təd\ *adj* (1926) : having a large rounded chest
**barrel cuff** *n* (1926) : an unfolded cuff (as on a shirt) usu. fastened by a button
**bar·rel·ful** \'bar-əl-,fu̇l\ *n, pl* **barrelfuls** \-,fu̇lz\ *or* **bar·rels·ful** \-əlz-,fu̇l\ (14c) 1 : as much or as many as a barrel will hold 2 : a large number or amount
**bar·rel·head** \-,hed\ *n* (1840) : the flat end of a barrel — **on the barrelhead** : asking for or granting no credit ⟨paid cash *on the barrelhead*⟩


barrel cactus

**bar·rel·house** \-,hau̇s\ *n* (1883) 1 : a cheap drinking and usu. dancing establishment 2 : a strident, uninhibited, and forcefully rhythmic style of jazz or blues
**barrel organ** *n* (1772) : an instrument for producing music by the action of a revolving cylinder studded with pegs on a series of valves that admit air from a bellows to a set of pipes
**barrel racing** *n* (1972) : a rodeo event for women in which a mounted rider makes a series of sharp turns around three barrels in a cloverleaf pattern — **barrel race** *n* — **barrel racer** *n*
**barrel roll** *n* (ca. 1920) : an airplane maneuver in which a complete revolution about the longitudinal axis is made
**barrel vault** *n* (1849) : a semicylindrical vault — **bar·rel-vault·ed** \-,vȯl-təd\ *adj*
¹**bar·ren** \'bar-ən\ *adj* [ME *bareine*, fr. OF *baraine*] (13c) 1 : not reproducing: as a : incapable of producing offspring — used esp. of females or matings b : not yet or not recently pregnant c : habitually failing to fruit 2 : not productive: as a : producing little or no vegetation : DESOLATE ⟨~ deserts⟩ b : producing inferior crops ⟨~ soil⟩ c : unproductive of results or gain : FRUITLESS ⟨a ~ scheme⟩ 3 : DEVOID, LACKING — used with *of* ⟨~ of excitement⟩ 4 : lacking interest, information, or charm 5 : DULL, UNRESPONSIVE *syn* see BARE — **bar·ren·ly** *adv* — **bar·ren·ness** \-ə(n)-nəs\ *n*
²**barren** *n* (1651) 1 *pl* : an extent of usu. level land having an inferior growth of trees or little vegetation 2 : a tract of barren land
**bar·rette** \bä-'ret, bə-\ *n* [F, dim. of *barre* bar] (1901) : a clip or bar for holding hair in place
¹**bar·ri·cade** \'bar-ə-,kād, ,bar-ə-'\ *vt* **-cad·ed; -cad·ing** (1592) 1 : to block off or stop up with a barricade 2 : to prevent access to by means of a barricade
²**barricade** *n* [F, fr. MF, fr. *barriquer* to barricade, fr. *barrique* barrel] (1642) 1 : an obstruction or rampart thrown up across a way or passage to check the advance of the enemy 2 : BARRIER 3, OBSTACLE 3 *pl* : a field of combat or dispute
**bar·ri·ca·do** \,bar-ə-'kā-(,)dō\ *n, pl* **-does** [modif. of MF *barricade*] (1590) *archaic* : BARRICADE — **barricado** *vt, archaic*
**bar·ri·er** \'bar-ē-ər\ *n* [ME *barrere*, fr. MF *barriere*, fr. *barre*] (14c) a : something material that blocks or is intended to block passage ⟨highway ~s⟩ ⟨a ~ contraceptive⟩ b : a natural formation or structure that prevents or hinders movement or action ⟨geographic ~s to species dissemination⟩ ⟨~ beaches⟩ ⟨drugs that cross the placental ~⟩ 2 *pl, often cap* : a medieval war game in which combatants fight on foot with a fence or railing between them 3 : something immaterial that impedes or separates : OBSTACLE ⟨behavioral ~s⟩ ⟨trade ~s⟩ ⟨a ~ to honest communication⟩
**barrier island** *n* (1943) : a long broad sandy island lying parallel to a shore that is built up by the action of waves, currents, and winds and that protects the shore from the effects of the ocean
**barrier reef** *n* (1805) : a coral reef roughly parallel to a shore and separated from it by a lagoon
**bar·ring** \'bär-iŋ\ *prep* (15c) : excluding by exception : EXCEPTING
**bar·rio** \'bär-ē-,ō, 'bar-\ *n, pl* **-ri·os** [Sp, fr. Ar *barri* of the open country, fr. *barr* outside, open country] (1841) 1 : a ward, quarter, or district of a city or town in Spanish-speaking countries 2 : a Spanish-speaking quarter or neighborhood in a city or town in the U.S. esp. in the Southwest
**bar·ris·ter** \'bar-ə-stər\ *n* [ME *barrester*, fr. *barre* bar + *-ster* (as in *legister* lawyer)] (15c) : a counsel admitted to plead at the bar and undertake the public trial of causes in an English superior court — compare SOLICITOR
**bar·room** \'bär-,rüm, -,rüm\ *n* (1797) : a room or establishment whose main feature is a bar for the sale of liquor
¹**bar·row** \'bar-(,)ō\ *n* [ME *bergh*, fr. OE *beorg*; akin to OHG *berg* mountain, Skt *bṛhant* high] (bef. 12c) 1 : MOUNTAIN, MOUND — used only in the names of hills in England 2 : a large mound of earth or stones over the remains of the dead : TUMULUS
²**barrow** *n* [ME *barow*, fr. OE *bearg*; akin to OHG *barug* barrow] (bef. 12c) : a male hog castrated before sexual maturity
³**barrow** *n* [ME *barew*, fr. OE *bearwe*; akin to OE *beran* to carry — more at BEAR] (bef. 12c) 1 a : HANDBARROW b : WHEELBARROW 2 : a cart with a shallow box body, two wheels, and shafts for pushing it
**barrow boy** *n* (1939) *Brit* : COSTERMONGER
**bar sinister** *n* (1823) 1 : a heraldic charge held to be a mark of bastardy 2 : the fact or condition of being of illegitimate birth
**bar·tend·er** \'bär-,ten-dər\ *n* (1836) : one that serves liquor at a bar
¹**bar·ter** \'bär-tər\ *vb* [ME *bartren*, fr. MF *barater* to deceive, exchange] *vi* (15c) : to trade by exchanging one commodity for another ~ *vt* : to trade or exchange by or as if by bartering — **bar·ter·er** \-tər-ər\ *n*
²**barter** *n* (15c) : the act or practice of carrying on trade by bartering 2 : the thing given in exchange in bartering
**Bar·tho·lin's gland** \'bär-thə-lənz-, 'bärt-'l-ənz-\ *n* [Kaspar *Bartholin* †1738 Dan. physician] (1901) : either of two oval racemose glands lying one to each side of the lower part of the vagina and secreting a lubricating mucus — compare COWPER'S GLAND

