IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE THE OPINIONS OF JESSE DAVID, PH.D.**

Plaintiff McKesson Information Solutions LLC hereby moves this Court for an order excluding and/or striking the opinions and opinion testimony of Jesse David, Ph.D, defendant's damages expert. Plaintiff respectfully requests that the Court issue said order for the reasons set forth in the concurrently filed brief entitled: "Plaintiff's Opening Brief in Support of Its Motion to Exclude and/or Strike the Opinions of Jesse David, Ph.D." Plaintiff has conferred with counsel for Defendant and made reasonable efforts to resolve the matters set forth herein.

By: /s/ 
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

Attorneys for Plaintiff McKesson Information Solutions LLC

DATED: December 20, 2005