IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>              Plaintiff,<br>    v.<br><br>THE TRIZETTO GROUP, INC.<br><br>              Defendant. | CIVIL ACTION NO. 04-1258-SLR |

### ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE THE OPINIONS OF JESSE DAVID, PH.D.

Having considered plaintiff McKesson Information Solutions LLC's Motion to Exclude and/or Strike the Opinions of Jesse David, Ph.D., and the accompanying briefs, declarations and exhibits submitted by the parties, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.

                                                                                                             The Honorable Sue L. Robinson<br>
                                                                                                            UNITED STATES DISTRICT JUDGE

DATED: _____