## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on December 20, 2005, I electronically filed Plaintiff's Motion to Exclude and/or Strike the Opinions of Jesse David, Ph.D., Plaintiff's Opening Brief in Support of Its Motion to Exclude and/or Strike the Opinions of Jesse David, Ph.D., Transmittal Declaration of Michael A. Barlow and proposed Order using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

439380.01-Wilmington S1A