IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1258 (SLR) |
| v. | ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

## THE TRIZETTO GROUP INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL J. WAGNER

For the reasons set forth in its Opening Brief filed herewith, defendant The TriZetto Group, Inc. moves to exclude the expert testimony of plaintiff McKesson Information Solutions, LLC's designated expert on the subject of damages, Michael J. Wagner.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

December 20, 2005
498692

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for defendant has raised the subject of the foregoing motion with counsel for plaintiff, and the parties have not been able to reach agreement on the issues raised in the motion.

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II

December 20, 2005
498693

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2005, I caused to be electronically filed the **The TriZetto Group Inc.'s Motion To Exclude Expert Testimony Of Michael J. Wagner** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 20, 2005, upon the following in the manner indicated:

### BY HAND

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE  19801

### BY EMAIL

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301

> */s/ Rodger D. Smith II (#3778)*
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com