IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,                )<br>                                                                             )<br>          Plaintiff,                                                     )<br>                                                                             )          C.A. No. 04-1258 (SLR)<br>     v.                                                                   )<br>                                                                             )<br>THE TRIZETTO GROUP, INC.,                          )<br>                                                                             )<br>          Defendant.                                               ) | |

## THE TRIZETTO GROUP INC.'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MARGARET L. JOHNSON AND MARK A. MUSEN

Defendant The TriZetto Group, Inc. ("TriZetto") hereby moves to exclude the expert testimony of plaintiff McKesson Information Systems, LLC's designated infringement experts Margaret L. Johnson and Mark A. Musen. As set forth more fully in TriZetto's Opening Brief, the testimony of Drs. Johnson and Musen should be excluded under Fed. R. Evid. 702 & 703 and the principles set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
   Attorneys for Defendant
   The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

December 20, 2005

**RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for defendant has raised the subject of the foregoing motion with counsel for plaintiff, and the parties have not been able to reach agreement on the issues raised in the motion.

                                                  */s/ Rodger D. Smith II (#3778)*
                                                    Rodger D. Smith II

December 20, 2005
498693

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2005, I caused to be electronically filed the **The TriZetto Group Inc.'s Motion To Exclude The Expert Testimony Of Margaret L. Johnson and Mark A. Musen** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 20, 2005, upon the following in the manner indicated:

**BY HAND**

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

**BY EMAIL**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

/s/ Rodger D. Smith II (#3778)
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com