IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S MOTION TO EXCLUDE AND STRIKE THE NON-INFRINGEMENT OPINIONS OF TRIZETTO'S EXPERT WITNESS DR. RANDALL DAVIS**

Pursuant to Federal Rules of Civil Procedure 702, 26 and 37, plaintiff McKesson Information Solutions LLC hereby moves this Court for to exclude opinions of defendant The TriZetto Group, Inc.'s expert regarding the issues set forth in the accompanying memorandum, including striking portions of his expert report that fail to meet the requirements of Rules 702, 26 and 37. Plaintiff respectfully requests that the Court enter an order excluding and striking evidence for the reasons set forth in the concurrently filed brief entitled: "Plaintiff McKesson Information Solutions LLC's Opening Memorandum In Support Of Its Motion To Exclude And Strike The Non-Infringement Opinions Of TriZetto's Expert Witness Dr. Randall Davis." Plaintiff has conferred with counsel for Defendant and made reasonable efforts to resolve the matters set forth herein.

By: /s/ *[signature]*
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Plaintiff McKesson
  Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500


DATED: December 20, 2005