IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-1258-SLR |

### ORDER GRANTING PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S MOTION TO EXCLUDE AND STRIKE THE NON-INFRINGEMENT OPINIONS OF TRIZETTO'S EXPERT WITNESS DR. RANDALL DAVIS

Having considered plaintiff McKesson Information Solutions LLC's ("McKesson") Motion To Exclude And Strike The Non-Infringement Opinions Of TriZetto's Expert Witness Dr. Randall Davis and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that McKesson's Motion to Exclude And Strike Opinions of Dr. Randall Davis is GRANTED.

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____