IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S MOTION TO EXCLUDE AND STRIKE THE NON-INFRINGEMENT OPINIONS OF TRIZETTO'S EXPERT WITNESS DR. RANDALL DAVIS**

I, Michael A. Barlow, pursuant to 28 U.S.C. §1746, do hereby state and declare as follows:

1. Attached as Exhibit A is a true and accurate copy of excerpts from the deposition of Randall Davis, Ph.D., taken November 30, 2005.

2. Attached as Exhibit B is a true and accurate copy of the Rebuttal Report of Randall Davis, dated November 14, 2005.

3. Attached as Exhibit C is a true and accurate copy of the Expert Report of Randall Davis, dated October 24, 2005.

4. Attached as Exhibit D is a true and accurate copy of excerpts from McKesson Information Solutions LLC's First Set of Requests for the Production of Documents and Things, dated December 21, 2004.

1

5. Attached as Exhibit E is a true and accurate copy of *Globespanvirata, Inc. v. Texas Instruments, Inc.*, C.A. No. 03-2854, 2005 U.S. Dist. LEXIS 16348 (D.N.J. Jul. 11, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2005.

Michael A. Barlow (#3928)