User enters:
93005
93010

Computer
Response: 1. 93005 electrocardiogram, tracing only
2. 93010 electrocardiogram, interpretation & report only

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response: Enter the place of service.
PLACE OF SERVICE CHOICES:
Inpatient Hospital
Outpatient Hosp./Emergency Dept./Surg. Center
Office
Place of service other than those listed above
Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response: Assign the following code(s) for payment:
1. 93010 electrocardiogram, interpretation & report only

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response: 1. 93005 is excluded: because the hospital generally provides equipment and performs the service.
2. 93010 has been accepted with no change.

2. PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:
Computer
Response: Assign the following code(s) for payment:
1. 93000 electrocardiogram, complete

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response: 1. In combination, codes 93005 and 93010 justify replacement by code 93000.

www.FreePatentsOnline.com

EXAMPLE 18

Typical Session with CodeReview

Example of "EA" Rule

Computer Prompt : Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

User enters:
93503
93501

Computer Response: 1. 93503 right heart cath; Swan-Ganz catheter
2. 93501 right heart catheterization; only

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer Response: Enter the age of the patient.
AGE CHOICES:
Age 20 or younger
Age 21 or older

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer Response: Assign the following code(s) for payment:
1. 93503 right heart cath; Swan-Ganz catheter

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer Response: 1. 93503 has been accepted with no change.
2. 93501 is excluded: because, in this age group, the two procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer Response: Assign the following code(s) for payment:
1. 93503 right heart cath; Swan-Ganz catheter
2. 93501 right heart catheterization; only

www.FreePatentsOnline.com

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer Response:
1. 93503 has been accepted with no change.
2. 93501 has been accepted with no change.

APPENDIX B

RULES DESCRIPTIONS

PART I.

Rules Applied to Multiple Codes: Contained in INTERACT.dbf

| RULE | DESCRIPTION |
|---|---|
| | Replace ACODE with DCODE |
| R1 | If ACODE appears with another code in the range of (and including) BCODE to CCODE, delete ACODE, keep BCODE to CCODE, and add DCODE. |
| | Replace ACODE, BCODE, CCODE, and DCODE (in ascending order) with ECODE |
| R2 | If ACODE appears with BCODE, delete ACODE and BCODE and add CCODE. |
| R3 | If ACODE appears with BCODE and CCODE, delete ACODE, BCODE, and CCODE, and add DCODE. |
| R4 | If ACODE appears with BCODE, CCODE, and DCODE, delete ACODE, BCODE, CCODE, and DCODE, and add ECODE. |
| | Exclude BCODE to CCODE (Keep ACODE) |
| E2 | If ACODE appears with another code in the range of (and including) BCODE to CCODE, exclude BCODE to CCODE, and keep ACODE. |
| | Keep BCODE to CCODE (Exclude ACODE) |
| E1 | If ACODE appears with another code in the range of (and including) BCODE to CCODE, exclude ACODE, and keep BCODE to CCODE. |

www.FreePatentsOnline.com

Limit ACODE payment

L1 If ACODE appears with another code in the range of (and including) BCODE to CCODE, limit the payment of ACODE to DCODE.

EP If ACODE appears with another code in the range of (and including) BCODE to CCODE, and in POS is ECODE, then exclude ACODE and keep BCODE to CCODE.

EA If ACODE appears with BCODE and if AGE is between CCODE to DCODE, then exclude ACODE and keep BCODE.

Query for More Info because of Multiple Codes

QM If ACODE appears with another code in the range of BCODE to DCODE, there is a question about this combination of codes.

QS If ACODE appears with another code in the range of BCODE to CCODE, then there is a question about ACODE.

QB If ACODE appears with another code in the range of BCODE to CCODE, then there is a question about the code in the BCODE to CCODE range.

IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE IS IN MESSAGE.dbf.

PART II.

Rules applied to each code individually: Contained in BYITSELF.dbf

| RULE | DESCRIPTION |
|---|---|
| Q1 | If CODE survives rules applied to multiple codes or CODE is only one submitted on the claim, then always request more information ("by report") as specified in MESSAGE. |
| Q2 | If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and more than one of the following fields have entries that match the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE to ENDAGE, DX, then request more information as specified in MESSAGE. |
| Q3 | If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the charge on the claim is greater than DOLLALIM, then request more information as specified in MESSAGE. |

www.FreePatentsOnline.com

BEST AVAILABLE COPY

Q4 If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the charge on the claim is greater than the fee screen for CODELIM,
then request more information as specified in MESSAGE.

Q5 If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the place of service is POS,
then request more information as specified in MESSAGE.
In addition, if CODELIM = 0 and the place of service is POS,
replace the code in question with CODELIM and the reason is flagged by MESSAGETYPE.

Q6 If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and there is no evidence of anesthetic as specified in ANESTHESIA,
then request more information as specified in MESSAGE.

Q7 If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the patient's age is between BEGAGE and ENDAGE,
then request more information as specified in MESSAGE.

Q8 If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the diagnosis is DX,
then request more information as specified in MESSAGE.
In addition, if CODELIM = 0 and the DX, or ICD9CODE (or provider) is true,
then replace the code in question with CODELIM, and the reason is flagged by MESSAGETYPE.

Q9 If CODE survives the rules applied to multiple codes or CODE is only one submitted on the form,
then replace ACODE with CODELIM, and the reason is flagged by MESSAGETYPE.

APPENDIX C

ALLCODE:
Allcode is the file which contains every code, as well as information which pertains to certain codes code.

