# EXHIBIT 2

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

REDACTED

# EXHIBIT 5

# REDACTED

# EXHIBIT 6

REDACTED

# EXHIBIT 7

REDACTED

# EXHIBIT 8

REDACTED

# EXHIBIT 9

HPR, Inc.          TEL:1-702-955-3435          Jan 25.94   11:48 No.003 P.02
JAN-14-94 FRI 18:27 SALES-BOSTON                6172669183                  P.82

 

360 Newbury Street        617-266-2520
Boston, MA 02115          FAX 617-266-3170

**HEALTH**
**PAYMENT**
**REVIEW INC.**

## HEALTH PAYMENT REVIEW'S CODEREVIEW® PRODUCT
## AWARDED U.S. PATENT

BOSTON, MA —Jan. 14, 1994—Health Payment Review, Inc. (HPR), the Boston-based developer of health care cost containment and provider profiling software systems, announced that it has been awarded U.S. Patent no. 5,253,164 for the system and methodology embodied in its CodeReview® product.

"Being award this patent clearly demonstrates HPR's leadership position in the health care cost containment industry," says Marcia Radosevich, Ph.D., CEO of Health Payment Review. "We expect this patent to further propel our rapid growth in the health care information systems marketplace."

Industry sources say that overpayment due to medical billing code manipulation and errors accounts for approximately 1% of all health care spending, or an estimated $9-10 billion in 1994. Health Payment Review's CodeReview® product, a medically-based software system, is designed to combat overpayment of physician claims by recognizing and correcting coding errors.

The CodeReview® software system combines medical expertise with advanced computer technology to provide a "medical peer review" software system that can detect and correct errors in billing such as up-coding and unbundling. "Up-coding" is selecting a medical coded for a more extensive surgical procedure or service than actually occurred. "Unbundling" is when the provider charges for individual procedures or services rather than using the global code encompassing the entire service.

The expert clinical knowledge base of the CodeReview® product is developed, maintained and enhanced by physicians, surgeons and subspecialists. The CodeReview® product can be seamlessly integrated into the users' automated claims processing system and is available on a wide range of hardware platforms, from. PCs to minicomputers and mainframe environments. Data gathered from customers who use the CodeReview® software show savings of approximately 5% - 8% of total physician billed charges.

JAN 25 '94  11:41                              1 702 955 3435        PAGE.002

MCK 038115

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

# EXHIBIT 10



# The New York Ti

"All the News That's Fit to Print"

VOL.CXLIII...No. 49,598

NEW YORK, MONDAY, JANUARY 24, 1994

## Patents | Teresa Riordan

## Health Care System Finds Overpayments

Health Payment Review Inc., a privately held company in Boston, recently said it had been granted a software patent that it contends could have a profound market impact on the health care cost-containment industry, which many analysts believe will be an important growth industry during the 1990's.

"I'm not a patent attorney, but the claims appear to be very broad," said Peter Ravin, an executive analyst at Adams, Harkness & Hill Inc. in Boston. On Thursday, Mr. Ravin downgraded the stock of Health Payment Review's main rival, GMIS Inc. of Malvern, Pa., from a "buy" to a "hold." The stock dropped $1.25, to $13.50, in Nasdaq trading on Friday.

The patent covers a software system that ferrets out overpayments to physicians by recognizing and correcting medical coding errors, by one estimate, such overpayments account for 1 percent of all health care spending, expected to be about $30 billion in 1994.

Health Payment Review said it had licensed its software to insurance companies and health maintenance organizations at a cost of $50,000 to $250,000 a year. "It would not have happened if we had not denied the patent because it's notoriously hard to get software patents," said Marcia Radosevich, Health Payment Review's chief executive.

Ms. Radosevich said the patent had "profound" implications for H.P.R.'s competitors. "We do intend to enforce our patent rights," she said.

Jeffrey Sachs, vice president for finance and administration at GMIS, said the company had received and, in one case, his company was not worried.

Health Payment Review was assigned patent 5,253,164.

# EXHIBIT 11

REDACTED

# EXHIBIT 12

REDACTED

# EXHIBIT 13

# REDACTED

# EXHIBIT 14

REDACTED

# EXHIBIT 15

# REDACTED