IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>Confidential Version Filed: December 15, 2005<br><br>Redacted Version Filed: December 22, 2005 |

**TRANSMITTAL DECLARATION OF MICHAEL A. BARLOW IN SUPPORT
OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
MOTION FOR SUMMARY JUDGMENT REGARDING
DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE**

Michael A. Barlow hereby deposes and says:

1.  I am associated with Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the plaintiff in this action. I submit this declaration in support of Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense.

2.  Attached hereto are true and correct copies of the following documents referenced in McKesson's Opening Brief in Support of Its Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense.

| Exhibit | Description |
|---|---|
| 1 | Cover page of the '164 patent awarded on 10/12/1993, indicating the assignee is HPR. |
| 2 | 01/14/1994 press release indicating that HPR was awarded the '164 patent. |
| 3 | 01/24/1994 New York Times article entitled "Health Care System Finds Overpayments" |

1

| Exhibit | Description |
|---|---|
| 4 | 01/31/1994 complaint by GMIS against HPR beginning an action for declaratory judgment that the '164 patent was invalid and unenforceable. |
| 5 | 03/25/1994 press release indicating that HPR filed a patent infringement counterclaim against GMIS. |
| 6 | 01/23/1995 settlement agreement between HPR and GMIS. |
| 7 | Partial copy of the official transcript for the 09/16/2005 deposition of Anthony Bellomo of TriZetto. |
| 8 | Partial copy of the official transcript for the 07/07/2005 deposition of Marcia Radosevich. |
| 9 | Partial copy of the official transcript for the 09/19/2005 deposition of Anthony Bellomo of TriZetto. |
| 10 | Partial copy of the official transcript for the 10/03/2005 deposition of Jeffrey Margolis of TriZetto. |
| 11 | Partial copy of the official transcript for the 09/09/2005 deposition of Craig Luftig of TriZetto. |
| 12 | Handwritten notes taken by Anthony Bellomo of Erisco during an April of 1997 meeting between HPR and Erisco. |
| 13 | Presentation by HPR for the April of 1997 meeting between HPR and Erisco. |
| 14 | 10/03/1997 Form 8-K for HBOC's acquisition of HPR. |
| 15 | 01/14/1999 Form 8-K for McKesson's acquisition of HBOC. |
| 16 | 07/14/1999 Form 10-K405 indicating McKesson management changes. |
| 17 | 03/29/2000 press release discussing TriZetto's acquisition of Erisco. |
| 18 | 10/09/2001 letter from Robert Price at McKesson to Jeffrey Margolis at TriZetto informing him of the '164 patent. |
| 19 | 06/20/2005 TriZetto responses to McKesson's interrogatories. |
| 20 | 12/20/2002 email message from Duffey Richardson at TriZetto to Linda Bernier at TriZetto **REDACTED** |
| 21 | 04/21/2003 email message from Will Lee at McKesson to Duffey Richardson and others at TriZetto enclosing other email messages, **REDACTED** |
| 22 | Genzyme Corp. v. Atrium Medical Corp. 2003 U.S. Dist. LEXIS 12784 (D. Del. 2003) |
| 23 | Partial copy of the official transcript for the 10/04/2005 deposition of Eric King. |
| 24 | Symbol Technologies, Inc. v. Proxim Inc., No. Civ. 01-801-SLR, 2004 WL 1770290 (D. Del. July 28, 2004) |
| 25 | Handwritten notes taken during a meeting between TriZetto and its attorneys regarding laches and estoppel. Bates number TRZ838685. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2005.

_____
Michael A. Barlow (I.D. #3928)