# CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on December 22, 2005, I electronically filed the redacted version of the Transmittal Declaration of Michael A. Barlow In Support of Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

438780.01-Wilmington S1A