IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>Confidential Version Filed: December 15, 2005<br><br>Redacted Version Filed: December 22, 2005 |

**TRANSMITTAL DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

Michael A. Barlow hereby deposes and says:

I am associated with Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the plaintiff in this action. I submit this transmittal declaration in support of Plaintiff McKesson Information Solutions LLC's Motion for Summary Judgment of Infringement.

1. Attached as Exhibit A is a true and accurate copy of U.S. Patent No. 5,253,164 entitled "System and Method for Detecting Fraudulent Medical Claims via Examination of Service Codes."

2. Attached as Exhibit B is a true and accurate copy of the parties' Joint Claim Construction Chart filed concurrently with the Court.

3. Attached as Exhibit C is a true and accurate copy of TriZetto's Supplemental Proposed Claim Construction dated October 11, 2005.

4. Attached as Exhibit D is a true and accurate copy of excerpts from the depositions taken of various TriZetto customers, employees, and executives as well as excerpts from

1

various documents produced during discovery in this case relating to claim 3 of the '164 patent.

5. Attached as Exhibit E is a true and accurate copy of the Rebuttal Report of Randall Davis, served on November 14, 2005.

6. Attached as Exhibit F is a true and accurate copy of excerpts from depositions taken of various TriZetto customers, employees, and executives relating to CPT codes.

7. Attached as Exhibit G is a true and accurate copy of excerpts from depositions taken of various TriZetto customers, employees, and executives relating claims 15 and 16.

8. Attached as Exhibit H is a true and accurate copy of excerpts from deposition of Randall Davis, PhD., relating to claim 3 of the '164 patent.

9. Attached as Exhibit I is a true and accurate copy of *Pfizer, Inc. v. Teva Pharms. USA, Inc., 2005 U.S. Dist. LEXIS 29050*.

10. Attached as Exhibit J is a true and accurate copy of excerpts from the deposition of Anthony B. Bellomo, taken September 16, 2005.

11. Attached as Exhibit K is a true and accurate copy of excerpts from the deposition of Anthony B. Bellomo, taken September 19, 2005.

12. Attached as Exhibit L is a true and accurate copy of excerpts from the deposition of Blue Cross Blue Shield of Tennessee (John Blake), taken September 22, 2005.

13. Attached as Exhibit M is a true and accurate copy of excerpts from the deposition of John Danza, taken September 12, 2005.

14. Attached as Exhibit N is a true and accurate copy of excerpts from the deposition of Randall Davis, PhD., taken November 30, 2005.

15. Attached as Exhibit O is a true and accurate copy of excerpts from the deposition of Harrington Benefits (Patricia Keplinger), taken September 14, 2005.

16. Attached as Exhibit P is a true and accurate copy of excerpts from the deposition of Key Benefit Administrators (Clifton Jones), taken September 23, 2005.

17. Attached as Exhibit Q is a true and accurate copy of excerpts from the deposition of Karen Lampe, taken September 14, 2005.

18. Attached as Exhibit R is a true and accurate copy of excerpts from the deposition of Craig Luftig, taken September 9, 2005.

19. Attached as Exhibit S is a true and accurate copy of excerpts from the deposition of Jeffrey R. Margolis, taken October 3, 2005.

20. Attached as Exhibit T is a true and accurate copy of excerpts from the deposition of Premera Blue Cross (Kirsten Kemp), taken October 10, 2005.

21. Attached as Exhibit U is a true and accurate copy of excerpts from the deposition of Providence Health Plan (Tracy Pierson and Carolyn Drini), taken September 12, 2005.

22. Attached as Exhibit V is a true and accurate copy of excerpts from the deposition of Tara Smith, taken September 14, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2005.

Michael A. Barlow (I.D. #3928)