# EXHIBIT D

**EXHIBIT D**

**Elements of Claim 3**                                                   **Page**

[A]    A computer system including a central processing unit an associated
       memory for processing input claims containing at least one medical
       service code, comprising: ...................................................................... 2

[B]    a predetermined database stored in the associated memory, the
       database containing medical service codes and a set of relationships
       among the medical service codes defining whether selected ones of
       the medical service codes are valid when received with other
       selected ones of the medical service codes; ...................................... 5

[C]    means for receiving at least one claim; .............................................. 14

[D]    means for ascertaining whether the at least one claim contains a
       plurality of medical service codes; ................................................... 17

[E]    means for determining whether one of the medical service codes in
       the plurality of medical service codes is valid or invalid by
       interacting with the database and the set of relationships contained
       in the database; ................................................................................ 22

[F]    means for authorizing medical service codes which are valid in
       response to the means for determining; and .................................... 27

[G]    means for rejecting medical service codes which are invalid in
       response to the means for determining. ........................................... 30

1

| A computer system including a central processing unit an associated memory for processing input claims containing at least one medical service code, comprising: |
|---|
| **Facets Product:** |
| |

**Deposition of TriZetto Employee Tara Smith (09/14/05):**

Q.     To your knowledge, is the Facets program intended to be used on a computer system, with a CPU and associated memory?
        ***

A.     Yes.
[85:8-13]

Q.     So is it your understanding that when claims are submitted to Facets that they are received by Facets with one or more medical service codes? ...

Q.     Procedure codes, I'm sorry.

A.     Yes.

Q.     Procedure codes associated with the claim

A.     Yes.
[91:24-92:2, 4-8]

Q.     Through source code or through code that's written that instructs the computer to recognize a claim and to process that claim in accordance with whatever rules are set forth in the program?

A.    Yes.

[131:1-6]

Deposition of Facets Customer Providence Health Plan -Tracy Pierson 30(b)(6) designee (09/12/05):

Q.    You do understand Facets as requiring a central processing unit and memory in order to have any use at all; right?

MS. PIERSON:  Absolutely.

[63:13-16]

**ClaimFacts Product:**

Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):

Q.    Okay.  So as software, ClaimFacts requires some sort of computer to operate?
A.    Correct.
Q.    And Harrington does indeed use a computer to operate --
A.    Yes.
Q.    -- ClaimFacts?  And the computer it uses, I assume, includes some sort of processing unit and storage and memory?
A.    Uh-huh.

[52:8-18]

Q.    Well, ClinicaLogic -- we discussed earlier, ClinicaLogic uses a computer system, correct?
A.    That is correct.

[105:14-17]

3

**QicLink Product:**

Deposition of John Danza, TriZetto's 30(b)(6) Designee on QicLink (9/12/05):

Q.    ... So to operate QicLink, the QicLink software, it requires a computer system with some sort of CPU and storage space or memory?

A.    Yes.

[59:3-6]

Deposition of QicLink customer Key Benefit Administrators – Clifton Jones 30(b)(6) designee (9/23/05):

Q.    It operates with a computer system; right?

A.    That's correct. Yes. Yes.

[21:15-16]

Q.    It is the clinical -- strike that. The QuicLink product with ClinicaLogic is, to your knowledge, marketed by TriZetto, promoted by TriZetto, sold by TriZetto and used by customers such as KBA with a computer system that has central processing unit and associated memory for processing input claims; correct?

A.    Yes.

[27:11-18]

4

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

**Facets Product:**

5



Deposition of TriZetto Employee Tara Smith (09/14/05):

| | |
|---|---|
| Q. | So is it your understanding that when claims are submitted to Facets that they are received by Facets with one or more medical service codes? ... |
| Q. | Procedure codes, I'm sorry. |
| A. | Yes. |
| Q. | Procedure codes associated with the claim |
| A. | Yes. |

[91:24-92:2, 4-8]

| | |
|---|---|
| Q. | Through source code or through code that's written that instructs the computer to recognize a claim and to process that claim in accordance with whatever rules are set forth in the program? |
| A. | Yes. |

[131:1-6]



**ClaimFacts Product:**

Deposition of Karen Lampe, TriZetto's 30(b)(6) Designee on ClaimFacts (9/14/05):

Q.    So we get this, I want to get my terminology correct. ClaimFacts is a system that has integrated into it ClinicaLogic and this database that has a predetermined set of relationships between medical service codes; is that right?

A.    Yes, I would say that's correct.

Q.    And ClaimFacts operates to utilize these predetermined set of relationships between medical service codes to determine if one or more medical codes in a claim is valid or invalid, correct?

