IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>Confidential Version Filed December 20, 2005<br><br>Redacted Public Version Filed December 23, 2005 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO
EXCLUDE AND/OR STRIKE THE OPINIONS OF JESSE DAVID, PH.D.**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Opening Brief in Support of its Motion to Exclude and/or Strike the Opinions of Jesse David, Ph.D., and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Table entitled "Previously Unproduced TriZetto Documents Referenced in Jesse David's Expert Report" | A |
| Rebuttal Expert Report of Jesse David, dated November 17, 2005 | B |
| Excerpts from the deposition of Jesse David, Ph.D. taken November 30, 2005 | C |
| Excerpts from Defendant the TriZetto Group, Inc.'s Response to McKesson Information Solutions LLC's First Set of Requests for the Production of Documents and Things, dated January 20, 2005 | D |
| Excerpts from The TriZetto Group, Inc.'s Supplemental Response to Plaintiff's Interrogatories Nos. 5, 8, 10, 11 & 14-17 | E |
| Notice of Deposition of Defendant TriZetto Pursuant to Fed. R. Civ. P. 30(b)(6) | F |
| Letter dated August 26, 2005 from Jeff Randall to Jeff Thomas | G |
| Letter dated August 31, 2005 from Jeff Randall to Michael Sitzman | H |
| Letter dated September 6, 2005 from T. Kevin Roosevelt to Bernard C. Shek, David W. Hansen and Jeffrey G. Randall | I |
| Email dated September 15, 2005 from Michael Sitzman to Jeff Randall, Bernard Shek and David Hansen | J |
| Defendant's Supplemental Response to Plaintiff's Rule 30(b)(6) Deposition Notice, dated October 31, 2005 | K |
| Excerpts from the transcript from Court Hearing on November 7, 2005 | L |
| Defendant's Supplemental Response to Plaintiff's Rule 30(b)(6) Deposition Notice, dated November 18, 2005 | M |
| Letter dated November 17, 2005 from Gabrielle J. Roudabush to David W. Hansen | N |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 20, 2005.

_____
Michael A. Barlow (I.D. # 3928)