# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | Civil Action No. 04-1258 SLR |

### ERRATA TO OPENING BRIEF IN SUPPORT OF THE TRIZETTO GROUP INC.'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MICHAEL J. WAGNER (D.I. 176)

On page 25 of its Opening Brief In Support of its Motion To Exclude The Expert Testimony Of Michael J. Wagner filed on December 20, 2005 (D.I. 176), The TriZetto Group Inc. incorrectly referred to *Western Elec. Co. v. Stewart-Warner Corp.*, 631 F.2d 333 (4th Cir. 1980), as a Federal Circuit decision. The *Western Elec. Co.* case was, in fact, a pre-Federal Circuit decision from the Fourth Circuit Court of Appeals. The *Western Elec. Co.* case has been cited favorably, however, by the Federal Circuit in *Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1549 (Fed. Cir. 1995).

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld (#1014*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
   Attorneys for Defendant
   The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

December 28, 2005
499583

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 28, 2005, I caused to be electronically filed the **Errata to Opening Brief In Support Of The TriZetto Group Inc.'s Motion To Exclude The Expert Testimony Of Michael J. Wagner** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on December 28, 2005, upon the following in the manner indicated:

**BY HAND**

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

*/s/ Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com