IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-1258 (SLR) |
| | ) | **REDACTED VERSION** |
| v. | ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MICHAEL J. WAGNER**

                                        MORRIS, NICHOLS, ARSHT & TUNNELL
                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        *Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614

December 20, 2005

Redacted Version Filed January 4, 2006 (*Please note that all portions of this Appendix to Exhibits in Support of Motion to Exclude the Expert Testimony of Michael J. Wagner are Confidential—there is no redacted version*).