**CERTIFICATE OF SERVICE**

I, Melissa Stone Myers, hereby certify that on January 4, 2006 I electronically filed the redacted version of The TriZetto Group, Inc.'s Appendix Of Exhibits In Support Of Its Motion To Exclude The Expert Testimony Of Michael J. Wagner with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on January 4, 2006 upon the following in the manner indicated:

>BY HAND
>
>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE  19899
>
>BY EMAIL
>
>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue
>Suite 1100
>Palo Alto, CA  94301

>/s/   *Melissa Stone Myers (#3985)*
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>mmyers@mnat.com