IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-1258-SLR |
| ) | |
| v. ) | **REDACTED PUBLIC VERSION** |
| ) | |
| THE TRIZETTO GROUP, INC., ) | CONFIDENTIAL VERSION FILED: January 5, 2006 |
| ) | PUBLIC VERSION FILED: January 11, 2006 |
| Defendant. ) | |
| ) | |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF
MCKESSON INFORMATION SOLUTIONS' RESPONSE
TO TRIZETTO'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
MARGARET L. JOHNSON AND MARK A. MUSEN**

I, Michael A. Barlow, a member of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC, pursuant to 28 U.S.C. § 1746, do hereby state and declare and follows:

1. Attached as Exhibit 1 is a true and accurate copy of excerpts from the deposition of Margaret L. Johnson, Ph.D., taken on November 29, 2005.

2. Attached as Exhibit 2 is a true and accurate copy of excerpts from the deposition of Mark Musen, M.D., Ph.D., taken on November 22, 2005.

3. Attached as Exhibit 3 is a true and accurate copy of excerpts from the deposition of Larry Kerschberg, Ph.D., taken on November 21, 2005.

4. Attached as Exhibit 4 is a true and accurate copy of excerpts from the deposition of Philip M. Hawley, Jr., M.D., taken on November 30, 2005.

5. Attached as Exhibit 5 is a true and accurate copy of excerpts from the deposition of Randall Davis, Ph.D., taken on November 30, 2005.

6. Attached as Exhibit 6 is a true and accurate copy of *The Cincinnati Insurance Co. v. Cochran*, No. 99-0552-WS-C, 2005 WL 2179799 (S.D. Ala. Sept. 2, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2006.

_____
Michael A. Barlow (#3928)

2