## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 11, 2006, I electronically filed the Redacted Version of Plaintiff McKesson Information Solutions LLC's Response to TriZetto's Motion to Exclude The Expert Testimony of Dr. Margaret L. Johnson and Dr. Mark A. Musen and Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

440372.02-Wilmington S1A