## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 11, 2006, I electronically filed the Redacted Version of Plaintiff's Opposition to Defendant's Motion to Exclude The Expert Testimony of Michael J. Wagner and Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

*/s/ Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com