IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>CONFIDENTIAL VERSION FILED: January 5, 2006<br>PUBLIC VERSION FILED: January 11, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
THE EXPERT TESTIMONY OF MICHAEL J. WAGNER**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Exclude the Expert Testimony of Michael J. Wagner, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the deposition of Michael J. Wagner taken November 21, 2005 | 1 |
| Excerpts from the deposition of Jesse David, Ph.D. taken November 30, 2005 | 2 |
| *St. Clair Intellectual Property Consultants, Inc. v. Canon, Inc.*, C.A. No. 03-241, 2004 WL 2213562 (D. Del. Sept. 28, 2004) | 3 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 5, 2006

*[signature]*

Michael A. Barlow (I.D. # 3928)