IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | Civil Action No. 04-01258-SLR |

**STIPULATION AND [PROPOSED] ORDER
RE: CLAIM CONSTRUCTION BRIEFING**

On December 15, 2005, the parties to this action filed a joint claim construction statement and their respective opening briefs in support of their claim construction positions. In accordance with the Court's new scheduling order in patent cases, the parties have met and conferred regarding the remaining briefing, and they have agreed to file only one additional responsive brief. Accordingly, the parties hereby agree and stipulate as follows:

1. The parties shall file and serve their respective answering briefs concerning claim construction on or before January 20, 2006; and

2. Neither party shall file a reply brief, unless ordered by the Court.

**STIPULATED AND AGREED TO BY:**

Dated: January 12, 2006

By: _____
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Attorneys for Plaintiff,
McKesson Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

By: _____/s/ Rodger D. Smith_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 425-3012

Attorneys for Defendant,
The TriZetto Group, Inc.

OF COUNSEL:
Jeffery T. Thomas
GIBSON, DUNN & CRUTCHER, LLP
Jamboree Center 4 Park Plaza
Irvine, CA  92614

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Sue L. Robinson
United States District Judge

40221042_1.DOC

2