# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS
LLC,

               Plaintiff,

    v.                                Civil Action No. 04-01258-SLR

THE TRIZETTO GROUP, INC.

               Defendant.

## THE TRIZETTO GROUP, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES NOS. 5, 8, 10, 11 & 14 - 17

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant The TriZetto

Group, Inc. ("TriZetto") hereby provides the following supplemental responses and objections to

plaintiff McKesson Information Solutions, LLC's ("McKesson") Interrogatory Nos. 5, 8, 10, 11

& 14-17, which were propounded in McKesson's First Set of Interrogatories (the

"Interrogatories").

## GENERAL OBJECTIONS

1.     TriZetto has not concluded its investigation of the facts relating to this case,

formal discovery, or preparation for trial. For that reason, TriZetto's responses to the

Interrogatories may be incomplete. Moreover, there is a possibility that upon further

investigation, certain details set forth in the responses may be altered or amended. These

responses represent TriZetto's reasonable efforts to provide the information requested based upon

documents or information in its possession, custody, or control, and based upon its current

knowledge. TriZetto reserves its right to produce evidence of any subsequently discovered facts

HPR/McKesson and TriZetto executives specifically regarding each party's respective medical claims editing software, HPR/McKesson executives did not assert, contend or claim at any time that any Erisco or TriZetto product infringed the '164 patent. In fact, it was not until September of 2003 that McKesson first asserted the '164 patent against TriZetto and not until September of 2004 did McKesson file a complaint for infringement of the '164 patent against TriZetto. For over 13 years, TriZetto and its predecessors have had commercial success in marketing and selling its software products that include a medical claims auditing component. TriZetto and its predecessors have made substantial financial investments in the development, manufacturing and marketing of its clinical editing software and other integral components in reliance on HPR, HBO & Company and McKesson's admitted knowledge, its actions and its inactions.

**INTERROGATORY NO. 14:**

Identify and describe in complete detail any and all revenues and the sources thereof derived by TriZetto in connection with any product, system, or service identified in response to Interrogatory No. 2, including, without limitation, the name of each company to whom TriZetto has sold or licensed any such product, system, or service and the terms of any contract, agreement, or arrangement establishing or relating to the establishment of TriZetto's rights to any such revenues.

**RESPONSE TO INTERROGATORY NO. 14:**

TriZetto objects to this interrogatory as vague, ambiguous and compound.

TriZetto incorporates by reference all of the objections made to McKesson's Interrogatory No. 2.

TriZetto objects to this interrogatory on the grounds that it contains multiple sub-parts and purports to require TriZetto to respond to several different interrogatories through the use of

17

sub-parts.

TriZetto objects to this interrogatory on the grounds that it calls for the disclosure of information protected by the attorney client communications privilege and/or the attorney work product doctrine. To the extent that TriZetto claims privilege for any information responsive to this interrogatory and withholds on the basis of privilege, TriZetto will prepare and provide a privilege log in accordance with the Federal Rules of Civil Procedure at a future date.

TriZetto further objects to this interrogatory as overbroad and unduly burdensome given the fact that McKesson has failed to identify any TriZetto product or system that allegedly infringes any claim of its '164 patent or make any effort to set forth a prima facie case that any TriZetto product or system infringes. Accordingly, TriZetto is under no obligation to -disclose such confidential business information. However, TriZetto reserves the right to do so in the future.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:

TriZetto reasserts and reincorporates be reference herein its previous response to Interrogatory No. 14, and the general objections set forth above. Additionally, claim construction in this action has not occurred, and discovery has only just begun with no depositions having been conducted to date. The information contained in this response is based on information that is reasonably available to TriZetto at the present time. Accordingly, TriZetto reserves the right to supplement, amend and augment its response to this interrogatory as new, additional and different information is learned and discovered and when the claims at issue are construed by the Court. Subject to and without waiving those objections, TriZetto supplements its previous response as follows.

TriZetto has produced documents through which the answer to this interrogatory may be

18

derived or ascertained, and the burden of deriving or ascertaining the answer is substantially the same for McKesson as it is for TriZetto. Accordingly, pursuant to Fed. R. Civ. P. 33(d), TriZetto refers McKesson to the documents listed below and on Exhibit B, which contain the requested information. This list is not meant to be (and should not be construed to be) an exhaustive list of all documents that contain responsive information or from which responsive information can be derived. Instead, this list identifies those most relevant and pertinent documents from which McKesson can derive or ascertain the information it has requested.

TRZ 825729-825779, TRZ 825785-827929, TRZ 827932-828338, TRZ 836592-836711, TRZ 825780-825784, TRZ 827930-827931, TRZ 835217-835890 and TRZ 835977-836214.

**INTERROGATORY NO. 15:**

Describe in complete detail the occasion upon which TriZetto first received notice of the '164 patent and, if earlier, the occasion upon which TriZetto first became aware of the '164 patent, including, without limitation, the dates TriZetto received such notice and awareness, the persons involved in receiving such notice and awareness, and all steps taken by TriZetto in response to such notice and awareness, including, without limitation, any analyses of infringement, validity, or enforceability of the '164 patent and any advice of counsel obtained relating to the '164 patent.

**RESPONSE TO INTERROGATORY NO. 15:**

TriZetto objects to this interrogatory as vague, ambiguous and compound.

TriZetto objects to this interrogatory on the grounds that it calls for the disclosure of information protected by the attorney client communications privilege and/or the attorney work product doctrine. To the extent that TriZetto claims privilege for any information responsive to this interrogatory and withholds on the basis of privilege, TriZetto will prepare and provide a

19

136652, MCK 147684, MCK 147688, MCK 147691, MCK 147694, MCK 147696, MCK

147711, MCK 147718, MCK 147721, MCK 147786, MCK 147787, MCK 147858, and MCK

148036.


Dated:  June 20, 2005                    GIBSON, DUNN & CRUTCHER LLP


_____

Jeffrey T. Thomas
Jamboree Center
4 Park Plaza
Irvine, California  92614
(949) 451-3800

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith, II (No. 3778)
1201 N. Market Street
Wilmington, Delaware  19899
(302) 658-9200

Attorneys for Defendant
The TriZetto Group, Inc.

