IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE AND STRIKE THE NON-INFRINGEMENT OPINIONS OF TRIZETTO'S EXPERT WITNESS DR. RANDALL DAVIS**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Reply Brief in Support of its Motion to Exclude and Strike the Non-Infringement Opinions of TriZetto's Expert Witness Dr. Randall Davis, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| **Description** | **Exhibit No.** |
|---|---|
| Excerpts from the deposition of Randall Davis, Ph.D., taken on November 30, 2005 | F |
| Excerpts from the deposition of Mark A. Musen, M.D., Ph.D., taken on November 22, 2005 | G |
| Excerpts from the deposition of Philip M. Hawley, Jr., M.D., taken on November 30, 2005 | H |
| Special Master Order No. 2 | I |
| Letter dated November 15, 2005 from Jeffrey Randall to Jeffrey Thomas | J |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 12, 2006.

_____
Michael A. Barlow (I.D. # 3928)