IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) | **REDACTED PUBLIC VERSION** |
| THE TRIZETTO GROUP, INC., | ) ) | Confidential Version Filed: January 10, 2006 |
| Defendant. | ) ) | Redacted Version Filed: January 17, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF LACHES**

I, Michael A. Barlow, declares as follows:

1.    I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment of Laches.

2.    Attached hereto are true and correct copies of the following documents referenced in McKesson's Opposition to Defendant's Motion for Partial Summary Judgment of Laches.

| Exhibit | Description |
|---|---|
| A | A portion of HBO & Co.'s (a predecessor of McKesson) 10-K for the year 1997 filed on 03/12/1998. |

| Exhibit | Description |
|---------|-------------|
| B | A portion of TriZetto Group Inc.'s 10-K for the year 2002 filed on 03/31/2003. |
| C | A portion of the official transcript for the 09/16/2005 deposition of Anthony Bellomo of TriZetto. |
| D | A portion of the official transcript for the 09/15/2005 deposition of John Nunnelly of McKesson. |
| E | A portion of the official transcript for the 08/26/2005 deposition of Carolyn Wukitch of McKesson. |
| F | A portion of McKesson's 10-Q for the period ended 06/30/1999 filed on 08/13/1999. |
| G | A portion of the official transcript for the 09/19/2005 deposition of Anthony Bellomo of TriZetto. |
| H | A portion of the transcript for the 11/29/1994 deposition of Marcia Radosevich. |
| I | A portion of the official transcript for the 07/07/2005 deposition of Marcia Radosevich. |
| J | An 11/14/2003 email from Mark Owen at McKesson to John Kao at TriZetto          **REDACTED** |
| K | A portion of the official transcript for the 10/03/2005 deposition of Jeffrey Margolis of TriZetto. |
| L | An internal TriZetto document dated 03/14/2003 and entitled          **REDACTED** |
| M | A portion of McKesson's 10-K for the fiscal year ended 03/31/2000 filed on 06/13/2000. |
| N | An internal McKesson document dated 02/07/2000 and entitled          **REDACTED** |
| O | A portion of the official transcript for the 09/09/2005 deposition of Michael Cesarz of McKesson. |
| P | An internal McKesson email dated 12/15/1997 and entitled          **REDACTED** |
| Q | A portion of a Gartner research report dated 12/07/1998 and entitled "Managed Care: No Silver Bullets." |

| Exhibit | Description |
|---------|-------------|
| R | A portion of the official transcript for the 09/07/2005 deposition of Donald Holloway. |
| S | A portion of the official transcript for the 09/13/2005 deposition of Robert Hertenstein. |
| T | A portion of the official transcript for the 09/27/2005 deposition of Richard Egdahl. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2006.

Michael A. Barlow (I.D. #3928)

3