IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR <br><br> **REDACTED PUBLIC VERSION** <br><br> Confidential Version Filed: January 10, 2006 <br><br> Redacted Version Filed: January 17, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC ("McKesson") in the above-captioned action. I submit this declaration in support of the Plaintiff's Opposition to TriZetto Group Inc.'s Motion for Summary Judgment of Non-Infringement, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the deposition taken of various TriZetto customers, employees, and executives as well as excerpts from various documents produced during discovery in this case relating to Facets | 1 |
| Excerpts from the deposition taken of various TriZetto customers, employees, and executives as well as excerpts from various documents produced during discovery in this case relating to QicLink | 2 |
| Excerpts from the deposition taken of various TriZetto customers, employees, and executives as well as excerpts from various documents produced during discovery in this case relating to ClaimFacts | 3 |
| Excerpts from the deposition of Jeffrey H. Margolis taken on October 3, 2005 | 4 |
| Excerpts from the deposition of John P. Danza taken on September 12, 2005 | 5 |
| Excerpts from the deposition of Patricia Keplinger taken on September 14, 2005 | 6 |
| Excerpts from the deposition of Premera Blue Cross (Kristen Kemp) taken on October 10, 2005 | 7 |
| Excerpts from the deposition of Mark A. Musen, M.D., Ph.D. taken on November 22, 2005 | 8 |
| Excerpts from the deposition of Karen Lampe taken on September 14, 2005 | 9 |
| Excerpts from the expert report of Randall Davis, Ph.D. dated October 24, 2005 | 10 |
| Excerpts from the expert report of Philip M. Hawley Jr., M.D. dated October 24, 2005 | 11 |
| Excerpts from the expert report of Larry Kerschberg, Ph.D. dated October 24, 2005 | 12 |
| Excerpts from the deposition of Larry Kerschberg, Ph.D. taken on November 21, 2005 | 13 |

| | |
|---|---|
| Excerpts from the deposition of Philips Hawley Jr., M.D. taken on November 30, 2005 | 14 |
| Excerpts from the deposition of David F. Wilson, Ph.D. taken on November 23, 2005 | 15 |
| Excerpts from the deposition of Margaret Johnson taken on November 29, 2005 | 16 |
| Excerpts from the deposition of Providence Health Plan (Tracy Pierson/Carolyn Drini) taken on September 12, 2005 | 17 |
| 2004 Clinical Editing Update Manual bearing bates numbers TRZ036507-TRZ036522 | 18 |
| Excerpts from the deposition of Craig Luftig taken on September 9, 2005 | 19 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 10, 2006.

_____
Michael A. Barlow (I.D. # 3928)

**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on January 10, 2006, I electronically filed Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment of Non-Infringement and Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
& TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com