IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.<br><br>        Defendant. | Civil Action No. 04-1258-SLR<br><br>**REDACTED VERSION** |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO MCKESSON'S MOTION FOR SUMMARY JUDGMENT REGARDING TRIZETTO'S EIGHTH AFFIRMATIVE DEFENSE**

                MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith, II (#3778)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, Delaware 19899-1347
                (302) 658-9200

                *Attorneys for Defendant*
                *The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

Original Filing Date: January 10, 2006

Redacted Filing Date: January 18, 2006

# THE TRIZETTO GROUP, INC.'S INDEX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO MCKESSON'S MOTION FOR SUMMARY JUDGMENT REGARDING TRIZETTO'S EIGHTH AFFIRMATIVE DEFENSE

| Exhibit Number | Description |
|---|---|
| A. | *New York Times* article, quote from M. Radosevich (MCK 043191) |
| B. | United States Patent Number 5,253,164 ("the '164 patent") |
| C. | Excerpts from the deposition of Don Holloway, taken September 8, 2005 |
| D. | HPR Business Plan (MCK 117521 and Ex. 106 to Holloway Deposition at 234) |
| E. | Excerpts from the deposition of Robert Hertenstein, taken September 13, 2005 and September 14, 2005 |
| F. | Excerpts from the deposition of Marcia Radosevich, taken July 7, 2005 |
| G. | Letter from Radosevich to Glover, January 24, 1989, enclosing HPR materials (MCK 117578 and Plaintiff's Ex. 5 to Radosevich Deposition at 255) |
| H. | Correspondence relating to RIMS (MCK 119198) |
| I. | Correspondence relating to RIMS (MCK 117492) |
| J. | HPR 1994 Press Release re: issuance of '164 patent (MCK 038115) |
| K. | *Dow Jones News* article (MCK151754) |
| L. | GMIS press release on PR Newswire (MCK044679) |
| M. | GMIS-HPR Settlement Agreement (MCK 002431-440) |
| N. | Excerpts from the deposition of Michael Cesarz, taken September 9, 2005 |
| O. | Excerpts from the deposition of Carolyn Wukitch, taken August 26, 2005 |
| P. | Erisco Task Force Summary Minutes from March 2, 1998 (MCK 020496) |
| Q. | TriZetto Business Plan (MCK 021191-193) |
| R. | CACD Business Partner Strategy (MCK142044) |
| S. | Email correspondence re: '164 patent (MCK 030281) |

| T. | Business Partner/Business Development Monthly Update – October 2003 (MCK135255) |
|---|---|
| U. | HPR Inc. Business Plan, June 1989 (MCK117507-MCK117527) |
| V. | HPR Inc. Business Plan, January 1991 (MCK141546-MCK141565) |
| W. | Marketing Brochures for Erisco's ClaimFacts and ClinicaLogic products (TRZ 012490-491, TRZ 012492-506) |
| X. | ClaimFacts ClinicaLogic New Product Overview 1990 (TRZ 012597-617) |
| Y. | Marketing and product manuals describing Erisco's ClaimFacts and ClinicaLogic products (TRZ 012552-556, TRZ 012578-596) |
| Z. | Excerpts from the deposition of Anthony Bellomo, taken September 16, 2005 |
| AA. | TriZetto Proposed Deal Summary (MCK034189-MCK034190) |
| BB. | Email correspondence regarding Patent (MCK030075) |
| CC. | Email correspondence regarding meeting preparation (MCK030361-MCK030362) |
| DD. | *Genzyme Corp. v. Atrium Med. Corp.*, 2003 U.S. Dist. LEXIS 12784, at *17 (D. Del. 2003) |
| EE. | Excerpts from the deposition of John Danza, taken September 12, 2005 |
| FF. | Patent License and Exclusive Agency Agreement, Value Health (MCK031974-MCK031998) |
| GG. | Excerpts from the deposition of Michael Wagner, taken November 21, 2005 |
| HH. | Cross License Agreement, Medicode Inc. (MCK052432-MCK052442) |
| II. | Patent License Agreement, Solucient, LLC (MCK156404-MCK156419) |
| JJ. | Excerpts from the deposition of Jeffrey Margolis, taken October 3, 2005 |
| KK. | '164 patent prosecution rejection (MCK 000331-334) |
| LL. | Ronald Hurst, *Cost Containment – The Caterpillar Experience*, The Psychiatric Hospital, Vol. 13, No. 3 (1982) |
| MM. | Excerpts from the deposition of Ronald Hurst, taken September 21, 2005 |

| NN. | Excerpts from the deposition of Richard Egdahl, taken September 27, 2005 |
|---|---|
| OO. | Excerpts from the deposition of George Goldberg, taken September 13, 2005 |
| PP. | HPR CodeReview press release (MCK034492-MCK034493) |
| QQ. | *Dow Jones News* item regarding GMIS Suit (MCK042479) |
| RR. | *Automated Medical Payment News* article (MCK153260) |
| SS. | *Boston Business Journal* article re: HPR's "healthy" settlement (MCK 036548) |
| TT. | Special Master Order No. 5 |
| UU. | Correspondence from Hon. Louis Bechtle |

Index.doc