A



D4

# The New York Times

"All the News
That's Fit to Print"

VOL.CXLIII ...No. 49,584

NEW YORK, MONDAY, JANUARY 24, 1994

## Patents | Teresa Riordan

### Health Care System Finds Overpayments

Health Payment Review Inc., a privately held company in Danvers, Mass., said it had been granted a software patent last week that could have a profound market impact on the health care cost-containment industry, which many analysts believe will be the most important growth industry during the 90's.

"This and all patent attorney, but the claims appear to be very broad," said Ann Rudek, an associate analyst at Adams, Harkness & Hill Inc. in Boston. On Thursday, Mr. Rudek downgraded the stock of Health Payment Review's main rival, GMIS Inc. of Malvern, Pa., from a "buy" to a "hold," in part because of a court ruling on Friday.

The patent covers a software system that ferrets out overpayments to physicians by recognizing, and correcting medical coding errors by an estimated 1.5 percent of all health care costs for 1 percent of all health care spending, expected to be about $1 trillion in 1994.

Health Payment Review said its lead manager, its software is to insurance companies. And health underwriting organizations at a cost of $3 to $50,000 a year. "We would not have supposed we'd say we have denied the patent because it's notoriously hard to get software patents," said Robert C. Hemenway, president of Health Payment Review, which recently...

"But Hemenway said the patent had "professor" implications for HPR's main competitor, GMIS, which sells similar software.

Shares of Health Payment Review fell $6.50 in over-the-counter trading. GMIS, said the patent had no immediate impact on its business and, in any case, the company was not affected. Shares of GMIS rose at about $17.75. Health Payment Review was at about $18.50.

Confidential Information Subject to D. Del. LR 26.2

B

US005253164A

# United States Patent [19]

## Holloway et al.

| [11] | Patent Number: | 5,253,164 |
|---|---|---|
| [45] | Date of Patent: | Oct. 12, 1993 |

[54] SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES

[75] Inventors: Donald C. Holloway, Menlo Park, Calif.; Robert D. Hertenstein, Morton, Ill.; George A. Goldberg, Newton; Kelli A. Dugan, South Natick, both of Mass.

[73] Assignee: HPR, Inc., Boston, Mass.

[21] Appl. No.: 648,314

[22] Filed: Jan. 29, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 566,841, Aug. 14, 1990, abandoned, which is a continuation of Ser. No. 252,307, Sep. 30, 1988, abandoned.

[51] Int. Cl.⁵ ............................................... G06F 15/21
[52] U.S. Cl. ........................................ 364/406; 364/401
[58] Field of Search ................... 364/401, 406, 413.01

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,658,370 | 4/1987 | Erman et al. .................... 364/513 |
| 4,803,641 | 2/1989 | Hardy et al. ................... 364/513 |
| 4,858,121 | 8/1989 | Barber et al. .................. 364/406 |

#### OTHER PUBLICATIONS

"Automated Claims Processing", Insurance Software Review, Marva J. Croaff, Autumn 1988, pp. 52, 54.
"Enhancing Accuracy and Timeliness Is Integral to the Claims Adjudication Process", Employee Benefit Plan Review, Anonymous, Dec. 1985 pp. 10–12.
"Healthstar", Health Benefits Management System, Product Description, Version 1.024.
"System validates medical fee schedules", Bests Review: Life/Health, Jun. 1987, 92.

"Expert system identifies miscoded health claims", Bests Review: Life/Health, Nov. 1990, 60.
"Claims editing software runs coding rule checks", Bests Review: Life/Health, Nov. 1990, 62.
Woolsey, C. "Employer spots inflated medical bills", Business Insurance, Jun. 25, 1990, 3.
Weitzel, J. R. et al. "A Company/University joint venture to build a knowledge-based system", MIS Quarterly, vol. 12, No. 1, Mar. 1988, 23–34.
Leary, E. "SSA applies expertise to develop expert systems". (Spotlight on AI–expert systems, Social Security Administration), Government Computer News, vol. 6, No. 17, Aug. 28, 1987, 49(3).
Beard, P. "Blue Cross develops insurance claim ES", AIWeek, vol. 6, No. 7, Apr. 1, 1989, 3.
Sullivan-Trainor, M. "Catching new clients", Computerworld, vol. 21, No. 50, Dec. 14, 1987, 95,99.
Snyeder, C. "From research to reality: the leading edge of expert systems", Insurance Software Review, vol. 12, No. 3, Autumn 1987, 22–4, 26–7, 30.
Christensen, J. "Insuring", High Technology Business, vol. 8, No. 10, Oct. 1988, 47–8.
Expert Systems in the Insurance Industry: 1987 Survey Report Update, Coopers & Lybrand, 1987.
Pallatto, J. "Expert system cures the blues". (Blue Cross develops insurance claims analysis system NERSys), PC Week, vol. 5, No. 50, Dec. 12, 1988, 35,44.

Primary Examiner—Gail O. Hayes
Attorney, Agent, or Firm—Wolf, Greenfield & Sacks

[57] ABSTRACT

An expert computer system for processing medical claims. Medical claims and associated representation are inputted into the expert computer system. The inputted claims are interpreted according to specific rules and against a predetermined database to determine whether the medical claims are appropriate.

16 Claims, 5 Drawing Sheets



MCK 000001



FIG. 1



FIG. 2

MCK 000002



# FIG. 3

MCK 000003

U.S. Patent     Oct. 12, 1993     Sheet 3 of 5     5,253,164



FIG. 4

MCK 000004



FIG. 5

1. RULES APPLIED TO
   MULTIPLE CODE ENTRIES
   
      RI — RN
      EI — EN    INTERACT    24
      LI — LN
      ON, QS QB

2. RULES APPLIED TO
   SINGLE CODE ENTRIES
      QI — QN    BYITSELF    34

FIG. 6

MCK 000005



# FIG. 7

MCK 000006

5,253,164

1

## SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES

This application is a continuation of application Ser. No. 07/566,841, filed Aug. 14, 1990, now abandoned, which is a continuation of application Ser. No. 07/252,307, filed Sep. 30, 1988 now abandoned.

### FIELD OF THE INVENTION

The present invention relates to expert systems as applied to the field of medical claims analysis and decision-making mechanisms for analyzing and applying payments to such medical claims.

### BACKGROUND OF THE INVENTION

To date, attempts to modify fee-for-service payment of physicians have focused only on price. Evidence is accumulating that, while many errors are inadvertent, some physicians are increasing their reimbursement by targeting the other component of the equation: codes describing the procedures performed.

Declines in inpatient care and physician visits over the last five years have been more than offset by the increase in prices of all providers. The net result has been an actual increase in the rate of real growth in health care expenditures in the past decade because of lower general inflation. Cost containment efforts, having so far concentrated on reducing unnecessary use, now are beginning to address price. Additionally the focus has been on hospitals more than physicians. Yet the cost of physician services, the second largest component of health care costs, was 20.1 percent of total costs in 1986, up from 18.9 percent in 1980. Physician costs climbed 11 percent in 1986, compared with 7.7 percent for all medical costs and 1.5 percent for the general economy.

In an effort to retain patients amid increased health care competition, physicians are negotiating agreements with managed care programs such as health maintenance organizations (HMOs) and preferred provider organizations (PPOs). Physicians give price concessions to these organizations through a negotiated fee schedule or a discount from historic charges. In addition, they agree to strong utilization controls to reduce unnecessary use. As a consequence, unless total patient volume increases, physicians have two primary options for maintaining their income. One is to increase dramatically their charges to fee-for-service patients whose benefit plans often pay the price that is customary in the physician community. The other is to up their charges to managed care programs by the indirect method of upcoding.

Incentives like these have driven the momentum in Washington, D.C. to reform the method of physician payment for Medicare and Medicaid. While various alternatives are being considered, such as capitation or physician diagnosis related groups (DRGs), widespread implementation of such approaches is not imminent. Instead, modifications to the fee-for-service payment system are likely in the next several years. If such reforms can maintain satisfactory levels of patient access while gaining physician support, a modified fee-for-service method may remain the major payment method.

Thus far, attempts to alter fee-for-service payment have included efforts such as: freezing Medicare physician fees for specified periods; developing a model for a

2

Medicare resource based relative value scale to set prices for different physician services; and revising Medicaid fee schedules and Blue Shield relative value scales for physician reimbursement in Massachusetts.

These approaches address only part of the problem: establishing payment amount. A second, independent component for determining what physicians are paid is the code specifying the service provided. While true coding errors on payment claims will always occur, there also is evidence that some physicians are increasing their reimbursement by upcoding, assigning a higher paying code than a procedure merits, or by unpackaging services that were intended to be bundled into a single code. The administrative systems currently available are not adequate to detect and correct most of these errors.

Standard industry practice allows medical claims processors to enter the codes submitted on surgeon claims into a computer system. Fee screens are applied to these codes establishing the maximum amount that will be paid. Two coding methods most frequently used are the American Medical Association's "Current Procedural Terminology, Fourth Edition (CPT-4)," and the "California Relative Value Studies (CRVS)." Some claims administrators allow their claims processors to assign a code if it is absent from the claim; others return the claim to the physician's office for a code. Once entered into the claims processing systems, the code is typically edited for consistency with the age and sex of the patient, and sometimes for obvious rules in coding. After this step, if there is still a perceived problem with either the code or the fee, the claim is removed from the production process and referred for review by clinical staff. This reviewer, usually a nurse, may request the surgeon's official operative report, a required part of the hospital record, and/or call for a physician to review the claim. A payment for the claim, if approved, is established, and the claim is returned to the processor for payment. Emphasis throughout the insurance industry is on minimizing the time between when a claim is received and when it is paid, rather than on its accuracy.

While the problems detailed above are generally accepted, the concern is whether the cost of obtaining the savings will warrant the effort. The solution requires that medical judgment be applied to select the most appropriate code(s) when subtle clinical distinctions result in significant differences in payment to the medical care provider, or to decide when to request additional information from the provider. However, applying the required expert medical judgment has the potential of slowing down the processing of claims and significantly increasing the cost of doing so. At present, processing of medical claims is done on an automated basis using computer systems by relatively unskilled workers who input data, including the CPT-4 codes, into the computer and process them for payment. Usually, such an operator is unaware of whether the entity to whom the request for payment is made, such as an insurance company, should pay or not pay the claim as submitted. It is impractical for each of the operators to have a trained medical physician or technician to sit by the operator and decide whether a particular claim should be paid or not. The expense of such supervision would result in costs which would offset any savings realized by paying only the appropriate amount of the claim. Also, with a multiplicity of such medical reviewers, inconsistent results would occur. Therefore, to save

MCK 000007

5,253,164

3

expenses while maintaining productivity of the processing system, medical judgment must be incorporated in an automated data processing system which contains decision rules that can be used to automate the review of claims being processed.

In order to provide a cost effective automated data processing system for achieving the desired results in paying only appropriately coded claim amounts, expert systems or artificial intelligence software provides the vehicle for widespread distribution of an expert's decision-making guidance. An expert system in the form of a computer program is one which reasons like a human expert to solve the problems associated with appropriate coding of medical treatment for claims payments.

## SUMMARY OF THE INVENTION

CodeReview, a product of HPR, Inc., the assignee of the present invention, uses expert systems techniques especially suited to representing the medical judgment required to assign appropriate codes to surgeon's claims. CodeReview prompts the user for additional information not already entered into the computer, and will either recommend appropriate code(s) or recommend pending the claims until additional information is received form the physician's office. The prompts and recommendations provided by CodeReview are based on the decision rules that physician reviewers have already used on a manual basis to solve identical problems and are consistent with informed surgical opinion.

