IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>         Defendant. | )<br>)<br>)   C.A. No. 04-1258 (SLR)<br>)<br>)<br>)   **REDACTED COPY**<br>)<br>)<br>)<br>) |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF
ITS OPPOSITION TO MCKESSON'S MOTION FOR SUMMARY JUDGMENT
OF INFRINGEMENT**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
  *Attorneys for Defendant*
  *The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

Original Filing Date: January 10, 2006

Redacted Filing Date: January 18, 2006

## THE TRIZETTO GROUP, INC.'S INDEX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO MCKESSON'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

| Exhibit Number | Description |
| --- | --- |
| A. | Excerpts from the deposition of Jeffrey Margolis, taken October 3, 2005 |
| B. | Excerpts from the deposition of Anthony Bellomo, taken September 16, 2005 |
| C. | Excerpts from the deposition of Craig Luftig, taken September 9, 2005 |
| D. | Excerpts from the deposition of Karen Lampe, taken September 14, 2005 |
| E. | Excerpts from the deposition of John Danza, taken September 12, 2005 |
| F. | Excerpts from the deposition of Tara Smith, taken September 14, 2005 |
| G. | Excerpts from the deposition of Tracy Pierson and Carolyn Drini, taken September 12, 2005 |
| H. | Excerpts from the deposition of John Blake, taken September 22, 2005 |
| I. | Excerpts from the deposition of Patricia Keplinger, taken September 14, 2005 |
| J. | Excerpts from the deposition of Clifton Jones, taken September 23, 2005 |
| K. | MCK000278-MCK000300 |
| L. | Excerpts from the deposition of Mark Musen, taken November 22, 2005 |
| M. | Excerpts from the deposition of Margaret Johnson, taken November 29, 2005 |
| N. | Excerpts from the deposition of Randall Davis, taken November 20, 2005 |
| O. | MCK119729-MCK119736 |
| P. | Excerpts from the deposition of Michael Wagner, taken November 21, 2005 |
| Q. | MCK42483-MCK42497 |