IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS
LLC,

              Plaintiff,

    v.

THE TRIZETTO GROUP, INC.

              Defendant.

Civil Action No. 04-1258-SLR

**REDACTED VERSION**

**DECLARATION OF JEFFREY T. THOMAS IN  SUPPORT OF THE TRIZETTO
GROUP INC.'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT REGARDING TRIZETTO'S
INEQUITABLE CONDUCT DEFENSE AND COUNTERCLAIM**

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Attorneys for Defendant
The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

Original Filing Date:  January 10, 2006
Redacted Filing Date:  January 18, 2006

I, Jeffrey T. Thomas, declare and state as follows:

1.      I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys primarily responsible for representing Defendant The TriZetto Group, Inc. ("TriZetto") in the above-captioned action. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I make this declaration in support of TriZetto's Answering Brief in Opposition to Plaintiff McKesson Information Solutions, LLC's ("McKesson's") Motion for Summary Judgment Regarding TriZetto's Inequitable Conduct Defense and Counterclaim.

3.      Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 5,253,164 (the "'164 patent"), which issued to Health Payment Review, Inc. on October 12, 1993.

4.      I attended the deposition of Robert D. Hertenstein, M.D. in the above action, which occurred on September 13 and 14, 2005. Attached hereto as Exhibit 2 are true and correct copies of pertinent pages of the transcript of that deposition.

5.      Attached hereto as Exhibit 3 is a true and correct copy of "An Access-oriented Negotiated Fee Schedule, *The Caterpillar Experience*," authored by Richard H. Egdhal, M.D. and Robert D. Hertenstein, M.D.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an article entitled "Doc's knowledge translates to cost reduction," which was produced by Caterpillar Corporation in the above action and is Bates Stamped CAT 0861.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a memorandum authored by Robert D. Hertenstein, M.D. on January 6, 1987, which is Bates Stamped MCK 113281.

1

8. I attended the deposition of Donald Holloway in the above action, which occurred on September 7 and 8, 2005. Attached hereto as Exhibit 6 are true and correct copies of pertinent pages of the transcript of that deposition.

9. Attached hereto as Exhibit 7 is a true and correct copy of a document entitled "Final Report to Caterpillar, Inc. and Sun Company on Evaluation of Negotiated Surgeon Claims," which was prepared by the Health Policy Institute of Boston University and is Bates Stamped MCK 119935-119946.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Donald Holloway to James Adams of Sun Company, Inc. dated May 8, 1987, which is Bates Stamped MCK 119708.

11. Attached hereto as Exhibit 9 is a true and correct copy of a document entitled "Proposal to Aetna Life and Casualty Insurance Company for Evaluating Potential Savings from Increased Accuracy in CPT-4 Coding," which was prepared by the Health Policy Institute of Boston University and is Bates Stamped MCK 120112-120122.

12. Attached hereto as Exhibit 10 is a true and correct copy of a memorandum from Donald Holloway to Richard Egdahl, Charles Smith and Robert Hertenstein, M.D. dated September 14, 1987, which is Bates Stamped MCK 119729-119736.

13. I attended the deposition of Marcia J. Radosevich in the above action, which occurred on July 7, 2005. Attached hereto as Exhibit 11 are true and correct copies of pertinent pages of the transcript of that deposition.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Combined Declaration and Power of Attorney signed by the named inventors on the '164 patent, which is Bates Stamped MCK 000195-000198.

15. Attached hereto as Exhibit 13 is a true and correct copy of Special Master Order No. 5, which was issued by the Honorable Louis C. Bechtle in the above action on December 19, 2005.

16.    Attached hereto as Exhibit 14 are true and correct copies of pertinent pages of the transcript of the deposition of Kelli A. Dugan, which occurred on September 23, 2005.

17.    Attached hereto as Exhibit 15 is a true and correct copy of a Preliminary Amendment to the application for what would become the '164 patent that was filed with the United States Patent and Trademark Office on January 29, 1991. The document is Bates Stamped MCK 000278-000300.

18.    Attached hereto as Exhibit 16 are true and correct copies of pertinent pages of the transcript of the deposition of George A. Goldberg, which occurred on September 13 and 28, 2005.

19.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from Donald Holloway to Sam Fager, M.D. of Aetna Life and Casualty Insurance Company dated July 29, 1987, which is Bates Stamped MCK 119859-199860.

20.    Attached hereto as Exhibit 18 is a true and correct copy of George A. Goldberg's *curriculum vitae*, which is Bates Stamped GG 0001-0005.

21.    Attached hereto as Exhibit 19 is a document entitled "Vendor Comparison," which is Bates Stamped MCK 155748.

22.    Attached hereto as Exhibit 20 is a true and correct copy of The First Set of Special Interrogatories that TriZetto served on McKesson on December 14, 2004. McKesson never disclosed the Advanced MedLogic System in its original response, or any supplemental responses, to Interrogatory Nos. 9 or 10.

23.    Attached hereto as Exhibit 21 is a draft Affidavit of George Goldberg, M.D., which is Bates Stamped MCK 155713-155718.

3

24.     Attached hereto as Exhibit 22 is a true and correct copy of a letter form Jeffrey G. Randall of Skadden, Arps, Slate, Meagher & Flom LLP to Michael A. Sitzman of Gibson, Dunn & Crutcher LLP dated September 2, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 10th day of January, 2006, at Irvine, California.

Jeffrey T. Thomas

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2006 she electronically filed Declaration of Jeffrey T. Thomas (Redacted Version) in Support of the TriZetto Group Inc.'s Answering Brief in Opposition To Plaintiff's Motion For Summary Judgment Regarding Trizetto's Inequitable Conduct Defense and Counterclaim with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

The undersigned also hereby certifies that copies were caused to be served on January 18, 2006 upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

### BY E-MAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

*/s/ Melissa S. Myers*

Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mmyers@mnat.com