## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2006

**BY ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court for the
District of Delaware
844 N. King Street
Wilmington, Delaware 19801

RE:   *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
C.A. No. 04-1258-SLR

Dear Dr. Dalleo:

It has come to my attention that I unintentionally omitted one page from Exhibit 1 of the Declaration of Michael A. Barlow in Support of Plaintiff's Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability (D.I. 151), filed December 15, 2005. Enclosed please find a copy of the corrected declaration.

Respectfully submitted,

Michael A. Barlow   (Del. I.D. #3928)

cc:   Jack B. Blumenfeld, Esq. (by hand delivery)
Rodger D. Smith (by e-filing)

441917.01-Wilmington Server 1A - MSW