IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS )
LLC,                           )
                               )     CIVIL ACTION NO. 04-1258-SLR
            Plaintiff,         )
                               )
       v.                      )
                               )
THE TRIZETTO GROUP, INC.,      )
                               )
            Defendant.         )

## DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT AND COUNTERCLAIM FOR DECLARATION OF UNENFORCEABILITY

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I am a member of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC ("McKesson") in the above-captioned action. I submit this declaration in support of the Plaintiff's Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| **Description** | **Exhibit No.** |
|---|---|
| Excerpts from Defendant the TriZetto Group, Inc.'s Response to McKesson Information Solutions, LLC's First Set of Interrogatories | 1 |
| Defendant's Rule 26(a)(1) Disclosure Statement | 2 |
| Excerpts from deposition of Donald Holloway taken on September 8, 2005 | 3 |
| Richard Egdahl and Robert Hertenstein, "An Access-oriented Negotiated Fee Schedule: The Caterpillar Experience" | 4 |
| Amar Bhide and Brian Mohan, *Marcia Radosevich and Health Payment Review: 1989(A)*, Harvard Business School Case, 9-394-204 (Feb. 1999) | 5 |
| Excerpts from deposition of Marcia J. Radosevich taken on July 7, 2005 | 6 |
| Subpoena in a Civil Case to Peter Corless, January 3, 2005 | 7 |
| Subpoena in a Civil Case to Jason Honeyman, January 3, 2005 | 8 |
| Subpoena in a Civil Case to Anthony Jason Mirabito, December 20, 2004 | 9 |
| Objection of Peter Corless of Edwards & Angell, LLP to Defendant's Subpoena, January 10, 2005 | 10 |
| Non-Party Jason M. Honeyman's Responses and Objections to Subpoena Served By Plaintiff, January 3, 2005 | 11 |
| Letter from A. Jason Mirabito in Response to Subpoena in a Civil Case, January 28, 2005 | 12 |
| Excerpts from deposition of Kelli A. Dugan taken on September 23, 2005 | 13 |
| Excerpts from deposition of George A. Goldberg taken on September 13, 2005 | 14 |
| Excerpts from deposition of Robert Hertenstein, M.D. taken on September 14, 2005 | 15 |
| Excerpts from deposition of Randall Davis, Ph.D. taken on November 30, 2005 | 16 |

I declare under penalty of perjury that the foregoing is true and

correct.

Executed December 15, 2005.

Michael A. Barlow (I.D. # 3928)