IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) ) | REDACTED VERSION |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MARGARET L. JOHNSON AND MARK A. MUSEN**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA 92614
(949) 451-3800

Original Filing Date: January 12, 2006

Redacted Filing Date: January 20, 2006

THE TRIZETTO GROUP, INC.'S INDEX OF EXHIBITS IN SUPPORT OF
ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF MARGARET L. JOHNSON AND MARK A. MUSEN

| Exhibit Number | Description |
|---|---|
| J. | MCK000278-000300 |
| K. | Excerpts from the deposition of Donald Holloway, taken September 8, 2005 |
| L. | Excerpts from the deposition of Randall Davis, taken November 30, 2005 |
| M. | Excerpts from the deposition of Jeffrey Margolis, taken October 3, 2005 |
| N. | Excerpts from the deposition of Anthony Bellomo, taken September 16, 2005 |
| O. | Excerpts from the deposition of Craig Luftig, taken September 9, 2005 |
| P. | Excerpts from the deposition of Karen Lampe, taken September 14, 2005 |
| Q. | Excerpts from the deposition of John Danza, taken September 12, 2005 |
| R. | Excerpts from the deposition of Tara Smith, taken September 14, 2002 |
| S. | Excerpts from the deposition of Mark Musen, taken November 22, 2005 |

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 20, 2006, I caused to be electronically filed The TriZetto Group Inc.'s Appendix of Exhibits in Support of its Reply Brief In Support Of Its Motion To Exclude The Expert Testimony Of Margaret L. Johnson and Mark A. Musen (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on January 20, 2006, upon the following in the manner indicated:

>**BY EMAIL AND HAND**
>
>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE  19899
>
>**BY EMAIL AND FEDERAL EXPRESS**
>
>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue
>Suite 1100
>Palo Alto, CA  94301

>/s/   Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com