IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR <br><br> **REDACTED PUBLIC VERSION** <br><br> Confidential Version Filed: January 20, 2006 <br><br> Redacted Public Version Filed: January 25, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT AND COUNTERCLAIM FOR DECLARATION OF UNENFORCEABILITY**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Reply Brief in Support of its Motion for Summary Judgment of Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the deposition of Donald Holloway, taken September 8, 2005. | 17 |
| Excerpts from the deposition of Robert Hertenstein, M.D., taken September 14, 2005. | 18 |
| Excerpts from the deposition of George A. Goldberg, M.D., taken September 13 & 28, 2005. | 19 |
| "Proposal to Aetna Life & Casualty Company for Developing MedReview™: An Expert System for Applying Medical Judgment to Surgeons' Claims," Submitted by HPR Inc., October 1987. | 20 |
| "Enhancing Accuracy and Timeliness Is Integral To The Claims Adjudication Process," *Employee Benefit Plan Review*, Dec. 1985. | 21 |
| "System validates medical fee schedules," *Best's Review: Life/Health*, June 1987. | 22 |
| Weitzel, J.R. et al., "A Company/University Joint Venture to Build a Knowledge-Based System," *MIS Quarterly*, vol. 12, no. 1, Mar. 1988. | 23 |
| Snyder, C., "From research to reality: the leading edge of expert systems," *Insurance Software Review*, vol. 12, no. 3, Autumn 1987. | 24 |
| Letter dated May 3, 2005 from Khoi D. Nguyen to T.K. Roosevelt. | 25 |
| Letter dated May 9, 1995 from Howard F. Mandelbaum to Scott H. Slayton | 26 |
| *GMIS, Inc. v. Health Payment Review, Inc.*, Order dated January 19, 2005 | 27 |
| Letter dated April 28, 2005 from Khoi D. Nguyen to T.K. Roosevelt | 28 |
| "AMS," December 1986 | 29 |
| "Advanced MedLogic Systems™ Product Overview," May 1987 | 30 |
| Letter dated June 24, 1994 from Richard I. Samuel and David A. Jacobs to William T. Hangley | 31 |
| Letter dated November 8, 1994 from Richard M. Lehrer to Michael Lieberman | 32 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 20, 2006

_____
Michael A. Barlow (I.D. # 3928)

## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 20, 2006, I electronically filed Plaintiff's Reply Brief in Support of Its Motion for Summary Judgment Regarding Defendant's Seventh Affirmative Defense of Inequitable Conduct and Counterclaim for Declaration of Unenforceability and the Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

440372.02-Wilmington S1A