IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>Confidential Version Filed: January 20, 2006<br><br>Redacted Public Version Filed: January 25, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Reply Brief in Support of its Motion for Summary Judgment of Infringement, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the deposition of Margaret L. Johnson, taken November 29, 2005 | 1 |
| Excerpts from Merriam Webster's Collegiate Dictionary, Tenth Edition | 2 |
| Excerpts from the deposition of TriZetto's 30(b)(6) designee on Facets, Craig Luftig, taken September 9, 2005 | 3 |
| Excerpts from the deposition of Blue Cross Blue Shield, Tennessee (John Blake), taken September 22, 2005 | 4 |
| Excerpts from the deposition of TriZetto's 30(b)(6) designee on ClaimFacts, Karen Lampe, taken September 14, 2005 | 5 |
| Excerpts from the deposition of TriZetto's 30(b)(6) designee on QicLink, John Danza, taken September 12, 2005 | 6 |
| Excerpts from the deposition of Harrington Benefits (Patricia Keplinger), taken September 14, 2005 | 7 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 20, 2006

_____
Michael A. Barlow (I.D. # 3928)

## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 20, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Reply Brief in Support of Its Motion for Summary Judgment of Infringement and the Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com