IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | C.A. NO. 04-1258 (SLR) <br><br> **REDACTED PUBLIC VERSION** <br><br> Confidential Version Filed: January 20, 2006 <br><br> Redacted Public Version Filed: January 25, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF'S ANSWERING CLAIM CONSTRUCTION BRIEF**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC ("McKesson") in the above-captioned action. I submit this declaration in support of McKesson's Brief in Response to TriZetto's Opening Claim Construction Brief, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
| --- | --- |
| *Metrologic Instruments, Inc. v. PSC, Inc.*, No. 99-4876, 2004 LEXIS 24949 (D. N.J. Dec. 13, 2004) | 1 |
| Excerpts from the deposition of Philip M. Hawley, Jr., M.D. taken on November 30, 2005 | 2 |
| *Warrior Lacrosse, Inc. v. STX, LLC*, No. 04-70363, 2005 WL 1378752 (E.D. Mich. June 2, 2005) | 3 |
| *Orion IP, LLC v. Staples, Inc.*, No. 2:04-CV-297, 2005 WL 3447887 (E.D.Tex. Dec. 15, 2005) | 4 |
| Excerpts from the deposition of Mark Musen, M.D., Ph.D. taken on November 22, 2005 | 5 |
| Excerpts from the deposition of Margaret L. Johnson, Ph.D., taken on November 29, 2005 | 6 |
| Excerpts from the expert opinion report of Philip M. Hawley, Jr., M.D. dated October 24, 2005 | 7 |
| HIPAA Training 101: Achieving HIPAA Compliance Seminar http://www.trizetto.com/hpSolutions/hipaaTraining101.asp | 8 |
| Excerpt from Merriam-Webster's Collegiate Dictionary, 10th Edition | 9 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 20, 2006.

_____
Michael A. Barlow (I.D. # 3928)

## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 20, 2006, I electronically filed Plaintiff's Answering Claim Construction Brief and the Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com