| | | | | |
|---|---|---|---|---|
| **10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:** | *See Claim 1.* | *See Claim 1.* | *See Claim 1.* | |
| **(a) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;** | a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes | *See Claim 1.* | a predetermined database containing medical service codes and a set of relationships among the medical service codes | **a predetermined database** |
| | | | | *See Claim 1.* |
| | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes | *See Claim 1.* | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** |
| | | | | *See Claim 1.* |
| **(b) means for receiving at least one claim;** | *See Claim 3.* | | | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to* |

4021672_5.DOC

| Claim Term / Phrase to Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (d) means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim; | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim, as well as its equivalents. See Figs. 2, 4 & 6. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. |

| Claim Term / U.S. Patent Claim Language | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| (e) **means for authorizing medical service codes which are not contained in any other medical service code;** and | App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 10. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 10; col. 10, ll. 51-64. | *TriZetto offers the following construction of this element:*<br><br>Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment. |
| | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |

| Claim Terms to Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| (f) <u>means for rejecting</u> medical service codes which are contained in any other medical service code. | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>*Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should not be authorized for payment, as determined by the "determining" step.* |
| **Claim Terms to Be Construed** | **McKesson's Proposed Claim Function Construction** | **TriZetto's Proposed Claim Construction** |
| 11.    The apparatus of claim 10, further comprising <u>means for revising the at least one claim to not include a rejected medical service code.</u> | The structure corresponding to this means comprises software capable of revising the at least on claim to not include a rejected medical service code, as well as its equivalents. *See* Figs. 1, 2 & 4; App. A; equivalents. | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding* |

4021672_5.DOC

| Claim Term/Phrase to be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | App. B; App. D; col. 6, ll. 30-43; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 1, 2 & 4; App. A; App. B; app. D; col. 6, ll. 30-43; col. 10, ll. 8-16 & 51-64. | to this claim limitation, as required by the Court's September 22, 2005 Order. |
| 12. __A computer system__ including a central processing unit and associated memory for processing input claims containing at least one __medical service code__, comprising: | __a computer system__<br>*See Claim 1.*<br><br>__medical service code__<br>*See Claim 1.* | __a computer system__<br>*See Claim 1.*<br><br>__medical service code__<br>*See Claim 1.* |
| (a) __a predetermined database__ stored in the associated memory, the database __containing medical service codes and a set of__ | __a predetermined database . . . containing medical service codes and a set of__ medical service relationships among the medical service | __a predetermined database__ __containing medical service codes and a set__ containing medical service codes and a set of |

4021672_5.DOC

| Claim Language to be Construed | McKesson's Proposed Claim Construction | TriZeto's Proposed Claim Construction |
|---|---|---|
| relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes: | codes<br><br>See Claim 1. | of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>See Claim 1. |
| (b) means for receiving at least one claim; | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>See Claim 1. | a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes<br><br>See Claim 1. |
|  | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZeto does not believe that the function described in this element requires construction. |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in |

| Claim Terms to be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| service codes; | | the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (d)  means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim; | The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service codes in the at least one claim, as well as its equivalents. See Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. See Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. TriZetto offers the following construction of the function described in this element: Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment. |
| (e)  means for authorizing medical service codes which are not medically exclusive with any | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in |

| Claim Term / Phrase / Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| other medical service codes in the at least one claim in response to the means for determining; and | | the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>TriZetto offers the following construction of the function described in this element:<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |
| (f) means for rejecting medical service codes which are medically exclusive with any other medical service codes in the at least one claim in response to the determining step. | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>TriZetto offers the following construction of the function described in this element:<br><br>Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step. |

| Claim Terms to Be Construed | McKesson's Proposed Claim Construction | Defendants' Proposed Claim Construction |
|---|---|---|
| | | step. |
| 13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | | |
| a computer system | See Claim 1. | a computer system<br>See Claim 1. |
| medical service code | See Claim 1. | medical service code<br>See Claim 1. |
| a predetermined database ... containing relationships among the medical service codes | See Claim 1. | a predetermined database containing medical service codes and a set of relationships among the medical service codes<br>See Claim 1. |
| (a) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones | | |

4021767_5.DOC

| [Claim Language] | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| of the medical service codes: | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>See Claim 1. | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes**<br><br>See Claim 1. |
| (b) means for receiving at least one claim; | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| **(c) means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and** | The structure corresponding to this means comprises software capable of interacting with the database to determine whether any medical service code contained in the at least one claim is not present in the database, as well as its equivalents. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>*TriZetto offers the following construction of* |

