IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR <br><br> REDACTED PUBLIC VERSION <br><br> Confidential Version Filed: January 20, 2006 <br><br> Redacted Public Version Filed: January 27, 2006 |

**TRANSMITTAL DECLARATION OF MICHAEL A. BARLOW
IN SUPPORT OF PLAINTIFF'S
REPLY BRIEF IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT REGARDING DEFENDANT'S EIGHTH
<u>AFFIRMATIVE DEFENSE OF LACHES AND ESTOPPEL</u>**

Michael A. Barlow hereby deposes and says:

1. I am associated with Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the plaintiff in this action. I submit this declaration in support of Plaintiff's Reply Brief in Support of its Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense of Laches and Estoppel.

2. Attached hereto are true and correct copies of the following documents referenced in Plaintiff's Reply Brief in Support of Its Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense of Laches and Estoppel.

1

| Exhibit | Description |
|---|---|
| 26 | A portion of the official transcript for the 10/04/2005 deposition of Eric King, Esq. |
| 27 | Judge Bechtle's Special Master Order No. 5, dated December 19, 2005. |
| 28 | Judge Bechtle's Special Master Order No. 3, dated December 5, 2005. |
| 29 | Transcript of the 09/08/2005 hearing before Honorable Chief Judge Robinson. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2006.

_____
Michael A. Barlow (I.D. #3928)

## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on January 20, 2006, I electronically filed Plaintiff's Reply Brief in Support of Its Motion for Summary Judgment Regarding Defendant's Eighth Affirmative Defense of Laches and Estoppel and the Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com