IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. ) | C.A. No. 04-1258 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant The Trizetto Group, Inc.'s Designation of Rebuttal Fact Witnesses were caused to be served on February 2, 2006 upon the following in the manner indicated:

BY UPS NEXT-DAY AIR AND E-MAIL

Thomas J. Allingham II
Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
tallingh@skadden.com
mbarlow@skadden.com

Jeffrey G. Randall
David W. Hansen
Bernard C. Shek
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301
jrandall@skadden.com
dhansen@skadden.com
bshek@skadden.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/  *Jack B. Blumenfeld*
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith, II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                  Attorneys for Defendant
                  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

February 2, 2006

430567

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 2, 2006 I electronically filed Notice of Service of Defendant The Trizetto Group, Inc.'s Designation of Rebuttal Fact Witnesses with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on February 2, 2006 upon the following in the manner indicated:

> BY HAND
>
> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> BY EMAIL
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301
> jrandall@skadden.com

>                 /s/     Jack B. Blumenfeld (#1014)
>                 Morris, Nichols, Arsht & Tunnell LLP
>                 1201 N. Market Street
>                 P.O. Box 1347
>                 Wilmington, DE  19899
>                 (302) 658-9200
>                 jblumenfeld@mnat.com