# EXHIBIT A

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| Common Claim Term(s) | Applicable Claim(s) | McKesson's Proposed Structure | Exemplary Disclosure(s) Discussing Algorithm |
|---|---|---|---|
| "means for operating on a predetermined database" | Claims 1, 2 and 16 | "data processing capabilities, memory, and software capable of managing a database, as well as their equivalents" | "The computer system 2 may be *any type of suitable computer system* which can interact with the program of the present invention. One such suitable computer system is the well-known IBM "personal computer" *containing sufficient data processing capabilities and memory and suitable commercially available database management software programs to perform the desired functions*. Other suitable computer systems exist and are intended to come within the scope of the present invention." '164 col. 4, ll. 33-42; *id.* Figure 1, item 2. |
| "means for receiving at least one claim" | Claims 3, 10, 12, 13, 14 and 15 | "hardware and software capable of receiving the at least one claim by the computer system, as well as equivalents" | "*Claims to be processed 1 are received* by the entity from whom payments are requested. . . . The computer system 2 may be *any type of suitable computer system* which can interact with the program of the present invention. One such suitable computer system is the well-known IBM "personal computer" *containing sufficient data processing capabilities and memory and suitable commercially available database management software programs to perform the desired functions*." '164 col. 4, ll. 25-40; *id.* Figure 1, item 2. |
| "means for ascertaining whether the at least one claim contains a plurality of medical service | 3, 10, 12, 14 and 15 | "software capable of ascertaining whether the at least one claim contains a plurality of medical service codes by counting and storing the number of medical | "In step 18, *the number of codes resulting from the foregoing steps is counted and stored*." '164 col. 5, ll. 45-47; *see also id.* col. 5, ll. 52-53 ("It will be recalled that in step 18 *the number of codes was determined and stored*"); *id.* Figure 3, |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | |
|---|---|---|
| codes" | service codes in the claim, as well as its equivalents" | item 18. |
| "means for determining whether any medical service code contained in the at least one claim is [criterion]" | In *10*, [criterion] = "*included in* any other medical service code in the at least one claim"; | "software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim appears with any other medical service code(s) in a set of code(s) indicating that the one medical service code is included in any other medical service code in the at least one claim, as well as its equivalents." | Appendix B, rule E1 and/or E2:<br><br>  Exclude BCODE to CCODE (Keep ACODE)<br><br>  E2  If ACODE appears with another code in the range of (and including) BCODE to CCODE, exclude BCODE to CCODE, and keep ACODE.<br><br>  Keep BCODE to CCODE (Exclude ACODE)<br><br>  E1  If ACODE appears with another code in the range of (and including) BCODE to CCODE, exclude ACODE, and keep BCODE to CCODE.<br><br>*See also* '164 col. 6, ll. 30-33, 37-39; *id.* Figure 4, item 23, Figure 6, item 1. |
| | In *12*, [criterion] = "*medically exclusive* with any other medical service code in the at least one claim"; | "software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim appears with any other medical service code(s) in a set of code(s) indicating that the one medical | Appendix B, rule E1 and/or E2 (see above); *see also* '164 col. 6, ll. 30-33, 37-39; *id.* Figure 4, item 23, Figure 6, item 1. |

*McKesson Information Solutions, LLC v. The TriZetto Group, Inc., C.A. No. 04-1258-SLR*

