IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 2d day of March, 2006, having conferred with the technical representatives of the parties;

IT IS ORDERED that:

1. The technical representatives of the parties shall communicate with each other directly,[1] and not through lawyers, for the remainder of the case. The contact person for plaintiff shall be Patrick Musselman; the contact person for defendant shall be Peter Snyder.

2. The court shall conduct another telephone conference with just the technical representatives on Tuesday, March 14,

---

[1]This is not to say that the technical representatives should not confer with counsel; only that the technical representatives must talk to each other directly.

2006 at 3:30 p.m. EST.  Plaintiff shall arrange the conference.


                                                                                                     _____
                                                                                            United States District Judge