IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MCKESSON INFORMATION SOLUTIONS LLC, )
)
)
Plaintiff, )
)
v. )          C.A. No. 04-1258 (SLR)
)
THE TRIZETTO GROUP, INC., )
)
Defendant. )

## THE TRIZETTO GROUP, INC.'S
## PROPOSED JURY INSTRUCTIONS

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

March 31, 2006

The TriZetto Group, Inc. ("TriZetto") hereby submits its proposed jury instructions that have not been agreed to by the parties.  Accordingly, TriZetto hereby attaches the disputed portions of its Proposed Preliminary Jury Instructions and Proposed Closing Jury Instructions as Exhibits A and B to this document respectively.  McKesson is separately submitting those instructions that the parties have agreed to.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa Stone Myers*
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
Melissa Stone Myers (#3985)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

March 31, 2006

## CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on March 31, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on March 31, 2006 upon the following in the manner indicated:

## BY EMAIL and FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

/s/    Melissa Stone Myers (#3985)
Melissa Stone Myers (#3985)
mmyers@mnat.com