# TABLE OF CONTENTS

Page

1.3    BURDENS OF PROOF ................................................................ 1

2.2    PLAINTIFF'S CONTENTIONS .................................................... 2

2.3    DEFENDANT'S CONTENTIONS ................................................ 3

2.4    SUMMARY OF PATENT ISSUES .............................................. 4

3.1    THE ASSERTED CLAIMS ......................................................... 5

3.3    CLAIM CONSTRUCTION ......................................................... 6

3.4    OPEN-ENDED OR "COMPRISING" CLAIMS ........................... 12

3.5    MEANS-PLUS-FUNCTION CLAIM LIMITATIONS ................... 13

3.5.1  STEP-PLUS-FUNCTION CLAIM LIMITATIONS ...................... 14

3.6    PATENT INFRINGEMENT GENERALLY .................................. 15

3.7    LITERAL INFRINGEMENT ...................................................... 16

3.8.1  MEANS-PLUS-FUNCTION CLAIM LIMITATIONS ................... 18

3.8.2  STEP-PLUS-FUNCTION CLAIM LIMITATIONS ...................... 19

3.9    INDIRECT INFRINGEMENT .................................................... 20

3.9.1  INDUCING INFRINGEMENT .................................................. 21

3.9.2  CONTRIBUTORY INFRINGEMENT ........................................ 22

4.1    COMPENSATORY DAMAGES IN GENERAL ........................... 23

4.2    REASONABLE CERTAINTY .................................................... 24

4.3    NOTICE REQUIREMENT FOR PATENTS WITH PRODUCT CLAIMS ........... 25

4.4    LOST PROFITS ...................................................................... 26

4.5    REASONABLE ROYALTY AS A MEASURE OF DAMAGES ........ 28

4.5.1  FACTORS FOR DETERMINING REASONABLE ROYALTY ........ 29

4.6    CLOSING STATEMENT - DAMAGES ...................................... 31

5.1    WILLFUL INFRINGEMENT ..................................................... 32

**5.2     GOOD FAITH RELIANCE ON OPINION OF COUNSEL** ...................................... 34

**5.2.1   LACHES** .................................................................................................. 36

**5.2.2   EQUITABLE ESTOPPEL** ...................................................................... 37