IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1258 (SLR) |
| | ) | |
| THE TRIZETTO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THE TRIZETTO GROUP, INC.'S**
**[PROPOSED] VOIR DIRE TO JURY PANEL**

Pursuant to D. Del. L.R. 47.1(a), The TriZetto Group, Inc. hereby submits the following proposed voir dire to jury panel.

Good morning, ladies and gentlemen. I am Chief Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned McKesson Information Solutions LLC v. The TriZetto Group, Inc. Briefly stated, this is a patent action arising under the patent laws of the United States involving computer software used in reviewing medical bills submitted by doctors to health insurance companies.

The trial will last ___ days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than ___ days. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state

your juror number.  When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1.      You have been given a list of companies.

(a)      Are you personally acquainted with any officer, director, or employee of any of those companies?

(b)      Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies?

(c)      Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of these companies?

(d)      Have you, any family member, or anyone close to you had any negative experiences with any products of any of those companies?

(e)      Have you, any family member, or anyone close to you had any positive experiences with any products of any of those companies?

2.      You have been given a list of the attorneys and law firms involved in this litigation.  Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3.      You have been given a list of the individuals who might appear as witnesses in this case.  Are you related to, or personally acquainted with, any of those individuals?

4.      You have been given a list of subject areas.  Have you, or any family member, or anyone close to you ever been educated, employed, trained, or had any experience any of the listed areas?

5.    Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

6.    Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

7.    Have you ever served as a juror in a civil lawsuit?

8.    Do you have any knowledge about or experience with patents, including applying for a patent?

9.    Have you ever worked for a company that had patented products or processes?

10.    Have you ever been involved in the development of a new product or process?

11.    Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

12.    Do you have any strong opinions about a patent granting exclusive rights to an inventor?

13.    Do you have a special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

14.    Do you have difficulty speaking, reading, writing or understanding English?

15.    Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## COMPANIES

HPR, Inc.
GMIS
HBO & Company
McKesson Information Solutions LLC
Erisco Managed Care Technologies, Inc.
RIMS
The TriZetto Group, Inc.

**ATTORNEYS**

**SKADDEN ARPS SLATE MEAGER & FLOHM LLP**

    Thomas J. Allingham II
    Michael A. Barlow
    Jeffrey G. Randall
    David W. Hansen
    Bernard C. Shek
    Michael C. Hendershot
    Jon V. Swenson

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

    Jack B. Blumenfeld
    Rodger D. Smith, II

**GIBSON, DUNN & CRUTCHER LLP**

    Jeffrey T. Thomas
    David A. Segal
    Michael A. Sitzman
    T. Kevin Roosevelt
    Daniel P. Muino
    Aileen Y. Mo
    June T. Tai

**WITNESSES**

See Exh. Nos. 8 and 9 of the Pretrial Order, containing the list of Trial Witnesses from Plaintiff and Defendant.

**SUBJECT AREAS**

    Computer science education or background
    Medical education or background
    Legal education or background
    Medical claims evaluation or background
    Health insurance education or background

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa Stone Myers*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

March 31, 2006

## CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on March 31, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on March 31, 2006 upon the following in the manner indicated:

## BY EMAIL and FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

/s/    Melissa Stone Myers (#3985)
Melissa Stone Myers (#3985)
mmyers@mnat.com