IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

**THE TRIZETTO GROUP, INC.'S  PROPOSED SPECIAL VERDICT FORM**

Pursuant to Local Rule 51.1, The TriZetto Group, Inc. hereby submits its proposed form of special verdict and interrogatories to the jury.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa Stone Myers*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant
  The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

March 31, 2006

We, the jury, unanimously find as follows:

## INFRINGEMENT

1.     Do you find that McKesson has shown by a preponderance of the evidence that the ClinicaLogic components of TriZetto's products literally meet each and every limitation of each of the following asserted claims of U.S. Patent No. 5,253,164 (the "'164 patent")?

"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.

|  | YES (a finding for McKesson) | NO (a finding for TriZetto) |
|---|---|---|
| Claim 1 |  |  |
| Claim 2 |  |  |
| Claim 3 |  |  |
| Claim 4 |  |  |
| Claim 5 |  |  |
| Claim 6 |  |  |
| Claim 8 |  |  |
| Claim 9 |  |  |
| Claim 10 |  |  |
| Claim 11 |  |  |
| Claim 12 |  |  |
| Claim 13 |  |  |
| Claim 14 |  |  |
| Claim 15 |  |  |
| Claim 16 |  |  |

2.   If you answered "No" as to all the claims in Question 1, please sign and return this form.

If you answered "Yes" as to any claims in Question 1, has McKesson shown by clear and convincing evidence that TriZetto's infringement of the '164 patent was willful?

"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.

| YES | NO |
|---|---|
|   |   |

## DAMAGES

Answer these questions only if you find any of the '164 patent claims infringed.

## MARKING

3.   Has McKesson shown by a preponderance of the evidence that it marked its patented products?

| YES | NO |
|---|---|
|   |   |

4.   If you answered "Yes" to number 3, on what date did McKesson first mark its products?

|   |
|---|
|   |

5.   Aside from marking, on what did McKesson first give actual notice to TriZetto that it contended TriZetto was infringing the patent?

|   |
|---|
|   |

If McKesson has not marked its products or given TriZetto actual notice of TriZetto's infringement, then you should assign damages from the date McKesson filed the Complaint.

## LOST PROFITS

6.  What amount of lost profit damages, if any, do you find that McKesson suffered as result of TriZetto's infringement of the '164 patent?

(Enter "0" if you find that McKesson is not entitled to lost profit damages.)

$ _____

## REASONABLE ROYALTY

Answer Questions 7-9 only if you find that McKesson is not entitled to Lost Profit damages in Question 6.

7.  What royalty rate do you find that McKesson is entitled to in connection with any sales of TriZetto products that infringe the '164 patent?

_____ %

8.  Should this royalty rate be applied to the value of the patented features only or the value of the entire TriZetto product?

| Patented Feature Only (for TriZetto) | Entire Product (for McKesson) |
|---|---|
|  |  |

9.  How much total reasonable royalty damages should McKesson recover?

$ _____

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: _____, 2006

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____

## CERTIFICATE OF SERVICE

I, Melissa Stone Myers, hereby certify that on March 31, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on March 31, 2006 upon the following in the manner indicated:

### BY EMAIL and FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

／s／    *Melissa Stone Myers (#3985)*
Melissa Stone Myers (#3985)
mmyers@mnat.com