IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

                                                      Thomas J. Allingham II (#0476)
                                                      Michael A. Barlow (#3928)
                                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                      One Rodney Square
                                                      P.O. Box 636
                                                      Wilmington, Delaware  19899
                                                      (302) 651-3000

                                                      Attorneys for Plaintiff
                                                      McKesson Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
(650) 470-4500


DATED:  March 31, 2006

      Plaintiff McKesson Information Solutions LLC hereby submits its proposed jury instructions for subjects on which the parties have not come to agreement. Those jury instructions are attached hereto as Exhibits A and B. Plaintiff has separately filed the jury instructions on which the parties agree (D.I. 291).

DATED: March 31, 2006

By:     */s/ Michael A. Barlow*
      Thomas J. Allingham II (#0476)
      Michael A. Barlow (#3928)
      SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899

      Attorneys for Plaintiff McKesson
        Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
Michael Hendershot
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301