## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on March 31, 2006, I electronically filed Plaintiff's Proposed Jury Instructions by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT & TUNNELL | MORRIS NICHOLS ARSHT & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

 /s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

443766.01-Wilmington S1A