IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br>                           Plaintiff, ) <br> ) <br>        v.                             ) <br> ) <br> THE TRIZETTO GROUP, INC.,            ) <br> ) <br>                       Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

**PLAINTIFF'S PROPOSED VOIR DIRE**

                                                          Thomas J. Allingham II (#0476)
                                                          Michael A. Barlow (#3928)
                                                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                          One Rodney Square
                                                          P.O. Box 636
                                                          Wilmington, Delaware  19899
                                                          (302) 651-3000

                                                          Attorneys for Plaintiff
                                                          McKesson Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
(650) 470-4500

DATED:  March 31, 2006

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned *McKesson Information Solutions LLC v. The TriZetto Group, Inc*. Briefly stated, this is a patent action arising under the patent laws of the United States relating to a computer system and method for reviewing medical claims for certain types of coding errors relating to appropriateness of payment.

The trial may last _____ days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than _____ days. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, stated your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

                    **HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies.

    (a) Are you personally acquainted with any officer, director, or employee of any of those companies?

1

    (b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

    (c) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

    (d) Have you, any family member, or anyone close to you had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

  2. You have been given a list of the attorneys and law firms involved in this litigation.  Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

  3. You have been given a list of the individuals who might appears as witnesses in this case.  Are you related to, or personally acquainted with, any of those individuals?

  4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

  5. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

  6. Have you ever served as a juror in a civil lawsuit?

  7. You have been given a list of subject areas.  Have you, a family member, or anyone close to you ever been employed, trained, or had any experience in any of the listed areas?

  8. Have you, a family member, or anyone close to you had any negative experience relating to the submission, processing, or payment of a medical claim?

9. Have you, a family member, or anyone close to you ever been employed as a doctor or in the health insurance field?

10. Do you have any knowledge about or experience with patents, including applying for a patent?

11. Have you ever worked for a company that had patented products or processes?

12. Have you ever been involved in the development or a new product or process?

13. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

14. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

15. Do you believe it would be wrong for someone to profit from his invention or discovery?

16. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

17. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

**COMPANIES**

McKesson, Inc.

McKesson Information Solutions, LLC

HBO and Company ("HBOC")

GMIS, Inc.

Health Payment Review ("HPR")

Erisco Managed Care Technologies

Resource Information Management Systems ("RIMS")

The TriZetto Group, Inc.

## ATTORNEYS

**Skadden, Arps, Slate, Meagher & Flom LLP**

Jeffrey G. Randall
David W. Hansen
Bernard C. Shek
Michael C. Hendershot
Thomas J. Allingham II
Michael A. Barlow

**Gibson, Dunn & Crutcher LLP**

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
T. Kevin Roosevelt
Daniel Muino

**Morris, Nichols, Arsht & Tunnell**

Jack B. Blumenfeld
Rodger D. Smith

## WITNESSES

Anthony Bellomo
John Blake
Michael Bowker
Michael Cesarz
Janet Cutcliff
John Danza
Jesse David
Randall Davis
Chris Doubleday
Carolyn Drini
Philip Hawley
Margaret Johnson
Clifton Jones
John Kao
Kirsten Kemp
Patricia Keplinger
Eric King
Karen Lampe
Will Lee
Craig Luftig
Jeffrey Margolis
Mark Musen
Marc Owen
Tom Owens
Tracy Pierson
Marcia Radosevich
Duffey Richardson
Jim Sullivan
Michael Wagner
Carolyn Wukitch

## SUBJECT AREAS

Health care or health services industry

Health insurance industry

Submission or processing of medical claims for payment

Computer science background or education

Legal background or education