IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1258-SLR |
| | ) | |
| THE TRIZETTO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000

Attorneys for Plaintiff
McKesson Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
(650) 470-4500

We, the jury, unanimously find as follows:

## INFRINGEMENT

1.      For each product listed below, has McKesson proven, by a preponderance of the evidence, that TriZetto has directly infringed any asserted claim of U.S. Patent No. 5,253,164 ('164 Patent)?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

### Facets

(A)     Claim 1         Yes _____       No _____
(B)     Claim 2         Yes _____       No _____
(C)     Claim 3         Yes _____       No _____
(D)     Claim 4         Yes _____       No _____
(E)     Claim 5         Yes _____       No _____
(F)     Claim 6         Yes _____       No _____
(G)     Claim 8         Yes _____       No _____
(H)     Claim 9         Yes _____       No _____
(I)     Claim 10        Yes _____       No _____
(J)     Claim 11        Yes _____       No _____
(K)     Claim 12        Yes _____       No _____
(L)     Claim 13        Yes _____       No _____
(M)     Claim 14        Yes _____       No _____
(N)     Claim 15        Yes _____       No _____
(O)     Claim 16        Yes _____       No _____

### ClaimFacts

(A)     Claim 1         Yes _____       No _____
(B)     Claim 2         Yes _____       No _____
(C)     Claim 3         Yes _____       No _____

(D)    Claim 4        Yes _____    No _____

(E)    Claim 5        Yes _____    No _____

(F)    Claim 6        Yes _____    No _____

(G)    Claim 8        Yes _____    No _____

(H)    Claim 9        Yes _____    No _____

(I)    Claim 10       Yes _____    No _____

(J)    Claim 11       Yes _____    No _____

(K)    Claim 12       Yes _____    No _____

(L)    Claim 13       Yes _____    No _____

(M)    Claim 14       Yes _____    No _____

(N)    Claim 15       Yes _____    No _____

(O)    Claim 16       Yes _____    No _____


**QicLink**

(A)    Claim 1        Yes _____    No _____

(B)    Claim 2        Yes _____    No _____

(C)    Claim 3        Yes _____    No _____

(D)    Claim 4        Yes _____    No _____

(E)    Claim 5        Yes _____    No _____

(F)    Claim 6        Yes _____    No _____

(G)    Claim 8        Yes _____    No _____

(H)    Claim 9        Yes _____    No _____

(I)    Claim 10       Yes _____    No _____

(J)    Claim 11       Yes _____    No _____

(K)    Claim 12       Yes _____    No _____

(L)    Claim 13       Yes _____    No _____

(M)    Claim 14       Yes _____    No _____

(N)    Claim 15       Yes _____    No _____

(O)    Claim 16       Yes _____    No _____

2.    For each product listed below, has McKesson proven, by a preponderance of the evidence, that TriZetto has contributed to the infringement of any asserted claim of the '164 Patent?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

