## EXHIBIT 1

## STATEMENT OF ADMITTED FACTS

The parties identify the following admitted facts for use in the jury trial on infringement, damages and willfulness. Because the Court has directed that TriZetto's equitable defenses be tried to the Court after the jury trial and because such bench trial has not yet been scheduled, the parties reserve the right to identify additional admitted facts relating to the issues to be tried in said bench trial in accordance with the schedule to be set by the Court.

1. On October 12, 1993, U.S. Patent No. 5,253,164 (the "'164 patent"), titled "System and Method For Detecting Fraudulent Medical Claims Via Examination Of Service Codes," was issued by the United States Patent and Trademark Office, naming Don C. Holloway, Robert D. Hertenstein, George A. Goldberg, and Kelli A. Dugan as inventors. The '164 patent was assigned to Health Payment Review, Inc. ("HPR") by the named inventors.

2. HPR was acquired by HBOC & Company ("HBOC") effective December 1997. HBOC previously acquired Gabrieli Medical Information Systems, Inc. ("GMIS") effective December, 1996.

3. McKesson Corporation completed a merger with HBOC in January 1999. Plaintiff McKesson Information Solutions LLC ("McKesson"), a subsidiary of McKesson Corporation, is the current assignee of the '164 patent.

4. Defendant The TriZetto Group, Inc. ("TriZetto") acquired Erisco Managed Care Technologies, Inc. ("Erisco") effective October 2000. TriZetto acquired Resource Information Management Systems, Inc. ("RIMS") effective December 2000.

2

5. TriZetto makes and sells in the United States the following products: ClaimFacts, Facets and QicLink. ClaimFacts and Facets were developed by Erisco. QicLink was developed by RIMS.