**EXHIBIT 2**

**McKESSON'S STATEMENT OF DISPUTED
ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

McKesson identifies the following disputed issues of fact that remain to be litigated in the jury trial on infringement, damages and willfulness. Because the Court has directed that TriZetto's equitable defenses be tried to the Court after the jury trial and because such bench trial has not yet been scheduled, McKesson reserves the right to identify disputed issues of fact that remain to be litigated in said bench trial in accordance with the schedule to be set by the Court. To the extent that McKesson's Statement of Disputed Issues of Law contains issues of fact, those issues are incorporated herein by reference.

I.  INFRINGEMENT

    A.  Whether TriZetto has infringed claims 1-6 and 8-16 of the '164 patent, either literally or under the doctrine of equivalents, by its manufacture, use, offer to sell, or sale of Facets, ClaimFacts, and QicLink.

    B.  Whether TriZetto has contributed to the infringement of claims 1-6 and 8-16 of the '164 patent in connection with the use of Facets, ClaimFacts and QicLink by others.

    C.  Whether TriZetto has induced the infringement of claims 1-6 and 8-16 of the '164 patent in connection with the use of Facets, ClaimFacts and QicLink by others.

    D.  Whether TriZetto's infringement of the '164 patent has been willful.

II.  RELIEF

    A.  The amount of damages sufficient to compensate McKesson for TriZetto's infringement of the '164 patent.

B.  Whether McKesson is entitled to enhanced damages for TriZetto's willful infringement of the '164 patent.

C.  Whether McKesson is entitled to an injunction against further infringement of the '164 patent by TriZetto and third parties with notice.

D.  Whether McKesson is entitled to prejudgment interest for TriZetto's infringement of the '164 patent.

E.  Whether McKesson is entitled to receive compensation for the attorneys' fees it incurred in prosecuting this action.

F.  Whether McKesson is entitled to costs incurred in prosecuting this action.