**EXHIBIT 8**

**MCKESSON'S LIST OF INTENDED TRIAL WITNESSES**

McKesson identifies the following witnesses whom it may call live or by deposition at the jury trial regarding infringement, damages and willfulness. Because the Court has directed that TriZetto's equitable defenses be tried to the Court after the jury trial and because such bench trial has not yet been scheduled, McKesson reserves the right to identify other witnesses who it may call live or by deposition at said bench trial in accordance with the schedule to be set by the Court. The list set forth below is not a commitment that McKesson will call any particular witness at trial or a representation that any of the listed witnesses are available to appear or will appear at trial. With respect to TriZetto's witnesses, McKesson reserves the right to introduce testimony through deposition or live examination as appropriate. McKesson also reserves the right to call any witness called by TriZetto, and to revise this list in light of further rulings by the Court or any other changed circumstances.

**McKesson**

| | |
|---|---|
| Marc Owen | One Post Street<br>San Francisco, CA  94104 |
| Carolyn Wukitch | 5 Country View Road<br>Malvern, PA  19355 |
| Michael Cesarz | 5 Country View Road<br>Malvern, PA  19355 |
| Chris Doubleday | 5 Country View Road<br>Malvern, PA  19355 |

**Expert Witnesses**

| | |
|---|---|
| Mark A. Musen (Infringement) | Stanford Medical Informatics<br>Stanford University Medical Center<br>251 Campus Drive, MSOB X-215<br>Stanford, CA  94305 |
| Margaret L. Johnson (Infringement) | Stanford University<br>Department of Computer Science<br>Gates 180<br>Stanford, CA  94305 |
| Michael Wagner (Damages) | CRA International, Inc.<br>285 Hamilton Avenue, Suite 300<br>Palo Alto, CA  94301 |

**Third Parties**

| | |
|---|---|
| Tracy Pierson<br>Carolyn Drini | Providence Health Plan<br>4805 NE Glisan<br>Portland, OR  97213 |
| Kirsten C. Kemp | Premera Blue Cross<br>3900 East Sprague<br>Spokane, WA  99202 |
| John Blake | Blue Cross Blue Shield of Tennessee<br>801 Pine Street<br>Chattanooga, TN 37402 |
| Clifton L. Jones | Key Benefit Administrators Inc.<br>8330 Allison Pointe Trail<br>Indianapolis, IN  46250 |
| Patricia Keplinger | Harrington Benefit Services<br>675 Brooksedge Boulevard<br>Westerville, OH  43081 |
| Marcia Radosevich | 3689 Jappeloup Lane<br>West Palm Beach, FL  33414 |

**TriZetto**

| | |
|---|---|
| Anthony Bellomo | TriZetto Group<br>Enterprise Software Division<br>1085 Morris Aveue<br>Union, NJ  07083 |
| Craig Luftig | TriZetto Group<br>Enterprise Software Division<br>1085 Morris Avenue<br>Union, NJ  07083 |
| Karen Lampe | TriZetto Group<br>Enterprise Software Division<br>1085 Morris Avenue<br>Union, NJ  07083 |
| Jeffrey Margolis | TriZetto Group<br>Corporate Headquarters<br>567 San Nicolas Drive, Suite 360<br>Newport Beach, CA 92660 |
| Jim Sullivan | TriZetto Group<br>Corporate Headquarters<br>567 San Nicolas Drive, Suite 360<br>Newport Beach, CA  92660 |
| John Danza | TriZetto Group<br>Technology Office & Training Center<br>500 Technology Drive<br>Naperville, IL  60563 |
| Eric T. King | Blakely Sokoloff Taylor & Zafman<br>3200 Park Center Drive, Suite 700<br>Costa Mesa, CA  92626 |
| Randall Davis | Massachusetts Institute of Technology<br>Stata Center 237<br>32 Vassar Street<br>Cambridge, MA  02139-4307 |