IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>     Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.<br><br>     Defendant. | Civil Action No. 04-1258-SLR |

**EXHIBIT 9**

**THE TRIZETTO GROUP, INC.'S**
**LIST OF TRIAL WITNESSES**

  TriZetto[1] identifies the following witnesses whom it may call live or by deposition at trial. This list is not a commitment that TriZetto will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial. If any third party witness is unavailable, TriZetto reserves the right to use his or her deposition testimony. With respect to McKesson witnesses, TriZetto reserves the right to introduce testimony through deposition or live examination as appropriate. TriZetto also reserves the right to call any witnesses called by McKesson, and to revise this list in light of further rulings by the Court or any other changed circumstances.

---

[1] References herein to "TriZetto" are to The TriZetto Group, Inc., as well as its predecessors, Erisco and RIMS, unless otherwise noted. References herein to "McKesson" are to McKesson Information Solutions, LLC, as well as its predecessors, HBOC, GMIS and HPR, unless otherwise noted.

| Name | Address |
|------|---------|
| Karen Bell | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Anthony Bellomo | 1085 Morris Avenue, Union, NJ  07083 |
| Roger Blakely | Blakely, Sokoloff, Taylor & Zafman, LLP, 3200 Park Center Drive, Suite 700, Costa Mesa, CA 92626-7149 |
| Michael Bowker | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Michael Cesarz | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Janet Cutcliff | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| John Danza | 500 Technology Drive, Naperville, IL 60566 |
| Jesse David (expert) | 1166 Avenue of the Americas, 34th Floor, New York, NY 10036<br><br><u>Expected areas of testimony</u>:  Damages, including the economics of the patent at issue, licenses, impact of non-infringing alternatives, damages claimed by McKesson and sales analysis, including reasonable royalty determination. |
| Randall Davis (expert) | Stata Center 32-237, 32 Vassar Street, Cambridge, MA  02139-4307<br><br><u>Expected areas of testimony</u>:  Non-infringement, including the functionality and structure of the ClinicaLogic component of the TriZetto products, the functionality and structure claimed in the '164 patent, and rebutting the analysis of McKesson's experts Johnson and Musen. |
| Chris Doubleday | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Kelli Dugan | 1107 Vickers Avenue, Durham, North Carolina |
| Richard Egdahl | 333 Commonwealth Avenue, Boston, MA  02115 |
| George Goldberg | Ingenix, Inc., 1925 Issac Newton Square, Suite 300, Reston, Virginia  20190 |
| Philip Hawley | 165 South Las Palmas, Los Angeles, CA  90004 |
| Robert Hertenstein | 41 Diamond Point, Morton, Illinois 61550 |

| Name | Address |
| --- | --- |
| Donald Holloway | 300 Longwood Avenue, Boston, MA 02115 |
| John Kao | 567 San Nicolas Drive, Suite 360, Newport Beach, CA 92660 |
| Eric King | 3200 Park Center Drive, Suite 700, Costa Mesa, CA 92626-7149 |
| Karen Lampe | 1085 Morris Avenue, Union, NJ 07083 |
| Will Lee | |
| Craig Luftig | 1085 Morris Avenue, Union, NJ 07083 |
| Jeffrey Margolis | 567 San Nicolas Drive, Suite 360, Newport Beach, CA 92660 |
| Mark Owen | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Tom Owens | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Marcia Radosevich | c/o John T. Gutkoski, Esq., Day, Berry & Howard, One International Place, Boston, MA 02110 |
| Duffey Richardson | 6061 S. Willow Drive, Suite 310, Greenwood Village, Colorado |
| Tommy Smith | McKesson, 5 Country View Road, Malvern, Pennsylvania |
| Carolyn Wukitch | McKesson, 5 Country View Road, Malvern, Pennsylvania |

40224293_2.DOC