**EXHIBIT 10**

**OVERVIEW OF McKESSON'S PROOFS AT THE JURY TRIAL
ON INFRINGEMENT, DAMAGES AND WILLFULNESS**

McKesson provides the following brief statement as to its intended proofs at the jury trial on infringement, damages and willfulness. Because the Court has directed that TriZetto's equitable defenses be tried to the Court after the jury trial and because such bench trial has not yet been scheduled, McKesson reserves the right to provide a brief statement of its intended proofs regarding TriZetto's equitable defenses in accordance with the schedule to be set by the Court.

1. McKesson will prove that TriZetto has infringed claims 1-6 and 8-16 of the '164 patent, either literally or under the doctrine of equivalents.

2. McKesson will prove that TriZetto has contributed to the infringement of claims 1-6 and 8-16 of the '164 patent.

3. McKesson will prove that TriZetto has induced the infringement of claims 1-6 and 8-16 of the '164 patent.

4. McKesson will prove that TriZetto's infringement of the '164 patent has been willful and that McKesson is entitled to recover enhanced damages.

5. McKesson will prove that it is entitled to recover attorneys' fees and costs.

6. McKesson will prove that it is entitled to damages in the form of lost profits from lost sales due to TriZetto's infringement and/or a reasonable royalty for TriZetto's infringement, as well as prejudgment interest.

7. McKesson will prove that it is entitled to an injunction against further infringement of the '164 patent by TriZetto and third parties with notice.