# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Melissa Stone Myers
302 351 9100
302 425 4680 Fax
mmyers@mnat.com

April 3, 2006

BY HAND

Dr. Peter T. Dalleo
Clerk, United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
Civil Action No. 04-1258-SLR

Dear Dr. Dalleo:

On behalf of The TriZetto Group, Inc., enclosed please find a disk containing Word Perfect versions of the following documents that were filed Friday, March 31, 2006:

(1) The TriZetto Group, Inc.'s Proposed Jury Instructions (attaching The TriZetto Group, Inc.'s Proposed Preliminary Jury Instructions and The TriZetto Group, Inc.'s Proposed Closing Jury Instructions as Exhibits A and B, respectively);

(2) The TriZetto Group, Inc.'s Proposed Voir Dire to the Jury Panel; and

(3) The TriZetto Group, Inc.'s Proposed Special Verdict Form.

Also enclosed please find a copy of the corrected Table of Contents to The TriZetto Group, Inc.'s Proposed Closing Jury Instructions. The Table of Contents to the Proposed Closing Jury Instructions electronically filed on Friday incorrectly omitted Section 5.2.

Respectfully,

*Melissa S. Myers*

Melissa S. Myers

cc: Thomas J. Allingham, Esquire (By Hand)
Jeffrey G. Randall, Esquire (By Email, w/o attachments)
Jeffrey T. Thomas, Esquire (By Email, w/o attachments)