# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
---
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 3, 2006

**BY HAND**

Dr. Peter T. Dalleo
Clerk of Court
United States District Court for the
  District of Delaware
844 North King Street
Wilmington, Delaware 19801

> RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*, C.A. No. 04-1258-SLR

Dear Dr. Dalleo:

On behalf of Plaintiff McKesson Information Solutions LLC and pursuant to the civil trial guidelines of the Honorable Sue L. Robinson, enclosed please find WordPerfect versions of the following documents filed with the Court on Friday, March 31, 2006:

| | |
|---|---|
| D.I. 291 | Joint Proposed Jury Instructions |
| D.I. 295 | Plaintiff's Proposed Jury Instructions, including Exhibits A & B thereto. |
| D.I. 296 | Plaintiff's Proposed Voir Dire |
| D.I. 297 | Plaintiff's Proposed Special Verdict Form |

Respectfully,

Michael A. Barlow (#3928)

cc: Jack B. Blumenfeld, Esq. (by e-filing, w/o attachment)