IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 04-1258-SLR |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 5th day of April, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1.    Plaintiff's motion for summary judgment (D.I. 164) is denied.

2.    Defendant's motion for summary judgment (D.I. 152) is granted in part and denied in part.

_____
United States District Judge