IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 5th day of April, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for summary judgment (D.I. 160) is denied.

2. Defendant's motion for summary judgment (D.I. 163) is denied.

                                             _____
                                             United States District Judge