IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MCKESSON INFORMATION<br>SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>      Defendant. | Civ. No. 04-1258-SLR |

### O R D E R

At Wilmington this 5th day of April, 2006, having reviewed the papers submitted in connection with the plaintiff's motion for summary judgment regarding defendant's inequitable conduct defense and counterclaim and finding genuine issues of material fact best resolved by the court after a bench trial;

IT IS ORDERED that plaintiff's motion for summary judgment (D.I. 149) is denied.

United States District Judge