# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

April 6, 2006

BY ELECTRONIC FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re: *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.,*
Civil Action No. 04-1258-SLR

Dear Chief Judge Robinson:

As discussed at yesterday's Pretrial Conference, attached is a copy of Judge Bechtle's December 29, 2005 letter concerning McKesson's privilege log.

Respectfully,

Rodger D. Smith II

Att.

cc: Peter T. Dalleo, Clerk (By Hand)
Thomas J. Allingham, Esquire (By Electronic Filing)
Jeffrey G. Randall, Esquire (By Email)
Jeffrey T. Thomas, Esquire (By Email)

514852