

**CONRAD
O'BRIEN
GELLMAN
& ROHN, PC**

Louis C. Bechtle
*Attorney at Law*
Direct Dial: 215.864.8060
lbechtle@cogr.com

December 29, 2005

**VIA FACSIMILE**

David W. Hansen, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

    RE:    McKesson Information Solutions LLC
                v. The TriZetto Group, Inc.
                C.A. No. 04-1258 (SLR) (D. Del.)

Dear Counsel:

    I am promptly addressing defendant's letter of December 28, 2005 without waiting for a response from counsel for McKesson in order to save some time. I say that because I will be leaving the country on January 7, 2006 for ten (10) days and I want counsel to take certain steps so upon my return we can convene and resolve outstanding issues including those set forth in the letter of December 28, 2005, if not before.

    With those thoughts in mind, the following steps should be taken:

1. The documents that I required to be produced in Special Master Order No. 4 should be produced by plaintiff to defendant immediately upon receipt of this letter.

2. Counsel for the plaintiff should examine the documents on plaintiff's privilege log in accordance with the standards set forth in all of the previous Orders I have entered in this matter, and specifically those in Special Master Order No. 4. The extent to which the documents should be produced, they should be produced immediately upon their examination by the plaintiff, if in accordance with those standards they cannot remain as privileged documents. To the extent, following such

1515 Market Street · 16th Floor · Philadelphia, PA 19102-1916 · T: 215.864.9600 · F: 215.864.9620 · www.cogr.com

**CONRAD O'BRIEN GELLMAN & ROHN, PC**

David W. Hansen, Esquire
Jack B. Blumenfeld, Esquire
December 29, 2005
Page 2

---

        review, that plaintiff continues to believe that any documents are privileged, it should make a separate list of them and we shall convene a hearing in Wilmington at the Courthouse where the documents will be presented to me and I will review and rule upon them one by one following my return, if not before.

3. The eleven (11) documents on page 3 and the twenty-five (25) documents on page 4 to 8 inclusive should be provided to me by the plaintiff immediately upon receipt of this letter and I will use my best efforts to rule on them in-camera before I leave the country.

    I want to make it plain by this letter that I expect counsel to apply the standards that I have included in my previous Orders in reviewing the documents on Exhibit "A" and Exhibit "B" before sending them to me for in-camera review. Many of those earlier ruled upon documents seemed fundamentally inappropriate for a claim of privilege under the most basic standards that apply for claiming privilege. I do not expect to see the same grounds that have been rejected heretofore to again be asserted for claiming privilege on these and the documents covered by this letter or otherwise.

                                                           Sincerely,

                                                           Louis C. Bechtle

LCB/rig

cc: Michael A. Barlow, Esquire (via facsimile)