## CERTIFICATE OF SERVICE

I, Jeremy D. Anderson, hereby certify that on April 6, 2006, I electronically filed McKesson's Supplemental Pretrial Submission Regarding Claim Construction Issues by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Jeremy D. Anderson
Jeremy D. Anderson (ID No. 4515)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
jdanders@skadden.com

443766.01-Wilmington S1A