IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 04-1258 (SLR) ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

**TRIZETTO'S RESPONSE TO MCKESSON'S SUPPLEMENTAL
PRETRIAL SUBMISSION REGARDING CLAIM CONSTRUCTION ISSUES.**

At the pretrial conference yesterday, the Court said that it did not want further motions or briefs (although it did permit McKesson to submit an email with "any other specification references" on the "predetermined database" issue) (Tr. 12).  Nevertheless, this morning, McKesson filed a five-page "Submission" (D.I. 309), seeking reargument of one of the Court's claim construction rulings and one of the Court's summary judgment rulings.  That Submission includes the same excerpts that were in McKesson's prior briefs and that McKesson sought to hand up yesterday, but which the Court declined to accept.  McKesson presents no new arguments or evidence.  These issues were fully briefed and, given the Court's direction yesterday, TriZetto does not intend to respond, unless the Court requests that it do so.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld (#1014)*

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
          Attorneys for Defendant
          The TriZetto Group, Inc.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

April 6, 2006

514929

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2006, I caused to be electronically filed TriZetto's Response to McKesson's Supplemental Pretrial Submission Regarding Claim Construction Issues with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Thomas J. Allingham, II
    Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 6, 2006, upon the following in the manner indicated:

BY HAND

    Thomas J. Allingham, II
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, DE  19899

BY FEDERAL EXPRESS

    Jeffrey G. Randall
    Skadden, Arps, Slate, Meagher & Flom LLP
    525 University Avenue
    Suite 1100
    Palo Alto, CA  94301

    */s/ Jack B. Blumenfeld*
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    jblumenfeld@mnat.com