SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 7, 2006

**By Electronic Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*,
           C.A. No. 04-1258 (SLR) (D. Del.)

Dear Chief Judge Robinson:

      This is in response to Rodger Smith's letter to the Court yesterday (D.I. 308) and TriZetto's counsel's incorrect statements during the pretrial conference this week that McKesson has not complied with the December 29, 2005 letter from Judge Bechtle attached to Mr. Smith's letter.

      TriZetto's counsel stated during the conference that they intended to submit Judge Bechtle's letter so that Your Honor could "have the whole package." *See* 4/5/06 Tr. at 88 (D.I. 311). TriZetto's "package," however, omits the most pertinent events, all of which occurred after December 29:

- By letter dated January 6, 2006, Judge Bechtle expressed "appreciation" for McKesson's follow up efforts and ordered ***TriZetto*** to also review its privilege log. [(*See* Exh. A attached) ("TriZetto's counsel [should] review the materials on its privilege logs").]

- The parties thereafter agreed to exchange revised privilege logs on February 13, 2006.

- TriZetto's counsel's statement at the hearing that they have not "received anything else" since Judge Bechtle's December 29 letter is simply untrue. *See* Tr. at 87. McKesson produced a number of additional documents from its log to TriZetto on February 13. (*See* Exh. B attached; letter to Jeffrey T. Thomas, Esq.) TriZetto also

The Honorable Sue L. Robinson
United States District Court
April 7, 2006
Page 2

produced a number of additional documents from its log that McKesson received on that date. (*See* Exh. C attached.)

- Ten days after this exchange (February 23) TriZetto wrote Judge Bechtle "to request ... ruling on the few issues that remain outstanding." (*See* Exh. D attached.) TriZetto closed by stating that resolution of these "few outstanding issues" "***should bring to a close the disputes regarding document production.***" TriZetto did not even suggest that there were any issues concerning McKesson's revised privilege log.

- TriZetto again wrote Judge Bechtle on March 1 raising two discrete issues. (*See* Exh. E attached.) One of these issues has since been resolved; the other is a subject of McKesson's reconsideration motion. TriZetto represented to Judge Bechtle that "[s]ubject to the two issues discussed above, ***TriZetto has no other issues that require Your Honor's assistance.***" Again, TriZetto did not even suggest that there were issues with McKesson's revised privilege log.

TriZetto's statements concerning McKesson's privilege log are therefore incorrect and should be rejected by the Court.

Respectfully submitted,

/s/ Michael A. Barlow

Michael A. Barlow (I.D. No. 3928)


Attachments

cc:   Jack B. Blumenfeld (By E-Filing)
      Rodger D. Smith II (By E-Filing)
      Jeffrey T. Thomas (By E-Mail)