
CONRAD
O'BRIEN
GELLMAN
& ROHN, PC

Louis C. Bechtle
*Attorney at Law*
Direct Dial: 215.864.8060
lbechtle@cogr.com

# Exhibit A

January 6, 2006

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Michael A. Barlow, Esquire
Skadden Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

RE: McKesson Information Solutions LLC v.
The TriZetto Group, Inc.
No. 04-1258 (SLR) (D.Del.)

Dear Counsel:

The purpose of this letter is to express my appreciation for being provided with the material by McKesson Information Solutions, LLC (McKesson) attorneys in order to complete the questions raised resulting in the recent exchange.

By this letter, I am requesting that TriZetto's counsel review the material on its privilege logs in keeping with the standards and orders set forth by the Special Discovery Master (SDM) in regard to the submissions made by the parties since July 2005.

I am looking forward following review by both sides of receiving from counsel a final position paper from each side as to what remains for the SDM to decide.

Both sides must realize that it is not either contemplated, economically feasible or reasonable to expect the court, through the SDM or otherwise to review, document by document, everything on a privilege log. The court must depend on counsel and counsel is entitled to guidance from the court. I think that has been provided through the SDM rulings made to date. This letter then is what I would hope would be a final request for a final review by the parties of documents being withheld to see if further production can be made by both sides.

**CONRAD O'BRIEN GELLMAN & ROHN, PC**

January 6, 2006
Page 2

---

      I will be out of the country until January 17th, and I would ask both parties to use that time to bring us up to date so we can conclude this discovery feature of this litigation.

                                  Sincerely,

                                  Louis C. Bechtle

LCB/jrw

Case 1:04-cv-01258-SLR   Document 312-2   Filed 04/07/2006   Page 2 of 2