SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

———

(650) 470-4500

FAX: (650) 470-4570

http://www.skadden.com

DIRECT DIAL
650-470-4613
DIRECT FAX
888-329-3443
EMAIL ADDRESS
BBUSSE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

# Exhibit B

February 13, 2006

*VIA EMAIL*

Jeffrey T. Thomas, Esq.
Gibson, Dunn & Crutcher LLP
4 Park Plaza
Irvine, California 92614

RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*, C.A. No. 04-1258 (SLR) (D. Del.)

Dear Jeff:

    Enclosed are McKesson's updated privilege log and a privilege log for the inadvertently produced documents. Also enclosed are two more documents that go with the package of documents that you should be receiving this morning via Federal Express.

Very truly yours,

Brian C. Busse

cc: Jack B. Blumenfeld, Esq. *(via email)*
T. Kevin Roosevelt, Esq. *(via email)*