# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

4 Park Plaza  Irvine, California 92614-8557
(949) 451-3800
www.gibsondunn.com

groudabush@gibsondunn.com

February 10, 2006

**Exhibit C**

Direct Dial
(949) 451-4107
Fax No.
(949) 475-4679

Client No.
T 92654-00006

VIA OVERNIGHT MAIL

David W. Hansen, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

Re: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*

Gentlemen:

Enclosed are The TriZetto Group, Inc.'s revised privilege log and documents Bates numbered TRZ840913-TRZ841004.

Thank you for your time and consideration.

Very truly yours,

Gabrielle J. Roosevelt, Certified Paralegal

GJR/gjr
cc (w/o enclosures):
    Jeffrey G. Randall, Esq.
    Bernard C. Shek, Esq.

30385958_1.DOC