# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

4 Park Plaza Irvine, California 92614-8557

(949) 451-3800

www.gibsondunn.com

jtthomas@gibsondunn.com

February 23, 2006

# Exhibit D

VIA FACSIMILE

Direct Dial
(949) 451-3967

Fax No.
(949) 475-4670

Client No.
T 92654-00006

The Honorable Louis C. Bechtle
Special Master
Conrad, O'Brien, Gellman & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 191102-1916

Re: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*
C.A. No. 04-1258 (SLR) (D. Del.)

Dear Judge Bechtle:

I write to request Your Honor's ruling on the few issues that remain outstanding.

First, there are two documents, bearing Control Nos. MCK030145-46 and MCK034150-52, which TriZetto brought to Your Honor's attention in its letter dated January 18, 2006. McKesson originally produced unredacted copies of these documents, and TriZetto marked them as Exhibits 58 and 75 during the deposition of Carolyn Wukitch. McKesson, claiming that the documents were inadvertently produced, objected to their use at the deposition. McKesson later produced the documents with various redactions. Because McKesson's redactions concealed text that was clearly not privileged, TriZetto in its January 18 letter requested that Your Honor order McKesson to again produce unredacted copies. McKesson's letter of January 26, 2006, stated that its ongoing review of its privilege log included a review of these documents, so "there is no reason for Your Honor to address those specific documents." McKesson has now made a supplemental production pursuant to a review of its privilege log, but has not produced unredacted copies of these two documents. Accordingly, TriZetto respectfully requests that Your Honor order McKesson to immediately produce unredacted copies. The documents as marked as deposition exhibits and in their redacted form are attached hereto as Exhibits A through D.

Second, there has been no ruling with respect to one of the documents that TriZetto identified as improperly redacted in its letter dated December 28, 2005. Special Master Order

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

**GIBSON, DUNN & CRUTCHER LLP**

The Honorable Louis C. Bechtle
February 23, 2006
Page 2

No. 6 ("Order No. 6") reserved judgment on the document bearing control numbers starting with MCK052341, designated Item "E." Order No. 7 makes no ruling with respect to this document. TriZetto respectfully requests that Your Honor make a final ruling and order the document produced.

Special Master Order No. 4 ("Order No. 4) made rulings on specific entries from McKesson's privilege log. McKesson has requested that Your Honor reconsider your rulings on a number of the entries and made an *ex parte* submission of declarations on January 5, 2006, in support of that request. Your Honor has not ruled on a few of these documents, specifically those designated Items "J" and "H" in Order No. 4. TriZetto respectfully requests that Your Honor order McKesson to produce these documents. Further, McKesson's use of *ex parte* declarations and submissions has hindered TriZetto's ability to cogently address, and in some cases even identify, the documents described by McKesson's privilege log. McKesson's January 25, 2006, letter asserts that the document described on its privilege log as "The Second Item on Page 163 of 170," designated Item "I" in Order No. 4, is a one-page document that has been produced in its entirety. The text of the entry on the privilege log is "File Containing Patent Enforcement Information." TriZetto requests that McKesson identify this document so that we may verify its production.

The rulings requested herein should bring to a close the disputes regarding document production. We appreciate Your Honor's continued assistance.

Respectfully,

Jeffrey T. Thomas

JTT/jsk
30385523_1.DOC
Attachment(s)
cc/att: Jack B. Blumenfeld, Esq.
Jeffrey G. Randall, Esq.
David W. Hansen, Esq.