# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

4 Park Plaza Irvine, California 92614-8557

(949) 451-3800

www.gibsondunn.com

jtthomas@gibsondunn.com

# Exhibit E

March 1, 2006

**VIA FACSIMILE**

Direct Dial
(949) 451-3967

Client No.
T 92654-00006

Fax No.
(949) 475-4670

The Honorable Louis C. Bechtle
Special Master
Conrad, O'Brien, Gellman & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 191102-1916

  Re: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*
    *C.A. No. 04-1258 (SLR) (D. Del.)*

Dear Judge Bechtle:

  I write in response to Your Honor's requests set forth in Special Master Order No 8.

  First, I address Your Honor's request for a half-page clarification regarding the document bearing control numbers beginning with MCK052341. This is one of the documents that McKesson produced and then demanded that TriZetto return as being privileged and inadvertently produced. In our letter to Your Honor dated December 28, 2005, we identified this document as one that we believe is not privileged as it is a letter from McKesson's counsel to a third party. The only issue with respect to this document's privileged status is whether it was actually sent or is only an internal draft. TriZetto, of course, cannot answer this question. Order No. 6 directed McKesson to provide a declaration and other information to assist Your Honor in ruling on the claim of privilege. TriZetto respectfully requests that Your Honor make a final ruling with respect to this document and any attachments thereto.

  Second, with respect to the documents identified as H and J in Order No. 4, we appreciate Your Honor's reiteration of Order No. 4's direction that they be produced. Our records indicate that McKesson has not produced these documents because it has withheld them subject to a request for reconsideration. According to its letter dated February 2, 2006, McKesson attached these documents to the declaration of Carolyn Wukitch submitted on January 5, 2006. We respectfully request that Your Honor clarify that McKesson must in fact produce these two

LOS ANGELES NEW YORK WASHINGTON, D.C. SAN FRANCISCO PALO ALTO
LONDON PARIS MUNICH ORANGE COUNTY CENTURY CITY DALLAS DENVER

The Honorable Louis C. Bechtle
March 1, 2006
Page 2

documents. We apologize for any confusion that our earlier descriptions of these documents may have caused.

Subject to the two issues discussed above, TriZetto has no other issues that require Your Honor's assistance. As such, while we will happily participate in an in-person hearing should Your Honor deem it necessary, we do not think such a hearing is needed at this juncture. We appreciate Your Honor's continued assistance in bringing these matters to a close.

Respectfully,

Jeffrey T. Thomas

JTT/jsk
30386937_1.DOC
cc: Jack B. Blumenfeld, Esq.
     Jeffrey G. Randall, Esq.
     David W. Hansen, Esq.