# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE

P.O. BOX 636

WILMINGTON, DELAWARE 19899-0636

———

TEL: (302) 651-3000

FAX: (302) 651-3001

www.skadden.com

DIRECT DIAL
(302) 651-3154
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MBARLOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 7, 2006

**By Electronic Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

> RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*,
> C.A. No. 04-1258 (SLR) (D. Del.)

Dear Chief Judge Robinson:

As discussed at Wednesday's hearing, submitted herewith for Your Honor's *in camera* review are the four privileged documents that are the subject of McKesson's request for reconsideration. All four documents are clearly privileged and it was error for the Special Master to require their production. These four documents are the only ones in contention and Your Honor's reconsideration will resolve all issues concerning the Special Master.

The first two documents are Exhibits A and B attached to the declaration of McKesson employee Carolyn Wukitch also submitted herewith for Your Honor's *in camera* review. The basis for McKesson's privilege assertion is set forth in paragraphs 2 to 9 of Ms. Wukitch's declaration. McKesson respectfully requests that Your Honor affirm McKesson's privilege claims with respect to the highlighted portions of Exhibit A and the entirety of Exhibit B.

The highlighted portion of Exhibit C summarizes McKesson employee Janet Cutcliff's discussion "this morning" with "Bill Bain," a McKesson in-house attorney. Highlighted paragraphs 1 and 2 relate the substance of Mr. Bain's legal advice concerning pricing and deal structure issues in connection with McKesson's potential licensing and marketing agreements with TriZetto. Mr. Bain's involvement in these discussions was clearly for the purpose of rendering legal advice and the content of redacted paragraphs 1 and 2 is privileged. McKesson respectfully requests that Your Honor affirm McKesson's privilege claim with respect to the highlighted portions of Exhibit C.

The Honorable Sue L. Robinson
United States District Court
April 7, 2006
Page 2

 

Finally, the highlighted portions of Exhibit D are communications regarding legal options and advice concerning a potential lawsuit.  The highlighted portion of this document clearly reflects legal advice and McKesson therefore respectfully requests that Your Honor affirm McKesson's privilege claim concerning these portions of Exhibit D.

Respectfully submitted,

*/s/ Michael A. Barlow*

Michael A. Barlow (I.D. No. 3928)

*Enclosures* (hand delivered only)

cc:    Jack B. Blumenfeld (By E-filing; w/o encl.)
      Rodger D. Smith II (By E-filing; w/o encl.)
      Jeffrey T. Thomas (By E-mail; w/o encl.)