# EXHIBITS A - D

# SUBMITTED FOR
# *IN CAMERA* INSPECTION