IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1258-SLR |

**PLAINTIFF'S PRETRIAL ORDER SUBMISSIONS RE BENCH TRIAL ISSUES**

On November 7, the Court directed that TriZetto's equitable defenses of laches, estoppel, and inequitable conduct be tried to the Court after the jury trial. (D.I. 138 at 36:3-5. *See also* D.I. 298 at 3.) On March 31, 2006, plaintiff filed a Joint Pretrial Order regarding matters as to the jury trial scheduled to commence on April 17, 2006. (D.I. 298.) Because the Court had not yet scheduled the bench trial regarding TriZetto's equitable defenses, plaintiff reserved the right to file the pretrial order submissions relating to the bench trial in accordance with the schedule to be set by the Court. (D.I. 298, Exs. 1, 2, 4, 6, 8, 10 & 12.) Defendant did not object to or disagree with plaintiff's reservation of rights.

On April 5, 2006, the Court held a Pretrial Conference, at which the Court scheduled the bench trial on defendant's equitable defenses to commence immediately following the jury trial. (D.I. 311 at 16:12-17:4.) Having received the Court's schedule regarding the bench trial, plaintiff McKesson Information Solutions, LLC ("McKesson") hereby provides the following pretrial order submissions regarding the bench trial issues:

1

Exhibit 1:   McKesson's Statement of Disputed Issues of Fact that Remain to be Litigated in the Bench Trial

Exhibit 2:   McKesson's Statement of Disputed Issues of Law that Remain to be Litigated in the Bench Trial

Exhibit 3:   Statement of McKesson's Proofs at the Bench Trial on Laches, Estoppel and Inequitable Conduct

Exhibit 4:   McKesson's List of Intended Bench Trial Witnesses

Exhibit 5:   McKesson's Trial Exhibit List with TriZetto's Objections
(In addition to identifying exhibits related to the bench trial, this exhibit assigns specific exhibit numbers to previously identified screenshots, printouts and video of the accused products. This exhibit list replaces and supersedes the previously filed exhibit list (D.I. 298, Ex. 6).)

McKesson also incorporates by reference its previous pretrial order submissions regarding the jury trial issues filed on March 31, 2006. (D.I. 298.)

By: /s/
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
Jeremy D. Anderson (#4515)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff
    McKesson Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: April 10, 2006