# EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 UNIVERSITY AVENUE
PALO ALTO, CALIFORNIA 94301
———
(650) 470-4500
FAX: (650) 470-4570
http://www.skadden.com

DIRECT DIAL
650-470-4560
DIRECT FAX
888-329-1840
EMAIL ADDRESS
DHANSEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 27, 2005

By Email
T. Kevin Roosevelt, Esq.
Gibson, Dunn & Crutcher LLP
4 Park Plaza
Irvine, CA 92614

     RE: *McKesson Information Solutions LLC v. The TriZetto Group, Inc.*, C.A. No. 04-1258 (SLR) (D. Del.)

Dear Kevin:

  This is in response to your October 25, 2005 letter concerning production of documents from the parties' respective privilege logs. Although we disagree with the standard you suggest for determining whether all or part of a document is covered by the attorney-client privilege, in a good faith effort to resolve this issue we are willing to agree to produce documents that are not clearly privileged on their face, *i.e.*, documents that are not direct communications between a party and its lawyers and that do not on their face show that legal advice is involved. For example, we have each indicated that draft agreements on the other's log should be produced. We are willing to make such production subject to the agreed parameters on condition that TriZetto agrees to make reciprocal production.

  This is agreement is without waiver to privilege with respect to communications employees may have had with counsel concerning the documents. It is also without prejudice to our ability to seek review by the Special Master and production of the documents remaining on TriZetto's privilege log based on TriZetto's waiver of the attorney-client privilege and work product doctrine.

T. Kevin Roosevelt, Esq.
October 27, 2005
Page 2

Please let me know if this is acceptable to TriZetto.

Very truly yours,

David W. Hansen

cc: Jack B. Blumenfeld, Esq. (By email)
Jeffrey T. Thomas, Esq. (By email)

# EXHIBIT B

HIGHLY CONFIDENTIAL

| Date | Author | Author Organization | Recipient | Recipient Organization | CC | Document Title | Privilege Designation |
|---|---|---|---|---|---|---|---|
| 11/05/03 | Mary Timlin-Hoag | McKesson | Carolyn Staudenmeier, Terri Gregorio, Ric Monroe, Gary Girvin, Hillary Latham, Linda Christy | McKesson | N/A | Email reflecting legal advice re: business partner relationships and '164 patent enforcement | AC - Redacted |
| 11/05/03 | McKesson | McKesson | N/A | McKesson | N/A | Meeting agenda re: McKesson-TriZetto relationship reflecting privileged communications | AC - Redacted |
| 11/06/03 | Robert Price | McKesson | Henry Petri, Esq. | Howrey Simon | Chris Doubleday | Email re: '164 patent enforcement | AC |
| 11/06/03 | Robert Price (McKesson Legal), Henry Petri, Esq., Jr. | McKesson, Howrey Simon | Henry Petri, Esq. | Howrey Simon | Chris Doubleday | Email re: Enforcement of the '164 patent | AC WP |
| 11/06/03 | Carolyn Staudenmeier | McKesson | Will Lee (Malvern), Laureen Seeger, Esq. | McKesson | N/A | Email chain forwarding attorney communication with Laureen Seeger re: Joint Marketing Agreement terms | AC |
| 11/06/03 | Carolyn Staudenmeier | McKesson | Will Lee (Malvern), Laureen Seeger, Esq. | McKesson | N/A | Email chain forwarding attorney communication with Laureen Seeger re: Joint Marketing Agreement terms | AC |
| 11/10/03 | Robert Price (McKesson) | McKesson | Henry Petri, Esq. | Howrey Simon | N/A | Email re: '164 patent license with TriZetto | AC |
| 11/10/03 | Carolyn Staudenmeier | McKesson | Will Lee (Malvern), Ric Monroe, Brenda Sims | McKesson | Kathy Brantley, Laureen Seeger, Esq., Carolyn Staudenmeier | Email re: Joint Marketing Agreement | AC WP |
| 11/10/03 | Carolyn Staudenmeier | McKesson | Will Lee (Malvern), Ric Monroe, Brenda Sims | McKesson | Laureen Seeger, Esq. | Email chain forwarding attorney communication with Laureen Seeger re: Joint Marketing Agreement terms and '164 patent enforcement | AC WP |
| 11/11/03 | Henry Petri, Esq. | Howrey Simon | N/A | N/A | N/A | Redlined draft ltr to IntelliClaim re: enforcement of '164 patent | AC |
| 11/11/03 | Henry Petri, Esq. | Howrey Simon | N/A | N/A | Carolyn Staudenmeier, Patrice Wolfe | Draft ltr to IntelliClaim re: enforcement of '164 patent | AC |
| 11/12/03 | Henry Petri, Esq. | Howrey Simon | Robert Price | McKesson | Mark Dickson, Esq. | Email re: '164 patent enforcement | AC |

McKesson v. TriZetto
Privilege/Redaction Log

139 of 170

# EXHIBIT C

HIGHLY CONFIDENTIAL

| Date | Author | Author Organization | Recipient | Recipient Organization | CC | Document Title | Privilege Designation |
|---|---|---|---|---|---|---|---|
| N/A | McKesson | McKesson | N/A | N/A | N/A | Draft of power point slides re TriZetto - McKesson Relationship and '164 patent enforcement | AC |
| N/A | McKesson | McKesson | N/A | N/A | N/A | Handwritten notes reflecting privileged communications re: '164 patent enforcement | AC |
| N/A | McKesson | McKesson | N/A | N/A | N/A | File directory print out re: GMIS lawsuit with handwritten notes | WP |
| N/A | McKesson | McKesson | N/A | N/A | N/A | Handwritten notes re: '164 patent enforcement | WP |
| N/A | McKesson | McKesson | McKesson | N/A | N/A | GMIS v. HPR litigation preparation document | AC WP |
| N/A | McKesson | McKesson | McKesson | N/A | N/A | Attorney handwritten notes re: sales | WP |
| N/A | McKesson | McKesson | N/A | N/A | N/A | '164 Patent Working Group List | WP |
| N/A | McKesson | McKesson | N/A | N/A | N/A | 164 patent enforcement research reflecting privileged communications | AC |
| N/A | McKesson | McKesson | N/A | N/A | N/A | 164 patent enforcement research reflecting privileged communications | AC |
| N/A | McKesson | McKesson | McKesson | N/A | N/A | 164 patent enforcement research reflecting privileged communications | AC |
| N/A | Pacific Consulting Group | Pacific Consulting Group | McKesson | N/A | N/A | 164 patent enforcement research reflecting privileged communications | AC |
| N/A | McKesson | McKesson | N/A | N/A | N/A | '164 Patent analysis with handwritten notes | AC |
| N/A | McKesson | McKesson | N/A | N/A | Carolyn Staudenmeier | Chart re: '164 patent enforcement | AC |
| N/A | McKesson | McKesson | McKesson | N/A | N/A | Chart re: McKesson/TriZetto agreement terms | AC |
| N/A | McKesson | McKesson | N/A | N/A | N/A | '164 Patent Working Group List | WP |