IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-1258-SLR |

## NOTICE OF SERVICE

The undersigned, as counsel for Plaintiff McKesson Information Solutions LLC, certifies that on April 11, 2006 copies of the Supplemental Expert Report of Margaret L. Johnson, Ph.D. were served upon the following counsel of record in the manner indicated:

**VIA FEDERAL EXPRESS**
Jeffrey Thomas, Esq.
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA  92614
Facsimile:  949-475-4670

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MORRIS, NICHOLS, ARSHT &
　TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Facsimile:  302-425-3012


Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
Jeremy D. Anderson (#4515)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
 Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301


DATED: April 11, 2006

# CERTIFICATE OF SERVICE

I, Jeremy D. Anderson, hereby certify that on April 11, 2006, I electronically filed the Supplemental Expert Report of Margaret L. Johnson, Ph.D. by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Jeremy D. Anderson
Jeremy D. Anderson (ID No. 4515)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
jdanders@skadden.com

443766.01-Wilmington S1A