# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. ) | C. A. No. 04-1258 (SLR) |

## NOTICE OF DEPOSITION OF MARCIA J. RADOSEVICH

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit A has been served upon Marcia J. Radosevich, 3989 Jappelop, West Palm Beach, Florida 33401.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Subpoena, Defendant The Trizetto Group, Inc. will take the deposition of Marcia J. Radosevich by oral examination on July 7, 2005, at 9:00 a.m., at the office of Page, Mrachek, Fitzgerald & Rose, P.A. located at 505 South Flagler Drive, Flagler Center, Suite 600, West Palm Beach, Florida 33401, before a certified shorthand reporter who is duly authorized to take and transcribe depositions. The deposition will be videotaped and such videotape may be used at the trial or other proceeding in

this action. This deposition will continue from day to day, excluding Sundays and legal holidays, until completed.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Rodger D. Smith II*
        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200
        *Attorneys for Defendant*
        *The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

June 24, 2005
471572