## CERTIFICATE OF SERVICE

       I, Michael A. Barlow, hereby certify that on April 12, 2006, I electronically filed McKesson's Memorandum in Response to TriZetto's Motion To Strike The Portion Of Marcia J. Radosevich's April 10, 2006 Deposition Conducted By McKesson, And For Sanctions by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT & TUNNELL | MORRIS NICHOLS ARSHT & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

                                                    */s/ Michael A. Barlow*
                                                  Michael A. Barlow (ID No. 3928)
                                                  SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP
                                                 One Rodney Square
                                                 P.O. Box 636
                                                 Wilmington, Delaware 19899
                                                 (302) 651-3000
                                                 mbarlow@skadden.com