**CERTIFICATE OF SERVICE**

       I, Michael A. Barlow, hereby certify that on April 13, 2006, I electronically filed McKesson's Response to TriZetto's Statement Concerning the Courts Construction of "Predetermined Database by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT | MORRIS NICHOLS ARSHT |
|  & TUNNELL | & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

                                         */s/ Michael A. Barlow*
                                         Michael A. Barlow (ID No. 3928)
                                         SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                         One Rodney Square
                                         P.O. Box 636
                                         Wilmington, Delaware 19899
                                         (302) 651-3000
                                         mbarlow@skadden.com