IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 13th day of April, 2006, having reviewed the various motions to strike filed by defendant TriZetto;

IT IS ORDERED that:

1. TriZetto's motion to strike Dr. Musen's supplemental expert report (D.I. 317) is granted. Counsel for plaintiff McKesson has represented that the supplemental report contains nothing more than errata and demonstratives (e.g., screenshots from the Facets, ClaimFacts and QicLink accused products) that were not available at the time of his original report. The court agrees that these are appropriate reasons for supplementing a report. However, given the court's limited resources and the limited time before trial, it is not possible for the court to

comb through the 122 page supplemental report to confirm McKesson's representation.[1]  Therefore, the report will be stricken, but McKesson may introduce through this witness exhibits that were not available at the time of his original report, so long as the substance of his trial testimony is consistent with that of his original report.  The admissibility of such exhibits shall be reviewed on a document by document basis.

    2.  TriZetto's motion to strike the supplemental report of Dr. Johnson (D.I. 323) is granted.  Unlike Dr. Musen's supplemental report, Dr. Johnson's supplemental report is only 27 pages long (compared to the 14 pages of her original report) and appears to involve analyses of multiple screenshots from the accused products.  Again, however, her analyses are technical enough that the court cannot with confidence determine whether Dr. Johnson has strayed beyond the bounds of her original report.  Therefore, her report will be stricken, but exhibits that were not available at the time of her original report may be introduced through her testimony, so long as her trial testimony is consistent with her original report.  The admissibility of such exhibits shall be determined on a document by document basis.

    3.  TriZetto's motion to strike the portion (pages 30-76) of

---

[1] Recall that Dr. Musen's original expert report was only 17 pages long.

Marcia J. Radosevich's April 10, 2006 deposition conducted by McKesson (D.I. 321) is granted.  Having reviewed the deposition, the court concludes that McKesson purposefully extended the parameters of discovery past the limits set by Special Master Order No. 5.  McKesson shall pay the costs associated with TriZetto's motion practice in this regard, as well as the costs of the deposition.

                                             _____
                                             United States District Judge