IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1258-SLR |

**MCKESSON'S MOTION FOR PARTIAL
RECONSIDERATION OR, IN THE ALTERNATIVE, FOR PARTIAL STAY
OF ENFORCEMENT PENDING APPELLATE REVIEW, OF THE COURT'S
APRIL 11, 2006 MEMORANDUM ORDER REGARDING PRETRIAL ISSUES**

Plaintiff McKesson Information Solutions LLC ("McKesson"), by its counsel, hereby respectfully moves this Court to reconsider ¶ 12(b) if its April 11, 2006 Memorandum Order (D.I. 320) or, in the alternative, to stay enforcement of that paragraph of the April 11, 2006 Order pending immediate appellate review by McKesson. As grounds for this motion, McKesson states as follows:

1. On April 11, 2006, this Court issued a Memorandum Order on pretrial issues. D.I. 320. Among other things, the Order directed McKesson to produce to defendant The TriZetto Group, Inc. ("TriZetto") four documents that McKesson contends are protected from disclosure by the attorney-client and work product privileges. D.I. 320, ¶ 12; see also McKesson's April 7, 2006 submission with documents attached for in camera review, D.I. 313. The Court ordered production of the documents by no later than the end of the day today. Id. ¶ 12(e).

  2. McKesson has now produced to TriZetto three of the four documents, referenced at D.I. 320, ¶¶ 12(a), 12(c) and 12(d), respectively.  However, McKesson has not produced the document referenced at ¶ 12(b).

  3. Although McKesson continues to believe that all four documents are privileged, with respect to the document referenced at ¶ 12(b), McKesson must continue to pursue all remaining avenues of judicial relief to protect it from disclosure.  As the Court is aware, the document consists of pages 10-13 of a 13-page analysis of options, prepared on the advice and with the input of McKesson's counsel, in anticipation of litigation.  See Wukitch Decl. ¶¶ 6-9, submitted on April 7, 2006.  D.I. 313.  If produced erroneously, McKesson will have no adequate remedy at law.  See In re the Regents of the Univ. of Cal., 101 F.3d 1386, 1387 (Fed. Cir. 1996) ("appeal after disclosure of the privileged communication is an inadequate remedy").

  4. Therefore, McKesson respectfully seeks this Court's reconsideration of that one provision of its April 11, 2006 Order, D.I. 320, ¶ 12(b).  If it would assist the Court, McKesson will make available at the Court's convenience a witness from McKesson who can testify to the Court ex parte and in camera about the full basis for the company's concern.  In the alternative, McKesson requests that the Court stay the enforcement of ¶ 12(b) of the Order so that McKesson can seek immediate appellate review, which it will do immediately upon the Court's Order.

  5. McKesson does not make this motion lightly.  It acknowledges the substantial time and effort that the Court has already devoted to these issues and regrets that it must continue to litigate on this one point.  McKesson also notes that due to the seriousness of the issue, the decision whether to make this motion required substantial

communication and contemplation by and among several individuals within the McKesson organization, some of whom had limited availability. Accordingly, McKesson was not in a position to make this motion yesterday or the day before.

WHEREFORE, McKesson respectfully moves this Court for an Order reconsidering its ruling with respect to D.I. 320, ¶ 12(b) or, in the alternative, to stay the enforcement of that provision of the Order pending appellate review. A proposed form of order is submitted herewith.

By:   */s/ Michael A. Barlow*
     Thomas J. Allingham II (#0476)
     Michael A. Barlow (#3928)
     SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
     One Rodney Square
     P.O. Box 636
     Wilmington, Delaware 19899
     (302) 651-3000

     Attorneys for Plaintiff McKesson
       Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: April 14, 2006

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement.

/s/ Michael A. Barlow
Michael A. Barlow (#3928)