IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 04-1258-SLR |

**ORDER GRANTING MCKESSON'S MOTION FOR PARTIAL RECONSIDERATION OR, IN THE ALTERNATIVE, FOR PARTIAL STAY OF ENFORCEMENT PENDING APPELLATE REVIEW, OF THE COURT'S APRIL 11, 2006 MEMORANDUM ORDER REGARDING PRETRIAL ISSUES**

Having considered Plaintiff McKesson Information Solutions LLC's Motion For Partial Reconsideration Or, In The Alternative, For Partial Stay Of Enforcement Pending Appellate Review, Of The Court's April 11, 2006 Memorandum Order Regarding Pretrial Issues, IT IS HEREBY ORDERED that Plaintiff McKesson Information Solutions LLC's Motion For Partial Reconsideration Or, In The Alternative, For Partial Stay Of Enforcement Pending Appellate Review, Of The Court's April 11, 2006 Memorandum Order Regarding Pretrial Issues is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATED: _____