## **CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on April 14, 2006, I electronically filed McKesson's Motion For Partial Reconsideration Or, In The Alternative, For Partial Stay Of Enforcement Pending Appellate Review, Of The Court's April 11, 2006 Memorandum Order Regarding Pretrial Issues and Proposed Order by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

*/s/ Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com