IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.<br><br>                Defendant. | Civil Action No. 04-1258-SLR |

### THE TRIZETTO GROUP, INC.'S REVISED PROPOSED SPECIAL VERDICT FORM (PHASE I)

Pursuant to Local Rule 51.1, The TriZetto Group, Inc. hereby submits its revised proposed form of special verdict and interrogatories to the jury.

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Jack B. Blumenfeld (#1014)*

                            Jack B. Blumenfeld (#1014)
                            Rodger D. Smith, II (#3778)
                            1201 N. Market Street
                            Wilmington, DE 19899
                            (302) 658-9200
                              Attorneys for Defendant The TriZetto Group, Inc.

Of Counsel:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

Dated:  April 16, 2006

We, the jury, unanimously find as follows:

## DIRECT INFRINGEMENT

1.     For each of the products listed below, has McKesson shown by a preponderance of the evidence that TriZetto is directly infringing the claims of U.S. Patent No. 5,253,164 (the "'164 patent")?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

| FACETS | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

| CLAIMFACTS | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

| QICLINK | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

2.   For each of the products listed below, has McKesson shown by a preponderance of the evidence that TriZetto's customers are directly infringing the claims of U.S. Patent No. 5,253,164 (the "'164 patent")?

*"Yes" is a finding for McKesson. "No" is a finding for TriZetto.*

| FACETS | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

| CLAIMFACTS | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

| QICLINK | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

**If you answered "No" as to all the claims in Questions 1 and 2, please sign and return this form. If you answered "Yes" as to any claims or products in Question 2, then you should answer the questions below for those claim(s) and product(s).**

## ACTIVE INDUCEMENT OF INFRINGEMENT

3. Has McKesson shown, by a preponderance of the evidence, that TriZetto has actively induced its customers to use its products in a way that directly infringes an asserted claim of the '164 patent?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

|  | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

## CONTRIBUTORY INFRINGEMENT

4. Has McKesson shown, by a preponderance of the evidence, that TriZetto has contributed to the infringement of any asserted claim of the '164 patent by selling products it knew were especially made to infringe the '164 patent and that the products were not suitable for substantial noninfringing uses?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

|  | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 16 | | |

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: _____, 2006

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 16, 2006 I electronically filed The TriZetto Group, Inc.'s Revised Proposed Special Verdict Form (Phase I) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 16 2006 upon the following in the manner indicated:

### BY EMAIL

> Thomas J. Allingham, II
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301]

> /s/     *Jack B. Blumenfeld*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com