IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1258-SLR |

**MCKESSON'S MOTION FOR RECONSIDERATION OF THE
COURT'S APRIL 13, 2006 ORDER RELATING TO THE DEPOSITION
OF MARCIA J. RADOSEVICH OR, IN THE ALTERNATIVE, TO STRIKE
SELECTED PORTIONS OF THE DEPOSITION CONDUCTED BY TRIZETTO**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff McKesson Information Solutions LLC ("McKesson"), by its counsel, hereby respectfully moves this Court for reconsideration of its April 13, 2006 Order (D.I. 329) striking in its entirety McKesson's April 10, 2006 examination of Marcia J. Radosevich as well as imposing additional sanctions; or, in the alternative, to strike selected portions of Ms. Radosevich's deposition conducted by TriZetto. A Memorandum In Support and proposed form of order are submitted herewith.

By:    */s/ Michael A. Barlow*
        Thomas J. Allingham II (#0476)
        Michael A. Barlow (#3928)
        SKADDEN, ARPS, SLATE,
           MEAGHER & FLOM LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899
        (302) 651-3000

        Attorneys for Plaintiff McKesson
           Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: April 17, 2006

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement

/s/ Michael A. Barlow
Michael A. Barlow (#3928)