IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1258-SLR |

## ORDER

Having considered Plaintiff McKesson Information Solutions LLC's ("McKesson's") Motion For Reconsideration Of The Court's April 13, 2006 Order Relating To The Deposition Of Marcia J. Radosevich Or, In The Alternative, To Strike Selected Portions Of The Deposition Conducted By TriZetto, IT IS HEREBY ORDERED that: (1) McKesson's Motion For Reconsideration Of The Court's April 13, 2006 Order Relating To The Deposition Of Marcia J. Radosevich is GRANTED, the Court's Order of April 13, 2006 (D.I. 329) is VACATED, and TriZetto's Motion To Strike (D.I. 321) is hereby DENIED; (2) McKesson's Motion To Strike Selected Portions Of The Deposition of Marcia J. Radosevich Conducted By TriZetto is GRANTED, with the following pages being struck: 8:7- 23:23 and 25:10-22.

The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____