**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on April 17, 2006, I electronically filed McKesson's Memorandum In Support Of Its Motion for Reconsideration Of The Court's April 13, 2006 Order Regarding The Deposition Of Marcia J. Radosevich Or, In The Alternative, To Strike Selected Portions Of The Deposition Conducted By TriZetto by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ *Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com