IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 17th day of April, 2006, having reviewed plaintiff's motions for reconsideration;

IT IS ORDERED that:

1. Plaintiff's motion for reconsideration regarding the deposition of Marcia J. Radosevich (D.I. 334) is denied.

2. Plaintiff is permitted to use its trial time to argue its motion for reconsideration on Special Master Order No. 9 or, in the alternative, for partial stay of enforcement pending appellate review. (D.I. 330) In the event that plaintiff elects not to argue the motion, the motion will be deemed moot.

_____
United States District Judge