# EXHIBIT A
















# TriZetto's Claim Processing Software

- Claims Archive Inquiry/Restore
- Claims Inquiry
- Dental Claim Line-Item History
- Dental Claims Electronic Log
- Dental Claims Logging
- Dental Claims Processing
- External Claims Editing
- FSA Claims Processing
- Hospital Claim Logging/History
- Hospital Claims Electronic Log
- Hospital Claims Pre-Pricing
- Hospital Claims Processing
- Medical Claim Logging/History
- Medical Claims Electronic Log
- Medical Claims Pre-Pricing
- Medical Claims Processing
- Paymt Drag Override Processing
- Pending Claims Release Parms

- ⊞ Accounting
- ⊞ Application Support
- ⊞ Billing
- ⊞ Capitation/Risk Allocation
- ⊞ Claims Processing
- ⊞ Claims Processing + ITS
- ⊞ Commission
- ⊞ Criteria Maintenance
- ⊞ Customer Service
- ⊞ Dental Plan
- ⊞ Dental Provider Agreement
- ⊞ FSA Plan
- ⊞ Guided Benefit Configuration
- ⊞ ITS Application Support
- ⊞ ITS Plan
- ⊞ Medical Plan
- ⊞ Medical Provider Agreement
- ⊞ NetworX
- ⊞ Pricing Profile
- ⊞ Privacy Business Entity
- ⊞ Privacy Covered Entity
- ⊞ Privacy Filters
- ⊞ Privacy Member Administration
- ⊞ Privacy Member Transactions
- ⊞ Provider
- ⊞ Subscriber/Member
- ⊞ Utilization Management
- ⊞ Workflow Configuration



# Erisco Invested In An Innovative Solution

## 1989




# Patent Claim 1



## Patent Claim 1

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes, defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

'164 Patent





## "Predetermined Database"

### '164 Patent

*Patent Claim 1*

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

# "Predetermined Database"

**The Court's Definition**

A set of decision-making rules that incorporate a medical code classification system and expert medical clinical judgment.

9

# "Predetermined Database"

## The Court's Definition

A set of decision-making rules that incorporate a medical code classification system and expert medical clinical judgment ... containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes

8



# "Mutually Exclusive Due To Non-Medical Criteria"

## Patent Claim 2

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service codes in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.



'164 Patent

## "Entire Claim Approved Or Rejected Based On The Codes Of The Claim"

### Patent Claim 16

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step that the at least one claim in response to the determining step.



'164 Patent

## Reasons A Medical Claim Could Be Rejected Other Than For Its Code

- Doctor is outside of network
- Deductible not met
- Preapproval not obtained
- Policy expired
- Patient is uncovered dependent

# Checking Accuracy Of Codes Is Just One Step In Processing Of A Claim





## "Entire Claim Approved Or Rejected Based On The Codes Of The Claim"

### Patent Claim 16

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;



determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;



### '164 Patent

# Types Of Infringement

**Direct** — Defendant is actually performing the patented method

**Indirect** — Someone other than defendant is actually performing the patented method

**Contributory** — Product has no non-infringing uses 

**Inducement** — Defendant intentionally sought to have someone else infringe the patent 

# TriZetto Does Not Infringe

**Patent Claim 1**
- Medical rules are **not** used to check the AMA code list

**Patent Claim 2**
- **Same** process for single and multi-code claims
- **Does not** use non-medical criteria to check for mutually exclusive codes

**Patent Claim 16**
- **Same** process for single and multi-code claims
- Medical rules are **not** used to approve and reject claims