IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.<br><br>Defendant. | C.A. No. 04-1258-SLR<br><br>REDACTED PUBLIC VERSION |

### REDACTED EXHIBITS TO
### THE TRIZETTO GROUP, INC.'S MOTION TO STRIKE THE
### SUPPLEMENTAL EXPERT REPORT OF MARK A. MUSEN

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendant The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

Original Filed:  April 11, 2006
Public Version Filed:  April 20, 2006

# EXHIBIT A

Redacted

# EXHIBIT B

Redacted

# EXHIBIT C

**11/22/2005 Musen, Mark**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF DELAWARE
 3
 4    MCKESSON INFORMATION            )
      SOLUTIONS, LLC,                 )
 5                                    )
                        PLAINTIFF,    )
 6    vs.                             ) Case No. 04-1258-SLR
                                      )
 7    THE TRIZETTO GROUP, INC.,       )
                                      )
 8                       DEFENDANT.   )
      _____)
 9
10
11
12
13
14         VIDEO DEPOSITION OF MARK MUSEN, M.D., PH.D.
15         Held at Skadden, Arps, Slate, Meagher & Flom
16               525 University Avenue, 11th Floor
17                     Palo Alto, California
18           Tuesday, November 22, 2005, 9:11 a.m.
19
20
21
22
23
24      REPORTED BY:  CHRIS DE GEORGE, CSR. NO. 7069
25
```

1

1   have regarding both those issues, to the best of my
2   knowledge. I can't -- I am not aware of other opinions
3   that didn't make it into the final text.
4       Q.   Yeah. That's what I was going to ask you.
5            Did you formulate any opinions or conclusions
6   during this collaborative process that were excluded,
7   not included, or rejected for some reason?
8       A.   No.
9       Q.   Okay. So all of them are in MM-1 and MM-2.
10      A.   Yes.
11      Q.   Other than collaborating with Mr. Hendershot,
12  did you discuss your report with anyone else while you
13  were preparing it?
14      A.   Mr. Swenson.
15      Q.   Oh.
16           MR. HENDERSHOT: Jon.
17           MR. SITZMAN: I'm sorry. If I can just
18  represent whose --
19           MR. HENDERSHOT: Oh, I'm sorry. I did not
20  identify him.
21           Do you want to introduce yourself?
22           MR. SWENSON: Sure. Jon Swenson. It's J-o-n,
23  S-w-e-n-s-o-n.
24           MR. SITZMAN: From Skadden, Arps?
25           MR. SWENSON: From Skadden, Arps, yeah.

```
1    manufacturer. And I certainly reviewed the depositions
2    regarding testimony regarding QicLink. That doesn't
3    tell me which version it is.
4         Q.  Okay. Let me -- I want to go back to this.
5    You've not looked at any software from TriZetto?
6         A.  That's correct.
7         Q.  And you've not looked at any source code from
8    TriZetto?
9         A.  That's correct.
10        Q.  Did you ask Mr. Hendershot or Mr. Swenson to
11   do that?
12        A.  I relied on the report from Dr. Johnson who
13   had an opportunity to look at some of that software.
14        Q.  And --
15        A.  But I've never seen -- I've never seen
16   functioning software. I don't think Dr. Johnson has
17   either.
18        Q.  Okay. You relied on Johnson. Did you think
19   that was sufficient for your formulation of your
20   opinions or conclusions?
21        A.  Yes.
22        Q.  Okay. And so -- and that came up, by the way,
23   in the context of whether or not you'd asked to say, Oh,
24   I really want to see source code. So I'm assuming from
25   that you felt you did not have to go and actually look
```

1   A.  Yes.

2   Q.  Okay. How do you know that it performs that
3   identical function?

4   A.  I know that by looking at the product
5   literature that I've been -- been given and by reviewing
6   the testimony of all those who were deposed in this
7   case.

8   Q.  Okay. Where in your report, MM-1, is the
9   structure identified that corresponds to the function
10  that I just read into the record?

11  A.  The structure is software. My understanding
12  in this case is that it is sufficient to say that the
13  function is implemented in software.

14  Q.  Is -- is there any particular software or are
15  you just saying software?

16  A.  Well, the patent specification gives a
17  particular embodiment for how that software might be
18  constructed, but at issue is whether software is used to
19  perform this particular function, a function which,
20  until this patent, had been done only manually.

21  Q.  Okay. So software is used. Can you identify
22  then -- well, let -- let's be clear. Your report
23  does- -- doesn't call out exactly what software is used.

24  A.  That's correct.

25  Q.  Okay. Can you identify for me, though, in the

102

# EXHIBIT D

Redacted

# EXHIBIT E

Redacted

# EXHIBIT F

Redacted

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 20, 2006 I electronically filed a Redacted Copy of Exhibits to The TriZetto Group, Inc.'s Motion to Strike the Supplemental Expert Report of Mark A. Musen with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 20, 2006 upon the following in the manner indicated:

**BY HAND**

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

>*/s/ Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com