IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.<br><br>Defendant. | C.A. No. 04-1258-SLR<br><br>REDACTED PUBLIC VERSION |

**REDACTED EXHIBITS TO
THE TRIZETTO GROUP, INC.'S MOTION TO STRIKE THE
SUPPLEMENTAL EXPERT REPORT OF MCKESSON'S SECOND
INFRINGEMENT EXPERT, MARGARET L. JOHNSON, PH.D.**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendant The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA 92614

Original Filed: April 12, 2006
Public Version Filed: April 20, 2006

# EXHIBIT A

Redacted

# EXHIBIT B

# Redacted

# EXHIBIT C

# Redacted

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 20, 2006 I electronically filed a Redacted Copy of Exhibits to The TriZetto Group, Inc.'s Motion to Strike the Supplemental Expert Report of Margaret L. Johnson with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas J. Allingham, II
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on April 20, 2006 upon the following in the manner indicated:

**BY HAND**

Thomas J. Allingham, II
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

>/s/ Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com