IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1258-SLR |
| ) | |
| THE TRIZETTO GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MCKESSON'S MOTION FOR RECONSIDERATION OF THE
COURT'S APRIL 19, 2006 RULING REGARDING
DEPOSITION TESTIMONY OF ANTHONY BELLOMO**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff McKesson Information Solutions LLC ("McKesson"), by its counsel, hereby respectfully moves this Court for reconsideration of its April 19, 2006 ruling concerning McKesson's presentation of deposition testimony of TriZetto's Executive Vice President, Anthony Bellomo, relating to TriZetto's direct and indirect infringement of the '164 patent.

As grounds for this motion, McKesson states as follows:

1. This Court's April 19, 2006 ruling (Tr. at 705:2-6) precludes McKesson from presenting the testimony of Anthony Bellomo (Volume 2) on issues of direct, inducement and contributory infringement as being irrelevant and redundant to evidence already presented to the jury. The testimony McKesson seeks to introduce includes statements made by Mr. Bellomo that indicate TriZetto directly practices the claimed methods by hosting and running each of the three accused systems for its customers. The testimony is also relevant to TriZetto's inducement of infringement

1

because it includes information on TriZetto's marketing and encouragement of its customers to practice the claimed method to realize a large amount of monetary savings. Finally, the testimony is relevant to TriZetto's contributory infringement by indicating that TriZetto actively sells and sets up software that is designed to infringe the methods claimed in the '164 patent. The Court's order precluding the presentation of such relevant and admissible evidence from a senior officer at TriZetto regarding TriZetto's direct and indirect infringement prejudices McKesson.

2. For the foregoing reasons, McKesson respectfully requests that the Court reconsider its ruling and allow McKesson to introduce the attached deposition testimony of Mr. Bellomo on Monday April 24, 2006 during the continuation of its case-in-chief which is already scheduled to continue with the examination of Ms. Lampe. Specifically, McKesson requests the Court allow presentation of testimony from the Volume 2 deposition of Anthony Bellomo, attached as Exhibit A, and designated as follows: 98:12 – 98:25; 99:20 – 104:6; 106:5 – 106:9; 108:3 – 109:14; 110:1 – 110:20; 111:8 – 112:4; 143:4 – 143:24; and 145:4 – 145:11.

By: /s/ Michael A. Barlow
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
   Information Solutions LLC

2

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: April 22, 2006

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement

/s/ *Michael A. Barlow*
Michael A. Barlow (#3928)