# EXHIBIT A

Page 97

1  you know, major processing application that
2  a health plan would use.
3      Q.  Is this an accurate reflection of
4  TriZetto's, and its three accused infringing
5  products, prospective market share in the
6  core systems, health systems for health
7  plans, namely, the TriZetto QicLink has 2.94
8  percent of the market share, TriZetto
9  ClaimFacts has 9.22 percent of the market
10 share and TriZetto Facets has an 11.7
11 percent of the market share for 2004?
12     A.  That's what it says.  I couldn't
13 tell you if it's accurate or not, but that's
14 what it says.
15     Q.  Do you have any reason whatsoever
16 to question the accuracy of the information
17 contained in this document?
18     A.  No.
19     Q.  To the best of your knowledge, is
20 this a TriZetto document that accurately
21 reflects the information contained thereon?
22         MR. THOMAS:  Objection,
23 speculation, foundation.
24     Q.  You can answer the question.
25     A.  I don't see TriZetto written on

Page 98

1  it anywhere -- I don't see TriZetto written
2  on it.  I'm not sure that this is a TriZetto
3  document.
4      Q.  It was produced by TriZetto,
5  correct?  Well, let me withdraw the
6  question.
7      A.  This is a reasonable
8  representation of my understanding of the
9  market share.
10     Q.  As of 2004, right?
11     A.  Right, to save you trouble.
12         MR. RANDALL:  I'll mark as
13 Exhibit 15, a document entitled,
14 "Erisco, The Benefits of Information,
15 ClinicaLogic Medical Claims Editor."
16         (Exhibit 15, document bearing
17 Bates Nos. TRZ 032148 through 032165,
18 marked for identification, as of this
19 date.)
20     Q.  Can you identify this document,
21 Mr. Bellomo?
22     A.  This looks like a piece of
23 collateral material that we produced in
24 conjunction with ClaimFacts for
25 ClinicaLogic.

Page 99

1      Q.  So it's a TriZetto produced --
2  strike that.
3         Is this an accurate reflection of
4  the information contained in it?
5      A.  Can you repeat that?  Is it an
6  accurate reflection --
7      Q.  Does this accurately reflect the
8  information contained in this document?
9         MR. THOMAS:  Objection, compound,
10 vague, ambiguous.
11     A.  Again, this is a piece of
12 collateral material that we produced in
13 conjunction with selling ClinicaLogic to
14 ClaimFacts customers.
15     Q.  When you say, "collateral," what
16 do you mean by that?
17     A.  It's a piece of material that we
18 used in the sales cycle for licensing
19 ClinicaLogic.
20     Q.  You provide this to your
21 customers in an attempt to sell ClinicaLogic
22 with ClaimFacts, correct?
23     A.  To prospects usually, yes.
24     Q.  And at page, Bates stamp ending
25 in 151, TriZetto represents to its potential

Page 100

1  customers an example of a net savings of a
2  thousand dollars for an unbundling
3  procedure, right?
4      A.  Correct.
5      Q.  At Bates stamp number ending in
6  153, do you see that?
7      A.  Yes.
8      Q.  There is a list of the
9  comprehensive edits of, or high level rules
10 that are applied by the clinical editing
11 component of the ClaimFacts, correct?
12     A.  Correct.
13     Q.  I'd like to direct your attention
14 to Bates stamp ending in 155.
15     A.  Got it.
16     Q.  That is a proven cost savings
17 statement that Erisco makes to its customers
18 regarding Erisco's test of a billion dollars
19 in medical claims that resulted in
20 challenged claims of 13 percent, accounting
21 for 18.2 million, correct?
22     A.  Correct.
23     Q.  So could you explain that
24 diagram, the proven cost savings at Bates
25 stamp ending in 155, what does that

                                                                101
1  represent?
2     A.  I believe we took a billion
3  dollars of claims that had previously been
4  processed in ClaimFacts from various
5  clients, and ran them through our clinical
6  editing system. The result of it was to
7  analyze 250,000 separate surgical claims.
8  And of those 250,000 surgical claims, we
9  challenged an average of 13 percent of them
10 and challenged an average of $18.2 million.
11    Q.  I'd like to direct your attention
12 to Bates stamp ending in 157 of that
13 document. It's entitled "Sample Results."
14 And then below that, it says, "Percentage of
15 total surgeon fees saved."
16    Do you see that?
17    A.  Yes.
18    Q.  At the bottom paragraph, it
19 indicates, "Individual case studies assume a
20 conservative savings estimate of 50 percent
21 of challenged surgeon fees based on a review
22 of the overall study sample results."
23    Do you see that?
24    A.  Yes.
25    Q.  Can you explain this document, or

