IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1258-SLR |

**ORDER**

Having considered Plaintiff McKesson Information Solutions LLC's ("McKesson's") Motion For Reconsideration of the Court's April 19, 2006 ruling (Tr. at 705:2-6) Regarding the Deposition Testimony of Anthony Bellomo, IT IS HEREBY ORDERED that: the Court's ruling is vacated and McKesson shall be allowed to present the deposition testimony of Anthony Bellomo designated as follows: 98:12 – 98:25; 99:20 – 104:6; 106:5 – 106:9; 108:3 – 109:14; 110:1 – 110:20; 111:8 – 112:4; 143:4 – 143:24; and 145:4 – 145:11.

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

DATED: _____