## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on April 22, 2006, I electronically filed McKesson's Motion For Reconsideration of the Court's April 19, 2006 ruling (Tr. at 705:2-6) Regarding the Deposition Testimony of Anthony Bellomo and Proposed Order by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| Rodger D. Smith, II, Esq.<br>MORRIS NICHOLS ARSHT<br> & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899 | Jack B. Blumenfeld, Esq.<br>MORRIS NICHOLS ARSHT<br> & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899 |

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com