# EXHIBIT A

# DOCUMENT REDACTED IN ITS ENTIRETY