**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on April 26, 2006, I electronically filed the Public Redacted Version of McKesson's Statement In Connection With Its Request To Exclude From The Jury Trial On Damages And Willfulness The Proposed Terms Of The Parties' Prior Settlement Negotiations by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com