IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 04-1258-SLR |
| ) | |
| THE TRIZETTO GROUP, INC., ) | **REDACTED PUBLIC VERSION** |
| ) | |
| Defendant. ) | |
| ) | |

**APPENDIX TO
MCKESSON'S OFFER OF PROOF FOR ITS
<u>REBUTTAL CASE DURING THE INFRINGEMENT PHASE</u>**

                         Thomas J. Allingham II (#0476)
                         Michael A. Barlow (#3928)
                         SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP
                         One Rodney Square
                         P.O. Box 636
                         Wilmington, Delaware  19899
                         (302) 651-3000

                         Attorneys for Plaintiff McKesson
                            Information Solutions LLC

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
(650) 470-4500

SEALED VERSION FILED:  April 23, 2006
REDACTED PUBLIC VERSION FILED:  April 26, 2006

# APPENDIX

# DOCUMENT REDACTED IN ITS ENTIRETY