**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on April 26, 2006, I electronically filed the Public Redacted Version of the Appendix to McKesson's Offer of Proof for Its Rebuttal Case During the Infringement Phase by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

　　　　　　　　　　　　　　　/s/ Michael A. Barlow
　　　　　　　　　　　　　　Michael A. Barlow (ID No. 3928)
　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　 MEAGHER & FLOM LLP
　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　P.O. Box 636
　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　(302) 651-3000
　　　　　　　　　　　　　　mbarlow@skadden.com