IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION<br>SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1258-SLR |
| | ) | |
| THE TRIZETTO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT**

We, the jury, unanimously find as follows:

## DIRECT INFRINGEMENT

1.    Has McKesson proven, by a preponderance of the
evidence, that TriZetto is literally infringing the claims of
U.S. Patent No. 5,253,164 (the "'164 patent")?

*"Yes" is a finding for McKesson.  "No" is a finding for TriZetto.*

|          | YES | NO |
|----------|-----|-----|
| Claim 1  | ✓   |     |
| Claim 2  | ✓   |     |
| Claim 16 |     | ✓   |

## INDIRECT INFRINGEMENT

2.    Has McKesson proven, by a preponderance of the
evidence, that TriZetto has actively induced its customers to use
its products in a way that directly infringes an asserted claim
of the '164 patent?

*"Yes" is a finding for McKesson.    "No" is a finding for TriZetto.*

|          | YES | NO |
|----------|-----|-----|
| Claim 1  | ✓   |    |
| Claim 2  | ✓   |    |
| Claim 16 |     | ✓  |

3.    Has McKesson proven, by a preponderance of the
evidence, that TriZetto has contributed to the infringement of
any asserted claim of the '164 patent by selling products it knew
were especially made to infringe the '164 patent and that the
products were not suitable for substantial noninfringing uses?

*"Yes" is a finding for McKesson.    "No" is a finding for TriZetto.*

|          | YES | NO  |
|----------|-----|-----|
| Claim 1  |     | ✓   |
| Claim 2  |     | ✓   |
| Claim 16 |     | ✓   |

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: _April 26_, 2006

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____