AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

McKesson Information Solutions LLC.

V.

The Trizetto Group, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1258-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Michael Barlow, Esq. | Jack Blumenfeld, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/17/06-4/20/06, 4/24-4/26/06 | V. Gunning | Tassone |

| Trial Exhibit NO. | Exhibit | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/17/06 | | YES | U.S. Patent '164   (Owen) |
| 639 | | 4/17/06 | | YES | Health Payment Review's Codereview Product Awarded U.S. Patent (Radosevich) |
| 317 | | 4/18/06 | | YES | Trizetto's Responses to Pltf's First Set of Requests for Admissions |
| 1100 | 1126 | 4/18/06 | | obj/YES | Screen shots   (Exhibits 1100-1126)   (Musen) |
| 1180 | 1200 | 4/18/06 | | obj/YES | Screen shots   (Exhibits 1180-1200)   (Musen) |
| 1250 | 1275 | 4/18/06 | | obj/YES | Screen shots   (Exhibits 1250-1275)   (Musen) |
| 30 | | 4/18/06 | | YES | ClinicaLogic User Guide  (Musen) |
| 71 | | 4/18/06 | | YES | M Plan Replacing Clinical Editing System (Musen) |
| 80 | | 4/18/06 | | YES | Facets Extended Enterprise Claims Processing User Guide and Supplement (Musen) |
| 85 | | 4/18/06 | | YES | ClaimFacts ClinicaLogic System Overview 1/2004 (Musen) |
| 87 | | 4/18/06 | | YES | QicLink Product Suite (Musen) |
| 94 | | 4/18/06 | | YES | Erisco's Facets and Healthweb (Musen) |
| 95 | | 4/18/06 | | YES | Facets Product Overview (Musen) |
| 96 | | 4/18/06 | | YES | Facets Clinical Editing Overview (Musen) |
| 97 | | 4/18/06 | | YES | Products, Overview (Musen) |
| 98 | | 4/18/06 | | YES | (Musen) |
| 99 | | 4/18/06 | | YES | (Musen) |
| 100 | | 4/18/06 | | YES | ClaimFacts ClinicaLogic Manual June 2005   (Musen) |
| 339 | | 4/18/06 | | YES | (Musen) |
| 1320 | | 4/18/06 | | obj/NO | (Musen) |
| 1340 | | 4/18/06 | | obj/NO | (Musen) |
| 1355 | | 4/18/06 | | obj/NO | (Musen) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | McKesson | | vs. | Trizetto | CASE NO. 04-1258-SLR |
|---|---|---|---|---|---|---|

| Trial Exhibit No | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |||
|---|---|---|---|---|---|---|
| | 865 | 4/18/06 | | YES | Physicians' Current Procedural Terminology (admitted on 4/20/06 with Hawley) |||
| | 80 | 4/18/06 | already | adm | (Musen) |||
| | 7 | 4/18/06 | - | | (Musen) |||
| | 328 | 4/18/06 | | YES | Facets Extended Enterprise Medical Plan Resource Guide and Supplement (Musen) |||
| 25 | | 4/19/06 | | YES | 8/26/05 Letter to Key Benefit Adminstrators Inc. From Khoi D. Nguyen (Jones) |||
| 162 | | 4/19/06 | | YES | 8/13/02 Memo from Cliff Jones re: ClinicaLogic (Jones) |||
| 163 | | 4/19/06 | | YES | Trizetto Invoice 5/31/03 (Jones) |||
| 167 | | 4/19/06 | | YES | Issue Message Codes (Jones) |||
| 168 | | 4/19/06 | | YES | CLPSR - ClinicaLogic Provider Savings (Jones) |||
| 169 | | 4/19/06 | | YES | CLANM- ClinicaLogic Anesthesia Edits Maintenance (Jones) |||
| 170 | | 4/19/06 | | YES | How To Test The System (Jones) |||
| 171 | | 4/19/06 | | YES | Adjuster Maintenance 3/29/05(Jones) |||
| 172 | | 4/19/06 | | YES | Adjuster Maintenance 3/15/05 (Jones) |||
| 164 | | 4/19/06 | | obj/YES | A New Way To Screen Claims, ClincaLogic (Jones) |||
| 75 | | 4/19/06 | | YES | 8/26/05 Letter to Providence Health Plan from Khoi D. Nguyen (Drini/Pierson) |||
| 485 | | 4/19/06 | | YES | Erisco Response to Providence Health Plan (Drini/Pierson) |||
| 77 | | 4/19/06 | | obj/NO | (Drini/ Pierson) |||
| 12 | | 4/19/06 | | YES | (Margolis) |||
| 22 | | 4/19/06 | | YES | ClinicaLogic Medical Claims Editor , Erisco (Margolis) |||
| 73 | | 4/19/06 | | YES | 7/3/1989 Letter to Slayton from Hawley(Bellomo) |||
| 217 | | 4/19/06 | | YES | Notice of Deposition of Defendant Trizetto (Bellomo) |||
| 426 | | 4/19/06 | | YES | 6/29/1989 Letter to Levy, M.D. from Bellomo (Bellomo) |||
| 88 | | 4/19/06 | | YES | QicLink Product Suite 5/8/03 (Danza) |||
| 89 | | 4/19/06 | | YES | QicLink Product Suite Date: 6/18/02 (Danza) |||

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| McKesson | vs. | Trizetto | CASE NO. 04-1258-SLR |
|---|---|---|---|

| Trial Exhibit No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 90 | | 4/19/06 | | YES | TriZetto ClinicaLogic User Guide (Danza) |
| 92 | | 4/19/06 | | YES | Solutions: Health Plans (Danza) |
| 35 | | 4/19/06 | | YES | Erisco's For Integrated Managed Care (Luftig) |
| 31 | | 4/19/06 | | YES | 2005 Clinical Editing Update (Luftig) |
| 893A & B | 4/20/06 | | obj/NO | (Davis) |
| 419 | | 4/24/06 | | YES | 2003 Clinical Editing Reference Database (Lampe) |
| 340 | | 4/24/06 | | YES | Facets User Guide(Lampe) |
| 418 | | 4/24/06 | | YES | ClaimFacts ClinincaLogic User Manual Nov. 1997(Lampe) |
| 107 | | 4/24/06 | | YES | Form 10K Filed 2/14/05 for Period Ending 12/31/04 Trizetto Group (Bellomo) |
| 486 | | 4/24/06 | | YES | Form 10K Filed 2/17/06 for Period Ending 12/31/05 Trizetto Group (Bellomo) |