IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 04-1258-SLR<br>) |
| TRIZETTO GROUP, INC., | )<br>) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 1st day of May, 2006,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of April 17-20 and 24-26, 2006.

_____
United States District Judge

cc: Financial Administrator