IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 04-1258-SLR ) |
| THE TRIZETTO GROUP, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of May, 2006, having conferred with counsel;

IT IS ORDERED that:

1. The court will not entertain post-trial motions involving infringement until the second phase of the trial is completed.

2. All summary judgment motions involving invalidity shall be filed on or before **June 1, 2006**, with briefing to follow D. Del. LR 7.1.2.(a).

3. Oral argument on said motions shall be heard on **August 2, 2006,** commencing at 3:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have one (1) hour for argument.

4.   A pretrial conference shall be conducted in courtroom 6B on **September 20, 2006** at 4:30 p.m.

5.   Trial shall commence on **October 3, 2006** on the issues of willfulness, damages, invalidity, laches, equitable estoppel and inequitable conduct.

_____
United States District Judge