IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-01258-SLR |

**THE TRIZETTO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY FOR FAILURE TO DISCLOSE THE BEST MODE
OF PRACTICING THE CLAIMED INVENTION**

Pursuant to Fed. R. Civ. P. 56(b), defendant The TriZetto Group, Inc. ("TriZetto") hereby moves for summary judgment of invalidity of claims 1 and 2 of United States Patent No. 5,253,164 asserted by plaintiff McKesson Information Solutions, LLC. Claims 1 and 2 are invalid under 35 U.S.C. § 112 as a result of the inventors' failure to disclose their best mode of practicing the claimed invention. The grounds for this motion are set forth in TriZetto's Opening Brief, submitted herewith.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (No. 1014)
　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (No. 3778)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA 92614

June 1, 2006

522982

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 1, 2006, I caused to be electronically filed The TriZetto Group, Inc.'s Motion For Summary Judgment Of Invalidity For Failure To Disclose The Best Mode Of Practicing The Claimed Invention with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 1, 2006, upon the following in the manner indicated:

BY EMAIL & HAND

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

BY EMAIL & FEDERAL EXPRESS

>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue, Suite 1100
>Palo Alto, CA 94301

>/s/ Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>Jack B. Blumenfeld (No. 1014)
>Rodger D. Smith II (No. 3778)
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899
>(302) 658-9200
>rsmith@mnat.com