IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant. | Civil Action No. 04-01258-SLR |

**THE TRIZETTO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY BASED ON THE ON-SALE BAR (35 U.S.C. § 102(b))**

Pursuant to Fed. R. Civ. P. 56(b), defendant The TriZetto Group, Inc. ("TriZetto") hereby moves for summary judgment of invalidity of claims 1 and 2 of United States Patent No. 5,253,164 asserted by plaintiff McKesson Information Solutions, LLC, which are invalid pursuant to the on-sale bar provisions of 35 U.S.C. § 102(b). The grounds for this motion are set forth in TriZetto's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

---

Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendant The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA 92614

June 1, 2006

522980

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 1, 2006, I caused to be electronically filed The TriZetto Group, Inc.'s Motion For Summary Judgment Of Invalidity Based On The On-Sale Bar (35 U.S.C. § 102(b)) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 1, 2006, upon the following in the manner indicated:

BY EMAIL & HAND

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

BY EMAIL & FEDERAL EXPRESS

>Jeffrey G. Randall
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue, Suite 1100
>Palo Alto, CA 94301

>/s/ Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>Jack B. Blumenfeld (No. 1014)
>Rodger D. Smith II (No. 3778)
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899
>(302) 658-9200
>rsmith@mnat.com