IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRIZETTO GROUP, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-1258-SLR |

**ORDER GRANTING PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT RE DEFENDANT'S DEFENSES UNDER 35 U.S.C. § 112**

Having considered McKesson Information Solutions LLC's ("McKesson") Motion for Summary Judgment Re Defendant's Defenses Under 35 U.S.C. § 112 and the accompanying memorandums and declarations submitted by the parties, IT IS HEREBY ORDERED that McKesson's Motion for Summary Judgment Re: Defendant's Defenses Under 35 U.S.C. § 112 is GRANTED.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE