IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S
MOTION FOR SUMMARY JUDGMENT RE: ANTICIPATION AND OBVIOUSNESS**

McKesson Information Solutions LLC hereby moves this Court for entry of summary

judgment against defendant The TriZetto Group, Inc.'s defense and counterclaim on invalidity

based on anticipation and/or obviousness of U.S. Patent 5,253,164. Plaintiff respectfully

requests that the Court enter summary judgment on the defense of validity based on anticipation

and/or obviousness for the reasons set forth in the concurrently filed memorandum entitled:

"Plaintiff McKesson Information Solution LLC's Memorandum In Support Of Its Motion For

Summary Judgment Re: Anticipation And Obviousness."

DATED: June 1, 2006

By: _____
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500