IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRIZETTO GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-1258-SLR |

**ORDER GRANTING PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT RE: ANTICIPATION AND OBVIOUSNESS**

Having considered McKesson Information Solutions LLC's ("McKesson") Motion for Summary Judgment Re: Anticipation and Obviousness and the accompanying memorandums and declarations submitted by the parties, IT IS HEREBY ORDERED that McKesson's Motion for Summary Judgment Re: Anticipation and Obviousness is GRANTED.

Dated: _____     _____
                                    UNITED STATES DISTRICT JUDGE