IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | Civil Action No. 04-01258-SLR |

## THE TRIZETTO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY ON GROUNDS OF ANTICIPATION AND OBVIOUSNESS

Pursuant to Fed. R. Civ. P. 56(b), defendant The TriZetto Group, Inc. ("TriZetto") hereby moves for summary judgment of invalidity of Claims 1 and 2 of United States Patent No. 5,253,164, asserted by plaintiff McKesson Information Solutions, LLC. Claims 1 and 2 are invalid, pursuant to 35 U.S.C. §§ 102(a) & (b) and 103(a), as anticipated and/or obvious in light of the prior art. The grounds for this motion are set forth in TriZetto's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendant The TriZetto Group, Inc.

2

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

June 1, 2006

522976

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 1, 2006, I caused to be electronically filed The TriZetto Group, Inc.'s Motion For Summary Judgment Of Invalidity On Grounds Of Anticipation And Obviousness with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 1, 2006, upon the following in the manner indicated:

BY EMAIL & HAND

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

BY EMAIL & FEDERAL EXPRESS

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue, Suite 1100
> Palo Alto, CA 94301

*/s/ Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
rsmith@mnat.com