IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF ANTHONY B. BELLOMO
IN SUPPORT OF THE TRIZETTO GROUP, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT OF INVALDITY</u>**

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
            Jack B. Blumenfeld (#1014)
            Rodger D. Smith, II (#3778)
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE  19899
            (302) 658-9200

            *Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

June 1, 2006

I, Anthony B. Bellomo, declare as follows:

1. I am the executive Vice-President of Enterprise Software for The TriZetto Group, Inc. ("TriZetto"). I submit this declaration in support of TriZetto's motion for summary judgment of invalidity on grounds of anticipation and obviousness. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2. In 2000, TriZetto acquired Erisco Managed Care Technologies, Inc. ("Erisco"), a manufacturer of software products used by medical insurance companies and related entities for the processing and management of medical insurance claims. Prior to 1984, Erisco was a division of Thomas National Group. In 1984, Thomas National was acquired by Dun & Bradstreet Corporation and Erisco became a subsidiary of Dun & Bradstreet.

3. I began working at Erisco in 1977 as Manager of Systems and Programming. In 1980, I was promoted to Vice-President of Development. From 1980 to 1994, I held several executive management titles. In March 1994, I became President of Erisco, a position that I held until October 2000, when Erisco was acquired by TriZetto and I became Executive Vice-President of TriZetto.

4. In 1980, Erisco launched ClaimFacts, a computer software product that provided automated processing of medical claims. ClaimFacts included several different modules that performed various claims processing functions. I was personally involved in the design and programming of ClaimFacts.

5. From the time of its launch in 1980, ClaimFacts was capable of determining the validity of medical codes contained on medical claims received by the system:

- ClaimFacts would receive medical claims containing one or more medical codes, such as CPT codes. The CPT codes are a set of numerical codes established by the American Medical Association ("AMA") that describe certain medical procedures and health care tasks.

2

05/11/2006  15:24    19089944320                  TRIZETTO                         PAGE  04/04

- ClaimFacts incorporated a CPT database containing all the valid CPT codes recognized by the AMA.
- ClaimFacts would check the CPT database to determine whether or not a received medical code was present in that database.
- If a medical code was not present in the CPT database, ClaimFacts would display an error message informing the user that the code was not found in the database.

6. ClaimFacts (including the code-validation function described in Paragraph 5) was sold to and used by Erisco's customers beginning in 1980.

7. The code-validation function described in Paragraph 5 has remained substantially the same in ClaimFacts from 1980 to the present day.

8. ClaimFacts in 1980 was also capable of detecting redundant medical codes on a medical claim. If a medical claim was received with two identical medical codes, ClaimFacts was capable of rejecting one of the codes and authorizing the other code for further processing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this _11_ day of May, 2006, at Union, New Jersey.

_[signature]_

Anthony B. Bellomo

100002053_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2006, I caused to be electronically filed the Declaration of Anthony B. Bellomo in Support of The Trizetto Group, Inc.'s Motion for Summary Judgment of Invalidity with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 1, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

>/s/     Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com