IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF ROBERT J. BARGAR, M.D.**
**IN SUPPORT OF THE TRIZETTO GROUP, INC.'S**
**MOTION FOR SUMMARY JUDGMENT OF INVALDITY**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

June 1, 2006

I, Robert J. Bargar, declare as follows:

1. I am a physician with Bargar & Associates. I submit this declaration in support of the motion of The TriZetto Group, Inc. ("TriZetto") for summary judgment of invalidity on grounds of anticipation and obviousness (the "Motion"). I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would testify competently hereto.

2. In early October 2005, I was contacted by Professor Randall Davis concerning this litigation. I understand that Professor Davis is an expert witness for TriZetto in this litigation. Professor Davis was seeking documents and information concerning a computerized medical claims editing system on which I had worked in the 1980s, described below.

3. I was employed as a Senior Scientist by the Health Data Institute ("HDI") in Lexington, MA from July 1986 through September 1988.

4. During my employment at HDI, I worked on the development of a software product called the Advanced MedLogic System ("AMS"). AMS was a software system for editing medical claims. I was a member of a team that included nurses, ICD-9 and CPT coding experts, data analysts and computer programmers that developed the AMS software product.

5. Exhibit 17 to the Appendix in support of the Motion is a true and correct copy of a document entitled "Advanced MedLogic Systems – Product Overview," dated May 1987. I have firsthand knowledge of this document from my employment at HDI. I understand that this document was in the possession of McKesson Information Solutions LLC ("McKesson") and was produced in this litigation bearing the bates numbers MCK 047608-47619.

6. Exhibit 18 to the Appendix in support of the Motion is a true and correct copy of a document dated December 1986 listing the various medical claim edits included in AMS at that time. Medical codes and other information pertinent to these claim edits was stored in a database within AMS. I have firsthand knowledge of this document from my employment at HDI. I understand that this document was in the possession of McKesson and was produced in this litigation bearing the bates numbers MCK 047505-47606.

2

7. I was involved in the sales and marketing of AMS throughout my employment with HDI. I contacted potential clients both by telephone and mail, sending them brochures and other product literature. For instance, in May 1987, I sent product brochures and other literature to State Farm Insurance, a potential AMS client. The AMS product offered to State Farm Insurance included all of the medical claim edits listed in the December 1986 document described in Paragraph 6, above.

8. In 1987, HDI obtained CNA Insurance of Chicago as a client and began the process of delivering and installing AMS for CNA. The AMS product sold to CNA included all of the medical claim edits listed in the December 1986 document described in Paragraph 6, above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 22nd day of May, 2006, at Waban, Massachusetts.

Robert J. Bargar, M.D.

100008686_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2006, caused to be electronically filed the Declaration of Robert J. Bargar, M.D. in Support of The Trizetto Group, Inc.'s Motion for Summary Judgment of Invalidity with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 1, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

/s/    Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com