IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, Plaintiff, | ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) | |
| THE TRIZETTO GROUP, INC., Defendant. | ) | |

**PLAINTIFF McKESSON INFORMATION SOLUTIONS LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

McKesson Information Solutions LLC ("McKesson") hereby moves this Court for a preliminary injunction against defendant The TriZetto Group, Inc.'s ("TriZetto") continuing infringement of McKesson's of U.S. Patent 5,253,164. For the reasons set forth in the concurrently filed memorandum entitled: "Plaintiff McKesson Information Solution LLC's Memorandum In Support Of Its Motion For A Preliminary Injunction," McKesson respectfully requests that the Court enter a preliminary injunction against TriZetto's for its continued unlawful infringement of U.S. Patent 5,253,164.

Dated: June 1, 2006.

By: ____________________

Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
Information Solutions LLC

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

**RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement

Michael A. Barlow (#3928)