# Exhibit A
# (Part 1 of 2)

DIGITAL INSURANCE SYSTEMS CORPORATION



*A System Designed for Your Growth.*

CHAPTER 5                                          BENEFIT PLAN INFORMATION

SECTION 0 - INTRODUCTION..............................................5.0.001

SECTION 1 - ADD / CHANGE / REVIEW / DELETE

    BENEFIT PLAN SUMMARY INFORMATION..............................5.1.101

    BENEFIT PLAN RULES INFORMATION................................5.1.201

    BENEFIT PLAN DIAGNOSIS INFORMATION............................5.1.301

    BENEFIT PLAN PROVIDER INFORMATION.............................5.1.401

    BENEFIT PLAN PROCEDURE INFORMATION............................5.1.501

    BENEFIT PLAN PROCEDURE/DIAGNOSIS RELATIONSHIPS................5.1.601

    BENEFIT PLAN PROCEDURE/COVERAGE INFORMATION...................5.1.701

    BENEFIT PLAN MAJOR MEDICAL RULES..............................5.1.801

    BENEFIT PLAN PROCEDURE/PROCEDURE RELATIONSHIPS................5.1.901

SECTION 2 - ................................................5.2.001

SECTION 3 - REPORTS...................................................5.3.001

SECTION 4 - USER SPECIFIC FUNCTIONS

    MAINTAIN PLAN-PRODUCT INVENTORY X-REF.........................5.4.101

    COPY BENEFIT PLAN TO NEW PLAN NUMBER..........................5.4.201

    ADD ALL PROVIDERS TO A PLAN...................................5.4.301

    COPY PROCEDURE RATES TO NEW PLAN..............................5.4.401

    COPY PLAN FROM TRAINING TO PRODUCTION.........................5.4.501

    DELETE ALL DATA FOR ONE PLAN..................................5.4.601

SECTION 5 - CLAIMS HISTORY............................................5.5.001

SECTION 6 - DISPLAY PATIENT RULES ACCUMULATIONS.......................5.6.001

SECTION 7 - DISPLAY PATIENT PROCEDURE ACCUMULATIONS...................5.7.001

TABLE OF CONTENTS

BENEFIT PLANS INTRODUCTION

The Benefit Plans are the heart of the Claims Procesing function of the system. They contain the parameters which represent the benefits available to the patient. To the extent that these benefits can be entered into the plan structure discussed below, the system can automatically adjudicate the claim, enabling the processor to watch only for exceptional conditions on a claim. Without these parameters driving the claims processing function, the processor would be determining benefits manually, which would reduce productivity and accuracy.

The plan structure may be outlined as follows:

1. Plan Summary - contains global or general conditions of benefits for a plan.

2. Plan Rules - contains financial or dollar parameters for deductible, maximum, stop loss ans major medical restrictions on a plan of benefits

3. Plan Diagnosis - contains diagnosis limitations for a plan of benefits

4. Plan Provider - contains provider payment parameters which may be local to a particular plan

5. Plan Procedure - contains general procedure (service) limitaions for a plan of benefits

6. Plan Procedure/Diagnosis - contains diagnosis limitations for procedures which appear on a claim, or from one claim to another.

7. Plan Procedure/Coverage - contains a set of from one to many sequences of conditions which may limit the benefits of a procedure (service) on a claim.

8. Plan Procedure/Procedure - contains limitations for a procedure from one claim to another claim with a different procedure

Numbers one through seven above are commonly called screens one through seven during the data entry descriptions which follow. The major medical screen is screen number eight and the Plan Procedure/Procedure screen is screen number nine. The series of records created on screen number seven are commonly called Coverage Sequences. Screens six, seven and nine above are attached as subordinate to the procedures defined on screen number five.

The philosophy of plan parameter definition is to attach benefit restrictions by exception. A "zeros coverage record" is established through the Plan Procedure screen. This is the default by which all services not otherwise attached to the plan will be processed. Thus, only those services which have particular limitations need to be attached to the

plan. All other will be processed according to the plan standard (default definition) which will contain the covered charges, paid benefits and rules for normal plan benefit settlement. Only those procedures wuth special covered charges, payment modifications, number of services limitations, unusual rules conditions, etc. require data entry through the other screens.

Another example of this concept is diagnosis definition. Only those diagnoses "not covered" or requiring some form of service limitaions are attached to the plan. All others are covered and processed normally.

Plan provider attachments can become voluminous. They are required when covered charges or payment parameters must be modified for a plan (different from the global defaults on provider maintenance).This will require that every provider who is visited by a patient covered by the plan be attached to that plan accordingly, usually to indicate Participating or Non-Participating status, negotiated fee schedule, or UCR determination by an area pricing meyhod other than the word—wide method defined in provider maintenance.

## PLAN SUMMARY

The Plan Summary contains parameters which describe the general conditions of the plan, eligibility rules for the client, employee and patient as well as some plan payment considerations. Examples are:

  a. Plan effective date
  b. Filing limits (stale claim limitations)
  c. Pre-existing waiting period
  d. Coordination of Benefits method
  e. Parameters for determining covered charges (usual, customary and reasonable fee covered by the plan)
  f. Fee variations by Participating and Non-Participating providers

The plan summary established the top of the pyramid to which all other plan parameter definitions are attached.

## PLAN RULES

The Plan Rules screen contains parameters which establish limitations on deductibles, major medical payment percents, benefit maximums and stop loss stipulations in terms of annual and lifetime dollar amounts.

One data entry screen is used to define deductible, maximum and stop loss rules. Maximums and Stop Loss are defined as annual and lifetime dollar amounts. Maximums describe the amout of paid benefits at which point no more benefits will be paid. Stop Loss describes the point at which out-of-pocket expenses by the insured or the patient will dictate that the plan will pay 100% of covered charges thereafter.

Deductibles are usually defined as annual amounts taken from covered charges before benfit payments begin. There is an optional carry-over

---

feature to describe a clause such as "deductible taken in the last three months of the year is also used to satisfy deductible in the following year".

Deductible rules may be applied to an individual patient, to an entire family with an aggregate dollar amount ceiling, or to a family with a ceiling defined by a number of family members each of whom reach an annual dollar amount.

Deductible, Maximum and Stop Loss rules are defined and attached to the plan prior to their use in Plan Procedure definitions and, as necessary, in Plan/Procedure Coverage definitions. This provides flexibility because these rules may be attached to procedures selectively, applied under some conditions and excluded under other conditions.

The Major Medical rule for a plan is define through its unique data entry screen and then attached to the plan summary. This means that once attached it will always be applied to benefits paid unless, in Plan/Procedure Coverage sequences, it is specifically excluded. This data entry screen defines one to ten plateaus of covered charges accumulated by patient per year. With each plateau a percent of covered charges to be paid is indicated. For example, 80% payment of the first $5,000.00 of covered charges in the year (after any deductible is taken).

A lifetime maximum of paid benefits is also defined on the Major Medical rule screen. In this way a Major Medical rule operates as a hybrid stop los rule of covered charges (if the last annual plateau pays at 100%) and a lifetime maximum rule.

PLAN DIAGNOSIS

The Plan Diagnosis screen provides a means for attaching a diagnosis or a range of diagnoses to the plan for purposes of restrictions, usually "not covered". This is accomplished by attaching the diagnosis or range of diagnoses to the plan with an effective date and then terminating the record on the same date. Other features available, but seldom used, are the ability to override a plan maximum or stop loss rule used (or omitted) on Plan Procedures and the ability to establish numbers of services limitations by year, lifetime or other user-specified period of time. This last feature will be discussed under Plan/Procedure Coverage.

GROUP KEYS - are a feature designed to allow common processing of diagnoses or procedures which are not in a contiguous range of numbers but which should be processed in an identical manner for benefit restrictions. The Group Key is a three position that is defined through Plan Diagnosis or Plan Procedure maintenance along with all of its benefit parameters. The group key is then encoded on all Plan Diagnosis or Plan Procedures to which it applies. None of the benefit parameters need to be defined on these procedures or diagnoses. The system will always sense the group key and use it for processing instead.

---

## PLAN PROVIDER

The Plan Provider parameters determine covered charges and/or payment parameters for providers. This feature allows the flexibility to pay the same provider differently for HMO, PPO and traditional plans. Examples are:

1. Provider is Participating or Non-Participating. This may influence covered charges or percent paid when an HMO patient goes to a Non-Par provider

2. Provider has an individual fee schedule or a set of negotiated fees for this plan.

3. Provider discount or reserve levels are aplied when the checks are produced

4. Provider is capitated. For these providers no fee-for-service payment will be made. The provider is paid a monthly fee per patient assigned to that provider.

This data entry screen is used to attach many providers to the one plan. The Plan Provider feature of Provider Maintenance is used to attach one provider to many plans.

## PLAN PROCEDURE

The Plan Procedure screen contains parameters that are used to indicate restrictions on services performed for a single procedure code, a range of procedure codes, or a group key used to define processing for various procedure codes that are not in a continuous range of numbers.

The plan procedure connection also establishes the attachment point for Plan/Procedure Diagnosis, Plan/Procedure Coverage and Plan/Procedure Procedure maintenance. These screens are used to describe more specific limitations than this Plan Procedure level can accommodate. Examples of the general restrictions and modifications at the Plan Procedure level include:

1. Modification of benefits paid and/or co-payment taken
2. Age range or sex code restriction
3. Waiting period before the service is available. This is usually used for dental procedures where a diagnosis is not required
4. Specialty of the provider of service
5. Dental status of the tooth before this service may be performed
6. Specification of a different maximum or stop loss rule to be applied when this service is performed
7. Specify that no deductible is taken when this service is performed
8. Specify that a different HIAA percentile is used to determine covered charges for this service (overrides the Plan Summary global HIAA percentile)

9. Specify that the use on an Episode is required for this service

This level of definition provides one combination of parameters to use to determine benefits. If multiple combinations of these parameters can change benefits determination for this procedure or set of procedures, or if the number of service accumulations and restrictions will determine benefit limits, or if the diagnosis on the claim will change settle ment for the same procedure, or if combinations of these factors will change benefits - then the Plan/Procedure Coverage sequences will be needed.

If only one set of ranges of diagnoses restrict the use of services represented by this Plan Procedure definition then use Plan/Procedure Diagnosis maintenance.

If there is a dental or vision restriction on elapsed time between another procedure or set of procedures and this Plan Procedure definition then use Plan/Procedure Procedure maintenance.

See these three additional maintenance descriptions below for examples of when to apply them. When benefit restrictions do not exceed the one set of parameters provided at the Plan Procedure level then plan maintenance for service restrictions stops here.

