Exhibit A
(Part 2 of 2)

TERMINATION DATE         6 digits, MMDDYY, zero fill       Conditional

Termination Date, entered in MMDDYY format, can only be accessed when
the Action Code is D for Delete. The Termination Date is the last date
that this record can be used.

REF REQ                  1 character                       Required
                         default = N

Referral Required, Y for yes in this field will indicate that a
referring physician is required for this procedure or service to be
considered for coverage.

ACCID                    1 character                       Required
                         default = N

Accident, Y for yes in this field will indicate that for this procedure
or range of procedures to be considered as covered the procedure must
have been performed as a result of an accident. This field will be
matched with the Claims Summary for verification. A space in this
field will indicate that it does not matter if this is an accident.

URG                      1 character                       Required
                         default = N

Urgent, Y for yes in this field will indicate that for this procedure
or range of procedures to be considered as covered the procedure must
have been performed as a result of an urgent condition. This field
will be matched with the Claims Summary for verification.

N for no in this field will indicate that for this procedure or range
of procedures to be considered as covered the procedure must not have
been performed as a result of an urgent condition. A spaces is not
allowed in this field.

PRIOR                    1 character                       Required
                         default = N

Prior Authorization, Y for yes in this field will indicate that for
this procedure or range of procedures to be considered as covered,
there must have been given prior authorization. This field will be
matched with the Claims Summary for verification. If there is a UR
link, see UR manual for more information.

N for no in this field will indicate that it is not necessary for this
procedure or range of procedures to be given prior authorization for it
be be considered as covered.

A space in this field will indicate that it does not matter if this was
prior authorized. However, if the claim summary is prior authorized
and a space is present then this coverage sequence record will be
bypassed.

---

SEX                     1 character                      Optional

 Sex, when used will restrict the procedure or range of procedures to
 the sex indicated. Upon Claim entry this field will check the member
 record for verification. A space in this field will indicate that it
 is not necessary to check for the sex of the patient, this procedure
 is valid for either sex. The only valid entries, other than a space,
 are:

           F for Female
           M for Male

PLACE                   2 digits                         Optional

 Place of Service, a special code which corresponds with the place where
 the services were rendered. The Place of Service Codes are the same
 codes that appear on the Standard AMA Health Insurance form. See
 Special Codes for valid Place of Service codes. The presence of a
 place code will cause the claims program to determine benefits on this
 record only if it matches the place code on the claim line item.

TYPE                    2 digits                         Optional

 Provider Type, will indicate the only Type of Provider that can be used
 with this sequence. Upon Claim entry this field will check the
 provider's record for verification. Provider Type codes can be found
 in the Special Codes listing. A space in this field means that it will
 be ignored.

Y/N                     1 character                      Optional

 This is used with provider type. A "Y" means that this provider type
 is valid for this coverage sequence. A "N" means that this provider
 type is never valid for this coverage sequence.

ACCUM                   1 digit                          Optional
                        default = 0

 Accumulate by Place of Service, when "Place" field has an entry and an
 accumulation needs to be started on Place of Service, this field will
 be completed with a 1 for yes. When no accumulation needs to be done
 on Place of Service this field should remain at 0 for No. A "2" in this
 field causes dental accumulations by quadrant of mouth.

MOD                     2 digits                         Optional

 Modifier, will indicate that a Modifier from the Modifier Maintenance
 file must be present on the Claim Detail Line for this procedure to be
 considered. Modifiers may be used in the program to signal a special
 calculation. See Modifier Maintenance Section for more information.
 A space in this field means it will be ignored.

---

PAR/NON                 1 character                    Optional

Participating or Non-Participating Provider, when this field is left blank there is no Non-Participating Provider exclusion, all valid providers may be included.

N for Non-Participating in this field would indicate a rule that applies to only Non-Participating providers.

P for Participating in this field would indicate a rule that applies to only Participating providers.

A space in this field means that it is not necessary to check Par or Non-Par status

YEAR                    3 digits, zero fill            Optional
                        right justified

Year, the maximum number of treatments or services that can be accumulated in one calendar or contract year.

LIFE                    5 digits, zero fill            Optional
                        right justified

Life, the maximum number of treatments or services that can be accumulated in a lifetime.

EPISODE                 1 character                    Required
                        default = N

Episode, is set up when a number of treatments or dollars must be accumulated, but cannot be done on an annual or lifetime basis only.

Example: A plan allows a member of $200 benefit per accident and treatment must take place within 3 months of the accident. This type of benefit can extend from one calendar year into the next. There could also be more than one accident being accumulated during overlaping time periods. An Episode would be used in this situation.

Y for yes in this field will indicate that an episode set up is required. For more information, see Maintain Member Episodes section 2.1.501.

ACC RIDER               1 character                    Required
                        default = N

Accident Rider, Y for yes in this field will indicate that this procedure or range of procedures will be covered by an Accident Rider. Y for yes would also be entered in the "Accid" field and the "Episode" field. The Subscriber/Member must have an Accident Plan, a plan rider that starts with Z, to be eligible for this accident benefit. This field will be matched with the Claims Summary for verification. A space in this field means that it can be ignored.

MAJOR MED              1 character                    Required
                       default = Y

   Major Medical, indicates whether or not this record will contribute
   toward the annual Major Medical Rule. The Major Medical Rule number is
   indicated on the Plan Summary screen. See the Major Medical Rule
   section for more information.

PAID                   8 digits, zero fill           Optional

   Paid, indicates an amount that will be paid on the procedure or range
   of procedures and is always used in conjunction with %PAID and M/L
   fields.

% PAID                 6 digits, zero fill           Conditional

   Percent Paid, the percent of covered charges that will actually be
   paid. The Claim Detail "Covered" amount is taken and multiplied by the
   Paid%, that amount will actually be payable.

   When Screen 5 is used by itself there must be an amount entered here or
   nothing will be paid (0%). When Screen 5 is used in conjunction with
   Screen 7, this field should not be completed on Screen 5.

M/L                    1 character                   Optional
                       default = X

   More or Less, will indicate whether the lesser amount or the higher
   amount should be paid. Example: A Claim is being processed with a
   covered charge of $100 for a service.

                   PAID        %PAID         M/L
                   75.00       50.00          L

   The claim will have a paid amount of $50.00. (It took the lesser
   amount of $75 or $50).

   If the M/L field had a M, the claim would have a paid amount of $75.00.
   (It would take the greater amount of $75 or $50).

% AFTER                6 digits, zero fill           Not used


MAX PAID               9 digits, zero fill           Not In Use

   Maximum Paid, the maximum amount that will be paid on the procedure or
   range of procedures on this coverage record.

