IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | C.A. No. 04-1258-SLR |

**THE TRIZETTO GROUP INC.'S MOTION TO STAY BRIEFING ON
MCKESSON'S MOTION FOR PRELIMINARY INJUNCTION**

        Defendant The TriZetto Group, Inc. ("TriZetto") hereby moves for a stay of briefing on McKesson's Motion for Preliminary Injunction (D.I. 386). The grounds for this motion are as follows:

        1.     On June 2, 2006, McKesson filed a Motion for Preliminary Injunction (D.I. 386). That motion was filed 13 years after the alleged infringement began and 21 months after McKesson filed this lawsuit. Nevertheless, McKesson insists that TriZetto respond to that motion immediately and will not agree to any extension.

        2.     McKesson's motion for preliminary injunction was filed just after the parties had filed their summary judgment motions on validity issues on June 1, 2006, in accordance with the Court's May 4, 2006 Order (D.I. 362, ¶ 2). The Court previously denied McKesson's motion for summary judgment with respect to TriZetto's inequitable conduct defense (D.I. 305), and denied McKesson's motion for summary judgment with respect to TriZetto's equitable estoppel and laches defenses, finding that there were genuine issues of

material fact in dispute (D.I. 303). The trial on the validity, inequitable conduct, equitable estoppel and laches issues is set for October 3, 2006 (D.I. 362, ¶ 5).

3. The Court has also indicated that it "will not entertain post-trial motions involving [the] infringement" issues that were tried in April until after the October trial. See D.I. 362, ¶ 1. As a result, TriZetto has no way to raise its JMOL and new trial motions on the infringement issues until after the October trial.

4. Given McKesson's 13-year delay in bringing this motion, that trial of the remaining issues has been set for October, and that the Court has already stayed post-trial motions on the infringement issues, this is not an appropriate time to address McKesson's motion for a preliminary injunction. See Biacore, AB v. Thermo Bioanalysis Corp., C.A. 97-274-SLR, 1998 WL 372242, at *2 ("[W]here, as here, the patent owner waited years before requesting preliminary relief, the accused infringer is capable of paying a damage award, and the case is scheduled for trial in a matter of months, irreparable harm has not been demonstrated.").

5. TriZetto respectfully requests that the Court stay briefing on McKesson's Motion for Preliminary Injunction.

6. In the alternative, given the summary judgment and trial preparation activities that are ongoing, if the Court does not stay briefing, at the very least, TriZetto requests a 30-day extension to respond to McKesson's motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
*Attorneys for Defendant The TriZetto Group, Inc.*

2

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

June 6, 2006

523177

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | C.A. No. 04-01258-SLR |

### [PROPOSED] ORDER

The Court, having considered defendant The TriZetto Group, Inc.'s ("TriZetto") Motion to Stay Briefing on McKesson's Motion for Preliminary Injunction (D.I. 386), and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this ___ day of _____, 2006, that TriZetto's motion is GRANTED, and that all briefing on McKesson's Motion for Preliminary Injunction is stayed pending further order of the Court.

_____
United States District Judge

## RULE 7.1.1 CERTIFICATE

I hereby certify that counsel for defendant has discussed the subject of the foregoing motion with counsel for plaintiff, and that the parties have not been able to reach agreement on the issues raised in the motion.

_____ (#3778)

June 6, 2006

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 6, 2006, I caused to be electronically filed The TriZetto Group, Inc.'s Motion To Stay Briefing On McKesson's Motion For Preliminary Injunction with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 6, 2006, upon the following in the manner indicated:

BY EMAIL & HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

BY EMAIL & FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

_____
Morris, Nichols, Arsht & Tunnell LLP
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
rsmith@mnat.com