# EXHIBIT 3
# (PART 2)

program 10 may be performed with databases other than the CPT-4 example given.

There has been described above a programmed computer system and a method of programming a computer system so that a knowledge base interpreter and a set of rules may facilitate the classification and authorization of payment to health care providers.  Since the invention resides in a programmed computer of the automatic programming category, the development of this HISTORY database 40 may lead to the development of new rules and a growth and refinement of the knowledge base interpreter 5.  While the foregoing invention has been described with reference to its preferred embodiments, variations and modifications will occur to those skilled in the art.  Such variations and modifications are intended to fall within the scope of the appended claims.

MCK 000102

What is claimed is:

1.   An expert computer system for processing medical claims comprising:

      means for receiving at least one medical claim inputted by a user;

      a predetermined database including a set of medical claims considered inappropriate to be received together with selected medical claims;

      means for interacting between said predetermined database and the means for receiving to determine if the at least one inputted medical claim includes inappropriate medical claims; and

      means for revising the at least one inputted medical claim not to include the inappropriate medical claims;

2.   A method for processing medical claims inputted into an expert computer system by a user, the expert computer system having a predetermined database including a set of medical claims considered inappropriate if inputted together with selected medical claims, said method comprising:

      receiving at least one medical claim inputted by the user;

**MCK 000103**

260 lm

-24-

*102*

interacting with the predetermined database to determine whether the received at least one medical claim includes inappropriate claims;

revising the at least one medical claim not to include the inappropriate medical claims.

MCK 000104

2601m

10/999

*APPENDIX A*
*EXAMPLE 1*

### Typical Session with CodeReview

Example of "E1/E2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            64450
            10120

Computer
Response:  1. 64450 injection for nerve block
            2. 10120 remove foreign body

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
            1. 10120 remove foreign body

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:  1. 64450 is excluded: because 64450 is inappropriate to use
                for local anesthesia.
            2. 10120 has been accepted with no change.

26

MCK 000105

*EXAMPLE 2*

## Typical Session with CodeReview
Example of "R2" Rule

**Computer**
**Prompt** : Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
        57250
        58260

**Computer**
**Response:** 1. 57250 repair vagina and rectum
        2. 58260 vaginal hysterectomy

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

**Computer**
**Response:** Assign the following code(s) for payment:
        1. 58265 vaginal hysterectomy and vaginal repair

        To know the reason for the change(s), press Return.
        Otherwise, press Escape.

**User enters** [presses one key]:
        Return

**Computer**
**Response:** 1. In combination, codes 57250 and 58260 justify
            replacement by code 58265.

27

MCK 000106

*EXAMPLE 3*

<u>Typical Session with CodeReview</u>
<u>Example of an "R1" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
52281
52283

<u>Computer</u>
<u>Response</u>:  1. 52281 cystoscopy & treat stricture
2. 52283 cystoscopy & inject stricture

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
1. 52283 cystoscopy & inject stricture
2. 51600 injection for bladder xray

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]</u>:
Return

<u>Computer</u>
<u>Response</u>:  1. 52283 has been accepted with no change.
2. 52281 is replaced by 51600, because all but the injection
for cystography is included in code 52283.

28

MCK 000107

*EXAMPLE 4*

## Typical Session with CodeReview
Example of "R3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
         93526
         93543
         93545

Computer
Response:  1. 93526 right and left heart catheterization
           2. 93543 injection for heart xrays
           3. 93545 injection for coronary xrays

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 93549 left & right heart catheterization & angiogram

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
         Return

Computer
Response:  1. In combination, codes 93526, 93543, and 93545 justify
              replacement by code 93549.

29

MCK 000108

*EXAMPLES*

– 10 –

### Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt   :   Please enter all CPT-4 procedure codes appearing on the claim,
             or, if a code is absent, look up the code(s) using the CPT-4
             procedure manual or another aid, and enter the code(s).

