# EXHIBIT 3
# (PART 2)

program 10 may be performed with databases other than the CPT-4 example given.

There has been described above a programmed computer system and a method of programming a computer system so that a knowledge base interpreter and a set of rules may facilitate the classification and authorization of payment to health care providers. Since the invention resides in a programmed computer of the automatic programming category, the development of this HISTORY database 40 may lead to the development of new rules and a growth and refinement of the knowledge base interpreter 5. While the foregoing invention has been described with reference to its preferred embodiments, variations and modifications will occur to those skilled in the art. Such variations and modifications are intended to fall within the scope of the appended claims.

MCK 000102

What is claimed is:

1. An expert computer system for processing medical claims comprising:

means for receiving at least one medical claim inputted by a user;

a predetermined database including a set of medical claims considered inappropriate to be received together with selected medical claims;

means for interacting between said predetermined database and the means for receiving to determine if the at least one inputted medical claim includes inappropriate medical claims; and

means for revising the at least one inputted medical claim not to include the inappropriate medical claims;

2. A method for processing medical claims inputted into an expert computer system by a user, the expert computer system having a predetermined database including a set of medical claims considered inappropriate if inputted together with selected medical claims, said method comprising:

receiving at least one medical claim inputted by the user;

**MCK 000103**

2 6 0 lm

-24-

*102*

interacting with the predetermined database to
determine whether the received at least one medical claim
includes inappropriate claims;

revising the at least one medical claim not to
include the inappropriate medical claims.

260 im

MCK 000104

*10/999*

*APPENDIX A*
*EXAMPLE 1*

## Typical Session with CodeReview

Example of "E1/E2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
            64450
            10120

Computer
Response:  1. 64450 injection for nerve block
           2. 10120 remove foreign body

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 10120 remove foreign body

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:  1. 64450 is excluded: because 64450 is inappropriate to use
                 for local anesthesia.
           2. 10120 has been accepted with no change.

*26*

MCK 000105

*EXAMPLE 2*

## Typical Session with CodeReview
Example of "R2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           57250
           58260

Computer
Response:  1. 57250 repair vagina and rectum
           2. 58260 vaginal hysterectomy

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 58265 vaginal hysterectomy and vaginal repair

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. In combination, codes 57250 and 58260 justify
              replacement by code 58265.

27

MCK 000106

*EXAMPLE 3*

<u>Typical Session with CodeReview</u>
<u>Example of an "Rl" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
            52281
            52283

<u>Computer</u>
<u>Response</u>:  1. 52281 cystoscopy & treat stricture
            2. 52283 cystoscopy & inject stricture

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 52283 cystoscopy & inject stricture
            2. 51600 injection for bladder xray

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  1. 52283 has been accepted with no change.
            2. 52281 is replaced by 51600, because all but the injection
               for cystography is included in code 52283.

28

MCK 000107

*EXAMPLE 4*

## Typical Session with CodeReview

Example of "R3" Rule

Computer
Prompt : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
    93526
    93543
    93545

Computer
Response: 1. 93526 right and left heart catheterization
         2. 93543 injection for heart xrays
         3. 93545 injection for coronary xrays

         If all codes are as you intended, press Return.
         If one or more codes were not intended, press Escape to
         re-start this session, and enter all intended code(s).

Computer
Response: Assign the following code(s) for payment:
         1. 93549 left & right heart catheterization & angiogram

         To know the reason for the change(s), press Return.
         Otherwise, press Escape.

User enters [presses one key]:
         Return

Computer
Response: 1. In combination, codes 93526, 93543, and 93545 justify
            replacement by code 93549.

29

MCK 000108

*EXAMPLES*

– 10 –

### Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
      58980
      44000

Computer
Response:  1. 58980 laparoscopy of pelvis
           2. 44000 enterolysis

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
      Return

Computer
Response:
    ??  1. 58980 laparoscopy of pelvis
    ??  2. 44000 enterolysis

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
      Return

Computer
Response:  It is likely that lysis of adhesions occurred as part of the
           laparoscopy, in which case replace both codes with 58985. If
           the two procedures were actually separate (unlikely), keep
           both codes.

