# EXHIBIT 3
# (PART 3)

```
      HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
store SPACE(6) to help1,help2,help3,help4
if color
      SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
      case help_field = 1
            mess ='Enter the CPT-4 code as it appears on the claim form. ';
      + 'If you are unsure of the code, press <F2> to do a lookup by the ';
      + 'index of the CPT-4 Manual'

            do format1 with mess,14,15,63
      case help_field = 2
            mess = 'Enter the date as it appears on the claim form. This is ';
         + 'optional'

            do format1 with mess,14,15,63

      case help_field = 3
            mess = 'Enter the dollar amount of the claim '
            do format1 with mess,14,15,63

      case choice = 'H'
help1 = '     "P" -- Process; all codes have been correctly input'
help2 = '     "A" -- Add another code'
help3 = '     "#" -- Enter line number to edit code already input'
help4 = '     "Q" -- Quit session'
      case code = 0
help1 = '          CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

      case begstatus = 'P' .and. endstatus = 'P'
help1 = '          CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '     CPT-4 code has been successfully entered'
help4 = '          Both begstatus and endstatus are "P"'

      case endstatus = 'I'
help1 = '               INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

      case begstatus = 'S' .and. endstatus = 'A'
help1 = '               SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'

endcase

@ 17,8 say help1
@ 18,8 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
      SET COLOR TO &COLORM
```

47

MCK 000146

```
        endif
        help_on = .f.
        IF CLIPPER
             do while inkey() <> 27
             enddo
             RESTORE SCREEN
             do setkey with .t.
        ELSE
             @ 16,5 clear to 21,73
             helpline = save_help
             @ 23,1 get helpline
             clear gets
        ENDIF
        return


        PROCEDURE SETKEY
        *
        parameter setflag
        if setflag
             set key -4 to HIT_KEY
             set key -1 to HIT_KEY
             set key 5 to  upkey
             set key 27 to HIT_KEY
             set key 24 to dnkey
        else
             set key -9 to         && F10
             set key -8 to
             set key -7 to         && F8
             set key -6 to
             set key -5 to
             set key -4 to         && F5
             set key -3 to
             set key -2 to
             set key -1 to         && F2
             set key 1 to          && home
             set key 3 to          && pagedn
             set key 4 to          && right
             set key 5 to          && upkey
             set key 6 to          && end
             set key 18 to         && pageup
             set key 19 to         && left
             set key 24 to         && downkey
             set key 27 to         && escape
        endif
        return


        PROCEDURE HIT_KEY
        *
        parameter pn,pl,rv
        DO CASE
             CASE LASTKEY() = 27
                  CLEAR GETS
                  DONE = .T.
                  SELECT PROSPECT
                  GO BOTT
                  IF RECNO() = 1 .OR. EOF()
                       CHOICE = 'Q'
                  ELSE
                       CHOICE = 'R'
                  ENDIF
                  ESC = .T.
                  RETURN

             CASE LASTKEY() = -1
```

68

MCK 000147

```
                with .t,
        do setkey with  .f.
        DO LOOKUP.prg
        do setkey with .t.

     CASE LASTKEY() = -4
          CLEAR GETS
          DONE = .T.
          CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
        keyboard chr(13)
        UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
        keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

69

MCK 000148

*multiple.prg*

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**  DO samecode
**  if code_cnt > 1
    DO exclude                    && Checks exclusion rules
    select process
**    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
    code_cnt = 0
    count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
    if code_cnt > 1
      DO replace                          && Checks replacement rules
      count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
      if code_cnt > 1
        do r1s                  && checks r1 rules
      else
**        store .f. to again
        exit
      endif
    else
**      store .f. to again
      exit
    endif
**  else
**  store .f. to again
**  exit
**  endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN
```

70

MCK 000149

```
*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

*** --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***    IS USED IN KEEP
*** --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***    FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
*** --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***    IN INTERACT
*** --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   GO TOP
   do while .not. eof() .and. code_date=temp_date
       NUMCODE = 0
       TEMP = CODE
       PROC_REC = RECNO()
       SELECT INTERACT
       SEEK str(TEMP,5) + 'E'
       IF .NOT. FOUND()
          SELECT PROCESS
          GO PROC_REC
          SKIP
          LOOP
       ENDIF
       EXCL_REC = RECNO()

       select process
       go top
       do while .not. eof() .and. code_date=temp_date
         if code = temp
           skip
           loop
         endif
         SELECT INTERACT                        && replacements
         GO EXCL_REC
         DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
           IF BCODE <= process->code .AND. process->code <= CCODE
             IF rule = 'E2'
               SELECT PROCESS
               REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
               if interact->ecode<>0
                 replace type with interact->ecode
               endif
               EXIT
             ELSE
               IF rule = 'E1'
                 SELECT PROCESS
                 temp_code = code
                 temp_rec = recno()
                 GO PROC_REC
                 REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
                 if interact->ecode<>0
                   replace type with interact->ecode
```

