IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | REDACTED VERSION |
| Defendant. | ) ) | |

## THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR FAILURE TO DISCLOSE THE BEST MODE OF PRACTICING THE CLAIMED INVENTION

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

Original Filing Date:  June 1, 2006
Redacted Filing Date:  June 7, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| U.S. Patent No. 5,253,164 (Holloway et al.) | 1 |
| Rebuttal Expert Report of Mark A. Musen, November 24, 2005 | 2 |
| Letter to Dr. Ballit, Jan. 12, 1988 (MCK0119819-MCK119822) | 3 |
| Excerpts from Robert Hertenstein's September 13 and 14, 2005 Deposition | 4 |
| Excerpts from Donald Holloway's September 7 and 8, 2005 Deposition | 5 |
| Health Payment Review Press Release, January 14, 1994 (MCK 034496-MCK034497) | 6 |
| Excerpts from Kelli Dugan's September 23, 2005 Deposition | 7 |
| Excerpts from George Goldberg's September 13 and 28, 2005 Deposition | 8 |
| Physician Input into HPR, February 14, 1989 (MCK 113292-MCK 113295) | 9 |
| September 14, 1987 Memo from D. Holloway to D. Egdahl et al. (MCK 119729-MCK 119736) | 10 |
| Excerpts from Margaret Johnson's November 29, 2005, Deposition | 11 |
| Excerpts from Marcia Radosevich's July 7, 2005, Deposition | 12 |
| McKesson's Supplemental Response to TriZetto's Interrogatories #21-22 | 13 |
| Excerpts from *McKesson Information Solutions LLC v. The TriZetto Group, Inc.'* Trial Transcript | 14 |
| Proposal to AEtna, July 1987 (MCK 120112-MCK 120130) | 15 |
| Excerpts from David Wilson's November 23, 2005, Deposition | 16 |
| Excerpts from Mark Musen's November 22, 2005, Deposition | 17 |

# EXHIBIT 1

US005253164A

# United States Patent [19]

Holloway et al.

[11]  Patent Number:  5,253,164

[45]  Date of Patent:  Oct. 12, 1993

[54] **SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES**

[75] Inventors: Donald C. Holloway, Menlo Park, Calif.; Robert D. Hertenstein, Morton, Ill.; George A. Goldberg, Newton; Kelli A. Dugan, South Natick, both of Mass.

[73] Assignee: HPR, Inc., Boston, Mass.

[21] Appl. No.: 648,314

[22] Filed: Jan. 29, 1991

## Related U.S. Application Data

[63] Continuation of Ser. No. 566,841, Aug. 14, 1990, abandoned, which is a continuation of Ser. No. 252,307, Sep. 30, 1988, abandoned.

[51] Int. Cl.⁵ ............................... G06F 15/21
[52] U.S. Cl. ......................... 364/406; 364/401
[58] Field of Search ......... 364/401, 406, 413.01

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,370 | 4/1987 | Erman et al. | 364/513 |
| 4,803,641 | 2/1989 | Hardy et al. | 364/513 |
| 4,858,121 | 8/1989 | Barber et al. | 364/406 |

### OTHER PUBLICATIONS

"Automated Claims Processing", Insurance Software Review, Marva J. Croaff, Autumn 1988, pp. 52, 54.
"Enhancing Accuracy and Timeliness Is Integral to the Claims Adjudication Process", Employee Benefit Plan Review, Anonymous, Dec. 1985 pp. 10–12.
"Healthstar", Health Benefits Management System, Product Description, Version 1.024.
"System validates medical fee schedules", Bests Review: Life/Health, Jun. 1987, 92.

"Expert system identifies miscoded health claims". Bests Review: Life/Health, Nov. 1990, 60.
"Claims editing software runs coding rule checks", Bests Review: Life/Health, Nov. 1990, 62.
Woolsey, C. "Employer spots inflated medical bills", Business Insurance, Jan. 25, 1990, 3.
Weitzel, J. R. et al. "A Company/University joint venture to build a knowledge-based system", MIS Quarterly, vol. 12, No. 1, Mar. 1988, 23–34.
Leary, E. "SSA applies expertise to develop expert systems". (Spotlight on AI-expert systems, Social Security Administration), Government Computer News, vol. 6, No. 17, Aug. 28, 1987, 49(3).
Beard, P. "Blue Cross develops insurance claim ES", AIWeek, vol. 6, No. 7, Apr. 1, 1989, 3.
Sullivan–Trainor, M. "Catching new clients", Computerworld, vol. 21, No. 50, Dec. 14, 1987, 95,99.
Snyeder, C. "From research to reality: the leading edge of expert systems", Insurance Software Review, vol. 12, No. 3, Autumn 1987, 22–4, 26–7, 30.
Christensen, J. "Insuring", High Technology Business, vol. 8, No. 10, Oct. 1988, 47–8.
Expert Systems in the Insurance Industry: 1987 Survey Report Update, Coopers & Lybrand, 1987.
Pallatto, J. "Expert system cures the blues". (Blue Cross develops insurance claims analysis system NERSys), PC Week, vol. 5, No. 50, Dec. 12, 1988, 35,44.

Primary Examiner—Gail O. Hayes
Attorney, Agent, or Firm—Wolf, Greenfield & Sacks

[57]  **ABSTRACT**

An expert computer system for processing medical claims. Medical claims and associated representation are inputted into the expert computer system. The inputted claims are interpreted according to specific rules and against a predetermined database to determine whether the medical claims are appropriate.

16 Claims, 5 Drawing Sheets



MCK 000001



FIG. 1

FIG. 2

MCK 000002



*FIG. 3*

MCK 000003



*FIG. 4*

MCK 000004



*FIG. 5*



*FIG. 6*

MCK 000005



*FIG. 7*

MCK 000006

5,253,164

1

## SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES

This application is a continuation of application Ser. No. 07/566,841, filed Aug. 14, 1990, now abandoned, which is a continuation of application Ser. No. 07/252,307, filed Sep. 30, 1988 now abandoned.

### FIELD OF THE INVENTION

The present invention relates to expert systems as applied to the field of medical claims analysis and decision-making mechanisms for analyzing and applying payments to such medical claims.

### BACKGROUND OF THE INVENTION

To date, attempts to modify fee-for-service payment of physicians have focused only on price. Evidence is accumulating that, while many errors are inadvertent, some physicians are increasing their reimbursement by targeting the other component of the equation: codes describing the procedures performed.

Declines in inpatient care and physician visits over the last five years have been more than offset by the increase in prices of all providers. The net result has been an actual increase in the rate of real growth in health care expenditures in the past decade because of lower general inflation. Cost containment efforts, having so far concentrated on reducing unnecessary use, now are beginning to address price. Additionally the focus has been on hospitals more than physicians. Yet the cost of physician services, the second largest component of health care costs, was 20.1 percent of total costs in 1986, up from 18.9 percent in 1980. Physician costs climbed 11 percent in 1986, compared with 7.7 percent for all medical costs and 1.5 percent for the general economy.

In an effort to retain patients amid increased health care competition, physicians are negotiating agreements with managed care programs such as health maintenance organizations (HMOs) and preferred provider organizations (PPOs). Physicians give price concessions to these organizations through a negotiated fee schedule or a discount from historic charges. In addition, they agree to strong utilization controls to reduce unnecessary use. As a consequence, unless total patient volume increases, physicians have two primary options for maintaining their income. One is to increase dramatically their charges to fee-for-service patients whose benefit plans often pay the price that is customary in the physician community. The other is to up their charges to managed care programs by the indirect method of upcoding.

Incentives like these have driven the momentum in Washington, D.C. to reform the method of physician payment for Medicare and Medicaid. While various alternatives are being considered, such as capitation or physician diagnosis related groups (DRGs), widespread implementation of such approaches is not imminent. Instead, modifications to the fee-for-service payment system are likely in the next several years. If such reforms can maintain satisfactory levels of patient access while gaining physician support, a modified fee-for-service method may remain the major payment method.

Thus far, attempts to alter fee-for-service payment have included efforts such as: freezing Medicare physician fees for specified periods; developing a model for a

2

Medicare resource based relative value scale to set prices for different physician services; and revising Medicaid fee schedules and Blue Shield relative value scales for physician reimbursement in Massachusetts.

These approaches address only part of the problem: establishing payment amount. A second, independent component for determining what physicians are paid is the code specifying the service provided. While true coding errors on payment claims will always occur, there also is evidence that some physicians are increasing their reimbursement by upcoding, assigning a higher paying code than a procedure merits, or by unpackaging services that were intended to be bundled into a single code. The administrative systems currently available are not adequate to detect and correct most of these errors.

Standard industry practice allows medical claims processors to enter the codes submitted on surgeon claims into a computer system. Fee screens are applied to these codes establishing the maximum amount that will be paid. Two coding methods most frequently used are the American Medical Association's "Current Procedural Terminology, Fourth Edition (CPT-4)," and the "California Relative Value Studies (CRVS)." Some claims administrators allow their claims processors to assign a code if it is absent from the claim; others return the claim to the physician's office for a code. Once entered into the claims processing systems, the code is typically edited for consistency with the age and sex of the patient, and sometimes for obvious rules in coding. After this step, if there is still a perceived problem with either the code or the fee, the claim is removed from the production process and referred for review by clinical staff. This reviewer, usually a nurse, may request the surgeon's official operative report, a required part of the hospital record, to review the claim. A payment for the claim, if approved, is established, and the claim is returned to the processor for payment. Emphasis throughout the insurance industry is on minimizing the time between when a claim is received and when it is paid, rather than on its accuracy.

While the problems detailed above are generally accepted, the concern is whether the cost of obtaining the savings will warrant the effort. The solution requires that medical judgment be applied to select the most appropriate code(s) when subtle clinical distinctions result in significant differences in payment to the medical care provider, or to decide when to request additional information from the provider. However, applying the required expert medical judgment has the potential of slowing down the processing of claims and significantly increasing the cost of doing so. At present, processing of medical claims is done on an automated basis using computer systems by relatively unskilled workers who input data, including the CPT-4 codes, into the computer and process them for payment. Usually, such an operator is unaware of whether the entity to whom the request for payment is made, such as an insurance company, should pay or not pay the claim as submitted. It is impractical for each of the operators to have a trained medical physician or technician to sit by the operator and decide whether a particular claim should be paid or not. The expense of such supervision would result in costs which would offset any savings realized by paying only the appropriate amount of the claim. Also, with a multiplicity of such medical reviewers, inconsistent results would occur. Therefore, to save

MCK 000007

5,253,164

**3**

expenses while maintaining productivity of the processing system, medical judgment must be incorporated in an automated data processing system which contains decision rules that can be used to automate the review of claims being processed.

In order to provide a cost effective automated data processing system for achieving the desired results in paying only appropriately coded claim amounts, expert systems or artificial intelligence software provides the vehicle for widespread distribution of an expert's decision-making guidance. An expert system in the form of a computer program is one which reasons like a human expert to solve the problems associated with appropriate coding of medical treatment for claims payments.

## SUMMARY OF THE INVENTION

CodeReview, a product of HPR, Inc., the assignee of the present invention, uses expert systems techniques especially suited to representing the medical judgment required to assign appropriate codes to surgeon's claims. CodeReview prompts the user for additional information not already entered into the computer, and will either recommend appropriate code(s) or recommend pending the claims until additional information is received form the physician's office. The prompts and recommendations provided by CodeReview are based on the decision rules that physician reviewers have already used on a manual basis to solve identical problems and are consistent with informed surgical opinion.

The present invention uses a set of decision-making rules coupled to a knowledge base of facts and observations to assist the medical claims processor. There is included a knowledge base and a knowledge base interpreter which applies the knowledge base using the rules specified in the knowledge base interpreter. The process is an ongoing process which can be updated as new methods of inappropriate coding are discovered.

The present invention utilizes the CPT-4 codes in the knowledge base of the expert system, although other coding methods for classification of medical procedures such as the CRVS discussed above may be utilized as well. The knowledge base interpreter is a part of the CodeReview program and contains an association of the CPT-4 codes with the knowledge base of expert-derived decisions or rules. An example is the inclusion of one CPT-4 code procedure within another CPT-4 code procedure. As a specific and simple example of the foregoing, a physician or his or her billing company may submit a claim for payment for two procedures with appropriate CPT-4 codes for the procedures. If those two were CPT-4 numbers 49000 for Exploration of the Abdomen and 44140 for Partial Colectomy, and both procedures were performed on the same date, the program of the present invention will recommend to the claims processor that code 49000 should only be paid when it is not done as part of a code 44140 partial colectomy. Since code 44140 was performed, the claim for code 49000 should not be accepted and paid. The computer program invokes a rule which has been specified that states that if code 44140 appears with another code in a particular range, which in this example includes 49000, the second code should be rejected and only the first specified paid. The claims processor then rejects the payment code 49000, authorizes payment for code 44140, and so informs the physician or billing company, with the explanation given above. Without such a program, the claims processor usually pays both code numbers.

**4**

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the system of the present invention;

FIG. 2 is a flowchart of the overall operation of the programmed computer of the present invention;

FIG. 3 is a flowchart depicting the entry program of the programmed computer of the present invention;

FIG. 4 is a flowchart of the operation of the programmed computer for multiple entries;

FIG. 5 is a flowchart of the operation of the computer programmed for single code entries or multiple code entries which survive the flowchart of FIG. 4;

FIG. 6 is a chart of the categories of rules applied to the entries in the present invention.

FIG. 7 is a flowchart of the operation of the programmed computer depicting the lookup function of the computer programmed in accordance with the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings, there is shown in FIG. 1 a general block diagram of a preferred embodiment of the present invention. Claims to be processed 1 are received by the entity from whom payments are requested. A user designated at 3 enters various facts from the claims 1 into the computer system 2. Such facts include, in addition to the entries for the one or more medical procedures for which payment is sought, other data such as age of the patient, claim number, date(s) of treatment(s) and procedure(s), the name of the physician, etc. The computer system 2 may be any type of suitable computer system which can interact with the program of the present invention. One such suitable computer system is the well-known IBM "personal computer" containing sufficient data processing capabilities and memory and suitable commercially available database management software programs to perform the desired functions. Other suitable computer systems exist and are intended to come within the scope of the present invention. The system may include a connection with another computer system 4 whereby the user 3, after having used the system and methods of the present invention, communicates his or her information to the computer 4 which approves payment for the claim submitted. It is understood that the computer 4 could, in appropriate circumstances, to be described below, refuse any payment or be instructed to request further information from the entity providing the claims 1.

