**EXHIBITS**

Exhibit A: Davis Resume

Exhibit B: List of prior cases and publications

Exhibit C: Materials Examined

**EXHIBIT A**

**RANDALL DAVIS RESUME**

Randall Davis received his undergraduate degree from Dartmouth, graduating summa cum laude, Phi Beta Kappa in 1970, and received a PhD from Stanford in artificial intelligence in 1976.

In 1978 he joined the faculty of the Electrical Engineering and Computer Science Department at MIT, where from 1979-1981 he held an Esther and Harold Edgerton Endowed Chair. He later served for 5 years as Associate Director of the Artificial Intelligence Laboratory. He is currently a Full Professor in the Department, and a Research Director of CSAIL, the newly-formed Computer Science and Artificial Intelligence Laboratory that resulted from the merger of the AI Lab and the Lab for Computer Science. He and his research group are developing advanced tools that permit natural multi-modal interaction with computers by creating software that understands users as they sketch, gesture, and talk.

Dr. Davis has been one of the seminal contributors to the field of knowledge-based systems, publishing some 50 articles and playing a central role in the development of several systems. He serves on several editorial boards, including Artificial Intelligence, AI in Engineering, and the MIT Press series in AI. He is the co-author of Knowledge-Based Systems in AI, and was selected in 1984 as one of America's top 100 scientists under the age of 40 by Science Digest. In 1986 he received the AI Award from the Boston Computer Society for his contributions to the field. In 1990 he was named a Founding Fellow of the American Association for AI and in 1995 was elected to a two-year term as President of the Association. In 2003 he received MIT's Frank E. Perkins Award for graduate advising. From 1995–1998 he served on the Scientific Advisory Board of the U. S. Air Force.

Dr. Davis has been a consultant to several major organizations, including Digital Equipment Corp, IBM, Aetna, and Schlumberger, and has been involved in the founding of three software companies.

Dr. Davis has also been active in the area of intellectual property and software. In 1990 he served as expert to the Court in Computer Associates v. Altai, (775 F. Supp. 544 (E.D.N.Y. 1991); 982 F 2d 693) a case that produced the abstraction, filtration, comparison test for software copyright. He served on the panel run by the Computer Science and Telecommunications Board (CSTB) of the National Academy of Science in 1991 that resulted in Intellectual Property Issues in Software, and served as a member of the Advisory Board to the US Congressional Office of Technology Assessment study on software and intellectual property that was published in 1992 as Finding a Balance: Computer Software, Intellectual Property, and the Challenge of Technological Change. A 1994 paper in the Columbia Law Review analyzed the difficulties in applying intellectual property law to software and proposed a number of remedies.

He has served as an expert in a variety of cases involving software, including the investigation by the Department of Justice of the Inslaw matter (40 Fed. Cl. 843; 1998 U.S. Claims), where he investigated allegations of copyright theft and cover-up by the Federal Bureau of Investigation, the National Security Agency, the Drug Enforcement Agency, the United States Customs Service, and the Defense Intelligence Agency.

From 1998-2000 he served as the chairman of the National Academy of Sciences study on intellectual property rights and the information infrastructure entitled The Digital Dilemma: Intellectual Property in the Information Age, published by the National Academy Press in February, 2000.

Dr. Davis has appeared on *The Macneil/Lehrer Report* and *Innovations* (WNET, NY), and played a major role in *This Computer Thing*, a pilot for an educational series (WGBH, Boston) about personal computers. He has been quoted in articles in *The New York Times, The Wall Street Journal, Business Week, The Economist, The Boston Globe, High Technology*, and *Psychology Today*. Interviews have appeared in *Computerworld* and on National Public Radio's *All Things Considered*.

## EXHIBIT B

## RANDALL DAVIS:  CASES, IP PUBLICATIONS, AND TECHNICAL

## PUBLICATIONS

*Computer Associates v. Altai*, CV 89-011 EDNY
775 F. Supp. 544 (E.D.N.Y. 1991); 982 F 2d 693
Rule 706 expert to the court (testified)
copyright concerning IBM operating systems software.
Case appealed; appeal court decision create the Abstraction, Filtration, Comparison test.

*Daly et. al v. IECA et al.*, 90 CIV 0588 NY
consultant to plaintiff; settled
copyright concerning proxy vote counting software

*Quotron v. ADP*, 91 CIV 6526, NY
consultant to defendant, settled
software copyright concerning brokerage office software

*Goal Systems v. J. W. Bennett Co.*, C2-90-681 SD Ohio
consultant to plaintiff (deposed); settled
copyright involving mainframe job scheduling software

*Gates Rubber, Inc., v. Bando American, Inc.*, 92-S-136 CO
expert for plaintiff (deposed, testified)
copyright and trade secret involving industrial belt design software

US Department of Justice investigation, 1994
consultant to the DOJ on its re-investigation of the INSLAW matter
investigated alleged copyright theft and cover-up by the FBI

*International Business Machines Corporation vs. Fujitsu Limited*
American Arb. Assoc. Case No. 13T-117-0636-85
consultant to plaintiff
copyright concerning IBM operating systems

*Logica North America v. Intelsat*, AAA Case No. 16 117 00084 92M
expert for plaintiff (testified)
breach of contract involving satellite communications scheduling software

*American Airlines, Inc. v. ICOT Corporation*, CA-4-91-305-A; Dallas TX
consultant to plaintiff
copyright involving terminal control software

Davis Exhibit B

*Unix Systems Laboratories, Inc., v. Berkeley Systems Design, Inc.,* Civ. 92-1667, CA
consultant to defendant
copyright of Unix operating system software


*Bitstream, Inc., et al. v. SWFTE Int'l Ltd,* CV93-11068H, Boston MA
consultant to plaintiff
copyright concerning computerized type face software

*Data General Corp. v. Grumman Data Systems Corp.,* Civ 93-40087-GN, NY
consultant to defendant
copyright concerning hardware diagnostic software

*Systems Engineering Associates v. IMED Corp,* CV91 3583, AL
consultant to defendant
copyright involving medical instrumentation software

*Lotus v. Borland,* 90-11662K Boston, MA
consultant to defendant
copyright concerning the Key Reader capability in Quattro

*Mitek Holdings, Inc. v. Arce Engineering,* 91-2629 SD FL
expert for plaintiff (deposed, testified)
copyright concerning architectural and structural design software

*Mitek Holdings, Inc v. Merlyn Industries, Inc.,* 91-2631 Dallas, TX
consultant to plaintiff; settled
copyright concerning architectural and structural design software

*Fonar Corp v. Deccaid, et al.,* CV 91-3805, NY
consultant to defendant (deposed)
copyright concerning medical instrumentation software

*Star Technology, Inc v. Tultex Corporation, et al.,* 3-91-CV-1067-X, Dallas, TX
consultant to defendant (deposed)
copyright concerning factory automation software

Re-examination of Compton's New Media Patent 5,241,671
consultant to patent holder
patent concerning multimedia presentation

