# EXHIBIT 25



RG cost-per-case management

# Modern
# Healthcare

the business news magazine for healthcare management • February 15, 1981

How will CEOs fit into healthcare puzzle?
Page 46

HA meeting highlights industry's political split
e 28

ssociated, UHS form ew hospital super group
e 28

AO's report triggers pital payment debate
30

pitals a new DR
ries begin on pag

Bernard J. Lachner
President and CEO
Evanston (Ill.) Hospital Corp.
and Chairman
AOHA study committee

AH MAY84 111111
PAID31Z5MEISN     E3Z1ZA
SWETS NORTH AMERICA INC
HOSPITAL SERVIDORES ESTIAQO
PO BOX 517
BERWYN PA 19312

RD000504

Information systems

# Computers can figure out DRGs, if you can figure out computer market

### By Sheldon I. Dorenfest

Many hospitals need new management information systems to help them cope with the massive changes being unleashed by Medicare's prospective payment system.

Computer systems can help hospital managers meet their complex information needs, but the computer market itself can be confusing. For instance, a hospital may have to use as many as five computer systems just to meet its immediate prospective payment information needs.

Hospital managers can hope that computer system vendors get their houses in order in the next year and produce products to deal with the whole range of these needs. Until then, hospitals seeking to meet their information needs under prospective payment must carefully evaluate the products they buy. It's easy to make mistakes in this new environment.

**Immediate and longer-term needs.** It will take the hospital industry many years to successfully implement the management systems needed to operate effectively in the new reimbursement environment. At the moment, the industry is running scared, and hospital managers are seeking simple solutions to what, in some cases, are very complex problems that aren't completely understood or even defined. This can be very damaging to a hospital's financial performance.

What should be done? How do hospital managers prepare for the future and ensure their institutions' viability? What new management systems are required to manage effectively under prospective payment? The following are areas that require attention immediately or in the longer term:

*Immediately*

- Hospitals need much more accurate medical records information.
- Hospitals need ways to simulate the financial results of alternative case mix assumptions.
- Hospitals must be sure that their billing and reporting systems accommodate the requirements of prospective payment.

*Longer-term*

- Hospitals need more timely data on patient treatment so that information about use of resources is available when this utilization or the services themselves can still be changed.
- Hospitals need methods for reviewing how physicians use hospital resources.
- Hospitals need cost accounting systems.

If each of these needs is properly addressed, a hospital will be in a much better position to manage the changes spurred by prospective payment.

*More accurate medical records.* The medical records department has become much more important to a hospital's overall success under prospective payment. Before the new Medicare system was implemented, the department's major responsibilities included:

- Locating charts for admission of patients who previously had stayed at the hospital.
- Abstracting medical records for all patients leaving the hospital.
- Tracking charts currently in use by hospital personnel.
- Determining the status of incomplete charts.
- Management and statistical reporting for utilization review.
- Comparison reporting to other hospitals.

Although these functions were important before prospective payment, they didn't get much management attention because they didn't have a large effect on a hospital's financial condition. Before prospective payment, almost all medical records departments used computerized discharge abstracting systems for comparison reports. Some hospitals used computerized medical records information systems to help them perform their other responsibilities. Suppliers of these more extensive systems include


*Mr. Dorenfest*

Mr. Dorenfest, MBA, CPA, is president of Sheldon I. Dorenfest & Associates Ltd., a Highland Park, Ill., consulting firm specializing in computerized hospital information systems and publisher of *The Guide to Better Hospital Computer Decisions*.

*Illustration by Roger Roth/Chartmaster*

**DRG**

130

RD000505

## Information systems

The Commission on Professional and Hospital Activities, Ann Arbor, MI; McDonnell Douglas Automation Co., Hazelwood, MO; Health Systems International, New Haven, CT; and Hospital Utilization Project, Pittsburgh.

