IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>UNDER SEAL VERSION FILED: June 1, 2006<br>REDACTED PUBLIC VERSION FILED: June 8, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT RE DEFENDANT'S DEFENSES UNDER 35 U.S.C. § 112**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Memorandum in Support of its Motion for Summary Judgment Re Defendant's Defenses Under 35 U.S.C. § 112, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the Deposition of Donald Holloway taken on September 7-8, 2005. | 1 |
| Excerpts from the Deposition of Robert Hertenstein taken on September 14, 2005. | 2 |
| Health Payment Review Inc.'s Corporate Information Presentation Slides bearing Bates Nos. MCK 051638- MCK 051661. | 3 |
| The TriZetto Group, Inc.'s Responses to Plaintiff's Second Set of Interrogatories. | 4 |
| Excerpt from Hearing Transcript before Honorable Sue L. Robinson dated February 16, 2006. | 5 |
| Excerpts from the Deposition of Kelli A. Dugan taken on September 23, 2005. | 6 |
| Memorandum from Don Holloway to Dick Egdahl and Bob Hertenstein dated January 29, 1988 bearing Bates Nos. MCK 119823-MCK 119825. | 7 |
| Excerpts from Trial Transcripts, Volume D before Honorable Sue L. Robinson dated April 20, 2006. | 8 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 1, 2006

Michael A. Barlow (I.D. # 3928)