IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR <br><br> **REDACTED PUBLIC VERSION** <br><br> UNDER SEAL VERSION FILED: June 1, 2006 <br> REDACTED PUBLIC VERSION FILED: June 8, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
MEMORANDUM IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT RE: ANTICIPATION AND OBVIOUSNESS**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Memorandum in Support of its Motion for Summary Judgment Re: Anticipation and Obviousness, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| TriZetto's Fourth Supplemental Response To Plaintiff's Interrogatory No. 6 dated September 13, 2005 | 1 |
| Expert Report of Randall Davis dated October 24, 2005 | 2 |
| Expert Report of Larry Kerschberg dated October 24, 2005 | 3 |
| Expert Report of Philip Hawley dated October 24, 2005 | 4 |
| Excerpts from the deposition of Randall Davis taken on November 30, 2005 | 5 |
| Excerpts from the deposition of Philip Hawley taken on November 30, 2005 | 6 |
| Excerpts from the deposition of Larry Kerschberg taken on November 21, 2005 | 7 |
| Davis, Randall *"Expert System: Where Are We? And Where Do We Go From Here?"* The AI Magazine Spring 1982 pp. 3-22 | 8 |
| Rebuttal Expert Report of Mark Musen dated November 24, 2005 | 9 |
| Expert Report of David Wilson dated November 14, 2005 | 10 |
| *Moore North America, Inc., v. Poser Business Forms, Inc.*, C.A. No. 97-712-SLR, 2001 WL 253117 (D. Del. Mar. 8, 2001) | 11 |
| *Praxair, Inc. v. ATMI, Inc.*, C.A. No. 03-1158-SLR, 2005 WL 3159054 (D. Del. Nov. 28, 2005) | 12 |
| Excerpts from McKesson Information Solutions LLC's First Set Of Interrogatories, dated December 22, 2004 | 13 |
| Excerpts from the deposition of George Goldberg taken on September 13, 2005 | 14 |
| Excerpts from the deposition of Eric King taken on October 4, 2005 | 15 |
| *Intel Corp. v. Broadcom Corp.*, C.A. No. 00-796-SLR, 2003 U.S. Dist. Lexis 2372 (D. Del. Feb. 13, 2003) | 16 |

| | |
|---|---|
| AMS Claim Level Edits prepared by The Health Data Institute dated June 1986 bearing Bates Nos. RD000325 – RD000419 | 17 |
| Excerpts from Trial Transcripts, Volume D before Honorable Sue L. Robinson dated April 20, 2006 | 18 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 1, 2006

_____
Michael A. Barlow (I.D. # 3928)