# EXHIBIT 3

# REPORT OF EXPERT WITNESS

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)

Dr. Larry Kerschberg

In the United States District Court
District of Delaware

McKesson Information Solutions LLC v. The TriZetto Group, Inc.
Case No. 04-01258-SLR

Report on Invalidity of '164 Patent
October 24, 2005

## I.    Professional Background

I received my B.S. in Engineering Science with Honors from Case Institute of Technology in Cleveland Ohio in 1964.    I then obtained an M.S. in Electrical Engineering from the University of Wisconsin — Madison in 1966.    I received my PhD in Systems Engineering in 1969 from Case Western Reserve University.

I have worked and taught at the Federal University and the Catholic University, both in Rio de Janeiro, Brazil (1969-1976), the University of Maryland — College Park (1976-1977), Bell Telephone Laboratories (1977-1981), the University of South Carolina (USC) — Columbia (1981-1986), and George Mason University (1986-Present).

I am currently Professor of Information and Software Engineering, Director of the M.S. in E-Commerce program and Director of the E-Center for E-Business at George Mason University.    I am also a founding editor and serve as an Editor-in-Chief of the *Journal of Intelligent Information Systems: Integrating AI and Database Technologies,* published by Springer Publishing Company.    Springer publishes six issues of the journal per year.    I am an Associate Editor for the Data Mining and Knowledge Discovery Journal, also published by Springer.    I am also a member of the Editorial Board for the *Journal of Data Semantics,* published by Springer.

During the 1970's, while in Brazil, I co-created with Mr. Joao Pacheco, the Functional Data Model, which can be used to specify a conceptual model for a database application.    This model is still being used world-wide in research prototypes and has gained popularity in specifying applications that exploit the infrastructure provided by the

1

Internet and the World Wide Web. I served as an editor for a book on the Functional Approach to Data Management [1] that was published recently by Springer.

During the 1980s, I recognized that the fusion of Artificial Intelligence and Database Management concepts would lead to new tools and system architectures to build systems containing large rule bases (knowledge bases) and which access very large databases. I organized and served as Program Chairman for the Workshop on Expert Database Systems (EDS) (1984), followed by two International EDS Conferences held at Charleston, SC and Tysons Corner, VA in 1986 and 1988, respectively. Three books on the subject have been published [2-4]. These events also led to the creation of the Journal of Intelligent Information Systems in 1992. I also worked on a Knowledge/Data Model [5] to incorporate both data and knowledge into a specification for an expert database system.

During the 1990s, I served as Principal Investigator on a DARPA-sponsored project on the Intelligent Integration of Information (I*3). In 1994, I led the Computer and Information Science team in the NASA Independent Architecture Study for the Earth Observing and Data Information System (EOSDIS). The GMU Study proposed a performance-oriented federated approach to this data-intensive system; NASA has since funded the development of such a federated approach.

I have published numerous papers in journals and conferences, have edited six books, and have served on international program committees. In 1998, I was a Fellow of the Japan Society for the Promotion of Science, and performed research at Kyoto University. I also traveled extensively in Japan, giving lectures at major universities on the topics of agent-based systems and knowledge management. In 2001 I served as Program Chair for the International Conference on Scientific and Statistical Database Management, held at GMU. In April 2005, I organized and co-chaired the Workshop on Information Just-in-Time and was the keynote speaker at the Conference on Professional Knowledge Management. The title of my paper was "Just-in-Time Knowledge Management" [6].

Since joining George Mason University I have been involved in teaching and research in the areas of Expert Database Systems, Intelligent Information Integration, Knowledge Discovery and Data Mining and Knowledge Management. One of the major themes throughout my research career has been Knowledge Management. The creation, representation and processing of data/knowledge is one of the main themes of my teaching, research and consulting. My work has been funded by NASA, the Defense Advanced Research Projects Agency (DARPA), the National Geospatial-Intelligence Agency (NGA), Software Productivity Consortium, and the National Reconnaissance Office (NRO). I have consulted for Lockheed-Martin Advanced Information Systems, Global InfoTek, and several law firms on patent- and intellectual-property issues.

A current copy of my curriculum vitae is attached to this report as Appendix A. My curriculum vitae includes a list of all my publications. I have not previously testified as an expert witness at deposition or trial in any cases.

## II.     Summary of Activity

I have been asked by attorneys for The TriZetto Group, Inc. ("TriZetto") to examine and assess certain prior art references and systems and to present my opinions on patent validity issues raised in the above-referenced action.

This report describes my analysis, conclusions, and opinions regarding the validity of the asserted claims of U.S. Patent 5,253,164 (the "'164 patent"), asserted by plaintiff McKesson Information Solutions LLC ("McKesson") in this case. I expect to offer testimony at trial conveying the opinions set forth in this report, as well as to provide background testimony on technology pertinent to this case. I anticipate that my testimony may include exhibits and demonstrations to illustrate or otherwise support the opinions expressed in this report.

The views expressed herein are offered in light of my current understanding of the meaning of the claims of the patent. I understand that the Court will construe select terms in the patent claims, but has not yet done so as of the date of this report. I reserve the right to supplement my opinions once the Court has provided a claim construction.

I also reserve the right to supplement my opinions in response to any additional material or differing claim interpretations provided by McKesson, expert reports provided by McKesson, or additional thoughts I have after submitting this expert report or performing additional investigation.

## III.     Compensation

I am being compensated at the rate of $300 per hour, plus expenses.

## IV.     Materials Reviewed

In forming the opinions presented in this report, I have reviewed the '164 patent, several prior art references, and pertinent information from textbooks and technical papers. I also reviewed portions of the depositions provided by the inventors, that is, Drs. Goldberg, Hertenstein, Holloway, and Ms. Dugan [7-10]. A list of the materials that I reviewed in the course of preparing this report is attached as Appendix B.

## V.     Summary of Opinions

I have been informed by the attorneys for TriZetto that a patent is invalid "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." 35 U.S.C. § 103(a).

It is my opinion that the system and method of the '164 patent would have been obvious to one of ordinary skill in the art at the time of the invention.[1] Specifically, the

---

[1] I define a person of ordinary skill as having a baccalaureate in either Management Information Systems or Computer Science, has taken a course in Business Expert Systems or Artificial Intelligence, and one year of experience in developing such systems. This person would be able to work with application domain experts — doctors or people with claims processing experience — to create the system and method as a expert system program for surgical claims processing, based on the '164 patent.

3

paper by Egdahl and Hertenstein provides the motivation, context, and the outline of a method that could be used to build an automated system to process medical claims. The motivation for such a system was to contain rising medical costs for surgical procedures. The context for this study was that physicians — in order to increase revenue under increasing pressure from insurance companies and Medicare and Medicaid to hold down costs — had begun to 'unbundle' surgical codes and charging for them separately. Oftentimes, they might perform additional unwarranted surgery and bill for them in addition to the required surgery. The process discussed in the Egdahl/Hertenstein article is "The Caterpillar Method" to define a set of rules that can detect when claims contain 'unbundled' codes, and provide a means to 'rebundle' them for proper payment. Other rules could be used to determine if unneeded surgery was being billed. Finally they discuss the need for rules that are not of a medical nature, for example a rule called Geographic Multipliers that would adjust the payment schedule based on the city or region of the country where the procedure was performed. The Caterpillar (CAT) Method consists of a number of steps involving the CAT claims processor who rewrites the codes and if needed, consults with the physician's office to clarify certain charges or to obtain additional information. The article states, in the second column of page 352, in the 'Employee communication' section, "CAT has a program of employee communication that defines the employees' responsibilities and options when payment is less that the fee charged by a surgeon. A letter of explanation is *automatically generated* [my italics] to the employee where there has been a payment reduction."

The Caterpillar Method and the processing steps in the Egdahl/Hertenstein paper provide an outline for designing and implementing an automated system such as the patented system and method described in the '164 patent.

The MEDCLAIM project, for which I served as Project Manager, was implemented in the 1985-1986 time frame. An actual prototype was created to process medical claims. The motivation for MEDCLAIM came from the increasing claims volume for home health care. Rather than hire more Registered Nurses (RNs) to handle these additional claims, Blue Cross/Blue Shield of South Carolina funded the research and development of an expert database system to automatically process the medical claims. The context for MEDCLAIM is the area of Home Health Care, in which health service providers visit patients at home, administer prescribed treatments and bill BC/BS for payment. The method used in MEDCLAIM consists of applying rules on how to process medical claims for home health care, for instance, 1) to determine if the patient qualifies as being 'homebound', 2) the medical necessity of the treatments administered as compared with the physician's diagnosis of the patient's illnesses, and 3) whether all the services rendered should be paid. These rules for medical claims processing access an associated database of illnesses and their typical treatment plans over a specified recuperation period. The database was constructed with the help of the MEDCLAIM resident expert, the chief Registered Nurse. The database uses ICD-9 codes to refer to an illness and its associated treatment plans. The MEDCLAIM system would accept or reject a claim based on its analysis of the various conditions it tested for, that is, homeboundedness of patient, medical necessity of treatments based on the diagnosis, and the number of treatments billed during the recuperation time period. MEDCLAIM also had a rule which advised it to refer a claim to a nurse, if the claim was too difficult for it to process automatically.

4

It is my opinion that the Egdahl/Hertenstein paper together with the MEDCLAIM system prototype render obvious the system and method of the '164 patent. The architecture and components of MEDCLAIM are very similar to those of the '164 patent, and the Egdahl/Hertenstein paper provides the outline for the design and implementation of a system for medical claims processing of surgical procedures.

## VI.    Introduction to Expert Systems

In this section, I present a general background of the concepts contained in the '164 patent and the related field of technology.

The goal of expert systems is to capture and represent the "expertise" of experts in a computer program. An expert's 'expertise' is obtained over many years from real-world experiences in a particular application domain. That expertise may take the form of rules of thumb that an expert gains from years of experience in his field. Thus, an expert can give a reasoned opinion on a topic in his area of expertise because he has been able to capture his experiences in these rules of thumb and reason about the problem to come up with his opinion. For example, in the medical domain, an expert rule might be "If a person is over 90 years old, open heart bypass surgery is not indicated." An expert knows that an older person runs the risk of not surviving such an invasive procedure. Another explanation might be this procedure would not be paid by Medicaid or Medicare, precisely because of the person's age.

An expert's knowledge may be both tacit (closely-held internalized knowledge that comes from experience) or explicit (compiled knowledge that has been published in journal articles and books). The former might be best expressed in rules, while the latter could be expressed as either as rules or as data in a database. One of the challenges is to be able to represent an expert's expertise in a computer program, and the field of Knowledge Engineering focuses on this challenge. The expert's knowledge, or expertise, may be represented as a collection of rules; and reasoning techniques apply the rules to the facts in a case to derive new facts and to draw conclusions regarding that case.

Once the expert's knowledge has been represented in a computer program, then the program can interact with a person to accept a collection of "facts" about a particular case in an application domain, and use the "expertise" to reason with these facts to draw conclusions. For example, one could imagine consulting an "expert system physician" that would ask a series of questions regarding a person's symptoms, would reason about those symptoms (facts) using rules stored in its rule base, and would derive a diagnosis for that person, and prescribe appropriate medications. One such system is the MYCIN System developed at Stanford University during the period 1972 to 1982 by Bruce G. Buchanan, Edward H. Shortliffe, Randall Davis and others [11].

Moreover, given that we are dealing with a computer program that is reasoning as a human expert would, we would like to be able to trace through the reasoning process to see the intermediate steps taken in deriving a conclusion, for example a medical diagnosis from symptoms, or the explanation of medical claims benefits paid based on surgical procedures billed. We would also like to ask for a rationale for those decisions. In expert systems theory, this is called the 'Explanation Function' of the expert system. This explanation function is part of expert system theory and practice and most such applications provide an explanation function.

5

As expert system technology matured, several companies began selling expert system shells. These shells were programs that embodied the concepts, architecture and reasoning techniques proposed by the leading researchers and practitioners in the field. In this way, "knowledge engineers" could use these shells to build expert system applications in a chosen application domain. The shell provided an environment to develop an expert system application. It included components to represent and store rules in a rule base, to accept facts from the user, to reason about the set of facts using the rules, and to explain the reasoning process to the knowledge engineer and also to the users of the system. Several companies began marketing these shells, including Teknowledge, Inc., which introduced a shell called M1 in 1985. This is the shell that was used to build the MEDCLAIM system discussed in section VIII.

## VII.    Overview of the Patent Claims

In this section, I provide a general description of the system and method of the '164 patent, followed by a short summary of each patent claim. Additional analysis of each claim can be found in Section XI: Claim Chart in which the text of a claim is followed by my opinion regarding that claim.

The '164 patent indicates that the system and method was developed to address skyrocketing health care costs and the need to control spending by self-insured companies and the Federal Government. They talk about the increased importance of Health Maintenance Organizations (HMOs) and Preferred Provider Organizations (PPOs) and how physicians reduce their fees through negotiated fee schedules with these organizations (See column 1, lines 39-54). In order to compensate for these reduced fees, physicians greatly increase their fee-for-services charges and do what is known as upcoding in which they charge a higher paying code than that for the procedure performed. Another approach is called unbundling of each surgical procedure rather than billing for them as a group, when they are components of an overarching procedure (See column 2, lines 5-16). It was this environment that motivated the development of the system and method. The practices of upcoding, bundling and unbundling is discussed in the Egdahl and Hertenstein paper [12] (See Egdahl/Hertenstein, page 349 (Abstract), page 351 (Section on "Continual audit and recoding of physician claims")).

The system and method of the '164 patent is a computer system consisting of a central processing unit and associated memory that allows it to process medical claims consisting of medical service codes. The system interacts with a human user to assist in processing the medical claims. Part of that interaction with a user may be to inform the user that a claim has been revised or that additional information is needed to determine whether a claim may be authorized (Column 4, lines 23-68; column 5, lines 1-3).

In order to determine whether the medical claim should be authorized, the system and method accepts the claim and the medical service codes present in the claim, it then examines the service codes to first verify that the codes are valid (Column 5, lines 5-25). This is done by accessing a predetermined database of codes to verify that the billed codes are present in the database. Next, the system and method may apply several types of rules to examine whether the service codes have specific relationships among themselves. For example, the system and method looks for codes that have been listed separately, when in fact they are part of a more general surgical procedure (this is known

6

as 'unbundling'). It has the ability to reject the separately listed code (Column 5, lines 26-68; column 6, lines 1-65).

The system and method may also look for mutually exclusive codes, which I interpret to mean that one code may be billed and not the other, and vice-versa. It may also invalidate certain service codes based on mutual exclusion due to non-medical rules. There are additional rules to determine whether the billed service codes are appropriate for the surgical procedure that was performed. The system and method may delete inappropriate service codes and may replace them with the medically appropriate service codes. The system and method accesses the predetermined database to verify the relationships among the codes. The system and method has the ability to interact with the user to obtain additional information and to explain to the user why certain actions were taken in the claim processing process (Column 7, lines 1-10).

The patent abstract describes the system and method as an "expert computer system for processing medical claims." The medical claims are submitted to the system and are interpreted according to "specific rules and a predetermined database" to ascertain whether the services billed on the medical claims are appropriate (Title Page, second column).

This statement is important in that it refers to the system and method as an 'expert' computer system, so I conclude that the system and method designers were influenced by Expert System theory and practice, as exemplified by [11, 13-16]. In fact, the '164 patent references the Weitzel and Andrews paper that describes the joint-venture between Blue Cross/Blue Shield of South Carolina and the University of South Carolina to build an expert system for medical claims review in the area of Home Health Care. [14] (See Title Page, second column).

Figure 1 of the system and method provides an overview of the system which I paraphrase here. The numbers refer to the components indicated on the diagram. Generally, the user (2) will enter into the computer system (2) a description of the medical claims for which reimbursement of payments is requested or the codes associated with such claims or both. The appropriate codes are then sent to the knowledge base interpreter (5) for its assessment of the coded claims. The interpreter (5) uses the rules of the CodeReview system, interacts with the knowledge base (6) and returns to the user: 1) either a recommendation as to the code(s) for which payment is proper, or 2) requests that the user provide more information, or obtain additional information from the entity requesting payment, or 3) refers the claim to trained medical personnel for assessment (Column 4, lines 23-68; column 5, lines 1-3).

When the knowledge base interpreter (5) has recommended approval of payment of a particular type, the user (3) may authorize payment to the provider of the processed claim or may forward that information via input into the computer system (4). A history database (7) is used to refine and update the knowledge base interpreter (6) and to monitor savings associated with the recommendation, that is, a comparison of the costs associated with the original service codes on the claim, as compared with the revised service codes. (Column 4, lines 23-68; column 5, lines 1-3).

Figures 2 through 7 of the '164 patent provide schematics (flow charts) of the workflow for processing medical claims. The '164 patent includes some additional detail on the various database files that contain data relevant to processing the service codes.

7

They include the following: ALLCODE, SUPERSEDE, PROCESS, INTERACT, BYITSELF, etc. Each database is used to assess the appropriateness of the codes appearing in a medical claim. However, the actual contents of these databases are not disclosed, except for the 21 rule templates of the INTERACT and BYITSELF databases (Columns 5-10).

