# EXHIBIT 17

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18

769

1                        - VOLUME D -
       IN THE UNITED STATES DISTRICT COURT
2
       IN AND FOR THE DISTRICT OF DELAWARE
3
                         - - -
4
McKESSON INFORMATION SOLUTIONS    :      CIVIL ACTION
5  LLC,                           :
              Plaintiff            :
6                                 :
            vs.                   :
7                                 :
THE TRIZETTO GROUP, INC.,         :
8                                 :
              Defendant            :      NO. 04-01258 (SLR)
9
                         - - -
10
                              Wilmington, Delaware
11                            Thursday, April 20, 2006
                              10:27 o'clock, a.m.
12
                         - - -
13
BEFORE:   HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
14
                         - - -
15
APPEARANCES:
16
          SKADDEN, ARPS, SLATE, MEAGHER & FLOM
17        BY:  MICHAEL BARLOW, ESQ.

18             -and-

19        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
          BY:  JEFF RANDALL, ESQ.,
20             BERNARD SHEK, ESQ. and
               MICHAEL HENDERSHOT, ESQ.
21             (Palo Alto, California)

22             Counsel for Plaintiff

23                           Valerie J. Gunning and
                             Leonard A. Dibbs,
24                           Official Court Reporters

25

Hawley - cross                                    824

1    A.    It saves money.  I don't know what the current

2    savings amount is.  Yes.

3    Q.    Okay.  You and Erisco were partners since sometime

4    in 1989 going forward to at least 1999; right?  Business

5    partners?

6    A.    I wouldn't say partners.  We were a consulting firm

7    and they were one of our clients I think is probably the

8    best way to describe it.

9    Q.    And Erisco paid PACE significant sums of money;

10   right?

11   A.    They paid us for our work, yes.

12   Q.    When did you get to Wilmington to testify, sir?

13   A.    Let me see.  Tuesday afternoon.

14   Q.    Did you do anything to prepare for your testimony?

15   A.    Well, I reread my deposition.  I met with Mr.

16   Sitzman.  I -- I'm trying to think if there are any

17   other documents.  And he showed me the proposal, exhibit

18   that was shown here.

19   Q.    How much time did you spend preparing for your

20   testimony?

21   A.    I have not added it up.  15 hours, perhaps.

22   Q.    And will you be compensated at your normal rate

23   of $325 an hour for that time spent?

24   A.    I certainly expect to be compensated for my time,

25   yes.

Hawley - cross                                    825

1    Q.    And for your testimony today; correct?

2    A.    That's correct.

3    Q.    Even though you're a fact witness; right?

4    A.    That's correct.

5              MR. RANDALL:  All right.  No further

6    questions.

7              THE COURT:  All right.  Any redirect?

8              MR. SITZMAN:  No, thanks.  Thank you, your

9    Honor.

10             THE COURT:  All right.  Thank you, sir.  You

11   may step down.

12             THE WITNESS:  Thank you very much, your Honor.

13                       (Witness excused)

14                          -  -  -

15             THE COURT:  Mr. Thomas?

16             MR. THOMAS:  Our next witness, as I said

17   earlier, will be Professor Randall Davis from MIT, who's

18   an expert on these types of computer systems.  And I

19   need to introduce a new face who will be examining Dr.

20   and Professor Davis, and that's David Segal will be

21   asking Professor Davis the questions.

22             MR. SEGAL:  Good morning.

23             Professor Davis.

24                          -  -  -

25