**CERTIFICATE OF SERVICE**

I, Michael A. Barlow, hereby certify that on June 9, 2006, I electronically filed the Redacted Public Version of Plaintiff McKesson Information Solutions LLC's Memorandum In Support of Its Motion for a Preliminary Injunction and Transmittal Declaration of Michael A. Barlow by CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com