IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>**REDACTED PUBLIC VERSION**<br><br>UNDER SEAL VERSION FILED: June 2, 2006<br>REDACTED PUBLIC VERSION FILED: June 9, 2006 |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

  I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

  1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Memorandum in Support of its Motion for a Preliminary Injunction, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| *Old Town Canoe Co. v. Confluence Holdings Corp.*, -- F.3d --, 2006 WL 1228887 (Fed. Cir. May 9, 2006) | 1 |
| *Symbol Techs., Inc., v. Proxim Inc.*, No. Civ. 01-801-SLR, 2004 WL 1770290 (D. Del. July 28, 2004) | 2 |
| Excerpts from the Deposition of Carolyn J. Wukitch taken on August 29, 2005. | 3 |
| Excerpts from the Deposition of Jeffrey Howard Margolis taken on October 3, 2005. | 4 |
| TriZetto Press Release entitled "TriZetto's Record Q1 Results Exceed Guidance; New Contract Bookings Up 65%" dated April 25, 2006 | 5 |
| *Danisco A/S v. Novozymes A/S*, 05 Civ. 1972 (GEL), 2006 U.S. Dist. LEXIS 20367 (S.D.N.Y. Apr. 17, 2006) | 6 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 1, 2006

_____
Michael A. Barlow (I.D. # 3928)