## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on June 15, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Opposition to the Trizetto Group, Inc.'s Motion for Summary Judgment of Invalidity for Indefiniteness and Failure to Adequately Describe the Claimed Invention and Transmittal Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF/HAND DELIVERY/E-MAIL

| | |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT & TUNNELL | MORRIS NICHOLS ARSHT & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

/s/Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

459540-Wilmington S1A