# CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on June 15, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Opposition to Trizetto's Motion for Summary Judgment of Invalidity Based on the On-Sale Bar (35 U.S.C. § 102(b) and in Support of McKesson's Cross Motion for Summary Judgment of No On-Sale Bar and Transmittal Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

## VIA CM/ECF/HAND DELIVERY/E-MAIL

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

459539-Wilmington S1A