IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF MCKESSON INFORMATION SOLUTION LLC'S
MOTION TO STRIKE ALLEGED PRIOR USES
FIRST ASSERTED AFTER THE CLOSE OF DISCOVERY**

Plaintiff McKesson Information Solutions LLC ("McKesson") hereby moves this Court for entry of an order striking four alleged prior uses that defendant The TriZetto Group, Inc. ("TriZetto") first asserted after the close of discovery for the reasons set forth in the concurrently filed memorandum entitled: "Plaintiff McKesson Information Solutions LLC's Opening Brief in Support of Its Motion to Strike Alleged Prior Uses First Asserted After the Close of Discovery."

By: /s/ Thomas J. Allingham II
Thomas J. Allingham II (#0476)
Michael A. Barlow (#3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff McKesson
Information Solutions LLC

1

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

DATED: June 15, 2006

## RULE 7.1.1 CERTIFICATE

I hereby certify that a reasonable effort has been made to reach agreement with counsel for defendant on the subject of the foregoing motion, but that the parties have not been able to reach agreement.

_____
Michael A. Barlow (#3928)