IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>THE TRIZETTO GROUP, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 04-1258-SLR |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ALLEGED PRIOR USES FIRST ASSERTED AFTER THE CLOSE OF DISCOVERY**

Having considered McKesson Information Solutions LLC's ("McKesson") Motion to Strike Alleged Prior Uses First Asserted After the Close of Discovery and the accompanying memorandums and declarations submitted by the parties, IT IS HEREBY ORDERED that McKesson's motion is GRANTED.

Dated: _____   _____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE