## CERTIFICATE OF SERVICE

  I, Michael A. Barlow, hereby certify that on June 15, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Motion To Strike Alleged Prior Uses First Asserted After The Close Of Discovery, Plaintiff McKesson Information Solutions LLC's Opening Brief In Support Of Its Motion To Strike Alleged Prior Uses First Asserted After The Close Of Discovery and proposed Order using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF/HAND DELIVERY/E-MAIL

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com