IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TRIZETTO GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-1258-SLR |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CROSS-MOVE FOR SUMMARY JUDGMENT IN CONNECTION WITH TRIZETTO'S WRITTEN DESCRIPTION AND ON-SALE BAR SUMMARY JUDGMENT MOTIONS**

Having considered McKesson Information Solutions LLC's ("McKesson") Motion For Leave To Cross-Move For Summary Judgment In Connection With TriZetto's Written Description and On-Sale Bar Summary Judgment Motions, IT IS HEREBY ORDERED that McKesson's motion is GRANTED.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE