## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on June 16, 2006, I electronically filed McKesson's Motion for Leave to Cross-Move for Summary Judgment in Connection with Trizetto's Written Description and On-Sale Bar Summary Judgment Motions and proposed Order using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF / HAND DELIVERY / E-MAIL

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

459643-Wilmington S1A