IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>             Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>REDACTED<br>PUBLIC VERSION |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF
PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S
OPPOSITION TO TRIZETTO'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY BASED ON THE ON-SALE BAR (35 U.S.C. § 102(b))**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Opposition to Defendant's Motion for Summary Judgment of Invalidity Based on the On-Sale Bar (35 U.S.C § 102(b)), and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| Excerpts from the Deposition of Robert Hertenstein, M.D., taken on September 13 and 14, 2005 | 1 |
| Excerpts from the Deposition of Donald Holloway taken on September 7 and 8, 2005 | 2 |
| Draft of Health Bill Review (HBR) Product Description dated February 13, 1987 bearing Bates Nos. MCK 113328-MCK 113331 | 3 |
| Excerpts from the Deposition of Kelli A. Dugan taken on September 23, 2005 | 4 |
| Letter to Sam Fager, M.D., of AEtna Life and Casualty Company from Don C. Holloway enclosing the HPR Inc. Proposal to AEtna Life and Casualty Company for Developing MEDREVIEW ™: An Expert System for Applying Medical Judgment to Surgeons' Claims dated October 1987 | 5 |
| Boston University Health Policy Institute: Monitoring Hospital Quality of Care from Health Claims Part II dated July 8, 1987 bearing Bates Nos. MCK 120123-MCK 120130 | 6 |
| Proposal to Aetna Insurance Company for Quality-of-Health-Care Monitoring: Ambulatory Care Submitted by Health Policy Institute dated August 1987 bearing Bates Nos. MCK 047965-MCK 047990 | 7 |
| *The B.F. Goodrich Co. v. Aircraft Braking Systems Corp.*, Nos. C.A. 91-CV-48-SLR, C.A. 91-515-SLR, 1994 WL 16019986 (D.Del. Nov. 10, 1994) | 8 |
| Excerpts from the Deposition of George A. Goldberg, M.D., taken on September 28, 2005 | 9 |
| Excerpts from the Deposition of Mark Musen, M.D., Ph.D. taken on November 22, 2005 | 10 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 15, 2006

_____
Michael A. Barlow (I.D. # 3928)

# EXHIBIT 1

REDACTED

EXHIBIT 2

REDACTED

# EXHIBIT 3

REDACTED

# EXHIBIT 4

REDACTED

# EXHIBIT 5

REDACTED

Case 1:04-cv-01258-SLR   Document 420   Filed 06/21/2006   Page 13 of 17

# EXHIBIT 6

# REDACTED

EXHIBIT 7

REDACTED