# EXHIBIT 9

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

McKESSON INFORMATION SOLUTIONS,   )
                                  )
              Plaintiffs,         )
                                  )
     vs.                          ) CASE NO.
                                  ) 04-1258 SLR
THE TRIZETTO GROUP,               )
                                  )
              Defendant.          )
                                  )

VOLUME II

DEPOSITION OF GEORGE A. GOLDBERG, M.D.

September 28, 2005

207727

BARKLEY
Court Reporters

| Los Angeles | Orange County | San Francisco | San Diego | Inland Empire | Palm Springs | San Fernando Valley | San Jose |
|---|---|---|---|---|---|---|---|
| (310) 207.8000 | (949) 955.0400 | (415) 433.5777 | (858) 455.5444 | (951) 686.0606 | (760) 322.2240 | (818) 702.0202 | (408) 885.0550 |

```
1    HPI in connection with evaluations of claims editing?
2              MR. SHEK:  Objection.  Asked and answered.
3              THE WITNESS:  I agree, but I answered this
4    before, and I can speculate that I did review some of them,
5    and I have no idea if I reviewed all of them or this one.
6              BY MR. SEGAL:
7         Q    Do you recall having any discussions with Aetna
8    concerning claims auditing proposals that were being made by
9    HPI, at any point in time?
10        A    Well, there's the one that I actually, where I
11   apparently -- I certainly wrote the cover letter, and it
12   certainly looked to me as if I had written the proposal, and
13   I did remember that last time, before you showed it to me.
14   So I do remember that proposal, and it did have to do with
15   claims, though I don't think it had to do with this
16   particular subject.
17        Q    I'm talking about proposals involving claims
18   editing and claims auditing for purposes of the accuracy in
19   the claims processing process, not issues dealing with
20   utilization or quality of care.
21        A    Thank you.  No, I don't remember.  I don't recall
22   having seen such proposals, if that's what you asked.
23        Q    Would you agree that a component of code review
24   is sometimes called the knowledge base, or I think what you
25   called the rebundling rules database?
```

282

McKesson Information Solutions LLC v. The TriZetto Group, Inc.
District of Delaware Case No. 04-1258 SLR

Deposition of George Goldberg
Date of Deposition: September 28, 2005

### TRANSCRIPT ERRATA

| PAGE:LINE(S) | CURRENT VERSION | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|
| 270:13 | Q | A | Part of Goldberg's answer |
| 273:9 | if that | is that | — |
| 275:2 | with lookup | (delete) | clarity |
| 282:3 | agree, but | agree that | clarity |
| 290:24 | Helper | HPR | correction (of stenographer, I think) |
| 294:19 | you | we | correction |
| 297:11 | penned | pended | correction |
| 297:19 | penned | pended | correction (of stenographer) |

| PAGE:LINE(S) | CURRENT VERSION | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|
| 297:23 | penned | pended | correction |
| 299:23 | two of the things | "two of the things" | clarity |
| 301:12 | the | their | — |
| 302:24 | date | statement | — |
| 305:3 | ? | . | — |
| 307:9 | criteria | criterion | correction |
| 307:19 | with | "with" | — |
| 309:23 | insurance | assurance | — |
| 314:5 | procedures | procedures, | clarity |
| 314:15 | then | And | clarity |

Deposition of George Goldberg

| PAGE:LINE(S) | CURRENT VERSION | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|
| 317:5 | for a to | for to | clarity |
| 330:15 | know | knew | — |
| 331:12 | move | moved | — |
| 336:2 | penned | pend | — |
| 340:10 | ala | a la | — |
| 342:9 | they | there | — |
| 351:18 | I do | I do not | If I said "I do," I mis-spoke. |
| 351:23 | parentheses | quotes | correction |
| 353:24 | saw | saw it | clarity |
| 355:10 | negotiation | negotiated | — |

Deposition of George Goldberg

| PAGE:LINE(S) | CURRENT VERSION | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|
| 356:20 | company would | company, the lower-paying code | clarity |
| 361:19 | thymine | thymidine | — |
| 365:6 | If I'm | (delete) | clarity |
| 370:22 | of | in | clarity |
| 372:22 | that | what | — |
| 376:21 | and | (delete) | clarity |
| 377:21 | there two | there were two | clarity |
| 384:19 | a half, | a half each week, | correction |
| 386:16 | penned | pend | — |

Deposition of George Goldberg

```
1        I HEREBY CERTIFY that I have read this transcript
2   of my deposition and that this transcript accurately states
3   the testimony given by me, with the changes or corrections,
4   if any, as noted.
5
6
7
8   x  George A. Goldberg
        10/18/2005
9
10
11  Subscribed and sworn to before me this         day of
12                 20   .
13
14
15
16  _____
17
18  Notary Public
19
20  My commission expires:
21
22
23
24
25
```

# EXHIBIT 10

REDACTED