IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF
ITS OPPOSITION TO MCKESSON'S MOTION FOR SUMMARY JUDGMENT
RE: ANTICIPATION AND OBVIOUSNESS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
(949) 451-3800

Original Filing Date: June 15, 2006
Redacted Filing Date: June 22, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| U.S. Patent No. 5,253,164 (Holloway et al.) | A |
| Excerpts from the trial transcript of *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | B |
| Excerpts from Mark Musen's November 22, 2005, deposition | C |
| Excerpts from Kelli Dugan's September 23, 2005, deposition | D |
| Excerpts from Donald Holloway's September 7-8, 2005, deposition | E |
| Expert Report of Randall Davis, October 24, 2005 | F |
| Excerpts from Randall Davis's November 30, 2005, deposition | G |
| Expert Report of Dr. Larry Kerschberg, October 24, 2005 | H |
| Expert Report of Philip Hawley, October 24, 2005 | I |
| Expert Report of Mark Musen, October 24, 2005, with Exhibit 2 attached | J |
| Excerpts from Philip Hawley's November 30, 2005, deposition | K |
| "An Access-oriented Negotiated Fee Schedule: The Caterpillar Experience" (MCK 035619 – MCK 035627) | L |
| "Development of CodeReview's (TM) Medical Knowledge Database" (MCK 050516) | M |
| July 1987 Proposal to AEtna (MCK 047992 – MCK 048002) | N |
| Advanced MedLogic Systems – Product Overview, May 1987 (MCK 047608 – MCK047619) | O |
| Advanced MedLogic Systems – Claim Level Edits (MCK 047505 – MCK 047606) | P |
| Excerpts from George Goldberg's September 13 and 28, 2005 Deposition | Q |
| GMIS Pre-Trial Memorandum in Case No. 94-CV-0576 (MCK 117113 – MCK117126) | R |
| The TriZetto Group, Inc.'s Response to McKesson's Interrogatory #6 | S |
| The TriZetto Group, Inc.'s 4th Supplemental Response to McKesson's Interrogatory #6 | T |

| Description | Exhibit |
|---|---|
| The TriZetto Group, Inc.'s First Set of Interrogatories to McKesson | U |
| McKesson's Response to TriZetto's First Set of Interrogatories | V |
| Expert Rebuttal Report of David Wilson, November 14, 2005 | W |
| Expert Rebuttal Report of Mark Musen, November 14, 2005 | X |
| The TriZetto Group, Inc.'s Designation of Trial Witnesses | Y |
| GMIS's Amended Witness List for Case No. 94-CV-0576 (MCK 046088 - MCK 046092) | Z |
| February 15, 1984 edition of *Modern Healthcare* magazine (RD000504-RD000511) | AA |
| Product Description for CodeReview (MCK 118824 – MCK 118852) | BB |
| Excerpts from Marcia Radosevich's July 7, 2005, deposition | CC |
| HPR's Answers to Interrogatories #1-#7 in Case No. 94-CV-0576 | DD |

525044

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 22, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

/s/    Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com