EXHIBIT A

US005253164A

# United States Patent [19]

## Holloway et al.

[11] Patent Number: **5,253,164**

[45] Date of Patent: **Oct. 12, 1993**

[54] **SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES**

[75] Inventors: Donald C. Holloway, Menlo Park, Calif.; Robert D. Hertenstein, Morton, Ill.; George A. Goldberg, Newton; Kelli A. Dugan, South Natick, both of Mass.

[73] Assignee: HPR, Inc., Boston, Mass.

[21] Appl. No.: 648,314

[22] Filed: Jan. 29, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 566,841, Aug. 14, 1990, abandoned, which is a continuation of Ser. No. 252,307, Sep. 30, 1988, abandoned.

[51] Int. Cl.$^5$ ............................................. G06F 15/21
[52] U.S. Cl. ........................................ 364/406; 364/401
[58] Field of Search .................... 364/401, 406, 413.01

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,370 | 4/1987 | Erman et al. | 364/513 |
| 4,803,641 | 2/1989 | Hardy et al. | 364/513 |
| 4,858,121 | 8/1989 | Barber et al. | 364/406 |

#### OTHER PUBLICATIONS

"Automated Claims Processing", Insurance Software Review, Marva J. Croaff, Autumn 1988, pp. 52, 54.
"Enhancing Accuracy and Timeliness Is Integral to the Claims Adjudication Process", Employee Benefit Plan Review, Anonymous, Dec. 1985 pp. 10–12.
"Healthstar", Health Benefits Management System, Product Description, Version 1.024.
"System validates medical fee schedules", Bests Review: Life/Health, Jun. 1987, 92.

"Expert system identifies miscoded health claims", Bests Review: Life/Health, Nov. 1990, 60.
"Claims editing software runs coding rule checks", Bests Review: Life/Health, Nov. 1990, 62.
Woolsey, C. "Employer spots inflated medical bills", Business Insurance, Jun. 25, 1990, 3.
Weitzel, J. R. et al. "A Company/University joint venture to build a knowledge-based system", MIS Quarterly, vol. 12, No. 1, Mar. 1988, 23–34.
Leary, E. "SSA applies expertise to develop expert systems". (Spotlight on AI–expert systems, Social Security Administration), Government Computer News, vol. 6, No. 17, Aug. 28, 1987, 49(3).
Beard, P. "Blue Cross develops insurance claim ES", AIWeek, vol. 6, No. 7, Apr. 1, 1989, 3.
Sullivan-Trainor, M. "Catching new clients", Computerworld, vol. 21, No. 50, Dec. 14, 1987, 95,99.
Snyeder, C. "From research to reality: the leading edge of expert systems", Insurance Software Review, vol. 12, No. 3, Autumn 1987, 22–4, 26–7, 30.
Christensen, J. "Insuring", High Technology Business, vol. 8, No. 10, Oct. 1988, 47–8.
Expert Systems in the Insurance Industry: 1987 Survey Report Update, Coopers & Lybrand, 1987.
Pallatto, J. "Expert system cures the blues". (Blue Cross develops insurance claims analysis system NERSys), PC Week, vol. 5, No. 50, Dec. 12, 1988, 35,44.

Primary Examiner—Gail O. Hayes
Attorney, Agent, or Firm—Wolf, Greenfield & Sacks

[57] **ABSTRACT**

An expert computer system for processing medical claims. Medical claims and associated representation are inputted into the expert computer system. The inputted claims are interpreted according to specific rules and against a predetermined database to determine whether the medical claims are appropriate.

**16 Claims, 5 Drawing Sheets**



MCK 000001



*FIG. 1*



*FIG. 2*

MCK 000002



FIG. 3

MCK 000003

U.S. Patent     Oct. 12, 1993     Sheet 3 of 5     5,253,164



*FIG. 4*

MCK 000004



FIG. 5

FIG. 6

U.S. Patent        Oct. 12, 1993        Sheet 5 of 5        5,253,164



FIG. 7

MCK 000006

1

5,253,164

2

## SYSTEM AND METHOD FOR DETECTING FRAUDULENT MEDICAL CLAIMS VIA EXAMINATION OF SERVICE CODES

This application is a continuation of application Ser. No. 07/566,841, filed Aug. 14, 1990, now abandoned, which is a continuation of application Ser. No. 07/252,307, filed Sep. 30, 1988 now abandoned.

### FIELD OF THE INVENTION

The present invention relates to expert systems as applied to the field of medical claims analysis and decision-making mechanisms for analyzing and applying payments to such medical claims.

### BACKGROUND OF THE INVENTION

To date, attempts to modify fee-for-service payment of physicians have focused only on price. Evidence is accumulating that, while many errors are inadvertent, some physicians are increasing their reimbursement by targeting the other component of the equation: codes describing the procedures performed.

Declines in impatient care and physician visits over the last five years have been more than offset by the increase in prices of all providers. The net result has been an actual increase in the rate of real growth in health care expenditures in the past decade because of lower general inflation. Cost containment efforts, having so far concentrated on reducing unnecessary use, now are beginning to address price. Additionally the focus has been on hospitals more than physicians. Yet the cost of physician services, the second largest component of health care costs, was 20.1 percent of total costs in 1986, up from 18.9 percent in 1980. Physician costs climbed 11 percent in 1986, compared with 7.7 percent for all medical costs and 1.5 percent for the general economy.

In an effort to retain patients amid increased health care competition, physicians are negotiating agreements with managed care programs such as health maintenance organizations (HMOs) and preferred provider organizations (PPOs). Physicians give price concessions to these organizations through a negotiated fee schedule or a discount from historic charges. In addition, they agree to strong utilization controls to reduce unnecessary use. As a consequence, unless total patient volume increases, physicians have two primary options for maintaining their income. One is to increase dramatically their charges to fee-for-service patients whose benefit plans often pay the price that is customary in the physician community. The other is to up their charges to managed care programs by the indirect method of upcoding.

Incentives like these have driven the momentum in Washington, D.C. to reform the method of physician payment for Medicare and Medicaid. While various alternatives are being considered, such as capitation or physician diagnosis related groups (DRGs), widespread implementation of such approaches is not imminent. Instead, modifications to the fee-for-service payment system are likely in the next several years. If such reforms can maintain satisfactory levels of patient access while gaining physician support, a modified fee-for-service method may remain the major payment method.

Thus far, attempts to alter fee-for-service payment have included efforts such as: freezing Medicare physician fees for specified periods; developing a model for a Medicare resource based relative value scale to set prices for different physician services; and revising Medicaid fee schedules and Blue Shield relative value scales for physician reimbursement in Massachusetts.

These approaches address only part of the problem: establishing payment amount. A second, independent component for determining what physicians are paid is the code specifying the service provided. While true coding errors on payment claims will always occur, there also is evidence that some physicians are increasing their reimbursement by upcoding, assigning a higher paying code than a procedure merits, or by unpackaging services that were intended to be bundled into a single code. The administrative systems currently available are not adequate to detect and correct most of these errors.

Standard industry practice allows medical claims processors to enter the codes submitted on surgeon claims into a computer system. Fee screens are applied to these codes establishing the maximum amount that will be paid. Two coding methods most frequently used are the American Medical Association's "Current Procedural Terminology, Fourth Edition (CPT-4)," and the "California Relative Value Studies (CRVS)." Some claims administrators allow their claims processors to assign a code if it is absent from the claim; others return the claim to the physician's office for a code. Once entered into the claims processing systems, the code is typically edited for consistency with the age and sex of the patient, and sometimes for obvious rules in coding. After this step, if there is still a perceived problem with either the code or the fee, the claim is removed from the production process and referred for review by clinical staff. This reviewer, usually a nurse, may request the surgeon's official operative report, a required part of the hospital record, and/or call for a physician to review the claim. A payment for the claim, if approved, is established, and the claim is returned to the processor for payment. Emphasis throughout the insurance industry is on minimizing the time between when a claim is received and when it is paid, rather than on its accuracy.

While the problems detailed above are generally accepted, the concern is whether the cost of obtaining the savings will warrant the effort. The solution requires that medical judgment be applied to select the most appropriate code(s) when subtle clinical distinctions result in significant differences in payment to the medical care provider, or to decide when to request additional information from the provider. However, applying the required expert medical judgment has the potential of slowing down the processing of claims and significantly increasing the cost of doing so. At present, processing of medical claims is done on an automated basis using computer systems by relatively unskilled workers who input data, including the CPT-4 codes, into the computer and process them for payment. Usually, such an operator is unaware of whether the entity to whom the request for payment is made, such as an insurance company, should pay or not pay the claim as submitted. It is impractical for each of the operators to have a trained medical physician or technician to sit by the operator and decide whether a particular claim should be paid or not. The expense of such supervision would result in costs which would offset any savings realized by paying only the appropriate amount of the claim. Also, with a multiplicity of such medical reviewers, inconsistent results would occur. Therefore, to save

5,253,164

3

expenses while maintaining productivity of the processing system, medical judgment must be incorporated in an automated data processing system which contains decision rules that can be used to automate the review of claims being processed.

In order to provide a cost effective automated data processing system for achieving the desired results in paying only appropriately coded claim amounts, expert systems or artificial intelligence software provides the vehicle for widespread distribution of an expert's decision-making guidance. An expert system in the form of a computer program is one which reasons like a human expert to solve the problems associated with appropriate coding of medical treatment for claims payments.

## SUMMARY OF THE INVENTION

CodeReview, a product of HPR, Inc., the assignee of the present invention, uses expert systems techniques especially suited to representing the medical judgment required to assign appropriate codes to surgeon's claims. CodeReview prompts the user for additional information not already entered into the computer, and will either recommend appropriate code(s) or recommend pending the claims until additional information is received form the physician's office. The prompts and recommendations provided by CodeReview are based on the decision rules that physician reviewers have already used on a manual basis to solve identical problems and are consistent with informed surgical opinion.

The present invention uses a set of decision-making rules coupled to a knowledge base of facts and observations to assist the medical claims processor. There is included a knowledge base and a knowledge base interpreter which applies the knowledge base using the rules specified in the knowledge base interpreter. The process is an ongoing process which can be updated as new methods of inappropriate coding are discovered.

The present invention utilizes the CPT-4 codes in the knowledge base of the expert system, although other coding methods for classification of medical procedures such as the CRVS discussed above may be utilized as well. The knowledge base interpreter is a part of the CodeReview program and contains an association of the CPT-4 codes with the knowledge base of expert-derived decisions or rules. An example is the inclusion of one CPT-4 code procedure within another CPT-4 code procedure. As a specific and simple example of the foregoing, a physician or his or her billing company may submit a claim for payment for two procedures with appropriate CPT-4 codes for the procedures. If those two were CPT-4 numbers 49000 for Exploration of the Abdomen and 44140 for Partial Colectomy, and both procedures were performed on the same date, the program of the present invention will recommend to the claims processor that code 49000 should only be paid when it is not done as part of a code 44140 partial colectomy. Since code 44140 was performed, the claim for code 49000 should not be accepted and paid. The computer program invokes a rule which has been specified that states that if code 44140 appears with another code in a particular range, the second code should be rejected and only the first specified paid. The claims processor then rejects the payment code 49000, authorizes payment for code 44140, and so informs the physician or billing company, with the explanation given above. Without such a program, the claims processor usually pays both code numbers.

4

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the system of the present invention;

FIG. 2 is a flowchart of the overall operation of the programmed computer of the present invention;

FIG. 3 is a flowchart depicting the entry program of the programmed computer of the present invention;

FIG. 4 is a flowchart of the operation of the programmed computer for multiple entries;

FIG. 5 is a flowchart of the operation of the computer programmed for single code entries or multiple code entries which survive the flowchart of FIG. 4;

FIG. 6 is a chart of the categories of rules applied to the entries in the present invention.

FIG. 7 is a flowchart of the operation of the programmed computer depicting the lookup function of the computer programmed in accordance with the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings, there is shown in FIG. 1 a general block diagram of a preferred embodiment of the present invention. Claims to be processed 1 are received by the entity from whom payments are requested. A user designated at 3 enters various facts from the claims 1 into the computer system 2. Such facts include, in addition to the entries for the one or more medical procedures for which payment is sought, other data such as age of the patient, claim number, date(s) of treatment(s) and procedure(s), the name of the physician, etc. The computer system 2 may be any type of suitable computer system which can interact with the program of the present invention. One such suitable computer system is the well-known IBM "personal computer" containing sufficient data processing capabilities and memory and suitable commercially available database management software programs to perform the desired functions. Other suitable computer systems exist and are intended to come within the scope of the present invention. The system may include a connection with another computer system 4 whereby the user 3, after having used the system and methods of the present invention, communicates his or her information to the computer 4 which approves payment for the claim submitted. It is understood that the computer 4 could, in appropriate circumstances, to be described below, refuse any payment or be instructed to request further information from the entity providing the claims 1.

Generally, the user 3 will enter into the computer system 2 a description of the medical claims for which reimbursement or payment is requested or the codes associated with such claims or both. The appropriate code(s) are then sent to the knowledge base interpreter 5 for its assessment of the coded claims. The interpreter 5, using the rules of the present invention, interacts with the knowledge base 6 of the present invention and returns to the user 3 either a recommendation as to code(s) for which payment is proper or requests the user to provide further information or to obtain further information from the entity providing the claim or refers the claim to trained medical personnel for assessment. When the knowledge base interpreter has recommended approval of payment of a particular type, the user 3 then may authorize payment to the provider of the processed claim or may forward that information via input into computer system 4. A history database 7

MCK 000008

5,253,164

5

6

is provided to update and refine the knowledge base interpreter 5 and the knowledge base 6 and to monitor savings associated with the recommendation.

Referring now to FIGS. 2 and 3, the user first runs the ENTRY PROGRAM shown generally at 7 in FIG. 3. Referring now to FIG. 3, in step 8, if the CPT-4 code is given, the codes are entered into the programmed computer of the present invention and read at step 9. If the codes are or may be incorrectly given, the LOOKUP PROGRAM 10 is run, as will be explained with reference to FIG. 7. If the entity which is requesting payment has provided a code entry or entries for the treatment given, then in step 9 it is determined whether the code entry is valid or invalid by reference to the ALLCODE database 11. If an incorrect code (meaning here that there is no such alpha/numeric code or the code and description do not match) entry or entries are given or if no code entry is given at all, in step 9 the valid code entry or entries are specified by the process of the LOOKUP PROGRAM 10. By valid is meant that there is a code or codes for the treatment given a patient. It does not mean that the entry or entries are valid for payment. The ALLCODE database preferably uses the CPT-4 classification system, but other classification systems are intended to be within the scope of the present invention. The computer programmed in accordance with present invention then looks up in the SUPERSEDE database file 12 to determine whether an earlier code number has been superseded by another code entry in an updated version of the CPT-4 classification system. If the code(s) have been superseded, in step 13 the old code entry or entries are replaced by the superseded code(s) and this information is sent to the PROCESS database 17. In step 14, if another code was added in the preceding process, the program loops back to step 8 again. If not, it goes on to step 15. In step 15, any duplicate codes, if more than one code entry, are eliminated. However, in certain instances, duplicate codes are permitted, so that before eliminating the duplicate codes, a lookup in the database file 16 is performed to determine if the duplicate entries are valid. If there are no duplicate entries or or only one entry, step 15 is not performed. After step 15, the record file, as may be affected by steps 9, 10, 13, and 14, is updated and sent to the PROCESS database 17. In step 18, the number of codes resulting from the foregoing steps is counted and stored. This count will determine whether a particular program for multiple entries must be run, as will be discussed below. In step 19, the ENTRY PROGRAM 7 returns to the operations of the flowchart of FIG. 2.

It will be recalled that in step 18 the number of codes was determined and stored. In step 20, if the number of codes determined was more than one, then the MULTIPLE PROGRAM is run in step 21, as will be presently explained. Referring now to FIG. 4, this figure is the flowchart of MULTIPLE PROGRAM 21. In step 22, the multiple number of codes under consideration is read out from PROCESS database 17. Generally, in the next series of steps, the program will examine the multiple codes presented to determine whether payment or payment authorization for each of the stated codes is medically appropriate, or whether one or more of the codes is medically inappropriate, or whether one or all of the multiple codes should he replaced by other code(s).

In order to accomplish this, a set of rules developed for use of this program is now invoked. These rules

were derived using the CPT-4 classification system, and from various medical procedures which were examined, classified, and possible combinations of procedures assessed by expert medical specialists. From this effort resulted a series of rules which can be and are applied to multiple code entries (and single code entries as well as will be discussed below). Each of the rules was developed as a result of reviewing medical procedures by expert medical personnel and is consistent with the CPT-4 classification system. However, expert medical personnel also applied clinical judgment to situations where the CPT-4 classification system is not explicit or nonexistent. Therefore, for both single and multiple code entries, a set of rules applicable to CPT-4 codes singelly and in combination are used to evaluate the appropriateness of the codes for payment. The operation of the rules is best illustrated by way of example with reference to the operation of MULTIPLE PROGRAM 21. In step 23, the codes, multiple in this case, which have been read into a file in step 22 from PROCESS database 17, are examined first by looking up from INTERACT database 24 any references to those specific multiple codes presented in step 22 to which will be applied one or more of the rules shown in summary form in FIG. 6 and more fully detailed in Appendix B. The first rules to be applied as shown in step 23, are rules referred to as E1 and E2 as shown in Appendix B. These first rules are utilized for multiple records wherein one of the codes may be eliminated for payment approval purposes. Thus, in rule E1, if one code number, here designated as ACODE, appears in the same list of codes as one or more codes in the range of BCODE to CCODE, then ACODE is eliminated and the code number appearing within the range of BCODE to CCODE is retained. It is this latter code number which will be further processed and perhaps approved for payment. Similarly, in the code E2, if code ACODE appears with another code in the range of BCODE to CCODE, ACODE is retained and the code within the range of BCODE to CCODE deleted. By first applying rules designated as E1 and E2, it may be possible to eliminate one or more inappropriate codes from consideration. Of course, the codes are not ACODE, BCODE or CCODE but actual code numbers from the CPT-4. In operation, when code numbers are entered into the computer programmed in accordance with the present invention, the program will perform a lookup of the code numbers ACODE and XCODE. The INTERACT database 24 in the program contains a reference that states that when ACODE is used with XCODE, and because XCODE is within the bounds of BCODE to CCODE, only one code can survive, in accordance with the E1 and E2 rules. By way of example, consider example 1 of Appendix A. That example implements rule E1. In example 1, code numbers 64450 and 10120 are entered in step 22 of FIG. 4. It is assumed that the date of treatment is the same for all code entries unless specified and entered otherwise. If so, after a lookup in the INTERACT database 24, which contains information relating to the appearance together of 64450 and 10120, the latter appearing in a range of codes analogous to the BCODE to CCODE example given above, by the E1 rule the program is instructed to recommend elimination for 64450, with an explanation given if desired and as contained in such example 1. Of course, many examples of the operation of the E1 and E2 rules are possible depending on the codes which are analyzed. Two additional "E" rules

may be exercised over the INTERACT database 24. These are rules EP and EA. In rule EP, a code may be eliminated if the place of service is considered improper or unpractical. An example of this rule EP is given as example 17 of Appendix A. Rule EA is designed to eliminate a code where the age of the patient recommends exclusion of one of the codes. An example of the application of this rule is given as example 18 of Appendix A. Appendix A contains other examples of application of the rules.

