# EXHIBIT P

## PART 1 OF 4

AMS

December 1986

Prepared by:

The Health Data Institute™
20 Maguire Road
Lexington, Massachusetts  02173

(617) 863-2000

000098

- 1 -

The Health Data Institute™
The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

CLAIM LEVEL EDITS

000099

- 2 -

The Health Data Institute™
The Health Data Institute™

MCK 047506

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/24/86

<u>CLAIM LEVEL - I</u>

Edit CL001A:      Acceptable Values for Data Elements

Type of Edit:     Checks individual data elements and compares each with a list
                  of acceptable single numbers, letters, and/or ranges.  Values
                  outside these ranges are not acceptable.

Claim Types:      All

Primary Use:      To validate the accuracy of the claims data.

Data Required:    *Age
                  Date of Birth (UB82, FL 82, FL 12; HCFA 1500 #2)
                  Revenue Codes (UB82, FL 51)
                  Type of Admission (UB82, FL 17)
                  Admission Date (UB82, Fl 15)
                  Discharge Date (UB82, FL 22; HCFA 1500 #24)
                  Source of Admission (UB82, FL 18)
                  All Diagnoses (UB82, FL 77-81)
                  All Procedures (UB82, FL 64-86; HCFA 1500, #24C)
                  Discharge Status (UB82, FL 21)
                  Location (Place) of Service (HCFA 1500, #24B)
                  Type of Bill (UB82, FL 4)
                  Procedure Coding Method Used (UB82, FL 82)
                  Provider Zip Code (UB82, FL 2; HCFA 1500, #31)

How Edit Works:   For each variable listed, a specified set of acceptable
                  values is provided - see Claim Level Appendix 1.

Action Options:   1) Data entry clerk checks for entry error
                  2) Check alternate system sources, i.e., eligibility or
                     claims history files
                  3) Verify data element sources by telephone and/or query
                     letter
                  4) Claim is flagged

Volume of Claims
Needed to Test
Edit:             None

Medical Review:   Not Required

_____

*RAMS-created variable or table.

HDI-Proprietary

G00100

- 3 -

The Health Data Institute ™

**MCK  047507**

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/24/86

### CLAIM LEVEL - I

| | |
|---|---|
| Edit CL001B:<br>Data Accuracy Edit | Valid but Rare Diagnosis |
| Claim Types: | All |
| Primary Use: | To validate the accuracy of diagnoses which may be valid but are rare. |
| Data Required: | Provider Zip Code (HCFA 1500, UB82 FL 1)<br>Principal Diagnosis (HCFA 1500, UB82 FL 76)<br>*Rare Diagnoses (Appendix 2)<br>*Selected Rare Diagnoses by SMSA (Appendix 2A) |
| How Edit Works: | 1) Principal diagnosis is compared to a table of rare diagnoses (Appendix 2). If no match occurs the claim passes the edit.<br>2) If the principal diagnosis matches the table the principal diagnosis and provider zip code are compared to Appendix 2A.<br>3) If the principal diagnosis is not on Appendix 2A or if the principal diagnosis is not appropriate for the region of treatment, the claim fails the edit.<br>4) If the principal diagnosis is on Appendix 2A and the principal diagnosis is appropriate for the region of treatment, the claim passes the edit. |
| Action Options: | 1) Data entry clerk checks for entry error<br>2) Verify data elements with provider via telephone and/or query letter<br>3) Override flagged claim with correction(s)<br>4) Override flagged claim without correction(s) |
| Volume of Claims<br>Needed to Test<br>Edit: | 500,000 Inpatient and Outpatient, Nationwide |
| Medical Review: | Not required |
| Additional<br>Dimensions: | None |
| Comments: | Procedures may be added in the future if Edit CL030A is not sufficient to capture rare procedures/tests. |

---

*RAMS-created variable or table.

HDI-Proprietary

000101

– 4 –

The Health Data Institute™
The Health Data Institute™

**MCK  047508**

04-CV-1258-SLR (D.Del.)

<u>CLAIM LEVEL - I</u>

Edit CL002A:       Top Diagnosis Groups

Type of Edit:      Collects medically similar diagnoses and puts them into
                   specialized groupings.

Claim Types:       All

Primary Use:       To group medically similar diagnoses to expedite processing.

Data Required:     All Diagnoses (UB82, FL 77-81)

How Edit Works:    Each diagnosis is checked against listed groupings in
                   Appendix 3.  If there is a match, the diagnosis is placed in
                   that particular grouping.  If there is no match, the
                   diagnosis is placed in the category "200 = All Other."

