# EXHIBIT P

## PART 2 OF 4

Edit CL011A (continued)                                    Revised  2/17/86

Action Options:    1) Data entry clerk checks for entry error
                   2) Verify the Principal Diagnosis with provider via telephone
                      and/or query letter
                   3) If necessary, request chart components for Medical Review
                   4) Override flag with correction(s)
                   5) Override flag without correction(s) and continue
                      processing

Volume of Claims
Needed to Test
Edit:              150,000

Medical Review:    Required

Note:              Revenue codes to be summed for this edit are:  24X-28X, 30X-
                   35X, 38X-48X, 70X, 73X-75X, 90X-92X, 94X.

                   Add Top Procedure 103, Cardiac Catheterization, to the
                   Invasive Procedure List for this edit only.

                   Diagnostic Top Procedures 101, 102, 104, 106-109, 111 and 112
                   will exit unedited.

HDI-Proprietary

000122

- 25 -

The Health Data Institute ™

MCK 047529

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised  4/14/86

## CLAIM LEVEL - I

Edit CL0113:  Short Stay Admissions - Surgical

Type of Edit:  Compares the length of stay with procedures which should occur on an outpatient basis.

Claim Types:  Hospital Inpatient Claims

Primary Use:  To identify unnecessary short stay admissions for procedures which can be performed on an outpatient basis.

Data Required:  *Age
Principal Procedure (UB82, FL 84)
Revenue Codes (UB82; FL 31, 170-175, 179, 200-209, 210-214, 219, 450, 459)
*LOS
*Outpatient Procedures (Appendix 22 a or b)
Procedure Coding Method Used (UB82, FL 82)

How Edit Works:  Must be hospital inpatient claim, otherwise exit unedited. All interim bills exit unedited. At least one procedure must be present otherwise exit unedited. The age on the claim must be greater than or equal to one year otherwise exit unedited. The length of stay must be less than or equal to three days otherwise exit unedited. The SW, ICU, CCU and Nursery charges with the above revenue codes must be $0 or missing, otherwise exit unedited.

Check the Principal Procedure and the claimant's age against the Outpatient (OPD) Procedure List (Appendix 22a or b). If the procedure and the claimant's age do not appear on the list, exit unedited. For those claims with procedures and the age on the OPD Procedure List, if the LOS $\leq$ one day, the claim passes the edit. Otherwise, claim fails the edit.

Action Options:  1) Data entry clerk checks for entry error
2) Verify procedure with provider via telephone and/or query letter
3) Leave claim flagged and request portions of the hospital chart for Medical Review
4) Maintain flag and continue processing
5) Override flag without correction(s)

(continued)

---

*RAMS-created variable or table.

HDI-Proprietary

000123

- 26 -

. The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK  047530

04-CV-1258-SLR (D.Del.)

Edit CL011B (continued)                                    Revised 4/14/86

Volume of Claims
Needed to Test
Edit:          250,000

Medical Review:  Required

Additional
Dimensions:     None

000124

HDI-Proprietary

                                                    - 27 -                    The Health Data Institute™
                                                                             The Health Data Institute

MCK 047531

Confidential Information Subject to D. Del. LR 26.2                          04-CV-1258-SLR (D.Del.)

Revised 3/25/96

CLAIM LEVEL - I

Edit CL012:     Long Length of Stay/Uncomplicated
Medical Necessity Edit

Type of Edit:     Flags uncomplicated cases where continued hospital stay is
                  not documented by complications or comorbidity.

Claim Types:     Hospital Inpatient Claims

Primary Use:     To identify unnecessarily long lengths of stay when no
                 complicating factors are present.

Data Required:   Type of Bill (UB82, FL 4)
                 *Age
                 Principal Diagnosis (UB82, FL 77)
                 All Other Diagnoses Codes (UB82, FL 78-81)
                 Principal Procedure (UB82, FL 84)
                 Other Procedures (UB82; FL 85, 86)
                 Procedure Coding Method Used (UB82, FL 82)
                 *Comorbid Disease List (Appendix C or CI)
                 *Invasive Procedure List (Appendix CII)
                 *Length of Stay Tables (Appendices 23a and b)
                 *Top Procedure (Appendix 4)
                 *Length of Stay (LOS)

How Edit Works:  1) For each claim the type of bill is checked.  Outpatient
                    and interim bills exit unedited.
                 2) For each claim, all listed diagnoses (other than the
                    Principal Diagnosis) are compared to the Comorbid Disease
                    List to exclude any claim with a complication and/or co-
                    morbidity.  Claims that do not have a complication and/or
                    comorbidity present will continue through this edit.
                 3) The claims without complications are formatted into their
                    respective Top Procedure grouping.  Claims with all
                    procedures going into the Other All category, 200, will
                    not continue to be edited.  Claims with all procedures
                    missing, Top Procedures 201, will be labeled Uncomplicated
                    Medical.
                       For those claims with procedures formatted into Top
                    Procedure groupings, use the Invasive Procedure List
                    (Appendix CII) to establish the presence of an invasive
                    procedure.  Claims with an invasive procedure present are
                    labeled Uncomplicated Surgical; claims without the
                    presence of an invasive procedure are labeled
                    Uncomplicated Medical.

