# EXHIBIT P

## PART 3 OF 4

Basic Episode II                 Revised 4/16/86

Edit BE019:          Two Charges by Same Practitioner for Ambulatory Visit and
                     Hospital Admission on the Same Day
Data Accuracy Edit

Type of Edit:        Flags cases in which the patient was billed by the same
                     practitioner for both a hospital admission work-up and an
                     ambulatory visit (hospital outpatient, physician office,
                     etc.) on the same day.

Episode Types:       Inpatient Hospital/Practitioner/Same Practitioner

Primary Use:         To flag duplicate billing by the same practitioner for care
                     rendered in an ambulatory setting on the same day as hospital
                     admission.

Data Required:       Admission Date (UB-82, FL 15)
                     Date of Service (HCFA 1500, FL 24A)
                     Procedure Code (HCFA 1500, FL 24C)
                     *Medical Visit Procedure Codes (Appendix 36)
                     *Hospital Admission Workup Codes (Appendix 37)

How Edit Works:      1) Claims submitted by the same practitioner are checked for
                        the presence of two dates of service equal to hospital
                        admission date.  Claims that do not meet this requirement
                        exit unedited.

                     2) The procedure code on claim one from the practitioner is
                        compared to a list of medical visit procedure codes,
                        Appendix XXXVI.  If the procedure code on the claim
                        matches a code in the Appendix, the procedure on claim two
                        from the same practitioner is compared to a list of
                        hospital admission workup codes, Appendix XXXVII.  If the
                        procedure code on claim two matches a code in Appendix
                        XXXVII, the episode fails.

                        Alternatively, if the procedure code on claim one does not
                        appear in the list of medical procedure visit codes,
                        Appendix XXXVI, the procedure code on claim one is
                        compared to the list of hospital admission workup codes,
                        Appendix XXXVII.  If the code on claim one does not appear
                        on this list either, the episode does not continue to be
                        edited.  If, however, the procedure code on claim one does
                        appear in Appendix XXXVII, then the procedure code on
                        claim two is compared to the list of medical visit codes
                        in Appendix XXXVI.  If there is a match, the episode
                        fails.  If there is not a match, the episode passes the
                        edit.

Action Options:      1) Entry clerk checks for data error.

_____

*RAMs - created variable or table.

HDI-Proprietary                                              000146

                          - 49 -

The Health Data Institute ™

MCK  047554

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 4/16/86

2) Verify date of service and procedures with the
   practitioner submitting the claims via telephone or query
   letter.

3) If the episode still fails after the query, override the
   failure without correction and add it to a file from which
   a potential provider profile could be generated.

Volume of
Episodes Needed
to Test Edit:  100,000

Medical Review:  Not required

Additional
Dimensions:

---

*RAMS-created variable or table.

HDI-Proprietary

000147

- 50 -

The Health Data Institute™

MCK 047555

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/18/96

Edit BE#20A:     Surgeon Visit on Same Day as Surgery
Data Accuracy Edit

Type of Edit:    If a surgeon charges for a visit on the same day (s)he
                 performs surgery, the visit charge is considered to be
                 inappropriate.

Episode Types:   UB82 Hospital Inpatient and Any Surgeon and Same
                 Practitioner, UB82/HCFA Outpatient Facility and Any Surgeon
                 and Same Practitioner.

Primary Use:     To identify excess billing by a surgeon for visits performed
                 on the same day as surgery.

Data Required:   Procedure (CPT4 - HCFA FL 24C)
                 Service Date (HCFA 1500 - FL 24A)
                 Type of Service (HCFA 1500 1, 2, 3, or F, FL 24G)
                 Place of Service (HCFA 1500 1, 2, 3, or B only, FL 24B)
                 Provider ID (HCFA 1500)
                 *Invasive Procedure List (Appendix CII)
                 *Top Procedure (Appendix 4)
                 *Medical Visits (Appendix 19)

How Edit Works:  1) Of these claims use only those with POS = 1 (Inpatient), 2
                    (Outpatient Hospital), 3 (Doctor's Office), or B
                    (Ambulatory Surgical Center) in the episode.  All other
                    claims will not be edited.

                 2) Convert the procedures on both claims to Top Procedures
                    and compare them to the Invasive Procedure List (see
                    Appendix CII) and the Medical Visits (Appendix 19).  Only
                    claims with an invasive procedure or a medical visit will
                    be edited.

                 3) Using the provider ID and service date, identify the same
                    surgeon.  If a surgeon has a claim for an invasive
                    procedure and a claim for a medical visit (see  Appendix
                    19), with the same service dates, the episode is flagged.
                    If the other claim is not a medical visit, the episode
                    passes the edit.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify procedure dates and codes with provider via
                    telephone and/or query letter.

                 3) Override flag with corrections and rerun edit.

———————————————————

*RAMS - created variable or table.

HDI-Proprietary                                    000148

                        - 51 -

The Health Data Institute™

MCK 047556

Revised 4/18/86

4) Override flag without corrections and continue processing.

5) Leave claims flagged and request portions of hospital chart for Medical Review.

Volume of
Episodes Needed
to Test Edits:    50,000

Medical Review:  Preferred

Additional
Dimensions:      None

HDI-Proprietary

000149

- 52 -

The Health Data Institute ™

MCK 047557

<u>BASIC EPISODE - II</u>                    Revised 4/13/86

Edit BE020B:       Anesthesia Visit within One Day of Surgery
Data Accuracy Edit

Type of Edit:      If an anesthesiologist charges for a visit on the same day or
                   within one day of surgery for which (s)he delivered
                   anesthesia, the visit charge is considered inappropriate.

