# EXHIBIT P

## PART 4 OF 4

Reviewed 3/27/86

Edit EE033:    Ambulatory Care:
Medical Necessity Edit

                   A) Appropriate total charge for tests and procedures within
                      each episode.

                   B) Appropriate total charge for tests and procedures for each
                      diagnosis or problem.

Type of Edit:   A) Examines the total charges for all tests/ procedures.

                   B) Examines the total charges for all tests/procedures
                      connected with a specific diagnosis/problem.

Episode Types:  Outpatient Facility, Any Practitioner

Primary Use:    To identify excessive ordering of or excessive charges
                   for tests/procedures.

Data Required:  UB82, Form Locator 51, Revenue Codes
                   UB82, Form Locator 53, Charges
                   UB82 Form Locator 77-81, All listed Diagnoses
                   HCFA #24C, Procedure
                   HCFA #24D, Diagnoses
                   HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
                   HCFA #24E, Charges
                   HCFA #24G, Type of Service= 0-9, F, Y, Z
                   Provider Zip Code, HCFA #31, UB82 Form Locator 1
                   *Medical Visits (Appendix RCV)
                   *Inclusion List (Appendix 42)
                   *Ambulatory Basic Episode Charge (Appendix 45)
                   *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                   *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
                   *MAD/MAT Acceptable Match (Appendix 43)
                   *Consumer Price Index (CPI, Appendix 55)

A.  Appropriate Total Charge for Tests/Procedures within each Ambulatory
    Extended Episode

          1) If the Extended Episode is generated from a UB82 claim:

             a) Find the outpatient test charges.  These charges are
                the sum of Revenue Code Charges on UB82, Form Locator
                53, less Revenue Code Charges that are medical visits
                (Appendix RCV, else exit line item 1), from the primary
                claim that generated the Extended Episode.  Call this
                sum "X." (If the Revenue Codes are all medical visits,
                the sum is equal to "zero.")

HDI-Proprietary

- 78 -                              000175

The Health Data Institute

MCK 047583

Reviewed 6/27/96

d) Sum "X," "Y." and "Z." Compare this sum to a maximum Ambulatory Extended Episode Charge (Appendix XXXXV), and a minimum threshold dollar amount. Adjust both amounts, using provider zip code, with the CPI, Appendix 55.

e) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Extended Episode Charge but greater than a low threshold, the Extended Episode advances to part B.1. If the sum is greater than the maximum, the Extended Episode fails (2). If the sum of charges is less than a low threshold, the Extended Episode passes this edit (2).

B.  Appropriate total charges of each diagnosis/problem.

1) If the Extended Episode is generated from a HCFA 1500 claim:

a) Convert #24D, All Diagnoses, from the primary claim to a Major Ambulatory Diagnosis Group (MAD* Appendix XXXX), otherwise, exit unedited (3).
A Standard Charge for each diagnosis group has been predetermined. Find the MAD Standard charge (Appendix XXXXV), and save with the MAD group. Using the provider zip code from this primary claim, adjust the Standard Charge via the CPI (Appendix 55).

b) If any other claim in this Extended Episode is reported on a UB82 form, convert Revenue Codes, Form Locator 51, to Major Ambulatory Test/Procedure Groups (Appendix 60). If a revenue code doesn't convert exit line item only (4). Sum the charges, form locator 53, for each procedure within a single MAT group. Save the dollar amount determined for each MAT with the MAT group.

c) If any other claim in this Extended Episode is reported on a HCFA form where Type of Service, 24G, is not equal to "F," convert procedure, #24C, to a MAT category. (Exit claim 5 if T.O.S inappropriate; exit claim 6 if procedure does not convert to a MAT). The charge, #24E, for the procedure becomes the MAT charge. Every HCFA claim in this Extended Episode type will loop and add its procedure to a MAT with a corresponding dollar amount. Each subsequent HCFA claim that formats into the same MAT category will add its charge to that MAT total. Save the dollar amount determined for each MAT with the MAT group.

HDI-Proprietary

- 80 -

000176

The Health Data Institute

MCK 047584

Reviewed 3/27/86

    d) Using the MAT categories and dollar amounts from steps B1b and B1c, consolidate identical categories and sum the respective dollar amounts within each MAT.

    e) Match the MAT categories and charges from step B1d to the MAD and its Standard Charge as determined in step B1a. Those MAT groups which do not link to the MAD will be disregarded and exit unedited (4).

    f) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD Standard Charge, the Extended Episode passes this edit. If the sum is greater than or equal to the Standard, the Extended Episode fails this edit (3). If not, Pass (3).

