# EXHIBIT AA
# PART 1 OF 2



Information systems

# Computers can figure out DRGs, if you can figure out computer market

**By Sheldon I. Dorenfest**

Many hospitals need new management information systems to help them cope with the massive changes being unleashed by Medicare's prospective payment system.

Computer systems can help hospital managers meet their complex information needs, but the computer market itself can be confusing. For instance, a hospital may have to use as many as five computer systems just to meet its immediate prospective payment information needs.

Hospital managers can hope that computer system vendors get their houses in order in the next year and produce products to deal with the whole range of these needs. Until then, hospitals seeking to meet their information needs under prospective payment must carefully evaluate the products they buy. It's easy to make mistakes in this new environment.

**Immediate and longer-term needs.** It will take the hospital industry many years to successfully implement the management systems needed to operate effectively in the new reimbursement environment. At the moment, the industry is running scared, and hospital managers are seeking simple solutions to what, in some cases, are very complex problems that aren't completely understood or even defined. This can be very damaging to a hospital's financial performance.

What should be done? How do hospital managers prepare for the future and ensure their institutions' viability?


*Illustrations by Roger Schillerstrom*

What new management systems are required to manage effectively under prospective payment? The following are areas that require attention immediately or in the longer term:

**Immediately**
• Hospitals need much more accurate medical records information.
• Hospitals need ways to simulate the financial results of alternative case mix assumptions.
• Hospitals must be sure that their billing and reporting systems accommodate the requirements of prospective payment.

**Longer-term**
• Hospitals need more timely data on patient treatment so that information about use of resources is available when this utilization or the services themselves can still be changed.
• Hospitals need methods for reviewing how physicians use hospital resources.
• Hospitals need cost accounting systems.

If each of these needs is properly addressed, a hospital will be in a much better position to manage the changes spurred by prospective payment.

**More accurate medical records.** The medical records department has become much more important to a hospital's overall success under prospective payment. Before the new Medicare system was implemented, the department's major responsibilities included:
• Locating charts for admission of patients who previously had stayed at the hospital.
• Abstracting medical records for all patients leaving the hospital.
• Tracking charts currently in use by hospital personnel.
• Determining the status of incomplete charts.
• Management and statistical reporting for utilization review.
• Comparison reporting to other hospitals.

Although these functions were important before prospective payment, they didn't get much management attention because they didn't have a large effect on a hospital's financial condition. Before prospective payment, almost all medical records departments used computerized discharge abstracting systems for comparison reports.

Some hospitals used computerized medical records information systems to help them perform their other responsibilities. Suppliers of these more extensive systems include


Mr. Dorenfest

---

Mr. Dorenfest, MBA, CPA, is president of Sheldon I. Dorenfest & Associates Ltd., a Highland Park, IL, consulting firm specializing in computerized hospital information systems and publisher of *The Guide to Better Hospital Computer Decisions*

130

Modern Healthcare/February 15, 1984

RD000505

## Information systems

The Commission on Professional and Hospital Activities, Ann Arbor, MI; McDonnell Douglas Automation Co., Hazelwood, MO; Health Systems International, New Haven, CT; and Hospital Utilization Project, Pittsburgh.

With the advent of Medicare's use of diagnosis-related groups of illnesses to classify patients for reimbursement under prospective payment, discharge abstracting and medical records coding have become key to successful financial management. This has focused a lot of attention on the medical records department and the computer systems it uses.

**Two overnight successes.** Since medical records diagnosis coding was less important before DRGs, computerized medical records information systems weren't designed to improve coding accuracy. Now that diagnosis coding accuracy is financially important, two specialized medical records computer systems have become prominent overnight. One is marketed by Code 3 Corp., Salt Lake City, and is called Code Finder. This interactive product prompts medical records personnel who assign diagnosis codes, improving their accuracy and speed. But even using the Code Finder, a hospital isn't assured of the consistency of clinical data and the resulting diagnosis. For this purpose, a hospital can acquire the Clinical Data Editor marketed by Health Systems International. This product identifies erroneous or missing diagnosis and procedure codes.

Because accurate coding is essential under prospective payment, a hospital may benefit from using three different computer systems in its medical records department. One computer system would be used to assist in the important daily operations of the medical records department, such as chart location, discharge abstracting and management reporting. The other two systems would ensure that medical records coding and subsequent DRG assignment are as accurate as possible.

Computer vendors will market other specialty systems for coding accuracy and better DRG assignment within the next few years. The current vendors of complete medical record information systems also are likely to add code finding and clinical data editing capabilities to their products. And within the next three years, look for the fully integrated medical record information systems now on the market to include much better code finding and editing capabilities. But currently, at least two



and possibly three computer systems are needed to do this job.

In the future, computer systems will become available that will help hospitals to legally and ethically maximize their Medicare reimbursement. For instance, in some patients' cases, the number of secondary diagnoses a physician makes will exceed the number that the DRG assignment formula will handle. A coder, therefore, must select the most appropriate group of secondary diagnoses.

Because of the complexity of the DRG assignment formula, it's difficult to select the group of diagnoses that will maximize reimbursement. Consequently, diagnoses may be selected that produce a much smaller payment than Medicare actually should pay. This problem could be eliminated by a computer system that simulates alternatives and selects the most appropriate DRG assignment. Some of these capabilities may exist today, but no system really meets all these assignment needs.

**Case mix simulation.** Under prospective payment, managers must ask "what if" questions and determine the impact that different situations have on a hospital's case mix and resulting reimbursement. A manager must use a computerized financial modeling system to accomplish these objectives. Companies providing such systems include Amherst Associates Inc., Chicago; Mediflex Systems, Evanston, IL; Rush-Presbyterian-St. Luke's Medical Center, Chicago; Wheaton Systems, Wheaton, IL; and "Big Eight" accounting firms.

Because the new DRG reimbursements could result in a substantial up or down swing in a hospital's revenues compared with previous years, it's important that hospital managers make some estimate of what's likely to happen to their revenues under prospective payment. To do this, hospitals must simulate what their financial results would have been if, in past years, they'd been reimbursed under the new payment system. Modeling systems can be used for this purpose.

To make these simulations work, a hospital must review previous years' medical records to make sure the diagnosis data are complete and accurate.

Because none of the major vendors of computerized modeling systems for case mix simulation provide medical records systems, another group of vendors must be considered by hospital managers who want to buy a computer system providing the full range of capabilities needed to effectively manage their hospital under prospective payment.

**DRG billing systems.** It isn't completely clear yet what will be needed in the DRG billing system of the future. These systems should, at least, include a method for grouping data from medical record discharge abstracts to determine the reimbursement due for each case. The Dept. of Health and Human Services' Health Care Financing Administration has directed Medicare intermediaries to use Health Systems International's DRG Grouper system to determine DRG payments. Most vendors' patient accounting systems include a grouping capability. These systems usually will produce the same reimbursement result as that reached by fiscal intermediaries. But this may not always be the case.

In addition to grouping DRG assignment, billing systems also produce management reports based on DRG information. Some vendors' patient accounting systems also include modeling or medical record capabilities. But often, each of these computer systems must come from a different source. Even in those instances where the patient accounting system vendor provides modeling or medical records capabilities, these added features may be inferior to those provided by specialized companies. Currently, none of the vendors of patient accounting systems offer the specialized capabilities of Code Finder or Clinical Data Editor.

**Timely reports of patient treatment.** The medical record is the only complete record of patient treatment. In almost all hospitals, this record is main-

RD000506