# EXHIBIT AA
# PART 2 OF 2

Case 1:04-cv-01258-SLR    Document 424-12    Filed 06/22/2006    Page 1 of 6

## Information systems

tained manually, is cumbersome to use and contains no financial information. In manual charge collection systems, patient billing information usually gets into the billing system several days after treatment occurs. In those systems, there's no timely method for reviewing the fees associated with inpatient treatment and comparing them with the DRG payment that will be made after the patient is discharged.

It's important, however, to have systems that permit this kind of concurrent review while the patient is still in the hospital. If the cost of care—or some estimate of those costs—could be calculated as care was delivered, the hospital's managers could determine whether these costs were going to exceed the expected DRG payment rate. The managers also could identify whether the hospital's resources were being wasted, and remedy the problem.

Under prospective payment, hospitals must monitor their resource utilization more closely. This requires that they have information about patient treatment as close to the time that it's rendered as possible. That will make computerized nursing station order entry and total hospital information systems more valuable. However, even currently available computerized order entry systems will have to be modified to provide more easily accessible information that flags problem cases.

**Reviewing use of resources.** Physicians are the prime creators of demand for hospital resources. Hospitals are so difficult to manage because physicians control how hospital services are used, but they have no responsibility for their management.

The way different physicians use hospital resources to treat the same illness varies widely. Because physicians are the prime hospital revenue producers, it's been difficult for hospital managers to stand up and tell some of their physicians that they are using hospital resources wastefully. Under Medicare's old, cost-based reimbursement system, hospitals had no incentive to force physicians to increase their efficiency. Hospitals would be reimbursed for their costs regardless of efficiency. Those incentives have changed. But how do hospital managers control physicians' use of resources without adversely affecting the way doctors practice medicine? And how do they do this without spurring their physicians to take their patients—and the hospital's revenues—to another hospital where the doctors are given freer rein?

Hospitals must develop better methods for reviewing physicians' use of their facilities. Working with their medical staffs, hospital managers must develop standard treatment plans for each major diagnosis and must develop systems for comparing standard with actual treatment. Systems also must be developed to examine the financial performance of each physician under the DRG reimbursement scheme.

Computer systems eventually may help in this area. However, managers must develop the necessary policies and procedures to control physician use of their facilities before a computer is brought into the picture.

**Cost accounting systems.** Hospitals need systems for better cost control. Today, hospitals don't know what it costs to deliver a certain service or to treat a specific case. Even the relationship between costs and charges is usually unknown. As prospective payment drives hospital managers to more efficient methods of running their organizations, they must have a better understanding of the relationship between hospital costs and services provided. Without this information, hospital managers won't be able to control or reduce costs.

Manufacturing facilities have used cost control systems for a long time. How do they do it?

**Setting production standards.** Let's take the example of a typical factory producing a large variety of products (see diagram). The raw material is purchased from suppliers and stored until used. In the example, there are 24 different production centers, all adding value to the raw material to generate finished products.

Product A is made by taking raw material and moving it through production centers 4, 11, 12, 19, 20, back to 13, and on to 21 and 22. It stays a certain length of time in each of these production centers and has a certain amount of work performed on it by the personnel working in each center. A work order typically describes how to make Product A, and a standard costing system will determine the product's cost.

This factory production is similar to the work a hospital performs. The admitted patient takes the place of raw materials in the factory example, and hospital service departments providing diagnosis and treatment are analogous to the factory's production centers. The patient is put through a variety of services and eventually is discharged.

A major difference between hospital care and factory production is that patient treatment may require deviations from "production" standards. This merely suggests, however, that there will be greater variations between standard and actual costs in a hospital environment compared with a manufacturing plant. Hospitals still must adopt standard cost accounting systems similar to standard factory cost accounting systems to control costs.

The big problem for hospitals is that no hospital cost accounting systems exist on the market. Such systems are complex and will take a substantial time to develop. A whole new management philosophy also will be required to make these systems work.

**Making hospitals "shine."** Prospective payment is challenging hospital managers to make significant management changes that will be difficult to implement. Delays, false starts or mistakes will be very damaging, and some hospitals will suffer dramatic setbacks if they can't make the necessary adjustments demanded by this new environment. This is an opportunity, however, to separate the "leaders" from the "followers" and for truly visionary hospital executives to make their institutions shine. ■

Modern Healthcare/February 15, 1984

RD000507

# Modern Healthcare

A Crain Communications Inc. publication incorporating Modern Hospital and Modern Nursing Home

**Feb. 13, 1987**

**Vol. 17/No. 4**



*Cover by John Walker*



## SPECIAL SECTION
## DRGs

### DRG cost-per-case management

- 51 WASHINGTON: 'Rebasing' rate data could slash payments
- 56 DEPARTMENTS: More hospitals emphasizing utilization review
- 62 INFORMATION SYSTEMS: Hospitals turn to software to speed billing
- 69 REHABILITATION: Lengths of stay unchanged, but costs rising
- 72 PURCHASING: Cost-effective products aid quality, boost profits
- 76 NRC SURVEY: Consumers unsure whether PPS has aided quality

