# EXHIBIT BB

# PRODUCT DESCRIPTION

for

# **Code**Review™

Release 1.0

MS-DOS Version for the IBM PS/2

February 1989

**H P R Inc.**

472 COMMONWEALTH AVENUE
BOSTON, MA 02215

(617) 266-2520

MCK 118824

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL          04-CV-1258-SLR (D.Del.)

PRODUCT DESCRIPTION

for

# CodeReview™

Release 1.0

MS-DOS Version for the IBM PS/2

February 1989

## H P R Inc.
472 COMMONWEALTH AVENUE
BOSTON, MA 02215

(617) 266-2520

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

## COPYRIGHT

Copyright (c) 1988 HPR Inc.
                    472 Commonwealth Avenue
                    Boston, MA  02215

All rights reserved.  Patent Pending.  First edition printed
February 1989.

Physicians' Current Procedural Terminology,  Fourth Edition
(CPT-4) is a copyrighted publication of the American Medical
Association.

MS-DOS is a registered trademark of Microsoft Corporation.

IBM PS/2 and AT are registered trademarks of International
Business Machines Corporation, Inc.

dBase III Plus is a trademark of Ashton-Tate.

Clipper is a trademark of Nantucket Corporation.

**MCK 118826**

# TABLE OF CONTENTS

                                                              **Page**

1.0 EXECUTIVE SUMMARY                                            1

2.0 CODEREVIEW'S SOLUTIONS TO CODING PROBLEMS                    3

    o    2.1   CodeReview's Recommendations                      3

    o    2.2   Pended Claims                                     4

    o    2.3   Overriding Recommendations                        4

    o    2.4   Resulting Charges                                 5


3.0 EXAMPLES OF CODING PROBLEMS SOLVED BY CODEREVIEW            6

    o    3.1   Matching English Description                      6

    o    3.2   Following CPT-4 Instructions                      7

    o    3.3   Following Conventional Coding
               Practices                                        10

    o    3.4   Recognizing and Correcting
               Codes Inconsistent with Claim Data               11

    o    3.5   Applying Customer's Payment Policies             14


4.0 COMPONENTS OF CODEREVIEW                                    15

    o    4.1   Medical Knowledge Base                           15

    o    4.2   Application Software                              15


5.0 INSTALLATION SUPPORT                                        16

    o    5.1   Initial Training                                 16

    o    5.2   On-site Implementation Support                   16

    o    5.3   User's Guide and Training Manual                 16

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

TABLE OF CONTENTS (continued)

                                                                    **Page**

6.0 MAINTENANCE AND SUPPORT OF MEDICAL KNOWLEDGE BASE        17

        o    6.1  Telephone Consultation with HPR
                  Physicians and Nurses                       18

        o    6.2  Retrospective Review of Decision
                  History File                                18

        o    6.3  Regular Supplements to the
                  Medical Knowledge Base                       18

        o    6.4  Annual Supplements to the Medical
                  Knowledge Base                               18


7.0 MAINTENANCE AND SUPPORT OF APPLICATION SOFTWARE        19

        o    7.1  Telephone Consultation with
                  Technical Support Team                       19

        o    7.2  Updates to the Application Software       19


8.0 MANAGEMENT REPORTS                                       20

        o    8.1  Decision History File                      20

        o    8.2  Regular Savings Report                     20

        o    8.3  Regular HPR Physician Review of
                  Decision History File                       21

        o    8.4  Regular Summary of CodeReview's Use      22


9.0 CODEREVIEW'S INTEGRATION WITH CLAIMS PROCESSING
    SYSTEM                                                   23

        o    9.1  Pre-processing Mode                        23

        o    9.2  Concurrent Mode                            23


10.0 HARDWARE AND SOFTWARE REQUIRED                         24

        o    10.1 Equipment List                             24

        o    10.2 Number of Users                            24

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

**MCK 118828**

04-CV-1258-SLR (D.Del.)

PRODUCT DESCRIPTION

of

CodeReview™

## 1.0 EXECUTIVE SUMMARY

CodeReview is HPR Inc.'s software product that assists claims processors to assign appropriate CPT-4 codes to surgery and other invasive procedures. Appropriate CPT-4 codes are assigned prior to payment, thereby assuring that current fee limits are being correctly applied when physicians' charges are evaluated.

CodeReview uses expert system technology. This technology allows CodeReview to emulate the expert physicians' judgments required to evaluate and recommend appropriate CPT-4 codes. Claims processors then enter CodeReview's recommended codes into the claims processing system, where fee limits are applied and payments are made.

There are four types of coding problems with which CodeReview provides assistance:

1) **matching the code to the procedure's English description** on the claim,

2) **following the instructions in the CPT-4 Manual** for using codes once they are found,

3) **following conventional coding practices,** generally accepted by surgeons and other physicians (many conventional coding practices are not explicitly stated in the CPT-4 Manual), and

4) **recognizing that a code is inconsistent** with other information on the claim (including inconsistency of one code with another code on the claim), and recommending what to do about the inconsistency.

