# EXHIBIT DD



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GMIS, Inc., | : |
| Plaintiff, | : C.A. No. 94-CV-5767 |
| v. | : |
| HEALTH PAYMENT REVIEW, INC., | : |
| Defendant. | : |

**DEFENDANT HEALTH PAYMENT REVIEW, INC.'S
ANSWERS AND OBJECTIONS TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES TO DEFENDANT
(NUMBERS 1 - 7)**

Pursuant to Rule 33, defendant Health Payment Review, Inc. ("HPR") hereby serves its Answers and Objections to Plaintiff's First Set of Interrogatories.

RESPONSES TO INTERROGATORIES

1. **QUESTION:** Identify the owner of the '164 patent.

   **ANSWER:** Health Payment Review, Inc.

   (a) **QUESTION:** If the answer to this interrogatory is the defendant Health Payment Review, Inc., identify all documents in the chain of title form the inventors to the defendant and indicate which, if any, of those documents are recorded in the United States Patent and Trademark Office.

   **ANSWER:** Documents relating to the chain of title from the inventors of the '164 Patent to defendant Health Payment Review, Inc. will be produced. Those documents include an assignment from the inventors to HPR, Inc., which was duly recorded in the United States Patent and Trademark Office, as

MCK 035630
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

well as documents relating to the merger of HPR, Inc. into defendant Health Payment Review, Inc.

(b) **QUESTION:** Identify HPR, Inc. and set forth the relationship between the defendant and HPR, Inc.

**ANSWER:** HPR, Inc. was a Massachusetts corporation. Defendant Health Payment Review, Inc. is successor-by-merger to HPR, Inc. and assumed all of HPR, Inc.'s assets.

2. **QUESTION:** Set forth all structure, material and acts described in the specification of the '164 patent which corresponds to the:

> means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes

recited in claims 1, 2 and 16 of the '164 patent.

**ANSWER:** The "means for operating on a predetermined database ..." refers to a computer system and those portions of the CodeReview program which are not the database. See, col. 3, lines 17-35 and Appendix D. The computer system of the preferred embodiment is an IBM compatible PC, although other computer systems are within the scope of the invention. (See col. 4, lines 33-64).

The program is shown in block diagram form in FIG. 1. FIG. 2 is a flowchart of the overall operation of the program and FIGS. 3-5 and 7 are flowcharts of various routines included in the program. An overview of the program operation is given in the "Summary of the Invention." The program structure and

-2-

Confidential Information
Subject to D. Del. LR 26.2

operation are further described in the "Description of the Preferred Embodiment." See, col. 4, lines 54-64 and col. 5, line 4 to col. 10, line 64.

Many of the "acts" set forth in the specification which correspond to the "means for operating on a predetermined database ..." are shown by way of example. The specification is replete with examples of how the "means for operating" acts under specified conditions. See col. 3, lines 45-66; col. 6, lines 54-68 and the examples in Appendix A.

Detailed material corresponding to the structure of the "means for operating on a predetermined database ..." is disclosed in Appendix D. Appendix D sets forth the source code for the program which "operates" on the predetermined database when loaded into the memory of a suitable computer system in executable form.

3. **QUESTION:** Set forth for each element, in each claim of the '164 patent, all structure, material and acts described in the spec which correspond to such element:

**ANSWER:** For each element, the structure is a computer with associated memory, having the program (in executable form) loaded into the memory. The different portions of the program are individually claimed using "means for" language. Therefore, the structure of each claimed element is particularly the portion of the memory of the computer system where the corresponding portion of the program code resides, as well as the whole

-3-

Confidential Information
Subject to D. Del. LR 26.2

computer system at the time that such portion of the program code is being executed. (See, <u>e.g.</u>, col. 4, lines 33-47).

CLAIM 3:

| ELEMENT | STRUCTURE, MATERIALS AND ACTS |
|---|---|
| a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | blocks 6, 7 in Fig. 1; block 17 in Figs. 2-5, 7; block 24 in Figs. 2, 4, 6; block 34 in Figs. 2, 5, 6; blocks 40, 41 in Fig. 2; block 11 in Figs. 3, 7; blocks 12, 16 in Fig. 3; blocks 45, 49 in Fig. 7; col. 3, lines 30-45; col. 4, lines 56-58; col. 4, line 68-col. 5, line 3; col. 5, lines 11-20, 23-47, 56-66; col. 6, line 13-col. 8, line 28; col. 8, line 43-col. 9, line 61; col. 10, lines 3-64; Appendices A-D. |
| means for receiving at least one claim; | blocks 1-3 in Fig. 1; block 7 in Fig. 2; block 43 in Fig. 7; col. 3, lines 17-29; col. 4, lines 23-56; col. 5, lines 4-8; col. 10, lines 17-24, 36-46. Appendices A, D. |
| means for ascertaining whether the at least one claim contains a plurality of medical service codes; | block 2 in Fig. 1; block 20 in Fig. 2; block 18 in Fig. 3; blocks 23',25',27',27 in Fig. 4; col. 3, lines 45-63; col. 4, lines 27-64; col. 5, lines 45-53; col. 5, lines 56-59; col. 6, lines 11-14, 43-46, 51-64; Appendices A, D. |

