IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE DEFENSES UNDER 35 U.S.C. § 112**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
(949) 451-3800

Original Filing Date: June 15, 2006
Redacted Filing Date: June 22, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| Expert Rebuttal Report of Mark Musen, November 14, 2005 | A |
| Letter to Dr. Ballit, January 12, 1988 (MCK 119819 – MCK 119822) | B |
| Expert Rebuttal Report of David Wilson, November 14, 2005 | C |
| U.S. Patent No. 5,253,164 (Holloway et al.) | D |
| Excerpts from Marcia Radosevich's July 7, 2005, Deposition | E |
| Excerpts from Robert Hertenstein's September 13 and 14, 2005 Deposition | F |
| Excerpts from Donald Holloway's September 7-8, 2005, Deposition | G |
| Hertenstein letter, January 6, 1987 (MCK 113281) | H |
| Final Report to Caterpillar (MCK 119935 – MCK 119946) | I |
| Proposal to AEtna, July 1987 (MCK 120112 – MCK 120122) | J |
| Excerpts from Kelli Dugan's September 23, 2005, Deposition | K |
| Excerpts from George Goldberg's September 13 and 28, 2005, Deposition | L |
| Excerpts from Margaret Johnson's November 29, 2005, Deposition | M |
| Donald Holloway's September 14, 1987 Memorandum (MCK 119729 – MCK 119736) | N |
| Preliminary Amendment for Patent Docket Number 252307 (MCK 000278-MCK 000300) | O |
| New Application Patent Docket Number 252307 (MCK 000074-MCK 000139) | P |
| Letter to S. Steinblums, July 24, 1989 (MCK 118975) | Q |
| Letter to S. Steinblums, August 26, 1989 (MCK 118974) | R |
| Customization of CodeReview Manual (MCK 051249 – MCK 051278) | S |
| McKesson's Second Supplemental Response to Interrogatory #6 | T |
| HPR's Business Plan, June 1989 (MCK 117507 – MCK 117527) | U |

| Description | Exhibit |
|---|---|
| Savings from Accurate Coding of Surgical Claims: The Caterpillar Way (MCK 119901 – MCK 119911) | V |
| Excerpts from David Wilson's November 23, 2005, Deposition | W |
| McKesson's Supplemental Response to Interrogatory #21 and #22 | X |
| Excerpts from the trial transcript of *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | Y |
| Declaration of T. Boyle in Support of HPR's Opposition to GMIS, Inc.'s Motion for Partial Summary Judgment (MCK 049003-MCK049007) | Z |
| Declaration of L. Miller in Support of HPR's Opposition to GMIS, Inc.'s Motion for Partial Summary Judgment (MCK 052604-MCK 052608) | AA |
| Excerpts from Mark Musen's November 22, 2005, Deposition | BB |
| Expert Report of Mark A. Musen, MD, Ph.D. with Exhibits 2 and 3 attached | CC |
| Excerpts from Robert Hertensteins's September 27, 1994, Deposition | DD |

525040

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 22, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

>/s/    Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com