EXHIBIT O

0408v
H0433/7002

07 648314

#14/E
BN
4-8-91

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant    : Donald C. Holloway, Robert D. Hertenstein,
               George A. Goldberg and Kelli A. Dugan
Filing Date  : Herewith
For          : EXPERT SYSTEM AND METHOD FOR ASSESSING MEDICAL
               CLAIMS

Hon. Commissioner of
Patents and Trademarks
Washington, D.C.  20231

PRELIMINARY AMENDMENT

Dear Sir:

          Prior to examination, please amend the

above—identified application as follows:

IN THE CLAIMS

Please cancel claims 1-6 without prejudice, and substitute in

their place claims 7-32.

          A 7. In a computer system having means for operating on

a predetermined database containing medical service codes and a

set of relationships among the medical service codes defining

whether selected ones of the medical service codes are valid

when input with other selected ones of the medical service

codes, a method for processing input claims containing at least

one medical service code, comprising the steps of:

MCK 000278

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing medical service codes which are valid in response to the determining step; and

rejecting medical service codes which are invalid in response to the determining step.

8. The method of claim 7, further comprising the step of revising the at least one claim to delete invalid medical service codes.

9. The method of claim 8, further comprising the step of informing a user why the at least one claim was revised.

10. The method of claim 7, wherein the database containing medical service codes includes medical service codes described by CPT codes.

11. The method of claim 7, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

2. —

MCK 000279

12. The method of claim 7, further comprising the step of requesting further information from a user regarding the at least one claim.

13. The method of claim 7, wherein the relationships among the medical service codes include medically determined relationships.

14. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:



receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim;

authorizing medical service codes which are not contained in any other medical service code; and

rejecting medical service codes which are contained in any other medical service code.

— 3 —

MCK 000280

15. The method of claim 14, further comprising the step of revising the at least one claim to not include a rejected medical service code.

16. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

authorizing medical service codes which are not medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step; and

rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.



— 4 —

MCK 000281

CM    17. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

P    receiving at least one claim;

L    determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

P    informing a user that a medical service code is not contained in the predetermined database.

18. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

P    receiving at least one claim;

L    ascertaining whether the at least one claim contains a plurality of medical service codes;

- 5 -



MCK 000282

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing medical service codes which are valid in response to the means for determining; and

means for rejecting medical service codes which are invalid in response to the means for determining.

4
20. The apparatus of claim 3, further comprising means for revising the at least one claim to delete invalid medical service codes.

5
21. The apparatus of claim 4, further comprising means for informing a user why the at least one claim was revised.

6
22. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CPT codes.

7
23. The apparatus of claim 3, wherein the database containing medical service codes includes medical service codes described by CRVS codes.

- 7 -

*105*

MCK 000284

8
24. The apparatus of claim 19, further comprising
means for requesting further information from a user regarding
the at least one claim.

9
25. The apparatus of claim 19, wherein the
relationships among the medical service codes include medically
determined relationships.

10
26. A computer system including a central processing
unit and associated memory for processing input claims
containing at least one medical service claim, comprising:

a predetermined database stored in the associated
memory, the database containing medical service codes and a set
of relationships among the medical service codes defining
whether selected ones of the medical service codes are valid
when received with other selected ones of the medical service
codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim
contains a plurality of medical service codes;

means for determining whether one of the medical
service codes in the at least one claim is included in any
other medical service code in the at least one claim;

means for authorizing medical service codes which are
not contained in any other medical service code; and

– 8 –

106

MCK 000285

means for rejecting medical service codes which are contained in any other medical service code.

27. The apparatus of claim 26, further comprising means for revising the at least one claim to not include a rejected medical service code.

28. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is medically exclusive with any other medical service code in the at least one claim;

means for authorizing medical service codes which are not medically exclusive with any other medical service codes

— 9. —

107

MCK 000286

contained in the at least one claim in response to the means for determining; and

¶ | means for rejecting medical service codes which are medically exclusive with any other medical service codes contained in the at least one claim in response to the determining step.

