EXHIBIT P

Ex  ss Mail #B62832134

252307

*PATENT*

Docket No. _____

L ROOM
SEP
30
1988
TRADE MARK

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of

Inventor(s):   Don C. Holloway;
               Dr. Robert D. Hertenstein;
               George A. Goldberg;
               Kelli A. Dugan

NOTE:   *Patent must be applied for in the name(s) of all of the actual inventor(s). 37 CFR 1.41 and 1.53(b).*

For (title):   EXPERT SYSTEM AND METHOD FOR ASSESSING MEDICAL APPLICATIONS

**1.  Type of Application**

This new application is for a(n) (*check one applicable item below* ):

[X]  Original

[ ]  Design

*WARNING:   Do not use this transmittal for a completion in the U.S. of an International Application under 35 U.S.C. 371(c)(4) unless the International Application is being filed as a divisional, continuation or continuation-in-part application.*

NOTE:   *If one of the following 3 items apply then complete and attach ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF A PRIOR U.S. APPLICATION CLAIMED .*

[ ]  Divisional

[ ]  Continuation

[ ]  Continuation-in-part (CIP)

**2.  Benefit of Prior U.S. Application(s) (35 USC 120)**

NOTE:   *If the new application being transmitted is a divisional, continuation or a continuation-in-part of a parent case, or where the parent case is an International Application which designated the U.S., then check the following item and complete and attach ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED.*

[ ]  The new application being transmitted claims the benefit of prior U.S. application(s) and enclosed are ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED.

---

**CERTIFICATION UNDER 37 CFR 1.10**

I hereby certify that this New Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date  September 30, 1988  in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number B62832134  addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231

Jacqueline Angelone
(Type or print name of person mailing paper)

*(Signature of person mailing paper)*

NOTE:   *Each paper or fee referred to as enclosed herein has the number of the "Express Mail" mailing label placed thereon prior to mailing. 37 CFR 1.10(b).*

(Application Transmittal [4-1]—page 1 of 6)

MCK 000074

**3.  Papers Enclosed Which Are Required For Filing Date Under 37 CFR 1.53(b) (Regular) or 37 CFR 1.153 (Design) Application**

_23_ Pages of specification

_2_ Pages of claims                   Appendixes

_1_ Pages of Abstract          27 pages, Appendix A

_7_ Sheets of drawing          3 pages, Appendix B
                               3 pages, Appendix C
      ☐ formal                 41 pages, Appendix D

      ☒ informal

      ☒ in triplicate

NOTE:  *The Notice of October 7, 1985 (1059 O.G. 38–39) states the following: "Submission of Drawings —For your convenience and for more effective handling of any drawing corrections which may be necessary, please DO NOT SUBMIT ORIGINAL DRAWINGS WITH PATENT APPLICATIONS. DO SUBMIT THREE HIGH QUALITY COPIES. If the copies submitted pass the formality review and patent examination, no substitute drawings will be necessary. If corrections are necessary, they should be made to the original drawings. Either a good copy of the corrected drawings or the corrected original can then be submitted after the Notice of Allowability is mailed." The Notice of November 25, 1985 (1061 O.G. 12) further clarifies the submission of drawing practice by pointing out that the copies that are submitted to the office must be on strong, white, smooth and non-shiny paper and also points out that drawings for patent applications do not need to be submitted on bristol board.*

**4.   Additional papers enclosed**

      ☐ Preliminary Amendment

      ☐ Information Disclosure Statement

      ☐ Form PTO-1449

      ☐ Citations

      ☐ Declaration of Biological Deposit

      ☐ Special Comments

      ☐ Other

**5.   Declaration or oath**

      ☐ Enclosed

      executed by *(check all applicable boxes)*

            ☐ inventor(s).

            ☐ legal representative of inventor(s). 37 CFR 1.42
               or 1.43

            ☐ joint inventor or person showing a proprietary
               interest on behalf of inventor who refused to sign
               or cannot be reached.

MCK 000075

☐ this is the petition required by 37 C. 1.47 and the statement required by 37 CFR 1.47 is also attached. *See item 12 below for fee.*

☒ Not Enclosed.

NOTE: *Where the filing is a completion in the U.S. of an international Application but where a declaration is not available or where the completion of the U.S. application contains subject matter in addition to the international Application the application may be treated as a continuation or continuation-in-part, as the case may be, utilizing ADDED PAGE FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION CLAIMED.*

☐ Application is made by a person authorized under 37 CFR 1.41(c) on behalf of *all* the above named inventor(s). The declaration or oath, along with the surcharge required by 37 CFR 1.16(e) can be filed subsequently.

NOTE: *It is important that all the correct inventor(s) are named for filing under 37 CFR 1.41(c) and 1.53(b).*

☐ Showing that the filing is authorized. (*Not required unless called into question. 37 CFR 1.41(d).*)

## 6.  Inventorship Statement

WARNING: *If the named inventors are each not the inventors of all the claims an explanation, including the ownership of the various claims at the time the last claimed invention was made, should be submitted.*

The inventorship for all the claims in this application are:

☒ The same

**or**

☐ Are not the same. An explanation, including the ownership of the various claims at the time the last claimed invention was made,

☐ is submitted

☐ will be submitted.

## 7.  Language

NOTE: *An application including a signed oath or declaration may be filed in a language other than English. A verified English translation of the non-English language application and the processing fee of $26.00 required by 37 CFR 1.17(k) is required to be filed with the application or within such time as may be set by the Office. 37 CFR 1.52(d).*

NOTE: *A non-English oath or declaration in the form provided or approved by the PTO need not be translated. 37 CFR 1.69(b).*

☒ English

☐ non-English

☐ the attached translation is a verified translation. 37 CFR 1.52(d).

NOTE: *37 CFR 1.52(d) "An application may be filed in a language other than English. A verified English translation of the non-English language application and the fee set forth in § 1.17(k) are required to be filed with the application or within such time as may be set by the Office."*

## 8.  Assignment

☒ . An assignment of the invention to    HPR, Inc., 53 Bay State Road,
      Boston, MA 02215

☐ is attached

☒ will follow

## 9.  Certified Copy

Certified copy(ies) of application(s)

(Application Transmittal [4-1]—page 3 of 6)

MCK 000076

| (country) | (appln. no.) | (filed) |
| (country) | (appln. no.) | (filed) |
| (country) | (appln. no.) | (filed) |

from which priority is claimed

☐ is(are) attached

☐ will follow

NOTE:  The foreign application forming the basis for the claim for priority must be referred to in the oath or declaration. 37 CFR 1.55(a) and 1.63.

NOTE:  This item is for any foreign priority for which the application being filed directly relates. If any parent U.S. application or International Application from which this application claims benefit under 35 U.S.C. 120 is itself entitled to priority from a prior foreign application then complete item 17 on the ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED

**10.  Fee Calculation**

**A.  ☒  Regular application**

| CLAIMS AS FILED | | | |
|---|---|---|---|
| Number filed | Number Extra | Rate | Basic Fee $340.00 |
| Total Claims | 2 −20 = 0 | X  $ 12.00 | 0 |
| Independent Claims | 2 −3 = 0 | X  $ 34.00 | 0 |
| Multiple dependent claim(s), if any | | $110.00 | |

☐ Amendment cancelling extra claims enclosed

☐ Amendment deleting multiple dependencies enclosed

☐ Fee for extra claims is not being paid at this time

NOTE:  If the fees for extra claims are not paid on filing they must be paid or the claims cancelled by amendment, prior to the expiration of the time period set for response by the Patent and Trademark Office in any notice of fee deficiency. 37 CFR 1.16(d).

Filing Fee Calculation       $ _____ 340.00

**B.  ☐  Design application**
($140.00—37 CFR 1.16(f))

Filing Fee Calculation       $ _____

**11.  Small Entity Statement(s)**

☐ Verified Statement(s) that this is a filing by a small entity under 37 CFR 1.9 and 1.27 is(are) attached.

