# EXHIBIT P
# (Part 2)

then request more information as specified in MESSAGE.

Q5    If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the place of service is POS,
  then request more information as specified in MESSAGE.
In addition, if CODELIM = 0 and the place of service is POS,
  replace the code in question with CODELIM and the reason is flagged by MESSAGETYPE.

Q6    If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and there is no evidence of anesthetic as specified in ANESTHESIA,
  then request more information as specified in MESSAGE.

Q7    If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the patient's age is between BEGAGE and ENDAGE,
  then request more information as specified in MESSAGE.

Q8    If CODE survives rules applied to multiple codes or CODE is only one submitted on the form and the diagnosis is DX,
  then request more information as specified in MESSAGE.
In addition, if CODELIM = 0 and the DX, or ICD9CODE (or provider) is true,
  then replace the code in question with CODELIM, and the reason is flagged by MESSAGETYPE.

Q9    If CODE survives the rules applied to multiple codes or CODE is only one submitted on the form,
  then replace ACODE with CODELIM, and the reason is flagged by MESSAGETYPE.

55

MCK 000134

# APPENDIX C

ALLCODE:
Allcode is the file which contains every code, as well as information which pertains to certain codes code.

CODE = presented code (all codes represented)

TITLE4 = description of code from CPT-4 tape

RVU = rvu of code (relative value unit)

AST = indicate if a global procedure (all inclusive)

SUPERSED:

CODE = presented code which is to be superseded

SUPERCODE = the code(s) which supersedes "CODE"

INTERACT:

| | |
|---|---|
| ACODE = contains CPT-4 codes | all rules |
| RULE = E1, E2, R1-RN, QM, QS, QB, L1 | |
| SCODE, CODE = contains CPT-4 codes | all rules |
| DCODE = cpt4 code | R1, R3 + |
| DCODE = dollar amount | L1 |
| ECODE = cpt4 code | R4 ... |
| ECODE = messagetype | all rules except R4 and above |

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

56

MCK 000135

BYITSELF:

CODE = code which presents a problem when presented
either by itself or with other codes

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

RULE = Q1, Q2,...,Q9

SINGLE = currently indicates, if true, that the code
needs to be either the sole surviving code, or
the only code on the claim, in order for the
rule (in RULE) to be fired.  This field is
currently under revision to become broader in
scope, ie if the coe is the only surviving
code do rule A, or if the code is with other
codes, do rule B.

MESAGETYPE = internally assigned 'code' which will
match a type in MESSAGE.dbf, which
contains English language messages for the
CodeReview user.

DOLLARLIM = $ limit which if exceeded leads user to
more information, else accept code          Q3

POS = place of service                                       Q5

ANESTHESIA = contains a type of anethesia (general)   Q6

BEGAGE = start of an age range inappropriate for the
procedure                                               Q7

ENDAGE = end of the age range inappropriate for the
prcedure                                                Q7

DX = diagnosis(es) inappropriate for the procedure   Q8

ICD9CODE = ICD-9-CM diagnosis code inapprorpiate for
the procedure                                           Q8

CODELIM = code which the charge for CODE will be
compared to (greater than, less than)     Q4

CODELIM = code which will replace code if

1) if the POS is inappropriate.             Q5

2) if the DX or ICD9CODE is inappropriate   Q8

3) in all circumstances for Q9              Q9

S7

MCK 000136

MESSAGE:

TYPE = assign 'code name' for message

ORIGIN = indicates multiple, single or both

OP = ask for op report?

PATH = ask for pathology report?

OFF = ask for office records?

HOS = ask for hospital progress notes?

OTHER = ask for another claim?

REVIEWER = is the type of reviewer the asked-for information should be sent to and reviewed by (ie nurse, supervisor, physician etc)

TOLOOKFOR = specified items that the reviewer should look for upon receiving the asked-for information

ENTRYDATE = holds date rule was entered

INTERVIEW = holds date rule was developed

58

MCK 000137

APPENDIX D

```
CLOSE DATABASES
set bell off
SET TALK OFF
SET ECHO OFF
SET CONFIRM ON
SET EXACT OFF
set scoreboard off
set deleted on
set status off


PUBLIC CLIPPER
SELECT 1
USE CONFIG
session = session_no-1
failed = .f.
note = .f.
xclaim_no = ' '
get_date = .t.
one_date = .t.
temp_date=('  /  /  ')
IF COLOR
    company = company
    COLORM = COLMAIN
    COLORH = COLHELP
    col_look = col_look
    col_say = col_say
    SET COLOR TO &COLORM
    color = .t.
else
    color = .f.
ENDIF
select 1
use
clear


*   SELECT 3                        && opened and closed in entry.prg
*   USE SUPERSED INDEX SUPERSED
*   SELECT 4                        && multiple.prg, action
*   USE INTERACT INDEX INTERACT
**  SELECT 5
**  USE BYITSELF INDEX BYITSELF     && rules.prg
**  SELECT 6
**  USE MESSAGE INDEX MESSAGE       && rules.prg
**  select 10                       && recomm.prg
**  use  new
*   memory variables


header = ' '
helpline = ' '
e_col = 12
c_col = 21
d_col = 33
m_col = 71
s_col = e_col -5
l_col = s_col -6
g_col = 8
if clipper
helpline1 = ;
 -Modify Code    Esc-Exit'
enter = '<Enter> '+chr(17)+chr(196)+chr(217)
helpline3 =  ;
 'F1-Help              '+ enter + 'Recommendations                Esc-Exit '
```

59

MCK 000138

```
helpline9 = ;                    Enter                    provided
                       <Ent  -claim number in space prov   ed>
header2=company + space(1.)+'INDEX LOOKUP SCREEN' + space(16) + dtoc(date())
helpline5 =   ;
 - Make Selection                        Esc-Return'
helpline6 =   ;
 - Make Selection               Esc-Choose New Text'
else
helpline1 =   ;
'CHOICE: [ ]   P - Process   A - Add    # - Modify Code  R - Restart    Q - Quit'

helpline3 =;
'CHOICE: [ ]    X - Explain Recommendations      N - New Session     Q - Quit'
helpline4 =';
'CHOICE: [ ]              N - New Session                    Q - Quit'
endif
helpline2 =   ;
           CodeReview is processing input codes ... please stand by
header1=company + space(10)+'CodeReview' + space(9) + '(C) Copyright HPR Inc. 198
*header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
helpline7 = ;
                            ESC -- Exit Help

choice = 'P'
do while .t.
    select 1
    use config
    session=session+1
    replace session_no with session
    close databases
    code_count = 0
    code_cnt = 0
    SELECT 1
    USE ALLCODE INDEX ALLCODE
    SELECT 2
    USE PROCESS
    clear
    if clipper
        select 8
        use cptindx index cptindx
        select 9
        use tempcpt index tempcpt
    endif
    DO ENTRY
    if choice = 'R'
        loop
    else
        if choice = 'Q'
            close databases
            return
        endif
    endif
    if one_date .or. .not. get_date
      select process
      temp_date=code_date
      if code_count > 1
          DO MULTIPLE.prg          && exclude, replacement, QM rules
      endif
      DO RULES.PRG
    else
      select process
      go top
      temp_date=code_date
      set filter to endstatus $ 'AP' .and. code_date=temp_date
      go top
      count to code_count                            LoO
```

MCK 000139

```
                            eof(..)
    go top
    do while .not. eof() .and. code_date=temp_date
        if code_count > 1
            DO MULTIPLE.prg         && exclude, replacement, QM rules
        endif
        DO RULES.PRG
        select process
        set filter to code_date=temp_date
        go bott
        set filter to
        skip
        if eof()
            exit
        endif
        temp_date=code_date
        set filter to endstatus $ 'AP' .and. code_date=temp_date
        go top
        count to code_count
        go top
    enddo
endif
do recomm
if clipper
    loop
else
    if choice = 'N'
        loop
    endif
endif
exit
enddo
CLOSE DATABASES
```

MCK 000140

```
* ENTRY.PRG
** PAINT SCREEN

select 3
use supersed index supersed
SET PROCEDURE TO PROCS1
header= header1
sup_date=ctod('  /  /  ')
IF CLIPPER
     do setkey with .t.
endif
esc = .f.
store space(5) to code1,code2,code3,code4,code5,code6,code7,code8
help_field = 1
dnkey = .f.
upkey = .f.
mode = 0
see = .f.
store ' ' to scrn1,scrn2,scrn3
xcode_date = ctod('  /  /  ')
get_date = .t.
set date american


@ 1,1 get header
**@ 23,1 get helpline9
**clear gets
**@ 6,6 say 'Enter claim number:  '
**xclaim_no = space(10)
**@ 6,30 get xclaim_no
**read
**clear gets

**clear
**header9=company + space(18)+'CodeReview'+space(9) + 'Claim #: '+xclaim_no
**@1,1 get header9
@ 3,s_col say 'INPUT CODE'
@ 4,s_col to 4,s_col + 9
@ 3,c_col say 'DATE'
@ 4,c_col to 4,c_col + 3
@ 3,d_col SAY 'DESCRIPTION'
@ 4,d_col to 4,d_col + 10
@ 3,m_col-1 say 'CHARGE'
@ 4,m_col-1 to 4,m_col + 4
helpline = helpline1
@ 23,1 get helpline
clear gets


select process
set safety off
zap
set safety on

** MEMORY VARIABLES
choice = 'P'
help_on = .f.
LIN = '_'
row = 6
counter = 1
done = .f.
get_charge = .t.
add = .t.
```

62.

