IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>      Defendant. | C.A. No. 04-01258-SLR |

**THE TRIZETTO GROUP INC.'S RESPONSE TO MCKESSON'S MOTION FOR LEAVE TO CROSS-MOVE FOR SUMMARY JUDGMENT IN CONNECTION WITH TRIZETTO'S WRITTEN DESCRIPTION AND ON-SALE BAR <u>SUMMARY JUDGMENT MOTIONS</u>**

    TriZetto does not oppose McKesson's request for leave to cross-move for summary judgment with regard to TriZetto's written description and on-sale bar invalidity defenses (D.I. 418). TriZetto believes that neither party should create procedural obstacles to the Court reaching the correct result on the merits -- based on the facts and law rather than procedural ploys -- as expeditiously as possible. TriZetto believes its written description and on-sale bar defenses are meritorious, and has no opposition to the Court fully considering both sides' positions regarding those defenses.

    McKesson argues in paragraph 5 of its motion for leave to file the cross-motions that the key considerations are "the interests of justice," and whether the Court's consideration of a motion will "unduly prejudice" one of the parties. Although TriZetto agrees, it finds this contention by McKesson to be somewhat ironic. For example, McKesson's primary argument on the indefiniteness issue is procedural -- McKesson contends the defense should not be considered because it is being raised after claim construction. That is, of course, wrong as the

validity part of this case was stayed at the time of claim construction. McKesson also opposes other summary judgment motions on purely procedural grounds although it has not shown any prejudice related to its procedural objections.

TriZetto respectfully requests that the Court consider all arguments by both sides, including all the admissible evidence and law related thereto, and reach conclusions on the merits that result in a just result for the parties without regard to procedural arguments designed to avoid full consideration of the merits and all the evidence.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II (#3778)
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE  19899
(302) 658-9200
Attorneys for Defendant The TriZetto Group, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
David Segal
Michael A. Sitzman
Jamboree Center, 4 Park Plaza
Irvine, CA  92614

June 22, 2006

525485

2

CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 22, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 22, 2006, upon the following in the manner indicated:

> BY EMAIL & HAND
>
> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
>
> BY EMAIL & FEDERAL EXPRESS
>
> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue, Suite 1100
> Palo Alto, CA 94301

*/s/ Rodger D. Smith II (#3778)*
_____
Morris, Nichols, Arsht & Tunnell LLP
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com