## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on June 22, 2006, I electronically filed Redacted Public Version of Plaintiff McKesson Information Solution LLC's Memorandum in Opposition to Defendant The Trizetto Group Inc.'s Motion for Summary Judgment of Invalidity on Grounds of Anticipation and Obviousness and Redacted Public Version of Transmittal Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF & HAND DELIVERY

Rodger D. Smith, II, Esq.  
MORRIS NICHOLS ARSHT  
 & TUNNELL  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.  
MORRIS NICHOLS ARSHT  
 & TUNNELL  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899

/s/ *Michael A. Barlow*  
Michael A. Barlow (ID No. 3928)  
SKADDEN, ARPS, SLATE,  
 MEAGHER & FLOM LLP  
One Rodney Square  
P.O. Box 636  
Wilmington, Delaware 19899  
(302) 651-3000  
mbarlow@skadden.com

460336.01-Wilmington S1A