# S<small>EALED</small> D<small>OCUMENT</small>