## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on June 22, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Reply Brief in Support of Its Motion for Summary Judgment Re: Defendant's Defenses Under 35 U.S.C. § 112 and Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF / HAND DELIVERY / E-MAIL

| | |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT | MORRIS NICHOLS ARSHT |
| & TUNNELL | & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

/s/ *Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com