IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>REDACTED<br>PUBLIC VERSION |

**DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT RE: DEFENDANT'S DEFENSES UNDER 35 U.S.C. § 112**

　　I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

　　1.　I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Reply Brief in Support of Its Motion for Summary Judgment re: Defendant's Defenses Under 35 U.S.C § 112, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| **Description** | **Exhibit No.** |
|---|---|
| Excerpts from the Deposition of Donald Holloway taken on September 8, 2005 | 1 |
| Physician Input into HPR: Physician Review of CodeReview bearing Bates nos. MCK 113292-MCK 113295 | 2 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 22, 2006

*/s/ Michael A. Barlow*
Michael A. Barlow (I.D. # 3928)

# EXHIBIT 1

REDACTED

# EXHIBIT 2

REDACTED