IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON THE ON-SALE BAR (35 U.S.C. § 102(b))**

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith, II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200

        *Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
(949) 451-3800

Original Filing Date: June 22, 2006
Redacted Filing Date: June 28, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| C. Woolsey, *Employer spots inflated medical bills, Business Insurance*, June 25, 1990 (MCK 044710-MCK 044716) | 24 |
| Excerpts from Donald Holloway's September 7 and 8, 2005 Deposition | 25 |
| Excerpts from Robert Hertenstein's September 13 and 14, 2005 Deposition | 26 |

526065

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Michael A. Barlow
>Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 28, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

>/s/   Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com