# EXHIBIT 24

FOCUS - 79 OF 79 STORIES

Copyright 1990 Crain Communications, Inc.
Business Insurance

June 25, 1990

SECTION: COST CONTAINMENT; Pg. 3

LENGTH: 2404 words

HEADLINE: Employer spots inflated medical bills

BYLINE: By CHRISTINE WOOLSEY

DATELINE: PEORIA, ILL.

BODY:
   A state-of-the-art claims processing system is saving one of the country's largest manufacturers millions of dollars a year by catching inflated doctor bills.

   Caterpillar Inc., which self-insures and self-administers its health care plan, is refusing to pay for "unbundled" medical and surgical procedures that are spotted by CodeReview -- a computer system jointly created by Caterpillar and Boston-based Health Payment Review Inc.

   By reviewing procedure codes on health care claims, CodeReview identifies in seconds cases in which doctors charge separately for each step in a procedure rather than submitting a single lower charge.

   Such unbundling can significantly inflate medical charges.

   Caterpillar's system is designed to repackage claims using proper codes to assure each claim is paid according to the employer's "usual and customary" fee schedule.

   Using CodeReview, the construction machinery and engine manufacturer is consistently trimming physician claims by 10% to 15%, said Dr. Robert D. Hertenstein, medical director of group insurance.

   "That's an estimate, but even if you cut that percentage in half, you're still talking about multiple millions of dollars," he says.

   Caterpillar, a Peoria, Ill.-based equipment manufacturer, spends about $ 220 million a year on health care, according to Dr. Hertenstein. About one-fifth of the 2.5 million health care claims it processes each year are for physician care.

   The company's health care plan covers about 246,400 people, including nearly 60,000 active and retired employees worldwide, he said.

   Caterpillar is one of the employers identified by the National Assn. of Manufacturers as making significant efforts to control health care costs.

   Other employers are battling rising health care costs by: implementing comprehensive flexible benefit programs (BI, May 21); implementing case

Confidential Information Subject to D. Del. LR 26.2

MCK 044710

04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                                PAGE   51
                                                                     FOCUS

management programs (BI, May 7); analyzing utilization data (BI, April 30); adopting comprehensive health management programs (BI, April 16); working closely with labor unions (BI, April 2); and operating in-house medical clinics (BI, March 5).

Even small employers have developed cost management strategies (BI, March 19).

Dr. Hertenstein said CodeReview is more extensive and stringent than any other computer unbundling system.

Last year Blue Cross & Blue Shield of Illinois introduced a computerized system to check procedure codes that was available only to BC/BS plans (BI, Dec. 11, 1989).

Five years after joining Caterpillar in 1982, Dr. Hertenstein began developing software to investigate and improve claims payment.

His first step was hiring surgical technicians to manually review each claim submitted to the company.

"Caterpillar wasn't terribly sophisticated about paying claims nine years ago," Dr. Hertenstein said. But as health care costs began to soar, the company "wanted someone to look to see if they were paying those claims correctly."

What the technicians found was that most abuse resulted from physicians' manipulation of Current Procedural Terminology codes. CPT codes were modeled after the California Relative Value Scale, a system developed in 1966 by the California Medical Society to help Blue Cross & Blue Shield plans determine what to pay for thousands of medical procedures, Dr. Hertenstein explained.

For example, CPT code 42820 represents a tonsillectomy performed on a child younger than 12.
CPT codes are now endorsed by the American Medical Assn. and Medicare, and most private insurers now require physicians to use the codes on all bills.

However, CPT codes do not establish prices, Dr. Hertenstein pointed out. Caterpillar pays doctors according to a "usual and customary rate" based on its calculations of what two-thirds of the doctors in a geographic area charge.

Caterpillar researchers found that some physicians used separate billing codes for each step of a procedure as though each step were an individual procedure.

A hysterectomy, for example, could be coded separately as: exploration of the abdomen, removal of the ovaries, removal of the Fallopian tubes and removal of scar tissue.

Some doctors also "upcode" -- list a procedure on a claim that is more complex and expensive than the one actually performed.

Unbundling, upcoding and other "gaming" tactics can increase the cost of a single procedure by thousands of dollars.

Confidential Information Subject to D. Del. LR 26.2

MCK 044711
04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                    PAGE   52
                                                                FOCUS

"A tremendous amount of money was being wasted," at Caterpillar, said Dr. Hertenstein. "But because claims were being processed by people without medical knowledge, they didn't realize this was happening."

