# EXHIBIT A

Case 1:04-cv-01258-SLR   Document 450-2   Filed 06/29/2006   Page 1 of 10

EXHIBIT A

Invalidity Chart: ClaimFacts, Doyle, AMS

| '164 Patent Claim 1 | Erisco's ClaimFacts | Doyle Patent | Advanced MedLogic System |
|---|---|---|---|
| 1. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of: | "In 1980, Erisco launched ClaimFacts, a computer software product that provided automated processing of medical claims." D.I. 382 at ¶ 4. | Patent discloses "a computerized insurance claim processing system" for providing "up-to-date information to the provider of health care services as to insurance coverage of a patient." D.I. 381, Ex. 14 at TRZ001066. | "[AMS] is a computer-based medical utilization management tool... [which] can be used either prospectively or retrospectively to evaluate the validity of health insurance claims." D.I. 381, Ex. 17 at MCK 047610.<br><br>"AMS embodies a true 'expert system' -- the knowledge of medical experts which is synthesized into a programmable form." Id. at MCK 047610.<br><br>"Working from the Uniform Billing claims form or the Health Care Finance Administration claim form data, AMS edits check for valid values, internal consistency, and appropriateness of services and charges." Id.<br><br>AMS had more than 50 medical claim edits to determine the validity of medical claims and codes. D.I. 381, Ex. 18 at MCK 047505-606. These included "Outmoded or Obsolete Procedures/Tests" (checking |

1

| Claim Language | Erisco's ClaimFacts | Doyle Patent | Advanced MedLogic System |
|---|---|---|---|
| | | | CPT-4 codes on a claim to catch outmoded procedure codes) and "Procedure Ordering, Temporal Sequencing" (checking combinations of ICD-9 codes to "validate the accuracy of the listed procedures"). *Id.* at MCK 047512, 047538. |
| (a) receiving at least one claim; | "ClaimFacts would receive medical claims containing one or more medical codes, such as CPT codes." D.I. 382 at ¶ 5. | "Block 95 indicates that the physician enters a code identifying the diagnosis (sprained wrist). Block 97 indicates that the physician enters up to ten procedure codes, which refer to the treatment for a sprained wrist selected by the physician." D.I. 381, Ex. 14 at TRZ0010076 at Col. 5:42-54. | "[AMS] is a computer-based medical utilization management tool…. [which] can be used either prospectively or retrospectively to evaluate the validity of health insurance claims." D.I. 381, Ex. 17 at MCK 047610.

"Working from the Uniform Billing claims form or the Health Care Finance Administration claim form data, AMS edits check for valid values, internal consistency, and appropriateness of services and charges." *Id.* |
| (b) determining whether any medical service code contained in the at least one claim is not present in the predetermined database; and | "ClaimFacts incorporated a CPT database containing all the valid CPT codes recognized by the AMA. ClaimFacts would check the CPT database to determine whether or not a received medical code was present in | "Block 106 indicates that a check is made to verify that the codes received are actually existing, and not fictitious, codes." D.I. 381, Ex. 14 at TRZ0010076 at Col. 5:42-54.

"Verify ICD 9 & CPT-4 code against master file to determine | AMS had a medical claim edit entitled "Acceptable Values for Data Elements." D.I. 381, Ex 18 at MCK 047507.

The "Primary Use" of this edit was: "To validate the accuracy of the claims data." *Id.* |

2

| Claim Limits | Brisson Claim Facts | Davis Patent | Advanced Medlogic System |
|---|---|---|---|
| | that database." D.I. 382 at ¶ 5. | whether "all codes [are] valid." *Id.* at TRZ001071 at Fig. 3A. | The edit "[c]hecks individual data elements and compares each with a list of acceptable single numbers, letters, and/or ranges. Values outside these ranges are not acceptable." *Id.* One of the data elements checked was procedure codes: "All Procedures." *Id.* |
| (c) informing a user that a medical service code is not contained in the predetermined database. | "If a medical code was not present in the CPT database, ClaimFacts would display an error message informing the user that the code was not found in the database." D.I. 382 at ¶ 5. | "Block 106 indicates that a check is made to verify that the codes received are actually existing, and not fictitious, codes." D.I. 381, Ex. 14 at TRZ001076 at Col. 5:42-54. "Verify ICD-9 & CPT4 code against master file" to determine whether "all codes [are] valid." *Id.* at TRZ001071 at Fig. 3A. | AMS had a medical claim edit entitled "Acceptable Values for Data Elements." D.I. 381, Ex. 18 at MCK 047507. The "Primary Use" of this edit was "[t]o validate the accuracy of the claims data." *Id.* The edit "[c]hecks individual data elements and compares each with a list of acceptable single numbers, letters, and/or ranges. Values outside these ranges are not acceptable." *Id.* One of the data elements checked was procedure codes: "All Procedures." *Id.* Actions in response to invalid code included: "Data entry clerk checks for entry error" and "Claim is flagged." *Id.* |

