IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY FOR INDEFINITENESS
AND FAILURE TO ADEQUATELY DESCRIBE THE CLAIMED INVENTION**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

Original Filing Date:  June 22, 2006
Redacted Filing Date:  June 29, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| Excerpts from Mark Musen's November 22, 2005 Deposition | 22 |
| Excerpts from George Goldberg's September 13, 2005 Deposition | 23 |
| George Goldberg CV (GG0001 – GG0005) | 24 |
| Excerpts from Robert Hertenstein's September 13, 2005 Deposition | 25 |
| Excerpts from the trial transcript of *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | 26 |

526069

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 29, 2006, upon the following in the manner indicated:

### BY EMAIL AND HAND

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

> Jeffrey G. Randall
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Avenue
> Suite 1100
> Palo Alto, CA  94301

> */s/      Rodger D. Smith II (#3778)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com