IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF
ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY ON GROUNDS OF ANTICIPATION AND OBVIOUSNESS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

Original Filing Date:  June 22, 2006

Redacted Filing Date:  June 29, 2006

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| Excerpts from the trial transcript of *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | 26 |
| Trial Exhibits from *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* April 16, 2006 trial (Exhibits 97, 99, 419, and 1180-1120) | 27 |
| GMIS Pre-Trial Memorandum in Case #94-CV-056 (MCK 117113 – MCK 117126) | 28 |
| TriZetto's Interrogatories #6, 7, and 9 propounded to McKesson | 29 |
| McKesson's Response to TriZetto's Interrogatories #6, 7, and 9 | 30 |
| MCK 047860 –MCK 047863; MCK 115920 – MCK 115938; MCK 115944 – MCK 115953 | 31 |
| GMIS Amended Witness List in Case #94-CV-056 (MCK 046088 – MCK 046092) | 32 |
| GMIS Supplemental Response to HPR's Document Requests (MCK 035882 – MCK 035886) | 33 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2006, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on June 29, 2006, upon the following in the manner indicated:

## BY EMAIL AND HAND

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

## BY EMAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

*/s/     Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com