# EXHIBIT 27

# (PART 1)













**Overview**

## Introduction

Erisco is the premier developer of software-based administrative and analytical solutions to the healthcare industry. With 30 years of experience, Erisco has garnered an outstanding reputation for delivering comprehensive functionality and providing superior customer support. Erisco's proven success with our legacy mainframe-based products paved the way for the release of our exciting client/server solution to meet the ever-changing needs of the managed care marketplace. Erisco's systems are used by over 100 customers to manage the administration of over 25 million covered lives.

## Client/Server System

Facets is Erisco's fully integrated client/server solution for managed care administration. The design of Facets allows organizations to select the modules best suited for their specific business requirements. Facets' comprehensive functionality addresses membership and provider network management. Full functionality for claims processing and utilization management are also features of Facets. Customer Service supports the recording and tracking of customer contact information. Premium billing and commissions are offered to accommodate the administrative functions of managed care as well as capitation to handle risk pool management for various provider arrangements. Facets' reporting system provides organizations with an effective tool to manage information. The system supports a comprehensive set of standard, as well as custom reports.

## Mainframe Systems

ClaimFacts is an online health claims management system for medical, dental, short/long term disability and multiple option plans. ClaimFacts improves processing accuracy by automating functions, such as eligibility confirmation and benefit determination, using one-screen adjudication. In addition to the processing capabilities noted, ClaimFacts offers features such as clinical editing for billing overpayments, and referral and gatekeeper processing for tracking referrals against claims processed. ClaimFacts also provides the ability to submit claims electronically for bulk batch processing through all adjudication edits and

MCK 002304
04-CV-1258-SLR (D.Del.)

ProductOverview

supports the EDI WEDI core transaction sets.

<u>GroupFacts</u> supports the administration, marketing, actuarial, underwriting, and accounting functions of group life and health insurance. The system integrates database and management reporting functions such as premium calculations and billing. GroupFacts automates commission payments and has full accounting features to manage commission as well as premium payments. The enrollment and maintenance of policyholder membership is fully supported. Reinsurance and renewals are also features of GroupFacts as well as Policyholder Service which provides a file structure for member administration.

Top of Page ▲

About Erisco | Products | News & Links | Customer Services | Directory | Home

Copyright 1996 Erisco, Inc. 1700 Broadway, NY, NY 10019 All rights reserved

MCK 002305
04-CV-1258-SLR (D.Del.)

5/12/99





## PRODUCTS







Facets is the first and most production-proven, scalable client/server solution for payer managed care administration. Erisco delivered on the promise of client/server technology where others floundered — giving managed care organizations more flexibility, extensibility and interoperability. In other words, Facets is easier to modify and customize, and easier to plug into other technology solutions. Erisco has now leveraged its industry-leading solution by forming strategic alliances with best-of-breed solution partners to complement Facets' core capabilities.

**The Integrated Facets Functionality**

The core of Facets is a set of deeply functional modular components, with particular strength in medical and case management. This *modularity* allows you to select your own mix of components to precisely match your needs:

- LOB/Product Administration
- Membership Management
- Provider Management
- Capitation, Provider Risk Sharing
- Medical Management
- Claims/Encounter Management
- Clinical Protocols
- Clinical Claims Audit
- Premium Billing
- Agent/Broker Administration
- Data/Reporting
- Accounting
- Customer Service
- EDI/Internet Functionality

**LOB/Product Administration**

Facets is designed with flexible parameter driven program logic and a relational database well suited for the multi-LOB, multi-product managed care environment. Whether your line of business or product is HMO, PPO, POS, or Medicare/Medicaid, Facets allows business users to define the type of service, benefit provisions, and criteria needed for your organization. This flexibility affords better use of the database, fewer work hours for loading repetitive information, and better control of product changes.

back to top

MCK 002306
04-CV-1258-SLR (D.Del.)

http://www.erisco.com/facets.htm
12/2/1999

## Membership Management

Facets makes it easy to manage the administration of groups, subscribers, and members. You can enter detailed information, capture demographics, and meet the growing demand for information. The system tracks eligibility events, coordination of benefits, primary care physician selection, and federal regulations surrounding Medicare and Medicaid.