**bar·ti·zan** \'bär-tə-zən, ,bär-tə-'zan\ *n* [alter. of ME *bretasinge*, fr. *bretais* parapet — more at BRATTICE] (1808) : a small structure (as a turret) projecting from a building and serving esp. for lookout or defense
**Ba·ruch** \bə-'rük, 'bär-,ük\ *n* [LL, fr. Gk *Barouch*, fr. Heb *Bārūkh*] : a homiletic book included in the Roman Catholic canon of the Old Testament and in the Protestant Apocrypha — see BIBLE table
**bar·ware** \'bär-,war, -,wer\ *n* (1941) : glassware or utensils used in preparing and serving alcoholic beverages
**bary·on** \'bar-ē-,än\ *n* [ISV *bary-* (fr. Gk *barys* heavy) + ²*-on* — more at GRIEVE] (1953) : any of a group of elementary particles (as nucleons) that are subject to the strong force and are held to be a combination of three quarks — **bary·on·ic** \,bar-ē-'ä-nik\ *adj*
**bar·yte** \'bar-,īt, 'ber-\ *or* **ba·ry·tes** \bə-'rī-tēz\ *var of* BARITE
**bary·tone** \'bar-ə-,tōn\ *var of* BARITONE
**ba·sal** \'bā-səl, -zəl\ *adj* (1645) 1 a : relating to, situated at, or forming the base b : arising from the base of a stem ⟨~ leaves⟩ 2 a : of or relating to the foundation, base, or essence : FUNDAMENTAL b : of, relating to, or being essential for maintaining the fundamental vital activities of an organism : MINIMAL c : used for teaching beginners ⟨~ readers⟩ — **ba·sal·ly** *adv*
**basal body** *n* (1902) : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and identical to a centriole in structure — called also *basal granule, kinetosome*
**basal cell** *n* (ca. 1903) : one of the innermost cells of the deeper epidermis of the skin
**basal ganglion** *n* (ca. 1889) : any of four deeply placed masses of gray matter (as the amygdala) in each cerebral hemisphere — called also *basal nucleus*
**basal metabolic rate** *n* (1922) : the rate at which heat is given off by an organism at complete rest
**basal metabolism** *n* (1913) : the turnover of energy in a fasting and resting organism using energy solely to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate
**ba·salt** \bə-'sȯlt, 'bā-,\ *n* [L *basaltes*, MS var. of *basanites* touchstone, fr. Gk *basanitēs* (*lithos*), fr. *basanos* touchstone, fr. Egypt *bhnw*] (1601) : a dark gray to black dense to fine-grained igneous rock that consists of basic plagioclase, augite, and usu. magnetite — **ba·sal·tic** \bə-'sȯl-tik\ *adj*
**bas·cule** \'bas-(,)kyü(ə)l\ *n* [F, seesaw] (1678) : an apparatus or structure (as a drawbridge) in which one end is counterbalanced by the other on the principle of the seesaw by weights
¹**base** \'bās\ *n, pl* **bas·es** \'bā-səz\ [ME, fr. MF, fr. L *basis*, fr. Gk, step, base, fr. *bainein* to go — more at COME] (13c) 1 a (1) : the lower part of a wall, pier, or column considered as a separate architectural feature (2) : the lower part of a complete architectural design b : the bottom of something considered as its support : FOUNDATION c (1) : a side or face of a geometrical figure from which an altitude can be constructed; *esp* : one on which the figure stands (2) : the length of a base d : that part of a bodily organ by which it is attached to another more central structure of the organism 2 a : a main ingredient ⟨paint having a latex ~⟩ b : a supporting or carrying ingredient (as of a medicine) : the fundamental part of something : GROUNDWORK, BASIS c : the economic factors on which in Marxist theory all legal, social, and political relations are formed 4 : the lower part of a heraldic field 5 a : the starting point or line for an action or undertaking b : a baseline in surveying c : a center or area of operations: as (1) : the place from which a military force draws supplies (2) : a place where military operations begin (3) : a permanent military installation d (1) : a number (as 5 in $5^{4,4}$ or 5?) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since $10^2 = 100$⟩ (2) : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩ (3) : a number that is multiplied by a rate or of which a percentage or fraction is calculated ⟨to find the interest on $90 at 10% multiply the ~ 90 by .10⟩ e : ROOT 6 6 a : the starting place or goal in various games b : any one of the four stations at the corners of a baseball infield c : a point to be considered ⟨his opening remarks touched every ~⟩ 7 a : any of various typically water-soluble and bitter tasting compounds that in solution have a pH greater than 7, are capable of reacting with an acid to form a salt, and are molecules or ions able to take up a proton from an acid or able to give up an unshared pair of electrons to an acid b : any of the five purine or pyrimidine bases of DNA and RNA that include cytosine, guanine, adenine, thymine, and uracil 8 : a price level at which a security previously actively declining in price resists further price decline 9 : the part of a transformational grammar that consists of rules and a lexicon and generates the deep structures of a language — **based** \'bāst\ *adj* — **base·less** \'bā-sləs\ *adj* — **off base** 1 : WRONG, MISTAKEN 2 : UNAWARES
²**base** *vt* **based; bas·ing** (1587) 1 : to make, form, or serve as a base for 2 : to find a base or basis for — usu. used with *on* or *upon*
³**base** *adj* [ME *bas*, fr. MF, fr. ML *bassus* short, low] (14c) 1 *archaic* : of little height 2 *obs* : low in place or position 3 *obs* : BASS 4 *archaic* : BASEBORN 5 a : resembling a villein : SERVILE ⟨a ~ tenant⟩ b : held by villenage ⟨~ tenure⟩ 6 a : being of comparatively low value and having relatively inferior properties (as lack of resistance to corrosion) ⟨a ~ metal such as iron⟩ — compare NOBLE b : containing a larger than usual proportion of base metals ⟨~ silver denarii⟩ 7 a : lacking or indicating the lack of higher qualities of mind or spirit : IGNOBLE b : lacking higher values : DEGRADING ⟨a drab ~ way of life⟩ — **base·ly** *adv* — **base·ness** *n*
*syn* BASE, LOW, VILE mean deserving of contempt because of the absence of higher values. BASE stresses the ignoble and may suggest cruelty, treachery, greed, or grossness ⟨*base* motives⟩. LOW may connote crafty cunning, vulgarity, or immorality and regularly implies an outraging of one's sense of decency or propriety ⟨refused to listen to