CODE = presented code (all codes represented)

TITLE4 = description of code from CPT-4 tape

RVU = rvu of code (relative value unit)

AST = indicate if a global procedure (all inclusive)

www.FreePatentsOnline.com

```
SUPERSED:
          CODE = presented code which is to be superseded

          SUPERCODE = the code(s) which supersedes "CODE"

INTERACT:
          ACODE = contains CPT-4 codes                  all rules

          RULE = E1, E2, R1-RN, QM, QS, QB, L1

          BCODE, CODE = contains CPT-4 codes            all rules

          DCODE = cpt4 code                             R1, R3 +

          DCODE = dollar amount                         L1

          ECODE = cpt4 code                             R4

          ECODE = messagetype                           all rules
                                                        except R4
                                                        and above

          ENTRYDATE = holds date rule was entered

          INTERVIEW = holds date rule was developed

BYITSELF:

          CODE = code which presents a problem when presented
                 either by itself or with other codes

          ENTRYDATE = holds date rule was entered

          INTERVIEW = holds date rule was developed

          RULE = Q1, Q2,...,Q9

          SINGLE = currently indicates, if true, that the code
                   needs to be either the sole surviving code, or
                   the only code on the claim, in order for the
                   rule (in RULE) to be fired.  This field is
                   currently under revision to become broader in
                   scope, ie if the coe is the only surviving
                   code do rule A, or if the code is with other
                   codes, do rule B.

          MESAGETYPE = internally assigned 'code' which will
                       match a type in MESSAGE.dbf, which
                       contains English language messages for the
                       CodeReview user.

          DOLLARLIM = $ limit which if exceeded leads user to
                      more information, else accept code       Q3

          POS = place of service                               Q5

          ANESTHESIA = contains a type of anethesia (general)  Q6

          BEGAGE = start of an age range inappropriate for the
                   procedure                                   Q7

          ENDAGE = end of the age range inappropriate for the
                   prcedure                                    Q7

          DX = diagnosis(es) inappropriate for the procedure   Q8

          ICD9CODE = ICD-9-CM diagnosis code inapprorpiate for
                     the procedure                             Q8

          CODELIM = code which the charge for CODE will be
                    compared to (greater than, less than)      Q4
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

CODELIM = code which will replace code if

1) if the POS is inappropriate Q5

2) if the DX-or ICD9CODE is inappropriate Q8

3) in all circumstances for Q9 Q9

MESSAGE:

TYPE = assign code name for message

ORIGIN = indicates multiple, single or both

OP = ask for op report?

PATH = ask for pathology report?

OFF = ask for office records?

HOS = ask for hospital progress notes?

OTHER = ask for another claim?

REVIEWER = is the type of reviewer the asked-for information should be sent to and reviewed by (ie nurse, supervisor, physician etc)

TOLOOKFOR = specified items that the reviewer should look for upon receiving the asked-for information

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off

PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORH  = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
*  SELECT 3                               && opened and closed in entry.prg
*  USE SUPERSED INDEX SUPERSED
*  SELECT 4                               && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF            && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE              && rules.prg
** select 10                              && recomm.prg
** use  new
*  memory variables

header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 6
if clipper
helpline1 = ;
-Modify Code      Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline3 = ;
'F1-Help            '+ enter + 'Recommendations                    Esc-Exit '
helpline9 = ;
'                 <Enter claim number in space provided>                 '
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
 - Make Selection                    Esc-Return'
helpline6 = ;
 - Make Selection           Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add   # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations      N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                   N - New Session                        Q - Quit'
endif
helpline2 = ;
'              CodeReview is processing input codes ... please stand by         '
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HFR Inc. 1988'
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
'                            ESC - Exit Help                                   '

choice = 'P'
do while .t.
     select 1
     use config
     session=session+1
     replace session_no with session
     close databases
     code_count = 0
     code_cnt = 0
     SELECT 1
     USE ALLCODE INDEX ALLCODE
     SELECT 2
     USE PROCESS
     clear
     if clipper
          select 8
          use cptindx index cptindx
          select 9
          use tempcpt index tempcpt
     endif
     DO ENTRY
     if choice = 'R'
          loop
     else
         if choice = 'Q'
            close databases
```

```
            return
         endif
      endif
      if one_date .or. .not. get_date
        select process
        temp_date=code_date
        if code_count > 1
           DO MULTIPLE.prg          && exclude, replacement, QM rules
        endif
        DO RULES.PRG
      else
        select process
        go top
        temp_date=code_date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        count to code count
                          eof()
           go top
           do while .not. eof() .and. code_date=temp_date
              if code_count > 1
                 DO MULTIPLE.prg          && exclude, replacement, QM rules
              endif
              DO RULES.PRG
              select process
              set filter to code_date=temp_date
              go bott
              set filter to
              skip
              if eof()
                 exit
              endif
              temp_date=code_date
              set filter to endstatus $ 'AP' .and. code_date=temp_date
              go top
              count to code_count
              go top
           enddo
        endif
        do recomm
        if clipper
              loop
        else
              if choice = 'N'
                 loop
              endif
        endif
        exit
      enddo
      CLOSE DATABASES

      * ENTRY.PRG
      ** PAINT SCREEN

      select 3
      use supersed index supersed
      SET PROCEDURE TO PROCS1
      header= header1
      sup_date=ctod('  /  /  ')
      IF CLIPPER
           do setkey with .t.
      endif
      esc = .f.
      store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
      help_field = 1
      dnkey = .f.
      upkey = .f.
      mode = 0
      see = .f.
      store ' ' to scrn1,scrn2,scrn3
      xcode_date = ctod('  /  /  ')
      get_date = .t.
      set date american
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets

select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '-'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = 1

SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
     store .f. to upkey,dnkey
     @ row,s_col say str(counter,2) + '.'
     DO GETCODE
     SELECT PROCESS
     if clipper
         if upkey
            row = row - 1
            counter = counter - 1
            skip - 1
            loop
         endif
     endif
     if .not. done .and. counter < 8
          counter = counter + 1
          save_rec = recno()
          go bott
          if recno() = save_rec
               append blank
               replace begstatus with 'P',endstatus with 'P', session_no ;
                   with session
          else
               go save_rec
               skip
          endif
     endif
     row = counter + 5
enddo
do while .t.
   if clipper
       exit
   endif
   SELECT PROCESS
   choice = 'P'
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
SET CONFIRM OFF
@ 23,10 get choice picture '!'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                  .and. val(choice) <= counter))
     ?? chr(7)
     loop
else
    mod_rec = val(choice)
    do case
       case choice = 'A' .or. val(choice) = counter
           IF COUNTER < 8
               done = .f.
               SELECT PROCESS
               append blank
               replace begstatus with 'P',endstatus with 'P'
               row = counter + 5
               @ row,s_col say str(counter,2) + '.'
               do getcode
               if .not. done              && code was added
                    counter = counter + 1 && increment for next time around
               endif
           ENDIF

       case mod_rec > 0 .and. mod_rec < 10
           go mod_rec
           row = mod rec + 5
           do getcode

       case choice = 'P'
           exit

       case chcice = 'RQ'
           exit

       case choice = 'H'
           do help
    endcase
  if choice $ 'RQ'
    return
  endif
  choice = 'P'
  endif
enddo
if .not. esc
     helpline = helpline2
     @ 23,1 get helpline
     clear gets
     select process
     go bott
     if code = 0
         delete
         pack
     endif
**     count to code_count
     set safety off
     select process
     set filter to endstatus = 'S'
     go top
     do while .not. eof()
          xreplace = replacedby
          sup_date=code_date
          append blank
          replace session_no with session,outcome with choice,code with;
              xreplace,begstatus with 'S',code_date with sup_date, ;
              endstatus with 'A'
         skip
     enddo
     set filter to
     set date ansi
     index on dtoc(code_date) + str(code,5) to process
     set filter to endstatus $ 'AP'
     count to code_count
     go top
     do while .not. eof()
      tem_date=code_date
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
        skip
        if code_date <> tem_date
           one_date = .f.
           exit
        endif
      enddo
      select 2
      use process index process
      select 3
      use
endif
IF CLIPPER
      do setkey with .f.
endif

return

* PROCS.PRG

PROCEDURE GETCODE
*
     tries = 1
     DO WHILE .T.
            SELECT PROCESS
            if code = 0
                   xcode = space(5)
            else
                  xcode = str(code,5)
            endif
            @ row,e_col get xcode picture '99999'
            help_field = 1
            read
            IF ESC
                  return
            ENDIF
            if xcode = space(5)
                   @ row,s_col say space(11)
                   if upkey
                          exit
                   endif
                   done = .t.
                   if counter = 1 .and. clipper
                          choice = 'Q'
                   else
                          choice = 'P'
                   endif
                   RETURN
            endif
            IF CLIPPER .and. help_on
                  LOOP
            ENDIF
                 replace code with val(xcode)
                 SELECT ALLCODE
                 set exact on
                 SEEK PROCESS->code
                 set exact off
                 if .not. eof()
                      SELECT SUPERSED
                      SEEK PROCESS->code
                      if .not. eof()
                              select process
                              replace endstatus with 'S',replacedby with ;
                                            supersed->supercode
                      else
                              SELECT PROCESS
                              if begstatus = 'P' .and. endstatus $ 'IS'
                              replace endstatus with 'P',replacedby with 0
                              endif
                      endif
                      @ row,e_col say PROCESS->code picture '99999'
                      @ row,d_col say allcode->title4
                 else
                      if tries = 1
                           ?? chr(7)
                           mess = 'INVALID CODE !!'
                           @ row,d_col say substr(mess + space(18),1,28)
                           tries = 2
                           loop
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
                else
                    @ row,e_col say PROCESS->code picture '99999'
                    @ row,d_col say 'Invalid code will be ignored'
                    SELECT PROCESS
                    replace
                    re   see endstatus with 'I'
                endif
            endif
        SELECT PROCESS
        if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
            @ row,c_col get xcode_date
            help_field = 2
            read
            if esc
                return
            endif
            if year(xcode_date) = 0 .and. counter = 1
                get_date = .f.
                @ row,c_col say space(8)
                @ 3,c_col say space(5)
                @ 4,c_col say space(5)
            else
                @ row,c_col say dtoc(xcode_date)
            endif
                replace code_date with xcode_date
        endif
        if counter = 1
            @ row,m_col-1 say '$'
*************       CHECK FOR DUPES
        else
            save_recno = recno()
            ycode_date = code_date
            go top
            locate for code=val(xcode) .and. recno()< save_recno ;
                      .and. code_date = ycode_date && .and. endstatus <> 'L'
            if .not. eof()
                    go save_recno
                    replace endstatus with 'L'
            else
                    go save_recno
            endif
        endif
        if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                          .and. .not. done
              @ row,m_col get claim_amt picture '99999'
              help_field = 3
              read
              if esc
                  return
              endif
              @ row,m_col say claim_amt picture '99999'
        endif
        if counter = 1
              if claim_amt = 0
                  get_charge = .f.
                  @ row,m_col - 2 say space(8)
                  @ 3,m_col-1 say space(7)
                  @ 4,m_col-1 say space(7)
              endif
        endif
        exit
    enddo
RETURN

PROCEDURE HELP

*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

www.FreePatentsOnline.com