7

A.      Yes.
[58:13-24]

Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):

Q.      ... ClinicaLogic within ClaimFacts includes a database of medical service codes and some relationships among those medical and service codes that define whether or not those codes are valid or invalid when bundled together?

***

A.      I believe that—how I understand your question is, yes, there are—there are standards set within the ClinicaLogic software piece of ClaimCheck—claimFacts that—that do state whether or not two codes could be billed together, things along that nature.

Q.      And the contents of that database are predetermined by TriZetto before they ship the product to Harrington?

A.      Yes.
[57:6-11, 14-24]

Q.      And those relationships among the medical service codes within the ClinicaLogic database in ClaimFacts define whether medical service codes are valid when input with other medical service codes on a claim, correct?

A.      Correct.
[106:2-8]









11

**QicLink Product:**

Deposition of John Danza, TriZetto's 30(b)(6) Designee on QicLink (9/12/05):

Q.    So to do so, I assume that the claims that QicLink receives include one or more medical service codes representing the services for which payment's being sought?

A.    Yes, that's correct.

[59:13-17]

Q.    And included within QicLink's ClinicaLogic or Auto Audit clinical editing modules are a set of medical service codes and relationships among those medical service codes that define whether or not certain codes, be it for example an unbundled code, is valid or invalid?

A.    Yes, that's correct.

[59:18-24]

Q.    But QicLink with ClinicaLogic or Auto Audit does provide a means to automatically determine whether a code on the claim is invalid or valid based on other codes received on the claim and revise the claim without human intervention?

A.    Yes, that's correct

[64:1-6]

Q.    And the database of ClinicaLogic within QicLink when it ships to a customer and the database being the medical service codes and the relationships among those are predetermined before the product is shipped to the customer, is that right?

A.    Yes, that's right.

[66:11-17]

Deposition of QicLink customer Key Benefit Administrators - Clifton Jones 30(b)(6) designee (9/23/05):

Q.    And it has a predetermined database containing medical service codes; correct?

A.    Yes.

Q    And the database has a set of relationships among the medical service codes; correct?

A    Yes.

Q    And the set of relationships among the medical service codes in the predetermined database defines whether selected medical service codes are valid when input with other medical service codes; correct?

A    Yes.

[21:17-22:3]

Q.    So QuicLink with ClinicaLogic can receive at least one claim with a medical service code; correct?

A.    Yes.

[22:25-23:2]

Q.    QuicLink with ClinicaLogic contains an ability for determining whether one medical service code among several in a claim is valid or invalid by interacting with the database and the set of relationships contained in the database; correct?

A.    Yes.

[24:11-16]

Q.    Sure. The claims that are automatically adjudicated and -- strike that. The claims that QuicLink with ClinicaLogic applies clinical editing to contain CPT codes; correct?

A.    That's correct. Yes.

[25:6-11]



**means for receiving at least one claim;**

**Facets Product:**



**ClaimFacts Product:**

Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):

    Q.    So ClaimFacts with ClinicaLogic includes the ability to receive at least one claim as
          recited here?
    A.    Yes.
[107:14-17]



**QicLink Product:**

<u>Deposition of John Danza, TriZetto's 30(b)(6) Designee on QicLink (9/12/05):</u>

Q.    So to do so, I assume that the claims that QicLink receives include one or more medical
        service codes representing the services for which payment's being sought?
A.    Yes, that's correct.
[59:13-17]

<u>Deposition of QicLink customer Key Benefit Administrators - Clifton Jones 30(b)(6) designee (9/23/05):</u>

Q.    So QuicLink with ClinicaLogic can receive at least one claim with a medical service
        code; correct?
A.    Yes.
[22:25-23:2]

16

**means for ascertaining whether the at least one claim contains a plurality of medical service codes;**

**Facets Product:**



Deposition of TriZetto Employee Tara Smith (09/14/05):

    Q.    So is it your understanding that when claims are submitted to Facets that they are received by Facets with one or more medical service codes? ...

    Q.    Procedure codes, I'm sorry.

    A.    Yes.

    Q.    Procedure codes associated with the claim

    A.    Yes.

[91:24-92:2, 4-8]

    Q.    Through source code or through code that's written that instructs the computer to recognize a claim and to process that claim in accordance with whatever rules are set forth in the program?

    A.    Yes.

[131:1-6]



17

**ClaimFacts Product:**

Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):

     Q.       Is it your understanding that ClaimFacts includes the ability to ascertain whether the at least one claim contains a plurality of medical service codes?

     A.       Yes.

[111:17-21]



**QicLink Product:**
Deposition of John Danza, TriZetto's 30(b)(6) Designee on QicLink (9/12/05):

Q.    So to do so, I assume that the claims that QicLink receives include one or more medical service codes representing the services for which payment's being sought?