SF_40212339_5.DOC

25

# EXHIBIT B

| BEGINNING PRODUCTION NUMBER | ENDING PRODUCTION NUMBER |
| --- | --- |
| TRZ 034286 | TRZ 034286 |
| TRZ 034287 | TRZ 034287 |
| TRZ 034288 | TRZ 034288 |
| TRZ 034289 | TRZ 034289 |
| TRZ 034290 | TRZ 034290 |
| TRZ 034291 | TRZ 034294 |
| TRZ 034296 | TRZ 034296 |
| TRZ 034297 | TRZ 034305 |
| TRZ 034306 | TRZ 034306 |
| TRZ 034507 | TRZ 034507 |
| TRZ 034513 | TRZ 034513 |
| TRZ 038958 | TRZ 038958 |
| TRZ 038960 | TRZ 038966 |
| TRZ 039108 | TRZ 039109 |

| BEGINING PRODUCTION NUMBER | ENDING PRODUCTION NUMBER |
|---|---|
| TRZ088508 | TRZ088511 |
| TRZ088512 | TRZ088525 |
| TRZ088526 | TRZ088530 |
| TRZ088531 | TRZ088557 |
| TRZ088558 | TRZ088563 |
| TRZ088564 | TRZ088592 |
| TRZ088593 | TRZ088599 |
| TRZ088600 | TRZ088605 |
| TRZ088606 | TRZ088610 |
| TRZ088611 | TRZ088703 |
| TRZ088704 | TRZ088711 |
| TRZ088712 | TRZ088722 |
| TRZ088723 | TRZ088737 |
| TRZ088738 | TRZ088785 |
| TRZ088786 | TRZ088792 |
| TRZ088793 | TRZ088800 |
| TRZ088801 | TRZ088809 |
| TRZ088810 | TRZ088817 |
| TRZ088818 | TRZ088826 |
| TRZ088827 | TRZ088836 |
| TRZ088837 | TRZ088844 |
| TRZ088845 | TRZ088895 |
| TRZ088896 | TRZ088901 |
| TRZ088902 | TRZ088909 |
| TRZ088910 | TRZ088918 |
| TRZ088919 | TRZ088930 |
| TRZ088931 | TRZ088937 |
| TRZ088938 | TRZ088945 |
| TRZ088946 | TRZ088951 |

June 18, 2005 4:35 pm

| BEGINING PRODUCTION NUMBER | ENDING PRODUCTION NUMBER |
|---|---|
| TRZ088952 | TRZ088959 |
| TRZ089942 | TRZ089942 |
| TRZ089943 | TRZ089943 |
| TRZ089944 | TRZ089945 |
| TRZ089948 | TRZ089948 |
| TRZ089949 | TRZ089949 |
| TRZ089969 | TRZ089969 |
| TRZ089970 | TRZ089973 |
| TRZ089974 | TRZ089975 |
| TRZ089977 | TRZ089980 |
| TRZ089981 | TRZ089981 |
| TRZ089997 | TRZ089999 |
| TRZ149059 | TRZ149060 |
| TRZ171602 | TRZ171602 |
| TRZ171603 | TRZ171603 |
| TRZ171604 | TRZ171613 |
| TRZ173763 | TRZ173763 |
| TRZ173764 | TRZ173764 |
| TRZ173850 | TRZ173852 |
| TRZ173854 | TRZ173856 |
| TRZ173857 | TRZ173859 |
| TRZ286378 | TRZ286378 |
| TRZ286379 | TRZ286381 |
| TRZ286382 | TRZ286382 |
| TRZ286383 | TRZ286385 |
| TRZ295433 | TRZ295434 |
| TRZ358289 | TRZ358289 |
| TRZ358290 | TRZ358291 |
| TRZ358334 | TRZ358335 |

| BEGINING PRODUCTION NUMBER | ENDING PRODUCTION NUMBER |
|---|---|
| TRZ358456 | TRZ358456 |
| TRZ358457 | TRZ358457 |
| TRZ470829 | TRZ470829 |
| TRZ470830 | TRZ470830 |
| TRZ470877 | TRZ470878 |
| TRZ470894 | TRZ470894 |
| TRZ470895 | TRZ470895 |
| TRZ470896 | TRZ470896 |
| TRZ624496 | TRZ624498 |
| TRZ624499 | TRZ624500 |
| TRZ624504 | TRZ624504 |
| TRZ624505 | TRZ624506 |
| TRZ624507 | TRZ624508 |
| TRZ633008 | TRZ633008 |
| TRZ633009 | TRZ633009 |
| TRZ633277 | TRZ633277 |
| TRZ633278 | TRZ633279 |
| TRZ637150 | TRZ637152 |
| TRZ637161 | TRZ637163 |
| TRZ687704 | TRZ687706 |
| TRZ687707 | TRZ687709 |
| TRZ687710 | TRZ687711 |
| TRZ687713 | TRZ687715 |
| TRZ687719 | TRZ687721 |
| TRZ687722 | TRZ687724 |
| TRZ824036 | TRZ824036 |
| TRZ824038 | TRZ824057 |
| TRZ824626 | TRZ824628 |
| TRZ824629 | TRZ824633 |

| BEGINING PRODUCTION NUMBER | ENDING PRODUCTION NUMBER |
|---|---|
| TRZ824634 | TRZ824639 |
| TRZ825586 | TRZ825587 |
| TRZ825698 | TRZ825698 |
| TRZ825699 | TRZ825699 |
| TRZ825700 | TRZ825701 |
| TRZ825702 | TRZ825703 |
| TRZ825704 | TRZ825704 |
| TRZ825713 | TRZ825714 |
| TRZ825715 | TRZ825716 |
| TRZ825717 | TRZ825718 |
| TRZ825719 | TRZ825720 |
| TRZ825721 | TRZ825722 |
| TRZ825723 | TRZ825724 |

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION
SOLUTIONS, LLC,

        Plaintiff,

        v.

THE TRIZETTO GROUP, INC.,

        Defendant.

Civil Action No. 04-1258 SLR

## DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE

Pursuant to the Court's Order of October 20, 2005, defendant The TriZetto Group, Inc. hereby provides a supplemental response to Topics 18 through 20 in plaintiff's Rule 30(b)(6) deposition notice.

**Response to Topic No. 18**

The identities of defendant's customers with regard to the clinical editing programs sold by defendant are reflected in the documents that have been produced herein which are listed on Exhibit A hereto. In addition, attached hereto as Exhibit B is a list of defendant's current customers for its Facets claims processing system which have received the clinical editing module of Facets; attached hereto as Exhibit C is a list of defendant's current customers with regard to the ClaimFacts system which have received clinical editing functionality; and attached hereto as Exhibit D is a list of defendant's current customers with regard to the QicLink system which have received clinical editing functionality.

1

**Response to Topic No. 19**

The sales transactions between defendant and its customers for the relevant period, as well as the terms of said transactions and the benefits of the transactions to the customers that have been communicated by defendant to the customers, are reflected in the documents that have been produced herein which are listed on Exhibits A and E hereto. In addition, additional information relevant to this topic is reflected in Exhibits B through D hereto.