The present invention uses a set of decision-making rules coupled to a knowledge base of facts and observations to assist the medical claims processor. There is included a knowledge base and a knowledge base interpreter which applies the knowledge base using the rules specified in the knowledge base interpreter. The process is an ongoing process which can be updated as new methods of inappropriate coding are discovered.

The present invention utilizes the CPT-4 codes in the knowledge base of the expert system, although other coding methods for classification of medical procedures such as the CRVS discussed above may be utilized as well. The knowledge base interpreter is a part of the CodeReview program and contains an association of the CPT-4 codes with the knowledge base of expert-derived decisions or rules. An example is the inclusion of one CPT-4 code procedure within another CPT-4 code procedure. As a specific and simple example of the foregoing, a physician or his or her billing company may submit a claim for payment for two procedures with appropriate CPT-4 codes for the procedures. If those two were CPT-4 numbers 49000 for Exploration of the Abdomen and 44140 for Partial Colectomy, and both procedures were performed on the same date, the program of the present invention will recommend to the claims processor that code 49000 should only be paid when it is not done as part of a code 44140 partial colectomy. Since code 44140 was performed, the claim for code 49000 should not be accepted and paid. The computer program invokes a rule which has been specified that states that if code 44140 appears with another code in a particular range, which in this example includes 49000, the second code should be rejected and only the first specified paid. The claims processor then rejects the payment code 49000, authorizes payment for code 44140, and so informs the physician or billing company, with the explanation given above. Without such a program, the claims processor usually pays both code numbers.

4

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the system of the present invention;

FIG. 2 is a flowchart of the overall operation of the programmed computer of the present invention;

FIG. 3 is a flowchart depicting the entry program of the programmed computer of the present invention;

FIG. 4 is a flowchart of the operation of the programmed computer for multiple entries;

FIG. 5 is a flowchart of the operation of the computer programmed for single code entries or multiple code entries which survive the flowchart of FIG. 4;

FIG. 6 is a chart of the categories of rules applied to the entries in the present invention.

FIG. 7 is a flowchart of the operation of the programmed computer depicting the lookup function of the computer programmed in accordance with the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings, there is shown in FIG. 1 a general block diagram of a preferred embodiment of the present invention. Claims to be processed 1 are received by the entity from whom payments are requested. A user designated at 3 enters various facts from the claims 1 into the computer system 2. Such facts include, in addition to the entries for the one or more medical procedures for which payment is sought, other data such as age of the patient, claim number, date(s) of treatment(s) and procedure(s), the name of the physician, etc. The computer system 2 may be any type of suitable computer system which can interact with the program of the present invention. One such suitable computer system is the well-known IBM "personal computer" containing sufficient data processing capabilities and memory and suitable commercially available database management software programs to perform the desired functions. Other suitable computer systems exist and are intended to come within the scope of the present invention. The system may include a connection with another computer system 4 whereby the user 3, after having used the system and methods of the present invention, communicates his or her information to the computer 4 which approves payment for the claim submitted. It is understood that the computer 4 could, in appropriate circumstances, to be described below, refuse any payment or be instructed to request further information from the entity providing the claims 1.

Generally, the user 3 will enter into the computer system 2 a description of the medical claims for which reimbursement or payment is requested or the codes associated with such claims or both. The appropriate code(s) are then sent to the knowledge base interpreter 5 for its assessment of the coded claims. The interpreter 5, using the rules of the present invention, interacts with the knowledge base 6 of the present invention and returns to the user 3 either a recommendation as to code(s) for which payment is proper or requests the user to provide further information or to obtain further information from the entity providing the claim or refers the claim to trained medical personnel for assessment. When the knowledge base interpreter has recommended approval of payment of a particular type, the user 3 then may authorize payment to the provider of the processed claim or may forward that information via input into computer system 4. A history database 7

MCK 000008

5,253,164

| 5 | 6 |

is provided to update and refine the knowledge base interpreter 5 and the knowledge base 6 and to monitor savings associated with the recommendation.

Referring now to FIGS. 2 and 3, the user first runs the ENTRY PROGRAM shown generally at 7 in FIG. 3. Referring now to FIG. 3, in step 8, if the CPT-4 code is given, the codes are entered into the programmed computer of the present invention and read at step 9. If the codes are or may be incorrectly given, the LOOKUP PROGRAM 10 is run, as will be explained with reference to FIG. 7. If the entity which is requesting payment has provided a code entry or entries for the treatment given, then in step 9 it is determined whether the code entry is valid or invalid by reference to the ALLCODE database 11. If an incorrect code (meaning here that there is no such alpha/numeric code or the code and description do not match) entry or entries are given or if no code entry is given at all, in step 9 the valid code entry or entries are specified by the process of the LOOKUP PROGRAM 10. By valid is meant that there is a code or codes for the treatment given a patient. It does not mean that the entry or entries are valid for payment. The ALLCODE database preferably uses the CPT-4 classification system, but other classification systems are intended to be within the scope of the present invention. The computer programmed in accordance with present invention then looks up in the SUPERSEDE database file 12 to determine whether an earlier code number has been superseded by another code entry in an updated version of the CPT-4 classification system. If the code(s) have been superseded, in step 13 the old code entry or entries are replaced by the superseded code(s) and this information is sent to the PROCESS database 17. In step 14, if another code was added in the preceding process, the program loops back to step 8 again. If not, it goes on to step 15. In step 15, any duplicate codes, if more than one code entry, are eliminated. However, in certain instances, duplicate codes are permitted, so that before eliminating the duplicate codes, a lookup in the database file 16 is performed to determine if the duplicate entries are valid. If there are no duplicate entries or or only one entry, step 15 is not performed. After step 15, the record file, as may be affected by steps 9, 10, 13, and 14, is updated and sent to the PROCESS database 17. In step 18, the number of codes resulting from the foregoing steps is counted and stored. This count will determine whether a particular program for multiple entries must be run, as will be discussed below. In step 19, the ENTRY PROGRAM 7 returns to the operations of the flowchart of FIG. 2.

It will be recalled that in step 18 the number of codes was determined and stored. In step 20, if the number of codes determined was more than one, then the MULTIPLE PROGRAM is run in step 21, as will be presently explained. Referring now to FIG. 4, this figure is the flowchart of MULTIPLE PROGRAM 21. In step 22, the multiple number of codes under consideration is read out from PROCESS database 17. Generally, in the next series of steps, the program will examine the multiple codes presented to determine whether payment or payment authorization for each of the stated codes is medically appropriate, or whether one or more of the codes is medically inappropriate, or whether one or all of the multiple codes should be replaced by other code(s).

In order to accomplish this, a set of rules developed for use of this program is now invoked. These rules

were derived using the CPT-4 classification system, and from various medical procedures which were examined, classified, and possible combinations of procedures assessed by expert medical specialists. From this effort resulted a series of rules which can be and are applied to multiple code entries (and single code entries as well as will be discussed below). Each of the rules was developed as a result of reviewing medical procedures by expert medical personnel and is consistent with the CPT-4 classification system. However, expert medical personnel also applied clinical judgment to situations where the CPT-4 classification system is not explicit or nonexistent. Therefore, for both single and multiple code entries, a set of rules applicable to CPT-4 codes singlely and in combination are used to evaluate the appropriateness of the codes for payment. The operation of the rules is best illustrated by way of example with reference to the operation of MULTIPLE PROGRAM 21. In step 23, the codes, multiple in this case, which have been read into a file in step 22 from PROCESS database 17, are examined first by looking up from INTERACT database 24 any references to those specific multiple codes presented in step 22 to which will be applied one or more of the rules shown in summary form in FIG. 6 and more fully detailed in Appendix B. The first rules to be applied as shown in step 23, are rules referred to as E1 and E2 as shown in Appendix B. These first rules are utilized for multiple records wherein one of the codes may be eliminated for payment approval purposes. Thus, in rule E1, if one code number, here designated as ACODE, appears in the same list of codes as one or more codes in the range of BCODE to CCODE, then ACODE is eliminated and the code number appearing within the range of BCODE to CCODE is retained. It is this latter code number which will be further processed and perhaps approved for payment. Similarly, in the code E2, if code ACODE appears with another code in the range of BCODE to CCODE, ACODE is retained and the code within the range of BCODE to CCODE deleted. By first applying rules designated as E1 and E2, it may be possible to eliminate one or more inappropriate codes from consideration. Of course, the codes are not ACODE, BCODE or CCODE but actual code numbers from the CPT-4. In operation, when code numbers are entered into the computer programmed in accordance with the present invention, the program will perform a lookup of the code numbers ACODE and XCODE. The INTERACT database 24 in the program contains a reference that states Chat when ACODE is used with XCODE, and because XCODE is within the bounds of BCODE to CCODE, only one code can survive, in accordance with the E1 and E2 rules. By way of example, consider example 1 of Appendix A. That example implements rule E1. In example 1, code numbers 64450 and 10120 are entered in step 22 of FIG. 4. It is assumed that the date of treatment is the same for all code entries unless specified and entered otherwise. If so, after a lookup in the INTERACT database 24, which contains information relating to the appearance together of 64450 and 10120, the latter appearing in a range of codes analogous to the BCODE to CCODE example given above, by the E1 rule the program is instructed to recommend elimination for 64450, with an explanation given if desired and as contained in such example 1. Of course, many examples of the operation of the E1 and E2 rules are possible depending on the codes which are analyzed. Two additional "E" rules

MCK 000009

5,253,164

**7**

may be exercised over the INTERACT database 24. These are rules EP and EA. In rule EP, a code may be eliminated if the place of service is considered improper or unpractical. An example of this rule EP is given in example 17 of Appendix A. Rule EA is designed to eliminate a code where the age of the patient recommends exclusion of one of the codes. An example of the application of this rule is given as example 18 of Appendix A. Appendix A contains other examples of application of the rules.

After step 23, the results are sent to update PROCESS database 17. Then, in step 23', if there is only one code number remaining after step 23, the program exits to the RULES program of FIG. 5. This is because the "R" and the QM, QS and QB rules apply only to multiple entries. After step 231, in steps 25 and 26, rules designated as R2 and R1 are run, as will be explained below. The "R" rules of the present invention, as shown in Appendix B, generally replace the codes presented in step 22 with other code(s) not designated in the step 22. Rule R2, for example, provides that if a code ACODE appears with BCODE, both codes are deleted and replaced by CCODE. Rule R3 is similar to R2 except that more than two code entries are considered, here ACODE, BCODE, and CCODE, which are replaced by DCODE. Thus, the R1 rule means replace one code by another code; R2 means replace two codes by another single code, and R3 means replace three codes by another single code. Other "R" codes could be developed along the same line: RN would mean replacing N codes with one other code. As shown in FIG. 4, the RN-R2 rules are applied first before rule R1 is applied to the codes. Specific example of rules R2 and R1 are given in examples 2 and 3, respectively, in Appendix A. It must be understood that it is not required that each of steps 23, 25 and 26 will affect the code numbers processed, but these steps are used if expert medical judgment indicates they are required to arrive at appropriate codes.