4021767_5.DOC

| Claim Term to Be Construed | McKesson's Construction | McKesson's Proposed Claim Construction | TriZeto's Proposed Claim Construction or Position |
|---|---|---|---|
| | skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. C; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | | *the function described in this element:* Performing a check to verify that the medical service codes input by the user as part of a claim actually exist in the predetermined database. |
| (d)   means for informing a user that a medical service code is not contained in the predetermined database. | McKesson agrees with TriZeto that this claim element doe not require construction. The structure corresponding to this means comprises hardware and software capable of informing a user that a medical service code is not contained in the database, as well as its equivalents. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm could be used to perform the claimed function in accordance with this claim. *See* Figs. 2 & 3; App. D; col. 5, ll. 4-15; col. 10, ll. 51-64. | | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZeto does not believe that the function described in this element requires construction.* |
| 14.    A computer system | a computer system | a computer system | a computer system |

4021767_5.DOC

| Claimed Element (Disputed) | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| including a central processing unit and associated memory for processing input claims containing at least one **medical service code**, comprising: | *See Claim 1.* | *See Claim 1.* |
| | **medical service code** <br> *See Claim 1.* | **medical service code** <br> *See Claim 1.* |
| (a) **a predetermined database** stored in the associated memory, the database containing **medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes:** | **a predetermined database . . . containing medical service codes and a set of relationships among the medical service codes** <br> *See Claim 1.* | **a predetermined database** containing medical service codes and a set of relationships among the medical service codes <br> *See Claim 1.* |
| | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** <br> *See Claim 1.* | **a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes** <br> *See Claim 1.* |

| Claim Terms/Clauses Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| (b) means for receiving at least one claim; | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | See Claim 3. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (d) means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical criteria with any other | means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one | means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim |

40217672_5.DOC

| Claim Term / Element / [Construction] | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| medical service code in the at least one claim: | **claim**<br>The structure corresponding to this means comprises software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim, as well as its equivalents. *See* Figs. 2, 4 & 6; App. A; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See* Figs. 2, 4 & 6; App. B; App. C; App. D; col. 5, l. 53 – col. 7, l. 60; col. 10, ll. 51-64.<br><br>**non-medical criteria**<br>*See Claim 2.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*<br><br>*TriZetto offers the following construction of the function described in this element:*<br><br>*Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is not appropriate for payment.*<br><br>**non-medical criteria**<br>*This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification.* |
| (e) **means for authorizing** | *See Claim 3.* | *This means-plus-function element lacks* |

29

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZeto's Proposed Claim Construction |
|---|---|---|
| medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and | | complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.

*TriZeto offers the following construction of the function described in this element:*

*Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user as part of a claim should be authorized for payment, as determined by the "determining" step.* |
| (f) means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining | *See Claim 3.* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.*

*TriZeto offers the following construction of the function described in this element:*

*Displaying on a computer monitor or otherwise communicating to a user that one or more medical service codes input by the user* |

30

4021767_2_5.DOC

| Claim Term/Phrase to be Construed | McKesson's Proposed Claim Construction | Claim | TriZetto's Proposed Claim Construction |
|---|---|---|---|
| | | | as part of a claim should not be authorized for payment, as determined by the "determining" step. |
| 15.  A computer system including a central processing unit and associated memory for processing input claims containing at least one *medical service code*, comprising: | | | a computer system<br><br>See Claim 1. |
| | *medical service code*<br><br>See Claim 1. | medical service code<br><br>See Claim 1. | |
| (a)  *a predetermined database* stored in the associated memory, the database *containing medical service codes and a set of relationships among the medical service codes defining whether* | *a predetermined database . . . . containing medical service codes and a set of relationships among the medical service codes*<br><br>See Claim 1. | a predetermined database<br><br>See Claim 1. | a predetermined database containing medical service codes and a set of relationships among the medical service codes |

4021767_5.DOC

| Claim Terms and/or Claim Elements | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | *See Claim 1.* |
| *selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;* | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*<br><br>*See Claim 1.* | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes*<br><br>*See Claim 1.*<br><br>This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.<br><br>Notwithstanding, TriZetto does not believe that the function described in this element requires construction. |
| (b) means for receiving at least one claim; | *See Claim 3.* | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding |
| (c) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | *See Claim 3.* | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding |

| Claim Terms to Be Construed | McKesson's Proposed Claim Construction | Proposed U.S. Patent 5,253,164 Claim Construction |
|---|---|---|
| | | to this claim limitation, as required by the Court's September 22, 2005 Order. *Notwithstanding, TriZetto does not believe that the function described in this element requires construction.* |
| **(d) means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;** | *See Claim 3.* | **means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database** <br><br> *See Claim 3.* <br><br> **valid or invalid** <br><br> *See Claim 3.* |
| (e) means for authorizing the at least one claim in response to the means for determining; and | The structure corresponding to this means comprises software capable of authorizing the at least one claim in response to the means for determining, as well as its equivalents. *See Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16.* It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. *See Figs. 1, 2 & 4; App. A;* | *This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order.* <br><br> *TriZetto offers the following construction of the function described in this element:* <br><br> Displaying on a computer monitor or otherwise communicating to a user that the |