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | | |
|---|---|---|---|
| | | service code is medically exclusive with any other medical service codes in the at least one claim, as well as its equivalents." | |
| | In *14*, [criterion] = "*mutually exclusive due to non-medical criteria* with any other medical service code in the at least one claim"; | "software capable of interacting with the database to determine whether one of the medical service codes in the at least one claim appears with any other medical service code(s) in a set of code(s) indicating that the one medical service code is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim, as well as its equivalents." | Appendix B, Rule E1 and/or E2 (see above) and/or EP:<br><br>EP  If ACODE appears with another code in the range of (and including) BCODE to CCODE, and POS is ECODE,<br>        then exclude ACODE and keep BCODE to CCODE.<br><br>See also '164 col. 6, ll. 30-33, 37-39, col. 7, ll. 2-5, Appendix A, Example 17; *id.* Figure 4, item 23, Figure 6, item 1. |
| | In *13*, [criterion] = "*not present in the predetermined database*") (note: no "means for authorizing" or "means for rejecting" in claim 13); and | "software capable of interacting with the database to determine whether any medical service code contained in the at least one claim is not present in the database by performing a lookup operation either in the predetermined database itself or in a database containing an index of the medical service codes that may appear in the predetermined database, as well as its equivalents." | "In step 23, the codes, multiple in this case, … are examined first by looking up from the INTERACT database 24 any references to those specific multiple codes presented in step 22 to which will be applied one or more of the rules shown in summary form in FIG. 6 and more fully detailed in Appendix B." '164 col. 6, ll. 19-26; *see also id.* col. 5, ll. 8-25 (describing lookup in ALLCODE database 11, which contains an index of all medical service codes that may appear in the predetermined database); *id.* Figure 4, item 23. |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | |
|---|---|---|
| In *3* and *15*, [criterion] = *"valid or invalid by interacting with the database and the set of relationships contained in the database."* | "software capable of interacting with the database and the set of relationships therein to determine whether one of the medical service codes appears with any other medical service code(s) in a set of code(s) as defined in the relationships to indicate that the one medical service code is valid or invalid, as well as its equivalents" | Appendix B, any one or more of rules E1, E2, EA, EP (see above), R1, R2 … RN: <br><br> Replace ACODE with DCODE <br><br> R1  If ACODE appears with another code in the range of (and including) BCODE TO CCODE, delete ACODE, keep BCODE TO CCODE, and add DCODE. <br><br> Replace ACODE, BCODE, CCODE, and DCODE (in ascending order) with ECODE <br><br> R2  If ACODE appears with BCODE, delete ACODE and BCODE and add CCODE. <br><br> R3  If ACODE appears with BCODE and CCODE, delete ACODE, BCODE, and CCODE, and add DCODE. <br><br> R4  If ACODE appears with BCODE, CCODE, and DCODE, delete ACODE, BCODE, CCODE, and DCODE, and add ECODE. <br><br> [RN  If ACODE appears with BCODE, |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | | |
|---|---|---|---|
| "means for authorizing medical service codes which [meet criterion] in response to the means for determining" | 10 (codes [meet criterion] if they "are not contained in any other medical service code") (note: authorization is not "in response to the means for determining") | "software capable of authorizing medical service codes which are not contained in any other medical service code by keeping medical service codes that do not appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are included in any other code(s), as well as its equivalents. | CCODE, ... and NCODE, delete ACODE, BCODE, ... and NCODE, and add {N+1}CODE.] <br><br> See also '164 col. 5, ll. 59-66, col. 6, ll. 30-33, 37-39, col. 7, ll. 2-10, 18-31; id. Figure 4, items 23, 25, 26, Figure 6, item 1. <br><br> Appendix B, rule E1 and/or E2 (see above); see also '164 col. 6, ll. ll. 30-40; id. Figure 4, item 23, Figure 6, item 1. |
| | 12 (codes [meet criterion] if they "are not medically exclusive with any other medical service codes in the at least one claim") | "software capable of authorizing medical service codes which are not medically exclusive with any other medical service codes in the at least one claim by keeping medical service codes that do not appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are medically exclusive with any other code(s)}in response to the means for determining, as well as its equivalents." | Appendix B, rule E1 and/or E2 (see above); see also '164 col. 6, ll. ll. 30-40; id. Figure 4, item 23, Figure 6, item 1. |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | | |
|---|---|---|---|
| | 14 (codes [meet criterion] if they "are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim") | "software capable of authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim by keeping medical service codes that do not appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are mutually exclusive due to non-medical criteria with any other code(s)}in response to the means for determining, as well as its equivalents." | Appendix B, rule E1 and/or E2 and/or EP (see above); *see also* '164 col. 6, ll. 30-40, col. 7. ll. 2-5, Appendix A, Example 17; *id.* Figure 4, item 23, Figure 6, item 1. |
| | 3 (codes [meet criterion] if they "are valid") | "software capable of authorizing medical service codes which are valid by keeping or adding medical service codes that do not appear in the set(s) of code(s) indicating that the medical service codes are inappropriate for payment in response to the means for determining, as well as its equivalents. | Appendix B, any one or more of rules E1, E2, EA, EP R1, R2 … RN (see above); *see also* '164 col. 5, ll. 59-66, col. 6, ll. 30-40, col. 7, ll. 2-10, 18-31; *id.* Figure 4, items 23, 25, 26, Figure 6, item 1. |
| | Claim 15 reads: "means for authorizing the at least one *claim* in response to the | "software capable of authorizing the at least one claim by keeping or adding medical service codes that do not appear in the set(s) of code(s) indicating that the medical | Appendix B, any one or more of rules E1, E2, EA, EP R1, R2 … RN (see above); *see also* '164 col. 5, ll. 59-66, col. 6, ll. 30-40, col. 7, ll. 2-10, 18-31; *id.* Figure 4, items 23, 25, 26, 29, Figure 6, item 1. |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | means for determining" | service codes are inappropriate for payment in response to the means for determining, as well as its equivalents" | |
|---|---|---|---|
| "means for rejecting medical service codes which [fail criterion] in response to the means for determining" | 10 (codes [fail criterion] if they "are contained in any other medical service code") (note: rejection is not "in response to the means for determining") | "software capable of rejecting medical service codes which are contained in any other medical service code by excluding medical service codes that appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are included in any other code(s)}, as well as its equivalents. | Appendix B, rule E1 and/or E2 (see above); *see also* '164 col. 6, ll. ll. 30-40; *id.* Figure 4, item 23, Figure 6, item 1. |
| | 12 (codes [fail criterion] if they "are medically exclusive with any other medical service codes in the at least one claim"); | "software capable of rejecting medical service codes which are medically exclusive with any other medical service codes in the at least one claim by excluding medical service codes that appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are medically exclusive with any other code(s) in response to the means for determining, as well as its equivalents." | Appendix B, rule E1 and/or E2 (see above); *see also* '164 col. 6, ll. ll. 30-40; *id.* Figure 4, item 23, Figure 6, item 1. |