**Facets**

(A)    Claim 1      Yes _____    No _____

(B)    Claim 2      Yes _____    No _____

(C)    Claim 3      Yes _____    No _____

(D)    Claim 4      Yes _____    No _____

(E)    Claim 5      Yes _____    No _____

(F)    Claim 6      Yes _____    No _____

(G)    Claim 8      Yes _____    No _____

(H)    Claim 9      Yes _____    No _____

(I)    Claim 10     Yes _____    No _____

(J)    Claim 11     Yes _____    No _____

(K)    Claim 12     Yes _____    No _____

(L)    Claim 13     Yes _____    No _____

(M)    Claim 14     Yes _____    No _____

(N)    Claim 15     Yes _____    No _____

(O)    Claim 16     Yes _____    No _____


**ClaimFacts**

(A)    Claim 1      Yes _____    No _____

(B)    Claim 2      Yes _____    No _____

(C)    Claim 3      Yes _____    No _____

(D)    Claim 4      Yes _____    No _____

(E)    Claim 5      Yes _____    No _____

(F)    Claim 6      Yes _____    No _____

(G)    Claim 8      Yes _____    No _____

(H)    Claim 9      Yes _____    No _____

(I)     Claim 10    Yes _____    No _____

(J)     Claim 11    Yes _____    No _____

(K)    Claim 12    Yes _____    No _____

(L)     Claim 13    Yes _____    No _____

(M)    Claim 14    Yes _____    No _____

(N)    Claim 15    Yes _____    No _____

(O)    Claim 16    Yes _____    No _____


**QicLink**

(A)    Claim 1      Yes _____    No _____

(B)    Claim 2      Yes _____    No _____

(C)    Claim 3      Yes _____    No _____

(D)    Claim 4      Yes _____    No _____

(E)    Claim 5      Yes _____    No _____

(F)    Claim 6      Yes _____    No _____

(G)    Claim 8      Yes _____    No _____

(H)    Claim 9      Yes _____    No _____

(I)     Claim 10    Yes _____    No _____

(J)     Claim 11    Yes _____    No _____

(K)    Claim 12    Yes _____    No _____

(L)     Claim 13    Yes _____    No _____

(M)    Claim 14    Yes _____    No _____

(N)    Claim 15    Yes _____    No _____

(O)    Claim 16    Yes _____    No _____

3.    For each product listed below, has McKesson proven, by a preponderance of the evidence, that TriZetto has induced the infringement of the '164 Patent?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

### Facets

(A)    Claim 1        Yes _____        No _____

(B)    Claim 2        Yes _____        No _____

(C)    Claim 3        Yes _____        No _____

(D)    Claim 4        Yes _____        No _____

(E)    Claim 5        Yes _____        No _____

(F)    Claim 6        Yes _____        No _____

(G)    Claim 8        Yes _____        No _____

(H)    Claim 9        Yes _____        No _____

(I)    Claim 10        Yes _____        No _____

(J)    Claim 11        Yes _____        No _____

(K)    Claim 12        Yes _____        No _____

(L)    Claim 13        Yes _____        No _____

(M)    Claim 14        Yes _____        No _____

(N)    Claim 15        Yes _____        No _____

(O)    Claim 16        Yes _____        No _____

### ClaimFacts

(A)    Claim 1        Yes _____        No _____

(B)    Claim 2        Yes _____        No _____

(C)    Claim 3        Yes _____        No _____

(D)    Claim 4        Yes _____        No _____

(E)    Claim 5        Yes _____        No _____

(F)    Claim 6        Yes _____        No _____

(G)    Claim 8        Yes _____        No _____

(H)    Claim 9        Yes _____        No _____

(I)    Claim 10    Yes \_\_\_\_\_    No \_\_\_\_\_

(J)    Claim 11    Yes \_\_\_\_\_    No \_\_\_\_\_

(K)    Claim 12    Yes \_\_\_\_\_    No \_\_\_\_\_

(L)    Claim 13    Yes \_\_\_\_\_    No \_\_\_\_\_

(M)    Claim 14    Yes \_\_\_\_\_    No \_\_\_\_\_

(N)    Claim 15    Yes \_\_\_\_\_    No \_\_\_\_\_

(O)    Claim 16    Yes \_\_\_\_\_    No \_\_\_\_\_


**QicLink**

(A)    Claim 1    Yes \_\_\_\_\_    No \_\_\_\_\_

(B)    Claim 2    Yes \_\_\_\_\_    No \_\_\_\_\_

(C)    Claim 3    Yes \_\_\_\_\_    No \_\_\_\_\_

(D)    Claim 4    Yes \_\_\_\_\_    No \_\_\_\_\_

(E)    Claim 5    Yes \_\_\_\_\_    No \_\_\_\_\_

(F)    Claim 6    Yes \_\_\_\_\_    No \_\_\_\_\_

(G)    Claim 8    Yes \_\_\_\_\_    No \_\_\_\_\_

(H)    Claim 9    Yes \_\_\_\_\_    No \_\_\_\_\_

(I)    Claim 10    Yes \_\_\_\_\_    No \_\_\_\_\_

(J)    Claim 11    Yes \_\_\_\_\_    No \_\_\_\_\_

(K)    Claim 12    Yes \_\_\_\_\_    No \_\_\_\_\_

(L)    Claim 13    Yes \_\_\_\_\_    No \_\_\_\_\_

(M)    Claim 14    Yes \_\_\_\_\_    No \_\_\_\_\_

(N)    Claim 15    Yes \_\_\_\_\_    No \_\_\_\_\_

(O)    Claim 16    Yes \_\_\_\_\_    No \_\_\_\_\_

4.      If you found that TriZetto infringed any claim of the '164 Patent, has

McKesson proven, by clear and convincing evidence, that TriZetto's infringement was

willful?

> *"Yes" is a finding for McKesson.   "No" is a finding for TriZetto.*

Yes _____      No _____

### DAMAGES

**Answer the following question only if you find any of the '164 Patent claims infringed.**

5.      What is the total amount of damages that should be awarded to McKesson?

$_____

We, the jurors, by signing below, indicate our unanimous verdict.


_____                    _____
Jury Foreperson                                     Juror


_____                    _____
Juror                                               Juror


_____                    _____
Juror                                               Juror


_____                    _____
Juror                                               Juror