                                                                102
1  the test that was performed?
2     A.  Sure. We took three separate
3  clients, a sample from three separate
4  clients' databases of claims that had
5  previously been adjudicated by ClaimFacts.
6     Q.  And approved for payment?
7     A.  Excuse me?
8     Q.  And approved for payment?
9     A.  And approved for payment.
10    Q.  Right.
11    A.  And we ran those claims through
12 Facets clinical editing using the base logic
13 as configured in the system. And you know,
14 based upon the way it was configured, we
15 computed the amount of savings associated
16 with each of those three clients by taking
17 the amount of charges that were challenged
18 and making a blanket assumption and saying
19 that we'll assume that you save 50 percent
20 of that which is this challenged, which is
21 fairly conservative.
22    And all of that depends upon how
23 any particular customer chooses to implement
24 the ClinicaLogic, because there's a lot of
25 rules that you can set up to make the system

                                                                103
1  either more tight or more loose in terms of
2  what goes through it. And based upon the
3  configuration, you can change these numbers,
4  but these are three representative samples.
5     Q.  And it's conservative, in terms
6  of the savings you can expect, to assume
7  that you will only save 50 percent of the
8  challenged claims, correct?
9     A.  That's what the author of this
10 said, yes.
11    Q.  Well, that's what Erisco said,
12 right, to its customers?
13    A.  That's what was said here, yes.
14    Q.  All right. And so Erisco tells
15 its customers that it's conservative to
16 assume that they will save 50 percent of the
17 challenged claims.
18    They would typically expect to
19 save more than that, right?
20    A.  That's what we wrote here.
21    Q.  Well, that's what you told the
22 customers, right?
23    A.  That's what we told our
24 prospects.
25    Q.  All right. And the sample

                                                                104
1  results here would indicate that even
2  applying that conservative savings to
3  challenged claims, that nonetheless, you
4  could expect to save overall 6 to 8 percent
5  of the total surgeons' fees, correct?
6     A.  Yes.
7     Q.  So for instance, when ClaimFacts
8  applies the base logic as configured in the
9  system, customers can conservatively expect
10 to save 6 to 8 percent of the total
11 surgeons' fees submitted to the system,
12 correct?
13    A.  It's, again, we flag these
14 services and it's up to the customer to
15 determine how they want to enforce their
16 policies and the rules that we've given them
17 the ability to automatically enforce. So
18 it's up to them, but yes, this is what we
19 represented.
20    Q.  And what did you mean when you
21 said, when -- strike that.
22    When Erisco runs these tests and
23 samples, and comes up with these results, in
24 order to tell its customers about the
25 savings it can expect to receive from the

Page 105

1  clinical editing feature in ClaimFacts, it
2  runs the claims through the base logic,
3  which you said, as configured by the system,
4  correct?
5     A.  There are configuration options
6  available to the end user.  You can turn it
7  on to be more or less stringent depending
8  upon how you want to enforce the rules.  So
9  there's room for interpretation.  We are
10 flagging procedures that we think may be in
11 violation.
12        In some cases, we'll
13 automatically fix things.  In other cases,
14 we'll just issue warnings and allow the user
15 to decide what they want to do, in addition
16 to which any given customer could vary the
17 rules that are in the database, either make
18 them more tight or less tight, depending
19 upon how they want to implement.
20        So there's a lot of room for
21 customization by the way the customer wants
22 to look at this, and then therefore, how the
23 results will come out.
24        These were representative samples
25 that we ran using the system out of the box.

Page 106

1  I don't remember how it was tuned at the
2  time, whether it was on the conservative
3  side or the liberal side.  These is just
4  three samples that we ran.
5     Q.  When you say, "out of the box,"
6  it was just -- Erisco ran these claims
7  through its system with its system
8  configured in a recommended manner, correct?
9     A.  Configured in its default manner.
10    Q.  All right.
11    A.  At that time, because these rules
12 change every year and this was pretty early
13 on, as I recall.
14    Q.  And the pages that follow, Bates
15 stamp ending in 32158, 32159, 32160, they
16 represent the specific information utilized
17 to arrive at the sample 1, 2 and 3 results
18 that we just talked about, correct?
19    A.  It's a little bit more detailed
20 than is contained in the pie chart we
21 previously reviewed.  Not a lot of data here
22 either.
23    Q.  Well, do those three pages, Bates
24 stamps 32158 through 32160, reflect in more
25 detail the information used to come up with