PLAN/PROCEDURE DIAGNOSIS

This screen provides up to ten ranges of diagnoses which limit the procedures defined at the Plan Procedure level per claim. The Yes/No indicator is used for:

Yes, the Plan Procedures are only covered on a claim where the first (primary) diagnosis falls within one of up to ten ranges of diagnoses on this screen, or

No, the Plan Procedures are never covered on a claim where the first diagnosis falls within one of the possible ten ranges of diagnoses defined on this screen

An example of this feature would be limiting the use of maternity related procedures (ultra-sound, etc.) to claims where the diagnosis falls in the range of ICD-9 codes for pregnancy

PLAN/PROCEDURE PROCEDURE

This screen provides up to ten ranges of procedures which limit the procedures defined at the Plan Procedure level. The Yes/No indicator and elapsed time fields are used for:

Yes, the Plan Procedures are covered on the current claim only if the amount of time indicated has elapsed since any of the procedures in the ranges defined were last performed for the patient, or

No, the Plan Procedures are never covered on the current claim if the

amount of time indicated has elapsed since any of the other procedures were last performed for the patient

An example of this feature would be limiting the use of bite-wing X-rays until six months have elapsed since full-mouth X-rays were taken on the patient

## PLAN/PROCEDURE COVERAGE

This screen provides the ability to define a series of parameter combinations to allow benefits to be modified by each combination. These are commonly called "coverage sequences" because they are identified by a sequence number subordinate to the Plan Procedure definition.

There are three basic types of parameters identified on these records:

1. Type codes such as provider type, provider specialty, place of service, patient age range and diagnosis

2. Accumulations of numbers of services per year, lifetime or other user-defined periods of time as well as dollar accumulations represented by maximum and stop loss rules and major medical application

3. Benefit dollar modifications to covered charges and paid amounts as well as copay taken or deductible application.

They may be used individually or in combination to alter benefits determination. For example:

1. It is desired to encourage patients to obtain simple surgical procedures on an outpatient basis thereby avoiding hospital room and board costs. For the procedure codes that define these simple surgeries at the Plan Procedure level two coverage sequences are defined:

   - Place of Service Inpatient, pay 80% of covered charges

   - Place of Service Outpatient, pay 100% of covered charges

   The claims processing program will stop on these records based on place of service code and pay accordingly.

2. It is desired to limit visits to the psychiatrist to twenty per year and to pay the first ten visits at 80% and visits eleven through twenty at 50%. Two coverage sequences are defined:

   - Provider type Psychiatrist, ten units per year, pay 80% of the covered charges.

   - Provider type Psychiatrist, twenty units per year, pay 50% of covered charges

The claims processing program will stop on these records due to provider type. For the first visit in a year an accumulation record will be set up to track the number of services for the patient in the year. The philosophy of these coverage sequences is to continue through them in an attempt to allow as much as possible. When all coverage sequences have been exhausted the service or the remaining part of the service is considered "not covered". When the tenth visit has been allowed, the claims processing program will move on to the second sequence and allow visits eleven through twenty to be paid at 50%. Visits twenty-one and up will be denied.

This second example is an important illustration. Coverage sequences must be defined in logical order. In this instance placo=ing the second sequence first would have caused the program to pay the first twenty visits at 50% and never used the first sequence at all.

These two sequences would probably appear among other sequences of office visits for various types of providers. It might be that separate payment modifications and service accumulations are needed for psychiatric visits inpatient and outpatient. In this case the place of service would be used with provider type, annual services allowed, and payment percent.

This is an illustration of the fact that a certificate of benefits must be examined for all restrictions before a plan is entered into the system. The various limits should then be categorized by commonality of diagnosis and service (procedure). It often helps to organize the initial plan definition on the data entry forms for the various plan screens. Then the combinations of parameters, accumulations and payment modification features to use in these coverage sequences should become clearer.

Once a plan has been thoroughly defined and tested (using the claims processing program plus sample procedure, eligibility, provider, etc. data), that plan can be duplicated into another plan. This is a useful feature when another plan similar to a previous plan is desired. After duplication the new plan is then altered to reflect the differences between the original and new plans.

BENEFIT PLAN SUMMARY INFORMATION

PURPOSE

The Plan Summary screen is used to set up the general  policy  features  of
the master contract of a company.  During the processing of claims the Plan
Summary Information is used to verify the various general features that are
particular  to  that  Plan.   It will be on the Plan Summary screen that the
Plan's basic pricing method is established.

Before any Subscribers can be added to the system files a Plan Summary must
exist.  The Plan Number entered on the Subscriber record is assigned on the
Plan Summary. Without the Plan Number the  Subscriber's  record  cannot  be
added.

MENU SELECTIONS

From the CLAIMS PROCESSING MAIN MENU Choose # 5 BENEFIT PLAN INFORMATION

From the BENEFIT PLAN INFORMATION MENU Choose # 1 ADD / CHANGE / REVIEW / TERMINATE

From the ADD / CHANGE / REVIEW / TERMINATE MENU Choose # 1 BENEFIT PLAN SUMMARY INFORMATION

BENEFIT PLANS

---

DISPLAY

```
99/99/99               P L A N   S U M M A R Y              99:998AA
   OPER: 999          ACTION: X                     EFF. DATE: 99/99/99
                            TERMINATION DATE: 99/99/99
PLAN NUMBER: XXXXX   CLASS: X                    ACCUM/PAY COB: X
PLAN NAME: XXXXXXXXXXXXXXXXXXXXXXXXXXXX            CHECK UCR: X
IPA / ASO: X                                    USE CRVS OR HIAA: X
                                MAJOR MED. RULE: 999   COVER -   LEAVE: X
                            REVIEW CYCLE: 999  DISABILITY: X  RETIREMENT: X
PLAN YEAR START MONTH: 99
TIME LIMITS TO SETTLE: 999    NON-PAR  Y/N    IN-AREA        OUT-AREA
              FILING: 999              AREA  CRVS/HIAA  AREA  CRVS/HIAA
                WAIT: 999
        PRE-EXIST WAIT: 999   ACC/URG :  X     X     X      X      X
                              REFER :   X     X     X      X      X
COVERAGE TIMING               OTHER :   X     X     X      X      X
   DAYS AFTER ACCIDENT: 999
DAYS PRIOR ADMISSION: 99                 PEND ALL CLAIMS OVER: 99999.99
      RE-ADMIT DAYS: 999                 PEND ALL CLAIMS EVERY: 99999.99
   SAME DIAGNOSIS DAYS: 999      ACCUMULATE BY CONTRACT OR CALENDAR YEAR: X
HOME VISIT HOURS: 999                      UCR BY PRICING AREA: X
         HIAA%: 999.999                          UCR BY PLAN: X
CUTOFF AGE: 99  CARRIER: XXXXX   PAYOR: X   CHECK PERSONAL CARE PROVIDER: X
REMOTE PROCESS: X                                     REPLY: X
```

DEFINITION OF TERMS

ACTION                 1 character                    Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are:

                    A for Add
                    C for Change
                    D for Delete
                    E for Exit
                    R for Review

---

ADD / CHANGE / REVIEW / TERMINATE       5.1.103                REVISED 07/86

PLAN NUMBER          5 alpha/numeric characters          Required
                     right justified

Plan Number, used to identify this plan. Plan Numbers are used to attach a Plan to Members. Without a Plan Number Subscribers cannot be entered into the system.

It is suggested that a number scheme be used to help identify various policy features within a plan. Example: All plans that have 100 in it will be a 100% paid policy, Plan Number 10100. All plans that have 200 in it will have a $5.00 copay, Plan Number 10200. A number scheme such as this can help with customer service.

Alpha characters will only be accepted in the first character of the plan number field. The only time Alpha characters can be used is to identify a rider to a basic plan. Example: Z0001 may be an accident rider. M0005 may be a maternity rider.

See System Manager for the alpha characters currently in use. The valid characters in use now are:

                     C = Chemical (Drug & Alcohol)
                     M = Maternity
                     N = Nervous & Mental
                     O = Orthodontic
                     Z = Accident

CLASS                1 character                    Required

Class, a single letter used to identify a specific area of health care. The following are the only acceptable Class codes:

                     D for Dental
                     M for Medical
                     O for Other
                     P for Pharmaceutical
                     V for Vision

EFFECTIVE DATE       6 digits, MMDDYY, zero fill          Required

Effective Date, the earliest date that any benefits can be paid on this plan. Entering zeros (not allowed on an ADD) will cause the most recent dated record to be displayed. Any other date will cause the most recent dated record on or before the date entered to be retrieved.

TERMINATION DATE     6 digits, MMDDYY, zero fill          Conditional

Termination Date, entered in MMDDYY format, can only be accessed when the Action Code is D for Delete. The date that this record will no longer be in effect. The record can also be "unterminated" by entering all zeros (0) when using the Action Code, D for Delete.

PLAN NAME                30 alpha/numeric characters        Required
                         left justified

Plan Name, the name used to identify this policy plan.

IPA / ASO                1 character                        Required
                         default = I

IPA / ASO, initials for Independent Physicians Association and Administrative Services Organization. This is the type of organization that is administrating the plans. Proper coding is important as it will cause different reactions during the processing of claims. The only legal responses are:

                         I for IPA
                         A for ASO
                         T for TPA

TPA is a Third Party Administrator.

MAJOR MED. RULE          3 digits, zero fill                Optional
                         right justified

Major Medical Rule, when used will cause the system to start an accumulation on a member. For more information see section 5.1.801 on Major Medical Rules.

When a Major Medical Rule number is entered on the Plan Summary, the Major Medical Rule must be set up first.

PLAN YEAR START MONTH    2 digits, right justified          Informational
                         default = 01

Plan Year Start Month, the month in the year that the plan will use as the start of the policy plan year. This field is superceded by Contract month on the Group screen.

TIME LIMITS TO SETTLE    3 digits, right justified          Optional
                         default = 090

Time Limits To Settle, the time period that can elapse before benefits are required to be settled after the proof of loss and proper filing of the claim. 090 would represent 90 days, 365 would represent 365 days, etc.

FILING                   3 digits, right justified          Optional
                         default = 030

Time Limits To Filing, the time limit set on which proof of loss must be furnished for claim benefits to be considered. 000 entered in this field indicates that there is no filing limit. 090 would represent 90 days, 365 would represent 365 days, etc.

WAIT                    3 digits, right justified            Required

    The time, if any, which must elapse from the patient's first effective date on the plan until services may be provided and covered under the plan.

PRE-EXIST WAIT          3 digits, zero fill                  Optional
                        right justified

    Time Limits To Pre-Exist Wait, the time that must elapse after the patient's effective date before a pre-existing condition will be considered a covered condition. Example: Plan 10200 has a Pre-Exist Wait of 90 days. John Smith was effective on Plan 10200 December 1, 1984. John was diagnosed as a diabetic prior to December 1, 1984. No benefits will be considered for diabetes until March 1, 1985. 090 would represent 90 days, 365 would represent 365 days, etc.

COVERAGE TIMING

DAYS AFTER ACCIDENT     3 digits, zero fill                  Not In Use
                        right justified

    Coverage Timing - Days After Accident, the maximum amount of days that can elapse after an accident for treatment to be considered as required for that accident. After that time the treatment would be considered as any other illness. 090 would represent 90 days, 365 would represent 365 days, etc.