BENEFIT PLANS

ADD AMT                8 digits, zero fill              Not used

COPAY$                 2 digits, zero fill              Optional

Co-Pay Dollars, the actual dollars the member is required to pay on
this procedure or range of procedures before any amount would be
considered for benefits.

Example: A plan may require a co-pay amount of $5.00 for each office
visit a member has. If an office visit is $20.00, the member would pay
the $5.00 Co-pay Dollars and the remaining $15.00 would be payable by
the plan.

COPAY%                 5 digits, zero fill              Optional

Co-pay Percent, the percentage of the covered amount that the member
would be required to pay on this procedure or range of procedures.

Example: A plan may require a co-pay of 20% for each office visit a
member has. If an office visit is $20.00, the member would pay $4.00
Co-pay Percent (20% X $20.00) and the remaining $16.00 would be payable
by the plan.

ACCIDENT HRS           2 digits, zero fill              Optional
                       right justified

Accident Hours or Days, used in conjunction with the "H/D" field.
Accident Hrs will be the maximum number of hours or days that can pass
during which treatment can first be sought for the treatment to be
considered an accident. This field is informational only. See sample
below.

H/D                    1 character                    Conditional

    Hours or Days, used in conjunction with the "Accident Hrs" field listed immediately above. This field is informational only.

    Example: A benefit policy states it will pay a maximum of $800 for any one accident. Expenses must be incurred within 90 days of the original accident. The fields would be completed as follows:

        MAX PAID: 0000800.00

        ACCIDENT HRS: 90      H/D: D

    The only valid entries in this field are:

        D for Days
        H for Hours

NOTE:   The accident rider and the Episode feature are used for accident coverage at this time.

PERIOD #               3 digits, zero fill             Optional
                       right justified

    Period Number, always used in conjunction with "Prd Days" and "D/W/M" fields. Period Number will indicate the actual number of treatments or services allowed during the time period defined in the "Prd Days" and "D/W/M" field. The system is capable of accumulating three different consecutive Period Accumulations. See example below.

PRD DAYS               3 digits, zero fill             Conditional
                       right justified

    Period Days, always used in conjunction with "Period #" and "D/W/M" fields. Period Days will indicate the time period that the treatments or services entered in "Period #" will take place. See example below.

D/W/M                  1 character                     Conditional

    Day, Week or Month, always used in conjunction with "Period #" and "Prd Days" fields. Will define the "Period Days" field to mean Days, Week of Month.

    Example: A benefit policy allows one Vision Exam once every 24 months. The fields would be completed as follows:

        PERIOD #: 001
        PRD DAYS: 024   D/W/M: M

B/D                    1 character                     Optional

    Between or During, used to indicate whether services are limited During a specific time period or whether a specific time period must elapse Between services

COPAY/ENCTR                1 character                    Optional
                           default = N

Copay By Encounter, indicates if there should be a co-pay taken by
encounter.  Y for yes in this field will indicate that there should be
a co-pay taken on a per day basis regardless of how many treatments or
services have been performed on that day. Example: A plan may have a
Y for yes in the Copay/Enctr field and the Copay $ field indicates
$5.00.  If a member, in one day, has an office visit, an X-ray, and a
blood test, there would only be one co-pay of $5.00 taken out for all
three services. Otherwise, a copay will be taken for each unit of
service.

COVERED %                  3 digits, right justified      Optional
                           default = 100

Covered Percent, the percentage of the charge that is considered a
covered amount.  The fee ceiling is taken and will cover the percent
indicated in this field.

For example:  A claim is received for an amount of $25.00 for an office
visit, this field indicates that the amount Covered is 100%.  The full
$25.00 will be considered a Covered amount so long as the fee ceiling
from the rates file is not less than $25.00, and this amount will be
entered in the "Covered" field on the Claim Detail. If there is a
co-pay it will be taken from the $25.00.

When 0% is indicated in this field the charge will not be covered. When
Covered % is less than 100%, the percent indicated in this field will
be multiplied by the fee ceiling or the charge, whichever is less, and
the result is the amount entered in the "Covered" field on the Claim
Detail.

For example:  A claim is received for an amount of $30.00, this field
indicates that the amount covered is 80%.  $24.00 is the covered amount
entered on the Claim Detail and $6.00 is not covered.

COVERED $                  9 digits, zero fill            Optional

Covered Dollars, the maximum dollar amount that will be considered a
covered charge.

For example:  A claim is received for $200 for a procedure.  This field
indicates that the maximum dollar amount on this procedure will be
$175.  The $175 will be considered the Covered amount and is entered in
the "Covered" field on the Claim Detail.

NOTE:  When COVERED % and COVERED $ are not to be used then the COVERED %
must be 100%

BENEFIT PLANS

AGE-1                    6 digits, zero fill                Optional
                         years.days

Age One, for a claim to be considered for coverage on this member, the
member must be this age, or in a range, must be this age or older than
the age entered in this field. This field can be used to limit the
scope of the service by imposing an age restriction. The age is
entered with the first three digits for the years (000 - 999) and the
second three digits (to the right of the decimal point) for days (001 -
365).

When only one age is to be considered for coverage, the age would be
entered here and no age would be entered in the AGE-2 field. Example:
To indicate that only 2 year olds and older will be considered for
coverage, the fields would be entered in the following manner.

                    AGE-1        AGE-2
                    002.000      000.000

When an age range is used in the AGE-1 and AGE-2 fields the ages
entered and any in between will be considered for coverage. Example:
To indicate that only those 18 thru 35 years old will be considered for
coverage, the fields would be entered in the following manner.

                    AGE-1        AGE-2
                    018.000      035.000

AGE-2                    6 digits, zero fill                Optional
                         years.days

Age Two, for a claim to be considered for coverage on this member, the
member must be this age or younger than the age entered in this field.
This field can be used to limit the scope of the service by imposing an
age restriction. The age is entered with the first three digits for
the years (000 - 999) and the second three digits (to the right of the
decimal point) for days (001 - 365).

When an age range is used in the AGE-1 and AGE-2 fields the ages
entered and any in between will be considered for coverage. Example:
To indicate that only those 18 thru 35 years old will be considered for
coverage, the fields would be entered in the following manner.

                    AGE-1        AGE-2
                    018.000      035.000

RULES - DED            3 digits, zero fill                Optional
                       left justified

   Deductible Rule, the Deductible Rule that applies to this procedure  or
   range of procedures.  The Rule Number is taken from the Deduct / Max /
   Stop-Loss Rules screen.  The deductible rule here  would  override  the
   deductible  rule  on  the  Subscriber/Member Maintenance screen. Since
   Deductible rules are determined by  member  and  plan,  this  field  is
   usually  not  used.   A  value of  "999"  may be used to indicate that
   deductible is not to be taken for this coverage record.