User enters:
             58980
             44000

Computer
Response:    1. 58980 laparoscopy of pelvis
             2. 44000 enterolysis

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

User enters [presses one key]:
             Return

Computer
Response:
        ??   1. 58980 laparoscopy of pelvis
        ??   2. 44000 enterolysis

             To know the reason for the question(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
             Return

Computer
Response:    It is likely that lysis of adhesions occurred as part of the
             laparoscopy, in which case replace both codes with 58985. If
             the two procedures were actually separate (unlikely), keep
             both codes.

3C

MCK 000109

EXAMPLE 6

Example of "QS/QB" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            35820
            33512

Computer
Response:  1. 35820 explore chest vessels for post-op hemorrhage
           2. 33512 coronary arteries bypass

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:
        ??  1. 35820 explore chest vessels for post-op hemorrhage
            2. 33512 coronary arteries bypass

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:  Before accepting code 35820:
           HAVE:  the operative report reviewed
           BY:    a registered nurse
           WHY:   to determine if the post-op bleeding occurred during
                  the same operative session (before leaving the
                  recovery room), in which case do not pay for 35820.

31

MCK 000110

*EXAMPLE 7*

-- 12 --

### Typical Session with CodeReview
Example of "Q1" Rule

Computer
Prompt : Please enter all CPT-4 procedure codes appearing on the claim,
          or, if a code is absent, look up the code(s) using the CPT-4
          procedure manual or another aid, and enter the code(s).

User enters:
          58942

Computer
Response: 1. 58942 removal of ovary(ies)

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
          Return

Computer
Response:
          ?? 1. 58942 removal of ovary(ies)

          To know the reason for the question(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response: Confirm a diagnosis of malignancy by looking at the claim,
          or by reviewing the pathology report. If there is no
          malignancy, consider 58940 as a replacement.

32

MCK 000111

*EXAMPLE 8*

~ 13 ~

## Typical Session with CodeReview

Example of "Q2" Rule

**Computer**
**Prompt :**  Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
     38300

**Computer**
**Response:**  1. 38300 drainage of lymph node abscess; simple

         If all codes are as you intended, press Return.
         If one or more codes were not intended, press Escape to
         re-start this session, and enter all intended code(s).

**User enters [presses one key]:**
     Return

**Computer**
**Response:**  Enter the type of anesthesia.
                     ANESTHESIA CHOICES:
         General
         Regional
         Spinal
         Local
         Anesthesia type other than those listed above
         Anesthesia type is not provided on the claim, or no evidence
            of anesthesia is provided on the claim

**User enters [after moving cursor to the correct line]:**
     Return

**Computer**
**Response:**  Enter the patient's age.
                     AGE CHOICES:
         Patient's age is 9 or younger
         Patient's age is 10 or older

**User enters [after moving cursor to the correct line]:**
     Return

PATH ONE: IF ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER:
**Computer**
**Response:**  Assign the following code(s) for payment:
         1. 38510 biopsy or excision, deep cervical node(s)

33

MCK 000112

14

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
      Return

<u>Computer
Response:</u>  1. 38300 is changed to 38510 because the use of general
       anesthesia demonstrates that this was more difficult
       than a standard, asterisked 38300 procedure; and the
       child's age implies that general anesthesia was
       necessary.

PATH TWO: IF <u>ANY OTHER COMBINATION</u> OF RESPONSES WAS MADE:
<u>Computer
Response:</u>  Assign the following code(s) for payment:
      1. 38300 drainage of lymph node abscess; simple

      To know the reason for the change(s), press Return.
      Otherwise, press Escape.

<u>User enters [presses one key]:</u>
      Return

<u>Computer
Response:</u>  1. 38300 has been accepted with no change.