MCK 000109

*EXAMPLE 6*

Example of "QS/QB" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           35820
           33512

Computer
Response:  1. 35820 explore chest vessels for post-op hemorrhage
           2. 33512 coronary arteries bypass

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:
           ??  1. 35820 explore chest vessels for post-op hemorrhage
               2. 33512 coronary arteries bypass

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 35820:
           HAVE:  the operative report reviewed
           BY:    a registered nurse
           WHY:   to determine if the post-op bleeding occurred during
                  the same operative session (before leaving the
                  recovery room), in which case do not pay for 35820.

31

MCK 000110

*EXAMPLE 7*

— 12 —

### Typical Session with CodeReview

Example of "Q1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
58942

Computer
Response:  1. 58942 removal of ovary(ies)

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response:
??  1. 58942 removal of ovary(ies)

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response:  Confirm a diagnosis of malignancy by looking at the claim,
or by reviewing the pathology report. If there is no
malignancy, consider 58940 as a replacement.

32

MCK 000111

*EXAMPLE 8*

~ 13 ~

## Typical Session with CodeReview

Example of "Q2" Rule

**Computer Prompt :** Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
38300

**Computer Response:** 1. 38300 drainage of lymph node abscess; simple

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

**User enters [presses one key]:**
Return

**Computer Response:** Enter the type of anesthesia.
ANESTHESIA CHOICES:
General
Regional
Spinal
Local
Anesthesia type other than those listed above
Anesthesia type is not provided on the claim, or no evidence of anesthesia is provided on the claim

**User enters [after moving cursor to the correct line]:**
Return

**Computer Response:** Enter the patient's age.
AGE CHOICES:
Patient's age is 9 or younger
Patient's age is 10 or older

**User enters [after moving cursor to the correct line]:**
Return

**PATH ONE:** IF ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER:
**Computer Response:** Assign the following code(s) for payment:
1. 38510 biopsy or excision, deep cervical node(s)

33

MCK 000112

14

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
          Return

<u>Computer
Response:</u>    1. 38300 is changed to 38510 because the use of general
                   anesthesia demonstrates that this was more difficult
                   than a standard, asterisked 38300 procedure; and the
                   child's age implies that general anesthesia was
                   necessary.

PATH TWO: IF <u>ANY OTHER COMBINATION</u> OF RESPONSES WAS MADE:
<u>Computer
Response:</u>    Assign the following code(s) for payment:
                 1. 38300 drainage of lymph node abscess; simple

                 To know the reason for the change(s), press Return.
                 Otherwise, press Escape.

<u>User enters [presses one key]:</u>
          Return

<u>Computer
Response:</u>    1. 38300 has been accepted with no change.

34

MCK 000113

EXAMPLE G

### Typical Session with CodeReview

Example of "Q3" Rule

**Computer**
**Prompt** : Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
38500

**Computer**
**Response:** 1. 38500 biopsy/removal, lymph node(s)

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

**User enters** [presses one key]:
Return

**Computer**
**Response:** Enter the appropriate code charge as it appears on the claim for procedure 38500:
            CODE CHARGE CHOICES:
Under $300
$300 or more
No charge is listed for code 38500

**User enters** [after moving cursor to the correct line]:
Return

PATH ONE: IF CHARGE IS $300 OR MORE:
**Computer**
**Response:** Assign the following code(s) for payment:
    ?? 1. 38500 biopsy/removal, lymph node(s)

To know the reason for the question(s), press Return.
Otherwise, press Escape.

**User enters** [presses one key]:
Return

**Computer**
**Response:** Before accepting code 38500:
HAVE: the office records reviewed
BY:   a registered nurse
WHY:  to determine the extent of the procedure, and the location in the body. Consider replacement with any of codes 38510-38525.