MCK 000150

```
            endif
            go temp_re  temp_rec
            EXIT
          ENDIF
        ENDIF
      ENDIF
      select interact
      SKIP
    ENDDO
    select process
    skip
  ENDDO                          && Loop 2
  SELECT PROCESS
  GO PROC_REC                    && Moving to next code for evaluation.
  SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*
  select interact
  select process
  go top

  DO WHILE .NOT. EOF() .and. code_date=temp_date
    NUMCODE = 0
    TEMP = CODE
    PROC_REC = RECNO()
    SELECT INTERACT
    SEEK str(TEMP,5) + 'R2'
    IF eof()
      SELECT PROCESS
      GO PROC_REC
      skip
      loop
    ENDIF
    REP_REC = RECNO()

    SELECT PROCESS
    GO TOP
    DO WHILE .not. eof() .and. code_date=temp_date
      SELECT INTERACT
      GO REP_REC
      DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
        IF BCODE = process->code
          NEW = CCODE
          SELECT PROCESS
          REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
              REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
          temp_rec = recno()
          temp_code = code
          ses_no = session_no
          GO PROC_REC
          REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
              REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
          rep_date=code_date
          append blank
          / REPLACE SESSION NO WITH ses no, CODE WITH NEW;
```

MCK 000151

```
      BEGSTATUS AT "R", ENDSTATUS WITH "A",  de_date with rep_date
      STORE .F. T AGAIN TO AGAIN
      go temp_rec
      EXIT
   ENDIF
   select interact
   SKIP
  ENDDO
  select process
  skip
 ENDDO
 SELECT PROCESS
 GO PROC_REC
 SKIP
ENDDO
if .not. again
  store .t. to again
else
  store .f. to again
endif
select process
return


PROCEDURE query

*----  checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'     &&  looking only at codes which have multiple
                               && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date       && in process
  temp = code
  proc_rec = recno()
  select interact
  seek str(temp,5) + 'Q'
  if eof()
    select process
    go proc_rec
    skip
    loop
  endif
  quer_rec = recno()
  select process
  go top
  do while .not. eof() .and. code_date=temp_date      && in process
    if code = temp
      skip
      loop
    endif
    done=.f.
    select interact
    go quer_rec
    do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
      if process->code >= bcode .and. process->code <= ccode
        do case

          case rule='QM'
            replace process->endstatus with 'M', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
```

MCK 000152

```
                           process
         temp2 = prc  ss->code
         select proc  s
         go proc_rec
         replace endstatus with 'M', trigger with temp2, ;
            rule with interact->rule, type with interact->ecode
         done=.t.

      case rule='QS'
         temp2=process->code
         select process
         go proc_rec
         replace endstatus with 'Q', trigger with temp2, ;
            rule with interact->rule, type with interact->ecode
         done=.t.

      case rule='QB'
         replace process->endstatus with 'Q', process->trigger with temp, ;
            process->rule with rule, process->type with ecode
         done=.t.

      endcase
      if done
         exit
      endif
   endif
   select interact
   skip
 enddo
 if done
    exit
 endif
 select process
 skip
enddo
select process
go proc_rec
skip
enddo
**select process
**select interact
return


PROCEDURE r1s

*---- Checks surviving codes for R1 rules and makes proper replacement
*
*

select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date       && in process
   temp=code
   proc_rec = recno()
   select interact
   go top
   seek str(temp,5) + 'R1'
   if eof()
      select process
      go proc_rec
```

74

MCK 000153

```
         skip
         loop
      endif
      R1_rec = recno()
      select process
      go top
      select interact
      go R1_rec
      do while acode=temp .and. .not. eof() .and. rule='R1'        && in interact
         select process
         if code=temp
            skip
            select interact
            loop
         endif
         if interact->bcode<=code .and. code<=interact->ccode
            go proc_rec
            replace endstatus with '1', trigger with code;
            replacedby with interact->dcode, type with interact->ecode
            tem_date=code_date
            append blank
            replace code with interact->dcode, begstatus with '1';
            endstatus with 'A', code_date with tem_date, type with interact->ecode
            store .f. to again
            exit
         endif
         select interact
         skip
      enddo
      select process
      count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
      go top
      if code_cnt <= 1
         exit
      endif
      go proc_rec
      skip
   enddo
return


PROCEDURE samecode

*
* eliminates a code if it appears twice, and should not be accepted twice


   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   go top
   first=code
   do while .not. eof() .and. code_date=temp_date
      xcode=code
      proc_rec=recno()
      skip
      do while .not. eof() .and. code_date=temp_date
         if code=xcode
            replace endstatus with 'L', trigger with xcode
            exit
         else
            skip
            loop
         endif
      enddo
      go proc_rec
      skip
      if code=first
```