Generally, the user 3 will enter into the computer system 2 a description of the medical claims for which reimbursement or payment is requested or the codes associated with such claims or both. The appropriate code(s) are then sent to the knowledge base interpreter 5 for its assessment of the coded claims. The interpreter 5, using the rules of the present invention, interacts with the knowledge base 6 of the present invention and returns to the user 3 either a recommendation as to code(s) for which payment is proper or requests the user to provide further information or to obtain further information from the entity providing the claim or refers the claim to trained medical personnel for assessment. When the knowledge base interpreter has recommended approval of payment of a particular type, the user 3 then may authorize payment to the provider of the processed claim or may forward that information via input into computer system 4. A history database 7

MCK 000008

5,253,164

**5**

is provided to update and refine the knowledge base interpreter 5 and the knowledge base 6 and to monitor savings associated with the recommendation.

Referring now to FIGS. 2 and 3, the user first runs the ENTRY PROGRAM shown generally at 7 in FIG. 3. Referring now to FIG. 3, in step 8, if the CPT-4 code is given, the codes are entered into the programmed computer of the present invention and read at step 9. If the codes are or may be incorrectly given, the LOOKUP PROGRAM 10 is run, as will be explained with reference to FIG. 7. If the entity which is requesting payment has provided a code entry or entries for the treatment given, then in step 9 it is determined whether the code entry is valid or invalid by reference to the ALLCODE database 11. If an incorrect code (meaning here that there is no such alpha/numeric code or the code and description do not match) entry or entries are given or if no code entry is given at all, in step 9 the valid code entry or entries are specified by the process of the LOOKUP PROGRAM 10. By valid is meant that there is a code or codes for the treatment given a patient. It does not mean that the entry or entries are valid for payment. The ALLCODE database preferably uses the CPT-4 classification system, but other classification systems are intended to be within the scope of the present invention. The computer programmed in accordance with present invention then looks up in the SUPERSEDE database file 12 to determine whether an earlier code number has been superseded by another code entry in an updated version of the CPT-4 classification system. If the code(s) have been superseded, in step 13 the old code entry or entries are replaced by the superseded code(s) and this information is sent to the PROCESS database 17. In step 14, if another code was added in the preceding process, the program loops back to step 8 again. If not, it goes on to step 15. In step 15, any duplicate codes, if more than one code entry, are eliminated. However, in certain instances, duplicate codes are permitted, so that before eliminating the duplicate codes, a lookup in the database file 16 is performed to determine if the duplicate entries are valid. If there are no duplicate entries or or only one entry, step 15 is not performed. After step 15, the record file, as may be affected by steps 9, 10, 13, and 14, is updated and sent to the PROCESS database 17. In step 18, the number of codes resulting from the foregoing steps is counted and stored. This count will determine whether a particular program for multiple entries must be run, as will be discussed below. In step 19, the ENTRY PROGRAM 7 returns to the operations of the flowchart of FIG. 2.

It will be recalled that in step 18 the number of codes was determined and stored. In step 20, if the number of codes determined was more than one, then the MULTIPLE PROGRAM is run in step 21, as will be presently explained. Referring now to FIG. 4, this figure is the flowchart of MULTIPLE PROGRAM 21. In step 22, the multiple number of codes under consideration is read out from PROCESS database 17. Generally, in the next series of steps, the program will examine the multiple codes presented to determine whether payment or payment authorization for each of the stated codes is medically appropriate, or whether one or more of the codes is medically inappropriate, or whether one or all of the multiple codes should be replaced by other code(s).

In order to accomplish this, a set of rules developed for use of this program is now invoked. These rules

**6**

were derived using the CPT-4 classification system, and from various medical procedures which were examined, classified, and possible combinations of procedures assessed by expert medical specialists. From this effort resulted a series of rules which can be and are applied to multiple code entries (and single code entries as well as will be discussed below). Each of the rules was developed as a result of reviewing medical procedures by expert medical personnel and is consistent with the CPT-4 classification system. However, expert medical personnel also applied clinical judgment to situations where the CPT-4 classification system is not explicit or nonexistent. Therefore, for both single and multiple code entries, a set of rules applicable to CPT-4 codes singly and in combination are used to evaluate the appropriateness of the codes for payment. The operation of the rules is best illustrated by way of example with reference to the operation of MULTIPLE PROGRAM 21. In step 23, the codes, multiple in this case, which have been read into a file in step 22 from PROCESS database 17, are examined first by looking up from INTERACT database 24 any references to those specific multiple codes presented in step 22 to which will be applied one or more of the rules shown in summary form in FIG. 6 and more fully detailed in Appendix B. The first rules to be applied as shown in step 23, are rules referred to as E1 and E2 as shown in Appendix B. These first rules are utilized for multiple records wherein one of the codes may be eliminated for payment approval purposes. Thus, in rule E1, if one code number, here designated as ACODE, appears in the same list of codes as one or more codes in the range of BCODE to CCODE, then ACODE is eliminated and the code number appearing within the range of BCODE to CCODE is retained. It is this latter code number which will be further processed and perhaps approved for payment. Similarly, in the code E2, if code ACODE appears with another code in the range of BCODE to CCODE, ACODE is retained and the code within the range of BCODE to CCODE deleted. By first applying rules designated as E1 and E2, it may be possible to eliminate one or more inappropriate codes from consideration. Of course, the codes are not ACODE, BCODE or CCODE but actual code numbers from the CPT-4. In operation, when code numbers are entered into the computer programmed in accordance with the present invention, the program will perform a lookup of the code numbers ACODE and XCODE. The INTERACT database 24 in the program contains a reference that states that when ACODE is used with XCODE, and because XCODE is within the bounds of BCODE to CCODE, only one code can survive, in accordance with the E1 and E2 rules. By way of example, consider example 1 of Appendix A. That example implements rule E1. In example 1, code numbers 64450 and 10120 are entered in step 22 of FIG. 4. It is assumed that the date of treatment is the same for all code entries unless specified and entered otherwise. If so, after a lookup in the INTERACT database 24, which contains information relating to the appearance together of 64450 and 10120, the latter appearing in a range of codes analogous to the BCODE to CCODE example given above, by the E1 rule the program is instructed to recommend elimination for 64450, with an explanation given if desired and as contained in such example 1. Of course, many examples of the operation of the E1 and E2 rules are possible depending on the codes which are analyzed. Two additional "E" rules

MCK 000009

5,253,164

7

may be exercised over the INTERACT database 24. These are rules EP and EA. In rule EP, a code may be eliminated if the place of service is considered improper or impractical. An example of this rule EP is given as example 17 of Appendix A. Rule EA is designed to eliminate a code where the age of the patient recommends exclusion of one of the codes. An example of the application of this rule is given as example 18 of Appendix A. Appendix A contains other examples of application of the rules.

After step 23, the results are sent to update PROCESS database 17. Then, in step 23', if there is only one code number remaining after step 23', the program exits to the RULES program of FIG. 5. This is because the "R" and the QM, QS and QB rules apply only to multiple entries. After step 231, in steps 25 and 26, rules designated as R2 and R1 are run, as will be explained below. The "R" rules of the present invention, as shown in Appendix B, generally replace the codes presented in step 22 with other code(s) not designated in the step 22. Rule R2, for example, provides that if a code ACODE appears with BCODE, both codes are deleted and replaced by CCODE. Rule R3 is similar to R2 except that more than two code entries are considered, here ACODE, BCODE, and CCODE, which are replaced by DCODE. Thus, the R1 rule means replace one code by another code; R2 means replace two codes by another single code, and R3 means replace three codes by another single code. Other "R" codes could be developed along the same line: RN would mean replacing N codes with one other code. As shown in FIG. 4, the RN-R2 rules are applied first before rule R1 is applied to the codes. Specific example of rules R2 and R1 are given in examples 2 and 3, respectively, in Appendix A. It must be understood that it is not required that each of steps 23, 25 and 26 will affect the code numbers processed, but these steps are used if expert medical judgment indicates they are required to arrive at appropriate codes.

Describing in greater detail the application of the R2 and R1 rules, step 25 is first seen after having accessed INTERACT database 24. The results of application of the R2 rule are sent to PROCESS database 17. Once again in step 23', the program queries from PROCESS database 17 whether there remain multiple entries. If negative, the program is exited from as explained above. In step 26, rule R1 is exercised and the INTERACT database 24 consulted and compared. The result is sent to the PROCESS database 17. It is to be understood that the R3 rule may be implemented for three codes. An example of the R3 rule is given in Example 4 of Appendix A. In step 27, after consulting PROCESS database 17 and determining whether a new code was added in the application of the R2 and the R1 rules and the number of codes is greater than one, the program loops back to step 23 to exercise the application of rules R2 and R1, E2 and E1, EP and EA on the newly-resulting (after step 26) codes. After step 27, in step 27' the program queries whether the remaining codes exceed one code. If not, the program exits as explained above. If, however, there remains more than one code resulting from the operations of steps 23, 25 and 26, then the program enters a new ACTION PROGRAM to apply rules QM, QS and QB, as shown in step 28. The "Q" set of rules are designed to alert the user 3 that a problem exists in the context of the codes presented for payment of that the particular syntax of the codes presented to the computer programmed in accordance with the pres-

8

ent invention are such that they cannot be effectively dealt with by the programmed computer, and thus must be referred to a human consultant. Rule QM states that when A CODE appears with another code in the range of BCODE to CCODE, there is a question about this combination of codes. The user 3 might be instructed to review the claim and codes submitted, be asked to verify the dates(s) of treatment, or refer the matter to a human expert. An example of the QM code being utilized is set forth as example 5 of Appendix A. The code designated QS states that if code ACODE appears with another code in the range of BCODE to CCODE, then there is a question about ACODE. An example of this is given in example 6 in Appendix A. Finally, rule QB is applied to the codes presented. If ACODE appears with another code in the range of BCODE to CCODE, then there is a question about the code in the BCODE to CCODE range. The foregoing example given would apply to this code as well.

After all three "Q" codes have been run on the codes presented in step 28, having accessed the INTERACT database 24, the next step 29 is implemented wherein the PROCESS database 17 is updated with the information from the process of FIG. 4, and the program returned in step 30 to FIG. 2 and step 31. While rules Q, M, QS or QB may raise a question about a code, it will not cause interruption of the program, but will be reserved for later consideration by user 3.

Just prior to implementing the portion of the programmed computer given as step 31, the programmed computer up until this time has performed two operations, the first being the validation of the codes input by user 3, and the second being the application of certain expert rules to multiple code entries. The resulting codes which will be presented to the portion of the programmed computer in step 31 will either be a single or a multiple (due to looping through step 21) code.

In step 31, the RULES PROGRAM represented by the flowchart of FIG. 5 is run. Referring now to FIG. 5, in step 32 the records of surviving codes are read out from the PROCESS database 17. If the code or one of the codes in step 33 is referenced in the BYITSELF database 34 as having a rule or rules applicable or relevant to it, in step 35 a series of "Q" rules is applied. It must be appreciated that not all codes will be in the BYITSELF database, so that if there are three codes resulting from step 32, perhaps only one of those three will be in the BYITSELF file and will be subject to step 35. If there are no matches with codes in the BYITSELF database, then the process moves directly to step 37. The purpose of the "Q" rules is to address an individual code which is one of the surviving codes after the operation of the MULTIPLE PROGRAM or is the only code on the claim for which payment is requested. The "Q" rules are rules to request more information about a particular code. For example, rule Q1 states that if the code survived the set of rules applied to multiple codes under the MULTIPLE PROGRAM routine or is the only code submitted on the claim, then always a request for more information is made, as specified in the MESSAGE appended to the code. An example of the application of this rule is example 7 in Appendix A. In rule Q2, if certain fields have entries that match the claim, more information is specified in MESSAGE. An example of application of this rule is example 8 of Appendix A. In rule Q3, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater than a

MCK 000010

9

dollar sum given for that code as DOLLARLIM, then the user 3 is directed to request more information as specified in a MESSAGE appended. An example of this rule is example 9 in Appendix A. In rule Q4, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater then the fee screen for the code in CODELIM, then the user 3 is directed to request more information as specified in MESSAGE. AN example of this rule Q4 is example 10 in Appendix A. In rule Q5, IF the code survives the rules applied to multiple codes or is the only code submitted on the claim, and the place of service is POS, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the place of service is POS, the code in question is replaced by CODELIM and the message is flagged by MESSAGETYPE. An example of this rule is example 11 in Appendix A. In rule Q6, if the code survives the rules applied to multiple codes or is the code submitted on the claim, and there is no evidence GE anesthetic as specified in ANESTHESIA, then the user 3 is directed to request more information as specified in MESSAGE. An example of the application of this rule is example 12 in Appendix A. Under rule Q7, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the patient's age is between BEGAGE and ENDAGE, then the user 3 is directed to request more information as specified in MESSAGE. An example of rule Q7 is example 13 in Appendix A. In rule Q8, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the diagnosis is DX, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the DX or ICD9CODE is true, the code in question is replaced with CODELIM, and the reason for such action flagged by MESSAGETYPE. In all Q2 through Q9 rules, the reasons are flagged by MESSAGETYPE. An example of the foregoing rule is given in example 14 in Appendix A. In rule Q9, if the code survives the rules applied to multiple codes or code is only one submitted on the form then ACODE is replaced with CODELIM and the reason is flagged by MESSAGETYPE. An example is example 15 in Appendix A. Another rule known as L1 may be used and this rule relates to the amount of payment to be authorized to be paid. Rule L1 applies where the number of codes is greater than one. Rule L1 is different from the other rules in that while the other rules are generally concerned with the correct classification of authorization for payment, rule L1 applies to specific amounts. In rule L1, if ACODE appears with another code in the range of, and includes, BCODE to CCODE, then the payment authorized limits the payment specified in ACODE to some amount DCODE. An example of the foregoing rule is given in example 16 in Appendix A.

Once the "Q" rules have been exercised in step 35, in step 36 the PROCESS database 17 is once again updated and in steps 37 (End of File), and 38, the step 31 of FIG. 2 completes running. At this juncture, the user 3 views the recommendation screen for any relevant rules that have been applied, as discussed above. These recommendations are generally a request for more in-

10

formation, but may be something other than a request as in the case of a specific exclusion message.