*Florida Software Services Inc., v Citicorp Information Resources Inc, et al.,*
Seminole County, FL, 91-893-CA-16-K
consultant for defendant; settled
trade secret and copyright concerning retail banking software

Davis Exhibit B                                                    B–2

*Quarterdeck Office Systems, Inc. v. Weinstein et al.,* CD of CA, 95-1564 LGB
consultant to defendant; settled
copyright and trade secret regarding Internet navigation software


*E. S. Cadd, Inc., v. Greiner, Inc.,* Middle District of FL, 94-1829-CIV-T-24C
consultant to defendant
copyright of engineering software for air traffic control

*Trilogy Development Group v. Teknowledge Corp,* CA
consultant to defendant, settled
software patent concerning configuration software

*Sitrick v. Nintendo of America,* Inc, N D Illinois 94 C5515
consultant to defendant (deposed); settled
software patent concerning game software

*INSLAW Inc., v. The United States of America,* Court of Federal Claims 95-338X
expert for the defendant (deposed, testified)
copyright concerning database software
investigated alleged copyright theft by the FBI, National Security Agency, Drug
Enforcement Agency, US Customs Service, and the Defense Intelligence Agency.

*Cadence Design Systems, Inc., v. Avanti! Inc,* C 95-20828 RMW, CA
expert for plaintiff (deposed, filed under seal); case settled in 2002 for $265 million
software copyright concerning computer aided design software

*Automated Tracking Systems v. Great American Insurance Company*
American Arbitration Association Case 53 195 00090 95
consultant to plaintiff
software copyright concerning database software

*MicroStar v. Formgen Inc, et al.,* 96-3435h(CM), SD of CA
consultant to defendant; appeal affirmed defendant
software copyright concerning game software

*Computer Aid v Hewlett Packard Company*
consultant to defendant; deposed
software copyright and trade secret regarding network analysis software

*Commonwealth of MA v. Ellis*
consultant to defendant; testified in evidentiary hearing
criminal case; issues involving electronic search and seizure

*Boron LePore & Associates Inc., v. DigiNet LLC, Miller, Freed, Crooks, Wood and Lilley*
Sole arbitrator in binding arbitration.

Davis Exhibit B                                                                    B–3

Trade secret regarding meeting planning software

*Computer Sciences Corp et al. v Policy Management Systems Corp et al.*
Expert witness for defendant; testified in arbitration hearing
Trade secret concerning software for analysis of bodily injury insurance claims

Excelergy Corporation v. OPG EBT Holdco Inc., and EBT Express
consultant to plaintiff
copyright and reverse engineering of software for the electric power industry
settled

*IMS Health, Inc. v. Vality Technology, Inc.*
consultant to plaintiff; deposed; case settled
copyright and trade secret regarding database cleaning software

GUS v Boaz et al., *Case No. H-01-1674*
consultant to defendant
copyright regarding freight forwarding software

Norwest Corporation v. IRS Commissioner
expert witness for IRS, testified
research and experimentation tax credit for software

*LinkCo v. Fujitsu*, 00 Civ 7242 (SAS)
expert witness for defendant, deposed, testified at trial
trade secret issues in investor relations/corporate disclosure software

*Florida Power and Light v IRS Commissioner*, Docket No. 5271-96
consultant to IRS; case settled
research and experimentation tax credit for software

*Amadeus Global Travel v. Orbitz, LLC et al.*, C.A. No. 02-1542-SLR
consultant to defendant; case settled
software for the travel industry

*J. D. Edwards World Solutions Company, et al., v. Mayer Electric Supply Company*
AAA Case 30-181-0018403
consultant to plaintiff; testified at arbitration
supply chain management software

*Nastel Technologies, Inc., v. BMC Software, Inc.*, AAA Case 70-117-00306-01
consultant to plaintiff; deposed, testified at arbitration
copyright regarding middleware

*The SCO Group, Inc, v. International Business Machines*, 2:03CV0294 DAK (Utah)
expert for defendant; ongoing

Davis Exhibit B                                                                    B–4

copyright regarding operating systems

## Intellectual Property Publications

Davis R, The Digital Dilemma, *Communications of the ACM*, February, 2001, pp.77-83. Overview of the report cited below.

Davis R, et al, *The Digital Dilemma: Intellectual Property in the Information Age*, National Academy Press, Washington DC, 2000.
A 340-page report and study prepared for the National Academy of Science's Computer Science and Telecommunications Board. I served as chair of the committee that produced the report.

Samuelson P, Davis R, Kapor M, Reichman J, A Manifesto Concerning the Legal Protection of Computer Programs, *Columbia Law Review*, Vol 94, December 1994, pp.1401-1524.

Davis R, The nature of software and its consequences for establishing and evaluating similarity, *Software Law Journal*, V:299-330, April 1992.

Davis R, Viewing Intellectual Property as Design, *Chemical Design Automation News*, Vol. 6, Number 6 (Part I) and Vol. 6, Number 7 (Part II), June 1991.

Davis R, Intellectual Property and Software: The Assumptions are Broken, *Proceedings of the World Intellectual Property Organization Worldwide Symposium on the Intellectual Property Aspects of AI*, pp.101-119, March 1991, Stanford, CA

## Technical Publications

### 1. Books

Davis R, and Lenat D B, *Knowledge-based Systems in Artificial Intelligence,* McGraw-Hill, 1982.
   English reprint in Taiwan, 1984.
   Japanese language edition, 1992.

Davis R, et al., *The Digital Dilemma: Intellectual Property in the Information Age*, National
   Academy Press, 2000.

### 2. Papers in Refereed Journals

1.  King A, and Davis R, The Curious Bands of Talbot, Amer J *Physics* **139**:1195-1198, Oct
    1971.
    This paper reported work done as a senior thesis while an undergraduate at Dartmouth.

2.  Shortliffe E H, Davis R, Axline S, Buchanan B G, and Cohen S, "Computer-Based
    Consultations in Clinical Therapeutics: Explanation and Rule Acquisition Capabilities of the
    MYCIN System," *Comp and Biomed Research*, **18**:303-320, August 1975.
    **Reprinted in:**
    *Cognitive Science,* Sheehy and Chapman (eds.), Edward Elgar Publishing Ltd, 1994.

3.  Wraith S, Aikins J, Buchanan B, Clancey W, Davis R, Fagan L, Hannigan W, Scott A,
    Shortliffe E, vanMelle W, Yu V, Axline S, and Cohen S.,"Computerized Consultation
    System for Selection of Antimicrobial Therapy," *American Journal of Hospital Pharmacy*,
    **33**:1304-1308, December 1976.

4.  Scott A C, Clancey W, Davis R, and Shortliffe, E H, Explanation "Capabilities of Rule-Based
    Consultation Systems" *Am Jnl of Computational Linguistics*, Microfiche 62, 1977.
    **Reprinted in:**
    *Rule-Based Expert Systems*, Shortliffe & Buchanan(eds.), Addison Wesley, 1984.