With the advent of Medicare's use of diagnosis-related groups of illnesses to classify patients for reimbursement under prospective payment, discharge abstracting and medical records coding have become key to successful financial management. This has focused a lot of attention on the medical records department and the computer systems it uses.

Two overnight successes. Since medical records diagnosis coding was less important before DRGs, computerized medical records information systems weren't designed to improve coding accuracy. Now that diagnosis coding accuracy is financially important, two specialized medical records computer systems have become prominent overnight. One is marketed by Code 3 Corp., Salt Lake City, and is called Code Finder. This interactive product prompts medical records personnel who assign diagnosis codes, improving their accuracy and speed. But even using the Code Finder, a hospital isn't assured of the consistency of clinical data and the resulting diagnosis. For this purpose, a hospital can acquire the Clinical Data Editor marketed by Health Systems International. This product identifies erroneous or missing diagnosis and procedure codes.

Because accurate coding is essential under prospective payment, a hospital may benefit from using three different computer systems in its medical records department. One computer system would be used to assist in the important daily operations of the medical records department, such as chart location, discharge abstracting and management reporting. The other two systems would ensure that medical records coding and subsequent DRG assignment are as accurate as possible.

Computer vendors will market other specialty systems for coding accuracy and better DRG assignment within the next few years. The current vendors of complete medical record information systems also are likely to add code finding and clinical data editing capabilities to their products. And within the next three years, look for the fully integrated medical record information systems now on the market to include much better code finding and editing capabilities. But currently, at least two

and possibly three computer systems are needed to do this job.

In the future, computer systems will become available that will help hospitals to legally and ethically maximize their Medicare reimbursement. For instance, in some patients' cases, the number of secondary diagnoses a physician makes will exceed the number that the DRG assignment formula will handle. A coder, therefore, must select the most appropriate group of secondary diagnoses.

Because of the complexity of the DRG assignment formula, it's diffi-



cult to select the group of diagnoses that will maximize reimbursement. Consequently, diagnoses may be selected that produce a much smaller payment than Medicare actually should pay. This problem could be eliminated by a computer system that simulates alternatives and selects the most appropriate DRG assignment. Some of these capabilities may exist today, but no system really meets all these assignment needs.

Case mix simulation. Under prospective payment, managers must ask "what if" questions and determine the impact that different situations have on a hospital's case mix and resulting reimbursement. A manager must use a computerized financial modeling system to accomplish these objectives. Companies providing such systems include Amherst Associates Inc., Chicago; Mediflex Systems, Evanston, IL; Rush-Presbyterian-St. Luke's Medical Center, Chicago; Wheaton Systems, Wheaton, IL; and "Big Eight" accounting firms.

Because the new DRG reimburse-

ments could result in a substantial up or down swing in a hospital's revenues compared with previous years, it's important that hospital managers make some estimate of what's likely to happen to their revenues under prospective payment. To do this, hospitals must simulate what their financial results would have been if, in past years, they'd been reimbursed under the new payment system. Modeling systems can be used for this purpose.

To make these simulations work, a hospital must review previous years' medical records to make sure the diagnosis data are complete and accurate.

Because none of the major vendors of computerized modeling systems for case mix simulation provide medical records systems, another group of vendors must be considered by hospital managers who want to buy a computer system providing the full range of capabilities needed to effectively manage their hospital under prospective payment.

DRG billing systems. It isn't completely clear yet what will be needed in the DRG billing system of the future. These systems should, at least, include a method for grouping data from medical record discharge abstracts to determine the reimbursement due for each case. The Dept. of Health and Human Services' Health Care Financing Administration has directed Medicare intermediaries to use Health Systems International's DRG Grouper system to determine DRG payments. Most vendors' patient accounting systems include a grouping capability. These systems usually will produce the same reimbursement result as that reached by fiscal intermediaries. But this may not always be the case.