Now I review the '164 patent claim by claim.

Claim 1: This claim describes the basic method with the capabilities of operating on a predefined database, receiving at least one claim, determining whether any medical service code is present in the database, and informing the user if the code is not present.

Note: The claim does not use the complete apparatus of Claim 1a. (See Section XI, below, Claim Chart). For example it does not use the relationships among the database codes. Rather, it compares the claim code on the submitted form to verify whether it is contained in the database.

Claim 2: This claim describes the basic method and focuses on receiving at least one claim, determining if the claim has several (a plurality) medical services codes, determining whether there exist mutually exclusive codes due to non-medical reasons, and rejecting those mutually-exclusive service codes, and authorizing those valid service codes that are not mutually exclusive due to non-medical criteria for the surgical procedure.

Note: I think the terminology, "mutually exclusive codes due to non-medical criteria" is quite vague, and can be open to various interpretations. I was not able to find a formal definition of this concept in the '164 patent.

In his deposition Dr. Goldberg admits that he does not know precisely the meaning of the term "mutual exclusion due to non-medical criteria" (Goldberg Deposition, page 305).

On page 199 lines 12-23 and page 200 lines 1-23 of his deposition, Dr. Hertenstein discusses the term 'mutually exclusive due to non-medical criteria' and he gives an example of Breast Enlargement as perhaps not being covered by a plan. Another example he states might be a 'valid' operation, a breast reconstruction some time after a mastectomy and on the same claim also plastic surgery, say a face lift. "And non-medical would mean that the second one would be excluded because it's not something covered."

However, on Page 200 lines 22-23 of his deposition, Dr. Hertenstein states "I don't know what mutually exclusive means. Okay?" This shows that the concept is confusing, even to the expert who helped to create the rules in the '164 patent.

Claim 3: This claim is similar to Claim 2 but distinguishes itself by stating that the system determines whether one medical service code on the claim is valid or invalid when received on a claim with other codes. This is done by consulting the predetermined database of medical service codes and their relationships with other codes, means for authorizing the valid codes obtained from database consultation, and either authorizing valid service codes or rejecting invalid service codes obtained from database consultation.

Note: The notion of valid or invalid service codes is very ambiguous. It appears that the term 'valid' in Claim 1 is used to denote whether the billed service code is also in the database of codes. In Claim 3, a code is valid and remains in the medical claim if it

8

passes a number of tests, based on its relationship with other codes on the claim form and after a database access to assess the code's relationships to other codes in the database. The term 'valid' is ambiguous and needs a more precise definition and interpretation.

Also, there is no indication in Claim 3 as to which rules are used to determine the valid or invalid service codes.

Claim 4:  Claim 4 is similar to Claim 3, and allows for revising a claim by deleting 'invalid' medical service codes.

Note: The same ambiguity regarding the terms 'valid' and 'invalid' in the note for Claim 3 also holds for Claim 4.

Claim 5:  Claim 5 is similar to Claim 4, and in addition incorporates a way of informing a user as to why the claim has been revised.

Claim 6:  Claim 6 is similar to Claim 3 but in addition specifies that the database includes medical service codes described by CPT-4 codes.

Claim 7:  I understand that McKesson is not asserting Claim 7 in this litigation.

Claim 8:  Claim 8 is similar to Claim 3 but also stipulates that the user may be asked to provide additional information regarding the claim.

Claim 9: Claim 9 is similar to Claim 3 but also provides additional information regarding the contents of the database, namely, that the relationships among the medical service codes include medically determined relationships.

Note: The concept of medically determined relationships may be subject to interpretation, and I have trouble understanding how these would be represented in the database.  I would think that Claim 3 would suffice in determining the 'validity' of a medical service code, so that Claim 9 seems unnecessary, unless the database has other relationships among the codes that are not medically determined. Here again, we have an ambiguous term being used in a Claim, and it is the only thing that distinguishes it from Claim 3.

Claim 10:  Claim 10 describes the basic system, the associated database of medical service codes and a set of relationships among the service codes, and more specific features related to determining bundling, means for rejecting unbundled medical service codes and means "for authorizing medical service codes which are not contained in any other service code."

Note: I interpret the statement in quotes as referring to those medical services codes that are valid, and not bundled with other medical service codes.

Claim 11:  Claim 11 is similar to Claim 10 with the additional feature that the medical claim can be revised to not include the rejected medical service code.

Claim 12:  Claim 12 follows the basic system and adds a clause which uses new wording to compare medical codes, namely, "means for determining whether one of the medical services codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim."

Note:  Other claims use the term 'mutually exclusive' among services codes. This is the first instance of the term 'medically exclusive.'  It is not clear how the terms 'mutually exclusive' and 'medically exclusive' differ.

9

Pages 29-31 of Dr. Hertenstein's deposition gives an example of mutually-exclusive codes (and presumably medically exclusive codes): a hysterectomy is mutually exclusive from removing an ovary and a tube.

Claim 13: Claim 13 is very similar to Claim 1. Whereas Claim 1 describes a method, Claim 13 describes an apparatus.

Claim 14: Claim 14 is similar to Claim 2. Whereas Claim 2 describes a method, Claim 14 describes an apparatus

Claim 15: Claim 15 is straightforward in that it receives a claim, checks whether codes are valid by consulting the database, and either authorizes or rejects the medical claim.

Claim 16: Claim 16 is a method claim similar to Claim 15 in that the medical services codes on the medical claim are checked for validity, and the medical claim is authorized or rejected,

Appendix C of the patent provides portions of the program code for the system and method. It is not clear to me whether all the code is provided, nor could I find the rule databases of CPT-4 codes anywhere in the patent.

I note that from the deposition of Ms. Kelli Dugan, the programming tools used to implement CodeReview were a program called Clipper and a database program called dBase III (See Page 71 line 22 and Page 76 lines 14-15).

## VIII.    The MEDCLAIM System

In 1982, while at USC, I became interested in the then-emerging area of expert systems. I sat in on a course on Building Expert Systems, offered by the Electrical Engineering department, using a book by the same name [13].

Until that time my background, research interests and publications were in the area of database management, that is, how to organize corporate data to be captured, stored and retrieved from the database. The database management area was also relatively new and several companies were beginning to market Database Management Systems, which were the database equivalent of "shells" for the construction and management of large databases. Some companies at the time were Oracle (now the industry leader), Relational Technology, makers of Ingres (now part of Computer Associates), and Aston-Tate (makers of dBase II for personal computers). I noticed the need to have expert systems "talk" to database systems so that we could take advantage of their relative strengths while mitigating their weaknesses.

One of the shortcomings of expert system shells was that all the facts and rules had to reside in main memory (small and costly at that time), while databases were adept at handling large collections of facts stored in secondary, or associated, storage on disk. Database systems would benefit from having rules "close" to the data, in the form of alerts or triggers. Several architectural concepts emerged at that time, including the notions of loosely-coupled and tightly-coupled Expert Database Systems.

In 1984, following the success of the EDS Workshop, sponsored by USC's Institute for Information Management, Technology and Policy, I met with a Senior Vice President of Blue Cross/Blue Shield of South Carolina, and he mentioned the trouble they were having in handling the sharp increase in medical claims for home health care. He

10

was concerned that the only way to address this increase in claims volume would be to hire more Registered Nurses. I suggested that an expert system approach might be beneficial and he solicited a proposal. I proposed the MEDCLAIM System project, a joint initiative between USC's Institute for Information Management, Technology and Policy and BC/CS of South Carolina. The project was considered a success and various aspects of the project were published in journals [14-16] and as an .M.S Thesis [17] by Mr. Hao Kuo, who was one of the Graduate Research Assistants working on MEDCLAIM under my supervision. The three journal papers discussed the methodology used to analyze, design and implement MEDCLAIM, together with the inter-organization cultural issues as well as project risks encountered during the course of the projects. The MEDCLAIM thesis goes into detail regarding the actual knowledge base and database formats for rules and facts for the system.

The MEDCLAIM System prototype ran on an IBM Person Computer and used the expert system shell M1 from Teknowledge and a database system Dbase II from Ashton-Tate. The application domain was Home Health Care claims filed by providers, and MEDCLAIM used the chief RN's expertise to reason about the treatments being billed on the claim as they pertained to the homeboundedness of the patient, the diagnosis and treatment plan prescribed by the physician, the severity of the illness, and the appropriateness of the treatment with respect to the time of onset of the illness and the period for which services were rendered. The claim rules were represented in a goal-tree structure that M1 understood and could reason about, together with our expert's expertise on illnesses (ICD-9 codes) and the appropriate and allowable treatments for those illnesses over a recuperation time period. These latter rules regarding ICD-9 codes and their relationship to treatments were stored in tabular form in a database. It is interesting to note that the RN's tacit knowledge was made explicit during the process of capturing her knowledge in the time-based treatment patterns for each illness and groups of illnesses. During one of our knowledge engineering sessions, our expert said she could not continue filling out the treatment tables without introducing a new concept, the severity of an illness. Our knowledge engineer, Mr. Hao Kuo, was able to modify both the rule base and the database to incorporate the concept within 45 minutes. This shows the power of Expert System Shell architecture in separating the rule specification phase, part of Knowledge Engineering, from the processing of those rules during system operation.

The MEDCLAIM system architecture is virtually identical to the system and method of the '164 patent because they share the same expert database system approach. Both have a rule base that accesses an associated database of codes — ICD-9 codes for MEDCLAIM and CPT-4 codes for CodeReview — together with relationships among the codes.[2] Both systems allow for interaction with a user, and both have an explanation function that can explain the rules used and the rationale for the computer program's recommendation or actions. MEDCLAIM has the ability to authorize services that are covered and reject those services that if finds are not relevant to the medical diagnosis or

---

[2] There are of course differences in the application areas — Home Health Care for MEDCLAIM and Surgical Medical Claims for CodeReview — so the rules for each would be different and so would the database entries.

treatment plan. It also explains its decisions to the user. From the architectural point-of-view MEDCLAIM and CodeReview are essentially identical.

Section XI, the Claims Chart, provides a table mapping the sixteen claims of the '164 patent to the Egdahl/Hertenstein article and the MEDCLAIM thesis.

## IX.    The Egdahl/Hertenstein Reference

Dr. Egdahl and Dr. Hertenstein [12], in their paper entitled "An Access-oriented Negotiated Fee Schedule," note that their approach is motivated by the need to reduce the costs of health care, in particular the fees charged by surgeons for operations. They discuss the need to bring down the costs of surgical procedures by negotiating fees with surgeons and physicians based on a common understanding of the surgical procedures, their components, and the associated services rendered during an operation.

The authors cite that physicians had benefited from a generous fee-for-service system of payment but that system was under pressure to reduce expenditures. For example, from 1965 to 1985, national expenditures for physician services increased from $8.5 billion in 1965 to $82.8 billion in 1985. Several measures were put into place to reduce Medicare and Medicaid expenses. The goal was to reduce the fees paid to physicians. This is spelled out very well in the paper.

Egdahl and Hertenstein go on to say that charges may vary for *non-medical reasons* such as the location of the patient. In Table 1 on page 350 of the article, they show how the Medicare fee structure varies for the same operation, for example, cataract surgery, which in 1984 cost $1,547 in New York state as compared to $825 in Michigan and $928 in Rhode Island. They indicated that cost-of-living multipliers can be used to vary reimbursement fees. They go on to note that the fees paid to physicians vary widely in the private sector.

The Boston University Health Policy Institute, home of the first author, performed a study involving a group of twelve Massachusetts surgeons who developed a 'complexity-severity index (C/S index) of surgical services, *based on the professional judgment* (note my emphasis), that could provide a basis for a relative value scale.' The authors note that the development of the index is time-consuming and raises questions of antitrust. However, a similar study was developed by Caterpillar Corporation (CAT) using the concept of degree of difficulty relative value scales (DODRVS).

In 1983, CAT implemented a negotiated fee schedule approach to physician fees for surgical and invasive and invasive fee procedures. 'The system implemented at CAT emphasizes the following: 1) Employee access to a wide range of qualified surgeons, 2) fees negotiated with local surgeons that are considered reasonable and consistent with local market forces, and 3) billing practices review applied consistently to all incoming claims.'

Further, the features of the CAT approach 1) establish a fair fee cap, 2) use geographic multipliers, 3) continually audit and recode physician bills, 4) negotiate with physicians on a claim-by-claim basis as needed. Note that item 3 is of particular interest in this case.

It has been noted in the paper that physicians, in an effort to maximize their reimbursement for services rendered, resort to a practice called *unbundling*, in which

12

surgical procedures, although related, would be charged separately. The CAT system would bundle an unbundled bill and oftentimes would not pay for all the billed procedures if they were deemed inappropriate or inadmissible.

The paper cites Tables 4-7 on pages 351-352 as examples of how the CAT system would handle different cases. These cases can be generalized into *rule templates* and *procedure substitution rules* that can be applied to similar medical situations. The CAT system uses CPT-4 codes to describe surgical procedures.

Table 4 provides an example of how unbundled surgical codes are bundled based on expert knowledge of physicians. "The patient was hospitalized for an elective splenectomy. The CAT reviewer would disallow codes and charges for all except the splenectomy; a charge for laparotomy and incidental appendectomy is warranted only if done as a separate procedure and preoperative check and postoperative care are conventionally part of the global surgery fee. A charge of $1000 for the splenectomy is in line with the regional fee schedule and is the amount ultimately approved."

Table 4: Bundling of "Unbundled" Bill

| Procedure | CPT Code | Charge |
|---|---|---|
| Splenectomy | 38100 | $1000 |
| Laparotomy | 49000 | 600 |
| Appendectomy | 44950 | 600 |
| Preoperative check (in hospital | 90215 | 125 |
| Suture removal | 90270 | 100 |
| Total Charge | | $2425 |
| Amount paid | | $1000 |

This example, and four others in the paper, indicate that in order to perform claim recoding, one must be knowledgeable about both the details of coding surgical services and the content of various surgical procedures, as stated by the authors on page 352, column 1 of [12].

These examples address a number of issues related to rule processing:

First, CAT claims processor must verify that the CPT codes are valid and correct;

Second, the CAT claims processor verifies the billed fees are appropriate for the indicated surgical procedures;

If there are surgical procedures that are unbundled, they should be rebundled and the fee is the standard fee for that procedure;

Knowledge of the surgical procedures billed, their relationship to one another and to the surgeon's diagnosis are evaluated as to their appropriateness, and only those that pertain are paid. (The CAT claims processor may interact with the physician to obtain additional information if needed to explain the surgeon's rationale for the billing.)

The CAT claims processor can also apply non-medical rules such as cost-of-living allowances based on the region in which the procedures were performed.

13

On page 352 column 2 of the paper, it states in the section on Employee Communication, is states that a letter of explanation is *automatically generated* to the employee when there has been a payment reduction. I could not ascertain whether the CAT system had been computer automated at the time of the writing of the paper in 1987.

In summary, the Egdahl/Hertenstein paper provides an outline for designing and implementing a system and method for reviewing surgical medical claims, and discusses one actually implemented and in use at Caterpillar Corporation, citing its success in bringing down the cost of surgical procedures for its self-insured plan. Through a series of examples, the paper depicts the various types of rules needed to process a claim; these include assessing whether the surgical codes on a claim are valid, whether they correspond to the operation performed, whether some medical codes do not pertain to the billed operation, and whether certain codes have been unbundled and need to be rebundled. They also provide a method to have the Caterpillar agent edit the claim by interacting with the physician's office to clarify charges and to negotiate changes in the claim.

It is my opinion that this paper provides an outline for the implementation of the system and method of the '164 patent.

## X.     Automation of Medical Claims Processing

The MEDCLAIM thesis was published in 1986, and the Egdahl and Hertenstein paper was published in 1987. Both point to the need to use computer-based tools and methods to process medical claims. The former was motivated by an internal requirement at Blue Cross/Blue Shield, while the latter was created by Caterpillar in an effort to control rising surgical expenses.

Egdahl points out that the CAT approach and methodology could be adopted by public plans such as Medicare and Medicaid. Both the MEDCLAIM and CAT approaches rely on expert knowledge regarding diagnoses, medical treatments and surgical procedures.

The encoding of the rules will depend on the expert system shell or some other program used to develop the system. It should be pointed out that in the late 1970s to mid-1980s, there was great excitement regarding this new type of system, the expert system, that could capture an expert's expertise in a set of rules and associated relationships, codify the rules in a computer program, and reason about a case presented to the system using those rules. The Egdahl/Hertenstein paper provided the outline for the '164 patent. The MEDCLAIM system, a precursor to the '164 patent, has the same architecture as the system and method, but a different rule base and database, one pertaining to medical claims processing in the area of Home Health Care. I see the '164 patent as yet another application of the well-known concepts, methods and tools of expert systems to a particular application area, that of claims processing of surgical procedures, which has its particular rules based on the criteria of validity, necessity, bundling and unbundling, mutual-exclusivity based on non-medical criteria as well as medically-determined criteria, as described very concisely in the Egdahl/Hertenstein article [12]. It is my opinion that the system and method represents the well-understood combination

14

and synthesis of existing technology and applies it to the domain of surgical medical claims processing.