After step 23, the results are sent to update PROCESS database 17. Then, in step 23', if there is only one code number remaining after step 23, the program exits to the RULES program of FIG. 5. This is because the "R" and the QM, QS and QB rules apply only to multiple entries. After step 231, in steps 25 and 26, rules designated as R2 and R1 are run, as will be explained below. The "R" rules of the present invention, as shown in Appendix B, generally replace the codes presented in step 22 with other code(s) not designated in the step 22. In Rule R2, for example, provides that if a code ACODE appears with BCODE, both codes are deleted and replaced by CCODE. Rule R3 is similar to R2 except that more than two code entries are considered, here ACODE, BCODE, and CCODE, which are replaced by DCODE. Thus, the R1 rule means replace one code by another code; R2 means replace two codes by another single code, and R3 means replace three codes by another single code. Other "R" codes could be developed along the same line: RN would mean replacing N codes with one other code. As shown in FIG. 4, the RN-R2 rules are applied first before rule R1 is applied to the codes. Specific example of rules R2 and R1 are given in examples 2 and 3, respectively, in Appendix A. It must be understood that it is not required that each of steps 23, 25 and 26 will affect the code numbers processed, but these steps are used if expert medical judgment indicates they are required to arrive at appropriate codes.

Describing in greater detail the application of the R2 and R1 rules, step 25 is first seen after having accessed INTERACT database 24. The results of application of the R2 rule are sent to PROCESS database 17. Once again in step 25', the program queries from PROCESS database 17 whether there remain multiple entries. If negative, the program is exited from as explained above. In step 26, rule R1 is exercised and the INTERACT database 24 is consulted and compared. The result is sent to the PROCESS database 17. It is to be understood that the R3 rule may be implemented for three codes. An example of the R3 rule is given in Example 4 of Appendix A. In step 27, after consulting PROCESS database 17 and determining whether a new code was added in the application of the R2 and the R1 rules and the number of codes is greater than one, the program loops back to step 23 to exercise the application of rules R2 and R1, E2 and E1, EP and EA on the newly-resulting (after step 26) codes. After step 27, in step 27' the program queries whether the remaining codes exceed one code. If not, the program exits as explained above. If, however, there remains more than one code resulting from the operations of steps 23, 25 and 26, then the program enters a new ACTION PROGRAM to apply rules QM, QS and QB, as shown in step 28. The "Q" set of rules are designed to alert the user 3 that a problem exists in the context of the codes presented for payment of that the particular syntax of the codes presented to the computer programmed in accordance with the pres-

ent invention are such that they cannot be effectively dealt with by the programmed computer, and thus must be referred to a human consultant. Rule QM states that when ACODE appears with another code in the range of BCODE to CCODE, there is a question about this combination of codes. The user 3 might be instructed to review the claim and codes submitted, be asked to verify the dates(s) of treatment, or refer the matter to a human expert. An example of the QM code being utilized is set forth as example 5 of Appendix A. The code designated QS states that if code ACODE appears with another code in the range of BCODE to CCODE, then there is a question about ACODE. An example of this is given in example 6 in Appendix A. Finally, rule QB is applied to the codes presented. If ACODE appears with another code in the range of BCODE to CCODE, then there is a question about the code in the BCODE to CCODE range. The foregoing example given would apply to this code as well.

After all three "Q" codes have been run on the codes presented in step 28, having accessed the INTERACT database 24, the next step 29 is implemented wherein the PROCESS database 17 is updated with the information from the process of FIG. 4, and the program returned in step 30 to FIG. 2 and step 31. While rules Q, M, QS or QB may raise a question about a code, it will not cause interruption of the program, but will be reserved for later consideration by user 3.

Just prior to implementing the portion of the programmed computer given as step 31, the programmed computer up until this time has performed two operations, the first being the validation of the codes input by user 3, and the second being the application of certain expert rules to multiple code entries. The resulting codes which will be presented to the portion of the programmed computer in step 31 will either be a single or a multiple (due to looping through step 21) code.

In step 31, the RULES PROGRAM represented by the flowchart of FIG. 5 is run. Referring now to FIG. 5, in step 32 the records of surviving codes are read out from the PROCESS database 17. If the code or one of the codes in step 33 is referenced in the BYITSELF database 34 as having a rule or rules applicable or relevant to it, in step 35 a series of "Q" rules is applied. It must be appreciated that not all codes will be in the BYITSELF database, so that if there are three codes resulting from step 32, perhaps only one of those three will be in the BYITSELF file and will be subject to step 35. If there are no matches with codes in the BYITSELF database, then the process moves directly to step 37. The purpose of the "Q" rules is to address an individual code which is one of the surviving codes after the operation of the MULTIPLE PROGRAM or is the only code on the claim for which payment is requested. The "Q" rules are rules to request more information about a particular code. For example, rule Q1 states that if the code survived the set of rules applied to multiple codes under the MULTIPLE PROGRAM routine or is the only code submitted on the claim, then always a request for more information is made, as specified in the MESSAGE appended to the code. An example of the application of this rule is example 7 in Appendix A. In rule Q2, if certain fields have entries that match the claim, more information is specified in MESSAGE. An example of application of this rule is example 8 of Appendix A. In rule Q3, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater than a

MCK 000010

5,253,164

9

dollar sum given for that code as DOLLARLIM, then the user 3 is directed to request more information as specified in a MESSAGE appended. An example of this rule is example 9 in Appendix A. In rule Q4, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater then the fee screen for the code in CODELIM, then the user 3 is directed to request more information as specified in MESSAGE. AN example of this rule Q4 is example 10 in Appendix A. In rule Q5, if the code survives the rules applied to multiple codes or is the only code submitted on the claim, and the place of service is POS, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the place of service is POS, the code in question is replaced by CODELIM and the message is flagged by MESSAGETYPE. An example of this rule is example 11 in Appendix A. In rule Q6, if the code survives the rules applied to multiple codes or is the code submitted on the claim, and there is no evidence GE anesthetic as specified in ANESTHESIA, then the user 3 is directed to request more information as specified in MESSAGE. An example of the application of this rule is example 12 in Appendix A. Under rule Q7, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the patient's age is between BEGAGE and ENDAGE, then the user 3 is directed to request more information as specified in MESSAGE. An example of rule Q7 is example 13 in Appendix A. In rule Q8, if the code survives the rules applied to multiple codes or is the only code submitted on the claim and the diagnosis is DX, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the DX or ICD9CODE is true, the code in question is replaced with CODELIM, and the reason for such action flagged by MESSAGETYPE. In all Q2 through Q9 rules, the reasons are flagged by MESSAGETYPE. An example of the foregoing rule is given in example 14 in Appendix A. In rule Q9, if the code survives the rules applied to multiple codes or is the only one submitted on the form then ACODE is replaced with CODELIM and the reason is flagged by MESSAGETYPE. An example is example 15 in Appendix A. Another rule known as L1 may be used and this rule relates to the amount of payment to be authorized to be paid. Rule L1 applies where the number of codes is greater than one. Rule L1 is different from the other rules in that while the other rules are generally concerned with the correct classification of authorization for payment, rule L1 applies to specific amounts. In rule L1, if ACODE appears with another code in the range of, and includes, BCODE to CCODE, then the payment authorized limits the payment specified in ACODE to some amount DCODE. An example of the foregoing rule is given in example 16 in Appendix A.

Once the "Q" rules have been exercised in step 35, in step 36 the PROCESS database 17 is once again updated and in steps 37 (End of File) and 38, the step 31 of FIG. 2 completes running. At this juncture, the user 3 views the recommendation screen for any relevant rules that have been applied, as discussed above. These recommendations are generally a request for more in-

10

formation, but may be something other than a request as in the case of a specific exclusion message.

In step 39 the PROCESS database 17 is appended to the HISTORY database 40 for recordkeeping purposes and for future use as a means to study these "case histo-ries" and refine, update and change the rules and the knowledge base interpreter 5.

In steps 41 (End of File) and 42, the process of the computer programmed in accordance with the present invention is completed and the program exited from. At this point the user 3 has either confirmed that the code(s) for which payment is requested are valid or have been modified to become valid or have been pended so that more information may be obtained by the user 3 from the physician or his or her billing entity to aid in processing the claims.

Referring now to FIG. 7, the process of the LOOKUP portion 10 of the programmed computer will now be explained. The purpose of the program 10 is to handle those situations in which claims cannot be read out, in step 9 of FIG. 3, from database 8. In step 43, the user 3 inputs a description of the treatment noted on the claims form submitted by the physician or his or her billing entity. The LOOKUP Program 10 searches for a match in step 44 for the description given in step 43 from the index of the CPT-4 manual in a database called CPTINDX 45. The database 45 contains the records of the index, in machine-readable format, of the CPT-4 manual. If a match between input 43 and database 45 does not occur, the process loops back to step 43 for the user to reassess the description given and to give a new description. If, however, a match is made, the program will display a number of related entries from CPTINDX 45 the number of which may be selected by the programmer using well-known programming techniques. The user 3 then chooses, in step 46, what he or she considers to be the most appropriate selection, which the LOOKUP program then searches for in step 47 in the CPT-4 code or other code shown as ALL-CODE database 11. In step 48, the codes fetched from the CODES database 49, a subset of ALLCODE database 11, are displayed with their descriptions. In step 50, the user 3 chooses one or more appropriate codes to match the description given in step 43 and the program updates the PROCESS database 17 with this information in step 51. Following such updating, in step 52, the program returns to step 9 as shown in FIG. 3. Of course, the process described with reference to program 10 may be performed with databases other than the CPT-4 example given.

There has been described above a programmed computer system and a method of programming a computer system so that a knowledge base interpreter and a set of rules may facilitate the classification and authorization of payment to health care providers. Since the invention resides in a programmed computer of the automatic programming category, the development of this HISTORY database 40 may lead to the development of new rules and a growth and refinement of the knowledge base interpreter 5. While the foregoing invention has been described with reference to its preferred embodiments, variations and modifications will occur to those skilled in the art. Such variations and modifications are intended to fall within the scope of the appended claims.

5,253,164

11                                        12

# APPENDIX A
## EXAMPLE 1

### Typical Session with CodeReview

Example of "E1/E2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
64450
10120

Computer
Response:  1. 64450 injection for nerve block
2. 10120 remove foreign body

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
1. 10120 remove foreign body

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response:  1. 64450 is excluded; because 64450 is inappropriate to use
for local anesthesia.
2. 10120 has been accepted with no change.


## EXAMPLE 2


### Typical Session with CodeReview

Example of  "R2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

MCK 000012

5,253,164

13                                                        14

User enters:
        57250
        58260

Computer
Response:   1. 57250 repair vagina and rectum
            2. 58260 vaginal hysterectomy

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 58265 vaginal hysterectomy and vaginal repair

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. In combination, codes 57250 and 58260 justify
               replacement by code 58265.


EXAMPLE 3

Typical Session with CodeReview
Example of an "R1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        52281
        52283

Computer
Response:   1. 52281 cystoscopy & treat stricture
            2. 52283 cystoscopy & inject stricture

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 52283 cystoscopy & inject stricture
            2. 51600 injection for bladder xray

5,253,164

15                                                      16

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 52283 has been accepted with no change.
            2. 52281 is replaced by 51600, because all but the injection
               for cystography is included in code 52283.

EXAMPLE 4

Typical Session with CodeReview
Example of "R3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        93526
        93543
        93545

Computer
Response:   1. 93526 right and left heart catheterization
            2. 93543 injection for heart xrays
            3. 93545 injection for coronary xrays

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 93549 left & right heart catheterization & angiogram

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. In combination, codes 93526, 93543, and 93545 justify
               replacement by code 93549.

MCK 000014

17                    5,253,164                    18

*EXAMPLES*
– 10 –

Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
58980
44000

Computer
Response:  1. 58980 laparoscopy of pelvis
2. 44000 enterolysis

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response:
??  1. 58980 laparoscopy of pelvis
??  2. 44000 enterolysis

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response:  It is likely that lysis of adhesions occurred as part of the
laparoscopy, in which case replace both codes with 58985. If
the two procedures were actually separate (unlikely), keep
both codes.

*EXAMPLE 6*

Example of "QS/QB" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

MCK 000015

19                5,253,164                20

User enters:
    35820
    33512

Computer
Response:  1. 35820 explore chest vessels for post-op hemorrhage
           2. 33512 coronary arteries bypass

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
    Return

Computer
Response:
    ??    1. 35820 explore chest vessels for post-op hemorrhage
          2. 33512 coronary arteries bypass

          To know the reason for the question(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
    Return

Computer
Response:  Before accepting code 35820:
    HAVE:  the operative report reviewed
    BY:    a registered nurse
    WHY:   to determine if the post-op bleeding occurred during
           the same operative session (before leaving the
           recovery room), in which case do not pay for 35820.


EXAMPLE 7

- 12 -


Typical Session with CodeReview

Example of "Q1" Rule

Computer
Prompt :  Please enter all CPT-4 procedure codes appearing on the claim,
          or, if a code is absent, look up the code(s) using the CPT-4
          procedure manual or another aid, and enter the code(s).

User enters:
    58942

Computer
Response:  1. 58942 removal of ovary(ies)

MCK 000016

5,253,164

21                                                                    22

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:
        ??   1. 58942 removal of ovary(ies)

             To know the reason for the question(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response: Confirm a diagnosis of malignancy by looking at the claim,
          or by reviewing the pathology report. If there is no
          malignancy, consider 58940 as a replacement.


EXAMPLE 8

- 13 -


Typical Session with CodeReview

Example of "Q2" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
        38300

Computer
Response:  1. 38300 drainage of lymph node abscess; simple

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the type of anesthesia.
                         ANESTHESIA CHOICES:
          General
          Regional

MCK 000017

5,253,164

23                                        24

Spinal
Local
Anesthesia type other than those listed above
Anesthesia type is not provided on the claim, or no evidence
   of anesthesia is provided on the claim

User enters [after moving cursor to the correct line]:
        Return

Computer
Response:  Enter the patient's age.
                        AGE CHOICES:
           Patient's age is 9 or younger
           Patient's age is 10 or older

User enters [after moving cursor to the correct line]:
        Return

PATH ONE:  IF ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER:
Computer
Response:  Assign the following code(s) for payment:
           1. 38510 biopsy or excision, deep cervical node(s)

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 38300 is changed to 38510 because the use of general
              anesthesia demonstrates that this was more difficult
              than a standard, asterisked 38300 procedure; and the
              child's age implies that general anesthesia was
              necessary.

PATH TWO:  IF ANY OTHER COMBINATION OF RESPONSES WAS MADE:
Computer
Response:  Assign the following code(s) for payment:
           1. 38300 drainage of lymph node abscess; simple

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 38300 has been accepted with no change.

MCK 000018

25                          26

*EXAMPLE 9*

Typical Session with CodeReview

Example of "Q3" Rule

Computer
Prompt :   Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           38500

Computer
Response:  1. 38500 biopsy/removal, lymph node(s)

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the appropriate code charge as it appears on the
           claim for procedure 38500:
                         CODE CHARGE CHOICES:
           Under $300
           $300 or more
           No charge is listed for code 38500

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF CHARGE IS $300 OR MORE:
Computer
Response:  Assign the following code(s) for payment:
      ??   1. 38500 biopsy/removal, lymph node(s)

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 38500:
           HAVE:  the office records reviewed
           BY:    a registered nurse
           WHY:   to determine the extent of the procedure, and the
                  location in the body. Consider replacement with
                  any of codes 38510-38525.

MCK 000019

5,253,164

27                                                          28

PATH TWO: IF CHARGE IS NOT MORE THAN $300:

Computer
Response:    Assign the following code(s) for payment:
             1. 38500 biopsy/removal, lymph node(s)

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
             Return

Computer
Response:    1. 38500 has been accepted with no change.

## EXAMPLE 10
- 1.

### Typical Session with CodeReview

Example of "Q4" Rule

Computer
Prompt  :   Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            46934

Computer
Response:   1. 46934 destruction of hemorrhoids, internal

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Please compare the charge on the claim for procedure 46934
            with the payment limit for procedure 46500 (injection into
            hemorrhoids):
                         CHARGE COMPARISON:
            1. Charge for 46934 is GREATER THAN payment limit for 46500
            2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
            3. No charge is listed on the claim for 46934

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF CHARGE IS GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:   Assign the following code(s) for payment:
        ??  1. 46934 destruction of hemorrhoids, internal

MCK 000020

5,253,164

29                                                      30

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
     Return

Computer
Response:   Allow no higher payment than the maximum allowable
            payment for code 46500.


PATH TWO:  IF CHARGE IS NOT GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:   Assign the following code(s) for payment:
            1. 46934 destruction of hemorrhoids, internal

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
     Return

Computer
Response:   1. 46934 has been accepted with no change.


                    EXAMPLE  11


                Typical Session with CodeReview
Example of "Q5" Rule

Computer
Prompt :   Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
     93220

Computer
Response:   1. 93220 vectorcardiogram, with interpretation & report

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
     Return

Computer
Response:   Enter the place of service for 93220.
                       PLACE OF SERVICE CHOICES:
            Inpatient Hospital
            Outpatient Hosp./Emergency Dept./Surg. Center


MCK 000021

5,253,164

31                                                      32

Office
Place of service other than those listed above
Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93222 vectorcardiogram, interpretation & report only

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 93220 is changed to 93222 because the hospital generally
               provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:
Computer
Response:   Assign the following code(s) for payment:
            1. 93220 vectorcardiogram, with interpretation & report

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:   1. 93220 has been accepted with no change.


                    EXAMPLE 12
                       - 21 -


                    Typical Session with CodeReview
Example of "Q6" Rule

Computer
Prompt :    Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
        92502
        90060

Computer
Response:   1. 92502 ear-nose-throat exam with general anesthesia
            2. 90060 visit, intermediate, established patient


MCK 000022

5,253,164

33                                                    34

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
          Return

<u>Computer
Response</u>:  Enter the type of anesthesia listed on the claim.
                          ANESTHESIA CHOICES:
          General
          Regional
          Spinal
          Local
          Anesthesia type other than those listed above
          Anesthesia type is not provided on the claim, or no evidence
              of anesthesia is provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
          Return

PATH ONE: IF <u>NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA
          IS LISTED</u>:
<u>Computer
Response</u>:  Assign the following code(s) for payment:
          1. 90060 visit, intermediate, established patient

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

<u>User enters</u> [presses one key]:
          Return

<u>Computer
Response</u>:  1. 90060 has been accepted with no change.
          2. 92502 is excluded: because there was no evidence that
              general anesthesia was used.

PATH TWO: IF <u>ANY OTHER RESPONSE</u> ABOUT ANESTHESIA WAS MADE:
<u>Computer
Response</u>:  Assign the following code(s) for payment:
          1. 92502 ear-nose-throat exam with general anesthesia
          2. 90060 visit, intermediate, established patient

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

<u>User enters</u> [presses one key]:
          Return

<u>Computer
Response</u>:  1. 90060 has been accepted with no change.
          2. 92502 has been accepted with no change.