Action Options:    None

Volume of Claims
Needed to Test
Edit:              None

Medical Review:    Not Required

Additional
Dimensions:        None

Comments:          Soft code tables to allow for additional groupings or
                   changes.

HDI-Proprietary                                  000102

                            - 5 -

                                        The Health Data Institute
                                        The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK  047509

04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I

| | |
|---|---|
| Edit CL002B: | Top Procedure Groups |
| Type of Edit: | Collects medically similar procedures and puts them into specialized groupings. |
| Claim Types: | All |
| Primary Use: | To group medically similar procedures to expedite processing. |
| Data Required: | All Procedures (UB82, FL 84-86; HCFA 1500 #24C) |
| How Edit Works: | Each procedure is checked against listed groupings in Appendix 4. If there is a match, the procedure is placed in that particular grouping. If there is no match, the procedure is placed in the category "200 = All Other." If there is no procedure the label "201 = Missing" is used. |
| Action Options: | None |
| Volume of Claims Needed to Test Edit: | 100,000 |
| Medical Review: | Not Required |
| Additional Dimensions: | None |
| Comments: | Soft code tables to allow for additional groupings or changes. |

000103

HDI-Proprietary

- 6 -

The Health Data Institute™
The Health Data Institute™

MCK 047510

Confidential Information Subject to D. Del. LR 26.2     04-CV-1258-SLR (D.Del.)

Revised  2/17/87

<u>CLAIM LEVEL - 1</u>

Edit CL003A:     Diagnosis Ordering - Always Acute Diagnoses
Medical Necessity Edit

Type of Edit:     Compares the first-listed diagnosis with subsequent diagnoses
                  to check the ordering with respect to acuteness/chronicity.

Claim Types:      Hospital Inpatient Claims

Primary Use:      To validate the accuracy of the principal diagnosis.

Data Required:    Principal Diagnosis (UB82, FL 77)
                  All Other Listed Diagnoses (UB82, FL 78-81)
                  *Always Acute Diagnoses (Appendix 5)
                  *Trauma Diagnoses (Appendix 7)

How Edit Works:   At least two diagnoses must be present on the claim to
                  perform this edit.  The Principal Diagnosis is checked
                  against the Always Acute Diagnosis (AAD) List (CL Appendix
                  5).  If it is on the AAD List, it passes the edit.  If the
                  Principal Diagnosis is not on the AAD List, then All Other
                  Listed Diagnosis(es) are compared to the AAD List.  If any of
                  the Other Listed Diagnoses are on the AAD List, the claim
                  fails the edit.

                  If none of the diagnoses are on the AAD List, proceed to the
                  Trauma Diagnosis (TD) List.  The Principal Diagnosis is then
                  compared to the TD List (CL Appendix 7).  If the Principal
                  Diagnosis is on the Trauma Diagnosis List, the claim passes
                  the edit.  Compare the Other Listed Diagnoses to the TD List.
                  If any are on the TD List, the claim fails the edit.  If not,
                  the claim passes the edit.

Action Options:   1) Data entry clerk checks for entry error
                  2) Leave claim flagged, submit for Medical Review

Volume of Claims
Needed to Test
Edit:             500,000

Medical Review:   Required

Additional
Dimensions:       None

_____

*RAMS-created variable or table.

HDI-Proprietary

C000104

– 7 –

The Health Data Institute ™

MCK  047511

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised  4/15/86

<u>CLAIM LEVEL - I</u>

Edit CL003B:    Procedure Ordering - Temporal Sequencing
Medical Necessity Edit

Type of Edit:    Compares the ordering of procedures by checking diagnostic
                 and invasive procedure dates.

Claim Types:     Hospital Inpatient Claims.

Primary Use:     To validate the accuracy of the listed procedures.

Data Required:   Principal Procedure (UB82, FL 82)
                 All Other Listed Procedures (UB82, FL 83-86)
                 Procedure Dates (UB82, FL 84-86)
                 Type of Admission (3 = Elective only, UB82, FL 17)
                 Revenue Codes (Emergency Room = 450, 459)
                 Procedure Coding Method Used (UB82, FL 82=9)
                 *Procedural Temporal Sequencing (Appendix 6)

How Edit Works:  Each procedure is checked for the Procedure Coding Method
                 Used = 9.  All other coding methods exit unedited.  Only ICD-
                 9 codes will be edited.  There must be at least two
                 procedures on the claim to perform this edit, otherwise
                 exit unedited (1).  Only claims without ER charges will be edited,
                 otherwise exit unedited (2).  Only claims with Type of
                 Admission = 3 (Elective) will be edited, otherwise exit
                 unedited (3).  Only claims with at least two procedure dates
                 present which are not the same will be edited, otherwise
                 unedited (4).