                                                           (continued)

――――――――――――――――――
*RAMS-created variable or table.

HDI-Proprietary                                          000125

                              - 28 -

                                            The Health Data Institute™
The Health Data Institute

MCK 047532

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/25/86

CLAIM LEVEL - I

**Edit CL012:**   Long Length of Stay/Uncomplicated
Medical Necessity Edit

**Type of Edit:**   Flags uncomplicated cases where continued hospital stay is
not documented by complications or comorbidity.

**Claim Types:**   Hospital Inpatient Claims

**Primary Use:**   To identify unnecessarily long lengths of stay when no
complicating factors are present.

**Data Required:**   Type of Bill (UB82, FL 4)
\*Age
Principal Diagnosis (UB82, FL 77)
All Other Diagnoses Codes (UB82, FL 78-81)
Principal Procedure (UB82, FL 84)
Other Procedures (UB82, FL 85, 86)
Procedure Coding Method Used (UB82, FL 82)
\*Comorbid Disease List (Appendix C or CI)
\*Invasive Procedure List (Appendix CII)
\*Length of Stay Tables (Appendices 23a and b)
\*Top Procedure (Appendix 4)
\*Length of Stay (LOS)

**How Edit Works:**   1) For each claim the type of bill is checked.  Outpatient
and interim bills exit unedited.
2) For each claim, all listed diagnoses (other than the
Principal Diagnosis) are compared to the Comorbid Disease
List to exclude any claim with a complication and/or
comorbidity.  Claims that do not have a complication and/or
comorbidity present will continue through this edit.
3) The claims without complications are formatted into their
respective Top Procedure grouping.  Claims with all
procedures going into the Other All category, 200, will
not continue to be edited.  Claims with all procedures
missing, Top Procedures 201, will be labeled Uncomplicated
Medical.
For those claims with procedures formatted into Top
Procedure groupings, use the Invasive Procedure List
(Appendix CII) to establish the presence of an invasive
procedure.  Claims with an invasive procedure present are
labeled Uncomplicated Surgical; claims without the
presence of an invasive procedure are labeled
Uncomplicated Medical.

(continued)

_____

\*RAMS-created variable or table.

HDI-Proprietary                                                    000125

- 28 -

The Health Data Institute™

MCK 047533

Edit CL012 (continued)                                    Revised 3/25/86

4) For claims labeled Uncomplicated Medical, the Principal
Diagnosis is compared to the Diagnosis/Length of Stay
table for single diagnosis, non-operated, for the
claimant's age grouping. Claims with a LOS less than or
equal to the table LOS pass the edit and exit. Claims
with a LOS greater than the table LOS will fail.

5) For claims labeled Uncomplicated Surgical, the Principal
Diagnosis is compared to the Diagnosis/Length of Stay
table for single diagnosis, operated, for the claimant's
age grouping. Claims with a LOS less than or equal to the
table LOS pass the edit and exit. Claims with a LOS
greater than the table LOS will continue to Step 5. 6

6) Uncomplicated Surgical claims, which are flagged when LOS
is checked against the primary diagnosis, can be re-edited
by checking the Principal Procedure against an
Operation/LOS table. This is only possible if the
Principal Procedure is in the ICD-9 coding scheme. If the
procedure code is CPT-4, the claim fails based on its
diagnosis.

7) Claims with the Principal Procedure coded in ICD-9 are
compared to an Operation/LOS table for single diagnosis
within the claimant age grouping. Claims with a LOS less
than or equal to the table LOS pass the edit and exit.
Claims with a LOS greater than the table LOS will fail.

Action Options:   1) Data entry clerk checks for entry error.
2) Verify diagnosis(es) and/or procedure with provider via
telephone and/or query letter.
3) Override flag with correction(s).
4) Override flag without correction(s).
5) Leave claim flagged, submit for Medical Review.