Episode Types:     Hospital Inpatient (JB82) and Anesthesiologist (HCFA) and
                   Same Practitioner (HCFA)

Primary Use:       To identify excessive billing by anesthesiologists who submit
                   a claim for a visit/consult in addition to the delivery of
                   anesthesia for surgery.

Data Required:     Procedure (CPT4 - HCFA FL 24C)
                   Service Dates (HCFA 1500 - FL 24A)
                   Type of Service (HCFA 1500, - 1, 3, 7 only - FL 24G)
                   Place of Service (HCFA 1500, - 1, B only - FL 24)
                   Provider ID (HCFA 1500)
                   *Anesthesia Codes (Appendix 38)
                   *Medical Visits (BE Appendix 19)

How Edit Works:    1) Check the anesthesiologist's procedure code against the
                      list of Anesthesia Codes (Appendix XXXVIII).  Edit only
                      those providers with Anesthesia Procedure Codes.

                   2) Check the same practitioner's additional claims for TOS =
                      3 (consult).  If it is a 3 continue to next step.  If it
                      is not a 3 or missing then check the procedure code for a
                      Medical Visit (see Appendix 19).  If a medical visit code
                      is present continue to next step.  If not, exit unedited.

                   3) If the anesthesiologist claim and same practitioner claim
                      have the same date of service or within one day, the
                      episode fails.  If these codes do not occur on the same
                      date or within one day, the episode passes the edit.

Action Options:    1) Data entry clerk checks for data entry error.

                   2) Verify service dates, procedure codes and/or type of
                      service rendered with providers via query letter and/or
                      telephone.

                   3) Override flag with corrections and revised edit.

                   4) Override flag without corrections.

                   5) Leave episode flagged and request portions fo the
                      practitioner's records for Medical Review.

---

*RAMS - created variable or table.

HDI-Proprietary

                            - 53 -                    000150

                                        The Health Data Institute™

MCK 047558

Revised 4/18/86

Volume of
Episodes Needed
to Test Edit:   50,000

Medical Review:   Optional

Additional
Dimensions:   None

HDI-Proprietary

000151

- 54 -

The Health Data Institute

<u>BASIC EPISODE - II</u>                Revised 4/17/86

Edit BE021:        Percentage of Summed Practitioners' Charges to Total Hospital
                   Charge
Medical Necessity Edit

Type of Edit:      Defines a percentage, based on a normative pattern, between
                   the total sum of practitioners' charges to the total hospital
                   charge.

Episode Types:     Inpatient Hospital/All Practitioners

Primary Use:       To identify excessive total practitioner resource use, as
                   reflected by the practitioners' charges.

Data Required:     Comorbid Disease List (Appendix C or CI)
                   Principal Diagnosis (UB82, FL77)
                   All Other Diagnoses (UB82, FL78-81)
                   Principal Procedure (UB82, FL84)
                   Revenue Codes (UB82, FL51)
                   Total Charges (UB82, FL53)
                   Charges (HCFA 1500, #24E)
                   *Top Diagnosis
                   *Top Procedure
                   Major Invasive Surgical Procedure List (Appendix CIIB)
                   Normative Percentages; Practitioners to Hospital Charges
                   (Top Proc Appendix 39 and Top Diag Appendix 44)

How Edit Works:    1) Any claim with a comorbid condition listed is excluded
                      from the edit (Appendix C or CI).  Use the top procedure
                      from the UB82 as the unit on comparison.  If the Top
                      Procedure is either 200 or 201, look at the Top Diagnosis
                      as the unit of comparison.  If the Top Diagnosis group is
                      200 or 201 the claim exits unedited.

                   2) Compare the Top Procedure to the Major Invasive Surgical
                      Procedure List, Appendix CIIB.  If the Top Procedure
                      appears in Appendix CIIB, look at the Top Diagnosis from
                      the UB82 used as the unit of comparison.  If the Top
                      Diagnosis is 200 or 201, the claim exits unedited.

                   3) To obtain the hospital total charge, use FL53 from the
                      UB82 form.  If there are any values for the revenue codes,
                      professional fees, 960-4, 969, 971-979, 981-989 on the
                      UB82 FL51, they should be deducted from the value in FL53
                      and added to the charge value(s) from all HCFA 1500
                      claims, #24E.

_____

*RAMS-created variable or table.

HDI-proprietary

                                                            000152

                              - 55 -

                                                    The Health Data Institute™

MCK 047560

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Revised 4/17/86

4) For the basic episode, compute the percentage of total practitioners' charges (HCFA 1500, #24E plus any UB82 revenue codes) to the total hospital charge (UB82 FL53 minus any UB82 revenue codes stated). If there are no changes on any of the practitioners' claim(s) and there are no professional fees on the UB-82, the episode exits unedited.

5) Using the Top Procedure on the Top Diagnosis created in Step 1 or 2, compare the computed percentage to the normative percentage in Appendix 39 (Top Procedure) on Appendix 44 (Top Diagnosis). If the computed percentage for the episode is less than or equal to the normative percentage, the episode passes the edit. If the computed percentage, is greater than the normative percentage the episode fails.

Action Options:  1) Entry clerk checks for data error.

2) Verify charges submitted by all providers via telephone or query letter.

3) If the episode continues to fail after query:

   a) leave the episode flagged and submit for medical review

   b) override the flag without correction, and add it to a file from which a potential provider profile could be generated.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:  Required

Additional
Dimensions:      Normative Percentages = 2 digits, no decimals

HDI-Proprietary

000153

- 56 -

The Health Data Institute™

MCK 047561

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/17/86

Edit BE022A:    Number of Practitioners/Uncomplicated Diagnoses
Medical Necessity Edit

Type of Edit:   Defines uncomplicated diagnoses and their relationship to the
                number of practitioners deemed necessary.