2) If the Extended Episode is generated from a UB82 claim:

    a) Convert All Diagnoses, Form Locator 77-81 from the primary UB82 claim into MAD categories. If no diagnosis converts, the Extended Episode exits unedited (5). A standard charge for each MAD group has been predetermined. Find this MAD standard charge and using provider zip code, adjust the Standard charge via Appendix 55, CPI. Save the dollar amounts with their respective MAD groups.

    b) If any other claim in this Extended Episode is on a UB82 form, repeat step B1b. (Exit line item 6 if Revenue Code does not convert to a MAT).

    c) If the secondary or tertiary claim (to "N") in this Extended Episode is on a HCFA form, repeat step B1c. (Exit claim 7 for T.O.S. = "F;" exit claim 8 if procedure does not convert to a MAT).

    d) Using the MAT categories and dollar amounts from steps B2b and B2c, consolidate identical categories and sum their respective dollar amounts.

    e) Match the MAT categories and charges from step B2d to the MAD and its standard charge as determined in step B2a. Those MAT groups which do not link to the MAD will be disregarded and exit unedited 6.

    f) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD standard charge, the Extended Episode passes this edit (4). If the sum is greater than or equal to the standard, the Extended Episode fails this edit (4).

HDI-Proprietary

- 81 -

000177

The Health Data Institute *

Confidential Information Subject to D. Del. LR 26.2

MCK 047585

04-CV-1258-SLR (D.Del.)

Reviewed 7/22/86

Edit EE040:      Ambulatory Care: Frequency of Tests/Procedures (by
                 Diagnosis) per Extended Episode.
Medical Necessity Edit

Type of Edit:    Identifies tests/procedures performed repetitively during an
                 extended episode.

Episode Type:    Orphan Test
                 Ambulatory Surgery claims will not be included.

Primary Use:     To detect excessive test/procedure ordering by same or
                 different practitioners.

Data Required:   UB82, Form Locators 77-81, All listed diagnoses
                 UB82, Form Locator 51, Revenue Codes
                 UB82, Form Locator 53, Charges
                 HCFA 24D, Diagnoses
                 HCFA 24C, Procedure
                 HCFA 24E, Charges
                 HCFA 24G, Type of Service = 0-9, Y, Z
                 HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                 *Extended Episode Exclusions (Appendix EEE)
                 *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
                 *Revenue Code to MAT Crosswalk (Appendix 60)
                 *Close Match CPT-4 Procedure Groups (Appendix 62)

How Edit Works:

                 1) If the Extended Episode is generated from a UB82 claim:

                     a) Compare all diagnoses, form locators 77-81, to a table
                        of exclusions from this edit (Appendix EEE).  If any
                        diagnosis matches one listed on the exclusion list, the
                        Extended Episode is not applicable to this edit and
                        exits unedited (1).  If no match occurs, proceed to
                        Step b and/or Step c.

                     b) If any other claim in the Extended Episode is reported
                        on a UB82 form, compare all diagnoses, form locators
                        77-81, to a table of exclusions as in Step a.  If any
                        match one listed on the exclusion list, this claim is
                        not applicable to the edit and claim exits (5).  If no
                        match occurs, proceed to Step d.

                     c) If any other claim in the Extended Episode is reported
                        on a HCFA form where Type of Service, 24G, is as
                        indicated under data required, the claim is applicable
                        to this edit.  If T.O.S is = to "F," claim exits (1).
                        If any diagnosis, 24D, matches one on an exclusion list
                        (Appendix EEE), this claim is not applicable to the
                        edit and claim exits (2).  If no match occurs, convert
                        the procedure, 24C, to a Major Ambulatory

HDI-Proprietary

                              - 83 -                    000173

The Health Data Institute

MCK 047586

Reviewed 7/22/86

Test/Procedure group (MAT*, Appendix 41). If the procedure cannot be grouped, this claim cannot be edited further and claim exics (3). If the procedure groups to a MAT, convert that MAT to a Revenue Code via Appendix 60. If the MAT does not have a corresponding revenue code listed, the claim cannot be edited further and exics (4). Proceed to Step d.

d) Check all revenue codes from Steps a, b, and c. If there are "X" or less identical revenue codes, the Extended Episode passes this edit (1). If "X" + 1 or more revenue codes exist that are identical, sum the charges, form locator 53, and the charges, 24E, from the HCFA procedure converted to a revenue code. If the total is greater than a client determined dollar amount, the Extended Episode fails this edit (1). If the total is less than the predetermined dollar amount, the Extended Episode will not be queried at this time (Exit unedited 2).