### DEPARTMENTS

- 5 EDITORIALS: Smoking; technology
- 8 CALENDAR
- 19 NEWS DIGEST: AHA meeting: Technology, PPS
- 28 UNION ELECTIONS
- 33 FOR THE RECORD
- 37 WASHINGTON NEWS DIGEST: Copying costs; healthcare inflation
- 106 LEGAL BRIEFS: Staff privileges; Rhode Island ban
- 108 LONG-TERM CARE DIGEST: Southmark grows; Hillhaven centers
- 110 COMPETITIVE EDGE: Elderly market; frozen foods
- 114 TECHNOLOGY DIGEST: Medstone lithotripter; Caesarean sections
- 114 INFO SYSTEMS NOTES: Charting software; cost accounting
- 118 BOND ISSUES
- 120 FINANCIAL DIGEST: Top states for bonds; HCA, Humana ratings cut
- 122 DATA BANK
- 128 WALL STREET REPORT
- 133 CAREER OPPORTUNITIES
- 138 PEOPLE
- 139 LETTER
- 139 CORRECTION
- 139 FEDERAL REGISTER
- 139 UNDER NEW MANAGEMENT

MODERN HEALTHCARE (ISSN 0160-7480) is published biweekly every other Friday for $75 per year ($90 foreign) by Crain Communications, 740 Rush St., Chicago, IL 60611. Second-class postage paid at Chicago and at additional mailing offices. Title® at U.S. Patent Office. ©Copyright 1987 by Crain Communications. All rights reserved. POSTMASTER: Send address changes to MODERN HEALTHCARE, Circulation Dept., 965 E. Jefferson, Detroit, Mich. 48207.

RD000508

**SPECIAL SECTION**

# DRGs

# End of PIP will prompt hospitals to try software to speed billing

**By Kim Carter**

Hospitals may be relying more heavily on software that helps them submit bills quicker because of changes in regulations governing Medicare reimbursements.

Starting July 1, hospitals with more than 100 beds won't be reimbursed through the Periodic Interim Payment program. Under that program, the Health Care Financing Administration paid hospitals a portion of estimated Medicare reimbursements every two weeks. Shortfalls or excesses were settled at year-end.

With the elimination of PIP, the speed with which hospitals will be reimbursed will depend on how quickly bills are submitted to HCFA. This means hospitals will have to focus efforts on speedy approval of charts by physicians, rapid coding of medical records for bills and eliminating errors on bills so payments aren't delayed.

Manufacturers of software for hospital information systems believe these factors will prompt more hospitals to turn to their products to aid billing efforts.

**Time lags costly.** "With this new regulation, hospitals can't afford a time lag," said Tom Owens, vice president of marketing for Health Systems International, a New Haven, Conn., software manufacturer.

Because of this, "software has to address the issue of rapid physician approval of the chart after the DRG is assigned at the time of discharge."

HSI's product, ENSEMBLE, lets hospitals collect information for billing while the patient is in the hospital receiving treatment, not after he is discharged, Mr. Owens said. The software keeps track of the patient's DRG throughout his stay and alerts the hospital if his case should be classified under another DRG. The software locate errors in the medical record and corrects them.

Sixteen sites now are using EN-SEMBLE, said Dennis Dobson, HSI corporate vice president. It runs on the VAX series of microcomputers manufactured by Digital Equipment Corp., Maynard, Mass.

The company declined to reveal pricing information for the system.

**Test site.** HSI's software was tested at 461-bed University of Kentucky Albert B. Chandler Medical Center, Lexington, Ky. The facility has tested HSI's Utilization Management System, Coder, Clinical Data Editor and Interactive Data Query applications since November 1986, said Judy Kemper, the hospital's director of quality assurance and utilization review.

The bills of about 50% of the patients treated at Albert B. Chandler are paid by Medicare and Medicaid. Because of this, the hospital needs to ensure prompt reimbursement by the fiscal intermediaries who pay beneficiaries' bills.

Ms. Kemper said concurrent DRG assignment helps the hospital monitor lengths of stay and locate cases that could be classified as outliers, which involve either long hospital stays or expensive treatments. In addition, the software provides financial reports for the hospital's reimbursement and rates department, which then can project income.

Because it's testing the software, the facility is getting a 50% discount on leasing the software, Ms. Kemper said. The hospital is paying $25,000 annually for the software, and she estimates the necessary hardware cost about $35,000.

"Even paying full price for the software, we would save about $100,000 over the five-year period just because of the system's efficiency," she said. By using HSI's product, the hospital also eliminated one utilization review position, resulting in a savings of $38,000.