There is another category of assistance that CodeReview provides which is related to benefit coverage for a procedure after it has been appropriately coded:

5) **applying a customer's policies** regarding payment for cosmetic surgery.

HPR will work with the customer (in many cases at no charge) to tailor CodeReview to ensure CodeReview's recommendations are consistent with the customer's payment policies.

**HPR Inc.**

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

CodeReview operates on an IBM PS/2 (MS-DOS). With appropriate communications software and hardware, claims processors can use the same PS/2 to switch back and forth between CodeReview and the claims processing system on the mainframe.

NOTE:    This Executive Summary is intended to be read in conjunction with, and is qualified by, the more detailed description of CodeReview which follows.

-2-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118830

04-CV-1258-SLR (D.Del.)

## 2.0  CODEREVIEW SOLUTIONS TO CODING PROBLEMS

CodeReview is HPR Inc.'s software product that assists claims processors to assign appropriate CPT-4 codes to surgery and other invasive procedures.  Appropriate CPT-4 codes are assigned prior to payment, thereby assuring that current fee limits are being correctly applied when physicians' charges are evaluated.

CodeReview uses expert system technology.  This technology allows CodeReview to emulate the expert physicians' judgments required to evaluate and recommend appropriate CPT-4 codes.  Claims processors then enter CodeReview's recommended codes into the claims processing system, where fee limits are applied and payments are made.

### 2.1  CodeReview's Recommendations

The claims processor enters into CodeReview either:

   a) the CPT-4 code(s) submitted on a claim, or
   b) the CPT-4 code(s) (s)he assigns using the procedure's English
      description appearing on a claim,

along with the modifier(s), when applicable; the date(s) of service, if different; and the charge(s).

CodeReview then:

   1) guides the claims processor through the questions, if any, that
      an expert physician would ask when evaluating a similar claim,
      sometimes asking for:

      - the place of service,
      - the patient's age,
      - the extent of the procedure,
      - the diagnosis,
      - the physician's specialty,
      - the size of the lesion(s), and
      - the presence of other related claims;

   2) uses the answers entered by the claims processor to make one of
      the following recommendations that an expert physician would
      make:

      - accept the code(s) as billed,

      - bundle (aggregate) multiple codes into one of the billed codes
        or an entirely different code, and/or replace a submitted
        code(s) with another more appropriate code, as specified by
        CodeReview,

~3~

MCK 118831

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

       - set the claim aside for the supervisor or medical review team
        to make an immediate decision, (additional information from the
        billing physician is not required), or

       - pend the claim until additional information explaining what was
        actually done is received from the billing physician;

3) explains to the claims processor (or to the billing physician
   and/or patient using a separate printout), why each and every
   computer-generated coding change is being recommended.

## 2.2  Pended Claims

If CodeReview recommends pending the claim until additional
information is received, it further specifies:

a) what document(s) to request (operative report, pathology report,
   office records, or another related claim),

b) the level of expertise needed to review the document(s) (a claims
   processor, a supervisor, a nurse or surgical technician, or a
   physician), and

c) what specifically to look for in the document(s), in order to
   reach a coding decision.

CodeReview keeps track of pended claims in a "pend" file.  After the
reviewer makes a coding decision on a pended claim, the claims processor enters
the coding decision into CodeReview, and the claim is removed from the pend
file.  A report can be produced showing the status of pended claims and how
long they have been pended.

## 2.3  Overriding Recommendations

Claims processors and medical review teams are allowed to override
CodeReview's recommendations.  Overrides are needed in the few cases where a
new, inappropriate coding practice is discovered, or where an administrative
reason justifies the override.  After CodeReview presents its recommendation
to a claims processor, the claims processor has the choice of:

1) accepting CodeReview's recommendation,

2) pending the claim, even if CodeReview did not recommend the
   pend, in case the claims processor wants the claim reviewed
   anyway by the medical review team,

3) overriding CodeReview's recommendation (depending on the
   customer's policies and procedures, this could require the
   medical review team's authorization).

-4-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118832

04-CV-1258-SLR (D.Del.)

## 2.4    Resulting Charges

If CodeReview recommends a change to the submitted codes, it assigns resulting charges to the recommended codes so that they equal the total submitted charge.  For example, if the following claim is submitted:

| Submitted | | Charges |
|-----------|--------------------------------|-----------|
| 93547 | left heart cath & angiogram | $  400.00 |
| 93501 | right heat catheterization; only | $  800.00 |

then CodeReview makes the following recommendation and charge calculation:

| Recommended | | Resulting Charges |
|-------------|-------------------------------|-------------------|
| 93549 | left & right heart cath & angiogram | $ 1,200.00 |

Resulting charges are calculated following the same rules used for changing codes.  The claims processor can enter the resulting charge into the claims processing system, where fee limits are applied.

-5-

HPR Inc.