-4-

Confidential Information
Subject to D. Del. LR 26.2

| ELEMENT | STRUCTURE |
| --- | --- |
| means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database; | block 5 in Fig. 1;<br>block 9 in Fig. 3;<br>col. 3, lines 17-35, 38-68;<br>col. 4, lines 23-64;<br>col. 5, lines 4-45;<br>Appendices A, D. |
| means for authorizing medical service codes which are valid in response to the means for determining; | Fig. 1;<br>col. 3, lines 17-32, 45-63;<br>col. 4, lines 23-68;<br>col. 9, line 58-col. 10, line 16;<br>Appendices A, D. |
| means for rejecting medical service codes which are invalid in response to the means for determining | Fig. 1;<br>col. 3, lines 17-32, 45-63;<br>col. 4, lines 23-68;<br>col. 9, line 58-col. 10, line 16;<br>Appendices A, D. |

CLAIM 4:

| ELEMENT | STRUCTURE |
| --- | --- |
| means for revising the at least one claim to delete invalid medical service codes | Figs. 1, 3;<br>col. 3, lines 17-35, 38-45;<br>col. 4, lines 23-50;<br>col. 5, lines 26-45;<br>Appendices A, D. |

CLAIM 5:

| means for informing a user why the at least one claim was revised | Figs. 1, 3;<br>col. 3, lines 17-35;<br>col. 4, lines 23-50;<br>col. 5, lines 31-34, 59-66;<br>col. 10, lines 8-17;<br>Appendices A, D. |
| --- | --- |

CLAIM 6:

| wherein the database containing medical service codes includes medical service codes described by CPT codes. | col. 3, lines 38-63;<br>col. 5, lines 26-34;<br>col. 10, lines 24-50;<br>Appendices A, C. |
| --- | --- |

MCK 035634
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

CLAIM 7:

    wherein the database containing medical service codes includes medical service codes described by CRVS codes
    col. 3, lines 38-42;
col. 10, lines 47-50.

CLAIM 8:

    means for requesting further information from a user regarding the at least one claim
    Figs. 1, 4, 5, 6;
col. 3, lines 17-29;
col. 4, lines 23-64;
col. 7, line 61-col. 8, line 19;
col. 8, line 51-col. 10, line 16;
Appendices A, D.

CLAIM 9:

    wherein the relationships among the medical service codes include medically determined relationships
    Figs. 2, 3, 4, 6;
col. 3, lines 17-68;
col. 5, line 38-col. 8, line 51;
Appendices A, B.

CLAIM 10:

    a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;
    blocks 6, 7 in Fig. 1;
block 17 in Figs. 2-5, 7;
block 24 in Figs. 2, 4, 6;
block 34 in Figs. 2, 5, 6;
blocks 40, 41 in Fig. 2;
block 11 in Figs. 3, 7;
blocks 12, 16 in Fig. 3;
blocks 45, 49 in Fig. 7;
col. 3, lines 30-45;
col. 4, lines 56-58;
col. 4, line 68-col. 5, line 3;
col. 5, lines 11-20, 23-47, 56-66;
col. 6, line 13-col. 8, line 28;
col. 8, line 43-col. 9, line 61;
col. 10, lines 3-64;
Appendices A-D.

    means for receiving at least one claim;
    blocks 1-3 in Fig. 1;
block 7 in Fig. 2;
block 43 in Fig. 7;
col. 3, lines 17-29;
col. 4, lines 23-56;
col. 5, lines 4-8;
col. 10, lines 17-24, 36-46.
Appendices A, D.

    means for ascertaining whether the at least one claim
    block 2 in Fig. 1;
block 20 in Fig. 2;