13
25. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

¶ | a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

¶ | means for receiving at least one claim;

L means for determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and

¶ | means for informing a user that a medical service code is not contained in the predetermined database.

14
26. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

108

MCK 000287

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code in the at least one claim;

means for authorizing medical services codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining; and

means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the means for determining.



15. A computer system including a central processing unit and associated memory for processing input claims containing at least one medical service code, comprising:

MCK 000288

a predetermined database stored in the associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes;

means for receiving at least one claim;

means for ascertaining whether the at least one claim contains a plurality of medical service codes;

means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

means for authorizing the at least one claim in response to the means for determining; and

means for rejecting the at least one claim in response to the means for determining.



14. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical services codes, a method for processing input claims containing at least one medical service code, comprising the steps of:

MCK 000289

receiving at least one claim;

ascertaining whether the at least one claim contains a plurality of medical service codes;

determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database;

authorizing the at least one claim in response to the determining step; and

rejecting the at least one claim in response to the determining step.

## REMARKS

This is a preliminary amendment accompanying the filing of a continuation application. Claims 1-6 have been cancelled without prejudice. In their place, Applicants have submitted new claims 7-32 which are believed to clearly and patentably distinguish the present invention over the prior art of record.

In the Office Action of October 29, 1990, claims 1 and 2 were rejected under 35 U.S.C. §102(a) as being anticipated by, or in the alternative under 35 U.S.C. §103 as obvious over Weitzel et al. Claims 3-6 were rejected under 35 U.S.C. §103 as being unpatentable over the combination of Weitzel et al. in view of Hardy et al. Applicants respectfully traverse this rejection.

- 13 -

MCK 000290

Applicants do not believe that the Weitzel et al. reference is a valid reference under 35 U.S.C. §102.  To be a valid reference, the Weitzel et al., reference must enable someone to practice the invention.  It does not do that.

In Reading & Bates Construction Co. v. Baker Energy Resources Corporation and Baker Marine Corp., 233 USPQ 1168, 1173 (Fed. Cir. 1984), appeal No. 84-527, decided November 15, 1984, the Court held:

> . . .For the invention of the '903 patent to be described in the Smith brochure pursuant to §102(b), the Smith brochure itself must enable someone to practice the invention of the '903 patent.  Preemption Devices Inc. v. Minnesota Mining & Mfg. Co., 732 F.2d 903, 906-221 USPQ 841 (Fed. Cir. 1984).  It does not do that.  The mere fact that the Smith brochure, a one-page promotional brochure, boasts the ability and results of the process of the '903 patent is insufficient, as a matter of law, to constitute an enabling disclosure of the process of the '903 patent.
>
> The Smith brochure itself may qualify as a prior art reference under §103, but only for what is disclosed in it.  It cannot serve as the vehicle by which the '903 patent and the more detailed disclosure it contains may also be considered as prior art. (Emphasis in original)

In view of the Federal Circuit holding, Applicants believe that the Weitzel et al. reference is only valid for what is disclosed in it.  The Office Action states, with respect to p. 30 Weitzel et al., "This phrase implies that the system does revise a medical claim not to include inappropriate medical claims, exactly what is claimed by applicants".  The Applicants believe that functions should not be and cannot be

– 14 –

MCK 000291

inferred from statements in the Weitzel et al. reference.
Weitzel et al. merely state the <u>results</u> of processing, not how
the processing is accomplished, or any of the rules used.  The
reference is only valid for what it does disclose, and nothing
more.  It is inappropriate to infer that Weitzel et al.
performs any functions beyond the statements of the abilities
of the system and results of the claim review procedures.

     Even assuming that Weitzel et al. is a valid
reference, the present invention, as claimed, is still
patentably distinct from Weitzel et al.  Weitzel et al. is a
system for reviewing claims to determine if the health care
services performed were medically necessary and properly
authorized.  On page 28 of Weitzel et al., determining medical
"necessity" is described as assessing the patient's diagnosis,
surgical procedures, the length of time since they occurred and
severity of the patient's condition.  On page 29 of Weitzel et
al., an indicator of a patient's prognosis is described as the
device by which the patient's recouprative potential and
therefore the type and degree of medical services necessary, is
assessed.  Thus, Weitzel et al. is concerned with determining
whether or not the total services billed were appropriate given
the patient's medical condition.