Filing Fee Calculation (50% of **A** or **B** above)       $ _____

NOTE:  Any excess of the full fee paid will be refunded if a verified statement and a refund request are filed within 2 months of the date of timely payment of a full fee. 37 CFR 1.28(a).

(Application Transmittal [4-1]—page 4 of 6)

MCK 000077

12. **Fee Payment Being Made At This Time**
☒ Not Enclosed

    ☐ No filing fee is to be paid at this time. *(This and the surcharge required by 37 CFR 1.16(e) can be paid subsequently. )*

    ☐ Enclosed

        ☐ basic filing fee                  $_____

        ☐ recording assignment ($7.00; 37 CFR 1.21(h)(1))    $_____

        ☐ petition fee for filing by other than all the inventors or person on behalf of the inventor where inventor refused to sign or cannot be reached. ($140.00; 37 CFR 1.47 and 1.17(h))    $_____

        ☐ for processing an application with a specification in a non-English language. ($26.00; 37 CFR 1.52(d) and 1.17(k)    $_____

        ☐ processing and retention fee ($100.00; 37 CFR 1.53(d) and 1.21(l))    $_____

NOTE: *37 CFR 1.21(l) establishes a fee for processing and retaining any application which is abandoned for failing to complete the application pursuant to 37 CFR 1.53(d) and this, as well as the changes to 37 CFR 1.53 and 1.78, indicate that in order to obtain the benefit of a prior U.S. application, either the basic filing fee must be paid or the processing and retention fee of § 1.21(l) must be paid within 1 year from notification under § 53(d).*

                  **Total fees enclosed**      $_____

13. **Method of Payment of Fees**

    ☐ check in the amount of $_____

    ☐ charge Account No. _____ in the amount of $_____ A duplicate of this transmittal is attached.

NOTE: *Fees should be itemized in such a manner that it is clear for which purpose the fees are paid. 37 CFR 1.22(b).*

14. **Authorization to Charge Additional Fees**

*WARNING: If no fees are to be paid on filing the following items should not be completed.*

*WARNING: Accurately count claims, especially multiple dependent claims, to avoid unexpected high charges, if extra claim charges are authorized.*

    ☐ The Commissioner is hereby authorized to charge the following additional fees by this paper and during the entire pendency of this application to Account No. _____ :

        ☐ 37 CFR 1.16 (filing fees)

        ☐ 37 CFR 1.16 (presentation of extra claims)

NOTE: *Because additional fees for excess or multiple dependent claims not paid on filing or on later presentation must only be paid or these claims cancelled by amendment prior to the expiration of the time period set for response by the PTO in any notice of fee deficiency (37 CFR 1.16(d)), it might be best not to authorize the PTO to charge additional claim fees, except possibly when dealing with amendments after final action.*

        ☐ 37 CFR 1.16(e) (surcharge for filing the basic filing fee and/or declaration on a date later than the filing date of the application)

        ☐ 37 CFR 1.17 (application processing fees)

(Application Transmittal [4-1]—page 5 of 6)

MCK 000078

WARNING: *While 37 CFR 1.17(a), (b), (c) and (d) deal with extensions of time under § 1.136(a) this authorization should be made only with the knowledge that: "Submission of the appropriate extension fee under 37 C.F.R. 1.136(a) is to no avail unless a request or petition for extension is filed." (Emphasis added). Notice of November 5, 1985 (1050 O.G. 27)*

    ☐ 37 CFR 1.18 (issue fee at or before mailing of Notice of Allowance, pursuant to 37 CFR 1.311(b).

NOTE: *Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of a Notice of Allowance, the issue fee will be automatically charged to the deposit account at the time of mailing the notice of allowance. 37 CFR 1.311(b).*

NOTE: *37 CFR 1.28(b) requires "Notification of any change in loss of entitlement to small entity status must be filed in the application . . . prior to paying, or at the time of paying, . . . issue fee". From the wording of 37 CFR 1.28(b): (a) notification of change of status must be made even if the fee is paid as "other than a small entity" and (b) no notification is required if the change is to another small entity.*

15. **Instructions As To Overpayment**

    ☐ credit Account No. _____

    ☐ refund

Reg. No. 31,624

Tel. No. (617) 426-4600

SIGNATURE OF ATTORNEY

Jason M. Honeyman

Type or print name of attorney

GASTON & SNOW

P.O. Address

One Federal Street

Boston, MA    02110

☐ **Incorporation by reference of added pages**

    *Check the following item if the application in this transmittal claims the benefit of prior U.S. application(s) (including an international application entering the U.S. stage as a continuation, divisional or C-I-P application) and complete and attach the ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED*

    ☐ Plus Added Pages For New Application Transmittal Where Benefit Of Prior U.S. Application(s) Claimed

        Number of pages added _____

    ☐ Plus Added Pages For Papers Referred To In Item 4 Above

        Number of pages added _____

☐ **Statement Where No Further Pages Added**

    *If no further pages form a part of this Transmittal then end this Transmittal with this page and check the following item*

    ☐ This transmittal ends with this page.

(Application Transmittal [4-1]—page 6 of 6)

MCK 000079

Express  1 #B62832134

*Computer System for operating On Medical Service Codes*

# EXPERT SYSTEM AND METHOD FOR

## ASSESSING MEDICAL APPLICATIONS

### Field of the Invention

The present invention relates to expert systems as applied to the field of medical claims analysis and decision-making mechanisms for analyzing and applying payments to such medical claims.

### Background of the Invention

To date, attempts to modify fee-for-service payment of physicians have focused only on price. Evidence is accumulating that, while many errors are inadvertent, some physicians are increasing their reimbursement by targeting the other component of the equation: codes describing the procedures performed.

Declines in inpatient care and physician visits over the last five years have been more than offset by the increase in prices of all providers. The net result has been an actual increase in the rate of real growth in health care expenditures in the past decade because of lower general inflation. Cost containment efforts, having so far concentrated on reducing unnecessary use, now are beginning to address price. Additionally the focus has been on hospitals more than physicians. Yet the cost of physician services, the second largest component of health care costs, was 20.1 percent of total costs in 1986, up from 18.9 percent in 1980. Physician costs climbed 11 percent in 1986, compared with 7.7 percent for all medical costs and 1.5 percent for the general economy.

3

MCK 000080

In an effort to retain patients amid increased health care competition, physicians are negotiating agreements with managed care programs such as health maintenance organizations (HMOs) and preferred provider organizations (PPOs). Physicians give price concessions to these organizations through a negotiated fee schedule or a discount from historic charges. In addition, they agree to strong utilization controls to reduce unnecessary use. As a consequence, unless total patient volume increases, physicians have two primary options for maintaining their income. One is to increase dramatically their charges to fee-for-service patients whose benefit plans often pay the price that is customary in the physician community. The other is to up their charges to managed care programs by the indirect method of upcoding.

Incentives like these have driven the momentum in Washington, D.C. to reform the method of physician payment for Medicare and Medicaid. While various alternatives are being considered, such as capitation or physician diagnosis related groups (DRGs), widespread implementation of such approaches is not imminent. Instead, modifications to the fee-for-service payment system are likely in the next several years. If such reforms can maintain satisfactory levels of patient access while gaining physician support, a modified fee-for-service method may remain the major payment method.

Thus far, attempts to alter fee-for-service payment have included efforts such as: freezing Medicare physician fees for

MCK 000081

-2-

specified periods; developing a model for a Medicare resource based relative value scale to set prices for different physician services; and revising Medicaid fee schedules and Blue Shield relative value scales for physician reimbursement in Massachusetts.

These approaches address only part of the problem: establishing payment amount. A second, independent component for determining what physicians are paid is the code specifying the service provided. While true coding errors on payment claims will always occur, there also is evidence that some physicians are increasing their reimbursement by upcoding, assigning a higher paying code than a procedure merits, or by unpackaging services that were intended to be bundled into a single code. The administrative systems currently available are not adequate to detect and correct most of these errors.