MCK 000141

```
SELECT PROCESS
append blank
replace begstatus with 'P',endstatus with 'P', session_no with session
do while .not. done
     store .f. to upkey,dnkey
     @ row,s_col say str(counter,2) + '.'
     DO GETCODE
     SELECT PROCESS
     if clipper
        if upkey
            row = row - 1
            counter = counter - 1
            skip -1
            loop
        endif
     endif
     if .not. done .and. counter < 8
        counter = counter + 1
        save_rec = recno()
        go bott
        if recno() = save_rec
           append blank
           replace begstatus with 'P',endstatus with 'P', session_no ;
                with session
        else
           go save_rec
              skip
        endif
     endif
     row = counter + 5
enddo
do while .t.
   if clipper
      exit
   endif
   SELECT PROCESS
   choice = 'P'
   SET CONFIRM OFF
   @ 23,10 get choice picture '!'
   read
   SET CONFIRM ON
   if .not. (trim(choice) $ 'AHPRQ' .or. (val(choice) > 0 ;
                                     .and. val(choice) <= counter))
         ?? chr(7)
         loop
   else
         mod_rec = val(choice)
         do case
            case choice = 'A' .or. val(choice) = counter
                IF COUNTER < 8
                    done = .f.
                    SELECT PROCESS
                    append blank
                    replace begstatus with 'P',endstatus with 'P'
                    row = counter + 5
                    @ row,s_col say str(counter,2) + '.'
                    do getcode
                    if .not. done        && code was added
                        counter = counter + 1 && increment for next time around
                    endif
                ENDIF

            case mod_rec > 0 .and. mod_rec < 10
                go mod_rec
                row = mod_rec + 5
```

MCK 000142

```
                          get code
                     do getcode

              case choice = 'P'
                   exit

                 case choice = 'RQ'
                     exit

                 case choice = 'H'
                      do help
             endcase
          if choice $ 'RQ'
             return
          endif
          choice = 'P'
          endif
       enddo
       if .not. esc
          helpline = helpline2
          @ 23,1 get helpline
          clear gets
          select process
          go bott
          if code = 0
              delete
              pack
          endif
**        count to code_count
          set safety off
          select process
          set filter to endstatus = 'S'
          go top
          do while .not. eof()
               xreplace = replacedby
               sup_date=code_date
               append blank
               replace session_no with session,outcome with choice,code with;
                   xreplace,begstatus with 'S',code_date with sup_date, ;
                   endstatus with 'A'
              skip
          enddo
          set filter to
          set date ansi
          index on dtoc(code_date) + str(code,5) to process
          set filter to endstatus $ 'AP'
          count to code_count
          go top
          do while .not. eof()
            tem_date=code_date
            skip
            if code_date <> tem_date
              one_date = .f.
              exit
            endif
          enddo
          select 2
          use process index process
          select 3
          use
       endif
       IF CLIPPER
           do setkey with .f.
       endif

       return                           64
```

MCK 000143

```
* PROCS.PRG

PROCEDURE GETCODE
*
    tries = 1
    DO WHILE .T.
        SELECT PROCESS
        if code = 0
            xcode = space(5)
        else
            xcode = str(code,5)
        endif
        @ row,e_col get xcode picture '99999'
        help_field = 1
        read
        IF ESC
            return
        ENDIF
        if xcode = space(5)
            @ row,s_col say space(11)
            if upkey
                exit
            endif
            done = .t.
            if counter = 1 .and. clipper
                choice = 'Q'
            else
                choice = 'P'
            endif
            RETURN
        endif
        IF CLIPPER .and. help_on
            LOOP
        ENDIF
        replace code with val(xcode)
        SELECT ALLCODE
        set exact on
        SEEK PROCESS->code
        set exact off
        if .not. eof()
            SELECT SUPERSED
            SEEK PROCESS->code
            if .not. eof()
                select process
                replace endstatus with 'S',replacedby with ;
                    supersed->supercode
            else
                SELECT PROCESS
                if begstatus = 'P' .and. endstatus $ 'IS'
                replace endstatus with 'P',replacedby with 0
                endif
            endif
            @ row,e_col say PROCESS->code picture '99999'
            @ row,d_col say allcode->title4
        else
            if tries = 1
                ?? chr(7)
                mess = 'INVALID CODE !!'
                @ row,d_col say substr(mess + space(18),1,28)
                tries = 2
                loop
            else
                @ row,e_col say PROCESS->code picture '99999'
                @ row,d_col say 'Invalid code will be ignored'
                SELECT PROCESS                    65
```

MCK 000144

```
                              replace
                     re  rec endstatus with 'I'
                    endif
                endif
        SELECT PROCESS
        if get_date .and. .not. upkey .and. .not. dnkey .and. .not. done
            @ row,c_col get xcode_date
            help_field = 2
            read
            if esc
                return
            endif
            if year(xcode_date) = 0 .and. counter = 1
                get_date = .f.
                @ row,c_col say space(8)
                @ 3,c_col say space(5)
                @ 4,c_col say space(5)
            else
                @ row,c_col say dtoc(xcode_date)
            endif
                replace code_date with xcode_date
        endif
        if counter = 1
            @ row,m_col-1 say '$'
*************     CHECK FOR DUPES
        else
            save_recno = recno()
            ycode_date = code_date
            go top
            locate for code=val(xcode) .and. recno()< save_recno ;
                    .and. code_date = ycode_date && .and. endstatus <> 'L'
            if .not. eof()
                go save_recno
                replace endstatus with 'L'
            else
                go save_recno
            endif
        endif
        if get_charge .and. code <> 0 .and. .not. upkey .and..not. dnkey;
                        .and. .not. done
            @ row,m_col get claim_amt picture '99999'
            help_field = 3
            read
            if esc
                return
            endif
            @ row,m_col say claim_amt picture '99999'
        endif
        if counter = 1
            if claim_amt = 0
                get_charge = .f.
                @ row,m_col - 2 say space(8)
                @ 3,m_col-1 say space(7)
                @ 4,m_col-1 say space(7)
            endif
        endif
        exit
    enddo
RETURN

PROCEDURE HELP

*
RETURN
do setkey with .f.
IF CLIPPER
    SAVE SCREEN
```

MCK 000145

```
        HELP_ON = .T.
ENDIF
save_help = helpline
helpline = helpline7
@ 23,1 get helpline
clear gets
SELECT PROCESS
store SPACE(6) to help1,help2,help3,help4
if color
      SET COLOR TO &COLORH
endif
*@ 16,5 CLEAR TO 21,73
*@ 16,5 to 21,73  double
help_on = .t.
do case
      case help_field = 1
            mess = 'Enter the CPT-4 code as it appears on the claim form. ';
        + 'If you are unsure of the code, press <F2> to do a lookup by the ';
        + 'index of the CPT-4 Manual'

            do format1 with mess,14,15,63
      case help_field = 2
            mess = 'Enter the date as it appears on the claim form. This is ';
          + 'optional'

            do format1 with mess,14,15,63

      case help_field = 3
            mess = 'Enter the dollar amount of the claim '
            do format1 with mess,14,15,63

      case choice = 'H'
      help1 = '      "P" -- Process; all codes have been correctly input'
      help2 = '      "A" -- Add another code'
      help3 = '      "#" -- Enter line number to edit code already input'
      help4 = '      "Q" -- Quit session'
      case code = 0
      help1 = '          CPT-4 CODE ENTRY -- HELP SCREEN'
      help3 = '    This is the help module for entry of a CPT-4 code '
      help4 = '    In this case, the code has not yet been input'

      case begstatus = 'P' .and. endstatus = 'P'
      help1 = '          CPT-4 CODE -- SUCCESSFUL ENTRY'
      help3 = '          CPT-4 code has been successfully entered'
      help4 = '          Both begstatus and endstatus are "P"'

      case endstatus = 'I'
      help1 = '              INVALID CODE'
      help2 = 'The CPT-4 code which has been entered is invalid.  The code'
      help3 = 'may be either corrected or left as is.  Processing will continue'
      help4 = 'and the program will simply ignore the any invalid codes'

      case begstatus = 'S' .and. endstatus = 'A'
      help1 = '              SUPERSEDED CODE'
      help2 = ' The code which was entered has been superseded by another'
      help3 = ' code following rules in the September, 1987 "Manual of '
      help4 = ' CPT-4 Codes"'

      endcase

      @ 17,8 say help1
      @ 18,8 say help2
      @ 19,8 say help3
      @ 20,8 say help4
      if color
            SET COLOR TO &COLORM
```