Only a small percentage of doctors consistently engage in this practice, Dr. Hertenstein said. But "it's human nature to try something another guy gets away with."

After the surgical technicians identified the miscoding and subsequent overpayment of claims, they looked at how insurance companies payed doctor bills.

Dr. Hertenstein said they found most insurers weren't looking at CPT codes as closely as "they should be," either.

He presented his findings in 1987 to the Pew Group, a coalition of employee benefit managers, executives and medical directors from 50 Fortune 500 employers who met semi-annually to discuss health care problems.

Dr. Hertenstein showed how some physicians were unbundling charges and explained how those excessive charges could be repackaged to produce lower physician expenses -- using the appropriate CPT codes.

"The Pew fellows asked us to look at their claims that had already been processed" by insurance companies or third-party administrators, he said.

"We ran those claims through our manual system and found consistently they could save 10%" on physician charges.

Pew Group members were so pleased with the results that they asked Caterpillar to process all their health care claims.

While Caterpillar was not interested in branching into the claims administration business, it did decide to develop and market a computerized system to accomplish the task.

Prominent physicians and computer engineers from Boston University's Health Policy Institute helped design the program.

Although that think tank was "involved in the idea and the concept," CodeReview "was far too complex to conduct as part of a university function," said Dr. Richard Egdahl, director of HPI and Boston University Medical Center.

So the institute created Health Payment Review Inc. to develop the system. With financial assistance from Caterpillar and technical aid from Dr. Hertenstein, HPR developed CodeReview and is responsible for upgrading and marketing the system.

Caterpillar financed half the project in exchange for use of the computer program and a percentage of royalties, Dr. Hertenstein said.

From his manual review of claims, Dr. Hertenstein was familiar with many ways physicians could overcharge by manipulating the CPT codes.

Confidential Information Subject to D. Del. LR 26.2

MCK 044712

04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                    PAGE   53
                                                           FOCUS

   As a result, the system contains 50,000 "rules" to help determine whether a procedure is coded appropriately.

   For example, the system "knows" that primary vascular procedures, like scraping arteries, include many minor procedures. When a claim for removing artery deposits is submitted containing the "global" code for that operation but also listing separate codes for the minor procedures, CodeReview "rebundles" the claim, rejecting charges for the minor procedures, he said.

   In addition, CodeReview knows that all procedural charges should include charges for pre-operation physicals and post-operation hospital care "but often times physicians try to charge separately for these, too," he said.

   Dr. Hertenstein consulted extensively with outside medical experts to determine whether the "rules" were fair.

   "We took the rules to the American College of Surgeons and physicians from the Health Policy Institute, who reviewed it and made sure we weren't out in left field with the rules we had in the system," he said.

   "I was impressed and knew it was accurate and potentially a good system," said Dr. Oliver Beahrs, then-president of the American College of Surgeons and now professor emeritus of surgery at the Mayo Clinic in Rochester, Minn.

   Caterpillar installed a personal computer version of CodeReview early in 1989, though it plans to incorporate the program into its mainframe data base.

   CodeReview currently only reviews the most complex physician claims from its indemnity plan, Dr. Hertenstein said.

   However, Caterpillar eventually will run every employee claim through the system, he said.
   And as the system is upgraded, it should be able to verify the accuracy of lab and radiology fees and prescription drug costs, among other things, Dr. Hertenstein said.

   Using CodeReview is extremely simple; claims processors do not need extensive medical knowledge, according to Dr. Hertenstein. "It's like having a doctor looking over your shoulder" as claims are processed, he said.

   But because the system does not catch all coding errors, employers that want to catch every suspicious claim should have someone with medical knowledge oversee the system, Dr. Hertenstein said.

   Caterpillar currently employs two surgical technicians who operate the system. Surgical technicians "have a better knowledge of what goes on in the operating room," Dr. Hertenstein said. "We found most registered nurses aren't as qualified or knowledgeable about procedures because not many RNs go into the OR."

   Claims processors using the CodeReview system first enter the employee's or dependent's Social Security number into the computer. The system then displays health plan eligibility information, health claims history and other pertinent

Confidential Information Subject to D. Del. LR 26.2

MCK 044713

04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                              PAGE  54
                                                                    FOCUS

information.

Caterpillar's self-insured indemnity plan covers 100% of hospital charges, surgical procedures and lab work for Caterpillar employees and retirees and their dependents. The company does not require employee or retiree contributions toward the cost of the plan.