3

| Claim Limits | Erisco's ClaimFacts | Dixie Patent | Advanced Medical Management System |
|---|---|---|---|
| 2. In a computer system having means for operating on a predetermined database containing medical service codes and a set of relationships among the medical service codes defining whether selected ones of the medical service codes are valid when input with other selected ones of the medical service codes, a method for processing input claims containing at least one medical service code, comprising the steps of: | "In 1980, Erisco launched ClaimFacts, a computer software product that provided automated processing of medical claims." D.I. 382 at ¶ 4. | | "[AMS] is a computer-based medical utilization management tool . . . [which] can be used either prospectively or retrospectively to evaluate the validity of health insurance claims." D.I. 381, Ex. 17 at MCK 047610.<br><br>"AMS embodies a true 'expert system' – the knowledge of medical experts which is synthesized into a programmable form." Id. at MCK 047610.<br><br>"Working from the Uniform Billing claims form or the Health Care Finance Administration claim form data, AMS edits check for valid values, internal consistency, and appropriateness of services and charges." Id.<br><br>AMS had more than 50 medical claim edits to determine the validity of medical claims and codes. D.I. 381, Ex. 18 at MCK 047505-606. These included "Outmoded or Obsolete Procedures/Tests" (checking CPT-4 codes on a claim to catch outmoded procedure codes) and "Procedure Ordering, Temporal Sequencing" (checking combinations of ICD-9 codes to |

| Claim 1 of 2 | Trigon ClaimFacts | Doyle Patent | Average Medilogic System |
|---|---|---|---|
| | | | "validate the accuracy of the listed procedures"). Id. at MCK 047512, 047538. |
| (a) receiving at least one claim; | "ClaimFacts would receive medical claims containing one or more medical codes, such as CPT codes." D.I. 382 at ¶5. | | "[AMS] is a computer-based medical utilization management tool . . . [which] can be used either prospectively or retrospectively to evaluate the validity of health insurance claims." D.I. 381, Ex 17 at MCK 047610.<br><br>"Working from the Uniform Billing claims form or the Health Care Finance Administration claim form data, AMS edits check for valid values, internal consistency, and appropriateness of services and charges." Id. |
| (b) ascertaining whether the at least one claim contains a plurality of medical service codes; | "ClaimFacts would receive medical claims containing one or more medical codes, such as CPT codes." D.I. 382 at ¶5. | | "Only ICD-9 codes will be edited. There must be at least two procedures on the claim to perform this edit." D.I. 381, Ex 18 at MCK 047512. |
| (c) determining whether one of the medical service codes in the at least one claim is mutually exclusive due to non-medical criteria with any other medical service code | "If a medical code was received with two identical medical codes, ClaimFacts was capable of rejecting one of the codes and authorizing the other code for further processing." D.I. 382 at ¶8. | | AMS had a medical claim edit entitled "Procedures and Tests/One Time Occurrence." D.I. 381, Ex. 18 at MCK 047539.<br><br>The "Primary Use" of this edit was: "Procedures which should not be done more than once in a |

5

| Claim 1 and 2 | Falcon's Claim Edits | Doyle Patent | McKesson (MedEdits) System |
|---|---|---|---|
| in the at least one claim; | | | hospitalization will be identified." *Id.*<br><br>The edit "[c]hecks procedures and tests which should only occur once on a claim." *Id.*<br><br>"How Edit Works: . . . There must be at least two procedures on the claim. . . . If a procedure is flagged as occurring on either list more than once, the claim fails the edit. If a procedure occurs only once or not at all, the claim passes the edit." *Id.*<br><br>\*\*\*<br><br>AMS had a medical claim edit entitled "Two Charges by Same Practitioner for Ambulatory Visit and Hospital Admission on the Same Day." D.I. 381, Ex 18 at MCK 047554.<br><br>The "Primary Use" of this edit was: "To flag duplicate billing by the same practitioner for care rendered in an ambulatory setting on the same day as hospital admission." *Id.*<br><br>The edit "[f]lags cases in which the patient was billed by the same practitioner for both a hospital admission work-up and an ambulatory visit . . . on the same |

6

| Claim Element | Erisco's ClaimFacts | Doyle Patent | Architect MedLogic System |
|---|---|---|---|
| | | | day." *Id.*<br><br>\*\*\*<br><br>AMS had a medical claim edit entitled "Surgeon Visit on Same Day as Surgery." D.I. 381, Ex. 18 at MCK 047556.<br><br>The "Primary Use" of this edit was: "To identify excess billing by a surgeon for visits performed on the same day as surgery." *Id.*<br><br>"If a surgeon charges for a visit on the same day (s)he performs surgery, the visit charge is considered to be inappropriate." *Id.* |
| (d) authorizing medical service codes which are not mutually exclusive due to non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step; and | "If a medical code was received with two identical medical codes, ClaimFacts was capable of rejecting one of the codes and authorizing the other code for further processing." D.I. 382 at ¶ 8. | | AMS had a medical claim edit entitled "Procedures and Tests/One Time Occurrence." D.I. 381, Ex. 18 at MCK 047539.<br><br>"How Edit Works: ... There must be at least two procedures on the claim. ... If a procedure is flagged as occurring on either list more than once, the claim fails the edit. If a procedure occurs only once or not at all, the claim passes the edit." *Id.* |
| (e) rejecting medical service codes which are mutually exclusive due to | "If a medical code was received with two identical medical codes, ClaimFacts was | | AMS had a medical claim edit entitled "Procedures and Tests/One Time Occurrence." |

7

| Claim 1 and 2 | Trigon's Claim Proc. | Doyle Patent | Alleged MedLogic System |
|---|---|---|---|
| non-medical criteria with any other medical service codes contained in the at least one claim in response to the determining step. | capable of rejecting one of the codes and authorizing the other code for further processing." D.I. 382 at ¶ 8. | | D.I. 381, Ex. 18 at MCK 047539. "How Edit Works: . . . There must be at least two procedures on the claim. . . . If a procedure is flagged as occurring on either list more than once, the claim fails the edit  If a procedure occurs only once or not at all, the claim passes the edit." *Id.* |

8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 29, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

/s/   Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com