back to top

## Provider Management

With Facets, you can provide more effective care by matching providers to patients and coordinating care between members, providers, and your organization. Facets simplifies the complicated task of administering complex pricing schemes for providers contracted under multiple arrangements. Also, Facets helps you identify the types of physicians needed and captures full credential information in order to recruit high-quality, low-cost providers and build a better network.

back to top

## Capitation, Provider Risk Sharing

Facets can accommodate a variety of capitation scenarios including primary, secondary, and capitation for ancillary services. Facets supports advanced capitation contracts such as percentage of premium for both Medicare and commercial products. Risk pools and fund management can be established for all providers at risk, including capitated and fee-for-service providers. Facets also offers the significant advantage of automatic retroactive adjustments.

back to top

## Medical Management

Facets brings truly comprehensive automation to the process of referral management and pre-authorizations, while also tracking case management activity. Because utilization management is fully integrated with claims management, claims are handled efficiently and correctly according to pre-authorization decisions.

back to top

## Claims/Encounter Management

Facets offers a high degree of automation and data capture, and provides three options for claims management: claims adjudication, claims pre-pricing, and claims logging. Dental, medical, and hospital claims can be processed on-line or

MCK 002307
04-CV-1258-SLR (D.Del.)
12/2/1999

electronically, with full support for highly productive electronic
adjudication. Facets' electronic commerce capabilities are
designed to accept external claims submitted electronically from
trading partners in the 837 transaction set standard format. With
Facets, you can handle the complex benefit structures and
pricing schedules of all types of plans, including HMO, PPO,
POS, and Indemnity.

back to top

## Clinical Protocols

Facets provides support for clinical decision making with a set
of comprehensive clinical criteria in a logical decision-tree
format. These clinical protocols provide a powerful resource to
speed the process of medical management and put the right
information in the hands of the clinical decision making
personnel.

back to top

## Clinical Claims Audit

Facets automatically edits every claim that you process with
Erisco's proprietary clinical editing software, with tens of
thousands of clinical rules and recommendations. This allows
you to identify billing problems and eliminate significant
overpayment of claims, and to consistently catch fraudulent,
erroneous or inconsistent billing practices, a significant factor in
cost containment.

back to top

## Premium Billing

Facets provides comprehensive features to establish and
maintain the billing process. Billing activity is managed
according to customer-defined specifications for assigning
billing levels, determining billing cycles and features, producing
statements, updating accounts receivable, and reporting. Facets
also automatically applies retroactive adjustments.

back to top

## Agent/Broker Administration

Facets administers the business processing, agent
reimbursement, and information requirements necessary to
effectively manage your organization's agent/broker
relationships. The system identifies commission entities such as
brokers or agents, establishes the scales used to determine
commissions, and appoints a commission arrangement to define
which plans require commission calculations.

back to top

MCK 002308
04-CV-1258-SLR (D.Del.)

http://www.erisco.com/facets.htm                          12/2/1999

## Data/Reporting

Facets provides a flexible, comprehensive reporting system that
supports standard and ad hoc reporting. Reporting is
accomplished with an extensive, integrated relational database
which is designed for processing and information needs of
managed care organizations.

back to top

## Accounting

Facets provides flexible, comprehensive accounting features to
support billing, commissions, claims, and capitation. It provides
output and payables of claims, capitation, commissions, rating,
billing, and receivables. It also provides detail and summary
data for checks, Explanation of Benefits, reports, and mapping
to general ledger systems.

back to top

## Customer Service

Facets supports dramatic improvements to the quality of
customer service by enhancing access to information and
efficiently recording and tracking customer contact information.
It enables you to efficiently manage customer inquiries, appeals
and grievances, and immediately routes all inquiries and
complaints concerning providers and services to the appropriate
individual or department.

back to top

## EDI/Internet Functionality

To enhance your connectivity, accuracy and efficiency, Facets
makes extensive use of industry-leading EDI technologies.
Current capabilities include easy access to diagnosis codes via
the Internet. Physicians can perform online verification of
eligibility and coverage, and check the status of submitted
claims; submit referrals; and access appropriate member
information. This growing Internet functionality also includes
comprehensive security features to restrict access and protect
confidentiality.