base of a column: 1 upper torus, 2 scotia, 3 lower torus, 4 plinth, 5 shaft, 6 fillets

**syn** IDEA, CONCEPT, CONCEPTION, THOUGHT, NOTION, IMPRESSION mean what exists in the mind as a representation (as of something comprehended) or as a formulation (as of a plan). IDEA may apply to a mental image or formulation of something seen or known or imagined, to a pure abstraction, or to something assumed or vaguely sensed ⟨innovative ideas⟩ ⟨my idea of paradise⟩. CONCEPT may apply to the idea formed by consideration of instances of a species or genus or, more broadly, to any idea of what a thing ought to be ⟨a society with no concept of private property⟩. CONCEPTION is often interchangeable with CONCEPT; it may stress the process of imagining or formulating rather than the result ⟨our changing conception of what constitutes art⟩. THOUGHT is likely to suggest the result of reflecting, reasoning, or meditating rather than of imagining ⟨commit your thoughts to paper⟩. NOTION suggests an idea not much resolved by analysis or reflection and may suggest the capricious or accidental ⟨you have the oddest notions⟩. IMPRESSION applies to an idea or notion resulting immediately from some stimulation of the senses ⟨the first impression is of soaring height⟩.

**ide·al** \ī-'dē(-ə)l, 'ī-,\ adj [ME ydeall, fr. LL idealis, fr. L idea] (15c) 1 : existing as an archetypal idea  2 a : existing as a mental image or in fancy or imagination only; broadly : lacking practicality  b : relating to or constituting mental images, ideas, or conceptions  3 a : of, relating to, or embodying an ideal  b : conforming exactly to an ideal, law, or standard : PERFECT ⟨an ~ gas⟩ — compare REAL 2b(3)  4 : of or relating to philosophical idealism

**ideal** n (15c) 1 : a standard of perfection, beauty, or excellence  2 : one regarded as exemplifying an ideal and often taken as a model for imitation  3 : an ultimate object or aim of endeavor : GOAL  4 : a subset of a mathematical ring that is closed under addition and subtraction and contains the products of any given element of the subset with each element of the ring  **syn** see MODEL — **ide·al·less** \-ləs\ adj

**idealise** Brit var of IDEALIZE

**ide·al·ism** \ī-'dē-(ə-),liz-əm, 'ī-(,)dē-\ n (1796) 1 a (1) : a theory that ultimate reality lies in a realm transcending phenomena (2) : a theory that the essential nature of reality lies in consciousness or reason b (1) : a theory that only the perceptible is real (2) : a theory that only mental states or entities are knowable  2 a : the practice of forming ideals or living under their influence  b : something that is idealized  3 : literary or artistic theory or practice that affirms the preeminent value of imagination as compared with faithful copying of nature — compare REALISM

**ide·al·ist** \-(ə-)list\ n (1701) 1 a : an adherent of a philosophical theory of idealism  b : an artist or author who advocates or practices idealism in art or writing  2 : one guided by ideals; esp : one that places ideals before practical considerations

**idealist** adj (1875) : IDEALISTIC

**ide·al·is·tic** \(,)ī-,dē-(ə-)'lis-tik, ,ī-dē-\ adj (1829) : of or relating to idealists or idealism — **ide·al·is·ti·cal·ly** \-ti-k(ə-)lē\ adv