```
store SPACE(6) to help1,help2,help3,help4
if color
     SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
     case help_field = 1
          mess ='Enter the CPT-4 code as it appears on the claim form. ';
   + 'If you are unsure of the code, press <F2> to do a lookup by the ';
   + 'index of the CPT-4 Manual'

          do format1 with mess,14,15,63
     case help_field = 2
          mess = 'Enter the date as it appears on the claim form. This is ';
       + 'optional'

          do format1 with mess,14,15,63

     case help_field = 3
           mess = 'Enter the dollar amount of the claim '
          do format1 with mess,14,15,63

     case choice = 'H'
help1 = '      "P" -- Process; all codes have been correctly input'
help2 = '      "A" -- Add another code'
help3 = '      "#" -- Enter line number to edit code already input'
help4 = '      "Q" -- Quit session'
     case code = 0
help1 = '                 CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

     case begstatus = 'P' .and. endstatus = 'P'
help1 = '                  CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '             CPT-4 code has been successfully entered'
help4 = '             Both begstatus and endstatus are "P"'

     case endstatus = 'I'
help1 = '                                INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

   case begstatus = 'S' .and. endstatus = 'A'
help1 = '                               SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
     SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
     do while inkey() <> 27
     enddo
     RESTORE SCREEN
     do setkey with .t.
ELSE
     @ 16,5 clear to 21,73
     helpline = save_help
     @ 23,1 get helpline
     clear gets
ENDIF
return