A.    Yes, that's correct.

[59:13-17]





means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

Facets Product:

**ClaimFacts Product:**

**Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):**

> Q.      So if ClaimFacts with ClinicaLogic receives a claim with a code that should not be paid, an invalid code, it will, based on some rules or relationships with other code in the claim, the system will delete that code from those codes that are going to be paid; is that correct?
>
> A.      It can.
>
> [83:25-84:7]

23







**QicLink Product:**
Deposition of QicLink customer Key Benefit Administrators - Clifton Jones 30(b)(6) designee (9/23/05):

Q        And the set of relationships among the medical service codes in the predetermined database defines whether selected medical service codes are valid when input with other medical service codes; correct?

A        Yes.
[21:23-22:3]

Q.       QuicLink with ClinicaLogic contains an ability for determining whether one medical service code among several in a claim is valid or invalid by interacting with the database and the set of relationships contained in the database; correct?

A.       Yes.
[24:11-16]

Q.       QuicLink with ClinicaLogic will revise a claim to delete what it has determined to be an invalid medical service code; correct?

A.       Yes, I believe so.
[24:23-25:1]

| means for authorizing medical service codes which are valid in response to the means for determining; and |
|---|
| **Facets Product:** |
| |
| <u>Deposition of Facets customer Providence Health Plan -- Carolyn Drini 30(b)(6) designee (09/12/05):</u> |

| Q. | . . . Does the Facets system at least on -- does the Facets system provide a means for authorizing for payment medical service codes which are not mutually -- which are not medically exclusive with other medical service codes within a claim? |
|---|---|
| MS. DRINI:<br>[64:18-23] | Yes. |

27

**ClaimFacts Product:**

Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05):

Q.     If a claim received by ClaimFacts uses clinical logic at Harrington includes codes that
       are all billed correctly, and all those codes pass all the tests within ClinicaLogic, does
       ClaimFacts authorize payment for those codes?
A.     Yes, and it will process the claim.
[64:21-65:3]

28



**QicLink Product:**

Deposition of John Danza, TriZetto's 30(b)(6) Designee on QicLink (9/12/05):

Q.    ... In correcting unbundling or the receipt of invalid medical service codes, does QicLink revise the claim to only authorize payment for the codes it determines to be valid and reject payment for those it determines to be invalid?

A.    Yes, that's correct. That's correct. And in that question and the previous question, I'm kind of using -- I'm assuming you're using QicLink in a generic term here meaning QicLink along with the clinical editing ancillary modules, is that accurate?

Q.    Yes, Auto Audit or ClinicaLogic?

A.    Okay. Thanks

[42:20-43:8]

Deposition of QicLink customer Key Benefit Administrators - Clifton Jones 30(b)(6) designee (9/23/05):

Q.    . . . QuicLink with ClinicaLogic contains the ability for authorizing medical service codes which are not contained in any other medical service code and the ability for rejecting medical service codes which are contained in other medical service codes; correct?

A.    Yes.

[25:24-26:5]

29

means for rejecting medical service codes which are invalid in response to the means for determining.

**Deposition of TriZetto Employee Tara Smith (09/14/05):**

Q.    My – the question is, do you have any understanding of how – you testified earlier that it's your understanding that when claims are submitted into Facets with multiple medical procedure codes which are basically an unbundling of services that should be under one number instead of multiple numbers that Facets has the ability to detect that and to rebundle it under one service code, correct?

A.    Yes.

[93:9-18]

**Deposition of Facets customer Providence Health Plan – Carolyn Drini 30(b)(6) designee (09/12/05):**

Q.    … And does Facets provide a means for rejecting for payment medical service codes which are medically exclusive with other medical service codes contained in the claim?

MS. DRINI;    Yes.
[64:25-65:4]

30



**ClaimFacts Product:**

<u>Deposition of ClaimFacts customer Harrington Benefits – Patricia Keplinger 30(b)(6) designee (9/12/05)</u>:

Q.    So the ClaimFacts software, outside of ClinicaLogic, includes a means for detecting the codes included on a claim and in some cases, rejecting certain codes that are included on that claim for some criteria?

A.    Yes.

[77:8-14]



**QicLink Product:**

<u>Deposition of QicLink customer Key Benefit Administrators - Clifton Jones 30(b)(6) designee (9/23/05):</u>

Q.   QuicLink with ClinicaLogic will revise a claim to delete what it has determined to be an invalid medical service code; correct?

A.   Yes, I believe so.

[24:24-25:1]

Q.   . . . QuicLink with ClinicaLogic contains the ability for authorizing medical service codes which are not contained in any other medical service code and the ability for rejecting medical service codes which are contained in other medical service codes; correct?

A.   Yes.

[25:23-26:5]

32

33