**Response to Topic No. 20**

The functionality of defendant's clinical editing systems that have been communicated by defendant to the customers is reflected in the documents that have been produced herein which are listed on Exhibits A and E hereto. In addition, additional information relevant to this topic is reflected in Exhibits B through D hereto.

GIBSON, DUNN & CRUTCHER LLP

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

Attorneys for Defendant
THE TRIZETTO GROUP, INC.

October 31, 2005

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served this 31st day of October, 2005, upon the following counsel in the manner indicated:

BY UPS OVERNIGHT MAIL

Thomas J. Allingham, II
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA  94301

Kimberly A. Spake

30380031_1.DOC

3

Exhibit A

## TriZetto - Customer Agreements

| Beginning Production Number | Ending Production Number |
| --- | --- |
| TRZ 034308 | TRZ 034325 |
| TRZ 034326 | TRZ 034328 |
| TRZ 034329 | TRZ 034332 |
| TRZ 034333 | TRZ 034342 |
| TRZ 034343 | TRZ 034346 |
| TRZ 034347 | TRZ 034352 |
| TRZ 034353 | TRZ 034367 |
| TRZ 034368 | TRZ 034371 |
| TRZ 034372 | TRZ 034392 |
| TRZ 034393 | TRZ 034403 |
| TRZ 034404 | TRZ 034405 |
| TRZ 034406 | TRZ 034409 |
| TRZ 034410 | TRZ 034413 |
| TRZ 034414 | TRZ 034417 |
| TRZ 034418 | TRZ 034420 |
| TRZ 034421 | TRZ 034424 |
| TRZ 034425 | TRZ 034428 |
| TRZ 034432 | TRZ 034438 |
| TRZ 034439 | TRZ 034444 |

## TriZetto -    Customer Agreements

| Beginning Production Number | Ending Production Number |
| --- | --- |
| TRZ089944 | TRZ089945 |
| TRZ175370 | TRZ175370 |
| TRZ175371 | TRZ175372 |
| TRZ294925 | TRZ294925 |
| TRZ297541 | TRZ297546 |
| TRZ299069 | TRZ299081 |
| TRZ470848 | TRZ470851 |
| TRZ825729 | TRZ825770 |
| TRZ825771 | TRZ825779 |
| TRZ825785 | TRZ825822 |
| TRZ825823 | TRZ825863 |
| TRZ825864 | TRZ825923 |
| TRZ826001 | TRZ826028 |
| TRZ826029 | TRZ826070 |
| TRZ826071 | TRZ826113 |
| TRZ826114 | TRZ826140 |
| TRZ826142 | TRZ826142 |
| TRZ826143 | TRZ826163 |
| TRZ826164 | TRZ826202 |
| TRZ826204 | TRZ826295 |
| TRZ826296 | TRZ826321 |
| TRZ826385 | TRZ826515 |
| TRZ826517 | TRZ826632 |
| TRZ826634 | TRZ826673 |
| TRZ826679 | TRZ826748 |
| TRZ826750 | TRZ826828 |
| TRZ826830 | TRZ826879 |
| TRZ826880 | TRZ826881 |
| TRZ826883 | TRZ826930 |
| TRZ826932 | TRZ826969 |
| TRZ826971 | TRZ826972 |
| TRZ826973 | TRZ826974 |

Zetto -    Customer Agreements

| Beginning Production Number | Ending Production Number |
|---|---|
| TRZ826976 | TRZ827011 |
| TRZ827012 | TRZ827016 |
| TRZ827017 | TRZ827023 |
| TRZ827024 | TRZ827028 |
| TRZ827030 | TRZ827089 |
| TRZ827090 | TRZ827123 |
| TRZ827124 | TRZ827162 |
| TRZ827163 | TRZ827206 |
| TRZ827207 | TRZ827238 |
| TRZ827239 | TRZ827270 |
| TRZ827271 | TRZ827312 |
| TRZ827313 | TRZ827339 |
| TRZ827340 | TRZ827354 |
| TRZ827355 | TRZ827396 |
| TRZ827749 | TRZ827750 |
| TRZ827751 | TRZ827814 |
| TRZ827815 | TRZ827849 |
| TRZ827850 | TRZ827856 |
| TRZ827857 | TRZ827859 |
| TRZ827860 | TRZ827860 |
| TRZ827861 | TRZ827931 |
| TRZ827932 | TRZ827961 |
| TRZ827962 | TRZ828006 |
| TRZ828007 | TRZ828025 |
| TRZ828026 | TRZ828075 |
| TRZ828077 | TRZ828098 |
| TRZ828099 | TRZ828128 |
| TRZ828129 | TRZ828168 |
| TRZ828169 | TRZ828190 |
| TRZ828191 | TRZ828205 |
| TRZ828206 | TRZ828238 |
| TRZ828239 | TRZ828239 |

October 31, 2005

TriZetto -    Customer Agreements

| Beginning Production Number | Ending Production Number |
|---|---|
| TRZ828240 | TRZ828303 |
| TRZ828304 | TRZ828338 |

Exhibit  B

| Customer Name | State | Sales Signature | Account Manager | Committed Lives | Production Lives | Current Release | Trailing Release | Installed | Host | Print Mgmt | BPD | Referral | Advertise | Debit | RCPS | RCM | TTB Host | TTB Host | TTB Home | TTB Host/PCB | HIPAA Gateway | HIPAA Privacy | Hosted IP Mail | Hosted IP Mailbox | Workflow | AM | Direct Link | FAX | PGA | CCA | CRS | CMI | CL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Healthcare | PA | Nage | | 29,500 | 29,500 | 2.96/4.11 | 4.11 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MI | Scherberg | | 96,000 | 96,000 | 4.11 | | 1 | | | | | | | | | | 1 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MN | Scherberg | | 23,000,000 | | | 4.21 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MN | Scherberg | McQueen | 16,300,000 | 3,300,000 | 4.11 | | 1 | | | | | | | | | | 1 | | 1 | | | | | | | | | | | | |
| | MN | Scherberg | McQueen | 4,150,000 | 2,146,231 | 2.9618 | | 1 | | | | | | | | | | | | 1 | | | | | | | | | | | | |
| | MN | Scherberg | McQueen | 2,000,000 | 999,853 | 4.11 | | 1 | | | | | | | | | | 1 | | 1 | | | | | | | | | | | | |
| | MN | Saltzberg | McQueen | 50,500 | 16,717 | 2.311 | | 1 | | | | | | | | | | | | 1 | | | | | | | | 1 | | | | |
| | NY | Arims | | 200,000 | 200,000 | 2.9618 | 4.11 | | | | | | | 1 | | | | | | 1 | | | | | | | | | | | | |
| | TX | Bergen | | 200,000 | | | 4.21 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | |
| | CA | Scherberg | Bergs | 27,650 | 48,540 | 2.9618 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | Scherberg | Ingram | 64,832,560 | 29,905,385 | | | 56 | 14 | 1 | 4 | 10 | 31 | 8 | 14 | 7 | 7 | 3 | 59 | 16 | | 21 | 10 | 12 | 10 | 2 | 6 | 5 | 5 | 5 | 2 |