Describing in greater detail the application of the R2 and R1 rules, step 25 is first seen after having accessed INTERACT database 24. The results of application of the R2 rule are sent to PROCESS database 17. Once again in step 25', the program queries from PROCESS database 17 whether there remain multiple entries. If negative, the program is exited from as explained above. In step 26, rule R1 is exercised and the INTERACT database 24 consulted and compared. The result is sent to the PROCESS database 17. It is to be understood that the R3 rule may be implemented for three codes. An example of the R3 rule is given in Example 4 of Appendix A. In step 27, after consulting PROCESS database 17 and determining whether a new code was added in the application of the R2 and the R1 rules and the number of codes is greater than one, the program loops back to step 23 to exercise the application of rules R2 and R1, E2 and E1, EP and EA on the newly-resulting (after step 26) codes. After step 27, in step 27' the program queries whether the remaining codes exceed one code. If not, the program exits as explained above. If, however, there remains more than one code resulting from the operations of steps 23, 25 and 26, then the program enters a new ACTION PROGRAM to apply rules QM, QS and QB, as shown in step 28. The "Q" set of rules are designed to alert the user 3 that a problem exists in the context of the codes presented for payment of that the particular syntax of the codes presented to the computer programmed in accordance with the pres-

**8**

ent invention are such that they cannot be effectively dealt with by the programmed computer, and thus must be referred to a human consultant. Rule QM states that when A CODE appears with another code in the range of BCODE to CCODE, there is a question about this combination of codes. The user 3 might be instructed to review the claim and codes submitted, be asked to verify the dates(s) of treatment, or refer the matter to a human expert. An example of the QM code being utilized is set forth as example 5 of Appendix A. The code designated QS states that if code ACODE appears with another code in the range of BCODE to CCODE, then there is a question about ACODE. An example of this is given in example 6 in Appendix A. Finally, rule QB is applied to the codes presented. If ACODE appears with another code in the range of BCODE to CCODE, then there is a question about the code in the BCODE to CCODE range. The foregoing example given would apply to this code as well.

After all three "Q" codes have been run on the codes presented in step 28, having accessed the INTERACT database 24, the next step 29 is implemented wherein the PROCESS database 17 is updated with the information from the process of FIG. 4, and the program returned to step 30 to FIG. 2 and step 31. While rules Q, M, QS or QB may raise a question about a code, it will not cause interruption of the program, but will be reserved for later consideration by user 3.

Just prior to implementing the portion of the programmed computer given as step 31, the programmed computer up until this time has performed two operations, the first being the validation of the codes input by user 3, and the second being the application of certain expert rules to multiple code entries. The resulting codes which will be presented to the portion of the programmed computer in step 31 will either be a single or a multiple (due to looping through step 21) code.

In step 31, the RULES PROGRAM represented by the flowchart of FIG. 5 is run. Referring now to FIG. 5, in step 32 the records of surviving codes are read out from the PROCESS database 17. If the code or one of the codes in step 33 is referenced in the BYITSELF database 34 as having a rule or rules applicable or relevant to it, in step 35 a series of "Q" rules is applied. It must be appreciated that not all codes will be in the BYITSELF database, so that if there are three codes resulting from step 32, perhaps only one of those three will be in the BYITSELF file and will be subject to step 35. If there are no matches with codes in the BYITSELF database, then the process moves directly to step 37. The purpose of the "Q" rules is to address an individual code which is one of the surviving codes after the operation of the MULTIPLE PROGRAM or is the only code on the claim for which payment is requested. The "Q" rules are rules to request more information about a particular code. For example, rule Q1 states that if the code survived the set of rules applied to multiple codes under the MULTIPLE PROGRAM routine or is the only code submitted on the claim, then always a request for more information is made, as specified in the MESSAGE appended to the code. An example of the application of this rule is example 7 in Appendix A. In rule Q2, if certain fields have entries that match the claim, more information is specified in MESSAGE. An example of application of this rule is example 8 of Appendix A. In rule Q3, if code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater than a

MCK 000010

5,253,164

9

dollar sum given for that code as DOLLARLIM, then the user 3 is directed to request more information as specified in MESSAGE appended. An example of this rule is example 9 in Appendix A. In rule Q4, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater then the fee screen for the code in CODELIM, then the user 3 is directed to request more information as specified in MESSAGE. AN example of this rule Q4 is example 10 in Appendix A. In rule Q5, if the code survives the rules applied to multiple codes or is the only code submitted on the claim, and the place of service is POS, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the place of service is POS, the code in question is replaced by CODELIM and the message is flagged by MESSAGETYPE. An example of this rule is example 11 in Appendix A. In rule Q6, if the code survives the rules applied to multiple codes or is the code submitted on the claim, and there is no evidence GE anesthetic as specified in ANESTHESIA, then the user 3 is directed to request more information as specified in MESSAGE. An example of the application of this rule is example 12 in Appendix A. Under rule Q7, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the patient's age is between BEGAGE and ENDAGE, then the user 3 is directed to request more information as specified in MESSAGE. An example of rule Q7 is example 13 in Appendix A. In rule Q8, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the diagnosis is DX, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the DX or ICD9CODE is true, the code in question is replaced with CODELIM, and the reason for such action flagged by MESSAGETYPE. In all Q2 through Q9 rules, the reasons are flagged by MESSAGETYPE. An example of the foregoing rule is given in example 14 in Appendix A. In rule Q9, if the code survives the rules applied to multiple codes or code is only one submitted on the form then ACODE is replaced with CODELIM and the reason is flagged by MESSAGETYPE. An example is example 15 in Appendix A. Another rule known as L1 may be used and this rule relates to the amount of payment to be authorized to be paid. Rule L1 applies where the number of codes is greater than one. Rule L1 is different from the other rules in that while the other rules are generally concerned with the correct classification of authorization for payment, rule L1 applies to specific amounts. In rule L1, if ACODE appears with another code in the range of, and includes, BCODE to CCODE, then the payment authorized limits the payment specified in ACODE to some amount DCODE. An example of the foregoing rule is given in example 16 in Appendix A.

Once the "Q" rules have been exercised in step 35, in step 36 the PROCESS database 17 is once again updated and in steps 37 (End of File), and 38, the step 31 of FIG. 2 completes running. At this juncture, the user 3 views the recommendation screen for any relevant rules that have been applied, as discussed above. These recommendations are generally a request for more in-

10

formation, but may be something other than a request as in the case of a specific exclusion message.

In step 39 the PROCESS database 17 is appended to the HISTORY database 40 for recordkeeping purposes and for future use as a means to study these "case histories" and refine, update and change the rules and the knowledge base interpreter 5.

In steps 41 (End of File) and 42, the process of the computer programmed in accordance with the present invention is completed and the program exited from. At this point the user 3 has either confirmed that the code(s) for which payment is requested are valid or have been modified to become valid or have been pended so that more information may be obtained by the user 3 from the physician or his or her billing entity to aid in processing the claims.

Referring now to FIG. 7, the process of the LOOKUP portion 10 of the programmed computer will now be explained. The purpose of the program 10 is to handle those situations in which claims cannot be read out, in step 9 of FIG. 3, from database 8. In step 43, the user 3 inputs a description of the treatment noted on the claims form submitted by the physician or his or her billing entity. The LOOKUP Program 10 searches for a match in step 44 for the description given in step 43 from the index of the CPT-4 manual in a database called CPTINDX 45. The database 45 contains the records of the index, in machine-readable format, of the CPT-4 manual. If a match between input 43 and database 45 does not occur, the process loops back to step 43 for the user to reassess the description given and to give a new description. If, however, a match is made, the program will display a number of related entries from CPTINDX 45 the number of which may be selected by the programmer using well-known programming techniques. The user 3 then chooses, in step 46, what he or she considers to be the most appropriate selection, which the LOOKUP program then searches for in step 47 in the CPT-4 code or other code shown as ALL-CODE database 11. In step 48, the codes fetched from CODES database 49, a subset of ALLCODE database 11, are displayed with their descriptions. In step 50, the user 3 chooses one or more appropriate codes to match the description given in step 43 and the program updates the PROCESS database 17 with this information in step 51. Following such updating, in step 52, the program returns to step 9 as shown in FIG. 3. Of course, the process described with reference to program 10 may be performed with databases other than the CPT-4 example given.

There has been described above a programmed computer system and a method of programming a computer system so that a knowledge base interpreter and a set of rules may facilitate the classification and authorization of payment to health care providers. Since the invention resides in a programmed computer of the automatic programming category, the development of this HISTORY database 40 may lead to the development of new rules and a growth and refinement of the knowledge base interpreter 5. While the foregoing invention has been described with reference to its preferred embodiments, variations and modifications will occur to those skilled in the art. Such variations and modifications are intended to fall within the scope of the appended claims.

MCK 000011

5,253,164

11                                                          12

## APPENDIX A
### EXAMPLE 1

### Typical Session with CodeReview
Example of "E1/E2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           64450
           10120

Computer
Response:  1. 64450 injection for nerve block
           2. 10120 remove foreign body

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 10120 remove foreign body

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 64450 is excluded: because 64450 is inappropriate to use
              for local anesthesia.
           2. 10120 has been accepted with no change.


### EXAMPLE 2


### Typical Session with CodeReview
Example of  "R2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).


MCK 000012

5,253,164

13                                                          14

User enters:
        57250
        58260

Computer
Response:    1. 57250 repair vagina and rectum
             2. 58260 vaginal hysterectomy

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

Computer
Response:    Assign the following code(s) for payment:
             1. 58265 vaginal hysterectomy and vaginal repair

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:    1. In combination, codes 57250 and 58260 justify
                replacement by code 58265.


EXAMPLE 3


Typical Session with CodeReview
Example of an "R1" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
        52281
        52283

Computer
Response:    1. 52281 cystoscopy & treat stricture
             2. 52283 cystoscopy & inject stricture

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

Computer
Response:    Assign the following code(s) for payment:
             1. 52283 cystoscopy & inject stricture
             2. 51600 injection for bladder xray


MCK 000013

5,253,164

15                              16

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:    1. 52283 has been accepted with no change.
             2. 52281 is replaced by 51600, because all but the injection
                for cystography is included in code 52283.


*EXAMPLE 4*


Typical Session with CodeReview

Example of  "R3" Rule

Computer
Prompt :    Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            93526
            93543
            93545

Computer
Response:    1. 93526 right and left heart catheterization
             2. 93543 injection for heart xrays
             3. 93545 injection for coronary xrays

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

Computer
Response:    Assign the following code(s) for payment:
             1. 93549 left & right heart catheterization & angiogram

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:    1. In combination, codes 93526, 93543, and 93545 justify
                replacement by code 93549.


MCK 000014

17    5,253,164    18

*EXAMPLES*
- 10 -

Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
        58980
        44000

Computer
Response: 1. 58980 laparoscopy of pelvis
          2. 44000 enterolysis

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
          Return

Computer
Response:
     ??  1. 58980 laparoscopy of pelvis
     ??  2. 44000 enterolysis

          To know the reason for the question(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response: It is likely that lysis of adhesions occurred as part of the
          laparoscopy, in which case replace both codes with 58985. If
          the two procedures were actually separate (unlikely), keep
          both codes.

*EXAMPLE 6*

Example of "QS/QB" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

MCK 000015

5,253,164

19                                                           20

<u>User enters</u>:
          35820
          33512

<u>Computer</u>
<u>Response</u>:   1. 35820 explore chest vessels for post-op hemorrhage
             2. 33512 coronary arteries bypass

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
             Return

<u>Computer</u>
<u>Response</u>:
          ??   1. 35820 explore chest vessels for post-op hemorrhage
             2. 33512 coronary arteries bypass

             To know the reason for the question(s), press Return.
             Otherwise, press Escape.

<u>User enters</u> [presses one key]:
             Return

<u>Computer</u>
<u>Response</u>: Before accepting code 35820:
             HAVE:   the operative report reviewed
             BY:     a registered nurse
             WHY:    to determine if the post-op bleeding occurred during
                     the same operative session (before leaving the
                     recovery room), in which case do not pay for 35820.