33

4021767_5.DOC

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction (if in conflict) |
|---|---|---|
| | App. B; App. C; App. D; col. 4, ll. 42-47 & 56-68; col. 6, ll. 30-40; col. 10, ll. 8-16 & 51-64. | entire medical claim should be authorized for payment if one of the input medical service codes contained in that medical claim is appropriate for payment, as determined by the "determining" step. |
| (f) means for rejecting the at least one claim in response to the means for determining. | The structure corresponding to this means comprises software capable of rejecting the at least one claim in response to the means for determining, as well as its equivalents. See Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16. It is disclosed or otherwise inferred that one skilled in the art would know what specific software/algorithm(s) could be used to perform the claimed function in accordance with this claim. See Figs. 1, 2 & 4; App. A; App. B; App. C; App. D; col. 4, ll. 42-50; col. 6, ll. 30-43; col. 7, ll. 18-31; col. 10, ll. 8-16 & 51-64. | This means-plus-function element lacks complete supporting structure, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. *TriZetto offers the following construction of the function described in this element:* Displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should not be authorized for payment if one of the input medical service codes contained in that medical claim is not appropriate for payment, as determined by the "determining" step. |

4021672_5.DOC

34

| Claim Language Term to be Construed | | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 16. In a computer system having *means for operating on a predetermined database containing medical service codes and a set of predetermined relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes*, a method for processing input claims containing at least one medical service code, comprising the steps of: | *means for operating on a predetermined database* | *See Claim 1.* | *means for operating on a predetermined database*<br>*See Claim 1.* |
| | | | *a computer system*<br>*See Claim 1.* |
| | *a predetermined database containing medical service codes and a set of relationships among the medical service codes* | *See Claim 1.* | *a predetermined database containing medical service codes and a set of relationships among the medical service codes*<br>*See Claim 1.* |
| | *medical service codes* | *See Claim 1.* | *medical service codes*<br>*See Claim 1.* |

| Claim Terms to be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes* | *See Claim 1.* | *a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes*<br><br>*See Claim 1.* |
| (a) receiving at least one claim; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZeto does not currently believe this limitation requires construction.* |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | Ordinary meaning. No construction required. | *This claim limitation contains no act, only function, and the specification does not provide any supporting acts corresponding to this claim limitation. Notwithstanding, TriZeto does not currently believe this limitation requires construction.* |
| (c) **determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;** | Ordinary meaning. No construction required. | *determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database*<br><br>*This means-plus-function or step plus function element lacks complete supporting structure* |

4021767.2_5.DOC

| Claim Term/Phrase to Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | or corresponding acts, because the predetermined database is not disclosed in the specification. McKesson has failed to specifically identify structure or acts corresponding to this claim limitation, as required by the Court's September 22, 2005 Order. |
| | | With regard to construction of the function described in this element, TriZetto offers the following construction: |
| | | Applying a rule specifying that if two or more particular medical service codes are input together as part of the same claim, then one of the input medical service codes is appropriate or not appropriate for payment. |
| | | **valid or invalid** |
| | | This phrase is indefinite, in so far as a person of ordinary skill in the art would not know what this phrase covers and the phrase is not defined in the specification. |
| (d) authorizing the at least one claim in response to the determining step; and | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation. |

| Claim Terms To Be Construed | McKesson's Proposed Claim Construction | TriZetto's Proposed Claim Construction |
|---|---|---|
| | | With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should be authorized for payment if one of the input medical service codes contained in that medical claim is appropriate for payment, as determined by the "determining" step. |
| (e) rejecting the at least one claim in response to the determining step. | Ordinary meaning. No construction required. | McKesson has failed to identify any structure or supporting acts corresponding to this claim limitation. TriZetto contends that there is no structure or supporting acts set forth in the specification to support this claim limitation.<br><br>With regard to construction of the function, TriZetto believes that this claim limitation should be construed to mean displaying on a computer monitor or otherwise communicating to a user that the entire medical claim should not be authorized for payment if one of the input medical service codes contained in that medical claim is not appropriate for payment, as determined by the "determining" step. |

## CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on January 27, 2006 I electronically filed the redacted version of The TriZetto Group, Inc.'s Appendix of Exhibits in Support of Its Reply Brief Filed In Support of Its Motion For Summary Judgment of Non-Infringement (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on January 27, 2006 upon the following in the manner indicated:

### BY EMAIL and FEDERAL EXPRESS

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301

> */s/      Melissa Stone Myers (#3985)*
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> mmyers@mnat.com