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | |
|---|---|---|
| 14 (codes [fail criterion] if they "are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim") | "software capable of rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim by excluding medical service codes that appear with any other medical service code(s) in the set(s) of code(s) indicating that the medical service codes are mutually exclusive due to non-medical criteria with any other code(s)}in response to the means for determining, as well as its equivalents." | Appendix B, rule E1 and/or E2 and/or EP (see above); *see also* '164 col. 6, ll. ll. 30-40, col. 7. ll. 2-5, Appendix A, Example 17; *id.* Figure 4, item 23, Figure 6, item 1. |
| 3 (codes [fail criterion] if they "are invalid") | "software capable of rejecting medical service codes which are invalid by excluding or deleting medical service codes that appear in the set(s) of code(s) indicating that the medical service codes are inappropriate for payment in response to the means for determining, as well as its equivalents. | Appendix B, any one or more of rules E1, E2, EA, EP R1, R2 … RN (see above); *see also* '164 col. 5, ll. 59-66, col. 6, ll. 30-40, col. 7, ll. 2-10, 18-31; *id.* Figure 4, items 23, 25, 26, Figure 6, item 1. |
| Claim 15 reads: "means for rejecting the at least one *claim* in response to the means for | "software capable of rejecting the at least one claim by excluding or deleting medical service codes that appear in the set(s) of code(s) indicating that the medical service codes are inappropriate for | Appendix B, any one or more of rules E1, E2, EA, EP R1, R2 … RN (see above); *see also* '164 col. 5, ll. 59-66, col. 6, ll. 30-40, col. 7, ll. 2-10, 18-31; *id.* Figure 4, items 23, 25, 26, 29, Figure 6, item 1. |

*McKesson Information Solutions, LLC v. The TriZetto Group, Inc., C.A. No. 04-1258-SLR*

# CLAIM CONSTRUCTION SUPPORTED BY '164 PATENT RULES

| | | |
|---|---|---|
| | determining; and means for rejecting the at least one claim in response to the means for determining." | payment in response to the means for determining, as well as its equivalents" |