Page 107

1  the summary results regarding sample cases
2  1, 2 and 3?
3     A.  They do.
4     Q.  And again, is that information
5  contained in sample cases 1, 2 and 3 typical
6  of what the customer can expect to receive
7  in terms of savings utilizing the ClaimFacts
8  system out of the box or in the default
9  mode?
10    A.  That's what the test we did.  I
11 don't know -- you know, we never followed up
12 with customers to see what they actually
13 were getting out of it, that I recall, and
14 compared it to these results.  So I can't
15 tell you that we then followed up and looked
16 at the first 10 customers that implemented
17 to see what they looked like compared to
18 this.
19        I can tell you that these were
20 realistic claims.  They were live claims in
21 production environments that had previously
22 been adjudicated by ClaimFacts.  And based
23 upon the state of the database as it existed
24 at the time that these claims were run, my
25 recollection is this was accurate, and we

Page 108

1  didn't do anything to, you know, camouflage
2  the result in any way.
3     Q.  But Erisco was informing its
4  customers that the savings identified in
5  sample cases 1, 2 and 3, 6 to 8 percent of
6  the total surgeons' claims could be expected
7  by utilizing ClaimFacts with ClinicaLogic
8  out of the box or in its default mode,
9  correct?
10    A.  Correct.
11        MR. RANDALL:  I'll mark as
12 Exhibit 16, a two-page document entitled
13 "ClinicaLogic Physician Claim Screening
14 System.  Lower Claims Costs Pinpoint
15 Quality of Care Issues."
16        (Exhibit 16, document bearing
17 Bates Nos. TRZ 088424 through 088425,
18 marked for identification, as of this
19 date.)
20    Q.  Can you identify that document,
21 Mr. Bellomo?
22        (Discussion off the record.)
23    A.  This looks like a TriZetto
24 marketing document that speaks to
25 ClinicaLogic.

109

1  Q. ClinicaLogic that is integrated
2  within the QicLink system, correct?
3  A. Yes.
4  Q. And this is a document intended
5  for TriZetto's customers and potential
6  customers, correct?
7  A. Correct.
8  Q. And it states in the second
9  paragraph, "The ClinicaLogic component is
10 integrated within the QicLink system and
11 ensures that payments are made based on
12 consistent accurate information."
13     Is that accurate?
14 A. Yes.
15 Q. Does this document accurately
16 reflect the capabilities and functionality
17 of QicLink with the integrated ClinicaLogic
18 component?
19 A. Let me read it. I mean, there's
20 no reason to believe it doesn't. If you
21 want to call my attention to something
22 specific, I'll read it.
23     MR. THOMAS: I think he said he's
24 talking about the whole document, so you
25 should probably read it.

110

1  Q. Well, I would hope that you
2  wouldn't tell your customers and potential
3  customers inaccurate facts or
4  representations, but I'm just asking you if
5  this document accurately reflects the
6  benefits and functionality of QicLink with
7  the embedded ClinicaLogic functionality?
8     MR. THOMAS: Objection,
9  argumentative.
10 A. Yeah, I would say so.
11 Q. The second page, top bullet
12 states, "Changes recommended by ClinicaLogic
13 typically reduce processing costs by 5 to 15
14 percent."
15     Do you see that?
16 A. Yes.
17 Q. What does that mean?
18 A. That the changes that we
19 recommend typically reduce your processing
20 costs by anywhere from 5 to 15 percent.
21 Q. And the processing costs are the
22 total cost of all claims input into the
23 system, correct?
24 A. Well, processing costs is a funny
25 term. That could mean the cost of your

111

1  administrative staff. That might be what's
2  being referred there, because usually when
3  you're referring to the cost of care, you
4  would speak about it differently.
5  Q. All right. Well, let me read
6  this in context --
7  A. I don't know.
8  Q. Let me read this in context. The
9  bullet, the top bullet on the second page of
10 Exhibit 16, this is your marketing
11 information to customers and potential
12 customers, correct?
13 A. Yep.
14 Q. And the top bullet says, and
15 we're speaking about QicLink with
16 ClinicaLogic embedded in it, states that it
17 "Quantifies your savings by identifying
18 inaccurate or redundant claims, flagging or
19 automatically correcting unnecessary medical
20 procedures, and reducing administrative
21 costs. Changes recommended by ClinicaLogic
22 typically reduce processing costs by 5 to 15
23 percent."
24     Is it your understanding that the
25 use of QicLink with ClinicaLogic typically