DAYS PRIOR ADMISSION    2 digits, zero fill                  Not In Use
                        right justified

    Coverage Timing - Days Prior Admission, the maximum amount of days prior to hospital admission that any services that are related to that hospital admission, would be considered as part of that hospitalization. Example: Mary Doe's policy has a Days Prior Admission of 14 days. She is scheduled for in-patient surgery on April 20. On April 10 she has some blood tests and X-rays done on an out-patient basis for that surgery. The blood tests and X-rays will be considered as part of the treatment for the surgery performed on April 20. 07 would represent 7 days, 14 would represent 14 days, etc.

RE-ADMIT DAYS           3 digits, zero fill                  Not In Use
                        right justified

    Coverage Timing - Re-Admit Days, the time period that must elapse between hospital confinement for the condition to be considered a separate confinement. Example: Mary Doe's policy has Re-Admit Days of 60. On April 20 she is confined for gall bladder surgery. She is released on April 25. On May 21 she is hospitalized for a broken hip. The two confinements are within 60 days of each other, therefore, the May 21 confinement will be considered as part of the April 20 confinement even though the conditions are unrelated. 090 would represent 90 days, 365 would represent 365 days, etc.

SAME DIAGNOSIS DAYS      3 digits, zero fill           Not In Use
                         right justified

Coverage Timing – Same Diagnosis Days, the time period that must elapse between hospital confinement for the same diagnosis to be considered a separate confinement. Example: Tina Jones' policy has Same Diagnosis Days of 90. On January 1 she is hospitalized for pneumonia and released January 10. On March 15 she is hospitalized again for pneumonia. The two confinements are within 90 days of each other and since the March 15 diagnosis is the same as January 1 diagnosis, both confinements are considered one hospital confinement. 090 would represent 90 days, 365 would represent 365 days, etc.

HOME VISIT HOURS         3 digits, zero fill           Not In Use
                         right justified

Coverage Timing – Home Visit Hours, when a home health benefit is used, the amount of hours that is considered as one home visit. Example: Mabel Eldon's policy has Home Visit Hours of 8. On Friday a home health nurse stayed with Mabel 8 hours. On Saturday it was necessary for the home health nurse to stay with Mabel 16 hours. The total number of Home Visits equal 3 (1 on Friday and 2 on Saturday). 008 would represent 8 hours, 024 would represent 24 hours, etc.

HIAA%                    6 digits, zero fill           Conditional

HIAA Percentile, when H or B is entered in the "Use CRVS Or HIAA" field the HIAA% field must have a percentage entered. The "Check UCR" field must have a Y for Yes. When all these conditions are met the Procedure Rate Master File will be searched for a match to the procedure code entered from the claim form and the corresponding percentile rate to use when calculating the covered charges is chosen.

CUTOFF AGE               2 digits, zero fill           Optional
                         right justified

Cutoff Age, the age that a subscriber's dependent child is considered ineligible for benefits, usually 19 years old. If the dependent is a student and student status is checked yes on the member screen, this field will be ignored and the child will remain on the plan until the higher age or until they are no longer a student. The eligible age range for student status is carried in Group maintenance.

CARRIER                  5 digits                      Optional
                         left justified

Carrier, used in a TPA environment. The Carrier number will identify a Carrier previously entered in the Carrier File. The Carrier File contains the name of address of the insurance company that the TPA is administering this plan for. This is used as a flag to indicate which check stock is used in the printing of the checks.

ACCUM/PAY COB            1 character                       Required
                        default = P

Accumulate/Pay Coordination of Benefits, determines if this plan will accumulate COB credits toward benefits, pay COB, or will not pay COB. The only valid responses are:

                        A for Accumulate COB credits
                        P for Pay COB (take COB savings on the claim)
                        N for No COB

CHECK UCR               1 character                       Required
                        default = Y

Check Usual, Customary and Reasonable, Y for yes in this field will mean the rates are set up by procedure in the Procedure Rates Master File. This field will be used in conjunction with the "Use CRVS Or HIAA" field. N for no in this field means that the submitted charges are covered.

USE CRVS OR HIAA        1 character                       Required
                        default = C

Use CRVS Or HIAA, will indicate which set of procedure rates will be used from the Procedure Rate file. C indicates the CRVS rate is used. H indicates the HIAA rate is used. B indicates the HIAA rate is used for surgeries and CRVS rate is used for everything else. The "Check UCR" field must have a Y for yes for this field to be used. If N for no is used in the "Check UCR" field, this field will be ignored and the submitted charges are covered. When H or B is used the field "HIAA%" must be completed also.

The only valid entries in this field are:

                        C for CRVS - relative unit value and multiplier
                        H for HIAA - percentile dollar amount
                        B for Both

COVER - LEAVE           1 character                       Not In Use
                        default = N

RETIREMENT              1 character                       Not In Use
                        default = N

DISABILITY              1 character                       Not In Use
                        default = N

REVIEW CYCLE            3 digits, zero fill               Not In Use
                        right justified

ACC/URG
REFER
OTHER

These three categories are used for IPA or PPO type plans to designate whether Non-Participating providers are covered and what pricing method is to be used to determine UCR.

Y/N - Non-Par provider is covered for accidents or Urgent care, referrals from participating providers, and/or all of these situations

AREA - which pricing area, if any, is used.

B - use the base pricing area from Provider Maintenance

P - use the pricing area from Plan Provider maintenance

A - allow the charges

CRVS/HIAA - which pricing method to use for determining UCR

C - Relative Value method

H - HIAA percentile

B - Both, HIAA for surgery, RVS for other

PEND ALL CLAIMS OVER    7 digits, zero fill              Optional

    Pend All Claims Over, will pend any single claim when paid
dollars are in excess of the amount entered here for review. This may
be used as an auditing tool.

PEND ALL CLAIMS EVERY    7 digits, zero fill              Optional

    Pend All Claims Every, an aggregate amount on any one person. Causes
all claims to be pended after the amount of benefits paid entered here
has been reached in a benefit year. Claims will continue to be pended
on this person until the pend has been released (see Unpend the Claims
Held by $ Limit section 4.8.401). This may be used as an auditing
tool.

ACCUMULATE BY CONTRACT  1 character                  Required
OR CALENDAR YEAR

    Accumulate By Contract Or Calendar Year, will determine if this plan
will have yearly accumulations based on a contract year or a calendar
year. The contract year will start with the month indicated on the
Group screen. This field _cannot_ be changed after it has been entered
during the ADD function. The only valid entries are:

                C for Calendar Year (January - December)
                B for Contract Year )other 12 month period)

    When this field has been filled a message will be displayed at the
bottom of the screen, "PLEASE MAKE SURE THIS IS CORRECT, IT CANNOT BE
CHANGED." There is only one opportunity to change this field.

UCR BY PRICING AREA     1 character                  Required

    Usual, Customary, and Reasonable By Pricing Area, Y for yes in this
field will have the program base eligible charges by Pricing Area. The
Pricing Area will be obtained from the Provider Maintenance Address
screen or the Plan Provider linkage screen.

UCR BY PLAN             1 character                  Required
                        default = N

    Usual, Customary, and Reasonable By Plan, Y for yes in this field will
have the program base eligible charges by plan. The Pricing by Plan
will be obtained from the Procedure Rate file. This file can use
Pricing Area and Plan number in combination for UCR determination.

| CHECK PERSONAL CARE PROVIDER | 1 character default = N | Required |
|---|---|---|

Check Personal Care Provider, Y for yes in this field means members in the plan are required to visit one provider for all services, unless that provider has referred them elsewhere. When a personal care provider is required, the claims program will look for the provider number that has been entered on the claim to see if it, or the referring physician number on the claim, matches the personal care provider numbers entered on the member's record.

| PAYOR | 1 digit default = 1 | Not In Use |
|---|---|---|

| REPLY | 1 character | Conditional |
|---|---|---|

Reply, is a single character response, usually a Y for Yes or N for No, to a program defined question. A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is:

ANY CHANGES – ENTER Y/N

The Reply in this case would be Y if any changes need to be made or N if everything is in order.

BENEFIT PLANS

SAMPLE

```
07/18/86                P L A N   S U M M A R Y                 10:42 AM
    OPER: 000        ACTION: R                    EFF. DATE: 01/01/83
                          TERMINATION DATE: 00/00/00
PLAN NUMBER: 00001    CLASS: M                    ACCUM/PAY COB: A
PLAN NAME: ECONOMED                                CHECK UCR: Y
IPA / ASO: T                              USE CRVS OR HIAA: C
                              MAJOR MED. RULE: 100    COVER -      LEAVE: Y
                          REVIEW CYCLE: 090   DISABILITY: Y    RETIREMENT: N
PLAN YEAR START MONTH: 01
TIME LIMITS TO SETTLE: 999    NON-PAR   Y/N      IN-AREA          OUT-AREA
            FILING: 999                      AREA  CRVS/HIAA  AREA  CRVS/HIAA
             WAIT: 000
        PRE-EXIST WAIT: 365    ACC/URG :  N      B      H      B      H
                               REFER  :  N      B      H      B      H
COVERAGE TIMING                OTHER  :  N      B      H      B      H
    DAYS AFTER ACCIDENT: 000
DAYS PRIOR ADMISSION: 00                      PEND ALL CLAIMS OVER: 05000.00
        RE-ADMIT DAYS: 000                    PEND ALL CLAIMS EVERY: 00000.00
    SAME DIAGNOSIS DAYS: 000      ACCUMULATE BY CONTRACT OR CALENDAR YEAR: C
HOME VISIT HOURS: 000                              UCR BY PRICING AREA: N
            HIAA%: 075.000                              UCR BY PLAN: N
CUTOFF AGE: 19   CARRIER: 00002      PAYOR: 1    CHECK PERSONAL CARE PROVIDER: N
REMOTE PROCESS: N                                              REPLY:
```

ADD / CHANGE / REVIEW / TERMINATE        5.1.112                REVISED 07/86

BENEFIT PLANS

DATA ENTRY FORM

PLAN SUMMARY

OPER : |__|

ACTION : |__|

PLAN NUMBER : |__|__|__|__|__|
PLAN NAME : |__|
IPA / ASO : |__|

TERMINATION DATE : |__|__|/|__|/|__|
CLASS : |__|

EFF. DATE : |__|__|/|__|/|__|

ACCUM/PAY COB : |__|
CHECK UCR : |__|
USE CRVS OR HIAA : |__|
COVER - LEAVE : |__|
RETIREMENT : |__|
DISABILITY : |__|
REVIEW CYCLE : |__|

PLAN YEAR START MONTH : |__|__|
TIME LIMITS TO SETTLE : |__|__|__|
FILING : |__|__|__|
WAIT : |__|__|__|
PRE-EXIST WAIT : |__|__|__|

MAJOR-MED. RULE : |__|__|__|

OUT-OF-PLAN-REFERRAL : |__|
EMERGENCY : |__|
OTHER : |__|

PERCENT : |__|__|__|
PERCENT : |__|__|__|
PERCENT : |__|__|__|

COVERAGE TIMING
DAYS AFTER ACCIDENT : |__|__|__|
DAYS PRIOR ADMISSION : |__|__|__|
RE-ADMIT DAYS : |__|__|__|
SAME DIAGNOSIS DAYS : |__|__|__|
HOME VISIT HOURS : |__|__|__|
HIAA% : |__|__|__|
CUTOFF AGE : |__|__|__|

PEND ALL CLAIMS OVER : |__|__|__|__|
PEND ALL CLAIMS EVERY : |__|

ACCUMULATE BY CONTRACT OR CALENDAR YEAR : |__|
UCR BY PRICING AREA : |__|
UCR BY PLAN : |__|

CHECK PERSONAL CARE PROVIDER : |__|

CARRIER : |__|__|__|__|__|

PAYOR : |__|

### BENEFIT PLANS RULE INFORMATION

#### PURPOSE

The Deduct/Max/Stop-Loss Rules screen is used to set up Deductible, Maximum, and Stop-Loss amounts that are part of a benefit package. The rule number from this screen will be entered on a Plan Procedure, Plan Diagnosis or Subscriber/Member record. When a claim is processed this screen will start a dollar accumulation for an individual or a family as described in their plan. It will also record if there is a carry-over period.