MAX                    3 digits, zero fill                Optional
                       left justified

   Maximum Rule, the Maximum Rule that applies to this procedure or  range
   of  procedures.   The  Rule  Number  is  taken  from the Deduct / Max /
   Stop-Loss Rules screen.

STOP                   3 digits, zero fill                Optional
                       left justified

   Stop-Loss Rule, the Stop-Loss Rule that applies to  this  procedure  or
   range  of  procedures.  The Rule Number is taken from the Deduct / Max /
   Stop-Loss Rules screen.

DIAG RANGES - HIGH   LOW
     RANGE-1           5 alpha/numeric characters each    Optional
     RANGE-2           5 alpha/numeric characters each    Optional
     RANGE-3           5 alpha/numeric characters each    Optional
     RANGE-4           5 alpha/numeric characters each    Optional

   Diagnosis Ranges - High Low,  the  range  or diagnosis codes being
   restricted  for  this  procedure or range of procedures.  These fields
   will always be used in conjunction with  the  "Y/N"  field  just  below
   them.   When only one diagnosis is being used it will be entered in the
   High field only.  A decimal is not used, the system assumes  a  decimal
   between the third and fourth digit.  Example:  250.1, V614, 750.11.

Y/N                    1 character                        Conditional
                       default = Y

   Yes or No, always used in conjunction with the "Diag Ranges" just above
   it.   The  Y/N  will define how the diagnoses will be restricted.  Y in
   this field will indicate that this diagnosis or range of diagnoses will
   always be allowed with this procedure or range of  procedures.   N  in
   this field will indicate that this diagnosis or range of diagnoses will
   never be allowed with this procedure or range of procedures.

RELATIONSHIP                1 digit                              Optional

Relationship code, when used, will indicate that this benefit is being restricted to a certain family memeber. The Relationship Code is taken from the Subscriber/Member Maintenance screen. Valid Relationship Codes are:

                    0 for Subscriber
                    1 for Spouse
                    2 for Dependent Child

A space in this filed means that it is not necessary to check relationships.

Example:  A comprehensive physical exam may be restricted to the Subscriber only.  The Relationship field would be completed with a 0.

Example:  Immunizations may be restricted to Dependent Children only. The Relationship field would be completed with a 2.

EMPLOYEE TYPE            1 alpha/numeric character           Optional

Employee Type, used to give different benefits to different levels of employees within the same company or group.  Employee Type is user defined and may be alpha or numeric. The Employee Type on this screen is matched with the Employee Code on the Subscriber Member Maintenance Screen 2.  The Type must be an exact match.  This field is normally only used for self-funded plans.

A space in this field means that it is not necessary to check Employee Type.

DIAG.SEVERE             1 character                          Optional

Diagnosis Severe, Y for yes in this field will indicate that this procedure or range of procedures can only be performed if the condition has been diagnosed as being severe.  The system will check the Diagnosis Maintenance record to see if the field "Severity Y/N" has been completed with a Y.

N for no in this field will indicate that the condition must not be severe for the procedure to be considered covered.  A space in this field indicates that the condition could be severe or not severe, it really does not matter, and the procedure will be considered covered.

TERMINATION DATE        6 digits, MMDDYY, zero fill        Conditional

Termination Date, entered in MMDDYY format, can only be accessed when
the Action Code is D for Delete.  This will be the last date that  this
record can be used.

REPLY                   1 character                        Conditional

Reply, is a single character response, usually a Y for Yes or N for No,
to  a  program defined question.  A common question, seen on most ADD /
CHANGE / REVIEW / TERMINATE programs, is;

                        ANY CHANGES - ENTER Y/N

The Reply in this case would be Y if any changes need to be made  or  N
if everything is in order.

BENEFIT PLANS

SAMPLE

```
07/18/86                    PLAN/COVERAGE DETAIL                   10:49 AM

  OPER: 000      ACTION: R      PLAN NUMBER: 00001      PLAN CLASS: M

  EFFDATE: 01/01/83    HIGH PROC:        003
    CLASS: G           SEQUENCE : 001         TERM DATE: 00/00/00


    REF REQ: N              PAID: 000000.00           AGE-1: 000.000
      ACCID: Y            % PAID: 100.000             AGE-2: 000.000
        URG: N               M/L:                RULES - DED: 999
      PRIOR: N           % AFTER: 000.000               MAX: 000
        SEX:            MAX PAID: 0000000.00            STOP: 000
      PLACE:             ADD AMT: 000000.00    DIAG RANGES - HIGH    LOW
       TYPE:             COPAY $: 000000.00          RANGE-1: 31900   2900
      ACCUM: 0           COPAY %: 000.000            RANGE-2:
        MOD:        ACCIDENT HRS: 00     H/D:        RANGE-3:
    PAR/NON:            PERIOD #: 000                RANGE-4:
       YEAR: 000        PRD DAYS: 000   D/W/M:           Y/N: N
       LIFE: 00000    COPAY/ENCTR: N            RELATIONSHIP:
    EPISODE: Y          COVERED %: 100          EMPLOYEE TYPE:
  ACC RIDER:           COVERED $: 0000000.00    DIAG.SEVERE:
  MAJOR MED:                                                   REPLY:
```

ADD / CHANGE / REVIEW / TERMINATE        5.1.715              REVISED 07/86

DATA ENTRY FORM

PLAN/COVERAGE DETAIL

[Screen 73]

PLAN NUMBER: |__|__|__|__|__|__|

| Field | | Field | | Field | |
|---|---|---|---|---|---|
| CLASS/G: | |__| | PLAN CLASS: | [ ] | HIGH PROC/GP KEY: | |__|__|__|__|__| |
| REF REQ: | |__| | SEQUENCE: | |__|__| | AGE-1: | |__|__| |
| ACCID: | |__| | PAID: | |__|__|__|.|__|__| | AGE-2: | |__|__|.|__|__| |
| URG: | |__| | % PAID: | |__|__| | RULES - DED: | |__|__|__| |
| PRIOR: | |__| | H/L: | |__| | MAX: | |__|__|__| |
| SEX: | |__| | % AFTER: | |__|__| | STOP: | |__|__|__| |
| PLACE: | |__| | MAX PAID: | |__|__|__|.|__|__| | DIAG RANGES - HIGH    LOW | |
| TYPE: | |__| | ADD AMT: | |__|__|__|.|__|__| | RANGE 1: | |__|__|__|  |__|__|__| |
| ACCUM: | |__| (O/I) | COPAY $: | |__|__|.|__|__| | RANGE 2: | |__|__|__|  |__|__|__| |
| MOD: | |__| | COPAY %: | |__|__| | RANGE 3: | |__|__|__|  |__|__|__| |
| PAR/NON: | |__| | ACCIDENT HRS: | |__|__| =H/D: | RANGE 4: | |__|__|__|  |__|__|__| |
| YEAR: | |__|__| | PERIOD #: | |__|__| | Y/N: | |__| |
| LIFE: | |__| | PRO DAYS: | |__|__| =D/W/M: | RELATIONSHIP: | |__| |
| EPISODE: | |__| | COPAY/ENCTR: | |__| (Y/N) | EMPLOYEE TYPE: | |__| |
| ACC RIDER: | |__| | COVERED %: | |__|__| | | |
| MAJOR MED: | |__| | COVERED $: | |__|__|__|.|__|__| | DIAG. SEVERE: |__| (Y/N) | |

## MAJOR MEDICAL RULES

### PURPOSE

Major Medical Rules are set up to establish maximum annual and lifetime dollar amounts available to a member for benefits on a plan. It will also establish co-insurance percentages that must be met on an annual basis by each member on the plan.