34

MCK 000113

EXAMPLE  9

## Typical Session with CodeReview

Example of "Q3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
        38500

Computer
Response:  1. 38500 biopsy/removal, lymph node(s)

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:  Enter the appropriate code charge as it appears on the
        claim for procedure 38500:
                        CODE CHARGE CHOICES:
        Under $300
        $300 or more
        No charge is listed for code 38500

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF CHARGE IS $300 OR MORE:
Computer
Response:  Assign the following code(s) for payment:
        ??  1. 38500 biopsy/removal, lymph node(s)

        To know the reason for the question(s), press Return.
        Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  Before accepting code 38500:
        HAVE:  the office records reviewed
        BY:    a registered nurse
        WHY:   to determine the extent of the procedure, and the
               location in the body. Consider replacement with
               any of codes 38510-38525.

35

MCK 000114

- 16 -

PATH TWO: IF CHARGE IS <u>NOT MORE THAN $300</u>:

<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
1. 38500 biopsy/removal, lymph node(s)

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]</u>:
Return

<u>Computer</u>
<u>Response</u>:  1. 38500 has been accepted with no change.

36

MCK 000115

*EXAMPLE 10*
- 1 :

### Typical Session with CodeReview

Example of "Q4" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        46934

Computer
Response:  1. 46934 destruction of hemorrhoids, internal

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:  Please compare the charge on the claim for procedure 46934
           with the payment limit for procedure 46500 (injection into
           hemorrhoids):
                          CHARGE COMPARISON:
           1. Charge for 46934 is GREATER THAN payment limit for 46500
           2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
           3. No charge is listed on the claim for 46934

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF CHARGE IS <u>GREATER THAN</u> PAYMENT LIMIT FOR 46500:
Computer
Response:  Assign the following code(s) for payment:
        ??  1. 46934 destruction of hemorrhoids, internal

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  Allow no higher payment than the maximum allowable
           payment for code 46500.

PATH TWO: IF CHARGE IS <u>NOT GREATER THAN</u> PAYMENT LIMIT FOR 46500:
Computer
Response:  Assign the following code(s) for payment:
           1. 46934 destruction of hemorrhoids, internal

37

MCK 000116

- 18 -

    To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
        Return

<u>Computer</u>
<u>Response:</u>  1. 46934 has been accepted with no change.

38

MCK 000117

*EXAMPLE 11*
*- 1. -*

## Typical Session with CodeReview

Example of "Q5" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            93220

Computer
Response:   1. 93220 vectorcardiogram, with interpretation & report

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the place of service for 93220.
                            PLACE OF SERVICE CHOICES:
            Inpatient Hospital
            Outpatient Hosp./Emergency Dept./Surg. Center
            Office
            Place of service other than those listed above
            Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93222 vectorcardiogram, interpretation & report only

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 93220 is changed to 93222 because the hospital generally
                       provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93220 vectorcardiogram, with interpretation & report

39

MCK 000118

-- 20

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response</u>:  1. 93220 has been accepted with no change.

40

MCK 000119

*EXAMPLE 12*

- 21 -

## Typical Session with CodeReview

Example of "Q6" Rule

**Computer**
**Prompt** : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

**User enters:**
    92502
    90060

**Computer**
**Response:**  1. 92502 ear-nose-throat exam with general anesthesia
    2. 90060 visit, intermediate, established patient

    If all codes are as you intended, press Return.
    If one or more codes were not intended, press Escape to
    re-start this session, and enter all intended code(s).

**User enters** [presses one key]:
    Return

**Computer**
**Response:**  Enter the type of anesthesia listed on the claim.
                    ANESTHESIA CHOICES:
    General
    Regional
    Spinal
    Local
    Anesthesia type other than those listed above
    Anesthesia type is not provided on the claim, or no evidence
      of anesthesia is provided on the claim

**User enters** [after moving cursor to the correct line]:
    Return

PATH ONE: IF NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA
    IS LISTED:
**Computer**
**Response:**  Assign the following code(s) for payment:
    1. 90060 visit, intermediate, established patient

    To know the reason for the change(s), press Return.
    Otherwise, press Escape.