35

MCK 000114

- 16 -

PATH TWO: IF CHARGE IS <u>NOT MORE THAN $300</u>:

<u>Computer</u>
<u>Response</u>:    Assign the following code(s) for payment:
            1. 38500 biopsy/removal, lymph node(s)

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:    1. 38500 has been accepted with no change.

36

MCK 000115

*EXAMPLE 10*

*- 1 -*

### Typical Session with CodeReview

Example of "Q4" Rule

Computer
Prompt    :    Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
46934

Computer
Response:    1. 46934 destruction of hemorrhoids, internal

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response:    Please compare the charge on the claim for procedure 46934
with the payment limit for procedure 46500 (injection into
hemorrhoids):
CHARGE COMPARISON:
1. Charge for 46934 is GREATER THAN payment limit for 46500
2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
3. No charge is listed on the claim for 46934

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF CHARGE IS GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:    Assign the following code(s) for payment:
??    1. 46934 destruction of hemorrhoids, internal

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response:    Allow no higher payment than the maximum allowable
payment for code 46500.

PATH TWO: IF CHARGE IS NOT GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:    Assign the following code(s) for payment:
1. 46934 destruction of hemorrhoids, internal

*37*

MCK 000116

- 18 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
      Return

<u>Computer
Response:</u>  1. 46934 has been accepted with no change.

38

MCK 000117

*XAMPLE  11*
*- 1. -*

## Typical Session with CodeReview

Example of "Q5" Rule

**Computer Prompt** : Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

**User enters:**
93220

**Computer Response:** 1. 93220 vectorcardiogram, with interpretation & report

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

**User enters** [presses one key]:
Return

**Computer Response:** Enter the place of service for 93220.
               PLACE OF SERVICE CHOICES:
          Inpatient Hospital
          Outpatient Hosp./Emergency Dept./Surg. Center
          Office
          Place of service other than those listed above
          Place of service is not provided on the claim

**User enters** [after moving cursor to the correct line]:
Return

PATH ONE: IF PLACE OF SERVICE IS <u>INPATIENT</u>:
**Computer Response:** Assign the following code(s) for payment:
          1. 93222 vectorcardiogram, interpretation & report only

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

**User enters** [presses one key]:
Return

**Computer Response:** 1. 93220 is changed to 93222 because the hospital generally
               provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
**Computer Response:** Assign the following code(s) for payment:
          1. 93220 vectorcardiogram, with interpretation & report

39

MCK 000118

-- 20

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
     Return

<u>Computer
Response</u>:  1. 93220 has been accepted with no change.

40

MCK 000119

*EXAMPLE 12*

- 21 -

## Typical Session with CodeReview

Example of "Q6" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            92502
            90060

Computer
Response:   1. 92502 ear-nose-throat exam with general anesthesia
            2. 90060 visit, intermediate, established patient

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the type of anesthesia listed on the claim.
                        ANESTHESIA CHOICES:

            General
            Regional
            Spinal
            Local
            Anesthesia type other than those listed above
            Anesthesia type is not provided on the claim, or no evidence
              of anesthesia is provided on the claim

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA
          IS LISTED:
Computer
Response:   Assign the following code(s) for payment:
            1. 90060 visit, intermediate, established patient

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

41

MCK 000120

Computer
Response:    1. 90060 has been accepted with no change.
             2. 92502 is excluded: because there was no evidence that
                general anesthesia was used.

PATH TWO: IF <u>ANY OTHER RESPONSE</u> ABOUT ANESTHESIA WAS MADE:
Computer
Response:    Assign the following code(s) for payment:
             1. 92502 ear-nose-throat exam with general anesthesia
             2. 90060 visit, intermediate, established patient

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
             Return

Computer
Response:    1. 90060 has been accepted with no change.
             2. 92502 has been accepted with no change.