75

MCK 000154

```
    exit
  endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay

* --- checks rules for payment limit due to code combination
*
*
  select 10
  use interact index interact
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
     NUMCODE = 0
     TEMP = CODE
     PROC_REC = RECNO()
     SELECT INTERACT
     SEEK str(TEMP,5) + 'L'
     IF .NOT. FOUND()
        SELECT PROCESS
        GO PROC_REC
        SKIP
        LOOP
     ENDIF
     lim_rec = RECNO()

     select process
     go top
     do while .not. eof() .and. code_date=temp_date     && in process
       if code = temp
         skip
         loop
       endif
       SELECT interact
       GO lim_rec
       DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
         IF BCODE <= process->code .AND. process->code <= CCODE
            SELECT PROCESS
            temp1=code
            temp_rec= recno()
            go proc_rec
            REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                 pay with interact->dcode
            go temp_rec
            EXIT
         ENDIF
         select interact
         SKIP
       ENDDO                                  && in interact
       select process
       skip
     ENDDO                             && Loop 2, in process
   SELECT PROCESS
   GO PROC_REC                         && Moving to next code for evaluation
   SKIP
 enddo
SELECT INTERACT
use
**SELECT PROCESS
```

MCK 000155

```
**SET FILTER TO
RETURN
```

MCK 000156

```
* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16
                                    && check this with multiple codes !!
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
   begstatus <> 'R'
go top

IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
 xcode = code
 xreview = ' '
 xsource = ' '
 failed = .f.
 note = .f.
 select byitself
 seek xcode
 if eof()
    SELECT PROCESS
    SKIP
    LOOP
 endif
 IF SINGLE
    IF CODE_CNT > 1
       select process
       skip
       LOOP
    ENDIF
 ENDIF
 rulecheck = byitself->rule
   do case
     case rulecheck = 'Q1'
        select process
        replace endstatus with 'Q', rule with 'Q1',type with ;
                byitself->mesagetype

**     case rule = 'Q2'

     case rulecheck = 'Q3'
        dlim = '$'+ltrim(str(dollarlim,6))
        dline1 = substr('Under '+ dlim + space(25),1,29)
        dline2 = substr(dlim + ' or more' + space(25),1,29)
        dline3 = 'No charge is listed for ' + str(xcode,5)
        do ctext with xcode
        if need_clear
           do bott_clr
        endif
        do dollars
```

78

MCK 000157

```
                        ans=
***          if prompt_ar   'i' ....
     case rulecheck = 'Q4'
        do ctext with xcode
        xmess = cmess
        do ctext with BYITSELF->codelim
        if need_clear
            do bott_clr
        endif
        do codelim

     case rulecheck = 'Q5'
        if process->begstatus = 'P'
            do ctext with xcode
        else
            cmess = 'the claim'
        endif
        if need_clear
            do bott_clr
        endif
        do pos

     case rulecheck = 'Q6'
        do ctext with xcode
        if need_clear
            do bott_clr
        endif
        do anesth

     case rulecheck = 'Q7'
        if need_clear
            do bott_clr
        endif
        do age

     case rulecheck = 'Q8'
        if need_clear
            do bott_clr
        endif
        do diagnosis

     case rulecheck = "Q9"
        if need_clear
            do bott_clr
        endif
        select process
        replace endstatus with 'D', rule with 'Q9', type with byitself->mesagetype ;
            replacedby with byitself->codelim
        append blank
        replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
            type with byitself->mesagetype


     endcase
     SELECT PROCESS
     SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule scrn
```

79

MCK 000158

```
select process
count to code_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
```

80

MCK 000159

*Re S.N. 07/648,314*

*from James H. Morris*

```
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH

PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
    row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
```