In step 39 the PROCESS database 17 is appended to the HISTORY database 40 for recordkeeping purposes and for future use as a means to study these "case histories" and refine, update and change the rules and the knowledge base interpreter 5.

In steps 41 (End of File) and 42, the process of the computer programmed in accordance with the present invention is completed and the program exited from. At this point the user 3 has either confirmed that the code(s) for which payment is requested are valid or have been modified to become valid or have been pended so that more information may be obtained by the user 3 from the physician or his or her billing entity to aid in processing the claims.

Referring now to FIG. 7, the process of the LOOKUP portion 10 of the programmed computer will now be explained. The purpose of the program 10 is to handle those situations in which claims cannot be read out, in step 9 of FIG. 3, from database 8. In step 43, the user 3 inputs a description of the treatment noted on the claims form submitted by the physician or his or her billing entity. The LOOKUP Program 10 searches for a match in step 44 for the description given in step 43 from the index of the CPT-4 manual in a database called CPTINDX 45. The database 45 contains the records of the index, in machine-readable format, of the CPT-4 manual. If a match between input 43 and database 45 does not occur, the process loops back to step 43 for the user to reassess the description given and to give a new description. If, however, a match is made, the program will display a number of related entries from CPTINDX 45 the number of which may be selected by the programmer using well-known programming techniques. The user 3 then chooses, in step 46, what he or she considers to be the most appropriate selection, which the LOOKUP program then searches for in step 47 in the CPT-4 code or other code shown as ALL-CODE database 11. In step 48, the codes fetched from the CODES database 49, a subset of ALLCODE database 11, are displayed with their descriptions. In step 50, the user 3 chooses one or more appropriate codes to match the description given in step 43 and the program updates the PROCESS database 17 with this information in step 51. Following such updating, in step 52, the program returns to step 9 as shown in FIG. 3. Of course, the process described with reference to program 10 may be performed with databases other than the CPT-4 example given.

There has been described above a programmed computer system and a method of programming a computer system so that a knowledge base interpreter and a set of rules may facilitate the classification and authorization of payment to health care providers. Since the invention resides in a programmed computer of the automatic programming category, the development of this HISTORY database 40 may lead to the development of new rules and a growth and refinement of the knowledge base interpreter 5. While the foregoing invention has been described with reference to its preferred embodiments, variations and modifications will occur to those skilled in the art. Such variations and modifications are intended to fall within the scope of the appended claims.

5,253,164

11                                    12

APPENDIX A
EXAMPLE 1

#### Typical Session with CodeReview

Example of "E1/E2" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
          64450
          10120

Computer
Response:  1. 64450 injection for nerve block
           2. 10120 remove foreign body

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 10120 remove foreign body

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response:  1. 64450 is excluded: because 64450 is inappropriate to use
              for local anesthesia.
           2. 10120 has been accepted with no change.


EXAMPLE 2

#### Typical Session with CodeReview

Example of  "R2" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

MCK 000012

5,253,164

13                                                14

User enters:
        57250
        58260

Computer
Response:   1. 57250 repair vagina and rectum
            2. 58260 vaginal hysterectomy

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 58265 vaginal hysterectomy and vaginal repair

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. In combination, codes 57250 and 58260 justify
               replacement by code 58265.


EXAMPLE 3

Typical Session with CodeReview
Example of an "R1" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
        52281
        52283

Computer
Response:   1. 52281 cystoscopy & treat stricture
            2. 52283 cystoscopy & inject stricture

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 52283 cystoscopy & inject stricture
            2. 51600 injection for bladder xray

MCK 000013

5,253,164

15                                          16

To know the reason for the change(s), press Return.
Otherwise, press Escape.

Users enters [presses one key]:
    Return

Computer
Response:    1. 52283 has been accepted with no change.
             2. 52281 is replaced by 51600, because all but the injection
                for cystography is included in code 52283.


EXAMPLE 4


Typical Session with CodeReview
Example of "R3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
    93526
    93543
    93545

Computer
Response:    1. 93526 right and left heart catheterization
             2. 93543 injection for heart xrays
             3. 93545 injection for coronary xrays

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

Computer
Response:    Assign the following code(s) for payment:
             1. 93549 left & right heart catheterization & angiogram

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:    1. In combination, codes 93526, 93543, and 93545 justify
                replacement by code 93549.


MCK 000014

5,253,164

17                                                18

*EXAMPLES*
- 10 -

## Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           58980
           44000

Computer
Response:  1. 58980 laparoscopy of pelvis
           2. 44000 enterolysis

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:
           ??  1. 58980 laparoscopy of pelvis
           ??  2. 44000 enterolysis

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  It is likely that lysis of adhesions occurred as part of the
           laparoscopy, in which case replace both codes with 58985. If
           the two procedures were actually separate (unlikely), keep
           both codes.


*EXAMPLE 6*


Example of "QS/QB" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

MCK 000015

5,253,164

19                                    20

User enters:
      35820
      33512

Computer
Response:   1. 35820 explore chest vessels for post-op hemorrhage
            2. 33512 coronary arteries bypass

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
      Return

Computer
Response:
      ??   1. 35820 explore chest vessels for post-op hemorrhage
            2. 33512 coronary arteries bypass

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
      Return

Computer
Response: Before accepting code 35820:
      HAVE:  the operative report reviewed
      BY:    a registered nurse
      WHY:   to determine if the post-op bleeding occurred during
             the same operative session (before leaving the
             recovery room), in which case do not pay for 35820.


EXAMPLE 7

- 12 -


Example of "Q1" Rule        Typical Session with CodeReview

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
      58942

Computer
Response: 1. 58942 removal of ovary(ies)


MCK 000016

5,253,164

21                                                          22

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:
        ??   1. 58942 removal of ovary(ies)

             To know the reason for the question(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response: Confirm a diagnosis of malignancy by looking at the claim,
          or by reviewing the pathology report. If there is no
          malignancy, consider 58940 as a replacement.


                        EXAMPLE 8
                        - 13 -


                Typical Session with CodeReview
Example of "Q2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        38300

Computer
Response: 1. 38300 drainage of lymph node abscess; simple

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the type of anesthesia.
                    ANESTHESIA CHOICES:
          General
          Regional

MCK 000017

5,253,164

23                                          24

Spinal
Local
Anesthesia type other than those listed above
Anesthesia type is not provided on the claim, or no evidence
    of anesthesia is provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
    Return

<u>Computer
Response</u>: Enter the patient's age.
                        AGE CHOICES:
    Patient's age is 9 or younger
    Patient's age is 10 or older

<u>User enters</u> [after moving cursor to the correct line]:
    Return

PATH ONE: IF <u>ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER</u>:
<u>Computer
Response</u>: Assign the following code(s) for payment:
    1. 38510 biopsy or excision, deep cervical node(s)

    To know the reason for the change(s), press Return.
    Otherwise, press Escape.

<u>User enters</u> [presses one key]:
    Return

<u>Computer
Response</u>: 1. 38300 is changed to 38510 because the use of general
        anesthesia demonstrates that this was more difficult
        than a standard, asterisked 38300 procedure; and the
        child's age implies that general anesthesia was
        necessary.

PATH TWO: IF <u>ANY OTHER COMBINATION</u> OF RESPONSES WAS MADE:
<u>Computer
Response</u>: Assign the following code(s) for payment:
    1. 38300 drainage of lymph node abscess; simple

    To know the reason for the change(s), press Return.
    Otherwise, press Escape.

<u>User enters</u> [presses one key]:
    Return

<u>Computer
Response</u>: 1. 38300 has been accepted with no change.

MCK 000018

25                    *EXAMPLE 9*                    26

## Typical Session with CodeReview

Example of "Q3" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
          or, if a code is absent, look up the code(s) using the CPT-4
          procedure manual or another aid, and enter the code(s).

User enters:
          38500

Computer
Response: 1. 38500 biopsy/removal, lymph node(s)

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
          Return

Computer
Response: Enter the appropriate code charge as it appears on the
          claim for procedure 38500:
                         CODE CHARGE CHOICES:
          Under $300
          $300 or more
          No charge is listed for code 38500

User enters [after moving cursor to the correct line]:
          Return

PATH ONE: IF CHARGE IS $300 OR MORE:
Computer
Response: Assign the following code(s) for payment:
      ??  1. 38500 biopsy/removal, lymph node(s)

          To know the reason for the question(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response: Before accepting code 38500:
          HAVE:  the office records reviewed
          BY:    a registered nurse
          WHY:   to determine the extent of the procedure, and the
                 location in the body. Consider replacement with
                 any of codes 38510-38525.

MCK 000019

5,253,164

27 28

PATH TWO: IF CHARGE IS <u>NOT MORE THAN $300</u>:
Computer
Response:   Assign the following code(s) for payment:
           1. 38500 biopsy/removal, lymph node(s)

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 38500 has been accepted with no change.


## EXAMPLE 10
- 1 -


### Typical Session with CodeReview

Example of "Q4" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           46934

Computer
Response:  1. 46934 destruction of hemorrhoids, internal

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Please compare the charge on the claim for procedure 46934
           with the payment limit for procedure 46500 (injection into
           hemorrhoids):
                        CHARGE COMPARISON:
           1. Charge for 46934 is GREATER THAN payment limit for 46500
           2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
           3. No charge is listed on the claim for 46934

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF CHARGE IS <u>GREATER THAN</u> PAYMENT LIMIT FOR 46500:
Computer
Response:  Assign the following code(s) for payment:
           ??  1. 46934 destruction of hemorrhoids, internal

MCK 000020

5,253,164

29                                                          30

To know the reason for the question(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response:</u>    Allow no higher payment than the maximum allowable
              payment for code 46500.


PATH TWO: IF CHARGE IS <u>NOT GREATER THAN</u> PAYMENT LIMIT FOR 46500:
<u>Computer</u>
<u>Response:</u>    Assign the following code(s) for payment:
              1. 46934 destruction of hemorrhoids, internal

              To know the reason for the change(s), press Return.
              Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response:</u>    1. 46934 has been accepted with no change.


                    ‹EXAMPLE  II
                        - L. -


                Typical Session with CodeReview

<u>Example of "Q5" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :   Please enter all CPT-4 procedure codes appearing on the claim,
              or, if a code is absent, look up the code(s) using the CPT-4
              procedure manual or another aid, and enter the code(s).

<u>User enters</u>: .
        93220

<u>Computer</u>
<u>Response:</u>    1. 93220 vectorcardiogram, with interpretation & report

              If all codes are as you intended, press Return.
              If one or more codes were not intended, press Escape to
              re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response:</u>    Enter the place of service for 93220.
                    PLACE OF SERVICE CHOICES:
              Inpatient Hospital
              Outpatient Hosp./Emergency Dept./Surg. Center

MCK 000021

5,253,164

31                                                        32

Office
Place of service other than those listed above
Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
    Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:  Assign the following code(s) for payment:
           1. 93222 vectorcardiogram, interpretation & report only

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:  1. 93220 is changed to 93222 because the hospital generally
              provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:
Computer
Response:  Assign the following code(s) for payment:
           1. 93220 vectorcardiogram, with interpretation & report

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:  1. 93220 has been accepted with no change.


                        *EXAMPLE 12*

                          - 21 -


                    Typical Session with CodeReview
Example of "Q6" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
    92502
    90060

Computer
Response:  1. 92502 ear-nose-throat exam with general anesthesia
           2. 90060 visit, intermediate, established patient


MCK 000022

5,253,164

33                                                               34

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  Enter the type of anesthesia listed on the claim.
                        ANESTHESIA CHOICES:

            General
            Regional
            Spinal
            Local
            Anesthesia type other than those listed above
            Anesthesia type is not provided on the claim, or no evidence
              of anesthesia is provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
            Return

<u>PATH ONE</u>: IF NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA
          IS LISTED:
<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 90060 visit, intermediate, established patient

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  1. 90060 has been accepted with no change.
            2. 92502 is excluded because there was no evidence that
               general anesthesia was used.

<u>PATH TWO</u>: IF ANY OTHER RESPONSE ABOUT ANESTHESIA WAS MADE:
<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 92502 ear-nose-throat exam with general anesthesia
            2. 90060 visit, intermediate, established patient

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  1. 90060 has been accepted with no change.
            2. 92502 has been accepted with no change.

MCK 000023

35                    5,253,164                . 36

## EXAMPLE 13

### Typical Session with CodeReview

Example of "Q7" Rule

**Computer**
**Prompt**  :  Please enter all CPT-4 procedure codes appearing on the claim,
               or, if a code is absent, look up the code(s) using the CPT-4
               procedure manual or another aid, and enter the code(s).

**User enters:**
               54380

**Computer**
**Response:** 1. 54380 repair penis for epispadias

               If all codes are as you intended, press Return.
               If one or more codes were not intended, press Escape to
               re-start this session, and enter all intended code(s).

**User enters [presses one key]:**
               Return

**Computer**
**Response:** Enter the patient's age.
                         AGE CHOICES:
               Patient's age is 17 or younger
               Patient's age is 18 or older

**User enters [after moving cursor to the correct line]:**
               Return

**PATH ONE: IF THE AGE IS 18 OR OLDER:**
**Computer**
**Response:**
          ?? 1. 54380 repair penis for epispadias

               To know the reason for the question(s), press Return.
               Otherwise, press Escape.

**User enters [presses one key]:**
               Return

**Computer**
**Response:** Before accepting code 54380:
               HAVE: the operative report reviewed
               BY:   a physician
               WHY:  What was really done, and was this really epispadias?
                     In a non-pediatric patient, the procedure is usually
                     for hypospadias.

**PATH TWO: IF THE AGE IS 17 OR YOUNGER:**
**Computer**
**Response:**
               1. 54380 repair penis for epispadias

MCK 000024

5,253,164

37                                                                          38

To know the reason for the question(s), press Return.
Otherwise, press Escape.

Underline: User enters [presses one key]:
        Return

Underline: Computer
Response: 1. 54380 has been accepted with no change.

EXAMPLE 14
25

## Typical Session with CodeReview

### Example of "Q8" Rule

Computer
Prompt : Please enter all CPT-4 procedure codes appearing on the claim,
        or, if a code is absent, look up the code(s) using the CPT-4
        procedure manual or another aid, and enter the code(s).