5.  Davis R, Buchanan B G, and Shortliffe E H, "Production Rules as a Representation in a
    Knowledge-based Consultation System," Artificial Intelligence, **8**:15-45, February 1977.
    **Reprinted in:**
    *Context-Directed Pattern Recognition and Machine Intelligence Techniques,*Pao & Ernst,
    eds., IEEE Press, 1982.
    *Readings in Medical AI,* Clancey & Shortliffe (eds.), Addison Wesley, 1984.*Readings in
    Knowledge Representation,* Brachman & Levesque, eds., 1985.
    *Computer-Assisted Medical Decision Making,* (Vol 2), Reggia & Tuhrim (eds.), Springer-
    Verlag, 1985.

6.  Yu V, Shortliffe S, Wraith S, Davis R, Scott A, Buchanan B, Axline S, and Cohen S,
    "Evaluating the Performance of a Computer-Based Consultant," *Computer Programs in
    Biomedicine,* **9**:95-102, 1979.

7.  Davis R, "Interactive Transfer of Expertise:  Acquisition of New Inference Rules," *Artificial
    Intelligence,***12**:121-157, 1979.

Davis Exhibit B                                                                     B–7

**Reprinted in:**
*Readings in Artificial Intelligence,* Webber & Nilsson, eds., Tioga Press. *Rule-Based Expert Systems* Shortliffe & Buchanan (eds.),  Addison Wesley, 1984.

8.  Davis R, "Meta-rules: Reasoning about Control," *Artificial Intelligence,* **15**:179-222, 1980.
    **Reprinted in:**
    *Comtex Scientific Database,* four different subject-based collections.

9.  Davis R, "Content-reference: Reasoning about Rules," *Artificial Intelligence,*  **15**:223-240, 1980.

10. Smith R G, Davis R, "Frameworks for Cooperation in Distributed Problem-Solving," IEEE Transactions on SMC, pp. 61-70, January 1981.
    **Reprinted in:**
    *Readings in Distributed AI,* Bond & Gasser (eds.), Morgan Kaufman Pub.

11. Davis R, Smith R G, "Negotiation as a Metaphor for Distributed Problem-Solving *Artificial Intelligence,* **20**:63-109, 1983
    **Reprinted in:**
    *Readings in Distributed AI,* Bond & Gasser (eds.), Morgan Kaufman Pub.

12. Davis R, "Reasoning from First Principles in Electronic Troubleshooting," *Intl Jnl Man-Machine Studies,* **19**:403-423, 1983.
    **Reprinted in:**
    Developments in Expert Systems, Coomb (ed.), Academic Press, 1984.

13. Davis R, Shrobe H E, "Representing Structure and Behavior of Digital Hardware," *IEEE Computer,* Special Issue on Knowledge Representation, pp. 75-82, Oct 1983.

14. Davis R, "Diagnostic Reasoning Based on Structure and Behavior," *Artificial Intelligence,* 24:347-410, December 1984.
    **Reprinted in:**
    *Qualitative Reasoning About Physical Systems,* Bobrow (ed.), North Holland, 1984.*Tutorial:* VLSI Testing &Validation Techniques, Reghbati (ed.), IEEE Computer Society Press, 1985.*Building Blocks of AI,* Feigenbaum (ed.), Addison Wesley, to appear.

14. Davis R, "Knowledge-Based Systems," Science," **231**:957-963, 28 February 1986.

15. Davis R (ed.), "Expert Systems: How Far Can They Go," *AI Magazine,*  Part I—**10**:1, Spring 1989, pp61--68; Part II— **10**:2, Summer 1989, pp. 365–78.

16. Buchanan B, Bobrow D, Davis R, McDermott J, Shortliffe E, Knowledge-based systems, *Advances in Computer Science 1989,* J. Traub (eb.), volume 4, pp.  395–416,  Annual Reviews Inc., Palo Alto, CA.

17. Davis R, "A Tale of Two Knowledge Servers," *AI Magazine,*12:3, Fall 1991, pp.  118-120.
    **Reprinted in:**
    *Nikkei AI,* 1991 (Japanese translation)
18. Davis R, Shrobe H, Szolovits P, "What is a Knowledge Representation," *AI Magazine,*  14, #1, Spring 1993, pp.  17–33.

20. Davis R, "Retrospective on `Diagnostic reasoning based on structure and behavior," *Artificial Intelligence,* 59(1993)139–157.

21. Davis R, Buchanan B, Shortliffe E, "Retrospective on 'Production rules as a representation for a knowledge-based consultation program'," *Artificial Intelligence,* 59(1993)181–189.

22. Trice A, Davis R, Heuristics for reconciling independent knowledge bases, *Information Systems Research,* Vol 4, #3, pp. 262–288, September 1993.

23. Stahovich T, Davis R, Shrobe H, Generating multiple new designs from a sketch, *Artificial Intelligence* (104)1-2 (1998) pp. 211-264.

24. Stahovich T, Davis R, Shrobe H, Qualitative Rigid Body Mechanics, *Artificial Intelligence* (119) 2000 pp. 19-60

### 3. Proceedings of Refereed Conferences

1. Davis R, "Knowledge Acquisition in Rule-Based Systems: Knowledge about Representations as a Basis for System Construction and Maintenance," Proceedings of Workshop on Pattern-directed Inference Systems, published as *Pattern Directed Inference Systems,* Waterman & Hayes-Roth (Eds), Academic Press, 1978, pp. 99-134.
   **Reprinted in:**
   Context-Directed Pattern Recognition and Machine Intelligence Techniques, Pao & Ernst, (eds.) IEEE Press., 1982.

2. Davis R, "Interactive Transfer of Expertise: Acquisition of New Inference Rules," *Proc 5th IJCAI,* pp. 321-328, August 1977.

3. Davis R, Buchanan B G, "Meta-level Knowledge: Overview and Applications," *Proc 5th IJCAI,* pp. 920-928, August 1977.
   **Reprinted in:**
   *Rule-Based Expert Systems,* Shortliffe & Buchanan (eds.), Addison Wesley, 1984.*Readings in Knowledge Representation,* Brachman & Levesque, (eds.), 1985.

4. Davis R, "Generalized Procedure Calling and Content-Directed Invocation,"*Proceedings of Symposium on Artificial Intelligence and Programming Languages,* SIGART–SIGPLAN combined issue, pp. 45-54, August 1977.
   **Reprinted in:**
   *Comtex Scientific Database*

5. Davis R, "A Decision Support System for Medical Diagnosis and Therapy Selection," *Proc of Conf on Decision Support Systems,* appearing as Data Base (SIGBDP Newsletter), **8**:58-72, Winter 1977.
   **Reprinted in:**
   *Comtex Scientific Database*

6. Buchanan B G, Davis R, Yu V, Cohen S N, "Rule-Based Medical Decision Making by Computer," *Proc MEDINFO,* 1977.

7. Smith R G, Davis R, "Distributed Problem Solving: The Contract Net Approach," Proc of the 2nd Nat'l Conf of the Canadian Soc for Computatnl Studies of Intelligence, pp. 278-287, July 1978.