In addition to grouping DRG assignment, billing systems also produce management reports based on DRG information. Some vendors' patient accounting systems also include modeling or medical record capabilities. But often, each of these computer systems must come from a different source. Even in those instances where the patient accounting system vendor provides modeling or medical records capabilities, these added features may be inferior to those provided by specialized companies. Currently, none of the vendors of patient accounting systems offer the specialized capabilities of Code Finder or Clinical Data Editor.

Timely reports of patient treatment. The medical record is the only complete record of patient treatment. In almost all hospitals, this record is main-

RD000506

**Information systems**

tained manually, is cumbersome to use and contains no financial information. In manual charge collection systems, patient billing information usually gets into the billing system several days after treatment occurs. In those systems, there's no timely method for reviewing the fees associated with inpatient treatment and comparing them with the DRG payment that will be made after the patient is discharged.

It's important, however, to have systems that permit this kind of concurrent review while the patient is still in the hospital. If the cost of care—or some estimate of these costs—could be calculated as care was delivered, the hospital's managers could determine whether these costs were going to exceed the expected DRG payment rate. The managers also could identify whether the hospital's resources were being wasted, and remedy the problem.

Under prospective payment, hospitals must monitor their resource utilization more closely. This requires that they have information about patient treatment as close to the time that it's rendered as possible. That will make computerized nursing station order entry and total hospital information systems more valuable. However, even currently available computerized order-entry systems will have to be modified to provide more easily accessible information that flags problem areas.

Reviewing use of resources. Physicians are the prime creators of demand for hospital resources. Hospitals are so difficult to manage because physicians control how hospital services are used, but they have no responsibility for their management.

The way different physicians use hospital resources to treat the same illness varies widely. Because physicians are the prime hospital revenue producers, it's been difficult for hospital managers to stand up and tell some of their physicians that they are using hospital resources wastefully. Under Medicare's old, cost-based reimbursement system, hospitals had no incentive to force physicians to increase their efficiency. Hospitals would be reimbursed for their costs regardless of efficiency. Those incen-

tives have changed. But how do hospital managers control physicians' use of resources without adversely affecting the way doctors practice medicine? And how do they do this without spurring their physicians to take their patients—and the hospital's revenues—to another hospital where the doctors are given freer rein?

Hospitals must develop better methods for reviewing physicians' use of their facilities. Working with their medical staffs, hospital managers must develop standard treatment plans for each major diagnosis and



must develop systems for comparing standard with actual treatment. Systems also must be developed to examine the financial performance of each physician under the DRG reimbursement scheme.

Computer systems eventually may help in this area. However, managers must develop the necessary policies and procedures to control physician use of their facilities before a computer is brought into the picture.

Cost accounting systems. Hospitals need systems for better cost control. Today, hospitals don't know what it costs to deliver a certain service or to treat a specific case. Even the relationship between costs and charges is usually unknown. As prospective payment drives hospital managers to more efficient methods of running their organizations, they must have a better understanding of the relationship between hospital costs and services provided. Without this information, hospital managers won't be able to control or reduce costs.

Manufacturing facilities have used

cost control systems for a long time. How do they do it?

Setting production standards. Let's take the example of a typical factory producing a large variety of products (see diagram). The raw material is purchased from suppliers and stored until used. In the example, there are 24 different production centers, all adding value to the raw material to generate finished products.

Product A is made by taking raw material and moving it through production centers 4, 11, 12, 19, 20, back to 13, and on to 21 and 22. It stays a certain length of time in each of these production centers and has a certain amount of work performed on it by the personnel working in each center. A work order typically describes how to make Product A, and a standard costing system will determine the product's cost.

This factory production is similar to the work a hospital performs. The admitted patient takes the place of raw materials in the factory example, and hospital service departments providing diagnosis and treatment are analogous to the factory's production centers. The patient is put through a variety of services and eventually is discharged.

A major difference between hospital care and factory production is that patient treatment may require deviations from "production" standards. This merely suggests, however, that there will be greater variations between standard and actual costs in a hospital environment compared with a manufacturing plant. Hospitals still must adopt standard cost accounting systems similar to standard factory cost accounting systems to control costs.