In July 1987, the Health Policy Institute of Boston University submitted a proposal [18] to Aetna Life and Casualty Insurance Company, as a follow-on to a previous study they had completed in May 1987 for Sun Company and Caterpillar, Inc. That study showed that while the current claims processing at Sun Company reduced insurance claim charges by 3.5 percent, the increased coding accuracy of CPT-4 procedure coding could yield savings of 11.5%. The proposal notes that over 50% of the sampled claims involved inaccurate or absent payment codes, and as many as 38% of claims remained inaccurately coded after further review by the claims processing unit.

In the proposal the Health Policy Institute (HPI) recognizes the strength of the Autocoder program in taking as input the medical terminology on a billing line of a medical claim, and producing the appropriate CPT-4 code. However, HPI notes a weakness of Autocoder in that it cannot examine the codes on the entire claim, which might require combining codes into a 'single, all-inclusive code'. They also claim that Autocoder does not give assistance as to when it is cost effective to produce an 'operative report'.

At a follow-up meeting held on July 2, 1987, concerns were raised about: 1) how the sample size of medical claims from the SUN claims processing unit might affect the study results, 2) whether the study findings unique to SUN or might they be company-wide, 3) why were claims improperly coded, even though staff members were trained in CPT-4 coding, and 4) what were alternative solutions for improving the accuracy of coding that could be 'readily integrated into Aetna's processing system'.

The paragraph on page 2 is interesting in that HPI states: "This proposal is designed to answer these questions, and provide the basis for the Health Policy Institute to submit a follow-on proposal for assisting in improving the accuracy of CPT-4 coding. Based on preliminary results, we anticipate that this will involve the Health Policy Institute in building clinical decision rules for software that will assist the claims processing units in 1) assigning accurate codes to the combination of procedure codes in a claim, and 2) deciding when it is cost effective to request an operative report."

This is an indication that in July 1987, more than a year before the '164 patent application was filed on September 30, 1988, the HPI members, Drs. Egdahl, Goldberg, Hertenstein and Holloway, were proposing to automate a rule-based approach to medical claims processing. This indicates a motivation to create a software program to automate the review of CPT codes on medical claims, in the manner described in the Egdahl/Hertenstein article.

15

## XI.    Claim Chart

This section presents a claim-by-claim comparison of the claims of the '164 patent to the MEDCLAIM and Egdahl/Hertenstein references.

| Claim No. | Text of Claim[3] | Expert Opinion of Claim |
|---|---|---|
| 1 | a) In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of: | This element describes the computer system and the predetermined database containing medical services codes. This is very similar to the architecture of the MEDCLAIM system as depicted in Figure 4.4 on Page 34 of the MEDCLAIM thesis by Mr. Hao Kuo [17].<br><br>We note that both CodeReview and MEDCLAIM are based on the concepts of expert systems and therefore share the same architectural components. |
| | b) receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of the MEDCLAIM thesis [17]). |
| | c) determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and | The determination if a medical service code is not in the database is a common way of enforcing data integrity. This is a simple table lookup that does not involve examining relationships in the database.<br><br>This step is outlined in the Egdahl/Hertenstein paper, page 351 column 2, in the "Continual audit and recoding of physician bills" section. |
| | d) informing a user that a medical service code is not contained in the predetermined database. | This mode of interaction is common in expert systems, and is used to obtain information from and |

---

[3] Please refer to Section VII, Overview of Patent Claims, for discussions of ambiguities in the claim language.

| | | communicate with users. If the system has no knowledge of the service code, it cannot process the claim. The user can then be informed that the service code is missing. This step is outlined in the Egdahl/Hertenstein paper, page 351 column 2, in the "Continual audit and recoding of physician bills" section. |
|---|---|---|
| 2 | a) In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of: | The Egdahl and Hertenstein paper (see abstract, p. 349) and MEDCLAIM thesis indicate that medical service codes CPT-4 and ICD-9 (see p. 3, second paragraph of MEDCLAIM thesis) codes can be used for claims review, respectively. |
| | b) receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |
| | c) ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | d) determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim; | I have stated — see Section VII, page 8 in my discussion of Claim 2 — that the definition of the 'mutually exclusive due to non-medical criteria' is vague and needs clarification. Non-medically related mutual |

| | | |
|---|---|---|
| | | exclusion arises in MEDCLAIM when overriding conditions not related to an illness may grant the payment of a claim. For example, company policy might indicate that if the patient were over 85 years of age, the claim should be paid immediately.<br><br>The Egdahl and Hertenstein paper contains examples in Tables 4-7 on pages 351-352, dealing with instances of bundling of unbundled billing codes (Table 4); excessive fee reduction (Table 5); recoding of unnecessary procedure; excessive fee reduction, non-medical (region where service performed) (Table 6); and fee adjustment based on negotiated fee for service (Table 7). They show the basis of some of the rules in the '164 patent claims. |
| | e) authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and | MEDCLAIM can authorize payment of service codes (see MEDCLAIM thesis, page 34.) |
| | f) rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step | MEDCLAIM can reject payment of service codes and explain why (see MEDCLAIM thesis, page 34.)<br><br>The Egdahl and Hertenstein paper, page 352 column 2 on 'Employee communication' states that CAT automatically generates a letter of explanation if payments for services are reduced. |
| 3 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | MEDCLAIM comprises a personal computer with random-access memory and disk storage (associated memory).<br><br>MEDCLAIM determines whether a plurality of medical service codes exist on a claim. It consults the database to determine if all a medically appropriate with respect to the diagnosis, and a recuperation |

18

| | |
|---|---|
| | profile (see pages 23-25 for a discussion) |
| | This approach is also outlined in the Egdahl and Hertenstein paper, page 351 [12]. |
| b) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | The MEDCLAIM expert's medical knowledge was contained in a rule base and a database stored in associated memory. The knowledge base used ICD-9 codes to identify each illness and an 'expectation table' containing the causal relationships among illnesses and surgical procedures. See pages 24-25 of [17]. |
| c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]. |
| d) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | This approach is also outlined in the Egdahl and Hertenstein paper, pages 351-352 Tables 4 through 7 [12]. |
| e) means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database; | MEDCLAIM consults a database of medical disease and treatment codes to determine if medical claim codes are valid for the diagnosed illnesses. See page 35 of [17]. |
| | This approach is also outlined in the Egdahl and Hertenstein paper, pages 351-352 Tables 4 through 7 [12]. |
| f) means for authorizing medical service codes which are valid in response to the means for determining; | MEDCLAIM can authorize medical service codes for those approved medical services rendered (see pages |

| | and | 32-35 of the MEDCLAIM thesis). |
|---|---|---|
| | g) means for rejecting medical service codes which are invalid in response to the means for determining. | MEDCLAIM can reject medical service codes that it deems to be invalid for a particular claim (see pages 32-35 of the MEDCLAIM thesis). This approach is also outlined in the Egdahl and Hertenstein paper, pages 351-352 Tables 4 through 7 [12]. |
| 4 | The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes. | Egdahl and Hertenstein paper [12] in the abstract on page 349 indicates that unbundled codes can be rebundled and how certain codes may be deleted for a claim. See also Table 4 on page 351. MEDCLAIM can revise the billed services to reflect the allowable services as obtained from the database of recuperation expectation table (database) See page 27 of [17]. |
| 5 | The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised. | This is the "explanation function" that is common to all expert system shells. The Egdahl and Hertenstein paper on page 352 indicates that a CPT reviewer can interact with a physician regarding a fee, and the CAT system automatically notifies the employee if not all fees are to be paid. MEDCLAIM also provides an explanation that summarizes those billed services that can be paid, those that can be partially paid, and those that have been rejected. See page 45 of [17]. |
| 6 | The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes. | MEDCLAIM uses ICD-9 codes which are appropriate to Home Health Care claims. This is a well-accepted coding system. See pages 3 and 19 of [17]. |
| 7 | The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes. | I understand that McKesson is not asserting Claim 7 in this litigation. |

| 8 | The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim. | Both the Egdahl and Hertenstein paper (page 352) and MEDCLAIM discuss facilities for the system to interact with user to request further input (pages 38 and 46) of MEDCLAIM thesis). |
|---|---|---|
| 9 | The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships. | The MEDCLAIM system architecture has a knowledge/database of medical service codes and relationships among them. (See page 40 and 41 of [17] for a discussion of some relationships among services). |
| 10 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising: | MEDCLAIM comprises a personal computer with random-access memory and disk storage (associated memory). |
| | | MEDCLAIM determines whether a plurality of medical service codes exist on a claim. It consults the database to determine if all a medically appropriate with respect to the diagnosis, and a recuperation profile (see pages 23-25 for a discussion) |
| | | This approach is also outlined in the Egdahl and Hertenstein paper, page 351 [12]. |
| | b) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | The MEDCLAIM expert's medical knowledge was contained in a rule base and a database stored in associated memory. The knowledge base used ICD-9 codes to identify each illness and an 'expectation table' containing the causal relationships among illnesses and surgical procedures. See pages 24-25 of [17]. |
| | c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |
| | d) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These |

21

| | | |
|---|---|---|
| | | are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | e) means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim; | The Egdahl and Hertenstein paper on page 349, discusses the bundling of medical service codes in a claim. See Table 4 on pages 351-352 |
| | f) means for authorizing medical service codes which are not contained in any other medical service code; and | MEDCLAIM allows appropriate individual services to be authorized (see pages32-35 of [17] . |
| | g) means for rejecting medical service codes which are contained in any other medical service code. | The MEDCLAIM system allows treatment plans to have different aspects of a treatment, for example, physical therapy, psychological counseling, medications, skilled nursing visits, etc., to be bundled together. Inappropriately billed services would be rejected (See page 40 of [17]). |
| 11 | The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected service code. | This allows the revision of a medical service claim to exclude a service code which has been rejected by the system.  The MEDCLAIM system also supports the rejection of billed services if these are not appropriate to the treatment plan (See page 40 of [17]). |
| 12 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | This claim is similar to Claim 3 above except for the clauses dealing with service codes which are 'medically exclusive'. MEDCLAIM had the capability of rejecting billed services that are deemed inappropriate. Page 44 of the thesis [17] provides an example. |
| | b) a predetermined database stored in the associated memory, the database containing medical service codes and a | The MEDCLAIM expert's medical knowledge was contained in a rule base and a database stored in |

| | | |
|---|---|---|
| | set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | associated memory. The knowledge base used ICD-9 codes to identify each illness and an 'expectation table' containing the causal relationships among illnesses and surgical procedures. See pages 24-25 of [17]. |
| | c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |
| | d) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | e) means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim; | The terminology 'medically exclusive' is unclear and needs to be clarified. See my notes on Claim 12 on page 9-10 above. MEDCLAIM consults a database of medical disease and treatment codes to determine if medical claim codes are valid for the diagnosed illnesses. See page 35 of [17]. This approach is also outlined in the Egdahl and Hertenstein paper, pages 351-352 Tables 4 through 7 [12]. |
| | f) means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and | The terminology 'medically exclusive' is unclear and needs to be clarified. See my notes on Claim 12 on page 9-10 above. The MEDCLAIM system [17] claim authorization process involves processing workflow expressed in the rules which access the facts contained on the HCFA forms 485 and 486. The rules also access the database of |

23

| | | |
|---|---|---|
| | | ICD-9 codes and the relationships among treatment plans. Once the workflow is completed the authorized and rejects claim codes are explained to the user, a Registered Nurse. (See pages 32-42 of the MEDCLAIM thesis [17] for a detailed view of the rules. |
| | g) means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step. | The terminology 'medically exclusive' is unclear and needs to be clarified. See my notes on Claim 12 on page 9-10 above.<br><br>The MEDCLAIM system allows treatment plans to have different aspects of a treatment, for example, physical therapy, psychological counseling, medications, skilled nursing visits, etc., to be bundled together. Inappropriately billed services would be rejected (See page 40 of [17]). |
| 13 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | This claim is similar to Claim 1 and allows the system to determine that all the service codes on an input claim are valid, in that they are contained in the database of service codes. If not, the user is informed that the service code is not contained in the predetermined database.<br><br>This approach is standard in systems that check the validity of input values. For example, MEDCLAIM has this feature. |
| | b) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | This element describes the computer system and the predetermined database containing medical services codes. This is similar to the architecture of the MEDCLAIM system as depicted in Figure 4.4 on Page 34 of [17]. |
| | c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |

24

| | | |
|---|---|---|
| | d) means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and | The determination if a medical service code is not in the database is a common way of enforcing data integrity. |
| | e) means for informing a user that a medical service code is not contained in the predetermined database. | This mode of interaction is common in expert systems, and is used to obtain information from and communicate with users. If the system has no knowledge of the service code, it cannot process the claim. The user can then be informed that the service code is missing. |
| 14 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | This claim is similar to Claim 2 above except that it looks for the case in which there is one service code that is mutually exclusive (from the other service codes) due to a non-medical criteria. This is an apparatus claim similar to Claim 2.

If so, the program determines the codes which are not mutually exclusive due to non-medical criteria and authorizes payment of those services. It also rejects medical services which are mutually-exclusive due to non-medical criteria. |
| | b) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | The MEDCLAIM expert's medical knowledge was contained in a rule base and a database stored in associated memory. The knowledge base used ICD-9 codes to identify each illness and an 'expectation table' containing the causal relationships among illnesses and surgical procedures. See pages 24-25 of [17]. |
| | c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]. |
| | d) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan |

| | | |
|---|---|---|
| | | of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | e) means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim; | Non-medically related mutual exclusion arises in MEDCLAIM when overriding conditions not related to an illness may grant the payment of a claim. For example, company policy might indicate that if the patient were over 85 years of age, the claim should be paid immediately. |
| | f) means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and | MEDCLAIM can authorize medical service codes for those approved medical services rendered (see page 34 of the MEDCLAIM thesis [17]. |
| | g) means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining. | I would like clarification on examples of mutually-exclusive codes for non-medical criteria. The MEDCLAIM system allows treatment plans to have different aspects of a treatment, for example, physical therapy, psychological counseling, medications, skilled nursing visits, etc., to be bundled together. Inappropriately billed services would be rejected (See page 40 of [17]). |
| 15 | a) A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising: | MEDCLAIM comprises a personal computer with random-access memory and disk storage (associated memory). MEDCLAIM determines whether a plurality of medical service codes exist on a claim. It consults the database to determine if all a medically appropriate with respect to the diagnosis, and a recuperation profile (see pages 23-25 for a |

| | |
|---|---|
| | discussion) |
| | This approach is also outlined in the Egdahl and Hertenstein paper, page 351 [12]. |
| b) a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | The MEDCLAIM expert's medical knowledge was contained in a rule base and a database stored in associated memory. The knowledge base used ICD-9 codes to identify each illness and an 'expectation table' containing the causal relationships among illnesses and surgical procedures. See pages 24-25 of [17] |
| c) means for receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |
| d) means for ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| e) means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database; | MEDCLAIM interacts with the database to determine whether a service code appearing on a claim is valid.  This is done by consulting the database of ICD-9 codes and their relationships (see page 35 of MEDCLAIM thesis [17]). |
| | The Egdahl and Hertenstein paper contains examples in Tables 4-7 on pages 351-352, dealing with instances of bundling of unbundled billing codes (Table 4); excessive fee reduction (Table 5); recoding of unnecessary procedure; excessive fee reduction, non-medical (region where service performed) (Table 6); and fee |

| | | |
|---|---|---|
| | | adjustment based on negotiated fee for service (Table 7). They show the basis of some of the rules in the '164 patent claims. |
| | f) means for authorizing the at least one claim in response to the means for determining; and | MEDCLAIM can authorize medical service codes for those approved medical services rendered. It can also authorize the entire claim (see pages 32-35 of MEDCLAIM thesis [17]). |
| | g) means for rejecting the at least one claim in response to the means for determining. | MEDCLAIM can reject the entire claim (see pages 32-35 of MEDCLAIM thesis [17]). |
| 16 | a) In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of: | The MEDCLAIM system does precisely what is claimed here. It has a predetermined database containing medical service codes (ICD-9 codes) with relationships defined among them, and a method for determining if those are valid service codes when input with other selected medical service codes, and a method for processing input claims. (see pages 34-35 of MEDCLAIM thesis [17]) |
| | b) receiving at least one claim; | The MEDCLAIM system has a mechanism to obtain claims from the mainframe computer. (See Figure 4.4 on Page 34 of [17]). |
| | c) ascertaining whether the at least one claim contains a plurality of medical service codes; | MEDCLAIM processes information from two forms: HCFA 485 and 486 (See Figures 4.1 and 4.2 on pages 19 and 20 of MEDCLAIM [17]). These are the Health Certification and Plan of Treatment and the Medical Update and Patient Information forms, respectively. The service codes for treatments rendered appear on these forms and if several services are listed they are processed by MEDCLAIM. |
| | d) determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database | MEDCLAIM interacts with the database to determine whether a service code appearing on a claim is valid. This is done by consulting the |

| | | |
|---|---|---|
| | and the set of relationships contained in the database; | database of ICD-9 codes and their relationships. |
| | | The Egdahl and Hertenstein paper contains examples in Tables 4-7 on pages 351-352, dealing with instances of bundling of unbundled billing codes (Table 4); excessive fee reduction (Table 5); recoding of unnecessary procedure; excessive fee reduction, non-medical (region where service performed) (Table 6); and fee adjustment based on negotiated fee for service (Table 7). They show the basis of some of the rules in the '164 patent claims. |
| | e) authorizing the at least one claim in response to the means for determining step; and | MEDCLAIM can authorize the entire claim as indicated on pages 23-25, 37-42, and 51-52 of [17]. |
| | f) rejecting the at least one claim in response to the determining step. | MEDCLAIM can authorize the entire claim as indicated on pages 23-25, 37-42, and 51-52 of [17]. |

Dated:  October 24, 2005

Larry Kerschberg, PhD

## Appendix A

### CURRICULUM VITAE
#### *Larry Kerschberg*

**University Address**

Department of Information and Software Engineering
MS 4A4, George Mason University
4400 University Drive
Fairfax, Virginia 22030
E-mail: kersch@gmu.edu
http://eceb.gmu.edu/

**Business Address**

KRM, Inc.
10600 Vennard Place
Fairfax, Virginia 22032
(703) 425-8035

## 1.    Education

Ph.D. in Engineering, Case Western Reserve University, 1969.