MCK 000023

35                              36

*EXAMPLE 13*

Typical Session with CodeReview

Example of "Q7" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           54380

Computer
Response:  1. 54380 repair penis for epispadias

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the patient's age.
                         AGE CHOICES:
           Patient's age is 17 or younger
           Patient's age is 18 or older

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF THE AGE IS 18 OR OLDER:
Computer
Response:
       ??  1. 54380 repair penis for epispadias

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 54380:
           HAVE: the operative report reviewed
           BY:   a physician
           WHY:  What was really done, and was this really epispadias?
                 In a non-pediatric patient, the procedure is usually
                 for hypospadias.

PATH TWO: IF THE AGE IS 17 OR YOUNGER:
Computer
Response:
           1. 54380 repair penis for epispadias

MCK 000024

5,253,164

37                                                                              38

To know the reason for the question(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response</u>:  1. 54380 has been accepted with no change.


EXAMPLE 14
26


Typical Session with CodeReview

<u>Example of "Q8" Rule</u>

<u>Computer</u>
<u>Prompt</u>  :  Please enter all CPT-4 procedure codes appearing on the claim,
        or, if a code is absent, look up the code(s) using the CPT-4
        procedure manual or another aid, and enter the code(s).

<u>User enters</u>:
        64782

<u>Computer</u>
<u>Response</u>:  1. 64782 remove neuroma, hand or foot nerve

        If all codes are as you intended, press Return.
        If one or more codes were not intended, press Escape to
        re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
        Return

<u>Computer</u>
<u>Response</u>:  Enter the provider's specialty as it appears on the claim:
                PROVIDER SPECIALTY CHOICES:
        Podiatrist, DPM, foot doctor, foot group
        Specialty other than podiatrist/DPM/foot doctor/foot group
        No provider specialty is listed on the claim

<u>User enters</u> [after moving cursor to the correct line]:
        Return

PATH ONE: IF PROVIDER <u>IS A PODIATRIST</u>:
<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
        1. 28080 remove Morton's neuroma, foot

        To know the reason for the change(s), press Return.
        Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

MCK 000025

5,253,164

· 39                                                      40

Computer
Response: A neuroma excision performed by a podiatrist is
overwhelmingly likely to be a Morton's neurectomy, even if
not coded as such. Therefore, code 64782 has been replaced
by 28080.


PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
1. 64782 remove neuroma, hand or foot nerve

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return


Computer
Response:  1. 64782 has been accepted with no change.


EXAMPLE 15
- 37 -


Typical Session with CodeReview
Example of "Q9" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
58605

Computer
Response:  1. 58605 division of fallopian tube (postpartum during
same hospitalization)

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response:  Assign the following code(s) for payment:
1. 58600 division of fallopian tube

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

MCK 000026

5,253,164

41                                                     42

Computer
Response:  Code 58600 is used if fallopian tube ligation/transection
           was the only procedure performed during an admission.

EXAMPLE 16

### Typical Session with CodeReview

Example of "L1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           43830
           43840

Computer
Response:  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
       ??  1. 43830 surgical opening of stomach
           2. 43840 repair of stomach lesion

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 43830 Limit payment of 43830 to $150, because it appears
              with 43840.
           2. 43840 has been accepted with no change.

EXAMPLE 17
- 5 -

### Typical Session with CodeReview

Example of "EP" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

MCK 000027

5,253,164

<u>User enters</u>:
       93005
       93010


<u>Computer</u>
<u>Response</u>:   1. 93005 electrocardiogram, tracing only
             2. 93010 electrocardiogram, interpretation & report only

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

<u>User enters</u> [presses one key]:
       Return


<u>Computer</u>
<u>Response</u>:   Enter the place of service.
                    PLACE OF SERVICE CHOICES:
             Inpatient Hospital
             Outpatient Hosp./Emergency Dept./Surg. Center
             Office
             Place of service other than those listed above
             Place of service is not provided on the claim

<u>User enters</u> [after moving cursor to the correct line]:
       Return

PATH ONE: IF PLACE OF SERVICE IS <u>INPATIENT</u>:
<u>Computer</u>
<u>Response</u>:   Assign the following code(s) for payment:
             1. 93010 electrocardiogram, interpretation & report only

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

<u>User enters</u> [presses one key]:
       Return


<u>Computer</u>
<u>Response</u>:   1. 93005 is excluded: because the hospital generally
                 provides equipment and performs the service.
             2. 93010 has been accepted with no change.


2. PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
<u>Computer</u>
<u>Response</u>:   Assign the following code(s) for payment:
             1. 93000 electrocardiogram, complete

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

<u>User enters</u> [presses one key]:
       Return


<u>Computer</u>
<u>Response</u>:   1. In combination, codes 93005 and 93010 justify
                 replacement by code 93000.


MCK 000028

5,253,164

45                                           46

*EXAMPLE 18*

- 8 -

Typical Session with CodeReview

Example of "EA" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        93503
        93501

Computer
Response:  1. 93503 right heart cath; Swan-Ganz catheter
            2. 93501 right heart catheterization; only

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response:  Enter the age of the patient.
                         AGE CHOICES:
           Age 20 or younger
           Age 21 or older

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 93503 has been accepted with no change.
           2. 93501 is excluded; because, in this age group, the two
              procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
Computer
Response:  Assign the following code(s) for payment:
           1. 93503 right heart cath; Swan-Ganz catheter
           2. 93501 right heart catheterization; only

MCK 000029

47                                      48

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters</u> [presses one key]:
        Return

<u>Computer
Response</u>:  1. 93503 has been accepted with no change.
            2. 93501 has been accepted with no change.

## APPENDIX B

### RULES DESCRIPTIONS

PART I.

<u>Rules Applied to Multiple Codes</u>: Contained in INTERACT.dbf

RULE                    DESCRIPTION

<u>Replace ACODE with DCODE</u>

R1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                delete ACODE, keep <u>BCODE to CCODE</u>, and add
                DCODE.

        <u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
        order) with ECODE</u>

R2      If ACODE appears with BCODE,
                delete ACODE and BCODE and add CCODE.

R3      If ACODE appears with BCODE and CCODE,
                delete ACODE, BCODE, and CCODE, and add
                DCODE.

R4      If ACODE appears with BCODE, CCODE, and DCODE,
                delete ACODE, BCODE, CCODE, and DCODE, and
                add ECODE.

        <u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                exclude BCODE to CCODE, and keep ACODE.

        <u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                exclude ACODE, and keep BCODE to CCODE.

MCK 000030

5,253,164

49                                                    50

Limit ACODE payment

L1      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>,
                limit the payment of ACODE to DCODE.

EP      If ACODE appears with another code in the range of
        (and including) <u>BCODE to CCODE</u>, and in POS is ECODE,
                then exclude ACODE and keep BCODE to CCODE.

EA      If ACODE appears with BCODE and if AGE is between
        <u>CCODE to DCODE</u>,
                then exclude ACODE and keep BCODE.
        <u>Query for More Info because of Multiple Codes</u>

QM      If ACODE appears with another code in the range of
        <u>BCODE to DCODE</u>, there is a question about this
        combination of codes.

QS      If ACODE appears with another code in the range of
        <u>BCODE to CCODE</u>, then there is a question about ACODE.

QB      If ACODE appears with another code in the range of
        <u>BCODE to CCODE</u>, then there is a question about the
        code in the BCODE to CCODE range.

        IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.

PART II.

<u>Rules applied to each code individually</u>: Contained in
BYITSELF.dbf

RULE                DESCRIPTION

Q1      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the claim,
                then <u>always</u> request more information ("by
                report") as specified in MESSAGE.

Q2      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and more than
        one of the following fields have entries that match
        the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
        to ENDAGE, DX,
                then request more information as specified in
                MESSAGE.

Q3      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the charge
        on the claim is greater than DOLLALIM,
                then request more information as specified in
                MESSAGE.

MCK 000031

5,253,164

51                                      52

Q4      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the charge
        on the claim is greater than the fee screen for
        CODELIM,
                then request more information as specified in
                MESSAGE.

Q5      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the place
        of service is POS,
                then request more information as specified in
                MESSAGE.
        In addition, if CODELIM = 0 and the place of service
        is POS,
                replace the code in question with CODELIM and
                the reason is flagged by MESSAGETYPE.

Q6      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and there is no
        evidence of anesthetic as specified in ANESTHESIA,
                then request more information as specified in
                MESSAGE.

Q7      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the
        patient's age is between BEGAGE and ENDAGE,
                then request more information as specified in
                MESSAGE.

Q8      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the
        diagnosis is DX,
                then request more information as specified in
                MESSAGE.
        In addition, if CODELIM = 0 and the DX, or ICD9CODE
        (or provider) is true,
                then replace the code in question with
                CODELIM, and the reason is flagged by
                MESSAGETYPE.

Q9      If CODE survives the rules applied to multiple codes
        or CODE is only one submitted on the form,
                then replace ACODE with CODELIM, and the
                reason is flagged by MESSAGETYPE.

APPENDIX C

ALLCODE:
    Allcode is the file which contains every code, as well as
information which pertains to certain codes code.

        CODE = presented code (all codes represented)

        TITLE4 = description of code from CPT-4 tape

        RVU = rvu of code (relative value unit)

        AST = indicate if a global procedure (all inclusive)

MCK 000032

5,253,164    BEST AVAILABLE COPY

53                                                54

SUPERSED:

    CODE = presented code which is to be superseded

    SUPERCODE = the code(s) which supersedes "CODE"


INTERACT:

    ACODE = contains CPT-4 codes                all rules

    RULE = E1, E2, R1-RN, QM, QS, QB, L1

    BCODE, CODE = contains CPT-4 codes          all rules

    DCODE = cpt4 code                           R1, R3 +

    DCODE = dollar amount                       L1

    ECODE = cpt4 code                           R4 .

    ECODE = messagetype                         all rules
                                                except R4
                                                and above

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed


BYITSELF:

    CODE = code which presents a problem when presented
           either by itself or with other codes

    ENTRYDATE = holds date rule was entered

    INTERVIEW = holds date rule was developed

    RULE = Q1, Q2,....,Q9

    SINGLE = currently indicates, if true, that the code
             needs to be either the sole surviving code, or
             the only code on the claim, in order for the
             rule (in RULE) to be fired.  This field is
             currently under revision to become broader in
             scope, ie if the code is the only surviving
             code do rule A, or if the code is with other
             codes, do rule B.

    MESAGETYPE = internally assigned 'code' which will
                 match a type in MESSAGE.dbf, which
                 contains English language messages for the
                 CodeReview user.

    DOLLARLIM = a limit which if exceeded leads user to
                more information, else accept code      Q3

    POS = place of service                               Q5

    ANESTHESIA = contains a type of anesthesia (general) Q6

    BEGAGE = start of an age range inappropriate for the
             procedure                                   Q7

    ENDAGE = end of the age range inappropriate for the
             procedure                                   Q7

    DX = diagnosis(es) inappropriate for the procedure   Q8

    ICD9CODE = ICD-9-CM diagnosis code inappropriate for
               the procedure                             Q8

    CODELIM = code which the change for CODE will be
              compared to (greater than, less than)      Q4

MCK 000033

5,235,104

55                                              56

CODELIM = code which will replace code if

1) if the POS is inappropriate          Q5

2) if the DX or ICDPCODE is inappropriate  Q6

3) in all circumstances for 3P          Q7

MESSAGE:

TYPE = assign code name for message

ORIGIN = indicates multiple, single or both

OP = ask for op report?

PATH = ask for pathology report?

OFF = ask for office records?

HOS = ask for hospital progress notes?

OTHER = ask for another claim?

REVIEWER = is the type of reviewer the asked-for
information should be sent to and reviewed
by (ie nurse, supervisor, physician etc)

TOLOOKFOR = specified items that the reviewer should
look for upon receiving the asked-for
information

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = ' '
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORH = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear
```

APPENDIX D

MCK 000034

5,253,164

BEST AVAILABLE COPY

57                                                    58

```
*   SELECT 3                              && opened and closed in entry.prg
*   USE SUPERSED INDEX SUPERSED
*   SELECT 4                              && multiple.prg, action
*   USE INTERACT INDEX INTERACT
**  SELECT 5
**  USE BYITSELF INDEX BYITSELF           && rules.prg
**  SELECT 6
**  USE MESSAGE INDEX MESSAGE             && rules.prg
**  select 10                             && recomm.prg
**  use  new
*   memory variables

header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 =
-Modify Code        Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline2 = ;
'F1-Help                           '' enter + 'Recommendations               Esc-Exit '
                         Enter .            provided
helpline9 = ;
'                        «Ent« —claim number in space pear  ced»
header2=company + space(13)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 = ;
 - Make Selection                    Esc-Return'
helpline6 = ;
 - Make Selection              Esc-Choose New Text'
else
helpline1 = ;
'CHOICE: [ ]  P - Process   A - Add    # - Modify Code  R - Restart   Q - Quit'

helpline3 =;
'CHOICE: [ ]     X - Explain Recommendations       N - New Session     Q - Quit'
helpline4 = ;
'CHOICE: [ ]                       N - New Session                    Q - Quit'
endif
helpline2 = ;
'                CodeReview is processing input codes ... please stand by    '
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 1983'
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
'                           ESC - Exit Help

choice = 'p'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
```

MCK 000035

5,253,164

59                                                        60

BEST AVAILABLE COPY

```
        return
      endif
  endif
  if one_date .or. .not. get_date
    select process
    temp_date=code_date
    if code_count > 1
       DO MULTIPLE.prg          && exclude, replacement, QM rules
    endif
    DO RULES.PRG
  else
    select process
    go top
    temp_date=code_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
    count to code_count
                          _ eof( ) _
         go top
         do while .not. eof() .and. code_date=temp_date
            if code_count > 1
               DO MULTIPLE.prg         && exclude, replacement, QM rules
            endif
            DO RULES.PRG
            select process
            set filter to code_date=temp_date
            go bott
            set filter to
            skip
            if eof()
               exit
            endif
            temp_date=code_date
            set filter to endstatus $ 'AP' .and. code_date=temp_date
            go top
            count to code_count
            go top
         enddo
      endif
      do recomm
      if clipper
          loop
      else
          if choice = 'N'
              loop
          endif
      endif
      exit
  enddo
  CLOSE DATABASES



  * ENTRY.PRG
  ** PAINT SCREEN

  select 3
  use supersed index supersed
  SET PROCEDURE TO PROCS1
  header= header1
  sup_date=ctod('  /  /  ')
  IF CLIPPER
      do setkey with .t.
  endif
  esc = .f.
  store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
  help_field = 1
  dnkey = .f.
  upkey = .f.
  mode = 0
  see = .f.
  store ' ' to scrn1,scrn2,scrn3
  xcode_date = ctod('  /  /  ')
  get_date = .t.
  set date american
```

MCK 000036

5,253,164

BEST AVAILABLE COPY

61

62

```
@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9

@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 5
counter = 1
done = .f.
get_charge = .t.
add = .t

SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
    store .f. to upkey,dnkey
    @ row,s_col say str(counter,2) + '.'
    DO GETCODE
    SELECT PROCESS
    if clipper
        if upkey
            row = row - 1
            counter = counter - 1
            skip - 1
            loop
        endif
    endif
    if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
            append blank
            replace begstatus with 'P',endstatus with 'P', session_no ;
                with session
        else
            go save_rec
            skip
        endif
    endif
    row = counter + 5
enddo
do while .t.
    if clipper
        exit
    endif
    SELECT PROCESS
    choice = 'P'
```

MCK 000037

BEST AVAILABLE COPY

63                      5,253,164                      64

```
SET CONFIRM OFF
@ 23,10 get choice picture '!'
read
SET CONFIRM ON
if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                   .and. val(choice) <= counter))
    ?? chr(7)
    loop
else
    mod_rec = val(choice)
    do case
        case choice = 'A' .or. val(choice) = counter
            IF COUNTER < 8
                done = .f.
                SELECT PROCESS
                append blank
                replace begstatus with 'P',endstatus with 'P'
                row = counter + 5
                @ row,s_col say str(counter,2) + '.'
                do getcode
                if .not. done          && code was added
                    counter = counter + 1 && increment for next time around
                endif
            ENDIF

        case mod_rec > 0 .and. mod_rec < 10
            go mod_rec
            row = mod_rec + 5
            get code
            do getcode

        case choice = 'P'
            exit

        case choice = 'RQ'
            exit

        case choice = 'H'
            do help
    endcase
    if choice $ 'RQ'
        return
    endif
    choice = 'P'
    endif
enddo
if .not. esc
    helpline = helpline2
    @ 23,1 get helpline
    clear gets
    select process
    go bott
    if code = 0
        delete
        pack
    endif
    ** count to code_count
    set safety off
    select process
    set filter to endstatus = 'S'
    go top
    do while .not. eof()
        xreplace = replacedby
        sup_date=code_date
        append blank
        replace session_no with session,outcome with choice,code with;
            xreplace,begstatus with 'S',code_date with sup_date, ;
            endstatus with 'A'
        skip
    enddo
    set filter to
    set date ansi
    index on dtoc(code_date) + str(code,5) to process
    set filter to endstatus $ 'AP'
    count to code_count
    go top
    do while .not. eof()
        tem_date=code_date
```

5,253,164

BEST AVAILABLE COPY

65                                                                66

```
    skip
    if code_date <> tem_date
        one_date = .f.
        exit
    endif
    enddo
    select 2
    use process index process
    select 3
    use
endif
IF CLIPPER
    do setkey with .f.
endif

return

* PROCS.PRG

PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
            xcode = space(5)
        else
            xcode = str(code,5)
        end:f
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
            return
        ENDIF
        if xcode = space(5)
            @ row,s_col say space(11)
            if upkey
                exit
            endif
            done = .t.
            if counter = 1 .and. clipper
                choice = 'Q'
            else
                choice = 'P'
            endif
            RETURN
        endif
        IF CLIPPER .and. help_on
            LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
                select process
                replace endstatus with 'S',replacedby with ;
                    supersed->supercode
            else
                SELECT PROCESS
                if begstatus = 'P' .and. endstatus $ 'IS'
                    replace endstatus with 'P',replacedby with 0
                endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
        else
            if tries = 1
                ?? chr(7)
                mess = 'INVALID CODE !!'
                @ row,d_col say substr(mess + space(18),1,28)
                tries = 2
                loop
```

MCK 000039

5,235,104

67                                                        68

```
                    else
                        @ row,e_col say PROCESS->code picture '99999'
                        @ row,d_col say 'Invalid code will be ignored'
                        SELECT PROCESS
                          replace
                        **  *** endstatus with 'I'
                    endif
                endif
            SELECT PROCESS
            if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
                @ row,c_col get xcode_date
                help_field = 2
                read
                if esc
                    return
                endif
                if year(xcode_date) = 0 .and. counter = 1
                    get_date = .f.
                    @ row,c_col say space(8)
                    @ 3,c_col say space(5)
                    @ 4,c_col say space(5)
                else
                    @ row,c_col say dtoc(xcode_date)
                endif
                replace code_date with xcode_date
            endif
            if counter = 1
                @ row,m_col-1 say '$'
*************        CHECK FOR DUPES
            else
                save_recno = recno()
                ycode_date = code_date
                go top
                locate for code=val(xcode) .and. recno()< save_recno ;
                            .and. code_date = ycode_date && .and. endstatus <> 'L'
                if .not. eof()
                    go save_recno
                    replace endstatus with 'L'
                else
                    go save_recno
                endif
            endif
            if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                            .and. .not. done
                @ row,m_col get claim_amt picture '99999'
                help_field = 3
                read
                if esc
                    return
                endif
                @ row,m_col say claim_amt picture '99999'
            endif
            if counter = 1
                if claim_amt = 0
                    get_charge = .f.
                    @ row,m_col - 2 say space(8)
                    @ 3,m_col-1 say space(7)
                    @ 4,m_col-1 say space(7)
                endif
            endif
            exit
        enddo
RETURN