                 The procedures on the claim will be checked for their
                 presence on Appendix 6.  Appendix 6 consists of pairs of
                 procedures which are in a specific order.  If any combination
                 of two procedures from the claim is found in Appendix 6, the
                 procedure dates will be checked.  On Appendix 6, the first
                 procedure of the pair should always have an earlier date than
                 the second procedure, otherwise the claim will get a
                 temporary fail flag.  If any one pair of the procedures on
                 the claim is in the Appendix and has the correct order of
                 dates, then the claim passes the edit.  If all the pairs of
                 procedures from the claim are not in the Appendix, the claim
                 exits unedited (5).  If any pair of procedures on a claim is
                 present in the Appendix but does not have the correct order
                 of dates (fail) or if some pairs fail and some exit unedited,
                 the claim fails the edit.

                                                              (continued)

*RAMS-created variable or table.

HDI-Proprietary                                          000105

                                - 8 -

The Health Data Institute™
The Health Data Institute™

MCK  047512

Edit CL003B (continued)                                    Revised  4/15/35

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify the procedures and dates with provider via
                     telephone and/or query letter.
                  3) Maintain flag and continue processing.
                  4) Request portions of the hospital chart for Medical
                     Review.

Volume of Claims
Needed to Test
Edit:             100,000

Medical Review:   Required

Additional
Dimensions:       None

000106

HDI-Proprietary

- 9 -

The Health Data Institute

MCK 047513

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 11/4/86

CLAIM LEVEL - I

Edit CLØØ4A:     Procedure/Diagnosis - Acceptable Match
Medical Necssity Edit

Type of Edit:    Compares the surgical procedure(s) with the diagnosis(es).

Claim Types:     Hospital Inpatient Claims, Outpatient Claims, Physician
                 Claims, Independent Provider Claims, Independent
                 Practitioner Claims

Primary Use:     To validate the accuracy of the procedure(s) with the primary
                 diagnosis and/or all secondary diagnoses.

Data Required:   *Top Diagnosis(es) (Appendix 3)
                 *Top Procedure(s) (Appendix 4)
                 Principal Diagnosis (UB82, FL 76; HCFA 1500, #24D)
                 All Other Listed Diagnoses (UB82, FL 77-81)
                 Principal Procedure (UB82, FL 83; HCFA 1500, #24C)
                 All Other Listed Procedures (UB82, FL 84-86)
                 *Procedure/Diagnosis Acceptable Match (Appendix 8)

How Edit Works:  At least one Top Diagnosis with a value of 1-123 and at least
                 one Top Procedure with a value of 1-117 and 128 or 129 must
                 be on the claim, otherwise the claim exits unedited.  All the
                 Top Diagnoses (up to five) and all the Top Procedures (up to
                 three) are searched looking for an acceptable match (see
                 Appendix 8).  If any acceptable match is found between the
                 Top Diagnoses and Top Procedures the claim passes the edit
                 and a flag is applied to indicate the first matching pair.
                 If no matchng pair is found and a fail is present, the claim
                 fails the edit and a flag is applied to indicate the last
                 failing pair.
                 ** SAS Version

Action Options:  1) Data entry clerk checks for entry error
                 2) Verify the diagnosis(es) and/or procedure(s) with provider
                    via telephone and/or query letter
                 3) If the claim still fails after query letter is returned:
                    a) Leave claim flagged and request portions of the chart
                       for Medical Review
                    b) Override flag and pay claim
                    c) Pay claim and add it to a provider-specific file of
                       "failed" claims.  (When this file reaches a certain
                       number of claims, a provider profile can be
                       generated.)

                                                          (continued)

_____

*RAMS-created variable or table.
**This description applies to the Statistical Analysis System only.
HDI-Proprietary

C00107

The Health Data Institute™

MCK  047514

Confidential Information Subject to D. Del. LR 26.2
04-CV-1258-SLR (D.Del.)

Edit CL004A (continued)                                    Revised 11/4/86

Volume of Claims
Needed to Test
Edit:              10,000

Medical Review:    Required

Additional
Dimensions:        None

Comments:          This edit is also run at the BE level (see BE004) and has a
                   DRG option (see CL004B).

MCK  047515

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I                          Revised 9/16/86

Edit CLD04B:      DRG - Procedure to Diagnosis Matching
Medical Necessity Edit

Type of Edit:     Compares the procedures with the diagnoses.

Claim Types:      Hospital Inpatient Claims.

Primary Use:      To validate the accuracy of the listed diagnoses and
                  procedures.