Volume of Claims
Needed to Test
Edit:            200,000

Medical Review:  Required

Additional       Procedure Coding Method Used, 1 digit
Dimensions:      Comoroid Disease List, 3, 4, 5 digit -
ICD-9 codes and ranges of codes
Length of Stay Table

000126

HDI-Proprietary

- 79 -

The Health Data Institute
The Health Data Institute

MCK 047534

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I                        Revised  11/7/86

CLØ23:            Ancillary Charges/Procedure/Diagnosis
Medical Necessity Edit

Type of Edit:    Flags ancillary charges that are outside the expected range.

Claim Types:     Hospital Inpatient Claims

Primary Use:     To correlate ancillary charges with specific
                 procedures/diagnoses.

Data Required:   All Diagnoses (UB82; FL 77, 78, 79, 80, 81)
                 All Procedures (UB82; FL 84, 85, 86)
                 Type of Bills (UB82; FL 4)
                 Revenue Codes (UB82; FL 51)
                 Total Charges (by Revenue Code Category) (UB82, FL 53)
                 Provider Zip Code (UB82, FL 1)
                 *AMS Version 1.0 Revenue Codes (Appendix 24)
                 *Top Diagnosis (Appendix 3)
                 *Top Procedure (Appendix 4)
                 *Acceptable Ancillary Charge Table/Procedure (Appendix 25)
                 *Acceptable Ancillary Charge Table/Diagnosis (Appendix 26)
                 *Consumer Price Index (Appendix 55)

How Edit Works:  If the claim is an interim bill (UB82; FL 4) the claim exits
                 unedited.  The client will have the option to set the maximum
                 charge screens at a conservative, moderate, or aggressive
                 level.  The edit is performed on Top Procedure and Top
                 Diagnosis Groups.  When a claim is submitted, apply the CPI
                 adjustment using the Provider Zip Code.  If a claim contains
                 a Top Procedure between 1 and 129, the edit is performed
                 based on the Top Procedure.  If it does not have a Top
                 Procedure between 1 and 129, then Top Diagnosis is used as
                 the unit of comparison.  If the claim has only one Top
                 Procedure or only one Top Diagnosis then the claim will fail
                 if any ancillary charge is outside the acceptable range.
                 Charge comparisons must be done on all revenue codes listed
                 in Appendix 24 for every claim.  (Do not limit the comparison
                 of charges to only those submitted on the UB-82 form).

                 Top Procedures:

                 Take the first Top Procedure's ancillary charges from
                 Appendix 25.  If the charges fall within the ranges (minimum

                                                        (continued)

*RAMS-created variable or table.

HDI-Proprietary                                         000127

                              - 30 -

                                        The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047535

04-CV-1258-SLR (D.Del.)

Edit CL023 (continued)                              Revised  11/7/36

and whatever the client chooses) for each ancillary, the
claim passes the edit.  If any charge is below the minimum
amount, the claim fails.  If any of the ancillary charges are
greater than the maximum acceptable charge for the ancillary
for the first Top Procedure, then re-edit those ancillaries
individually that failed using the following formula and the
acceptable charges from Appendices 25 and 26.  For each
ancillary that fails, create a new acceptable charge level in
the following manner:  add the maximum acceptable charge
(MAC) from Appendix 25 for the First Top Procedure and one-
third of the MAC for the Second Top Procedure and one-fourth
of the MAC for the Third Top Procedure, to obtain a new MAC
for ancillaries which fail with the First Top Procedure.  If
the claim's total charge for that ancillary is less than or
equal to the new MAC, the claim passes.  If the claim's total
charge for that ancillary is still greater than the new MAC,
the claim fails.

$$\text{New MAC} = 1(P_1) + 1/3(P_2) + 1/4(P_3)$$

Note:  If a Top Procedure occurs more than once on a claim,
       its MAC should be used only once in calculating the
       New MAC for procedures.

Top Diagnoses:

*A condition statement needs to be added for Top Diagnoses
only:  if an ICU/CCU charge is present, an anesthesia charge
of up to $200 is allowed.

First edit the charges using the principal Top Diagnosis
acceptable ancillary charges from Appendix 26.  If all the
ancillary charges on the claim fall within the acceptable
range the claim passes the edit.  If any charge is below the
minimum amount, the claim fails.  If any of the ancillary
charges are greater than the acceptable range, re-edit those
ancillaries individually by adding the MAC for the Principal
Top Diagnosis and the MAC for the second through the fifth
Top Diagnoses to obtain a new MAC for that ancillary.  If the
ancillary charges on the claim are still higher than the New
MAC, the claim fails the edit.  If the charges for that
ancillary are less than or equal to the New MAC the claim
passes the edit.

$$\text{New MAC} = 1(D_1) + 1/3(D_2) + 1/4(D_3) + 1/5(D_4) + 1/6(D_5)$$

Note:  If a Top Diagnosis occurs more than once on a claim,
       its MAC should be used only once in calculating the
       New MAC for diagnoses.
                                                  (continued)

─────────────────────────────
*Minimum charge = 3 bytes, all other charges = up to 5 bytes.