Episode Types:  Hospital Inpatient and Any Practitioners

Primary Use:  To identify overutilization of practitioners.

Data Required:  Principal Diagnosis (ICD9 - UB82 FL 76)
                All Other Listed Diagnoses (ICD9 - UB82 FL 77-81)
                All Procedure Codes
                Provider ID (UB82 + HCFA 1500)
                *Top Procedure (Appendix 4)
                *Top Diagnosis (Appendix 3)
                *Comorbid Disease List (Appendix C1)
                *Maximum Acceptable Practitioners/Diagnoses (Appendix 46)
                *Major Invasive Procedure List (Appendix C11B)

How Edit Works:  1) Convert all Procedures into a Top Procedure Group.  The
                    Top Procedures are checked against the Major Invasive
                    Procedure List (Appendix C11B).  Episodes with Top
                    Procedure codes on the Major Invasive Procedure List will
                    exit unedited.

                 2) All Other Listed Diagnoses on the hospital claims are
                    compared to the Comorbid Disease List (Appendix C1).  If a
                    comorbid condition is identified on the hospital claim, it
                    exits unedited.  If no comorbid condition is found, the
                    episode continues.

                 3) Count unique practitioners using Provider ID.

                 4) The principal diagnosis on the hospital claim is converted
                    to a Top Diagnosis. (Appendix 3)

                 5) The hospital Top Diagnosis and the total count of
                    different provider IDs are checked against the Maximum
                    Acceptable Practitioners/Diagnoses (see Appendix 46).

                 6) If the total number of practitioners is greater than the
                    maximum acceptable number, the episode fails the edit.  If
                    the total number is less than or equal to the maximum
                    number, the episode passes the edit.

Action Options:  1) Data entry clerk checks the data entry error.

_____

*RAMS - created variable or table.

HDI-Proprietary                                    000154

                          - 57 -

                                       The Health Data Institute *

MCK 047562

Revised 4/17/86

2) Verify type of service and place of sevice with
   practitioners via query letter and/or telephone.

3) Override flag with correction.

4) Override flag without correction.

5) Flag episode and request the hospital/practitioner records
   for Medical Review.

Volume of
Episodes Needed
to Test Edit:     100,000

Medical Review:   Preferred

Additional
Dimensions:       None

Comments:         A counter will need to be maintained as each  consultant's
                  claim is edited against the hospital claim.

HDI-Proprietary

000155

- 58 -

The Health Data Institute ™

MCK 047563

Confidential Information Subject to D. Del. LR 26.2                                          04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/17/86

Edit #E022B:     Number of Practitioners/Uncomplicated Procedures
Medical Necessity edit

Type of Edit:    Defines uncomplicated procedures and their relationship to
                 number of practitioners deemed necessary.

Episode Types:   Hospital Inpatient and Any Practitioner and Different
                 Practitioner

Primary Use:     To identify overutilization of practitioners.

Data Required:   All Other Listed Diagnoses (ICD9 - UB82 Fl 77-81)
                 Provider ID (UB82 + HCFA 1500)
                 Procedure (CPT4 - HCFA FL 24A)
                 *Top Procedure (Appendix 4)
                 *Comorbid Disease List (Appendix CI)
                 *Major Invasive Procedure List (Appendix C11B)
                 *Medical Visits (Appendix 19)
                 *Maximum Acceptable Practitioners/Procedures (Appendix 47)

How Edit Works:  1) At least one procedure must be present on the hospital's
                    claim or exit unedited.  Convert all procedures into a Top
                    Procedure Group.  The Top Procedures are checked against
                    the Major Invasive Procedure List (see Appendix C11B).
                    Only claims with at least one Top Procedure on the major
                    invasive procedure list will be edited.  If none of the
                    claims have at least one major invasive procedure it exits
                    unedited.

                 2) The Other Listed Diagnoses on the hospital's claim are
                    compared to the Comorbid Disease List (see Appendix CI).
                    Only episodes without comorbid conditions will continue to
                    be edited.  Episodes with comorbid conditions exit
                    unedited.

                 3) Count unique practitioners using Provider ID.

                 4) Using the Top Procedure and the total number of different
                    Provider IDs, the episode is compared to the table of
                    Maximum Acceptable Practitioners/Procedures (see Appendix
                    47).

                 5) If the total number of practitioners is greater than the
                    maximum acceptable number, the episode fails the edit.  If
                    the total number is less than or equal to the maximum
                    number, the episode passes the edit.

Action Options:  1) Data entry clerk checks for data entry error.

---

*RAMS - created variable or table.

HDI-Proprietary                               000156

                          - 59 -

                                   The Health Data Institute™

MCK 047564

Revised 4/17/86

2) Verify procedure(s), type of service and/or place of
   service with practitioner and diagnosis(es) with the
   hospital or practitioner via telephone or query letter.

3) Override flag with corrections.

4) Override flag without corrections.

5) Flag episode and request portions of hospital/practitioner
   records for Medical Review.

Volume of
Episodes Needed
to Test Edit:     100,000

Medical Review:   Preferred

Additional
Dimensions:       None

HDI-Proprietary

000157

- 60 -

The Health Data Institute ™

MCK 047565

Revised 4/17/86

Edit BE031:       Ambulatory Care:  Relationship of each test or procedure to
                  diagnosis.
Medical Necessity Edit

Type of Edit:     Compares diagnosis to each test/procedure performed or
                  ordered by a physician for medical relevance in an ambulatory
                  care setting.