2) If the Extended Episode is generated from a HCFA claim:

a) If the primary HCFA claim above has a Place of Service, 24B, as indicated under data required, the Extended Episode is applicable to this edit, else exit unedited (3). All diagnoses, 24D, are then compared to an Exclusion List (Appendix EEE). If any diagnosis matches one on the exclusion list, the Extended Episode is not applicable to this edit and exics unedited (4). Obtain the procedure, 24C, with it's charge, 24E, if no match occurs.

b) If any other claim is reported on a HCFA form where Type of Service, 24G, is as indicated under data required and All diagnoses, 24D, are not on Appendix EEE, this claim is applicable to this Extended Episode (otherwise, exit claim 6 and 7, respectively). Check over all HCFA claims in this manner. Obtain the procedure, 24C, with it's charge, 24E.

Compare the procedure and charge found in Step a and those found in Step b. If there are "Y" or less identical procedures listed, the Extended Episode passes this edit (2). If "Y" + 1 or more identical/similar procedures exist (Appendix 62), sum the charges of these identical/similar procedures. If the sum is greater than a client determined dollar amount, the Extended Episode fails this edit(3). If the total is less than the predetermined dollar amount, the Extended Episode will not be queried at this time (exit unedited 5).

c) If any other claim is reported on a UB82 form compare all diagnoses, form locators 77-81, to a table of exclusions (Appendix EEE). If any diagnosis matches

HDI-Proprietary

- 84 -

000179

The Health Data Institute *

Reviewed 7/22/86

one on the exclusion list, this claim is not applicable to this edit and exits (8). If no match occurs, the primary claim must now be adapted for use with this secondary UB82 claim. Take the procedure, 24C, found on the primary claim in Step 2a and convert it to a MAT group (Appendix 41). If the procedure on the primary HCFA claim cannot be grouped, this UB82 claim cannot be edited further and the episode exits unedited (6). If the procedure groups to a MAT, convert that MAT to a revenue code via Appendix 60. If the MAT does not have a corresponding revenue code listed, the UB82 claim cannot be edited further and the episode exits unedited 7. Using the revenue code converted here from the primary claim and the revenue codes on the secondary UB82 claim, repeat Step 1d. (Pass (3) if less than "Y" identical revenue codes occur; exit unedited (8) if the sum is less than "xxx;" Fail (2) if the sum is greater than "xxx.")

Action Options:     1) Data entry clerk checks for entry error.

2) Verify procedures listed with all providers via telephone and/or query letter.

3) Override failure with correction(s).

4) Should discrepancy exist post-query:
   a) override failure without correction(s);
   b) add provider(s) to problem provider list;
   c) deny payment per client prerogative in light of dollar amounts in question.

5) Medical Review.

Volume of Claims
Episodes Needed
to Test Edit:     100,000 Outpatient Extended Episodes

Medical Review:   Optional

Additional
Dimensions:       Type of Service  = 1 width, 12 lengths, alphanumeric
                  Place of Service = 1 width, 10 lengths, alphanumeric
                          MAT      = 4 widths, 550 lengths, numeric

Comment:          The "primary claim" is the central claim that generated the formation of the episode.

_____

*RAMS created variable or table.

HDI-Proprietary

- 85 -                    000130

The Health Data Institute

MCK 047588

Reviewed 6/27/86

Edit EE041:    Ambulatory Care:  Number of Practitioner Visits (by
               Diagnosis) per Extended Episode.
Medical Necessity Edit

Type of Edit:  Identifies episodes with high numbers of Practitioner visits
               for the same diagnosis/problem.

Episode Types: Outpatient Facility, Any Practitioner
               Ambulatory Surgery Claims will not be included.

Primary Use:   To identify medically unnecessary MD visits to same or
               different providers.

Data Required: UB82, Form Locators 77-81, All listed diagnoses
               UB82, Form Locator 51, Revenue Codes
               HCFA 24D, Diagnoses
               HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
               HCFA 24C, Procedure
               HCFA 24G, Type of Service = 0-9, Y, Z
               *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
               *Extended Episode Exclusions (Appendix EEE)
               *Medical Visits (Appendix RCV)

How Edit Works:

               1) If the Extended Episode is generated from a HCFA claim:

                  a) All diagnoses, 24D, from the primary HCFA claim are
                     compared to an exclusion list (Appendix EEE).  If any
                     diagnosis matches one on Appendix EEE, the Extended
                     Episode is not applicable to this edit and exits
                     unedited (1).  If no match occurs and the Place of
                     Service, 24B, is as indicated under data required (else
                     exit unedited 2), the procedure, 24C, is compared with
                     Appendix 19 for medical visit codes.  If the procedure
                     matches one on Appendix 19, All Diagnoses, 24D are
                     converted to a Major Ambulatory Diagnosis Group (MAD*,
                     Appendix 40).  If the procedure does not match a
                     medical visit code, exit unedited (3).  If All
                     diagnoses cannot be converted to a MAD the Extended
                     Episode exits unedited (4).  If any diagnosis converts,
                     continue editing.

                  b) If any other claim is reported on a UB82 form, compare
                     all diagnoses, form locators 77-81 to an exclusion list
                     (Appendix EEE).  If any diagnosis matches one on
                     Appendix EEE, this claim is not applicable to the edit
                     and the claim exits (1).  If no match occurs, compare
                     all revenue codes, form locator 51, with Appendix RCV
                     visit codes.  If any revenue code matches one on
                     Appendix RCV, convert all diagnoses present under form

HDI-Proprietary

                         - 86 -                    000181

The Health Data Institute

MCK 047589

Reviewed 8/27/86

locators 77-81 to MAD groups (Appendix 40) and proceed to Step d.  If no revenue code is a Medical Visit, this claim exits (2).

c) If any other claim is reported on a HCFA form, compare all diagnoses, 24D, to an exclusion list, Appendix EEE. If any diagnosis matches one on Appendix EEE, this claim is not applicable to this edit and exits (3).  If no match occurs and the Type of Service, 24G, is as indicated under data required (else exit claim 4), the procedure 24C, is compared with Appendix 19 for medical visit codes.  If the procedure matches one on Appendix 19, all diagnoses, 24D, are then converted to a MAD (Appendix 40).  If no match occurs, the claim exits unedited.  If the diagnosis cannot be converted to a MAD, this claim cannot be edited further and the claim exits unedited.

d) Compress the MAD's from Step 1a, 1b and 1c.

e) Count unltd providers using provider ID.

f) Using the MAD groups from step 1d and the provider IDs, the episode is compared to the table of acceptable number of medical visits by MAD at the client determined level (Appendix 59).

g) If the total number of EE practitioner visits is higher that the acceptable number by MAD the last claim entering the system that generated that file fails; otherwise it passes the edit.

2. If the Extended Episode is generated from a UB82 claim:

a) Repeat step 1b for the information on the primary UB82 claim to obtain the MAD groups.  (Exit unedited (5) if any diagnosis matches one on Appendix EEE; exit unedited (6) if no revenue code equals one on Appendix RCV).

b) Repeat step 1b for the information on any other UB82 claim to obtain the MAD groups.  (Exit claim (7) is any diagnosis matches one on Appendix EEE; exit unedited; if no revenue code equals one on Appendix RCV exit unedited.)

c) Repeat step 1c for the information on any other HCFA claim to obtain the MAD group.  (If any diagnosis matches one on Appendix EEE; exit claim unedited: if T.O.S. = "F" exit unedited:  if procedure is not a medical visit exit unedited:  if cannot convert any diagnosis to an MAD exit unedited).

HDI-Proprietary

- 87 -                    000182

The Health Data Institute

MCK 047590

d) Compress the MAD's from step 2a, 2b, and 2c.

e) Count the unique providers using provider ID.

f) Using the MAD groups from step 2d and the provider II's, the episode is compred to the table of acceptable number of medical visits by MAD at the client determined level. (Appependix 59).

g) If the total number of SE practitioner visits is higher than the acceptable number by MAD the last claim entering the system that generated the rule fails: Otherwise is passes the edit.

Action Options:   1. Data entry clerk checks for entry error.

2. Verify procedures and diagnoses listed with all providers via telephone and/or query letter.

3. Override failure with correction(s).

4. Check provider ID's from all claims on file. Should one provider dominate, query said provider. If no provider dominates, query the claimant concerning the multiple visits documented in their records for accuracy and/or necessity.

5. Should discrepancy exist post - query:

a) Override failure without correction(s);

b) Add provider(s) to problem provider list;

c) Deny payment per client prerogative in light of charges in question.

6. Medical Review.

Volume of Claims

Needed to Test Edit:

100,000 Outpatient Extended Episodes

HDI-Proprietary

- 88 -                         000183

The Health Data Institute

MCK  047591

DISEASE EPISODE EDITS

- 89 -

000184

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047592

04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

Edit DE006:       Number of Diagnostic Procedures/Inpatient and Outpatient/Per
                  Condition.
Medical Necessity Edit

Type of Edit:     Compares the number of diagnostic tests performed, both
                  inpatient and outpatient, to a table of acceptable total
                  numbers.