### Top DRGs by weight as of Oct. 1, 1986

| Rank | DRG no. | Description | Weight |
|---|---|---|---|
| 1 | 457 | Extensive burns | 6.7918 |
| 2 | 104 | Cardiac valve procedure with pump and cardiac catheterization | 6.7815 |
| 3 | 106 | Coronary bypass with cardiac catheterization | 5.2077 |
| 4 | 105 | Cardiac valve procedure with pump but without cardiac catheterization | 5.1764 |
| 5 | 108 | Other cardiovascular or thoracic procedure with pump | 4.3301 |
| 6 | 302 | Kidney transplant | 4.1840 |
| 7 | 191 | Major pancreas, liver and shunt procedures | 4.1357 |
| 8 | 107 | Coronary bypass without cardiac catheterization | 3.9476 |
| 9 | 192 | Minor pancreas, liver and shunt procedures | 3.8790 |
| 10 | 115 | Permanent cardiac pacemaker implant with heart failure or shock | 3.8743 |

Source: Health Care Financing Administration

### Top DRGs by weight as of May 1, 1986

| Rank | DRG no. | Description | Weight |
|---|---|---|---|
| 1 | 457 | Extensive burns | 7.5688 |
| 2 | 104 | Cardiac valve procedure with pump and cardiac catheterization | 7.3161 |
| 3 | 105 | Cardiac valve procedure with pump but without cardiac catheterization | 6.3400 |
| 4 | 106 | Coronary bypass with cardiac catheterization | 5.3332 |
| 5 | 108 | Other cardiovascular or thoracic procedure with pump | 4.7810 |
| 6 | 107 | Coronary bypass without cardiac catheterization | 4.6614 |
| 7 | 302 | Kidney transplant | 4.6273 |
| 8 | 191 | Major pancreas, liver and shunt procedures | 4.4608 |
| 9 | 109 | Cardiothoracic procedures without pump | 4.3597 |
| 10 | 115 | Permanent cardiac pacemaker implant with heart failure or shock | 4.1634 |

Source: Health Care Financing Administration

62

Modern Healthcare/February 13, 1987

RD000509



# New easy-to-use drug screen cuts costs, speeds up drug testing.

The KDI QUIK TEST™ Drug Screen offers companies and other organizations the first practical and cost-effective approach to urine testing for use of cocaine, crack, morphine/heroin, PCP (angel dust) and amphetamines.

By making possible on-premises testing that quickly determines if a person tests negative for these drugs, it eliminates the unnecessary work interruptions and costs that result when all specimens are sent to laboratories.

The KDI QUIK TEST is:

**Simple to Use:** Testing can be done by non-professional personnel, without laboratory equipment. All materials needed are in the test kit.

**Fast:** The procedure takes only about three minutes to determine whether a specimen tests negative or requires further confirmatory testing.

**Economical:** The cost per test (which simultaneously screens for all the substances mentioned) is only $6.50, less than that of other drug screens. Significant further savings are achieved by the elimination of expensive laboratory testing of negative specimens.

KDI QUIK TEST Drug Screen professional packages, each containing 15 individual test kits, are available for immediate shipment.



## KEYSTONE DIAGNOSTICS, INC.

Subsidiary of Keystone Medical Corporation
9062 Route 108
Columbia, MD 21045
1-800-331-3505

For more facts circle 131 on reply card

64

---

MediQual's MedisGroups. MediQual, Westborough, Mass., is selling Medical Illness Severity Grouping System, or MedisGroups, a data base of clinical facts about patients, said Linda Kloss, senior vice president of client services.

The system classifies patients by severity of illness, not according to diagnosis. Severity of illness classifications are derived from information contained in a patient's medical record.

With MedisGroups, a hospital can analyze whether differences between charges and payments are a result of severity of illness, outcomes of care or the efficiency with which care is delivered, Ms. Kloss said.

MedisGroups, which is being used by 63 hospitals, can be run on the PC AT microcomputer manufactured by International Business Machines Corp., Armonk, N.Y., or on computers compatible with the PC AT. MediQual charges $15,000 to $35,000 a year for MedisGroups, and the cost varies depending on the hospital's size, Ms. Kloss said. Installation fees are $14,000 to $25,000 and are based on the number of people trained to use the system.

MediQual has a data base of patient information that contains data from all hospitals using MedisGroups. Hospitals can use information from the data base to analyze their quality and cost performance.

"MedisGroups has allowed us to compare our progress with individual DRGs . . . with other hospitals using the system," said Michelle Pelling, quality assurance manager for 531-bed Good Samaritan Hospital, Portland, Ore.

Good Samaritan used the data base to evaluate treatments of inpatients classified under DRG No. 410, chemotherapy. "Peer review organizations often (tell) hospitals that these patients should be treated on an outpatient basis," Ms. Pelling said. By using information from MediQual's data base, the hospital was able to analyze its performance and develop specific criteria on treating patients classified under DRG No. 410.