MCK 118833

3.0   **EXAMPLES OF CODING PROBLEMS SOLVED BY CODEREVIEW**

Coding problems are difficult to solve for a variety of reasons. Even highly motivated claims processors cannot be expected to keep up with the increasing volume and increasing complexity of coding problems presented to them by billing physicians. While experienced claims processors know how to solve many coding problems, they cannot be expected to solve them consistently or to solve problems that require medical judgment. Therefore, CodeReview has been designed to assist claims processors with this complex task.

There are four types of coding problems with which CodeReview provides assistance:

1) **matching the code to the procedure's English description** on the claim,

2) **following the instructions in the CPT-4 Manual** for using codes once they are found,

3) following **conventional coding practices**, generally accepted by surgeons and other physicians (many conventional coding practices are <u>not</u> explicitly stated in the CPT-4 Manual), and

4) **recognizing that a code is inconsistent** with other information on the claim (including inconsistency of one code with another code on the claim), and recommending what to do about the inconsistency.

There is another category of assistance that CodeReview provides which is related to benefit coverage for a procedure after it has been appropriately coded:

5) **applying a customer's policies** regarding payment for cosmetic surgery, payment for an assistant surgeon, payment for hospital visits in conjunction with a surgical procedure, and similar additional payment policies.

HPR will work with the customer to tailor CodeReview to ensure CodeReview recommendations are consistent with the customer's payment policies.

Here are examples of each problem, and how CodeReview assists the claims processor. <u>CodeReview is extremely flexible, and HPR will turn off any of the assists that the customer does not want, or tailor any assists (at no charge if within CodeReview's format) to the customer's specifications.</u>

3.1  **Matching English Description**

CodeReview provides two assists in matching codes to English descriptions:

1) obsolete codes are automatically replaced by suitable updated codes from the latest CPT-4 revision, and

-6-

**HPR Inc.**

MCK 118834

2) short descriptions of the codes are displayed after they are entered, allowing the claims processor to quickly discover if the English description on the claim matches the English description displayed on the terminal.  (HPR physicians have modified many of the AMA's short descriptions where necessary, to provide clearer, more accurate descriptions of a code.)

HPR offers a separate product, CodeLookup[TM], to assist claims processors and medical review teams with looking up a CPT-4 code when there is no code on the bill, or when the English description of the procedure does not match the submitted code.  Without CodeLookup, the claims processor can either use the CPT-4 Manual, or another encoder, to identify the CPT-4 code most closely matching the description.

It is important to emphasize that the process of matching English descriptions to codes does not necessarily result in appropriate codes. A match does not mean the code(s) is appropriate in terms of: a) the instructions in the CPT-4 Manual, b) conventional coding practices not in the Manual, and c) other information on the claim that may be inconsistent with the code.

## 3.2  Following CPT-4 Instructions

The instructions in the CPT-4 Manual require flipping back and forth between different pages in the book.  It is time-consuming and difficult to remember the applicable instructions for the specific codes being evaluated. Therefore, CodeReview has automated the rules that have been provided in the Manual.

Here are some examples:

### A. Package of Services

The Manual states: "LISTED SURGICAL PROCEDURES: includes the operation per se, local infiltration, metacarpal/digital block or topical anesthesia when used, and the normal, uncomplicated follow-up care.  This concept is referred to as a 'package' for surgical procedures."

CodeReview corrects the following real (paid) claim as follows:

Submitted
64450      Peripheral nerve block
10120      Subcutaneous foreign body removal-simple

Recommended
10120      **Subcutaneous foreign body removal-simple**

The recommendation comes directly from the instructions in the Manual.

–7–

HPR Inc.

MCK 118835

B. **Separate Procedures**

    The Manual states: "**SEPARATE PROCEDURES**: Some of the listed procedures
are commonly carried out as an integral part of a total service, and as such do
not warrant a separate identification. When, however, such a procedure is
performed independently of, and is not immediately related to, other services,
it may be listed as a 'separate procedure'."

    The real-life problem is that "separate procedures" are in fact often
being billed <u>even when they are not separate</u>.  In some cases, the Manual
indicates which package of procedures "are commonly carried out as an integral
part of a total service."  Here is a real claim showing an example, and
CodeReview's recommendation:

        Submitted
            47610    Gallbladder removal with common duct exploration
            49000    Exploratory laparotomy (separate procedure)

        Recommended
            47610    **Gallbladder removal with common duct exploration**

The recommendation comes directly from the instructions in the Manual. Behind
the English description of 49000, the Manual states, "(separate procedure)."

    Here is another example of a real claim where the CPT-4 Manual's
instructions are explicit that these two codes should not be billed separately,
and should be billed as a third code:

        Submitted
            93501    Right heart catheterization; only
            93547    Combined left heart cath, selective coronary angiography,
                     and selective left ventricular angiography

        Recommended
            93549    **Combined right and left heart catheterization, selective
                     coronary angiography, and selective left ventricular
                     angiography**

The recommendation comes directly from the instructions in the Manual. Behind
the English description of 93549, the Manual states, "This code number is to be
used when procedure 93547 is combined with right heart catheterization."