-6-

Confidential Information
Subject to D. Del. LR 26.2

| | |
|---|---|
| contains a plurality of medical service codes; | block 18 in Fig. 3;<br>blocks 23',25',27',27 in Fig. 4;<br>col. 3, lines 45-63;<br>col. 4, lines 27-64;<br>col. 5, lines 45-53;<br>col. 5, lines 56-59;<br>col. 6, lines 11-14, 43-46, 51-64;<br>Appendices A, D. |
| means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim; | Figs. 1, 2, 4, 6;<br>col. 3, lines 17-63;<br>col. 4, lines 23-64;<br>col. 5, line 52-col. 6, line 68;<br>col. 7, line 21-col. 8, line 51;<br>Appendices A, B, C, D. |
| means for authorizing medical service codes which are not contained in any other medical service code; | Figs. 1, 2, 3, 4, 5;<br>col. 3, lines 17-35, 45-68;<br>col. 4, lines 23-68;<br>col. 5, lines 59-66;<br>col. 6, lines 59-68;<br>col. 10, lines 8-16;<br>Appendices A, D. |
| means for rejecting medical service codes which are contained in any other medical service code | Figs. 1, 2, 3, 4, 5;<br>col. 3, lines 17-35, 45-68;<br>col. 4, lines 23-68;<br>col. 5, lines 59-66;<br>col. 6, lines 59-68;<br>col. 10, lines 8-16;<br>Appendices A, D. |

CLAIM 11:

| | |
|---|---|
| means for revising the at least one claim to not include a rejected medical service code | Figs. 1-6;<br>col. 3, lines 17-35, 42-63;<br>col. 4, lines 23-50;<br>col. 5, line 52-col. 7, line 60<br>col. 8, lines 38-51<br>col. 10, lines 3-16;<br>Appendices A, D |

MCK 035636
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

CLAIM 12:

| | |
|---|---|
| a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | blocks 6, 7    in Fig. 1;<br>block 17       in Figs. 2-5, 7;<br>block 24       in Figs. 2, 4, 6;<br>block 34       in Figs. 2, 5, 6;<br>blocks 40, 41 in Fig. 2;<br>block 11       in Figs. 3, 7;<br>blocks 12, 16 in Fig. 3;<br>blocks 45, 49 in Fig. 7;<br>col. 3, lines 30-45;<br>col. 4, lines 56-58;<br>col. 4, line 68-col. 5, line 3;<br>col. 5, lines 11-20, 23-47, 56-66;<br>col. 6, line 13-col. 8, line 28;<br>col. 8, line 43-col. 9, line 61;<br>col. 10, lines 3-64;<br>Appendices A-D. |
| means for receiving at least one claim; | blocks 1-3 in Fig. 1;<br>block 7    in Fig. 2;<br>block 43   in Fig. 7;<br>col. 3, lines 17-29;<br>col. 4, lines 23-56;<br>col. 5, lines 4-8;<br>col. 10, lines 17-24, 36-46.<br>Appendices A, D. |
| means for ascertaining whether the at least one claim contains a plurality of medical service codes; | block 2  in Fig. 1;<br>block 20 in Fig. 2;<br>block 18 in Fig. 3;<br>blocks 23',25',27',27 in Fig. 4;<br>col. 3, lines 45-63;<br>col. 4, lines 27-64;<br>col. 5, lines 45-53;<br>col. 5, lines 56-59;<br>col. 6, lines 11-14, 43-46, 51-64;<br>Appendices A, D. |
| means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim; | Figs. 1-6;<br>col. 3, lines 17-35, 45-68;<br>col. 4, lines 23-68;<br>col. 5, lines 36-45;<br>col. 5, line 59-col. 7, line 60;<br>col. 8, lines 38-51;<br>Appendices A, D. |

-8-

Confidential Information
Subject to D. Del. LR 26.2

| | |
|---|---|
| means for authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the means for determining; | Figs. 1-5;<br>col. 3, lines 17-35, 45-68;<br>col. 4, lines 23-68<br>col. 5, lines 59-66<br>col. 6, lines 59-68<br>col. 10, lines 8-16<br>Appendices A, D |
| means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step. | Figs. 1-5;<br>col. 3, lines 17-35, 45-68;<br>col. 4, lines 23-68<br>col. 5, lines 59-66<br>col. 6, lines 59-68<br>col. 10, lines 8-16<br>Appendices A, D |