     By contrast, the present invention is concerned with
determining whether or not service providers are attempting to
claim excess payment for medical services by violating rules

MCK 000292

which interrelate predetermined medical service codes.  Unlike
Weitzel et al., the present invention does not assess the
patient's "prognosis" to determine whether or not the medical
service claims are appropriate for the patient's condition.
The present invention uses and claims a set of rules that
describe the relationship between medical service codes (which
correspond to particular medical services or procedures) to
determine whether or not there are improper medical service
codes in a particular claim.

Even when additionally combined with the Hardy et al.
reference, there are still no teachings or suggestions of the
present invention, as claimed.  Hardy et al. discloses a basic
expert system tool including a knowledge base having facts and
ruled, and editing and communication tools.  There is no
teaching or suggestion in either Hardy et al. or Weitzel that
these references may be combined in the manner stated in the
Office Action.  Further, even if these references could be
combined as stated in the Office Action, the combination would
not meet the limitations of the claims.  The combination of
Weitzel et al. and Hardy et al. suggests an expert system which
reviews medical service claims and assesses the appropriateness
of the medical services in light of the patient's prognosis or
medical condition and is then able to inform the user of the
system's decision process or request further information from
the user.  As with Weitzel et al. itself, there is no teaching

— 16 —

**MCK 000293**

or suggestion of rules describing relationships among
particular medical service codes for assessing whether a
medical service claim contains medical service codes which
violate the rules.

With regard to the claims, Applicants are submitting a
set of claims which are believed to clearly distinguish over
the Weitzel et al. and Hardy et al. references, either singly
or in combination. Claims 7-12, and 31 are method claims, of
which claim 7, 14, 16, 17, 18, and 31 are independent. Claims
19-30, and 32 are apparatus claims, of which claims 19, 26, 28,
29, 30, and 32 are independent.

Taking claim 7 as exemplary of the method claims,
claim 7 recites a computer system having means for operating on
"a predetermined database containing medical service codes and
a set of relationships among the medical service codes defining
whether selected ones of the medical service codes are valid
when input with selected ones of the medical service codes."
Claim 7 additionally cites receiving at least one claim and
ascertaining whether there are a plurality of medical service
codes in the at least one claim. Claim 7 further recites
"determining whether one of the medical service codes in the
plurality of medical service is valid or invalid by interacting
with the database and the set of relationships contained in the
database" and "authorizing medical service codes which are
valid", and "rejecting medical service codes which are invalid

MCK 000294

in response to the determining step". Applicants believe that
these recitations in claim 7, such as, inter alia, describing
the predetermined database as containing medical service codes
and a set of relationships among the codes, processing the
codes to determine which codes are valid, and authorizing valid
medical service codes and rejecting invalid medical service
codes distinguish the present invention over the art of
record. Applicants believe that the prior art, either singly
or in combination, contains no teaching or suggestion of a
database containing medical service codes and relationships
among the codes. The prior art of record, namely, the Weitzel
et al. reference, only refers to a method for determining
whether or not a particular course of medical treatment is
authorized or not.

Claim 14 describes a method similar to claim 7 and
recites inter alia "determining whether one of the medical
service codes in the at least one claim is included in any
other medical service code in the at least one claim,
authorizing medical service codes not contained in any other
medical service code, and rejecting medical service codes which
are contained in any other medical service code".

Claim 16 describes a similar method as claim 7 and
recites, inter alia "determining whether one of the medical
service codes in the at least one claim is medically exclusive

MCK 000295

with any other medical service code in the at least one claim",
"authorizing medical service codes which are not medically
exclusive with any other medical service codes", and "rejecting
medical service codes which are medically exclusive with any
other medical service code" in response to the determining
step.