Standard industry practice allows medical claims processors to enter the codes submitted on surgeon claims into a computer system. Fee screens are applied to these codes establishing the maximum amount that will be paid. Two coding methods most frequently used are the American Medical Association's "Current Procedural Terminology, Fourth Edition (CPT-4)," and the "California Relative Value Studies (CRVS)." Some claims administrators allow their claims processors to assign a code if it is absent from the claim; others return the claim to the physician's office for a code. Once entered into the claims processing systems, the code is typically edited for

MCK 000082

-3-

consistency with the age and sex of the patient, and sometimes for obvious rules in coding. After this step, if there is still a perceived problem with either the code or the fee, the claim is removed from the production process and referred for review by clinical staff. This reviewer, usually a nurse, may request the surgeon's official operative report, a required part of the hospital record, and/or call for a physician to review the claim. A payment for the claim, if approved, is established, and the claim is returned to the processor for payment. Emphasis throughout the insurance industry is on minimizing the time between when a claim is received and when it is paid, rather than on its accuracy.

While the problems detailed above are generally accepted, the concern is whether the cost of obtaining the savings will warrant the effort. The solution requires that medical judgment be applied to select the most appropriate code(s) when subtle clinical distinctions result in significant differences in payment to the medical care provider, or to decide when to request additional information from the provider. However, applying the required expert medical judgment has the potential of slowing down the processing of claims and significantly increasing the cost of doing so. At present, processing of medical claims is done on an automated basis using computer systems by relatively unskilled workers who input data, including the CPT-4 codes, into the computer and process them for payment. Usually, such an operator is unaware of whether

MCK 000083

the entity to whom the request for payment is made, such as an
insurance company, should pay or not pay the claim as
submitted.  It is impractical for each of the operators to have
a trained medical physician or technician to sit by the
operator and decide whether a particular claim should be paid
or not.  The expense of such supervision would result in costs
which would offset any savings realized by paying only the
appropriate amount of the claim.  Also, with a multiplicity of
such medical reviewers, inconsistent results would occur.
Therefore, to save expenses while maintaining productivity of
the processing system, medical judgment must be incorporated in
an automated data processing system which contains decision
rules that can be used to automate the review of claims being
processed.

    In order to provide a cost effective automated data
processing system for achieving the desired results in paying
only appropriately coded claim amounts, expert systems or
artificial intelligence software provides the vehicle for
widespread distribution of an expert's decision-making
guidance.  An expert system in the form of a computer program
is one which reasons like a human expert to solve the problems
associated with appropriate coding of medical treatment for
claims payments.

## Summary of the Invention

    CodeReview, a product of HPR, Inc., the assignee of the
present invention, uses expert systems techniques especially

MCK 000084

suited to representing the medical judgment required to assign

appropriate codes to surgeon's claims. CodeReview prompts the

user for additional information not already entered into the

computer, and will either recommend appropriate code(s) or

recommend pending the claims until additional information is

received form the physician's office.  The prompts and

recommendations provided by CodeReview are based on the

decision rules that physician reviewers have already used on a

manual basis to solve identical problems and are consistent

with informed surgical opinion.

The present invention uses a set of decision-making

rules coupled to a knowledge base of facts and observations to

assist the medical claims processor.  There is included a

knowledge base and a knowledge base interpreter which applies

the knowledge base using the rules specified in the knowledge

base interpreter.  The process is an ongoing process which can

be updated as new methods of inappropriate coding are

discovered.

The present invention utilizes the CPT-4 codes in the

knowledge base of the expert system, although other coding

methods for classification of medical procedures such as the

CRVS discussed above may be utilized as well.  The knowledge

base interpreter is a part of the CodeReview program and

contains an association of the CPT-4 codes with the knowledge

base of expert-derived decisions or rules.  An example is the

inclusion of one CPT-4 code procedure within another CPT-4 code

MCK 000085

procedure.  As a specific and simple example of the foregoing,
a physician or his or her billing company may submit a claim
for payment for two procedures with appropriate CPT-4 codes for
the procedures.  If those two were CPT-4 numbers 49000 for
Exploration of the Abdomen and 44140 for Partial Colectomy, and
both procedures were performed on the same date, the program of
the present invention will recommend to the claims processor
that code 49000 should only be paid when it is not done as part
of a code 44140 partial colectomy.  Since code 44140 was
performed, the claim for code 49000 should not be accepted and
paid.  The computer program invokes a rule which has been
specified that states that if code 44140 appears with another
code in a particular range, which in this example includes
49000, the second code should be rejected and only the first
specified paid.  The claims processor then rejects the payment
code 49000, authorizes payment for code 44140, and so informs
the physician or billing company, with the explanation given
above.  Without such a program, the claims processor usually
pays both code numbers.

## Brief Description of the Drawings

Fig. 1 is a block diagram of the system of the present
invention;

Fig. 2 is a flowchart of the overall operation of the
programmed computer of the present invention;

Fig. 3 is a flowchart depicting the entry program of
the programmed computer of the present invention;

MCK 000086

-79

Fig. 4 is a flowchart of the operation of the
programmed computer for multiple entries;

Fig. 5 is a flowchart of the operation of the computer
programmed for single code entries or multiple code entries
which survive the flowchart of Fig. 4;

Fig. 6 is a chart of the categories of rules applied to
the entries in the present invention.

Fig. 7 is a flowchart of the operation of the
programmed computer depicting the lookup function of the
computer programmed in accordance with the present invention.

## Description of the Preferred Embodiment

Referring now to the drawings, there is shown in Fig. 1
a general block diagram of a preferred embodiment of the
present invention.  Claims to be processed 1 are received by
the entity from whom payments are requested.  A user designated
at 3 enters various facts from the claims 1 into the computer
system 2.  Such facts include, in addition to the entries for
the one or more medical procedures for which payment is sought,
other data such as age of the patient, claim number, date(s) of
treatment(s) and procedure(s), the name of the physician, etc.
The computer system 2 may be any type of suitable computer
system which can interact with the program of the present
invention.  One such suitable computer system is the well-known
IBM "personal computer" containing sufficient data processing
capabilities and memory and suitable commercially available
database management software programs to perform the desired

MCK 000087

-8-
10

functions.  Other suitable computer systems exist and are intended to come within the scope of the present invention. The system may include a connection with another computer system 4 whereby the user 3, after having used the system and methods of the present invention, communicates his or her information to the computer 4 which approves payment for the claim submitted.  It is understood that the computer 4 could, in appropriate circumstances, to be described below, refuse any payment or be instructed to request further information from the entity providing the claims 1.

Generally, the user 3 will enter into the computer system 2 a description of the medical claims for which reimbursement or payment is requested or the codes associated with such claims or both.  The appropriate code(s) are then sent to the knowledge base interpreter 5 for its assessment of the coded claims.  The interpreter 5, using the rules of the present invention, interacts with the knowledge base 6 of the present invention and returns to the user 3 either a recommendation as to code(s) for which payment is proper or requests the user to provide further information or to obtain further information from the entity providing the claim or refers the claim to trained medical personnel for assessment. When the knowledge base interpreter has recommended approval of payment of a particular type, the user 3 then may authorize payment to the provider of the processed claim or may forward that information via input into computer system 4.  A history

MCK 000088

database 7 is provided to update and refine the knowledge base interpreter 5 and the knowledge base 6 and to monitor savings associated with the recommendation.