MCK 000146

```
endif
help_on = .f.
IF CLIPPER
      do while inkey() <> 27
      enddo
      RESTORE SCREEN
      do,setkey with .t.
ELSE
      @ 16,5 clear to 21,73
      helpline = save_help
      @ 23,1 get helpline
      clear gets
ENDIF
return


PROCEDURE SETKEY
*
parameter setflag
if setflag
      set key -4 to HIT_KEY
      set key -1 to HIT_KEY
      set key 5 to  upkey
      set key 27 to HIT_KEY
      set key 24 to dnkey
else
      set key -9 to        && F10
      set key -8 to
      set key -7 to        && F8
      set key -6 to
      set key -5 to
      set key -4 to        && F5
      set key -3 to
      set key -2 to
      set key -1 to        && F2
      set key 1 to         && home
      set key 3 to         && pagedn
      set key 4 to         && right
      set key 5 to         && upkey
      set key 6 to         && end
      set key 18 to        && pageup
      set key 19 to        && left
      set key 24 to        && downkey
      set key 27 to        && escape
endif
return


PROCEDURE HIT_KEY
*
parameter pn,pl,rv
DO CASE
      CASE LASTKEY() = 27
            CLEAR GETS
            DONE = .T.
            SELECT PROSPECT
            GO BOTT
            IF RECNO() = 1 .OR. EOF()
                  CHOICE = 'Q'
            ELSE
                  CHOICE = 'R'
            ENDIF
            ESC = .T.
            RETURN

      CASE LASTKEY() = -1
```

68

MCK 000147

*with .t,*

```
        do setkey with .t.
        DO LOOKUP.prg
        do setkey with .t.

    CASE LASTKEY() = -4
        CLEAR GETS
        DONE = .T.
        CHOICE = 'P'
ENDCASE
RETURN

procedure upkey
*
if counter > 1
        keyboard chr(13)
        UPKEY = .T.
ENDIF
return

procedure dnkey
*
save_rec = recno()
go bott
if recno() > save_rec
        keyboard chr(13)
endif
dnkey = .t.
go save_rec
return
```

69

MCK 000148

multiple.prg

```
SET PROCEDURE TO action
select 4
use interact index interact

TEMP = 0
NUMCODE = 0
TTRIGGER = 0
NEW = 0
store .t. to again
k = 1

do while again

**   DO samecode
**   if code_cnt > 1
     DO exclude                 && Checks exclusion rules
     select process
**     set filter to endstatus $ 'AP' .and. code_date=temp_date
     go top
     code_cnt = 0
     count to code_cnt    && for endstatus $ 'AP' .and. code_date=temp_date
     if code_cnt > 1
       DO replace                       && Checks replacement rules
       count to code_cnt   && for endstatus $ 'AP' .and. code_date=temp_date
       if code_cnt > 1
         do r1s                          && checks r1 rules
       else
**         store .f. to again
         exit
       endif
     else
**       store .f. to again
       exit
     endif
**   else
**   store .f. to again
**   exit
**   endif
enddo

select process
code_cnt = 0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
if code_cnt > 1
  DO query
endif
release all
select interact
use

RETURN
```

70

MCK 000149

```
*** ACTION.PRG

*** 3/20/88 MODIFICATIONS

***  --PROCESS FILTER NOT TURNED OFF AT END OF EXCLUDE, SINCE SAME FILTER
***      IS USED IN KEEP
***  --INTERACT IS NOW INDEXED ON SUBSTR(ACODE,5) + RULE.   INSTEAD OF SETTING
***      FILTER, SEEK IS DONE TO ARRIVE AT APPROPRIATE RULE.
***  --RULE "K" CHANGED TO "E1"; RULE "E" CHANGED TO "E2";   THESE CHANGES MADE
***      IN INTERACT
***  --MEMORY VARIABLES NOT USED IN PROCESSING



PROCEDURE exclude

* --- checks rules for exclusion and makes appropriate changes
*
*
  select process
  set filter to endstatus $ 'AP' .and. code_date=temp_date
  GO TOP
  do while .nct. eof() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PROC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,5) + 'E'
      IF .NOT. FOUND()
        SELECT PROCESS
        GO PROC_REC
        SKIP
        LOOP
      ENDIF
      EXCL_REC = RECNO()

      select process
      go top
      do while .not. eof() .and. code_date=temp_date
        if code = temp
          skip
          loop
        endif
        SELECT INTERACT                        && replacements
        GO EXCL_REC
        DO WHILE ACODE=TEMP .AND. substr(rule,1,1) = 'E' .and. .NOT. EOF()
          IF BCODE <= process->code .AND. process->code <= CCODE
            IF rule = 'E2'
              SELECT PROCESS
              REPLACE ENDSTATUS WITH "E", TRIGGER WITH TEMP, RULE WITH "E2"
              if interact->ecode<>0
                replace type with interact->ecode
              endif
              EXIT
            ELSE
              IF rule = 'E1'
                SELECT PROCESS
                temp_code = code
                temp_rec = recno()
                GO PROC_REC
                REPLACE ENDSTATUS WITH "E",TRIGGER WITH temp_code,RULE WITH "E1"
                if interact->ecode<>0
                  replace type with interact->ecode
```

MCK 000150

```
                    endif
                    go temp_re . temp_rec
                    EXIT
                ENDIF
              ENDIF
            ENDIF
            select interact
            SKIP
          ENDDO
          select process
          skip
        ENDDO                           && Loop 2
        SELECT PROCESS
        GO PROC_REC                     && Moving to next code for evaluation.
        SKIP
      enddo
SELECT INTERACT
**SELECT PROCESS
**SET FILTER TO
RETURN


PROCEDURE replace

* --- checks replacement rules for eligible codes and makes proper replacements
*
*

    select interact
    select process
    go top

    DO WHILE .NOT. EOF() .and. code_date=temp_date
      NUMCODE = 0
      TEMP = CODE
      PROC_REC = RECNO()
      SELECT INTERACT
      SEEK str(TEMP,5) + 'R2'
      IF eof()
        SELECT PROCESS
        GO PROC_REC
        skip
        loop
      ENDIF
      REP_REC = RECNO()

      SELECT PROCESS
      GO TOP
      DO WHILE .not. eof() .and. code_date=temp_date
        SELECT INTERACT
        GO REP_REC
        DO WHILE ACODE=TEMP .AND. rule = 'R2' .and. .NOT. EOF()
          IF BCODE = process->code
            NEW = CCODE
            SELECT PROCESS
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH TEMP;
                REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
            temp_rec = recno()
            temp_code = code
            ses_no = session_no
            GO PROC_REC
            REPLACE ENDSTATUS WITH "R", TRIGGER WITH temp_code;
                REPLACEDBY WITH NEW, RULE WITH "R2", type with interact->ecode
            rep_date=code_date
            append blank
            REPLACE SESSION_NO WITH ses_no, CODE WITH NEW;
```