However, the plan does not pay for doctor's office visits.

Caterpillar's prescription drug program pays for all but $ 2 per patient prescription.

A claims processor next punches in the CPT codes submitted by physicians. Within seconds, CodeReview analyzes the codes and either agrees with them or suggests a "recommended code" instead of the originals.

For example, one claim submitted by a physician contained eight different codes for a heart procedure performed on a Caterpillar employee. The bill totalled $ 3,650.

CodeReview analyzed that claim and recommended one code for the entire procedure. Based on Caterpillar's UCR for that procedure, the pysician was paid only $ 1,200, a 67% savings.

Reports explaining why Caterpillar is rejecting some codes are generated by CodeReview and sent to physicians along with payment.

"Eighty percent of the health care claims that come in here are paid 100% and go out the door," Dr. Hertenstein said. "If a hysterectomy comes in billed at $ 1,800, we'll send a check for $ 1,800. But if the bill comes in for $ 5,000, we contact the physician and tell him we'll only pay $ 1,800.

"If a doctor doesn't agree with our usual and customary rates and sues the patient, we'll go to court." Caterpillar defends employees in physician suits about 10 to 12 times a year, he said.
"Sometimes if the patient sees the extra amount that he owes is very little, he'll go ahead and pay it because he doesn't want any conflict," he said.

Dr. Hertenstein said Caterpillar has very few problems with physician charges in Peoria, but "problems with unbundling in other areas of the United States are fairly uniform."

When it cannot process a claim based on the information provided, CodeReview asks claims processors to obtain further information. For example, the system would question a claim that it believes contains upcoding and would suspend the claim until the needed information is added.

In addition to explanatory reports for doctors, the system could generate reports on physicians who often unbundle procedures, he said.

And the reports can also "give you a picture of savings by showing what you would have paid if the charges remained unbundled," he said.

Confidential Information Subject to D. Del. LR 26.2

MCK 044714

04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                              PAGE   55
                                                                    FOCUS

   According to Caterpillar, physicians most frequently unbundle obstetric and gynecological claims. And there is a lot of 'gaming' connected with invasive cardiology procedures "because it is so complex it is very difficult to train someone to look at a claim and tell there is unbundling," he said.

   However, unbundling is rarely seen in neurosurgery claims, according to the manufacturer.

   Caterpillar is the first major self-insured employer using CodeReview, which has been available since early 1989.

   Dr. Hertenstein said any employer that spends $ 4 million to $ 5 million on health care annually could benefit from CodeReview.

   Employers with smaller health care budgets or those using outside claims administrators should "hope their TPAs or insurers are using CodeReview," he said.

   Using this type of system throughout the county "would eliminate a lot of headaches" caused by disagreements over medical charges, Dr. Hertenstein said. Insurance companies, TPAs and even Medicare almost always go along with billed charges, he said.

   He predicts that scrutinizing CPT codes will become widespread within the next three to four years.

   Several large insurance companies are expressing interest in the mainframe version of CodeReview when it is completed, he said.

   Employers can either process claims in-house or utilize the program on a service bureau basis, said Peter Polachi, vp of marketing at HPR.

   Mr. Polachi would not disclose the price, saying it varies based on factors including the hardware the system runs on and the number of lives covered by a health care plan.
   HPR charges clients a one-time licensing fee and an annual user fee.

   If a client uses CodeReview on a service bureau basis, HPR typically charges on a per claim or per record basis, Mr. Polachi said.

   The system is obviously "expensive because we have several million dollars in the research and development of it," Dr. Hertenstein said.

   However, "our experience with it shows it saves as much as $ 20 per $ 1 invested in the first year," he said.

   Clients can have the system tailored to a certain degree, Dr. Hertenstein pointed out. For example, an employer can obtain a program that rejects claims for "cosmetic" procedures.

GRAPHIC: Picture, no caption

Confidential Information Subject to D. Del. LR 26.2

MCK 044715

04-CV-1258-SLR (D.Del.)

1990 Business Insurance, June 25, 1990                    PAGE   56
                                                                FOCUS

LANGUAGE: ENGLISH

Confidential Information Subject to D. Del. LR 26.2                    MCK 044716
                                                                04-CV-1258-SLR (D.Del.)

# EXHIBIT 25

# REDACTED

# EXHIBIT 26

# REDACTED