Top of Page ▲

About Erisco | Products | News & Links | Customer Services | Directory | Home

Copyright 1996 Erisco, Inc. 1700 Broadway, NY, NY 10019 All rights reserved

MCK 002309
04-CV-1258-SLR (D.Del.)

http://www.erisco.com/facets.htm

12/2/1999

# *CLAIMFACTS*



One Integrated Solution
for Comprehensive Health
Claims Management.



# Erisco

## To deliver tomorrow's innovative solutions, we work diligently to understand our customers' needs today.



Industry faces an increasingly difficult challenge to manage the spiraling costs of health care benefits. Insurers and TPAs must capitalize on new product opportunities to be competitive. Corporations continue to search for new ways to control costs, while at the same time offer progressive employee benefits. All strive to improve productivity and service, and to respond quickly with effective solutions. Automation plays a pivotal role. Throughout the evolution of health benefits management, Erisco has been on the cutting edge of systems innovation. ClaimFacts, our comprehensive claims management system, is integral to our customers' success in managing health care costs. What's more, it meets all the interrelated claims processing requirements of managed care programs.

Today, controlling provider fees is the latest trend in cost management. Again, Erisco is at the forefront of industry demand. Now ClaimFacts has *intelligent* processing. It automatically checks every claim against a clinical knowledge base for potential billing errors, on-line. That means you stop paying unnecessary medical bills. You start saving instantly.

To remain ahead, we continue to enhance and modify ClaimFacts by accommodating the changing needs of our customers. Their success is our compass bearing for the future.

## ClaimFacts is the most comprehensive claims management solution available today.

We designed ClaimFacts to meet the diverse and changing requirements of insurers, TPAs and corporations. Through systems integration, ClaimFacts helps these organizations compete by controlling costs. And, it allows them to manage the many diverse operations related to claims processing.

ClaimFacts is backed by Erisco and the vast information and technical resources of our parent, Dun & Bradstreet. Our reputation and experience are matched by a strong record of customer



service and innovative product enhancements.

Additionally, ClaimFacts is supported by our staff of systems and insurance experts. They are experienced professionals who know the business. They deliver the customer service we promise. They work with you through installation and implementation. And they are available at all times for ongoing support.

Our philosophy for ClaimFacts is clear. We will continue to search for new ways to help our customers reduce costs and improve service. We will also strive to remain at the forefront of systems innovation.

## Extensive data capture and reports make ClaimFacts a valuable management tool.



A full complement of management and administrative reports are built-in. Experience reports give you prompt and accurate management information for high level decision-making. Administrative reports track system and user performance daily. So you can closely monitor costs as well as efficiency.

ClaimFacts offers many standard reports. We also make it easy for you to pro-duce your own customized, plan-specific reports. Either way, ClaimFacts captures extensive data for easy retrieval. You can also measure the success of your utilization review program by linking ClaimFacts to precertification. All this can be done on either a periodic or ad hoc basis.

In addition, if you require, we can provide you with highly specialized health care management information. This lets you compare benefits and financial performance against industry and regional averages, and across internal programs.

Security reports inform you of all unauthorized access attempts, as well as the system access time of each operator.

### System security

ClaimFacts keeps information completely confidential to authorized users. Access codes provide operator-specific security over terminal use, system access and file functions. You can also limit menu option display. Management decides which restrictions apply. You even have the option to adjust and override security. And ClaimFacts provides a full and detailed audit trail for all transactions.

## How you benefit from ClaimFacts is your option. Alternative solutions match *any* processing requirement.

You can implement ClaimFacts in one of two ways, depending on your unique processing requirements. You can either implement the software at your site, or subscribe to remote service.

If you choose to license ClaimFacts, our professional support staff will work with you to implement the system on your IBM or equivalent hardware. Or, if you wish to conserve your processing resources, we can maintain your files for you. Terminals and printers, located at your site, are connected to our data center via dedicated line.

Further, should you develop a processing backlog, our Benefits Administration Services staff can process the surplus for you. Depending on your work environment, they can even relieve you of the burdens of processing entirely.

## To find out what ClaimFacts' comprehensive claims management capabilities can do for you, call Erisco today.

We'd like to show you how ClaimFacts can help you manage your claim operations better, improve productivity and service, and reduce costs. Just as we do every day for insurers, TPAs, corporations, Taft-Hartleys, associations and HMOs — nationwide.