**ide·al·i·ty** \,ī-dē-'a-lə-tē\ n, pl -ties (1817) 1 a : the quality or state of being ideal  b : existence only in idea  2 : something imaginary or idealized

**ide·al·ize** \ī-'dē-(ə-),līz\ vb -ized; -iz·ing vi (1786) 1 : to form ideals 2 : to work idealistically ~ vt  1 a : to give an ideal form or value to  b : to attribute ideal characteristics to  2 : to treat idealistically — **ide·al·iz·er** \-'dē-(ə-)lī-zər\ n — **ide·al·i·za·tion** \-,dē-(ə-)lə-'zā-shən\ n

**ide·al·ly** \ī-'dē-ə-lē, -'dē(-ə)l-lē\ adv (1598) 1 : in idea or imagination : MENTALLY  2 : in relation to an exemplar  3 a : conformably to or in respect to an ideal : PERFECTLY  b : for best results ⟨~, the counselor should vary his techniques for each applicant —T. M. Martinez⟩  c : in accordance with an ideal or typical standard : CLASSICALLY

**ideal point** n (1879) : a point added to the plane or to space to eliminate special cases; specif : the point at infinity added in projective geometry as the assumed intersection of two parallel lines

**ide·ate** \ī-'dē-,āt\ vb -at·ed; -at·ing vt (1610) : to form an idea or conception of ~ vi : to form an idea

**ide·a·tion** \,ī-dē-'ā-shən\ n (1818) : the forming of ideas (as of things not present to the senses)

**ide·a·tion·al** \-shnəl, -shə-nᵊl\ adj (1853) : of, relating to, or produced by ideation; broadly : of or relating to ideas — **ide·a·tion·al·ly** adv

**idée fixe** \ē-,dā-'fēks\ n, pl **idées fixes** \same\ [F, lit., fixed idea] (1836) : an idea that dominates one's mind esp. for a prolonged period : OBSESSION

**idem** \'ī-,dem, 'ē-, 'i-\ pron [ME, fr. L, same — more at IDENTITY] (14c) : something previously mentioned : SAME

**idem·po·tent** \'ī-dəm-,pō-tᵊnt\ adj [L idem same + potent-, potens having power — more at POTENT] (1870) : relating to or being a mathematical quantity which when applied to itself under a given binary operation (as multiplication) equals itself; also : relating to or being an operation under which a mathematical quantity is idempotent — **idempotent** n

**iden·tic** \ī-'den-tik, ə-\ adj (1649) : IDENTICAL; as  a : constituting a diplomatic action or expression in which two or more governments follow precisely the same course or employ an identical form  b : constituting an action or expression in which a government follows precisely the same course or employs identical forms with reference to two or more other governments

**iden·ti·cal** \ī-'den-ti-kəl, ə-\ adj [prob. fr. ML identicus, fr. LL identitas] (1599) 1 : being the same : SELFSAME ⟨the ~ place we stopped before⟩  2 : having such close resemblance as to be essentially the same ⟨~ hats⟩ — often used with to or with  3 a : having the same cause (~ infections)  b : MONOZYGOTIC  **syn** see SAME — **iden·ti·cal·ly** \-k(ə-)lē\ adv — **iden·ti·cal·ness** \-kəl-nəs\ n

**iden·ti·fi·ca·tion** \ī-,den-tə-fə-'kā-shən, ə-\ n (1644) 1 a : an act of identifying : the state of being identified  b : evidence of identity  2 a : psychological orientation of the self in regard to something (as a person or group) with a resulting feeling of close emotional association  b : a largely unconscious process whereby an individual models thoughts, feelings, and actions after those attributed to an object that has been incorporated as a mental image

**identification card** n (1908) : ID CARD

**iden·ti·fi·er** \ī-'den-tə-,fī(-ə)r, ə-\ n (1889) : one that identifies

**iden·ti·fy** \ī-'den-tə-,fī, ə-\ vb -fied; -fy·ing vt (1644) 1 a : to cause to be or become identical  b : to conceive as united (as in spirit, outlook, or principle) ⟨groups that are identified with conservation⟩  2 a : to establish the identity of  b : to determine the taxonomic position of (a biological specimen) ~ vi  1 : to be or become the same  2 : to practice psychological identification ⟨~ with the hero of a novel⟩ — **iden·ti·fi·able** \-,den-tə-'fī-ə-bəl\ adj — **iden·ti·fi·ably** \-blē\ adv

**iden·ti·ty** \ī-'den-tə-tē, ə-, -'de-nə-\ n, pl -ties [MF identité, fr. LL identitat-, identitas, prob. fr. L identidem repeatedly, contr. of idem et idem, lit., same and same] (1570) 1 a : sameness of essential or generic character in different instances  b : sameness in all that constitutes the objective reality of a thing : ONENESS  2 a : the distinguishing character or personality of an individual : INDIVIDUALITY  b : the relation established by psychological identification  3 : the condition of being the same with something described or asserted ⟨establish the ~ of stolen goods⟩  4 : an equation that is satisfied for all values of the symbols  5 : IDENTITY ELEMENT

**identity card** n (1900) : ID CARD

**identity crisis** n (1954) 1 : personal psychosocial conflict esp. in adolescence that involves confusion about one's social role and often a sense of loss of continuity to one's personality  2 : a state of confusion in an institution or organization regarding its nature or direction

**identity element** n (1902) : an element (as 0 in the set of all integers under addition or 1 in the set of positive integers under multiplication) that leaves any element of the set to which it belongs unchanged when combined with it by a specified operation