PROCEDURE SETKEY
*
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
parameter setflag
if setflag
    set key -4 to HIT_KEY
    set key -1 to HIT_KEY
    set key 5 to  upkey
    set key 27 to HIT_KEY
    set key 24 to dnkey
else
    set key -9 to       && F10
    set key -8 to
    set key -7 to       && F8
    set key -6 to
    set key -5 to
    set key -4 to       && F5
    set key -3 to
    set key -2 to
    set key -1 to       && F2
    set key 1 to        && home
    set key 3 to        && pagedn
    set key 4 to        && right
    set key 5 to        && upkey
    set key 6 to        && end
    set key 18 to       && pageup
    set key 19 to       && left
    set key 24 to       && downkey
    set key 27 to       && escape
endif
return

PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
      CASE LASTKEY() = 27
           CLEAR GETS
           DONE = .T.
           SELECT PROSPECT
           GO BOTT
           IF RECNO() = 1 .OR. EOF()
                 CHOICE = 'Q'
           ELSE
                 CHOICE = 'R'
           ENDIF
           ESC = .T.
           RETURN

      CASE LASTKEY() = -1
                              with .f.
           do setkey wit' .f.
           DO LOOKUP.prg
           do setkey with .t.

      CASE LASTKEY() = -4
           CLEAR GETS
           DONE = .T.
           CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
      keyboard chr(13)
      UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
        keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**  DO samecode
**  if code_cnt > 1
    DO exclude                  && Checks exclusion rules
    select process
**    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
    code_cnt = 0
    count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
    if code_cnt > 1
      DO replace                        && Checks replacement rules
      count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
      if code_cnt > 1
         do r1s                         && checks r1 rules
      else
**         store .f. to again
         exit
      endif
    else
**     store .f. to again
      exit
    endif
**  else
**  store .f. to again
**  exit
**  endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN

*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

***  --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***    IS USED IN KEEP
***  --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***    FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***  --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***    IN INTERACT
***  --MEMORY VARIABLES NOT USED IN PROCESSING

PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
```

www.FreePatentsOnline.com

```
PROC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
  SELECT PROCESS
  GO PROC_REC
  SKIP
  LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
  if code = temp
    skip
    loop
  endif
  SELECT INTERACT                                   && replacements
  GO EXCL_REC
  DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
   IF BCODE <= process->code .AND. process->code <= CCODE
     IF rule = 'E2'
       SELECT PROCESS
       REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
       if interact->ecode<>0
           replace type with interact->ecode
       endif
       EXIT
     ELSE
      IF rule = 'E1'
        SELECT PROCESS
        temp_code = code
        temp_rec = recno()
        GO PROC_REC
        REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
        if interact->ecode<>0
            replace type with interact->ecode
              endif
              go temp_rec
              EXIT
            ENDIF
          ENDIF
        ENDIF
        select interact
        SKIP
      ENDDO
      select process
      skip
    ENDDO                                   && Loop 2
    SELECT PROCESS
    GO PROC_REC                             && Moving to next code for evaluation
    SKIP
  enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN

PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

  select interact
  select process
  go top

  DO WHILE .NOT. EOF() .and. code_date=temp_date
    NUMCODE = 0
    TEMP = CODE
    PROC_REC = RECNO()
    SELECT INTERACT
    SEEK str(TEMP,5) + 'R2'
    IF eof()
      SELECT PROCESS
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
    GO PROC_REC
    skip
    loop
  ENDIF
  REP_REC = RECNO()

  SELECT PROCESS
  GO TOP
  DO WHILE .not. eof() .and. code_date=temp_date
    SELECT INTERACT
    GO REP_REC
    DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
      IF BCODE = process->code
        NEW = CCODE
        SELECT PROCESS
        REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
            REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
        temp_rec = recno()
        temp_code = code
        ses_no = session_no
        GO PROC_REC
        REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
            REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
        rep_date=code_date
        append blank
          REPLACE SESSION_NO WITH ses no, CODE WITH NEW;
                              WITH                    code
           BEGSTATUS W "R", ENDSTATUS WITH "A",  code_date with rep_date
           STORE .F. TO AGAIN
         go temp_rec
         EXIT
      ENDIF
      select interact
      SKIP
    ENDDO
    select process
    skip
  ENDDO
  SELECT PROCESS
  GO PROC_REC
  SKIP
ENDDO
if .not. again
  store .t. to again
else
  store .f. to again
endif
select process
return

PROCEDURE query

*----  checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'      &&  looking only at codes which have multiple
                                && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date        && in process
  temp = code
  proc_rec = recno()
  select interact
  seek str(temp,5) + 'Q'
  if eof()
    select process
    go proc_rec
    skip
    loop
  endif
  quer_rec = recno()
  select process
  go top
  do while .not. eof() .and. code_date=temp_date      && in process
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
    if code = temp
      skip
      loop
    endif
    done=.f.
    select interact
    go quer_rec
    do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
     if process->code >= bcode .and. process->code <= ccode
       do case

          case rule='QH'
            replace process->endstatus with 'H', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
                 process
            temp2 = prc  ss->code
            select proc. .s
            go proc_rec
            replace endstatus with 'H', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

          case rule='QS'
            temp2=process->code
            select process
            go proc_rec
            replace endstatus with 'Q', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

          case rule='QE'
            replace process->endstatus with 'Q', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
            done=.t.

       endcase
       if done
         exit
       endif
     endif
     select interact
     skip
    enddo
    if done
      exit
    endif
    select process
    skip
  enddo
  select process
  go proc_rec
  skip
enddo
**select process
**select interact
return

PROCEDURE r1s

*----  Checks surviving codes for R1 rules and makes proper replacement
*
*

select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date     && in process
   temp=code
   proc_rec = recno()
   select interact
   go top
   seek str(temp,5) + 'R1'
```

www.FreePatentsOnline.com