| Customer Name | State | Facts Lives | Installed | Host | ClaimsFx | CF Release | OrderFacts | OF Facts | OF Release | HIPAA Gateway | HIPAA Privacy | DirectLink | ClaimsLink | BCBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS (Motorola) | AZ | 150,033 | 1 | | 1 | 8.53 | | | 5.0 | 1 | | | | |
| An algamated | NY | 686,028 | 1 | | 1 | 6.46 | | | 0.03 | 1 | | | | |
| Boilermakers National Fund | KS | 56,250 | 1 | | 1 | 6.71 | | | | 1 | | | | |
| Bri dgestone/Firestone | OH | 37,335 | 1 | | 1 | 6.54 | | | | 1 | | | | |
| Central States Teamsters | IL | 330,000 | 1 | | 1 | 6.53 | | | | | | | | |
| Comprehensive Care Syster | MN | 220,678 | 1 | | 1 | 6.4 | | | | 1 | | | | |
| Federated Mutual Insurance | MN | 113,109 | 1 | | 1 | 6.53 | | | 6.51 | | | | | |
| Gov't Employers Hosp Ass cciation (GEHA) | MD | 427,768 | 1 | | 1 | 6.9 | | | | | | 1 | | |
| Guardian Life | NY | 8,591,417 | 1 | | 1 | 4.9 | | | | | | | | |
| Ha rington | FL | 2,200,000 | 1 | | 1 | 6.1 | | | | | | | | |
| HealthPlan Services | FL | 3,000,000 | 1 | | 1 | 6.5 | | | | | | | | |
| NJ E.C.A. (C.B.A.) | VA | 151,565 | 1 | | 1 | 6.51 | | | 6.51 | 1 | | | 1 | |
| Oregon Dental Services | OR | 977,561 | 1 | | 1 | 6.53 | | | | | | | | |
| Pa ific Life | CA | 129,000 | 1 | | 1 | 6.52 | | | 6.51 | | | | | |
| SAMBA | MD | 90,870 | 1 | | 1 | 6.01 | | | 6.3 | | | | | |
| Trustmark | IL | 2,885,000 | 1 | | 1 | 6.51 | | | | | 1 | 1 | 1 | |
| UM RUnited Medical Resour es | OH | 423,123 | 1 | | 1 | 6.4 | | | | | | | | |
| Western Southern Life (WS) | OH | 316,691 | 1 | | 1 | | | | | | | | | |
| TOTAL | | 20,905,338 | 18 | 0 | 18 | | | | | 9 | | | | |

Exhibit D

| ID / Date | Company | Address | PO Box | City | State | Number 1 | Number 2 | Affiliate | Code A | Code B | Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 9/02/98 | Administrative Services Group Inc. | 333 W Vine St Ste 500 | | Lexington | KY | 405571627 | 6592261700 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 10/31/09 |
| 86 4/01/09 | AdminOne | 1701 Phyllis St Ste 200 | | Bentonville | AR | 727127094 | 4796573900 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | 02/28/04 |
| 12 9/26/97 | American National Insurance Co | 1 Moody Plz | | Galveston | TX | 775507960 | 4097666425 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 12/31/05 |
| 46 9/00/05 | AultCare Corporation | 2800 6th St SW | | Canton | OH | 447101702 | 3304365360 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 12/31/07 |
| 119 9/01/97 | Benesight, Inc. | 317 N Main St | | Pueblo | CO | 810033265 | 7635630200 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 07/15/09 |
| 82148 9/00/04 | Chesterfield Resources, Inc. | 3520 Forest Lake Dr | | Unknown | CO | 448858105 | 3308967839074 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | 08/31/07 |
| 54147 4/00/01 | CNIC Health Solutions Inc | 10771 E Easter Ave Ste 250 | | Centennial | CO | 801123768 | 3037705710 | Choicenet | QcLiicClini-67-BA | QcLink - ClinicalLogic | |
| 330 9/01/05 | Cost Containment USA | 4050 Hunsaker Dr Ste 110 | | East Lansing | MI | 488236127 | 8009696616 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 12/22/07 |
| 9919 9/01/01 | Fringe Benefit Services, Inc. | 7000 Broadway Ste 108 | | Denver | CO | 802212913 | 3034264984 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 08/01/08 |
| 917 9/01/92 | Fringe Benefits Management Company | 780 W Granada Blvd Ste 200 | | Ormond Beach | FL | 321745178 | 3866765760 | United Benefits, Inc. / Brown & Brown | QcLiicClini-111-BA | QcLink - ClinicalLogic | 08/01/08 |
| 3390 9/00/35 | Health Services for Children with Special Needs | 1731 Bunker Hill Rd NE | | Washington | DC | 200173028 | 2029744690 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | |
| 582 9/00/83 | Healthcare Management Administrators, Inc. | 220 120th Ave NE Ste 200 | | Bellevue | WA | 341109473 | 4254621000 | HMA | QcLiicClini-67-BA | QcLink - ClinicalLogic | 07/31/10 |
| 87441 9/00/05 | IMSCO Health Systems | 3633 Wheeler Rd Ste 350 | | Augusta | GA | 309098545 | 8509442833 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 01/27/09 |
| 642 9/01/94 | JAS, Inc. | 4885 S 900 E Ste 202 | | Salt Lake City | UT | 841173511 | 8504674985 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | 01/01/04 |
| 679 9/01/94 | Key Benefit Administrators | 8330 Allison Pointe Trl | | Indianapolis | IN | 462501682 | 3172847100 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 12/31/03 |
| 713 9/00/03 | Loma Linda University | 11161 Anderson St Ste 200 | PO Box 1770 | Loma Linda | CA | 923540570 | 9095584308 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | |
| 177 9/00/46 | MAPFRE Life Insurance Company | Mapfre Fresco Building | Ave. Chardon #7 | Hato Rey | PR | 009180000 | 7672506500 | Canada Life Ins Co of Puerto Rico | QcLiicClini-111-BA | QcLink - ClinicalLogic | 01/25/10 |
| 811 9/01/05 | Mutual Assurance Admin., Inc. | 3121 Quail Springs Pkwy | PO Box 42096 | Oklahoma City | OK | 731233096 | 4058461975 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 09/01/09 |
| 827 9/01/92 | National Health Insurance Company | 1901 N State Highway 360 | | Grand Prairie | TX | 750501412 | 8002371900 | NHIC | QcLiicClini-111-BA | QcLink - ClinicalLogic | 03/31/04 |
| 842 9/03/18 | North Broward Hospital District | 303 SE 17th St Ste 206 | | Ft Lauderdale | FL | 333162323 | 9544698097 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 03/13/08 |
| 1127 9/01/35 | Nyhart Company, Inc. | 9320 Priority Way West Dr | | Indianapolis | IN | 462401468 | 3176937700 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 10/31/04 |
| 910 9/01/34 | Pittman and Associates | 1 S Prescott St | | Memphis | TN | 381111047 | 9013232140 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 11/20/09 |
| 966 9/01/76 | Professional Claims Management | 4645 Fulton Dr NW #200 | PO Box 111047 | Canton | OH | 447355276 | 3304937278 | Western Health | QcLiicClini-111-BA | QcLink - ClinicalLogic | 07/31/03 |
| 957 4/00/37 | Rapid City Regional Hospital | 353 Fairmont Blvd | | Rapid City | SD | 577017393 | 6057194611 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | 06/30/07 |
| 1005 4/01/09 | San Francisco Elec. Workers Hlth & Welfare Plan | 720 Market St Ste 700 | PO Box 35276 | San Francisco | CA | 941170160 | 2384037584811 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 11/01/05 |
| 8905 4/00/27 | Self Insured Plans, LLC | 1016 Collier Center Way Ste 200 | PO Box 170160 | Naples | FL | 341108473 | | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 05/31/10 |
| 10995 4/00/15 | Southern Benefit Services, LLC | 700 Saint John St | | Lafayette | LA | 705016768 | 3372371142 | | QcLiicClini-67-BA | QcLink - ClinicalLogic | 04/30/10 |
| 1152 9/00/99 | TML Intergovernmental Employee Benefits Pool | 1821 Rutherford Ln Ste 300 | | Austin | TX | 787545164 | 5127199500 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | |
| 1157 9/01/92 | Tower Life Insurance Company | 310 S Saint Marys St | | San Antonio | TX | 782053164 | 2105544588 | | QcLiicClini-111-BA | QcLink - ClinicalLogic | 09/30/13 |