                    E X A M P L E 7

                        - 12 -


                        <u>Typical Session with CodeReview</u>
<u>Example of "Q1" Rule</u>

<u>Computer</u>
<u>Prompt</u>  : Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
          58942

<u>Computer</u>
<u>Response</u>: 1. 58942 removal of ovary(ies)


MCK 000016

5,253,164

21                                        22

```
If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).
```

User enters [presses one key]:
        Return

Computer
Response:
        ??  1. 58942 removal of ovary(ies)

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  Confirm a diagnosis of malignancy by looking at the claim,
           or by reviewing the pathology report. If there is no
           malignancy, consider 58940 as a replacement.


                        *EXAMPLE 8*

                        - 13 -

                Typical Session with CodeReview
Example of "Q2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        38300

Computer
Response:  1. 38300 drainage of lymph node abscess; simple

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:  Enter the type of anesthesia.
                        ANESTHESIA CHOICES:
           General
           Regional
```

MCK 000017

5,253,164

23                                                    24

Spinal
Local
Anesthesia type other than those listed above
Anesthesia type is not provided on the claim, or no evidence
    of anesthesia is provided on the claim

User enters [after moving cursor to the correct line]:
        Return

Computer
Response:   Enter the patient's age.
                            AGE CHOICES:
            Patient's age is 9 or younger
            Patient's age is 10 or older

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER:
Computer
Response:   Assign the following code(s) for payment:
            1. 38510 biopsy or excision, deep cervical node(s)

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 38300 is changed to 38510 because the use of general
               anesthesia demonstrates that this was more difficult
               than a standard, asterisked 38300 procedure; and the
               child's age implies that general anesthesia was
               necessary.

PATH TWO: IF ANY OTHER COMBINATION OF RESPONSES WAS MADE:
Computer
Response:   Assign the following code(s) for payment:
            1. 38300 drainage of lymph node abscess; simple

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 38300 has been accepted with no change.

MCK 000018

25                              26

EXAMPLE 9

Typical Session with CodeReview

Example of "Q3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           38500

Computer
Response:  1. 38500 biopsy/removal, lymph node(s)

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the appropriate code charge as it appears on the
           claim for procedure 38500:
                          CODE CHARGE CHOICES:
           Under $300
           $300 or more
           No charge is listed for code 38500

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF CHARGE IS $300 OR MORE:
Computer
Response:  Assign the following code(s) for payment:
      ??   1. 38500 biopsy/removal, lymph node(s)

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 38500:
           HAVE:  the office records reviewed
           BY:    a registered nurse
           WHY:   to determine the extent of the procedure, and the
                  location in the body. Consider replacement with
                  any of codes 38510-38525.

MCK 000019

5,253,164

27                                                                              28

PATH TWO: IF CHARGE IS <u>NOT MORE THAN $300</u>:
<u>Computer</u>
<u>Response</u>:   Assign the following code(s) for payment:
          1. 38500 biopsy/removal, lymph node(s)

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

<u>User enters</u> [presses one key]:
          Return

<u>Computer</u>
<u>Response</u>:   1. 38500 has been accepted with no change.

*EXAMPLE 10*

· 1;

<u>Typical Session with CodeReview</u>
<u>Example of "Q4" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :   Please enter all CPT-4 procedure codes appearing on the claim,
          or, if a code is absent, look up the code(s) using the CPT-4
          procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
          46934

<u>Computer</u>
<u>Response</u>:   1. 46934 destruction of hemorrhoids, internal

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
          Return

<u>Computer</u>
<u>Response</u>:   Please compare the charge on the claim for procedure 46934
          with the payment limit for procedure·46500 (injection into
          hemorrhoids):
                         CHARGE COMPARISON:
          1. Charge for 46934 is GREATER THAN payment limit for 46500
          2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
          3. No charge is listed on the claim for 46934

<u>User enters</u> [after moving cursor to the correct line]:
          Return

PATH ONE: IF CHARGE IS <u>GREATER THAN</u> PAYMENT LIMIT FOR 46500:
<u>Computer</u>
<u>Response</u>:   Assign the following code(s) for payment:
          ??  1. 46934 destruction of hemorrhoids, internal

MCK 000020

5,253,164

29                                              30

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:    Allow no higher payment than the maximum allowable
             payment for code 46500.


PATH TWO: IF CHARGE IS NOT GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:    Assign the following code(s) for payment:
             1. 46934 destruction of hemorrhoids, internal

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:    1. 46934 has been accepted with no change.


                    EXAMPLE 11


                Typical Session with CodeReview
Example of "Q5" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
        93220

Computer
Response:    1. 93220 vectorcardiogram, with interpretation & report

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:    Enter the place of service for 93220.
                    PLACE OF SERVICE CHOICES:
             Inpatient Hospital
             Outpatient Hosp./Emergency Dept./Surg. Center


MCK 000021

5,253,164

31                                                    32

Office
Place of service other than those listed above
Place of service is not provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
    Return

PATH ONE: IF PLACE OF SERVICE IS <u>INPATIENT</u>:
<u>Computer
Response</u>:    Assign the following code(s) for payment:
            1. 93222 vectorcardiogram, interpretation & report only

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer
Response</u>:    1. 93220 is changed to 93222 because the hospital generally
               provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
<u>Computer
Response</u>:    Assign the following code(s) for payment:
            1. 93220 vectorcardiogram, with interpretation & report

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer
Response</u>:    1. 93220 has been accepted with no change.

EXAMPLE 12

- 21 -

<u>Typical Session with CodeReview</u>
<u>Example of "Q6" Rule</u>

<u>Computer
Prompt</u>  :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
            92502
            90060

<u>Computer
Response</u>:    1. 92502 ear-nose-throat exam with general anesthesia
            2. 90060 visit, intermediate, established patient

MCK 000022

5,253,164

33            34

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
       Return

<u>Computer
Response</u>:    Enter the type of anesthesia listed on the claim.
                ANESTHESIA CHOICES:
      General
      Regional
      Spinal
      Local
      Anesthesia type other than those listed above
      Anesthesia type is not provided on the claim, or no evidence
        of anesthesia is provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
       Return

PATH ONE: IF <u>NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA</u>
            <u>IS LISTED</u>:
<u>Computer
Response</u>:    Assign the following code(s) for payment:
      1. 90060 visit, intermediate, established patient

      To know the reason for the change(s), press Return.
      Otherwise, press Escape.

<u>User enters</u> [presses one key]:
       Return

<u>Computer
Response</u>:    1. 90060 has been accepted with no change.
      2. 92502 is excluded: because there was no evidence that
        general anesthesia was used.

PATH TWO: IF <u>ANY OTHER RESPONSE ABOUT ANESTHESIA WAS MADE</u>:
<u>Computer
Response</u>:    Assign the following code(s) for payment:
      1. 92502 ear-nose-throat exam with general anesthesia
      2. 90060 visit, intermediate, established patient

      To know the reason for the change(s), press Return.
      Otherwise, press Escape.

<u>User enters</u> [presses one key]:
       Return

<u>Computer
Response</u>:    1. 90060 has been accepted with no change.
      2. 92502 has been accepted with no change.

MCK 000023

35                                              36

*EXAMPLE 13*

Typical Session with CodeReview

Example of "Q7" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           54380

Computer
Response:  1. 54380 repair penis for epispadias

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the patient's age.
                        AGE CHOICES:
           Patient's age is 17 or younger
           Patient's age is 18 or older

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF THE AGE IS 18 OR OLDER:
Computer
Response:
           ??  1. 54380 repair penis for epispadias

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 54380:
           HAVE: the operative report reviewed
           BY:   a physician
           WHY:  What was really done, and was this really epispadias?
                 In a non-pediatric patient, the procedure is usually
                 for hypospadias.

PATH TWO: IF THE AGE IS 17 OR YOUNGER:
Computer
Response:
           1. 54380 repair penis for epispadias

MCK 000024

5,253,164

37                                                    38

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 54380 has been accepted with no change.

EXAMPLE 14
26

Typical Session with CodeReview

Example of "Q8" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        64782

Computer
Response:  1. 64782 remove neuroma, hand or foot nerve

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:  Enter the provider's specialty as it appears on the claim:
                    PROVIDER SPECIALITY CHOICES:
           Podiatrist, DPM, foot doctor, foot group
           Specialty other than podiatrist/DPM/foot doctor/foot group
           No provider specialty is listed on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PROVIDER IS A PODIATRIST:
Computer
Response:  Assign the following code(s) for payment:
           1. 28080 remove Morton's neuroma, foot

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
        Return

MCK 000025

5,253,164

· 39                                                         40

Computer
Response:   A neuroma excision performed by a podiatrist is
            overwhelmingly likely to be a Morton's neurectomy, even if
            not coded as such. Therefore, code 64782 has been replaced
            by 28080.


PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response:   Assign the following code(s) for payment:
            1. 64782 remove neuroma, hand or foot nerve

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 64782 has been accepted with no change.


                    *EXAMPLE 15*

                    - 37 -


                Typical Session with CodeReview

Example of "Q9" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            58605

Computer
Response:   1. 58605 division of fallopian tube (postpartum during
               same hospitalization)

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Assign the following code(s) for payment:
            1. 58600 division of fallopian tube

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return


MCK 000026

5,253,164

41                                                    42

Computer
Response:  Code 58600 is used if fallopian tube ligation/transection
was the only procedure performed during an admission.

## EXAMPLE 16

#### Typical Session with CodeReview
Example of "L1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
43830
43840

Computer
Response:  1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
??     1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response:  1. 43830 Limit payment of 43830 to $150, because it appears
with 43840.
2. 43840 has been accepted with no change.

## EXAMPLE 17
- 5 -

#### Typical Session with CodeReview
Example of "EP" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

MCK 000027

5,253,164

43                                                    44

User enters:
            93005
            93010

Computer
Response:   1. 93005 electrocardiogram, tracing only
            2. 93010 electrocardiogram, interpretation & report only

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the place of service.
                    PLACE OF SERVICE CHOICES:
            Inpatient Hospital
            Outpatient Hosp./Emergency Dept./Surg. Center
            Office
            Place of service other than those listed above
            Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
            Return

PATH ONE:  IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93010 electrocardiogram, interpretation & report only

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 93005 is excluded: because the hospital generally
                 provides equipment and performs the service.
            2. 93010 has been accepted with no change.

2. PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93000 electrocardiogram, complete

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. In combination, codes 93005 and 93010 justify
                 replacement by code 93000.

MCK 000028

5,253,164

45

*EXAMPLE 18*

- 8 -

**Typical Session with CodeReview**

Example of "EA" Rule

Computer
Prompt   : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
          93503
          93501

Computer
Response:  1. 93503 right heart cath; Swan-Ganz catheter
           2. 93501 right heart catheterization; only

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
          Return

Computer
Response:  Enter the age of the patient.
                        AGE CHOICES:
           Age 20 or younger
           Age 21 or older

User enters [after moving cursor to the correct line]:
          Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response:  1. 93503 has been accepted with no change.
           2. 93501 is excluded; because, in this age group, the two
              procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter
           2. 93501 right heart catheterization; only

MCK 000029

·47                                          48

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
    Return

<u>Computer</u>
<u>Response</u>:   1. 93503 has been accepted with no change.
           2. 93501 has been accepted with no change.


APPENDIX B

<u>RULES DESCRIPTIONS</u>

PART I.

<u>Rules Applied to Multiple Codes</u>: Contained in INTERACT.dbf

RULE                  DESCRIPTION

<u>Replace ACODE with DCODE</u>

R1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  delete ACODE, keep <u>BCODE to CCODE</u>, and add
                  DCODE.

          <u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
          order) with ECODE</u>

R2        If ACODE appears with BCODE,
                  delete ACODE and BCODE and add CCODE.

R3        If ACODE appears with BCODE and CCODE,
                  delete ACODE, BCODE, and CCODE, and add
                  DCODE.

R4        If ACODE appears with BCODE, CCODE, and DCODE,
                  delete ACODE, BCODE, CCODE, and DCODE, and
                  add ECODE.

          <u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude BCODE to CCODE, and keep ACODE.

          <u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude ACODE, and keep BCODE to CCODE.


MCK 000030

5,253,164

49                                                50

Limit ACODE payment

L1          If ACODE appears with another code in the range of
            (and including) BCODE to CCODE,
                      limit the payment of ACODE to DCODE.

EP          If ACODE appears with another code in the range of
            (and including) BCODE to CCODE, and in POS is ECODE,
                      then exclude ACODE and keep BCODE to CCODE.

EA          If ACODE appears with BCODE and if AGE is between
            CCODE to DCODE,
                      then exclude ACODE and keep BCODE.
            Query for More Info because of Multiple Codes

QM          If ACODE appears with another code in the range of
            BCODE to DCODE, there is a question about this
            combination of codes.

QS          If ACODE appears with another code in the range of
            BCODE to CCODE, then there is a question about ACODE.

QB          If ACODE appears with another code in the range of
            BCODE to CCODE, then there is a question about the
            code in the BCODE to CCODE range.

            IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
      APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
      MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
      IS IN MESSAGE.dbf.


      PART II.

      Rules applied to each code individually: Contained in
      BYITSELF.dbf

      RULE                DESCRIPTION

      Q1          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the claim,
                      then always request more information ("by
                      report") as specified in MESSAGE.

      Q2          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and more than
            one of the following fields have entries that match
            the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
            to ENDAGE, DX,
                      then request more information as specified in
                      MESSAGE.

      Q3          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the charge
            on the claim is greater than DOLLALIM,
                      then request more information as specified in
                      MESSAGE.

MCK 000031

5,253,164

51                                             52

Q4    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the charge
      on the claim is greater than the fee screen for
      CODELIM,
               then request more information as specified in
               MESSAGE.

Q5    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the place
      of service is POS,
               then request more information as specified in
               MESSAGE.
      In addition, if CODELIM = 0 and the place of service
      is POS,
               replace the code in question with CODELIM and
               the reason is flagged by MESSAGETYPE.

Q6    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and there is no
      evidence of anesthetic as specified in ANESTHESIA,
               then request more information as specified in
               MESSAGE.

Q7    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the
      patient's age is between BEGAGE and ENDAGE,
               then request more information as specified in
               MESSAGE.

Q8    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the
      diagnosis is DX,
               then request more information as specified in
               MESSAGE.
      In addition, if CODELIM = 0 and the DX, or ICD9CODE
      (or provider) is true,
               then replace the code in question with
               CODELIM, and the reason is flagged by
               MESSAGETYPE.

Q9    If CODE survives the rules applied to multiple codes
      or CODE is only one submitted on the form,
               then replace ACODE with CODELIM, and the
               reason is flagged by MESSAGETYPE.

APPENDIX C

ALLCODE:
     Allcode is the file which contains every code, as well as
information which pertains to certain codes code.

     CODE = presented code (all codes represented)

     TITLE4 = description of code from CPT-4 tape

     RVU = rvu of code (relative value unit)

     AST = indicate if a global procedure (all inclusive)

MCK 000032

5,253,164    BEST AVAILABLE COPY

53                                      54

SUPERSED:

    CODE = presented code which is to be superseded

    SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:

    ACODE = contains CPT-4 codes            all rules

    RULE = E1, E2, R1-RN, QM, QS, QB, LI

    BCODE, CODE = contains CPT-4 codes      all rules

    DCODE = cpt4 code               R1, R3 +

    DCODE = dollar amount          LI

    ECODE = cpt4 code               R4 -

    ECODE = messagetype           all rules
                                         except R4
                                         and above


    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed


BYITSELF:

    CODE = code which presents a problem when presented
        either by itself or with other codes

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

    RULE = Q1, Q2,....Q9

    SINGLE = currently indicates, if true, that the code
        needs to be either the sole surviving code, or
        the only code on the claim, in order for the
        rule (in RULE) to be fired.  This field is
        currently under revision to become broader in
        scope, ie if the coe is the only surviving
        code do rule A, or if the code is with other
        codes, do rule B.

    MESAGETYPE = internally assigned 'code' which will
        match a type in MESSAGE.dbf, which
        contains English language messages for the
        CodeReview user.

    DOLLARLIM = $ limit which if exceeded leads user to
        more information, else accept code     Q3

    POS = place of service                  Q5

    ANESTHESIA = contains a type of anethesia (general)  Q6

    BEGAGE = start of an age range inappropriate for the
        procedure                            Q7

    ENDAGE = end of the age range inappropriate for the
        prcedure                            Q7

    DX = diagnosis(es) inappropriate for the procedure  Q8

    ICD9CODE = ICD-9-CM diagnosis code inapproplate for
        the procedure                     Q8

    CODELIM = code which the change for CODE will be
        compared to (greater than, less than)    Q4

MCK 000033

5,255,104

55                                              56

CODELIM = code which will replace code if

    1) if the POS is inappropriate          Q5

    2) if the DX or ICD9CODE is inappropriate  Q8

    3) in all circumstances for DP          Q9

MESSAGE:

    TYPE = assign code name for message

    ORIGIN = indicates multiple, single or both

    OP = ask for op report?

    PATH = ask for pathology report?

    OFF = ask for office records?

    HOS = ask for hospital progress notes?

    OTHER = ask for another claim?

    REVIEWER = is the type of reviewer the asked-for
               information should be sent to and reviewed
               by (ie nurse, supervisor, physician etc)

    TOLOOKFOR = specified items that the reviewer should
                look for upon receiving the asked-for
                information

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off

PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORH = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear
```