112

1  would reduce the cost of paying all of the
2  claims that were input into the system by 5
3  to 15 percent?
4  A. That's what it says here.
5  Q. All right. Are you prepared,
6  Mr. Bellomo, to testify regarding facts
7  surrounding the acquisition of RIMS by
8  TriZetto? Strike that.
9     Did Erisco acquire RIMS?
10 A. No.
11 Q. TriZetto did, right?
12 A. Yes.
13 Q. Are you prepared to testify
14 regarding the facts surrounding that
15 acquisition?
16 A. To a level of detail that I'm
17 comfortable with. You may get into too much
18 detail, but I'll have to, you know, let you
19 know and we'll see to it from someone else.
20 Q. How much did Erisco pay for RIMS?
21 A. TriZetto paid for RIMS.
22 Q. I'm sorry.
23     How much did TriZetto pay for
24 RIMS?
25 A. I don't recall.

```
                                                 141
 1   automate the pricing of their claims,
 2   provide a contract pricing.
 3       Q.   And it works in conjunction with
 4   QicLink?
 5       A.   No.
 6       Q.   What does it work -- what does it
 7   do?
 8       A.   It's a stand-alone system.
 9       Q.   Can you describe it in a little
10   more detail?
11       A.   Sure. It -- health plans
12   typically have complex contracts with
13   facilities and practitioners. And this
14   product streamlines and automates the entry
15   and pricing of claims against those
16   contracts.
17       Q.   What was the analogous product to
18   HealthWeb for QicLink?
19       A.   StatusLink.
20       Q.   And where does the revenue from
21   StatusLink appear within this document?
22       A.   I believe it would be in QicLink
23   license.
24       Q.   Where would the revenue from
25   HealthWeb appear in this document?
```

```
                                                 142
 1       A.   It's probably a separate tab that
 2   says HealthWeb. It looks like it's Bates
 3   stamped 158.
 4       Q.   Showing revenue to TriZetto in
 5   2004 of 7,700,000?
 6       A.   Yes.
 7       Q.   Directing your attention to Bates
 8   stamp ending in 167, that page shows
 9   "Business Solutions" revenue of 119,577,000
10   for 2004.
11           Do you see that?
12       A.   Yes.
13       Q.   What's that for?
14       A.   That's a rollup of the pages that
15   come after this.
16       Q.   So for instance, the next page
17   shows revenue to TriZetto for Enterprise
18   infrastructure of 46,160,000.
19           Do you see that?
20       A.   Yes.
21       Q.   What's that for?
22       A.   One second. I believe it's part
23   of our hosting business where we run other
24   people's applications, or it could be part
25   of our BPO business where we actually do the
```

```
                                                 143
 1   administration work for people, for health
 2   plans. I believe it's probably our BPO
 3   business.
 4       Q.   Does TriZetto actually host or
 5   run the system such as Facets, ClaimCheck or
 6   QicLink for customers, do they provide that
 7   service?
 8       A.   Yes.
 9       Q.   And so for instance, if you were
10   a health plan and you wanted to outsource
11   the operation of your automated claims
12   processing system, TriZetto would offer that
13   service and actually operate and run their
14   Facets system, for instance?
15       A.   Among others, yes.
16       Q.   And what group within -- strike
17   that.
18           Where is the revenue from that
19   service here in this document?
20       A.   It looks like on page 172, Bates
21   stamp 172.
22       Q.   Showing $18 million in revenue
23   for 2004?
24       A.   Correct.
25       Q.   And for instance, the preceding
```

```
                                                 144
 1   page, "Technical Consultant," does that
 2   include any technical consulting with
 3   respect to hosting of Facets, QicLink or
 4   ClaimFacts?
 5           (Discussion off the record.)
 6       A.   Typically not, no.
 7       Q.   So this figure on the page, Bates
 8   stamp ending in 168, of 46,160,000 for
 9   Enterprise infrastructure, does that include
10   revenues associated with hosting QicLink,
11   Facets and ClaimFacts?
12       A.   Give me one second to look at
13   this.
14           THE WITNESS: Can you repeat it
15   again?
16           MR. RANDALL: Can you read that
17   back?
18           (Whereupon, the requested portion