When a deductible rule is for a specific type of service (i.e. $100 deductible for inpatient hospital) the deductible rule number is entered on the Plan Procedure record.

When a deductible rule is applied to all services, the deductible rule is entered on the Subscriber/Member Maintenance record. No benefits will be paid until the deductible limit is reached on this type of deductible.

When a deductible rule is entered on a Plan Procedure or Plan/Procedure Coverage Record it will override the deductible entered on Subscriber/Member Maintenance record.

When a stop loss rule is for a specific type of service (i.e. 80% up to $1000 stop loss for inpatient hospital) the stop loss rule number is entered on the Plan Procedure or Plan/Procedure Coverage record. When a stop loss rule applies to all services (80% up to $5000 stop loss for all services) the Major Medical Rule screen will be used (see section on Major Medical Rules 5.1.800). This rule number will be entered on the Plan Summary screen. Note that a Stop Loss rule has no limit (stop on patient out-of-pocket) whereas a Major Medical rule will have a lifetime ceiling.

When a stop loss rule is entered on a Coverage Record it will override the stop loss rule entered on the Plan Procedure record.

When a maximum rule is for a specific type of service ($2000 maximum benefit for maternity) the maximum rule number is entered on the Plan Procedure or Coverage record. When a maximum rule applies to all services ($250,000 maximum lifetime benefit), the Major Medical Rule screen will be used (see section on Major Medical Rules 5.1.800). This rule number will be entered on the Plan Summary screen.

The accumulations for each Deductible, Maximum and Stop-Loss rule can be viewed for each member in the Display Patient Rules Accumulations.

DISPLAY

```
99/99/99          DEDUCT / MAX / STOP-LOSS    RULES          99:99BAA

OPER: 999       ACTION: X         PLAN NUMBER: XXXXX

CLASS: X        EFF. DATE: 99/99/99

DED/STOP/MAX: X    RULE NUMBER: 999

MAJOR MED.: X
FAMILY/INDIVIDUAL: X
$TOTAL/#TOTAL: X

CARRY-OVER MONTHS FROM: 99  TO: 99

              PEOPLE    AMOUNT

ANNUAL                9999999.99
LIFE TIME:           99999999.99
FAM. TOT. $:    999   9999999.99
RESTORATION:          9999999

TERMINATION DATE: 99/99/99
                                        REPLY: X
```

DEFINITION OF TERMS

ACTION CODE            1 character                    Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are;

                        A for Add
                        C for Change
                        D for Delete
                        E for Exit
                        R for Review

PLAN NUMBER            5 digits, zero fill            Required
                       right justified

    Plan Number, the number used to  identify  a  particular  plan.  Plan
    Numbers  are  assigned  to a plan  or benefit rider on the Plan Summary
    screen.

CLASS                    1 character                    Required

    Class, a single letter used to identify a specific area of health care. The following are the only acceptable Class codes:

               D for Dental
               M for Medical
               O for Other
               P for Pharmaceutical
               V for Vision

EFF-DATE                 6 digits, MMDDYY, zero fill    Required

    Effective Date, the date that this record goes into effect. The earliest date that this record can be used.

DED/STOP/MAX             1 character                    Required

    Deductible/Stop-Loss/Maximum, will indicate which rule category is being described. The only valid enteries are:

               D for Deductible
               S for Stop-Loss
               M for Maximum

RULE NUMBER              3 digits, zero fill            Required

    Rule Number, the number that will be used to identify this rule. The Rule Number can be used on the Plan Diagnosis, Plan Procedure, Plan Procedure/Coverage and Subscriber/Member Plan Maintenance (Deductible only) screens to associate it with a particular rule.

MAJOR MED.               1 character                    Not In Use
                        default = N

    Major Medical, See Screen 5.

FAMILY/INDIVIDUAL        1 character                    Required
                         default = F

Family/Individual, determines if this rule will apply to a family or
each individual. When this field has an F for Family and the
"$Total/#Total" field has an N for Number, the "Fam. Tot. $" "People"
field must have a number entered.

Example: MAJOR MED.: Y
         FAMILY/INDIVIDUAL: F
         $TOTAL/#TOTAL: N

         CARRY-OVER MONTHS FROM: 00  TO: 00

                    PEOPLE     AMOUNT

         ANNUAL              0000250.00
         LIFE TIME:         00000000.00
         FAM. TOT. $:   003  0000000.00
         RESTORATION:       0000000

This example is indicating that only three family members must meet the
$250 deductible (for a total of $750).

The only valid entries in this field are:

                    F for Family
                    I for Individual

$TOTAL/#TOTAL            1 character                    Required

Dollar Total or Number Total, will work in conjunction with the "Fam.
Tot. $" field. When number "Fam. Tot. $" People field is used, the
$Total/#Total field will have an N for Number. When the "Fam. Tot."
Amount field is used, the $Total/#Total field will have an A for
Amount.

The only valid entries in this field are:

                    N for Number (#)
                    A for Amount ($)

CARRY-OVER MONTHS FROM   2 digits, zero fill              Optional
                         MM, right justified

Carry-Over Months From, when the plan has a provision to have part of
the prior year's rule to be carried over into the current year. This
will be the beginning month the carry-over can be taken from. The
carry over provision will usually be used with a Deductible Rul

Carry-Over Months To, will be the ending month the carry-over can be
applied to.

Example:   The Plan allows claims for the last three months of the year
to be applied to the following year deductible but only  in  the  first
three months of the following year.  It would be entered as follows:

CARRY-OVER MONTHS FROM: 10  TO: 03

ANNUAL                    9 digits, zero fill                Conditional

Annual,  will accumulate a dollar amount each year for the type of rule
being used.

LIFE TIME                10 digits, zero fill               Conditional

Life Time, will accumulate a Life Time dollar amount for  the  type  of
rule  being  used.   When there is a Life Time limit, the limit must be
entered in both the Annual and Life Time field.

Example:  MAJOR MED.: Y
          FAMILY/INDIVIDUAL: I
          $TOTAL/#TOTAL: A

          CARRY-OVER MONTHS FROM: 00  TO: 00

                         PEOPLE     AMOUNT

          ANNUAL                  0010000.00
          LIFE TIME:             00010000.00
          FAM. TOT. $:     000   0000000.00
          RESTORATION:           0000000

FAM. TOT. $

PEOPLE                   3 digits, zero fill               Conditional
                         right justified

Family Total Dollar Amount For People, will indicate the maximum number
of People in a family that this rule will apply to.  This field will be
used in conjunction with the  "Family/Individual"  and  "$Total/#Total"
fields.  See explanation of these fields for more detail.

AMOUNT                   9 digits, zero fill               Conditional

Family  Total  Dollar  Amount, will indicate the maximum dollar amount
that must be applied to a rule by individual or for  each  member  of a
family.

RESTORATION           7 digits, zero fill                 Not In Use

   Restoration, the dollar amount that can be restored or added back on to
a member's benefits on an annual basis.

TERMINATION DATE      6 digits, MMDDYY                    Conditional
                      zero fill

   Termination  Date,  entered in MMDDYY format, can only be accessed when
the Action Code is D for Delete.  This will be the last date  that  the
rule  will  be  used.  Accumulations  may  be  affected  and therefore
careful consideration must be given to the terminating of a rule.

REPLY                 1 character                        Conditional

   Reply, is a single character response, usually a Y for Yes or N for No,
to a program defined question.  A common question, seen on  most  ADD /
CHANGE / REVIEW / TERMINATE programs, is;

                      ANY CHANGES - ENTER Y/N

   The  Reply  in this case would be Y if any changes need to be made or N
if everything is in order.

SAMPLE

```
07/18/86            DEDUCT / MAX / STOP-LOSS     RULES              10:42 AM

OPER: 000         ACTION: R          PLAN NUMBER: 00001

CLASS: M            EFF. DATE: 01/01/83

DED/STOP/MAX: D     RULE NUMBER: 013

MAJOR MED.: Y
FAMILY/INDIVIDUAL: F
$TOTAL/#TOTAL: N

CARRY-OVER MONTHS FROM: 00   TO: 00

                 PEOPLE      AMOUNT

ANNUAL                    0000250.00
LIFE TIME:               00000000.00
FAM. TOT. $:     003     0000000.00
RESTORATION:             0000000

TERMINATION DATE: 00/00/00
                                                    REPLY:
```

DATA ENTRY FORM

DEDUCT / MAX / STOP-LOSS RULES

ACTION : |__|    PLAN NUMBER : |__|__|__|__|__|

EFF. DATE : |__|__|/|__|__|/|__|__|

RULE NUMBER : |__|__|__|

OPER : |__|__|__|

CLASS : |__|

DED/STOP/MAX : |__|

MAJOR MED. : |__|
FAMILY/INDIVIDUAL : |__|
$TOTAL/#TOTAL : |__|

CARRY-OVER MONTHS FROM : |__|__|    TO : |__|__|

PEOPLE                    AMOUNT

ANNUAL          |__|__|__|    |__|__|__|__|__|__|__|
LIFE TIME :     |__|__|__|    |__|__|__|__|__|__|__|
FAM. TOT. $ :                 |__|__|__|__|__|__|__|
RESTORATION :                 |__|__|__|__|__|__|__|

TERMINATION DATE : |__|__|/|__|__|/|__|__|

ADD / CHANGE / REVIEW / TERMINATE        5.1.208        REVISED 07/86

BENEFIT PLAN DIAGNOSIS INFORMATION

PURPOSE

The Plan/Diagnosis Detail screen will use diagnosis codes from the diagnosis master file to define a benefit condition of the policy plan when the benefit condition is determinable from the diagnosis alone.

This screen will usually be used to exclude a diagnosis from coverage. It can also, however, be used to limit coverage on a diagnosis or range of diagnoses. If the benefit condition cannot be determined by the diagnosis alone this screen will not be used. Additional Diagnosis limitations are available on the Plan/Procedure Coverage screen.

Each diagnosis in the Diagnosis Master file need not be entered here. These diagnosis guidelines are per plan and as needed.