An example of a Major Medical Rule is listed below:

| | |
|---|---|
| Maximum Lifetime Benefit: | $1,000,000 |
| Maximum Annual Benefit: | $  250,000 |
| Co-Insurance: | 20% of covered amount to be paid by the insured up to $5,000, 100% of covered amount to be paid thereafter to the maximum amount available. |

BENEFIT PLANS

---

MENU SELECTIONS

From the **CLAIMS PROCESSING MAIN MENU** Choose # 5 BENEFIT PLAN INFORMATION

From the **BENEFIT PLAN INFORMATION MENU** Choose # 1 ADD / CHANGE / REVIEW
/ TERMINATE INFORMATION

From the **ADD / CHANGE / REVIEW / TERMINATE INFORMATION MENU** Choose #
8 BENEFIT PLAN MAJOR MEDICAL RULES INFORMATION

---

DISPLAY

```
99/99/99          M A J O R   M E D I C A L   R U L E S          99:99BAA

OPER: 999        ACTION: X

PLAN NUMBER: XXXXX    CLASS : X    RULE NUMBER : 999

            EFFECTIVE DATE : 99/99/99
            TERMINATION DATE : 99/99/99      LIFETIME AMOUNT : 9999999.99
                                             ANNUAL AMOUNT : 9999999.99
                 PERCENT    AMOUNT
        LEVEL 1:    999    9999999.99
        LEVEL 2:    999    9999999.99
        LEVEL 3:    999    9999999.99
        LEVEL 4:    999    9999999.99
        LEVEL 5:    999    9999999.99
        LEVEL 6:    999    9999999.99
        LEVEL 7:    999    9999999.99
        LEVEL 8:    999    9999999.99
        LEVEL 9:    999    9999999.99
        LEVEL 10:   999
                                                      REPLY: X
```

DEFINITION OF TERMS

OPER                    3 digits, zero filled              Required

    Operator Code, pre-assigned number (see System Operator Functions)  to
    allow access to a particular section of the system.

ACTION CODE             1 character                        Required

    Action Code, indicates the type of operation to be performed.  The only
    valid codes to be entered in this field are;

                        A for Add
                        C for Change
                        D for Delete
                        E for Exit
                        R for Review

PLAN NUMBER             5 digits, zero fill                Required
                        right justified

    Plan  Number,  the  number  used  to  identify a particular plan. Plan
    Numbers are assigned to a plan on the Plan Summary screen.

**CLASS**                  1 character                     Required

    Class, a single letter used to identify a specific area of health care.
The following are the only acceptable Class codes;

                D for Dental
                M for Medical
                O for Other
                P for Pharmaceutical
                V for Vision

**RULE NUMBER**            3 digits, zero fill              Required
                      right justified

    Major  Medical  Rule  Number,  the  number  used to identify this Major
Medical Rule.  The Major Medical Rule Number will be used on  the  Plan
Summary.

**EFFECTIVE DATE**         6 digits, MMDDYY, zero fill      Required

    Effective  Date,  the  date  that  this  record  goes into effect.  The
earliest date that this record can be used.

**TERMINATION DATE**       6 digits, MMDDYY, zero fill      Conditional

    Termination Date, entered in MMDDYY format, can only be  accessed  when
the Action Code is D for Delete.  The Termination Date will be the last
date that this record can be used.

**LIFETIME AMOUNT**        9 digits, zero fill              Optional

    Lifetime  Amount,  the  maximum  dollar  amount  available  for benefit
payment for each member on the plan.

**ANNUAL AMOUNT**          9 digits, zero fill              Not used

    Annual Amount, the maximum annual dollar amount available  for  benefit
payment for each member on the plan.

**PERCENT**                3 digits, zero fill              Optional
                      right justified

    Co-Insurance  Percent, the co-insurance percent that will be payable by
the Plan.  Used in conjunction with the Amount field.

**AMOUNT**                 9 digits, zero fill              Conditional

    Co-Insurance Amount, used in conjunction with the Percent  field.   The
Amount that the Percent will base its calculation on.  Example:

| | PERCENT | AMOUNT |
|---|---|---|
| LEVEL 1: | 080 | 0005000.00 |
| LEVEL 2: | 000 | 0000000.00 |

The program is being told to take 80% of $5000 as a co-insurance.  The $4000  (80%  X  $5000 = $4000) is the amount of covered charges that the Plan is responsible for.

**LEVEL 1 thru LEVEL 10**

Level 1 thru Level 10, each are listed  with  its  own  "Percent"  and "Amount" field.  See definition for "Percent" and "Amount" above.  Each level will set a different co-insurance amount.

| Example: | | PERCENT | AMOUNT |
|---|---|---|---|
| | LEVEL 1: | 100 | 0000500.00 |
| | LEVEL 2: | 050 | 0001000.00 |
| | LEVEL 3: | 080 | 0001000.00 |
| | LEVEL 4: | 000 | 0000000.00 |
| | LEVEL 5: | 000 | 0000000.00 |
| | LEVEL 6: | 000 | 0000000.00 |
| | LEVEL 7: | 000 | 0000000.00 |
| | LEVEL 8: | 000 | 0000000.00 |
| | LEVEL 9: | 000 | 0000000.00 |
| | LEVEL 10: | 100 | |

Level  1  instructs the program to pay 100 percent of the first $500.00 of covered charges.
Level 2 instructs the program to pay 50 percent of the next $1000.00 of covered charges.
Level 3 instructs the program to pay 80 percent of the next $1000.00 of covered charges.
Level 10 instructs  the  program  after  the  above  calculations  are finished  that  it  should  pay  100% of all covered charges up to the Lifetime Amount.

Level 10 does not have an "Amount" field.  When a "Percent" is  entered in  Level  10  it will take the percentage up to the amount list in the "Annual Amount" field.  Level 10 must be completed for the  calculation to  continue  up  to  the  Lifetime Amount.  If it is not completed the calculation will stop at the  last  completed  Level  and  continue  no further.