**User enters** [presses one key]:
    Return

*41*

MCK 000120

Computer
Response:    1. 90060 has been accepted with no change.
            2. 92502 is excluded: because there was no evidence that
               general anesthesia was used.

PATH TWO: IF ANY OTHER RESPONSE ABOUT ANESTHESIA WAS MADE:
Computer
Response:    Assign the following code(s) for payment:
            1. 92502 ear-nose-throat exam with general anesthesia
            2. 90060 visit, intermediate, established patient

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:    1. 90060 has been accepted with no change.
            2. 92502 has been accepted with no change.

42

MCK 000121

*EXAMPLE 13*

— 13 —

### Typical Session with CodeReview
Example of "Q7" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            54380

Computer
Response:   1. 54380 repair penis for epispadias

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the patient's age.
                        AGE CHOICES:
            Patient's age is 17 or younger
            Patient's age is 18 or older

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF THE AGE IS 18 OR OLDER:
Computer
Response:
            ??  1. 54380 repair penis for epispadias

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response: Before accepting code 54380:
          HAVE: the operative report reviewed
          BY:   a physician
          WHY:  What was really done, and was this really epispadias?
                In a non-pediatric patient, the procedure is usually
                for hypospadias.

43

MCK 000122

— 24 —

PATH TWO: IF THE AGE IS <u>17 OR YOUNGER</u>:
<u>Computer
Response</u>:

    1. 54380 repair penis for epispadias

    To know the reason for the question(s), press Return.
    Otherwise, press Escape.

<u>User enters</u> [presses one key]:
    Return

<u>Computer
Response</u>:  1. 54380 has been accepted with no change.

44

MCK 000123

*EXAMPLE 14*

· 25

### Typical Session with CodeReview

Example of "Q8" Rule

Computer
Prompt : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
64782

Computer
Response: 1. 64782 remove neuroma, hand or foot nerve

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response: Enter the provider's specialty as it appears on the claim:
PROVIDER SPECIALTY CHOICES:
Podiatrist, DPM, foot doctor, foot group
Specialty other than podiatrist/DPM/foot doctor/foot group
No provider specialty is listed on the claim

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF PROVIDER IS A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
1. 28080 remove Morton's neuroma, foot

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response: A neuroma excision performed by a podiatrist is
overwhelmingly likely to be a Morton's neurectomy, even if
not coded as such. Therefore, code 64782 has been replaced
by 28080.

PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
1. 64782 remove neuroma, hand or foot nerve

45

MCK 000124

- 2 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
                Return

<u>Computer</u>
<u>Response:</u>   1. 64782 has been accepted with no change.

46

MCK 000125

*Example 15*

- 27 -

## Typical Session with CodeReview

Example of "Q9" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           58605

Computer
Response:  1. 58605 division of fallopian tube (postpartum during
              same hospitalization)

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Assign the following code(s) for payment:
           1. 58600 division of fallopian tube

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Code 58600 is used if fallopian tube ligation/transection
           was the only procedure performed during an admission.

47

MCK 000126

*EXAMPLE 16*

## Typical Session with CodeReview

Example of "L1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           43830
           43840

Computer
Response:  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
       ??  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 43830 Limit payment of 43830 to $150, because it appears
              with 43840.
           2. 43840 has been accepted with no change.

*48*

MCK 000127

*EXAMPLE 17*
*- 5 -*

## Typical Session with CodeReview
### Example of "EP" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
          or, if a code is absent, look up the code(s) using the CPT-4
          procedure manual or another aid, and enter the code(s).