42

MCK 000121

*EXAMPLE 13*
— ˙5 —

### Typical Session with CodeReview
Example of "Q7" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            54380

Computer
Response:   1. 54380 repair penis for epispadias

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Enter the patient's age.
                              AGE CHOICES:
            Patient's age is 17 or younger
            Patient's age is 18 or older

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF THE AGE IS 18 OR OLDER:
Computer
Response:
            ??  1. 54380 repair penis for epispadias

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:  Before accepting code 54380:
           HAVE: the operative report reviewed
           BY:   a physician
           WHY:  What was really done, and was this really epispadias?
                 In a non-pediatric patient, the procedure is usually
                 for hypospadias.

*43*

MCK 000122

PATH TWO: IF THE AGE IS 17 OR YOUNGER:
Computer
Response:
    1. 54380 repair penis for epispadias

    To know the reason for the question(s), press Return.
    Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:   1. 54380 has been accepted with no change.

44

MCK 000123

*EXAMPLE 14*

## Typical Session with CodeReview

Example of "Q8" Rule

Computer
Prompt    : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
    64782

Computer
Response: 1. 64782 remove neuroma, hand or foot nerve

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the provider's specialty as it appears on the claim:
                PROVIDER SPECIALTY CHOICES:
        Podiatrist, DPM, foot doctor, foot group
        Specialty other than podiatrist/DPM/foot doctor/foot group
        No provider specialty is listed on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PROVIDER IS A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
        1. 28080 remove Morton's neuroma, foot

        To know the reason for the change(s), press Return.
        Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response: A neuroma excision performed by a podiatrist is
        overwhelmingly likely to be a Morton's neurectomy, even if
        not coded as such. Therefore, code 64782 has been replaced
        by 28080.

PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
        1. 64782 remove neuroma, hand or foot nerve

45

MCK 000124

- 2 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
      Return

<u>Computer</u>
<u>Response</u>:  1. 64782 has been accepted with no change.

46

MCK 000125

*EXAMPLE 15*

- 27 -

## Typical Session with CodeReview

Example of "Q9" Rule

Computer
Prompt :    Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            58605

Computer
Response:   1. 58605 division of fallopian tube (postpartum during
               same hospitalization)

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Assign the following code(s) for payment:
            1. 58600 division of fallopian tube

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   Code 58600 is used if fallopian tube ligation/transection
            was the only procedure performed during an admission.

47

MCK 000126

*EXAMPLE 16*

## Typical Session with CodeReview

Example of "Ll" Rule

**Computer**
**Prompt :** Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

**User enters:**
43830
43840

**Computer**
**Response:** 1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

**Computer**
**Response:** Assign the following code(s) for payment:
**??** 1. 43830 surgical opening of stomach
2. 43840 repair of stomach lesion

To know the reason for the question(s), press Return.
Otherwise, press Escape.

**User enters [presses one key]:**
Return

**Computer**
**Response:** 1. 43830 Limit payment of 43830 to $150, because it appears
with 43840.
2. 43840 has been accepted with no change.

*48*

MCK 000127

*EXAMPLE 17*
- 5 -

## Typical Session with CodeReview

Example of "EP" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
        93005
        93010

Computer
Response:   1. 93005 electrocardiogram, tracing only
            2. 93010 electrocardiogram, interpretation & report only

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:   Enter the place of service.
                    PLACE OF SERVICE CHOICES:
            Inpatient Hospital
            Outpatient Hosp./Emergency Dept./Surg. Center
            Office
            Place of service other than those listed above
            Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93010 electrocardiogram, interpretation & report only

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 93005 is excluded: because the hospital generally
               provides equipment and performs the service.
            2. 93010 has been accepted with no change.

49

MCK 000128

7

2. PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
<u>Computer
Response</u>:    Assign the following code(s) for payment:
       1. 93000 electrocardiogram, complete

       To know the reason for the change(s), press Return.
       Otherwise, press Escape.

<u>User enters</u> [presses one key]:
       Return

<u>Computer
Response</u>:    1. In combination, codes 93005 and 93010 justify
          replacement by code 93000.