*81*

*OK to ante*
*pw W*

**MCK 000160**

```
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

    do while str_size > max_size
        counter = 0
        do while .t.
            if substr(string,max_size-counter+1,1) = ' '
                exit
            else
                counter = counter + 1
            endif
        enddo
        @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
    enddo

    @ cur_row,col_beg+6 say string
    @ row_beg + 1, col_beg say dline1
    @ row_beg + 2, col_beg say dline2
    @ row_beg + 3, col_beg say dline3
    @ row_beg + 4, col_beg say dline4
    @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 28
@ box_row,  box_col + 11 say ' CODE CHARGE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 26 say ' CHARGE COMPARISON '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return
```

E2-

MCK 000161

```
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above'
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline = 'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital'
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office'
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

**MCK 000162**

```
           prOmpt_ans
           @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
           read
           If .not. prompt_ans $ '12345'
                   mess = 'ENTER 1,2,3,4 or 5'
                   DO MESSAGE.PRG
                   loop
           endif
       endif
       exit
enddo
   select process
   do case
       case prompt_ans = '1'
           replace POS with 'INP'
       case prompt_ans = '2'
           replace POS with 'OUT'
       case prompt_ans = '3'
           replace POS with 'OFF'
       case prompt_ans = '4'
           replace POS with 'OTH'
       case prompt_ans = '5'
           replace POS with 'NUL'
   endcase

do case
       case byitself->pos = 'OFF'
           if prompt_ans $ '345'
                   failed = .t.
           endif

       case byitself->pos = 'INP'
           if prompt_ans $ '145'
                   failed = .t.
           endif

       case byitself->pos = 'OUT'
           if prompt_ans $ '245'
                   fsiled = .t.
           endif

       case byitself->pos = 'NIP'
           if prompt_ans $ '2345'
                   failed = .t.
           endif
endcase
if failed
       if byitself->codelim = 0
           select process
           replace endstatus with 'Q',rule with 'Q5',type with ;
                   byitself->mesagetype
       else
           select process
           replace endstatus with 'O',rule with 'Q5',replacedby with ;
               byitself->codelim,type with byitself->mesagetype
           tem_date=code_date
           append blank
           replace code with byitself->codelim,begstatus with 'O',endstatus ;
               with 'A',type with byitself->mesagetype, code_date with tem_date
           set filter to endstatus $ 'AP' .and. code_date=temp_date
       endif
endif
return

PROCEDURE DOLLARS
*
do helpline
```

ε4

MCK 000163

```
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
           + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do dol_box with prompt_row,21
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Please compare the charge on the claim for procedure ';
           + xmess + ' with the payment limit for procedure ';
           + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
       + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
       +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,4
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_sns $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
```

**MCK 000164**

E5

```
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
        "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod(' / / ')
        @ prompt_row + 2,29 get dob
        read
        if dob = ctod(' / / ')
            @ prompt_row + 2,29 say space(8)
            @ prompt_row + 2,44 get age
            read
            if age = ' '
                @ prompt_row + 2,44 say space(3)
                loop
            endif
        endif
        exit
    enddo
    if age <> ' '
        new_age = val(age)
    else
        new_age = int((date()-dob)/365)
    endif
endif
if new_age >= byitself->begage .and. new_age <= byitself->endage
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
endif
set date ansi
return

PROCEDURE ANESTH
*
do helpline
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
        + 'surgeon, an anesthesiologist, or a facility) that documents ';
        + 'the use of regional or general anesthesia ? (Y/N) '
do format2.prg with promptline,prompt_row,prompt_col,72
do while .t.
    prompt_ans = ' '
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
    read
    If .not. prompt_ans $ 'YN'
        ?? chr(7)
```

*E6*

MCK 000165

```
                ?? chr(7)
                loop
        endif
        exit
enddo
if prompt_ans = 'N'
     failed = .t.
     select process
     replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
endif
return

procedure ctext
*
Parameter zcode
select allcode
seek zcode
cmess = str(zcode,5) + ' (' + trim(title4) + ')'
return

procedure review
*
parameter abbrev
do case
        case abbrev = 'RN'
             xreview = 'a nurse or surgical technician'
        case abbrev = 'MD'
             xreview = 'a physician'
        case abbrev = 'SP'
             xreview = 'a supervisor'
        case abbrev = 'AD'
             xreview = 'an adjuster'
        case abbrev = 'CL'
             store .t. to note
endcase
return

procedure source
*
* NOTE: message.dbf is selected
do case
        case op
           xsource = 'the operative report reviewed'
        case path
           xsource = 'the pathology report reviewed'
        case off
           xsource = 'the office records reviewed'
        case hos
           xsource = 'the hospital progress report reviewed'
        case other
           xsource = 'other related claim(s) reviewed'
        otherwise
           xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
If CLIPPER
```

*E 7*

MCK 000166