User enters:
        64782

Computer
Response: 1. 64782 remove neuroma, hand or foot nerve

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the provider's specialty as it appears on the claim:
                PROVIDER SPECIALTY CHOICES:
        Podiatrist, DPM, foot doctor, foot group
        Specialty other than podiatrist/DPM/foot doctor/foot group
        No provider specialty is listed on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PROVIDER IS A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
        1. 28080 remove Morton's neuroma, foot

        To know the reason for the change(s), press Return.
        Otherwise, press Escape.

User enters [presses one key]:
        Return

MCK 000025

5,253,164

· 39                                                              40

Computer
Response:
Computer
Response:   A neuroma excision performed by a podiatrist is
overwhelmingly likely to be a Morton's neurectomy, even if
not coded as such. Therefore, code 64782 has been replaced
by 28080.


PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response:   Assign the following code(s) for payment:
1. 64782 remove neuroma, hand or foot nerve

            To know the reason for the change(s), press Return.
Otherwise, press Escape.


User enters [presses one key]:
Return


Computer
Response:   1. 64782 has been accepted with no change.


                      *EXAMPLE 15*
                       - 37 -


          Typical Session with CodeReview
Example of "08" Rule


Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).


User enters:
58605


Computer
Response:   1. 58605 division of fallopian tube (postpartum during
                  same hospitalization)

            If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).


User enters [presses one key]:
Return


Computer
Response:   Assign the following code(s) for payment:
1. 58600 division of fallopian tube

            To know the reason for the change(s), press Return.
Otherwise, press Escape.


User enters [presses one key]:
Return

MCK 000026

5,253,164

41                                              42

Computer
Response:  Code 58600 is used if fallopian tube ligation/transection
           was the only procedure performed during an admission.


EXAMPLE 16


                    Typical Session with CodeReview
Example of "L1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           43830
           43840

Computer
Response:  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
       ??  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 43830 Limit payment of 43830 to $150, because it appears
              with 43840.
           2. 43840 has been accepted with no change.


                    EXAMPLE 17
                       - 6 -


                    Typical Session with CodeReview
Example of "EP" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).


MCK 000027

5,253,164

43                                                44

<u>User enters:</u>
      93005
      93010

<u>Computer</u>
<u>Response:</u>  1. 93005 electrocardiogram, tracing only
          2. 93010 electrocardiogram, interpretation & report only

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
      Return

<u>Computer</u>
<u>Response:</u>  Enter the place of service.
                  PLACE OF SERVICE CHOICES:
          Inpatient Hospital
          Outpatient Hosp./Emergency Dept./Surg. Center
          Office
          Place of service other than those listed above
          Place of service is not provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
      Return

PATH ONE: IF PLACE OF SERVICE IS <u>INPATIENT</u>:
<u>Computer</u>
<u>Response:</u>  Assign the following code(s) for payment:
          1. 93010 electrocardiogram, interpretation & report only

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

<u>User enters</u> [presses one key]:
      Return

<u>Computer</u>
<u>Response:</u>  1. 93005 is excluded: because the hospital generally
              provides equipment and performs the service.
          2. 93010 has been accepted with no change.

2. PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
<u>Computer</u>
<u>Response:</u>  Assign the following code(s) for payment:
          1. 93000 electrocardiogram, complete

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

<u>User enters</u> [presses one key]:
      Return

<u>Computer</u>
<u>Response:</u>  1. In combination, codes 93005 and 93010 justify
              replacement by code 93000.

MCK 000028

5,253,164

45                                                46

*EXAMPLE 18*

– 8 –

<u>Typical Session with CodeReview</u>

<u>Example of "EA" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

<u>User enters:</u>
            93503
            93501

<u>Computer</u>
<u>Response</u>:  1. 93503 right heart cath; Swan-Ganz catheter
            2. 93501 right heart catheterization; only

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  Enter the age of the patient.
                     AGE CHOICES:
            Age 20 or younger
            Age 21 or older

<u>User enters</u> [after moving cursor to the correct line]:
            Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 93503 right heart cath; Swan-Ganz catheter

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  1. 93503 has been accepted with no change.
            2. 93501 is excluded; because, in this age group, the two
               procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 93503 right heart cath; Swan-Ganz catheter
            2. 93501 right heart catheterization; only

MCK 000029

47                          48

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
Return

<u>Computer
Response</u>:  1. 93503 has been accepted with no change.
              2. 93501 has been accepted with no change.

## APPENDIX B

### RULES DESCRIPTIONS

PART I.

<u>Rules Applied to Multiple Codes</u>: Contained in INTERACT.dbf

RULE                  DESCRIPTION

<u>Replace ACODE with DCODE</u>

R1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  delete ACODE, keep <u>BCODE to CCODE</u>, and add
                  DCODE.

          <u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
          order) with ECODE</u>

R2        If ACODE appears with BCODE,
                  delete ACODE and BCODE and add CCODE.

R3        If ACODE appears with BCODE and CCODE,
                  delete ACODE, BCODE, and CCODE, and add
                  DCODE.

R4        If ACODE appears with BCODE, CCODE, and DCODE,
                  delete ACODE, BCODE, CCODE, and DCODE, and
                  add ECODE.

          <u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude BCODE to CCODE, and keep ACODE.

          <u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude ACODE, and keep BCODE to CCODE.

MCK 000030

5,253,164

49                                    50

<u>Limit ACODE payment</u>

L1          If ACODE appears with another code in the range of
             (and including) <u>BCODE to CCODE</u>,
                 limit the payment of ACODE to DCODE.

EP          If ACODE appears with another code in the range of
             (and including) <u>BCODE to CCODE</u>, and in POS is ECODE,
                 then exclude ACODE and keep BCODE to CCODE.

EA          If ACODE appears with BCODE and if AGE is between
             <u>CCODE to DCODE</u>,
                 then exclude ACODE and keep BCODE.

<u>Query for More Info because of Multiple Codes</u>

QM         If ACODE appears with another code in the range of
             <u>BCODE to DCODE</u>, there is a question about this
             combination of codes.

QS          If ACODE appears with another code in the range of
             <u>BCODE to CCODE</u>, then there is a question about ACODE.

QB          If ACODE appears with another code in the range of
             <u>BCODE to CCODE</u>, then there is a question about the
             code in the BCODE to CCODE range.

           IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.

PART II.

<u>Rules applied to each code individually</u>: Contained in
BYITSELF.dbf

RULE           DESCRIPTION

Q1        If CODE survives rules applied to multiple codes or
         CODE is only one submitted on the claim,
             then <u>always</u> request more information ("by
             report") as specified in MESSAGE.

Q2        If CODE survives rules applied to multiple codes or
         CODE is only one submitted on the form and more than
         one of the following fields have entries that match
         the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
         to ENDAGE, DX.
             then request more information as specified in
             MESSAGE.

Q3        If CODE survives rules applied to multiple codes or
         CODE is only one submitted on the form and the charge
         on the claim is greater than DOLLALIM,
             then request more.information as specified in
             MESSAGE.

MCK 000031

5,253,164

51                                              52

Q4    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the charge
      on the claim is greater than the fee screen for
      CODELIM,
              then request more information as specified in
              MESSAGE.

Q5    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the place
      of service is POS,
              then request more information as specified in
              MESSAGE.
      In addition, if CODELIM = 0 and the place of service
      is POS,
              replace the code in question with CODELIM and
              the reason is flagged by MESSAGETYPE.

Q6    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and there is no
      evidence of anesthetic as specified in ANESTHESIA,
              then request more information as specified in
              MESSAGE.

Q7    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the
      patient's age is between BEGAGE and ENDAGE,
              then request more information as specified in
              MESSAGE.

Q8    If CODE survives rules applied to multiple codes or
      CODE is only one submitted on the form and the
      diagnosis is DX,
              then request more information as specified in
              MESSAGE.
      In addition, if CODELIM = 0 and the DX, or ICD9CODE
      (or provider) is true,
              then replace the code in question with
              CODELIM, and the reason is flagged by
              MESSAGETYPE.

Q9    If CODE survives the rules applied to multiple codes
      or CODE is only one submitted on the form,
              then replace ACODE with CODELIM, and the
              reason is flagged by MESSAGETYPE.

APPENDIX C

ALLCODE:
      Allcode is the file which contains every code, as well as
information which pertains to certain codes code.

      CODE = presented code (all codes represented)

      TITLE4 = description of code from CPT-4 tape

      RVU = rvu of code (relative value unit)

      AST = indicate if a global procedure (all inclusive)

MCK 000032

5,253,164

BEST AVAILABLE COPY

53                                                54

SUPERSEDE:

    CODE = presented code which is to be superseded

    SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:

    ACODE = contains CPT-4 codes                    all rules

    RULE = E1, E2, R1-RN, QM, QS, QB, L1

    BCODE, CODE = contains CPT-4 codes              all rules

    DCODE = cpt4 code                               R1, R3 +

    DCODE = dollar amount                           L1

    ECODE = cpt4 code                               R4 -

    ECODE = messagetype                             all rules
                                                    except R4
                                                    and above


    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed


BYITSELF:

    CODE = code which presents a problem when presented
            either by itself or with other codes

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

    RULE = Q1, Q2,....Q9

    SINGLE = currently indicates, if true, that the code
            needs to be either the sole surviving code, or
            the only code on the claim, in order for the
            rule (in RULE) to be fired. This field is
            currently under revision to become broader in
            scope, ie if the coe is the only surviving
            code do rule A, or if the code is with other
            codes, do rule B.

    MESSAGETYPE = Internally assigned "code" which will
            match a type in MESSAGE.dbf, which
            contains English language messages for the
            CodeReview user.

    DOLLARLIM = a limit which if exceeded leads user to    Q3
            more information, else accept code

    POS = place of service                                 Q5

    ANESTHESIA = contains a type of anethesia (general)    Q6

    BEGAGE = start of an age range inappropriate for the   Q7
            procedure

    ENDAGE = end of the age range inappropriate for the    Q7
            procedure

    DX = diagnosis(es) inappropriate for the procedure     Q8

    ICD9CODE = ICD-9-CM diagnosis code inappropriate for   Q8
            the procedure

    CODELIM = code which the charge for CODE will be        Q4
            compared to (greater than, less than)


MCK 000033

55                    5,253,164                    56

CODELIM = code which will replace code if

    1) if the POS is inappropriate            .. QS    -  -

    2) if the DX or ICDPCODE is inappropriate    QS

    3) in all circumstances for 2?             Q9

MESSAGE:

    TYPE = assign code name for message

    ORIGIN = indicates multiple, single or both

    OP = ask for op report?

    PATH = ask for pathology report?

    OFF = ask for office records?

    HOS = ask for hospital progress notes?

    OTHER = ask for another claim?

    REVIEWER = is the type of reviewer the asked-for
           information should be sent to and reviewed
           by (ie nurse, supervisor, physician etc)

    TOLOOKFOR = specified items that the reviewer should
           look for upon receiving the asked-for
           information

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off
```

APPENDIX D

```
PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
     company = company
     COLORM = COLMAIN
     COLORH = COLHELP
     col_look = col_look
     col_say = col_say
     SET COLOR TO &COLORM
     color = .t.
else
     color = .f.
ENDIF
select 1
use
clear
```

MCK 000034

57                    5,253,164                    58

BEST AVAILABLE COPY

```
*  SELECT 3                              && opened and closed in entry.prg
*  USE SUPERSED INDEX SUPERSED
*  SELECT 4                              && multiple.prg, action
*  USE INTERACT INDEX INTERACT
** SELECT 5
** USE BYITSELF INDEX BYITSELF          && rules.prg
*  SELECT 6
** USE MESSAGE INDEX MESSAGE            && rules.prg
** select 10                            && recomm.prg
** use  new
*  memory variables

header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col) -5
g_col = 8
if clipper
helpline1 = ;
'Modify Code        Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
'F1-Help           '                   '* enter + 'Recommendations              Esc-Exit'
helpline8 = ;
                                        <Ent. claim number in space prov .ed>
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(18) + dtoc(date())
helpline5 = ;
 - Make Selection                       Esc-Return'
helpline6 = ;
 - Make Selection                       Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]   P - Process   A - Add   B - Modify Code  R - Restart    Q - Quit'
helpline3 =;
'CHOICE: [ ]      X - Explain Recommendations      N - New Session      Q - Quit'
helpline4 = ;
'CHOICE: [ ]                 N - New Session                            Q - Quit'
endif
helpline2 = ;
        CodeReview is processing input codes ... please stand by
header1=company + space(10)+'CodeReview' + space(8) + '(C) Copyright HPR Inc. 1982'
*header8=company + space(18)+'CodeReview'+space(8) + 'Claim #: '+xclaim_no
helpline7 = ;
                        ESC - Exit Help

choice = 'p'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
  * USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

Enter .            provided

MCK 000035

```
            return
        endif
    endif
    if one_date .or. .not. get_date
        select process
        temp_date=code date
        if code count > 1
            DO MULTIPLE.prg        && exclude, replacement, QM rules
        endif
        DO RULES.PRG
    else
        select process
        go top
        temp date=code date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        count to code count
                           -   _-eof( ) ...
            go top
            do while .not. eof.) .and. code_date=temp_date
                if code count > 1
                    DO MULTIPLE.prg        && exclude, replacement, QM rules
                endif
                DO RULES.PRG
                select process
                set filter to code_date=temp_date
                go bott
                set filter to
                skip
                if eof()
                    exit
                endif
                temp_date=code date
                set filter to endstatus $ 'AP' .and. code_date=temp_date
                go top
                count to code_count
                go top
            enddo
        endif
        do recomm
        if clipper
            loop
        else
            if choice = 'N'
                loop
            endif
        endif
        exit
    enddo
    CLOSE DATABASES



    * ENTRY.PRG
    ** PAINT SCREEN

    select 3
    use supersed index supersed
    SET PROCEDURE TO PROCS1
    header= header1
    sup date=ctod(' / / ')
    IF CLIPPER
        do setkey with .t.
    endif
    esc = .f.
    store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
    help field = 1
    dnkey = .f.
    upkey = .f.
    mode =. 0
    see = .f.
    store ' ' to scrn1,scrn2,scrn3
    xcode date = ctod(' / / ')
    get date = .t.
    set date american
```

MCK 000036

5,253,164

BEST AVAILABLE COPY

61                                               62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number: '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(8) + 'Claim #: '+xclaim_no
**@1,1 get header8

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 5
counter = 1
done = .f.
get_charge = .t.
add = .t.


SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
    store .f. to upkey,dnkey
    @ row,s_col say str(counter,2) + '.'
    DO GETCODE
    SELECT PROCESS
    if clipper
        if upkey
            row = row - 1
            counter = counter - 1
            skip - 1
            loop
        endif
    endif
    if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
            append blank
            replace begstatus with 'P',endstatus with 'P', session_no ;
                with session
        else
            go save_rec
            skip
        endif
    endif
    row = counter + 5
enddo
do while .t.
    if clipper
        exit
    endif
    SELECT PROCESS
    choice = 'P'
```

MCK 000037

BEST AVAILABLE COPY

63                                  5,253,164                          64

```
SET CONFIRM OFF
@ 23,10 get choice picture '!'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                      .and. val(choice) <= counter))

    ?? chr(7)
    loop
else
    mod_rec = val(choice)
    do case
        case choice = 'A' .or. val(choice) = counter
            IF COUNTER < 8
                done = .f.
                SELECT PROCESS
                append blank
                replace begstatus with 'P',endstatus with 'P'
                row = counter + 5
                @ row,r_col say str(counter,2) + '.'
                do getcode
                if .not. done.               && code was added
                    counter = counter + 1 && increment for next time around
                endif
            ENDIF

        case mod_rec > 0 .and. mod_rec < 10
            go mod_rec
            row = mod_rec + 5
                  getcode
            do getcode

        case choice = 'P'
            exit

        case choice = 'RQ'
            exit

        case choice = 'H'
            do help
    endcase
    if choice $ 'RQ'
        return
    endif
    choice = 'P'
    endif
enddo
if .not. esc
    helpline = helpline2
    @ 23,1 get helpline
    clear gets
    select process
    go bott
    if code = 0
        delete
        pack
    endif
**    count to code_count
    set safety off
    select process
    set filter to endstatus = 'S'
    go top
    do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
            xreplace,begstatus with 'S',code_date with sup_date, ;
            endstatus with 'A'
        skip
    enddo
    set filter to
    set date ansi
    index on dtoc(code_date) + str(code,5) to process
    set filter to endstatus $ 'AP'
    count to code_count
    go top
    do while .not. eof()
        tem_date=code_date
```

MCK 000038

5,253,164

BEST AVAILABLE COPY

65                                66

```
         skip
         if code_date <> tem_date
            one_date = .t.
            exit
         endif
      enddo
      select 2
      use process index process
      select 3
      use
   endif
   IF CLIPPER
      do setkey with .f.
   endif

   return


   * PROCS.PRG

   PROCEDURE GETCODE
   *
      tries = 1
      DO WHILE .T.
         SELECT PROCESS
         if code = 0
            xcode = spaca(5)
         else
            xcode = str(code,5)
         endif
         @ row,e_col get xcode picture '99999'
         help_field = 1
         read
         IF ESC
            return
         ENDIF
         if xcode = space(5)
            .@ row,s_col say space(11)
            if upkey
               exit
            endif
            done = .t.
            if counter = 1 .and. clipper
               choice = 'Q'
            else
               choice = 'P'
            endif
            RETURN
         endif
         IF CLIPPER .and. help_on
            LOOP
         ENDIF
         replace code with val(xcode)
         SELECT ALLCODE
         set exact on
         SEEK PROCESS->code
         set exact off
         if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
               select process
               replace endstatus with 'S',replacedby with ;
                      supersed->supercode
            else
               SELECT PROCESS
               if begstatus = 'P' .and. endstatus $ 'IS'
                  replace endstatus with 'P',replacedby with 0
               endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
         else
            if tries = 1
               ?? chr(7)
               mess = 'INVALID CODE !!'
               @ row,d_col say substr(mess + space(10),1,28)
               tries = 2
               loop
```

**MCK 000039**

67                    5,225,104                    68

```
                      else
                         @ row,e_col say PROCESS->code picture '99999'
                         @ row,d_col say 'Invalid code will be ignored'
                         SELECT PROCESS
                         replace
                      +* see-endstatus with 'I'
                      endif
                   endif
SELECT PROCESS
if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
   @ row,c_col get xcode_date
   help_field = 2
   read
   if esc
      return
   endif
   if year(xcode_date) = 0 .and. counter = 1
      get_date = .f.
      @ row,c_col say space(8)
      @ 3,c_col say space(5)
      @ 4,c_col say space(5)
   else
      @ row,c_col say dtoc(xcode_date)
   endif
   replace code_date with xcode_date
endif
if counter = 1
   @ row,m_col-1 say '$'
*************  CHECK FOR DUPES
else
   save_recno = recno()
   ycode_date = code_date
   go top
   locate for code=val(xcode) .and. recno()< save_recno ;
      .and. code_date = ycode_date && .and. endstatus <> 'L'
   if .not. eof()
      go save_recno
      replace endstatus with 'L'
   else
      go save_recno
   endif
endif
if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
   .and. .not. done
   @ row,m_col get claim_amt picture '99999'
   help_field = 3
   read
   if esc
      return
   endif
   @ row,m_col say claim_amt picture '99999'
endif
if counter = 1
   if claim_amt = 0
      get_charge = .f.
      @ row,m_col - 2 say space(8)
      @ 3,m_col-1 say space(7)
      @ 4,m_col-1 say space(7)
   endif
endif
exit
enddo
RETURN

PROCEDURE HELP

=
RETURN
do setkey with .f.
IF CLIPPER
   SAVE SCREEN
   HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

**MCK 000040**

BEST AVAILABLE COPY

69                          5,253,164                          70

```
store SPACE(6) to help1,help2,help3,help4
if color
     SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
     case help_field = 1
          mess ='Enter the CPT-4 code as it appears on the claim form. ';
        + 'If you are unsure of the code, press <F2> to do a lookup by the ';
        + 'index of the CPT-4 Manual'

          .do format1 with mess,14,15,63
     case help_field = 2
          mess = 'Enter the date as it appears on the claim form. This is ';
        + 'optional'

          do format1 with mess,14,15,63

     case help_field = 3
          mess = 'Enter the dollar amount of the claim '
          do format1 with mess,14,15,63

     case choice = 'H'
help1 = '     "P" -- Process; all codes have been correctly input'
help2 = '     "A" -- Add another code'
help3 = '     "E" -- Enter line number to edit code already input'
help4 = '     "Q" -- Quit session'
     case code = 0
help1 = '            CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

     case begstatus = 'P' .and. endstatus = 'P'
help1 = '            CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '        CPT-4 code has been successfully entered'
help4 = '        Both begstatus and endstatus are "P"'

     case endstatus = 'I'
help1 = '                INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

     case begstatus = 'S' .and. endstatus = 'A'
help1 = '                SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'

endcase

@ 17,8 say help1
@ 18,3 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
     SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
     do while inkey() <> 27
     enddo
     RESTORE SCREEN
     do setkey with .t.
ELSE
     @ 16,5 clear to 21,73
     helpline = save_help
     @ 23,1 get helpline
     clear gets
ENDIF
return


PROCEDURE SETKEY
*
```

MCK 000041

```
parameter setflag
if setflag
    set key -4 to HIT_KEY
    set key -1 to HIT_KEY
    set key 5 to  upkey
    set key 27 to HIT_KEY
    set key 24 to dnkey
else
    set key -9 to        && F10
    set key -8 to
    set key -7 to        && F8
    set key -6 to
    set key -5 to
    set key -4 to        && F5
    set key -3 to
    set key -2 to
    set key -1 to        && F2
    set key 1 to         && home
    set key 3 to         && pagedn
    set key 4 to         && right
    set key 5 to         && upkey
    set key 6 to         && end
    set key 18 to        && pageup
    set key 19 to        && left
    set key 24 to        && downkey
    set key 27 to        && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
    CASE LASTKEY() = 27
        CLEAR GETS
        DONE =.T.
        SELECT PROSPECT
        GO BOTT
        IF RECNO() = ? .OR. EOF()
            CHOICE = 'Q'
        ELSE
            CHOICE = 'R'
        ENDIF
        ESC = .T.
        RETURN

    CASE LASTKEY() = -1
                    with f,
        do setkey with .f.
        DO LOOKUP.prg
        do setkey with .t.

    CASE LASTKEY() = -4
        CLEAR GETS
        DONE = .T.
        CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
    keyboard chr(13)
    UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
    keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

MCK 000042

5,253,164

73                                                    74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**   DO samecode
**   if code_cnt > 1
     DO exclude               && Checks exclusion rules
     .select process
**      set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        code_cnt = 0
        count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
        if code_cnt > 1
           DO replace              && Checks replacement rules
           count to code_cnt  && for endstatus $ 'AP' .and. code_date=temp_date
           if code_cnt > 1
              do r1s                      && checks r1 rules
           else
**            store .f. to again
              exit
           endif
        else
**         store .f. to again
           exit
        endif
**   else
**   store .f. to again
**   exit
**   endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
   DO query
endif
release all
select interact
use

RETURN

-*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

***   --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***     IS USED IN KEEP
***   --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***     FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***   --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***     IN INTERACT
***   --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*
   select process
   set filter to endstatus $ 'AP' .and. code_date=temp_date
   GO TOP
   do while .not. .eof() .and. code_date=temp_date
        NUMCODE = 0
        TEMP = CODE
```

MCK 000043

5,253,164

75                                    76

```
PROC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
  SELECT PROCESS
  GO PROC_REC
  SKIP
  LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
  .if code = temp
    skip
    loop
  endif
  SELECT INTERACT                        && replacements
  GO EXCL_REC
  DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
    IF $CODE <= process->code .AND. process->code <= CCODE
      IF rule = 'E2'
        SELECT PROCESS
        REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
        if interact->ecode<>0
          replace type with interact->ecode
        endif
        .EXIT
      ELSE
        IF rule = 'E1'
          SELECT PROCESS
          temp_code = ccode
          temp_rec = recno()
          GO PROC_REC
          REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
          .if interact->ecode<>interact->ecode
            replace type with interact->ecode
          endif
          go temp_rec
          EXIT
        ENDIF
      ENDIF
    ENDIF
    select interact
    SKIP
  ENDDO
  select process
  skip
ENDDO                                    && Loop 2
  SELECT PROCESS
  GO PROC_REC                            && Moving to next code for evaluation
  SKIP
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

  select interact
  select process
  go top

  DO WHILE .NOT. EOF() .and. code_date=temp_date
    #UMCODE = 0
    TEMP = CODE
    PROC_REC = RECNO()
    SELECT INTERACT
    SEEK str(TEMP,5) + 'R2'
    IF eof()
      SELECT PROCESS
```

MCK 000044

5,253,164

77                                                      78

```
      GO PROC_REC
      skip
      loop
   ENDIF
   REP_REC = RECNO()

   SELECT PROCESS
   IO TCP
   DC WHILE .not. eof() .and. code_date=temp_date
      SELECT INTERACT
      GO REP REC
      DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
         IF BCODE = process->code
            NEW = CCODE
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
               REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            temp_rec = recno()
            temp_code = code
            ses_no = session_no
            GO PROC_REC
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
               REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
            rep_date=code_date
            append blank
            REPLACE SESSION no WITH ses no, CODE WITH NEW;
                              WITH                        code
               BESSTATUS WITH "R", ENDSTATUS WITH "A", des_date with rep_date
               STORE .F.  AGAIN TO AGAIN
            go temp_rec to
            EXIT
         ENDIF
         select interact
         SKIP
      ENDDO
      select process
      skip
   ENDDO
   SELECT PROCESS
   GO PROC_REC
   SKIP
ENDDO
if .not. again
   store .t. to again
else
   store .f. to again
endif
select process
return


PROCEDURE query

*---- checks codes for QM,QS,QS rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'        && looking only at codes which have multiple
                                  && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date        && in process
   temp = code
   proc_rec = recno()
   select interact
   seek str(temp,5) + 'Q'
   if eof()
      select process
      gc proc_rec
      skip
      loop
   endif
   quer_rec = recno()
   select process
   go top
   do while .not. eof() .and. code_date=temp_date      && in process
```

MCK 000045

5,253,164

79                                    80

```
            if code = temp
               skip
               loop
            endif
         done=.t.
         select interact
         go quar_rec
         do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
            if process->code >= bcode .and. process->code <= ccode
               do case

                  case rule='QM'
                     replace process->endstatus with 'M', process->trigger with temp, ;
                        process->rule with rule, process->type with ecode
                                   process
                     temp2 = prc ss->code
                     select proc..s
                     go proc_rec
                     replace endstatus with 'M', trigger with temp2, ;
                        rule with interact->rule, type with interact->ecode
                     done=.t.

                  case rule='QS'
                     temp2=process->code
                     select process
                     go proc_rec
                     replace endstatus with 'Q', trigger with temp2, ;
                        rule with interact->rule, type with interact->ecode
                     done=.t.

                  case rule='QE'
                     replace process->endstatus with 'Q', process->trigger with temp, ;
                        process->rule with rule, process->type with ecode
                     done=.t.

               endcase
               if done
                  exit
               endif
               select interact
               skip
            enddo
            if done
               exit
            endif
            select process
            skip
         enddo
         select process
         go proc_rec
         skip
      enddo
      **select process
      **select interact
      return


      PROCEDURE r1s

      *---- Checks surviving codes for R1 rules and makes proper replacement
      *
      *


      select interact
      **set filter to rule = 'R1'

      select process
      go top

      do while .not. eof() .and. code_date=temp_date     && in process
         temp=code
         proc_rec = recno()
         select interact
         go top
         seek str(temp,5) + 'R1'
```

MCK 000046

5,253,164

81                                                82

```
if eof()
   select process
   go proc_rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1_rec
do while xcode=temp .and. .not. eof() .and. rule='R1'       && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with '1', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with '1';
      endstatus with 'A', code_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
   exit
endif
go proc_rec
skip
enddo
return

PROCEDURE samecode
*
*
* eliminates a code if it appears twice, and should not be accepted twice
*

select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
   xcode=code
   proc_rec=rscno()
   skip
   do while .not. eof() .and. code_date=temp_date
      if code=xcode
         replace endstatus with 'L', trigger with xcode
         exit
      else
         skip
         loop
      endif
   enddo
   go proc_rec
   skip
   if ==#==#==*
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

MCK 000047

5,253,164

83                                                                          84