8. Smith R G, Davis R, "Cooperation in Distributed Problem Solving," *Proc of the IEEE Int'l Conf on Cybernetics and Society,* pp. 366-371, October 1979.

9. Davis R, "Dealing with Uncertainty Chairman's abstract for invited panel," *Proc 6th IJCAI,* pp. 1101-1102, August 1979.

10. Davis R, Austin H, Carlbom I, Frawley B, Prucknik P, Sneiderman R, Gilreath J A, "The Dipmeter Advisor: Intepretation of Geological Signals," *Proc 7th IJCAI,*    Vancouver, Canada, pp. 846-849, 1981.

11. Davis R, Shrobe H, Hamscher W, Wieckert K, Shirley M, Polit S, "Diagnosis Based on Structure and Function," *Proc AAAI-82,* Pittsburgh, PA, pp. 137-142, August 1982. **Reprinted in:** *Artificial Intelligence in Maintenance,* J. Richardson (ed.), Noyes Publications, Park Ridge, NJ, 1985.

12. Dove W, Meyers C, Oppenheim A, Davis R, Kopec G, "Knowledge Based Pitch Detection," *Proc ICASSP-83,* pp. 1348-1351, April 1983.

13. Simmons R, Davis R, "Representing and Reasoning about Change," *Proc. ACM SIGART Conference on Motion: Representation and Perception*, Toronto, April 1983.

14. Shirley M, Davis R, "Generating Distinguishing Tests from Hierarchical Models and Symptom Information," *Proc. IEEE Int'l Conf on Computer Design,* Oct 1983.

15. Davis R, "Diagnosis via Causal Reasoning: Paths of Interaction and the Locality Principle," Proc AAAI-83, pp. 88-94. August 1983. Nominated as Best Paper of the conference. **Reprinted in:** *Artificial Intelligence in Maintenance,* J. Richardson (ed.), Noyes Publications, Park Ridge, NJ, 1985. Qualitative Reasoning About Physical Systems, Weld and deKleer (eds.), Morgan Kaufman, San Mateo, CA, 1990.

16. Hamscher W, Davis R, "Diagnosing Circuits with State: An Inherently Underconstrained Problem," Proc AAAI-84, pp. 142-147, August 1984.

17. Davis R, "Expert Systems: What To Do Until the Theory Arrives," *Proc IJCAI-85,* pp. 1306-1307, August 1985.

18. Davis R, "Robustness and Transparency in Intelligent Systems in National Academy of Sciences report:," *Human Factors in Automated and Robotic Space Systems,* pp. 211-233, February, 1987. **Reprinted in:** *Proceedings of Third Australian Conference on Applications of Expert Systems,* pp. 143-164, New South Wales Institute of Technology, Sydney, Australia, May 1987.

Davis Exhibit B

19. Shirley M H, Wu P, Davis R, Robinson G, "A Synergistic Combination of Test IEEE Generation and Design for Testability," *Proceedings 1987 International Test Conference,* Computer Society Press, September 1987, pp. 701-711.

20. Simmons R G , Davis R, "Generate, Test, and Debug: Combining Associational Rules and Causal Models in," Proc IJCAI--87, Morgan Kaufman Pub, August 1987, pp. 1071-1078.

21. vanBaalen J and Davis R, "Overview of an approach to representation design," *Proc AAAI-88,* August 1988, pp. 392-397.

22. Davis R, Form and Content in Model-Based Reasoning, Proceedings IJCAI-89 Workshop on Model-Based Reasoning, August 1989.

23. Davis R, Viewing Intellectual Property as Design, *Chemical Design Automation News,* Vol. 6, Number 6 (Part I) and Vol. 6, Number 7 (Part II), June 1991.

24. Trice, A, and Davis, R, "Consensus Knowledge Acquisition," *Proc 6th Banff Knowledge Acquisition for Knowledge-Based Systems Workshop,* pp. 33.1-33.20. (Available through SRDG Publications, Dept. of Computer Science, University of Calgary, Calgary, Alberta, Canada, T2N 1N4)

26. Davis R, Resnick P, "Multiple dimensions of generalization in model-based troubleshooting," *Proc AAAI-93,* July 1993, pp. 160--166.

27. Stahovich T, Davis R, Shrobe H, "Turning skeches into working geometry," Seventh International ASME Conference on Design Theory and Methodology, DE- Vol 93, 1995, pp. 603–610.

28. Stahovich T, Davis R, Shrobe H, Generating multiple designs from a single sketch, *Proc AAAI-96*

29. Christine Alvarado and Randall Davis. Preserving the Freedom of Sketching to Create a Natural Computer-Based Sketch Tool. In Human Computer Interaction International Proceedings. 2001.

30. Christine Alvarado and Randall Davis. Resolving Ambiguities to Create a Natural Sketch Based Interface. In Proceedings. of IJCAI-2001. August 2001.

31. Mark Foltz and Randall Davis. Query By Attention: Visually Searchable Information Maps. In Proceedings of Fifth International Conference on Information Visualization (InfoVis 2001). 2001.

32. Michael Oltmans and Randall Davis. Naturally Conveyed Explanations of Device Behavior. In Workshop on Perceptive User Interfaces. 2001.

33. Tevfik Metin Sezgin, Thomas Stahovich, and Randall Davis. Sketch Based Interfaces: Early Processing for Sketch Understanding. Workshop on Perceptive User Interfaces, Orlando FL. 2001.

34. Tracy Hammond and Randall Davis. Tahuti: A Geometrical Sketch Recognition System for UML Class Diagrams. AAAI Spring Symposium on Sketch Understanding, pp.59-68. Stanford, California, March 25-27 2002.

35. Christine Alvarado, Michael Oltmans, and Randall Davis. A Framework for Multi-Domain Sketch Recognition. AAAI Spring Symposium on Sketch Understanding, pp.1-8. Stanford, California, March 25-27 2002.

36. Randall Davis. Sketch Understanding in Design: Overview of Work at the MIT AI Lab. Sketch Understanding, Papers from the 2002 AAAI Spring Symposium, pp.24-31. Stanford, California, March 25-27 2002.

37. Tracy Hammond, Krzysztof Gajos, Randall Davis, and Howard Shrobe. An Agent-Based System For Capturing and Indexing Software Design Meetings. In Proceedings of International Workshop on Agents In Design, WAID'02. 2002.

38. Jacob Eisenstein and Randall Davis. Natural Gesture in Descriptive Monologues. In Supplementary Proceedings of the ACM Symposium on User Interface Software and Techology (UIST'03), pp.69-70. New York, New York, November 2-5 2003.

39. Tracy Hammond and Randall Davis. LADDER: A Language to Describe Drawing, Display, and Editing in Sketch Recognition. Proceedings of the 2003 Internaltional Joint Conference on Artificial Intelligence (IJCAI). Acapulco, Mexico, 2003

40. Jacob Eisenstein and Randall Davis. Visual and Linguistic Information in Gesture Classification. In International Conference on Multimodal Interfaces (ICMI'04), pp.113-120. New York, New York, October 14-15 2004.