The big problem for hospitals is that no hospital cost accounting systems exist on the market. Such systems are complex and will take a substantial time to develop. A whole new management philosophy also will be required to make these systems work.

Making hospitals "shine." Prospective payment is challenging hospital managers to make significant management changes that will be difficult to implement. Delays, false starts or mistakes will be very damaging, and some hospitals will suffer dramatic setbacks if they can't make the necessary adjustments demanded by this new environment. This is an opportunity, however, to separate the "leaders" from the "followers" and for truly visionary hospital executives to make their institutions shine. ■

136

RD000507

# Modern Healthcare®

A Crain Communications Inc. publication incorporating Modern Hospital and Modern Nursing Home

Feb. 13, 1987

Vol. 17/No. 4



*Cover by John Walker*

## DEPARTMENTS

5 EDITORIALS: Smoking; technology

8 CALENDAR

19 NEWS DIGEST: AHA meeting; Technology, PPS

28 UNION ELECTIONS

33 FOR THE RECORD

37 WASHINGTON NEWS DIGEST: Copying costs; healthcare inflation

106 LEGAL BRIEFS: Staff privileges; Rhode Island ban

108 LONG-TERM CARE DIGEST; Southmark grows; Hillhaven centers

110 COMPETITIVE EDGE: Elderly market; frozen foods

114 TECHNOLOGY DIGEST: Medstone lithotripter; Caesarean sections

116 INFO SYSTEMS NOTES: Charting software; cost accounting

118 BOND ISSUES

120 FINANCIAL DIGEST: Top states for bonds; HCA, Humana ratings cut

122 DATA BANK

128 WALL STREET REPORT

133 CAREER OPPORTUNITIES

138 PEOPLE

139 LETTER

139 CORRECTION

139 FEDERAL REGISTER

139 UNDER NEW MANAGEMENT

MODERN HEALTHCARE (ISSN 0160-7480) is published biweekly every other Friday for $75 per year ($90 foreign) by Crain Communications, 740 Rush St., Chicago, IL 60611. Second-class postage paid at Chicago and at additional mailing offices. Titled at U.S. Patent Office. ©Copyright 1987 by Crain Communications. All rights reserved. POSTMASTER: Send address changes to MODERN HEALTHCARE, Circulation Dept., 965 E. Jefferson, Detroit, Mich. 48207.

## SPECIAL SECTION

# DRGs

### DRG cost-per-case management

51 WASHINGTON: 'Rebasing' rate data could slash payments

56 DEPARTMENTS: More hospitals emphasizing utilization review

62 INFORMATION SYSTEMS: Hospitals turn to software to speed billing

69 REHABILITATION: Lengths of stay unchanged, but costs rising

72 PURCHASING: Cost-effective products aid quality, boost profits

76 NRC SURVEY: Consumers unsure whether PPS has aided quality

RD000508



**SPECIAL SECTION**

# DRGs

# End of PIP will prompt hospitals to try software to speed billing

By Kim Carter

Hospitals may be relying more heavily on software that helps them submit bills quicker because of changes in regulations governing Medicare reimbursements.

Starting July 1, hospitals with more than 100 beds won't be reimbursed through the Periodic Interim Payment program. Under that program, the Health Care Financing Administration paid hospitals a portion of estimated Medicare reimbursements every two weeks. Shortfalls or excesses were settled at year-end.

With the elimination of PIP, the speed with which hospitals will be reimbursed will depend on how quickly bills are submitted to HCFA. This means hospitals will have to focus efforts on speedy approval of charts by physicians, rapid coding of medical records for bills and eliminating errors on bills so payments aren't delayed.

Manufacturers of software for hospital information systems believe these factors will prompt more hospitals to turn to their products to aid billing efforts.