MS. in Electrical Engineering, University of Wisconsin, 1966.

B.Sc. in Engineering Science with Honors, Case Institute of Technology, 1964.[4]

## 2.    Languages Spoken

Fluent in both Spanish and Portuguese.

## 3.    Honors and Fellowships

TAU BETA PI, Case Engineering Fellowship, U.S. Steel Fellowship, NDEA Fellowship.

University of South Carolina, College of Business Administration Research Fellow (two semesters).

Society for Information Management Research Grant, with G. Powers and D.A. Marchand, to research Videotex and Information Utilities.

Fellow of the Japan Society for the Promotion of Science, at Kyoto University, February 27 through April 26, 1998. This fellowship was awarded based on the recommendation of the National Science Foundation

## 4.    Professional Society Membership

IEEE and IEEE Computer Society — Past Chair, Technical Committee on Data Engineering.

Association for Computing Machinery: Special interest groups on Management of Data (SIGMOD), Artificial Intelligence (SIGART), Information Retrieval (SIGIR).

---

[4]    Junior year spent at Instituto Technologico y de Estudios Superiores de Monterrey (ITESM), Monterrey, Mexico.

# 5.    Professional Experience

## 5.1.    Positions Held

### George Mason University

August, 2005 - Present

Director, MS in E-Commerce Program, http://ite.gmu.edu/msecomm/
Director, E-Center for E-Business, http://eceb.gmu.edu/

September, 1986 - Present

Professor of Information and Software Engineering
School of Information Technology and Engineering
George Mason University

June, 1989 - June 1997

Chairman, Department of Information and Software Systems Engineering
School of Information Technology and Engineering
George Mason University

September, 1991 - Present

Professor and Member of Executive Committee
School of Computational Sciences
George Mason University

May, 1994 - May, 2001

Director, Center for Information Systems Integration and Evolution
Director, Knowledge Rover Lab for Logistics and Commerce
School of Information Technology and Engineering
George Mason University

July, 2001 - Present

Co-Director, E-Center for E-Business
George Mason University
http://eceb.gmu.edu/

### KRM, Inc.

January, 1987 - Present

President, Knowledge Resource Management, Inc. (KRM, Inc.)
10600 Vennard Place
Fairfax, Virginia 22032

### University of South Carolina

August 1981 - August 1986:

Associate Professor of Management Science,
College of Business Administration,
University of South Carolina,
Columbia, South Carolina, 29208

Associate Professor of Computer Science (courtesy appointment), University of South Carolina.

Faculty Associate, Institute of Information Management, Technology and Policy, College of Business Administration, University of South Carolina.

Teaching and research in Management Information Systems, Enterprise Modeling, Database Management, Office Information Systems, Expert Database Systems, Business Expert Systems — Artificial Intelligence for Business Decision-Making.

### Bell Laboratories

June 1977 - August 1981:

Member Technical Staff, Research Division
Bell Laboratories, Holmdel, New Jersey.

Research in Database Management: Data Models, Distributed Query Processing, Performance Evaluation, and Distributed Databases.

### University of Maryland

August 1976 - June 1977:

Assistant Professor
Department of Information Systems Management,
University of Maryland, College Park, Maryland.

Teaching and research in Information Systems, Database Management, and Data Models.

### University of Toronto

January 1976 - May 1976:

Visiting Research Professor
Computer Systems Research Group,
University of Toronto, Toronto, Canada.

Research in Data Models and Query Languages, Sponsored by a grant from IBM of Brazil grant.

### Pontifical Catholic University of Rio de Janeiro

August 1970 - July 1976:

Associate Professor, Computer Science Department,
Pontifical Catholic University of Rio de Janeiro (PUC-RJ).

Nine students completed M. Sc. theses under my direction.

One of these students subsequently completed his Ph.D. at UCLA.

August 1973 - June 1975:

Chief of a Performance Evaluation Project within a minicomputer software development project.

February 1971 - June 1972

Joint Appointment with the Computer Center as Chief of the Computer Applications Division.

Responsible for User Services and Special Projects.

The division offered programming assistance, short courses, and edited a number of application program manuals, including the user's manual for the center's IBM 370/165.

The Special Projects Group developed a jurisprudence information system and terminal-based, on-line, key-word retrieval system for scientific abstracts.

**COPPE, Federal University of Rio de Janeiro**

August 1969 - July 1970:

Visiting Professor

COPPE, the engineering graduate school of the Federal University of Rio de Janeiro, under contract with the Organization of American States (OAS).

Two students completed M. Sc. theses under my direction. Both obtained their Ph.D. degrees from the University of California at Berkeley.

**Corning Glass Works**

June 1966 - September 1966:

Research Engineer, Corning Glass Works, Corning, New York.

June 1965 - September 1965:

Engineer-Research, Data Systems Division of Autonetics,

North American Aviation (now Rockwell International), Anaheim, California.

**Instituto Technologico y de Estudios Superiores de Monterrey (ITESM), Monterrey, Mexico.**

June 1964 - July 1964 .

Taught high school algebra in Spanish at the Instituto Technologico y de Estudios Superiores de Monterrey (ITESM), Monterrey, Mexico.

## 5.2. Courses Taught

**George Mason University**

Systems Analysis and Design (INFS 622)

Data Communications and Distributed Processing (INFS 612)

Introduction to E-Commerce (INFS 640)

Knowledge Management for E-Business (INFS 770)

Scientific and Statistical Databases (CSI 810/IT 864)

Expert Database Systems (IT 960)

**University of South Carolina**

Decision Support Systems and Business Expert Systems (BADM 896)

Distributed Processing Systems (BADM 891)

Data Structures and File Organizations (BADM 880)

Business Information Structures and Design (BADM 596)

Information Systems (BADM 796) and (BADM 796T), T for Television.

Information Systems in the Masters in International Business Studies Program (MIBS) (BADM 702)

Introduction to Business Data Processing (BADM 190)

Data Structures (CSCI 500)

## University of Maryland

Electronic Data Processing

Management Information Systems: Conceptual Foundations, Structure and Development.

## Pontifical Catholic University of Rio de Janeiro (PUC/RJ)

General Systems Theory

Graph Theory and Algorithms

Introduction to Discrete Structures and Logic

Algebraic Structures

Simulation

Introduction to Database Management Systems

## COPPE, Graduate Engineering School, Federal University of Rio de Janeiro

Modern Algebra

Optimal Control Theory

General Systems Theory

## 5.3. Sponsored Research

### George Mason University

#### Knowledge Sifter: Ontology-Based Search over Corporate and Open Sources using Agent-Based Knowledge Services.

Sponsor: National Geospatial-Intelligence Agency

Co-Principal Investigators: Dr. Larry Kerschberg and Dr. Daniel Menascé

Date: October 1, 2003 – September 31, 2008

Funding Amount: $640,000

Knowledge Sifter is a scaleable agent-based system that supports access to heterogeneous information resources such as the Web, open-source repositories, XML-databases and the emerging Semantic Web. User query specification is supported by a user agent that accesses multiple ontologies using a conceptual model expressed in the Web Ontology Language. A collection of cooperating agents supports interactive query specification and refinement, query decomposition, query processing, integration, as well as result ranking and presentation. The Knowledge Sifter architecture is general and modular so that new ontologies and new information resources can be easily incorporated.

The Knowledge Sifter agent architecture has three layers: User Layer, Knowledge Management Layer, and Data Layer. Specialized agents reside at the various layers and perform well-defined functions. The User Agent interacts with the user to elicit user preferences that are managed by the Preferences Agent. These preferences include the relative importance attributed to terms used to pose queries, the perceived authoritativeness of Web search engine results, and other preferences to be used by the Integration Agent. The user indicates an initial query to the Query Formulation Agent. This agent, in turn, consults the Ontology Agent to refine or generalize the query based on the semantic mediation provided by the ontology services available. The Ontology Agent provides a conceptual model for the domain by means of the OWL schema specification. In this example, there are two such services: Princeton University's WordNet and USGS's GNIS. Other sources can be added in a modular fashion, and the OWL schema would be updated to accommodate new concepts. The Web Services Agent accepts a refined user query, that has been decomposed by the Query Formulation Agent, and transforms the subqueries into SOAP requests to the databases and open Web sources (e.g., TerraServer and Yahoo!) that have Web Service published interfaces; this is the case for the TerraServer, while Yahoo! provides an HTTP interface.

The Web Services Agent uses domain knowledge regarding the data sources, such as quality of services attributes, authoritativeness, and image sizes, to choreograph the execution of subqueries in an optimal fashion. The Integration Agent is responsible for compiling the sub-query results from the various sources, ranking them according to user preferences, as supplied by the Preferences Agent, for such attributes as: 1) the weight associated with the user's perception of the authoritativeness of a source, or 2) the weight associated with a term used in a query.

A proof-of-concept prototype has been implemented demonstrating Knowledge Sifter searching both geo-spatial ontology services such as the USGS Geographic Names Information System (GNIS) and cognitive science ontologies such as Princeton University's WordNet, as well as image databases including Lycos and TerraServer. Finally, each Knowledge Sifter agent is implemented as a Web Service and the external sources are also accessed via Web Service protocols. Knowledge Sifter's design and concepts will be adapted so that they can be used in support of CoMiDII's cognitive M-object discovery services.

### Secure Metadata

Sponsor: TASC (The Analytical Sciences Corporation)

Co-Principal Investigators: Dr. Ravi Sandhu and Dr. Larry Kerschberg

Date: August 1, 2001 – December 31, 2001

This project investigates the use of secure metadata to describe the characteristics of objects at various security levels and the use of such metadata for information assurance.

### E-Center for Excellence in Research and Education in E-Business

Sponsor: Virginia Center for Innovative Technology (CIT), companies and government.

Dr. Larry Kerschberg and Dr. Daniel Menascé

Funding amount: $75,000 (CIT), $60,000 (Companies)

Dates: July 14, 2000 – July 14, 2001

The E-Center for E-Business performs R&D in areas related to E-Business, including, methodologies, scalability and performance, intelligent agents and search, data mining and e-marketplaces. (Visit http://eceb.gmu.edu)

### Secure Objects in a Business to Business Environment

Sponsor: The National Reconnaissance Office (NRO)

Co-Principal Investigators:  Dr. Ravi Sandhu, Dr. Edgar Sibley, and Dr. Larry Kerschberg

Funding amount: $250,000

Dates: June 1, 2000 – May 31, 2001

The research explores NRO's security object requirements in the context of emerging commercial e-commerce marketplace in areas such as secure object access and dissemination, the use of XML.XMI (eXtensible Markup Language / eXtensible Metadata Interchange) for object sharing, secure electronic transactions, and secure collaboration environments. We evaluate these requirements to commercial systems such as Oracle 8 and Broadvision, GOTS and custom (Role Based Access Control) RBAC components, to demonstrate secure object concepts.

### Software Capability Process improvement for Vistronix

Sponsor: Virginia Center for Innovative Technology and Vistronix

Co-Principal Investigators: Dr. Larry Kerschberg and Dr. Richard Bechtold

Dates: July 1, 1999 to December 31, 2000

This project was designed to provide support services to Vistronix, Inc. to achieve the SEI Capability Maturity Model Level 2 maturity.

### Flat-Sat Vision Project

Sponsor: NASA

Co-Principal Investigators: Dr. Hassan Gomaa and Dr. Larry Kerschberg

Funding amount: $62,862

Dates: February 1, 1998 - January 31, 1999

The Flat-Sat Vision Project combines domain-modeling with agent-based systems to investigate the automatic design and configuration of a space mission including the spacecraft, hardware and software simulators, instruments, and flight control software.

### Knowledge Rovers: A Family of Intelligent Software Agents for Logistics and Commere

Sponsor: DARPA through the Advance Logistics Program
Principal Investigator and Project Manager: Dr. Larry Kerschberg
Co-Principal Investigators: Drs. Hassan Gomaa, Sushil Jajodia, and Ami Motro
Funding amount: $450,000 plus several options
Dates: August 1996 - August 1998

The knowledge rovers represent a *family* of cooperating intelligent agents that may be configured to support a collection of scenarios, decision-makers and tasks. These rovers play specific roles within the KLAD, supporting users, maintaining complex views, refining data into knowledge, and roaming the Global Information Infrastructure seeking, locating, negotiating for and retrieving data and knowledge specific to their mission. We will specify the Knowledge Rover architecture and several scenarios for the LAD which show the cooperation among agents in problem-solving. We propose to create a Knowledge Rover Laboratory (KRL) in which our proof-of-concept prototypes will be designed and implemented.

### Knowledge Rovers to Support the Virtual Enterprise

Sponsor: DARPA through the Advance Logistics Program
Principal Investigator and Project Manager: Dr. Larry Kerschberg
Co-Principal Investigators: Drs. Hassan Gomaa, Sushil Jajodia, and Ami Motro
Funding amount: $45,000, Subcontract from AMS.
Dates: August 1996 - August 1998

The GMU team researched the Knowledge Rover concept as it pertains to the Virtual Enterprise Concept of the Defense Personnel Supply Center of DoD. Research in the Intelligent Integration of Information, Data Warehousing, and Data Quality will be applied in this research and development effort.

### Information Integration and Interchange (I³) : A Federated Systems Approach

Sponsor: ARPA through Office of Naval Research
Principal Investigator: Dr. Larry Kerschberg
Co-Principal Investigators: Drs. Hassan Gomaa, Sushil Jajodia, and Ami Motro
Funding amount: $840,000.
Dates: August 1992 - August 1995

This research focused on the interchange and integration of information residing in a

38

federation of heterogeneous knowledge base and database systems. A federated architecture is studied in which a Federation Manager, consisting of an active data/knowledge dictionary directory and support tools such as an Intelligent Thesaurus, Query Formulator, and Query Processor, will interact with federation-level users in elaborating and processing queries to the constituents.

Object-oriented domain modeling tools and techniques will be used to provide high-level specifications of the structure and behavior of constituent systems. These specifications will be used to characterize the information requirements and services of the constituents to be made available to the federation. The federation specifications will be stored in the active data/knowledge dictionary for use by federation-level tools described above.

Of particular importance to this research is the characterization and handling of uncertainty information. This uncertainty arises when two systems report on the same event, but the information is inconsistent. This may occur when the systems use differing measures of time, or when they are reasoning based on distinct rules of inference. Temporal reasoning techniques will be developed to handle different time scales and temporal events. Knowledge discovery tools and techniques will be used to determine the "quality" of an information source, based on previous performance as well as inferred intentions.

### The Knowledge Discovery in Databases

Sponsor: ARPA
Principal Investigator: Dr. Ryszard Michalski
Co-Principal Investigator: Dr. Larry Kerschberg
Funding amount: $1,285,000.
Dates: July 1992 - June 1995

This project is concerned with the development of a large-scale multi-strategy reasoning system, called INLEN, for extracting knowledge from databases. The system assists a user in discovering general patterns or trends, meaningful relationships, conceptual or numerical regularities or anomalies in large databases. The volume of information in a database is often too vast for a data analyst to be able to detect such patterns or regularities. INLEN integrates symbolic learning and statistical techniques with database and knowledge base technologies. It provides a user with "knowledge generation operators" (KGO) for discovering rules characterizing sets of data, generating meaningful conceptual classifications, detecting similarities and formulating explanations for the rules, generating rules and equations characterizing data, selecting and/or generating new relevant variables or representative examples, and testing the discovered rules on new data.