PROCEDURE HELP
*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
    HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
```

MCK 000040

5,253,164

BEST AVAILABLE COPY

69                                                      70

```
store SPACE(6) to help1,help2,help3,help4
if color
    SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
    case help_field = 1
        mess ='Enter the CPT-4 code as it appears on the claim form. ';
    + 'If you are unsure of the code, press <F2> to do a lookup by the ';
    + 'index of the CPT-4 Manual'

        do format1 with mess,14,15,63
    case help_field = 2
        mess = 'Enter the date as it appears on the claim form. This is ';
        + 'optional'

        do format1 with mess,14,15,63

    case help_field = 3
        mess = 'Enter the dollar amount of the claim '
        do format1 with mess,14,15,63

    case choice = 'H'
help1 = '          "P" -- Process; all codes have been correctly input'
help2 = '          "A" -- Add another code'
help3 = '          "#" -- Enter line number to edit code already input'
help4 = '          "Q" -- Quit session'
    case code = 0
help1 = '                CPT-4 CODE ENTRY -- HELP SCREEN'
help3 = '     This is the help module for entry of a CPT-4 code '
help4 = '     In this case, the code has not yet been input'

    case begstatus = 'P' .and. endstatus = 'P'
help1 = '                CPT-4 CODE -- SUCCESSFUL ENTRY'
help3 = '          CPT-4 code has been successfully entered'
help4 = '          Both begstatus and endstatus are "P"'

    case endstatus = 'I'
help1 = '                     INVALID CODE'
help2 = 'The CPT-4 code which has been entered is invalid.  The code'
help3 = 'may be either corrected or left as is.  Processing will continue'
help4 = 'and the program will simply ignore the any invalid codes'

    case begstatus = 'S' .and. endstatus = 'A'
help1 = '                    SUPERSEDED CODE'
help2 = ' The code which was entered has been superseded by another'
help3 = ' code following rules in the September, 1987 "Manual of '
help4 = ' CPT-4 Codes"'

endcase

@ 17,8 say help1
@ 18,8 say help2
@ 19,8 say help3
@ 20,8 say help4
if color
    SET COLOR TO &COLORM
endif
help_on = .f.
IF CLIPPER
    do while inkey() <> 27
    enddo
    RESTORE SCREEN
    do setkey with .t.
ELSE
    @ 16,5 clear to 21,73
    helpline = save_help
    @ 23,1 get helpline
    clear gets
ENDIF
return


PROCEDURE SETKEY
*
```

5,253,164

71                                           72

```
parameter setflag
if setflag
     set key -4 to HIT_KEY
     set key -1 to HIT_KEY
     set key 5 to  upkey
     set key 27 to HIT_KEY
     set key 24 to dnkey
else
     set key -9 to        && F10
     set key -8 to
     set key -7 to        && F8
     set key -6 to
     set key -5 to
     set key -4 to        && F5
     set key -3 to
     set key -2 to
     set key -1 to        && F2
     set key 1 to         && home
     set key 3 to         && pagedn
     set key 4 to         && right
     set key 5 to         && upkey
     set key 6 to         && end
     set key 18 to        && pageup
     set key 19 to        && left
     set key 24 to        && downkey
     set key 27 to        && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
     CASE LASTKEY() = 27
          CLEAR GETS
          DONE = .T.
          SELECT PROSPECT
          GO BOTT
          IF RECNO() = 1 .OR. EOF()
               CHOICE = 'Q'
          ELSE
               CHOICE = 'R'
          ENDIF
          ESC = .T.
          RETURN

     CASE LASTKEY() =.-1
                    with f,
          do setkey with' f
          DO LOOKUP.prg
          do setkey with .t.

     CASE LASTKEY() = -4
          CLEAR GETS
          DONE = .T.
          CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
     keyboard chr(13)
          UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
          keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

MCK 000042

5,253,164

73                                                    74

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**  DO samecode
**  if code_cnt > 1
      DO exclude                 && Checks exclusion rules
    select process
**      set filter to endstatus $ 'AP' .and. code_date=temp_date
      go top
      code_cnt = 0
      count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
      if code_cnt > 1
        DO replace                         && Checks replacement rules
        count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
        if code_cnt > 1
          do r1s                         && checks r1 rules
        else
**          store .f. to again
          exit
        endif
      else
**        store .f. to again
        exit
      endif
**  else
**    store .f. to again
**    exit
**  endif
    enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN

*** ACTION.PRG

*** 3/20/86 MODIFICATIONS

***  --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***    IS USED IN KEEP
***  --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.  INSTEAD OF SETTING
***    FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***  --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";  THESE CHANGES MADE
***    IN INTERACT
***  --MEMORY VARIABLES NOT USED IN PROCESSING


PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*

  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
```

MCK 000043

5,253,164

75                                                    76

```
PROC_REC = RECNO()
SELECT INTERACT
SEEK str(TEMP,5) + 'E'
IF .NOT. FOUND()
   SELECT PROCESS
   GO PROC_REC
   SKIP
   LOOP
ENDIF
EXCL_REC = RECNO()

select process
go top
do while .not. eof() .and. code_date=temp_date
  if code = temp
     skip
     loop
  endif
  SELECT INTERACT                          && replacements
  GO EXCL_REC
  DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
    IF BCODE <= process->code .AND. process->code <> CCODE
      IF rule = 'E2'
         SELECT PROCESS
         REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
         if interact->ecode<>0
            replace type with interact->ecode
         endif
         EXIT
      ELSE
        IF rule = 'E1'
           SELECT PROCESS
           temp_code = ccode
           temp_rec = recno()
           GO PROC_REC
           REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
           if interact->ecode<>0
              replace type with interact->ecode
           endif
           go temp_rec = temp_rec
           EXIT
        ENDIF
      ENDIF
    ENDIF
    select interact
    SKIP
  ENDDO
  select process
  skip
ENDDO
SELECT PROCESS                            && Loop 2
GO PROC_REC
SKIP                                      && Moving to next code for evaluation
enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

  select interact
  select process
  go top

  DO WHILE .NOT. EOF() .and. code_date=temp_date
     NUMCODE = 0
     TEMP = CODE
     PROC_REC = RECNO()
     SELECT INTERACT
     SEEK str(TEMP,5) + 'R2'
     IF eof()
        SELECT PROCESS
```

MCK 000044

5,253,164

77                                        78

```
        GO PROC_REC
        skip
        loop
    ENDIF
    REP_REC = RECNO()

    SELECT PROCESS
    GO TOP
    DO WHILE .not. eof() .and. code_date=temp_date
        SELECT INTERACT
        GO REP_REC
        DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
            IF ECODE = process->code
                NEW = CCODE
                SELECT PROCESS
                REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
                    REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
                temp_rec = recno()
                temp_code = code
                ses_no = session_no
                GO PROC_REC
                REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
                    REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->code
                rep_date=code_date
                append blank
                  REPLACE SESSION_NO WITH ses_no, CODE WITH NEW; -
                                 WITH                    code
                    BEGSTATUS  " 'M' "R", ENDSTATUS WITH "A",  bg_date with rep_date
                    STORE .F. & AGAIN TO AGAIN
                    go temp_rec
                    EXIT
                ENDIF
                select interact
                SKIP
            ENDDO
            select process
            skip
        ENDDO
        SELECT PROCESS
        GO PROC_REC
        SKIP
    ENDDO
    if .not. again
      store .t. to again
    else
      store .f. to again
    endif
    select process
    return


PROCEDURE query

*---- checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule = 'QM'      && looking only at codes which have multiple
                                 && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date      && in process
  temp = code
  proc_rec = recno()
  select interact
  seek str(temp,5) + 'Q'
  if eof()
    select process
    go proc_rec
    skip
    loop
  endif
  quer_rec = recno()
  select process
  go top
  do while .not. eof() .and. code_date=temp_date     && in process
```

MCK 000045

5,253,164

```
if code = temp
   skip
   loop
endif.
done=.f.
select interact
go quer_rec
do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
   if process->code >= bcode .and. process->code <= ccode
      do case

         case rule='QM'
            replace process->endstatus with 'M', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
                     process
            temp2 = proc  ss->code
            select proc  s
            go proc_rec
            replace endstatus with 'M', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

         case rule='QS'
            temp2=process->code
            select process
            go proc_rec
            replace endstatus with 'Q', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
            done=.t.

         case rule='QS'
            replace process->endstatus with 'Q', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
            done=.t.

      endcase
      if done
         exit
      endif
   endif
   select interact
   skip
enddo
if done
   exit
endif
select process
skip
enddo
select process
go proc_rec
skip
enddo
**select process
**select interact
return


PROCEDURE ris

*---- Checks surviving codes for RI rules and makes proper replacement
*
*

select interact
**set filter to rule = 'RI'

select process
go top

do while .not. eof() .and. code_date=temp_date      && in process
   temp=code
   proc_rec = recno()
   select interact
   go top
   seek str(temp,5) + 'RI'
```

MCK 000046

5,253,164

81                                              82

```
if eof()
   select process
   go proc rec
   skip
   loop
endif
R1_rec = recno()
select process
go top
select interact
go R1 rec
do while acode=temp .and. .not. eof() .and. rule='R1'      && in interact
   select process
   if code=temp
      skip
      select interact
      loop
   endif
   if interact->bcode<=code .and. code<=interact->ccode
      go proc_rec
      replace endstatus with '1', trigger with code;
      replacedby with interact->dcode, type with interact->ecode
      tem_date=code_date
      append blank
      replace code with interact->dcode, begstatus with '1';
      endstatus with 'A', code_date with tem_date, type with interact->ecode
      store .f. to again
      exit
   endif
   select interact
   skip
enddo
select process
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
go top
if code_cnt <= 1
   exit
endif
go proc_rec
skip
enddo
return

PROCEDURE samecode
*
*
*  eliminates a code if it appears twice, and should not be accepted twice
*
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
   xcode=code
   proc_rec=recno()
   skip
   do while .not. eof() .and. code_date=temp_date
      if code=xcode
         replace endstatus with 'L', trigger with xcode
         exit
      else
         skip
         loop
      endif
   enddo
   go proc_rec
   skip
   if code=first
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay
```

MCK 000047

5,253,164

83                                                              84

```
* --- checks rules for payment limit due to code combination
*
*
  select 10
  use interact index interact
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .not. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PROC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,5) + 'L'
      IF .NOT. FOUND()
         SELECT PROCESS
         GO PROC_REC
         SKIP
         LOOP
      ENDIF
      lim_rec = RECNO()

      select process
      go top
      do while .not. eof() .and. code_date=temp_date     && in process
         if code = temp
            skip
            loop
         endif
         SELECT interact
         GO lim_rec
         DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
            IF BCODE <= process->code .AND. process->code <= CCODE
               SELECT PROCESS
               temp1=code
               temp_rec= recno()
               go proc_rec
               REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
                  pay with interact->dcode
               go temp_rec
               EXIT
            ENDIF
            select interact
            SKIP
         ENDDO                                  && in interact
         select process
         skip
      ENDDO                                  && Loop 2, in process
      SELECT PROCESS
      GO PROC_REC                            && Moving to next code for evaluation
      SKIP
  enddo
  SELECT INTERACT
  use

  **SET FILTER TO
  RETURN

  * RULES.PRG

  select 5
  use byitself index byitself

  set procedure to prompts
  need_clear = .f.
  new_age = 200
  cur_row = 0
  leftover = 0
  code_text = ' '
  cmess = ' '
  prompt_ans = ' '
  prompt_row = 16
                               && check this with multiple codes !!
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
  count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
      begstatus <> 'R'
  go top
```

MCK 000048

85    5,253,164    BEST AVAILABLE COPY
86

```
IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF


DO WHILE .NOT. EOF() .and. code_date=temp_date
    xcode = code
    xreview = ' '
    xsource = ' '
    failed = .f.
    note = .f.
    select byitself
    seek xcode
    if eof()
        SELECT PROCESS
        SKIP
        LOOP
    endif
    IF SINGLE
        IF CODE_CNT > 1
            select process
            skip
            LOOP
        ENDIF
    ENDIF
    rulecheck = byitself->rule
        do case
            case rulecheck = 'Q1'
                select process
                replace endstatus with 'Q', rule with 'Q1',type with ;
                    byitself->messagetype

**        case rule = 'Q2'

            case rulecheck = 'Q3'
                dlim = '$'+ltrim(str(dollarlim,6))
                dline1 = substr('Under '+ dlim + space(25),1,29)
                dline2 = substr(dlim + ' or more' + space(25),1,29)
                dline3 = 'No charge is listed for ' + str(xcode,5)
                do ctext with xcode
                if need_clear
                    do bott_clr
                endif
                do dollars
                                and=
***             if prompt_ar   '1' ....

            case rulecheck = 'Q4'
                do ctext with xcode
                xmess = cmess
                do ctext with BYITSELF->codelim
                if need_clear
                    do bott_clr
                endif
                do codelim

            case rulecheck = 'Q5'
                if process->begstatus = 'P'
                    do ctext with xcode
                else
                    cmess = 'the claim'
                endif
                if need_clear
                    do bott_clr
                endif
                do pos

            case rulecheck = 'Q6'
                do ctext with xcode
                if need_clear
                    do bott_clr
                endif
                do anesth

            case rulecheck = 'Q7'
                if need_clear
                    do bott_clr
                endif
                do age
```

MCK 000049

BEST AVAILABLE COPY

5,253,164

```
case rulecheck = 'Q8'
    if need_clear
        do bott_clr
    endif
    do diagnosis

case rulecheck = "Q9"
    if need_clear
        do bott_clr
    endif
    select process
    replace endstatus with 'D', rule with 'Q9', type with byitself->mesagetype ;
        replacedby with byitself->codelim
    append blank
    replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
        type with byitself->mesagetype


    endcase
    SELECT PROCESS
    SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
    do bott_clr
endif
release rule_scrn
select process
count to code_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE of SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
```

MCK 000050

···  ~~~~~LE COPY

5,253,164

89                                                                    90

```
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
        row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34   *
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation  '

    do while str_size > max_size
        counter = 0
        do while .t.
            if substr(string,max_size-counter+1,1) = ' '
                exit
            else
                counter = counter + 1
            endif
        enddo
        @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
        cur_row = cur_row + 1
        str_size = str_size - max_size + counter - 1
        string = substr(string,max_size - counter + 2,str_size)
    enddo

    @ cur_row,col_beg+6 say string
    @ row_beg + 1, col_beg say dline1
    @ row_beg + 2, col_beg say dline2
    @ row_beg + 3, col_beg say dline3
    @ row_beg + 4, col_beg say dline4
    @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row - 1, box_col + 26
@ box_row,  box_col + 11 say ' CODE CHARGE  '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3.
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
```

MCK 000051

5,253,164

91                                                                92

```
@ box_row-1,box_col @ 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 26 say ' CHARGE COMPARISON '
if clipper
    @ box_row + 2, box_col + 3 prompt '1. ' + dline1
    @ box_row + 3, box_col + 3 prompt '2. ' + dline2
    @ box_row + 4, box_col + 3 prompt '3. ' + dline3
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above'
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        if .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->messagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->messagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline =  'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital'
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office'
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

5,253,164

AVAILABLE COPY

93                           94

```
                @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
                read
                If .not. prompt_ans $ '12345'
                      mess = 'ENTER 1,2,3,4 or 5'
                      DO MESSAGE.PRG
                      loop
                endif
          endif
          exit
    enddo
      select process
      do case
          case prompt_ans = '1'
                replace POS with 'INP'
          case prompt_ans = '2'
                replace POS with 'OUT'
          case prompt_ans = '3'
                replace POS with 'OFF'
          case prompt_ans = '4'
                replace POS with 'OTH'
          case prompt_ans = '5'
                replace POS with 'NUL'
      endcase

      do case
          case byitself->pos = 'OFF'
                if prompt_ans $ '345'
                      failed = .t.
                endif

          case byitself->pos = 'INP'
                if prompt_ans $ '145'
                      failed = .t.
                endif

          case byitself->pos = 'OUT'
                if prompt_ans $ '245'
                      failed = .t.
                endif

          case byitself->pos = 'NIF'
                if prompt_ans $ '2345'
                      failed = .t.
                endif
      endcase
      if failed
          if byitself->codelim = 0
                select process
                replace endstatus with 'Q',rule with 'Q5',type with ;
                      byitself->mesagetype
          else
                select process
                replace endstatus with 'C',rule with 'Q5',replacedby with ;
                      byitself->codelim,type with byitself->mesagetype
                tem_date=code_date
                append blank
                replace code with byitself->codelim,begstatus with 'O',endstatus ;
                      with 'A',type with byitself->mesagetype, code_date with tem_date
                set filter to endstatus $ 'AP' .and. code_date=temp_date
          endif
      endif
    return


    PROCEDURE DOLLARS
    *
    do helpline
    mode = 0
    need_clear = .t.
    prompt_row = 16
    prompt_col = 8
    promptline =  'Enter the appropriate Code Charge as it appears on the claim ';
                  + 'for the procedure ' + cmess + ': '
    do format2.prg with promptline,prompt_row - 5,prompt_col,70
    do dol_box with prompt_row,21
    do while .t.
          if clipper
                menu to mode
                prompt_ans = str(mode,1)
```

MCK 000053

```
                    95                              96
        else
            prompt_ans = ' '
            @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
            read
            If .not. prompt_ans $ '123'
                mess = 'ENTER 1,2,OR 3'
                DO MESSAGE.PRG
                loop
            endif
        endif
        exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->messagetype
endif
return

PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 6
promptline =   'Please compare the charge on the claim for procedure ';
             + xmess + ' with the payment limit for procedure ';
             + cmess + ': '
dline1 = 'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
         + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 = 'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
         +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,4
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->messagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
        "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod(' / / ')
        @ prompt_row + 2,29 get dob
        read
```