Data Required:    Principal Diagnosis (UB82, FL 77)
                  All Other Listed Diagnoses (UB82, FL 78-81)
                  Principal Procedure (UB82, FL 84)
                  All Other Listed Procedures (UB82, FL 85 + 86)
                  DRG 468 (from DRG Grouper)
                  *Top Diagnosis (Appendix 3)
                  *Top Procedure (Appendix 4)
                  Procedure/Diagnosis Acceptable Match (Appendix 8)

How Edit Works:   At least one diagnosis and one procedure are required to run
                  this edit.  The DRG Grouper is used to classify claims into a
                  DRG.  Only claims with a DRG of 468 are used for this edit.
                  All the diagnoses and procedures on the claim have been
                  previously grouped into Top Diagnoses and Top Procedures.
                  The first-listed Top Diagnosis is compared with all the
                  listed Top Procedures to find an appropriate match (see
                  Appendix 8).  If a match is found, a flag is applied to
                  indicate the last failing pair.

                  If no match is found, the second-listed Top Diagnosis is
                  compared with all the Top Procedures, and so on.  This
                  looping continues until a match is found.  All claims that go
                  through this edit have a counter attached to identify on
                  which listed Top Diagnosis a match was found.  If no match is
                  found, a flag is applied to indicate the last failing pair.

Action Options:   1) Data entry clerk checks for entry error
                  2) Verify diagnoses and procedures with provider via
                     telephone and/or query letter
                  3) If the claim still fails after query:
                     a) Leave claim flagged and request portions of the chart
                        for Medical Review
                     b) Override flag and continue processing

                                                         (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary                                          000109

                                 - 12 -

                                              The Health Data Institute™

MCK 047516

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Edit CL004B (continued)                                    Revised 9/16/86

Volume of Claims
Needed to Test
Edit:             50,000

Medical Review:   Required

Additional
Dimensions:       None

000110

HDI-Proprietary

– 13 –                          The Health Data Institute ™

MCK 047517

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/24/86

<u>CLAIM LEVEL - I</u>

Edit CL005A:    Diagnoses/Age Edit
Data Accuracy Edit

Type of Edit:    Compares the age to the Top Diagnoses.

Claim Types:    Hospital Inpatient Claims, Physician Claims, Outpatient
                Claims, any other claims where age and diagnosis(es) are
                provided

Primary Use:    To validate the accuracy of the age and diagnoses.

Data Required:  *Age
                *Top Diagnoses (Appendix 3)
                All Diagnoses (UB82, FL 77-81; HCFA 1500, #24D)
                *Top Diagnoses/Age Acceptable Match (Appendix 9)

How Edit Works: Check the created Top Diagnoses against the list of those Top
                Diagnoses available for age editing (see Claim Level Appendix
                9).  If any Top Diagnosis has a corresponding age edit, the
                age will be compared to the corresponding age range given for
                that Top Diagnosis.  All Top Diagnoses present will be
                compared.  If age falls outside the given range for any Top
                Diagnosis, the claim is flagged.  Since these data fields are
                mandatory, claims should be left pending until this
                information is corrected.

                If all top diagnoses are 200-other or 201-missing, the claim
                exits unedited.

                If all the Top Diagnoses do not have a corresponding age
                edit, the claim exits unedited.

Action Options: 1) Data entry clerk checks for data entry error
                2) Check alternate system sources for age data, i.e.,
                   eligibility or claims history files
                3) Verify the age and diagnoses with the provider via
                   telephone and/or query letter
                4) Override flag without correction(s) and continue
                   processing

Volume of Claims
Needed to Test
Edit:           None

Medical Review: Not Required

Additional
Dimensions:     None

*RAMS-created variable or table.                    000111

HDI-Proprietary

                        - 14 -                    The Health Data Institute
                                                  The Health Data Institute

MCK 047518

Revised 3/24/86

CLAIM LEVEL - I

Edit CL005B:    Procedures/Age Edit
Data Accuracy Edit

Type of Edit:    Compares the age to the Top Procedures.

Claim Types:    Hospital Inpatient and Outpatient Claims, Physician Claims,
                any other claims where age and procedure(s) are provided

Primary Use:    To validate the accuracy of the age and procedures.

Data Required:  *Age
                *Top Procedures (Appendix 4) ,
                All Procedures (UB82, FL 84-86; HCFA 1500. #24D)
                *Top Procedures/Age Acceptable Match (Appendix 10)

How Edit Works: Check the created Top Procedures against the list of those
                Top Procedures available for age editing (see Claim Level
                Appendix 10).  If the Top Procedure has a corresponding age
                edit, the age will be compared to the corresponding age range
                given for that created Top Procedure.  All Top Procedures
                present will be compared.  If age falls outside the given
                range for any Top Procedure, the claim is flagged.  Since
                these data files are mandatory, claims should be left pending
                until this information is corrected.