HDI-Proprietary                                    000128

                          - 31 -
                              The Health Data Institute

MCK  047536

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Edit CL023 (continued)                          Revised  11/7/86

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify the Revenue Codes with provider via telephone
                     and/or query letter.
                  3) Leave claim flagged, submit for Medical Review.
                  4) Override flag without correction(s).

Volume of Claims
Needed To Test
Edit:             500,000 Inpatient Claims only.

Medical Review:   Required

Additional
Dimensions:       For Appendices 25 and 26, the tables will have the following
                  dimensions:

                     three-dimensional array with:
                     length = 69 = Revenue Codes
                     height = 199 = Top Diagnosis
                     depth = 4 = Dollar Amounts*
                  Revenue Codes - 3 digits, numeric.  No decimals.

---

*Minimum charge = 3 bytes, all other charges - up to 5 bytes.

HDI-Proprietary

000129

- 32 -

The Health Data Institute™

MCK 047537

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 4/15/86

## CLAIM LEVEL - I

Edit CLØ30A:     Outmoded or Obsolete Procedures/Tests
Data Accuracy Edit

Type of Edit:    Examines claims for the appropriateness of selected
                 services.

Claim Types:     All claims with procedures coded in CPT-4

Primary Use:     To check for medically outmoded or obsolete procedures.

Data Required:   Principal Procedure (HCFA 1500, #24C; UB82, FL 83)
                 All Other Listed Procedures (UB82, FL 84-86)
                 Procedure Coding Method Used (UB82, FL 82 = 4)
                 *Outmoded Procedure List (Appendix 29)

How Edit Works:  Each procedure is checked for the procedure Coding Method
                 Used = 4.  All other coding method procedures exit unedited.
                 Only CPT-4 procedure codes will be edited.  Each procedure is
                 checked against a list (see Appendix 29) to see if it matches
                 an outmoded procedure.  If it does, the claim fails the edit.
                 The procedure(s) that fail will be identified for query.

Action Options:  1) Data entry clerk checks for entry error.
                 2) Verify data elements with provider via telephone and/or
                    query letter.
                 3) Override flag with correction(s).
                 4) Override flag without correction(s).
                 5) Compare provider key to problem provider list (CLØ50) to
                    check for questionable practice patterns.

Volume of Claims
Needed to Test
Edit:            250.000 Inpatient and Outpatient

Medical Review:  Not Required

Additional
Dimensions:      None

---

*RAMS-created variable or table.

HDI-Proprietary

000130

- 33 -

The Health Data Institute

MCK 047538

Revised 4/14/96

CLAIM LEVEL - I

Edit CL030B:    Procedures and Tests/One Time Occurrence
Medical Necessity Edit

Type of Edit:    Checks procedures and tests which should only occur once on
                 a claim.

Claim Types:    Hospital Inpatient Claims

Primary Use:    Procedures which should not be done more than once in a
                hospitalization will be identified.

Data Required:    Principal Procedure (UB82, FL 83)
                  Other Listed Procedures (UB82, FL 84-86)
                  Procedure Date(s) (UB82, FL 83-86)
                  *Definite One-time Procedures (Appendix 31)
                  *Probable One-time Procedures (Appendix 32)
                  *Provider ID
                  Procedure Coding Method Used (UB82, FL 82 = 9 only)

How Edit Works:    Must be hospital inpatient claim otherwise exit unedited.  If
                   procedure coding method is CPT-4, exit unedited.  There must
                   be at least two procedures on the claim.  If the procedure
                   dates are the same the claim passes the edit.  All listed
                   procedures are compared to the Definite One-time Procedure
                   List (Appendix 31) and Probable One-time Procedure List
                   (Appendix 32).  If a procedure is flagged as occurring on
                   either list more than once, the claim fails the edit.  If a
                   procedure occurs only once or not at all, the claim passes
                   the edit.

Action Options:    1) Data entry clerk checks for entry error
                   2) Verify procedures with provider via telephone and/or query
                      letter
                   3) Leave claim flagged, submit for Medical Review
                   4) Override flag and continue processing

Volume of Claims
Needed to Test
Edit:              250,000

Medical Review:    Required

Additional
Dimensions:        None

_____

*RAMS-created variable or table.