Episode Type:     Outpatient Facilities/All Claims

Primary Use:      To flag superfluous tests/procedures performed or ordered by
                  any practitioner.

Data Required:    HCFA #24C, Procedure
                  HCFA #24D, Diagnoses
                  UB82, Form Locators 77-81, All listed diagnoses
                  HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
                  HCFA #24G, Type of Service= 0-9, F, Y, Z
                  UB82, Form Locator 51, Revenue Codes
                  *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                  *Revenue Code to MAT Crosswalk (Appendix 60)
                  *Inclusion List (Appendix 42)
                  *MAD/MAT Acceptable Match (Appendix 43)
                  *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)

                  1) If the Basic Episode is generated from a HCFA 1500 claim:

                     a) Find the Place of Service, #24B from the primary HCFA
                        claim above.  If Place of Service equals that indicated
                        under data required, the claim is applicable to this
                        edit.  If not, the Basic Episode exits unedited 1.
                        Convert #24D, All Diagnoses, to a Major Ambulatory
                        Diagnosis Group (MAD,* Appendix XXXX).  If no diagnosis
                        converts to a MAD, exit unedited.

                     b) If any other claim in this Basic Episode is reported on
                        a HCFA form where Type of Service, #24G, is as
                        indicated under data required, the claim is applicable
                        to this edit.  If not, the claim exits unedited.  If
                        the procedure listed, #24C, is on the Inclusion List
                        (Appendix 42) (otherwise, claim exits unedited), said
                        procedure is then converted to a MAT category.  If
                        conversion to a MAT category is not possible, the
                        claim exits unedited 4.

                     c) Using the MAT categories from step 1c, consolidate
                        identical categories.

_____

*RAMs-created variable.

HDI-Proprietary

000158

- 61 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK  047566

04-CV-1258-SLR  (D.Del.)

Revised 4/17/86

    d) Loop all the MAT categories from step 1d to a MAD found
       in step 1a using Appendix 43. If any MAT category
       fails to match a MAD, the Basic Episode fails this
       edit; otherwise the Basic Episode passes this edit.

  2) If the Basic Episode is generated from a UB82 claim:

    a) Convert All Diagnoses, Form Locators 77-81 from the
       primary UB82 claim above, into MAD categories. If
       unable to convert to a MAD, the Basic Episode exits
       unedited 2.

    b) Repeat step 1c (claims exits unedited 6, 7, or 8,
       respectively).

    c) Using the MAT categories from step 2c, consolidate
       identical categories.

    d) Loop each MAT through all MAD's found in step 2a and
       link (Appendix 43) acceptable matches. If any MAT
       category fails to match a MAD, the Basic Episode fails
       the edit; otherwise the Basic Episode passes this
       edit.

Action Options:  1) Override failure without correction(s) if charges in
         question fall below a predetermined amount set by client

         2) Data entry clerk checks for entry error

         3) Verify data elements via telephone and/or query letter to
         all providers

         4) Override failure with correction(s)

         5) Compare Provider ID to Problem Provider List for
         questionable practice patterns

Volume of Claims
Episodes Needed
to Test Edit:

Medical Review:  Optional

Additional
Dimensions:      Type of Service  = 1 width, 12 lengths, alphanumeric
               Place of Service = 1 width, 10 lengths, alphanumeric
                        MAT = 4 widths, 550 lengths, numeric
                        MAD = 4 widths, 550 lengths, numeric

HDI-Proprietary

- 62 -

000159

The Health Data Institute ™

MCK 047567

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

BE0J3 - Ambulatory Care
Medical Necessity edit

      A) Appropriate total charge for tests and procedures within
        each episode

      B) Appropriate total charge for tests and procedures for each
        diagnosis or problem.

Type of Edit:    A) Examines the total charges for all tests/ procedures

                B) Examines the total charges for all tests/procedures
                connected with a specific diagnosis/problem.

Episode Type:   Outpatient Facilities/All Claims.

Primary Use:    To identify excessive ordering of or excessive charges
              for tests/procedures.

Data Required:  UB82, Form Locator 51, Revenue Codes
              UB82, Form Locator 53, Charges
              UB82 Form Locator 77-81, All listed Diagnoses
              HCFA #24C, Procedure
              HCFA #24D, Diagnoses
              HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
              HCFA #24E, Charges
              HCFA #24G, Type of Service= 0-9, F, Y, Z
              Provider Zip Code, HCFA #31, UB82 Form Locator 1
              *Medical Visits (Appendix RCV)
              *Inclusion List (Appendix 42)
              *Ambulatory Basic Episode Charges (Appendix 45)
              *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
              *Major Ambulatory Test/Procedure, Group (MAT, Appendix 41)
              *MAD/MAT Acceptable Match (Appendix 43)
              *Consumer Price Index (CPI, Appendix 55)
              *Maximum Ambulatory Basic Episode Charge-Client Specific
              (Appendix 57)

A.  Appropriate Total Charge for Tests/Procedures within each Ambulatory
    Basic Episode

        1) If the Basic Episode is generated from a UB82 claim:

           a) Find the outpatient test charges.  These charges are
              equal to the sum of Revenue Code Charges on UB82, Form
              Locator 53, less Revenue Code Charges that are medical
              visits (Appendix RCV) from the primary claim that
              generated the Basic Episode.  Call this sum "X." (If
              the Revenue Codes are all medical visits, the sum is
              equal to "zero.")