Episode Types:    All Claims - Inpatient and Outpatient

Primary Use:      To examine the total numbers of diagnostic tests per given time
                  period of one year and/or six months.

File Required:    One Year Procedure Register

Data Required:    *TOPPROCS
                  *MAD
                  Date of Service (HCFA 1500, FL 24A - 2nd data field)
                  Procedure Code (HCFA 1500, FL 24C)
                  Diagnoses Codes (HCFA 1500, FL 23A)
                  Diagnoses Codes (UB-82, FL 77-81)
                  Procedure Codes (UB-82, FL 84-86)
                  *Provider Key (HCFA 1500)
                  Attending Physician (UB-82, FL 92)
                  *Appendix 67
                  *Appendix 68

How Edit Works:   For those TOPPROC's selected, count the number of each selected
                  TOPPROC performed within a six month time period and within a
                  years time period.  Compare the total number counted to a table
                  (see Appendix 68) of six month and one year acceptable numbers.
                  If the number of procedures performed is more than the number on
                  the table in either the six month slot or one year slot, the
                  claim fails the edit.  If it is less than the number in either
                  slot, it passes the edit.  If the claim fails the edit, add this
                  claim to a problem provider file.

Action Options:   1) Entry clerk checks for data error.
                  2) Verify date of service and procedures and the diagnosis with
                     the practitioner submitting the claims via telephone or query
                     letter.
                  3) Override flag with corrections and rerun edit.
                  4) If the episode still fails add the claim to a problem
                     provider file.
                  5) At client option send failed claims to Medical Review.

HDI proprietary

- 90 -                    000185

The Health Data Institute ™

MCK 047593

Reviewed 07/23/86

Edit DE040:     Ambulatory Care:  Frequency of Tests/Procedures, by Diagnosis,
                during a Disease Episode.
Medical Necessity Edit

Type of Edit:   Identifies tests/procedures performed repetitively during a
                disease episode.  Ambulatory surgery claims will not be
                included.

Primary Use:    To detect excessive test/procedure ordering by same or
                different practitioners for the same diagnosis.

File Required:  One Year Procedure Register*

Data Required:  UB82, Form Locator 77-81, All Listed Diagnoses
                UB82, Form Locator 83-86, All Listed Procedures
                UB82, Form Locator 92, Provider I.D.
                HCFA 24D, Diagnoses
                HCFA 24C, Procedure
                HCFA 24G, Type of Service = 0-9, Y, Z
                HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                HCFA 30, 31, or 33, Provider ID
                *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                *Acceptable Number of Procedures by MAD Category (Appendix 64)
                *Disease Episode Procedure Groups (Appendix 61)
                *Medically Acceptable Linkages for Disease Episode Procedure
                  Groups by MAD (Appendix LXIII)

How Edit Works: For each MAD present on the claimant's one year procedure
                register, refer to Appendix 64, Acceptable Number of Procedures
                by MAD category.  If the number of procedure groups present on
                the register by MAD is less than or equal to the number of
                procedures acceptable in Appendix 64 for every MAD on file, the
                last claim entering the system that generated the file check
                passes this edit.  (Pass 1 HCFA claim; Pass 2 UB82 claim.)  If
                the derived number of procedures exceeds the acceptable number
                of procedures per Appendix 64 for any MAD, the claim fails this
                edit.  (Fail 1 HCFA claim; Fail 2 UB82 claim.)  The MAD and
                procedure group causing the failure will be identified.

Action Options: 1) Data entry clerk checks for entry error.
                2) Verify diagnosis with provider via telephone or query
                   letter.
                3) Override failure with correction(s).
                4) Access Lifetime Disease Register for additional
                   information.

HDI-Proprietary

- 91 -                    000186

The Health Data Institute™

MCK  047594

Reviewed 07/23/86

5) Should discrepancy exist post-query:
   a) Deny payment to provider per client prerogative in
     light of charges in question.
   b) Override failure without correction.
   c) Add provider(s) to problem provider list.
6) Medical Review

Episodes Needed
to Test Edit:   100,000 Outpatient Disease Episodes

Medical Review:  Preferred

Additional
Dimensions:     Type of Service = 1 width, 12 lengths, alphanumeric
            Place of Service = 1 width, 12 lengths, alphanumeric
                  MAD = 4 widths, 550 lengths, numeric
                  MAT = 4 widths, 550 lengths, numeric
    Statement Covers Period = MM/DD/YY, alphanumeric
       Date of Service = MM/DD/YY, alphanumeric
       Procedure Code = 1 width, 1 length, numeric

---

*RAMS-created variable or table.