Harrington Memorial Hospital, Southbridge, Mass., uses MedisGroups because "the software . . . shows, by medical and surgical areas, what our average cost per case is as compared to other hospitals," said Richard Mangion, Harrington's executive vice president and administrator.

Harrington's average charge per patient stay was $3,056, about 35% less than the $4,900 average charge per patient stay of the 63 hospitals providing information to the MediQual data

Continued on page 68

Modern Healthcare/February 13, 1987

## SPECIAL SECTION
# DRGs

For more facts circle 133 on reply card

## EMERGENCY!

Now might be the right time to call the emergency medicine specialists,

**ECI** Emergency Consultants, Inc.

Specialists in physician staffing, management services and marketing.

**1-800-253-1795**

Visit our booth at the
SE Hospital Conference • Atlanta

base, Mr. Mangion said.

The 121-bed facility also is using the software to monitor average costs of individual physicians, he said. "The software (gives) us information on who's admitting high and low severity-of-illness patients. We look at all this information, and if our charges or costs are turning upwards, we pull individual cases and try to find out why."

Hinsdale (Ill.) Hospital uses Medis-Groups to analyze costs of treating patients placed in specific DRGs, said Dennis Schall, operations analyst for the 462-bed hospital. Data are used "in bidding for health maintenance organization contracts to make sure that we are making money from a particular service," he said.

Hinsdale used the software to identify vaginal delivery without complications, DRG No. 373, as a high-volume DRG where costs must be monitored to maximize profits, Mr. Schall said.

"We were making money with (DRG No. 373), but with the help of Medis-Groups, we wanted to maximize our potential to be competitive," he said. MedisGroups software enabled the hospital to reduce supply costs for this DRG by $50,000 and cut the length of stay for low-risk mothers to two days from three days. In addition, the hospital started a program for home visitations of mothers who had two-day hospital stays.

**HMDS.** Health Micro Data Systems, Madison, Wis., offers a more traditional DRG software package, which includes medical record abstracting, encoding that uses the International Classification of Disease-9th Revision-Code Modifications; DRG assignment and case mix tracking and analysis, said Frank Poggio, HMDS president.

About 50 hospitals are using the company's Micro Medical Record Abstract System, Mr. Poggio said. Smaller hospitals like the system because of its flexibility. MMRA uses IBM microcomputers linked in a network and costs $2,000 to $8,000, he said.

"MMRA allows me to look at each diagnosis," said Kevin Anderson, director of medical records for 216-bed Neillsville (Wis.) Memorial Hospital, which has been using the software for three years. If a patient can be classified under two diagnoses, MMRA can determine which will produce the larger reimbursement, Mr. Anderson said.

**Boone Hospital Center.** Some hospi-


Mr. Owens


Mr. Poggio

tals develop software products themselves if commercial products don't fit their needs.

For example, 340-bed Boone Hospital Center, Columbia, Mo., developed a system called the Medical Records Package to run on an IBM mainframe system. The system, created to eliminate the necessity of passing paperwork between the medical records and billing departments, has been operating since January 1985.

The Medical Records Package includes features such as abstracting and locating chart deficiency. "Our number of incomplete records is down over 50%," said Bev Meyers, Boone's supervisor of medical records. "Our turnaround time on claims processing has dropped from four days to 24 hours, which means faster cash turnaround for the hospital."

The Medical Records Package is being marketed, and 12 hospitals have installed at least a portion of the software system, said Tom Rippeto, the hospital's assistant vice president of management information systems.

**Hospital Cost Consultants.** Hospital Cost Consultants, Redwood City, Calif., last year developed its own DRG software system, the Case Mix Management System, said Mike Hryshchyshyn, the company's vice president of marketing.

The product has yet to be installed at any facilities. However, about 50 hospitals use HCC's cost accounting system that allows hospitals to track resources consumed for individual product lines and for DRGs, he said.

HCC's case mix software will help a hospital determine what resources are needed to provide each service.

HCC's case mix software runs on mainframe computers manufactured by IBM. It is expected to cost $125,000, Mr. Hryshchyshyn said.

Using CMMS, a hospital bidding on HMO and PPO contracts can formulate bids by using financial information derived from past, accurate case mix experience, he said.

"Case mix management software is some of the weakest . . . being offered by vendors," he said. "We approached it differently by first attacking the cost accounting aspect and working towards case mix management." ■

Don't play games with your lungs.

TAKE CARE
OF YOUR LUNGS.
THEY'RE
ONLY HUMAN.

✚ AMERICAN
LUNG
ASSOCIATION
The Christmas Seal People®

Space contributed by the publisher as a public service.

68

Modern Healthcare/February 13, 1987

RD000511