    C. **Modifiers**

    The Manual states, "**MODIFIERS**: Listed services and procedures may be
modified under certain circumstances."  **CodeReview** helps solve the following
problems with modifiers.

Bilateral Procedures

    "-50  Bilateral Procedure: Unless otherwise identified in the listings,
bilateral procedures requiring a separate incision that are performed at the
same operative session, should be identified by the appropriate five-digit code
describing the first procedure.  The second (bilateral) procedure is identified
... by adding modifier '-50' to the procedure number."

-8-

**HPR Inc.**

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

If two identical codes are submitted for a procedure that can be bilateral, CodeReview makes the following recommendation:

        Submitted
            19120         Excision of breast cyst/fibroadenoma/tumor/lesion
            19120         Excision of breast cyst/fibroadenoma/tumor/lesion

        Recommended
            19120-50      Excision of breast cyst/fibroadenoma/tumor/lesion

Note that if there is a separate "bilateral" code in the Manual, CodeReview will recommend that different code as the instructions indicate:

        Submitted
            69436         Tympanostomy (ear vent. tube), unilateral
            69436         Tympanostomy (ear vent. tube), unilateral

        Recommended
            69437         Tympanostomy (ear vent. tube), bilateral

## D. Starred (*) Procedures

The Manual states, "STARRED (*) PROCEDURES OR ITEMS: Certain relatively small surgical services involve a readily identifiable surgical procedure but include variable preoperative and postoperative services. Because of the indefinite pre- and postoperative services the usual 'package' concept for surgical services (see above) cannot be applied.  Such procedures are identified by a star (*) following the procedure code number.

When the starred (*) procedure is carried out at the time of an initial or other visit..., the appropriate visit is listed in addition to the starred (*) procedure and its follow-up care.

When the starred (*) procedure requires hospitalization, an appropriate hospital visit is listed in addition to the starred (*) procedure and its follow-up care."

The CPT-4 Manual, therefore, indicates which procedures include office or hospital visits and which do not.  CodeReview follows the CPT-4 rules:

        Submitted
            47600         Cholecystectomy
            90220         Initial hospital visit

        Recommended
            47600         Cholecystectomy

But:
        Submitted
            10080         (*) Incision and drainage of pilonidal cyst
            90015         Office visit, new intermed.

        Recommended
            10080         (*) Incision and drainage of pilonidal cyst
            99025         Initial surgical evaluation

                        -9-
                        HPR Inc.

MCK 118837

E. Incidental Procedures

While the CPT-4 Manual does not provide general instruction regarding incidental procedures, it does give instructions for some specific incidental procedures. For example, it states, "Incidental appendectomy during intra-abdominal surgery does not usually warrant a separate identification." In cases like this, CodeReview makes the following recommendation:

Submitted
    44120       Removal of small intestine (part or all)
    44950       Appendectomy

Recommended
    44120       Removal of small intestine (part or all)

## 3.3 Following Conventional Coding Practices

The surgeon community overwhelmingly accepts many conventional coding practices that are not in the CPT-4 Manual. Over 50 physicians have reviewed examples of solutions to coding problems with HPR physicians. Over 1,000 hours of physician time have been spent generating solutions to coding problems and discussing them with physicians in the community.

During the implementation process, if desired, HPR will hold a meeting (for an additional consulting fee) with physicians the customer selects to review a representative set of conventional coding practices included in CodeReview. HPR has included only coding practices that most community physicians will agree with, but recognizes that not all physicians will agree with each other. Therefore, if the customer chooses, HPR will work with the customer at no extra cost to remove solutions which the customer does not want included in CodeReview.

Here are examples of conventional coding practices included in CodeReview.

A. Separate Procedures

Although the CPT-4 Manual indicates procedures that can be billed separately, it rarely indicates the circumstances under which they cannot be billed separately, and therefore must be bundled. As a result, expert physician judgment is required to decide if, given other procedures performed, it is conventional practice to bill for the procedure separately. If it is not, the expert physician is required to decide which code is generally used to bundle the group of procedures.

CodeReview corrects the following real claim as follows:

Submitted
    58940       Removal of ovary(s)
    57410       Pelvic examination under anesthesia

Recommended
    58940       Removal of ovary(s)

While this is not explicitly stated in the CPT-4 Manual, most surgeons agree that CodeReview's recommendation is the appropriate code.

-10-
HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118838

04-CV-1258-SLR (D.Del.)