CLAIM 13:

| | |
|---|---|
| a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | blocks 6, 7 in Fig. 1;<br>block 17 in Figs. 2-5, 7;<br>block 24 in Figs. 2, 4, 6;<br>block 34 in Figs. 2, 5, 6;<br>blocks 40, 41 in Fig. 2;<br>block 11 in Figs. 3, 7;<br>blocks 12, 16 in Fig. 3;<br>blocks 45, 49 in Fig. 7;<br>col. 3, lines 30-45;<br>col. 4, lines 56-58;<br>col. 4, line 68-col. 5, line 3;<br>col. 5, lines 11-20, 23-47, 56-66;<br>col. 6, line 13-col. 8, line 28;<br>col. 8, line 43-col. 9, line 61;<br>col. 10, lines 3-64;<br>Appendices A-D. |
| means for receiving at least one claim; | blocks 1-3 in Fig. 1;<br>block 7 in Fig. 2;<br>block 43 in Fig. 7;<br>col. 3, lines 17-29;<br>col. 4, lines 23-56;<br>col. 5, lines 4-8;<br>col. 10, lines 17-24, 36-46;<br>Appendices A, D. |
| means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; | Figs. 1, 2, 3, 7;<br>col. 3, lines 17-35, 42-45;<br>col. 4, lines 23-50;<br>col. 5, lines 4-26;<br>col. 10, lines 17-32;<br>Appendices C, D. |
| means for informing a | Figs. 1, 2, 3, 7; |

-9-

MCK 035638<br>04-CV-1258-SLR (D.Del.)

Confidential Information<br>Subject to D. Del. LR 26.2

| | |
|---|---|
| user that a medical service code is not contained in the predetermined database. | col.  3, lines  17-35, 42-45; col.  4, lines  23-50; col.  5, lines  49-51; col. 10., lines  29-33; Appendix D. |

CLAIM 14:

| | |
|---|---|
| a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | blocks 6, 7   in Fig.  1; block  17       in Figs. 2-5, 7; block  24       in Figs. 2, 4, 6; block  34       in Figs. 2, 5, 6; blocks 40, 41 in Fig.  2; block  11       in Figs. 3, 7; blocks 12, 16 in Fig.  3; blocks 45, 49 in Fig.  7; col.  3, lines  30-45; col.  4, lines  56-58; col.  4, line   68-col. 5, line 3; col.  5, lines  11-20, 23-47, 56-66; col.  6, line   13-col. 8, line 28; col.  8, line   43-col. 9, line 61; col. 10, lines   3-64; Appendices A-D. |
| means for receiving at least one claim; | blocks 1-3 in Fig. 1; block   7  in Fig. 2; block  43  in Fig. 7; col.  3, lines 17-29; col.  4, lines 23-56; col.  5, lines 4-8; col. 10, lines 17-24, 36-46. Appendices A, D. |
| means for ascertaining whether the at least one claim contains a plurality of medical service codes; | block  2   in Fig. 1; block 20   in Fig. 2; block 18   in Fig. 3; blocks 23',25',27',27 in Fig. 4; col.  3, lines 45-63; col.  4, lines 27-64; col.  5, lines 45-53; col.  5, lines 56-59; col.  6, lines 11-14, 43-46, 51-64; Appendices A, D. |

MCK 035639
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

| | |
|---|---|
| means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim; | Figs. 1, 2, 4-6; col. 3, lines 17-35 col. 4, lines 23-64; col. 5, lines 4-45; col. 6, line 68-col. 7, line 64; Appendices A, B, C, D. |
| means for authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; | Figs. 1, 2, 4-6; col. 3, lines 17-35; col. 4, lines 23-64; col. 7, line 60; col. 10, lines 8-16; Appendices A, D. |
| means for rejecting medical service code which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining. | Figs. 1, 2, 4-6; col. 3, lines 17-35; col. 4, lines 23-64; col. 7, line 60; col. 10, lines 8-16; Appendices A, D. |

CLAIM 15:

| | |
|---|---|
| a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes; | blocks 6, 7    in Fig. 1; block   17     in Figs. 2-5, 7; block   24     in Figs. 2, 4, 6; block   34     in Figs. 2, 5, 6; blocks 40, 41 in Fig. 2; block   11     in Figs. 3, 7; blocks 12, 16 in Fig. 3; blocks 45, 49 in Fig. 7; col. 3, lines 30-45; col. 4, lines 56-58; col. 4, line 68-col. 5, line 3; col. 5, lines 11-20, 23-47, 56-66; col. 6, line 13-col. 8, line 28; col. 8, line 43-col. 9, line 61; col. 10, lines 3-64; Appendices A-D. |