Claim 17 describes a method similar to claim 7 and
recites, inter alia, "determining whether any medical service
code contained in the at least one claim is not present in the
predetermined database", and "informing a user that a medical
service code is not contained in the predetermined database".

Claim 18 describes a similar method as claim 7 and
recites, inter alia, "determining whether one of the medical
service codes in the at least one claim is mutually exclusive
due to non-medical criteria with any other medical service
code", "authorizing medical service codes which are not
mutually exclusive due to non-medical criteria with any other
medical service codes", and "rejecting medical service codes
which are mutually exclusive due to non-medical criteria with
any other medical service codes" in response to the determining
step.

Claim 19 describes a computer system including a
central processing unit and associated memory for processing
input claims including "a predetermined database stored in the

MCK 000296

associated memory, the database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when received with other selected ones of the medical service codes", "means for receiving at least one claim", and "means for ascertaining whether the at least one claim contains a plurality of medical service codes".

Claim 19 further recites "means for determining whether one of the medical service codes in the plurality of medical service codes are valid or invalid by interacting with the database and set of relationships contained in the database", and "means for authorizing valid medical service codes" and "means for rejecting invalid medical service codes". Claim 19 is believed to distinguish over the prior art of record because, _inter alia_, there is no means for determining whether one of the medical service codes is valid or invalid and no means for authorizing valid medical service codes and no means for rejecting invalid medical service codes disclosed or suggested in the prior art of record.

Claim 26 describes a system similar as claim 19 and recites, _inter alia_, "means for determining whether one of the medical service codes in the at least one claim is included in any other medical service code in the at least one claim", "means for authorizing medical service codes which are not

MCK 000297

contained in any other medical service code", and "means for
rejecting medical service codes which are contained in any
other medical service code".

Claim 28 describes a system similar to claim 19 and
recites, _inter alia_, "means for determining whether one of the
medical service codes in the at least one claim is medically
exclusive with any other medical service code in the at least
one claim", "means for authorizing medical service codes which
are not medically exclusive with any other medical service
codes", and "means for rejecting medical service codes which
are medically exclusive with any other medical service codes"
in response to the means for determining.

Claim 29 describes a system similar to claim 19 and
describes, _inter alia_, "means for determining whether any
medical service code contained in the at least one claim is not
present in the predetermined database" and "means for informing
a user that a medical service code is not contained in the
predetermined database".

Claim 30 describes a system similar to claim 19 and
recites, _inter alia_, "means for determining whether one of the
medical service codes in the at least one claim is mutually
exclusive due to non-medical criteria with any other medical
service code in the at least one claim", "means for authorizing
medical service codes which are not mutually exclusive due to

MCK 000298

non-medical criteria with any other medical service codes", and "means for rejecting medical service codes which are mutually exclusive due to non-medical criteria with any other medical service codes" in response to the means for determining.

Claim 31 describes a similar method as claim 7 and recites, _inter_ _alia_, "determining whether one of the medical service codes in a plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database", "authorizing the at least one claim in response to the determining step," and "rejecting the at least one claim in response to the determining step".

Claim 32 describes a system similar to claim 19 and recites, _inter_ _alia_, "means for determining whether one of the medical service codes in the plurality of medical service codes is valid or invalid by interacting with the database and the set of relationships contained in the database", "means for authorizing the at least claim in response to the means for determining", and "means for rejecting the at least one claim in response to the means for determining".

The dependent claims additionally describe further patentable features of the present invention.

In view of the foregoing amendments and remarks, application should now be in condition for allowance. A notice

- 22 -

MCK 000299

to this effect is respectfully requested.  Should further
questions arise concerning this application, the Examiner is
invited to call the Applicants' attorney at the number listed
below.

> Respectfully submitted,
>
> Donald C. Holloway, et al.
>
> By _____
> A. Jason Mirabito
> Reg. No. 28,161
> Wolf, Greenfield & Sacks, P.C.
> 600 Atlantic Avenue
> Boston, MA  02210-2211
> Tel.: (617) 720-3500

Docket no. H033/7002

Dated:  January 29, 1991

0408v

— 23 —

MCK 000300