Referring now to Figs. 2 and 3, the user first runs the ENTRY PROGRAM shown generally at 7 in Fig. 3. Referring now to Fig. 3, in step 8, if the CPT-4 code is given, the codes are entered into the programmed computer of the present invention and read at step 9. If the codes are or may be incorrectly given, the LOOKUP PROGRAM 10 is run, as will be explained with reference to Fig. 7. If the entity which is requesting payment has provided a code entry or entries for the treatment given, then in step 9 it is determined whether the code entry is valid or invalid by reference to the ALLCODE database 11. If an incorrect code (meaning here that there is no such alpha/numeric code or the code and description do not match) entry or entries are given or if no code entry is given at all, in step 9 the valid code entry or entries are specified by the process of the LOOKUP PROGRAM 10. By valid is meant that there is a code or codes for the treatment given a patient. It does not mean that the entry or entries are valid for payment. The ALLCODE database preferably uses the CPT-4 classification system, but other classification systems are intended to be within the scope of the present invention. The computer programmed in accordance with present invention then looks up in the SUPERSEDE database file 12 to determine whether an earlier code number has been superseded by another code

MCK 000089

entry in an updated version of the CPT-4 classification system. If the code(s) have been superseded, in step 13 the old code entry or entries are replaced by the superseded code(s) and this information is sent to the PROCESS database 17. In step 14, if another code was added in the preceding process, the program loops back to step 8 again. If not, it goes on to step 15. In step 15, any duplicate codes, if more than one code entry, are eliminated. However, in certain instances, duplicate codes are permitted, so that before eliminating the duplicate codes, a lookup in the database file 16 is performed to determine if the duplicate entries are valid. If there are no duplicate entries or or only one entry, step 15 is not performed. After step 15, the record file, as may be affected by steps 9, 10, 13, and 14, is updated and sent to the PROCESS database 17. In step 18, the number of codes resulting from the foregoing steps is counted and stored. This count will determine whether a particular program for multiple entries must be run, as will be discussed below. In step 19, the ENTRY PROGRAM 7 returns to the operations of the flowchart of Fig. 2.

It will be recalled that in step 18 the number of codes was determined and stored. In step 20, if the number of codes determined was more than one, then the MULTIPLE PROGRAM is run in step 21, as will be presently explained. Referring now to Fig. 4, this figure is the flowchart of MULTIPLE PROGRAM 21. In step 22, the multiple number of codes under consideration is

MCK 000090

read out from PROCESS database 17.  Generally, in the next
series of steps, the program will examine the multiple codes
presented to determine whether payment or payment authorization
for each of the stated codes is medically appropriate, or
whether one or more of the codes is medically inappropriate, or
whether one or all of the multiple codes should be replaced by
other code(s).

In order to accomplish this, a set of rules developed
for use of this program is now invoked.  These rules were
derived using the CPT-4 classification system, and from various
medical procedures which were examined, classified, and
possible combinations of procedures assessed by expert medical
specialists.  From this effort resulted a series of rules which
can be and are applied to multiple code entries (and single
code entries as well as will be discussed below).  Each of the
rules was developed as a result of reviewing medical procedures
by expert medical personnel and is consistent with the CPT-4
classification system.  However, expert medical personnel also
applied clinical judgment to situations where the CPT-4
classification system is not explicit or nonexistent.
Therefore, for both single and multiple code entries, a set of
rules applicable to CPT-4 codes singly and in combination are
used to evaluate the appropriateness of the codes for payment.
The operation of the rules is best illustrated by way of
example with reference to the operation of MULTIPLE PROGRAM
21.  In step 23, the codes, multiple in this case, which have

MCK 000091

14

been read into a file in step 22 from PROCESS database 17, are examined first by looking up from INTERACT database 24 any references to those specific multiple codes presented in step 22 to which will be applied one or more of the rules shown in summary form in Fig. 6 and more fully detailed in Appendix B. The first rules to be applied as shown in step 23, are rules referred to as E1 and E2 as shown in Appendix B. These first rules are utilized for multiple records wherein one of the codes may be eliminated for payment approval purposes. Thus, in rule E1, if one code number, here designated as ACODE, appears in the same list of codes as one or more codes in the range of BCODE to CCODE, then ACODE is eliminated and the code number appearing within the range of BCODE to CCODE is retained. It is this latter code number which will be further processed and perhaps approved for payment. Similarly, in the code E2, if code ACODE appears with another code in the range of BCODE to CCODE, ACODE is retained and the code within the range of BCODE to CCODE deleted. By first applying rules designated as E1 and E2, it may be possible to eliminate one or more inappropriate codes from consideration. Of course, the codes are not ACODE, BCODE or CCODE but actual code numbers from the CPT-4. In operation, when code numbers are entered into the computer programmed in accordance with the present invention, the program will perform a lookup of the code numbers ACODE and XCODE. The INTERACT database 24 in the program contains a reference that states that when ACODE is

MCK 000092

2 6 0 1 m

-13-

used with XCODE, and because XCODE is within the bounds of
BCODE to CCODE, only one code can survive, in accordance with
the E1 and E2 rules.  By way of example, consider example 1 of
Appendix A.  That example implements rule E1.  In example 1,
code numbers 64450 and 10120 are entered in step 22 of Fig. 4.
It is assumed that the date of treatment is the same for all
code entries unless specified and entered otherwise.  If so,
after a lookup in the INTERACT database 24, which contains
information relating to the appearance together of 64450 and
10120, the latter appearing in a range of codes analogous to
the BCODE to CCODE example given above, by the E1 rule the
program is instructed to recommend elimination for 64450, with
an explanation given if desired and as contained in such
example 1.  Of course, many examples of the operation of the E1
and E2 rules are possible depending on the codes which are
analyzed.  Two additional "E" rules may be exercised over the
INTERACT database 24.  These are rules EP and EA.  In rule EP,
a code may be eliminated if the place of service is considered
improper or impractical.  An example of this rule EP is given
as example 17 of Appendix A.  Rule EA is designed to eliminate
a code where the age of the patient recommends exclusion of one
of the codes.  An example of the application of this rule is
given as example 18 of Appendix A.  Appendix A contains other
examples of application of the rules.

    After step 23, the results are sent to update PROCESS
database 17.  Then, in step 23', if there is only one code

MCK 000093

number remaining after step 23, the program exits to the RULES
program of Fig. 5.  This is because the "R" and the QM, QS and
QB rules apply only to multiple entries'.  After step 23', in
steps 25 and 26, rules designated as R2 and Rl are run, as will
be explained below.  The "R" rules of the present invention, as
shown in Appendix B, generally replace the codes presented in
step 22 with other code(s) not designated in the step 22.
Rule R2, for example, provides that if a code ACODE appears
with BCODE, both codes are deleted and replaced by CCODE.  Rule
R3 is similar to R2 except that more than two code entries are
considered, here ACODE, BCODE, and CCODE, which are replaced by
DCODE.  Thus, the Rl rule means replace one code by another
code; R2 means replace two codes by another single code, and R3
means replace three codes by another single code.  Other "R"
codes could be developed along the same line: RN would mean
replacing N codes with one other code.  As shown in Fig. 4, the
RN–R2 rules are applied first before rule Rl is applied to the
codes.  Specific example of rules R2 and Rl are given in
examples 2 and 3, respectively, in Appendix A.  It must be
understood that it is not required that each of steps 23, 25
and 26 will affect the code numbers processed, but these steps
are used if expert medical judgment indicates they are required
to arrive at appropriate codes.