7a

MCK 000151

```
                BEGSTATUS WITH "R", ENDSTATUS WITH "A", code_date with rep_date
                STORE .F. TO AGAIN
                go temp_rec
                EXIT
              ENDIF
              select interact
              SKIP
            ENDDO
            select process
            skip
          ENDDO
          SELECT PROCESS
          GO PROC_REC
          SKIP
        ENDDO
        if .not. again
          store .t. to again
        else
          store .f. to again
        endif
        select process
        return


PROCEDURE query

*---- checks codes for QM,QS,QB rules and makes appropriate changes
*
*

**select interact
**set filter to rule ='QM'       &&  looking only at codes which have multiple
                                 && code queries
select process
go top

do while .not. eof() .and. code_date=temp_date        && in process
  temp = code
  proc_rec = recno()
  select interact
  seek str(temp,5) + 'Q'
  if eof()
    select process
    go proc_rec
    skip
    loop
  endif
  quer_rec = recno()
  select process
  go top
  do while .not. eof() .and. code_date=temp_date        && in process
    if code = temp
      skip
      loop
    endif
    done=.f.
    select interact
    go quer_rec
    do while acode = temp .and. substr(rule,1,1) = 'Q' .and. .not. eof()
      if process->code >= bcode .and. process->code <= ccode
        do case

          case rule='QM'
            replace process->endstatus with 'M', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
```

```
                    process
           temp2 = prc  ss->code
           select proc  s
           go proc_rec
           replace endstatus with 'M', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
           done=.t.

        case rule='QS'
           temp2=process->code
           select process
           go proc_rec
           replace endstatus with 'Q', trigger with temp2, ;
              rule with interact->rule, type with interact->ecode
           done=.t.

        case rule='QB'
           replace process->endstatus with 'Q', process->trigger with temp, ;
              process->rule with rule, process->type with ecode
           done=.t.

        endcase
        if done
           exit
        endif
      endif
      select interact
      skip
   enddo
   if done
      exit
   endif
   select process
   skip
enddo
select process
go proc_rec
skip
enddo
**select process
**select interact
return


PROCEDURE r1s

*---- Checks surviving codes for R1 rules and makes proper replacement
*


select interact
**set filter to rule = 'R1'

select process
go top

do while .not. eof() .and. code_date=temp_date       && in process
   temp=code
   proc_rec = recno()
   select interact
   go top
   seek str(temp,5) + 'R1'
   if eof()
      select process
      go proc_rec
```

74

MCK 000153

```
        skip
        loop
  endif
  R1_rec = recno()
  select process
  go top
  select interact
  go R1_rec
  do while acode=temp .and. .not. eof() .and. rule='R1'        && in interact
     select process
     if code=temp
        skip
        select interact
        loop
     endif
     if interact->bcode<=code .and. code<=interact->ccode
        go proc_rec
        replace endstatus with '1', trigger with code;
        replacedby with interact->dcode, type with interact->ecode
        tem_date=code_date
        append blank
        replace code with interact->dcode, begstatus with '1';
        endstatus with 'A', code_date with tem_date, type with interact->ecode
        store .f. to again
        exit
     endif
     select interact
     skip
  enddo
  select process
  count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
  go top
  if code_cnt <= 1
     exit
  endif
  go proc_rec
  skip
enddo
return

PROCEDURE samecode

* eliminates a code if it appears twice, and should not be accepted twice
*
*
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
go top
first=code
do while .not. eof() .and. code_date=temp_date
  xcode=code
  proc_rec=recno()
  skip
  do while .not. eof() .and. code_date=temp_date
     if code=xcode
        replace endstatus with 'L', trigger with xcode
        exit
     else
        skip
        loop
     endif
  enddo
  go proc_rec
  skip
  if code=first
```

75

MCK 000154

```
      exit
   endif
enddo
select process
go top
code_cnt=0
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date
return

PROCEDURE limit_pay

* --- checks rules for payment limit due to code combination
*
*
select 10
use interact index interact
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date
GO TOP
do while .not. eof() .and. code_date=temp_date
     NUMCODE = 0
     TEMP = CODE
     PROC_REC = RECNO()
     SELECT INTERACT
     SEEK str(TEMP,5) + 'L'
     IF .NOT. FOUND()
        SELECT PROCESS
        GO PROC_REC
        SKIP
        LOOP
     ENDIF
     lim_rec = RECNO()

     select process
     go top
     do while .not. eof() .and. code_date=temp_date    && in process
       if code = temp
          skip
          loop
       endif
       SELECT interact
       GO lim_rec
       DO WHILE acode=temp .AND. rule = 'L1' .and. .NOT. EOF()
         IF BCODE <= process->code .AND. process->code <= CCODE
            SELECT PROCESS
            temp1=code
            temp_rec= recno()
            go proc_rec
            REPLACE ENDSTATUS WITH "U", TRIGGER WITH TEMP1, RULE WITH "L1" ;
               pay with interact->dcode
            go temp_rec
            EXIT
         ENDIF
         select interact
         SKIP
       ENDDO                                && in interact
       select process
       skip
     ENDDO                             && Loop 2, in process
     SELECT PROCESS
     GO PROC_REC                       && Moving to next code for evaluation
     SKIP
   enddo
SELECT INTERACT
use
**SELECT PROCESS
```

MCK 000155

```
**SET FILTER TO
RETURN
```

MCK 000156

```
* RULES.PRG

select 5
use byitself index byitself

set procedure to prompts
need_clear = .f.
new_age = 200
cur_row = 0
leftover = 0
code_text = ' '
cmess = ' '
prompt_ans = ' '
prompt_row = 16                        && check this with multiple codes !!
select process
set filter to endstatus $ 'AP' .and. code_date=temp_date .and. begstatus <> 'R'
count to code_cnt for endstatus $ 'AP' .and. code_date=temp_date .and. ;
   begstatus <> 'R'
go top

IF CLIPPER
    SAVE SCREEN to rule_scrn
ENDIF

DO WHILE .NOT. EOF() .and. code_date=temp_date
   xcode = code
   xreview = ' '
   xsource = ' '
   failed = .f.
   note = .f.
   select byitself
   seek xcode
   if eof()
      SELECT PROCESS
      SKIP
      LOOP
   endif
   IF SINGLE
      IF CODE_CNT > 1
         select process
         skip
         LOOP
      ENDIF
   ENDIF
   rulecheck = byitself->rule
   do case
      case rulecheck = 'Q1'
         select process
         replace endstatus with 'Q', rule with 'Q1',type with ;
            byitself->mesagetype

**    case rule = 'Q2'

      case rulecheck = 'Q3'
         dlim = '$'+ltrim(str(dollarlim,6))
         dline1 = substr('Under '+ dlim + space(25),1,29)
         dline2 = substr(dlim + ' or more' + space(25),1,29)
         dline3 = 'No charge is listed for ' + str(xcode,5)
         do ctext with xcode
         if need_clear
            do bott_clr
         endif
         do dollars
```

48

MCK 000157

```
                     ans=
***        if prompt_an  ̄  '1' ....

      case rulecheck = 'Q4'
         do ctext with xcode
         xmess = cmess
         do ctext with BYITSELF->codelim
         if need_clear
              do bott_clr
         endif
         do codelim

      case rulecheck = 'Q5'
         if process->begstatus = 'P'
              do ctext with xcode
         else
              cmess = 'the claim'
         endif
         if need_clear
              do bott_clr
         endif
         do pos

      case rulecheck = 'Q6'
         do ctext with xcode
         if need_clear
              do bott_clr
         endif
         do anesth

      case rulecheck = 'Q7'
         if need_clear
              do bott_clr
         endif
         do age

      case rulecheck = 'Q8'
         if need_clear
              do bott_clr
         endif
         do diagnosis

      case rulecheck = "Q9"
         if need_clear
              do bott_clr
         endif
         select process
         replace endstatus with 'D', rule with 'Q9', type with byitself->mesagetype ;
              replacedby with byitself->codelim
         append blank
         replace code with byitself->codelim, begstatus with 'D', endstatus with 'A';
              type with byitself->mesagetype


      endcase
      SELECT PROCESS
      SKIP
ENDDO
**select process
**set filter to

select byitself
use
if need_clear
     do bott_clr
endif
release rule scrn
```

79

MCK 000158

```
select process
count to code_count
if code_count > 1
    set procedure to action
    do limit_pay
    set procedure to
endif
return
```