For an on-line system demonstration or more information about ClaimFacts, contact our Sales Department at:

Erisco
1700 Broadway
New York, NY 10019
(212) 765-8500

Highly Confidential/Attorneys Eyes Only

## Proven performance helps you save time, reduce costs, and accommodate change.

ClaimFacts installs quickly and easily. You won't have to put your business on hold to load records and train your staff. ClaimFacts is reliable — installed and operating in over a hundred environments, with virtually no down time.

With ClaimFacts, you contain costs by reducing administrative expenses and controlling disbursements. It automates every step of claims administration. So you improve efficiency and accuracy. Single-screen processing speeds work-flow and increases productivity. And easy on-line access to information improves service.

What's more, ClaimFacts accommodates change easily. It helps insurers implement new products quickly. Corporations can tailor ClaimFacts to their special plan requirements. It's easy to make changes and adjustments on-line, without reprogramming.

**Batch Adjudication**

ClaimFacts automatically adjudicates, in batch, designated medical, dental and disability claims. Manual operations are eliminated. Administrative costs are reduced. For triple option plans, ClaimFacts processes capitated services and procedures in batch. Cost efficiency is improved. All this frees examiners to do more sophisticated claims review on-line. Large volume processors benefit most from this feature.

## Fully integrated, ClaimFacts meets the diverse and growing demands of health care management.

ClaimFacts accommodates even the most complex benefit programs. At the processing level, it integrates all basic and advanced requirements for medical, dental, disability, PPO and triple option plans.

Each system within ClaimFacts is an integrated module. That means information is shared automatically. Further, it means you choose only what you need. If your needs change, you can easily add functions later.

We continually enhance ClaimFacts by responding to specific customer needs and anticipating industry trends. Therefore, ClaimFacts will continue to be the right solution as your business changes and grows.

**Integrated health care management**

Some companies benefit by integrating related operations. Take managed care for example. We make it easy to link virtually any precertification and medical review operation to claims processing. Even if you use an external UR vendor. In addition, CertiFacts, our comprehensive utilization management system integrates with ClaimFacts.

Either way, you can track utilization to the coverage provided for in the plan. And you can measure the effectiveness of your managed care program.



The interface to our GroupFacts system gives insurers and TPAs one solution for claims processing and group life and health administration. The sharing of important member information eliminates the need for duplicate entry. And this interface makes it easy to compare and report premiums billed to actual claims paid.

## ClaimFacts has comprehensive, integrated medical management.

ClaimFacts has all the management capabilities you would expect of a comprehensive claims manager. It supports cost control programs such as second surgical opinion, preadmission certification, outpatient surgery and preferred provider arrangements. And, it makes payments according to PPO contracts based on DRG's, per diems, COB/Medicare, discounts or schedules.

Additionally, you can retrieve data, such as special admissions, hospital utilization, DRG and provider reports for experience reporting and utilization review. And, you can use a UB-82 screen format for hospital processing.

ClaimFacts does even more. It checks the coding and clinical accuracy of medical claims automatically.

Highly Confidential/Attorneys Eyes Only

## Intelligent processing

With ClaimFacts, you can eliminate unnecessary medical payments, because it has *ClinicaLogic*. ClinicaLogic is ClaimFacts' integrated medical claims editor. It automatically examines each claim instantly on-line, as it is processed.

ClinicaLogic warns you of questionable provider fees *before* disbursement. And it corrects "unbundling", unacceptable procedures, coding errors and more. It even checks for inadvertent or potentially fraudulent deviations from accepted clinical standards.

Duplicate work is eliminated because you only have to enter data once. ClaimFacts automatically captures and stores original and medical edit information as it is entered on-line. Detailed reports inform you of abusive submission, the providers who submit challenged claims, and clinical recommendations for payment.

What's more, ClinicaLogic is backed by an expert staff of board-certified physicians. Their combined clinical experience forms an expert-knowledge database, updated regularly as medical criteria change.

All this makes ClinicaLogic the leading integrated medical claims editor.

## Triple Option claims processing

Through integrated processing, ClaimFacts handles indemnity, PPO, and HMO claims. You can track primary care physicians, process and report capitated services or procedures and determine point-of-service benefits. And with ClaimFacts' referral capability you can control out-of-network and specialty care claims.