**identity matrix** n (ca. 1929) : a square matrix that has numeral 1's along the principal diagonal and 0's elsewhere

**ideo-** comb form [F idéo-, fr. Gk idea] : idea ⟨ideogram⟩

**ideo·gram** \'i-dē-ə-,gram, 'ī-\ n (ca. 1840) 1 : a picture or symbol used in a system of writing to represent a thing or an idea but not a particular word or phrase for it; esp : one that represents not the object pictured but some thing or idea that the object pictured is supposed to suggest  2 : LOGOGRAM — **ideo·gram·ic** or **ideo·gram·mic** \,i-dē-ə-'gra-mik, ,ī-\ adj — **ideo·gram·mat·ic** \-dē-ə-grə-'ma-tik\ adj

**ideo·graph** \'i-dē-ə-,graf, 'ī-\ n (1835) : IDEOGRAM — **ideo·graph·ic** \,i-dē-ə-'gra-fik, ,ī-\ adj — **ideo·graph·i·cal·ly** \-fi-k(ə-)lē\ adv

**ide·og·ra·phy** \,i-dē-'ä-grə-fē, ,ī-\ n (1836) 1 : the use of ideograms  2 : the representation of ideas by graphic symbols

**ideo·log·i·cal** \,ī-dē-ə-'lä-ji-kəl, ,i-\ also **ideo·log·ic** \-'lä-jik\ adj (1797) 1 : relating to or concerned with ideas  2 : of, relating to, or based on ideology — **ideo·log·i·cal·ly** \-'lä-ji-k(ə-)lē\ adv

**ide·ol·o·gize** \,ī-dē-'ä-lə-,jīz, ,i-\ vt -gized; -giz·ing (1860) : to give an ideological character or interpretation to; esp : to change or interpret in relation to a sociopolitical ideology often seen as biased or limited

**ideo·logue** also **idea·logue** \'ī-dē-ə-,lȯg, -,läg\ n [F idéologue] : back formation fr. idéologie] (1815) 1 : an impractical idealist : THEORIST  2 : an often blindly partisan advocate or adherent of a particular ideology

**ide·ol·o·gy** \,ī-dē-'ä-lə-jē, ,i-\ also **ide·al·o·gy** \-'a-lə-jē, -'ä-\ n, pl -gies [F idéologie, fr. idéo- ideo- + -logie -logy] (1813) 1 : visionary theorizing  2 a : a systematic body of concepts esp. about human life or culture  b : a manner or the content of thinking characteristic of an individual, group, or culture  c : the integrated assertions, theories and aims that constitute a sociopolitical program — **ide·ol·o·gist** \-jist\ n

**ideo·mo·tor** \,ī-dē-ə-'mō-tər, ,i-\ adj [ISV] (1867) : not reflex but motivated by an idea ⟨~ muscular activity⟩

**ides** \'īdz\ n pl but sing or pl in constr [ME, fr. MF, fr. L idus] (14c) : the 15th day of March, May, July, or October or the 13th day of any other month in the ancient Roman calendar; broadly : this day and the seven days preceding it

**-idin** or **-idine** n suffix [ISV -ide + -in, -ine] : chemical compound related in origin or structure to another compound ⟨toluidine⟩ ⟨guanidine⟩

**idio-** comb form [Gk, fr. idios — more at IDIOT] : one's own : personal : separate : distinct ⟨idioblast⟩

**id·io·blast** \'i-dē-ə-,blast\ n [ISV] (1822) : a plant cell (as a sclereid) that differs markedly from neighboring cells — **id·io·blas·tic** \,i-dē-ə-'blas-tik\ adj

**id·i·o·cy** \'i-dē-ə-sē\ n, pl -cies (ca. 1529) 1 : extreme mental retardation commonly due to incomplete or abnormal development of the brain  2 : something notably stupid or foolish

**id·io·graph·ic** \,i-dē-ə-'gra-fik\ adj [ISV] (ca. 1890) : relating to or dealing with something concrete, individual, or unique

**id·i·o·lect** \'i-dē-ə-,lekt\ n [idio- + -lect (as in dialect)] (1948) : the language or speech pattern of one individual at a particular period of life — **id·i·o·lec·tal** \,i-dē-ə-'lek-tᵊl\ adj

**id·i·om** \'i-dē-əm\ n [MF & LL; MF idiome, fr. LL idioma, fr. idiousthai to appropriate, fr. idios] (1588) 1 a : the language peculiar to a people or to a district, community, or class : DIALECT  b : the syntactical, grammatical, or structural form peculiar to a language  2 : an expression in the usage of a language that is peculiar to itself either grammatically (as no, it wasn't me) or in having a meaning that cannot be derived from the conjoined meanings of its elements (as Monday week for "the Monday a week after next Monday")  3 : a style or form of artistic expression that is characteristic of an individual, a period or movement, or a medium or instrument ⟨the modern jazz ~⟩; broadly : MANNER, STYLE ⟨a new culinary ~⟩

**id·i·o·mat·ic** \,i-dē-ə-'ma-tik\ adj (1712) 1 : of, relating to, or conforming to idiom  2 : peculiar to a particular group, individual, or style — **id·i·o·mat·i·cal·ly** \-ti-k(ə-)lē\ adv — **id·i·o·mat·ic·ness** \-tik-nəs\ n

**id·i·o·mor·phic** \,i-dē-ə-'mȯr-fik\ adj [Gk idiomorphos, fr. idio- + -morphos -morphous] (1887) : having the proper form or shape — used of minerals whose crystalline growth has not been interfered with

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̷h\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ǣ, ᵫ, ɶ, ᷆\ see Guide to Pronunciation

... applies to a more individually determined wish or need ⟨his ...tant *object* was the achievement of pleasure⟩. OBJECTIVE implies ...nething tangible and immediately attainable ⟨their *objective* is to ... the oil fields⟩. GOAL suggests something attained only by prolonged effort and hardship ⟨worked years to reach her *goals*⟩.