```
if eof()
   select process
   go proc_rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while acode=temp .and. .not. eof() .and. rule='R1'      && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with '1', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with '1';
      endstatus with 'A', code_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
   exit
endif
go proc_rec
skip
enddo
return

PROCEDURE samecode
*
*
*  eliminates a code if it appears twice, and should not be accepted twice
*

select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
  xcode=code
  proc_rec=recno()
  skip
  do while .not. eof() .and. code_date=temp_date
    if code=xcode
      replace endstatus with 'L', trigger with xcode
      exit
    else
      skip
      loop
    endif
  enddo
  go proc_rec
  skip
  if code=first
    exit
  endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

www.FreePatentsOnline.com

```
* --- checks rules for payment limit due to code combination
*
*
  select 10
  use interact index interact
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PROC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,5) + 'L'
      IF .NOT. FOUND()
        SELECT PROCESS
        GO PROC_REC
        SKIP
        LOOP
      ENDIF
      lim_rec = RECNO()

      select process
      go top
      do while .not. eof() .and. code_date=temp_date    && in process
        if code = temp
          skip
          loop
        endif
        SELECT interact
        GO lim_rec
        DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
         IF BCODE <= process->code .AND. process->code <= CCODE
             SELECT PROCESS
             temp1=code
             temp_rec= recno()
             go proc_rec
             REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                  pay with interact->dcode
             go temp_rec
             EXIT
          ENDIF
          select interact
          SKIP
        ENDDO                               && in interact
        select process
        skip
      ENDDO                           && Loop 2, in process
    SELECT PROCESS
    GO PROC_REC                      && Moving to next code for evaluation
    SKIP
  enddo
 SELECT INTERACT
 use

 **SET FILTER TO
 RETURN

 * RULES.PRG

 select 5
 use byitself index byitself

 set procedure to prompts
 need_clear = .f.
 new_age = 200
 cur_row = 0
 leftover = 0
 code_text = ' '
 cmess = ' '
 prompt_ans = ' '
 prompt_row = 16
                               && check this with multiple codes !!
 select process
 set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
 count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
    begstatus <> 'R'
 go top
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF

DO WHILE .NOT. EOF() .and. code_date=temp_date
  xcode = code
  xreview = ' '
  xsource = ' '
  failed = .f.
  note = .f.
  select byitself
  seek xcode
  if eof()
      SELECT PROCESS
      SKIP
      LOOP
  endif
  IF SINGLE
    IF CODE_CNT > 1
        select process
        skip
        LOOP
    ENDIF
  ENDIF
  rulecheck = byitself->rule
    do case
      case rulecheck = 'Q1'
         select process
         replace endstatus with 'Q', rule with 'Q1',type with ;
                  byitself->mesagetype

**      case rule = 'Q2'

      case rulecheck = 'Q3'
         dlim = '$'+ltrim(str(dollarlim,6))
         dline1 = substr('Under '+ dlim + space(25),1,29)
         dline2 = substr(dlim + ' or more' + space(25),1,29)
         dline3 = 'No charge is listed for ' + str(xcode,5)
         do ctext with xcode
         if need_clear
             do bott_clr
         endif
         do dollars
                              ans=
***        if prompt_ar  ='1' ....
      case rulecheck = 'Q4'
        do ctext with xcode
        xmess = cmess
        do ctext with BYITSELF->codelim
        if need_clear
             do bott_clr
        endif
        do codelim

      case rulecheck = 'Q5'
         if process->begstatus = 'P'
             do ctext with xcode
         else
             cmess = 'the claim'
         endif
         if need_clear
             do bott_clr
         endif
         do pos

      case rulecheck = 'Q6'
         do ctext with xcode
         if need_clear
             do bott_clr
         endif
         do anesth

      case rulecheck = 'Q7'
         if need_clear
             do bott_clr
         endif
         do age
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
    case rulecheck = 'Q8'
        if need_clear
            do bott_clr
        endif
        do diagnosis

    case rulecheck = "Q9"
     if need_clear
        do bott_clr
     endif
     select process
     replace endstatus with 'D', rule with 'Q9', type with byitself->mesagetype ;
         replacedby with byitself->codelim
     append blank
     replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
         type with byitself->mesagetype

    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH

PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
   @ box_row + 2, box_col + 4 prompt dline1
   @ box_row + 3, box_col + 4 prompt dline2
   @ box_row + 4, box_col + 4 prompt dline3
   @ box_row + 5, box_col + 4 prompt dline4
   @ box_row + 6, box_col + 4 prompt dline5
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
   @ box_row + 5, box_col + 3 say '4. ' + dline4
   @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
if clipper
   @ box_row + 2, box_col + 4 prompt dline1
   @ box_row + 3, box_col + 4 prompt dline2
   @ box_row + 4, box_col + 4 prompt dline3
   @ box_row + 5, box_col + 4 prompt dline4
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
   @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
      row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

  do while str_size > max_size
     counter = 0
     do while .t.
         if substr(string,max_size-counter+1,1) = ' '
            exit
         else
            counter = counter + 1
         endif
     enddo
     @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
  enddo

   @ cur_row,col_beg+6 say string
   @ row_beg + 1, col_beg say dline1
   @ row_beg + 2, col_beg say dline2
   @ row_beg + 3, col_beg say dline3
   @ row_beg + 4, col_beg say dline4
   @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row,  box_col + 11 say '  CODE CHARGE  '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

www.FreePatentsOnline.com

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row, box_col + 26 say ' CHARGE COMPARISON '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above                                '
do dis_box with prompt_row-2,14
do while .t.
   if clipper
      menu to mode
      prompt_ans = str(mode,1)
   else
      prompt_ans = ' '
      @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
      read
      If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
      endif
   endif
   exit
enddo
if prompt_ans $ '123'
   failed = .t.
   select process
   replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
      replacedby with byitself->codelim
   tem_date=code_date
   append blank
   replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
      type with byitself->mesagetype, code_date with tem_date
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline =  'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital                            '
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office                                        '
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
     if clipper
         menu to mode
         prompt_ans = str(mode,1)
     else
         prompt ans = ' '
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '12345'
              mess = 'ENTER 1,2,3,4 or 5'
              DO MESSAGE.PRG
              loop
        endif
    endif
    exit
enddo
  select process
  do case
      case prompt_ans = '1'
          replace POS with 'INP'
      case prompt_ans = '2'
          replace POS with 'OUT'
      case prompt_ans = '3'
          replace POS with 'OFF'
      case prompt_ans = '4'
          replace POS with 'OTH'
      case prompt_ans = '5'
          replace POS with 'NUL'
  endcase

do case
     case byitself->pos = 'OFF'
          if prompt_ans $ '345'
               failed = .t.
          endif

     case byitself->pos = 'INP'
          if prompt_ans $ '145'
               failed = .t.
          endif

     case byitself->pos = 'OUT'
          if prompt_ans $ '245'
               failed = .t.
          endif

     case byitself->pos =  'NIP'
          if prompt_ans $ '2345'
               failed = .t.
          endif
endcase
if failed
    if byitself->codelim = 0
         select process
         replace endstatus with 'Q',rule with 'Q5',type with ;
                 byitself->mesagetype
    else
         select process
         replace endstatus with 'O',rule with 'Q5',replacedby with ;
             byitself->codelim,type with byitself->mesagetype
         tem_date=code_date
         append blank
         replace code with byitself->codelim,begstatus with 'O',endstatus ;
             with 'A',type with byitself->mesagetype, code_date with tem_date
         set filter to endstatus $ 'AP' .and. code_date=temp_date
    endif
endif
return

PROCEDURE DOLLARS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline =  'Enter the appropriate Code Charge as it appears on the claim ';
          + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do dol_box with prompt_row,21
do while .t.
     if clipper
          menu to mode
          prompt_ans = str(mode,1)
```