# Exhibit C

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION
SOLUTIONS, LLC,

      Plaintiff,

    v.

THE TRIZETTO GROUP, INC.,

      Defendant.

Civil Action No. 04-1258 SLR

### DEFENDANT'S SUPPLEMENTAL RESPONSE TO
### PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE

Pursuant to the Court's Order of November 7, 2005, defendant The TriZetto Group, Inc. hereby provides a supplemental response to Topics 18 through 20 in plaintiff's Rule 30(b)(6) deposition notice.

**Response to Topic No. 18**

The identities of defendant's customers with regard to the clinical editing programs sold by defendant are reflected in the tables below. Production of customer identities is limited to those relevant customers that purchased the accused clinical editing module.

In that regard, the following table identifies defendant's customers that purchased both the Facets claims processing system and the clinical editing module functionality:

1

| Facets Customer Name | State |
|---|---|
| Amerigroup Corporation | VA |
| *WellPoint-Anthem* | IN |
| BCBS of Missouri | MO |
| APS Healthcare | MD |
| BC of Idaho | ID |
| BC of Northeastern Pennsylvania | PA |
| BCBS of Kansas City (MO) | MO |
| BCBS of Louisiana | LA |
| BCBS of Michigan | MI |
| BCBS of Minnesota | MN |
| BCBS of Tennessee | TN |
| Beverly Enterprises | AK |
| Boston Medical Center HN Plan | MA |
| CalOptima | CA |
| Capital Blue Cross | PA |
| CareFirst | DC |
| *CareSource* | |
| CareSource-Indiana | IN |
| CareSource-Michigan | MI |
| CareSource-Ohio | OH |
| Central Benefits | OH |
| COSVI | PR |
| Essence, Inc. | MO |
| Fidelis Care NY | NY |
| GEHA | MO |
| Great Western Healthcare | CO |
| Harrington Services | OH |
| Health Plus | NY |
| HealthNow NY | NY |
| Heartland Health/CHP | MO |
| Intermountain Health Care | UT |
| Intervalley | CA |
| John Deere Health Plan | IL |
| John Muir / Mt. Diablo | CA |
| John P. Pearl | IL |
| Keystone Mercy | PA |
| Leon Medical Centers Health Plan | FL |
| Medis | PORT |
| Michigan Conference of Teamsters | MI |
| Mutual of Omaha | NE |
| MVP Health Plan | NY |
| ODS Companies | OR |
| OSF Health Plans | IL |
| *Pacificare Healthcare Systems:* | |
| American Medical Security | WI |
| Pacificare Asia-Pacific (Guam) | Guam |
| *Specialty:* | |
| Pacificare Behavioral Health | CA |

| Facets Customer Name | State |
|---|---|
| Pacificare Dental & Vision | CA |
| Preferred Care Partners | FL |
| Preferred One | MN |
| Premera | WA |
| Presbyterian | NM |
| Priority Health | MI |
| Providence Health Plan | OR |
| QualChoice of AR | AR |
| Rocky Mountain HMO | CO |
| Samaritan Health Services | OR |
| Seguros Banamex | MEX |
| Sierra Health Services | NV |
| The HealthCare Group (M-Plan) | IN |
| The Regence Group | OR |
| Three Rivers Health Plan | PA |
| TMG Healthcare | PA |
| *UnitedHealth Group:* | |
| *Health Care Services* | |
| AmeriChoice (Great Lakes) | MI |
| *Specialized Care Services* | |
| Behavioral Health | MN |
| Optum (Nurse Triage) | MN |
| Dental Benefit Providers | MN |
| Unimerica Workplace Benefits | MN |
| United Resource Networks | MN |
| Univera | NY |
| Universal American Financial Corp. | TX |
| Western Health Advantage | CA |

The following table identifies defendant's customers that purchased both the ClaimFacts system and the clinical editing module functionality:

| ClaimFacts Customer Name | State |
|---|---|
| ACS (Motorola) | AZ |
| Amalgamated | NY |
| Boilermakers National Fund | KS |
| Bridgestone/Firestone | OH |
| Central States Teamsters | IL |
| Comprehensive Care Systems | MN |
| Federated Mutual Insurance | MN |
| Gov't Employees Hosp. Association (GEHA) | MO |
| Guardian Life | NY |
| Harrington | OH |
| HealthPlan Services | FL |
| N.R.E.C.A. (C.B.A.) | VA |
| Oregon Dental Services | OR |
| Pacific Life | CA |