APPENDIX D

MCK 000034

BEST AVAILABLE COPY

```
*  SELECT 3
*  USE SUPERSED INDEX SUPERSED          && opened and closed in entry.prg
*  SELECT 4
*  USE INTERACT INDEX INTERACT          && multiple.prg, action
** SELECT 5
** USE BYITSELF INDEX BYITSELF          && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE            && rules.prg
** select 10                            && recomm.prg
*  use new
*  memory variables

header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -5
g_col = 6
if clipper
helpline1 =  ;
-Modify Code    Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
'F1-Help                        '+ enter + 'Recommendations              Esc-Exit '
                                Enter          provided
helpline5 = ;
'                    <Ent. =claim number in space prov .ed>
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(18) + dtoc(date())
helpline5 = ;
- Make Selection                    Esc-Return'
helpline5 = ;
- Make Selection              Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add    B - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations      N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                     N - New Session              Q - Quit'
endif
helpline2 = ;
         CodeReview is processing input codes ... please stand by
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 1988'
'header5=company + space(10)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
                       ESC - Exit Help

choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

MCK 000035

5,253,164

BEST AVAILABLE COPY

59                                              60

```
         return
      endif
endif
if one_date .or. .not. get_date
   select process
   temp_date=code_date
   if code_count > 1
      DO MULTIPLE.prg        && exclude, replacement, QM rules
   endif
   DO RULES.PRG
else
   select process
   go top
   temp_date=code_date
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   go top
   count to code count
                      _ _eof( ) _
         go top
         do while .not. eof() .and. code_date=temp_date
            if code_count > 1
               DO MULTIPLE.prg        && exclude, replacement, QM rules
            endif
            DO RULES.PRG
            select process
            set filter to code_date=temp_date
            go bott
            set filter to
            skip
            if eof()
               exit
            endif
            temp_date=code_date
            set filter to endstatus $ 'AP' .and. code_date=temp_date
            go top
            count to code_count
            go top
         enddo
      endif
   do recomm
   if clipper
      loop
   else
         if choice = 'N'
            loop
         endif
   endif
   exit
enddo
CLOSE DATABASES



* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  / ')
IF CLIPPER
      go setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store ' ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  / ')
get_date = .t.
set date american
```

MCK 000036

BEST AVAILABLE COPY

5,253,164

61                                                    62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,5 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '-'
row = 5
counter = 1
done = .f.
get_charge = .t.
add = 1

SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
     store .f. to upkey,dnkey
     @ row,s_col say str(counter,2) + '.'
     DO GETCODE
     SELECT PROCESS
     if upkey
          if upkey
               row = row - 1
               counter = counter - 1
               skip - 1
               loop
          endif
     endif
     if .not. done .and. counter < 8
          counter = counter + 1
          save_rec = recno()
          go bott
          if recno() = save_rec
               append blank
               replace begstatus with 'P',endstatus with 'P', session_no ;
                    with session
          else
               go save_rec
               skip
          endif
     endif
     row = ccunter + 5
enddo
do while .t.
     if clipper
          exit
     endif
     SELECT PROCESS
     choice = 'P'
```

MCK 000037

AVAILABLE COPY

5,253,164

63                                          64

```
SET CONFIRM OFF
@ 23.10 get choice picture '!'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                   .and. val(choice) <= counter))

    ?? chr(7)
    loop
else
    mod_rec = val(choice)
    do case
        case choice = 'A' .or. val(choice) = counter
            IF COUNTER < 8
                done = .f.
                SELECT PROCESS
                append blank
                replace begstatus with 'P',endstatus with 'P'
                row = counter + 5
                @ row,s_col say str(counter,2) + '.'
                do getcode
                if .not. done            && code was added
                    counter = counter + 1 && increment for next time around
                endif
            ENDIF

        case mod_rec > 0 .and. mod_rec < 10
            go mod_rec
            row = mod_rec = 5
            getcode
            do getcode

        case choice = 'P'
            exit

        case choice = 'RQ'
            exit

        case choice = 'H'
            do help
    endcase
    if choice $ 'RQ'
        return
    endif
    choice = 'P'
endif
enddo
if .not. esc
    helpline = helpline2
    @ 23.1 get helpline
    clear gets
    select process
    go bott
    if code = 0
        delete
        pack
    endif
**  count to code_count
    set safety off
    select process
    set filter to endstatus = 'S'
    go top
    do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
            xreplace,begstatus with 'S',code_date with sup_date, ;
            endstatus with 'A'
        skip
    enddo
    set filter to
    set date ansi
    index on dtoc(code_date) + str(code,5) to process
    set filter to endstatus $ 'AP'
    count to code_count
    go top
    do while .not. eof()
     tem_date=code_date
```