19   of the record was read back by the
20   reporter.)
21       A.   I believe that those figures are a
22   rollup of the following pages. I believe
23   that the separate numbers for hosting Facets
24   on Bates 172, QicLink, 173. And the numbers
25   for ClaimFacts hosting are buried in the
```

```
                                                                        145
 1   ClaimFacts numbers. They're not broken out
 2   separately because it's a very small
 3   business.
 4       Q.  So my question is: Does the
 5   number on Bates stamp ending in 168 of
 6   46,160,000 for Enterprise infrastructure
 7   include the revenue that TriZetto receives
 8   from hosting Facets and QicLink systems?
 9       A.  I believe it does, and it has
10   other things in it as well. And I believe
11   they're all broken out independently.
12           MR. RANDALL: I'll mark as
13   Exhibit 20, a system license agreement
14   dated November 18, 2003 between TriZetto
15   and Amerigroup.
16           (Exhibit 20, document bearing
17   Bates Nos. TRZ 034421 through 034424,
18   marked for identification, as of this
19   date.)
20       Q.  Can you identify what that is,
21   Mr. Bellomo?
22       A.  This is a license agreement
23   between TriZetto and Amerigroup for the
24   licensing of the Facets system.
25       Q.  And the total license fee is
```

```
                                                                        146
 1   what?
 2       A.  $5,160,000.
 3           MR. RANDALL: I'll mark for
 4   identification as Exhibit 21, the
 5   contract between Erisco and Blue Cross
 6   of Northeastern Pennsylvania, and it is
 7   dated September 18, 2000.
 8           (Exhibit 21, document bearing
 9   Bates Nos. TRZ 827124 through 827162,
10   marked for identification, as of this
11   date.)
12       Q.  Can you identify that,
13   Mr. Bellomo?
14       A.  It looks like an agreement
15   between TriZetto and Blue Cross/Blue Shield
16   of Northern Pennsylvania to license to
17   Facets product -- actually, it's between
18   Erisco at the time, I apologize -- Erisco
19   and Blue Cross of Northern Pennsylvania. I
20   predates TriZetto -- it predates the
21   TriZetto acquisition.
22       Q.  Now, did Scott Slayton, general
23   counsel of Erisco, typically sign these
24   contracts?
25       A.  He did or I did usually.
```

```
                                                                        147
 1       Q.  And you recognize this as his
 2   signature on page 1?
 3       A.  Yes.
 4           MR. RANDALL: I'll mark as
 5   Exhibit 22, a Facets license agreement
 6   between TriZetto and Health Plan of
 7   Michigan, and it's dated January 10th,
 8   2002.
 9           (Exhibit 22, document bearing
10   Bates Nos. TRZ 827207 through 827238,
11   marked for identification, as of this
12   date.)
13       Q.  Actually, I misspoke.
14           Mr. Bellomo, is this a Facets
15   license agreement between TriZetto and Great
16   Lakes Health Plan, dated January 10, 2002?
17       A.  Yes.
18       Q.  And again, you recognize
19   Mr. Slayton's signature on page 1?
20       A.  Um-hum, yes.
21           MR. RANDALL: I'll mark for
22   identification as Exhibit 23, a contract
23   entitled "ClaimFacts ClinicaLogic
24   Subsystem and GroupFacts TPA, Perpetual
25   License Agreement," dated January 16,
```

```
                                                                        148
 1   1996 between Erisco and Federated Mutual
 2   Insurance Companies.
 3           (Exhibit 23, document bearing
 4   Bates Nos. TRZ 034372 through 034392,
 5   marked for identification, as of this
 6   date.)
 7       Q.  Can you identify that contract,
 8   Mr. Bellomo?
 9       A.  It's a contract between Erisco
10   and Federated Mutual Insurance Companies.
11       Q.  Dated January 10, I'm sorry,
12   dated January 16, 1996 regarding ClaimFacts,
13   ClinicaLogic and GroupFacts?
14       A.  Yes.
15       Q.  And again, on the second page, do
16   you recognize Mr. Slayton's signature there?
17       A.  Yes.
18           MR. RANDALL: Is the next exhibit
19   23?
20           THE REPORTER: 24.
21           MR. RANDALL: I'll mark as Exhibit
22   24, a one-page handwritten note dated
23   January 26, 1994 stating, "Call from
24   Scott Slayton. Get copy of 5,253,164.
25   Health Payment Review."
```