Any rules (Deductible, Stop Loss or Maximum) entered here will override rules used on Plan/Procedure screens.

MENU SELECTIONS

From the CLAIMS PROCESSING MAIN MENU Choose #5... BENEFIT PLAN INFORMATION

  From the BENEFIT PLAN INFORMATION MENU Choose #1 ...ADD / CHANGE/ REVIEW

    From the ADD/CHANGE/REVIEW/TERMINATE MENU Choose #3.. BENEFIT PLAN
                                                          DIAGNOSIS

DISPLAY

```
   99/99/99                    PLAN/DIAGNOSIS DETAIL                  99:99BAA

  OPER: 999      ACTION: X     PLAN NUMBER: XXXXX    CLASS: X      REPLY: X

  DIAGNOSIS - HIGH: XXXXX                      EFF-DATE: 99/99/99
             LOW: XXXXX


  RULES -  DED: 999          RESTORE AMT: 999999      TERM-DATE: 99/99/99
           MAX: 999
          STOP: 999     LIMITATIONS - ENCOUNTER: 999999  PERIOD - UNITS: 999
                                          YEAR: 999999               B/D: X
      GROUP KEY: XXX                       LIFE: 9999999            PER#: 999
                          COUNTS - ANNUAL: 999                     D/W/M: X
  WAITS - DIAGNOSIS: 999                    LIFE: 99999
          PRE-EXISTING: 999
```

DEFINITION OF TERMS

OPER                3 digits, zero filled           Required

   Operator  Code,  pre-assigned  (see System Operator Functions) to allow
   access to a particular section of the system.

ACTION CODE         1 character                     Required

   Action Code, indicates the type of operation to be performed.  The only
   valid codes to be entered in this field are;

                    A for Add
                    C for Change
                    D for Delete
                    E for Exit
                    R for Review

PLAN NUMBER         5 digits, zero fill             Required
                    right justified

   Plan Number, the number used  to  identify  a  particular  plan.   Plan
   Numbers are assigned to a plan on the Plan Summary screen.

CLASS                    1 character                          Required

    Class, a single letter used to identify a specific area of health care.
The following are the only acceptable Class codes;

                     D for Dental
                     M for Medical
                     O for Other
                     P for Pharmaceutical
                     V for Vision

DIAGNOSIS - HIGH         5 alpha/numeric characters           Required
                         left justified

    Diagnosis - High, the high diagnosis being restricted, in the case of a
range.  If only one diagnosis is being restricted it would  be  entered
here.   The  diagnosis  code decimal point is assumed and should not be
entered.

LOW                      5 alpha/numeric characters           Optional
                         left justified

    Diagnosis - Low, the low diagnosis being restricted, in the  case  of a
range.  If only one diagnosis is being restricted, there would be no
entry here.  The diagnosis code decimal point is assumed and should not
be entered.

EFF-DATE                 6 digits, MMDDYY                     Required
                         zero fill

    Effective Date, the date that this  record  goes  into  effect.   The
earliest date that this record can be used.

RULES - DED              3 digits, zero fill                  Optional
                         left justified

    Rules  - Deductible, the Deductible Rule that applies to this diagnosis
or range of diagnoses.  The Rule Number is taken from the Deduct / Max
/ Stop-Loss Rules screen.

MAX                      3 digits, zero fill                  Optional
                         left justified

    Rules  -  Maximum,  the  Maximum Rule that applies to this diagnosis or
range of diagnoses.  The Rule Number is taken from the Deduct  /  Max /
Stop-Loss Rules screen.

STOP                     3 digits, zero fill                  Optional
                         left justified

    Rules - Stop-Loss, the Stop-Loss Rule that applies to this diagnosis or
range  of  diagnoses.  The Rule Number is taken from the Deduct / Max /
Stop-Loss Rules screen.

GROUP KEY              3 digits, right justified          Optional

Group Key, is a user defined number used to group together diagnosis
codes. A group key is a means of grouping diagnosis codes together
by establishing one group key that more than one code or ranges of
codes can point to when they all have the same type of restriction.

Group key numbers and definitions are user defined. After the group
key is established, any number of diagnosis codes and/or ranges may be
attached to the same key.

WAITS - DIAGNOSIS      3 digits, zero fill             Optional
                       left justified

Waits - Diagnosis, the number of days that must elapse after the
subscriber/member's effective date before this Diagnosis will be
allowed. The Diagnosis entered on this record would be excluded from
coverage until the time specified in this field. 090 would represent
90 days, 365 would represent 365 days, etc.

Example: All medical conditions are covered immediately, with the
exception of Mental Disorders. Mental Disorders will not be covered
until one year after the effective date. The fields will be entered as
follows:

                    DIAGNOSIS - HIGH:  319
                              LOW:  290
                    -----------------------
                    WAITS - DIAGNOSIS:  365
                     PRE-EXISTING:  000

PRE-EXISTING           3 digits, zero fill             Optional
                       left justified

Waits - Pre-Existing, the number of days that must elapse after
the subscriber/member's effective date before this Pre-Existing
Diagnosis will be allowed. The Pre-Existing Diagnosis entered on this
record would be excluded from coverage until the time specified in this
field. This Pre-Existing Wait would apply to this diagnosis only. 090
would represent 90 days, 365 would represent 365 days, etc.

The diagnoses are matched to the diagnoses entered in SUBSCRIBER/MEMBER
MAINTENANCE as pre-existing conditions.

Example: All medical conditions are covered immediately, with the exception of Diseases of Pulmonary Circulation. These diseases will not be covered for a period of 90 days after the effective date, if the subscriber/member has had treatment for this condition prior to the effective date of the plan. The fields will be entered as follows:

```
DIAGNOSIS - HIGH:  417
            LOW:  415
------------------------
WAITS - DIAGNOSIS:  000
        PRE-EXISTING:  090
```

| | | |
|---|---|---|
| RESTORE AMT | 6 digits, zero fill right justified | Not In Use |
| LIMITATIONS - ENCOUNTER | 6 digits, zero fill right justified | Not In Use |

Limitations - Encounter, the dollar limit set on this diagnosis or range of diagnoses per encounter.

| | | |
|---|---|---|
| YEAR | 6 digits, zero fill right justified | Optional |

Limitations - Year, the dollar limit set on this diagnosis or range of diagnoses per year.

| | | |
|---|---|---|
| LIFE | 7 digits, zero fill right justified | Optional |

Limitations - Life, the dollar limit set on this diagnosis or range of diagnoses per lifetime.

| | | |
|---|---|---|
| COUNTS - ANNUAL | 3 digits, zero fill | Optional |

Counts - Annual, the number of times (units that this diagnosis or range of diagnoses are allowed per year.

| | | |
|---|---|---|
| LIFE | 5 digits, zero fill right justified | Optional |

Counts - Life, the number of times (units) this diagnosis or range of diagnoses are allowed per lifetime.

| | | |
|---|---|---|
| PERIOD - UNITS | 3 digits, zero fill right justified | Optional |

Period - Units, the number of times (units) this diagnosis or range of diagnoses are allowed during a certain period of time. The period of time is defined in the next three fields.

PER#                        3 digits, zero fill              Not in use
                            right justified

Per Number, the actual time period count that this diagnosis or range
of diagnoses are allowed.  The actual time period count will be further
defined in the next field.  See example for clarification.

B/D                         1 character                     Conditional

Defines whether this limitation is During a period of time or whether a
period of time must elapse Between units of service

D/W/M                       1 character                     Conditional

Day,  Week,  or  Month, the time period that this diagnosis or range of
diagnoses are allowed.  This will be the  final  entry  to  define  the
number of Units allowed.

The  examples  listed  should  help  clarify  the  use of the above four
fields.

Example:  To indicate that only one diagnosis count is allowed during a
period of 30 days.  The fields would be completed as follows:

                      PERIOD – UNITS:  001
                             B/D: D
                            PER#:  030
                           D/W/M:  D

TERM-DATE                   6 digits, MMDDYY, zero fill      Conditional

Termination Date, entered in MMDDYY format, can only be  accessed  when
the  Action Code is D for Delete.  This will be the last date that this
record can be used.

For the Plan/Diagnosis Detail screen this will  be  used  to  disallow
certain  diagnoses.   The Operator will use an Action Code of A for Add
to complete a record for a  diagnosis  or  range  of  diagnoses  to  be
deleted.   Only the top portion of the screen (above the line) needs to
be filled out.  The Operator will exit the screen and re-enter using an
Action Code of D for Delete.  After filling in the required  fields  to
obtain  the  record  just  added,  the  operator  will  be permitted to
complete the Term-Date field.  The Operator will fill in a  Termination
Date equal to the Effective Date.  This will cause any claim that comes
in with the Terminated Diagnosis to be denied.

REPLY                       1 character                     Conditional

Reply, is a single character response, usually a Y for Yes or N for No,
to  a  program defined question.  A common question, seen on most ADD /
CHANGE / REVIEW / TERMINATE programs, is;

                      ANY CHANGES – ENTER Y/N

The Reply in this case would be Y if any changes need to be made or N
if everything is in order.

BENEFIT PLANS

SAMPLE

07/18/86                        PLAN/DIAGNOSIS DETAIL                    10:43 AM

OPER: 000      ACTION: R     PLAN NUMBER: 00001     CLASS: M      REPLY:

DIAGNOSIS - HIGH: 540                              EFF-DATE: 01/01/80
            LOW: 540

RULES -  DED: 000            RESTORE AMT: 000000          TERM-DATE: 00/00/00
         MAX: 000
        STOP: 000     LIMITATIONS - ENCOUNTER: 000000   PERIOD - UNITS: 000
                                         YEAR: 000000               B/D:
   GROUP KEY:                            LIFE: 0000000             PER#: 000
                               COUNTS - ANNUAL: 000               D/W/M:
WAITS - DIAGNOSIS: 000                    LIFE: 00000
         PRE-EXISTING: 366

ADD   /   CHANGE / REVIEW / TERMINATE          5.1.309              REVISED 07/86

DATA ENTRY FORM

PLAN/DIAGNOSIS DETAIL

```
OPER : |__|__|        ACTION : |__|     PLAN NUMBER : |__|__|__|__|__|__|__|     EFF-DATE : |__|__|/|__|__|/|__|__|     CLASS : |__|

DIAGNOSIS - HIGH : |__|__|__|__|
            LOW  : |__|__|__|__|

RESTORE AMT : |__|__|__|__|__|__|                                                TERM-DATE : |__|__|/|__|__|/|__|__|

RULES - DED  : |__|__|          LIMITATIONS - ENCOUNTER : |__|__|__|     PERIOD - UNITS : |__|__|
        MAX  : |__|__|                            YEAR : |__|__|__|               B/D  : |__|
        STOP : |__|__|                            LIFE : |__|__|__|              PER#  : |__|__|
                                                                               D/W/M  : |__|
GROUP KEY : |__|__|             COUNTS - ANNUAL : |__|__|
                                        LIFE : |__|__|

WAITS - DIAGNOSIS : |__|__|
        PRE-EXISTING : |__|__|
```

ADD / CHANGE / REVIEW / TERMINATE        5.1.310        REVISED    07/86

BENEFIT PLAN PROVIDER INFORMATION

PURPOSE

The Plan Provider Detail screen will be used if there is any deviation of the normal fee payment or par status for a provider. When a Provider is entered on a claim the program will check the Plan Provider Detail screen for any special circumstances for this provider. If the provider is not listed here the program will default to the information entered on the Provider Maintenance screens.