**REPLY**                    1 character                    Conditional

Reply, is a single character response, usually a Y for Yes or N for No, to  a  program defined question.  A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is;

ANY CHANGES - ENTER Y/N

The Reply in this case would be Y if any changes need to be made  or  N if everything is in order.

BENEFIT PLANS

SAMPLE

```
07/18/86          M A J O R   M E D I C A L   R U L E S          10:51 AM

OPER: 000          ACTION: R

PLAN NUMBER: 00001   CLASS : M   RULE NUMBER : 100

          EFFECTIVE DATE : 01/01/85
          TERMINATION DATE : 00/00/00        LIFETIME AMOUNT : 0005000.00
                                             ANNUAL AMOUNT : 0000000.00
              PERCENT    AMOUNT

     LEVEL 1:   080    0005000.00
     LEVEL 2:   000    0000000.00
     LEVEL 3:   000    0000000.00
     LEVEL 4:   000    0000000.00
     LEVEL 5:   000    0000000.00
     LEVEL 6:   000    0000000.00
     LEVEL 7:   000    0000000.00
     LEVEL 8:   000    0000000.00
     LEVEL 9:   000    0000000.00
     LEVEL 10:  100

                                             REPLY:
```

ADD / CHANGE / REVIEW / TERMINATE       5.1.806          REVISED  07/86

BENEFIT PLANS

DATA ENTRY FORM

MAJOR MEDICAL RULES

OPER : |__|__|     ACTION : |__|

PLAN NUMBER : |__|__|__|__|     CLASS : |__|__|/|__|__|/|__|__|     RULE NUMBER : |__|__|__|

EFFECTIVE DATE : |__|__|/|__|__|/|__|__|     LIFETIME AMOUNT : |__|__|__|__|__|.|__|__|
TERMINATION DATE : |__|__|/|__|__|/|__|__|     ANNUAL AMOUNT : |__|__|__|__|__|.|__|__|

|  | PERCENT | AMOUNT |
|---|---|---|
| LEVEL 1 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 2 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 3 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 4 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 5 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 6 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 7 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 8 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 9 : | |__|__|__| | |__|__|__|__|__|.|__|__| |
| LEVEL 10 : | |__|__|__| | |__|__|__|__|__|.|__|__| |

## BENEFIT PLAN PROCEDURE/PROCEDURE RELATIONSHIPS

### PURPOSE

The Procedure/Procedure Relationships screen is used for Dental Only at this time. It will not allow certain procedures to be performed, if another related procedure has been performed within a specified period of time.

Example: A procedure for a full denture will not be allowed if a partial denture has been put in place in the last 180 days.

MENU SELECTIONS


From the **CLAIMS PROCESSING MENU** Choose # 5 BENEFIT PLAN INFORMATION

From the **BENEFIT PLAN INFORMATION MENU** Choose # 1 ADD / CHANGE / REVIEW
                                              / TERMINATE INFORMATION

From the **ADD / CHANGE / REVIEW / TERMINATE INFORMATION MENU** Choose # 9
                                              BENEFIT PLAN PROCEDURE/PROCEDURE
                                              RELATIONSHIPS

BENEFIT PLANS

DISPLAY

```
99/99/99                PLAN/PROCEDURE DETAIL                  99:99BAA
OPER: 999      ACTION: X        PLAN NUMBER: XXXXX      CLASS: X
EFFDATE: 99/99/99      HIGH PROC: XXXXXXXXXX     Y/N: X    DAYS: 99999
                       LOW PROC: XXXXXXXXXX      TERM DATE: 99/99/99
                  P R O C E D U R E    R A N G E
       HIGH/LOW      HIGH/LOW     HIGH/LOW      HIGH/LOW     HIGH/LOW
     1 XXXXXXX    2 XXXXXXX    3 XXXXXXX    4 XXXXXXX    5 XXXXXXX
       XXXXXXX      XXXXXXX      XXXXXXX      XXXXXXX      XXXXXXX
     6 XXXXXXX    7 XXXXXXX    8 XXXXXXX    9 XXXXXXX   10 XXXXXXX
       XXXXXXX      XXXXXXX      XXXXXXX      XXXXXXX      XXXXXXX


                                                        REPLY: X
```

DEFINITION OF TERMS

ACTION CODE              1 character                    Required

   Action Code, indicates the type of operation to be performed.  The only
   valid codes to be entered in this field are;

                         A for Add
                         C for Change
                         D for Delete
                         E for Exit
                         R for Review

PLAN NUMBER              5 digits, zero fill            Required
                         right justified

   Plan Number, the number used to identify a particular plan.  Plan
   Numbers are assigned to a plan on the Plan Summary screen.

**CLASS**                   1 character                    Required

    Class, a single letter used to identify a specific area of health care. The only classes currently accepted on this screen are:

        D for Dental
        V for Vision

**EFFECTIVE DATE**          6 digits, MMDDYY, zero fill     Required

    Effective Date, the date that this record goes into effect. The earliest date that this record can be used.

**HIGH PROC**               10 digits                      Required
                       right justified

    High Procedure, the high procedure being defined, in the case of a range. If only one procedure is being defined it would be entered here. The Procedure Code must be in the Procedure Code Master file.

**LOW PROC**                10 digits                      Conditional
                       right justified

    Low Procedure, the low procedure being defined, in the case of a range. If only one procedure is being defined, it would be entered in the High Proc and Low Proc field.

**Y/N**                     1 character                    Required
                       default = Y

    For the current procedure on the claim, "Y" means that one of the procedures in the ten ranges shown must have been performed within the DAYS shown. "N" means that one of the procedures in the ranges below must not have been performed with the DAYS shown.

**DAYS**                    5 digits, zero fill             Required
                       left justified

    Days, the count of days that must pass or within which any of the ten procedure ranges were performed.

**TERMINATION DATE**        6 digits, MMDDYY, zero fill     Conditional

    Termination Date, entered in MMDDYY format, can only be accessed when the Action Code is D for Delete. The Termination Date will be the last date that this record can be used.

**PROCEDURE RANGE**
    **HIGH/LOW**              7 digits each                    Required
                             left justified

Procedure Range, High/Low, will limit the procedure or range of procedures in the "High Proc" and "Low Proc" field based on the procedure codes entered in the HIGH and LOW procedures above.

Example: A procedure for a full denture will not be allowed if a partial denture has been put in place in the last 180 days.

Up to ten ranges of procedures may be entered. The High Procedure entered on the top and the low procedure entered below it. If there is only one procedure, the procedure should be entered in both the high and the low field.