User enters:
          93005
          93010

Computer
Response:  1. 93005 electrocardiogram, tracing only
           2. 93010 electrocardiogram, interpretation & report only

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
          Return

Computer
Response:  Enter the place of service.
                      PLACE OF SERVICE CHOICES:
           Inpatient Hospital
           Outpatient Hosp./Emergency Dept./Surg. Center
           Office
           Place of service other than those listed above
           Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
          Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:  Assign the following code(s) for payment:
           1. 93010 electrocardiogram, interpretation & report only

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response:  1. 93005 is excluded: because the hospital generally
                 provides equipment and performs the service.
           2. 93010 has been accepted with no change.

*49*

MCK 000128

7

2. PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
<u>Computer
Response</u>:   Assign the following code(s) for payment:
         1. 93000 electrocardiogram, complete

         To know the reason for the change(s), press Return.
         Otherwise, press Escape.

<u>User enters</u> [presses one key]:
         Return

<u>Computer
Response</u>:   1. In combination, codes 93005 and 93010 justify
            replacement by code 93000.

5 0

MCK 000129



*EXAMPLE 18*

- 8 -

### Typical Session with CodeReview

Example of "EA" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           93503
           93501

Computer
Response:  1. 93503 right heart cath; Swan-Ganz catheter
           2. 93501 right heart catheterization; only

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the age of the patient.
                             AGE CHOICES:

           Age 20 or younger
           Age 21 or older

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 93503 has been accepted with no change.
           2. 93501 is excluded: because, in this age group, the two
              procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter
           2. 93501 right heart catheterization; only

51

MCK 000130

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
      Return

Computer
Response:  1. 93503 has been accepted with no change.
          2. 93501 has been accepted with no change.

52

MCK 000131

APPENDIX B

RULES DESCRIPTIONS

PART I.

Rules Applied to Multiple Codes: Contained in INTERACT.dbf

RULE          DESCRIPTION

Replace ACODE with DCODE

R1       If ACODE appears with another code in the range of
         (and including) BCODE to CCODE,
                  delete ACODE, keep BCODE to CCODE, and add
                  DCODE.

Replace ACODE, BCODE, CCODE, and DCODE (in ascending
order) with ECODE

R2       If ACODE appears with BCODE,
                  delete ACODE and BCODE and add CCODE.

R3       If ACODE appears with BCODE and CCODE,
                  delete ACODE, BCODE, and CCODE, and add
                  DCODE.

R4       If ACODE appears with BCODE, CCODE, and DCODE,
                  delete ACODE, BCODE, CCODE, and DCODE, and
                  add ECODE.

Exclude BCODE to CCODE (Keep ACODE)

E2       If ACODE appears with another code in the range of
         (and including) BCODE to CCODE,
                  exclude BCODE to CCODE, and keep ACODE.

Keep BCODE to CCODE (Exclude ACODE)

E1       If ACODE appears with another code in the range of
         (and including) BCODE to CCODE,
                  exclude ACODE, and keep BCODE to CCODE.

Limit ACODE payment

L1       If ACODE appears with another code in the range of
         (and including) BCODE to CCODE,
                  limit the payment of ACODE to DCODE.

EP       If ACODE appears with another code in the range of
         (and including) BCODE to CCODE, and in POS is ECODE,
                  then exclude ACODE and keep BCODE to CCODE.

53

MCK 000132

EA          If ACODE appears with BCODE and if AGE is between
            <u>CCODE to DCODE</u>,
                    then exclude ACODE and keep BCODE.
            <u>Query for More Info because of Multiple Codes</u>

QM          If ACODE appears with another code in the range of
            <u>BCODE to DCODE</u>, there is a question about this
            combination of codes.

QS          If ACODE appears with another code in the range of
            <u>BCODE to CCODE</u>, then there is a question about ACODE.

QB          If ACODE appears with another code in the range of
            <u>BCODE to CCODE</u>, then there is a question about the
            code in the BCODE to CCODE range.

            IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.


PART II.

<u>Rules applied to each code individually</u>: Contained in
BYITSELF.dbf

**RULE**                    **DESCRIPTION**

Q1          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the claim,
                    then <u>always</u> request more information ("by
                    report") as specified in MESSAGE.