5 0

MCK 000129



- 8 -

### Typical Session with CodeReview

Example of "EA" Rule

Computer
Prompt : Please enter all CPT-4 procedure codes appearing on the claim,
         or, if a code is absent, look up the code(s) using the CPT-4
         procedure manual or another aid, and enter the code(s).

User enters:
        93503
        93501

Computer
Response: 1. 93503 right heart cath; Swan-Ganz catheter
          2. 93501 right heart catheterization; only

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the age of the patient.
                        AGE CHOICES:

          Age 20 or younger
          Age 21 or older

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer
Response: Assign the following code(s) for payment:
          1. 93503 right heart cath; Swan-Ganz catheter

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response: 1. 93503 has been accepted with no change.
          2. 93501 is excluded: because, in this age group, the two
             procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer
Response: Assign the following code(s) for payment:
          1. 93503 right heart cath; Swan-Ganz catheter
          2. 93501 right heart catheterization; only

51

MCK 000130

```
        To know the reason for the change(s), press Return.
        Otherwise, press Escape.
```

User enters [presses one key]:
```
        Return
```

Computer
Response:  1. 93503 has been accepted with no change.
           2. 93501 has been accepted with no change.

52

MCK 000131

APPENDIX B

RULES DESCRIPTIONS

PART I.

Rules Applied to Multiple Codes: Contained in INTERACT.dbf

RULE          DESCRIPTION

Replace ACODE with DCODE

R1        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                  delete ACODE, keep BCODE to CCODE, and add
                  DCODE.

Replace ACODE, BCODE, CCODE, and DCODE (in ascending order) with ECODE

R2        If ACODE appears with BCODE,
                  delete ACODE and BCODE and add CCODE.

R3        If ACODE appears with BCODE and CCODE,
                  delete ACODE, BCODE, and CCODE, and add
                  DCODE.

R4        If ACODE appears with BCODE, CCODE, and DCODE,
                  delete ACODE, BCODE, CCODE, and DCODE, and
                  add ECODE.

Exclude BCODE to CCODE (Keep ACODE)

E2        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                  exclude BCODE to CCODE, and keep ACODE.

Keep BCODE to CCODE (Exclude ACODE)

E1        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                  exclude ACODE, and keep BCODE to CCODE.

Limit ACODE payment

L1        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE,
                  limit the payment of ACODE to DCODE.

EP        If ACODE appears with another code in the range of
          (and including) BCODE to CCODE, and in POS is ECODE,
                  then exclude ACODE and keep BCODE to CCODE.

53

MCK 000132

EA         If ACODE appears with BCODE and if AGE is between
<u>CCODE to DCODE</u>,
               then exclude ACODE and keep BCODE.
<u>Query for More Info because of Multiple Codes</u>

QM         If ACODE appears with another code in the range of
<u>BCODE to DCODE</u>, there is a question about this
combination of codes.

QS         If ACODE appears with another code in the range of
<u>BCODE to CCODE</u>, then there is a question about ACODE.

QB         If ACODE appears with another code in the range of
<u>BCODE to CCODE</u>, then there is a question about the
code in the BCODE to CCODE range.

        IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.


PART II.

<u>Rules applied to each code individually</u>: Contained in
BYITSELF.dbf

RULE               DESCRIPTION

Q1         If CODE survives rules applied to multiple codes or
CODE is only one submitted on the claim,
               then <u>always</u> request more information ("by
report") as specified in MESSAGE.

Q2         If CODE survives rules applied to multiple codes or
CODE is only one submitted on the form and more than
one of the following fields have entries that match
the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
to ENDAGE, DX,
               then request more information as specified in
MESSAGE.

Q3         If CODE survives rules applied to multiple codes or
CODE is only one submitted on the form and the charge
on the claim is greater than DOLLALIM,
               then request more information as specified in
MESSAGE.

Q4         If CODE survives rules applied to multiple codes or
CODE is only one submitted on the form and the charge
on the claim is greater than the fee screen for
CODELIM,

54

MCK 000133

     then request more information as specified in
     MESSAGE.