```
If CLIPPER
     RESTORE SCREEN from rule_scrn
else
     @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return
```

88

MCK 000167

```
*****recomm.prg
******CREATE NEW.DBF
select 6
use message index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE    && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
    SORT TO NEW ON RVU/D
else
    copy to new
endif                    && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
q_mess = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further '
        + space(5) + chr(179) + space(21)+ 'information.'
iap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess =  'REPLACED:  This code has been replaced by the code below. Press <F7>'
+space(5) + chr(179) + space (21)+ 'for further information.'
r_mess =  'REPLACED:  This code has been replaced by the code below.'
iys_mess='EXCLUDED: This procedure is incidental to the accepted code(s), but';
space (23)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED:  When performed with another abdominal procedure,          ';
    +'                    appendectomy is virtually always incidental.'
an_mess='EXCLUDED:  64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
lim_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
            clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
            clear_row7,clear_row8
clear_cnt = 0
choice = 'S'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
```

89

MCK 000168

```
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline3
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
**    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QM'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col say str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod('  /  /  ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>'  BR  '
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col  say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
```

*90*

MCK 000169

```
clear_cnt = 0
@ 23,1 get helpline
clear gets
if clipper
    if repeat
        moreinfo = .f.
        first_time = .t.
        repeat = .f.
        restore screen from rec_scrn1
    endif
    temp = ' '
    keyboard chr(12)
    do while .t.
        keyboard chr(12)
        @ 23,78 get temp
        read
        do case
        case lastkey() = 27
            done = .t.
            exit

        case lastkey() = 13
            if moreinfo
                restore screen from rec_scrn2
                moreinfo = .f.
                set key -6 to moreinfo
            endif
            EXIT

        endcase
    enddo
    keyboard chr(12)
else
    choice = 'X'
    do while .t.
        SET CONFIRM OFF
        @ 23,10 get choice picture '!'
        read
        SET CONFIRM ON
        if .not. choice $ 'XNQ'
            ?? chr(7)
            loop
        else
            exit
        endif
    enddo
    if choice $ 'NQ'
        done = .t.
    endif
endif
if done
    exit
endif
******

*@ 15,s_col to 15,s_col + 13

@ 14,s_col say ' '
@ 15,s_col say ' '
select process
if .not. first_time
    @ row,s_col - 6 clear to outrow,s_col - 1    && moved from below
    @ mess_row,6 clear to mess_row+1,78          && moved from below
    @ row,s_col say str(row-5,2) + '. ' + str(code,5)
    select new
    @ outrow,s_col say str(recno(),2) + '. ' + str(code,5)
```

*91*

MCK 000170

'MO'

```
    if endstatus $ 'K'
        @outrow,s_col-4 say '??'
        if '.' $ new2
            outrow = new2_row              && for clearing arrows
            @ outrow,s_col-4 say '??'
            @ new2_row,s_col say new2
            new2 = ' '
        endif
    endif
**  @ row,s_col - 6 clear to outrow,s_col - 1
**  @ mess_row,6 clear to mess_row+1,78
    select process
    save_place = recno()
    counter = 1
    K = '1'
    do while clear_rec&K <> 0
        go clear_rec&K
        @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
        clear_rec&K = 0
        counter = counter + 1
        K = str(counter,1)
    enddo
    go save_place
    skip
    if eof()
        repeat = .t.
        row = 6
        go top
        loop
    else
        row = row + 1
    endif
    do while skipover
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
        else
            row = row + 1
        endif
    enddo
    if repeat
        loop
    endif
else
    first_time = .f.
*   if xcount = 1
*       repeat = .t.
*       loop
*   endif
endif
temp1 = str(row-5,2) + '.  ' + str(code,5)
do case
    case endstatus = 'I'
        @ row,s_col get temp1
        do first_in with row
        if row+1 = mess_row -1
            @ row+1,l_col say chr(179)
        else
            @ row+1,l_col to mess_row-1,l_col
        endif
        do mid_out with mess_row
        @ mess_row,g_col say inv_mess

    case begstatus = 'P' .and. endstatus $ 'PU'
```

92

MCK 000171

```
SELECT NEW ( code
locate for code = PROCESS->code
outrow = 17 + recno() - 1
temp2 = str(recno(),2) + '.  ' + str(code,5)
@ row,s_col get temp1
clear gets
do first_in with row
@ row+1,l_col to outrow-1,l_col
do last_out with outrow
@ outrow,s_col get temp2
clear gets = 'P'
if endstatus = 'P'
   @ mess_row,g_col say acc_mess
else
   if endstatus = 'U'
      @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+  ;
      ', since it appears with '+ str(trigger,5) + '.'
   endif
endif