```
* --- checks rules for payment limit due to code combination
*
*
select 10
use interact index interact
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
GO TOP
do while .not. eof() .and. code_date=temp_date
    NUMCODE = 0
    TEMP = CODE
    PROC_REC = RECNO()
    SELECT INTERACT
    SEEK str(TEMP,5) + 'L'
    IF .NOT. FOUND()
        SELECT PROCESS
        JO PROC_REC
        SKIP
        LOOP
    ENDIF
    lim_rec = RECNO()

    select process
    go top
    do while .not. eof() .and. code_date=temp_date    && in process
        if code = temp
            skip
            loop
        endif
        SELECT interact
        GC lim_rec
        DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
            IF BCODE <= process->code .AND. process->code <= CCODE
                SELECT PROCESS
                temp1=code
                temp_rec= recno()
                go proc_rec
                REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                    pay with interact->dcode
                go temp_rec
                EXIT
            ENDIF
            select interact
            SKIP
        ENDDO                                   && in interact
        select process
        skip
    ENDDO                                       && Loop 2, in process
    SELECT PROCESS
    GO PROC_REC                                 && Moving to next code for evaluation
    SKIP
enddo
SELECT INTERACT
use

**SET FILTER TO
RETURN


* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_ags = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16
select process                                 && check this with multiple codes !!
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
    begstatus <> 'R'
go top
```

MCK 000048

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
  xcode = code
  xreview = ' '
  xsource = ' '
  failed = .f.
  note = .f.
  select byitself
  seek xcode
  if eof()
      SELECT PROCESS
      SKIP
      LOOP
  endif
  IF SINGLE
    IF CODE_CNT > 1
        select process
        skip
        LOOP
    ENDIF
  ENDIF
  rulecheck = byitself->rule
    do case
      case rulecheck = 'Q1'
        select process
        replace endstatus with 'Q', rule with 'Q1',type with ;
                byitself->messagetype

**    case rule = 'Q2'

      case rulecheck = 'Q3'
        dlim = '$'+ltrim(str(dollarlim,6))
....  dline1 = substr('Under '+ dlim + space(25),1,29)
        dline2 = substr(dlim + ' or more' + space(25),1,29)
        dline3 = 'No charge is listed for ' + str(xcode,5)
        do ctext with xcode
        if need_clear
            do bott_clr
        encif
        do dollars
                             G.N2=
***       if prompt_er  \'1' ....
                           4
      case rulecheck = 'Q4'
        do ctext with xcode
        xmess = cmess
        do ctext with BYITSELF->codelim
        if need_clear
            do bott_clr
        endif
        do codelim

      case rulecheck = 'Q5'
        if process->begstatus = 'P'
            do ctext with xcode
        else
            cmess = 'the claim'
        endif
        if need_clear
            do bott_clr
        endif
        do pos

      case rulecheck = 'Q6'
        do ctext with xcode
        if need_clear
            do bott_clr
        endif
        do anesth

      case rulecheck = 'Q7'
        if need_clear
            do bott_clr
        endif
        do age
```

MCK 000049

BEST AVAILABLE COPY

5,253,164

87                                                            88

```
case rulecheck = 'Q8'
    if need_clear
        do bott_clr
    endif
    do diagnosis

case rulecheck = "Q9"
    if need_clear
        do bott_clr
    endif
    select process
    replace endstatus with 'D', rule with 'Q8', type with byitself->messagetype ;
        replaceby with byitself->codelim
    append blank
    replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
        type with byitself->messagetype


    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to ccds_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
*  AGE
*  ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1, box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clippar
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 8, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

MCK 000050

···· SAMPLE COPY

5,253,164

89                                                                 90

```
if clipper
     @ box_row + 2, box_col + 4 prompt dline1
     @ box_row + 3, box_col + 4 prompt dline2
     @ box_row + 4, box_col + 4 prompt dline3
     @ box_row + 5, box_col + 4 prompt dline4
else
     @ box_row + 2, box_col + 3 say '1. ' + dline1
     @ box_row + 3, box_col + 3 say '2. ' + dline2
     @ box_row + 4, box_col + 3 say '3. ' + dline3
     @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BGX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+5)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-5))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
     row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
#NDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation '

     do while str_size > max_size
          counter = 0
          do while .t.
               if substr(string,max_size-counter+1,1) = ' '
                    exit
               else
                    counter = counter + 1
               endif
          enddo
          @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
          cur_row = cur_row + 1
          str_size = str_size - max_size + counter - 1
          string = substr(string,max_size - counter + 2,str_size)
     enddo

     @ cur_row,col_beg+6 say string
     @ row_beg + 1, col_beg say dline1
     @ row_beg + 2, col_beg say dline2
     @ row_beg + 3, col_beg say dline3
     @ row_beg + 4, col_beg say dline4
     @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 28
@ box_row-, box_col + 11 say ' CODE CHARGE '
if clipper
     @ box_row + 2, box_col + 4 prompt dline1
     @ box_row + 3, box_col + 4 prompt dline2
     @ box_row + 4, box_col + 4 prompt dline3
else
     @ box_row + 2, box_col + 3 say '1. ' + dline1
     @ box_row + 3, box_col + 3 say '2. ' + dline2
     @ box_row + 4, box_col + 3 say '3. ' + dline3.
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

MCK 000051

5,253,164

91                                                  92

```
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 28 say ' CHARGE COMPARISON '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. '+ dline1
    @ box_row + 3, box_col + 3 prompt '2. '+ dline2
    @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
    @ box_row + 2, box_col + 3 say '1. '+ dline1
    @ box_row + 3, box_col + 3 say '2. '+ dline2
    @ box_row + 4, box_col + 3 say '3. '+ dline3
endif
return


PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=18
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s): '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DRM, or foot doctor/group'
dline4 = 'None of the above
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        if .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagtype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagtype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return


PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 18
prompt_col = 6
promptline = 'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

MCK 000052

5,253,164    AVAILABLE COPY

93                                          94

```
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
    read
    If .not. prompt_ans $ '12345'
        mess = 'ENTER 1,2,3,4 or 5'
        DO MESSAGE.PRG
        loop
    endif
    endif
    exit
enddo
select process
do case
    case prompt_ans = '1'
        replace POS with 'INP'
    case prompt_ans = '2'
        replace POS with 'OUT'
    case prompt_ans = '3'
        replace POS with 'OFF'
    case prompt_ans = '4'
        replace POS with 'OTH'
    case prompt_ans = '5'
        replace POS with 'NUL'
endcase

do case
    case byitself->pos = 'OFF'
        if prompt_ans $ '345'
            failed = .t.
        endif

    case byitself->pos = 'INP'
        if prompt_ans $ '145'
            failed = .t.
        endif

    case byitself->pos = 'OUT'
        if prompt_ans $ '245'
            failed = .t.
        endif

    case byitself->pos = 'NIP'
        if prompt_ans $ '2345'
            failed = .t.
        endif
endcase
if failed
    if byitself->codelim = 0
        select process
        replace endstatus with 'Q',rule with 'G5',type with ;
            byitself->messagetype
    else
        select process
        replace endstatus with 'G',rule with 'G5',replacedby with ;
            byitself->codelim,type with byitself->messagetype
        tem_date=code_date
        append blank
        replace code with byitself->codelim,begstatus with 'O',endstatus ;
            with 'A',type with byitself->messagetype, code_date with tem_date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
    endif
endif
return

PROCEDURE DOLLARS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
    + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do dol_box with prompt_row,21
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
```

**MCK 000053**

95                                    96

```
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            If .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->messagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = '0'
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline =  'Please compare the charge on the claim for procedure ';
              + xmess + ' with the payment limit for procedure ';
              + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
         + 'for ' + str(byitself->codelim,5) + space(6)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
         +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,4
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->messagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
      "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,60 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod('  /  /  ')
        @ prompt_row + 2,29 get dob
        read
```

MCK 000054

······AILABLE COPY

```
         if dob = ctod('  /  /  ')
             @ prompt_row + 2,29 say space(8)
             @ prompt_row + 2,44 get age
             read
             if age = ' '
                 @ prompt_row + 2,44 say space(3)
                 loop
             endif
         endif
     exit
   enddo
   if age <> ' '
       new_age = val(age)
   else
       new_age = int((date()-dob)/3E5)
   endif
 endif
 if new_age >= byitself->begage .and. new_age <= byitself->endage
     failed = .t.
     select process
     replace endstatus with 'Q',rule with 'Q7',type with byitself->messagetype
 endif
 set date ansi
 return

 PROCEDURE ANESTH
 *
 do helpline
 need_clear = .t.
 prompt_row = 16
 prompt_col = 8
 promptline = 'For the procedure '.+ cmess + ',is there a claim (from a ';
     + 'surgeon, an anesthesiologist, or a facility) that documents ';
     + 'the use of regional or general anesthesia ? (Y/N) '
 do formatz_prg with promptline,prompt_row,prompt_col,72
 do while .t.
     prompt_ans = ' '
     @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
     read
     If .not. prompt_ans $ 'YN'
         ?? chr(7)
         loop
     endif
     exit
 enddo
 if prompt_ans = 'N'
     failed = .t.
     select process
     replace endstatus with 'Q',rule with 'Q5',type with byitself->messagetype
 endif
 return

 procedure ctext
 *.
 Parameter zcode
 select allcode
 seek zcode
 cmess = str(zcode,5) + ' (' + trim(title4) + ')'
 return

 procedure review
 *
 parameter abbrev
 do case
     case abbrev = 'RN'
         xreview = 'a nurse or surgical technician'
     case abbrev = 'MD'
         xreview = 'a physician'
     case abbrev = 'SP'
         xreview = 'a supervisor'
     case abbrev = 'AD'
         xreview = 'an adjuster'
     case abbrev = 'CL'
         store .t. to note
 endcase
 return


 procedure source
 *
```

MCK 000055

99                                       5,253,164                    100

```
* NOTE: messags.dbf is selected
do case
     case op
          xsource = 'the operative report reviewed'
     case path
          xsource = 'the pathology report reviewed'
     case off
          xsource = 'the office records reviewed'
     case hos
          . xsource = 'the hospital progress report reviewed'
     case other
          xsource = 'other related claim(s) reviewed'
     otherwise
          xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
# 1.1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
If CLIPPER
     FESTORE SCREEN from rule_scrn
else
     @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return

*****recomm.prg
******CREATE NEW.DBF
select 6
use message index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQNU'            && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE      && TO GET TITLES
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
     SORT TO NEW ON RVU/D
else
     copy to new
endif                        && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID: This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED: This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED: This code has been accepted with no change.'
rep_mess= 'REPLACED: In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED: This code is a part of '
o_mess = 'QUESTIONABLE: Press <F7> for further information.'
query_mess= 'QUESTIONABLE: This combination is unlikely. Press <F7> for further ';
     + space(5) + chr(179) + space(21)+ 'information.'
lap_mess= 'EXCLUDED: This procedure is incidental to the accepted code(s).'
o_mess =    'REPLACED: This code has been replaced by the code below. Press <F7>';
     'space(5) + chr(179) + space (21) 'for further information.'
r_mess = 'REPLACED: This code has been replaced by the code below.'
```

MCK 000056

5,253,104

```
lys_mess='EXCLUDED: This procedure is incidental to the accepted code(s), but';
+space (20)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED: When performed with another abdominal procedure,       ';
  +'                        appendectomy is virtually always incidental.'
an_mess='EXCLUDED: 84450 is inappropriate to use for local anesthesia.'
l_mess='EXCLUDED: because this code can not be accepted twice.'
lTm_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
          clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
          clear_row7,clear_row8
clear_cnt = 0
choice = '!'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline2
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
==    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QN'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col say str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title
    if code_date <> ctod(' / / ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>' OR
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col  say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
```

MCK 000057

5,253,104

```
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
    clear_cnt = 0
    @ 23,1 get helpline
    clear gets
    if clipper
        if repeat
            moreinfo = .f.
            first_time = .t.
            repeat = .f.
            restore screen from rec_scrn1
        endif
        temp = ' '
        keyboard chr(12)
        do while .t.
            keyboard chr(12)
            @ 23,78 get temp
            read
            do case
            case lastkey() = 27
                done = .t.
                exit

            case lastkey() = 13
                if moreinfo
                    restore screen from rec_scrn2
                    moreinfo = .f.
                    set key -8 to moreinfo
                endif
                EXIT

            endcase
        enddo
        keyboard chr(12)
    else
        choice = 'X'
        do while .t.
            SET CONFIRM OFF
            @ 23,10 get choice picture '!'
            read
            SET CONFIRM ON
            if .not. choice $ 'XNQ'
                ?? chr(7)
                loop
            else
                exit
            endif
        enddo
        if choice $ 'NQ'
            done = .t.
        endif
    endif
    if done
        exit
    endif
*=====

*@ 15,s_col to 15,s_col + 13

    @ 14,s_col say ' '
    @ 15,s_col say ' '
    select process
    if .not. first_time
        @ row,s_col - 5 clear to outrow,s_col + r   && moved from below
        @ mess_row,6 clear to mess_row+1,78         && moved from below
        @ row,s_col say str(row-5,2) + '. ' + str(code,5)
        select new
        @ outrow,s col say str(recno(),2) + '. _' + str(code,5)
                              _____
                               'MQ'
        if endstatus $ 'P'
            @outrow,s_co. 4 say '??'
            if '.' $ new2
```

MCK 000058

```
                outrow = new2_row            && for clearing arrows
                @ outrow,s_col-6 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
             endif
          endif
**      @ row,s_col - 6 clear to outrow,s_col - 1
**      @ mess_row,6 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '!'
        do while clear_rec&K <> 0
           go clear_rec&K
           @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
           clear_rec&K = 0
           counter = counter + 1
           K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
           repeat = .t.
           row = 6
           go top
           loop
        else
           row = row + 1
        endif
        do while skipover
           skip
           if eof()
              repeat = .t.
              row = 6
              go top
           else
              row = row + 1
           endif
        enddo
        if repeat
           loop
        endif
     else
        first_time = .f.
        if xcount = 1
           repeat = .t.
           loop
        endif
     endif
     temp1 = str(row-5,2) + '.  ' + str(code,5)
     do case
        case endstatus = 'I'
           @ row,s_col get temp1
           do first_in with row
           if row+1 = mess_row -1
              @ row+1,l_col say chr(179)
           else
              @ row+1,l_col to mess_row-1,l_col
           endif
           do mid_out with mess_row
           @ mess_row,g_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
           SELECT NEW
           locate for c_no = PROCESS->code
           outrow = 17 + recno() - 1
           temp2 = str(recno(),2) + '.  ' + str(code,5)
           @ row,s_col get temp1
           clear gets
           do first_in with row
           @ row+1,l_col to outrow-1,l_col
           do last_out with outrow
           @ outrow,s_col get temp2
           clear gets
           if endstatus = 'P'
              @ mess_row,g_col say acc_mess
           else
              if endstatus = 'U'
                 @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+ ;
                   ', since it appears with '+ str(trigger,5) + '.'
```

MCK 000059