41. Tracy Hammond and Randall Davis. Automatically Transforming Symbolic Shape Descriptions for Use in Sketch Recognition. Proceedings of the Nineteenth National Conference on Artificial Intelligence (AAAI-04). San Jose, CA, 2004.

42. Tracy Hammond and Randall Davis. Shady: A Shape Description Debugger for Use in Sketch Recognition. AAAI Fall Symposium on Making Pen-Based Interaction Intelligent and Natural. 2004.

43. Michael Oltmans, Christine Alvarado, and Randall Davis. ETCHA Sketches: Lessons Learned from Collecting Sketch Data. In Making Pen-Based Interaction Intelligent and Natural. 2004.

44. Tevfik Metin Sezgin and Randall Davis. Handling Overtraced Strokes in Hand-Drawn Sketches. In Making Pen-Based Interaction Intelligent and Natural. 2004.

45. Tevfik Metin Sezgin and Randall Davis. Scale-space Based Feature Point Detection for Digital Ink. In Making Pen-Based Interaction Intelligent and Natural. 2004.

46. Olya Veselova and Randall Davis. Perceptually Based Learning of Shape Descriptions. Proceedings of the Nineteenth National Conference on Artificial Intelligence (AAAI-04). San Jose, CA, 2004.

47. Christine Alvarado and Randall Davis. SketchREAD: A Multi-Domain Sketch Recognition Engine. In Proceedings of UIST 2004. 2004.

48. Sonya Cates and Randall Davis. New Approach to Early Sketch Processing. In Making Pen-Based Interaction Intelligent and Natural, pp.29-34. Menlo Park, California, October 21-24 2004.

49. Aaron Adler, Jacob Eisenstein, Michael Oltmans, Lisa Guttentag, and Randall Davis. Building the Design Studio of the Future. In Making Pen-Based Interaction Intelligent and Natural, pp.1-7. Menlo Park, California, October 21-24 2004.

50. Aaron Adler and Randall Davis. Speech and Sketching for Multimodal Design. In Proceedings of the 9th International Conference on Intelligent User Interfaces, pp.214--216. 2004.

51. Christine Alvarado and Randall Davis. Dynamically Constructed Bayes Nets for Multi-Domain Sketch Understanding. In Proceedings of IJCAI-05. 2005.

52. Tevfik Metin Sezgin and Randall Davis. HMM-Based Efficient Sketch Recognition. In Proceedings of the International Conference on Intelligent User Interfaces (IUI'05), pp.www. New York, New York, January 9-12 2005.

## EXHIBIT C

## MATERIALS EXAMINED

In addition to the documents explicitly cited in the body of the report, I also examined:

- The '164 patent application and other information contained in the file history.

- *Proceedings of the Innovative Applications of AI* for several years.

- Buchanan and Shortliffe, *Rule-Based Expert Systems*, Addison-Wesley, 1984.

- Clancey and Shortliffe, *Readings in Medical Artificial Intelligence: The First Decade*, Addison-Wesley, 1984.

- Davis R, Knowledge-Based Systems, *Science, 231*:957-963, Feb 28, 1986.

- Documents detailing Advanced Medlogic Systems from The Health Data Institute, including (1) a marketing pamphlet, entitled "Setting a New Standard," (2) an extract from a June 1986 HDI document, entitled "Claim Level Edits," (3) a letter from a Senior Scientist at HDI, written May 28, 1987, following up on a marketing call to the Health Claims Division of State Farm Insurance, and (4) an AMS Product Overview, dated May 1986.

I considered prior art references known to me from my experience in the expert system field and prior art references uncovered through my own investigation. These references are cited in the body of the report.

I also considered prior art references from among a large collection of publications related to the subject matter of the '164 patent, which collection is listed below:

| Author, Title & Source |
| --- |
| Marva J. Crouff, *Automating Claims Processing, Insurance Software Review*, Autumn 1988, pp. 52, 54. |
| *Enhancing Accuracy and Timeliness is Integral to the Claims Adjudication Process*, Employee. Benefit Plan Review, Anonymous, Dec. 1985, pp. 10-12. |
| Healthstar, Health Benefits Management System, Product Description, v. 1.024 (Insurance Software Packages, Inc.). |
| *System validates medical fee schedules*, Best Review: Life/Health, June 1987, 92 [Insurance Software Packages, Inc. Medical C Schedule and Audit System]. |
| *Expert System identifies miscoded health claims*, Bests Review: Life/Health, November 1990, 60. |
| *Claims editing software runs coding rule checks*, Bests Review: Life/Health, November 1990, 62. |

| Author, Title & Source |
|---|
| Woolsey, C., *Employer spots inflated medical bills*, Business Insurance, June 25, 1990, 3. |
| Weitzel, J.R., et al., *A Company / University Joint Venture to build a knowledge-based system*, MIS Quarterly, Vol. 12, No. 1, March 1988, 23-34 |
| Leary, E., *SSA applies expertise to develop expert systems (Spotlight on AI-expert systems, Social Security Administration)*, Government Computer News, Vol. 6, No. 17, August 28, 1987, 49(3). |
| Beard, P., *Blue Cross develops insurance claim ES*, AIWeek, Vol. 6, No. 7, April 1, 1989, 3. |
| Sullivan-Trainor, M., *Catching new clients*, Computerworld, Vol. 21, No. 50, December 14, 1987, 95, 99. |
| Snyeder, C., *From research to reality: the leading edge of expert systems*, Insurance Software Review, Vol. 12, No. 3, Autumn 1987, 22-4, 26-7, 30 |
| Christensen, J., *Insuring*, High Technology Business, Vol. 8, No. 10, October 1988, 47-8. |
| *Expert Systems In the Insurance Industry: 1987 Survey Report Update*, Coopers and Lybrand, 1987. |
| Pallatto, J., *Expert system cures the blues (Blue Cross develops insurance claims analysis system NERSys)*, PC Week, Vol. 5, No. 50, December 12, 1988, 35, 44. |
| Gladwell, Malcolm, *Computer Firm Finds the Link for Health Care*, Washington Business, December 5, 1988, 5-6. |
| Kerschberg, L. "A Proposal for the Development of an Expert System for Medical Claims Processing: MEDCLAIM," Institute of Information Management, Technology and Policy, College of Business Administration, University of South Carolina, Columbia, SC, (July 1985). |
| Weitzel, J.R. and Kerschberg, L., "Developing Knowledge- Based Systems: Reorganizing the System Development Life Cycle," working paper, University of South Carolina, Columbia, SC and George Mason University, Fairfax, VA (December 1986).<br><br>Final Publication, April 1989 in Communications of the ACM, Vol. 32, No. 4. |
| Ronald Hurst, *Cost Containment - The Caterpillar Experience*, The Psychiatric Hospital, Vol. 13, No. 3 (1982). |
| Egdahl, M.D. and Hertenstein, M.D., *An Access-oriented Negotiated Fee Schedule: The Caterpillar Experience*, Ann Surg., 206(3), pp. 349-57 (Sept. 1987). |
| Bauer JW, Cassidy TG, DeBord JR, Hart RD, Lee RH, Maher JE, Montgomery CE, Neufeld GK, Rivan RJ, Soderstrom CW, et al., Related Articles, *An access-oriented negotiated fee schedule: the Caterpillar experience*, Ann Surg., 208(5), pp. 667-8 (Nov. 1988). |
| Waterman, Donald A. (The Rand Corporation), *A Guide to Expert Systems*, Addison Wesley Publishing, Inc. (1985). |
| McDermott, John, *Artificial Intelligence Applications for Business: Building Expert Systems*, Proceedings of the NYU Symposium (May 1983). |