Time lags costly. "With this new regulation, hospitals can't afford a time lag," said Tom Owens, vice president of marketing for Health Systems International, a New Haven, Conn., software manufacturer.

Because of this, "software has to address the issue of rapid physician approval of the chart after the DRG is assigned at the time of discharge."

HSI's product, ENSEMBLE, lets hospitals collect information for billing while the patient is in the hospital receiving treatment, not after he is discharged, Mr. Owens said. The software keeps track of the patient's DRG throughout his stay and alerts the hospital if his case should be classified under another DRG. The software locates errors in the medical record and corrects them.

Sixteen sites now are using ENSEMBLE, said Dennis Dobson, HSI corporate vice president. It runs on the VAX series of microcomputers manufactured by Digital Equipment Corp., Maynard, Mass.

The company declined to reveal pricing information for the system.

Test site. HSI's software was tested at 461-bed University of Kentucky Albert B. Chandler Medical Center, Lexington, Ky. The facility has tested HSI's Utilization Management System, Coder, Clinical Data Editor and Interactive Data Query applications since November 1986, said Judy Kemper, the hospital's director of quality assurance and utilization review.

The bills of about 50% of the patients treated at Albert B. Chandler are paid by Medicare and Medicaid. Because of this, the hospital needs to ensure prompt reimbursement by the fiscal intermediaries who pay beneficiaries' bills.

Ms. Kemper said concurrent DRG assignment helps the hospital monitor lengths of stay and locate cases that could be classified as outliers, which involve either long hospital stays or expensive treatments. In addition, the software provides financial reports for the hospital's reimbursement and rates department, which then can project income.

Because it's testing the software, the facility is getting a 50% discount on leasing the software, Ms. Kemper said. The hospital is paying $25,000 annually for the software, and she estimates the necessary hardware cost about $35,000.

"Even paying full price for the software, we would save about $100,000 over the five-year period just because of the system's efficiency," she said. By using HSI's product, the hospital also eliminated one utilization review position, resulting in a savings of $38,000.

| Rank | DRG no. | Description | Weight |
|---|---|---|---|
| 1 | 457 | Extensive burns | 6.7918 |
| 2 | 104 | Cardiac valve procedure with pump and cardiac catheterization | 6.7815 |
| 3 | 106 | Coronary bypass with cardiac catheterization | 5.2077 |
| 4 | 105 | Cardiac valve procedure with pump but without cardiac catheterization | 5.1764 |
| 5 | 108 | Other cardiovascular or thoracic procedure with pump | 4.3301 |
| 6 | 302 | Kidney transplant | 4.1840 |
| 7 | 191 | Major pancreas, liver and shunt procedures | 4.1357 |
| 8 | 107 | Coronary bypass without cardiac catheterization | 3.9476 |
| 9 | 192 | Major pancreas, liver and shunt procedures | 3.8790 |
| 10 | 115 | Permanent cardiac pacemaker implant with heart failure or shock | 3.8743 |

Source: Health Care Financing Administration

| Rank | DRG no. | Description | Weight |
|---|---|---|---|
| 1 | 457 | Extensive burns | 7.5688 |
| 2 | 104 | Cardiac valve procedure with pump and cardiac catheterization | 7.3161 |
| 3 | 105 | Cardiac valve procedure with pump but without cardiac catheterization | 6.3400 |
| 4 | 106 | Coronary bypass with cardiac catheterization | 5.3332 |
| 5 | 108 | Other cardiovascular or thoracic procedure with pump | 4.7810 |
| 6 | 107 | Coronary bypass without cardiac catheterization | 4.6614 |
| 7 | 302 | Kidney transplant | 4.6273 |
| 8 | 191 | Major pancreas, liver and shunt procedures | 4.4608 |
| 9 | 109 | Cardiothoracic procedures without pump | 4.3597 |
| 10 | 115 | Permanent cardiac pacemaker implant with heart failure or shock | 4.1634 |

Source: Health Care Financing Administration

RD000509



# New easy-to-use drug screen cuts costs, speeds up drug testing.

The KDI QUIK TEST™ Drug Screen offers companies and other organizations the first practical and cost-effective approach to urine testing for use of cocaine, crack, morphine/heroin, PCP (angel dust) and amphetamines.