### The PROGEN Advisory System for Process Modeling

Sponsor: Software Productivity Consortium/ Virginia Center of Excellence in Software Reuse,

and Center for Innovative Technology, Hernden, Virginia
Principal Investigator: Dr. Larry Kerschberg
Co-Principal Investigator: Dr. Hassan Gomaa
Funding amount: Approximately $100,000.
Dates: September - December 1993.

This research addresses the modeling and representation of expertise for process knowledge associated with the development of software systems. A software life cycle model, the Evolutionary Development Life-Cycle Model (EDLC), is used to model the events, activities, and products associated with the various phases in the specification, design and implementation and evolution of a complex software system. In particular, a domain model of the Evolutionary Spiral Process Model (ESPM) is used to specify the *family* of process models.

A prototype software "expert system" called PROGEN has been implemented and serves as a project manager's assistant. The manager interacts with PROGEN to input process drivers for a project, and PROGEN reasons about these process drivers to tailor the ESPM domain model so as to generate the appropriate process model for that project.

This research also focuses on further refining the domain model of the ESPM, incorporating new process drivers associated with the SEI Capability Maturity Model. In order to handle larger numbers of process drivers, PROGEN supports the concept of process-driver *packages*.

### Independent Architecture Study of Earth Observing System Data and Information System (EOSDIS)

Sponsor: Hughes Applied Information Systems
Principal Investigator: Menas Kafatos, Institute for Computational Sciences and Informatics
Co-Principal Investigators: Dr. Larry Kerschberg, Daniel Menascé, Hassan Gomaa
Funding amount: $322,000.
Dates: March - September 1994.

NASA asked Hughes Applied Information Systems to fund Independent Architecture Studies for EOSDIS. George Mason University put together an *interdisciplinary team* consisting of Earth, Information and Computer Scientists to provide end-to-end architecture (hardware, software, communications, information, and data) for EOSDIS.

The GMU-led team consisted of Earth Scientists from the University of New Hampshire, University of Delaware, the Center for Ocean, Land and Atmosphere (COLA), and the Institute for Computational Sciences and Informatics located at GMU.

Dr. Kerschberg was the leader of the Information and Computer Science group from the School of Information Technology and Engineering at GMU. This group provided the architectural principles, concept-of-operations, federated client-server software architecture, information and data architecture, and a summary of existing approaches to very large databases and hierarchical files systems for EOSDIS.

The complete architecture document was over 450 pages long, and was presented to a review panel consisting of scientists and engineers from NASA and Hughes. Other studies were performed by the Sequoia 2000 group led by the University of California—Berkeley, and the University of North Dakota.

40

## The NASA Evolutionary Domain Life Cycle (EDLC) Project

Sponsor: NASA Goddard Space Flight Center, Greenbelt, MD
Co-Principal Investigators: Dr. Hassan Gomaa and Dr. Larry Kerschberg
Funding amount: $503,560.
Dates: September 1989 - June 1994

The Software Systems Engineering Center, of which Dr. Gomaa and Dr. Kerschberg are members, has been conducting research for the past three years in the area of domain modeling for software reuse. The project centers on the concept of an Evolutionary Domain Life Cycle (EDLC) Model, which is a highly iterative software life cycle model that eliminates the distinction between development and maintenance and addresses the development of a family of systems. The EDLC involves domain analysis, domain specification, and domain design for a *family* of systems. A first attempt at developing a domain analysis and specification method has been completed; the results are being applied to developing the software architecture for the NASA Payload Operations Control Center (POCC) domain.

We have *implemented* a proof-of-concept demonstration of the Evolutionary Domain Life Cycle Model using both commercial-off-the-shelf software (COTS) as well as custom-developed software. The configuration uses: 1) Software through Pictures as the multiple viewpoint graphical editor, 2) an Eiffel-based Object Repository which provides a persistent object store and checks for consistency among object specifications, 3) a Feature/Object Editor that allows the Domain Analyst to represent the dependencies among features and the objects supporting those features, and 4) a knowledge-based requirements elicitation tool, implemented in NASA's CLIPS shell, to assist the target system requirements engineer in selecting those features and objects that will constitute the target system.

The Object Repository manages the evolution of the object specifications, maintains consistency according to the information model, and provides data/knowledge translation services to other knowledge-based tools. One such tool is the knowledge-based requirements elicitation tool (KBRET), which elicits target system requirements by having users select desired features and object types from the domain model. KBRET accesses the object repository to obtain the knowledge required for its reasoning. In addition, KBRET has several domain-independent knowledge sources for browsing, for selecting target system features, and for generating a target system. In particular, KBRET has special reasoning methods for non-monotonic reasoning; users may select a feature and its dependent object types, and then retract that feature, causing many dependent objects to be retracted from the target system specification. The Target System Specification is stored in the object repository, and another translator provides the appropriate knowledge representation for a program to tailor the multiple viewpoints of the domain model to reflect the object types in the target system specification.

41

## The Active Data/Knowledge Dictionary

Sponsor: Rome Labs
Principal Investigator: Dr. Larry Kerschberg, KRM, Inc.
Project Director: Mr. John Dove, Dove Electronics, Rome, NY
Funding amount: $180,000
Dates: August 1989 - May 1991

The Active Data/Knowledge Dictionary (ADKD) project examined the areas of data, knowledge, meta-data and meta-knowledge needed to support the concept of an *active* data/knowledge dictionary. The ADKD concept suggests the need for an environment to assist users such as Database and Knowledgebase Administrators to specify, design, build and evolve both data- and knowledge-based applications. The project specified a functional architecture for the ADKD, including an array of services and tools needed to support the environment.

The major issues addressed were: 1) The adequacy of the Information Resource Dictionary System (IRDS) for object-oriented database systems support, the role of the IRDS to support advanced systems development projects and databases, 2) A conceptual architecture for the Active Data/Knowledge Dictionary System based on the requirements of advanced application areas, 3) Query processing in heterogeneous database systems, 4) Schema evolution in object-oriented database systems, 5) Active data/knowledge management in object-oriented systems, 6) Coordinated problem solving with multiple heterogeneous knowledge sources, and 7) Hypermedia requirements for active dictionaries.

## The MCI Telecommunications Network Project

Sponsor: MCI Corporation
PI: Dr. Larry Kerschberg
Funding amount $139, 500
Dates: September 1989 to January, 1990

There are enterprises that depend on integrating heterogeneous, autonomous database systems. MCI Corporation is the provider of long-distance, telecommunications network support. It has databases that describe the physical constitution of the network; the repeaters, switches, cables, and so forth. MCI also has databases that describe virtual aspects of the network; routing tables, for example. Moreover, it has databases that describe the condition of the network; alarm tables, for example.

Managers of these networks must continually reason with information from what is equivalent to a heterogeneous, often inconsistent, database system. In our recent project with MCI, we interviewed MCI network managers, analyzed MCI network management, established a need for intelligent network management, and developed a functional architecture to perform this intelligent network management by integrating heterogeneous knowledge sources and reasoning paradigms via a blackboard control model.

## A Knowledge-Based Architecture for Requirements Gathering, Analysis, and Subsequent Prototyping

Sponsor:    Software Productivity Consortium and Virginia Center for Innovative Technology

PI: Dr. Edgar H. Sibley

Research Associate: Dr. Larry Kerschberg

Funding amount $250,000

Dates: June 1987 to December 1988

The objectives of this research are to obtain improvements in the information systems analysis and design process by using knowledge-based tools and techniques to support multiple viewpoints with potentially conflicting perspectives of an application domain.

## University of South Carolina

### Knowledge-Based Systems:  The MEDCLAIM Project

Project Director, "MEDCLAIM: A Decision Support System for Medical Claims Review," (with D.A. Marchand, and J. Weitzel), sponsored by Blue Cross/Blue Shield of South Carolina, ($120,000), September 1, 1985 to July 30, 1986.

This project explored the use of Expert System shells on the IBM/AT Personal Computer to create a decision support system to aid Registered Nurses in medical claims review. The project involved the evaluation of a number of ES shells, the Knowledge Engineering of decision-making rules, and the construction of a prototype system. The project was so successful that BC/BS plans to implement a production version as the third phase of MEDCLAIM.

### Society for Information Management

"Videotex and Information Utilities," (with D.A. Marchand and G. Powers), a research grant ($5,000) from the Society for Information Management (SIM), June 1983 to May 1985.

This research project resulted in Mr. Powers' M.Sc. thesis, "SC-INFONET: A Videotex Network to Enhance Business and Economic Development."

We published an article, "Internal Corporate Videotex Systems," which was published in the *Spectrum*, the Newsletter of the Society for Information Management, November 1985.

43

## 6.  Consulting

July 2005 - Present

Dr. Kerschberg has been retained by two prominent law firms to consult on two separate cases involving patent lawsuits. Since these are ongoing cases, he is not at liberty to comment on them.

February 2005 - Present

Dr. Kerschberg serves on an Expert Panel for the US Department of Transportation's, Federal Highway Administration (FHWA) project entitled "Electronic Freight Manifest." The goal of the project is to define, design and deploy a web-services based virtual enterprise to track freight shipments from their point-of-origin to their destination, across multiple carriers and diverse modes of transportation, by enabling the sharing and interoperation of information among all stakeholders in the shipping transaction.

February 2005 to Present

KRM is working with Global InfoTek, Inc., on the COORDINATOR project for the Defense Advanced Projects Agency (DARPA). Dr. Kerschberg will be responsible for the ORACLE subsystem that computes all possible solutions of coordinator tasks schedules, as well as metrics and systems engineering concepts.

October 2002 – August 2004

KRM was a subcontractor to Global InfoTek, Inc., providing knowledge management and agent-based architectural guidelines, specifications and designs for the OmniSeer system sponsored by the Intelligence Community.

June 2001 – June 2002

Consultant to Communication Technology, Inc., writing papers on topics such as Network Convergence and Network Planning.

January 2000 – June 2000

Dr. Kerschberg served as a consultant and expert witness for the law firm of Arder and Hadden on an Intellectual Property case involving the theft and reuse of a database schema from one client to another by a software development firm. Dr. Kerschberg provided expert advice on the database schema, its role in the development of applications, and how it can be reused from one project to another. Dr. Kerschberg also sat in on depositions and provided advice as to the questions that were asked during the deposition. The case was settled out of court.

October 1999 – June 2001

Consultant to Lockheed Martin Management and Data Systems in the area of Knowledge Management. KRM developed new knowledge management concepts and proposed a Knowledge Management Framework.

April 1997 – July 2002

Board of Regents, State of Louisiana, Consultant and Mentor to the NSF-sponsored EPSCOR Program. I advise the joint project between the University of Southwestern Louisiana (USL), Lafayette, LA, and historically-black Southern University, Baton

Rouge, in a joint faculty and research program in "Harnessing Diverse Information Sources."

October 1997

EDS, Electronic Data Systems. Member of the "Kitchen Cabinet" for the Chief Information Officer of the Central Intelligence Agency. Advising on Information Architectures and Knowledge Management.

September 1996- September 1997

Tax Systems Modernization Institute (TSMI), providing consulting services, writing reports and reviewing documents. The major efforts were the Systems Development Life Cycle document for the IRS, A report on the Migration and Modernization of Legacy Systems, the Treasury Information System Architecture Framework (Version 1.0), and Architectural Design Guidance Document for the Department of Treasury.

November 1995

TASC, The Analytical Sciences Corporation. Consultant in Data Mining and Knowledge Discovery.

August 1989 - May 1991

Dove Electronics, Rome New York. Consultant to Dove Electronics on "The Active Data/Knowledge Dictionary" project. Technical director of contract to evaluate architectures for active data/knowledge dictionary environments for facilitate the specification, design, and development of applications using both data-based and knowledge-based technologies.

June 1987 - July 1989

Consultant to the Software Productivity Consortium of Reston, Virginia. Studying architectures for Knowledge-Based Requirements Gathering, Specification, and Design.

January 1987 - December 1990

Consultant to Computer Sciences Corporation, Falls Church, Virginia. Studying the issues of ADA$^{TM}$ Interoperability, Enterprise Analysis and Modeling, and Knowledge/Data Integration.

September 1983 - May 1984

Project Member, An Information Locator System for South Carolina State Government," Institute of Information Management, Technology and Policy, University of South Carolina.

This study was done for the Division of Information Resources of the South Carolina State Government. The idea was to study the feasibility of creating a dictionary/directory of State Agency information resources, holdings and services with the goal of providing various degrees of access to information.

September 1982 - January 1983

Consultant to Ellett Bros., Chapin, SC in Information Resources Management.

Performed systems analysis of the Sales Department and recommended an on-line system for monitoring sales promotions. The system has been implemented and is operational.

March 1980 - September 1980

Internal consultant at Bell Laboratories to a development organization that used the Functional Data Model to model the semantics of telephone connections to central offices.

September 1976 - May 1977

Participated in a research grant as a consultant to the Navy Bureau of Personnel (BUPERS) in the development of a simulation model of their on-line teleprocessing network.

May 1975 - December 1975

Data Processing Company of the Banco Real (Royal Bank) of Sao Paulo, Brazil.

Developed the Functional Data Base Model (see Publications). This model has received considerable attention in the literature, and the Computer Corporation of America in Cambridge, MA, has developed a prototype called DAPLEX.

August 1973 - December 1975

American School of Rio de Janeiro.

Developed and taught "Introduction to Computing" to high school juniors and seniors.

# 7.    Professional Activities

## 7.1.    Tutorial Presentations

Tutorial Speaker on Web Services, Web Information Systems Engineering (WISE) Conference, Kyoto, Japan, December 2001.

Tutorial Speaker on Knowledge Management, Entity-Relationship Conference, November 2001, Yokohama Japan.

Tutorial Speaker on "Knowledge Management: Managing Knowledge Resources for the Intelligent Enterprise." XXIII Congress on Systems Engineering, University of Chile, July 18-21, 2000, Santiago, Chile.

Tutorial Speaker on "The Role of Intelligent Agents in Advanced Information Systems," XXI Congress on Systems Engineering, University of Chile, June 2-5, 1998.

EDBT Summer School, Short Course on Active Information Architectures and Systems, Isle of Capri, Italy, September 8-13, 1997.

Tutorial Speaker on "Expert Database Systems," International Conference on Data Engineering, Kobe, Japan, April, 1991.

Tutorial Speaker on "Expert Database Systems," International Symposium on Intelligent Network Management, Washington D.C., April, 1991.

Speaker on "Data and Knowledge Engineering," IBM Television Education Center, Thornwood, NY, January, 1991.

Tutorial Speaker on "Expert Database Systems," CIPS Edmonton, Edmonton, Alberta, Canada, October, 1990.

Tutorial Speaker on "Expert Database Systems," Canadian Conference on Artificial Intelligence, Ottawa, Canada, April, 1990.

Speaker on "Expert Database Systems," IBM Television Education Center, Thornwood, NY, January, 1989.

Tutorial Speaker on "Expert Database Systems," International Conference on Data Engineering, Los Angeles California, February, 1990.

Tutorial Speaker on "Expert Database Systems," IEEE Systems, Man and Cybernetics Conference, Alexandria, Virginia, October, 1987.

Tutorial Speaker on "Expert Database Systems," International Conference on Very Large Data Bases , Brighton, England, September, 1987.

Presented a 15-hour, 5 day short course on "Building Expert Systems" for the IBM Latin American Systems Research Institute, Rio de Janeiro, Brazil, February 25 - March 1, 1985.

## 7.2.  *Professional Organization Activities*

### Chairmanships

Workshop Co-Chair, Workshop on Information Just-in-Time (WIJIT 2005), Kaiserslautern, Germany, April 10-13, 2005.

Program Chairman, International Conference on Scientific and Statistical Database Management, Fairfax, Virginia, July 18-21, 2001.

Program Co-Chairman, International Workshop on Cooperative Information Agents (CIA-2000), Boston, July 7-9, 2000.

General Chairman, International Workshop on Advanced Transaction Models and Architectures (ATMA) Goa, India August 31-September 2, 1996

General Chairman, ACM SIGMOD Conference, held in Washington D.C., May 1993.

Chairman, IEEE Computer Society's Technical Committee on Data Engineering.(1989 - 1991)

Program Chairman and Organizer, *Second International Conference on Expert Database Systems*,. April 25-27, 1988, Sheraton Premiere Hotel, Tysons Corner, Virginia. ·

This event was sponsored by George Mason University in cooperation with the Association for Computing Machinery (ACM), American Association for Artificial Intelligence (AAAI), and the IEEE Computer Society.

Program Chairman and Organizer, *First International Conference on Expert Database Systems*, April 1-4, 1986, Charleston, South Carolina.

The conference was sponsored by the Institute of Information Management, Technology and Policy, University of South Carolina, in cooperation with the Association for Computing Machinery (ACM), American Association for Artificial Intelligence (AAAI), IEEE Computer Society, and the Agence de l'Informatique, France.

### Editorial Responsibilities

Founding Editor-in-Chief, *International Journal on Intelligent Information Systems: Integrating AI and Database Technologies*, Kluwer Publishing, Boston and Amsterdam, 1992- Present.[5]

Editorial Board Member, *Journal of Data Mining and Knowledge Discovery*, Kluwer Academic Publishers.