5,253,164

········ILABLE COPY

```
            if dob = ctod('  /  /  ')
               @ prompt_row + 2,29 say space(8)
               @ prompt_row + 2,44 get age
               read
               if age = ' '
                  @ prompt_row + 2,44 say space(3)
                  loop
               endif
            endif
            exit
      enddo
      if age <> ' '
         new_age = val(age)
      else
         new_age = int((date()-dob)/365)
      endif
   endif
   if new_age >= byitself->begage .and. new_age <= byitself->endage
      failed = .t.
      select process
      replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
   endif
   set date ansi
   return

   PROCEDURE ANESTH
   *
   do helpline
   need_clear = .t.
   prompt_row = 16
   prompt_col = 8
   promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
      + 'surgeon, an anesthesiologist, or a facility) that documents ';
      + 'the use of regional or general anesthesia ? (Y/N) '
   do format2.prg with promptline,prompt_row,prompt_col,72
   do while .t.
      prompt_ans = ' '
      @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
      read
      if .not. prompt_ans $ 'YN'
         ?? chr(7)
         loop
      endif
      exit
   enddo
   if prompt_ans = 'N'
      failed = .t.
      select process
      replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
   endif
   return

   procedure ctext
   *
   Parameter zcode
   select allcode
   seek zcode
   cmess = str(zcode,5) + ' (' + trim(title4) + ')'
   return

   procedure review
   *
   parameter abbrev
   do case
      case abbrev = 'RN'
         xreview = 'a nurse or surgical technician'
      case abbrev = 'MD'
         xreview = 'a physician'
      case abbrev = 'SP'
         xreview = 'a supervisor'
      case abbrev = 'AD'
         xreview = 'an adjuster'
      case abbrev = 'CL'
         store .t. to note
   endcase
   return

   procedure source
   *
```

MCK 000055

99    5,253,164    100

```
* NOTE: message.dbf is selected
do case
    case op
        xsource = 'the operative report reviewed'
    case path
        xsource = 'the pathology report reviewed'
    case off
        xsource = 'the office records reviewed'
    case hos
        xsource = 'the hospital progress report reviewed'
    case other
        xsource = 'other related claim(s) reviewed'
    otherwise
        xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
If CLIPPER
    RESTORE SCREEN from rule_scrn
else
    @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return

*****recomm.prg
******CREATE NEW.DBF
select 6
use message index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE    && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
    SORT TO NEW ON RVU/D
else
    copy to new
endif                   && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
o_mess = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further ';
    + space(5) + chr(179) + space(21)+ 'information.'
lap_mess = 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess =     'REPLACED:  This code has been replaced by the code below. Press <F7>';
+ space(5) + chr(179) + space (21)+ 'for further information.'
r_mess =  'REPLACED:  This code has been replaced by the code below.'
```

MCK 000056

5,253,164

101                                                    102

```
lys_mess='EXCLUDED: This procedure is incidental to the accepted code(s), but';
+space (25)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED: When performed with another abdominal procedure,        ';
'+                      appendectomy is virtually always incidental.'
an_mess='EXCLUDED: 64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED: because this code can not be accepted twice.'
lim_mass='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
          clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
          clear_row7,clear_row8
clear_cnt = 0
choice = '$'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline3
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
**    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QM'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col say str(counter,2) + '.  '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod('  /  /  ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>'  BR  '
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col  say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
```

MCK 000057

5,255,104

103                                                    104

```
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
    clear_cnt = 0
    @ 23,1 get helpline
    clear gets
    if clipper
        if repeat
            moreinfo = .f.
            first_time = .t.
            repeat = .f.
            restore screen from rec_scrn1
        endif
        temp = ' '
        keyboard chr(12)
        do while .t.
            keyboard chr(12)
            @ 23,78 get temp
            read
            do case
            case lastkey() = 27
                done = .t.
                exit

            case lastkey() = 13
                if moreinfo
                    restore screen from rec_scrn2
                    moreinfo = .f.
                    set key -6 to moreinfo
                endif
                EXIT

            endcase
        enddo
        keyboard chr(12)
    else
        choice = 'X'
        do while .t.
            SET CONFIRM OFF
            @ 23,10 get choice picture '!'
            read
            SET CONFIRM ON
            if .not. choice $ 'XNQ'
                ?? chr(7)
                loop
            else
                exit
            endif
        enddo
        if choice $ 'NQ'
            done = .t.
        endif
    endif
    if done
        exit
    endif
******

*@ 15,s_col to 15,s_col + 13

    @ 14,s_col say '
    @ 15,s_col say '
    select process
    if .not. first_time
        @ row,s_col - 6 clear to outrow,s_col - 1   && moved from below
        @ mess_row,6 clear to mess_row+1,78         && moved from below
        @ row,s_col say str(row-5,2) + '.  ' + str(code,5)
        select new
        @ outrow,s_col say str(recno(),2) + '.  ' + str(code,5)
                               'MQ'
        if endstatus $ 'P'
            @outrow,s_co. 4 say '??'
            if '.' $ new2
```

MCK 000058

105                                    106

```
                    outrow = new2_row         && for clearing arrows
                    @ outrow,s_col-4 say '??'
                    @ new2_row,s_col say new2
                    new2 = ' '
                endif
            endif
**        @ row,s_col - 6 clear to outrow,s_col - 1
**        @ mess_row,6 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '1'
        do while clear_rec&K <> 0
            go clear_rec&K
            @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
            clear_rec&K = 0
            counter = counter + 1
            K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
            loop
        else
            row = row + 1
        endif
        do while skipover
            skip
            if eof()
                repeat = .t.
                row = 6
                go top
            else
                row = row + 1
            endif
        enddo
        if repeat
            loop
        endif
    else
        first_time = .f.
*       if xcount = 1
*           repeat = .t.
*           loop
*       endif
    endif
    temp1 = str(row-5,2) + '.  ' + str(code,5)
    do case
        case endstatus = 'I'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,l_col say chr(179)
            else
                @ row+1,l_col to mess_row-1,l_col
            endif
            do mid_out with mess_row
            @ mess_row,s_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
            SELECT NEW    code
            locate for code = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,l_col to outrow-1,l_col
            do last_out with outrow
            @ outrow,s_col get temp2
            clear gets
            if endstatus = 'P'
                @ mess_row,g_col say acc_mess
            else
                if endstatus = 'U'
                    @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+ ;
                    ', since it appears with '+ str(trigger,5) + '.'
```

MCK 000059

5,253,164

107

108

```
                    endif
                endif

case begstatus = 'P' .and. endstatus $ '1500'
        SELECT NEW
        locate for code = PROCESS->replacedby
        xtype = type
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row,s_col get temp1
        clear gets
        do first_in with row
        @ row+1,1_col to outrow-1,1_col
        do last_out with outrow
        @ outrow,s_col get temp2
        clear gets
        do case

            case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
                mess = sup_mess
                @ mess_row,g_col say mess


            case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
                .and. xtype = 0
                mess = r_mess
                @ mess_row,g_col say mess

            case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
                .and. xtype<>0
                select message
                seek xtype
                @ mess_row,g_col say 'REPLACED:  '+ TRIM(tolookfor)
                @ row+1,1_col to outrow-1,1_col

            otherwise
                do moreinfo

        endcase

case begstatus = 'P' .and. endstatus = 'R'
        SELECT NEW
        locate for code = PROCESS->replacedby
        outrow = 17 + recno() - 1
        temp2 = str(recno(),2) + '.  ' + str(code,5)
        @ row,s_col get temp1
        if process->type <> 0
            box = .t.
            xtype = process->type
        endif
        clear gets
        do first_in with row
        SELECT PROCESS
        cur_rec = recno()
        cur_row = row
        match = replacedby
        skip
        cur_row = row + 1
        do while .not. eof()
            if replacedby = match
                temp3=str(cur_row-5,2) + '.  ' + str(code,5)
                clear_cnt = clear_cnt + 1
                K = str(clear_cnt,1)
                clear_row&K = cur_row
                clear_rec&K = recno()
                @ cur_row,s_col get temp3
                replace skipover with .t.
                clear gets
                do mid_in with cur_row
            else
                @ cur_row,1_col say chr(179)
            endif
            skip
            cur_row = cur_row + 1
        enddo
        go cur_rec
        if box
            do moreinfo
            @ cur_row,1_col to outrow-1,1_col
```

109                    5,253,164              ...HS DULL COPY
                                                    110

```
            else
                @ mess_row,g_col say.rep_mess + str(replacedby,5)+'.'
                @ cur_row,1_col to outrow-1,1_col
            endif
            do last_out with outrow
            @ outrow,s_col get temp2
            if box
                do moreinfo
            endif
            box = .f.
            clear gets


        case begstatus = 'P' .and. endstatus = 'E'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,1_col say chr(179)
            else
                @ row+1,1_col to mess_row-1,1_col
            endif
            do mid_out with mess_row
            do case
                case code=44950 .or. code=44955
                    @ mess_row,g_col say app_mess

                otherwise
                    save_spot = recno()
                    xtrigger = trigger
                    if type <> 0
                        box = .t.
                    endif
                    xtype = type
                    go top
                    locate for code = xtrigger
                    do case
                        case endstatus = 'E'
                            xtrigger = trigger
                        case endstatus = 'R'
                            xtrigger = replacedby
                    endcase
                    go save_spot
                    if box .and. xtype <> 49001
                        select message
                        seek xtype
                        @ mess_row,g_col say 'EXCLUDED: '+ TRIM(tolookfor)
                    else
                        if xtype = 49001
                            select message
                            seek xtype
                            @ mess_row,g_col ssy 'EXCLUDED:  ' +trim(tolookfor) ;
                                + '-' +str(xtrigger,5)+'.'
                        else
                            @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
                        endif
                    endif
                    box = .f.
            endcase

        case begstatus = 'P' .and. endstatus = 'M'
            match = trigger
            SELECT NEW
            locate for (code=PROCESS->code) .or. code = match
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row, s_col get temp1
            do first_in with row
            SELECT PROCESS
            cur_rec = recno()
            cur_row = row
            match = trigger
            skip
            cur_row = row + 1
            do while .not. eof()
                if code = match
                    temp3 = str(cur_row-5,2) + '.  '+str(code,5)
                    clear_cnt = clear_cnt + 1
                    K = str(clear_cnt,1)
```

94

MCK 000061

5,253,164

BEST AVAILABLE COPY

`111`                                                    112

```
                    clear_row&K = cur_row
                    clear_rec&K = recno()
                    @ cur_row,s_col get temp3
                    replace skipover with .t.
                    clear gets
                    do mid_in with cur_row
                  else
                    @ cur_row,1_col say chr(179)
                  endif
                  skip
                  cur_row = cur_row + 1
                enddo
                @ cur_row,1_col to outrow-1,1_col
                go cur_rec
                do ques_M1 with outrow
                @ outrow,s_col get temp2
                cur_row = outrow + 1
                clear gets
                select new
                sav_newrec = recno()
                skip
                do while .not. eof()
                  if code = match .or. code = process->code
                    new2 = str(recno(),2) + '. ' + str(code,5)
                      new2_row
                    new2  = cur_row
                    @ cur_row,s_col get new2
                    clear gets
                    do ques_out with cur_row
                    exit .     && limited to 2 codes
                  else
                    @ cur_row,1_col say chr(179)      && only if > 2 codes
                  endif
                  skip
                  cur_row = cur_row + 1
                enddo
                go sav_newrec
                @ mess_row,g_col say query_mess
                do moreinfo

              case begstatus = 'P' .and. endstatus = 'Q'
                SELECT NEW
                locate for code = PROCESS->code
                outrow = 17 + recno() - 1
                temp2 = str(recno(),2) + '. ' + str(code,5)
                @ row,s_col get temp1
                clear gets
                do first_in with row
                @ row+1,1_col to cutrow-1,1_col
                do ques_out with outrow
                @ outrow,s_col get temp2
                clear gets
                @ mess_row,g_col say q_mess
                do moreinfo

              case begstatus='P' .and. endstatus='L'
                @ row,s_col get temp1
                do first_in with row
                if row+1 = mess_row -1
                  @ row+1,1_col say chr(179)
                else
                  @ row+1,1_col to mess_row-1,1_col
                endif
                do mid_out with mess_row
                @ mess_row,g_col say l_mess

        endcase
    ENDDO
    select 2    && process
    use process
    **set filter to
    **go top
    **select 9                        && Adding records to HISTROY.dbf
    **use history                     && to keep a log file
    **append from process             && commented out, no need for demo
    **select 9
    **use
    **sslect new
```

MCK 000062

5,255,104    114

```
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec_scrn
select process
xcode = code
do case
    case endstatus = 'Q'

       select message
       seek process->type
       xreviewer = reviewer
       note = .f.

       do review with xreviewer
       if note
          mess = trim(message->tolookfor)
          set color to &colorh
          do format1.prg with mess,-15,24,78
          set color to &colorm
       else
          do source
          string = ' '
          store 0 to cur_row, col_beg, col_end, row_beg
          dline1 = 'Before accepting code '+str(xcode,5)+':'
          dline2 = ' '
          dline3 = 'HAVE: '+xsource
          dline4 = ' BY: '+xreview
          dline5 = ' WHY: '
          set color to &colorh
          do rec_box with -17,24,78
          set color to &colorm
       endif
       store .f. to note
       set procedure to lines

    case endstatus = 'N'
       select message
       seek process->type
       xreviewer = reviewer
       note = .f.
       do review with xreviewer
       if note
          mess = trim(message->tolookfor)
          set color to &colorh
          do format1.prg with mess,-15,24,78
          set color to &colorm
       else
          do source
          string = ' '
          store 0 to cur_row, col_beg, col_end, row_beg
          dline1 = 'Before accepting these codes'
          dline2 = ' '
          dline3 = 'HAVE: '+xsource
          dline4 = ' BY: '+xreview
          dline5 = ' WHY: '
          set color to &colorh
          do rec_box with -17,24,78
          set color to &colorm
       endif
       store .f. to note
       set procedure to lines

    case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
       select message
       seek process->type
       mess = trim(message->tolookfor)
       set color to &colorh
       do format1.prg with mess,-15,24,78
       set color to &colorm
```

5,253,164

**115**                     **116**

```
        store .f. to note
        set procedure to Line I.no

    endcase

    return

    * MESSAGE.PRG
    *
    rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
    rmess= substr(space(17) + rmess + space(40),1,62)
    @ 23,1 say space(78)
    @ 23,9 get rmess
    clear gets
    ?? chr(7)
    do while inkey() <> 13
    enddo
    @ 23,1 say space(78)
    @ 23,1 get helpline
    clear gets
    return
    * format2.prg
    parameters string,row_beg,col_beg,col_end

    cur_row = row_beg + 1
    string = trim(string)
    str_size = len(string)
    MAX_SIZE = COL_END - COL_BEG - 1
    box2 = int((max_size - 30)/2)
    rows = int(str_size / (max_size-6)) + 1
    do while str_size > max_size
            counter = 0
            do while .t.
                    if substr(string,max_size-counter+1,1) = ' '
                            exit
                    else
                            counter = counter + 1
                    endif
            enddo
            @ cur_row,col_beg say substr(string,1,max_size - counter)
            cur_row = cur_row + 1
            str_size = str_size - max_size + counter - 1
            string = substr(string,max_size - counter + 2,str_size)
    enddo
    @ cur_row,col_beg say string
    leftover = len(string)
    return
    * format1.prg
    parameters string,row_beg,col_beg,col_end
    title = ' CodeReview Recommendation '
    string = trim(string)
    str_size = len(string)
    MAX_SIZE = COL_END - COL_BEG - 1
    rows = int(str_size / (max_size-6)) + 1
    box2 = int((max_size - 30)/2)
    ** The "max" function forces top of box to row 1 if box is off screen
    IF ROW_BEG < 0
            row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
    ENDIF
    cur_row = row_beg + 1
    @ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
    @ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
    @ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
    @ row_beg-1,col_beg+box2+1 say title
    do while str_size > max_size
            counter = 0
            do while .t.
                    if substr(string,max_size-counter+1,1) = ' '
                            exit
                    else
                            counter = counter + 1
                    endif
            enddo
            @ cur_row,col_beg say substr(string,1,max_size - counter)
            cur_row = cur_row + 1
            str_size = str_size - max_size + counter - 1
            string = substr(string,max_size - counter + 2,str_size)
    enddo
    @ cur_row,col_beg say string
    return
```

MCK 000064

5,253,164

117

What is claimed is:

1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

informing a user that a medical service code is not contained in the predetermined database.

2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step.

3. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

118

5. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

8. The apparatus of claim 3, further comprising means for requesting further information from a user regarding the at least one claim.

9. The apparatus of claim 3, wherein the relationships among the medical service codes include medically determined relationships.

10. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service claim, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

means for authorizing medical service codes which are not contained in any other medical service code; and

means for rejecting medical service codes which are contained in any other medical service code.

11. The apparatus of claim 10, further comprising means for revising the at least one claim to not include a rejected medical service code.

12. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

MCK 000065

119

13. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

  a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

  means for receiving at least one claim;

  means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

  means for informing a user that a medical service code is not contained in the predetermined database.

14. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

  a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

  means for receiving at least one claim;

  means for ascertaining whether the at least one claim contains a plurality of medical service codes;

  means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

  means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

  means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.

120

15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

  a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

  means for receiving at least one claim;

  means for ascertaining whether the at least one claim contains a plurality of medical service codes;

  means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

  means for authorizing the at least one claim in response to the means for determining; and

  means for rejecting the at least one claim in response to the means for determining.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

  receiving at least one claim;

  ascertaining whether the at least one claim contains a plurality of medical service codes;

  determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

  authorizing the at least one claim in response to the determining step; and

  rejecting the at least one claim in response to the determining step.