                If all the Top Procedures are 200-other or 201-missing, the
                claim exits unedited.

                If all the Top Procedures do not have a corresponding age
                edit, the claim exits unedited.

Action Options: 1) Data entry clerk checks for entry error
                2) Check alternate system sources for age data, i.e.,
                   eligibility or claims history files
                3) Verify age and procedures with provider via telephone
                   and/or query letter
                4) Override flag without correction(s) and continue
                   processing

Volume of Claims
Needed to Test
Edit:           None

Medical Review: Not Required

Additional
Dimensions:     None

────────────────────
*RAMS-created variable or table.                    000112

HDI-Proprietary

- 15 -

The Health Data Institute ™

MCK 047519

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/24/86

## CLAIM LEVEL - I

Edit CL005C:   Diagnosis/Sex
Data Accuracy Edit

Type of Edit:   Compares the sex to the Top Diagnoses.

Claim Types:   Hospital Inpatient Claims, Physician Claims, any other claims
where sex and diagnoses are provided

Primary Use:   To validate the accuracy of the sex and diagnoses.

Data Required:   Sex (UB82, FL 13; HCFA 1500, 05)
*Top Diagnoses (Appendix 3)
All Diagnoses (UB82, FL 77-81; HCFA 1500, 024D)
*Top Diagnosis/Sex Acceptable Match (Appendix 11)

How Edit Works:   Verify that the created Top Diagnoses have a corresponding
sex edit (see Claim Level Appendix 11). If they do, the sex
will be compared to the corresponding sex value given for
each Top Diagnosis. All Top Diagnoses present will be
compared. If the sex does not agree with the value, the
claim is flagged.

If all the Top Diagnoses are 200-other or 201-missing, the
claim exits unedited.

If all the Top Diagnoses do not have a corresponding sex
edit, the claim exits unedited.

Action Options:   1) Data entry clerk checks for entry error.
2) Check alternate system sources for sex data, i.e,
eligibility or claims history files.
3) Verify sex and diagnoses with provider via telephone
and/or query letter.
4) Override flag without correction(s) and continue
processing.

Volume of Claims
Needed to Test
Edit:   None

Medical Review:   Not Required

Additional
Dimensions:   None

*RAMS-created variable or table.

HDI-Proprietary

000113

- 16 -

The Health Data Institute
The Health Data Institute

MCK 047520

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 3/24/96

## CLAIM LEVEL - I

Edit CLØ05D:    Procedure/Sex
Data Accuracy Edit

Type of Edit:    Compares the sex to the Top Procedures.

Claim Types:    Hospital Inpatient and Outpatient Claims, Physician Claims,
any claims where sex and procedures are provided

Primary Use:    To validate the accuracy of the sex and procedures.

Data Required:    Sex (UB82, FL 13; HCFA 1500, #5)
*Top Procedures (Appendix 4)
All Procedures (UB82, FL 84-86; HCFA 1500, #24C)
*Top Procedure/Sex Acceptable Match (Appendix 12)

How Edit Works:    Verify that the created Top Procedures have a corresponding
sex edit (see Claim Level Appendix 12).  If they do, the sex
will be compared to the corresponding sex value given for
each Top Procedure.  All Top Procedures present will be
compared.  If the sex does not agree with the value, the
claim is flagged.

If all the Top Procedures are 200-other or 201-missing, the
claim exits unedited.

If all the Top Procedures do not have a corresponding sex
edit, the claim exits unedited.

Action Options:    1) Data entry clerk checks for entry error.
2) Check alternate system sources for sex data, i.e,
eligibility or claims history files.
3) Verify sex and procedures with provider via telephone
and/or query letter.
4) Override flag without correction(s) and continue
processing.

Volume of Claims
Needed to Test
Edit:    None

Medical Review:    Not Required

Additional
Dimensions:    None

---

*RAMS-created variable or table.

HDI-Proprietary

000114

- 17 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

<u>CLAIM LEVEL - I</u>                              Revised 4/16/86

Edit CL006A:     Type of Service - Diagnosis/Procedure                    NEEDS
Data Accuracy Edit                                                       rewrite

Type of Edit:    Compares the type of service with the diagnosis(es) and
                 procedure.

Claim Types:     HCFA 1500 Claims

Primary Use:     To check the type of service with the listed diagnosis(es)
                 and procedure for accuracy.