HDI-Proprietary                                        000131

- 34 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

MCK  047539

Revised 4/17/86

CLAIM LEVEL - I

Edit CL050:      Problem Provider List

Type of Edit:    Flags claims from previously identified problem providers.

Claim Types:     Hospital Inpatient and Outpatient Claims, Physician Claims,
                 Independent Provider Claims, Independent Practitioner Claims,
                 Laboratory Claims, X-ray and Other Diagnostic Service.

Primary Use:     To monitor quality of care.

Data Required:   Flags for Individual Edit Failures
                 *Provider ID

How Edit Works:  A post-payment report is run to:
                 1) identify providers who have a high percentage of flagged
                    edits
                 2) evaluate clients who are already identified as problem
                    providers by client or carrier

                 Note:  After problem providers have been identified by the
                        Advanced MedLogic System or carrier, their claims may
                        be edited on a pre-payment basis and/or at a more
                        aggressive level for revenue charges.

Action Options:  At client's discretion.

Volume of Claims
Needed to Test
Edit:            500,000

Medical Review:  Required

Additional
Dimensions:      Flags for failed edits are to be decided by the client.

---

*RAMS-created variable or table.                    000132

HDI-Proprietary

- 35 -

The Health Data Institute
The Health Data Institute

**MCK 047540**

04-CV-1258-SLR (D.Del.)

BASIC EPISODE EDITS

000133

- 36 -

The Health Data Institute™
The Health Data Institute

MCK 047541

04-CV-1258-SLR (D.Del.)

<u>BASIC EPISODE-II</u>                    Revised 5/27/86

Edit BE004:      Procedure Diagnosis Matching
Medical Necessity Edit

Type of Edit:    Compares hospital diagnosis with the practitioner's
                 procedure.

Episode Types:   Hospital Inpatient or Outpatient and any Practitioner,
                 Outpatient Facility and any Practitioner.

Primary Use:     To validate the accuracy of the practitioner's procedure with
                 the hospital diagnosis.

Data Required:   All Listed Diagnoses (ICD9 - UB82 FL 76-81)
                 *Top Diagnosis (Appendix 3)
                 Procedure (CPT4 - HCFA 1500, FL 24C)
                 *Top Procedure (Appendix 4)
                 *Invasive Procedure List (Appendix CII)
                 Type of Service (HCFA 1500 - TOS = 2, 8 only - FL 24G)
                 *Procedure/Diagnosis Acceptable Match (Appendix 8)
                 Place of Service (HCFA 1500 = 1, 2, or 8 only - FL 24B)

How Edit Works:  1) There must be at least one diagnosis on the
                    hospital/facility claim and one procedure on the
                    practitioner's claim.  Only practitioner's claims with TOS
                    = 2 (surgery) or 8 (assistance at surgery) and POS = 1
                    (inpatient), 2 (outpatient), or 8 (ambulatory surgical
                    center) will be edited.  Otherwise exit unedited.

                 2) If the Top Procedures = 200 Other, All or 201 Missing,
                    claim exits unedited.

                 3) The Top procedure on the practitioner's claim is compared
                    to the Invasive Procedure List.  Only practitioner claims
                    with an invasive procedure will be edited.  Otherwise
                    exits unedited.

                 4) If hospital Top Diagnosis = 200, Other All or 201 missing,
                    claims exits unedited.

                 5) The first hospital Top Diagnosis is then compared to the
                    Top Procedure on the practitioner's claim.  If an
                    acceptable match is found (see CL Appendix VIII) the
                    claim passes.  If no match is found All Other Diags on
                    hospital claim are compared to the practitioner proc.  If
                    a match is found the claim passes.  If no match is found
                    the claim fails and the last claim in the episode fails.

---

*RAMS - created variable or table.                    000134

HDI-Proprietary

                              - 37 -

The Health Data Institute ™

MCK 047542

Revised 3/27/86

Action Options:    1) Data entry clerk checks for data entry error.

2) Verify the diagnosis with the hospital and the procedure
with the practitioner via telephone and/or query letter.

3) If the episode continues to fail the edit after the query,
the following options may be exercised:

a) Leave claim flagged and request portions of the chart
for Medical Review.

b) Override flag without corrections.

c) Pay claims and add it to a provider-specific file of
those who have claims which have failed in basic
episode edits repeatedly (a maximum allowable number to
be decided upon by the client/carrier).  Problem
provider files may be generated in report format.