HDI-Proprietary

- 63 -             000160

The Health Data Institute

MCK 047568

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Revised 4/17/86

b) If any other claim in the Basic Episode is reported on a HCFA form where #24G, the Type of Service is as indicated under data required, the claim is applicable to this edit; if not, this claim exits unedited. If the procedure listed, #24C, is on an inclusion list (Appendix XXXXII), the claim is applicable to this edit; if not this claim exits unedited. The charge, #24E, for said procedure is obtained. Call this amount "Z."

c) Sum "X," and "Z." Compare this sum to a Maximum Ambulatory Basic Episode Charge (Appendix 57) and a minimum threshold dollar amount.

d) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Basic Episode Charge but greater than a low threshold, the Basic Episode goes to part B2. If the sum is greater than the maximum, the Basic Episode Fails. If less than or equal to the low threshold, the Basic Episode passes this Edit.

2) If the Basic Episode is generated from a HCFA 1500 claim:

a) Find the Place of Service, #24B, from the primary HCFA claim. If Place of Service is as indicated under data required, the claim is applicable to this edit; if not, exit unedited. If the procedure listed 24C, is on an Inclusion List (Appendix XXXXII), the Basic Episode is applicable to this edit. If not, exit unedited. The charge, 24E, for said procedure is obtained. Call this amount "X."

b) If any other claim in this Basic Episode is reported on a HCFA form, repeat step A1c. Call this sum "Z". (If T.O.S. = F and 4 or if nonmatch on proc. Inclusion List exit unedited).

c) Sum "X," and "Z." Compare this sum to a Maximum Ambulatory Basic Episode Charge (Appendix 57) and a minimum threshold dollar amount.

d) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Basic Episode Charge but greater than a low threshold, the Basic Episode advances to part B.1. If the sum is greater than the maximum, the Basic Episode Fails. If the sum of charges is less than a low threshold, the Basic Episode Passes this edit.

HDI-Proprietary

- 64 -

000161

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2     04-CV-1258-SLR (D.Del.)

Revised 4/17/86

B. Appropriate total charges for each diagnosis/problem.

   1) If The Basic Episode is generated from a HCFA 1500 claim:

     a) Convert #24D, all Diagnoses, from the primary claim to
a Major Ambulatory Diagnosis Group (MAD* Appendix
XXXX), otherwise exit unedited.  A Standard Charge for
each diagnosis group has been predetermined.  Find the
MAD Standard charge (Appendix XXXXV), and save with the
MAD group.  Using provider zip code from this primary
claim, adjust the standard charge via Appendix 55,
consumer price index.

     b) If any other claim in this Basic Episode is reported on
a HCFA form where Type of Service, 24G, is not equal to
"F," convert procedure, #24C, to a MAT category.
Convert procedure from primary claim to MAT category.
(Exit claim 5 if T.O.S. inappropriate. Exit unedited if
procedure does not convert to a MAT.)  The charge,
#24E, for the procedure becomes the MAT charge.  Every
HCFA claim in this Basic Episode type will loop and add
its procedure to a MAT with a corresponding dollar
amount.  Each subsequent HCFA claim that formats into
the same MAT category will add its charge to that MAT
total.  Save the dollar amount determined for each MAT
with the MAT group.

     c) Using the MAT categories and dollar amounts from steps
B1b and B1c, consolidate identical categories and sum
the respective dollar amounts within each MAT.

     d) Match the MAT categories and charges from step B1d to
the MAD and its Standard Charge as determined in step
B1a (Appendix 43).  Those MAT groups which do not match
the MAD will exit unedited.

     e) Sum the MAT charges that linked to the MAD.  If the sum
of all the linked MAT charges is less than the MAD
Standard Charge, the Basic Episode passes this edit.
If the sum is greater than or equal to the Standard,
the Basic Episode fails this edit.

   2) If the Basic Episode is generated from a UB82 claim:

     a) Convert All Diagnoses, Form Locator 77-81 from the
primary UB82 claim, into MAD categories.  If no
diagnosis converts, exit unedited.  A standard charge
for each MAD group has been predetermined.  Find this
MAD standard charge and using Provider zip code from
this primary claim, adjust the Standard charge via
Appendix 55, Consumer Price Index.  Save the dollar
amounts with their respective MAD groups.

HDI-Proprietary

- 65 -

000162

The Health Data Institute ˙

MCK 047570

Revised 4/17/86

b) If any other claim in this Basic Episode is on a HCFA form, repeat step B1c. (Exit unedited for T.O.S. = "F," exit unedited if procedure does not convert to a MAT.)

c) Using the MAT categories and dollar amounts from steps B2b and B2c, consolidate identical categories and sum their respective dollar amounts.

d) Match the MAT categories and charges from step B2d to the MAD and its standard charge as determined in step B2a. Those MAT groups which do not link to the MAD will be disregarded and exit unedited.

e) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD standard charge, the Basic Episode passes this edit. If the sum is greater than or equal to the standard, the Basic Episode fails this edit.

Action Options:   1) Override failure without correction(s) if charges in question fall below a predetermined amount set by client.

2) Data entry clerk checks for entry error.

3) If the episode still fails after the query:

a) leave the episode flagged and submit for medical review,

b) override the flag without correction and add it to a file of flagged claims from which a potential provider profile could be generated.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:   Required

Additional
Dimensions:      Place of Service = 1 width, 10 lengths, alphanumeric
                 Place of Service = 1 width, 12 lengths, alphanumeric

Comments:        As this is a key edit, the client should consider the possibility of not continuing with other Basic Episode edits until this edit is passed.

                 The "Primary Claim" is the central claim that generated the formation of the episode.

---

*RAMS-created variable or table.