HDI-Proprietary

- 92 -

000187

The Health Data Institute*

MCK 047595

04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

Edit DE041:    Ambulatory Care:  Number of Medical Visits, by Diagnosis,
               during a Disease Episode.
Medical Necessity Edit

Type of Edit:    Identifies episodes with high numbers of medical visits for
                 the same diagnosis/problem during a 366 day time period.
                 Ambulatory surgery claims will not be included.

Primary Use:     a) To identify medically unnecessary visits to same or
                    different health care providers for the same diagnosis.

                 b) To identify claimants with unusually high usage patterns
                    in primary care settings for the same diagnosis.

Data Required:   UB82, Form Locator 77-81, all listed diagnoses
                 UB82, Form Locator 51, Revenue Codes
                 UB82, Form Locator 92, Provider ID
                 UB82, Form Locator 92, Provider ID
                 HCFA 24D, Diagnoses
                 HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                 HCFA 24C, Procedure
                 HCFA 24G, Type of Service = 0-9, Y, Z
                 HCFA 30, 31 or 33, Provider ID
                 *Major Ambulatory Diagnosis Groups (MAD, Appendix 40)
                 *Medical Visits by Revenue Code (Appendix RCV)
                 *Acceptable Number of Medical Visits by MAD (Appendix 65)
                 *Medical Visits (Api9)

File Required:   One Year Procedure Register*

How Edit Works: The One Year Procedure Register for this claimant is
                accessed.  Within this register is a counter for Medical
                Visits.  Compare the medical visit counter for each MAD to
                Appendix 65, Acceptable Number of Medical Visits by MAD
                category.  If the counter for any MAD within the claimants'
                register is higher than the acceptable number, the last claim
                entering the system that generated the file check fails.
                (Fail 1 for HCFA, Fail 2 for UB82.)

Action Options:  1) Data entry clerk checks for entry error.  .

                 2) Verify diagnosis with provider via telephone or query
                    letter.

                 3) Override failure with correction(s).

                 4) Access Lifetime Disease Register for additional
                    information.

HDI-Proprietary

000183

- 93 -

The Health Data Institute ™

MCK  047596

04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

5) Check provider ID's from all claims on file.  Should one
   provider dominate, query said provider.  If no provider
   dominates, query the claimant concerning the multiple
   visits documented in their records for accuracy and/or
   necessity.

6) Should discrepancy exist post-query:

   a) Deny payment to provider or reimbursement to claimant
      per client prerogative in light of charges in
      question.

   b) Override failure without correction.

   c) Add provider(s) to problem provider list.

7) Medical Review

Volume of
Episodes Needed
to Test Edit:    100,000 Outpatient Disease Episodes

Medical Review:  Optional

Additional
Dimensions:          Type of Service = 1 width, 12 lengths, alphanumeric
                     Place of Service = 1 width, 10 lengths, alphanumeric
                                  MAD = 4 widths, 550 lengths, numeric
               Statement Covers Period = MM/DD/YY, alphanumeric
                     Date of Service = MM/DD/YY, alphanumeric

---

*RAMS created variable or table.

HDI-Proprietary

- 94 -                           000189

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK  047597

04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

Edit DE042:    Inpatient Hospital Primary Diagnosis/Disease Register
Medical Necessity Edit

Type of Edit:    Compares an inpatient hospital primary diagnosis to a
                 claimant's lifetime disease history for consistency.  A claim
                 entering this edit will not be failed until a claimant has
                 been insurance eligible for one calendar year.

Claim Type:      Hospital Inpatient

Primary Use:     To validate the accuracy and medical validity of an inpatient
                 diagnosis when compared to a patient's history.  To check for
                 appropriate outpatient diagnosis of an illness prior to
                 hospitalization for said illness.

Data Required:   UB82, Form Locators 77-81, All Listed Diagnoses
                 *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                 **Eligibility Effective Date

File Required:   Disease Register

How Edit Works:  Using Eligibility Effective Date, check claim for
                 appropriateness to this edit as stated above.  If the claim
                 is ineligible for this edit, add the diagnosis listed to the
                 Disease Register as stated in the Disease Episode
                 specifications.