B.  <u>Incidental Procedures</u>

The CPT-4 Manual does not provide general instructions regarding incidental procedures.  While it sometimes gives instructions for specific procedures, many times it does not.  An expert reviewer is required to indicate under what circumstances procedures become incidental (and therefore, not reimbursed).  In cases like this, CodeReview makes the following recommendation:

        Submitted
            44147        Partial removal of colon
            49420        Insert abdominal drain

        Recommended
            44147        Partial removal of colon


3.4  <u>Recognizing and Correcting Codes Inconsistent with Claim Data</u>

Experienced reviewers are required to spot inconsistencies in the claim data.  The types of information that CodeReview may use (as a result of applying expert physician knowledge to recognize a problem) are:

            - place of service,
            - specialty of physician, if known (DPM after a
              podiatrist's name, for example),
            - diagnosis description,
            - age of patient,
            - accompanying submitted codes that appear to be
              incompatible or medically inappropriate, (Note: The
              issue is whether the code is wrong, not whether the
              procedure was actually done),
            - the code itself, and
            - other indications of inconsistent coding.

Sometimes the inconsistency actually provides enough information to allow the expert physician to change the code.  If it does not, CodeReview recommends, just as the expert physician-reviewer would, that the claim be pended until the inconsistency can be resolved.  Here are some examples.

-11-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118839

04-CV-1258-SLR (D.Del.)

## A. Place of Service

If the claim indicates that a 58120, dilation and curettage, was done in the office, CodeReview recommends that the office records be obtained to see what was really done. Expert physicians indicate that it is so unlikely that a 58120 was done in the office, it is worth getting the office records. (Note: Some plans will pay for 58120 in the office. CodeReview does not recommend whether or not to pay for 58120 in the office; it does question, as an expert physician would, whether the office procedure was really a 58120 or some other, less complex procedure such as 58100 or 58102.)

In cases such as this, where there is not enough information to be able to make a definitive recommendation, CodeReview recommends pending the claim.

Here is an example where a definitive recommendation is made. If a claim indicates that a 21805, treatment of an open rib fracture, was done in a non-inpatient setting, CodeReview recommends a definitive change to 21800, treatment of a closed rib fracture. Surgeons accept that treatment of an open rib fracture cannot be done in a non-inpatient setting.

## B. Specialty of Physician

If in the experience of expert physician reviewers, some codes are inappropriately submitted by certain specialists, then CodeReview prompts the claims processors to indicate the physician's specialty if they know it. (Podiatrists have DPM after their names, for example.) If the specialty of the physician is known, CodeReview spots inconsistencies between procedures that only certain specialists can perform, and the specialty of the billing physician.

For example, if a podiatrist bills for a 64782, remove neuroma, hand or foot, CodeReview recommends it be changed to a 28080, remove Morton's neuroma of foot. CodeReview's explanation is, "A neuroma excision performed by a podiatrist is overwhelmingly likely to be a Morton's neurectomy, even if not coded as such. Therefore, code 64782 has been replaced by 28080."

If a cardiologist bills for a 33970, intra-aortic balloon counterpulsation (insertion), CodeReview recommends it be changed to a 93536, percutaneous insertion of intra-aortic balloon catheter. CodeReview's explanation is, "33970 is overwhelmingly performed by cardiovascular surgeons, not cardiologists. If this procedure was performed by a cardiologist in a Coronary/Intensive Care Unit or a cath. lab, change 33970 to 93536."

-12-

**HPR Inc.**

C.  <u>Inconsistent or Medically Inappropriate Accompanying Codes</u>

When two or more codes on the same claim are inconsistent or medically inappropriate, **CodeReview** recommends that the claim be pended until additional information can be obtained.  Here is an example of a real claim:

Submitted
>59501  Cesarean section
>59811  Surgical treatment for miscarriage

Recommended

>Before accepting these codes, have a nurse review the operative report to determine what was actually done and which code(s) to use, because this combination of codes appears to be incompatible.

D.  <u>Code Itself</u>

Some codes are problems in and of themselves.  As an example, expert physician reviewers have seen 46275, fistulectomy - submuscular, be used when 46270, fistulectomy - subcutaneous, was actually performed.  Therefore, **CodeReview** recommends pending the claim until the procedure can be confirmed using the operative report.  As another example, code 58943, oophorectomy for ovarian malignancy may be used when the tumor was actually benign (code 58940).  **CodeReview** recommends pending the claim and requesting the pathology report.

E.  <u>Other Indications of Inconsistent Coding</u>

**CodeReview** has learned many "tricks" from expert physicians for recognizing coding problems.  Definitive recommendations are made only when the recommended code is medically appropriate given the information available.  If a definitive recommendation cannot be made, **CodeReview** recommends pending the claim.  In this case, the customer's medical review team will make the final decision.  Access to consultation with one of HPR's expert physicians is available, if desired.

-13-

**HPR Inc.**

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118841

04-CV-1258-SLR (D.Del.)

### 3.5  Applying Customer's Payment Policies

HPR will work with the customer to tailor CodeReview, (at no charge if within CodeReview's format), to assure its recommendations are consistent with the customer's payment policies for cosmetic surgery.  HPR will also add solutions to problems that are unique to the customer, as long as the solutions fit CodeReview's format.