MCK 035640
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

| | |
|---|---|
| means for receiving at least one claim; | blocks 1-3 in Fig. 1;<br>block 7 in Fig. 2;<br>block 43 in Fig. 7;<br>col. 3, lines 17-29;<br>col. 4, lines 23-56;<br>col. 5, lines 4-8;<br>col. 10, lines 17-24, 36-46;<br>Appendices A, D. |
| means for ascertaining whether the at least one claim contains a plurality of medical service codes; | block 2 in Fig. 1;<br>block 20 in Fig. 2;<br>block 18 in Fig. 3;<br>blocks 23',25',27',27 in Fig. 4;<br>col. 3, lines 45-63;<br>col. 4, lines 27-64;<br>col. 5, lines 45-53;<br>col. 5, lines 56-59;<br>col. 6, lines 11-14, 43-46, 51-64;<br>Appendices A, D. |
| means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships in the database; | Figs. 1, 2, 3, 7;<br>col. 3, lines 17-35, 42-45;<br>col. 4, lines 23-50;<br>col. 5, lines 4-26;<br>Appendices C, D. |
| means for authorizing the at least one claim in response to the means for determining; | Figs. 1, 2, 3;<br>col. 3, lines 17-35, 42-45;<br>col. 4, lines 23-50;<br>col. 5, lines 49-51;<br>Appendix D. |
| means for rejecting the at least one claim in response to the means for determining | Figs. 1, 2, 3;<br>col. 3, lines 17-35, 42-45;<br>col. 4, lines 23-50;<br>col. 5, lines 49-51;<br>Appendix D. |

4.   **QUESTION:**  Indicate for each of the following dates if CodeReview was a commercial product before then:

(a)   September 30, 1988;

**ANSWER:**   (a) A prototype of CodeReview had been provided to Caterpillar, Inc., an investor in Health Payment Review, Inc., before this date.

**QUESTION:** (b) August 14, 1990;

-12-

MCK 035641
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

**ANSWER:**   (b) Yes.

**QUESTION:** (c) January 29, 1991.

**ANSWER:**   (c) Yes.

5. **QUESTION:** Identify all documents which describe CodeReview as of each of the following dates:

      (a) September 30, 1988;
      (b) August 14, 1990; and
      (c) January 29, 1991.

**ANSWER:** Documents describing CodeReview at each of these dates, to the extent that they exist, will be produced.

6. **QUESTION:** Identify all persons associated with the defendant from its inception to September 30, 1988, who were employed before September 30, 1988 by a company referred to as "Health Data Institute" or "HDI".

**ANSWER:** Objection. The phrase "associated with the defendant" is vague, ambiguous and incapable of precise definition. Without waiver of that objection, the following individuals were shareholders in defendant, and/or employed by defendant and had been previously employed by a company referred to as "Health Data Institute" or "HDI": George Goldberg, M.D.; Marcia J. Radosevich, Ph.D.; Richard Egdahl, M.D. and Kay Grosberg.

7. **QUESTION:** Identify all persons associated with the defendant from its inception to September 30, 1988, who were aware before September 30, 1988 of a system called Advanced Medical System (ASM) developed for Equitable Group Operations.

**ANSWER:** Objection. The phrase "associated with the defendant" is vague, ambiguous and incapable of precise

-13-

Confidential Information
Subject to D. Del. LR 26.2

definition. Furthermore, defendant is unaware of any system called "Advanced Medical System" developed for Equitable Group Operations or anyone else. Without waiver of those objections, individuals employed by Health Payment Review before September 30, 1988, who were aware before September 30, 1988, of a system called "Advanced Medilogic System" are: Kay Grosberg and George Goldberg.

As to objections:

HANGLEY CONNOLLY EPSTEIN
CHICCO FOXMAN & EWING

By: _____
    William T. Hangley
    Albert G. Bixler
    Gary A. Rosen
    9th Floor
    1515 Market Street
    Philadelphia, PA   19102
    (215) 851-8400

PANITCH, SCHWARZE, JACOBS
 & NADEL
    Joel S. Goldhammer
    1601 Market Street
    36th Floor
    Philadelphia, PA   19102
    (215) 567-2020

Attorneys for Defendant

HILL & BARLOW
   Joseph D. Steinfield
   Thomas C. Chase
   One International Place
   Boston, MA   02110-2607
   (617) 439-3555
Of Counsel
DATED:    April 29, 1994

MCK 035643
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 1994, a true and correct copy of Defendant Health Payment Review, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant (Nos. 1-7) was served by first class mail on:

> Robert F. Zielinski, Esquire
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street - 10th Floor
> Philadelphia, PA  19103-3291
>
> Richard I. Samuel, Esquire
> Cobrin Gittes & Samuel
> 535 Madison Avenue
> New York, NY  10022

William T. Hangley

MCK 035644
04-CV-1258-SLR (D.Del.)

Confidential Information
Subject to D. Del. LR 26.2