Describing in greater detail the application of the R2
and Rl rules, step 25 is first seen after having accessed
INTERACT database 24.  The results of application of the R2

MCK 000094

2 6 1 1 m

rule are sent to PROCESS database 17.  Once again in step 25',
the program queries from PROCESS database 17 whether there
remain multiple entries.  If negative, the program is exited
from as explained above.  In step 26, rule R1 is exercised and
the INTERACT database 24 consulted and compared.  The result is
sent to the PROCESS database 17.  It is to be understood that
the R3 rule may be implemented for three codes.  An example of
the R3 rule is given in Example 4 of Appendix A.  In step 27,
after consulting PROCESS database 17 and determining whether a
new code was added in the application of the R2 and the R1
rules and the number of codes is greater than one, the program
loops back to step 23 to exercise the application of rules R2
and R1, E2 and E1, EP and EA on the newly-resulting (after
step 26) codes.  After step 27, in step 27' the program queries
whether the remaining codes exceed one code.  If not, the
program exits as explained above.  If, however, there remains
more than one code resulting from the operations of steps 23,
25 and 26, then the program enters a new ACTION PROGRAM to
apply rules QM, QS and QB, as shown in step 28.  The "Q" set of
rules are designed to alert the user 3 that a problem exists in
the context of the codes presented for payment or that the
particular syntax of the codes presented to the computer
programmed in accordance with the present invention are such
that they cannot be effectively dealt with by the programmed
computer, and thus must be referred to a human consultant.
Rule QM states that when ACODE appears with another code in the

MCK 000095

range of BCODE to CCODE, there is a question about this
combination of codes.  The user 3 might be instructed to review
the claim and codes submitted, be asked to verify the dates(s)
of treatment, or refer the matter to a human expert.  An
example of the QM code being utilized is set forth as example 5
of Appendix A.  The code designated QS states that if code
ACODE appears with another code in the range of BCODE to CCODE,
then there is a question about ACODE.  An example of this is
given in example 6 in Appendix A.  Finally, rule QB is applied
to the codes presented.  If ACODE appears with another code in
the range of BCODE to CCODE, then there is a question about the
code in the BCODE to CCODE range. The foregoing example given
would apply to this code as well.

After all three "Q" codes have been run on the codes
presented in step 28, having accessed the INTERACT database 24,
the next step 29 is implemented wherein the PROCESS database 17
is updated with the information from the process of Fig. 4, and
the program returned in step 30 to Fig. 2 and step 31.  While
rules Q, M, QS or QB may raise a question about a code, it will
not cause interruption of the program, but will be reserved for
later consideration by user 3.

Just prior to implementing the portion of the
programmed computer given as step 31, the programmed computer
up until this time has performed two operations, the first
being the validation of the codes input by user 3, and the
second being the application of certain expert rules to

MCK 000096

-17-

19

multiple code entries.  The resulting codes which will be
presented to the portion of the programmed computer in step 31
will either be a single or a multiple (due to looping through
step 21) code.

In step 31, the RULES PROGRAM represented by the
flowchart of Fig. 5 is run.  Referring now to Fig. 5, in step
32 the records of surviving codes are read out from the PROCESS
database 17.  If the code or one of the codes in step 33 is
referenced in the BYITSELF database 34 as having a rule or
rules applicable or relevant to it, in step 35 a series of "Q"
rules is applied.  It must be appreciated that not all codes
will be in the BYITSELF database, so that if there are three
codes resulting from step 32, perhaps only one of those three
will be in the BYITSELF file and will be subject to step 35.
If there are no matches with codes in the BYITSELF database,
then the process moves directly to step 37.  The purpose of the
"Q" rules is to address an individual code which is one of the
surviving codes after the operation of the MULTIPLE PROGRAM or
is the only code on the claim for which payment is requested.
The "Q" rules are rules to request more information about a
particular code.  For example, rule Q1 states that if the code
survived the set of rules applied to multiple codes under the
MULTIPLE PROGRAM routine or is the only code submitted on the
claim, then always a request for more information is made, as
specified in the MESSAGE appended to the code.  An example of
the application of this rule is example 7 in Appendix A.  In

MCK 000097

2 6 0 l m

20

rule Q2, if certain fields have entries that match the claim, more information is specified in MESSAGE. An example of application of this rule is example 8 of Appendix A. In rule Q3, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater than a dollar sum given for that code as DOLLARLIM, then the user 3 is directed to request more information as specified in a MESSAGE appended. An example of this rule is example 9 in Appendix A. In rule Q4, if the code survives rules applied to multiple codes or is the only code submitted on the claim, and the charge on the claim is greater then the fee screen for the code in CODELIM, then the user 3 is directed to request more information as specified in MESSAGE. AN example of this rule Q4 is example 10 in Appendix A. In rule Q5, if the code survives the rules applied to multiple codes or is the only code submitted on the claim, and the place of service is POS, then the user 3 is directed to request more information as specified in MESSAGE. In addition, if CODELIM is not equal to 0 and the place of of service is POS, the code in question is replaced by CODELIM and the message is flagged by MESSAGETYPE. An example of this rule is example 11 in Appendix A. In rule Q6, if the code survives the rules applied to multiple codes or is the code submitted on the claim, and there is no evidence of anesthetic as specified in ANESTHESIA, then the user 3 is directed to request more information as specified in MESSAGE. An example of the application of this

MCK 000098

rule is example 12 in Appendix A.     Under rule Q7, if the code
survives the rules applied to multiple codes or is the only
code submitted on the claim and the patient's age is between
BEGAGE and ENDAGE, then the user 3 is directed to request more
information as specified in MESSAGE.  An example of rule Q7 is
example 13 in Appendix A.  In rule Q8, if the code survives the
rules applied to multiple codes or is the only code submitted
on the claim and the diagnosis is DX, then the user 3 is
directed to request more information as specified in MESSAGE.
In addition, if CODELIM is not equal to  0 and the DX or
ICD9CODE is true, the code in question is replaced with
CODELIM, and the reason for such action flagged by
MESSAGETYPE.  In all Q2 through Q9 rules, the reasons are
flagged by MESSAGETYPE.  An example of the foregoing rule is
given in example 14 in Appendix A.  In rule Q9, if the code
survives the rules applied to multiple codes or code is only
one submitted on the form then ACODE is replaced with CODELIM
and the reason is flagged by MESSAGETYPE.  An example is
example 15 in Appendix A.  Another rule known as L1 may be used
and this rule relates to the amount of payment to be authorized
to be paid.  Rule L1 applies where the number of codes is
greater than one.     Rule L1 is different from the other rules
in that while the other rules are generally concerned with the
correct classification of authorization for payment, rule L1
applies to specific amounts.  In rule L1, if ACODE appears with
another code in the range of, and includes, BCODE to CCODE,

MCK 000099

then the payment authorized limits the payment specified in
ACODE to some amount DCODE.   An example of the foregoing rule
is given in example 16 in Appendix A.

Once the "Q" rules have been exercised in step 35, in
step 36 the PROCESS database 17 is once again updated and in
steps 37 (End of File), and 38, the step 31 of Fig. 2 completes
running.  At this juncture, the user 3 views the recommendation
screen for any relevant rules that have been applied, as
discussed above.  These recommendations are generally a request
for more information, but may be something other than a request
as in the case of a specific exclusion message.

In step 39 the PROCESS database 17 is appended to the
HISTORY database 40 for recordkeeping purposes and for future
use as a means to study these "case histories" and refine,
update and change the rules and the knowledge base
interpreter 5.

In steps 41 (End of File) and 42, the process of the
computer programmed in accordance with the present invention is
completed and the program exited from.  At this point the
user 3 has either confirmed that the code(s) for which payment
is requested are valid or have been modified to become valid or
have been pended so that more information may be obtained by
the user 3 from the physician or his or her billing entity to
aid in processing the claims.

Referring now to Fig. 7, the process of the LOOKUP
portion 10 of the programmed computer will now be explained.

MCK 000100

23

The purpose of the program 10 is to handle those situations in which claims cannot be read out, in step 9 of Fig. 3, from database 8. In step 43, the user 3 inputs a description of the treatment noted on the claims form submitted by the physician or his or her billing entity. The LOOKUP Program 10 searches for a match in step 44 for the description given in step 43 from the index of the CPT-4 manual in a database called CPTINDX 45. The database 45 contains the records of the index, in machine-readable format, of the CPT-4 manual. If a match between input 43 and database 45 does not occur, the process loops back to step 43 for the user to reassess the description given and to give a new description. If, however, a match is made, the program will display a number of related entries from CPTINDX 45 the number of which may be selected by the programmer using well-known programming techniques. The user 3 then chooses, in step 46, what he or she considers to be the most appropriate selection, which the LOOKUP program then searches for in step 47 in the CPT-4 code or other code shown as ALLCODE database 11. In step 48, the codes fetched from the CODES database 49, a subset of ALLCODE database 11, are displayed with their descriptions. In step 50, the user 3 chooses one or more appropriate codes to match the description given in step 43 and the program updates the PROCESS database 17 with this information in step 51. Following such updating, in step 52, the program returns to step 9 as shown in Fig. 3. Of course, the process described with reference to

MCK 000101

2 6 .. : ...

program 10 may be performed with databases other than the CPT-4
example given.