80

MCK 000159

*Re S.N. 07/648,314*

*from James H. Morris*

```
*** prompts.prg
*
* POS_BOX
* POS
* DOLLARS
* AGE
* ANESTH


PROCEDURE POS_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 6, box_col + 52
@ box_row,box_col to box_row + 7, box_col + 53
@ box_row-1,box_col + 17 to box_row + 1, box_col + 36
@ box_row,  box_col + 18 say ' PLACE OF SERVICE '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
    @ box_row + 6, box_col + 4 prompt dline5
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
    @ box_row + 6, box_col + 3 say '5. ' + dline5
endif
RETURN

PROCEDURE DIA_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col clear to box_row + 6, box_col + 53
@ box_row,box_col+1 to box_row + 7, box_col + 54
@ box_row-1,box_col + 16 to box_row + 1, box_col + 37
@ box_row,box_col + 17 say ' DIAGNOSIS/PROVIDER '
if clipper
    @ box_row + 2, box_col + 4 prompt dline1
    @ box_row + 3, box_col + 4 prompt dline2
    @ box_row + 4, box_col + 4 prompt dline3
    @ box_row + 5, box_col + 4 prompt dline4
else
    @ box_row + 2, box_col + 3 say '1. ' + dline1
    @ box_row + 3, box_col + 3 say '2. ' + dline2
    @ box_row + 4, box_col + 3 say '3. ' + dline3
    @ box_row + 5, box_col + 3 say '4. ' + dline4
endif
RETURN

PROCEDURE REC_BOX
PARAMETERS row_beg,col_beg,col_end
string = trim(message->tolookfor)
str_size = len(string)
max_size = col_end-(col_beg+6)-1
box2 = int((max_size-30)/2)
rows = int(str_size/(max_size-6))+1
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
    row_beg = max(2,(ROW_BEG * (-1)) - ROWS - 6)
ENDIF
```

*OK to enter*
*per W*

*81*

MCK 000160

```
cur_row = row_beg + 5

@ row_beg,col_beg-2 clear to row_beg + rows+4, col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows+5,col_end
@ row_beg-2,col_beg+box2+5 to row_beg, col_beg +box2+34
@ row_beg-1,col_beg+box2+6 say ' CodeReview Recommendation  '

   do while str_size > max_size
      counter = 0
      do while .t.
         if substr(string,max_size-counter+1,1) = ' '
            exit
         else
            counter = counter + 1
         endif
      enddo
      @ cur_row,col_beg+6 say substr(string,1,max_size - counter)
      cur_row = cur_row + 1
      str_size = str_size - max_size + counter - 1
      string = substr(string,max_size - counter + 2,str_size)
   enddo

   @ cur_row,col_beg+6 say string
   @ row_beg + 1, col_beg say dline1
   @ row_beg + 2, col_beg say dline2
   @ row_beg + 3, col_beg say dline3
   @ row_beg + 4, col_beg say dline4
   @ row_beg + 5, col_beg say dline5
RETURN

PROCEDURE DOL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '

@ box_row+1,box_col+1 clear to box_row + 4, box_col + 35
@ box_row,box_col to box_row + 5, box_col + 36
@ box_row-1,box_col + 10 to box_row + 1, box_col + 26
@ box_row,  box_col + 11 say ' CODE CHARGE '
if clipper
   @ box_row + 2, box_col + 4 prompt dline1
   @ box_row + 3, box_col + 4 prompt dline2
   @ box_row + 4, box_col + 4 prompt dline3
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
RETURN

PROCEDURE CL_BOX
PARAMETERS BOX_ROW,BOX_COL
xpos = ' '
@ box_row+1,box_col+1 clear to box_row + 4, box_col + 72
@ box_row,box_col to box_row + 5, box_col + 73
@ box_row-1,box_col + 25 to box_row + 1, box_col + 47
@ box_row,  box_col + 26 say ' CHARGE COMPARISON '
if clipper
   @ box_row + 2, box_col + 3 prompt '1. ' + dline1
   @ box_row + 3, box_col + 3 prompt '2. '+ dline2
   @ box_row + 4, box_col + 3 prompt '3. '+ dline3
else
   @ box_row + 2, box_col + 3 say '1. ' + dline1
   @ box_row + 3, box_col + 3 say '2. ' + dline2
   @ box_row + 4, box_col + 3 say '3. ' + dline3
endif
return
```

62.

MCK 000161

```
return

PROCEDURE DIAGNOSIS
*
do helpline
mode = 0
need_clear = .t.
prompt_row=16
prompt_col=10
promptline = 'Which of the following information appears on the claim?'
do format2.prg with promptline,prompt_row-5,prompt_col,70
dline1 = (byitself->dx)+space(24)
dline2 = 'ICD9 code(s):  '+(byitself->ICD9code)+space(9)
dline3 = 'Provider = podiatrist, DPM, or foot doctor/group'
dline4 = 'None of the above'
do dia_box with prompt_row-2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '1234'
            mess = 'ENTER 1,2,3,or 4'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '123'
    failed = .t.
    select process
    replace endstatus with 'D',rule with 'Q8',type with byitself->mesagetype ;
        replacedby with byitself->codelim
    tem_date=code_date
    append blank
    replace code with byitself->codelim,begstatus with 'D',endstatus with 'A';
        type with byitself->mesagetype, code_date with tem_date
    set filter to endstatus $ 'AP' .and. code_date=temp_date
    go top
endif
return

PROCEDURE POS
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline =  'Enter the place of service for ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
dline1 = 'Inpatient Hospital                              '
dline2 = 'Outpatient Hosp./Emergency Dept./Surg. Center '
dline3 = 'Office                                          '
dline4 = 'Place of service other than those listed above'
dline5 = 'Place of service is not provided on the claim '
do pos_box with prompt_row -2,14
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
```

MCK 000162

83

```
                prompt_ans
                @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
                read
                If .not. prompt_ans $ '12345'
                        mess = 'ENTER 1,2,3,4 or 5'
                        DO MESSAGE.PRG
                        loop
                endif
            endif
            exit
    enddo
        select process
        do case
            case prompt_ans = '1'
                replace POS with 'INP'
            case prompt_ans = '2'
                replace POS with 'OUT'
            case prompt_ans = '3'
                replace POS with 'OFF'
            case prompt_ans = '4'
                replace POS with 'OTH'
            case prompt_ans = '5'
                replace POS with 'NUL'
        endcase

    do case
        case byitself->pos = 'OFF'
            if prompt_ans $ '345'
                failed = .t.
            endif

        case byitself->pos = 'INP'
            if prompt_ans $ '145'
                failed = .t.
            endif

        case byitself->pos = 'OUT'
            if prompt_ans $ '245'
                fsiled = .t.
            endif

        case byitself->pos =  'NIP'
            if prompt_ans $ '2345'
                failed = .t.
            endif
    endcase
    if failed
        if byitself->codelim = 0
            select process
            replace endstatus with 'Q',rule with 'Q5',type with ;
                byitself->mesagetype
        else
            select process
            replace endstatus with 'O',rule with 'Q5',replacedby with ;
                byitself->codelim,type with byitself->mesagetype
            tem_date=code_date
            append blank
            replace code with byitself->codelim,begstatus with 'O',endstatus ;
                with 'A',type with byitself->mesagetype, code_date with tem_date
            set filter to endstatus $ 'AP' .and. code_date=temp_date
        endif
    endif
    return

    PROCEDURE DOLLARS
    *
    do helpline
```

E4

MCK 000163

```
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'Enter the appropriate Code Charge as it appears on the claim ';
            + 'for the procedure ' + cmess + ': '
do format2.prg with promptline,prompt_row - 5,prompt_col,70
do do1_box with prompt_row,21
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
if prompt_ans $ '23'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q3',type with byitself->mesagetype
endif
return


PROCEDURE CODELIM
*
do helpline
mode = 0
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline =  'Please compare the charge on the claim for procedure ';
            + xmess + ' with the payment limit for procedure ';
            + cmess + ': '
dline1 =  'Charge for '+str(xcode,5) + ' is GREATER THAN payment limit ';
         + 'for ' + str(byitself->codelim,5)  + space(8)

dline2 =  'Charge for '+str(xcode,5) + ' is LESS THAN OR EQUAL TO payment ';
         +'limit for ' + str(byitself->codelim,5)

dline3 = 'No charge is listed on the claim for ' + str(xcode,5) +space(20)
do format2.prg with promptline,prompt_row - 6,prompt_col,70
do cl_box with prompt_row,4
do while .t.
    if clipper
        menu to mode
        prompt_ans = str(mode,1)
    else
        prompt_ans = ' '
        @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '9'
        read
        If .not. prompt_ans $ '123'
            mess = 'ENTER 1,2,OR 3'
            DO MESSAGE.PRG
            loop
        endif
    endif
    exit
enddo
```