Insurers and TPAs continue to incorporate HMO managed care into their products. HMOs are allowing more out-of-network services. This calls for a single, more sophisticated way to process these claims in a point-of-service environment. ClaimFacts is the solution.



## With ClaimFacts you manage costs by closely managing dental care.

ClaimFacts maintains current, accurate information by closely monitoring dental care. So it helps you control costs. Single-screen processing improves productivity.

You save in several ways. ClaimFacts monitors dentists' practice patterns. Single-screen processing and dental batch adjudication reduce administrative expense. ClaimFacts checks adjudication against a detailed history of previous treatment through dental utilization tables.

Service is improved by extensive on-line inquiry. A tooth chart display lets you track each patient's individual dental history. ClaimFacts updates the chart automatically after each procedure. And it accommodates precertifications, alternative dental plan procedures and benefits, and dental PPO management.

## You continue to manage costs through highly automated disability management.

ClaimFacts automates the time-consuming processes inherent to disability management. It issues repetitive payments and correspondence. And it's all fully integrated.

ClaimFacts handles both short- and long-term plans on-line. It automatically withholds taxes, Social Security and Workers Compensation. It generates tax reports and automates Cost of Living Adjustment provisions.

In addition to all the detailed claim reports generated by ClaimFacts, the disability system measures potential future liability per claim. This information lets you plan the allocation of reserve funding.

Highly Confidential/Attorneys Eyes Only

Erisco


a company of
The Dun & Bradstreet Corporation

1700 Broadway
New York, NY 10019
(212) 765-8500

Highly Confidential/Attorneys Eyes Only

TRZ 032144

# ClaimFacts ClinicaLogic User Manual

### RELEASE 6.0
### NOVEMBER 1997

Copyright © 1997 Erisco, Inc.  All rights reserved.  The Zip Code portion of this software (CITY STATE File)
Copyright © 1994 United States Postal Service.  All rights reserved.

Information in this document is subject to change without notice.  No part of this document may be reproduced or
transmitted in any form or by any means without the express written consent from Erisco, Inc.

## PREFACE

This publication is one of a series of documents serving as a source of reference information about Erisco products. It has been prepared for use by purchasers of Erisco products. The contents are continually reviewed and revised as product enhancements are made. A revised copy of this manual is routinely forwarded to each customer when new releases become available.

Reader comments pertaining to the content of this publication are invited. Your comments are valued and help assist us in preparing better documentation. All comments and suggestions become the property of Erisco.

This manual may not, in whole or in part, be duplicated, disclosed or used for other than evaluation purposes by your personnel without prior written consent of Erisco. Consultants with a need to know must first sign a non-disclosure agreement prior to access to Erisco documentation.

Regarding the Data File for ClinicaLogic which contains HCPCS codes, the following applies: The DATA FILE and documentation are provided with RESTRICTED RIGHTS. The use, duplication, or disclosure by the Government is subject to restrictions as set forth in subdivision (c) (1) (ii) of the Rights in Technical Data and Computer Data File(s) clause at DFAR 252.227-7013 or restricted rights at 48 CFR 52.227-19 or 52.227-14 as applicable. Any applicable notices to preserve restricted rights are incorporated herein by reference.

Highly Confidential/Attorneys Eyes Only                                    TRZ 014814

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014815

## HOW TO READ THIS DOCUMENTATION MANUAL

**Introduction**

The following pages describe the format of your documentation manual, and provide some suggestions on how to read it to get the information that you want as fast as possible.

**Overview**

Your manual is conveniently divided into the following eight sections:

| | |
|---|---|
| Table of Contents | Claims Processing |
| Introduction | Reports |
| Glossary | Appendices |
| Implementation Procedures | Index |

Three entire sections – the Table of Contents, Glossary and Index – are entirely devoted to helping you read your manual. They can save you valuable time when navigating through the documentation.

The Implementation Procedures, Claims Processing, and Reports sections are the heart of the manual. These sections collectively contain descriptions and explanations of all system features and functions. Each of these sections is subdivided as follows: an introduction, which gives you a brief description of the material the section covers; a table of contents that lists the records/screens/reports discussed; a sectional index, which is handy if you need information on a topic and you know the main section that it's in; and, a detailed description of each record/screen/report in the section.