**in·ten·tion·al** \in-'tench-nəl, -'ten(t)-shə-nᵊl\ *adj* (ca. 1727)   1 : done ... intention or design : INTENDED ⟨~ damage⟩   2  a : of or relating to ...tenological intention   b : having external reference   *syn* see VOLUNTARY — **in·ten·tion·al·i·ty** \-ten(t)-shə-'na-lə-tē\ *n* — **in·ten·tion·al·ly** \in-'tench-nə-lē, -'ten(t)-shə-nᵊl-ē\ *adv*

**in·ter** \in-'tər\ *vt* **in·terred; in·ter·ring** [ME *enteren*, fr. MF *enterrer*, (assumed) VL *interrare*, fr. *in-* + L *terra* earth — more at TERRACE] ... : to deposit (a dead body) in the earth or in a tomb

**inter-** *prefix* [ME *inter-, enter-*, fr. MF & L; MF *inter-, entre-*, fr. L *inter*; fr. *inter*; akin to OHG *untar* among, Gk *enteron* intestine, OE *in* ...]   1 : between : among : in the midst ⟨*intercrop*⟩ ⟨*interpenetrate*⟩ ⟨*interstellar*⟩   2 : reciprocal ⟨*interrelation*⟩ : reciprocally ⟨*intermarry*⟩ ... located between ⟨*interface*⟩   4 : carried on between ⟨*international*⟩ ... occurring between ⟨*interborough*⟩ : intervening ⟨*interglacial*⟩   6 ...shared by, involving, or derived from two or more ⟨*interfaith*⟩   7 ...between the limits of : within ⟨*intertropical*⟩   8 : existing between ⟨*intercommunal*⟩ ⟨*intercompany*⟩

inter-Af·ri·can
inter-agen·cy
inter-al·le·lic
inter-Amer·i·can
inter-an·i·ma·tion
inter-an·nu·al
inter-as·so·ci·a·tion
inter-atom·ic
inter-avail·abil·i·ty
inter-bank
inter-ba·sin
inter-bed
inter-be·hav·ior
inter-be·hav·ior·al
inter-bor·ough
inter-branch
inter-cal·i·bra·tion
inter-cam·pus
inter-caste
inter-cell
inter-cel·lu·lar
inter-chain
inter-chan·nel
inter-chro·mo·som·al
inter-church
inter-city
inter-clan
inter-class
inter-club
inter-clus·ter
inter-coast·al
inter-co·lo·nial
inter-com·mu·nal
inter-com·mu·ni·ty
inter-com·pa·ny
inter-com·pare
inter-com·par·i·son
inter-com·pre·hen·si·bil·i·ty
inter-cor·po·rate
inter-cor·re·late
inter-cor·re·la·tion
inter-cor·ti·cal
inter-coun·try
inter-coun·ty
inter-cou·ple
inter-cra·ter
inter-crys·tal·line
inter-cul·tur·al
inter-cul·tur·al·ly
inter-cul·ture
inter-deal·er
inter-de·nom·i·na·tion·al
inter-de·part·men·tal
inter-de·part·men·tal·ly
inter-de·pend
inter-de·pen·dence
inter-de·pen·den·cy
inter-de·pen·dent
inter-de·pen·dent·ly
inter-di·a·lec·tal
inter-dis·trict
inter-di·vi·sion·al

inter-do·min·ion
inter-elec·trode
inter-elec·tron
inter-elec·tron·ic
inter-ep·i·dem·ic
inter·eth·nic
inter-fac·ul·ty
inter-fa·mil·ial
inter-fam·i·ly
inter-fi·ber
inter·firm
inter·flow
inter·flu·vi·al
inter·fold
inter·fra·ter·ni·ty
inter·gang
inter·gen·er·a·tion·al
inter·gen·er·a·tion·al
inter·ge·ner·ic
inter·graft
inter·gran·u·lar
inter·group
inter·hemi·spher·ic
inter·in·di·vid·u·al
inter·in·dus·try
inter·in·flu·ence
inter·in·sti·tu·tion·al
inter·in·volve
inter·ionic
inter·is·land
inter·ju·ris·dic·tion·al
inter·la·cus·trine
inter·lam·i·nar
inter·lay
inter·lay·er
inter·lend
inter·li·brary
inter·lin·er
inter·lob·u·lar
inter·lo·cal
inter·male
inter·mar·gin·al
inter·mem·brane
inter·men·stru·al
inter·min·is·te·ri·al
inter·mi·tot·ic
inter·mo·lec·u·lar
inter·mo·lec·u·lar·ly
inter·moun·tain
inter·nu·cle·ar
inter·nu·cle·on
inter·nu·cle·on·ic
inter·nu·cle·o·tide
inter·ob·serv·er
inter·ocean
inter·oce·an·ic
inter·of·fice
inter·op·er·a·tive
inter·or·bit·al
inter·or·gan
inter·or·ga·ni·za·tion·al
inter·pan·dem·ic