www.FreePatentsOnline.com

```
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            If .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline =  'Please compare the charge on the claim for procedure ';
              + xmess + ' with the payment limit for procedure ';
              + cmess + ': '
dline1 =  'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
           + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 =  'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
          +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,4
do while .t.
     if clipper
           menu to mode
           prompt_ans = str(mode,1)
     else
          prompt_ans = ' '
          @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
          read
          If .not. prompt_ans $ '123'
               mess = 'ENTER 1,2,OR 3'
               DO MESSAGE.PRG
               loop
          endif
     endif
     exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
      "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = '   '
        dob = ctod('  /  /  ')
        @ prompt_row + 2,29 get dob
        read
```

www.FreePatentsOnline.com

```
            if dob = ctod('  /  /  ')
                @ prompt_row + 2,29 say space(8)
                @ prompt_row + 2,44 get age
                read
                if age = '   '
                    @ prompt_row + 2,44 say space(3)
                    loop
                endif
            endif
            exit
        enddo
        if age <> '   '
            new_age = val(age)
        else
            new_age = int((date()-dob)/365)
        endif
    endif
    if new_age >= byitself->begage .and. new_age <= byitself->endage
        failed = .t.
        select process
        replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
    endif
    set date ansi
    return

    PROCEDURE ANESTH
    *
    do helpline
    need_clear = .t.
    prompt_row = 16
    prompt_col = 8
    promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
            + 'surgeon, an anesthesiologist, or a facility) that documents ';
            + 'the use of regional or general anesthesia ? (Y/N) '
    do format2.prg with promptline,prompt_row,prompt_col,72
    do while .t.
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
        read
        If .not. prompt_ans $ 'YN'
            ?? chr(7)
            loop
        endif
        exit
    enddo
    if prompt_ans = 'N'
        failed = .t.
        select process
        replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
    endif
    return

    procedure ctext
    *
    Parameter zcode
    select allcode
    seek zcode
    cmess = str(zcode,5) + ' (' + trim(title4) + ')'
    return

    procedure review
    *
    parameter abbrev
    do case
        case abbrev = 'RN'
            xreview = 'a nurse or surgical technician'
        case abbrev = 'MD'
            xreview = 'a physician'
        case abbrev = 'SP'
            xreview = 'a supervisor'
        case abbrev = 'AD'
            xreview = 'an adjuster'
        case abbrev = 'CL'
            store .t. to note
    endcase
    return

    procedure source
    *
```

www.FreePatentsOnline.com

```
* NOTE: message.dbf is selected
do case
     case op
        xsource = 'the operative report reviewed'
     case path
        xsource = 'the pathology report reviewed'
     case off
        xsource = 'the office records reviewed'
     case hos
        xsource = 'the hospital progress report reviewed'
     case other
        xsource = 'other related claim(s) reviewed'
     otherwise
        xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
IF CLIPPER
     RESTORE SCREEN from rule_scrn
else
     @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return

*****recomm.prg
*******CREATE NEW.DBF
select 6
use message index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE     && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
     SORT TO NEW ON RVU/D
else
     copy to new
endif                && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
o_mess  = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further ';
    + space(5) + chr(179) + space(21)+ 'information.'
lap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess =     'REPLACED:  This code has been replaced by the code below. Press <F7>';
+space(5) + chr(179) + space (21)+ 'for further information.'
r_mess =  'REPLACED:  This code has been replaced by the code below.'
```

www.FreePatentsOnline.com

BEST AVAILABLE COPY

```
lys_mess='EXCLUDED:  This procedure is incidental to the accepted code(s), but';
+space (23)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED:  When performed with another abdominal procedure,        ';
 +'                appendectomy is virtually always incidental.'
an_mess='EXCLUDED:  64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
lim_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
         clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
         clear_row7,clear_row8
clear_cnt = 0
choice = 'S'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline =  helpline3
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
**    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
     if endstatus $ 'QM'
       @outrow,s_col-4 say '??'
     endif
     set date american
     @ outrow,s_col say str(counter,2) + '.  '
     @ outrow,e_col SAY STR(code,5)
     @ outrow,d_col say allcode->title4
     if code_date <> ctod('  /  /  ')
        @ outrow,c_col say code_date
     endif
     if say_amt
          if counter = 1 .and. allcode->pay<>'  BR  '
              @ outrow,m_col-1 say '$'
          endif
          @ outrow,m_col  say allcode->pay
     endif
     counter = counter + 1
     outrow = outrow + 1
     skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@  23,1 get helpline
```