3

| ClaimFacts Customer Name | State |
|---|---|
| SAMBA | MD |
| Trustmark | MO |
| UMR/United Medical Resources | OH |
| Western Southern Life (WSL) | OH |

Finally, the following table identifies defendant's customers that purchased both the QicLink system and the clinical editing functionality:

| QicLink Customer Name | State |
|---|---|
| Administrative Services Group Inc. | KY |
| AdminOne | AR |
| American National Insurance Co. | TX |
| AultCare Corporation | OH |
| Benesight, Inc. | CO |
| Chesterfield Resources, Inc. | OH |
| CNIC Health Solutions Inc. | CO |
| Cost Containment USA | MI |
| Fringe Benefit Services, Inc. | CO |
| Fringe Benefits Management Company | FL |
| Health Services for Children with Special Needs | DC |
| Healthcare Management Administrators, Inc. | WA |
| IMSCO Health Systems | GA |
| JAS, Inc. | UT |
| Key Benefit Administrators | IN |
| Loma Linda University | CA |
| MAPFRE Life Insurance Company | PR |
| Mutual Assurance Admin, Inc. | OK |
| National Health Insurance Company | TX |
| North Broward Hospital District | FL |
| Nyhart Company, Inc. | IN |
| Pittman and Associates | TN |
| Professional Claims Management | OH |
| Rapid City Regional Hospital | SD |
| San Francisco Elec. Workers Hlth & Welfare Plan | CA |
| Self Insured Plans, LLC | FL |
| Southern Benefit Services, LLC | LA |
| TML Intergovernmental Employee Benefits Pool | TX |
| Tower Life Insurance Company | TX |

**Response to Topic No. 19**

The sales transactions between defendant and its customers during the relevant period are listed in the tables below. The first two tables reflect revenue by customer from January 2001 to September 2005 for sales of the ClaimFacts and Facets claims processing systems. Trizetto does not have revenue data by customer for ClaimFacts and

4

Facets transactions earlier than January 2001. The table also identifies the sales representative responsible for making representations to each customer in connection with customer sales of ClaimFacts and Facets claim processing systems.

## CLAIMFACTS CUSTOMER TRANSACTIONS

| Customer Name | Date of Original Contract | Contract Value 1/2001-9/2005 | Sales Mgmt |
|---|---|---|---|
| ACS (Motorola) | 4/7/1989 | 3,360,072 | Bergen |
| Amalgamated | 12/27/1985 | 908,556 | Antes |
| Boilermakers National Fund | 6/21/1984 | 1,292,153 | Bergen |
| Bridgestone/Firestone | 1/3/1994 | 1,226,729 | Georgiadis |
| Central States Teamsters | 10/15/1985 | 3,384,595 | Georgiadis |
| Comprehensive Care Systems | | 940,233 | Schlichting |
| Federated Mutual Insurance | 1/11/1996 | 1,689,243 | Schlichting |
| Gov't Employees Hosp. Association (GEHA) | 9/9/1986 | Reported on the Facets tab | Georgiadis |
| Guardian Life | 11/21/1990 | 1,236,563 | Antes |
| Harrington | 8/29/1985 | Reported on the Facets tab | Georgiadis |
| HealthPlan Services | 9/30/1994 | 1,212,339 | Licameli |
| N.R.E.C.A. (C.B.A.) | 1/15/1985 | 1,552,004 | Nagle |
| Oregon Dental Services | 8/1/1986 | 551,684 | Schlichting |
| Pacific Life | 7/10/1990 | 1,111,160 | Schlichting |
| SAMBA | 12/20/1991 | 1,005,183 | Nagle |
| Trustmark | | 1,045,109 | Georgiadis |
| UMR/United Medical Resources | | 1,134,948 | Georgiadis |
| Western Southern Life (WSL) | 4/22/1991 | 419,399 | Georgiadis |

## FACETS

| Customer Name | Date of Original Contract | Contract Value 1/2001-9/2005 | Sales Mgmt/Dir |
|---|---|---|---|
| Amerigroup Corporation | 11/18/2003 | 9,531,985 | Nagle |
| *WellPoint-Anthem* | *1/20/1998* | *34,491,381* | *Francis* |
| BCBS of Missouri | 2/1/1996 | 9,746,168 | Francis |
| APS Healthcare | 2/28/2002 | 7,235,885 | Nagle |
| BC of Idaho | 10/5/1998 | 7,808,245 | Schlichting |
| BC of Northeastern Pennsylvania | 9/7/2000 | 5,988,942 | Nagle |
| BCBS of Kansas City (MO) | 2/1/1996 | 10,690,173 | Licameli |
| BCBS of Louisiana | 12/18/2002 | 14,096,087 | Bergen |
| BCBS of Michigan | 11/1/2001 | 50,557,355 | Georgiadis |
| BCBS of Minnesota | 4/30/1999 | 1,509,575 | Schlichting |
| BCBS of Tennessee | 3/5/1996 | 22,108,516 | Licameli |
| Beverly Enterprises | 1/31/2003 | 1,046,885 | Bergen |
| Boston Medical Center HN Plan | 10/25/2001 | 4,295,735 | Antes |
| CalOptima | 2/22/2000 | 4,247,889 | Schlichting |