MCK 000038

5,253,164

BEST AVAILABLE COPY

65                                    66

```
        skip
        if code_date <> tem_date
           one_date = .f.
           exit
        endif
     enddo
     select 2
     use process index process
     select 3
     use
endif
IF CLIPPER
     do setkey with .f.
endif

return

* PROCS.PRG

PROCEDURE GETCODE
*
     tries = 1
     DO WHILE .T.
        SELECT PROCESS
        if code = 0
              xcode = space(5)
        else
              xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
           return
        ENDIF
        if xcode = space(5)
           .@ row,s_col say space(11).
           if upkey
                 exit
           endif
           done = .t.
           if counter = 1 .and. clipper
                 choice = 'Q'
           else
                 choice = 'P'
           endif
           RETURN
        endif
        IF CLIPPER .and. help_on
           LOOP
        ENDIF
           replace code with val(xcode)
           SELECT ALLCODE
           set exact on
           SEEK PROCESS->code
           set exact off
           if .not. eof()
              SELECT SUPERSED
              SEEK PROCESS->code
              if .not. eof()
                 select process
                 replace endstatus with 'S',replacedby with ;
                          supersed->supercode
              else
                 SELECT PROCESS
                 if begstatus = 'P' .and. endstatus $ 'IS'
                 replace endstatus with 'P',replacedby with 0
                 endif
              endif
              @ row,e_col say PROCESS->code picture '99999'
              @ row,d_col say allcode->title4
           else
              if tries = 1
                 ?? chr(7)
                 mess = 'INVALID CODE !!'
                 @ row,d_col say substr(mess + space(18),1,28)
                 tries = 2
                 loop
```

MCK 000039

5,253,164

67                                                                68

```
              else
                  @ row.e_col say PROCESS->code picture '99999'
                  @ row.d_col say 'Invalid code will be ignored'
                  SELECT PROCESS
                      replace
                      ---  see endstatus with 'I'
                  endif
              endif
          endif
      SELECT PROCESS
      if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
          @ row.c_col get xcode_date
          help_field = 2
          read
          if esc
              return
          endif
          if year(xcode_date) = 0 .and. counter = 1
              get_date = .f.
              @ row.c_col say space(8)
              @ 3,c_col say space(5)
              @ 4,c_col say space(5)
          else
              @ row.c_col say dtoc(xcode_date)
          endif
          replace code_date with xcode_date
      endif
      if counter = 1
          @ row.m_col-1 say '$'
..........        CHECK FOR DUPES
      else
          save_recno = recno()
          ycode_date = code_date
          go top
          locate for code=val(xcode) .and. recno()< save_recno ;
                  .and. code_date = ycode_date && .and. endstatus <> 'L'
          if .not. eof()
              go save_recno
              replace endstatus with 'L'
          else
              go save_recno
          endif
      endif
      if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                  .and. .not. done
          @ row.m_col get claim_amt picture '99999'
          help_field = 3
          read
          if esc
              return
          endif
          @ row.m_col say 'claim_amt picture '99999'
      endif
      if counter = 1
          if claim_amt = 0
              get_charge = .f.
              @ row.m_col - 2 say space(8)
              @ 3,m_col-1 say space(7)
              @ 4,m_col-1 say space(7)
          endif
      endif
      exit
  enddo
RETURN

PROCEDURE HELP
*
RETURN
do sethey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline?
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

MCK 000040

BEST AVAILABLE COPY

```
store SPACE(6) to help1,help2,help3,help4
if color
    SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
    case help_field = 1
        mess = 'Enter the CPT-4 code as it appears on the claim form. ';
    + 'If you are unsure of the code, press <F2> to do a lookup by the ';
    + 'index of the CPT-4 Manual'

        do format1 with mess,14,15,63
    case help_field = 2
        mess = 'Enter the date as it appears on the claim form. This is ';
    + 'optional'

        do format1 with mess,14,15,63

    case help_field = 3
        mess = 'Enter the dollar amount of the claim '
        do format1 with mess,14,15,63

    case choice = 'H'
    help1 = '       "P" -- Process; all codes have been correctly input'
    help2 = '       "A" -- Add another code'
    help3 = '       "E" -- Enter line number to edit code already input'
    help4 = '       "Q" -- Quit session'
        case code = 0
    help1 = '             CPT-4 CODE ENTRY -- HELP SCREEN'
    help3 = '    This is the help module for entry of a CPT-4 code '
    help5 = '    In this case, the code has not yet been input'

        case begstatus = 'P' .and. endstatus = 'P'
    help1 = '             CPT-4 CODE -- SUCCESSFUL ENTRY'
    help3 = '    CPT-4 code has been successfully entered'
    help5 = '    Both begstatus and endstatus are "P"'

    case endstatus = 'I'
    help1 = '               INVALID CODE'
    help2 = 'The CPT-4 code which has been entered is invalid.  The code'
    help3 = 'may be either corrected or left as is.  Processing will continue'
    help5 = 'and the program will simply ignore the any invalid codes'

    case begstatus = 'S' .and. endstatus = 'A'
    help1 = '               SUPERSEDED CODE'
    help2 = ' The code which was entered has been superseded by another'
    help3 = ' code following rules in the September, 1987 "Manual of '
    help5 = ' CPT-4 Codes"'

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
    SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
        do while inkey() <> 27
        enddo
        RESTORE SCREEN
        do setkey with .t.
ELSE
        @ 16,5 clear to 21,73
        helpline = save_help
        @ 23,1 get helpline
        clear gets
ENDIF
return


PROCEDURE SETKEY
*
```

MCK 000041

5,253,164

71                                                72

```
parameter setflag
if setflag
    ·set key -4 to HIT_KEY
    set key -1 to HIT_KEY
    set key 5 to  upkey
    set key 27 to HIT_KEY
    set key 24 to dnkey
else
    ·set key -9 to        && F10
    set key -8 to
    set key -7 to         && F8
    set key -6 to
    set key -5 to
    set key -4 to         && F5
    set key -3 to
    set key -2 to
    set key -1 to         && F2
    set key 1 to          && home
    set key 3 to          && pagedn
    set key 4 to          && right
    set key 5 to          && upkey
    set key 6 to          && end
    set key 18 to         && pageup
    set key 15 to         && left
    set key 24 to         && downkey
    set key 27 to         && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
·DO CASE
        CASE LASTKEY() = 27
             CLEAR GETS
             DONE =..T.
             SELECT PROSPECT
             GO BOTT
             IF RECNO() = 1 .OR. EOF()
                  CHOICE = 'Q'
             ELSE
                  CHOICE = 'R'
             ENDIF
             ESC = .T.
             RETURN

        CASE LASTKEY() =.-1
                        with .f.
             do setkey with .f.
             DO LOOKUP.prg
             do setkey with .t.

        CASE LASTKEY() = -4
             CLEAR GETS
             DONE = .T.
             CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
        keyboard chr(13)
        UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
            keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

MCK 000042

5,253,164

73                                                            74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**    DO samecode
**    if code_cnt > 1
      DO exclude                && Checks exclusion rules
      select process
**        set filter to endstatus $ 'AP' .and. code_date=temp_date
          go top
          code_cnt = 0
          count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
          if code_cnt > 1
            DO replace                     && Checks replacement rules
            count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
            if code_cnt > 1
              do ris                       && checks ri rules
            else
**              store .f. to again
              exit
            endif
          else
**            store .f. to again
            exit
          endif
**    else
**    store .f. to again
**    exit
**    endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN

*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

***  --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***     IS USED IN KEEP
***  --INTERACT IS NOW INDEXED ON SUBSTR(ACCDE,5) + RULE.  INSTEAD OF SETTING
***     FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***  --RULE "X" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***     IN INTERACT
***  --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
```

MCK 000043

5,253,164

75                          76

```
PROC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
  SELECT PROCESS
  GO PROC_REC
  SKIP
  LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
  .if code = temp
    skip
    loop
  endif
  SELECT INTERACT                        && replacements
  GO EXCL_REC
  DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
    IF ECODE <> process->code .AND. process->code <> CCODE
      IF rule = 'E2'
        SELECT PROCESS
        REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
        if interact->ecode<>0
          replace type with interact->ecode
        endif
        EXIT
      ELSE
        IF rule = 'E1'
          SELECT PROCESS
          temp_code = ccode
          temp_rec = recno()
          GO PROC_REC
          REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
          if interact->ecode<>0
            replace type with interact->ecode
          endif
          go temp_r = temp_rec
          EXIT
        ENDIF
      ENDIF
    ENDIF
    select interact
    SKIP
  ENDDO
  select process
  skip
ENDDO                              && Loop 2
SELECT PROCESS
GO PROC_REC                        && Moving to next code for evaluation
SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

  select interact
  select process
  go top

  DO WHILE .NOT. EOF() .and. code_date=temp_date
    NUMCODE = 0
    TEMP = CODE
    PROC_REC = RECNO()
    SELECT INTERACT
    SEEK str(TEMP,5) + 'R2'
    IF eof()
      SELECT PROCESS
```

MCK 000044

5,253,164

77                    78

```
        GO PROC_REC
        skip
        loop
    ENDIF
REP_REC = RECNO()

SELECT PROCESS
10 TOP
DO WHILE .not. eof() .and. code_date=temp_date
    SELECT INTERACT
    GO REP REC
    DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
        IF ECODE = process->code
            NEW = CCODE
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
                REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            temp_rec = recno()
            temp_code = code
            ses_no = session_no
            GO PROC_REC
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
                REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            rep_date=code_date
            append blank
                REPLACE SESSION_no WITH ses_no, CODE WITH NEW;
                                        WITH code
                BEGSTATUS M' 'M "R", ENDSTATUS WITH "A",  ses_date with rep_date
                STORE .F. to AGAIN   TO AGAIN
            go temp_rec
            EXIT
        ENDIF
        select interact
        SKIP
    ENDDO
    select process
    skip
    ENDDO
    SELECT PROCESS
    GO PROC_REC
    SKIP
ENDDO
if .not. again
    store .t. to again
else
    store .f. to again
endif
select process
return


PROCEDURE query

*----  checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'     && looking only at codes which have multiple
                               && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date     && in process
    temp = code
    proc_rec = recno()
    select interact
    seek str(temp,5) + 'Q'
    if eof()
        select process
        go proc_rec
        skip
        loop
    endif
    quer_rec = recno()
    select process
    go top
    do while .not. eof() .and. code_date=temp_date     && in process
```

MCK 000045

5,253,164

79                                                80

```
if code = temp
  skip
  loop
endif
done=.f.
select interact
go quer_rec
do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
  if process->code >= bcode .and. process->code <= ccode
    do case

      case rule='QM'
        replace process->endstatus with 'M', process->trigger with temp, ;
          process->rule with rule, process->type with ecode
                    process
        temp2 = proc  ss->code
        select proc .s
        go proc_rec
        replace endstatus with 'M', trigger with temp2, ;
          rule with interact->rule, type with interact->ecode
        done=.t.

      case rule='QS'
        temp2=process->code
        select process
        go proc_rec
        replace endstatus with 'Q', trigger with temp2, ;
          rule with interact->rule, type with interact->ecode
        done=.t.

      case rule='QE'
        replace process->endstatus with 'Q', process->trigger with temp, ;
          process->rule with rule, process->type with ecode
        done=.t.

    endcase
    if done
      exit
    endif
    select interact
    skip
  enddo
  if done
    exit
  endif
  select process
  skip
enddo
select process
go proc_rec
skip
enddo
**select process
**select interact
return


PROCEDURE r1s

*---- Checks surviving codes for R1 rules and makes proper replacement
*
*

select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date     && in process
  temp=code
  proc_rec = recno()
  select interact
  go top
  seek str(temp,5) + 'R1'
```

MCK 000046

5,253,164

81                                              82

```
if eof()
   select process
   go proc_rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while acode=temp .and. .not. eof() .and. rule='R1'      && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with '1', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with '1';
      endstatus with 'A', code_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AF' .and. code_date=temp_date
go top
if code_cnt <= 1
   ...exit
endif
go proc_rec
skip
enddo
return

PROCEDURE samecode
*
*
*  eliminates a code if it appears twice, and should not be accepted twice
*
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
   xcode=code
   proc_rec=recno()
   skip
   do while .not. eof() .and. code_date=temp_date
      if code=xcode
         replace endstatus with 'L', trigger with xcode
         exit
      else
         skip
         loop
      endif
   enddo
   go proc_rec
   skip
   if code=first
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