If the insurer never pays non-participating providers or all providers paid by the Plan were treated the same, this screen would not be required.

The Plan Provider Detail screen will be used in various situations. Some of them are:

- Provider is valid on one plan and not others.
- Provider is paid a capitation rate on one plan and not others.
- Provider is Participating on some plans and Non-Participating on other plans.
- Providers Fee Schedule differs by plan.
- Provider is paid by different Pricing Areas.
- Providers Discount or Reserve is different by plan and/or pricing area.

This screen and the Provider Maintenance-Provider Plans screen (see section 3.1.101) are almost identical and may be used interchangeably. Updating of information may be accomplished from either screen. This screen is used to attach many providers to one plan. The screen in Provider Maintenance is used to attach one provider to many plans.

DISPLAY

```
  99/99/99              PLAN/PROVIDER  DETAIL                 99:998AA

  OPER: 999    ACTION: X    PLAN NUMBER: XXXXX    CLASS: X    REPLY: X

   PROVIDER      D A T E     PRE   FEE/    RES   SVC   DISC   CAPIT.    PRICE
   NUMBER      EFF    TERM    PAR    PAY     %     %     %     RATE      AREA
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999.  999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
 XXXXXXXXX-XX  999999  999999   X    X  X   999   999   999  9999999.99  XXXXX
```

DEFINITION OF TERMS

ACTION CODE            1 character                    Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are;

                    A for Add
                    C for Change
                    D for Delete
                    E for Exit
                    R for Review

PLAN NUMBER            5 digits, zero fill            Required
                       right justified

    Plan Number, the number used to identify a particular plan. Plan
    Numbers are assigned to a plan on the Plan Summary screen.

---

ADD / CHANGE / REVIEW / TERMINATE      5.1.402            REVISED  07/86

CLASS                     1 character                      Required

    Class, a single letter used to identify a specific area of health care.
    The following are the only acceptable Class codes;

                          D for Dental
                          M for Medical
                          O for Other
                          P for Pharmaceutical
                          V for Vision

PROVIDER NUMBER           11 digits, zero fill             Required
                          right justified

    Provider  Number, the identification number assigned to a Provider from
    the Provider Maintenance record.  The Provider Number will  usually  be
    the Federal Tax ID number of Provider.

DATE EFF                  6 digits, MMDDYY, zero fill      Required

    Effective Date, the date that this provider record goes into effect for
    this plan.

TERM                      6 digits, MMDDYY, zero fill      Conditional

    Termination  Date,  entered in MMDDYY format, can only be accessed when
    the Action Code is D for Delete.  The Termination Date can be used  to
    disallow a provider on just one plan.

PRE PAR                   1 character                      Required
                          default = Y

    Preferred/Participating  Provider,  Y  for  yes  in  this  field   will
    indicate  that  this provider is a Preferred/Participating Provider.  N
    for no in  this  field  will  indicate  that  this  provider  is  not a
    Preferred/Participating  Provider.  It is possible for a provider to be
    Pre/Par on one plan but not on another.

    TPA:  Preferred/Participating Provider field is totally ignored.

FEE SCH                   1 character                      Required
                          default = N

    Fee Schedule, when Y for yes is entered here the claims processing
    program will go to  the Rate file look for the Provider ID number to
    determine UCR.

    If the system finds no fee schedule for a  particular  procedure, the
    procedure will be priced at the default rate.

PAY CYC                  1 digit                         Required
                         default = 1

     Pay Cycle, this code will be used for Capitated Providers only to
     indicate the providers check payment cycle.  The only valid entries in
     this field are:

                         1 = Monthly
                         2 = Quarterly

RES %                    3 digits, zero fill             Optional
                         left justified

     Reserve Percent, the percent of payment held from providers for risk
     sharing.

SVC %                    3 digits, zero fill             Optional
                         left justified

     Service Percent, the percent of the covered amount to be paid on any
     and all services.

DISC %                   3 digits, zero fill             Optional
                         left justified

     Discount Percent, a provider discount for prompt payment of a claim.

CAPIT. RATE              8 digits, zero fill             Optional

     Capitation Rate, the rate of payment to a provider for each member
     contact regardless of the services rendered.

PRICE AREA               5 digits, zero fill             Optional
                         right justified

     Pricing Area, an area that has its own rate table or rate structure.

REPLY                    1 character                     Conditional

     Reply, is a single character response, usually a Y for Yes or N for No,
     to a program defined question.  A common question, seen on most ADD /
     CHANGE / REVIEW / TERMINATE programs, is;

                         ANY CHANGES - ENTER Y/N

     The Reply in this case would be Y if any changes need to be made or N
     if everything is in order.

BENEFIT PLANS

SAMPLE

| 07/18/86 | | | | PLAN/PROVIDER  DETAIL | | | | | | 10:44 AM |
|---|---|---|---|---|---|---|---|---|---|---|

OPER: 000    ACTION: R    PLAN NUMBER: 00001    CLASS: M    REPLY:

| PROVIDER NUMBER | D A T E EFF | TERM | PRE PAR | FEE/ PAY | RES % | SVC % | DISC % | CAPIT. RATE | PRICE AREA |
|---|---|---|---|---|---|---|---|---|---|
| 100000000-00 | 010183 | 000000 | Y | 1 | 000 | 000 | 010 | 0000000.00 | 00004 |
| 222000000-00 | 010183 | 000000 | Y | N 1 | 000 | 000 | 000 | 0000000.00 | 00000 |
| 440000000-00 | 010183 | 000000 | N | N 1 | 000 | 000 | 000 | 0000000.00 | 00123 |
| 981234567-00 | 010184 | 000000 | Y | 1 | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |
| 000000000-00 | 000000 | 000000 | | N | 000 | 000 | 000 | 0000000.00 | 00000 |

AT END OF PROVIDER

BENEFIT PLANS

DATA ENTRY FORM

PLAN/PROVIDER DETAIL

OPER : |_|    ACTION : |_|    PLAN NUMBER : |_|_|_|_|_|    PRE FEE/    CLASS : |_|    REPLY : |_|

PROVIDER NUMBER    EFF    TERM    PAR    PAY    RES %    SVC %    DISC %    CAPIT. RATE    PRICE AREA

D A T E

ADD  /  CHANGE / REVIEW / TERMINATE        5.1.406        REVISED 07/86

BENEFIT PLAN PROCEDURE INFORMATION

PURPOSE

The Plan/Procedure Detail Screen 5 will be the first in a series of four
screens that will be used to define benefit calculations through the use of
procedure codes and procedures in combination with diagnosis codes.  Screen
5 will be used to plot a coverage record and be used in conjunction with
the other three screens (screens 6, 7 and 8).

To cover all procedures that are payable without special benefit
calculations one record must be set up immediately.  This record is set up
on Screen 5 (and Screen 7 in a TPA environment) and is referred to as the
"Zero Coverage" record.  The Zero Coverage record allows the claims
processing program to pay claims with no further benefit checking by
procedure code.

DISPLAY

```
    99/99/99                PLAN/PROCEDURE DETAIL              99:99BAA
    OPER: 999    ACTION: X   PLAN NUMBER: XXXXX  CLASS: X  EFFDATE: 99/99/99

    HIGH PROC: XXXXXXXXXX    DED RULE: 999   DEN.STAT: X  X  X  X  X  X
    LOW PROC: XXXXXXXXXX     MAX RULE: 999   PLACES: XX XX XX XX COSURGEON: 999.999
    LESS PROC: XXXXXXXXXX    STOP RULE: 999                    ASSISTANT: 999.999
                            CHECK UCR: X   TERM DATE: 99/99/99   HIAA %: 999.999
                                                            GROUP KEY: 999


    WAIT: 999    EPISODE: X   ACCUM/ENCTR: X  SECOND OPINION : X


      ACCI URG PRIOR  SEX TYPE  MOD    MAX PAID     PAID       PAID%  M/L

       X    X    X     X    XX   XX   9999999.99  999999.99   999.999  X


      COPAY$    %AFTER   COPAY%   ADD AMT     AGE-1    AGE-2

     999999.99  999.999 999.999  999999.99   999.999  999.999

                                                        REPLY: X
```

DEFINITION OF TERMS


ACTION CODE              1 character                    Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are;

                        A for Add
                        C for Change
                        D for Delete
                        E for Exit
                        R for Review

PLAN NUMBER              5 digits, zero fill            Required
                        right justified

    Plan  Number,  the  number  used  to  identify a particular plan.  Plan
    Numbers are assigned to a plan on the Plan Summary screen.

CLASS                    1 character                        Required

    Class, a single letter used to identify a specific area of health care.
The following are the only acceptable Class codes;

                D for Dental
                M for Medical
                O for Other
                P for Pharmaceutical
                V for Vision

EFFECTIVE DATE           6 digits, MMDDYY, zero fill       Required

    Effective Date, the date that this record goes into effect. The
earliest date that this record can be used.

HIGH PROC                10 digits                          Required
                       right justified

    High Procedure, the high procedure being defined, in the case of a
range.  If only one procedure is being defined it would be entered
here.  The Procedure Code must be in the Procedure Code Master file.
If this record is being set up as a Group Key (See Group Key
definition) a user defined number would be entered in this field.

    Once a Procedure Code appears as a High Procedure on Screen 5 it may
not be referenced on another Screen 5, on the same plan or rider.

LOW PROC                 10 digits                          Conditional
                       right justified

    Low Procedure, the low procedure being defined, in the case of a range.
If only one procedure is being defined, it would be entered in the High
Proc field only.  If this record is being set up as a Group Key (See
Group Key definition) a G would be entered in this field.

LESS PROC                10 digits                          Optional
                       right justified

    Lesser Procedure, will be used to refer the High and Low Procedures on
that record to another procedure record that has the Lesser Procedure
in its range. This is usually used to cause services to be paid at
lower benefits.

DED RULE                    3 digits, zero fill              Optional
                            right justified

    Deductible Rule, the Deductible Rule that applies to this procedure or
range of procedures. The Rule Number is taken from the Deduct / Max /
Stop-Loss Rules screen. The deductible rule here would override the
deductible rule on the Subscriber/Member Maintenance screen.

    This field is usually not entered except when the number "999" is
entered to cause deductible rules to be ignored.

MAX RULE                    3 digits, zero fill              Optional
                            right justified

    Maximum Rule, the Maximum Rule that applies to this procedure or range
of procedures. The Rule Number is taken from the Deduct / Max /
Stop-Loss Rules screen.

STOP RULE                   3 digits, zero fill              Optional
                            right justified

    Stop-Loss Rule, the Stop-Loss Rule that applies to this procedure or
range of procedures. The Rule Number is taken from the Deduct / Max /
Stop-Loss Rules screen.