**REPLY**                    1 character                      Conditional

Reply, is a single character response, usually a **Y** for **Yes** or **N** for **No**, to a program defined question. A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is;

                        ANY CHANGES - ENTER Y/N

The Reply in this case would be **Y** if any changes need to be made or **N** if everything is in order.

BENEFIT PLANS

SAMPLE

```
07/18/86                    PLAN/PROCEDURE DETAIL                         10:55 AM
OPER: 666           ACTION: R          PLAN NUMBER: 00020        CLASS: V
EFFDATE: 01/01/86        HIGH PROC:        98172     Y/N: Y     DAYS: 00365
                         LOW PROC:         98172     TERM DATE: 00/00/00
                      P R O C E D U R E   R A N G E
        HIGH/LOW      HIGH/LOW        HIGH/LOW       HIGH/LOW       HIGH/LOW
     1    90812     2             3              4             5
          90812
     6             7             8              9             10
```

REPLY:

BENEFIT PLANS

DATA ENTRY FORM

PLAN/PROCEDURE DETAIL

OPER : |__|__|     ACTION : |__|     PLAN NUMBER : |__|__|__|__|__|__|     CLASS : |__|

EFFDATE : |__|__|/|__|__|/|__|__|     HIGH PROC : |__|__|__|__|__|__|     V/N : |__|     DAYS : |__|__|/|__|/|__|
                                      LOW PROC : |__|__|__|__|__|__|     TERM DATE : |__|__|/|__|__|/|__|__|

PROCEDURE RANGE

HIGH/LOW

1 |__|__|   2 |__|__|   3 |__|__|   4 |__|__|   5 |__|__|
6 |__|__|   7 |__|__|   8 |__|__|   9 |__|__|   10 |__|__|

ADD / CHANGE / REVIEW / TERMINATE          5.1.907          REVISED 07/96

BENEFIT PLAN INFORMATION

REPORTS

The following is a list of reports, and their program name, that are available in the Benefit Plan Information Section:

| REPORT NAME | PROGRAM NAME |
|---|---|
| Group Key Cross Reference | IA0241 |
| Plan List | IA0250 |
| Plan Log | IA0242 |
| Providers Attached to Plans | IA0259 |
| Print the Plan-Product Inventory X-Ref | WF0202 |

For more information on these reports, see the Reports Manual.  The Reports Manual is organized in order of Program Name.  It has a description of the report, sample screen and sample report.

---

## USER SPECIFIC FUNCTIONS

### PURPOSE

User Specific Functions are special functions performed by the system that may be unique to this user. The Function may or may not be available on all systems. The various Functions that are available will be listed on the menu, but may not be accessible to all users. When a Function is not available to a user, but it is chosen, the system will display a message that this function is unavailable. Documentation that is applicable to your User Specific Functions will be included in your manual only.

---

MAINTAIN PLAN-PRODUCT INVENTORY X-REF

PURPOSE

To interpret the benefit plan coding scheme of the one system so that it can be used to update the member files on the Claims Processing system.

Conversions are performed on deductibles, base plans and in some instances, riders.

MENU SELECTION

From the CLAIMS PROCESSING MAIN MENU Choose # 5 BENEFIT PLAN INFORMATION

   From the BENEFIT PLAN INFORMATION MENU Choose # 4 USER SPECIFIC
                          FUNCTIONS

      From the USER SPECIFIC FUNCTIONS MENU Choose # 1 MAINTAIN
             PLAN-PRODUCT
                          INVENTORY X-REF

BENEFIT PLAN INFORMATION

DISPLAY

```
99/99/99                 CROSS REFERENCE MAINTENANCE                    99:99BAA

              OPERATOR: 999          ACTION CODE: X

                      TYPE:  9

              CODE/DEDUCTIBLE:  XXX

              BASE PLAN CODE :  XXX

                   PLAN/RULE:  XXXXX

              MENTAL/NERVOUS :  XXXXX




                                                        REPLY: X
```

DEFINITION OF TERMS

**OPERATOR**            3 digits, zero filled            Required

   Operator Code, pre-assigned (see System Operator Functions) to allow
   access to a particular section of the system.

**ACTION CODE**          1 character                    Required

   Action Code, indicates the type of operation to be performed.  The only
   valid codes to be entered in this field are:

                         A for Add
                         C for Change
                         D for Delete
                         E for Exit
                         R for Review

**TYPE**                 1 digit                        Required

   Type of Reference Code, indicates whether this is a deductible
   reference or a Plan/Rider reference.

                         1 = Plan/Rider
                         2 = Deductible

---

CODE/DEDUCTBLE:          3 Digits                          Conditional

 Code/Deductible Product Code, has two meanings depending  on  the  TYPE
code entered above.

 If  the  TYPE = 1; Then the CODE is the Benefit Product Code for either
the Base Plan or the Rider.  For example, M1H or MMM.

 If the TYPE = 2; Then the CODE is the Deductible Code ie. A;B;C;Q;L

BASE PLAN CODE:          3 characters                      Conditional

 Base Plan Code, is used where a base plan is only connected to one
rider.

 The TYPE = 1 and the DEDUCTIBLE/PLAN has an entry such as MMM and the
BASE PLAN CODE has an entry such as M2H.

PLAN/RULE               5 digits, zero fill                Conditional

 Plan/Rule  Number,  is  where either the system assigned rule number or
benefit plan number or benefit plan rider number is entered.

 If the TYPE = 1 and the BASE PLAN CODE is empty,  the  PLAN/RULE field
has a Base Plan entry such as 00001.

 If the TYPE = 1 and the BASE PLAN CODE is completed with a code such as
M2H, the PLAN/RULE field has a Rider Plan entry such as M0001.

 If  the  TYPE = 2 then the BASE PLAN CODE is empty and the PLAN/RULE has
a Deductible rule number such as 017. NOTE: since this is a five  digit
field,  the first two positions are padded with zeros. The actual entry
then, is 00017.

MENTAL/NERVOUS           5 digits, zero fill                Conditional

 Mental Nervous Plan Number, is entered in the specific  instance  where
the  product  code indicates the base plan having 3 treatments per year
and the rider allowing an additional number.

 The "short" rider is identified as an addendum to the base  plan.  The
"true" rider is entered separately.

 The  TYPE = 1, the CODE/DEDUCTIBLE = a LW Plan ie. M1H, the PLAN/RULE =
the system assigned number such as 00010, and the MENTAL NERVOUS  field
= the system assigned rider(short-rider) code such as N0001.

**REPLY**                    1 character                    Conditional

    Reply, is a single character response, usually a Y for **Yes** or N for **No**, to a program defined question. A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is;

ANY CHANGES - ENTER Y/N

    The Reply in this case would be Y if any changes need to be made  or  N if everything is in order.