Q2          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and more than
            one of the following fields have entries that match
            the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
            to ENDAGE, DX,
                    then request more information as specified in
                    MESSAGE.

Q3          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the charge
            on the claim is greater than DOLLALIM,
                    then request more information as specified in
                    MESSAGE.

Q4          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the charge
            on the claim is greater than the fee screen for
            CODELIM,

54

MCK 000133

then request more information as specified in
MESSAGE.

Q5          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the place
            of service is POS,
                    then request more information as specified in
                    MESSAGE.
            In addition, if CODELIM = 0 and the place of service
            is POS,
                    replace the code in question with CODELIM and
                    the reason is flagged by MESSAGETYPE.

Q6          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and there is no
            evidence of anesthetic as specified in ANESTHESIA,
                    then request more information as specified in
                    MESSAGE.

Q7          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the
            patient's age is between BEGAGE and ENDAGE,
                    then request more information as specified in
                    MESSAGE.

Q8          If CODE survives rules applied to multiple codes or
            CODE is only one submitted on the form and the
            diagnosis is DX,
                    then request more information as specified in
                    MESSAGE.
            In addition, if CODELIM = 0 and the DX, or ICD9CODE
            (or provider) is true,
                    then replace the code in question with
                    CODELIM, and the reason is flagged by
                    MESSAGETYPE.

Q9          If CODE survives the rules applied to multiple codes
            or CODE is only one submitted on the form,
                    then replace ACODE with CODELIM, and the
                    reason is flagged by MESSAGETYPE.

55

MCK 000134

# APPENDIX C

ALLCODE:
   Allcode is the file which contains every code, as well as information which pertains to certain codes code.

   CODE = presented code (all codes represented)

   TITLE4 = description of code from CPT-4 tape

   RVU = rvu of code (relative value unit)

   AST = indicate if a global procedure (all inclusive)

SUPERSED:

   CODE = presented code which is to be superseded

   SUPERCODE = the code(s) which supersedes "CODE"

INTERACT:

| | |
|---|---|
| ACODE = contains CPT-4 codes | all rules |
| RULE = E1, E2, R1-RN, QM, QS, QB, L1 | |
| BCODE, CODE = contains CPT-4 codes | all rules |
| DCODE = cpt4 code | R1, R3 + |
| DCODE = dollar amount | L1 |
| ECODE = cpt4 code | R4 ... |
| ECODE = messagetype | all rules except R4 and above |
| ENTRYDATE = holds date rule was entered | |
| INTERVIEW = holds date rule was developed | |

56

MCK 000135

BYITSELF:

CODE = code which presents a problem when presented
either by itself or with other codes

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

RULE = Q1, Q2,...,Q9

SINGLE = currently indicates, if true, that the code
needs to be either the sole surviving code, or
the only code on the claim, in order for the
rule (in RULE) to be fired.  This field is
currently under revision to become broader in
scope, ie if the coe is the only surviving
code do rule A, or if the code is with other
codes, do rule B.

MESAGETYPE = internally assigned 'code' which will
match a type in MESSAGE.dbf, which
contains English language messages for the
CodeReview user.

DOLLARLIM = $ limit which if exceeded leads user to
more information, else accept code              Q3

POS = place of service                                          Q5

ANESTHESIA = contains a type of anethesia (general)  Q6

BEGAGE = start of an age range inappropriate for the
procedure                                              Q7

ENDAGE = end of the age range inappropriate for the
prcedure                                               Q7

DX = diagnosis(es) inappropriate for the procedure   Q8

ICD9CODE = ICD-9-CM diagnosis code inappropriate for
the procedure                                          Q8

CODELIM = code which the charge for CODE will be
compared to (greater than, less than)       Q4

CODELIM = code which will replace code if

1) if the POS is inappropriate                 Q5

2) if the DX or ICD9CODE is inappropriate   Q8

3) in all circumstances for Q9               Q9

57

MCK 000136

MESSAGE:

TYPE = assign code name for message

ORIGIN = indicates multiple, single or both

OP = ask for op report?