Q5   If CODE survives rules applied to multiple codes or
    CODE is only one submitted on the form and the place
    of service is POS,
     then request more information as specified in
     MESSAGE.
    In addition, if CODELIM = 0 and the place of service
    is POS,
     replace the code in question with CODELIM and
     the reason is flagged by MESSAGETYPE.

Q6   If CODE survives rules applied to multiple codes or
    CODE is only one submitted on the form and there is no
    evidence of anesthetic as specified in ANESTHESIA,
     then request more information as specified in
     MESSAGE.

Q7   If CODE survives rules applied to multiple codes or
    CODE is only one submitted on the form and the
    patient's age is between BEGAGE and ENDAGE,
     then request more information as specified in
     MESSAGE.

Q8   If CODE survives rules applied to multiple codes or
    CODE is only one submitted on the form and the
    diagnosis is DX,
     then request more information as specified in
     MESSAGE.
    In addition, if CODELIM = 0 and the DX, or ICD9CODE
    (or provider) is true,
     then replace the code in question with
     CODELIM, and the reason is flagged by
     MESSAGETYPE.

Q9   If CODE survives the rules applied to multiple codes
    or CODE is only one submitted on the form,
     then replace ACODE with CODELIM, and the
     reason is flagged by MESSAGETYPE.

55

MCK 000134

# APPENDIX C

ALLCODE:
    Allcode is the file which contains every code, as well as information which pertains to certain codes code.

        CODE = presented code (all codes represented)

        TITLE4 = description of code from CPT-4 tape

        RVU = rvu of code (relative value unit)

        AST = indicate if a global procedure (all inclusive)


SUPERSED:
        CODE = presented code which is to be superseded

        SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:
        ACODE = contains CPT-4 codes                    all rules

        RULE = E1, E2, R1-RN, QM, QS, QB, L1

        BCODE, CODE = contains CPT-4 codes              all rules

        DCODE = cpt4 code                               R1, R3 +

        DCODE = dollar amount                          L1

        ECODE = cpt4 code                              R4 ...

        ECODE = messagetype                            all rules
                                                       except R4
                                                       and above

        ENTRYDATE = holds date rule was entered

        INTERVIEW = holds date rule was developed


56

MCK 000135

BYITSELF:

CODE = code which presents a problem when presented
       either by itself or with other codes

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

RULE = Q1, Q2,...,Q9

SINGLE = currently indicates, if true, that the code
         needs to be either the sole surviving code, or
         the only code on the claim, in order for the
         rule (in RULE) to be fired.  This field is
         currently under revision to become broader in
         scope, ie if the coe is the only surviving
         code do rule A, or if the code is with other
         codes, do rule B.

MESAGETYPE = internally assigned 'code' which will
             match a type in MESSAGE.dbf, which
             contains English language messages for the
             CodeReview user.

DOLLARLIM = $ limit which if exceeded leads user to
            more information, else accept code          Q3

POS = place of service                                  Q5

ANESTHESIA = contains a type of anethesia (general)     Q6

BEGAGE = start of an age range inappropriate for the
         procedure                                      Q7

ENDAGE = end of the age range inappropriate for the
         prcedure                                       Q7

DX = diagnosis(es) inappropriate for the procedure      Q8

ICD9CODE = ICD-9-CM diagnosis code inapppropiate for
           the procedure                                Q8

CODELIM = code which the charge for CODE will be
          compared to (greater than, less than)         Q4

CODELIM = code which will replace code if

          1) if the POS is inappropriate                Q5

          2) if the DX or ICD9CODE is inappropriate     Q8

          3) in all circumstances for Q9                Q9

S7

MCK 000136

MESSAGE:

TYPE = assign code name for message

ORIGIN = indicates multiple, single or both

OP = ask for op report?

PATH = ask for pathology report?

OFF = ask for office records?

HOS = ask for hospital progress notes?

OTHER = ask for another claim?