case begstatus = 'P' .and. endstatus $ '1SOD'
   SELECT NEW
   locate for code = PROCESS->replacedby
   xtype = type
   outrow = 17 + recno() - 1
   temp2 = str(recno(),2) + '.  ' + str(code,5)
   @ row,s_col get temp1
   clear gets
   do first_in with row
   @ row+1,l_col to outrow-1,l_col
   do last_out with outrow
   @ outrow,s_col get temp2
   clear gets
   do case

      case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
         mess = sup_mess
         @ mess_row,g_col say mess


      case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
         .and. xtype = 0
         mess = r_mess
         @ mess_row,g_col say mess

      case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
         .and. xtype<>0
         select message
         seek xtype
         @ mess_row,g_col say 'REPLACED:  '+ TRIM(tolookfor)
         @ row+1,l_col to outrow-1,l_col

      otherwise
         do moreinfo

   endcase

case begstatus = 'P' .and. endstatus = 'R'
   SELECT NEW
   locate for code = PROCESS->replacedby
   outrow = 17 + recno() - 1
   temp2 = str(recno(),2) + '.  ' + str(code,5)
   @ row,s_col get temp1
   if process->type <> 0
      box = .t.
      xtype = process->type
```

93

MCK 000172

```
          endif
          clear gets
          do first_in with row
          SELECT PROCESS
          cur_rec = recno()
          cur_row = row
          match = replacedby
          skip
          cur_row = row + 1
          do while .not. eof()
              if replacedby = match
                  temp3=str(cur_row-5,2) + '.' + str(code,5)
                  clear_cnt = clear_cnt + 1
                  K = str(clear_cnt,1)
                  clear_row&K = cur_row
                  clear_rec&K = recno()
                  @ cur_row,s_col get temp3
                  replace skipover with .t.
                  clear gets
                  do mid_in with cur_row
              else
                  @ cur_row,l_col say chr(179)
              endif
              skip
              cur_row = cur_row + 1
          enddo
          go cur_rec
          if box
              do moreinfo
              @ cur_row,l_col to outrow-1,l_col
          else
              @ mess_row,g_col say rep_mess + str(replacedby,5)+'.'
              @ cur_row,l_col to outrow-1,l_col
          endif
          do last_out with outrow
          @ outrow,s_col get temp2
          if box
              do moreinfo
          endif
          box = .f.
          clear gets


     case begstatus = 'P' .and. endstatus = 'E'
          @ row,s_col get temp1
          do first_in with row
          if row+1 = mess_row -1
              @ row+1,l_col say chr(179)
          else
              @ row+1,l_col to mess_row-1,l_col
          endif
          do mid_out with mess_row
          do case
              case code=44950 .or. code=44955
                  @ mess_row,g_col say app_mess

              otherwise
                  save_spot = recno()
                  xtrigger = trigger
                  if type <> 0
                      box = .t.
                  endif
                  xtype = type
                  go top
                  locate for code = xtrigger
                  do case
```

94

MCK 000173

```
                     case
              -c  + endstatus = 'E'
                    xtrigger = trigger
              case endstatus = 'R'
                    xtrigger = replacedby
          endcase
          go save_spot
          if box .and. xtype <> 49001
             select message
             seek xtype
             @ mess_row,g_col say 'EXCLUDED:  '+ TRIM(tolookfor)
          else
             if xtype = 49001
                select message
                seek xtype
                @ mess_row,g_col say 'EXCLUDED:  ' +trim(tolookfor) ;
                   + ' ' +str(xtrigger,5)+'.'
             else
                @ mess_row,g_col say .exc_mess+str(xtrigger,5)+'.'
             endif
          endif
          box = .f.
    endcase

case begstatus = 'P' .and. endstatus = 'M'
    match = trigger
    SELECT NEW
    locate for (code=PROCESS->code) .or. code = match
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '.  ' + str(code,5)
    @ row, s_col get temp1
    do first_in with row
    SELECT PROCESS
    cur_rec = recno()
    cur_row = row
    match = trigger
    skip
    cur_row = row + 1
    do while .not. eof()
       if code = match
          temp3 = str(cur_row-5,2) + '.  ' + str(code,5)
          clear_cnt = clear_cnt + 1
          K = str(clear_cnt,1)
          clear_row&K = cur_row
          clear_rec&K = recno()
          @ cur_row,s_col get temp3
          replace skipover with .t.
          clear gets
          do mid_in with cur_row
       else
          @ cur_row,l_col say chr(179)
       endif
       skip
       cur_row = cur_row + 1
    enddo
    @ cur_row,l_col to outrow-1,l_col
    go cur_rec
    do ques_M1 with outrow
    @ outrow,s_col get temp2
    cur_row = outrow + 1
    clear gets
    select new
    sav_newrec = recno()
    skip
    do while .not. eof()
       if code = match .or. code = process->code
          new2 = str(recno(),2) + '.  ' + str(code,5)
```

95

MCK 000174