```
        endif
      endif

case begstatus = 'P' .and. endstatus $ '1S00'
   SELECT NEW
   locate for code = PROCESS->replacedby
   xtrow = type
   outrow = 17 + recno() - 1
   temp2 = str(recno(),2) + '. ' + str(code,5)
   @ row,s_col get temp1
   clear gets
   do first_in with row
   @ row+1,l_col to outrow-1,l_col
   do last_out with outrow
   @ outrow,s_col get temp2
   clear gets
   do case

       case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
            mess = sup_mess
            @ mess_row,g_col say mess

       case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype = 0
            mess = r_mess
            @ mess_row,g_col say mess

       case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype<>0
            select message
            seek xtype
            @ mess_row,g_col say 'REPLACED: '+ TRIM(tolookfor)
            @ row+T,l_col to outrow-1,l_col

       otherwise
            do moreinfo

   endcase

case begstatus = 'P' .and. endstatus = 'R'
   SELECT NEW
   locate for code = PROCESS->replacedby
   outrow = 17 + recno() - 1
   temp2 = str(recno(),2) + '. ' + str(code,5)
   @ row,s_col get temp1
   if process->type <> 0
      box = .t.
      xtype = process->type
   endif
   clear gets
   do first_in with row
   SELECT PROCESS
   cur_rec = recno()
   cur_row = row
   match = replacedby
   skip
   cur_row = row + 1
   do while .not. eof()
        if replacedby = match
            temp3=str(cur_row-5,2) + '. ' + str(code,5)
            clear_cnt = clear_cnt + 1
            K = str(clear_cnt,1)
            clear_row&K = cur_row
            clear_rec&K = recno()
            @ cur_row,s_col get temp3
            replace skipover with .t.
            clear gets
            do mid_in with cur_row
        else
            @ cur_row,l_col say chr(179)
        endif
        skip
        cur_row = cur_row + 1
   enddo
   go cur_rec
   if box
        do moreinfo
        @ cur_row,l_col to outrow-1,l_col
```

MCK 000060

109                                          110

```
else
    @ mess_row,g_col say.rep_mess + str(replacedby,5)+'.'
    @ cur_row,l_col to outrow-1,l_col
endif
do last_out with outrow
@ outrow,s_col get temp2
if box
    do moreinfo
endif
box = .f.
clear gets


case begstatus = 'P' .and. endstatus = 'E'
    @ row,s_col get temp1
    do first_in with row
    if row+1 = mess_row -1
        @ row+1,l_col say chr(179)
    else
        @ row+1,l_col to mess_row-1,l_col
    endif
    do mid_out with mess_row
    do case
        case code=44950 .or. code=44955
            @ mess_row,g_col say app_mess

        otherwise
            save_spot = recno()
            xtrigger = trigger
            if type <> 0
                box = .t.
            endif
            xtype = type
            go top
            locate for code = xtrigger
            do case                                     94
                case endstatus = 'E'
                    xtrigger = trigger
                case endstatus = 'R'
                    xtrigger = replacedby
            endcase
            go save_spot
            if box .and. xtype <> 49001
                select message
                seek xtype
                @ mess_row,g_col say 'EXCLUDED:  '+ TRIM(tolookfor)
            else
                if xtype = 49001
                    select message
                    seek xtype
                    @ mess_row,g_col say 'EXCLUDED:  ' +trim(tolookfor) ;
                        + ' ' +str(xtrigger,5)+'.'
                else
                    @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
                endif
            endif
            box = .f.
    endcase


case begstatus = 'P' .and. endstatus = 'M'
    match =.trigger
    SELECT NEW
    locate for (code=PROCESS->code) .or. code = match
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '.  ' + str(code,5)
    @ row, s_col get temp1
    do first_in with row
    SELECT PROCESS
    cur_rec = recno()
    cur_row = row
    match = trigger
    skip
    cur_row = row + 1
    do while .not. eof()
        if code = match
            temp3 = str(cur_row-5,2) + '.  ' +str(code,5)
            clear_cnt = clear_cnt + 1
            K = str(clear_cnt,1)
```

MCK 000061

BEST AVAILABLE COPY

5,253,164

111                                          112

```
            clear_rowX = cur_row
            clear_recX = recno()
            @ cur_row,s_col get temp3
            replace skipover with .t.
            clear gets
            do mid_in with cur_row
         else
            @ cur_row,l_col say chr(179)
         endif
         skip
         cur_row = cur_row + 1
      enddo
      @ cur_row,l_col to outrow-1,l_col
      go cur_rec
      do ques_M1 with outrow
      @ outrow,s_col get temp2
      cur_row = outrow + 1
      clear gets
      select new
      sav_newrec = recno()
      skip
      do while .not. eof()
         if code = match .or. code = process->code
            new2 = str(recno(),2) + '. ' + str(code,5)
            new2_row
            new2    = cur_row
            @ cur_row,s_col get new2
            clear gets
            do ques_out with cur_row
            exit    && limited to 2 codes
         else
            @ cur_row,l_col say chr(179)    && only if > 2 codes
         endif
         skip
         cur_row = cur_row + 1
      enddo
      go sav_newrec
      @ mess_row,g_col say query_mess
      do moreinfo

   case begstatus = 'P' .and. endstatus = 'Q'
      SELECT NEW
      locate for code = PROCESS->code
      outrow = 17 + recno() - 1
      temp2 = str(recno(),2) + '. ' + str(code,5)
      @ row,s_col get temp1
      clear gets
      do first_in with row
      @ row+1,l_col to outrow-1,l_col
      do ques_out with outrow
      @ outrow,s_col get temp2
      clear gets
      @ mess_row,g_col say q_mess
      do moreinfo

   case begstatus='P' .and. endstatus='L'
      @ row,s_col get temp1
      do first_in with row
      if row+1 = mess_row -1
         @ row+1,l_col say chr(179)
      else
         @ row+1,l_col to mess_row-1,l_col
      endif
      do mid_out with mess_row
      @ mess_row,g_col say l_mess

endcase
ENDDO
select 2   && process
use process
**set filter to
*go top
**select 3              && Adding records to HISTROY.dbf
**use history           && to keep a log file
**append from process   && commented out, no need for demo
**celect 3
**use
**select new
```

MCK 000062

```
**use
return

PROCEDURE MOREINFO
*
set key =6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
.save screen to rec_scrn2---.--
select process
xcode = code
do case
    case endstatus = 'Q'

        select message
        seek process->type
        xreviewer = reviewer
        note = .f.

        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting code '+str(xcode,5)+':'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = '  BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case endstatus = 'N'
        select message
        seek process->type
        xreviewer = reviewer
        note = .f.
        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting these codes'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = '  BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
        select message
        seek process->type
        mess = trim(message->tolookfor)
        set color to &colorh
        do format1.prg with mess,-15,24,78
        . set color to &colorm
```

MCK 000063

115                                          116

```
          store .f. to note
          set procedure to llanx l.no

     endcase

     return

     * MESSAGE.PRG
     *
     rmess ='<Enter> '+chr(17)+chr(195)+chr(217)+' to continue '
     rmess= substr(space(17) + rmess + spacs(40),1,82)
     @ 23,1 say space(78)
     @ 23,0 get rmess
     clear gets
     ?? chr(7)
     do while inkey() <> 13
     enddo
     @ 23,1 say space(78)
     @ 23,1 get helpline
     clear gets
     return
     * format2.prg
     parameters string,row_beg,col_beg,col_end

     cur_row = row_beg + 1
     string = trim(string)
     str_size = len(string)
     MAX_SIZE = COL_END - COL_BEG - 1
     box2 = int((max_size - 30)/2)
     rows = int(str_size / (max_size-6)) + 1
     do while str_size > max_size
          counter = 0
          do while .t.
               if substr(string,max_size-counter+1,1) = ' '
                    exit
               else
                    counter = counter + 1
               endif
          enddo
          @ cur_row,col_beg say substr(string,1,max_size - counter)
          cur_row = cur_row + 1
          str_size = str_size - max_size + counter - 1
          string = substr(string,max_size - counter + 2,str_size)
     enddo
     @ cur_row,col_beg say string
     leftover = len(string)
     return
     * format1.prg
     parameters string,row_beg,col_beg,col_end
     title = ' CodeReview Recommendation '
     string = trim(string)
     str_size = len(string)
     MAX_SIZE = COL_END - COL_BEG - 1
     rows = int(str_size / (max_size-6)) + 1
     box2 = int((max_size - 30)/2)
     ** The "max" function forces top of box to row 1 if box is off screen
     IF ROW_BEG < 0
          row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
     ENDIF
     cur_row = row_beg + 1
     @ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
     @ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
     @ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
     @ row_beg-1,col_beg+box2+1 say title
     do while str_size > max_size
          counter = 0
          do while .t.
               if substr(string,max_size-counter+1,1) = ' '
                    exit
               else
                    counter = counter + 1
               endif
          enddo
          @ cur_row,col_beg say substr(string,1,max_size - counter)
          cur_row = cur_row + 1
          str_size = str_size - max_size + counter - 1
          string = substr(string,max_size - counter + 2,str_size)
     enddo
     @ cur_row,col_beg say string
     return
```

MCK 000064

5,253,164

117

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

118

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

MCK 000065

119

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

120

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

* * * * *

MCK 000066

# EXHIBIT 2

REDACTED

# EXHIBIT 3

REDACTED

# EXHIBIT 4

REDACTED

EXHIBIT 5

REDACTED

# EXHIBIT 6

REDACTED

# EXHIBIT 7

REDACTED

# EXHIBIT 8

REDACTED

# EXHIBIT 9

REDACTED

# EXHIBIT 10

REDACTED

# EXHIBIT 11

REDACTED

# EXHIBIT 12

REDACTED

# EXHIBIT 13

T 92654-00006

RECEIVED

OCT 0 2005    DISC

JEFFREY T. THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) | |
| THE TRIZETTO GROUP, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF MCKESSON'S SUPPLEMENTAL RESPONSE TO DEFENDANT
TRIZETTO'S SECOND SET OF INTERROGATORIES (21-22)**

Pursuant to Federal Rule of Civil Procedure 33, plaintiff, McKesson Information

Solutions LLC ("McKesson"), hereby supplements its response as follows to the Second

Set of Interrogatories by defendant, The TriZetto Group, Inc. ("TriZetto").

**GENERAL OBJECTIONS**

McKesson incorporates by reference the General Objections set forth in its

Responses to Defendant TriZetto's First and Second Sets of Interrogatories.

**SUPPLEMENTAL RESPONSES**

**INTERROGATORY NO. 21:**

For each limitation of each asserted claim of the '164 Patent that YOU contend
must be construed in accordance with 35 U.S.C. § 112, ¶ 6, identify the structure in the
specification corresponding to that limitation (by column(s) and line number(s) or
column(s) and identified rule(s) or procedure(s) and all equivalents thereto that YOU
contend existed at the time of the filing of the '164 Patent).

10|3|05 (S)

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 21:**

McKesson incorporates by reference as if fully set forth herein all prior responses to this interrogatory including objections. Subject to and without waiving the foregoing objections, McKesson supplements its response to this interrogatory as follows:

The structures corresponding to the means-plus-function elements of the asserted claims are set forth in McKesson's Supplemental Proposed Claim Terms and Constructions.

**INTERROGATORY NO. 22:**

If YOU contend that the preambles of claims 1, 2, and 16 of the '164 Patent are not limitations of the respective claims, state in detail the basis for YOUR contention.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 22:**

McKesson incorporates by reference as if fully set forth herein all prior responses to this interrogatory including objections. Subject to and without waiving the foregoing objections, McKesson supplements its response to this interrogatory as follows:

McKesson does not contend that the preambles of claims 1, 2 and 16 of the '164 patent are not elements of the respective claims.

DATED: October 3, 2005

By: _____
Jeffery G. Randall
SKADDEN, ARPS, SLATE MEAGHER
& FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

Attorneys for Plaintiff,
McKesson Information Solutions LLC

2

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member admitted *pro hac* to the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 525 University Avenue, Suite 1100, Palo Alto, CA 94301.

On October 3, 2005, I served **PLAINTIFF McKESSON'S SUPPLEMENTAL RESPONSE TO DEFENDANT TRIZETTO'S SECOND SET OF INTERROGATORIES (21-22)** in the manner described below:

> (BY FACSIMILE)  I am personally and readily familiar with the business practice of Skadden, Arps, Slate, Meagher & Flom LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

> and

> (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Skadden, Arps, Slate, Meagher & Flom LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following parties in this action:

Jeffrey Thomas, Esq.
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Facsimile: (949) 475-4670

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Facsimile: (302) 425-3012

Executed on October 3, 2005 in Palo Alto, California.

_____
Yvonne Chen

# EXHIBIT 14

Page 242

```
1                    VOLUME B
2        IN THE UNITED STATES DISTRICT COURT
3        IN AND FOR THE DISTRICT OF DELAWARE
4                    - - -
5   McKESSON INFORMATION SOLUTIONS  :   CIVIL ACTION
    LLC,                           :
6        Plaintiff                 :
7        vs.                       :
8   THE TRIZETTO GROUP, INC.,      :
9        Defendant                 :   NO. 04-01258 (SLR)
10                   - - -
11                   Wilmington, Delaware
                     Tuesday, April 18, 2006
12                   8:30 o'clock, a.m.
13
14  BEFORE: HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
15                   - - -
16  APPEARANCES:
17      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
        BY: MICHAEL BARLOW, ESQ.
18
            -and-
19
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
20      BY: JEFF RANDALL, ESQ.,
            BERNARD SHEK, ESQ. and
21          MICHAEL HENDERSHOT, ESQ.
            (Palo Alto, California)
22
23              Counsel for Plaintiff
24                   Valerie J. Gunning and
                     Leonard A. Dibbs,
25                   Official Court Reporters
```

Page 243