| Author, Title & Source |
|---|
| Gerson, Elihu and Star, Susan Leigh, *Analyzing Due Process in the Workplace*, ACM Transactions on Office Information systems, Vol. 4, No. 3 (July 1986). |
| Hayes-Roth, Frederick, *et. al., Building Expert Systems: An Overview of Expert Systems*, Addison-Wesley Publishing, Inc. (1985). |
| Taylor, Edward, *Developing A Knowledge Engineering Capability in the TRW Defense Systems Group*, The AI Magazine (Summer 1985). |
| Bobrow, Daniel, *et. al., Expert Systems: Perils and Promise*, Computing Practices, Communications of the ACM, Vol. 29, No. 9 (Sept. 1986). |
| Bhide, Amar and Mohan, Brian, *Marcia Radosevich and Health Payment Review: 1989(A)*, Harvard Business School, 9-394-204 (Feb. 1999). |
| Genesereth, Michael, Ginsberg, Matthew, *Logic Programming*, Communications of the ACM, Vol. 28, No. 9 (Sept. 1985). |
| Yasdi, Ramin, *Modeling Database Based Expert Systems at the Conceptual Level*, Proceedings of the 1985 ACM Computer Science Conference (March 1985). |
| Freudenheim, Milt, *Insurers vs. Doctors: A Software Battleground*, New York Times (Nov. 15, 1989). |
| Riordan, Teresa, Patents: *A software-technology infringement case against Microsoft goes to trial in Federal Court*, New York Times (Jan. 24, 1994). |
| Colmerauer, Alain, *Prolog in 10 Figures*, Communications of the ACM, Vol. 28, No. 12 (Dec. 1985). |
| Hayes-Roth, Frederick, *Rule-Based Systems*, Communications of the ACM, Vol. 28, No. 9 (Sept. 1985). |
| Weitzel, J.R. and Kerschberg, L. *A System Development Methodology for Knowledge Based Systems*, IEEE Transactions on Systems, Man and Cybernetics, Vol. 19, No. 3 (May/June 1989). |
| Winston,, Patrick H., Prendergast, Karen A., *The AI Business: The Commercial Uses of Artificial Intelligence*, The MIT Press (1984). |
| Mack, Barbara, *A Prescription for Cutting Corporate Health Expenses*, Wall Street Journal (Jul. 18, 1983). |
| U.S. Pat. No. 4,591,983 (Bennett patent) |
| U.S. Pat. No. 4,667,292 (Mohlenbrock patent) |
| U.S. Pat. No. 5,018,067 (Mohlenbrock 2 patent) |
| U.S. Pat. No. 5,070,452 (Doyle patent) |
| U.S. Pat. No. 4,858,121 (Barber patent) |
| U.S. Pat. No. 4,658,370 (Erman patent) |
| U.S. Pat, No. 4,803,641 (Hardy patent) |

Davis Exhibit C

| Author, Title & Source |
| --- |
| Turner JM, *DRG compliance measurement in the future*, Software in Healthcare, August-September 1985, Vol. 3 (4), p. 48. |
| Mohlenbrock WC, *Getting the most out of DRG's*, Group Practice Journal, September October 1985, Vol. 34 (5), pp. 27-32. |
| Gibbons PS, Pishotta FT, Stepto RC, *A system for reporting gynecologic procedures. A linguistic-logical approach*, Journal of Reproductive Medicine, March 1983, Vol. 28 (3), pp. 201-5 |
| Studney DR, Hakstian AR, *Effect of a computerized ambulatory medical record system on the validity of claims data*, Medical Care, April 1983, Vol. 21 (4), pp. 463-7. |
| Poulson GP, *Detailed costing system nets efficiency*, savings, Hospitals, October 1, 1984, Vol. 58 (19), pp. 106-8, 111. |
| *Medical coding*, Medical Record and Health Care Information Journal, February 1988, Vol. 29 (1), pp. 20-2. |
| Johnson KF, *Integrated system brings hospital data together*, Health Progress, October 1987, Vol. 68 (8), pp. 46-9, 82. |
| Tauber J, Lahav M, *Simplified diagnostic coding sheet for computerized data storage and analysis in ophthalmology*, Ophthalmic Surgery, November 1987, Vol. 18 (11), pp. 846-9 |
| Miller KM, Wisnicki HJ, Buchman JP. Riley MJ, Repka MX, Taylor HR, Guyton DL, *The Wilmer Information System. A classification and retrieval system for information on diagnosis and therapy in ophthalmology*, Ophthalmology, March 1988, Vol. 95 (3), pp. 403-9 |
| Carter K, *PCs can tap databanks for costs*, Modern Healthcare, June 20 1986, Vol. 16 (13), p. 52. |
| Ohnsson J, *GMIS (Gabrieli Medication Information Systems) software flags inappropriate billings, medical procedures*, Contract Healthcare, May 1988, pp. 28-9. |
| Cimino JJ, *Review paper: coding systems in health care*, Methods of Information in Medicine, December 1996, Vol. 35 (4-5), pp. 273-84. |
| Gabrieli ER, Speth DJ, Casiraghi E, *Knowledge bases*, Journal of Clinical Computing, 1985, Vol. 13 (5), pp. 150-4. |
| Gabrieli ER, Saumby JA, *Computer-based coding of medical data*, Topics in Health Record Management, March 1982, Vol. 2 (3), pp. 51-9. |
| Ely RM, *Savings through claims audits*, Topics in Health Care Financing, Summer 1986, Vol. 12 (4), pp. 61-7. |
| U.S. Pat. No. 4,347,568 (Giguere patent) |
| U.S. Pat. No. 4,491,725 (Pritchard patent) |
| U.S. Pat. No. 4,730,259 (Gallant patent) |
| U.S. Pat. No. 4,839,822 (Dormond patent) |
| U.S. Pat. No. 4,937,743 (Rassman patent) |