By making possible on-premises testing that quickly determines if a person tests negative for these drugs, it eliminates the unnecessary work interruptions and costs that result when all specimens are sent to laboratories.

The KDI QUIK TEST is:

**Simple to Use:** Testing can be done by non-professional personnel, without laboratory equipment. All materials needed are in the test kit.

**Fast:** The procedure takes only about three minutes to determine whether a specimen tests negative or requires further confirmatory testing.

**Economical:** The cost per test (which simultaneously screens for all the substances mentioned) is only $6.50, less than that of other drug screens. Significant further savings are achieved by the elimination of expensive laboratory testing of negative specimens.

KDI QUIK TEST Drug Screen professional packages, each containing 15 individual test kits, are available for immediate shipment.



**KEYSTONE DIAGNOSTICS, INC.**
Subsidiary of Keystone Medical Corporation
9062 Route 108
Columbia, MD 21045
1-800-331-3505

For more facts circle 131 on reply card

64

MediQual's MedisGroups. MediQual, Westborough, Mass., is selling Medical Illness Severity Grouping System, or MedisGroups, a data base of clinical facts about patients, said Linda Kloss, senior vice president of client services.

The system classifies patients by severity of illness, not according to diagnosis. Severity of illness classifications are derived from information contained in a patient's medical record.

With MedisGroups, a hospital can analyze whether differences between charges and payments are a result of severity of illness, outcomes of care or the efficiency with which care is delivered, Ms. Kloss said.

MedisGroups, which is being used by 63 hospitals, can be run on the PC AT microcomputer manufactured by International Business Machines Corp., Armonk, N.Y., or on computers compatible with the PC AT. MediQual charges $15,000 to $35,000 a year for MedisGroups, and the cost varies depending on the hospital's size, Ms. Kloss said. Installation fees are $14,000 to $25,000 and are based on the number of people trained to use the system.

MediQual has a data base of patient information that contains data from all hospitals using MedisGroups. Hospitals can use information from the data base to analyze their quality and cost performance.

"MedisGroups has allowed us to compare our progress with individual DRGs . . . with other hospitals using the system," said Michelle Pelling, quality assurance manager for 531-bed Good Samaritan Hospital, Portland, Ore.

Good Samaritan used the data base to evaluate treatments of inpatients classified under DRG No. 410, chemotherapy. "Peer review organizations often (tell) hospitals that these patients should be treated on an outpatient basis," Ms. Pelling said. By using information from MediQual's data base, the hospital was able to analyze its performance and develop specific criteria on treating patients classified under DRG No. 410.

Harrington Memorial Hospital, Southbridge, Mass., uses MedisGroups because "the software . . . shows, by medical and surgical areas, what our average cost per case is as compared to other hospitals," said Richard Mangion, Harrington's executive vice president and administrator.

Harrington's average charge per patient stay was $3,066, about 35% less than the $4,900 average charge per patient stay of the 63 hospitals providing information to the MediQual data

*Continued on page 65*

Modern Healthcare/February 13, 1987

RD000510

For more facts circle 133 on reply card

## EMERGENCY!

## Now might be the right time to call the emergency medicine specialists,

**ECI** Emergency Consultants, Inc.

## Specialists in physician staffing, management services and marketing.

## 1-800-253-1795

Visit our booth at the
SE Hospital Conference • Atlanta

# Don't play games with your lungs.

## TAKE CARE OF YOUR LUNGS. THEY'RE ONLY HUMAN.

✝ AMERICAN
LUNG
ASSOCIATION
The Christmas Seal People®

*Space contributed by the publisher as a public service.*

68

base, Mr. Mangion said.