Guest Editor, Database Track, *IEEE Expert*, IEEE Computer Society Publication.

Referee for: *Journal of the ACM, ACM Transactions on Database Systems, ACM Computing Surveys, IEEE Transactions on Software Engineering, Data and Knowledge Engineering, Decision Sciences.*

Proposal Reviewer, National Science Foundation, 1985, 1987, 1988, 1989, 1990, 1991, 1992

Member, IFIP Working Group 2.6 on Knowledge Representation.

---

[5] The journal is now published by Springer.

## <u>Panel and Program Committee Activities</u>

Program Committee Member, International Conference on Data Warehousing and Knowledge Discovery, DaWaK 2004, Zaragoza, Spain, September 1-3, 2004.

Program Committee Member, Workshop on Theory and Applications of Knowledge Management, TAKMA 2004, Zaragoza, Spain, August 30 - September 3, 2004.

Program Committee Member, 2004 IEEE/WIC/ACM International Conference on Intelligent Agent Technology (IAT 2004), Beijing, China, September 20-24, 2004.

Program Committee Member, RIDE Workshop (Research in Data Engineering), Theme of Engineering E-Commerce/E-Business Systems, February 2002.

Program Co-Chair, International Workshop on Cooperative Information Agents, Modena, Italy, September, 2001.

Program Committee Member, Workshop on Open Enterprise Solutions, Italy, September 2001.

Program Committee Member, CODAS (Cooperative Database Systems for Advanced Applications, Beijing, April 2001.

Program Committee Member, Data Warehousing and Knowledge Discovery Conference, September 2000.

Program Co-Chair, Second International Workshop on Cooperative Information Agents (CIA-98), Cite de Sciences - La Vilette, Paris, France, July 3-8, 1998.

Panel Organizer, AFCEA First Federal Data Mining Symposium, "Data Mining and the Government: Are they Ready for a Relationship?" December 17, 1997.

Kerschberg, L., <u>Scientific Databases: A Challenge in Interdisciplinary Education</u>, International Conference on Statistical and Scientific Database Management, SSDBM, Olympia, WA, IEEE Computer Society Press.

Program Committee Member, 1998 International Conference on Statistical and Scientific Database Management, Isle of Capri, Italy, 1998.

Program Committee Member, International Conference on Knowledge and Information Management, Baltimore, Maryland, 1996.

Program Committee Member, International Conference on Knowledge Discovery in Databases, Portland, Oregon, 1996.

Program Committee Member, International Conference on Knowledge Discovery in Databases, Montreal, Canada, 1995.

Program Committee Member, IFIP DS-6 Conference, Atlanta, Georgia, May 1995.

Program Committee Member, IEEE Workshop on Research Issues in Data Engineering -- Active Database Systems, April 1994.

Program Committee Member, Workshop on Knowledge Discovery in Databases, Washington, D.C., 1993.

Program Committee Member and Panel Coordinator, ACM Conference on the Management of Data, SIGMOD, 1992.

Program Committee Member, Data Engineering Conferences, IEEE Computer Society, 1988-1992.

Program Committee Member, Entity-Relationship Conferences, 1989, 1990, and 1991.

Program Committee Member, International Workshop on Interoperability in Database Systems, Kyoto, Japan, April, 1991.

Panel Member, "Does Loose Coupling Stand a Chance," International Conference on Data Engineering, Los Angeles, February 6-10, 1989.

Panel Organizer and Chairman, "Expert Database Systems," *Expert Systems in Government Conference*, Washington D.C., October 21, 1987.

Panel Member, "Experiences With Knowledgebases," *1987 SIGMOD International Conference on Management of Data*, San Francisco, California, May 28, 1987.

Panel Member, "Future Information Systems," *IFIP Congress 1986*, Dublin, Ireland, September 1-5, 1986.

Program Committee Member, *1988 IFIP Conference on the Role of Artificial Intelligence in Database Systems and Information Systems*, Canton , China, July 1988.

Program Committee Member, *1988 Avignon Workshop on Expert Systems and Their Applications*, Avignon, France, May 1987.

Program Committee Member, *1987 Avignon Workshop on Expert Systems and Their Applications*, Avignon, France, May 1987.

Program Committee Member, *1986 ACM SIGMOD International Conference on Management of Data*, Washington, D.C., May 1986.

Program Chairman and organizer, *First International Workshop on Expert Database Systems*, October 24-27, 1984, Kiawah Island, South Carolina.

Panel Member, "Issues in New Technologies," *Conference on Information Systems*, Tucson AZ, December, 1984.

Program Committee Member, *1985 ACM SIGMOD International Conference on Management of Data*, Austin, Texas, May 1985.

Panel Organizer and Chairman, "Expert Database Systems - Report of the Workshop on Expert Database Systems," *1985 ACM SIGMOD International Conference on Management of Data*, Austin, Texas, May 1985.

Program Committee Member, *Eleventh Very Large Data Base Conference*, Stockholm, Sweden, September 1985.

Program Committee Member, *1984 ACM SIGMOD International Conference on Management of Data*, Boston, MA, May 1984.

Program Committee Member, *Eighth Very Large Data Base Conference*, Mexico City, Mexico, September, 1982.

Panel Organizer and Chairman, "The Data Dictionary - Database System Interface," *Eighth Very Large Data Base Conference*, Mexico City, Mexico, September, 1982.

Program Committee Member, *Second International Conference on Computer Science*, Santiago, Chile, August, 1982.

50

Working Group Leader for "Logical Design and Information Modeling," *Data Base Directions III Workshop,* sponsored by ACM and NBS, Fort Lauderdale, Florida, October 20-22, 1980. The final report appears in "Data Base Directions: Information Resource Management - Strategies and Tools," (A.H. Goldfine, editor), NBS Special Publication 500-92, September, 1982.

Program Committee Member, *Sixth Very Large Data Base Conference,* Rio de Janeiro, Brazil, 1979.

Panel Member for "The Future of Database Systems," *NYU Symposium on Database Design,* New York City, 1978.

Panel Member for "The Operating System - Database Management System Interface," *National Computer Conference,* New York City, 1978.

Panel Organizer for "Performance Modeling and Evaluation of Database Management Systems," *National Computer Conference,* New York City, 1978.

## 7.3. Invited Presentations

### General Invited Talks

Keynote Speaker, "Just-in-Time Knowledge Management," 3rd Conference on Professional Knowledge Management, April 10-13, 2005, Kaiserslautern, Germany.

"A Service-oriented Knowledge Management Framework over Heterogeneous Sources," invited talk at NASA's Information Science and Technology Colloquium Series, Goddard Space Flight Center, Greenbelt MD, March 10, 2004

Keynote Speaker, "Knowledge Management in Heterogeneous Data Warehouse Environments," Conference on Data Warehousing and Knowledge Discovery, Munich, Germany, September 6, 2001.

"Establishing Scientific Databases for Forensic Laboratories," *International Symposium on Setting Quality Standards for the Forensic Science Community,* Sponsored by the Federal Bureau of Investigation, US Department of Justice, San Antonio, Texas, May 3-7, 1999.

### Invited Talks During JSPS Fellowship in Japan, February 27 to April 27, 1998

"The Role of Intelligent Agents in Advanced Information Systems," Kyushu University, Professor Setuo Arikawa (host), April 6, 1998.

"The Role of Intelligent Agents in Advanced Information Systems," Hiroshima City University, Professors Matatoshi Arikawa and Shaoying Liu (hosts), April 7, 1998.

"The Role of Intelligent Agents in Advanced Information Systems," Hiroshima University, Professor Tadao Ichikawa (host), April 8, 1998.

"The Engineering of Large-Scale Scientific Databases," NARA Institute of Technology, Professors Syunsuke Uemura and Masatoshi Yoshikawa (hosts), April 14, 1998.

"The Role of Intelligent Agents in Advanced Information Systems," Kyoto University, Professor Yahiko Kambayashi (host), April 17, 1998.

"The Role of Intelligent Agents in Advanced Information Systems," Tsukuba University, Professor Hiroyuki Kitagawa (host), April 21, 1998.

**General Invited Talks.**

"The Engineering of Large-Scale Scientific Databases," Tokyo University, Professor Masaru Kitsuregawa (host), April 23, 1998.

"Knowledge Rovers: Configurable Agents to Support Enterprise Information Infrastructures," Proceedings of the Data Mining Summit, Miller-Freeman Publishing Co., San Francisco, CA, February 21, 1997.

Kerschberg, L. (1997). Knowledge Rovers: Cooperative Intelligent Agent Support for Enterprise Information Architectures, International Workshop on Cooperative Information Agents, Kiel, Germany, February 26-28, 1997.

"Knowledge Rovers: Configurable Agents to Support Enterprise Information Infrastructures," 1997 MITRE Software Engineering and Economics Conference, April 2-3, 1997.

Keynote Lecture, "The Role of Intelligent Agents in Advanced Information Systems" 15th British National Conference on Databases, BNCOD 15, London, July 7-9, 1997

Invited Talk, "Expert Database Support for Distributed Materials Properties Databases," Workshop on Materials and Processes Research and the Information Highway, Sponsored by the National Materials Advisory Board, National Research Council, Stanford, University, April 12-13, 1996.

Invited Talk, "The Engineering of Large-Scale Data-Intensive Information Systems," TRW, March 1996.

Invited Talk, "Architectures for Intelligent Information Systems," TASC Technology Council, December 5, 1995.

Invited Talk, "The Engineering of Large-Scale Data-Intensive Information Systems," Distinguished Speaker Series, Center for Applied Information Technology, NIST (National Institute for Standards and Technology), Gaithersburg, MD, April 21, 1995

Invited Talk, "The Engineering of Large-Scale Data-Intensive Information Systems," Distinguished Lecture Series on Data-Intensive Systems, Data-Intensive Systems Research Center, Oregon Graduate Institute and Portland State University, Portland Oregon, March 10, 1995.

Invited Talk, "Distributed Heterogeneous Information Systems: Data Heterogeneity -- Research Issues and Solutions," at the Defense Information Systems Agency Workshop on Heterogeneous Distributed Information Systems, 1993.

Invited Talk, "Information Integration and Interchange in the Modern Enterprise," at the Data Administration Manager's Association's annual symposium, held May 17-18, 1994 at NIST.

Invited Lecture, "Multi-Paradigm Reasoning for Database Query Optimization," *Conference on Artificial Intelligence and Symbolic Mathematical Computations*, Karlsruhe, Germany, August 3-6, 1992.

Invited Speaker, "Knowledge-Based Approach for Generating Target System Specifications from a Domain Model," 25th Anniversary Celebration of the founding of the Computer Science Department, Pontifical Catholic University of Rio de Janeiro, Brazil, August 1992.

Inaugural Symposium Speaker, "A Multiparadigm Approach to Query Optimization using Structural, Behavioral and Historical Sources of Information," Intelligent Systems Cluster of the University of North Dakota, Fargo, ND, March 1992.

Invited Symposium Speaker, "A Multiparadigm Approach to Query Optimization using Structural, Behavioral and Historical Sources of Information," Computer Science Department, University of New Mexico, Albuquerque, NM, March 1992.

Invited Speaker, "Methodologies for Data/Knowledge/Information Engineering: Will the Twain Meet?," *International Symposium on Methodologies for Intelligent Systems,* ISMIS'91, Charlotte, North Carolina, October, 1991.

"A Methodology for Building Expert Database Applications," UMIACS Lecture Series on Modern Databases, March 25, 1988, University of Maryland, College Park.

Invited Seminar Speaker, "A Methodology for Building Expert Database Applications," Artificial Intelligence Center, George Mason University, April, 1988.

Speaker and respondent, "The Role of Artificial Intelligence in Libraries," *The Library Catalog: Bringing Order the Universe of Knowledge,* a symposium sponsored by the Gelman Library of George Washington University, September 23, 1987.

"Knowledge-Based Systems," Distinguished Lecturer Series, Florida Atlantic University, Boca Raton, FL, June 20, 1985.

**Keynote Address,** "Expert Database Systems:  Evolutionary and Revolutionary Approaches," *Fifth International Workshop on Expert Systems and Their Applications,* Avignon, France, May 13-15, 1985.

"Building Expert Systems," Distinguished Speaker Series, IBM Scientific Center, Brasilia, Brazil, March 11, 1985.

"Query Optimization in Distributed Relational Databases," Invited Speaker, *1984 Colloquium Series on Distributed Processing,* Centre de Recherche Informatique de Montreal, McGill University, Montreal, Canada, March 9, 1984.

"Database Design," Invited Tutorial Lecturer, *First International Conference on Computer Science,* Santiago, Chile, August 22-24, 1981.

"Update Semantics for the Functional Data Model," Computer Science Seminar, Princeton University, Princeton, New Jersey, February 1981.

"A Taxonomy of Data Models," *International Symposium on Methodologies for the Specification of Hardware and Software Systems,* Rio de Janeiro, July 1976.

"Synthetic English: A Query Language for the Functional Data Model," Computer Science Seminar, University of California at Los Angeles, 1976.

"The Functional Data Model," *Symposium on Computational Linguistics,* University of Campinas, Sao Paulo, Brazil, 1975.

## 8.    Publications

### 8.1.  Books

P. M. D. Gray, L. Kerschberg, P. King, and A. Poulovassilis (Editors), "The Functional Approach to Data Management: Modeling, Analyzing, and Integrating Heterogeneous Data." Heidelberg, Germany: Springer-Verlag, 2003.

L. Kerschberg and M. Kafatos (Editors), "International Conference on Scientific and Statistical Database Management." George Mason University, Fairfax, VA: IEEE Computer Society, 18-20 July 2001, pp. 277.

M. Klusch and L. Kerschberg (Editors), "Cooperative Information Agents IV: The Future of Information Agents in Cyberspace, Fourth International Workshop," in *Lecture Notes in Artificial Intelligence*, vol. 1860. Boston: Springer, 2000, pp. 283.

S. Jajodia and L. Kerschberg (Editors), "*Advanced Transaction Models and Architectures*," Norwall, MA: Kluwer Academic Publishers, 1997.

*Expert Database Systems: Proceedings from the Second International Conference* (L. Kerschberg, editor), The Benjamin/Cummings Publishing Company, Menlo Park, CA, December 1988.

*Expert Database Systems: Proceedings from the First International Conference* (L. Kerschberg, editor), The Benjamin/Cummings Publishing Company, Menlo Park, CA, July 1987.

*Expert Database Systems: Proceedings from the First International Workshop*, (L. Kerschberg, editor), The Benjamin/Cummings Publishing Company, Menlo Park, CA, February 1986.

### 8.2  Chapters in Books

L. Kerschberg, M. Chowdhury, A. Damiano, H. Jeong, S. Mitchell, J. Si, and S. Smith, "Knowledge Sifter: Agent-Based Ontology-Driven Search over Heterogeneous Databases using Semantic Web Services," in *Semantics for a Networked World, Semantics for the Grid Databases, LNCS 3226*, vol. 276-293, *Lecture Notes in Computer Science*, M. Bouzeghoub, C. Goble, V. Kashyap, and S. Spaccapietra, Eds., LNCS 3226 Paris, France: Springer, 2004, pp. 278-295.

J. Yoon and L. Kerschberg, "A Functional Approach to XML-Based Dynamic Negotiation in E-Business," in *The Functional Approach to Data Management*, P. M. D. Gray, L. Kerschberg, P. King, and A. Poulovassilis, Eds. Heidelberg: Springer, 2003, pp. 393-416.

L. Kerschberg, W. Kim, and A. Scime, "A Semantic Taxonomy-Based Personalizable Meta-Search Agent," in *Innovative Concepts for Agent-Based Systems*, vol. LNAI 2564, *Lecture Notes in Artificial Intelligence*, W. Truszkowski, Ed. Heidelberg: Springer-Verlag, 2003, pp. 3-31.

L. Kerschberg, "Functional Approach to in Internet-Based Applications: Enabling the Semantic Web, E-Business, Web Services and Agent-Based Knowledge Management,"

in *The Functional Approach to Data Management*, P. M. D. Gray, L. Kerschberg, P. King, and A. Poulovassilis, Eds. Heidelberg: Springer, 2003, pp. 369-392.

L. Kerschberg, "Knowledge Management in Heterogeneous Data Warehouse Environments," in *Third International Conference on Data Warehousing and Knowledge Discovery, DaWaK 2001, LNCS 2114*, Y. Kambayashi, W. Winiwarter, and M. Arikawa, Eds., 2114 ed. Munich, Germany: Springer-Verlag, 5-7 September 2001, pp. 1-10.

Larry Kerschberg, "Knowledge Rovers: Cooperative Intelligent Agent Support for Enterprise Information Architectures," in *Cooperative Information Agents*, vol. 1202, *Lecture Notes in Artificial Intelligence*, P. Kandzia and M. Klusch, Eds. Berlin: Springer-Verlag, 1997, pp. 79-100.