* * * * *

EXHIBIT B

Page 242

```
 1              VOLUME B
        IN THE UNITED STATES DISTRICT COURT
 2
        IN AND FOR THE DISTRICT OF DELAWARE
 3
               - - -
 4
 5  McKESSON INFORMATION SOLUTIONS   :    CIVIL ACTION
    LLC,                            :
        Plaintiff                   :
 6
 7         vs.                      :
    THE TRIZETTO GROUP, INC.,       :
 8
        Defendant                   :    NO. 04-01258 (SLR)
 9
               - - -
10
                    Wilmington, Delaware
11                  Tuesday, April 18, 2006
                    8:30 o'clock, a.m.
12
               - - -
13
14  BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
               - - -
15
    APPEARANCES:
16
17      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
        BY:  MICHAEL BARLOW, ESQ.
18
               -and-
19
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
20      BY:  JEFF RANDALL, ESQ.,
             BERNARD SHEK, ESQ. and
21           MICHAEL HENDERSHOT, ESQ.
             (Palo Alto, California)
22
              Counsel for Plaintiff
23
                       Valerie J. Gunning and
24                     Leonard A. Dibbs,
                       Official Court Reporters
25
```

Page 243

```
 1  APPEARANCES (Continued):
 2
        MORRIS, NICHOLS, ARSHT & TUNNELL
 3      BY:  JACK B. BLUMENFELD, ESQ.
 4
               -and-
 5
 6      GIBSON, DUNN & CRUTCHER LLP
        BY:  JEFFREY THOMAS, ESQ. and
 7           DAVID SEGAL, ESQ.
             (Irvine, California)
 8
 9             -and-
10
        GIBSON, DUNN & CRUTCHER LLP
11      BY:  MICHAEL SITZMAN, ESQ.
             (San Francisco, California)
12
              Counsel for Defendant
13             - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 244

PROCEEDINGS

(Proceedings convened at 8:30 a.m., and the following occurred without the presence of the jury.)

THE COURT: Good morning, counsel.

(Counsel respond "Good morning, your Honor.")

THE COURT: I guess you can lay out what issues we need to address in what order. I have an idea of what we need to address today, but I will let you be the ringmasters here.

Are we all set with depositions? I understand from the e-mail that at least some of these depositions are going to go forward, consistent, I hope, with my guidelines.

Mr. Randall?

MR. RANDALL: Yes, your Honor. We have -- we've gone through the transcripts and we have at least done our best to take out questions that referenced either the patent or the claims in the questions, also any questions that referenced the term predetermined database.

We have done our best to remove those and have made our designations and have given them to the other side. With respect to proceeding this morning

Page 245

in terms of the witnesses, we'd like to call our expert, Dr. Musen, to the stand. The only issues with respect to his testimony are the submission within the Court's guidelines prior to 48 hours before he took the stand, we sent over screen shots that were previously disclosed to counsel and videos of what are represented by the screen shots. Basically, the screen shots fading into each other.

So we provided those. The only objection we got was we're objecting to the extent that you intend to go beyond the scope of his report. It's really just a restatement of the rule that you made very clear to both sides. We don't intend to violate that rule, so we -- they really didn't make any objection to the substance of those documents.

And then the other issues that we would like to bring up would be, one, a brief, brief argument regarding Document J issue. And then raise issues with respect to Trizetto's attempts to put witnesses and evidence on during their case. Specifically, Ms. Wukitch, who is here regarding our infringement case. She is an employee of McKesson. She really does not have any information relating to the operation of the products.

We've asked them if there's anything that's

Page 342

1  for certain services, that other things -- by the nature
2  of the service, bundled in.
3       There may be situations when a patient should
4  be charged explicitly for an office visit, but one should
5  not be charged for an office visit at the same time that
6  the surgery takes place because the surgical code
7  includes the amount of reimbursement that the physician
8  should receive for allowing the patient to come into the
9  office.
10      MR. HENDERSHOT: Could we pull up Slide 1116?
11  Trial Exhibit 1116?
12  BY MR. HENDERSHOT:
13  Q. And these relationships we see here, Dr. Musen,
14  between these two codes, do they come into play at all
15  in the processing of a claim in the Facets system?
16  A. Absolutely. These are the relationships in the
17  database that Facets uses in order to do its clinical
18  editing.
19  Q. All right.
20      MR. HENDERSHOT: Could we see Slide 1116?
21  BY MR. HENDERSHOT:
22  Q. So what are we seeing on this screen, Dr. Musen?
23  A. We're seeing the screen we saw a moment ago, where
24  on the upper left we see Lines 1 and 2, where the
25  procedure codes have been entered for the particular

Page 343

1  claim, the 64450 code for the anesthesia and the 10120
2  code for the surgery. And what we see is that there
3  has been a process that has taken place whereby Facets
4  has indicated that there's a subset procedure detected
5  on Line 1, that clinical edits exist. I'm reading the
6  warning message you see on the upper right.
7       And this is essentially how Facets informs
8  the user the same way that the patented product did
9  that the code for the anesthetic should not be billed
10  at the same time that there's a code on the form for
11  the surgical procedure.
12  Q. So there's an arrow to the left of Line 1 there,
13  Dr. Musen?
14  A. That's correct.
15  Q. What does that indicate?
16  A. That means that the computer is viewing Line 1
17  and that the warning message applies to Line 1 and
18  actually, if we also go down to the bottom of the
19  screen, where it says N-O 1, we also see the message
20  subset procedure disallowed.
21  Q. So that means -- what does that indicate to you
22  about this code on Line 1?
23  A. That the code has been rejected, and if we look at
24  the actual dollar numbers, we see that the considered
25  charge for the anesthesia in Line 1 is $71.62.

Page 344

1  Q. Are you referring to the considered charge right
2  here, Dr. Musen?
3  A. That's correct.
4       And that the allowed -- the allowed charge is
5  zero.
6  Q. And does it indicate over here (indicating) $71.62
7  next to disallow?
8  A. That's correct. So the charge for the anesthetic
9  has been disallowed because the code has been rejected
10  because the code for the surgery should include all the
11  costs that the physician incurred for which he's to be
12  reimbursed.
13      MR. HENDERSHOT: Can we bring up Exhibit
14  1117?
15  BY MR. HENDERSHOT:
16  Q. Now, Dr. Musen, the arrow here on this slide is now
17  on what looks to be Line 2?
18  A. That's correct.
19  Q. I guess the system numbers the line items in the
20  medical service codes?
21  A. That's correct.
22  Q. So what is the arrow being on Line 2 indicate to
23  you?
24  A. Well, it gives us context for what we see in the
25  screen that's below and you'll see the considered charge

Page 345

1  for the surgical component of the visit, the $88.27,
2  refers to the removal of the foreign body, and all of
3  that charge has been allowed.
4       It turns out that Facets has determined
5  there's a co-pay of $25 and so actually the benefit to
6  the patient is $63.27. But fundamentally what we see is
7  that the first code has been rejected and the second
8  code has been accepted.
9  Q. Is that consistent with the examples you've been
10  explaining earlier today?
11  A. That's exactly what the patented invention did. We
12  saw that one.
13      MR. HENDERSHOT: Could we see the next exhibit
14  in sequence?
15      The next exhibit?
16      How about 1115? 1115, please.
17  BY MR. HENDERSHOT:
18  Q. Now, Dr. Musen, we're taking a step back in time
19  here in the process, as I understand it. Do you
20  understand, have an understanding as to where in the
21  stage of process --
22  A. Yes, I do. We've just gone back to before the
23  clinical edits were applied.
24  Q. And what's being indicated on the screen here?
25  A. Well, the user is attempting to save the claim as

Page 382

1 on this claim based on your explanation earlier?
2 A. That's correct.
3 Q. And is one of them 12036?
4 A. Right. 12036 is a particular code for repair of
5 a laceration. I believe 20 to 31 centimeters and I
6 don't have it memorized.
7 Q. Okay. I forgive you that.
8      There's an arrow on what has been labeled
9 Line 2?
10 A. Line 2 refers to a different procedure code for
11 12037, which is the cost of repairing a really big
12 laceration. As I recall, it's more than 31 centimeters.
13 Q. Okay. So if you -- I believe you discussed this
14 description as to the procedure here under the line item
15 table.
16 A. Yes. Okay. Oh, that is very helpful.
17      So Line 2 is, indeed, repair of a laceration
18 of the scalp or trunk or extremity and that's over 37
19 centimeters in length.
20 Q. So this is a situation where you, as you had
21 discussed, multiple lacerations, repair of multiple
22 lacerations are being submitted on a claim?
23 A. That's correct.
24 Q. And this slide is taken from an example you were
25 able to run at Facets?

Page 383

1 A. Exactly.
2      MR. HENDERSHOT: Would you bring up Exhibit
3 1125?
4 BY MR. HENDERSHOT:
5 Q. Dr. Musen, do you recognize what Exhibit 1125 is?
6 A. Yes. It's an example of Facets doing the right
7 thing.
8 Q. It --
9 A. It shows you the two codes, 12036 and 12037, and
10 generates the error message that tells you the two
11 codes appropriately should be bundled into a single
12 code.
13 Q. In this example, one did 12036 represent?
14 A. 12036 was repair of a smaller size laceration and
15 according to CPT coding convention, when you have two
16 lacerations and you repair both of them, then you only
17 get credit for the total length or, in this case, you
18 get credit for a very large laceration greater than 30
19 centimeters.
20 Q. So the doctor in this example treated two
21 lacerations?
22 A. That's correct.
23 Q. But should have billed for one?
24 A. That is correct.
25 Q. Which corresponds to this 12037?

Page 384

1 A. Right. And we have to be a little bit careful
2 about the language. It's not that the doctor should
3 have billed for one laceration. The one laceration on
4 the form doesn't really exist anatomically. It's not
5 a medical reality of the patient. It's simply the way
6 that one bills when there are multiple injuries and one
7 does multiple repairs.
8 Q. All right. So the billing convention as an example
9 is divorced from the medical condition of the patent?
10 A. Right.
11 Q. The patient?
12 A. Exactly.
13      MR. HENDERSHOT: Could you pull up Slide
14 1126?
15 BY MR. HENDERSHOT:
16 Q. Do you recognize this screen?
17 A. Yes.
18 Q. Is this also from your example?
19 A. It's also from my example and also from Facets.
20 Q. Okay. It says clinical editing criteria indicative
21 for 12037?
22 A. Correct.
23 Q. We also see the subset category again?
24 A. Yes.
25 Q. Have we discussed that before today?

Page 385

1 A. Yes.
2 Q. Is there any relevant information with respect to
3 this information underneath that tab?
4 A. Yes. The same Subset 1 relationship exists between
5 the ten medical service codes that we see in that open,
6 open box, dialogue box that we saw in relationship to
7 the code for the surgical excision of the foreign body.
8 In other words, whenever a clinician bills for repair
9 of a laceration that is over 30 centimeters, then any
10 other lacerations that might be on that patient do not
11 justify a separate bill, they should all be bundled
12 into the same charge.
13      It's not that the lacerations don't exist,
14 but the billing should be for one big one.
15 Q. So it's a non-medical criteria?
16 A. It's non-medical.
17 Q. Did any of these play into the process we saw by
18 Facets?
19 A. Absolutely. Any of those other codes on the claim
20 form would be disallowed and the one that we approved
21 would be the one for the laceration greater than 30
22 centimeters.
23 Q. Okay. So -- and because 12036 is included on this
24 list of relationships?
25 A. That's correct.

Page 486

1  used with Dr. Musen that there was no objection.
2          MR. RANDALL: You did move it in. You
3  walked up and said I'm going to move it in, there's no
4  objection.
5          THE COURT: Well, I don't know that that was
6  a formal --
7          MR. SITZMAN: May I move?
8          THE COURT: Yes, you certainly may.
9          MR. SITZMAN: Thank you, your Honor.
10         THE COURT: All right. Let's bring our jury
11 in, then.
12         (Pause.)
13         (At this point the jury entered the courtroom
14 and took their seats in the box.)
15         THE COURT: All right. You may continue.
16 Redirect? Are we having redirect?
17         MR. HENDERSHOT: My colleague is a little
18 eager.
19              REDIRECT EXAMINATION
20 BY MR. HENDERSHOT:
21 Q.  Dr. Musen, I'd like to talk to you about a few
22 minutes that has just been raised in cross-examination.
23 A.  Sure.
24 Q.  Can we pull up Slide 14, which is Claim 1 of the
25 '465?

Page 487

1          While he's doing that, Dr. Musen, I'd like to
2  ask you a few questions.
3          You reviewed Claim 1 and understand it?
4  A.  Yes.
5  Q.  What is your understanding of the determining step
6  in Claim 1 of the '164 patent as to what it requires?
7  A.  It requires a means to determine whether a code is
8  absent from the database.
9  Q.  And does it require a means or just that that
10 function be performed?
11 A.  That the function be performed.
12 Q.  Have you reviewed the courts claim construction of
13 that element?
14 A.  Yes.
15 Q.  Do you understand it to be limited to any
16 particular way of performing that function?
17 A.  I don't read that at all.
18 Q.  And the function in that step requires that the
19 computer system determine whether a code is not in the
20 predetermined database, not that it's in the
21 predetermined database; is that correct?
22 A.  That's correct.
23 Q.  And you had suggested that one way to perform that
24 step -- strike that.
25     You said there were multiple ways that step

Page 488

1  could be performed?
2  A.  That's right.
3  Q.  Could you describe just a few or one or two?
4  A.  Yes. I think I did for Mr. Sitzman.
5          One could exhaustively go through the
6  database codes to see if the code was there, and if he
7  didn't find it, he would report that it was missing.
8          One could have an index that would be a
9  list of all the possible codes in the database that would
10 be maintained separately. Some modern database systems
11 would automatically create such indices that such things
12 would exist without actual programming effort on the
13 part of the end user.
14 Q.  Okay. Looking at Claim 1 here, just up on the
15 screen, can you see that all right?
16 A.  Yes, I do.
17 Q.  The determining step says, determining whether any
18 medical service code contained in the at least one claim
19 is not present in the predetermined database.
20 A.  Right.
21 Q.  Do you read anything in that limitation that's
22 requiring that the predetermined database be used to
23 make that determination?
24 A.  Nothing at all.
25 Q.  You had identified looking in a separate index as

Page 489

1  a possibility of doing that?
2  A.  That's right.
3  Q.  In your view, in your expert opinion, could that
4  element be satisfied by looking at an index of all
5  possible codes in the predetermined database?
6  A.  That's -- that is the way most people would
7  program that step.
8  Q.  Can you analogize looking in the index to determine
9  if something is present in another set of information?
10 A.  Yes. I mean, it's the difference between going to
11 the card catalogue in the library and seeing if the book
12 is there versus spending your afternoon looking at every
13 book in the stacks and it would make much more sense to
14 go to an index to do that.
15         Having the index available would make life
16 much simpler.
17 Q.  And that's a way to verify that a piece of
18 information is not present in a collection; is that
19 correct?
20 A.  Well, failure to find something would be a way of
21 determining that it's not there.
22 Q.  All right. Mr. Sitzman also asked you a number of
23 questions about other functionality in Facets and other
24 applications, so forth. Do you recall that discussion?
25 A.  Yes, I do.

Page 769

```
 1              - VOLUME D -
          IN THE UNITED STATES DISTRICT COURT
 2
          IN AND FOR THE DISTRICT OF DELAWARE
 3                    - - -
 4
   McKESSON INFORMATION SOLUTIONS  :    CIVIL ACTION
 5  LLC,
            Plaintiff             :
 6
       vs.                        :
 7
   THE TRIZETTO GROUP, INC.,      :
 8
            Defendant             :    NO. 04-01258 (SLR)
 9
                      - - -
10
                  Wilmington, Delaware
11                Thursday, April 20, 2006
                  10:27 o'clock, a.m.
12
                      - - -
13
   BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
14
                      - - -
15
   APPEARANCES:
16
          SKADDEN, ARPS, SLATE, MEAGHER & FLOM
17        BY:  MICHAEL BARLOW, ESQ.
18             -and-
19        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
          BY:  JEFF RANDALL, ESQ.,
20             BERNARD SHEK, ESQ. and
               MICHAEL HENDERSHOT, ESQ.
21             (Palo Alto, California)
22             Counsel for Plaintiff
23                          Valerie J. Gunning and
24                          Leonard A. Dibbs,
                            Official Court Reporters
25
```

Page 770

```
 1  APPEARANCES (Continued):
 2
          MORRIS, NICHOLS, ARSHT & TUNNELL
 3        BY:  JACK B. BLUMENFELD, ESQ.
 4             -and-
 5
          GIBSON, DUNN & CRUTCHER LLP
 6        BY:  JEFFREY THOMAS, ESQ. and
               DAVID SEGAL, ESQ. and
 7             T. KEVIN ROOSEVELT, ESQ.
               (Irvine, California)
 8
 9             -and-
10
          GIBSON, DUNN & CRUTCHER LLP
11        BY:  MICHAEL SITZMAN, ESQ.
               (San Francisco, California)
12
13             Counsel for Defendant
14                    - - -
15
16
17
18
19
20
21
22
23
24
25
```

Page 771

```
 1
 2              P R O C E E D I N G S
 3
 4        (Proceedings convened at 10:27 a.m., and the
 5  following occurred without the presence of the jury.)
 6
 7        THE COURT:  All right.  Do we have issues
 8  with the first presentation of evidence?  Not with the
 9  entire case, just with what's happening first thing.
10        MR. RANDALL:  We do, your Honor.
11        With respect to the demonstratives that Mr.
12  Davis intends to testify about, we have objections as to
13  most of the demonstratives.  I have a copy set of them
14  right here, if I could hand them up?
15        THE COURT:  All right.
16        (Mr. Randall handed documents to the Court.)
17        MR. RANDALL:  The first, not necessarily in
18  order, but I just want to cover one right away.  At 4-8,
19  they're numbered at the bottom right-hand corner,
20  there's a demonstrative with up in the upper left-hand
21  corner, it references Dr. Johnson's expert report.  I
22  don't think that's appropriate.  She didn't testify.
23        THE COURT:  I agree, and reports aren't
24  part of the case, ever, so that should not be shown.
25        MR. RANDALL:  With respect to the second
```

Page 772