Data Required:   Diagnoses (HCFA 1500, #24D)
                 Procedure (HCFA 1500, #24C)
                 *Top Procedure (Appendix 4)
                 Type of Service (HCFA 1500, #24G)
                 *Acceptable Type of Service/Procedure (Appendix 14)
                 *Acceptable Type of Service/Diagnosis (Appendix 15)
                 *Top Diagnosis (Appendix 3)

How Edit Works:  Check the created Top Procedure.  If the procedure is in
                 "200 = All Other," proceed to diagnosis.  If it is not equal
                 to "200" then the Type of Service is compared with the Top
                 Procedure to find a match (see Appendix 14).  If a Type of
                 Service finds a match with the Top Procedure, the claim
                 passes the edit.  If a Type of Service does not find a match
                 with the Top Procedure, proceed to diagnosis.  Compare the
                 Top Diagnosis created to the Type of Service (Appendix 15).
                 If a match is found, the claim passes.  If no match is found,
                 the claim fails the edit.
                 If all Top Procedures and Top Diagnoses are "200-Other-All"
                 or "201-Missing" the claim exits unedited.

Action Options:  1) Data entry clerk checks for entry error.
                 2) Check procedure and type of service with provider via
                    telephone and/or query letter.
                 3) Override flag without correction(s) and continue
                    processing.

Volume of Claims
Needed to Test
Edit:            10,000

Medical Review:  Not Required

Additional       Type of Service (HCFA) - 1 digit
Dimensions:                             - no decimals

_____

*RAMS-created variable or table.

HDI-Proprietary                                          000115

                              - 18 -

The Health Data Institute™
The Health Data Institute

MCK  047522

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Revised 3/21/86

## CLAIM LEVEL - I

Edit CL006B:    Place of Service - Procedure/Diagnosis
Data Accuracy Edit

Type of Edit:    Compares the procedure and diagnosis with the place of
                 service.

Claim Types:     All

Primary Use:     To assess medical necessity and data quality.

Data Required:   *Comorbid Disease List (Appendix C or C1)
                 *Top Procedure (Appendix 4)
                 *Age
                 *Top Diagnosis (Appendix 3)
                 Place of Service (HCFA 1500, #24B)
                 .Type of Bill (UB82, FL 4)
                 Principal Procedure (UB82, FL 83; HCFA 1500, #24C)
                 Principal Diagnosis (UB82, FL 76; HCFA 1500, #24D)
                 All other Diagnoses (UB82, FL 77-81; HCFA 1500, #24D)
                 *Acceptable Place of Service/Top Diagnosis and Top Procedure
                     (Appendix 16)
                 *Age Qualifications for Acceptable Place of Service
                     (Appendix 16A)

How Edit Works:  1) For those claims with principal procedures that could not
                    be grouped into a Top Procedure, proceed to the Top
                    Diagnosis.
                 2) The Top Procedure category into which the claim was sorted
                    is compared to a table of acceptable Places of Service
                    (see Appendix 16).
                 3) If the Top Procedure is appropriate for the Place of
                    Service indicated, the claim passes the edit.  If the Top
                    Procedure appears inappropriate for the Place of Service
                    indicated, the claim is flagged and advanced to Step 4.
                 4) If a claim is flagged in Step 3, the Top Procedure
                    category is compared to the age of the claimant.  If the
                    age of the claimant falls within predetermined boundaries
                    which justify an alternate Place of Service, the claim
                    passes this edit.  If no age qualification exists, the
                    claim proceeds to Step 5.  (For age qualifications, see
                    Appendix 16a.)
                 5) Those claims with Principal Diagnoses which are placed in
                    Top Diagnoses 200-other or 201-missing, exit unedited.

                                                              (continued)

---

*RAMS-created variable or table.

HDI-Proprietary                                        000116

                              - 19 -
                                        The Health Data Institute™
                                        The Health Data Institute™

MCK 047523

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Edit CL006B (continued)                                      Revised 3/24/86

6) The Top Diagnosis category into which the claim was sorted is compared to a table of acceptable Places of Service (see Appendix 16).

7) If the Top Diagnosis is appropriate for the Place of Service indicated, the claim passes the edit. If the Top Diagnosis appears inappropriate for the Place of Service indicated, the claim is flagged and advanced to Step 8.

8) If a claim is flagged in Step 7, the Top Diagnosis is compared to the age of the claimant. If the claimant's age falls within predetermined boundaries justifying an alternate Place of Service, the claim passes the edit. If no age qualification exists, the claim is flagged and advanced to Step 9. (For age qualifications, see Appendix 16A.)