Volume of
Studies Needed
to Test Edit:    100,000

Medical Review:    Preferred.

Additional
Dimensions:    None

HDI-Proprietary

000135

- 38 -

The Health Data Institute

MCK 047543

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

<u>BASIC EPISODE-II</u>                    Revised 4/14/86

Edit BE209:      Hospital Diagnosis/Practitioner Diagnosis
Medical Necessity Edit

Type of Edit:    Compares the diagnoses submitted by the hospital to the
                 diagnoses submitted by the practitioner.

Episode Types:   Inpatient Hospital/Any Practitioner
                 Outpatient Facility/Any Practitioner

Primary Use:     To validate the accuracy of the diagnoses submitted by the
                 hospital or outpatient facility with the diagnoses submitted
                 by the practitioner.

Data Required:   Principal Diagnosis (UB-82, FL 77, HCFA, FL23(1))
                 Other Diagnoses (UB-82, FL 78-81, HCFA, FL23 (2,3,4))
                 *Top Diagnosis (Appendix 3)
                 *Diagnosis/Diagnosis Matching (Appendix 33)

How Edit Works:  If the inpatient hospital or the outpatient facility claim is
                 on a UB-82 form, then:

                 1) If all the Top Diagnoses are "200 = All Other," or 201
                    Missing," claim exits unedited.

                 2) On the HCFA 1500, if all the Top Diagnoses are "200 =
                    Other All," or 201 = missing" the claim exits unedited.

                 3) Compare the Top Diagnoses from the HCFA 1500 to the Top
                    Diagnosis groups from the UB-82 looking for a match as
                    described in Appendix 33.  Once a match is found, exact or
                    close, the looping process is stopped and the episode
                    passes the edit.  If after looping through all Top
                    Diagnosis groups no match is found, the episode fails.

          Note:  If the outpatient facility claim is submitted on a HCFA
                 1500 form, compare the outpatient facility Top Diagnoses
                 to the HCFA 1500 practitioner Top Diagnoses.

Action Options:  1) Entry clerk checks for data error

                 2) Verify the diagnoses with the hospital or outpatient
                    facility and the practitioner submitting the claims via
                    telephone or query letter.

HDI-Proprietary

000136

- 39 -

The Health Data Institute™

MCK 047544

Revised 4/14/36

3) If the episode still fails the edit after query:
   a) pend claim and request portions of the medical record for review.
   b) override the flag without correction and add the episode to a file from which a potential provider profile could be generated.

Volume of Episodes
Need to Test Edit:    100,000

Medical Review:       Required

Additional Dimensions:

_____

*RAMS - Created variable or table

HDI-Proprietary

000137

- 40 -

The Health Data Institute

MCK 047545

BASIC EPISODE - II                    Revised 4/17/86

Edit BE010:      Procedure/Procedure Matching
Medical Necessity Edit

Type of Edit:    Compares the procedure(s) submitted by the hospital to the
                 procedure submitted by a practitioner.

Episode Types:   Hospital Inpatient or Outpatient and any Practitioner,
                 Outpatient Facility and any Practitioner.

Primary Use:     To validate the accuracy of the procedure(s) submitted by the
                 practitioner and with those submitted by the
                 hospital/facility.

Data Required:   First Procedure (ICD9 - UB82 FL 83)
                 All Other Listed Procedures (ICD9 - UB82 FL 84-86)
                 Procedure (CPT4 - HCFA FL 24C)
                 Type of Service (HCFA 1500 - TOS = 2, 8 only - FL 24G)
                 Place of Service (HCFA 1500 - 1, 2, B only - FL 24B)
                 Provider ID (UB82 + HCFA 1500)
                 *Top Procedures (Appendix 4)
                 *Procedure/Procedure Acceptable Match (Appendix 34)
                 *Major Invasive Procedure List (Appendix CIIA)

How Edit Works:1) There must be at least one procedure on the
                 hospital/facility claim and one on the practitioner claim.
                 Only practitioner's claims with TOS = 2 (Surgery) or 8
                 (Assistance at Surgery) and POS = 1 (Inpatient), 2
                 (Outpatient), or B (Ambulatory Surgical Center) will be
                 edited.  Otherwise exit unedited.

               2) If all the UB82 procedures are "200 = All Other" and "201
                 = Missing" or are "200 = All Other", the claim exits
                 unedited   If all the UB82 Top Procedures are "201 =
                 Missing" and the practitioner's Top Procedure is on the
                 Major Invasive Procedure List, the episode fails.