HDI-Proprietary

- 66 -                    000163

The Health Data Institute™

MCK 047571

Reviewed 01/20/86

<u>DRG Level V</u>

BEDRG209:        Hospital Diagnosis/Practitioner Diagnosis
Medical Necessity Edit

Type of Edit:    Compares the diagnosis submitted by the hospital to the
                 diagnosis submitted by the practitioner.

Episode Types:   Inpatient Hospital/Any Practitioner

Primary Use:     To validate the accuracy of the diagnosis submitted by the
                 hospital with the diagnosis submitted by the practitioner.

Data Required:   Principal Diagnosis (UB82, FL 77)
                 All Other Listed Diagnoses (UB82, FL 78-81)
                 All Diagnoses (HCFA 1500, FL 23)
                 DRG
                 Top Diagnosis*

How Edit Works:  1) The hospital claim must have a DRG assignment to proceed
                    through this edit.  Claims without a DRG listed will not
                    be edited.

                 2) Convert all the diagnoses from the hospital and all the
                    diagnoses from the practitioner into their Top Diagnosis
                    groups.  If all Top Diagnosis from either the hospital or
                    the practitioner are Top Diagnosis 200, "Other All," or
                    Top Diagnosis 201, "Missing," the episode cannot continue
                    to be edited.

                 3) Compare all the Top Diagnoses from the hospital to all the
                    Top Diagnoses from the practitioner, looking for an exact
                    match.  Once an exact match is found, the looping process
                    is stopped, and the episode passes the edit.  If after
                    looping through all Top Diagnosis groupings no match is
                    found, the episode fails.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify diagnoses with both the hospital and the
                    practitioner via telephone or query letter.

                 3) If episode still fails edit after query:

                    a) Pend claim and request portions of the medical record
                       for review.

                    b) Override the flag without correction and add it to a
                       file of flagged claims from which a potential provider
                       profile could be generated.

HDI-Proprietary

- 57 -

000164

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

MCK 047572

Reviewed 01/20/86

```
Volume of Episodes
Needed to Test
Edit:              100,000

Medical Review:    Required

Additional
Dimensions:        DRG - 4 digits, numeric, no decimal

Comments:          The DRG Diagnosis/Diagnosis Edit differs from BE009 because
                   an exact match between the diagnoses is required to pass the
                   edit.  Episodes with a DRG assignment will not go through
                   BE009.
```

HDI-Proprietary

000165

- 68 -

The Health Data Institute

MCK 047573

<u>DRG Level V</u>                    Reviewed 01/20/86

Edit BEDRG010:    Hospital Procedure/Practitioner Procedure
Medical Necessity Edit

Type of Edit:      Compares hospital and practitioner procedures

Episode Type:      Hospital Inpatient (UB82) with DRG and Practitioner Claim
                   (HCFA)

Primary Use:       To check the accuracy of the hospital's and practitioner's
                   listed procedures.

Data Required:     All Procedures (UB82 FL84-86, HCFA FL 24C)
                   DRG
                   Provider ID
                   *Top Procedure
                   *Procedural DRGs (Appendix 81)

How Edit Works:    The hospital claim must have a valid procedural DRG (see
                   Appendix LXXXI).  The practitioner claim must have at least
                   one procedure.  The hospital Top Procedures and the
                   practitioner's Top Procedure must be between 1 and 117,
                   otherwise they will not be edited.  The practitioner's Top
                   Procedure is compared to all the hospital's Top Procedures.
                   If an exact match is found, the claim passes the edit.  If
                   exact match is not found, the claim fails the edit.

Action Options:    1) Data entry clerk checks for data entry error..

                   2) Verify procedures with providers via telephone and/or
                      query letter.

                   3) If claim still fails after query:

                      a) Pend claims and request portions of the charts for
                         Medical Review.

                      b) Pay claims and request portions of the charts for
                         Medical Review.

                      c) Pay claims and add providers' names to a Problem
                         Provider file which may be used for report writing
                         and/or more aggressive editing.

Volume of Claims
Needed to Test
Edit:              100,000 (50,000 with DRGs)

Medical Review:    Preferred


HDI-Proprietary

                                                        000166
                          - 69 -


The Health Data Institute™

MCK 047574

Confidential Information Subject to D. Del. LR 26.2            04-CV-1258-SLR (D.Del.)

Revised 1/20/86

Additional
Dimensions:        DRG - 4 digits
                      - no decimals
                      - numeric

Comments:          The DRG Procedure/Procedure Matching Edit differs from BE010
                   because an exact match between the Top Procedures is required
                   to pass this edit.

HDI-Proprietary

- 70 -

000167

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047575

04-CV-1258-SLR (D.Del.)

EXTENDED EPISODE EDITS

000163

- 71 -

The Health Data Institute

MCK 047576

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

8/27/86

**Edit EE023:**    Ancillary Charges/Procedure/Diagnosis
Medical Necessity Edit

Type of Edit:    Flags ancillary charges that are outside the expected range.
                 This edit will include all outpatient supplier claims
                 (excluding practitioner) done 21 days prior to the hospital
                 admission or seven days after discharge from the hospital.
                 If the patient is transferred to another facility, this edit
                 will not be done.

Episode Types:   Hospital Inpatient (UB-82)
                 Any Outpatient Supplier (excluding practitioner) UB82 or
                 HCFA

Primary Use:     To validate the accuracy of pre- and postadmission testing
                 charges when compared to the procedure/diagnosis to determine
                 if there is overutilization of ancillary services.