                 Check over All Diagnoses, form locator 77-81, and convert
                 them to a Major Ambulatory Diagnosis Group (MAD*, Appendix
                 40).  If no diagnosis converts to a MAD, the claim exits
                 unedited (1).  If any diagnosis converts, continue editing.
                 Compare these derived MAD categories to the Disease Register
                 for this claimant.  If the MAD(s) derived from the hospital
                 claim do not match one within the patient's register, the
                 claim fails this edit (1).

Action Options:  1) Data entry clerk checks for entry error.

                 2) Verify hospital primary diagnosis with provider via
                    telephone or query letter.

                 3) Override failure with correction(s).

                 4) Should discrepancy exist post-query:

                    a) override failure without correction(s)

                    b) deny payment per client prerogative in light of dollar
                       amounts in question.

                 5) Medical Review

HDI-Proprietary

- 95 -

000190

The Health Data Institute™

MCK 047598

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 07/23/96

Volume of Claims
Needed to Test
Edit:              200,000 Inpatient Hospital

Medical Review:  Optional

Additional
Dimensions:      All Dates = MM/DD/YY

---

*RAMS-created variable or table.
**Client-created variable

HDI-Proprietary

- 96 -

000191

The Health Data Institute ™

MCK 047599

Reviewed 07/20/86

### DRG Level V

DEDRG002:          Checks Validity of Complicated/Comorbid Conditions to Assign
                   DRG
Medical Necessity Edit

Type of Edit:      To check the validity of the assigned DRG based on the
                   presence of complicated/comorbid conditions.

Episode Types:     Inpatient Hospital

Primary Use:       To validate current DRG assignment based on information in
                   the claimant's Disease Register.

Data Required:     DRG with complicated/comorbid conditions (Appendix 84)
                   *Major Ambulatory Diagnosis (MAD) (Appendix 40)
                   All Other Listed Diagnoses (UB82, FL 78, 79, 80, 81)

Files Required:    Disease Register

How Edit Works:    1) The hospital claim must have a complicated/comorbid DRG
                      assignment to be edited (see Appendix LXXXIV). Claims
                      without the presence of a complicated/comorbid DRG will
                      not be edited.

                   2) For those claims with a complicated/comorbid DRG, compare
                      all other listed diagnoses (UB82, FL 78-81) to the DRG
                      Grouper comorbid disease list to identify the
                      diagnosis(es) that is a complicated/comorbid condition.

                   3) Those diagnoses that are a complicated/comorbid condition
                      are converted into their respective Major Ambulatory
                      Diagnostic Group (see Appendix XXXX).

                   4) Compare the Major Ambulatory Diagnostic Group (MAD) formed
                      above to the claimant's Disease Register. Those claims
                      with a MAD that is currently listed in the individuals
                      Disease Register pass the edit. The claims where no match
                      is found are flagged for Medical Review.

Action Options:    1) Data entry clerk checks for data entry error.

                   2) Verify diagnoses with the hospital via telephone or query
                      letter.

                   3) If the episode still fails the edit after query, pend
                      the claim and request portions of the medical record for
                      review.

Volume of Claims
Needed to Test
Edit:              100,000

HDI-Proprietary                                              000192

- 97 -

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2        04-CV-1258-SLR (D.Del.)

Medical Review:  Required

Reviewed 07/20/86

Additional
Dimensions:      MAD – 3 digits, no decimals, numeric
                 DRG – 4 digits, no decimals, numeric

HDI–Proprietary

- 98 -

000193

The Health Data Institute

MCK  047601

04-CV-1258-SLR (D.Del.)

Reviewed 07/20/36

**Disease Episode**

Edit DEDRG003:   DRG Creep
Medical Necessity Edit

Type of Edit:    Compares principal diagnosis on a DRG claim to the claimant's
                 disease register.

Claim Types:     Hospital Inpatient

Primary Use:     To validate the DRG by comparing the principal diagnosis to
                 the claimant's disease register.

Data Required:   *MAD - Major Ambulatory Diagnoses (Appendix 40)
                 Principal Diagnosis (ICD9, UB82, FL 77)
                 DRG
                 *Suspect DRG/Acceptable History MADs (Appendix 82)

File Required:   Disease Register

How Edit Works:  The hospital claim must have a DRG which is frequently
                 suspected of upgrading (see Appendix 82) otherwise exit
                 unedited (1).  The claimant's disease register and the
                 suspect DRG are compared to a table of Suspect DRG/Acceptable
                 History MADs (Appendix 82).  If the MAD(s) on the disease
                 register match any of the Acceptable History MADs for that
                 DRG, the claim passes (1) the edit.  If no match is found,
                 the claim fails (1) the edit.  If all MAD slots on the
                 Disease Register are full, let claim pass (2).