#### A.  Cosmetic Surgery

Most benefit plans disallow payment for cosmetic surgery.  As a result, CodeReview identifies cosmetic surgery procedures, and circumstances under which surgery is generally cosmetic, so claims processors are notified that payment may not be allowed under the benefit plan.  Two examples of procedures that are considered cosmetic are:  36470, injection therapy of vein and 69300, revise external ear.

-14-

**HPR Inc.**

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118842

04-CV-1258-SLR (D.Del.)

**4.0  COMPONENTS OF CODEREVIEW**

Because CodeReview uses expert system technology, CodeReview has two distinct components that HPR maintains and supports: the Medical Knowledge Base and the Application Software.

**4.1  Medical Knowledge Base**

The Medical Knowledge Base includes all of the solutions provided by expert physicians to the coding problems for CPT-4 codes in the range 10000 - 69999 (surgery) and 92950 - 93960 (cardiology); and solutions for 90000 - 90654 (visits) when accompanied with a starred (*) procedure.  While the Medical Knowledge Base could be used manually without the Application Software, it would be impractical in a production environment.  There are too many solutions, and their interaction requires careful sequencing.  Therefore, the Medical Knowledge Base is not provided separately from the Application Software.  HPR installs, maintains and supports the Medical Knowledge Base as part of its License Agreements.

**4.2  Application Software**

The Application Software is written in dBase III Plus, using the Clipper compiler, under MS-DOS for the IBM PS/2 or IBM AT compatible computer.  The Application Software includes:

  a) the screens that are seen by the claims processor on the computer terminal,
  b) the logic for applying the Medical Knowledge Base to solving coding problems,
  c) utilities for adding supplements to the Medical Knowledge Base as new solutions for new coding problems are developed, and
  d) utilities for transferring the Decision History File to HPR for monitoring CodeReview's recommendations and producing management reports.

HPR installs, maintains and supports the Application Software as part of its License Agreement.

**HPR Inc.**

MCK 118843

## 5.0 INSTALLATION SUPPORT

HPR provides technical assistance in the installation of CodeReview into the claims processing operations.

### 5.1 Initial Training

HPR conducts half-day training sessions for supervisors and medical review team members. The objective of this session is to prepare participants to implement CodeReview's recommendations, to provide supervisors with training materials and methods to train claim processors reporting to them, and to explain the ongoing support services available through HPR. Training is based on cases using real claims to demonstrate the range of CodeReview's recommendations.

### 5.2 On-Site Implementation Support

HPR provides on-site support during the installation of CodeReview. HPR is committed to working closely with the customer during the introduction of CodeReview to ensure a smooth, positive transition.

### 5.3 User's Guide and Training Manual

HPR provides each user with a User's Guide. The User Guide uses the tutorial format to illustrate the range of CodeReview's recommendations, and is augmented with a description of how each function is used. The Training Manual is used in conjunction with the Initial Training Program, and describes the range of cases used to illustrate CodeReview's recommendations.

-16-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118844

04-CV-1258-SLR (D.Del.)

6.0  **MAINTENANCE AND SUPPORT OF MEDICAL KNOWLEDGE BASE**

Maintaining and supporting the knowledge base component of an expert system is different from maintaining and supporting application software. Application software is most often modified in response to deliberate changes requested by the customer.  The requested changes are specified, scheduled, programmed, and installed.  HPR will respond in this manner to requested changes in the Application Software component of CodeReview, and provide improvements to all customers.

The Medical Knowledge Base, however, requires a different approach. In order for CodeReview to remain "intelligent", both deliberate changes and unanticipated changes must be made.

Unanticipated changes need to be made to the Medical Knowledge Base as a result of observing new, inappropriate coding practices being continually devised by some physicians and their billing services.  While HPR's expert physicians, with the assistance of multiple physician consultants, have anticipated as many coding problems as possible, there is no guarantee they have anticipated them all.  This is the nature of any expert system.  Submitted codes, and CodeReview's recommendations, require ongoing periodic retrospective monitoring by physicians to see if new solutions are required. Therefore, while CodeReview's extensive knowledge base is essential, so is HPR's ability to provide ongoing services to discover new, inappropriate coding practices so that CodeReview will remain current through periodic updates.

The ongoing need to expand CodeReview's Medical Knowledge Base is inherent in any expert system application.  A brief explanation of how CodeReview reproduces expert physicians' judgments will help to explain why.

To reproduce expert physicians' judgments in CodeReview's recommendations, HPR performs the following three steps:

1)  a new coding problem is identified and defined,

2)  expert physicians provide their judgment on how to solve the coding problem, and

3)  rules that reflect the expert physicians' solution to the coding problem are added to CodeReview's extensive Medical Knowledge Base.

From then on, whenever the coding problem is seen again by CodeReview, CodeReview will make the same recommendation the expert physicians made.

Even though CodeReview is based on the latest technology, human beings are still required to identify and define coding problems (step 1, above), to specify their solution (step 2, above), as well as to add them to the Knowledge Base (step 3, above).