There has been described above a programmed computer
system and a method of programming a computer system so that a
knowledge base interpreter and a set of rules may facilitate
the classification and authorization of payment to health care
providers. Since the invention resides in a programmed
computer of the automatic programming category, the development
of this HISTORY database 40 may lead to the development of new
rules and a growth and refinement of the knowledge base
interpreter 5. While the foregoing invention has been
described with reference to its preferred embodiments,
variations and modifications will occur to those skilled in the
art. Such variations and modifications are intended to fall
within the scope of the appended claims.

MCK 000102

What is claimed is:

1.    An expert computer system for processing medical claims comprising:

means for receiving at least one medical claim inputted by a user;

a predetermined database including a set of medical claims considered inappropriate to be received together with selected medical claims;

means for interacting between said predetermined database and the means for receiving to determine if the at least one inputted medical claim includes inappropriate medical claims; and

means for revising the at least one inputted medical claim not to include the inappropriate medical claims;

2.    A method for processing medical claims inputted into an expert computer system by a user, the expert computer system having a predetermined database including a set of medical claims considered inappropriate if inputted together with selected medical claims, said method comprising:

receiving at least one medical claim inputted by the user;

**MCK 000103**

2 6 0 1 m

interacting with the predetermined database to
determine whether the received at least one medical claim
includes inappropriate claims;

revising the at least one medical claim not to
include the inappropriate medical claims.

MCK 000104

2 6 0 1 m

10/999

*APPENDIX A*
*EXAMPLE 1*

## Typical Session with CodeReview
Example of "E1/E2" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            64450
            10120

Computer
Response:   1. 64450 injection for nerve block
            2. 10120 remove foreign body

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 10120 remove foreign body

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 64450 is excluded: because 64450 is inappropriate to use
               for local anesthesia.
            2. 10120 has been accepted with no change.

26

MCK 000105

*EXAMPLE 2*

## Typical Session with CodeReview
Example of "R2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
          57250
          58260

Computer
Response:  1. 57250 repair vagina and rectum
           2. 58260 vaginal hysterectomy

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 58265 vaginal hysterectomy and vaginal repair

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response:  1. In combination, codes 57250 and 58260 justify
              replacement by code 58265.

27

MCK 000106

*EXAMPLE 3*

## Typical Session with CodeReview
Example of an "R1" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           52281
           52283

Computer
Response:  1. 52281 cystoscopy & treat stricture
           2. 52283 cystoscopy & inject stricture

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

Computer
Response:  Assign the following code(s) for payment:
           1. 52283 cystoscopy & inject stricture
           2. 51600 injection for bladder xray

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 52283 has been accepted with no change.
           2. 52281 is replaced by 51600, because all but the injection
              for cystography is included in code 52283.

28

MCK 000107

*EXAMPLE 4*

## Typical Session with CodeReview

Example of "R3" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            93526
            93543
            93545

Computer
Response:   1. 93526 right and left heart catheterization
            2. 93543 injection for heart xrays
            3. 93545 injection for coronary xrays

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
            1. 93549 left & right heart catheterization & angiogram

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. In combination, codes 93526, 93543, and 93545 justify
               replacement by code 93549.

29

MCK 000108

*EXAMPLES*

– 10 –

Typical Session with CodeReview

Example of "QM" Rule

Computer
Prompt   :   Please enter all CPT-4 procedure codes appearing on the claim,
             or, if a code is absent, look up the code(s) using the CPT-4
             procedure manual or another aid, and enter the code(s).

User enters:
             58980
             44000

Computer
Response:    1. 58980 laparoscopy of pelvis
             2. 44000 enterolysis

             If all codes are as you intended, press Return.
             If one or more codes were not intended, press Escape to
             re-start this session, and enter all intended code(s).

User enters [presses one key]:
             Return

Computer
Response:
             ??  1. 58980 laparoscopy of pelvis
             ??  2. 44000 enterolysis

             To know the reason for the question(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
             Return

Computer
Response:    It is likely that lysis of adhesions occurred as part of the
             laparoscopy, in which case replace both codes with 58985. If
             the two procedures were actually separate (unlikely), keep
             both codes.

BC

MCK 000109

*EXAMPLE 6*

Example of "QS/QB" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           35820
           33512

Computer
Response:  1. 35820 explore chest vessels for post-op hemorrhage
           2. 33512 coronary arteries bypass

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:
        ??  1. 35820 explore chest vessels for post-op hemorrhage
            2. 33512 coronary arteries bypass

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response: Before accepting code 35820:
          HAVE:  the operative report reviewed
          BY:    a registered nurse
          WHY:   to determine if the post-op bleeding occurred during
                 the same operative session (before leaving the
                 recovery room), in which case do not pay for 35820.

31

MCK 000110

*EXAMPLE 7*

— 12 —

<u>Typical Session with CodeReview</u>

Example of "Q1" Rule

<u>Computer</u>
<u>Prompt</u> : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

<u>User enters:</u>
          58942

<u>Computer</u>
<u>Response:</u> 1. 58942 removal of ovary(ies)

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

<u>User enters [presses one key]:</u>
          Return

<u>Computer</u>
<u>Response:</u>
          ?? 1. 58942 removal of ovary(ies)

          To know the reason for the question(s), press Return.
          Otherwise, press Escape.

<u>User enters [presses one key]:</u>
          Return

<u>Computer</u>
<u>Response:</u> Confirm a diagnosis of malignancy by looking at the claim,
          or by reviewing the pathology report. If there is no
          malignancy, consider 58940 as a replacement.

32

MCK 000111

*EXAMPLE 8*

-- 13 --

### Typical Session with CodeReview
Example of "Q2" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           38300

Computer
Response: 1. 38300 drainage of lymph node abscess; simple

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the type of anesthesia.
                    ANESTHESIA CHOICES:
           General
           Regional
           Spinal
           Local
           Anesthesia type other than those listed above
           Anesthesia type is not provided on the claim, or no evidence
             of anesthesia is provided on the claim

User enters [after moving cursor to the correct line]:
           Return

Computer
Response:  Enter the patient's age.
                    AGE CHOICES:
           Patient's age is 9 or younger
           Patient's age is 10 or older

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF ANESTHESIA WAS GENERAL AND AGE WAS 9 OR YOUNGER:
Computer
Response:  Assign the following code(s) for payment:
           1. 38510 biopsy or excision, deep cervical node(s)

33

MCK 000112

14

> To know the reason for the change(s), press Return.
> Otherwise, press Escape.

<u>User enters</u> [presses one key]:
     Return

<u>Computer
Response</u>:  1. 38300 is changed to 38510 because the use of general
       anesthesia demonstrates that this was more difficult
       than a standard, asterisked 38300 procedure; and the
       child's age implies that general anesthesia was
       necessary.

PATH TWO: IF <u>ANY OTHER COMBINATION</u> OF RESPONSES WAS MADE:
<u>Computer
Response</u>:  Assign the following code(s) for payment:
      1. 38300 drainage of lymph node abscess; simple

> To know the reason for the change(s), press Return.
> Otherwise, press Escape.

<u>User enters</u> [presses one key]:
     Return

<u>Computer
Response</u>:  1. 38300 has been accepted with no change.