MCK 000164

85

```
enddo
if prompt_ans $ '13'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q4',type with byitself->mesagetype
endif
return

PROCEDURE AGE
*
age = ' '
if new_age = 200
    do helpline
    need_clear = .t.
    prompt_row = 18
    prompt_col = 10
    @ prompt_row,8 say ;
      "Enter the patient's date of birth or age, whichever is easier: "
    @ prompt_row + 2,15 say 'Date of Birth'
    @ prompt_row + 2,40 say 'Age'
    set date american
    do while .t.
        age = ' '
        dob = ctod(' / / ')
        @ prompt_row + 2,29 get dob
        read
        if dob = ctod(' / / ')
            @ prompt_row + 2,29 say space(8)
            @ prompt_row + 2,44 get age
            read
            if age = ' '
                @ prompt_row + 2,44 say space(3)
                loop
            endif
        endif
        exit
    enddo
    if age <> ' '
        new_age = val(age)
    else
        new_age = int((date()-dob)/365)
    endif
endif
if new_age >= byitself->begage .and. new_age <= byitself->endage
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q7',type with byitself->mesagetype
endif
set date ansi
return

PROCEDURE ANESTH
*
do helpline
need_clear = .t.
prompt_row = 16
prompt_col = 8
promptline = 'For the procedure ' + cmess + ',is there a claim (from a ';
         + 'surgeon, an anesthesiologist, or a facility) that documents ';
         + 'the use of regional or general anesthesia ? (Y/N) '
do format2.prg with promptline,prompt_row,prompt_col,72
do while .t.
    prompt_ans = ' '
    @ cur_row,(prompt_col+leftover+2) get prompt_ans picture '!'
    read
    If .not. prompt_ans $ 'YN'
        ?? chr(7)
```

*E4*

MCK 000165

```
                ?? chr(7)
                loop
        endif
        exit
enddo
if prompt_ans = 'N'
    failed = .t.
    select process
    replace endstatus with 'Q',rule with 'Q6',type with byitself->mesagetype
endif
return

procedure ctext
*
Parameter zcode
select allcode
seek zcode
cmess = str(zcode,5) + ' (' + trim(title4) + ')'
return

procedure review
*
parameter abbrev
do case
    case abbrev = 'RN'
        xreview = 'a nurse or surgical technician'
    case abbrev = 'MD'
        xreview = 'a physician'
    case abbrev = 'SP'
        xreview = 'a supervisor'
    case abbrev = 'AD'
        xreview = 'an adjuster'
    case abbrev = 'CL'
        store .t. to note
endcase
return

procedure source
*
* NOTE: message.dbf is selected
do case
    case op
        xsource = 'the operative report reviewed'
    case path
        xsource = 'the pathology report reviewed'
    case off
        xsource = 'the office records reviewed'
    case hos
        xsource = 'the hospital progress report reviewed'
    case other
        xsource = 'other related claim(s) reviewed'
    otherwise
        xsource = 'the claim reviewed'
endcase
return

procedure helpline
*
@ 1,1 get header
helpline = space(78)
@ 23,1 get helpline
clear gets
return

procedure bott_clr
*
If CLIPPER
```

E7

MCK 000166

```
If CLIPPER
     RESTORE SCREEN from rule_scrn
else
     @ 16,1 clear to 22,78
ENDIF
need_clear = .f.
return
```

*88*

MCK 000167

```
*****recomm.prg
*******CREATE NEW.DBF
select 6
use message index message
select process
set index to
SET FILTER TO ENDSTATUS $ 'PAQMU'          && ACCEPTED CODES ONLY
SET RELATION TO REPLACEDBY INTO ALLCODE    && TO GET TITLE4
GO TOP
REPLACE ALL RVU WITH ALLCODE->RVU
xcount = 0
count to xcount
SET SAFETY OFF
if xcount > 1
      SORT TO NEW ON RVU/D
else
      copy to new
endif                       && SORT IN RVU ORDER (DESCENDING ORDER)
SET SAFETY ON
SET FILTER TO
SET RELATION TO
GO TOP

** ENTRY.PRG
SET PROCEDURE TO lines
***RELEASE ALL
**SET UP SCREEN

SELECT 10
use new
** MEMORY VARIABLES

inv_mess= 'INVALID:  This invalid code has been ignored by CodeReview.'
sup_mess= 'SUPERSEDED:  This code has been replaced by an updated CPT-4 code.'
acc_mess= 'ACCEPTED:  This code has been accepted with no change.'
rep_mess= 'REPLACED:  In combination, these codes justify replacement by '
exc_mess= 'EXCLUDED:  This code is a part of '
q_mess  = 'QUESTIONABLE:  Press <F7> for further information.'
query_mess= 'QUESTIONABLE:  This combination is unlikely. Press <F7> for further '
    + space(5) + chr(179) + space(21)+ 'information.'
lap_mess= 'EXCLUDED:  This procedure is incidental to the accepted code(s).'
o_mess  =    'REPLACED:  This code has been replaced by the code below. Press <F7>'
+space(5) + chr(179) + space (21)+ 'for further information.'
r_mess  =  'REPLACED:  This code has been replaced by the code below.'
lys_mess='EXCLUDED:  This procedure is incidental to the accepted code(s), but';
+space (23)+ 'if the diagnosis is infertility/sterility, accept it.'
app_mess='EXCLUDED:  When performed with another abdominal procedure,          ';
    +'          appendectomy is virtually always incidental.'
an_mess='EXCLUDED:  64450 is inappropriate to use for local anesthesia.'
l_mess= 'EXCLUDED:  because this code can not be accepted twice.'
lim_mess='LIMIT PAYMENT: of this code to $ '

store 0 to clear_rec1,clear_rec2,clear_rec3,clear_rec4,clear_rec5,clear_rec6,;
          clear_rec7,clear_rec8
store 0 to clear_row1,clear_row2,clear_row3,clear_row4,clear_row5,clear_row6,;
          clear_row7,clear_row8
clear_cnt = 0
choice = 'S'
repeat = .f.
moreinfo = .f.
store ' ' to rec_scrn1
store ' ' to rec_scrn2
help_on = .f.
row = 6
counter = 1
```

89

MCK 000168

```
done = .f.
new2 = ' '
add = .t.
box = .f.
helpline = helpline3
SELECT PROCESS
go top
if claim_amt > 0
    say_amt = .t.
**    say_amt = .f.
else
    say_amt = .f.
endif
set filter to begstatus = 'P'
SET RELATION TO CODE INTO ALLCODE
go top
counter = 1
row = counter + 5
set relation to
select new
set relation to code into allcode
go top
mess_row = 14
outrow = 17
counter = 1
do while .not. eof() .and. code <> 0
    if endstatus $ 'QM'
        @outrow,s_col-4 say '??'
    endif
    set date american
    @ outrow,s_col say str(counter,2) + '. '
    @ outrow,e_col SAY STR(code,5)
    @ outrow,d_col say allcode->title4
    if code_date <> ctod('  /  /  ')
        @ outrow,c_col say code_date
    endif
    if say_amt
        if counter = 1 .and. allcode->pay<>'   BR '
            @ outrow,m_col-1 say '$'
        endif
        @ outrow,m_col say allcode->pay
    endif
    counter = counter + 1
    outrow = outrow + 1
    skip
enddo
select new
set relation to
go top
select process
go top
row = 6
outrow = 17
first_time = .t.
@ 14,s_col say 'RECOMMENDATION'
@ 15,s_col to 15,s_col + 13
@ 23,1 get helpline
clear gets
IF CLIPPER
    save screen to rec_scrn1
ENDIF
select process
set filter to begstatus $ 'P'
go top

do while .t.
```

90

MCK 000169

```
clear_cnt = 0
@ 23,1 get helpline
clear gets
if clipper
    if repeat
        moreinfo = .f.
        first_time = .t.
        repeat = .f.
        restore screen from rec_scrn1
    endif
    temp = ' '
    keyboard chr(12)
    do while .t.
        keyboard chr(12)
        @ 23,78 get temp
        read
        do case
        case lastkey() = 27
            done = .t.
            exit

        case lastkey() = 13
            if moreinfo
                restore screen from rec_scrn2
                moreinfo = .f.
                set key -6 to moreinfo
            endif
            EXIT

        endcase
    enddo
    keyboard chr(12)
else
    choice = 'X'
    do while .t.
        SET CONFIRM OFF
        @ 23,10 get choice picture '!'
        read
        SET CONFIRM ON
        if .not. choice $ 'XNQ'
            ?? chr(7)
            loop
        else
            exit
        endif
    enddo
    if choice $ 'NQ'
        done = .t.
    endif
endif
if done
    exit
endif
******
*@ 15,s_col to 15,s_col + 13

    @ 14,s_col say '
    @ 15,s_col say '
    select process
    if .not. first_time                         && moved from below
        @ row,s_col - 6 clear to outrow,s_col - 1   && moved from below
        @ mess_row,6 clear to mess_row+1,78
        @ row,s_col say str(row-5,2) + ' .   ' + str(code,5)
        select new
        @ outrow,s_col say str(recno(),2) + ' .   ' + str(code,5)
```