**Page numbering**

Each of the eight sections in your manual has its own numbering system. For example, the Introduction section might begin on page 1 and end on page 34 while the Glossary section, which immediately follows the Introduction, might begin on page 1 and end on page 6.

Highly Confidential/Attorneys Eyes Only

TRZ 014816

**Headers and footers**

Each page within the entire manual contains a header and a footer. The header appears at the very top of every page; the footer, at the very bottom. The header always contains the abbreviated name of the manual (e.g., CF ClinicaLogic 6.0) along with the number of the ClaimFacts release to which the page has been updated. The most current release number may not appear on every page because each release of the system does not necessitate changes to every page of the documentation. For example, page six of the Implementation Procedures section might indicate that it was updated to release 6.0 whereas page ten of the same section might indicate that it was updated to release 6.1. Such an occurrence only means that release 6.1 *did not* necessitate any changes to page six.

The header may also contain a two letter code. This is a ClaimFacts ClinicaLogic system file transaction code, and it only appears in the header of a page that describes a particular screen or file. Below is an example of a typical header:

CF CLINICALOGIC 6.0                                                          EA

CF CLINICALOGIC 6.0 in this header designates a page from the ClaimFacts ClinicaLogic User Manual that has been updated to ClaimFacts ClinicaLogic Release 6.0. EA in the header designates a page from the description of the Clinical Edits Administrative Rules (EA) Record.

The footer always contains the following: The month and year in which a particular page was updated, the name of the section and the page number. Below is an example of a typical footer:

NOVEMBER 1997                    IMPLEMENTATION PROCEDURES • PAGE 30

NOVEMBER 1997 represents the month and year in which the page was updated. IMPLEMENTATION PROCEDURES indicates the section in which the page appears. PAGE 30 is the page number within the section.

**Sectional introduction, contents and index**

The first page of each of the major sections in your manual contains an introduction and a table of contents. The introduction spells out the main topics covered in the section and the table of contents lists the records/screens/reports discussed in the section along with corresponding page numbers. The sectional indexes are handy when you know which section a topic, screen or feature is located in but you do not know the page.

Highly Confidential/Attorneys Eyes Only                              TRZ 014817

**The screen format**

For each screen and record, a screen format is always presented. The screen format is a picture of a screen or record, without any data entries, as it appears in ClaimFacts ClinicaLogic. Beneath it is a numbered list of all of the fields on the screen or record. The fields are numbered from left to right as they appear on the screen. You may use the number assigned to each field to reference a detailed description of the field in the field descriptions chart, which always follows the screen format. An example of a screen format along with a list of fields appears on the next page.

Highly Confidential/Attorneys Eyes Only                              TRZ 014818

HOW TO READ THIS MANUAL                                    CF CLINICALOGIC 6.0

**Screen Format:**    **Clinical Edits Administrative Rules Record**
                      Transaction:    EA
                      Key:            PREFIX

```
CI: ZP              CLINICAL EDITS ADMINISTRATIVE RULES
FUNCTION: -                       PREFIX: ----
CE PFX: --  EXPL PFX: -  ET PFX: --              OPTIONS: --------
SURG TOS:      --- --- --- --- --- --- --- --- --- --- --- ---
AST SURG TOS: --- --- --- --- ---     ANES TOS: --- --- --- --- ---
POS IN:           -- -- -- -- -- --  POS OUT: -- -- -- -- -- -- --
OVERRIDE CODES: --- --- --- ---- ---
**********************************PROCEDURE EDITS* *****************************
 *EDIT*    AN LA ME RA SU   *EDIT*    AN LA ME RA SU   *EDIT*    AN SU *DX EDITS*
DEL/REP:    -  -  -  -  - REC NT FND: -  -  -  -  - SAME DAY:   -  CS MG: -
BILATERAL:        -  -  - OUT-DATED:  -  -  -  -  - AST SUR:    -  NM AGE: -
REBUNDLE:         -  -  - INVEST:     -  -  -  -  - PROC/DX:    -  EX AGE: -
SING BILL:        -       SEX:        -  -  -  -  - CASE MGM:   -  SEX:   -
OVERLAP:    -  -  -     - NOR AGE:    -  -  -  -  - COSMETIC:   -
POS:        -  -  -     - EXT AGE:    -  -  -  -  - FOLLOW UP:  -
SUBSET:     -  -  -  -  - INFO/ISSUE: -  -  -  -  - AN NOR TM: -
INVALID:    -  -  -  -  - SECONDARY:  -  -  -  -  - AN EXT TM: -
*************************SECONDARY TOS RULE SWITCH*****************************
PTR ORIG NEW  PTR ORIG NEW  PTR ORIG NEW   PTR ORIG NEW  PTR ORIG NEW
--  --- ---   --  --- ---   --  --- ---    --  --- ---   --  --- ---
--  --- ---   --  --- ---   --  --- ---    --  --- ---   --  --- ---
--  --- ---   --  --- ---   --  --- ---    --  --- ---   --  --- ---
WINDOW ID: --  WINDOW: --------------------------------------------------
PLEASE ENTER A FUNCTION
```