inter·par·ish
inter·par·ox·ys·mal
inter·par·ti·cle
inter·par·ty
inter·per·cep·tu·al
inter·per·me·ate
inter·pha·lan·ge·al
inter·plan·e·tary
inter·plu·vi·al
inter·point
inter·pop·u·la·tion
inter·pop·u·la·tion·al
inter·pro·fes·sion·al
inter·pro·vin·cial
inter·psy·chic
inter·re·gion·al
inter·re·li·gious
inter·re·nal
inter·row
inter·school
inter·sec·tion·al
inter·seg·ment
inter·seg·men·tal
inter·sen·so·ry
inter·so·ci·e·tal
inter·so·ci·e·ty
inter·stage
inter·sta·tion
inter·stim·u·la·tion
inter·stim·u·lus
inter·strain
inter·strand
inter·strat·i·fi·ca·tion
inter·strat·i·fy
inter·sub·sti·tut·abil·i·ty
inter·sub·sti·tut·able
inter·sys·tem
inter·term
inter·ter·mi·nal
inter·ter·ri·to·ri·al
inter·trans·lat·able
inter·tri·al
inter·trib·al
inter·troop
inter·union
inter·unit
inter·uni·ver·si·ty
inter·ur·ban
inter·val·ley
inter·ven·tric·u·lar
inter·ver·te·bral
inter·vil·lage
inter·vis·i·bil·i·ty
inter·vis·i·ble
inter·vis·i·ta·tion
inter·war
inter·work
inter·work·ing
inter·zon·al
inter·zone