www.FreePatentsOnline.com

```
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
   clear_cnt = 0
   @ 23,1 get helpline
   clear gets
   if clipper
        if repeat
            moreinfo = .f.
            first_time = .t.
            repeat = .f.
            restore screen from rec_scrn1
        endif
        temp = ' '
        keyboard chr(12)
        do while .t.
                keyboard chr(12)
                @ 23,78 get temp
                read
                do case
                case lastkey() = 27
                       done = .t.
                       exit

                case lastkey() = 13
                   if moreinfo
                      restore screen from rec_scrn2
                      moreinfo = .f.
**                      set key -6 to moreinfo
                   endif
                   EXIT

             endcase
        enddo
        keyboard chr(12)
   else
        choice = 'X'
        do while .t.
           SET CONFIRM OFF
           @ 23,10 get choice picture '!'
           read
           SET CONFIRM ON
           if .not. choice $ 'XNQ'
                ?? chr(7)
                loop
           else
                exit
           endif
        enddo
        if choice $ 'NQ'
             done = .t.
        endif
   endif
   if done
        exit
   endif
******

*@ 15,s_col to 15,s_col + 13

   @ 14,s_col say '                                    '
   @ 15,s_col say '                                      '
   select process
   if .not. first_time
        @ row,s_col - 6 clear to outrow,s_col - 1   && moved from below
        @ mess_row,6 clear to mess_row+1,78         && moved from below
        @ row,s_col say str(row-5,2) + '.  ' + str(code,5)
        select new
        @ outrow,s col say str(recno(),2) + '.  ' + str(code,5)
                                     'MQ'
        if endstatus $ 'M
             @outrow,s_co. 4 say '??'
             if '.' $ new2
```

www.FreePatentsOnline.com

```
                outrow = new2_row           && for clearing arrows
                @ outrow,s_col-4 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
            endif
        endif
**        @ row,s_col - 6 clear to outrow,s_col - 1
**        @ mess_row,6 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '1'
        do while clear_rec&K <> 0
            go clear_rec&K
            @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
            clear_rec&K = 0
            counter = counter + 1
            K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
            loop
        else
            row = row + 1
        endif
        do while skipover
            skip
            if eof()
                repeat = .t.
                row = 6
                go top
            else
                row = row + 1
            endif
        enddo
        if repeat
            loop
        endif
    else
        first_time = .f.
*        if xcount = 1
*            repeat = .t.
*            loop
*        endif
    endif
    temp1 = str(row-5,2) + '.  ' + str(code,5)
    do case
        case endstatus = 'I'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,l_col say chr(179)
            else
                @ row+1,l_col to mess_row-1,l_col
            endif
            do mid_out with mess_row
            @ mess_row,g_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
            SELECT NEW
            locate for code = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,l_col to outrow-1,l_col
            do last_out with outrow
            @ outrow,s_col get temp2
            clear gets
            if endstatus = 'P'
              @ mess_row,g_col say acc_mess
            else
              if endstatus = 'U'
                @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+  ;
                ', since it appears with '+ str(trigger,5) + '.'
```

```
      endif
    endif

  case begstatus = 'P' .and. endstatus $ '1SOD'
    SELECT NEW
    locate for code = PROCESS->replacedby
    xtype = type
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '.  ' + str(code,5)
    @ row,s_col get temp1
    clear gets
    do first_in with row
    @ row+1,l_col to outrow-1,l_col
    do last_out with outrow
    @ outrow,s_col get temp2
    clear gets
    do case

       case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
            mess = sup_mess
            @ mess_row,g_col say mess

       case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype = 0
            mess = r_mess
            @ mess_row,g_col say mess

       case (endstatus='1' .or. (endststus='A' .and. begstatus='1')) ;
            .and. xtype<>0
            select message
            seek xtype
            @ mess_row,g_col say 'REPLACED:  '+ TRIM(tolookfor)
            @ row+1,l_col to outrow-1,l_col

       otherwise
            do moreinfo

     endcase

  case begstatus = 'P' .and. endstatus = 'R'
       SELECT NEW
       locate for code = PROCESS->replacedby
       outrow = 17 + recno() - 1
       temp2 = str(recno(),2) + '.  ' + str(code,5)
       @ row,s_col get temp1
       if process->type <> 0
            box = .t.
            xtype = process->type
       endif
       clear gets
       do first_in with row
       SELECT PROCESS
       cur_rec = recno()
       cur_row = row
       match = replacedby
       skip
       cur_row = row + 1
       do while .not. eof()
            if replacedby = match
                 temp3=str(cur_row-5,2) + '.  ' + str(code,5)
                 clear_cnt = clear_cnt + 1
                 K = str(clear_cnt,1)
                 clear_row&K = cur_row
                 clear_rec&K = recno()
                 @ cur_row,s_col get temp3
                 replace skipover with .t.
                 clear gets
                 do mid_in with cur_row
             else
                 @ cur_row,l_col say chr(179)
             endif
             skip
             cur_row = cur_row + 1
       enddo
       go cur_rec
       if box
            do moreinfo
          @ cur_row,l_col to outrow-1,l_col
```