5

| Customer Name | Date of Original Contract | Contract Value 1/2001-9/2005 | Sales Mgmt/Dir |
|---|---|---|---|
| Capital Blue Cross | 12/21/2001 | 37,115,829 | Nagle |
| CareFirst | 3/21/1997 | 6,178,126 | Nagle |
| *CareSource* | | *11,649,673* | |
| CareSource- Indiana | 3/28/2003 | Included above | Georgiadis |
| CareSource- Michigan | 3/28/2003 | Included above | Georgiadis |
| CareSource- Ohio | 3/28/2003 | Included above | Georgiadis |
| Central Benefits | 3/22/1995 | 4,782,377 | Georgiadis |
| COSVI | 4/30/2002 | 4,079,456 | Licameli |
| Essence, Inc. | 5/9/2003 | 790,589 | Georgiadis |
| Fidelis Care NY | 12/30/2002 | 3,694,108 | Antes |
| GEHA | 12/23/1997 | 1,629,207 | Georgiadis |
| Great West Healthcare | 9/1/2005 | 7,194,628 | Francis |
| Harrington Services | 9/1/1995 | 2,737,900 | Georgiadis |
| Health Plus | 10/31/2000 | 8,262,488 | Antes |
| HealthNow NY | 7/17/1997 | 10,758,747 | Antes |
| Heartland Health/CHP | 8/17/1998 | 2,450,004 | Georgiadis |
| Intermountain Health Care | 4/6/2001 | 10,724,217 | Bergen |
| Intervalley | 6/16/1999 | 2,124,599 | Schlichting |
| John Deere Health Plan | 9/28/1998 | 8,008,243 | Georgiadis |
| John Muir / Mt. Diablo | 2/20/2004 | 4,664,618 | Schlichting |
| John P. Pearl | | 993,890 | Georgiadis |
| Keystone Mercy | 3/26/1999 | 9,597,866 | Nagle |
| Leon Medical Centers Health Plan | 10/29/2004 | 2,525,867 | Licameli |
| Medis | 1/26/1995 | 2,523,953 | Renzi |
| Michigan Conference Of Teamsters | 7/31/2002 | 1,373,159 | Georgiadis |
| Mutual of Omaha | 4/19/2000 | 10,772,925 | Bergen |
| MVP Health Plan | 2/2/2001 | 17,529,986 | Antes |
| ODS Companies | 5/26/2005 | 2,888,638 | Schlichting |
| OSF Health Plans | 10/8/1997 | 3,115,419 | Georgiadis |
| *Pacificare Healthcare Systems:* | | | |
| *Health Plans:* | | | |
| American Medical Security | 12/29/2003 | 6,597,688 | Georgiadis |
| Pacificare Asia-Pacific (Guam) | 6/3/1995 | 579,670 | Francis |
| *Specialty:* | | | |
| PacifiCare Behavioral Health | 6/3/1995 | 10,915,033 | Francis |
| PacifiCare Dental & Vison | 6/3/1995 | 3,484,130 | Francis |
| Preferred Care Partners | 4/24/2005 | 840,277 | Licameli |
| Preferred One | 5/23/1995 | 2,407,687 | Georgiadis |
| Premera | 2/13/2001 | 25,300,607 | Francis |
| Presbyterian | 12/31/2003 | 8,754,892 | Bergen |
| Priority Health | 6/30/2000 | 7,042,017 | Georgiadis |
| Providence Health Plan | 2/6/2002 | 13,416,366 | Schlichting |
| QualChoice of AR | | 75,585,036 | Licameli |
| Rocky Mountain HMO | 11/12/1998 | 3,452,151 | Bergen |
| Samaritan Health Services | 7/15/2004 | 1,157,582 | Schlichting |
| Seguros Banamex | 4/1/1997 | 1,767,517 | Schlichting |

6

| Customer Name | Date of Original Contract | Contract Value 1/2001-9/2005 | Sales Mgmt/Dir |
|---|---|---|---|
| Sierra Health Services | 12/30/1997 | 4,125,392 | Schlichting |
| The HealthCare Group (M-Plan) | 12/21/2001 | 27,694,095 | Georgiadis |
| The Regence Group | 12/29/1994 | 84,240,452 | Francis |
| Three Rivers Health Plan | 3/19/1999 | 2,353,032 | Nagle |
| TMG Healthcare | 12/28/1998 | 3,712,180 | Nagle |
| *UnitedHealth Group:* | | *85,899,496* | |
| *Health Care Services* | | | |
|   AmeriChoice (Great Lakes) | 4/22/2002 | 2,829,824 | Schlichting |
| *Specialized Care Services* | | | |
|   Behavioral Health | 4/22/2002 | Included in UHG amt. | Schlichting |
|   Optum (Nurse Triage) | 4/22/2002 | Included in UHG amt. | Schlichting |
|   Dental Benefit Providers | 4/22/2002 | Included in UHG amt. | Schlichting |
|   Unimerica Workplace Benefits (Life) | 4/22/2002 | Included in UHG amt. | Schlichting |
|   United Resource Networks | 4/22/2002 | Included in UHG amt. | Schlichting |
| Univera | 12/17/1994 | 3,933,544 | Antes |
| Universal American Financial Corp. | 3/29/2005 | 2,432,214 | Bergen |
| Western Health Advantage | 2/28/2005 | 4,388,026 | Schlichting |

In addition, the following table reflects revenue by customer from March 2003 to September 2005 for sales of the QicLink system. Trizetto does not have revenue data by customer for QicLink transactions earlier than March 2003. The table also identifies the sales representative responsible for making representations to each customer in connection with customer sales.

| Customer Name | Date of Original Contract | Contract Value 1/2003-9/2005 | Sales Mgmt |
|---|---|---|---|
| Administrative Services Group Inc. | 6/19/1998 | 773,415 | Ristich |
| AdminOne | 4/16/1999 | 567,853 | Pyne |
| American National Insurance Co. | 3/6/1997 | 2,429,152 | Ristich |
| AultCare Corporation | 9/15/1995 | 915,752 | Ristich |
| Benesight, Inc. | 12/31/1997 | 2,137,952 | Ristich |
| Chesterfield Resources, Inc. | 7/28/2004 | 1,601,965 | Kirch |
| CNIC Health Solutions Inc | 9/30/2002 | 804,932 | Ristich |
| Cost Containment USA | 9/12/1995 | 385,163 | Ristich |
| Fringe Benefit Services, Inc. | 12/21/2001 | 193,827 | Ristich |
| Fringe Benefits Management Company | 7/22/1992 | 369,724 | Pyne |
| Health Services for Children with Special Needs | 9/1/1995 | 256,275 | Pyne |
| Healthcare Management Administrators, Inc. | 12/23/1993 | 670,950 | Ristich |
| IMSCO Health Systems | 7/20/2005 | 73,565 | Pyne |
| JAS, Inc. | 1/28/2004 | 638,114 | Pyne |

7

| Customer Name | Date of Original Contract | Contract Value 1/2003-9/2005 | Sales Mgmt |
|---|---|---|---|
| Key Benefit Administrators | 2/1/2001 | 1,646,490 | Pyne |
| Loma Linda University | 8/17/1993 | 585,161 | Ristich |
| MAPFRE Life Insurance Company | 1/26/2000 | 291,413 | Pyne |
| Mutual Assurance Admin., Inc. | 8/30/1999 | 772,109 | Pyne |
| National Health Insurance Company | 1/23/1992 | 654,239 | Ristich |
| North Broward Hospital District | 3/23/2003 | 873,856 | Pyne |
| Nyhart Company, Inc. | 1/23/1992 | 437,172 | Pyne |
| Pittman and Associates | 12/3/1999 | 707,056 | Pyne |
| Professional Claims Management | 10/3/1995 | 509,844 | Ristich |
| Rapid City Regional Hospital | 7/1/1997 | 518,964 | Ristich |
| San Francisco Elec. Workers Hlth & Welfare Plan | 2/4/2000 | 153,438 | Ristich |
| Self Insured Plans, LLC | 6/12/1997 | 500,238 | Pyne |
| Southern Benefit Services, LLC | 4/14/2005 | 196,999 | Pyne |
| TML Intergovernmental Employee Benefits Pool | 5/26/1989 | 1,113,907 | Ristich |
| Tower Life Insurance Company | 8/26/1992 | 623,556 | Pyne |

It should be noted that the transactions listed in the above tables reflect all revenue from the customers, including revenue generated from purchases completely unrelated to the clinical editing programs supplied to the customers.