MCK 000047

5,253,164

83                                             84

```
* --- checks rules for payment limit due to code combination
*
*
    select 10
    use interact index interact
    select process
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    GO TOP
    do while .not. eof() .and. code_date=temp_date
        NUMCODE = 0
        TEMP = CODE
        PROC_REC = RECNO()
        SELECT INTERACT
        SEEK str(TEMP,5) + 'L'
        IF .NOT. FOUND()
            SELECT PROCESS
            GO PROC_REC
            SKIP
            LOOP
        ENDIF
        lim_rec = RECNO()

        select process
        go top
        do while .not. eof() .and. code_date=temp_date     && in process
            if code = temp
                skip
                loop
            endif
            SELECT interact
            GO lim_rec
            DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
                IF BCODE <= process->code .AND. process->code <= CCODE
                    SELECT PROCESS
                    temp1=code
                    temp_rec= recno()
                    go proc_rec
                    REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                        pay with interact->dcode
                    go temp_rec
                    EXIT
                ENDIF
                select interact
                SKIP
            ENDDO                                && in interact
            select procss
            skip
        ENDDO                                && Loop 2, in process
        SELECT PROCESS
        GO PROC_REC                          && Moving to next code for evaluation
        SKIP
    enddo
SELECT INTERACT
use

**SET FILTER TO
RETURN

* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16                      && check this with multiple codes !!
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
    begstatus <> 'R'
go top
```

MCK 000048

5,253,164       BEST AVAILABLE COPY

85                                              86

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF

DO WHILE .NOT. EOF() .and. code_date=temp_date
    xcode = code
    xreview = ' '
    xsource = ' '
    failed = .f.
    note = .f.
    select byitself
    seek xcode
    if eof()
        SELECT PROCESS
        SKIP
        LOOP
    endif
    IF SINGLE
        IF CODE_CNT > 1
            select process
            skip
            LOOP
        ENDIF
    ENDIF
    rulecheck = byitself->rule
    do case
        case rulecheck = 'Q1'
            select process
            replace endstatus with 'Q', rule with 'Q1',type with ;
                    byitself->mesagetype

**      case rule = 'Q2'

        case rulecheck = 'Q3'
            dlim = '$'+ltrim(str(dollarlim,6))
            dline1 = substr('Under '+ dlim + space(25),1,29)
            dline2 = substr(dlim + ' or more' + space(25),1,29)
            dline3 = 'No charge is listed for ' + str(xcode,5)
            do ctext with xcode
            if need_clear
                do bott_clr
            endif
            do dollars
                                      & no =
***             if prompt_ar  & ^ '1' ....

        case rulecheck = 'Q4'
            do ctext with xcode
            xmess = cmess
            do ctext with BYITSELF->codelim
            if need_clear
                do bott_clr
            endif
            do codelim

        case rulecheck = 'Q5'
            if process->begstatus = 'P'
                do ctext with xcode
            else
                cmess = 'the claim'
            endif
            if need_clear
                do bott_clr
            endif
            do pos

        case rulecheck = 'Q6'
            do ctext with xcode
            if need_clear
                do bott_clr
            endif
            do anesth

        case rulecheck = 'Q7'
            if need_clear
                do bott_clr
            endif
            do age
```

MCK 000049

BEST AVAILABLE COPY

5,253,164

87                                    88

```
    case rulecheck = 'Q8'
        if need_clear
            do bott_clr
        endif
        do diagnosis

    case rulecheck = 'Q9'
        if need_clear
            do bott_clr
        endif
        select process
        replace endstatus with 'D', rule with 'Q9', type with byitself->mesagetype ;
            replacedby with byitself->codelim
        append blank
        replace code with byitself->codelim, begstatus with 'Q', endstatus with 'A';
            type with byitself->mesagetype


    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 8, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 8, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

MCK 000050

5,253,164

89                    90

```
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN


PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolooktor)
str_size = len(string)
max_size = col_end-(col_beg+5)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
    row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34   #
@ row_beg-1,col_beg+box2+5 say ' CodeReview Recommendation '

    do while str_size > max_size
        counter = 0
        do while .t.
            if substr(string,max_size-counter+1,1) = ' '
                exit
            else
                counter = counter + 1
            endif
        enddo
        @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
    enddo

    @ cur_row,col_beg+6 say string
    @ row_beg + 1, col_beg say dline1
    @ row_beg + 2, col_beg say dline2
    @ row_beg + 3, col_beg say dline3
    @ row_beg + 4, col_beg say dline4
    @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 38
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row,  box_col + 11 say ' CODE CHARGE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3.
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

MCK 000051

5,253,164

91                                                          92

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 28 say ' CHARGE COMPARISON '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row=5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above'
do dia_box with prompt_row=2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        if .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacecdbv with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline =  'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row = $,prompt_col,70
dline1 = 'Inpatient Hospital
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office '
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

MCK 000052

AVAILABLE COPY

5,253,164

93                                              94

```
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
    read
    if .not. prompt_ans $ '12345'
        mess = 'ENTER 1,2,3,4 or 5'
        DO MESSAGE.PRG
        loop
    endif
  endif
  exit
enddo
  select process
  do case
      case prompt_ans = '1'
          replace POS with 'INP'
      case prompt_ans = '2'
          replace POS with 'OUT'
      case prompt_ans = '3'
          replace POS with 'OFF'
      case prompt_ans = '4'
          replace POS with 'OTH'
      case prompt_ans = '5'
          replace POS with 'NUL'
  endcase

  do case
      case byitself->pos = 'OFF'
          if prompt_ans $ '345'
              failed = .t.
          endif

      case byitself->pos = 'INP'
          if prompt_ans $ '145'
              failed = .t.
          endif

      case byitself->pos = 'OUT'
          if prompt_ans $ '245'
              failed = .t.
          endif

      case byitself->pos = 'NIP'
          if prompt_ans $ '2345'
              failed = .t.
          endif
  endcase
  if failed
      if byitself->codelim = 0
          select process
          replace endstatus with 'Q',rule with 'QS',type with ;
              byitself->mesagetype

      else
          select process
          replace endstatus with 'O',rule with 'QS',replacedby with ;
              byitself->codelim,type with byitself->mesagetype
          tem_date=code_date
          append blank
          replace code with byitself->codelim,begstatus with 'O',endstatus ;
              with 'A',type,code_date with tem_date
          set filter to endstatus $ 'AP' .and. code_date=temp_date
      endif
  endif
  return

  PROCEDURE DOLLARS
  *
  do helpline
  mode = 0
  need_clear = .t.
  prompt_row = 16
  prompt_col = 8
  promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
      + 'for the procedure ' + cmess + ': '
  do format2.prg with promptline,prompt_row - 5,prompt_col,70
  do dol_box with prompt_row,21
  do while .t.
      if clipper
          menu to mode
          prompt_ans = str(mode,1)
```

MCK 000053

95                                          96

```
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            If .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t..
prompt_row = 16
prompt_col = 6
promptline =   'Please compare the charge on the claim for procedure ';
               + xmess + ' with the payment limit for procedure ';
               + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
         + 'for ' + str(byitself->codelim,5) + space(8)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
         +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,6
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,0 say ;
        "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = '  '
        dob = ctod('  /  /  ')
        @ prompt_row + 2,29 get dob
        read
```

MCK 000054

AVAILABLE COPY

```
        if dob = ctod(' /  /  ')
              @ prompt_row + 2,29 say space(8)
              @ prompt_row + 2,44 get age
              read
              if age = ' '
                    @ prompt_row + 2,44 say space(3)
                    loop
              endif
        endif
        exit
   enddo
   if age <> ' '
        new_age = val(age)
   else
        new_age = int((date()-dob)/365)
   endif
endif
if new_age >= byitself->begage .and. new_age <= byitself->endage
   failed = .t.
   select process
   replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
endif
set date ansi
return

PROCEDURE ANESTH

do helpline
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'For the procedure '+ cmess + ',is there a claim (from a ';
           + 'surgeon, an anesthesiologist, or a facility) that documents ';
           + 'the use of regional or general anesthesia ? (Y/N) '
do format2.prg with promptline,prompt_row,prompt_col,72
do while .t.
     prompt_ans = ' '
     @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
     read
     If .not. prompt_ans $ 'YN'
           ?? chr(7)
           loop
     endif
     exit
enddo
if prompt_ans = 'N'
   failed = .t.
   select process
   replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
endif
return

procedure ctext
*
Parameter zcode
select allcode
seek zcode
cmess = str(zcode,5) + ' (' + trim(title4) + ')'
return

procedure review
*
parameter abbrev
do case
   case abbrev = 'RN'
        xreview = 'a nurse or surgical technician'
   case abbrev = 'MD'
        xreview = 'a physician'
   case abbrev = 'SP'
        xreview = 'a supervisor'
   case abbrev = 'AD'
        xreview = 'an adjuster'
   case abbrev = 'CL'
        store .t. to note
endcase
return

procedure source
*
```

99                          5,235,507                          100

```
* NOTE: message.dbf is selected
do case
    case op
        xsource = 'the operative report reviewed'
    case path
        xsource = 'the pathology report reviewed'
    case off
        xsource = 'the office records reviewed'
    case hos
        xsource = 'the hospital progress report reviewed'
    case other
        xsource = 'other related claim(s) reviewed'
    otherwise
        xsource = 'the claim reviewed'
endcase
return


procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return


procedure bott_clr
*
If CLIPPER
    RESTORE SCREEN from rule_scrn
else
    @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return

*****recomm.prg
******CREATE NEW.DBF
select 6
'use'message' index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQHU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACCOBY INTO ALLCODE    && TO GET TITLE&
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
        SORT TO NEW ON RVU/D
else
        copy to new
endif                       && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
o_mess = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further ';
    + space(5) + chr(178) + space(21)+ 'information.'
lap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess =     'REPLACED:  This code has been replaced by the code below. Press <F7>';
+space(5) + chr(178) + space (21)+ 'for further information.'
r_mess = 'REPLACED:  This code has been replaced by the code below.'
```

MCK 000056

5,253,164

```
lys_mess='EXCLUDED: This procedure is incidental to the accepted code(s), but';
+tp5ce (25)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED: When performed with another abdominal procedure,         ';
+'                  appendectomy is virtually always incidental.'
an_mess='EXCLUDED:  64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
lim_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
           clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
           clear_row7,clear_row8
clear_cnt = 0
choice = 'g'
repeat = .f.
moreinto = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new1 = ' '
add = .t.
box = .f.
helpline =  helpline3
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
**    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QW'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col say str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod(' /  / ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>' BR '
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col  say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
```

MCK 000057

5,235,104

103                                    104

```
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
    clear_cnt = 0
    @ 23,1 get helpline
    clear gets
    if clipper
        if repeat
            moreinfo = .f.
            first_time = .t.
            repeat = .f.
            restore screen from rec_scrn1
        endif
        temp = ' '
        keyboard chr(12)
        do while .t.
            keyboard chr(12)
            @ 23,78 get temp
            read
            do case
            case lastkey() = 27
                done = .t.
                exit

            case lastkey() = 13
                if moreinfo
                    restore screen from rec_scrn2
                    moreinfo = .f.
                    set key -6 to moreinfo
                endif
                EXIT

            endcase
        enddo
        keyboard chr(12)
    else
        choice = 'X'
        do while .t.
            SET CONFIRM OFF
            @ 23,10 get choice picture '!'
            read
            SET CONFIRM ON
            if .not. choice $ 'XNQ'
                ?? chr(7)
                loop
            else
                exit
            endif
        enddo
        if choice $ 'NQ'
            done = .t.
        endif
    endif
    if done
        exit
    endif
******