CHECK UCR                   1 character                      Not In Use
                            default = Y

DEN. STAT                1 character                        Optional

   Dental Status, can only be used with a Class of D for Dental. When a
   Tooth Status is filled in here, this Tooth Status cannot be present on
   the Members History for the service to be covered.

   Example:  If a claim is processed with a procedure code of 2110
   (filling), the claim program checks here to see if there is a Tooth
   Status. This procedure code has a tooth status of X, M, D, and C. The
   program will then check to see if the members record shows an X, M, D,
   or C for that tooth. If the members record has an M (for missing), for
   example, the procedure 2110 (filling) will be rejected.

   The only valid Dental Status codes are:

                        P for Pontics
                        F for Filling
                        C for Crown
                        X for Extraction
                        D for Denture
                        M for Missing
                        R for Root Canal
                        T for Partial

PLACES                   2 digits                          Optional
                         left justified

   Places of Service, the only place of service this procedure or range or
   procedures should be performed. Find valid Place of Service Codes in
   the Special Codes section.

COSURGEON                6 digits, zero fill                Not In Use

   Co-Surgeon, see Modifier Maintenance section 4.8.501.

ASSISTANT                6 digits, zero fill                Not In Use

   Assistant Surgeon, see Modifier Maintenance section 4.8.501.

HIAA %                   6 digits, zero fill                Optional

   HIAA Percent, the HIAA percentile to pay UCR from the Procedure Rates
   file. When a HIAA percent is entered here it will override any HIAA
   percent entered on the Plan Summary screen.

GROUP KEY                3 digits, zero fill                Optional
                         left justified

   Group Key, is a user defined number used to group together procedure
   codes. A group key is a means of grouping procedure codes together
   when they all have the same type of benefit features.

---

Group key numbers and definitions are user defined.  After the group key is established, any number of procedure codes and/or ranges may be attached to the same key.

WAIT                    3 digits, zero fill              Optional
                        right justified

Waiting Period, the period of time that must elapse after the subscriber/member's effective date before this procedure or range of procedures will be considered covered.

EPISODE                 1 character                     Required
                        default = N

Episode, is set up when a number of treatments or dollars must be accumulated, but cannot be done on an annual or lifetime basis only. Example:  A plan allows a member a $200 benefit per accident and treatment must take place within 3 months of the accident.  This type of benefit can extend from one year into the next.  There could also be more than one accident being accumulated during overlaping time periods.  An Episode would be used in this situation.

A Y for yes in this field will indicate that an Episode set up is required for this procedure or range of procedure.  The actual set up and use of the Episode in claims processing will be covered in the Claims Section.  An Episode must be defined for the member before the claim can be completed.

ACCUM/ENCTR             1 character                     Optional
                        default = N

Accumulate By Encounter, indicates if there should be an accumulation by encounter.  Y for yes in this field will indicate that there should be a count or accumulation started on a per day basis regardless of how many treatments (units of service) have been performed on that day. Example:   A plan may indicate that Physical Therapy Treatments have a Y for yes in Accum/Enctr.  If a member receives 3 different physical therapy treatments (units) in one day the count for that day is 1.  If the Accum/Enctr field had an N for No in that field, for the same situation mentioned, the count for that day would be 3.

NOTE:  WHEN SCREEN 5 IS USED IN CONJUNCTION WITH SCREEN  7,  THE  FOLLOWING
       FIELDS WILL NOT BE COMPLETED.

ACCI                     1 character                     Required
                         default = N

    Accident, Y for yes in this field will indicate that for this procedure
    or  range  of procedures to be considered as covered the procedure must
    have been performed as a result of an accident.  This field will  be
    matched  with  the  Claims Summary for verification.  A space in this
    field will indicate that it does not matter if this is an accident.

URG                      1 character                     Required
                         default = N

    Urgent, Y for yes in this field will indicate that for  this  procedure
    or  range  of procedures to be considered as covered the procedure must
    have been performed as a result of an  urgent  condition.  This  field
    will  be  matched  with the Claims Summary for verification. A space in
    this field will indicate that it does not matter if this is an  urgent
    claim or not.

PRIOR                    1 character                     Optional

    Prior  Authorization,  Y  for  yes in this field will indicate that for
    this procedure or range of procedures to be considered as covered there
    must have been given prior authorization.  This field will  be  matched
    with  the  Claims Summary for verification.  If there is a UR link, see
    UR manual for more information.

SEX                      1 character                     Optional

    Sex, when used will restrict the procedure or range of  procedures  to
    the  sex indicated.  Upon Claim entry this field will check the members
    record for verification.  A space in this field will indicate that  sex
    may be male or female.  The only valid entries, in addition to a space,
    in this field are:

                         F for Female
                         M for Male

TYPE                     2 digits                        Optional

    Provider Type, will indicate the only Type of Provider that can be used
    with  this  procedure  or range of procedures.  Upon Claim entry this
    field will check the provider's record for verification.  Provider Type
    codes can be found in the Special Codes listing.

MOD                      2 digits                        Optional

    Modifier, will indicate that a certain modifier  must  be  entered  for
    this  procedure  or  range  of procedures to be considered covered.
    Modifier codes can be found in the Special Codes listing.

MAX PAID                9 digits, zero fill              Not In Use

    Maximum Paid, the maximum amount that will be paid on the procedure or range of procedures.

PAID                    8 digits, zero fill              Optional

    Paid, indicates an amount that will be paid for each unit of a procedure or range of procedures.

PAID%                   6 digits, zero fill              Conditional

    Paid Percent, the percent of covered charges that will actually be paid. The Claim Detail "Covered" amount will be taken and multiplied by the Paid%, that amount will be the amount that will actually be paid.

    IPA: When Screen 5 is used by itself there must be an amount entered here or nothing will be covered (0%). When Screen 5 is used in conjunction with Screen 7, this field need not be completed.

M/L                     1 character                     Optional
                        default = X

    More or Less, will always be used in conjunction with $ PAID and %PAID. Will indicate whether the lesser amount or the higher amount should be paid.

Example:

Covered charges are $110.00

| PAID | %PAID | M/L |
|------|-------|-----|
| 50.00 | 80.00 | L |

The claim will have a paid amount of $50.00. (It took the lesser amount of $80 or $50).

If the M/L field had an M, the claim would have a paid amount of $80.00. (It would take the greater amount of $80 or $50).

COPAY$                8 digits, zero fill                Optional

   Co-pay Dollars, the actual dollars the member is required to pay on
   this procedure or range of procedures before any amount would be
   considered for benefits.

   Example:  A plan may require a co-pay amount of $5.00 for each office
   visit a member has.  If an office visit is $20.00, the member would pay
   the $5.00 Co-pay Dollars and the remaining $15.00 would be paid by the
   plan.

%AFTER                6 digits, zero fill                Not used


COPAY%                6 digits, zero fill                Optional

   Co-pay Percent, the percentage of the covered amount that the member
   would be required to pay on this procedure or range of procedures.

   Example:  A plan may require a co-pay of 20% for each office visit a
   member has.  If an office visit is $20.00, the member would pay  $4.00
   Co-pay Percent (20% X $20.00) and the remaining $16.00 would be paid by
   the plan.

ADD AMT               8 digits, zero fill                Not used


AGE-1                 8 digits, zero fill                Optional
                      years.days

   Age One, for a claim to be considered for coverage on this member, the
   member must be this age, or in a range, must be this age or older than
   the age entered in this field.  This field can be used to limit the
   scope of the service by imposing an age restriction.  The age is
   entered with the first three digits for the years (000 - 999) and the
   second three digits (to the right of the decimal point) for days (001 -
   366).

When only one age is to be considered for coverage, the age would be entered here and no age would be entered in the AGE-2 field.   Example: To indicate that only 2 year olds and older will be considered for coverage, the fields would be entered in the following manner.

```
         AGE-1      AGE-2
         002.000    000.000
```

When an age range is used in the AGE-1 and AGE-2 fields the ages entered and any in between will be considered for coverage.  Example: To indicate that only those 18 thru 35 years old will be considered for coverage, the fields would be entered in the following manner.

```
         AGE-1      AGE-2
         018.000    035.000
```

AGE-2                    6 digits, zero fill              Optional
                        years.days

Age Two, for a claim to be considered for coverage on this member,  the member  must be this age or younger than the age entered in this field. This field can be used to limit the scope of the service by imposing an age restriction.  The age is entered with the first three digits for the  years (000 - 999) and the second three digits (to the right of the decimal point) for days.(001 - 365).

When an age range is used in the AGE-1 and AGE-2 fields the ages entered and any in between will be considered for coverage. Example: To indicate that only those 18 thru 35 years old will be considered for coverage, the fields would be entered in the following manner.

```
         AGE-1      AGE-2
         018.000    035.000
```

TERMINATION DATE         6 digits, MMDDYY, zero fill       Conditional

Termination Date, entered in MMDDYY format, can only be accessed when the Action Code is D for Delete.  This will be the last date that this record can be used.

REPLY                    1 character                       Conditional

Reply, is a single character response, usually a Y for Yes or N for No, to a program defined question.  A common question, seen on most  ADD / CHANGE / REVIEW / TERMINATE programs, is:

                    ANY CHANGES - ENTER Y/N

The  Reply  in this case would be Y if any changes need to be made or N if everything is in order.

BENEFIT PLANS

SAMPLE

```
07/18/86                    PLAN/PROCEDURE DETAIL                  10:45 AM
OPER: 000     ACTION: R   PLAN NUMBER: 00001   CLASS: M   EFFDATE: 01/01/83

HIGH PROC:      55400    DED RULE: 000   DEN.STAT:
LOW PROC:       55400    MAX RULE: 000   PLACES:              COSURGEON: 000.000
LESS PROC:               STOP RULE: 000                      ASSISTANT: 000.000
                         CHECK UCR: Y   TERM DATE: 00/00/00    HIAA %: 000.000
                                                             GROUP KEY: 000


WAIT: 000    EPISODE: N   ACCUM/ENCTR: N  SECOND OPINION :


   ACCI URG PRIOR  SEX TYPE   MOD    MAX PAID      PAID        PAID% M/L

    N   N    X      X                0000000.00  000000.00   000.000  X


    COPAY$     %AFTER   COPAY%   ADD AMT     AGE-1    AGE-2

   000000.00   000.000  000.000  000000.00   000.000  000.000


                                                         REPLY:
```

DATA ENTRY FORM

DESCRIPTION OF BENEFIT: |_____

PLAN/PROCEDURE DETAIL

[Screen 5]

OPER: |_|_|_|_|   ACTION: [ ]   PLAN NUMBER: |_|_|_|_|_|_|   CLASS: [ ]   EFFDATE: |_|_|/|_|_|/|_|_|

HIGH PROC: |_|_|_|_|      DED RULE: |_|_|_|      DEN.STAT: |_|_|      TERM DATE: |_|_|/|_|_|/|_|_|
LOW PROC:  |_|_|_|_|      MAX RULE: |_|_|_|      PLACES:   |_|_|_|_|_|
LESS PROC: |_|_|_|_|      STOP RULE: |_|_|_|     HIAA %: |_|_|.|_|_|
                         CHECK UCR: |_|
                         GROUP KEY: |_|
WAIT: |_|_|              EPISODE: |_|            ACCUM/ENCTR: |_| (screen 5 only)

BENEFIT PLAN PROCEDURE/DIAGNOSIS RELATIONSHIPS

PURPOSE

The Procedure/Diagnosis Relationships screen will be used in a coverage situation when a diagnosis or range of diagnoses may be excluded from or exclusively used with a procedure or range of procedures.