BENEFIT PLAN INFORMATION

SAMPLE

07/18/86                          CROSS REFERENCE MAINTENANCE                          10:26 AM

                    OPERATOR: 000          ACTION CODE: A

                            TYPE:  1
                    CODE/DEDUCTIBLE:
                    BASE PLAN CODE :  NIH
                         PLAN/RULE:  00002
                    MENTAL/NERVOUS :


                                                              REPLY:


| | | | |
|---|---|---|---|
| TYPE | 1 = PLAN | 1 = RIDER | 2 = DEDUCTIBLE |
| CODE/ DEDUCTIBLE | LW — M1H | LW — MMM | B |
| BASE PLAN CODE | N/A | N/A | MZH * |
| PLAN/ RULE | 00010 | M0001 | 00017 |
| MENTAL NERVOUS | N0001 * | N/A | N/A |

* Use where applicable.

COPY BENEFIT PLAN TO NEW PLAN NUMBER

PURPOSE

This program is designed to take all of the Plan records for one plan and make a new set of Plan file records where the only difference is the Plan Number.

BENEFIT PLAN INFORMATION

---

MENU SELECTION

From **CLAIMS PROCESSING MENU** Choose # 5 BENEFIT PLAN INFORMATION

From **BENEFIT PLAN INFORMATION MENU** Choose # 4 USER SPECIFIC FUNCTIONS

From **SUPERVISOR FUNCTIONS INFORMATION MENU** Choose # 2 COPY BENEFIT
PLAN TO NEW PLAN NUMBER

---

BENEFIT PLAN INFORMATION

DISPLAY

PLAN FILE DUPLICATION MENU

ENTER OLD PLAN NUMBER  : 00001

ENTER CLASS (M),(D),(V),(P), OR (O) : M

ENTER NEW PLAN NUMBER  : 90001

DO YOU WANT TO PROCEED EVEN IF THE NEW PLAN
    NUMBER IS ALREADY ON THE PLAN FILE

ENTER <Y> OR <N> : Y

DEFINITION OF TERMS

This function is accomplished by a batch program which is automatically
submitted by the system once the four questions above have been
answered.

OLD PLAN            _   5 digits, zero fill              Required
                       right justified

Old Plan, the number used to identify the particular plan to be
duplicated.

CLASS                   1 character                     Required

Class, a single letter used to identify a specific area of health care.
The following are the only acceptable Class codes:

                        D for Dental
                        M for Medical
                        O for Other
                        P for Pharmaceutical
                        V for Vision

NEW PLAN                5 digits, zero fill              Required
                        Right justified

New Plan, the number used to identify the new copy of the plan
records.

SUPERVISOR FUNCTIONS              5.4.203              REVISED 07/86

PROCEED                1 character                    Conditional

    Enter Y if you want the duplicated plan records to overlay any
existing  records  on  the  Plan  file  with  the  same  plan  number.
Enter N if you want the duplication run to be aborted if the new
plan number already exists on the plan file.

## ADD ALL PROVIDERS TO A PLAN

PURPOSE

This program is designed to take all of the Provider records and attach each provider to a specific Plan number effective on a given date. The resulting records can then be modified to accurately portray the status of the provider related to the plan.

BENEFIT PLAN INFORMATION

---

MENU SELECTION

From **CLAIMS PROCESSING MENU** Choose # 5 BENEFIT PLAN INFORMATION

   From **BENEFIT PLAN INFORMATION MENU** Choose # 4 USER SPECIFIC FUNCTIONS

      From **USER SPECIFIC FUNCTIONS MENU** Choose # 3 ADD ALL PROVIDERS TO
                       A PLAN

---

DISPLAY

                    PLAN FILE PROVIDER DUPLICATION MENU
            PLEASE ENTER THE PLAN NUMBER FOLLOWED BY A SLASH AND THE
            EFFECTIVE DATE FOR THE CHANGE. THE PLAN NUMBER MUST BE
            A FIVE-POSITION NUMBER. ENTER THE EFFECTIVE DATE FOR
            THE RECORD AS MMDDYY.
            FOR EXAMPLE, TO REQUEST THAT ALL PROVIDERS BE DUPLICATED
            INTO PLAN 205 EFFECTIVE ON MARCH 8, 1985 ENTER '00205/030885'

        ENTER PLAN NUMBER/EFFECTIVE DATE:


**DEFINITION OF TERMS**

    This function is accomplished by a batch program which is automatically
    submitted by the system once the question above has been answered.

**PLAN NUMBER**             5 digits, zero fill                Required
                           right justified

    Plan Number, the number used to identify the particular plan to which
    the provider records should be attached.

**EFFECTIVE DATE**          5 digits, MMDDYY                   Required

    Effective date, the first date that the providers are effective
    on the plan.

BENEFIT PLAN INFORMATION

COPY PROCEDURE RATES TO NEW PLAN

PURPOSE

This program is designed to take the rates for one plan and make a new set
of rate records where the only difference is the Plan Number.

The Procedure Code Rate File has several optional entries besides procedure
code range.  In this case, the Procedure Code range is a single code, the
multiplier is a dollar figure, the provider and zip/area fields are not
involved.  This is a set of rates for a benefit plan. Now, a new plan with
these same rates has been created.  This copier simply reproduces the rate
records with the new plan number, automatically.

BENEFIT PLAN INFORMATION

MENU SELECTION

From **CLAIMS PROCESSING MENU** Choose # 5 BENEFIT PLAN INFORMATION

From **BENEFIT PLAN INFORMATION MENU** Choose # 4 USER SPECIFIC FUNCTIONS

From **USER SPECIFIC FUNCTIONS MENU** Choose # 3 COPY PROCEDURE
RATES TO NEW PLAN

DISPLAY

COPY  PROCEDURE  RATES  TO  NEW  PLAN

CLASS     : X
OLD PLAN : XXXXX
NEW PLAN : XXXXX


ANY CHANGES : X
ANY MORE    : X


DEFINITION OF TERMS

CLASS                1 character                        Required

   Class, a single letter used to identify a specific area of health care.
   The following are the only acceptable Class codes:

                         D for Dental
                         M for Medical
                         O for Other
                         P for Pharmaceutical
                         V for Vision

   The Class from the Procedure Rate File is entered.

OLD PLAN             5 digits, zero fill                Required
                     right justified

   Plan Number, the number used to identify a particular plan. Plan
   Numbers are assigned to a plan on the Plan Summary screen.

   Old Plan, the plan number which has a set of rate records already.

NEW PLAN             5 digits, zero fill                Required
                     Right justified

   Plan Number, the number used to identify a particular plan. Plan
   Numbers are assigned to a plan on the Plan Summary screen.

   New Plan, the plan number which needs a set of rate records created.