PATH = ask for pathology report?

OFF = ask for office records?

HOS = ask for hospital progress notes?

OTHER = ask for another claim?

REVIEWER = is the type of reviewer the asked-for
information should be sent to and reviewed
by (ie nurse, supervisor, physician etc)

TOLOOKFOR = specified items that the reviewer should
look for upon receiving the asked-for
information

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

58

MCK 000137

APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORM  = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear


*  SELECT 3                      && opened and closed in entry.prg
-* USE SUPERSED INDEX SUPERSED
*  SELECT 4                      && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF   && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE     && rules.prg
** select 10                     && recomm.prg
** use  new
*  memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
-Modify Code    Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline3
'F1-Help                        '+ enter + 'Recommendations              Esc-Exit '
```

59

MCK 000138

```
                                    Enter                    provided
helpline9 = ;
                        <Ent. -claim number in space prov. ed>
header2=company + space(1.)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
 - Make Selection                        Esc-Return'
helpline6 = ;
 - Make Selection              Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add    # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations      N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                    N - New Session                       Q - Quit'
endif
helpline2 = ;
          CodeReview is processing input codes ... please stand by
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 198
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
                        ESC - Exit Help

choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
            return
        endif
    endif
    if one_date .or. .not. get_date
        select process
        temp_date=code_date
        if code_count > 1
            DO MULTIPLE.prg          && exclude, replacement, QM rules
        endif
        DO RULES.PRG
    else
        select process
        go top
        temp_date=code_date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        count to code count
```

60

MCK 000139

```
            eof(.)
   go top
   do while .not. eof.) .and. code_date=temp_date
      if code_count > 1
         DO MULTIPLE.prg          && exclude, replacement, QM rules
      endif
      DO RULES.PRG
      select process
      set filter to code_date=temp_date
      go bott
      set filter to
      skip
      if eof()
         exit
      endif
      temp_date=code_date
      set filter to endstatus $ 'AP' .and. code_date=temp_date
      go top
      count to code_count
      go top
   enddo
   endif
   do recomm
   if clipper
      loop
   else
      if choice = 'N'
         loop
      endif
   endif
   exit
enddo
CLOSE DATABASES
```

MCK 000140

```
* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  /  ')
IF CLIPPER
     do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store ' ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  /  ')
get_date = .t.
set date american


@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = .t.
```

62.

MCK 000141

```
SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
      store .f. to upkey,dnkey
      @ row,s_col say str(counter,2) + '.'
      DO GETCODE
      SELECT PROCESS
      if clipper
            if upkey
                  row = row - 1
                  counter = counter - 1
                  skip -1
                  loop
            endif
      endif
      if .not. done .and. counter < 8
            counter = counter + 1
            save_rec = recno()
            go bott
            if recno() = save_rec
                  append blank
                  replace begstatus with 'P',endstatus with 'P', session_no ;
                        with session
            else
                  go save_rec
                  skip
            endif
      endif
      row = counter + 5
enddo
do while .t.
      if clipper
            exit
      endif
      SELECT PROCESS
      choice = 'P'
      SET CONFIRM OFF
      @ 23,10 get choice picture '!'
      read
      SET CONFIRM ON
      if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                    .and. val(choice) <= counter))
            ?? chr(7)
            loop
      else
            mod_rec = val(choice)
            do case
                  case choice = 'A' .or. val(choice) = counter
                        IF COUNTER < 8
                              done = .f.
                              SELECT PROCESS
                              append blank
                              replace begstatus with 'P',endstatus with 'P'
                              row = counter + 5
                              @ row,s_col say str(counter,2) + '.'
                              do getcode
                              if .not. done            && code was added
                                    counter = counter + 1 && increment for next time around
                              endif
                        ENDIF

                  case mod_rec > 0 .and. mod_rec < 10
                        go mod_rec
                        row = mod_rec + 5
```

MCK 000142