REVIEWER = is the type of reviewer the asked-for
           information should be sent to and reviewed
           by (ie nurse, supervisor, physician etc)

TOLOOKFOR = specified items that the reviewer should
            look for upon receiving the asked-for
            information

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

58

MCK 000137

APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORM  = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear


*  SELECT 3                        && opened and closed in entry.prg
-* USE SUPERSED INDEX SUPERSED     
*  SELECT 4                        && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF     && rules.prg
** SELECT 6
** USE MESSAGE INDEX MESSAGE       && rules.prg
** select 10                       && recomm.prg
** use  new
*  memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
-Modify Code   Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline3 =
'F1-Help  POiG        '+ enter + 'Recommendations         Esc-Exit '
```

59

MCK 000138

```
                          Enter                      provided
helpline9 = ;
                      <Enter> claim number in space prev  ed>
header2=company + space(1 )+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
 - Make Selection                        Esc-Return'
helpline6 = ;
 - Make Selection              Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add    # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations       N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                  N - New Session                          Q - Quit'
endif
helpline2 = ;
         CodeReview is processing input codes ... please stand by
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 198
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
                           ESC - Exit Help

choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
           close databases
           return
        endif
    endif
    if one_date .or. .not. get_date
       select process
       temp_date=code_date
       if code_count > 1
          DO MULTIPLE.prg         && exclude, replacement, QM rules
       endif
       DO RULES.PRG
    else
       select process
       go top
       temp_date=code_date
       set filter to endstatus $ 'AP' .and. code_date=temp_date
       go top
       count to code count
```

MCK 000139

```
                go top                    eof(.)
                do while .not. eof( ) .and. code_date=temp_date
                    if code_count > 1
                        DO MULTIPLE.prg          && exclude, replacement, QM rules
                    endif
                    DO RULES.PRG
                    select process
                    set filter to code_date=temp_date
                    go bott
                    set filter to
                    skip
                    if eof()
                        exit
                    endif
                    temp_date=code_date
                    set filter to endstatus $ 'AP' .and. code_date=temp_date
                    go top
                    count to code_count
                    go top
                enddo
            endif
            do recomm
            if clipper
                loop
            else
                if choice = 'N'
                    loop
                endif
            endif
            exit
        enddo
        CLOSE DATABASES
```

MCK 000140

```
* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  /  ')
IF CLIPPER
     do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store ' ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  /  ')
get_date = .t.
set date american


@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = .t.
```

62.

MCK 000141

```
SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
        store .f. to upkey,dnkey
        @ row,s_col say str(counter,2) + '.'
        DO GETCODE
        SELECT PROCESS
        if clipper
            if upkey
                row = row - 1
                counter = counter - 1
                skip - 1
                loop
            endif
        endif
        if .not. done .and. counter < 8
            counter = counter + 1
            save_rec = recno()
            go bott
            if recno() = save_rec
                append blank
                replace begstatus with 'P',endstatus with 'P', session_no ;
                    with session
            else
                go save_rec
                skip
            endif
        endif
        row = counter + 5
enddo
do while .t.
    if clipper
        exit
    endif
    SELECT PROCESS
    choice = 'P'
    SET CONFIRM OFF
    @ 23,10 get choice picture '!'
    read
    SET CONFIRM ON
    if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                    .and. val(choice) <= counter))
        ?? chr(7)
        loop
    else
        mod_rec = val(choice)
        do case
            case choice = 'A' .or. val(choice) = counter
                IF COUNTER < 8
                    done = .f.
                    SELECT PROCESS
                    append blank
                    replace begstatus with 'P',endstatus with 'P'
                    row = counter + 5
                    @ row,s_col say str(counter,2) + '.'
                    do getcode
                    if .not. done          && code was added
                        counter = counter + 1 && increment for next time around
                    endif
                ENDIF

            case mod_rec > 0 .and. mod_rec < 10
                go mod_rec
                row = mod_rec + 5
```

63

**MCK 000142**