```
                        new2-row
                        new2    w = cur_row
                        @ cur_row,s_col get new2
                        clear gets
                        do ques_out with cur_row
                        exit     && limited to 2 codes
                    else
                        @ cur_row,l_col say chr(179)     && only if > 2 codes
                    endif
                    skip
                    cur_row = cur_row + 1
                enddo
            go sav_newrec
            @ mess_row,g_col say query_mess
            do moreinfo

        case begstatus = 'P' .and. endstatus = 'Q'
            SELECT NEW
            locate for code = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '. ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,l_col to outrow-1,l_col
            do ques_out with outrow
            @ outrow,s_col get temp2
            clear gets
            @ mess_row,g_col say q_mess
            do moreinfo

        case begstatus='P' .and. endstatus='L'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,l_col say chr(179)
            else
                @ row+1,l_col to mess_row-1,l_col
            endif
            do mid_out with mess_row
            @ mess_row,g_col say l_mess

    endcase
ENDDO
select 2    && process
use process
**set filter to
**go top
**select 9                      && Adding records to HISTROY.dbf
**use history                   && to keep a log file
**append from process           && commented out, no need for demo
**select 9
**use
**select new
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec_scrn2
```

96

MCK 000175

```
select process
xcode = code
do case
   case endstatus = 'Q'

      select message
      seek process->type
      xreviewer = reviewer
      note = .f.

      do review with xreviewer
      if note
         mess = trim(message->tolookfor)
         set color to &colorh
         do format1.prg with mess,-15,24,78
         set color to &colorm
      else
         do source
         string = ' '
         store 0 to cur_row, col_beg, col_end, row_beg
         dline1 = 'Before accepting code '+str(xcode,5)+':'
         dline2 = ' '
         dline3 = 'HAVE: '+xsource
         dline4 = ' BY: '+xreview
         dline5 = ' WHY: '
         set color to &colorh
         do rec_box with -17,24,78
         set color to &colorm
      endif
      store .f. to note
      set procedure to lines

   case endstatus = 'M'
      select message
      seek process->type
      xreviewer = reviewer
      note = .f.
      do review with xreviewer
      if note
         mess = trim(message->tolookfor)
         set color to &colorh
         do format1.prg with mess,-15,24,78
         set color to &colorm
      else
         do source
         string = ' '
         store 0 to cur_row, col_beg, col_end, row_beg
         dline1 = 'Before accepting these codes'
         dline2 = ' '
         dline3 = 'HAVE: '+xsource
         dline4 = ' BY: '+xreview
         dline5 = ' WHY: '
         set color to &colorh
         do rec_box with -17,24,78
         set color to &colorm
      endif
      store .f. to note
      set procedure to lines

   case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
      select message
      seek process->type
      mess = trim(message->tolookfor)
      set color to &colorh
      do format1.prg with mess,-15,24,78
      set color to &colorm
```

97

MCK 000176

```
        store .f. to note
        set procedure to lin— l.no
  endcase
  return
```

MCK 000177

```
* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,8 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return
```

99

MCK 000178

```
* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
    counter = 0
    do while .t.
        if substr(string,max_size-counter+1,1) = ' '
            exit
        else
            counter = counter + 1
        endif
    enddo
    @ cur_row,col_beg say substr(string,1,max_size - counter)
    cur_row = cur_row + 1
    str_size = str_size - max_size + counter - 1
    string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return
```

*100*

MCK 000179

```
* format1.prg
parameters string,row_beg,col_beg,col_end
title = ' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
     row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
     counter = 0
     do while .t.
          if substr(string,max_size-counter+1,1) = ' '
               exit
          else
               counter = counter + 1
          endif
     enddo
     @ cur_row,col_beg say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

MCK 000180

07/648314

ABSTRACT OF THE DISCLOSURE

SA  An expert computer system for processing medical claims.
Medical claims and associated representation are inputted into
the expert computer system.  The inputted claims are
interpreted according to specific rules and against a
predetermined database to determine whether the medical claims
are appropriate. E A

/

3675h

MCK 000181

(REV. 6-11-90)