```
1   APPEARANCES (Continued):
2
3       MORRIS, NICHOLS, ARSHT & TUNNELL
        BY: JACK B. BLUMENFELD, ESQ.
4
5           -and-
6
        GIBSON, DUNN & CRUTCHER LLP
7       BY: JEFFREY THOMAS, ESQ. and
            DAVID SEGAL, ESQ.
8           (Irvine, California)
9
            -and-
10
        GIBSON, DUNN & CRUTCHER LLP
11      BY: MICHAEL STITZMAN, ESQ.
            (San Francisco, California)
12
13              Counsel for Defendant
14                   - - -
15
16
17
18
19
20
21
22
23
24
25
```

Page 244

2       PROCEEDINGS

4           (Proceedings convened at 8:30 a.m., and the
5       following occurred without the presence of the jury.)
6           THE COURT: Good morning, counsel.
7           (Counsel respond "Good morning, your Honor.)
8           THE COURT: I guess you can lay out what
9       issues we need to address in what order. I have an idea
10      of what we need to address today, but I will let you be
11      the ringmasters here.
12          Are we all set with depositions? I
13      understand from the e-mail that at least some of these
14      depositions are going to go forward, consistent, I hope,
15      with my guidelines.
16          Mr. Randall?
17          MR. RANDALL: Yes, your Honor. We have --
18      we've gone through the transcripts and we have at least
19      done our best to take out questions that referenced
20      either the patent or the claims in the questions, also
21      any questions that referenced the term predetermined
22      database.
23          We have done our best to remove those and
24      have made our designations and have given them to the
25      other side. With respect to proceeding this morning

Page 245

1       in terms of the witnesses, we'd like to call our expert,
2       Dr. Musen, to the stand. The only issues with respect
3       to his testimony are the submission within the Court's
4       guidelines prior to 48 hours before he took the stand,
5       we sent over screen shots that were previously disclosed
6       to counsel and videos of what are represented by the
7       screen shots. Basically, the screen shots fading into
8       each other.
9           So we provided those. The only objection
10      we got was we're objecting to the extent that you
11      intend to go beyond the scope of his report. It's
12      really just a restatement of the rule that you made
13      very clear to both sides. We don't intend to violate
14      that rule, so we -- they really didn't make any
15      objection to the substance of those documents.
16          And then the other issues that we would
17      like to bring up would be, one, a brief, brief argument
18      regarding Document J issue. And then raise issues with
19      respect to Trizetto's attempts to put witnesses and
20      evidence on during their case. Specifically, Ms.
21      Wukitch, who is here regarding our infringement case.
22      She is an employee of McKesson. She really does not
23      have any information relating to the operation of the
24      products.
25          We've asked them if there's anything that's

Page 370

1  a database.
2  Q.  And in your opinion, does Facets include such
3  capabilities?
4  A.  Yes.
5  Q.  Does Facets include such software and memory?
6  A.  Yes.
7  Q.  Is the same true for the ClaimFacts product?
8  A.  Yes.
9  Q.  And QicLink product?
10 A.  Yes.
11 Q.  Have we seen evidence of that today?
12 A.  Yes.  We've seen the database of the systems and
13 we've seen how the systems operate on the database.
14 Q.  The next phrase in the element is a predetermined
15 database.  Do you have an understanding of what that
16 means in terms of Claim 16?
17 A.  Yes, I do.
18 Q.  What's that?
19 A.  That means a database containing medical service
20 codes and relationships among those codes.  That
21 includes decision rules based on expert clinical medical
22 expertise.
23 Q. .And in your opinion, does Facets include such a
24 database?
25 A.  Yes, it does.

Page 371

1  Q.  Does ClaimFacts?
2  A.  It has the same database.
3  Q.  Does QicLink?
4  A.  Yes.
5  Q.  And does that database include a set of relationships
6  among medical service codes?
7  A.  Yes.
8  Q.  And does it include medical service codes as well?
9  A.  Absolutely.
10 Q.  In your expert opinion, do those relationships –
11 strike that.
12      In your expert opinion, do the relationships
13 satisfy the remaining element of this claim?
14 A.  Yes.
15 Q.  The remaining language of this element?
16      So is it okay for me to check off Facets?
17 A.  Yes.
18 Q.  Facets has every one of these terms in this element
19 here?
20 A.  That's right.  We saw the database.  We saw the
21 relationships among the service codes.  We saw how the
22 decision roles were used to render determination of
23 whether they were valid or invalid.
24 Q.  I'm going to check this off?
25 A.  Yes.

Page 372

1  Q.  The same for ClaimFacts?
2  A.  Yes.
3  Q.  The same for QicLink?
4  A.  Yes.
5  Q.  With respect to the next almost, a method for
6  processing input claims, do you have an understanding of
7  what that term means?
8  A.  Yes.
9  Q.  In your opinion, does the Facets product in
10 operation practice a method for processing the input
11 claims containing at least one medical service code?
12 A.  That's the whole point of the system.
13 Q.  We saw evidence of that today?
14 A.  Yes.
15 Q.  Do you see evidence of that for ClaimFacts as well?
16 A.  Yes.
17 Q.  And for QicLink?
18 A.  Yes.
19 Q.  In your expert opinion, do the three TriZetto
20 products include this next element?
21 A.  Yes.
22 Q.  Is it okay for me to check those?
23 A.  Yes.
24 Q.  With respect to the next element, receiving at
25 least one claim?

Page 373

1  A.  Yes.
2  Q.  In your opinion, does Facets in operation receive
3  at least one claim?
4  A.  Absolutely.
5  Q.  Have we seen evidence of that here today?
6  A.  We saw them processing the claim of the alleged --
7  motorbike accident.
8  Q.  Does the same hold true for the ClaimFacts and
9  QicLink products?
10 A.  Yes.
11 Q.  It's okay for me to check those as well?
12 A.  Yes.
13 Q.  With respect to the next element, ascertaining
14 whether the at least one claim contains a plurality of
15 medical service codes, in your expert opinion, does
16 Facets ascertain whether the claims it receives contain
17 a plurality of medical codes?
18 A.  Yes.
19 Q.  Have we seen any evidence of those?
20 A.  We've seen the claims enumerated on the screen.
21 Q.  When you say enumerated, what do you mean by that?
22 A.  That Facets counts up the claims.
23 Q.  All right.
24 A.  I'm sorry.  The codes.
25 Q.  In your opinion, that satisfies the ascertaining

Page 394

1 not the TriZetto products infringe that claim?
2 A. Yes. All three products infringe.
3 Q. And what is that opinion based upon?
4 A. It's based on my observation of the videotapes
5 and first-hand experience with the products, looking
6 at the product literature, looking at the depositions.
7      MR. HENDERSHOT: I'd like to put up the
8 charts similar to the one we did for 16 of Claim 2.
9      (Mr. Hendershot placed a chart on the easel.)
10      MR. HENDERSHOT: Turn the projector off.
11 BY MR. HENDERSHOT:
12 Q. While a little askew, this board represents the
13 language of Claim 2?
14 A. Yes.
15 Q. Do you recognize the elements disclosed in Claim 2?
16 A. Yes. This is the language of Claim 2 verbatim.
17 Q. This is the claim you analyzed whether or not
18 TriZetto infringed?
19 A. Yes.
20 Q. Or one of the three claims?
21 A. Yes.
22 Q. And you expressed your opinion -- strike that.
23 You've reached an opinion as to whether or not TriZetto
24 infringes this claim?
25 A. Yes, they do.

Page 395

1 Q. Do you mind if I walk through with you as we did
2 similarly with Claim 16 the elements of the claims?
3 A. Yes.
4 Q. With respect to the Facets product, which I will
5 put in the left-hand column as we did on the last chart,
6 have we seen evidence that Facets operates in a computer
7 system?
8 A. I have seen computers operate Facets, yes.
9 Q. Okay. We've addressed that element in connection
10 with Claim 16 as well?
11 A. Yes.
12 Q. And we discussed earlier there was some relation
13 between some of the elements in Claim 2 and some of the
14 elements in Claim 16?
15 A. That's correct.
16 Q. Could you explain what that is?
17 A. Actually, I think all of the elements up to the
18 determining step are identical in Claim 2 and in Claim
19 16.
20 Q. So the first element in the computer system, the
21 means for operating, the method for processing, receiving
22 at least one claim and ascertaining?
23 A. That language is identical in both claims.
24 Q. So is your opinion equally applicable to these
25 elements in Claim 2 as it was in 16?

Page 396

1 A. Yes, it is, for the same reasons.
2 Q. And what's that opinion?
3 A. That TriZetto infringes in all three products.
4 Q. I'm going to go ahead and put an F, C and a Q and
5 start checking these off, if that's all right.
6      You said for each one of these, it's your
7 opinion that each of the TriZetto products infringes
8 each term of these limitations?
9 A. That is correct.
10 Q. And then down through here (indicating)?
11 A. Yes.
12 Q. For each product?
13 A. For each product.
14 Q. So getting to the next element, the determining
15 step --
16 A. Yes.
17 Q. -- it says, determining whether one of the medical
18 service codes in the at least one claim is mutually
19 exclusive due to non-medical criteria with any other
20 medical service code in the at least one claim.
21 A. Yes.
22 Q. Do you have an understanding of what that requires?
23 A. Yes. It requires that the computer be able to
24 identify a grouping of codes where at least one of
25 those codes is not payable with all the other codes.

Page 397

1 Q. In your opinion, does the Facets product make
2 such a determination?
3      - - -
4 A. We've seen that, yes.
5 Q. Where did we see it?
6 A. We've seen it in the example of the administration
7 anesthesia with the surgical foreign body. We've seen it
8 with the rebundling of the individual laceration repair
9 service code into a single laceration repair service
10 code.
11 Q. So it's your opinion -- strike that.
12      Would you explain how the Facets system
13 processing of the multiple laceration example is mutually
14 exclusive?
15 A. The facet's original determining step here, it's
16 okay to check that code, but that --
17      - - -
18
19
20
21
22
23
24
25

Page 406

1  A. This is a screen shot of QicLink in operation.
2  Q. And about halfway down the screen, it says CBX
3  PROC?
4  A. Right. That's the procedure code.
5  Q. When you say procedure code, does that correspond
6  to the medical service code?
7  A. Yes.
8  Q. What's the code that's being entered?
9  A. 12345.
10 Q. Okay.
11     MR. HENDERSHOT: Could we bring up Slide
12 1266?
13 BY MR. HENDERSHOT:
14 Q. That's a little difficult to see with the contrast
15 here, Dr. Musen.
16 A. That's right.
17 Q. But, again, there's a CBX Procedure Code 12345?
18 A. That's right.
19 Q. What is this screen we're looking at?
20 A. We're looking at a screen shot, again, from QicLink
21 in operation.
22     We've just entered 12345 as a candidate CPT
23 code and we get an error message because the computer
24 has tried to find that code in the database, determined
25 that it's absent and printed out a message to the user

Page 407

1  saying that the code is invalid.
2  Q. Was this part of the same claim that you processed,
3  we saw from the previous slide?
4  A. Yes, it was.
5  Q. And there's a message at the bottom?
6  A. Right. Invalid CPT-4 procedure, not on file.
7  Q. And what does that indicate?
8  A. That means that the database does not contain that
9  medical service code.
10 Q. And does this example bear any relation to the
11 examples we saw for Facets and ClaimFacts?
12 A. That's right. It's the same method being applied.
13 Q. All right. I'd like to show you a chart similar to
14 the two we've done previously for Claim 16 and Claim 2
15 for Claim 1.
16 A. Okay.
17 Q. Have you had an opportunity to read Claim 1 in this
18 case?
19 A. Yes.
20 Q. I believe you've established you've analyzed it?
21 A. Yes.
22 Q. Have you reached any opinion as to whether or not
23 this claim is infringed by Trizetto's products?
24 A. Yes. I believe all three products infringe Claim 1.
25 Q. Okay. If you don't mind, it's a little askew, I'm

Page 408

1  not a master of the easel. I apologize.
2      Could we walk through the elements of Claim 1
3  and sort of explain your infringement opinion?
4  A. Sure.
5  Q. With respect to the first element, in a computer
6  system having, have we seen that element before?
7  A. Yes, we have. All the products run on a computer
8  system.
9  Q. Are there any other elements in this claim that
10 are common to the other claims we've discussed?
11 A. Yes. Indeed, everything that is above the line
12 where it says determining step is repeated in the other
13 claims.
14 Q. And you — you reached opinions as to those
15 other -- the elements in those other claims?
16 A. Right. Identified that all of those elements
17 infringe in the other claims.
18 Q. And does that opinion apply here in Claim 1?
19 A. Yes, it does.
20 Q. So it's okay for me to check off those boxes down
21 to the orange step?
22 A. Yes.
23 Q. So this box?
24 A. Yes.
25 Q. All of those terms are present in each product?

Page 409

1  A. That is correct. Same database.
2  Q. Same for ClaimFacts?
3  A. Yes.
4  Q. Same for QicLink?
5  A. Yes.
6  Q. Same for this line?
7  A. Yes.
8  Q. Same for receiving at least one claim?
9  A. They all receive at least one claim.
10 Q. And do you want me to stop there; right?
11 A. Yes.
12 Q. Okay. So the next step is determining whether any
13 medical service code contained in the at least one claim
14 is not present in the predetermined database.
15     Do you see that?
16 A. Yes.
17 Q. And do we see any evidence of Trizetto's products
18 doing that today?
19 A. We just saw examples where a bogus CPT-4 code was
20 entered and they printed out the appropriate error
21 message.
22 Q. You say a bogus CPT-4 code. Which code was that?
23 A. 12345.
24 Q. These last three examples we saw?
25 A. Exactly.

# EXHIBIT 15

REDACTED

# EXHIBIT 16

REDACTED

# EXHIBIT 17

REDACTED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2006, caused to be electronically filed The TriZetto Group, Inc.'s Appendix of Exhibits in Support of Its Motion for Summary Judgment of Invalidity for Failure to Disclose the Best Mode of Practicing the Claimed Invention (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 7, 2006, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

**BY EMAIL AND FEDERAL EXPRESS**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

/s/    *Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com