Davis Exhibit C

| Author, Title & Source |
|---|
| U.S. Pat. No. 4,975,840 (De Tore patent) |
| U.S. Pat. No. 4,991,091 (Allen patent) |
| Buchanan Bruce G., *Expert Systems*, Journal of Automated Reasoning, Vol. 1, No. 1, 1985, pp. 28-35. |
| Hao Kuo, *MEDCLAIM: An Expert Support System for Medical Claims Review*, Thesis Submitted in Department of Computer Science, University of South Carolina (1986). |
| Horn SD,. Horn RA., *The computerized severity index: a new tool for case-mix management*, J Med Syst, February 1986, Vol. 10 (10), pp. 73-78. |
| Cebrian, Gil et al, *APACHE II*, Intensive Care med., 1987, Vol. 13 (2), p. 143. |
| Robinson, ML, *Hospitals look to "severity of illness" indexes*, Healthspan, June 1986, Vol. 3 (6), pp. 19-22. |
| Nestler, WB et al, *Case-mix reimbursement and clinical management....*, Ind Health Care (Cambridge Ma), 1985, Vol. 2, pp. 117-130. |
| Bates, SW et al, *Case mix management systems*, Mich. Hosp., August 1984, Vol. 20 (8), pp. 24-29. |
| Zak, EJ et al; *Financial modeling: an administrative tool of the highest. ...*, Computers in Healthcare, June 1984, Vol. 5(6), pp. 24-26. |
| Huhn, C et al, *Evaluating the new case-mix systems: a systematic approach*, Hospitals, January 1984, Vo. 58 (2), pp. 92, 94, 96. |
| Lewis, J et al, *Development of a case mix information system*, Computers in Healthcare, February 1983, Vol. 4 (2), pp. 36-41 |
| Shaffer, VM, *Case mix analysis*, Osteopathic hospital leadership, September-October 1985, pp. 8-9. |
| Braithwaite, WR, *The effect of Medicare legislation on medical records system*, Software in Healthcare, August-September 1985, Vol. 3 (4), pp. 26-27. |
| Myers, TF et al, *A modification of the international classification of diseases for uniform... ,* AM J Perinatol, July 1985, Vol. 2 (3), pp. 240-241. |
| Barnard, C., *How to select and implement case-mix (product-line analysis). ...*, Hosp. Forum, January – February, 1985 Vol. 28 (1), pp. 25-30. |
| Jones, R, *Case-mix and computers: there's a micro-mainframe connection. ...*, Computers in Healthcare, October 1984, Vol. 5 (10), pp. 36-39. |
| Jones, R., *Case-mix and computers: there's a micro-mainframe connection... ,* Computers in Healthcare, August 1984, Vol. 5 (8), pp. 44-45. |
| Schumacher, DN, *A practical guide to reviewing case mix financial date*, The Hospital Medical Staff, August 1984, Vol. 13 (8), p. 170. |

| Author, Title & Source |
|---|
| Jones, R., *Case-mix and computers. Part one: a look at computer delivery. ...*, Computers in Healthcare, June 1984, Vol. 5 (5), pp. 42-45. |
| Jaggar, FM et al, *A PPS essential: case-mix management systems*, Hospitals, May 1, 1984, Vol. 58 (9), pp. 71-76. |
| Dorenfest SI, *Computers can figure out DRGs, if you can figure out computer market*, Modern Healthcare, February 15, 1984, Vol. 14 (3), pp. 130, 134, 136 |
| Fedorowicz, J., *Will your computer meet your case-mix informational. ...*, Nurs Health Care, November 1983, Vol. 4 (9), pp. 493-497. |
| Fedorowicz, J., *Hospital information systems: are we ready for case mix applications*, Health Care Manage Rev., Fall 1983, Vol. 8 (4), pp. 33-41. |
| Gillette, PE., *Hospital information systems: computer must rack patient costs*, Modern Healthcare, September 1983, Vol. 13 (9), pp. 154, 156, 158. |
| Nathanson, M., *Hospital information systems: computers crank out DRG... *, Modern Healthcare, September 19833, Vol. 13, (9), pp. 160, 162, 164. |
| McLaughlin, DB et al., *Personal computers provide advantages and frustrations... *, Hospitals, July 1983, Vol. 57 (14), p. 94. |
| Barnard, C., *System strategies for case mix*, Computers in Healthcare, June 1983, Vol., 4 (6), pp. 28-32. |
| Mitchell WA., *An automated APACHE II scoring system*, Intensive care nursing, 1987, Vol. 3 (1), pp. 14-18. |
| Packer, CL., *Automation in the medical records department*, Hospitals, March 1, 1985, Vol. 59 (5), pp. 100, 102, 104. |
| Kramer, DJ., *Medicare billing goes electronic,* Software in Healthcare, February March 1986, Vol. 5 (1), pp. 31-32. |
| Gardner, E., *Coding changes delay reimbursement*, Modem Healthcare, December 4, 1987, Vol. 17 (25), p. 11. |
| King, M., *How can case mix work for long-term care providers*, Contemporary Longterm Care, November 1988, Vol. 11 (11), pp. 48, 50. |
| Couch, JB., *Assessing medical care on the basis of its value*, Physician executive, July August 1987, Vol. 13 (4), pp. 7-10. |
| Peterson, RN et al., *Congress to decide Medicare matters; final PPS rules. .. *, Health Law Vigil, September 20, 1985, Vol. 8 (19), pp. 6-8. |
| Terenzio J., *Preparing for the future today -product line management... *, Healthcare, Computing & communications, September 1985, Vol. 2 (9), pp. 56-58. |
| Sovie, MD et al., *Amalgam of nursing acuity*, DRGs and costs... , Nursing Management, March 1985, Vol. 16 (3), pp. 22-42. |

Davis Exhibit C                                                                      C-7

| Author, Title & Source |
|---|
| Sleight, S. et al., *Addressing case mix management in the smaller hospital...*, Computers in Healthcare, February 1985, Vol. 6 (2), pp. 22-24. |
| Nathanson, M., *Hospitals struggling to develop standards*, Modern Healthcare, September 1984, Vol. 14 (12), p. 140. |
| Llaurado, JG, *Computing disease severity: staging*, Int J Biomed Comput, July-August 1984, Vol. 15 (4), pp. 243-248. |
| Christensen, B., *"Staging" software measures severity of patient's illness*, Hospitals, May 1, 1984, Vol. 58 (9), pp. 45-46. |
| Dambro, MR et al., *An unsuccessful experience with computerized medical. ..* , Journal of Medical Education, August 1988, Vol. 63 (8), pp. 617-623. |
| Wheeler, JT, *Hospital's six-point program clears up financial picture*, Health Progress, July-August 1988, Vol. 69 (6), pp. 78-81 |
| DiMauro, ME, *Information systems for cost-effective management*, Topics in Health Care Financing, Winter 1987, Vol. 14 (2), pp. 28-34. |
| Dombi, WA, *Home care denials: computerization and Medicare home care appeals*, Caring: National Association for Home Care Magazine, June 1987, Vol. 6 (6), pp. 16, 19. |
| Crownover, KR, *Shrinking the demand of home care documentation*, Caring: National Association for Home Care Magazine, June 1987, Vol. 6 (6), pp. 20-22. |
| Sabin, P., *Hospital cost accounting and the new imperative*, Health Progress, May 1987, Vol. 68 (4), pp. 52-57. |
| Carter, K., *End of PIP will prompt hospitals to try software to speed billing*, Modern Healthcare, February 13, 1987, Vol. 17 (4), pp. 62, 64, 68 |
| Woodward, RS, *Teaching DRG reimbursement with VisiCalc.*, The Journal of Health Administration Education, Winter 1985, Vol. 3 (1), pp. 91-97. |
| Landais P. et al., ARCANE. *A new medical patient information system*, Medical Information=Medecine et informatique, April-June 1988, Vol. 13 (2), pp. 105-116. |
| Carter K., *New reimbursement for outpatient services will mean more...* , Modern Healthcare, August 28, 1987, Vol. 17 (18), p. 78. |
| None Listed, *Computerization in the medical record department at Pioneer Valley...* , J Am Med Rec Assoc, February 1985, Vol. 56 (2), pp. 42-43. |
| Gabrieli, ER, *Automated medical office records*, Journal of Medical Systems, February 1987, Vol. 11 (1), pp. 59-68. |
| Gabrieli, ER, et al., *Computerized discharge summaries: a new window...* , Journal of Clinical Computing, 1987, Vol. 16 (1-2), pp. 47-62. |
| Gabrieli, ER, et al., *Automated analysis of the discharge summary*, Journal of Clinical Computing, 1986, Vol. 15 (1), p. 128. |