The 121-bed facility also is using the software to monitor average costs of individual physicians, he said. "The software (gives) us information on who's admitting high and low severity-of-illness patients. We look at all this information, and if our charges or costs are turning upwards, we poll individual cases and try to find out why."

Hinsdale (Ill.) Hospital uses MedisGroupe to analyze costs of treating patients placed in specific DRGs, said Dennis Schall, operations analyst for the 452-bed hospital. Data are used "in bidding for health maintenance organization contracts to make sure that we are making money from a particular service," he said.

Hinsdale used the software to identify vaginal delivery without complications, DRG No. 373, as a high-volume DRG where costs must be monitored to maximize profits, Mr. Schall said.

"We were making money with (DRG No. 373), but with the help of MedisGroupe, we wanted to maximize our potential to be competitive," he said. MedisGroupe software enabled the hospital to reduce supply costs for this DRG by $50,000 and cut the length of stay for low-risk mothers to two days from three days. In addition, the hospital started a program for home visitations of mothers who had two-day hospital stays.

HMDS. Health Micro Data Systems, Madison, Wis., offers a more-traditional DRG software package, which includes medical record abstracting, encoding that uses the International Classification of Disease-9th Revision-Code Modifications; DRG assignment and case mix tracking and analysis, said Frank Poggio, HMDS president.

About 50 hospitals are using the company's Micro Medical Record Abstract System, Mr. Poggio said. Smaller hospitals like the system because of its flexibility. MMRA uses IBM microcomputers linked in a network and costs $2,000 to $8,000, he said.

"MMRA allows me to look at each diagnosis," said Kevin Anderson, director of medical records for 216-bed Neillsville (Wis.) Memorial Hospital, which has been using the software for three years. If a patient can be classified under two diagnoses, MMRA can determine which will produce the larger reimbursement, Mr. Anderson said.

Boone Hospital Center. Some hospi-



Mr. Owens

tals develop software products themselves if commercial products don't fit their needs.

For example, 345-bed Boone Hospital Center, Columbia, Mo., developed a system called the Medical Records Package to run on an IBM mainframe system. The system, created to eliminate the necessity of passing paperwork between the medical records and billing departments, has been operating since January 1985.

The Medical Records Package includes features such as abstracting and locating chart deficiency. "Our number of incomplete records is down over 50%" said Bev Meyers, Boone's supervisor of medical records. "Our turnaround time on claims processing has dropped from four days to 24 hours, which means faster cash turnaround for the hospital."

The Medical Records Package is being marketed, and 12 hospitals have installed at least a portion of the software system, said Tom Rippeto, the hospital's assistant vice president of management information systems.

Hospital Cost Consultants. Hospital Cost Consultants, Redwood City, Calif., last year developed its own DRG software system, the Case Mix Management System, said Mike Hryshchyshyn, the company's vice president of marketing.

The product has yet to be installed at any facilities. However, about 50 hospitals use HCC's cost accounting system that allows hospitals to track resources consumed for individual product lines and for DRGs, he said.

HCC's case-mix software will help a hospital determine what resources are needed to provide each service.

HCC's case mix software runs on mainframe computers manufactured by IBM. It is expected to cost $125,000, Mr. Hryshchyshyn said.

Using CMMS, a hospital bidding on HMO and PPO contracts can formulate bids by using financial information derived from past, accurate case mix experience, he said.

"Case mix management software is some of the weakest . . . being offered by vendors," he said. "We approached it differently by first attacking the cost accounting aspect and working towards case mix management." ■

 

Mr. Poggio

RD000511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2006, I caused to be electronically filed the The TriZetto Group, Inc.'s Appendix of Exhibits in Support of Its Motion for Summary Judgment of Invalidity on Grounds of Anticipation and Obviousness (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 8, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA 94301

> */s/ Rodger D. Smith II (#3778)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> rsmith@mnat.com