Larry Kerschberg, "The Role of Intelligent Agents in Advanced Information Systems," in *Advanced in Databases*, vol. 1271, *Lecture Notes in Computer Science*, C. Small, P. Douglas, R. Johnson, P. King, and N. Martin, Eds. London: Springer-Verlag, 1997, pp. 1-22.

Jongpil Yoon and Larry Kerschberg, "Semantic Update Optimization in Active Databases," *Proceedings IFIP WG2.6 Working Conference on Database Semantics* (DS-6), Chapman, Atlanta, 1995.

Chris Bosch, Hassan Gomaa and Larry Kerschberg, "Design and Construction of a Software Engineering Environment: Experiences with Eiffel." *In Readings in Object-Oriented Systems and Applications*, (Rine, D. editor), IEEE Computer Society Press, 1995.

Seligman, L. and Kerschberg, L. , "Federated Knowledge and Database Systems: A New Architecture for Integrating of AI and Database Systems," In *Advances in Databases and Artificial Intelligence, Vol. 1: The Landscape of Intelligence in Database and Information Systems* (L. Delcambre and F. Petry, editors). JAI Press (1995).

Kaufman, K.A., Michalski, R.S. and Kerschberg, L., "Mining for Knowledge in Databases: Goals and General Description of the INLEN System," *Knowledge Discovery in Databases*, G. Piatetski-Shapiro and W.J. Frawley, (Eds.), AAAI Press / The MIT Press, Menlo Park, CA 1991.

Kerschberg, L., Baum, R., and Hung, J., "KORTEX: An Expert Database System Shell for a Knowledge-based Entity Relationship Model," in *Entity- Relationship Approach to Database Design and Querying*, F.H. Lochovsky (Editor), North Holland, 1990, pp. 255-268.

Kerschberg, L., "Expert Database Systems," *Concise Encyclopedia of Information Processing in Systems and Organizations*, Pergamon Press, England, 1989.

Kerschberg, L., Foreword to the book, *Expert Database Systems*, edited by Keith Jeffries, 1991.

Potter, W.D. and Kerschberg, L., "The Knowledge/Data Model: An Integrated Approach to Modeling Knowledge and Data," in *Data and Knowledge (DS-2)*, (R.A. Meersman and A.C. Sernadas, editors), North Holland, 1988.

Kerschberg, L and Dickinson, J., "FINEX: A Personal Computer-Based Expert Support System for Financial Analysis, in *Management Expert Systems*, C. Ernst (editor), Addison-Wesley, Ltd., December, 1988.

55

Kerschberg, L and Dickinson, J., "Un système expert d'aide à l'analyse financière," in *Les Systemes Experts de Gestion: Banque, Finance, Marketing*, C Ernst (editor), Eyrolles, Paris, France, 1988.

### 8.3. Invited Papers

Peter M.D. Gray, Peter J.H. King and Larry Kerschberg, Foreword: Functional Approach to Intelligent Information Systems, *Journal of Intelligent Information Systems,* vol 12 issues 2/3, 1999.

L. Kerschberg, Foreword to the book, *Intelligent Information Agents.* (Matthias Klusch, editor), Springer-Verlag, ISBN 3-540-65112-8, March, 1999 (to appear).

I. Imam and L. Kerschberg, "Adaptive Intelligent Agents; Guest Editor Introduction," *Journal of Intelligent Information Systems,* vol. 9, pp. 211-214, 1997.

"Expert Database Systems," Guest Editor Introduction, *IEEE Expert,* Fall 1988.

"Expert Database Systems," *The Computer Bulletin,* The British Computer Society, June, 1987, pp.7-9.

### 8.4. Refereed Publications

**Journal Papers**

R. Howard and L. Kerschberg, "A Framework for Dynamic Semantic Web Services Management," *International Journal of Cooperative Information Systems, Special Issue on Service Oriented Modeling,* vol. 13, 2004.

W. Kim, L. Kerschberg, and A. Scime, "Learning for Automatic Personalization in a Semantic Taxonomy-Based Meta-Search Agent," *Electronic Commerce Research and Applications (ECRA),* vol. 1, 2002.

J. P. Yoon, V. Raghavan, V. Chakilam, and L. Kerschberg, "BitCube: A Three - Dimensional Bitmap Indexing for XML Documents," *Journal of Intelligent Information Systems,* vol. 17, pp. 241-254, 2001.

L. Kerschberg and D. Weishar, "Conceptual Models and Architectures for Advanced Information Systems," *Applied Intelligence,* vol. 13, pp. 149-164, 2000.

H. Gomaa, L. Kerschberg, V. Sugumaran, I. Tavakoli, and L. O'Hara, "A Knowledge-Based Software Environment for Reusable Software Requirements and Architectures," *Journal of Automated Software Engineering,* vol. 3, 1996.

L. Seligman and L. Kerschberg, "A Mediator for Approximate Consistency: Supporting "Good Enough" Materialized Views," *Journal of Intelligent Information Systems,* vol. 8, pp. 203 - 225, 1997.

H. Gomaa, D. Menascé, and L. Kerschberg, "A Software Architectural Design Method for Large-Scale Distributed Information Systems," *Journal of Distributed Systems Engineering,* 1996.

Yoon, J.P. and Kerschberg, L., "A Framework for Knowledge Discovery and Evolution in Databases," *IEEE Transactions on Knowledge and Data Engineering,* 5(6), December 1993.

Seligman, L. and Kerschberg, L. "An Active Database Approach to Consistency Management in Heterogeneous Data- and Knowledge-based Systems," *International Journal of Cooperative and Intelligent Systems,* 2(2), October, 1993.

Kerschberg, L., Baum, R., Waisanen, A., Yoon, J., Huang, I., "A Taxonomy of

Knowledge-Based Approaches to Fault Management for Telecommunications Networks," *Journal of Computers and Electrical Engineering*, 1993.

Michalski, R.S., Kerschberg, L., Kaufman, K. and Ribeiro, J., "Mining for Knowledge in Databases: The INLEN Architecture, Initial Implementation and First Results" *International Journal of Intelligent Information Systems*, Kluwer Academic Publishers, August 1992.

Gomaa, H., Kerschberg, L. and Sugumaran, V., "Knowledge-Based Approach to Domain Modeling: Application to NASA's Payload Operations Control Centers," *Telematics and Informatics*, Vol 9, Nos 3/4, Pergamon Press, pp. 281-296, 1992.

Kerschberg, L., "Expert Database Systems: Knowledge/Data Management Environments for Intelligent Information Systems," *Information Systems*, Vol. 15, No. 1, Pergamon Press, 1990, pp. 151-160.

Weitzel, J.R. and Kerschberg, L., "Developing Knowledge-Based Systems: Re-organizing the System Development Life Cycle," *Communications of the ACM*, Vol. 32, No. 4, April 1989.

Weitzel, J.R. and Kerschberg, L., "A System Development Methodology for Knowledge-Based Systems, Special Issue on Knowledge Engineering," *IEEE Systems, Man, and Cybernetics*, Vol 19, No. 3, May/June 1989.

Sen, A., and Kerschberg, L., "Enterprise Modeling for Database Specification and Design," *Data and Knowledge Engineering*, Number 2, 1987.

Navathe, S, and Kerschberg, L., "The Role of Data Dictionary Systems in Logical Database Design," *Information and Management*, Vol. 10, No. 1, January 1986.

Powers, G., Kerschberg, L., and Marchand, D.A., "Internal Corporate Videotex Systems," *Spectrum*, Society for Information Management, Chicago, Illinois, November, 1985.

Kerschberg, L., Ting, P.D., and Yao, S.B., "Query Optimization in Star Computer Networks," *ACM Transactions on Database Systems*, December, 1982.

## 8.5 Refereed Conference Proceedings

R. Morikawa and L. Kerschberg, "MAKO-PM: Just-in-Time Process Model," presented at Professional Knowledge Management: Workshop on Information Just-in-Time, Kaiserslautern, Germany, 2005.

L. Kerschberg, H. Jeong, and W. Kim, "Emergent Semantics in Knowledge Sifter: An Evolutionary Search Agent based on Semantic Web Services," Technical Report, George Mason University, Fairfax June 2005 (Submitted for publication).

L. Kerschberg and H. Jeong, "Just-in-Time Knowledge Management," presented at Third Conference on Professional Knowledge Management, Kaiserslautern, Germany, 2005.

L. Kerschberg and H. Jeong, "Ubiquitous Data Management in Knowledge Sifter via Data-DNA," presented at Workshop on Ubiquitous Data Management, Tokyo, Japan, 2005.

J. Cheng, R. Emami, L. Kerschberg, E. Santos, Jr., Q. Zhao, H. Nguyen, H. Wang, M. Huhns, M. Valtorta, J. Dang, H. Goradia, J. Huang, and S. Xi, "OmniSeer: A Cognitive

Framework for User Modeling, Reuse of Prior and Tacit Knowledge, and Collaborative Knowledge Services," presented at Hawaii International Conference on Systems Science (HICSS-38), Island of Hawaii, 2005.

L. Kerschberg, M. Chowdhury, A. Damiano, H. Jeong, S. Mitchell, J. Si, and S. Smith, "Knowledge Sifter: Ontology-Driven Search over Heterogeneous Databases," presented at SSDBM 2004, International Conference on Scientific and Statistical Database Management, Santorini Island, Greece, 2004.

R. Morikawa and L. Kerschberg, "MAKO: Multi-Ontology Analytical Knowledge Organization based on Topic Maps," presented at Fifth International Workshop on Theory and Applications of Knowledge Management, Zaragoza, Spain, 2004.

R. Howard and L. Kerschberg, "A Knowledge-based Framework for Dynamic Semantic Web Services Brokering and Management," presented at International Workshop on Web Semantics - WebS 2004, Zaragoza, Spain, 2004.

R. Howard and L. Kerschberg, "Brokering Semantic Web Services via Intelligent Middleware Agents within a Knowledge-Based Framework," presented at Intelligent Agent Technology (IAT 2004), Beijing, China, 2004.

R. Howard and L. Kerschberg, "Using Facets of Security within a Knowledge-based Framework to Broker and Manage Semantic Web Services," presented at Workshop on Secure Knowledge Management (SKM 2004), Amherst, New York, 2004.

R. Howard and L. Kerschberg, "Dynamically Managing the Delivery of Web Services via Workflow and Feedback," presented at International Conference on Information Systems, Workshop on E-Business (Web2004), Washington, DC, 2004.

L. Kerschberg, W. Kim, and A. Scime, "Intelligent Web Search via Personalizable Meta-Search Agents," presented at International Conference on Ontologies, Databases and Applications of Semantics (ODBASE 2002), Irvine, CA, 2002.

W. Kim, L. Kerschberg, and A. Scime, "Personalization in a Semantic Taxonomy-based Meta-Search Engine," presented at International Conference on Electronic Commerce, Vienna, Austria, October 2001.

S. H. Lee, J. S. Hong, and L. Kerschberg, "A Popularity-Driven Caching Scheme for Meta-search Engines: An Empirical Study," in *Database and Expert Systems Applications, DEXA 2001*, vol. LNCS 2113, H. C. Mayr, J. Lazansky, and G. Quirchmayr, Eds. Munich, Germany: Springer, 3-5 September 2001, pp. 877-886.

J. P. Yoon and L. Kerschberg, "An Aggressive Aggregation of XML Documents for Summary Data Generation," presented at Fifth World Multi-Conference on Systemics, Cybernetics and Informatics, SCI 2001, Orlando, Florida, 22-25 July 2001.

L. Kerschberg, W. Kim, and A. Scime, "WebSifter II: A Personalizable Meta-Search Agent Based on Semantic Weighted Taxonomy Tree," *The 2001 International Conference on Internet Computing*, IC 2001, Las Vegas, Nevada, 25-28 June 2001.

A. Scime and L. Kerschberg, "WebSifter: An Ontological Web-Mining Agent for E-Business," *Proceedings of the 9th IFIP 2.6 Working Conference on Database Semantics (DS-9): Semantic Issues in e-Commerce Systems*, Hong Kong, 25-28 April 2001.

A. Scime and L. Kerschberg, "WebSifter: An Ontology-Based Personalizable Search Agent for the Web," *2000 Kyoto International Conference on Digital Libraries: Research and Practice*, Kyoto University, 13-16 November 2000.

H. Gomaa, L. Kerschberg, and G. K. Farrukh, "Domain Modeling of Software Process Models," presented at *IEEE International Conference on Engineering of Complex Computer Systems*, Tokyo, Japan, 11-14 September 2000.

L. Kerschberg and S. Banerjee, "An Agency-based Framework for Electronic Business," in *Cooperative Information Agents III*, vol. 1652, *Lecture Notes in Artificial Intelligence*, M. Klusch, O. Shehory, and G. Weiss, Eds. Berlin, et al.: Springer-Verlag, 1999, pp. 254-279.

A. Brodsky, L. Kerschberg, and S. Varas, "Resource Management in Agent-based Distributed Environments," in *Cooperative Information Agents III*, vol. 1652, *Lecture Notes in Artificial Intelligence*, M. Klusch, O. Shehory, and G. Weiss, Eds. Berlin, et al.: Springer-Verlag, 1999, pp. 50-74.

Jongpil Yoon and Larry Kerschberg, "Query-Initiated Discovery of Interesting Association Rules," *International Conference on Discovery Science*, Fukuoka, Japan, December 14-16, 1998.

Seok-Won Lee and Larry Kerschberg, "A Methodology and Life Cycle Model for Data Mining and Knowledge Discovery in Precision Agriculture," Proceedings of the IEEE International Conference on Systems, Man and Cybernetics (SMC '98), San Diego CA, October 1998.

B. Zeeberg, K. Wantanabe, S. Goto, R. Overbeek, L. Kerschberg, and G. Michaels, "Metabolic Pathway Interface to Molecular Biology Databases," ," *International Conference on Statistical and Scientific Database Management*, Isle of Capri, Italy, 1998.

J. Ribeiro, K. Kaufman, and L. Kerschberg, "Knowledge Discovery in Multiple Databases," Proceedings First International Conference on Knowledge Discovery and Data Mining, Montreal, CA, 1995.

J. Ribeiro, K. Kaufman, and L. Kerschberg, "Knowledge Discovery in Multiple Databases," presented at ISMM International Conference on Intelligent Information Management Systems, Washington D.C., 1995.

L. J. Milask, T. Guynup, C. Hammel, L. Kerschberg, and G. Michaels, "An Integrated Scientific Database System and Value-Added Support Center: Application to Ecological Research of the Forest Canopy and Biosphere Interface," *International Conference on Statistical and Scientific Database Management*, SSDBM, Olympia, WA, 1997.

K. Massey, L. Kerschberg, and G. Michaels, "VANILLA: A Dynamic Data Model for a Generic Scientific Database," *International Conference on Statistical and Scientific Database Management*, SSDBM, Olympia, WA, 1997.

Kerschberg, L., Gomaa, H., Menascé, D., and Yoon, J.P., "Data and Information Architectures for Large-Scale Distributed Data Intensive Systems" Eighth International Conference on Scientific and Statistical Database Management, Stockholm, Sweden, June 18-20, 1996.

Menascé, D., H. Gomaa, and L. Kerschberg, "A Performance-Oriented Design Methodology for Large-Scale Distributed Data Intensive Information Systems," *Proc. First IEEE International Conference on Engineering of Complex Computer Systems*, November 7-10, 1995, Fort Lauderdale, FL (Outstanding Paper Award in Systems Engineering Track).

Gomaa, H. and Kerschberg, L., "Domain Modeling for Software Reuse and Evolution." *Proc. Computer Assisted Software Engineering Workshop* (CASE 95), Toronto, July 1995.

Yoon, J.P. and Kerschberg, L. "Semantic Update Optimization in Active Databases," *Proceedings IFIP DS-6 Conference*, Atlanta, Georgia, May 1995.

Hassan Gomaa, Larry Kerschberg, Vijay Sugumaran, Chris Bosch, Iraj Tavakoli, "A Prototype Domain Modeling Environment for Reusable Software Architectures." *IEEE International Conference on Software Reuse*, Rio de Janeiro, Brazil, November 1994.

Yoon, J.P. and Kerschberg, L., "Semantic Query Reformulation in Object-Oriented Systems," *Proc. International Conference on Deductive and Object-Oriented Databases*, Phoenix, AZ, Dec. 1993. (Also, Springer-Verlag *Lecture Notes in Computer Science*, Vol. 760).

Seligman, L., and Kerschberg, L., "Knowledge-base/Database Consistency in a Federated Multidatabase Environment," *IEEE RIDE-IMS '93 Workshop*, Vienna, Austria, April 1993.

Seligman, L., and Kerschberg, L., "Approximate Knowledge-base/Database Consistency: An Active Database Approach," *Proceedings of the ISMM International Conference on Information and Knowledge Management*, Baltimore, MD, November 1992.

Yoon, J.P. and Kerschberg, L. "A Framework for Constraint Management in Object-Oriented Databases," *Proceedings of the ISMM International Conference on Information and Knowledge Management*, Baltimore, MD, November 1992.