```
 1  slide, 4-2, and on forward through 4-6, what Mr.
 2  Davis is attempting to testify about is that the step
 3  of ascertaining whether at least one claim contains a
 4  plurality of medical service codes is limited to the
 5  structure in the Figure 2.  That's what all of those
 6  slides are about.  They are going to present to the
 7  jury their theory that the reasonable interpretation
 8  of that term is that it's limited to the structure and
 9  that's simply contrary to what your Honor ruled at
10  Markman.  That's what they advanced with respect to
11  the Markman hearing and they didn't receive that
12  construction properly.  And they are going to advance
13  it in front of the jury.
14        It's simply error to permit them to present
15  an argument that is directly contrary to your Honor's
16  ruling, and there's no other purpose for that for all
17  of those figures.
18        With respect to 4-10 -- I'm sorry, 4-9,
19  no objections.
20        4-10, Dr. Davis did not opine on anything
21  regarding predetermined database that is relevant to
22  your Honor's construction.  His construction of
23  predetermined database was that it required user -- it
24  precluded user modification, and so there are a series
25  of slides that he's going to testify about regarding
```

Page 849

1 the brain of a human?
2 A. Yes, I recall that.
3 Q. Do you agree with that statement?
4 A. No, I don't.
5 Q. Why not?
6 A. I understand that McKesson's -- I'm sorry,
7 TriZetto's software can and is used without clinical
8 editing at all. That is one can purchase the product
9 without the clinical editing functionality or you can
10 purchase the product and turn off the clinical editing
11 functional, and if a customer were to do either one of
12 those things, one would have to ask if the analogy were
13 true, why they would want a piece of brain-dead software.
14        So I don't think the analogy is apt. That
15 is, there's substantial additional functionality in the
16 software, which is much beyond the clinical editing.
17 Otherwise, customers would not want the software without
18 the clinical editing. So that's why the analogy just
19 seems inappropriate to me.
20 Q. All right. So we're going to start out with Claim
21 1. I'm going to put up aboard with the three claims so
22 we can follow as we go through and make some progress.
23        The jury also, I believe, has the patent in
24 their book and Claim 1 is on the second-to-last page of
25 Trial Exhibit 1, which is in evidence (placing chart on

Page 850

1 the easel).
2        The first question to you, Professor Davis:
3 Does TriZetto's software practice -- perform the steps
4 of Claim 1 of the '164 patent?
5 A. No, I do not believe it does.
6 Q. All right. Do you recall yesterday McKesson
7 showing their trial Exhibit 1120?
8        MR. SEGAL: If we can get that up, please...
9 BY MR. SEGAL:
10 Q. And explaining -- this is the screen that shows
11 there's an invalid procedure code when Dr. Musen entered
12 one two three four in the system.
13        There we go.
14        And I believe this was from the Facets
15 software and Dr. Musen showed a similar message comes up
16 in TriZetto's other software.
17        Do you recall that testimony?
18 A. I do.
19 Q. And Dr. Musen used the screen shot to say that
20 the steps of Claim 1 were performed by TriZetto's
21 software?
22 A. In particular, all the steps of Claim 1 were
23 performed by the software.
24 Q. As initial matter, when is the first time you
25 saw --

Page 851

1        MR. SEGAL: Something happened to that.
2 BY MR. SEGAL:
3 Q. When is the first time you heard any support --
4 let me rephrase the question. Sorry.
5        I thought Dr. Musen, in his testimony, said
6 that TriZetto could infringe Claim 1 even if it didn't
7 look up codes in the predetermined database, but instead
8 used an index.
9        Do you recall that?
10 A. I recall that.
11 Q. Is he correct?
12 A. In principle, it is arguable. I don't know if
13 it's correct, but it's certainly arguable that if the
14 TriZetto code actually used an index into the
15 predetermined database, then I suppose one could argue
16 that a program that performed that way was, indeed,
17 carrying out the determining step in Claim 1. The
18 important point, however, is that's not how the
19 TriZetto software works. It does not use an index into
20 the predetermined database.
21 Q. Okay. Upon hearing Dr. Musen's testimony in court,
22 did you ask that some graphics be prepared to explain
23 what your opinion is about how TriZetto does not
24 infringe Claim 1?
25 A. Yes.

Page 852

1        MR. SEGAL: And if we can have Graphic 10
2 up, please...
3        And if we start the graphic...
4 BY MR. SEGAL:
5 Q. And if you can explain to the jury what this graphic
6 is intended to depict...
7 A. The important point here is that there are two
8 separate and distinct databases in the Facets software
9 and the other programs as well. There is a database
10 called, labeled up there, the CPT code list, which
11 contains an exhaustive list of all of the CPT codes
12 taken as suggested by the little animation there taken
13 directly from a publication provided by the American
14 Medical Association. That's all the codes that the
15 program is supposed to know about.
16 Q. And what is the second list?
17 A. On the right-hand side of the screen is something
18 labeled clinical editing rules. That is the
19 predetermined database that we have been talking about
20 in this case. And as you can see there, the company
21 called Deloitte & Touche provides the clinical editing
22 rules, and those are loaded into what has been called in
23 this case the predetermined database.
24 Q. But isn't the CPT code list just an index of the
25 codes, of all the codes that are in the rules?

Page 857

1    In fact, do the next part of it. We don't
2 get an error. Why? Because where we look is in the
3 CPT code list, which is separate, distinct and
4 disconnected from the predetermined database.
5        Having removed that editing rule in that code
6 from the predetermined database, if that's where the
7 TriZetto code looked, it would have to say, it would have
8 to determine that that medical service code is not present
9 in the predetermined database. That's not the behavior of
10 the program, so we've demonstrated that that is not where
11 the TriZetto code is looking to make that determination.
12 Q. Are these graphics that you had prepared not only
13 consistent with the demonstration you saw in the live
14 Facets software, but also consistent with your review of
15 the source code and database tables in the program?
16 A. Yes.
17 Q. By the way, did you see anything in the code that
18 said to call a friend or phone a friend to determine
19 whether a code is not in the database?
20 A. No. After Dr. Musen suggested the code might do
21 that, I took another look and I did not find anything
22 like that.
23 Q. I would like to show you on the Elmo some trial
24 testimony from Dr. Musen's testimony. I've highlighted
25 it.

Page 858

1        In connection with this testimony, Dr. Musen
2 was testifying about how he thought the index would have
3 to work. And he said, I find it inconceivable that Dr.
4 Johnson would get it wrong when she, although it says
5 he there, evaluated the software.
6        Question: If Dr. Johnson got it wrong, if
7 there, in fact, is two databases, and if, in fact, the
8 TriZetto programs do go to a different database to do
9 the validity check, that would change -- will change
10 your opinion, won't it?
11        Answer: Validity of the combination of
12 codes or --
13        Question: Just the codes.
14        Answer: In Claim 1?
15        Question: Yes. Just whether the code is a
16 valid code.
17        Answer: I'm sorry.
18        Did Dr. Johnson make a determination as to
19 whether or not the TriZetto software used a separate
20 database to check and give that invalidity check?
21 A. Yes. In her deposition, she indicated that there
22 was, indeed, a second database used to the invalidity
23 check.
24 Q. Did she refer to it as a separate database? Do
25 you recall?

Page 859

1 A. I believe she did. I don't -- I don't recall the
2 precise language, but I'm fairly sure that she referred
3 to it as a separate database.
4 Q. So Dr. Johnson agrees with your opinion; is that
5 right?
6 A. That's correct.
7 Q. I would also like to -- do you generally recall
8 Dr. Musen also testifying about his assumptions to
9 support his opinion that TriZetto used an index of
10 codes of the predetermined database to validate
11 procedure codes?
12 A. I remember -- I generally remember that testimony.
13 Q. I'd like to read to you from Page 438 of the
14 trial transcript from Tuesday.
15        MR. SEGAL: And if we can put up 1120,
16 because that was the exhibit that was up and about
17 which Dr. Musen was testifying.
18 BY MR. SEGAL:
19 Q. Question: And you have no idea, based on your
20 testimony, what database the Facets software went to
21 check and return that message; correct?
22        Answer: I'm not clueless. I mean, I would
23 assume that if the program were created in a reasonable
24 way, there would be an index into the ClinicaLogic
25 database and it would use that index to find the answer,

Page 860

1 but I don't know for sure.
2        Dr. Davis, do you know for sure whether a
3 separate database is used by TriZetto in performing the
4 validity check?
5 A. Yes. From having examined the behavior of the
6 program and from having examined the software, I do know
7 for sure, and there is a separate database used.
8 Q. Does that mean TriZetto's software was created in
9 an unreasonable way?
10 A. No. Dr. Musen is making a reasonable presumption
11 about the possibility that there might have been an
12 index. That would have been a second sensible way to
13 do this, but it turns out there's more than one sensible
14 way to have designed this program and his answer about
15 the claim, the element of the Claim No. 1 just happens
16 to depend on an assumption that the program is designed
17 in a way in which it is not, in fact, designed.
18            - - -
19 A. (Continuing) The program is designed and built
20 differently such that it doesn't carry out that element
21 of that claim.
22 Q. So you testimony is not based on an assumption?
23 A. That's correct. It's based on looking at the
24 code.
25 Q. Did you also learn anything about the history of

Page 977

```
 1              - VOLUME E -
              IN THE UNITED STATES DISTRICT COURT
 2
              IN AND FOR THE DISTRICT OF DELAWARE
 3
                     - - -
 4
   MCKESSON INFORMATION SOLUTIONS    :     CIVIL ACTION
 5 LLC,
              Plaintiff              :
 6
         vs.                         :
 7
   THE TRIZETTO GROUP, INC.,         :
 8
              Defendant              :    NO. 04-01258 (SLR)
 9
                     - - -
10
                  Wilmington, Delaware
11                Monday, April 24, 2006
                  8:30 o'clock, a.m.
12
                     - - -
13
   BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
14
                     - - -
15
   APPEARANCES:
16
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
17      BY:  MICHAEL BARLOW, ESQ.

18           -and-

19      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
        BY:  JEFF RANDALL, ESQ.,
20           BERNARD SHEK, ESQ. and
             MICHAEL HENDERSHOT, ESQ.
21      (Palo Alto, California)

22           Counsel for Plaintiff

23                   Valerie J. Gunning and
                     Leonard A. Dibbs,
24                   Official Court Reporters

25
```

Page 978

```
 1 APPEARANCES (Continued):

 2
        MORRIS, NICHOLS, ARSHT & TUNNELL
 3      BY:  JACK B. BLUMENFELD, ESQ.

 4           -and-

 5
   GIBSON, DUNN & CRUTCHER LLP
 6      BY:  JEFFREY THOMAS, ESQ. and
             DAVID SEGAL, ESQ. and
 7           T. KEVIN ROOSEVELT, ESQ.
             (Irvine, California)
 8

 9           -and-
10
   GIBSON, DUNN & CRUTCHER LLP
11      BY:  MICHAEL SITEMAN, ESQ.
             (San Francisco, California)
12
             Counsel for Defendant
13
                     - - -
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 979

```
 1

 2          P R O C E E D I N G S

 3

 4        (Proceedings convened at 8:30 a.m., and the
 5 following occurred without the presence of the jury.)

 6

 7        THE COURT: Not surprisingly, I've got all
 8 sorts of papers in my folder, which I really have not had
 9 a chance to look at.
10        Our purpose this morning is to go through the
11 jury instructions, so that is what we'll do first. I
12 also have not had a chance to look at the proposals you
13 have for changing them, but I guess we will get to those
14 as we get to the instructions you want to change.
15        So as is normal for what I do in a charge
16 conference, we'll go you through the instructions page
17 by page and find out where you have your objections or
18 suggestions for changes.
19        The first set of instructions are my standard
20 instructions.
21        Does anyone have any problems through Page 12?
22        You don't have to come to the podium, Mr.
23 Thomas.
24        MR. THOMAS: Okay. Thank you.
25        MR. THOMAS: Not really, your Honor. Page
```

Page 980

```
 1 12, it's a nit and probably not important, but the name
 2 ClinicaLogic.
 3        THE COURT: Maybe you don't have the same
 4 Page 12 I do.
 5        MR. THOMAS: It's entitled Plaintiff's
 6 Contentions.
 7        THE COURT: Oh, no. My page 12 is deposition
 8 testimony.
 9        MR. RANDALL: As is mine.
10        MR. THOMAS: Okay. That would be Page 11 in
11 my set, your Honor.
12        Page 13, I suppose, plaintiff's contentions.
13        THE COURT: Well, Page 13 is the parties.
14 Maybe we should go by the title. Any changes with the
15 parties?
16        MR. THOMAS: Plaintiff's contentions?
17        THE COURT: All right. Which is Page 14. All
18 right.
19        MR. THOMAS: It's simply that the name
20 ClinicaLogic is not used with the Facets system. It's
21 used with ClaimFacts and QicLink.
22        THE COURT: All right.
23        MR. THOMAS: But I don't think it really makes
24 a big difference.
25        THE COURT: Well, it should be -- if that's
```

| Jury Trial - Volume E | CondenseIt™ | McKesson v. TriZetto |

## Page 1033

1
2      MR. RANDALL: Can you pull up Exhibit 419,
3  Page 1?
4  BY MR. RANDALL:
5  Q.  This is the clinical editing reference database
6  user guide for 2003.
7      Do you see that?
8  A.  Yes.
9  Q.  I direct your attention to the first paragraph.
10  This is a tool -- this document is a tool designed to
11  give TriZetto's customers greater information on the
12  sources and rationale of edits built into the systems;
13  correct?
14  A.  Yes.
15  Q.  And I'd like to -- can you move to Page 20 of
16  Exhibit 19?  Yes.
17      Blow up that bottom paragraph.
18      So you mentioned that there are no mutually
19  exclusive procedures in your systems.  There are mutually
20  exclusive procedures, are there not?
21  A.  There are no -- there isn't a mutually -- there
22  isn't an edit called mutually exclusive.  These
23  mutually exclusive procedures are part of the national
24  correct coding initiative.  And that's the Medicare
25  edits and those are reviewed by our medical consultants

## Page 1034

1  and the ones that are appropriate to be placed in the
2  database for editing purposes are.  However, we don't
3  call them mutually exclusive edits.  They're inserted
4  into our subset tables.
5  Q.  Well, this is a manual that is produced by TriZetto
6  and provided to its customers as a tool to assist them
7  in working, in using your products; is that correct?
8  A.  Yes.
9  Q.  All right.  And in the user guide that you present
10  to your customers to assist them in using your products,
11  you refer to mutually exclusive procedures; correct?
12  A.  Yes.  This --
13  Q.  All right.
14  A.  This is the definition from NCCI.  It's taken right
15  out of the public use files.  It's a cut and paste.  It
16  wasn't created by us.  We did not word it that way.
17  It's strictly to give our customers the information as
18  to what national correct coding initiative determined an
19  edit to be.
20  Q.  Well, your systems, Ms. Lampe, detect mutually
21  exclusive procedures, both through subset edits and
22  rebundle edits; correct?
23  A.  Based on this definition here?
24  Q.  Yes.
25  A.  Yes, I would agree with that.

## Page 1035

1  Q.  All right.
2      THE COURT:  And, Mr. Randall, has this exhibit
3  been admitted?
4      MR. RANDALL:  Well, there's no objection to it.
5      THE COURT:  All right.  Well, let's admit it,
6  though, just to stay consistent with my rules as Exhibit
7  419.
8      MR. RANDALL:  Thank you, your Honor.
9      THE COURT:  All right.
10  ***      (Exhibit No. 419 was received into evidence.)
11  BY MR. RANDALL:
12  Q.  So this document states, there are numerous
13  procedure codes that should not be reported together
14  because they are mutually exclusive of each other.
15      Do you see that?
16  A.  Yes.
17  Q.  And the clinical editing functionality of TriZetto
18  detects these numerous procedure codes that should not
19  be reported together because they are mutually exclusive
20  of each other; correct?
21  A.  Could you repeat the first part of that question,
22  please?
23  Q.  Sure.  The clinical editing or clinical edit,
24  ClinicaLogic, we'll call it, detects that there are
25  these numerous procedure codes that should not be

## Page 1036

1  reported together; correct?  because they are mutually exclusive of
2  each other; correct?
3  A.  Yes.
4  Q.  And in some instances, it disallows both codes and
5  inserts a new comprehensive code, and that's called the
6  rebundle edit; right?
7  A.  Yes.
8  Q.  And in some instances it detects the two mutually
9  exclusive codes and it passes one of them on for further
10  adjudication and disallows for payment the other, and
11  that's called the subset edit; correct?
12  A.  Yes.
13  Q.  All right.
14  A.  But I don't know that you can separate out calling
15  the rebundle mutually exclusive and not referring to the
16  subset as mutually exclusive as well.
17  Q.  They both are; correct?
18  A.  I would think a subset is a more proper definition
19  of mutually exclusive based on this than the rebundle.
20  Q.  Well, in the rebundle example, there are two codes
21  that are detected by the accused products that should
22  not be reported together and in that instance, both of
23  them are disallowed for payment and a new -- a new code
24  is inserted for further adjudication; correct?  Is that
25  a fair statement?

Page 1037

1  A. It's fair. I mean, I've agreed to it, but I
2  still don't like disallowed. I still don't like the
3  codes are rejected or disallowed.
4       I'm not -- that's not the way I see the --
5  the rebundle has happened.
6  Q. Your documents, your documents say that the codes
7  are disallowed, don't they, ma'am?
8  A. I don't believe -- does it say that for the
9  rebundle, that those two codes are disallowed? I --
10 Q. I'm asking you.
11 A. I don't think it did.
12 Q. Do your documents indicate and state that codes
13 are disallowed?
14 A. That codes in general can be disallowed? Yes, it
15 does.
16 Q. All right. So this document goes on to state,
17 mutually exclusive codes are those codes that cannot
18 reasonably be done in the same session.
19       Do you see that?
20 A. Yes.
21 Q. That's the definition for mutually exclusive codes
22 as detected by your products; is that correct?
23 A. For the NCCI edits that are included in our -- in
24 our criteria, yes.
25 Q. And that's the national correct coding initiative;

Page 1038

1  correct?
2  A. Yes.
3  Q. And your systems are compliant with that; correct?
4  A. Not a hundred percent.
5  Q. They are compliant with it with respect to
6  detecting mutually exclusive codes?
7  A. The ones our medical consultants have determined
8  are appropriate to be put in the criteria.
9  Q. Okay.
10      MR. RANDALL: Can you go to Exhibit 419,
11 Page 21? The upper -- the upper paragraph.
12      There we go.
13 BY MR. RANDALL:
14 Q. Now, you recognize this, Ms. Lampe, as a list of
15 examples of these mutually exclusive procedures; correct?
16 A. Yes.
17 Q. All right. And this is Exhibit 419, Page 20, Page
18 21.
19      So this goes on to state that a third example
20 is the reporting of an initial service and a subsequent
21 service. It is contrary for a service to be classified
22 as an initial and a subsequent service at the same time.
23      Do you see that?
24 A. Yes.
25 Q. All right. So some of the mutually exclusive edits

Page 1039

1  that are detected by your systems are detected because
2  you can't report an initial -- you can't have a code
3  that bills for an initial service with a subsequent
4  service at the same time in the same claim; right?
5  A. Well, that would depend on whether or not the
6  consultants, the medical consultants put those edits into
7  our system. I don't know off the top of my head if they
8  did.
9  Q. You have no idea whether or not the one of three
10 examples provided by the national correct coding
11 initiative is actually implemented in your system?
12 A. No, because they're not all in our system.
13 Q. I understand they are not all, but this is the one
14 of three examples that the national correct coding
15 initiative provides. Would you agree with me there?
16 A. Yes.
17 Q. Okay. And one of the three examples of a mutually
18 exclusive code is that initial service and subsequent
19 service shouldn't be billed at the same time on the same
20 claim; right?
21 A. Yes.
22 Q. All right. And that's basically double billing,
23 isn't it? You shouldn't bill for the first visit, the
24 second visit at the same time on the same claim; right?
25 A. Correct.