9) If a claim is flagged in Step 8, All Other Diagnoses associated with said claim are examined for the presence/absence of comorbidity via table comparison (see Appendix C or CI). If comorbidity is present, the claim passes the edit. If no comorbidity exists, the claim fails.

Action Options:   1) Data entry clerk checks for entry error.
                  2) Override flag without correction(s).
                  3) Verify data elements with provider via telephone and/or query letter.
                  4) Override flag with corrections.

Volume of Claims
Needed to Test
Edit:             100,000 Inpatient and Outpatient Claims

Medical Review:   Optional

Additional
Dimensions:       Place of Service - 1 column, 15 occurrences

000117

HDI-Proprietary

The Health Data Institute™

MCK 047524

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I                         Revised 3/25/86

Edit CLØ06C:      Type of Admission - Diagnosis/Procedure
Data Accuracy Edit

Type of Edit:     Compares the diagnoses and procedures with the type of
                  admission.

Claim Types:      Hospital Inpatient Claims

Primary Use:      To check the accuracy of the type of admission with the
                  diagnoses and procedures.

Data Required:    Type of Bill (UB82, FL 4)
                  Principal Procedure (UB82, FL 83)
                  Type of Admission (UB82, FL 17)
                  *Top Procedure (Appendix 4)
                  *Invasive Procedure List (Appendix CII)
                  *Acceptable Type of Admission/Diagnosis (Appendix 18)
                  *Acceptable Type of Admission/Procedure (Appendix 17)
                  Source of Admission (UB82, FL 18)

How Edit Works:   For each claim the type of bill is checked.  Outpatient
                  claims exit unedited.  The type of admission is checked.
                  Types 5-8, 0, 9 exit unedited.  If all the Top Procedures
                  fall into the "200 = All Other" and/or "201 = Missing"
                  category, go to the diagnoses.  If the Type of Admission = 4
                  (Newborn), use the Source of Admission to identify type of
                  newborn and proceed with Top Procedure.  The Top Procedures
                  are compared to the Invasive Procedure List (see Appendix
                  CII).  If at least one invasive procedure is not present, go
                  to the diagnoses.  The first Top Procedure is compared to a
                  table of acceptable Type of Admission codes for procedures
                  (Appendix 17).  If the Top Procedure matches a Type of
                  Admission code, the claim passes the edit.  If no match is
                  found, the other Top Procedures are compared to Type of
                  Admission.  If no match is found the diagnoses are converted
                  to Top Diagnoses.  If all Top Diagnoses fall into the 200-
                  other or 201-missing category the claim exits unedited.  The
                  Top Diagnoses are compared to a table of Acceptable Type of
                  Admission codes for diagnoses (Appendix 18).  If a match is
                  found, the claim passes the edit.  If no match is found, the
                  claim fails the edit.

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify procedure and admission codes with provider via
                     telephone and/or query letter.
                  3) Leave claim flagged and submit for Medical Review
                  4) Override flag with correction(s).
                  5) Override flag without correction(s) and continue
                     processing.

Volume of Claims
Needed to Test
Edit:             100,000

*RAMS-created variable or table.

HDI-Proprietary

000118

- 21 -

The Health Data Institute™
The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047525

04-CV-1258-SLR (D.Del.)

Revised 3/25/86

CLAIM LEVEL - I

Edit CL007:      Long Length of Stay/Complicated
Medical Necessity Edit

Type of Edit:    Compares complicated admissions with established lengths of
                 stay.

Claim Types:     Hospital Inpatient Claims

Primary Use:     To validate the length of stay for a complicated admission.

Data Required:   Type of Bill (UB82, FL 4)
                 *Age
                 Principal Diagnosis (UB82, FL 77)
                 All Other Diagnoses (UB82, FL 78, 79, 80, 81)
                 Principal Procedure (UB82, FL 84)
                 All Other Procedures (UB82, FL 85, 86)
                 Procedure Coding Method Used (UB82, FL 82)
                 *Comorbid Disease List (Appendix C or CI)
                 *Length of Stay Tables (Appendices 23a and b)
                 *Invasive Procedure List (Appendix CII)
                 *Top Procedure (Appendix 4)
                 *Length of Stay (LOS)

How Edit Works:  1) For each claim the type of bill is checked.  Outpatient
                    and interim bills exit unedited.
                 2) For each claim, all listed diagnoses (other than the
                    Principal Diagnosis) are compared to the Comorbid Disease
                    List (Appendix C or CI) to validate the presence of a
                    complication.  Those claims with complications will
                    continue through this edit.  Those claims without a
                    complication will not be edited.
                 3) All procedures on a claim are formatted into their
                    respective Top Procedure groupings.  Claims with all
                    procedures going into the "200 = All Other" category,
                    will not continue to be edited.  Claims with all
                    procedures missing, "201", will be labeled Complicated
                    Medical.
                       For those claims with procedures formatted into Top
                    Procedure groupings, use the Invasive Procedure List
                    (Appendix CII) to establish the presence of an invasive
                    procedure.  Claims with an invasive procedure present are
                    labeled Complicated Surgical; claims without the presence
                    of an invasive procedure are labeled Complicated Medical.