               3) The Top Procedure on the practitioner's claim is checked
                 against all the hospital/facility's listed Top Procedures
                 to look for an acceptable match (see BE Appendix 34).

               4) If a match is found, the claim passes.  If a match is not
                 found between the practitioner's procedure and any of the
                 hospital/facility's procedures, the episode fails.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify procedures with practitioner and hospital/facility
                 via telephone and/or query letter.

                 3) If the episode still fails after query, any of the
                 following options may be exercised:

─────────────────────────────
*RAMS - created variable or table.

HDI-Proprietary

- 41 -                    000138

The Health Data Institute™

MCK 047546

Confidential Information Subject to D. Del. LR 26.2              04-CV-1258-SLR (D.Del.)

Revised 4/17/86

a) Leave episode flagged and request portions of the
   hospital record for Medical Review.

b) Override flag without correction.

c) Pay claims and add it to a provider-specific file of
   those who have claims which have failed in basic
   episodes repeatedly (a number to be decided upon by the
   client/carrier).  Problem provider files may be
   generated in report format.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:  Preferred.

Additional
Dimensions:      None.

HDI-Proprietary

000139

– 42 –

The Health Data Institute

MCK 047547

Revised  4/14/36

Basic Episode II

Edit BE016A:    Assistant Surgeon Charge Greater than or Equal to Principal
                Surgeon Charge
Data Accuracy Edit

Type of Edit:    Compares the amount charged by the assistant surgeon to the
                 amount charged by the principal surgeon.

Episode Types:   Surgeon/Assistant Surgeon

Primary Use:     To identify when an assistant surgeon is charging the same
                 amount or more than the principal surgeon for the same
                 procedure performed on the same patient on the same day.

Data Required:   Principal Procedure (HCFA 1500, FL 24C)
                 Date of Service (HCFA 1500, FL 24A)
                 Procedure Charge (HCFA 1500, FL 24E)
                 Top Procedure*

How Edit Works:  1) Surgeons claims with no assistant surgeon claims or vice
                    versa will exit unedited

                 2) Compare the Date of Service on the principal surgeon's
                    claim to the Date of Service on the assistant surgeon's
                    claim.  Only claims with the same date of service will
                    continue to be edited.  Others exit unedited.

                 3) Compare the Principal Top Procedure from the surgeon's
                    claim to the Principal Top Procedure from the assistant
                    surgeon's claim.  If they do not match, the episode fails.
                    If the Top Procedures groups match, continue to edit the
                    episode.  If both Top Procedures are "201 missing," the
                    episode fails.

                 4) Compare the assistant surgeon's charge to the principal
                    surgeon's charge.  If the assistant surgeon's charge is
                    less than the principal surgeon's charge, the episode
                    passes the edit.  If the assistant surgeon's charge is
                    equal to or greater than the principal surgeon's charge,
                    the episode fails.

Action Options:  1) Entry clerk checks for data error.

                 2) Verify the date of service, the procedure code, and the
                    procedure charges with both practitioners.

HDI-Proprietary

000140

- 43 -

The Health Data Institute™

MCK 047548

Revised  4/14/86

3) If the episode still fails after the query:

    a) Override the flag without correction and add it to a
       file of flagged claims from which a problem provider
       file could be generated.

    b) Deny payment of the episode if the dollar discrepancy
       is significant as defined by the client.

Volume of
Episodes Needed
to Test Edit:  100,000

Medical Review:  Not required

Additional
Dimensions:

HDI-Proprietary

000141

- 44 -

The Health Data Institute ™

MCK  047549

04-CV-1258-SLR (D.Del.)

Basic Episode II                    Revised 4/16/86

Edit BE016B:        Anesthesiologist Charge Greater Than or Equal to Principal
                    Surgeon Charge
Data Accuracy Edit

Type of Edit:       Compares the amount charged by the anesthesiologist to the
                    amount charged by the principal surgeon.

Episode Types:      Inpatient Hospital/Principal Surgeon/Anesthesiologist
                    Outpatient Hospital/Principal Surgeon/Anesthesiologist

Primary Use:        To identify when an anesthesiologist is charging more than
                    the principal surgeon for the same procedure performed on the
                    same patient on the same day.

Data Required:      Date of Service (HCFA 1500, 24B)
                    Charges (HCFA 1500, 24E)
                    First Listed Procedure (HCFA 1500, FL24C)
                    All Listed Diagnoses (HCFA 1500, FL23)

How Edit Works:     1. Episodes with a surgeons claim but no anesthesiologists
                       claim (or vice versa) will exit unedited.