Data Required:   UB82 revenue codes (FL53)
                 UB82 total revenue charges (FL 51)
                 UB82 diagnoses (FL 77-81)
                 *Top Procedure
                 *Top Diagnosis
                 HCFA 1500 Procedure Code (24C)
                 HCFA 1500 TOS = 1, 4, 5, 6, 9
                 HCFA 1500 POS ≠ 1
                 *Appendix 41 (MAT Group)
                 *Appendix 75 (Individual Ancillary Maximum Charges/Top
                 Diagnosis)
                 Provider Zip Code
                 *Appendix LV (Consumer Price Index)

How Edit Works:  Take any outpatient claim that is up to 21 days before the
                 hospital admission or within seven days after discharge from
                 the hospital, and apply the CPI adjustment using the provider
                 zip code.

                 1) If the outpatient claim is submitted on HCFA 1500 form and
                    Type of Service (TOS) = 4, 5, 6, and Place of Service
                    (POS) ≠ 1, then convert CPT4 Procedure Code (FL 24C) to
                    Top Procedure. If Top Procedure is between 1 and 199 then
                    convert CPT4 code (FL 24C) to MAT Group (Appendix 41). If
                    Top Procedure is greater than 199, claim is unedited.

                    a) If MAT Group is not 700-784, go to B. If MAT Group is
                       between 700-784, add total charges of all MAT Groups to
                       the combined total charge on UB82 inpatient claim of
                       UB82 Revenue Codes 32X, 33X, 34X, 35X, and 40X to
                       obtain a Radiology Total Charge (RTC). If RTC is less
                       than the maximum radiology charge by principal Top
                       Diagnosis (Appendix 75) the claim passes(1) the edit;
                       if not go to 2f.

HDI-Proprietary

- 72 -                            000169

The Health Data Institute °

MCK 047577

8/27/86

b) If MAT Group is not 800-879 go to C. If MAT Group is 800-879, add the total charges of all MAT groups to the total charge on Ubd2 inpatient claim Revenue Code 30X to obtain the Laboratory Total Charge (LTC). If LTC is less than the maximum laboratory charge (Appendix 75) the claim passes (1) the edit; if not go to 2E.

c) If MAT Group is not 930,937 go to D. If MAT Group is 930,937 add the total charges of MAT Groups to the total charge of revenue code 73X on UB82 inpatient claim to obtain the EKG Total Charge (ETC). If ETC is less than the maximum EKG charge (Appendix 75) the claim passes(4) the edit; if not go to 2E.

d) If MAT Group is not 940, go to E. If MAT Group is 940 add the total charges of the MAT group to the total charge of revenue code 46X on UB82 inpatient claim to obtain PFT Total Charge (PFTC). If PFTC is less than the maximum pulmonary function charge (Appendix 75) the claim passes(5) the edit; if not go to 2E.

e) If MAT Group is not 958, exit unedited. If MAT Group is 958 add the total charges of MAT group to the total charge of revenue code 74X on UB82 inpatient claim to obtain EEG total charge (EEGTC). If EEGTC is less than the maximum EEG charge (Appendix 75) the claim passes(6) the edit; if not go to 2E.

2) If the secondary claim is submitted on a UB82 form, convert principal diagnosis to Top Diagnosis.

a) On the outpatient claim, if review codes are not 32X, 33X, 35X or 40X, go to 2b. If Revenue Code (FL51) = 32X, 33X, 34X, 35X, 40X, add the total of these revenue code charges (FL53) to the combined inpatient revenue code charges of 32X, 33X, 34X, 35X, 40X to obtain the RTC. If RTC charge > corresponding maximum radiology charge in Appendix 75 go to 2F.

b) If Revenue Code is not 30X, go to 2C. If Revenue Code in FL51 = 30X, add the total charge of revenue code FL53 to the inpatient revenue code charge of 30X = LTC. If LTC charge > corresponding maximum lab charge in Appendix 75; go to F.

c) If Revenue Code is not 73X, go to 2D. If Revenue Code is FL51 = 73X, add the total charge of revenue code FL53 to the inpatient revenue code charge 73X = ETC. If ETC > corresponding maximum EKG charge in Appendix 75; go to F.

d) If revenue Code is not 40X, go to 2E. If Revenue Code is FL51 = 46X, add the total charge of revenue code

HDI-Proprietary

- 73 -

000170

The Health Data Institute

MCK 047578

Confidential Information Subject to D. Del. LR 26.2     04-CV-1258-SLR (D.Del.)

3/27/66

FL53 to the inpatient revenue code charge 46X = PFTC.
If PFTC > corresponding maximum PFT charge in Appendix
75; go to F.

e) If Revenue Code is not 74X, exit unedit.  If Revenue
Code is FL51 = 74X, add the total charge of revenue
code FL51 to the inpatient revenue code charge 74X =
EEGTC.  If EEGTC > corresponding maximum EEG charge in
Appendix 75; go to F.

f) This step is for those charges that failed steps 1A-E
or 2A-E.

On the UB-82 inpatient claim obtain all the listed Top
Diagnoses.  Only edit those Top Diagnoses which are not
identical starting with the principal Top Diagnosis.
Look up on Appendix 26 the maximum allowable charge for
Top Diagnoses for the ancillaries which previously
exceeded the maximum limit for principal Top Diagnoses
(steps 2A-2E).  Using the formula below, add up the
table charges for the ancillary for each listed Top
Diagnosis on the inpatient claim.  If the total charges
from this formula are > the patient's total charge for
that ancillary, the episode passes.  Otherwise it
fails.  With radiology charges you must add Revenue
Codes 32X, 33X, 34X, 35X, and 40X for each Top
Diagnoses before applying the formula.