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify principal diagnosis and DRG with the hospital via
                    query letter and/or telephone request.

                 3) If the hospital claim still fails the edit after query:

                    a) Pend claim and request portions of hospital record for
                       Medical Review.

                    b) Pay claim and also request portions of chart for
                       Medical Review.

                    c) Pay claim, perform Medical Review, and add provider's
                       name to a Problem Provider file which may be used for
                       report writing and/or more aggressive editing.

Volume of Claims
Needed to Test
Edit:            100,000 (with DRGs)

_____

*RAMS created variable or table.

HDI-Proprietary

000194

- 99 -

The Health Data Institute™

MCK 047602

Reviewed 07/20/86

Medical Review:  Preferred

Additional
Dimensions:      DRG - 4 digits
                     - no decimals
                     - numeric

HDI-Proprietary

- 100 -

000195

The Health Data Institute

MCK  047603

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

<u>Disease Episode</u>

Edit DEDRG004:    Split Admissions
Medical Necessity Edit

Type of Edit:      Compares a hospital admission with an adjacent prior
                   hospitalization

Episode Type:      Two Inpatient Hospitalizations (UB82) with DRGs with the
                   admission date of the second hospitalization within 90 days
                   of the discharge date of the first hospitalization.

Primary Use:       To examine two adjacent hospitalizations for quality of care
                   and validity of readmission.

Data Required:     *Days to Readmission (DTR)
                   Discharge Date (prior)
                   Admission Date (current)
                   DRG
                   *Acceptable DRGs for Readmission (Appendix 80)

File Required:     Hospital Inpatient Register (from Disease Register)

How Edit Works:    Check Hospital Inpatient Register for hospitalization
                   discharge date within 90 days of current hospitalization.
                   If none is present, exit unedited (1). Each claim must have
                   a DRG with a value of 1-467. Comparing the two hospital
                   claims, check the DRG on each for an Acceptable Readmission
                   Pair (Appendix 80). If a match is found the episode passes
                   (1) the edit. If no match is found the DRG and DTR on each
                   claim are checked to identify types of failures:

                   1) If the DRGs on the claims are the same, check the Days to
                      Readmission (DTR). If the DTR is 7 days or less, Fail 1
                      and Exit. If it's between 8 and 28 days, Fail 2 and Exit.
                      If it's between 29 and 90 days, Fail 3 and Exit.

                   2) If the DRGs are different but are still in the same MDC,
                      check the DTR. If it's 7 days or less Fail 4 and Exit.
                      If the DTR is between 8 and 28 days, Fail 5 and Exit. If
                      the DTR is between 29 and 90 days, Fail 6 and Exit.

                   3) If the MDCs on the two claims are different, check the
                      DTR. If it's 7 days or less, Fail 7 and Exit. If it's
                      between 8 and 28 days, Fail 8 and Exit. If it's between
                      29 and 90 days, Fail 9 and Exit.

HDI-Proprietary

000196

- 101 -

The Health Data Institute

MCK 047604

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

*DTR - Days to Readmission - is calculated by subtracting the prior hospitalization's discharge date from the current hospitalization's admission date.

Action Options:  1) Data entry clerk checks for data entry error.

2) If the episode has a Fail 1, 4, or 7, add Provider ID(s) to a Problem Provider List and request portions of the chart for Medical Review. Quality of care issues are in question with these failures (DTR $\leq$ 7 days.)

3) If the episode has a Fail 2, 5, or 8, pend the claims and request portions of the charts for Medical Review. Cases of "true" split admissions to increase reimbursement are in question with these failures. (7 $<$ DTR $\leq$ 28 days.)

4) If the episode has a Fail 3, 6, or 9, two options may be exercised:

a) Pay claim, edit retrospectively and request chart components for Medical Review.

b) Edit prospectively, pend payment, and request portions of chart for Medical Review.

Volume of Claims
Needed to Test
Edit:            100,000 (with DRG)

Medical Review:  Required

Additional
Dimensions:      DRG - 4 digits
                     - numeric
                     - no decimals

                 DTR - 2 digits
                     - numeric
                     - no decimals

---

*RAMS created variable or table.

HDI-Proprietary

– 102 –                              000197

The Health Data Institute

MCK 047605

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 01/20/86

Additional
Dimensions:        DRG - 4 digits
                        - no decimals
                        - numeric

Comments:          The DRG Procedure/Procedure Matching Edit differs from BE010
                   because an exact match between the Top Procedures is required
                   to pass this edit.

HDI-Proprietary

000198

- 103 -

The Health Data Institute ™

MCK  047606