HPR has designed the processes described in the remainder of this section to assure constant surveillance of coding practices.

-17-

**HPR Inc.**

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118845

04-CV-1258-SLR (D.Del.)

## 6.1  Telephone Consultation with HPR Physicians and Nurses

HPR encourages the customer's designated member of the medical review team to contact HPR's medical review consultants when they do not agree with CodeReview's recommendation but do not know the solution to the problem. This telephone consultation is available on weekdays (excluding holidays) from 11:00 a.m. to 3:00 p.m. Eastern Standard Time. The amount of consultation is mutually agreed upon by the customer and HPR and specified in the contract. On a regularly scheduled basis, mutually agreed upon by HPR and the customer in the contract, HPR will make changes to the Medical Knowledge Base as a result of these calls. HPR's clinical consultants will return a report indicating changes they have made to CodeReview as a result of such calls.

## 6.2  Retrospective Review of Decision History File

If the medical review team does not agree with CodeReview's recommendation, but knows the solution, CodeReview allows the team to override CodeReview's recommendation. HPR's expert physicians will subsequently retrospectively review every override for medical appropriateness, and if deemed appropriate, will add solutions to the Medical Knowledge Base.

On a regular basis, HPR's physicians retrospectively review a random sample of claims in the Decision History File to determine if they continue to agree with CodeReview's recommendations, including recommendations to pend claims.

## 6.3  Regular Updates to the Medical Knowledge Base

The customer receives regular updates to the Medical Knowledge Base that include solutions to coding problems discovered as a result of the experience of all CodeReview customers, coding problems discovered by the customer's medical review team and claims processors, and coding problems discovered by HPR's physician review of CodeReview's Decision History File.

## 6.4  Annual Updates to the Medical Knowledge Base

HPR makes the following annual changes to CodeReview's Medical Knowledge Base:

- changes required in response to annual updates to the CPT-4 Coding Manual, and

- changes required in response to the customer's decision to cover a procedure (change in benefit plan, or change in a procedure's experimental status).

—18—

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL                    04-CV-1258-SLR (D.Del.)

MCK 118846

**7.0   MAINTENANCE AND SUPPORT OF APPLICATION SOFTWARE**

   In addition to the Medical Knowledge Base, HPR will also maintain and support the Application Software.

**7.1   Telephone Consultation with Technical Support Team**

   HPR provides telephone consultation support for the designated member of customer's technical staff in an amount mutually agreed upon by the customer and HPR and specified in the contract.  The purpose of this service is to provide answers to questions regarding the technical (computer hardware/software) aspects of CodeReview's use.  This telephone consultation is available on weekdays (excluding holidays) from 11:00 a.m. to 3:00 p.m. Eastern Standard Time.

**7.2   Updates to the Application Software**

   HPR will provide updates to the CodeReview version licensed by the customer as specified in the License Agreement.

-19-

**HPR Inc.**

MCK 118847

04-CV-1258-SLR (D.Del.)

## 8.0 MANAGEMENT REPORTS

### 8.1 Decision History File

To enable HPR physicians to retrospectively review CodeReview's recommendations, as well as to allow HPR to produce management reports and the customer to monitor savings, CodeReview maintains a Decision History File of all its transactions. The Decision History File is submitted to HPR by the customer on a regular basis (agreed upon by the customer and HPR and specified in the contract) so that HPR can perform the analysis and produce the management reports. The customer dumps the Decision History File onto a floppy disk or tape drive, and mails it to HPR. HPR then analyzes the data and returns the management reports described in this section.

The Decision History File keeps track of the following information:

- the CPT-4 codes and charges submitted to CodeReview,

- CodeReview's recommendation,

- the claims processor's, or medical review team's, final coding decision to accept or override CodeReview's recommendation, and

- the allowed payment for submitted codes (optional), and the allowed payments for either CodeReview-recommended codes, or when applicable, the claims processor's (or medical review team's) overriding codes.

The Decision History File provides the basis for HPR to produce several management reports as part of its annual maintenance agreement. These reports are provided on a regular basis mutually agreed upon by the customer and HPR and specified in the contract.

### 8.2 Regular Savings Report

This report shows CodeReview's savings for the sum of all claims entered in each period by comparing the following dollar amounts:

   a) total charges for submitted codes,
   b) total allowed payments on submitted CPT-4 codes (optional), and either,
   c) total allowed payments on CodeReview-recommended CPT-4 codes, or
   d) total allowed payments on claims processors' (or medical review teams') overriding CPT-4 codes, when applicable.

—20—

HPR Inc.

MCK 118848

To evaluate the savings generated by CodeReview, the claims processor must enter the above allowed payments. Because these data are not necessary for obtaining CodeReview recommendations, the customer can decide whether to enter them for every claim, or for only a sample of claims. If entered for every claim, the actual savings can be calculated. If entered for a sample of claims, the customer must follow sampling procedures that allow statistically valid conclusions to be drawn.