34

MCK 000113

*EXAMPLE   9*

## Typical Session with CodeReview

Example of "Q3" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           38500

Computer
Response:  1. 38500 biopsy/removal, lymph node(s)

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the appropriate code charge as it appears on the
           claim for procedure 38500:
                          CODE CHARGE CHOICES:
           Under $300
           $300 or more
           No charge is listed for code 38500

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF CHARGE IS $300 OR MORE:
Computer
Response:  Assign the following code(s) for payment:
       ??  1. 38500 biopsy/removal, lymph node(s)

           To know the reason for the question(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Before accepting code 38500:
           HAVE:  the office records reviewed
           BY:    a registered nurse
           WHY:   to determine the extent of the procedure, and the
                  location in the body. Consider replacement with
                  any of codes 38510-38525.

35

MCK 000114

— 16 —

PATH TWO: IF CHARGE IS <u>NOT MORE THAN $300</u>:

<u>Computer
Response:</u>  Assign the following code(s) for payment:
1. 38500 biopsy/removal, lymph node(s)

To know the reason for the change(s), press Return.
Otherwise, press Escape.

<u>User enters [presses one key]:</u>
Return

<u>Computer
Response:</u>  1. 38500 has been accepted with no change.

36

MCK 000115

*EXAMPLE 10*

*- 1:*

### Typical Session with CodeReview

Example of "Q4" Rule

Computer
Prompt   :  Please enter all CPT-4 procedure codes appearing on the claim,
            or, if a code is absent, look up the code(s) using the CPT-4
            procedure manual or another aid, and enter the code(s).

User enters:
            46934

Computer
Response:   1. 46934 destruction of hemorrhoids, internal

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

User enters [presses one key]:
            Return

Computer
Response:   Please compare the charge on the claim for procedure 46934
            with the payment limit for procedure 46500 (injection into
            hemorrhoids):
                            CHARGE COMPARISON:
            1. Charge for 46934 is GREATER THAN payment limit for 46500
            2. Charge for 46934 is LESS THAN OR EQUAL TO payment limit for 46500
            3. No charge is listed on the claim for 46934

User enters [after moving cursor to the correct line]:
            Return

PATH ONE: IF CHARGE IS GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:   Assign the following code(s) for payment:
        ??  1. 46934 destruction of hemorrhoids, internal

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   Allow no higher payment than the maximum allowable
            payment for code 46500.

PATH TWO: IF CHARGE IS NOT GREATER THAN PAYMENT LIMIT FOR 46500:
Computer
Response:   Assign the following code(s) for payment:
            1. 46934 destruction of hemorrhoids, internal

37

MCK 000116

- 18 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
          Return

Computer
Response:   1. 46934 has been accepted with no change.

38

MCK 000117

*EXAMPLE 11*
*- 1.*

## Typical Session with CodeReview

### Example of "Q5" Rule

Computer
Prompt  : Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
93220

Computer
Response: 1. 93220 vectorcardiogram, with interpretation & report

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response: Enter the place of service for 93220.
PLACE OF SERVICE CHOICES:
Inpatient Hospital
Outpatient Hosp./Emergency Dept./Surg. Center
Office
Place of service other than those listed above
Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF PLACE OF SERVICE IS <u>INPATIENT</u>:
Computer
Response: Assign the following code(s) for payment:
1. 93222 vectorcardiogram, interpretation & report only

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response: 1. 93220 is changed to 93222 because the hospital generally
provides equipment and performs the service.

PATH TWO: IF PLACE OF SERVICE IS <u>OTHER THAN INPATIENT</u>:
Computer
Response: Assign the following code(s) for payment:
1. 93220 vectorcardiogram, with interpretation & report

39

MCK 000118

- 20 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 93220 has been accepted with no change.

40

MCK 000119

*EXAMPLE 12*

- 21 -

## Typical Session with CodeReview

Example of "Q6" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           92502
           90060

Computer
Response:  1. 92502 ear-nose-throat exam with general anesthesia
           2. 90060 visit, intermediate, established patient

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the type of anesthesia listed on the claim.
                         ANESTHESIA CHOICES:
           General
           Regional
           Spinal
           Local
           Anesthesia type other than those listed above
           Anesthesia type is not provided on the claim, or no evidence
             of anesthesia is provided on the claim

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF NO EVIDENCE OF ANESTHESIA PROVIDED/NO TYPE OF ANESTHESIA
          IS LISTED:
Computer
Response:  Assign the following code(s) for payment:
           1. 90060 visit, intermediate, established patient

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

41

MCK 000120

Computer
Response:    1. 90060 has been accepted with no change.
             2. 92502 is excluded: because there was no evidence that
                general anesthesia was used.

PATH TWO: IF ANY OTHER RESPONSE ABOUT ANESTHESIA WAS MADE:

Computer
Response:    Assign the following code(s) for payment:
             1. 92502 ear-nose-throat exam with general anesthesia
             2. 90060 visit, intermediate, established patient

             To know the reason for the change(s), press Return.
             Otherwise, press Escape.

User enters [presses one key]:
             Return

Computer
Response:    1. 90060 has been accepted with no change.
             2. 92502 has been accepted with no change.

42

MCK 000121

*EXAMPLE 13*

Typical Session with CodeReview

Example of "Q7" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
or, if a code is absent, look up the code(s) using the CPT-4
procedure manual or another aid, and enter the code(s).

User enters:
54380

Computer
Response:  1. 54380 repair penis for epispadias

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to
re-start this session, and enter all intended code(s).

User enters [presses one key]:
Return

Computer
Response:  Enter the patient's age.
                          AGE CHOICES:
Patient's age is 17 or younger
Patient's age is 18 or older

User enters [after moving cursor to the correct line]:
Return

PATH ONE: IF THE AGE IS 18 OR OLDER:
Computer
Response:
??  1. 54380 repair penis for epispadias

To know the reason for the question(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
Return

Computer
Response: Before accepting code 54380:
HAVE: the operative report reviewed
BY:   a physician
WHY:  What was really done, and was this really epispadias?
In a non-pediatric patient, the procedure is usually
for hypospadias.

43

MCK 000122

− 24 −

PATH TWO: IF THE AGE IS <u>17 OR YOUNGER</u>:
<u>Computer</u>
<u>Response</u>:
      1. 54380 repair penis for epispadias

      To know the reason for the question(s), press Return.
      Otherwise, press Escape.

<u>User enters</u> [presses one key]:
      Return

<u>Computer</u>
<u>Response</u>: 1. 54380 has been accepted with no change.

44

MCK 000123

*EXAMPLE 14*

· 26

## Typical Session with CodeReview

**Example of "Q8" Rule**

Computer
Prompt   : Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
        64782

Computer
Response: 1. 64782 remove neuroma, hand or foot nerve

          If all codes are as you intended, press Return.
          If one or more codes were not intended, press Escape to
          re-start this session, and enter all intended code(s).

User enters [presses one key]:
        Return

Computer
Response: Enter the provider's specialty as it appears on the claim:
                     PROVIDER SPECIALTY CHOICES:
          Podiatrist, DPM, foot doctor, foot group
          Specialty other than podiatrist/DPM/foot doctor/foot group
          No provider specialty is listed on the claim

User enters [after moving cursor to the correct line]:
        Return

PATH ONE: IF PROVIDER IS A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
          1. 28080 remove Morton's neuroma, foot

          To know the reason for the change(s), press Return.
          Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response: A neuroma excision performed by a podiatrist is
          overwhelmingly likely to be a Morton's neurectomy, even if
          not coded as such. Therefore, code 64782 has been replaced
          by 28080.


PATH TWO: IF PROVIDER IS NOT A PODIATRIST:
Computer
Response: Assign the following code(s) for payment:
          1. 64782 remove neuroma, hand or foot nerve

45

MCK 000124

- 2 -

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:  1. 64782 has been accepted with no change.

46

MCK 000125

*EXAMPLE 15*

- 27 -

## Typical Session with CodeReview

Example of "Q9" Rule

Computer
Prompt  :  Please enter all CPT-4 procedure codes appearing on the claim,
           or, if a code is absent, look up the code(s) using the CPT-4
           procedure manual or another aid, and enter the code(s).