91

MCK 000170

'MQ'

```
        if endstatus $ 'K'
            @outrow,s_col - 4 say '??'
            if '.' $ new2
                outrow = new2_row            && for clearing arrows
                @ outrow,s_col-4 say '??'
                @ new2_row,s_col say new2
                new2 = ' '
            endif
        endif
**      @ row,s_col - 6 clear to outrow,s_col - 1
**      @ mess_row,6 clear to mess_row+1,78
        select process
        save_place = recno()
        counter = 1
        K = '1'
        do while clear_rec&K <> 0
            go clear_rec&K
            @ clear_row&K,s_col say str(clear_row&K-5,2)+'.  '+str(code,5)
            clear_rec&K = 0
            counter = counter + 1
            K = str(counter,1)
        enddo
        go save_place
        skip
        if eof()
            repeat = .t.
            row = 6
            go top
            loop
        else
            row = row + 1
        endif
        do while skipover
            skip
            if eof()
                repeat = .t.
                row = 6
                go top
            else
                row = row + 1
            endif
        enddo
        if repeat
            loop
        endif
else
        first_time = .f.
*       if xcount = 1
*           repeat = .t.
*           loop
*       endif
endif
temp1 = str(row-5,2) + '.  ' + str(code,5)
do case
        case endstatus = 'I'
                @ row,s_col get temp1
                do first_in with row
                if row+1 = mess_row -1
                    @ row+1,l_col say chr(179)
                else
                    @ row+1,l_col to mess_row-1,l_col
                endif
                do mid_out with mess_row
                @ mess_row,g_col say inv_mess

        case begstatus = 'P' .and. endstatus $ 'PU'
```

92

MCK 000171

```
SELECT NEW (    code
locate for code = PROCESS->code
outrow = 17 + recno() - 1
temp2 = str(recno(),2) + '.   ' + str(code,5)
@ row,s_col get temp1
clear gets
do first_in with row
@ row+1,l_col to outrow-1,l_col
do last_out with outrow
@ outrow,s_col get temp2
clear gets
if endstatus = 'P'
    @ mess_row,g_col say acc_mess
else
    if endstatus = 'U'
        @ mess_row,g_col-2 say lim_mess + ltrim(str(pay,4))+  ;
        ', since it appears with '+ str(trigger,5) + '.'
    endif
endif

case begstatus = 'P' .and. endstatus $ '1SOD'
    SELECT NEW
    locate for code = PROCESS->replacedby
    xtype = type
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '.   ' + str(code,5)
    @ row,s_col get temp1
    clear gets
    do first_in with row
    @ row+1,l_col to outrow-1,l_col
    do last_out with outrow
    @ outrow,s_col get temp2
    clear gets
    do case
        case endstatus='S' .or. (endstatus='A' .and. begstatus = 'S')
            mess = sup_mess
            @ mess_row,g_col say mess

        case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype = 0
            mess = r_mess
            @ mess_row,g_col say mess

        case (endstatus='1' .or. (endstatus='A' .and. begstatus='1')) ;
            .and. xtype<>0
            select message
            seek xtype
            @ mess_row,g_col say 'REPLACED: '+ TRIM(tolookfor)
            @ row+1,l_col to outrow-1,l_col

        otherwise
            do moreinfo

    endcase

case begstatus = 'P' .and. endstatus = 'R'
    SELECT NEW
    locate for code = PROCESS->replacedby
    outrow = 17 + recno() - 1
    temp2 = str(recno(),2) + '.   ' + str(code,5)
    @ row,s_col get temp1
    if process->type <> 0
        box = .t.
        xtype = process->type
```

93

MCK 000172

```
        endif
        clear gets
        do first_in with row
        SELECT PROCESS
        cur_rec = recno()
        cur_row = row
        match = replacedby
        skip
        cur_row = row + 1
        do while .not. eof()
            if replacedby = match
                temp3=str(cur_row-5,2) + '. ' + str(code,5)
                clear_cnt = clear_cnt + 1
                K = str(clear_cnt,1)
                clear_row&K = cur_row
                clear_rec&K = recno()
                @ cur_row,s_col get temp3
                replace skipover with .t.
                clear gets
                do mid_in with cur_row
            else
                @ cur_row,l_col say chr(179)
            endif
            skip
            cur_row = cur_row + 1
        enddo
        go cur_rec
        if box
            do moreinfo
            @ cur_row,l_col to outrow-1,l_col
        else
            @ mess_row,g_col say rep_mess + str(replacedby,5)+'.'
            @ cur_row,l_col to outrow-1,l_col
        endif
        do last_out with outrow
        @ outrow,s_col get temp2
        if box
            do moreinfo
        endif
        box = .f.
        clear gets


case begstatus = 'P' .and. endstatus = 'E'
    @ row,s_col get temp1
    do first_in with row
    if row+1 = mess_row -1
        @ row+1,l_col say chr(179)
    else
        @ row+1,l_col to mess_row-1,l_col
    endif
    do mid_out with mess_row
    do case
        case code=44950 .or. code=44955
            @ mess_row,g_col say app_mess

        otherwise
            save_spot = recno()
            xtrigger = trigger
            if type <> 0
                box = .t.
            endif
            xtype = type
            go top
            locate for code = xtrigger
            do case
```

94

MCK 000173

```
                     case
                  c    endstatus = 'E'
                         xtrigger = trigger
                 case endstatus = 'R'
                         xtrigger = replacedby
             endcase
             go save_spot
             if box .and. xtype <> 49001
                select message
                seek xtype
                @ mess_row,g_col say 'EXCLUDED:  '+ TRIM(tolookfor)
             else
                if xtype = 49001
                   select message
                   seek xtype
                   @ mess_row,g_col say 'EXCLUDED:  ' +trim(tolookfor) ;
                      + ' ' +str(xtrigger,5)+'.'
                else
                   @ mess_row,g_col say exc_mess+str(xtrigger,5)+'.'
                endif
             endif
             box = .f.
         endcase

   case begstatus = 'P' .and. endstatus = 'M'
         match = trigger
         SELECT NEW
         locate for (code=PROCESS->code) .or. code = match
         outrow = 17 + recno() - 1
         temp2 = str(recno(),2) + '.  ' + str(code,5)
         @ row, s_col get temp1
         do first_in with row
         SELECT PROCESS
         cur_rec = recno()
         cur_row = row
         match = trigger
         skip
         cur_row = row + 1
         do while .not. eof()
             if code = match
                temp3 = str(cur_row-5,2) + '.  ' + str(code,5)
                clear_cnt = clear_cnt + 1
                K = str(clear_cnt,1)
                clear_row&K = cur_row
                clear_rec&K = recno()
                @ cur_row,s_col get temp3
                replace skipover with .t.
                clear gets
                do mid_in with cur_row
             else
                @ cur_row,l_col say chr(179)
             endif
             skip
             cur_row = cur_row + 1
         enddo
         @ cur_row,l_col to outrow-1,l_col
         go cur_rec
         do ques_M1 with outrow
         @ outrow,s_col get temp2
         cur_row = outrow + 1
         clear gets
         select new
         sav_newrec = recno()
         skip
         do while .not. eof()
             if code = match .or. code = process->code
                new2 = str(recno(),2) + '.  ' + str(code,5)
```