**Descriptions of the fields on the EA Record can be referenced on the following pages by their field numbers:**

(1)  FUNCTION
(2)  PREFIX
(3)  CE PFX
(4)  EXPL PFX
(5)  ET PFX
(6)  OPTIONS
(7)  SURG TOS
(8)  AST SURG TOS
(9)  ANES TOS
(10) POS IN
(11) POS OUT
(12) OVERRIDE CODES
PROCEDURE EDITS
(FIELDS 13-36)
(13) DEL/REP
(14) REC NT FND
(15) SAME DAY

(16) BILATERAL
(17) OUT-DATED
(18) AST SUR
(19) REBUNDLE
(20) INVEST
(21) PROC/DX
(22) SING BILL
(23) SEX
(24) CASE MGM
(25) OVERLAP
(26) NOR AGE
(27) COSMETIC
(28) POS
(29) EXT AGE
(30) FOLLOW UP
(31) SUBSET
(32) INFO/ISSUE

(33) INVALID
(34) SECONDARY
(35) AN NOR TM
(36) AN EXT TM
DX (DIAGNOSIS) EDITS (37-40)
(37) CS MG
(38) NM AGE
(39) EX AGE
(40) SEX
SECONDARY TOS RULE
SWITCH (41-43)
(41) PTR
(42) ORIG
(43) NEW
(44) WINDOW ID
(45) WINDOW

Highly Confidential/Attorneys Eyes Only
                                                           TRZ 014819

**The field
descriptions chart**

The field descriptions chart is where you turn when you want to find out the purpose of a particular field on a screen and what, if anything, you need to enter into it. The field descriptions chart is in a two column format. The first column contains the following pieces of information for each field on the screen:

- The field number
- The field name
- The field size
- The field type

The *field number* is assigned purely for reference purposes. Each field on a screen in your manual is numbered from left to right, starting from the upper left-hand corner of the screen. Field numbers always appear in parentheses.

*Field names* are documented exactly as they appear on screen. When a field name appears in an abbreviated form that does not readily convey meaning, a fuller name is provided in parentheses. For example, (Prefix) appears underneath the **PFX** Field in the field descriptions chart. Field names are always printed in all capitals and bold print.

The *field size* refers to the number of bytes of information that each field can accept. For example, the size of the **PREFIX** Field on the EA Record is four because it holds four bytes of data.

The *field type* refers to the kind of data that the field accepts. Fields that are labeled *alpha* only accept alphabetic characters. Fields labeled *numeric* only accept numbers. And fields labeled *alphanumeric* accept either alphabetic characters or numbers or a combination of both.

When there is more than one occurrence of a particular field, the number of occurrences is stated. For example, the **SURG TOS** Field occurs fifteen times on the EA Record so that you may enter as many as fifteen surgical type of service codes. Therefore, "15 OCCURRENCES" is listed for this field.

Entries are not required in every field on a screen. When a field requires an entry, the label REQUIRED FIELD appears. When the sole purpose of a field is to display information, the field is labeled DISPLAY ONLY. In general, fields that do not have either one of these labels are optional fields.

The second column of the field descriptions chart is devoted entirely to providing precise descriptions of the entries that are valid for each field. Below is a short example of the field descriptions chart:

Highly Confidential/Attorneys Eyes Only                              TRZ 014820