**in·ter·a·bang** *var of* INTERROBANG
**in·ter·act** \in-tə-'rakt\ *vi* (1839) : to act upon one another
**in·ter·ac·tant** \-'rak-tənt\ *n* (1949) : one that interacts
**in·ter·ac·tion** \in-tə-'rak-shən\ *n* (1832) : mutual or reciprocal action or influence — **in·ter·ac·tion·al** \-shnəl, -shə-nᵊl\ *adj*
**in·ter·ac·tive** \-'rak-tiv\ *adj* (1832)   1 : mutually or reciprocally active   2 : of, relating to, or being a two-way electronic communication system (as a telephone, cable television, or a computer) that involves a user's orders (as for information or merchandise) or responses (as to a poll) — **in·ter·ac·tive·ly** *adv*
**in·ter alia** \in-tər-'ā-lē-ə, -'ä-\ *adv* [L] (1665) : among other things
**in·ter ali·os** \-lē-ˌōs\ *adv* [L] (ca. 1670) : among other persons
**in·ter·al·lied** \in-tər-'a-ˌlīd, -ə-'līd\ *adj* (1917) : relating to, composed of, or involving allies
**in·ter·breed** \in-tər-'brēd\ *vb* **-bred** \-'bred\; **-breed·ing** *vi* (1859) : to breed together; as   **a** : CROSSBREED   **b** : to breed within a closed population ~ *vt* : to cause to breed together
**in·ter·ca·la·ry** \in-'tər-kə-ˌler-ē, ˌin-tər-'ka-lə-rē\ *adj* [L *intercalarius*, fr. *intercalare*] (1614)   1  **a** : inserted in a calendar ⟨an ~ day⟩   **b** *of a year* : containing an intercalary period (as a day or month)   2 : inserted between other things or parts : INTERPOLATED
**in·ter·ca·late** \in-'tər-kə-ˌlāt\ *vt* **-lat·ed; -lat·ing** [L *intercalatus*, pp. of *intercalare*, fr. *inter-* + *calare* to proclaim, call — more at LOW] (1603)   1 : to insert (as a day) in a calendar   2 : to insert between or among existing elements or layers   *syn* see INTRODUCE — **in·ter·ca·la·tion** \-ˌtər-kə-'lā-shən\ *n*
**in·ter·cede** \ˌin-tər-'sēd\ *vi* **-ced·ed; -ced·ing** [L *intercedere*, fr. *inter-* + *cedere* to go] (1597) : to intervene between parties with a view to reconciling differences : MEDIATE   *syn* see INTERPOSE — **in·ter·ced·er** *n*
**in·ter·cen·sal** \ˌin-tər-'sen(t)-səl\ *adj* (1887) : occurring between censuses ⟨~ estimates⟩ ⟨~ period⟩
¹**in·ter·cept** \ˌin-tər-'sept\ *vt* [ME, fr. L *interceptus*, pp. of *intercipere*, fr. *inter-* + *capere* to take, seize — more at HEAVE] (15c)   1 *obs* : PREVENT, HINDER   2  **a** : to stop, seize, or interrupt in progress or course or before arrival   **b** : to receive (a communication or signal directed elsewhere) usu. secretly   3 *obs* : to interrupt communication or connection with   4 : to include (part of a curve, surface, or solid) between two points, curves, or surfaces ⟨the part of a circumference ~ed between two radii⟩   5  **a** : to gain possession of (an opponent's pass)   **b** : to intercept a pass thrown by (an opponent)
²**in·ter·cept** \'in-tər-ˌsept\ *n* (1821)   1 : the distance from the origin to a point where a graph crosses a coordinate axis   2 : INTERCEPTION; *esp* : the interception of a missile by an interceptor or of a target by a missile   3 : a message, code, or signal that is intercepted (as by monitoring radio communications)
**in·ter·cep·tion** \ˌin-tər-'sep-shən\ *n* (15c)   1  **a** : the action of intercepting   **b** : the state of being intercepted   2 : something that is intercepted; *esp* : an intercepted forward pass
**in·ter·cep·tor** *also* **in·ter·cept·er** \ˌin-tər-'sep-tər\ *n* (1598) : one that intercepts; *specif* : a light high-speed fast-climbing fighter plane or missile designed for defense against raiding bombers or missiles
**in·ter·ces·sion** \ˌin-tər-'se-shən\ *n* [ME, fr. MF or L; MF *intercession*, fr. L *intercession-, intercessio*, fr. *intercedere*] (15c)   1 : the act of interceding   2 : prayer, petition, or entreaty in favor of another — **in·ter·ces·sion·al** \-'se-shə-nᵊl\ *adj* — **in·ter·ces·sor** \-'se-sər\ *n* — **in·ter·ces·so·ry** \-'ses-rē, -'se-sə-rē\ *adj*
¹**in·ter·change** \ˌin-tər-'chānj\ *vb* [ME *entrechaungen*, fr. MF *entrechangier*, fr. OF, fr. *entre-* inter- + *changier* to change] *vt* (14c)   1 : to put each of (two things) in the place of the other   2 : EXCHANGE  ~ *vi* : to change places mutually — **in·ter·chang·er** *n*
²**in·ter·change** \'in-tər-ˌchānj\ *n* (15c)   1 : the act, process, or an instance of interchanging : EXCHANGE   2 : a junction of two or more highways by a system of separate levels that permit traffic to pass from one to another without the crossing of traffic streams
**in·ter·change·able** \ˌin-tər-'chān-jə-bəl\ *adj* (14c) : capable of being interchanged; *esp* : permitting mutual substitution ⟨~ parts⟩ — **in·ter·change·abil·i·ty** \-ˌchān-jə-'bi-lə-tē\ *n* — **in·ter·change·able·ness** \-'chān-jə-bəl-nəs\ *n* — **in·ter·change·ably** \-blē\ *adv*
**in·ter·col·le·giate** \ˌin-tər-kə-'lē-jət, -jē-ət\ *adj* (ca. 1874) : existing, carried on, or participating in activities between colleges ⟨~ athletics⟩
**in·ter·col·um·ni·a·tion** \ˌin-tər-kə-ˌləm-nē-'ā-shən\ *n* [L *intercolumnium* space between two columns, fr. *inter-* + *columna* column] (1624)   1 : the clear space between the columns of a series   2 : the system of spacing of the columns of a colonnade
**in·ter·com** \'in-tər-ˌkäm\ *n* [short for *intercommunication system*] (1940) : a two-way communication system with a microphone and loudspeaker at each station for localized use
**in·ter·com·mu·ni·cate** \ˌin-tər-kə-'myü-nə-ˌkāt\ *vi* (1586)   1 : to exchange communication with one another   2 : to afford passage from one to another — **in·ter·com·mu·ni·ca·tion** \-ˌmyü-nə-'kā-shən\ *n*
**intercommunication system** *n* (1911) : INTERCOM
**in·ter·com·mu·nion** \ˌin-tər-kə-'myü-nyən\ *n* (1921) : interdenominational participation in communion
**in·ter·con·nect** \ˌin-tər-kə-'nekt\ *vt* : to connect with one another ~ *vi* : to be or become mutually connected — **in·ter·con·nec·tion** \-'nek-shən\ *n*
**interconnected** *adj* (1865)   1 : mutually joined or related ⟨~ highways⟩ ⟨~ political issues⟩   2 : having internal connections between the parts or elements — **in·ter·con·nec·ted·ness** *n*
**in·ter·con·ti·nen·tal** \ˌin-tər-ˌkän-tᵊn-'en-tᵊl\ *adj* (ca. 1855)   1 : extending among continents or carried on between continents   2 : capable of traveling between continents ⟨~ ballistic missile⟩
**in·ter·con·ver·sion** \ˌin-tər-kən-'vər-zhən, -shən\ *n* (1865) : mutual conversion ⟨~ of chemical compounds⟩ — **in·ter·con·vert** \-'vərt\ *vt* — **in·ter·con·vert·ibil·i·ty** \-ˌvər-tə-'bi-lə-tē\ *n* — **in·ter·con·vert·ible** \-'vər-tə-bəl\ *adj*
**in·ter·cool·er** \ˌin-tər-'kü-lər\ *n* (1899) : a device for cooling a fluid (as air) between successive heat-generating processes
**in·ter·cos·tal** \ˌin-tər-'käs-tᵊl\ *adj* [NL *intercostalis*, fr. L *inter-* + *costa* rib — more at COAST] (1597) : situated or extending between the ribs ⟨~ spaces⟩ ⟨~ muscles⟩ — **intercostal** *n*
**in·ter·course** \'in-tər-ˌkōrs, -ˌkȯrs\ *n* [ME *intercurse*, prob. fr. MF *entrecours*, fr. ML *intercursus*, fr. L, act of running between, fr. *intercurrere* to run between, fr. *inter-* + *currere* to run — more at CAR] (15c)   1 : connection or dealings between persons or groups   2 : exchange esp. of thoughts or feelings : COMMUNION   3 : physical sexual contact between individuals that involves the genitalia of at least one person ⟨heterosexual ~⟩ ⟨anal ~⟩ ⟨oral ~⟩; *esp* : SEXUAL INTERCOURSE 1
**in·ter·crop** \ˌin-tər-'kräp, 'in-tər-ˌ\ *vt* (1898) : to grow a crop in between (another) ~ *vi* : to grow two or more crops simultaneously (as in alternate rows) on the same plot — **in·ter·crop** \'in-tər-ˌkräp\ *n*
¹**in·ter·cross** \ˌin-tər-'krȯs\ *vb* (1711) : CROSS
²**in·ter·cross** \'in-tər-ˌkrȯs\ *n* (1859) : an instance or a product of crossbreeding

\ə\ abut   \ᵊ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\au̇\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \t͟h\ the   \ü\ loot   \u̇\ foot
\y\ yet   \zh\ vision   \ä, ḳ, ᵅ, œ, ǣ, ᵫ, ᵫ̄, ʏ\ see Guide to Pronunciation