www.FreePatentsOnline.com

```
else
   @ mess_row,g_col say rep_mess + str(replacedby,5)+'.'
   @ cur_row,l_col to outrow-1,l_col
endif
do last_out with outrow
@ outrow,s_col get temp2
if box
   do moreinfo
endif
box = .f.
clear gets

case begstatus = 'P' .and. endstatus = 'E'
   @ row,s_col get temp1
   do first_in with row
   if row+1 = mess_row -1
      @ row+1,l_col say chr(179)
   else
      @ row+1,l_col to mess_row-1,l_col
   endif
   do mid_out with mess_row
   do case
     case code=44950 .or. code=44955
           @ mess_row,g_col say app_mess

      otherwise
        save_spot = recno()
        xtrigger = trigger
        if type <> 0
           box = .t.
        endif
        xtype = type
        go top
        locate for code = xtrigger
        do case
           case endstatus = 'E'
                xtrigger = trigger
           case endstatus = 'R'
                xtrigger = replacedby
      endcase
      go save_spot
      if box .and. xtype <> 49001
         select message
         seek xtype
         @ mess_row,g_col say 'EXCLUDED:  '+ TRIM(tolookfor)
      else
       if xtype = 49001
         select message
         seek xtype
         @ mess_row,g_col say 'EXCLUDED:  ' +trim(tolookfor) ;
            + ' ' ' +str(xtrigger,5)+'.'
       else
         @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
       endif
      endif
      box = .f.
  endcase

case begstatus = 'P' .and. endstatus = 'M'
     match = trigger
     SELECT NEW
     locate for (code=PROCESS->code) .or. code = match
     outrow = 17 + recno() - 1
     temp2 = str(recno(),2) + '.  ' + str(code,5)
     @ row, s_col get temp1
     do first_in with row
     SELECT PROCESS
     cur_rec = recno()
     cur_row = row
     match = trigger
     skip
     cur_row = row + 1
     do while .not. eof()
        if code = match
          temp3 = str(cur_row-5,2) + '.  ' + str(code,5)
          clear_cnt = clear_cnt + 1
          K = str(clear_cnt,1)
```

94

BEST AVAILABLE COPY

```
                clear_row&K = cur_row
                clear_rec&K = recno()
                @ cur_row,s_col get temp3
                replace skipover with .t.
                clear gets
                do mid_in with cur_row
              else
                @ cur_row,l_col say chr(179)
              endif
              skip
              cur_row = cur_row + 1
            enddo
            @ cur_row,l_col to outrow-1,l_col
            go cur_rec
            do ques_M1 with outrow
            @ outrow,s_col get temp2
            cur_row = outrow + 1
            clear gets
            select new
            sav_newrec = recno()
            skip
            do while .not. eof()
              if code = match .or. code = process->code
                new2 = str(recno(),2) + '.  ' + str(code,5)
                new2_row
                new2_  w = cur_row
                @ cur_row,s_col get new2
                clear gets
                do ques_out with cur_row
                exit        && limited to 2 codes
              else
                @ cur_row,l_col say chr(179)     && only if > 2 codes
              endif
              skip
              cur_row = cur_row + 1
            enddo
            go sav_newrec
*           @ mess_row,g_col say query_mess
            do moreinfo

        case begstatus = 'P' .and. endstatus = 'Q'
              SELECT NEW
              locate for code = PROCESS->code
              outrow = 17 + recno() - 1
              temp2 = str(recno(),2) + '.  ' + str(code,5)
              @ row,s_col get temp1
              clear gets
              do first_in with row
              @ row+1,l_col to outrow-1,l_col
              do ques_out with outrow
              @ outrow,s_col get temp2
              clear gets
*             @ mess_row,g_col say q_mess
              do moreinfo

        case begstatus='P' .and. endstatus='L'
              @ row,s_col get temp1
              do first_in with row
              if row+1 = mess_row -1
                  @ row+1,l_col say chr(179)
              else
                  @ row+1,l_col to mess_row-1,l_col
              endif
              do mid_out with mess_row
              @ mess_row,g_col say l_mess

    endcase
ENDDO
select 2    && process
use process
**set filter to
**go top
**select 9                  && Adding records to HISTROY.dbf
**use history               && to keep a log file
**append from process       && commented out, no need for demo
**select 9
**use
**select new
```

www.FreePatentsOnline.com

```
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec_scrn2
select process
xcode = code
do case
    case endstatus = 'Q'

     select message
     seek process->type
     xreviewer = reviewer
     note = .f.

     do review with xreviewer
     if note
       mess = trim(message->tolookfor)
       set color to &colorh
       do format1.prg with mess,-15,24,78
       set color to &colorm
     else
       do source
       string = ' '
       store 0 to cur_row, col_beg, col_end, row_beg
       dline1 = 'Before accepting code '+str(xcode,5)+':'
       dline2 = ' '
       dline3 = 'HAVE: '+xsource
       dline4 = '  BY: '+xreview
       dline5 = ' WHY: '
       set color to &colorh
       do rec_box with -17,24,78
       set color to &colorm
     endif
     store .f. to note
     set procedure to lines

  case endstatus = 'M'
     select message
     seek process->type
     xreviewer = reviewer
     note = .f.
     do review with xreviewer
     if note
        mess = trim(message->tolookfor)
        set color to &colorh
        do format1.prg with mess,-15,24,78
        set color to &colorm
     else
        do source
        string = ' '
        store 0 to cur_row, col_beg, col_end, row_beg
        dline1 = 'Before accepting these codes'
        dline2 = ' '
        dline3 = 'HAVE: '+xsource
        dline4 = '  BY: '+xreview
        dline5 = ' WHY: '
        set color to &colorh
        do rec_box with -17,24,78
        set color to &colorm
     endif
     store .f. to note
     set procedure to lines

  case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
     select message
     seek process->type
     mess = trim(message->tolookfor)
     set color to &colorh
     do format1.prg with mess,-15,24,78
     set color to &colorm
```

www.FreePatentsOnline.com

```
     store .f. to note
     set procedure to line 1.no

endcase

return

* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,9 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return
* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
     counter = 0
     do while .t.
          if substr(string,max_size-counter+1,1) = ' '
               exit
          else
               counter = counter + 1
          endif
     enddo
     @ cur_row,col_beg say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return
* format1.prg
parameters string,row_beg,col_beg,col_end
title = ' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
     row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
     counter = 0
     do while .t.
          if substr(string,max_size-counter+1,1) = ' '
               exit
          else
               counter = counter + 1
          endif
     enddo
     @ cur_row,col_beg say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

www.FreePatentsOnline.com

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

www.FreePatentsOnline.com

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

* * * * *

www.FreePatentsOnline.com