Finally, the benefits of the transactions to the customers that have been communicated by the defendant to the customers are consistent with the functionality description provided in response to Topic No. 20.

**Response to Topic No. 20**

The functionality of defendant's clinical editing systems that have been communicated by defendant to each customer is reflected in the excerpt produced herein.

**CAPABILITIES AND BENEFITS OF
FACETS CLINICAL EDITING**

The following is a complete list of the various features and benefits of Facets Clinical Editing which outlines the full functionality of the product.

| CAPABILITIES | BENEFITS |
|---|---|
| • Front end processing or fill integration options | • Provides flexibility to accommodate administrative workflow |
| • Flags all questionable situations | • Ensures consistency of selection process and edit results |
| • Over 90,000 rules for editing | • Increases savings |
| • Automatically corrects specific coding errors | • Improves accuracy |
| • Explains all corrections | • Enables users to understand all decisions |
| • Suggests information necessary for evaluation | • Ensures clinical soundness |

### HOW CLINICAL EDITING OPERATES

Facets Clinical Editing provides customers the flexibility to audit medical claims and Referrals and Authorizations during on-line processing. When a claim or referral/authorization is entered, the system compares procedure codes on multiple line items and determines if there are problems such as procedure unbundling or billing of incidental procedures. Facets Clinical Editing checks for possible inconsistencies between the patient's age and diagnosis, the patient's gender and diagnosis, as well as the procedure and diagnosis, etc.

As Facets Clinical Editing detects inconsistencies and billing problems on-line, clear instructions will display on the workscreen enabling the user to make the appropriate decisions. Users will have the capability to accept the edits, override or pend for review. If a user accepts the edits, a copy of the original and the edited line items will be saved to establish a complete audit trail.

Two examples are provided to illustrate how Facets Clinical Editing operates on-line. In the following example, a claim is submitted listing a cholecystectomy (gall bladder removal) with exploration of biliary duct charges at $4,000 and a sphincterotomy (incision of sphincter muscle) billed at $2,472 for a total charge of $6,472. Since these

9

charges are also the Reasonable and Customary amounts for the procedures, they could be paid in full. However, when the claim is adjudicated with the intervention of Facets Clinical Editing, the two procedures are properly "rebundled" into a single comprehensive surgery known as a cholecystectomy with sphincterotomy. Since the total Reasonable and Customary amount for this comprehensive surgical procedure is only $3,500, the potential savings is $2,972.

## EXAMPLE 1 OF PROCEDURE "REBUNDLING":

### Surgeon's Claim Submission

| Procedure | Code | R & C Charges | Amount |
|---|---|---|---|
| Cholecystectomy with exploration common duct | 47610 | $4,000 | $4,000 |
| Sphincterotomy | 47460 | $2,472 | $2,472 |
| | TOTAL | $6,472 | $6,472 |

### Recommended Clinical Edit with correct "Rebundling" code:

| Procedure | Code | R & C Charges | Amount |
|---|---|---|---|
| Cholecystectomy with Sphincterotomy | 47620 | $6,472 | $3,500 |
| | TOTAL | $6,472 | $3,500 |
| **Potential Savings on Claim** | | **$2,972** | |

## EXAMPLE 2 OF PROCEDURE "REBUNDLING":

### Radiologist's Claim Submission

| Procedure | Code | R & C Charges | Amount |
|---|---|---|---|
| CAT Scan of Thoracic Spine without contrast material | 72128 | $1,650 | $1,652 |
| CAT Scan of Thoracic Spine with contrast material | 72129 | $1,920 | $1,918 |
| | TOTAL | $3,570 | $3,570 |

10

**Recommended Clinical Edit with correct "Rebundling" code:**

| Procedure | Code | R & C Charges | Amount |
|-----------|------|---------------|--------|
| CAT Scan of Thoracic Spine without contrast materials, followed by contrast material(s) and further sections | 72130 | $3,570 | $2,300 |
| | **TOTAL** | $3,570 | $2,300 |
| **Potential Savings on Claim** | | $1,270 | |

## DATA CAPTURE AND REPORTS

Equally important to Facets Clinical Editing is its capability to ensure the appropriate reimbursement of claims, and its capacity to furnish timely and precise information that will allow management to increase control over examining claims and to make cost containment decisions. By using Facets savings report-generating feature, management can readily see cost savings from code correction and ensure continued savings by tracking providers with aberrant billing practices. We believe that these reports will verify the importance of auditing with Facets Clinical Editing.

The Facets calculated savings report will allow management to see the total savings for a particular period as a result of using the system. Savings will be measured as the difference between the total Reasonable and Customary amount for all claims prior to and after editing. Since Facets will store an indicator code in each claim table designating the type of edit (e.g., unilateral to bilateral) that was accepted, the report will be able to itemize savings. This will permit management to identify the most problematic billing practices.

11

The provider activity report will target key claim data per provider. This report will allow you to identify trends which constitute potentially aberrant billing practices and to monitor quality of care issues. It will also isolate possible fraudulent activity of particular providers by tracking the total number of occurrences per edit.

GIBSON, DUNN & CRUTCHER LLP

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

Attorneys for Defendant
THE TRIZETTO GROUP, INC.

November 18, 2005

## DECLARATION OF SERVICE

I, the undersigned, declare that I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Jamboree Center, 4 Park Plaza, Irvine, California, and on the date indicated below, I served the within:

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

☐　　**BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐　　**BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐　　**BY FACSIMILE:** From facsimile machine telephone number (415) 986-5309, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☑　　**BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

☑　　**BY ELECTRONIC MAIL:** From an IBM computer, email address tstephens@gibsondunn.com in PDF format, to the email addresses listed in the following Service List on the date indicated.

☐　　**(STATE)**　　I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☑　　**(FEDERAL)**　　I declare that I am employed in the office of a member of the bar of this court or who has been admitted *pro hac vice* at whose direction the service was made.

Executed on November 18, 2005, at Irvine, California.

*Teresa Stephens*
Teresa Stephens

13

## SERVICE LIST

By Federal Express:
Jeffrey G. Randall
David W. Hansen
Michael C. Hendershot
Donna Hill
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301

Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

By Email:
jrandall@skadden.com
dhansen@skadden.com
mhenders@skadden.com
dhill@skadden.com

By Federal Express:
Thomas J. Allingham II
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

By Email:
talling@skadden.com

30380940_1.DOC

# Exhibit D

REDACTED

# Exhibit E

REDACTED