*@ 15,s_col to 15,s_col + 13

    @ 14,s_col say ' '
    @ 15,s_col say ' '
    select process
    if .not. first_time
        @ row,s_col - 5 clear to outrow,s_col - 1   && moved from below
        @ mess_row,6 clear to mess_row+1,78         && moved from below
        @ row,s_col say str(row-5,2) + '.  ' + str(code,5)
        select new
        @ outrow,s_col say str(recno(),2) + '.  ' + str(code,5)
                                            'NQ'
        if endstatus $ 'P'
            @outrow,s_co. 4 say '??'
            if '.' $ new2
```

MCK 000058

105                              106

```
                outrow = new2_row            && for clearing arrows
                @ outrow,s_col-4 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
            endif
        endif
    @ row,s_col - 6 clear to outrow,s_col - 1
    @ mess_row,6 clear to mess_row+1,78
    select process
    save place = recno()
    counter = 1
    K = '1'
    do while clear_rec&K <> 0
        go clear_rec&K
        @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
        clear_rec&K = 0
        counter = counter + 1
        K = str(counter,1)
    enddo
    go save_place
    skip
    if eof()
        repeat = .t.
        row = 6
        go top
        loop
    else
        row = row + 1
    endif
    do while skipover
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
        else
            row = row + 1
        endif
    enddo
    if repeat
        loop
    endif
else
    first_time = .f.
    if xcount = 1
        repeat = .t.
        loop
    endif
endif
temp1 = str(row-5,2) + '.  ' + str(code,5)
do case
    case endstatus = 'I'
        @ row,s_col get temp1
        do first_in with row
        if row+1 = mess_row -1
            @ row+1,s_col say chr(179)
        else
            @ row+1,1_col to mess_row+1,1_col
        endif
        do mid_out with mess_row
        @ mess_row,g_col say inv_mess

    case begstatus = 'P' .and. endstatus $ 'PU'
        SELECT NEW    code
        locate for code = PROCESS->code
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row,s_col get temp1
        clear gets
        do first_in with row
        @ row+1,1_col to outrow-1,1_col
        do last_out with outrow
        @ outrow,s_col get temp2
        clear gets
        if endstatus = 'P'
            @ mess_row,g_col say acc_mess
        else
            if endstatus = 'U'
                @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+ ;
                ', since it appears with '+ str(trigger,5) + '.'
```

MCK 000059

5,253,164

··· ʜᴀɴᴅʟᴇ COPY

107                                              108

```
      endif
    endif
case begstatus = 'P' .and. endstatus $ '1SOO'
    SELECT NEW
    locate for code = PROCESS->replacedby
    xtype = type
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '. ' + str(code,5)
    @ row,s_col get temp1
    clear gets
    do first_in with row
    @ row+1,1_col to outrow-1,l_col
    do last_out with outrow
    @ outrow,s_col get temp2
    clear gets
    do case

        case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
            mess = sup_mess
            @ mess_row,g_col say mess

        case (endstatus='I' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype = 0
            mess = r_mess
            @ mess_row,g_col say mess

        case (endstatus='I' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype<>0
            select message
            seek xtype
            @ mess_row,g_col say 'REPLACED: '+ TRIM(tolookfor)
            @ row+1,l_col to outrow-1,l_col

        otherwise
            do moreinfo

    endcase

case begstatus = 'P' .and. endstatus = 'R'
    SELECT NEW
    locate for code = PROCESS->replacedby
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '. ' + str(code,5)
    @ row,s_col get temp1
    if process->type <> 0
        box = .t.
        xtype = process->type
    endif
    clear gets
    do first_in with row
    SELECT PROCESS
    cur_rec = recno()
    cur_row = row
    match = replacedby
    skip
    cur_row = row + 1
    do while .not. eof()
        if replacedby = match
            temp3=str(cur_row-5,2) + '. ' + str(code,5)
            clear_cnt = clear_cnt + 1
            X = str(clear_cnt,1)
            clear_row&X = cur_row
            clear_rec&X = recno()
            @ cur_row,s_col get temp3
            replace skipover with .t.
            clear gets
            do mid_in with cur_row
        else
            @ cur_row,l_col say chr(179)
        endif
        skip
        cur_row = cur_row + 1
    enddo
    go cur_rec
    if box
        do moreinfo
        @ cur_row,l_col to outrow-1,l_col
```

MCK 000060

109                                  110

```
else
   @ mess_row,s_col say.rep_mess + str(replacedby,5)+'.'
   @ cur_row,1_col to outrow-1,1_col
endif
do last_out with outrow
@ outrow,s_col get temp2
if box
   do moreinfo
endif
box = .f.
clear gets


case begstatus = 'P' .and. endstatus = 'E'
   @ row,s_col get temp1
   do first_in with row
   if row+1 = mess_row -1
      @ row+1,1_col say chr(179)
   else
      @ row+1,1_col to mess_row-1,1_col
   endif
   do mid_out with mess_row
   do case
      case code=44950 .or. code=44955
         @ mess_row,s_col say app_mess

      otherwise
         save_spot = recno()
         xtrigger = trigger
         if type <>.0
            box = .t.
         endif
         xtype = type
         go_top
         locate for code = xtrigger
         do case
            case endstatus = 'E'
               xtrigger = trigger
            cas: endstatus = 'R'
               xtrigger = replacedby
         endcase
         go save_spot
         if box .and. xtype <> 49001
            select message
            seek xtype
            @ mess_row,s_col say 'EXCLUDED: '+ TRIM(tdlookfor)
         else
            if xtype = 49001
               select message
               seek xtype
               @ mess_row,s_col say 'EXCLUDED:  '+trim(tolookfor) :
                  + '~' +str(xtrigger,5)+'.'
            else
               @ mess_row,s_col say exc_mess+str(xtrigger,5)+'.'
            endif
         endif
         box = .f.
   endcase
case begstatus = 'P' .and. endstatus = 'N'
   match =.trigger
   SELECT NEW
   locate for (code=PROCESS->code) .or. code = match
   outrow = 17 + recno() - 1
   temp2 = str(recno(),2) + '.  ' + str(code,5)
   @ row, s_col get temp1
   do first_in with row
   SELECT PROCESS
   cur_rec = recno()
   cur_row = row
   match = trigger
   skip
   cur_row = row + 1
   do while .not. eof()
      if code = match
         temp3 = str(cur_row-5,2) + '.  ' +str(code,5)
         clear_cnt = clear_cnt + 1
         X = str(clear_cnt,1)
```

94

CASE

MCK 000061

5,253,164

BEST AVAILABLE COPY

**111**                                                          **112**

```
        clear_rowA = cur_row
        clear_recA = recno()
        @ cur_row,s_col get temp3
        replace skipover with .t.
        clear gets
        do mid_in with cur_row
      else
        @ cur_row,1_col say chr(179)
      endif
      skip
      cur_row = cur_row + 1
   enddo
   @ cur_row,1_col to outrow-1,1_col
   go cur_rec
   do ques_M1 with outrow
   @ outrow,s_col get temp2
   cur_row = outrow + 1
   clear gets
   select new
   say_newrec = recno()
   skip
   do while .not. eof()
      if code = match .or. code = process->code
         new2 = str(recno(),2) + ', ' + str(code,5)
         new2   w = new2 -row
         new2    w = cur_row
         @ cur_row,s_col get new2
         clear gets
         do ques_out with cur_row
         exit       && limited to 2 codes
      else
         @ cur_row,1_col say chr(179)      && only if > 2 codes
      endif
      skip
      cur_row = cur_row + 1
   enddo
   go say_newrec
   @ mess_row,9_col say query_mess
   do moreinfo

case begstatus = 'P' .and. endstatus = 'Q'
        SELECT NEW
        locate for code = PROCESS->code
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + ', ' + str(code,5)
        @ row,s_col get temp1
        clear gets
        do first_in with row
        @ row+1,1_col to cutrow-1,1_col
        do ques_out with outrow
        @ outrow,s_col get temp2
        clear gets
        @ mess_row,9_col say q_mess
        do moreinfo

case begstatus='P' .and. endstatus='L'
        @ row,s_col get temp1
        do first_in with row
        if row+1 = mess_row -1
           @ row+1,1_col say chr(179)
        else
           @ row+1,1_col to mess_row-1,1_col
        endif
        do mid_out with mess_row
        @ mess_row,9_col say l_mess

     endcase
ENDDO
select 2   && process
use process
**set filter to
**go top
**select 9              && Adding records to HISTROY.dbf
**use history           && to keep a log file
**append from process   && commented out, no need for demo
**select 9
**use
**select new
```

MCK 000062

5,253,164

113                                                    114

```
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec_scr2
select process
xcode = code
do case
   case endstatus = 'Q'

      select message
      seek process->type
      xreviewer = reviewer
      note = .f.

      do review with xreviewer
      if note
         mess = trim(message->tolookfor)
         set color to &colorh
         do format1.prg with mess,-15,24,78
         set color to &colorm
      else
         do source
         string = ' '
         store 0 to cur_row, col_beg, col_end, row_beg
         dline1 = 'Before accepting code '+str(xcode,5)+':'
         dline2 = ' '
         dline3 = 'HAVE: '+xsource
         dline4 = ' BY: '+xreview
         dline5 = ' WHY: '
         set color to &colorh
         do rec_box with -17,24,78
         set color to &colorm
      endif
      store .f. to note
      set procedure to lines

   case endstatus = 'N'
      select message
      seek process->type
      xreviewer = reviewer
      note = .f.
      do review with xreviewer
      if note
         mess = trim(message->tolookfor)
         set color to &colorh
         do format1.prg with mess,-15,24,78
         set color to &colorm
      else
         do source
         string = ' '
         store 0 to cur_row, col_beg, col_end, row_beg
         dline1 = 'Before accepting these codes'
         dline2 = ' '
         dline3 = 'HAVE: '+xsource
         dline4 = ' BY: '+xreview
         dline5 = ' WHY: '
         set color to &colorh
         do rec_box with -17,24,78
         set color to &colorm
      endif
      store .f. to note
      set procedure to lines

   case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
      select message
      seek process->type
      mess = trim(message->tolookfor)
      set color to &colorh
      do format1.prg with mess,-15,24,78
      set color to &colorm
```

MCK 000063

5,253,164

115                                                116

```
       store .f. to note
       set procedure to lis_+ 1, no

endcase

return

* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,9 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return

* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
      counter = 0
      do while .t.
            if substr(string,max_size-counter+1,1) = ' '
                  exit
            else
                  counter = counter + 1
            endif
      enddo
      @ cur_row,col_beg say substr(string,1,max_size - counter)
      cur_row = cur_row + 1
      str_size = str_size - max_size + counter - 1
      string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return

* format1.prg
parameters string,row_beg,col_beg,col_end
title = ' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
      row_beg = max(1,(ROW_BEG + (-1)) + ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
      counter = 0
      do while .t.
            if substr(string,max_size-counter+1,1) = ' '
                  exit
            else
                  counter = counter + 1
            endif
      enddo
      @ cur_row,col_beg say substr(string,1,max_size - counter)
      cur_row = cur_row + 1
      str_size = str_size - max_size + counter - 1
      string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

MCK 000064

5,253,164

117

118

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

MCK 000065

119

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

120

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

* * * * *

50

55

60

65

MCK 000066

C

Redacted