The Procedure/Diagnosis Relationships screen will not be used alone. A Plan Procedure Detail, Screen 5, must be set up first. When a group of procedures are linked to a Procedure/Diagnosis Relationships screen the association applies to all procedures and all Plan/Procedure Coverage sequences set up for the procedures.

The Procedure/Diagnosis Relationships screen will not be used frequently. It does not have the flexibility that is available through the Procedure/Coverage, Screen 7. Less complex rules could, however, be more easily done by using the Procedure/Diagnosis Relationships screen.

MENU SELECTIONS

From the CLAIMS PROCESSING MAIN MENU Choose # 5 BENEFIT PLAN INFORMATION

    From the BENEFIT PLAN INFORMATION MENU Choose # 1 ADD / CHANGE / REVIEW
                                                / TERMINATE INFORMATION

        From the ADD / CHANGE / REVIEW / TERMINATE INFORMATION MENU Choose #
                                6 BENEFIT PLAN PROCEDURE/DIAGNOSIS
                                  RELATIONSHIPS INFORMATION

DISPLAY

```
  99/99/99                PLAN/PROCEDURE DETAIL                 99:99BAA

  OPER: 999      ACTION: X        PLAN NUMBER: XXXXX    CLASS: X

 EFFDATE: 99/99/99     HIGH PROC: XXXXXXXXXX        Y/N: X
                       LOW PROC: XXXXXXXXXX     TERM DATE: 99/99/99

                     D I A G N O S I S   R A N G E
            HIGH/LOW   HIGH/LOW   HIGH/LOW   HIGH/LOW   HIGH/LOW

             1 XXXXX   2 XXXXX   3 XXXXX   4 XXXXX   5 XXXXX
               XXXXX     XXXXX     XXXXX     XXXXX     XXXXX

             6 XXXXX   7 XXXXX   8 XXXXX   9 XXXXX  10 XXXXX
               XXXXX     XXXXX     XXXXX     XXXXX     XXXXX




                                                      REPLY: X
```

DEFINITION OF TERMS


ACTION CODE              1 character                      Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are;

                        A for Add
                        C for Change
                        D for Delete
                        E for Exit
                        R for Review


PLAN NUMBER             5 digits, zero fill              Required
                        right justified

    Plan Number, the number used to identify a particular plan.  Plan
    Numbers are assigned to a plan on the Plan Summary screen.


ADD  /  CHANGE / REVIEW / TERMINATE      5.1.603          REVISED 07/86

CLASS                    1 character                    Required

   Class, a single letter used to identify a specific area of health care.
   The following are the only acceptable Class codes;

                    D for Dental
                    M for Medical
                    O for Other
                    P for Pharmaceutical
                    V for Vision

EFFECTIVE DATE           6 digits, MMDDYY, zero fill     Required

   Effective Date, the date that this record goes into effect.   The
   earliest date that this record can be used.

HIGH PROC                10 digits                       Required
                         right justified

   High Procedure, the high procedure being defined, in the case of a
   range. If only one procedure is being defined, it would be entered
   here.   The Procedure Code must be in the Procedure Code Master file.
   If this record is being set up as a Group Key (See Group Key
   definition) a user defined number would be entered in this field.

LOW PROC                 10 digits                       Conditional
                         right justified

   Low Procedure, the low procedure being defined, in the case of a range.
   If only one procedure is being defined, it would be entered in the High
   Proc field only.   If this record is being set up as a Group Key (See
   Group Key definition) a G would be entered in this field.   These
   procedure codes must match those used on Screen 5, Plan Procedure.

Y/N                      1 character                     Required
                         default = Y

   Yes or No,  Y for yes in this field means that this diagnosis is only
   allowed with the procedures. An N for no in this field means that this
   diagnosis is never allowed with the procedures.

TERMINATION DATE         6 digits, MMDDYY, zero fill     Conditional

   Termination Date, entered in MMDDYY format, can only be accessed when
   the Action Code is D for Delete.  This will be the last date that this
   record can be used.

DIAGNOSIS RANGE          Up to 5 alpha/numeric characters   Required
HIGH/LOW                 left justified

   Diagnosis Range, High/Low, the diagnosis or range of diagnoses that
   will be restricted.  There are 10 possible ranges permitted for a range
   of Procedure Codes.  The High Diagnosis code is entered in the top

field and the Low Diagnosis code is entered in the bottom field.

A decimal point is assumed, but not entered in the system. For diagnosis codes beginning with an alphabetic character, a decimal is assumed between the fourth and fifth positions. A decimal is assumed between the third and fourth positions for diagnosis codes beginning with a number. For example, Diagnosis Code 365.0 would be displayed as 3650. The digits in this field must be right justified.

REPLY                    1 character                          Conditional

Reply, is a single character response, usually a Y for Yes or N for No, to a program defined question. A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is;

ANY CHANGES — ENTER Y/N

The Reply in this case would be Y if any changes need to be made or N if everything is in order.

SAMPLE

07/18/86                    PLAN/PROCEDURE DETAIL                    10:47 AM

OPER: 000        ACTION: A        PLAN NUMBER: 00001        CLASS: M

EFFDATE: 01/01/86        HIGH PROC:    55400            Y/N: Y
                         LOW PROC:            TERM DATE: 00/00/00

                    D I A G N O S I S   R A N G E
            HIGH/LOW    HIGH/LOW    HIGH/LOW    HIGH/LOW        HIGH/LOW

            1 540      2          3          4            5
              540

            6          7          8          9           10

                                                        REPLY: N

ADD  /  CHANGE / REVIEW / TERMINATE        5.1.607            REVISED 07/86

DATA ENTRY FORM

PLAN/PROCEDURE DETAIL

OPER : |__|__|    ACTION : |__|    PLAN NUMBER : |__|__|__|__|__|__|__|    CLASS : |__|

EFFDATE : |__|__|/|__|__|/|__|__|    HIGH PROC : |__|__|__|__|__|    LOW PROC : |__|__|__|__|__|    TERM DATE : |__|__|/|__|__|/|__|__|    Y/N : |__|

D I A G N O S I S    R A N G E

| | HIGH/LOW | | HIGH/LOW | | HIGH/LOW | | HIGH/LOW | | HIGH/LOW |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | |__|__| |__|__| | 2 | |__|__| |__|__| | 3 | |__|__| |__|__| | 4 | |__|__| |__|__| | 5 | |__|__| |__|__| |
| 6 | |__|__| |__|__| | 7 | |__|__| |__|__| | 8 | |__|__| |__|__| | 9 | |__|__| |__|__| | 10 | |__|__| |__|__| |

BENEFIT PLAN PROCEDURE/COVERAGE INFORMATION

PURPOSE

The Benefit Plan Procedure Coverage Information, Screen 7, will always be used in conjunction with Plan Procedure Information, Screen 5. The Procedure Coverage screen is one of the screens that will be used to define benefit calculations through the use of procedure codes and procedures in combination with diagnosis codes.  Screen 7 has the most flexibility of all the plan screens and will provide the most detailed information about the plans.

DISPLAY

```
 99/99/99              PLAN/COVERAGE DETAIL              99:998AA

  OPER: 999      ACTION: X      PLAN NUMBER: XXXXX    PLAN CLASS: X

 EFFDATE: 99/99/99    HIGH PROC: XXXXXXXXXX
   CLASS: X           SEQUENCE : 999      TERM DATE: 99/99/99


  REF REQ: X            PAID: 999999.99        AGE-1: 999.999
    ACCID: X          % PAID: 999.999          AGE-2: 999.999
     URG: X             M/L: X           RULES - DED: 999
   PRIOR: X          % AFTER: 999.999            MAX: 999
     SEX: X         MAX PAID: 9999999.99        STOP: 999
   PLACE: XX         ADD AMT: 999999.99   DIAG RANGES - HIGH    LOW
    TYPE: XX X        COPAY $: 999999.99        RANGE-1: XXXXX  XXXXX
   ACCUM: 9          COPAY %: 999.999           RANGE-2: XXXXX  XXXXX
     MOD: XX     ACCIDENT HRS: 99    H/D: X      RANGE-3: XXXXX  XXXXX
 PAR/NON: X          PERIOD $: 999               RANGE-4: XXXXX  XXXXX
    YEAR: 999        PRD DAYS: 999  D/W/M: X         Y/N: X
    LIFE: 99999   COPAY/ENCNTR: X           RELATIONSHIP: X
 EPISODE: X         COVERED %: 999         EMPLOYEE TYPE: X
 ACC RIDER: X       COVERED $: 9999999.99   DIAG.SEVERE: X
 MAJOR MED: X                                            REPLY: X
```

DEFINITION OF TERMS


ACTION CODE          1 character                    Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are:

                        A for Add
                        C for Change
                        D for Delete
                        E for Exit
                        R for Review


PLAN NUMBER          5 digits, zero fill            Required
                     right justified

    Plan Number, the number used to identify a particular plan.  Plan
    Numbers are assigned to a plan on the Plan Summary screen.

BENEFIT PLANS

---

PLAN CLASS             1 character              Required

    Plan Class, a single letter used to identify a specific area of health care. The following are the only acceptable Class codes:

                D for Dental
                M for Medical
                O for Other
                P for Pharmaceutical
                V for Vision

    When an incorrect Plan Class (one not listed above) is entered, a message is displayed at the bottom of the screen, "INVALID CLASS: M,D,V,P,OR O."

EFFDATE                6 digits, MMDDYY, zero fill        Required

    Effective Date, the date that this record goes into effect. The earliest date that this record can be used.

CLASS                  1 character              Required

    Class, a single letter used to identify a specific area of health care. The letter will be the same as the Plan Class except in the case that this record is being used as a Group Key. When the record is part of a Group Key a G will be entered here.

HIGH PROC              10 digits               Required
                    right justified

    High Procedure, the high procedure being defined, in the case of a range. If only one procedure is being defined it would also be entered here. The Procedure Code must be in the Procedure Code Master file. The number entered here, the Procedure Code or Group Key, must have been previously set up on a Screen 5.

SEQUENCE               3 digits                Required
                    right justified

    Sequence, will allow for the defining of more complex benefit structures. One procedure may have more than one benefit rule depending on a number of circumstances. The use of sequencing will allow for a great deal of flexibility when procedure codes have multiple rules.

    Sequence numbers should start with 001 but may increase at odd increments. This, in fact, is advisable in case a sequence needs to be inserted between records already defined.

---