**ANY CHANGES:**          1 character                    Conditional

Reply (In disguise), is a single character response, usually a Y for Yes or N for No, to a program defined question. A common question, seen on most ADD / CHANGE / REVIEW / TERMINATE programs, is;

                    ANY CHANGES - ENTER Y/N

The Reply in this case would be Y if any changes need to be made or N if everything is in order.

**ANY MORE:**            1 character                    Conditional

Clear Screen and Go back to the Menu (Any More = N) and Create another set of rates (Any More = Y).

BENEFIT PLAN INFORMATION

SAMPLE

COPY  PROCEDURE  RATES  TO  NEW  PLAN

CLASS    :  M
OLD PLAN :  00001
NEW PLAN :  00010

ANY CHANGES :
ANY MORE    :

COPY PLAN FROM TRAINING TO PRODUCTION

PURPOSE

It is recommended that new or modified plans be thoroughly tested in a Training account before being moved into production use.

This program is designed to take all of the Plan records for a specific plan in the Training account and move it into the Production account.

BENEFIT PLAN INFORMATION

MENU SELECTION

From **CLAIMS PROCESSING MENU** Choose # 5 BENEFIT PLAN INFORMATION

From **BENEFIT PLAN INFORMATION MENU** Choose # 4 USER SPECIFIC FUNCTIONS

From **USER SPECIFIC FUNCTIONS MENU** Choose # 5 COPY PLAN FROM
                                                        TRAINING TO PRODUCTION

DISPLAY

COPY PLAN FROM TRAINING TO PRODUCTION

ENTER TRAINING PLAN NUMBER   : 00001

ENTER CLASS (M),(D),(V),(P), OR (O) : M

ENTER PRODUCTION PLAN NUMBER   : 00021

DO YOU WANT TO PROCEED EVEN IF THE NEW PLAN
NUMBER IS ALREADY ON THE PRODUCTION PLAN FILE?

ENTER (Y) OR (N) : N

## DEFINITION OF TERMS

This function is accomplished by a batch program which is automatically submitted by the system once the questions above have been answered.

| OLD PLAN | 5 digits, zero fill right justified | Required |
|---|---|---|

Old Plan, the number used to identify the particular plan in the Training account to be copied.

| CLASS | 1 character | Required |
|---|---|---|

The type of coverage provided by the plan. The choices are Medical, Dental, Vision, Pharmaceutical and Other.

| NEW PLAN | 5 digits, zero fill right justified | Required |
|---|---|---|

New Plan, the number used to identify the particular plan in the Production account.

DELETE ALL DATA FOR ONE PLAN

PURPOSE

This program is designed to delete all of the Plan records for one plan.

BENEFIT PLAN INFORMATION

---

MENU SELECTION

From CLAIMS PROCESSING MENU Choose # 5 BENEFIT PLAN INFORMATION

  From BENEFIT PLAN INFORMATION MENU Choose # 4 USER SPECIFIC FUNCTIONS

    From SUPERVISOR FUNCTIONS INFORMATION MENU Choose # 6 DELETE ALL
                                                    DATA FOR ONE PLAN

---

BENEFIT PLAN INFORMATION

DISPLAY

DELETE ALL REFERENCES TO PLAN IN PLAN FILE

ENTER PLAN TO BE DELETED  : 00071

ENTER CLASS (M),(D),(V),(P), OR (O) : M

DEFINITION OF TERMS

This function is accomplished by a batch program which is automatically submitted by the system once the two questions above have been answered.

PLAN TO BE DELETED        5 digits, zero fill              Required
                          right justified

Plan to be Deleted, the number used to identify the particular plan to be deleted.

CLASS                     1 character                     Required

Class, a single letter used to identify a specific area of health care. The following are the only acceptable Class codes:

D for Dental
M for Medical
O for Other
P for Pharmaceutical
V for Vision

CLAIMS HISTORY DISPLAY DETAIL

PURPOSE

The Claims History Display Detail has been provided as an aid in reviewing the Claims History of a Subscriber/Member. This screen is the most detailed of the inquiry screens. Most of the information that is on the actual claim screen is on the Detail screen also. The Detail screen gives the operator the opportunity to view several claims with relative ease. The Summary at the top of the screen is viewed first and, if it is necessary to view the Claim Detail, this option is available. A search for a claim may be done by Patient or Provider. An alphabetic look-up can be utilized when the Patient or Provider number is unknown. The search for claim history can be restricted to a range of dates.

A search of claims by provider will only show claims that have been thru a payment run. A search of claims by subscriber/member can be done on claims paid and claims waiting to be paid.

A log of the letters associated with a specific claims can also be displayed.

BENEFIT PLAN INFORMATION
_____

MENU SELECTION


From the **CLAIMS PROCESSING MAIN MENU** .. Choose # 5 BENEFIT PLAN INFORMATION

   From the **BENEFIT PLAN INFORMATION MENU** Choose # 5 CLAIMS
                                                       HISTORY



For a complete description of this function see Section 2.5.2 in the
SUBSCRIBER/MEMBER INFORMATION chapter of this manual

DISPLAY PATIENT RULES ACCUMULATIONS

PURPOSE

This screen displays total dollars accumulated for each member for deductible, maximum, stop loss and major medical rules.

The screen displays totals for this year, last year and the year before.

The claim program automatically accumulates these totals based on data input in the member record and in the benefit plan records established prior to claims entry.

Note: There is a special maintenance screen which allows an authorized operator to update the accumulation record manually where necessary.

BENEFIT   PLAN INFORMATION

---

MENU SELECTION

From CLAIMS PROCESSING MAIN MENU  Choose # 5 BENEFIT PLAN INFORMATION

From BENEFIT PLAN INFORMATION MENU Choose ....# 6 DISPLAY PATIENT
                                                RULES ACCUMULATIONS

The processing of this function and the associated display screens  are
described  in the SUBSCRIBER/MEMBER INFORMATION chapter of this manual.
See section 2.5.3 for more information.

## DISPLAY PATIENT PROCEDURE ACCUMULATIONS

### PURPOSE

This screen displays total units accumulated for each member on procedure and diagnosis treatment or service maximums.

The screen displays totals for this year, last year and the year before.

The claim program automatically accumulates these totals based on data input in the benefit plan records established prior to claims entry.

The three basic plan procedure and diagnosis accumulations are Year, Lifetime and Period.

BENEFIT PLAN INFORMATION

MENU SELECTION

From the **CLAIMS PROCESSING MAIN MENU** Choose # 4 BENEFIT PLAN INFORMATION

From the **BENEFIT PLAN INFORMATION MENU** Choose..... # 7 DISPLAY PATIENT
                                                PROCEDURE ACCUMULATIONS

The processing of this function and the associated display screens are
described in the SUBSCRIBER/MEMBER INFORMATION chapter of this  manual.
See section 2.5.4 for more information.