```
                          get code
                    do getcode

            case choice = 'P'
                exit

                case choice = 'RQ'
                    exit

                case choice = 'H'
                    do help
            endcase
        if choice $ 'RQ'
            return
        endif
        choice = 'P'
        endif
    enddo
    if .not. esc
        helpline = helpline2
        @ 23,1 get helpline
        clear gets
        select process
        go bott
        if code = 0
            delete
            pack
        endif
**      count to code_count
        set safety off
        select process
        set filter to endstatus = 'S'
        go top
        do while .not. eof()
            xreplace = replacedby
            sup_date=code_date
            append blank
            replace session_no with session,outcome with choice,code with;
                xreplace,begstatus with 'S',code_date with sup_date, ;
                    endstatus with 'A'
            skip
        enddo
        set filter to
        set date ansi
        index on dtoc(code_date) + str(code,5) to process
        set filter to endstatus $ 'AP'
        count to code_count
        go top
        do while .not. eof()
            tem_date=code_date
            skip
            if code_date <> tem_date
                one_date = .f.
                exit
            endif
        enddo
        select 2
        use process index process
        select 3
        use
    endif
    IF CLIPPER
        do setkey with .f.
    endif

    return
```

64

MCK 000143

```
* PROCS.PRG

PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
            xcode = space(5)
        else
            xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
            return
        ENDIF
        if xcode = space(5)
            @ row,s_col say space(11)
            if upkey
                exit
            endif
            done = .t.
            if counter = 1 .and. clipper
                choice = 'Q'
            else
                choice = 'P'
            endif
            RETURN
        endif
        IF CLIPPER .and. help_on
            LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
                select process
                replace endstatus with 'S',replacedby with ;
                        supersed->supercode
            else
                SELECT PROCESS
                if begstatus = 'P' .and. endstatus $ 'IS'
                replace endstatus with 'P',replacedby with 0
                endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
        else
            if tries = 1
                ?? chr(7)
                mess = 'INVALID CODE !!'
                @ row,d_col say substr(mess + space(18),1,28)
                tries = 2
                loop
            else
                @ row,e_col say PROCESS->code picture '99999'
                @ row,d_col say 'Invalid code will be ignored'
                SELECT PROCESS            65
```

MCK 000144

*replace*

```
                    re  :oc endstatus with 'I'
            endif
        endif
    SELECT PROCESS
    if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
        @ row,c_col get xcode_date
        help_field = 2
        read
        if esc
            return
        endif
        if year(xcode_date) = 0 .and. counter = 1
            get_date = .f.
            @ row,c_col say space(8)
            @ 3,c_col say space(5)
            @ 4,c_col say space(5)
        else
            @ row,c_col say dtoc(xcode_date)
        endif
        replace code_date with xcode_date
    endif
    if counter = 1
        @ row,m_col-1 say '$'
**************    CHECK FOR DUPES
        else
            save_recno = recno()
            ycode_date = code_date
            go top
            locate for code=val(xcode) .and. recno()< save_recno ;
                    .and. code_date = ycode_date && .and. endstatus <> 'L'
            if .not. eof()
                go save_recno
                replace endstatus with 'L'
            else
                go save_recno
            endif
        endif
    if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                    .and. .not. done
        @ row,m_col get claim_amt picture '99999'
        help_field = 3
        read
        if esc
            return
        endif
        @ row,m_col say claim_amt picture '99999'
    endif
    if counter = 1
        if claim_amt = 0
            get_charge = .f.
            @ row,m_col - 2 say space(8)
            @ 3,m_col-1 say space(7)
            @ 4,m_col-1 say space(7)
        endif
    endif
    exit
    enddo
RETURN

PROCEDURE HELP

*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
```

*66*

MCK 000145