```
                         get code
                    do getcode

            case choice = 'P'
                  exit

               case choice = 'RQ'
                     exit

               case choice = 'H'
                     do help
            endcase
         if choice $ 'RQ'
             return
      endif
      choice = 'P'
      endif
   enddo
   if .not. esc
      helpline = helpline2
      @ 23,1 get helpline
      clear gets
      select process
      go bott
      if code = 0
          delete
          pack
      endif
**      count to code_count
      set safety off
      select process
      set filter to endstatus = 'S'
      go top
      do while .not. eof()
           xreplace = replacedby
           sup_date=code_date
           append blank
           replace session_no with session,outcome with choice,code with;
               xreplace,begstatus with 'S',code_date with sup_date, ;
                 endstatus with 'A'
           skip
      enddo
      set filter to
      set date ansi
      index on dtoc(code_date) + str(code,5) to process
      set filter to endstatus $ 'AP'
      count to code_count
      go top
      do while .not. eof()
        tem_date=code_date
        skip
        if code_date <> tem_date
           one_date = .f.
           exit
        endif
      enddo
      select 2
      use process index process
      select 3
      use
   endif
   IF CLIPPER
      do setkey with .f.
   endif

   return
```

                                    64

MCK 000143

```
* PROCS.PRG

PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
            xcode = space(5)
        else
            xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
            return
        ENDIF
        if xcode = space(5)
            @ row,s_col say space(11)
            if upkey
                exit
            endif
            done = .t.
            if counter = 1 .and. clipper
                choice = 'Q'
            else
                choice = 'P'
            endif
            RETURN
        endif
        IF CLIPPER .and. help_on
            LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
                select process
                replace endstatus with 'S',replacedby with ;
                    supersed->supercode
            else
                SELECT PROCESS
                if begstatus = 'P' .and. endstatus $ 'IS'
                    replace endstatus with 'P',replacedby with 0
                endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
        else
            if tries = 1
                ?? chr(7)
                mess = 'INVALID CODE !!'
                @ row,d_col say substr(mess + space(18),1,28)
                tries = 2
                loop
            else
                @ row,e_col say PROCESS->code picture '99999'
                @ row,d_col say 'Invalid code will be ignored'
                SELECT PROCESS          65
```

MCK 000144

replace

```
                          re  :ce endstatus with 'I'
                      endif
                  endif
          SELECT PROCESS
          if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
                  @ row,c_col get xcode_date
                  help_field = 2
                  read
                  if esc
                      return
                  endif
                  if year(xcode_date) = 0 .and. counter = 1
                      get_date = .f.
                      @ row,c_col say space(8)
                      @ 3,c_col say space(5)
                      @ 4,c_col say space(5)
                  else
                      @ row,c_col say dtoc(xcode_date)
                  endif
                      replace code_date with xcode_date
              endif
          if counter = 1
              @ row,m_col-1 say '$'
**************      CHECK FOR DUPES
              else
                  save_recno = recno()
                  ycode_date = code_date
                  go top
                  locate for code=val(xcode) .and. recno()< save_recno ;
                          .and. code_date = ycode_date && .and. endstatus <> 'L'
                  if .not. eof()
                      go save_recno
                      replace endstatus with 'L'
                  else
                      go save_recno
                  endif
              endif
          if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                      .and. .not. done
                  @ row,m_col get claim_amt picture '99999'
                  help_field = 3
                  read
                  if esc
                      return
                  endif
                  @ row,m_col say claim_amt picture '99999'
              endif
          if counter = 1
                  if claim_amt = 0
                      get_charge = .f.
                      @ row,m_col - 2 say space(8)
                      @ 3,m_col-1 say space(7)
                      @ 4,m_col-1 say space(7)
                  endif
              endif
              exit
          enddo
RETURN

PROCEDURE HELP

*
RETURN
do setkey with .f.
IF CLIPPER
      SAVE SCREEN
```

66

主 018 耳

MCK 000145