**DECLARATION FOR PATENT APPLICATION**

Docket No. H0433/7002

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled EXPERT SYSTEM AND METHOD FOR ASSESSING MEDICAL APPLICATIONS, the specification of which is attached hereto

☐ was filed as a PCT international application No. _____ on _____ and was

amended under PCT Article 19 on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign PCT Application(s) and any priority claims under 35 U.S.C. §119;    Priority Claimed

| (Number) | (Country if PCT so indicate) | (Day/Month/Year Filed) | YES | NO |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | YES | NO |
| (Number) | (Country) | | YES | NO |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) or PCT international application(s) designating the United States of America listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/566,841 | August 14, 1990 | Pending |
|---|---|---|
| (Application Serial No.) | (filing date) | (status-patented, pending, abandoned) |
| 07/252,307 | September 30, 1988 | Abandoned |
| (Application Serial No.) | (filing date) | (status-patented, pending, abandoned) |

PCT Applications designating the United States:

| (PCT Application No.) | (U.S. Ser. No.) | (PCT filing date) | (status-patented, pending, abandoned) |
|---|---|---|---|

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | | | | | |
|---|---|---|---|---|---|
| David Wolf | No. 17,528 | Therese A. Hendricks | No. 30,389 | James J. Foster | No. 30,052 |
| George L. Greenfield | No. 17,756 | Edward R. Schwartz | No. 31,135 | Charles E. Pfund | No. 17,030 |
| Stanley Sacks | No. 19,900 | Edward R. Gates | No. 31,616 | Philip G. Koenig | No. 30,186 |
| David M. Driscoll | No. 25,075 | William R. McClellan | No. 29,409 | Sidney S. Bresnick | No. 24,094 |
| Arthur Z. Bookstein | No. 22,958 | William H. Lee | No. 27,920 | Bruce D. Jobse | No. 33,518 |
| Edward F. Perlman | No. 28,105 | Ronald J. Kransdorf | No. 20,004 | Douglas W. Robinson | No. 32,751 |
| John L. Welch | No. 28,129 | M. Lawrence Oliverio | No. 30,915 | Stanton D. Weinstein | No. 28,349 |
| Paul E. Kudirka | No. 26,931 | Theodore Naccarella | No. 33,023 | Elizabeth A. Hanley | No. 33,505 |
| Lawrence M. Green | No. 29,384 | David B. Bernstein | No. 32,112 | Anthony J. Mirabito | No. 28,161 |
| Steven J. Henry | No. 27,900 | Peter J. Manus | No. 26,766 | Jason M. Honeyman | No. 31,624 |
| | | Warren A. Kaplan | No. 34,199 | | |

Address all telephone calls to A. Jason Mirabito at telephone no. (617) 720-3500. Address all correspondence to A. Jason Mirabito

c/o Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2211

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor's signature _____ Date _____

Full name of inventor  George A. Goldberg

Citizenship  U.S.A.

Residence  38 Everett Street, Newton, Massachusetts 02159

Post Office Address  38 Everett Street, Newton, Massachusetts 02159

MCK 000182





FIG. 1

MCK 000183



Fig 2

MCK 000184

Flowcharting Work



Fig. 3

MCK 000185



648314

READ RECORDS

PROCESS.DBF

ACTION.PRG
APPLY RULES
E1, E2, EA, EP

INTERACT.DBF

# OF CODES > 1

PROCESS.DBF

ACTION.PRG
APPLY RULE
RN-R2

INTERACT.DBF

# OF CODES > 1

PROCESS.DBF

ACTION.PRG
APPLY RULE
R1

INTERACT.DBF

WAS A NEW CODE ADDED AND # OF CODE > 1

PROCESS.DBF

# OF CODES > 1

ACTION.PRG
APPLY RULES
QM, QS, QB

INTERACT.DBF

UPDATE PROCESS WITH RESULT

PROCESS.DBF

END + RETURN

FIG. 4

MCK 000186



Fig. 5

MCK 000187



~~506844~~
648314

SETS OF RULES

1. RULES APPLIED TO
   MULTIPLE CODE ENTRIES
       R1 - RN
       E1 - EN        INTERACT ~24
       L1 - LN
       QM, QS QB

2. RULES APPLIED TO
   SINGLE CODE ENTRIES
       Q1 - QN        BY ITSELF ~34

FIG. 6

MCK 000188

Flowcharting Works

648314



| SYSTEM | PROGRAM | CHART NAME | |
| --- | --- | --- | --- |
| PROGRAMMER | DATE | CHART ID | PAGE |

FI7 7

MCK 000189