| Author, Title & Source |
| --- |
| Jap. Appl. No. 55-107352, entitled "Medical business system" (Yoshikuni App.) |
| U.S. Trademark No. 1,583,416 (ClaimCheck Mark) |
| U.S. Trademark No. 1,624,579 (CodeReview Mark) |
| U.S. Trademark No. 2,165,159 (Code Advisor Mark) |
| Stachura CT, *Software reference guide: case-mix management*, Journal of the American Medical Record Association [J Am Med Rec Assoc] February 1987, Vol. 58 (2), pp. 42-6. |
| Stachura CT, *Software reference guide: DRG assignment*, J Am Med Rec Assoc, January 1987, Vol. 58, (1), pp. 33-40 |
| Stachura CT, *Software reference guide: encoding*, J Am Med Rec Assoc, November 1986, Vol. 57 (11), pp. 25-8. |
| Wilkinson R, *Does your grouper 'over-maximize' reimbursement?*, Hospitals, October 20, 1986, Vol. 60 (20), p. 88. |
| Huertas-Cortocarrero D, Ruiz PP, Marmol JP, *Concurrent clinical review: using microcomputer-based DRG-software*, Health Policy 1988, Vol. 9 (2), pp, 211-7 |
| Nathanson M, *Medical records. Experts: more research needed to set value of code programs*, Modem Healthcare, June 21, 1985, Vol. 15 (13), pp. 98, 102. |
| Caterinicchio RP, *Implementing a DRG-driven acuity system for nurse staffing under prospective hospital payment*, Hospital Topics, May-June 1985, Vol. 63 (3), pp. 6-7, 13. |
| Jackson B, Jensen J, *Hospitals turn to new software, hardware to cope with DRG 's*, Modem Healthcare, September 1984, Vol. 14 (12), pp. 109-12. |
| Nathanson M, *New software helps hospitals watch costs, profit under DRG*, Modem Healthcare, September 1984, Vol. 14 (12), pp. 132, 136-8. |
| *DRG helper makes it easy for doctors to maximize reimbursement*, Hospital Forum, July-August 1984, Vol. 27 (4), pp. 62-3. |
| Burda D, *Health care market experiences grouper software explosion*, J Am Med Rec Assoc, May 1984, Vol. 55 (5), pp. 35-7. |
| *Health care executive's guidebook to automation in the 1980s: health care information systems and DRG's*, Hospital Forum, Jan-Feb 1984, Vol. 27 (1), pp. 23-30. |
| Gonnella JS, Hornbrook MC, Louis DZ, *Staging of disease. A case mix measurement*, Journal of the American Medical Association [JAMA], February 3, 1984, Vol. 251 (5), pp. 637 44 |
| Ray WJ, Johnstone J, *Using medical records to ensure fair DRG reimbursement*, Computer in Healthcare, December 1983, Vol. 4 (12), pp. 32-6, 40. |
| Heck S, Esmond T, *Financial modeling/case-mix analysis*, Computers in Healthcare, June 1983, Vol. 4 (6), pp. 50-1, 54. |
| Moliver M, *Computers and reimbursement*, Contemporary longterm care, April 1986, Vol. 9 (4), pp. 46-7. |

Davis Exhibit C

| Authors, Title & Source |
|---|
| Gabrieli, ER, et al., *Standardization of medical informatics*, Journal of Clinical Computing, 1986, Vol. 14 (6), pp. 179-198. |
| Gabrieli, ER, et al., *A center for medical informatics; modern methods of information...*, Topics in Health Record Management, September 1985, Vol. 6 (1), pp. 12-15. |
| Gabrieli, ER, et al., *Cognitive processing for computerized new knowledge*, Journal of Clinical Computing, 1985, Vol. 13 (4), pp. 113-116. |
| Gabrieli, ER, et al., *Computer-based knowledge banks for clinical medicine*, Journal of Clinical Computing, 1983, Vol. 11 (5-6), pp. 195-200. |
| Gabrieli, ER, et al., *Computer-oriented coding of medical data*, Journal of Clinical Computing, 1981, Vol. 10 (1), pp. 1-18. |
| Gabrieli, ER, et al., *A proposal for a computer-based national medical information ....*, Journal of Clinical Computing, Vol. 10 (1), pp. 19-52. |
| Gabrieli, ER, et al., *Computer-oriented nomenclature, automated classification ....*, Journal of Clinical Computing, 1980, Vol. 9 (2), pp. 54-66. |
| Gabrieli, ER, *Medical information system, health records, and knowledge...* , Medical Instrumentation, July-August 1978, Vol. 12 (4), pp. 245-247. |
| Gabrieli, ER, *Computer-assisted assessment of patient care in the hospital*, Journal of Medical Systems. June 1988, Vol. 12 (3), pp. 135-146. |
| Bernier, RP, *Clinical evaluation:  the next step in claims processing*, Best Rev Life Health Insur Ed, April 1986, Vol. 86 (12), pp. 106-110, 127 |
| Robinson, Michele L., *AHA voices concerns about HCFA's severity index*, Hospitals, October 5, 1988, p. 26. |
| Barnard, C., *Preparing for case-mix: the role of data processing*, Healthcare financial management: journal of the Healthcare Financial Management Association, June 1983, Vol. 37 (6), pp. 57-70. |
| McDermott, John, *R1: A Rule-Based Configurer of Computer Systems, Artificial Intelligence*, 1982, No. 19, pp. 39-88. |
| David Leinweber, *Knowledge-Based Systems for Financial Applications*, IEEE Expert, Fall 1988, pp. 18-31. |
| Fagan, Lawrence Marvin, *VM: Representing Time-Dependent Relations in a Medical Setting*, Ph.D Thesis Submitted at Stanford University (1980) |