Gomaa, H., Kerschberg, L. and V. Sugumaran, "A Knowledge-Based Approach to Generating Target Systems Specifications from a Domain Model," in Algorithms, Software, Architecture, J. van Leeuwen (Editor), *Information Processing 92*, Volume I, Elsevier Science Publishers, Amsterdam, September 1992.

Weishar, D. and Kerschberg, L., "An Intelligent Heterogeneous Autonomous Database Architecture for Semantic Heterogeneity Support," *IEEE Workshop on Interoperability in Multidatabase Systems*, Kyoto, Japan, April 1991.

Gomaa H and L. Kerschberg , "An Evolutionary Domain Life Cycle for Domain Modeling and Target System Generation", *Proc. Workshop on Domain Modeling for Software Engineering*, International Conference on Software Engineering, Austin, Texas, May 1991.

Kaufman, K., Michalski, R.S. and Kerschberg, L., "An Architecture for Integrating Machine Learning and Discovery Programs into a Data Analysis System," *Proceedings of the AAAI-91 Workshop on Knowledge Discovery in Databases*, July 1991.

Sugumaran, V., Gomaa, H., and Kerschberg, L., "Generating Target System Specifications from a Domain Model Using CLIPS," *Proc. of Second Annual Clips Conference*, Houston, TX., September 1991

Kaufman, K., Michalski, R.S. and Kerschberg, L., "Knowledge Extraction from Databases: Design Principles of the INLEN System," *Proceedings of the Sixth International Symposium on Methodologies for Intelligent Systems (ISMIS'91)*, October 1991.

Kerschberg, L., Baum, R., et al., "A Taxonomy of Knowledge-Based Approaches to

Fault Management for Telecommunications Networks," *IEEE Conference on Systems, Man and Cybernetics*, Charlottesville, VA, October 1991.

Gomaa, H., Kerschberg, L., Bosch, C., Sugumaran, V., and Tavakoli, I.. "A Prototype Software Engineering Environment for Domain Modeling and Reuse,", *Proc. Fourth Annual Workshop on Methods and Tools for Reuse*. Herndon, VA., November 1991.

Gomaa, H., Kerschberg, L., et al., "A Prototype Software Engineering Environment for Domain Modeling and Reuse," *NASA/Goddard Sixteenth Annual Software Engineering Workshop*, December 1991.

Weishar, D. and Kerschberg, L., "Data/Knowledge Packets as a Means of Supporting Semantic Heterogeneity in Multidatabase Systems," *ACM SIGMOD Record*, December 1991.

Kerschberg, L., Baum, R., DeJong, K., Waisanen, A., Yoon, J., Huang, I., "Intelligent Network Management: A Heterogeneous Knowledge Source Approach," *IEEE Conference on Systems, Man and Cybernetics*, Los Angeles, CA, October 1990.

Kerschberg, L., Baum, R., DeJong, K., Waisanen, A., Yoon, J., Huang, I., Eisgruber, K, Utz, B., "Knowledge and Data Engineering of a Telecommunications Network," *1990 Entity-Relationship Conference*, Lausanne, Switzerland, 1990.

Gomaa H, R. Fairley and L. Kerschberg , "Towards an Evolutionary Domain Life Cycle Model", *Proc. Workshop on Domain Modeling for Software Engineering*, at OOPSLA 89, New Orleans, October 1989.

Shepherd, A. and Kerschberg, L., "Constraint Management in Expert Database Systems," *Expert Database Systems: Proceedings from the First International Workshop*, (L. Kerschberg, editor), The Benjamin/Cummings Publishing Co., Menlo Park, CA, 1986.

Muthuswamy, B. and Kerschberg, L., "A Detailed Database Statistics Model for Relational Query Optimization," *1985 ACM Annual Conference*, Denver, CO, October 14-16, 1985.

Kerschberg, L. and Dickinson, J., "FINEX: An Expert Support System for Financial Analysis," *Fifth International Workshop on Expert Systems and Their Applications*, Avignon, France, May 13-15, 1985.

Shepherd, A. and Kerschberg, L., "PRISM: A Knowledge-Based Approach to Semantic Integrity Specification and Enforcement in Database Systems," *Proceedings ACM SIGMOD International Conference on Management of Data,* Boston, MA, June 18-21, 1984.

Kerschberg, L., Marchand, D.A., and Sen, A., "Information System Integration: A Metadata Management Approach," *Proceedings International Conference on Information Systems*, Houston, Texas, December 15-17, 1983.

Hsu, P.L., and Kerschberg, L., "The Role of Personal Information Systems in Office Information Systems," *Proceedings 1983 American Institute of Decision Sciences Conference*, San Antonio, Texas, November, 1983.

Trueblood, R.P., Lin, T.Y., and Kerschberg, L., "Analyzing Computer Security Using Petri Net Theory," *Proc. Second International Conference on Computer Science*, Santiago, Chile, August, 1982.

Sibley, E.H., and Kerschberg, L., "Data Architecture and Data Model Considerations," *Proc. NCC*, AFIPS Press, Dallas, Texas, pp. 85-96, 1977.

    This paper was included in the tutorial volume, Data Management in the 1980's, (Larson and Freeman, editors) IEEE Computer Society, 1983.

Furtado, A.L., and Kerschberg, L., "An Algebra of Quotient Relations," *Proceedings of the International Conference of Management of Data (SIGMOD)*, Toronto, June 1-8, 1977.

Kerschberg, L., Ozkarahan, E.A., and Pacheco, J.E.S., "A Synthetic English Query Language for a Relational Associative Processor," *Proc. Second International Conference on Software Engineering*, San Francisco, Calif., pp. 505-519, October 1976.

Kerschberg, L., Klug, A., and Tsichritzis, D., "A Taxonomy of Data Models," in *Systems for Large Data Bases*, Proceedings of the Conference on Very Large Data Bases, Brussels, Belgium, 1976, P. C. Lockemann and E. J. Neuhold, editors, North-Holland Publishing Co., Amsterdam, pp. 44-64, 1976.

Kerschberg, L., "The Characteristic Polynomial of Graph Products, *Proc. Seventh Asilomar Conference of Circuits, Systems, and Computers*, Pacific Grove, CA, November 1973.

Skandera, R., and Kerschberg, L., "Urban Traffic Under Computer Control," *Journal of Public Administration*, Getulio Vargas Foundation, Rio de Janeiro, June 1972.

Kerschberg, L., "Multilinear Systems: Theory and Applications," *Proc. First Iberian-American Conference on Informatics*, Buenos Aires, Argentina, 1972.

Saboia, J., and Kerschberg, L., "A Method for Canonically Decoupling Multivariable Linear Systems," *Proc. IEEE Conf. on Computers, Systems, and Networks*, Oaxtepec, Mexico, 1971.

Veloso, P.A.S., and Kerschberg, L., "A Decomposition for a Class of Multilinear Systems," *Proc. IEEE Conf. on Computers, Systems, and Networks*, Oaxtepec, Mexico, 1971.

Kerschberg, L., and Happ, W.W., "Eigenfunction Propagation in Interconnected Systems," *Proc. Allerton Conf. on Circuit and System Theory*, Allerton, Illinois, 1970.

63

# 9.    Research Supervision

## 9.1.  Ph.D. Students

### George Mason University

Below are the names and dissertation topics of students I have directed.

Anthony Waisanen, "An Approach to Query Processing by Integrating Historical, Structural, and Behavioral Sources of Information" Defended March 18, 1992, at Shaw Air Force Base.

Vijayan Sugumaran, "A Knowledge-Based Approach for Generating Target System Specifications from a Domain Model," Defended March 9, 1993.

Jongpil Yoon, "Constraint Management in Active Database Systems," Defended Spring 1993, now JFAP Assistant Professor at University of Louisiana at Lafayette and Southern University, Baton Rouge.

Doyle Weishar, "A Knowledge Based Architecture for Query Formulation and Processing in Federated Heterogeneous Databases," Defended Spring 1994, now at SAIC.

Leonard Seligman, "A Mediated Approach to Consistency Management among Distributed, Heterogeneous Information Systems," Defended Fall 1994, Lead Scientist at the MITRE Corporation..

Richard Bechtold, "Model-Compliant Process Engineering using Knowledge Repositories," Defended Fall, 1995, now Instructor, ISE Department, George Mason University.

Wiput Phijaisanit, "Dynamic Meta-Data Support for Information Integration and Sharing Across Heterogeneous Databases," Defended 1997 and employed at UUNET Technologies.

Anthony Scime, "Taxonomic Information Retrieval (TAXIR) from the World Wide Web: Site Ranking Based on User Preferences," Defended Spring 1997, Assistant Professor, SUNY-Brockport.

Stanley Wozniak, "Knowledge Evolution in Active Database Systems via Fuzzy Constraint Management," Defended May 1998 and currently employed at The Analytical Sciences Corporation (TASC).

Samuel Varas, (Co-director Dr. Alexander Brodsky) "On Optimal Constraint Decomposition, Monitoring, and Management in Distributed Environments", July 28, 1998, at the University of Chile, Santiago, Chile.

Willa Pickering, "Assessing the Role and Conduct of Online Collaborative Projects in E-Learning", July 24, 2003, now at Lockheed Martin Corporation.

Riki Morikawa, A Framework for an Advanced XML Topic Map Knowledge Base, July 26, 2004, now at Research Division, Central Intelligence Agency.

Randy Howard, "A Knowledge Based Framework for Dynamic Semantic Web Services within Virtual Organizations", October 31, 2004, now Director of Information Architecture, at Techi2 Corporation.

<u>University of South Carolina</u>

Mr. Balakrishnan Muthuswamy, "A Detailed Database Statistics Model for Relational Query Optimization," Defended December, 1984.

## *9.2. M.Sc. Students*
<u>University of South Carolina</u>

Mr. Ju-Hung Hung (Computer Science), "KORTEX: A Methodology for Data and Knowledge Modeling," Defended March, 1987.

Mr. Hao Kuo (Computer Science), "MEDCLAIM: An Expert Support System for Medical Claims Review," Defended August 8, 1986.

Mr. Tim Ammons, "XPC -- A Personal Computer Diagnostic Advisor," Defended July 10, 1986.

Mr. Walter Johnstone, "An Expert Loan Advisor," Defended, July 11, 1986.

Ms. Jane Thesing, "Information Retrieval and the User Interface in Videotex Home Information Systems: A System Review Approach," Defended July, 1985.

Mr. Wuu-Yueh Tasy, "A PROLOG-Based Expert Database System that Supports the Relational Data Model," Defended May, 1984.

Mr. George Powers, "A South Carolina Information Resource Strategy: A Videotex Network to Enhance Economic and Business Development," Defended April, 1984.

Mr. Allan Shepherd (Computer Science), "PRISM: A Constraint-Based Prototyping Information Systems Manager," Defended December, 1983, at Hewlett-Packard, Palo Alto, CA.

# 10.  Administrative and Committee Duties

<u>Community at Large</u>

Panel Member for NSF's IGERT Interdisciplinary Research Program, September 10-11, 1998.

Member, ACM SIGMOD Advisory Panel, 1993 - 1998

Review Panel Member, "Networks and Database Research Programs," Rome Laboratory, US Air Force, Rome NY, October 1993.

Review Panel Member, Artificial Intelligence Doctoral Program Proposal, University of Georgia, Athens, Georgia, October 1993.

Review Panel Member, National Science Foundation, Presidential Young Investigators Awards, 1992.

<u>George Mason University</u>

<u>August 2005 - Present</u>
Director, E-Center for E-Business, http://eceb.gmu.edu/
Director, MS in E-Commerce Program, http://ite.gmu.edu/msecomm/

June 2001 – August 2005
Co-Director, E-Center for E-Business, George Mason University, http://eceb.gmu.edu/.

June 1999 – Present
PhD. Coordinator for INFT Program, Department of Information and Software Engineering.

June 1989 - June 1997
Chairman, Department of Information and Software Systems Engineering, School of Information Technology and Engineering, George Mason University.

September 1996 - 1998
GMU Federal Relations Committee

September 1992 - Present
Member of Core Faculty and Executive Committee, School of Computational Sciences and Informatics (CSI).

May 1994 - 2001
Director, Center for Information Systems Integration and Evolution, School of Information Technology and Engineering, George Mason University.

January 1995 - Present
Chairman, Research Policy Committee, Institute for Computational Sciences and Informatics.

February 1989 - April 1989
Member, Search Committee, Graduate Dean position.

March 1988 - June 1988
Member of the Instructional Methods Planning Group for the Prince William Center for Higher Education. This planning group was set up by the Office of the President at George Mason University. The Prince William Institute is now in operation.

June, 1987 - May, 1990:
Member, Advisory Committee, Washington Research Library Consortium.

September 1987 - June, 1989:
Tenure and Promotion Committee, School of Information Technology and Engineering, George Mason University.

September 1986 - August 1987:
Committee on Committees, School of Information Technology and Engineering, George Mason University.

**University of South Carolina**

August 1983 - May 1986:
Faculty Senate

April 1984 - January 1985:
Management Science representative for the IBM Proposal writing committee on "Teaching and Research in the Management of Information Systems."

66

The College of Business Administration was awarded a Planning Grant of $12,000 from IBM based on a pre-proposal that was submitted. However, the College was not one of the thirteen schools (of the 250 that applied) awarded a final grant.

September 1983 - May 1984:

Coordinator of the Management Science Colloquium Series (weekly).

September 1982 - May 1983:

Committee on Ethics of Research Involving Human Subjects

September 1981 - May 1982:

Self-study Committee for the Masters in International Business Studies.

# Appendix B:  Materials Reviewed

[1]    P. M. D. Gray, L. Kerschberg, P. King, and A. Poulovassilis, "The Functional Approach to Data Management: Modeling, Analyzing, and Integrating Heterogeneous Data." Heidelberg, Germany: Springer-Verlag, 2003.

[2]    L. Kerschberg, *Proceedings of the First International Workshop on Expert Database Systems*: Benjamin-Cummings Publishing Co., 1987.

[3]    L. Kerschberg, *Proceedings of the First International Conference on Expert Database Systems*: Benjamin-Cummings Publishing Co., 1988.

[4]    L. Kerschberg, *Proceedings of the Second International Conference on Expert Database Systems*: Benjamin-Cummings Publishing Co., 1989.

[5]    W. D. Potter and L. Kerschberg, "The Knowledge/Data Model: An Integrated Approach to Modeling Knowledge and Data," in *Data and Knowledge (DS-2)*, R. A. Meersman and A. C. Sernadas, Eds.: Amsterdam: North Holland, 1988.

[6]    L. Kerschberg and H. Jeong, "Just-in-Time Knowledge Management," in *WM 2005*, vol. LNAI 3782, K.-D. Althoff, A. Dengel, R. Bergmann, M. Nick, and T. Roth-Berghofer, Eds. Berlin Heidelberg: Springer, 2005, pp. 1-18.

[7]    G. A. Goldberg, "Deposition of Dr. George A. Goldberg." Gibson Dunn Offices, Washington DC, 2005.

[8]    R. A. Hertenstein, "Deposition of Dr. Robert A. Hertenstein." Gibson, Dunn & Crutcher, Irvine, CA, 2005.

[9]    D. Holloway, "Deposition of Dr. Donald Holloway." Reimer & Braunstein, LLP, Boston, MA, 2005.

[10]    K. Dugan, "Deposition of Ms. Kelli Dugan." Interactive World, Durham, NC, 2005.

[11]    B. G. Buchanan and E. H. Shortliffe, *Rule-Based Expert Systems: The MYCIN Experiments of the Stanford Heuristic Programming Project.* Reading, MA: Addison-Wesley Publishing Company, 1984.

[12]    R. H. Egdahl and R. D. Hertenstein, "An Access-oriented Negotiated Fee Schedule: The Caterpillar Experience," *Ann. Surg*, vol. 206, pp. 349-357, 1987.

[13]    F. Hayes-Roth, D. A. Waterman, and D. B. Lenat, *Building Expert Systems.* Reading, MA: Addison-Wesley Publishing Company, 1983.

[14]    J. R. Weitzel and K. R. Andrews, "A Company/University Joint Venture to Build a Knowledge-Based System," *MIS Quarterly*, 1988.

[15]    J. R. Weitzel and L. Kerschberg, "Developing Knowledge-Based Systems: Re-organizing the System Development Life Cycle," *Communications of the ACM*, vol. 32, 1989.

[16]    J. R. Weitzel and L. Kerschberg, "A System Development Methodology for Knowledge-Based Systems," *IEEE Systems, Man, and Cybernetics*, vol. 19, 1989.

[17]    H. Kuo, "MEDCLAIM: An Expert Support System for Medical Claims Review,"
        in *Computer Science.* Columbia, SC: University of South Carolina, 1986, pp. 58.

[18]    D. Holloway, "Proposal to AETNA Life and Casualty Insurance Company for
        Evaluating Potential Savings from Increased Accuracy in CPT-4 Coding," Health
        Policy Institute, Boston University, July 1987 (MCK 047992-048002).