Page 1040

1  Q. Okay.
2       (Pause.)
3       MR. RANDALL: Can you move down to the next
4  paragraph, please? Thank you.
5  BY MR. RANDALL:
6  Q. You also say to your customers that CPT codes
7  which are mutually exclusive of one another based
8  either on the CPT definition or the medical
9  impossibility/improbability that the procedures could
10 be performed at the same session can be identified as
11 code pairs; correct?
12 A. Yes, based on the Medicare NCCI. Again, this is
13 all part of that definition.
14 Q. Well, you include this in what you tell your
15 customers you can detect; right?
16 A. This is how Medicare created these edits and our
17 medical consultants review them and decide if they
18 should be in our database. So if one of these edits
19 happens to come up and a customer needs more information,
20 this is the information that is supplied, because it's
21 added because it's a Medicare national correct coding
22 initiative.
23 Q. All right. But this document is a tool for your
24 customers and in this document you're telling them,
25 your customers, that these mutually exclusive codes,

Page 1195

```
 1              - VOLUME F -
            IN THE UNITED STATES DISTRICT COURT
 2
            IN AND FOR THE DISTRICT OF DELAWARE
 3
                     - - -
 4
   McKESSON INFORMATION SOLUTIONS  :     CIVIL ACTION
 5 LLC,
            Plaintiff             :
 6
        vs.                       :
 7
   THE TRIZETTO GROUP, INC.,      :
 8
        Defendant                 :     NO. 04-01258 (SLR)
 9
                     - - -
10
                  Wilmington, Delaware
11                Tuesday, April 25, 2006
                  9:30 o'clock, a.m.
12
                     - - -
13
   BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
14
                     - - -
15
   APPEARANCES:
16
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM
17      BY:  MICHAEL BARLOW, ESQ.

18          -and-

19      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
        BY:  JEFF RANDALL, ESQ.,
20           BERNARD SHEK, ESQ. and
             MICHAEL HENDERSHOT, ESQ.
21           (Palo Alto, California)

22          Counsel for Plaintiff

23                        Valerie J. Gunning and
                          Leonard A. Dibbs,
24                        Official Court Reporters

25
```

Page 1196

```
 1 APPEARANCES (Continued):

 2
        MORRIS, NICHOLS, ARSHT & TUNNELL
 3      BY:  JACK B. BLUMENFELD, ESQ.

 4
            -and-
 5
        GIBSON, DUNN & CRUTCHER LLP
 6      BY:  JEFFREY THOMAS, ESQ. and
             DAVID SEGAL, ESQ. and
 7           T. KEVIN ROOSEVELT, ESQ.
             (Irvine, California)
 8

 9
            -and-
10
        GIBSON, DUNN & CRUTCHER LLP
11      BY:  MICHAEL SITTMAN, ESQ.
             (San Francisco, California)
12
            Counsel for Defendant
13
                     - - -
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 1197

PROCEEDINGS

(Proceedings convened at 9:30 a.m., and the following occurred without the presence of the jury.)

THE COURT: Before we bring the jury in, I've been thinking about how we're going to manage the rest of this trial. I truly don't think we will have the time to try both willfulness and damages, so I'm going to -- I think we can only try one of those issues, and I will leave it to the plaintiff which of the issues it wants to go forward with: Damages or willfulness.

All right. Let's bring the jury in for closings.

(At this point the jury entered the courtroom and took their seats in the box.)

THE COURT: Good morning and welcome back, ladies and gentlemen.

Mr. Randall?

MR. RANDALL: Thank you, your Honor.

May it please the Court, ladies and gentlemen of the jury, this is an interesting case because the facts about the operation of the accused system are really not in dispute. We don't dispute how they

Page 1198

operate. What has happened here is that McKesson has presented overwhelming evidence about how the accused products operate. We presented that evidence through their own witnesses, TriZetto's witnesses, and we presented it through the documents and we presented it through credible, straightforward testimony from our qualified expert, Dr. Musen.

They can't dispute that. So their defense has been reduced in this case to contorting and twisting the English language to suit their purpose. It is as if they are an octopus and see -- octopus, they don't have a defense mechanism. They don't have much. What they do have is this ink; right? So they spew ink all over the place when they feel threatened and due to that confusion, they escape. That's what happened in this case.

They had relied on their computer science, their MIT expert, to come in here and say that certain words, plain, simple English, doesn't mean what we all know it means. They have said that, for instance, ascertaining that there's more than one medical code on a claim, they've said ascertaining the number of codes does not mean ascertaining there's more than one. Ascertaining, as Ms. Lampe testified yesterday, they ascertained that there's a code on the claim that they

Page 1199

1  have to process. They ascertained that there is another
2  one and another one and they know when to stop and they
3  know when to go forward but, she said, I don't know how
4  we do it, but we know.
5        They know that there's multiple codes on
6  that claim to process and that's how they process it.
7  But they said that's not determine that there are
8  multiple codes on a claim. That's not determining that
9  there's a plurality of codes on a claim.
10       They talk about mutually exclusive. Their
11 expert and a number of their witnesses said we just don't
12 know what mutually exclusive means, but in the manual, in
13 the user manual itself, it gives the definition. It
14 means two codes that can't be billed together. That's
15 what it means.
16       Now, they know that because they've read the
17 manuals. Dr. Davis was supposed to have read all the
18 manuals. This is a claim term. You would think he
19 would have gone through everything.
20 Ms. Lampe works with the product. She has
21 worked with the product since 1998. She knows it well.
22 She knew that that definition existed and she said, well,
23 that's just a Government definition.
24       Just a Government definition? It's just for
25 Medicare and Medicaid? That's it? That's a pretty big

Page 1200

1  part of their business.
2        They knew that the definition exists and they
3  knew it's simple. You've got two codes, they can't be
4  billed together, they're mutually exclusive. And they
5  treat them in some ways, sometimes they will disallow
6  both the codes and reinsert another third code, which is
7  called rebundling. Sometimes they'll call it a subset.
8  They'll take one of the mutually exclusive codes,
9  disallow it, and pay the other one.
10       But they knew what that meant.
11 Ms. Lampe had a real tough time saying that
12 codes and claims were rejected; right? And the reason
13 for that is that is what the claim language says. But
14 their documents are laden with, and we'll go through
15 them, and we went through some with her. She ultimately
16 admitted, right, after I showed her a few, she
17 ultimately admitted, all right, fine. We disallow claims
18 for payment. We disallow codes. We disallow claims.
19 Yes, we do that. But somehow disallowing codes and
20 claims for payment does not mean rejecting it for
21 payment.
22       That's nonsense.
23       The other part of that, by the way, is how in
24 the world do you come in here and you tout your product
25 as saving billions and billions of dollars. They say

Page 1201

1  this product, you use our clinical editing portion of
2  our product, you use that, you will save a ton of money.
3  You'll save this percentage, you'll save that percentage.
4        How in the world do you ever save any money
5  if you never reject any claims? If you never reject
6  any codes, you never reject any codes, how in the world
7  can you tell the world and the customers that you do
8  save money by doing that?
9        And so Dr. Davis' testimony, we went around
10 and around and around. Finally, I said, does the product,
11 do these accused products ever, ever reject any claims?
12 Reject any codes? He sat there for a long time and said,
13 no. Well, that would have saved me a lot of time; right?
14 I would have gotten that out of him and just moved on.
15       He's wrong. These products, they reject
16 codes, they reject claims. They report and save --
17 they report a savings report on that and they report to
18 the customers. The customers can run a savings report
19 and we'll go through this. They can run a savings
20 report and they can show how much money they saved by
21 rejecting certain codes and how much money they saved by
22 rejecting certain claims.
23       You don't save money if you don't reject
24 these things. It's a difference between what you, the
25 claim that comes in and the claim that is paid. That's

Page 1202

1  the savings. That's what they've testified to. And you
2  only get there by rejecting codes and claims.
3        The other issue, medical and non-medical.
4  Albeit, the database, the predetermined database, it
5  absolutely contains a whole host of medical relationships.
6  I'm not going to tell you it doesn't. It does, no doubt
7  about it, but it also contains billing issues. It
8  contains, Dr. Musen told you, he said a number of those
9  relationships are billing-related. They are. It makes
10 sense. Doctors want to get paid for what they do, and
11 I don't blame them for it. They should get paid for
12 what they do; right? But some of those relationships
13 in there are for billing reasons, like the double billing
14 issue. We don't need a doctor to tell us that and it's
15 not exclusively a medical criteria to say that when you
16 go visit a doctor, you should only be charged once for
17 that visit. All right? We all know that. We don't --
18 in life we don't want to be double-billed for anything,
19 but that's not a medical issue. It is a strictly
20 administrative billing issue.
21       Let's not bill twice. Let's not bill the
22 insurance companies. Let's not bill the patients. Let's
23 not bill anybody twice. That's a simple non-medical
24 issue, and there are others, like Dr. Musen testified
25 to as well. For instance, the idea that you should add

Page 1227

1  guide. I'm sorry. It's at Page 20 of the document,
2  actually.
3        And hear it makes it very clear what
4  mutually exclusive procedures are. There are numerous
5  procedures that should not be reported together because
6  they are mutually exclusive of each other. Mutually
7  exclusive codes are those codes that cannot reasonably
8  be done in the same session.
9        That's it. And they determine the codes
10 are mutually exclusive all the time. They do it through
11 a number of their edits.
12       Can you go to the next page, Page 21?
13       They set forth in their user guide, and this
14 is a TriZetto user guide, they set forth the examples of
15 non -- I'm sorry, of mutually exclusive codes.
16                    - - -
17       MR. RANDALL (Continuing): And the third
18 example here is -- would you highlight the last sentence
19 or two of the top paragraph?
20       Thank you.
21       The third example is reporting of an initial
22 service and a subsequent service. It is contradictory
23 for a service to be classified as an initial and a
24 subsequent service at the same time.
25                    - - -

Page 1228

1
2        MR. RANDALL (Continuing): That's not a
3  medical reason. That's a simple, simple billing concept.
4  And Dr. Musen went through why physicians want to be,
5  and should be paid for what they do. And there are
6  certain billing issues.
7        Dr. Hawley said that Erisco and customers
8  of Erisco periodically made suggestions based on cost.
9        If there is no doubt that most -- I would
10 admit that most of the relationships in these databases
11 are medically related, but a number of them are billing
12 related. There's no doubt about that either. And
13 that's the whole purpose of breaking down every possible
14 thing that a doctor does into a code. Right?
15       I mean, the reason why you break it down,
16 just like mechanics break it down, just like a whole host
17 of service industries break down into the smallest detail
18 what they do. They do it because they want to get paid
19 for it. I think they should be paid for it, but that is
20 why they do it.
21       And that last issue, we've talked about the
22 double billing. I mean, I asked, if you need a doctor
23 or medical judgment to determine that you shouldn't be
24 double-billed, and she said no, and you don't. So that
25 element -- can we go back to the claim? So both the

Page 1229

1  ascertaining step we already talked about and the
2  determining step are both satisfied.
3        Now, these next two elements talk about
4  authorizing codes and rejecting codes. And we'll talk
5  about that. And we went through it. The dispute there
6  is that when you allow codes and you disallow codes for
7  payment, and you generate savings based on those,
8  somehow that's not rejecting or authorizing. That's a
9  silly argument, too.
10       And their documents are just laden with the
11 language of allowing and disallowing claims.
12       So can you go to Exhibit 30-10?
13       Go to the second box in the far left-hand
14 corner. No, I'm sorry. It's the second box on the
15 top. Yes, that one.
16       So, by the way, this is, as I mentioned,
17 this is ClinicaLogic user guide. It's Exhibit 30, and
18 that's at Page 2. And this is a conceptual diagram of
19 the -- of ClinicaLogic. And right there, it says,
20 define system action, deny. So they can deny whether
21 to code or a claim, they can deny it if it's
22 inappropriate.
23       Let's talk about the reports that they
24 generate.
25       Can you go back and show the main diagram?

Page 1230

1        The bottom left-hand box, and you can do the
2  whole box.
3        So these are the reports that it generates.
4        And it can generate -- it can print savings data by
5  claim or edit. All right?
6        So what is printing is it's printing the
7  savings that you achieve by rejecting, you pick a word,
8  rejecting, disallowing, denying claims and codes. You
9  can print a report and say how much money have we saved
10 by denying this one particular edit. How much money
11 have we saved denying claims, rejecting them.
12       Let's go to the next page of there document,
13 Page 3. I'm sorry. Page -- one more page. It's
14 probably Page 12. Okay.
15       So I'm going to just talk about the right-
16 hand side of these boxes. Item number one. Just the
17 right-hand side of the boxes. The system responses.
18 I'm sorry. The other side. Yes.
19       If you take a look at this, and this is at
20 Page 4 of the document that you have, it is Trial
21 Exhibit 30. You go down to system responses. It says,
22 disallow the charges. Go down to the next box. Many
23 the same thing: Disallows the charges. Go down to
24 the next box. Disallows the charges. Go down to the next
25 box. Disallows the charges, and on and on and on.

Page 1287

1 single and multi-code claims, there's no infringing, or
2 if you decide that codes are not claims. TriZetto's
3 software revises claims, that's the key, revises claims.
4 I does not authorize and reject them, and it certainly
5 does not reject and authorize the same claim.
6        So if you decide either one of those two
7 things, then we do not infringe Claim 16.
8        For these reasons, ladies and gentlemen, we
9 do not infringe any of these three claims.
10       Now, as Mr. Randall mentioned, you are going
11 to get a verdict form. And the verdict form is going to
12 have three questions on it.
13       The first question is going to be: Does the
14 use of the TriZetto software directly infringe any of
15 these three claims? For all the reasons I just went
16 over, the answer to that is no. There is no direct
17 infringement if any of the steps in any of these
18 methods are missing from the TriZetto software. And,
19 again, if you look at the jury instruction on direct
20 infringement, it will make that point clear.
21       So the answer to Question No. 1 is no, there
22 is no direct infringement.
23       Now, the next two questions that are about
24 inducing and contributory, you have to find direct
25 infringement in order to answer those questions yes,

Page 1288

1 because the customers or somebody has to be directly
2 infringing the patent for there to be inducement or
3 contributory. And that's laid out in the jury
4 instructions as well.
5        So if you agree with the points that I just
6 put up, there's no direct infringement, there's no
7 contributory infringement, there's no inducing
8 infringement.
9        Now, they have to prove other things in
10 addition for inducing and contributory, and I don't think
11 they have. For example, our systems can be used for a
12 whole lot of things other than just clinical editing.
13                    - - -
14       MR. THOMAS (Continuing): But at the end of
15 the day, without direct infringement, and there has been
16 no direct infringement, the answer to all three questions
17 is no.
18       The bottom line here is that McKesson has
19 failed to prove that TriZetto's software works in a way
20 that exactly matches any of the three methods in the
21 three patent claims.
22       We ask for your verdict of no infringement.
23       Thank you very much for your time, your
24 attention and your hard work.
25       THE COURT: Mr. Randall.

Page 1289

1        MR. RANDALL: I'm ready to go. I could use a
2 short five-minute break.
3        THE COURT: It will take five minutes for the
4 jury to getup, leave and come back in.
5        MR. RANDALL: I'll do it now.
6                    - - -
7        (Pause.)
8        MR. RANDALL: The last thing that Mr. Thomas
9 just said is something that is irrelevant. He said that
10 we have not shown that the software works in a certain
11 way. That's not what is at issue here. These are
12 method steps. They are steps performed. When you look
13 at the claims, you look at each of the steps and you
14 ask, have we proven by a preponderance of evidence that
15 they actually perform the steps. That's what's at issue.
16       If this were a different case, and it's not,
17 if it were, the Judge would instruct you that not only
18 do we have to prove that they perform the steps, but we
19 have to prove that they perform the steps in a certain
20 and specific way.
21       For instance, like Figure 2 or something
22 else. That is simply false. We don't have to show
23 that TriZetto performs these steps in a certain
24 specific way. We don't have to show that pursuant to
25 their software, they perform these steps a certain

Page 1290

1 precise way. That is simply false and you will not
2 find instructions in the jury instructions that require
3 us to prove that they perform these steps in a certain
4 way. You simply won't see it, because it does not
5 exist, and that is not our burden, and that's why it
6 was unnecessary for us to dig into the code.
7        If they perform the steps, they infringe.
8 That's the question.
9        He mentioned evidence that we produced. We
10 did produce Dr. Musen, and he is qualified, and he gave
11 straightforward answers. But we also produced and
12 relied on all the customer testimony. We also provided
13 testimony from Mr. Bellomo. We also provided testimony
14 in our case regarding -- from Ms. Lampe. Ms. Lampe is
15 the person they designated as the person most qualified
16 to testify about ClinicaLogic. She has worked with it
17 every single day since 1998.
18       We also produced a host of documents and
19 exhibits in this case, and those don't lie, and those
20 words can't be twisted or changed.
21       I'm going to go through a few of the points
22 that were raised.
23       First, determining whether the medical service
24 code is not in the predetermined database. We did that
25 conclusively.

Page 1291

1      They look in the all codes database. They
2 determine it's not there. There are two ways to determine
3 something is not in the predetermined database. Two ways
4 to determine, at least two ways, maybe more, to determine
5 it's not in there. One is to look in there, just like
6 you'd look in your local library for the book. That's
7 one way.
8      The other way is to look in the all codes
9 database. You can do that. You can look in the Library
10 of Congress index to determine if the book is not there.
11 There are two ways to do it. You will not receive
12 instructions saying that we have -- that in order to
13 infringe, it has to be done in a certain way. It simply
14 has to be done. And they do it. They determine that
15 the code, when a code comes in, they determine that it's
16 not in that database by looking at all of the codes list.
17 That's how they do it. That's one way to do it. It
18 happens to be the most efficient and effective way of
19 doing it, and that is why they do it. And there's no
20 question about it.
21      And we are not required to prove that they
22 actually look through this or look through the local
23 library for the book. Simply, that they determine that
24 it's not there. That is one of the stems in the claims.
25      And you won't see -- again, you won't find

Page 1292

1 an instruction requiring us, requiring that we show how
2 they determine that step. No way. It's not in there
3 because it's not required.
4      You've heard from Mr. Bellomo on this. And
5 Mr. Bellomo -- I hate to -- to touch this.
6      If, for example, you wanted to determine, if
7 you wanted to determine whether or not a code was in
8 here, the predetermined database, for instance, A, B, C,
9 it was not in the predetermined database, you could, if
10 you wanted to, check the CPT list, this list, and if
11 it's not on the CPT list, for example, A through Z, if
12 it's not there, you know it's not in this, the
13 predetermined database; right? The answer is, it's
14 probably not, that's correct, when the system is
15 operating correctly.
16      It's probably not. You know it's not.
17 It's absolutely not to a mathematical certainty if the
18 system is operating as intended and properly.
19      On Claim 2 -- by the way, that's the only
20 defense on noninfringement, on Claim 1.
21      On Claim 2, there were two issues. I wanted
22 to get -- mutually exclusive and non-medical criteria.
23      On the mutually exclusive, he readily
24 admitted it now, but throughout this trial, they didn't.
25 So throughout this trial, they fought that. They said

Page 1293

1 I don't know what that means. I don't know what it
2 means. Their expert didn't know what it means. Dr.
3 Hawley didn't know what it meant. Ms. Lampe didn't
4 know what it meant until I pulled the document out and
5 said, it's defined right here. It's a simple definition.
6 It means two codes shouldn't be billed together.
7      And counsel said, well, okay, fine. We want
8 to use their definition.
9      It's not our definition. It's theirs. It
10 came out of their user manual.
11      Now they say, okay, fine, you caught us. I
12 will admit that, we got that. Now they're still fighting
13 on medical, non-medical based relationships. Now he
14 says, okay, they are all billing relationships, but he
15 says they're all medical relationships. And I have said
16 and I will be honest and candid with you, there are a
17 number, and probably most of the relationships contained
18 in the predetermined database are based on medical
19 criteria. Whether one operation should be performed
20 with another, that's clear. There's no doubt about that,
21 but there's also no doubt that in that database of
22 thousands and hundreds of thousands of relationships,
23 there are also rules based on non-medical criteria.
24 Absolutely. And those rules are based on simple
25 billing things.

Page 1294

1      Even Dr. Hawley said, yes, we got some of
2 the rules from Erisco. We got some of the rules from
3 Erisco's customers. And one of the three examples used
4 by Medicare to show they are mutually exclusive codes,
5 one of the three examples they used, it's in the user
6 manual, is based on non-medical criteria.
7      And it says, you can't bill the initial and
8 subsequent visit at the same time. And I said that's
9 like double billing, and she said yes.
10      That's right, you can't do it. That's
11 common sense. So there are common-sense administrative
12 billing relationships built into the database and one
13 of the examples, a concrete example, one of three given
14 by Medicaid or Medicare was right there in their user
15 manual.
16      And, by the way, Dr. Musen testified
17 absolutely, a number of these relationships are based
18 on non-medical reasons, and he testified about that.
19      Who did they have to testify about it? They
20 had Dr. Davis, the computer scientist from MIT. He's
21 not qualified. He wasn't qualified by the Court to
22 testify about that, and he wasn't qualified to testify
23 in front of you on that issue, to say that he has
24 looked at all of them and he knows that they are all
25 medically related. He simply cannot do it.