                                                          (continued)

_____
*RAMS-created variable or table.

HDI-Proprietary

                                                     000119

                         - 22 -

The Health Data Institute
The Health Data Institute

MCK 047526

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Edit CL007 (continued)                                        Revised 1/13/86

4) For claims labeled Complicated Medical, compare the Principal Diagnosis to the Diagnosis/Length of Stay table for multiple diagnoses, non-operated, for the claimant's age grouping. Claims with a LOS less than or equal to the table LOS pass the edit and exit. Claims with a LOS greater than the table LOS will fail.

5) For claims labeled Complicated Surgical, compare the Principal Diagnosis to the Diagnosis/Length of Stay table for multiple diagnoses, operated, for the claimant's age grouping. Claims with a LOS less than or equal to the table LOS pass the edit and exit. Claims with a LOS greater than the table LOS will continue to Step 6.

6) Complicated Surgical claims, which are flagged when LOS is checked against diagnosis, are re-edited by checking the Principal Procedure against an Operation/LOS table. This is only possible if the Principal Procedure is in the ICD-9 coding scheme. If the procedure code is in CPT-4, the claim fails based on its diagnosis.

7) Claims with the Principal Procedure coded in ICD-9 are compared to an Operation/LOS table for multiple diagnoses within the claimant's age grouping. Claims with a LOS less than or equal to the table LOS pass the edit and exit. Claims with a LOS greater than the table LOS will fail

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify diagnosis(es) and/or procedure with provider via telephone and/or query letter.
                  3) Override flag with correction(s).
                  4) Override flag without correction(s).
                  5) Leave claim flagged, submit for Medical Review.

Volume of Claims
Needed to Test
Edit:             100,000

Medical Review:   Required

Additional        Procedure Coding Method Used, 1 digit
Dimensions:       Comorbid Disease List, 3, 4, 5 digit -
                  ICD-9 Codes and Ranges of Codes
                  Length of Stay Table

000120

HDI-Proprietary

- 23 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047527

04-CV-1258-SLR (D.Del.)

Revised 2/17/86

CLAIM LEVEL - I

Edit CLØ11A:    Short Stay Admissions - Medical

Type of Edit:   Flags cases where a medical admission may have been
                unnecessary based on length of stay and total ancillary
                charges.

Claim Types:    Hospital Inpatient Claims

Primary Use:    To identify unnecessary short stay medical admissions.

Data Required:  Principal Diagnosis (UB82, FL 77)
                All Other Procedures (UB82, FL 84-86)
                *Total Sum of Ancillary Charges (UB82, FL 53 revenue codes,
                  and FL 51 charges)
                Provider Zip Code (UB62, FL 1)
                *Length of Stay (LOS)
                *Age
                *Unacceptable Short Stay Medical Conditions (Appendix 21)
                *Invasive Procedure List (Appendix CII)
                *Consumer Price Index (Appendix 55)

How Edit Works: 1) Must be hospital inpatient claim, otherwise exit
                   unedited.
                2) All interim bills exit unedited.  If Top Proc=200 Other
                   All, exit unedited.
                3) Only claims with a LOS $\leq$ three days will be edited.
                4) Claims with a LOS $\leq$ three days are checked for the
                   presence of an invasive procedure by comparing the Top
                   Procedure to the Invasive Procedure List.  Claims with an
                   invasive procedure present will not continue to be
                   edited.  Claims with diagnostic Top Procedures will also
                   exit unedited.
                5) For those claims without an invasive procedure present,
                   compare the principal diagnosis and the claimant's age to
                   Appendix 21 (Unacceptable Short Stay Medical Conditions).
                   Only those claims with a principal diagnosis and an
                   age within the range as defined in Appendix 21 will
                   continue to be edited.  Otherwise claim exits unedited.
                6) Identify the revenue codes and associated charges to equal
                   a total sum ancillary charge.
                7) Claims with a total ancillary charge greater than the
                   amount determined by the client will pass the edit.
                   Claims with a total ancillary charge less than this amount
                   will fail.

                                                        (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary

                                                   000121

                              - 24 -

                                           The Health Data Institute™

                                              MCK 047528