                    2. Check the date of service on the surgeon's claim with the
                       dates of service on the anesthesiologist's claim.  If the
                       dates of service on both claims is the same the episode
                       continues to be edited.  If none of the dates are the same
                       the episode exits unedited.

                    3. Compare the Top Procedure from the Surgeon's claim to the
                       Top Procedure from the Anesthesiologists claim.  If both
                       Top Procedures are Top Procedures 201 - Missing, the
                       episode fails.

                       a. If the Top Procedures match, compare the charge on the
                          surgeon's claim to the charge on the anesthesiologists
                          claims.  If the anesthesiologist's charge is less than
                          the surgeon's charge, the episode passes the edit.  If
                          the anesthesiologist's charge is equal to or greater
                          than the surgeon's charge, the episode fails.

                       b. If the Top Procedures do not match, compare the Top
                          Diagnoses from the surgeon's claim to the Top Diagnoses
                          from the Anesthesiologist's claim.  If the Top
                          Diagnoses do not match, the episode fails.  If the Top
                          Diagnoses match, compare the charge on the surgeon's
                          claim with the charge on the anesthesiologist's claim.
                          If the anesthesiologist's charge is less than the
                          surgeon's charge the episode passes the edit.  If the
                          anesthesiologist's charge is equal to or greater than
                          the surgeon's charge the episode fails.

HDI-Proprietary

000142

- 45 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047550

04-CV-1258-SLR (D.Del.)

Revised 4/16/86

Action Options:  1) Entry clerk checks for data error.

2) Verify the date of service, procedure code, diagnosis
   code, and charges with both practitioners.

3) If the episode still fails after the query:

   a) Override the flag without correction and add it to a
      file of flagged claims from which a potential provider
      profile could be generated.

   b) Deny payment of the episode if the dollar discrepancy
      is significant as defined by the client.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:  Not required

HDI-Proprietary

000143

- 46 -

The Health Data Institute ™

MCK 047551

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Basic Episode II                    Revised 4/17/36

Edit BE018:      Multiple Claims for Major Surgery within a single Basic
                 Episode
Medical Necessity Edit

Type of Edit:    Identifies claims of two or more different major invasive
                 surgical procedures by same or different surgeons.

Episode Type:    Hospital confinement: All Surgeons

Primary Use:     To examine a Basic Episode for the unlikely occurrence of
                 two major invasive surgical procedures during the same
                 hospitalization

Data Required:   UB82:  Diagnoses (FL 77-81)
                 HCFA:  Procedures (#24C)
                 *Top Procedure Groups (Appendix 4)
                 *Major Invasive Surg. Proc. List (Appendix CIIB)
                 *Acceptable Combinations of Procedures (Appendix 30)
                 *Complications of Major Procedures (Appendix 35)

How Edit Works:  1) All diagnoses on the hospital claim are looped through a
                    list of acceptable diagnosis codes which relate to major
                    procedures routinely performed within the same
                    hospitalization, or complications of major procedures
                    (Appendix 35).  If any diagnosis matches Appendix 35 the
                    claim exits unedited.  If no match occurs, the claims
                    advance to step 2.

                 2) The Top procedure listed on the surgeon's bill is grouped
                    into Major Invasive Surgical Procedure category (see
                    Appendix CIIB).  The procedures which cannot be grouped
                    will cause this claim to not be edited further.

                 3) Any two claims with procedures that fall into the same
                    major invasive category pass this edit.  Those claims that
                    fall into different categories, advance to step 4.  If
                    only one surgeon claim reaches this step, the Basic
                    Episode passes this edit.

                 4) The two claims are then compared to a list of acceptable
                    combinations of major invasive surgical procedures (see
                    Appendix XXX).  If deemed an acceptable match, the claims
                    pass this edit.  If not, the Basic Episode fails.

Action Options:  1) Data entry clerk checks for entry error.

                 2) Verify data elements via telephone and/or query letter to
                    all providers.

                 3) Override failure with correction(s).

*RAMs-created variable.

HDI-Proprietary

                                    - 47 -                    000144

                                                    The Health Data Institute ™

Confidential Information Subject to D. Del. LR 26.2

MCK 047552

04-CV-1258-SLR (D.Del.)

3) Override failure with correction(s).

4) Submit claims for Medical Review.

5) Override failure without correction(s).

Volume of
Episodes Needed
to Test Edit:    100,000 Inpatient Basic Episodes

Medical Review:  Required

HDI-Proprietary

000145

- 48 -

The Health Data Institute™

MCK 047553

Confidential Information Subject to D. Del. LR 26.2                          04-CV-1258-SLR (D.Del.)