Let A = Top Dx from principal dx (FL 77)
Let B = Top Dx from FL 78
Let C = Top Dx from FL 79
Let D = Top Dx from FL 80
Let E = Top Dx from FL 81

If $1(A) + 1/3(B) + 1/4(C) + 1/5(D) + 1/6(E) >$ patient's
total charge -pass

Action Options:   1) Data entry clerk checks for data entry error.

2) Verify the Revenue Codes with provider via telephone
and/or query letter.

3) Leave Claim flagged, submit for Medical Review.

4) Override flag without corrections(s).

Volume of Claims
Needed To Test
Edit:          500,000 inpatient claims only.

---

*RAMS created variable or table.
**Minimum charge = 3 bytes, All other charges = up to 5 bytes.

HDI-Proprietary

- 74 -                          000171

The Health Data Institute

MCK 047579

Confidential Information Subject to D. Del. LR 26.2                          04-CV-1258-SLR (D.Del.)

Medical Review:  Required                                              3/27/86

Additional
Dimensions:     For Appendix XXV and XXVI, the tables will have the following
                dimensions:
                3 dimensional array with:
                    length = 69 = Revenue Codes
                    height = 199 = Top Diagnosis
                    depth = 4 = Dollar Amounts**
                Revenue Codes - 3 digits, numeric.  No decimals.

Comments:       This edit may also be done on a DRG basis.

---

*RAMS created variable or table.
**Minimum charge = 3 bytes, All other charges = up to 5 bytes.

HDI-Proprietary

000172

The Health Data Institute

MCK 047580

Confidential Information Subject to D. Del. LR 26.2        04-CV-1258-SLR (D.Del.)

Reviewed 7/22/86

Edit EE031:        Ambulatory Care: Relationship of each test or procedure to
                   diagnosis.
Medical Necessity Edit

Type of Edit:      Compares diagnosis to each test/procedure performed or
                   ordered by a physician for medical relevance in an ambulatory
                   care setting.

Episode Types:     Outpatient Facility, Any Practitioner

Primary Use:       To flag superfluous tests/procedures performed or ordered by
                   any practitioner.

Data Required:     HCFA #24C, Procedure
                   HCFA #24D, Diagnoses
                   UB82, Form Locators 77-81, All listed diagnoses
                   HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
                   HCFA #24G, Type of Service= 0-9, F, Y, Z
                   UB82, Form Locator 51, Revenue Codes
                   *Revenue Code to MAT Crosswalk (Appendix 60)
                   *Inclusion List (Appendix 42)
                   *Major Ambulatory Diagnosis Group (MAD Appendix 40)
                   *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
                   *MAD/MAT Acceptable Match (Appendix 43)

                   1) If the Extended Episode is generated from a HCFA 1500
                      claim:

                      a) Find the Place of Service, #24B from the primary HCFA
                         claim above.  If Place of Service equals that indicated
                         under data required, the claim is applicable to this
                         edit.  If not, the Extended Episode exits unedited 1.
                         Convert #24D, All Diagnoses, to a Major Ambulatory
                         Diagnosis Group (MAD*, Appendix XXXX).

                      b) If any other claim in this Extended Episode is reported
                         on a UB82 form, convert Revenue Codes, Form Locator 51,
                         to Major Ambulatory Test/Procedure Groups (Appendix 60).
                         If conversion to a MAT is not possible, the claim exits
                         unedited 1.

                      c) If any other claim in this Extended Episode is reported
                         on a HCFA form where Type of Service, #24G, is as
                         indicated under data required, the claim is applicable
                         to this edit.  If not, the claim exits unedited 2.  If
                         the procedure listed, #24G, is on an Inclusion List
                         (otherwise, claim exits unedited 3), said procedure is
                         then converted to a MAT category.  If conversion is not
                         possible, the claim exits unedited 4.

                      d) Using the MAT categories from steps 1b and 1c,
                         consolidate identical categories.

HDI-Proprietary

000173

- 76 -

The Health Data Institute

MCK 047581

Reviewed 7/22/86

    e) Match (Appendix XXXXIII) all the MAT categories from
       step 1d to a MAD found in step 1a. If any MAT category
       does not link to A MAD, the Extended Episode fails this
       edit.

    f) Proceed to Action Options.

2) If the Extended Episode is generated from a UB82 claim:

    a) Convert All Diagnoses, Form Locators 77-81 from the
       primary UB82 claim above, into MAD categories. If
       unable to convert to a MAD, the Extended Episode exits
       unedited 2.

    b) Repeat step 1b. (Claim exits unedited 5).

    c) Repeat step 1c. (Claim exits unedited 6, 7, or 8,
       respectively.)

    d) Using the MAT categories from steps 2b and 2c,
       consolidate identical categories.

    e) Loop each MAT through all MAD's found in step 2a and
       link (Appendix XXXXIII) acceptable matches. Any MAT
       that does not link to any MAD justifies failure of the
       Extended Episode for this edit.

    f) Proceed to Action Options.

Action Options:   1) Override failure without correction(s) if charges in
       question fall below a predetermined amount set by client.

    2) Data entry clerk checks for entry error.

    3) Verify data elements via telephone and/or query letter to
       all providers.

    4) Override failure with correction(s).

    5) Compare Provider ID to Problem Provider List for
       questionable practice patterns.

Volume of Claims
Episodes Needed
to Test Edit:

Medical Review:   Optional

Additional
Dimensions:      Type of Service   = 1 width, 12 lengths, alphanumeric
             Place of Service = 1 width, 10 lengths, alphanumeric
                      MAT = 4 widths, 550 lengths, numeric
                      MAD = 4 widths, 550 lengths, numeric

*RAMS created variable.

HDI-Proprietary

- 77 -

000174

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047582

04-CV-1258-SLR (D.Del.)