## 8.3 Regular HPR Physician Review of Decision History File

This report shows the results of HPR's physicians' retrospective review of a random selection of claims in CodeReview's decision history file, along with their review of all overridden CPT-4 codes. For the random selection of claims, the report indicates:

    a) the number of claims reviewed,
    b) the number of claims where the HPR physician agreed with
       CodeReview's recommendation,
    c) if any, the number of claims where the HPR physician disagreed
       with CodeReview, including its pend recommendations, and
    d) if any, the update to the Medical Knowledge Base that is made to
       expand CodeReview's knowledge.

For the overridden codes, the report indicates:

    a) the number of different overridden claims,
    b) the number of overridden claims where the HPR physician disagreed
       with the override for medical reasons (Note: It is possible to
       override CodeReview for administrative reasons, in which case,
       HPR physicians will disagree for medical reasons),
    c) if any, the number of overridden claims where the HPR physician
       agreed with the override, or agreed a change was required, and
    d) if any, the update to the Medical Knowledge Base that is made to
       expand CodeReview as a result of overridden claims.

In some cases, the customer may be asked to submit additional information on a claim so that HPR physicians can decide whether or not they agree with an override. If the customer does not respond within 30 days, no further action will be taken by HPR other than to report the number of such claims.

-21-

**HPR Inc.**

MCK 118849

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL                    04-CV-1258-SLR (D.Del.)

**8.4  Regular Summary of CodeReview Use**

This report summarizes the use of CodeReview:

a) number of claims entered,

b) number of claims pended, and number requiring additional
   information from billing physicians,

c) the number of pended claims by CPT-4 code which causes the pend
   (for example, a pend for a 58120 and one for a 46275 are two
   different pends),

d) number of claims where CodeReview changed a CPT-4 code(s),
   and

e) number of claims where CodeReview was overridden by the claims
   processor or medical review team.

These management reports are produced by HPR using Decision History Files
submitted to HPR by the customer.  HPR cannot be responsible for inaccurate
reports resulting from inaccurate submission of the Decision History File.

-21-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

## 9.0    CODEREVIEW's INTEGRATION WITH CLAIMS PROCESSING SYSTEM

CodeReview operates on an IBM PS/2 or AT compatible computer.  It can be used either as:

a)  a stand-alone system, where the user obtains CodeReview's recommendation from the IBM microcomputer and then enters the recommendation into the claims processing system via another terminal, or

b)  a terminal to the claims processing system's hardware, where the user obtains CodeReview's recommendation from the IBM microcomputer and then switches the microcomputer to emulate a terminal connected to the claims processing system's computer.  (For example, if the claims processing system operates on an IBM mainframe, then the IBM microcomputer is configured to emulate a 3270 terminal).

CodeReview can be used in two modes:

## 9.1   Pre-processing Mode

CodeReview is used by a claims "pre"-processor who obtains coding recommendations from CodeReview.  The "pre"-processor then prints CodeReview's coding recommendations and attaches the printout to the hardcopy claims for other claims processors to use in completing the adjudication.  This can be done using the IBM microcomputer either as a stand-alone system or as a terminal to the mainframe.

## 9.2   Concurrent Processing Mode

CodeReview is used by a claims processor who is assigned physicians' claims to completely adjudicate.  The claims processor enters a claim into the claims processing system using the IBM microcomputer as it emulates a terminal to the claims processing system's hardware.  At the point of entering the CPT-4 code(s), (s)he switches to the IBM microcomputer itself to use CodeReview to obtain a coding recommendation. Once the recommendation is obtained, (s)he switches the IBM microcomputer back to the emulation mode to enter the recommendation into the claims processing system and complete the adjudication.

-23-

HPR Inc.

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118851

04-CV-1258-SLR (D.Del.)

**10.0 HARDWARE AND SYSTEMS SOFTWARE REQUIRED**

CodeReview operates on an IBM PS/2 (MS-DOS) or AT compatible computer. With appropriate communications software and hardware to emulate a terminal connected to the claims processing system's hardware, claims processors can use the same IBM microcomputer to switch back and forth between CodeReview and the claims processing system. The customer is responsible for purchasing and installing the IBM microcomputer, as well as the appropriate communications hardware and software to emulate a terminal to their claims processing system's hardware.

**10.1    Equipment List**

**IBM PS/2**

CodeReview operates on an IBM PS/2, (Model 60, 70, or 80), or IBM AT compatible computer. It requires the following minimum configuration:

o   Memory:  1 megabyte

o   Storage: 70 megabytes

CodeReview operates under MS-DOS 3.3 (Microsoft-Disk Operating System).

**10.2 Number of Users**

**IBM PS/2**

One IBM PS/2 as configured above is required for each user.

For additional information, please contact
HPR Inc., (617) 266-2520

–24–

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL

MCK 118852

04-CV-1258-SLR (D.Del.)

EXHIBIT CC

REDACTED