User enters:
           58605

Computer
Response:  1. 58605 division of fallopian tube (postpartum during
              same hospitalization)

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Assign the following code(s) for payment:
           1. 58600 division of fallopian tube

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  Code 58600 is used if fallopian tube ligation/transection
           was the only procedure performed during an admission.

47

MCK 000126

*EXAMPLE 16*

## Typical Session with CodeReview

Example of "L1" Rule

Computer
Prompt   :   Please enter all CPT-4 procedure codes appearing on the claim,
             or, if a code is absent, look up the code(s) using the CPT-4
             procedure manual or another aid, and enter the code(s).

User enters:
             43830
             43840

Computer
Response:   1. 43830 surgical opening of stomach
            2. 43840 repair of stomach lesion

            If all codes are as you intended, press Return.
            If one or more codes were not intended, press Escape to
            re-start this session, and enter all intended code(s).

Computer
Response:   Assign the following code(s) for payment:
     ??     1. 43830 surgical opening of stomach
            2. 43840 repair of stomach lesion

            To know the reason for the question(s), press Return.
            Otherwise, press Escape.

User enters [presses one key]:
            Return

Computer
Response:   1. 43830 Limit payment of 43830 to $150, because it appears
               with 43840.
            2. 43840 has been accepted with no change.

48

MCK 000127

*EXAMPLE 17*
*- 8 -*

## Typical Session with CodeReview

### Example of "EP" Rule

Computer
Prompt   : Please enter all CPT-4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT-4 procedure manual or another aid, and enter the code(s).

User enters:
           93005
           93010

Computer
Response:  1. 93005 electrocardiogram, tracing only
           2. 93010 electrocardiogram, interpretation & report only

           If all codes are as you intended, press Return.
           If one or more codes were not intended, press Escape to
           re-start this session, and enter all intended code(s).

User enters [presses one key]:
           Return

Computer
Response:  Enter the place of service.
                    PLACE OF SERVICE CHOICES:
           Inpatient Hospital
           Outpatient Hosp./Emergency Dept./Surg. Center
           Office
           Place of service other than those listed above
           Place of service is not provided on the claim

User enters [after moving cursor to the correct line]:
           Return

PATH ONE: IF PLACE OF SERVICE IS INPATIENT:
Computer
Response:  Assign the following code(s) for payment:
           1. 93010 electrocardiogram, interpretation & report only

           To know the reason for the change(s), press Return.
           Otherwise, press Escape.

User enters [presses one key]:
           Return

Computer
Response:  1. 93005 is excluded: because the hospital generally
                 provides equipment and performs the service.
           2. 93010 has been accepted with no change.

49

MCK 000128

7

**2. PATH TWO: IF PLACE OF SERVICE IS OTHER THAN INPATIENT:**

<u>Computer</u>
<u>Response</u>:  Assign the following code(s) for payment:
            1. 93000 electrocardiogram, complete

            To know the reason for the change(s), press Return.
            Otherwise, press Escape.

<u>User enters</u> [presses one key]:
            Return

<u>Computer</u>
<u>Response</u>:  1. In combination, codes 93005 and 93010 justify
               replacement by code 93000.

5 0

MCK 000129

*EXAMPLE 18*

– 8 –

## Typical Session with CodeReview

Example of "EA" Rule

**Computer Prompt** :  Please enter all CPT–4 procedure codes appearing on the claim, or, if a code is absent, look up the code(s) using the CPT–4 procedure manual or another aid, and enter the code(s).

User enters:
    93503
    93501

**Computer Response:**  1. 93503 right heart cath; Swan-Ganz catheter
    2. 93501 right heart catheterization; only

If all codes are as you intended, press Return.
If one or more codes were not intended, press Escape to re-start this session, and enter all intended code(s).

User enters [presses one key]:
    Return

**Computer Response:**  Enter the age of the patient.
        AGE CHOICES:

    Age 20 or younger
    Age 21 or older

User enters [after moving cursor to the correct line]:
    Return

PATH ONE: IF AGE IS 20 OR YOUNGER:
**Computer Response:**  Assign the following code(s) for payment:
    1. 93503 right heart cath; Swan-Ganz catheter

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
    Return

**Computer Response:**  1. 93503 has been accepted with no change.
    2. 93501 is excluded: because, in this age group, the two procedures are virtually identical.

PATH TWO: IF AGE IS 21 OR OLDER:
**Computer Response:**  Assign the following code(s) for payment:
    1. 93503 right heart cath; Swan-Ganz catheter
    2. 93501 right heart catheterization; only

51

MCK 000130

To know the reason for the change(s), press Return.
Otherwise, press Escape.

User enters [presses one key]:
        Return

Computer
Response:    1. 93503 has been accepted with no change.
            2. 93501 has been accepted with no change.

52

MCK 000131

## APPENDIX B

### RULES DESCRIPTIONS

PART I.

<u>Rules Applied to Multiple Codes</u>: Contained in INTERACT.dbf

RULE                DESCRIPTION

<u>Replace ACODE with DCODE</u>

R1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  delete ACODE, keep <u>BCODE to CCODE</u>, and add
                  DCODE.

<u>Replace ACODE, BCODE, CCODE, and DCODE (in ascending
order) with ECODE</u>

R2        If ACODE appears with BCODE,
                  delete ACODE and BCODE and add CCODE.

R3        If ACODE appears with BCODE and CCODE,
                  delete ACODE, BCODE, and CCODE, and add
                  DCODE.

R4        If ACODE appears with BCODE, CCODE, and DCODE,
                  delete ACODE, BCODE, CCODE, and DCODE, and
                  add ECODE.

<u>Exclude BCODE to CCODE (Keep ACODE)</u>

E2        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude BCODE to CCODE, and keep ACODE.

<u>Keep BCODE to CCODE (Exclude ACODE)</u>

E1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  exclude ACODE, and keep BCODE to CCODE.

<u>Limit ACODE payment</u>

L1        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>,
                  limit the payment of ACODE to DCODE.

EP        If ACODE appears with another code in the range of
          (and including) <u>BCODE to CCODE</u>, and in POS is ECODE,
                  then exclude ACODE and keep BCODE to CCODE.

53

MCK 000132

EA      If ACODE appears with BCODE and if AGE is between
        <u>CCODE to DCODE,</u>
                then exclude ACODE and keep BCODE.
        <u>Query for More Info because of Multiple Codes</u>

QM      If ACODE appears with another code in the range of
        <u>BCODE to DCODE,</u> there is a question about this
        combination of codes.

QS      If ACODE appears with another code in the range of
        <u>BCODE to CCODE,</u> then there is a question about ACODE.

QB      If ACODE appears with another code in the range of
        <u>BCODE to CCODE,</u> then there is a question about the
        code in the BCODE to CCODE range.

        IN ALL THE ABOVE CASES, IF THERE IS A SPECIFIC MESSAGE
APPLIED TO THE RULE FOR WHICH CERTAIN CHANGES OCCUR, THEN THE
MESSAGE NUMBER RESIDES IN ECODE, AND THE CORRESPONDING MESSAGE
IS IN MESSAGE.dbf.

PART II.

<u>Rules applied to each code individually</u>: Contained in
BYITSELF.dbf

RULE                DESCRIPTION

Q1      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the claim,
                then <u>always</u> request more information ("by
                report") as specified in MESSAGE.

Q2      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and more than
        one of the following fields have entries that match
        the claim: DOLLARLIM, CODELIM, POS, ANESTHESIA, BEGAGE
        to ENDAGE, DX,
                then request more information as specified in
                MESSAGE.

Q3      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the charge
        on the claim is greater than DOLLALIM,
                then request more information as specified in
                MESSAGE.

Q4      If CODE survives rules applied to multiple codes or
        CODE is only one submitted on the form and the charge
        on the claim is greater than the fee screen for
        CODELIM,

54

MCK 000133