95

MCK 000174

```
                      new2 - row
               new2   w = cur_row
               @ cur_row,s_col get new2
               clear gets
               do ques_out with cur_row
               exit     && limited to 2 codes
            else
               @ cur_row,l_col say chr(179)     && only if > 2 codes
            endif
            skip
            cur_row = cur_row + 1
         enddo
         go sav_newrec
         @ mess_row,g_col say query_mess
         do moreinfo

      case begstatus = 'P' .and. endstatus = 'Q'
            SELECT NEW
            locate for code = PROCESS->code
            outrow = 17 + recno() - 1
            temp2 = str(recno(),2) + '.  ' + str(code,5)
            @ row,s_col get temp1
            clear gets
            do first_in with row
            @ row+1,l_col to outrow-1,l_col
            do ques_out with outrow
            @ outrow,s_col get temp2
            clear gets
            @ mess_row,g_col say q_mess
            do moreinfo

      case begstatus='P' .and. endstatus='L'
            @ row,s_col get temp1
            do first_in with row
            if row+1 = mess_row -1
                @ row+1,l_col say chr(179)
            else
                @ row+1,l_col to mess_row-1,l_col
            endif
            do mid_out with mess_row
            @ mess_row,g_col say l_mess

   endcase
ENDDO
select 2  && process
use process
**set filter to
**go top
**select 9                        && Adding records to HISTROY.dbf
**use history                     && to keep a log file
**append from process             && commented out, no need for demo
**select 9
**use
**select new
**use
return

PROCEDURE MOREINFO
*
set key -6 to
set procedure to
**clear gets
moreinfo = .t.
xreview = ' '
cmess = ' '
xsource = ' '
save screen to rec scrn2
```

94

MCK 000175

```
select process
xcode = code
do case
    case endstatus = 'Q'

        select message
        seek process->type
        xreviewer = reviewer
        note = .f.

        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting code '+str(xcode,5)+':'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = '  BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case endstatus = 'M'
        select message
        seek process->type
        xreviewer = reviewer
        note = .f.
        do review with xreviewer
        if note
            mess = trim(message->tolookfor)
            set color to &colorh
            do format1.prg with mess,-15,24,78
            set color to &colorm
        else
            do source
            string = ' '
            store 0 to cur_row, col_beg, col_end, row_beg
            dline1 = 'Before accepting these codes'
            dline2 = ' '
            dline3 = 'HAVE: '+xsource
            dline4 = '  BY: '+xreview
            dline5 = ' WHY: '
            set color to &colorh
            do rec_box with -17,24,78
            set color to &colorm
        endif
        store .f. to note
        set procedure to lines

    case begstatus $ 'RDOE' .or. endstatus $ 'RDOE'
        select message
        seek process->type
        mess = trim(message->tolookfor)
        set color to &colorh
        do format1.prg with mess,-15,24,78
        set color to &colorm
```

97

MCK 000176

```
      store .f. to note (
      set procedure to lin  l.no
endcase
return
```

98

MCK 000177

```
* MESSAGE.PRG
*
rmess ='<Enter> '+chr(17)+chr(196)+chr(217)+' to continue '
rmess= substr(space(17) + rmess + space(40),1,62)
@ 23,1 say space(78)
@ 23,9 get rmess
clear gets
?? chr(7)
do while inkey() <> 13
enddo
@ 23,1 say space(78)
@ 23,1 get helpline
clear gets
return
```

99

MCK 000178

```
* format2.prg
parameters string,row_beg,col_beg,col_end

cur_row = row_beg + 1
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
box2 = int((max_size - 30)/2)
rows = int(str_size / (max_size-6)) + 1
do while str_size > max_size
     counter = 0
     do while .t.
          if substr(string,max_size-counter+1,1) = ' '
               exit
          else
               counter = counter + 1
          endif
     enddo
     @ cur_row,col_beg say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
leftover = len(string)
return
```

*100*

MCK 000179

```
* format1.prg
parameters string,row_beg,col_beg,col_end
title = ' CodeReview Recommendation '
string = trim(string)
str_size = len(string)
MAX_SIZE = COL_END - COL_BEG - 1
rows = int(str_size / (max_size-6)) + 1
box2 = int((max_size - 30)/2)
** The "max" function forces top of box to row 1 if box is off screen
IF ROW_BEG < 0
     row_beg = max(1,(ROW_BEG * (-1)) - ROWS)
ENDIF
cur_row = row_beg + 1
@ row_beg,col_beg-2 clear to row_beg + rows,col_end-1
@ row_beg-1,col_beg-3 to row_beg + rows + 1, col_end
@ row_beg-2,col_beg+box2 to row_beg,col_beg+box2+29
@ row_beg-1,col_beg+box2+1 say title
do while str_size > max_size
     counter = 0
     do while .t.
          if substr(string,max_size-counter+1,1) = ' '
               exit
          else
               counter = counter + 1
          endif
     enddo
     @ cur_row,col_beg say substr(string,1,max_size - counter)
     cur_row = cur_row + 1
     str_size = str_size - max_size + counter - 1
     string = substr(string,max_size - counter + 2,str_size)
enddo
@ cur_row,col_beg say string
return
```

101

MCK 000180

07/648314

ABSTRACT OF THE DISCLOSURE

SA  An expert computer system for processing medical claims.
Medical claims and associated representation are inputted into
the expert computer system.  The inputted claims are
interpreted according to specific rules and against a
predetermined database to determine whether the medical claims
are appropriate. EA

/

Jb75h

MCK 000181

(REV. 6-11-90)                                                      Docket No. H0433/7002

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled EXPERT SYSTEM AND METHOD FOR ASSESSING MEDICAL APPLICATIONS, the specification along with a preliminary amendment which is attached hereto.

☐ was filed as a PCT International application No. _____ on _____ and was

amended under PCT Article 19 on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign PCT Application(s) and any priority claims under 35 U.S.C. §119:              Priority Claimed

| (Number) | (Country if PCT so indicate) | (Day/Month/Year Filed) | YES | NO |
| (Number) | (Country) | (Day/Month/Year Filed) | YES | NO |
| (Number) | (Country) | (Day/Month/Year Filed) | YES | NO |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) or PCT international application(s) designating the United States of America listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/566,041 | August 14, 1990 | Pending |
| (Application Serial No.) | (filing date) | (status-patented, pending, abandoned) |
| 07/252,597 | September 30, 1988 | Abandoned |
| (Application Serial No.) | (filing date) | (status-patented, pending, abandoned) |

PCT Applications designating the United States:

| (PCT Application No.) | (U.S. Ser. No.) | (PCT filing date) | (status-patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| David Wolf | No. 17,528 | Therese A. Hendricks | No. 30,389 | James J. Foster | No. 30,052 |
| George L. Greenfield | No. 17,756 | Edward R. Schwartz | No. 31,135 | Charles E. Pfund | No. 17,030 |
| Stanley Sacks | No. 19,900 | Edward R. Gates | No. 31,616 | Philip G. Koenig | No. 30,186 |
| David M. Driscoll | No. 25,075 | William R. McClellan | No. 29,409 | Sidney R. Bresnick | No. 24,094 |
| Arthur Z. Bookstein | No. 22,958 | William H. Lee | No. 27,920 | Bruce D. Jobse | No. 33,518 |
| Edward F. Perlman | No. 28,105 | Ronald J. Kransdorf | No. 20,004 | Douglas M. Robinson | No. 32,751 |
| John L. Welch | No. 28,129 | M. Lawrence Oliverio | No. 30,915 | Stanton D. Weinstein | No. 28,349 |
| Paul E. Kudirka | No. 26,931 | Theodore Naccarella | No. 33,023 | Elizabeth A. Hanley | No. 33,505 |
| Lawrence M. Green | No. 29,384 | David B. Bernstein | No. 32,112 | Anthony J. Mirabito | No. 28,161 |
| Steven J. Henry | No. 27,900 | Peter J. Manus | No. 26,766 | Jason M. Honeyman | No. 31,624 |
| | | Warren A. Kaplan | No. 34,199 | | |

Address all telephone calls to A. Jason Mirabito at telephone no. (617) 720-3500. Address all correspondence to A. Jason Mirabito.

c/o Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2211

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor's signature _____                    Date _____
Full name of inventor   George A. Goldberg
Citizenship             U.S.A.
Residence               38 Everett Street, Newton, Massachusetts 02159
Post Office Address     38 Everett Street, Newton, Massachusetts 02159

MCK 000182



648314



FIG. 1

MCK 000183



Fig 2

MCK 000184

Flowcharting Work



Fig 3

MCK 000185



Fig 4

MCK 000186



Fig. 5

MCK 000187



648314

SETS OF RULES

1. RULES APPLIED TO
   MULTIPLE CODE ENTRIES
       R1 - RN
       E1 - EN    INTERACT  ~24
       L1 - LN
       QM, QS QB

2. RULES APPLIED TO
   SINGLE CODE ENTRIES
       Q1 - QN    BY ITSELF  ~34

FIG. 6

MCK 000188

Flowcharting Work

648314



*Fig 7*

MCK 000189