# EXHIBIT 27

# (PART 2)

## Field Descriptions:    Clinical Edits Administrative Rules Record

| (FIELD NUMBER)<br>FIELD NAME<br>SIZE TYPE | DESCRIPTION |
|---|---|
| (1)<br>FUNCTION<br>REQUIRED FIELD<br>1, ALPHA | Enter a function code<br><br>A = Add a new record    I = Inquire on a record<br>B = Browse a file    L = Lock a record<br>C = Change a record    R = Browse a file in reverse<br>D = Delete a record    U = Unlock a record |
| (2)<br>PREFIX<br>REQUIRED FIELD<br>4, ALPHANUMERIC | Enter a user-defined prefix to reference this EA Record to your plan's Benefit Component (BC) Record. |

Highly Confidential/Attorneys Eyes Only

TRZ 014821

# TABLE OF CONTENTS

## INTRODUCTION

**INTRODUCTION TO CLINICALOGIC** ............................................................. 1
  What does this section include? ................................................................. 1
  Contents ................................................................................................... 1

**CLINICALOGIC OVERVIEW** .................................................................... 3
  What is ClinicaLogic? ............................................................................... 3
  Development of the ClinicaLogic database ................................................ 4
    Clinical rules for procedures .............................................................. 4
    Clinical rules for diagnoses ................................................................ 5
  Overview of claims processing with ClinicaLogic .................................... 6
  Guidelines for using ClinicaLogic ............................................................ 6
  The clinical edits and their functions ....................................................... 8
    Deleted code edit ............................................................................... 8
    Unilateral to bilateral edit .................................................................. 8
    Single billing edit .............................................................................. 8
    Procedure rebundling edit .................................................................. 8
    Secondary procedure edit ................................................................... 8
    Invalid procedure edit ........................................................................ 9
    Subset procedure edit ........................................................................ 9
    Overlapping procedure edit ................................................................ 9
    Same day procedure edit .................................................................... 9
    Follow-up care edit ............................................................................ 9
    Sex to procedure edit ......................................................................... 10
    Normal age to procedure edit ............................................................ 10
    Extreme age to procedure edit ........................................................... 10
    Place of service to procedure edit ...................................................... 10
    Assistant surgeon edit ....................................................................... 10
    Outdated procedure edit .................................................................... 10
    Experimental procedure edit .............................................................. 10
    Cosmetic procedure edit .................................................................... 11
    Case management edit for procedure .................................................. 11
    Procedure issue edit .......................................................................... 11
    Procedure information edit ................................................................. 11
    Procedure review edit ........................................................................ 11
    Sex to diagnosis edit ......................................................................... 11
    Normal age to diagnosis edit ............................................................. 11
    Extreme age to diagnosis edit ............................................................ 12
    Case management edit for diagnosis ................................................... 12
    Procedure to diagnosis edit ............................................................... 12
    Normal time anesthesia edit .............................................................. 12
    Extreme time anesthesia edit ............................................................. 12

Highly Confidential/Attorneys Eyes Only                    TRZ 014822

# GLOSSARY

GLOSSARY OF TERMS ................................................................1

## IMPLEMENTATION PROCEDURES

INTRODUCTION TO IMPLEMENTATION PROCEDURES ..............................1
  What does this section include? ...........................................1
  Contents ....................................................................1

CLIENT OPTIONAL FEATURES MAINTENANCE SCREEN ......................3
  Introduction ................................................................3
  Sample display OF Screen ..................................................3

CLINICAL EDITS ADMINISTRATIVE RULES RECORD .......................5
  Introduction ................................................................5
  Sample display EA Record with prefix EDIT ...............................6
  Screen Format ..............................................................7
  Field Descriptions .........................................................8

SERVICE MAINTENANCE RECORD ......................................27
  Introduction ...............................................................27
  Sample SE Record for secondary procedures .............................27
  -26 Modifier/CPT procedure code pricing .................................28

BENEFIT COMPONENT RECORD ........................................29
  Introduction ...............................................................29
  How to make activation of ClinicaLogic date sensitive .................29

CLAIMFACTS CLINICAL EDITS RECORD .................................31
  Introduction ...............................................................31
  How ClinicaLogic uses the CE Record to edit claims ....................31
    Anesthesia editing for procedures on claims .........................31
  Sample display CE Record for procedure 46257, Screen 1 ..............32
  Sample display CE Record for procedure 46257, Screen 2 ..............33
  Screen Format .............................................................34
  Field Descriptions ........................................................36

CLAIMFACTS ANESTHESIA PROCEDURE EDITS RECORD ..................51
  Introduction ...............................................................51
  How ClinicaLogic accesses the AN Record to edit claims ...............51
    How the AN Record is used to check anesthesia time ................52
  Using the TP Table with anesthesia editing ............................52
  Sample display AN Record for procedure 00850, Screen 1 ..............53
  Sample display AN Record for procedure 00850, Screen 2 ..............54
  Screen Format .............................................................55
  Field Descriptions ........................................................57

DIAGNOSIS CODE MAINTENANCE RECORD ..............................71

Highly Confidential/Attorneys Eyes Only                       TRZ 014823

Introduction ...................................................................................................71
How to modify the ID Record ...........................................................................71
Sample display:  ID Record for diagnosis code 650 ...........................................73


**CLINICAL WARNING MESSAGES SCREEN** .................................................**75**
Introduction ...................................................................................................75
User-defined messages ...................................................................................75
  How to add a user-specific message ...............................................................76
User security/warning message levels ...............................................................77
Screen Format, Type D ....................................................................................78
Screen Format, Type E ....................................................................................79
Field Descriptions ...........................................................................................80


**EXPLANATION MAINTENANCE FILE** .........................................................**83**
Introduction ...................................................................................................83


**LETTERS** ...................................................................................................**85**
Introduction ...................................................................................................85


**HOW TO TEST THE SYSTEM** .....................................................................**87**
Introduction ...................................................................................................87
Surgical procedure edits ..................................................................................87
Radiology procedure edits ...............................................................................89
Laboratory procedure edits ..............................................................................90
Medical procedure edits ..................................................................................91
Anesthesia edits .............................................................................................92
Diagnosis edits ...............................................................................................93


**CLAIMS PROCESSING**


**INTRODUCTION TO CLAIMS PROCESSING** ...................................................**1**
What does this section include? ..........................................................................1
Contents .........................................................................................................1


**CLAIMS PROCESSING WITH CLINICALOGIC** .................................................**3**
Introduction .....................................................................................................3
Application of clinical edits during claims processing ...........................................3
Warning and disallow messages .........................................................................4
How to handle edited claims ...............................................................................5
Special instructions for claims processors ...........................................................5
  How to change edited claims ...........................................................................5
  How to use the delete line item function ...........................................................6
  How to override reformatted line items .............................................................6
  How the edits that read history operate ............................................................6
  How to adjust claims for procedures processed in reverse order .........................8
  How to handle cross-segment rebundling ..........................................................8
  How to process follow-up care procedures ........................................................9
  Establishing override explanation codes for ClinicaLogic ....................................9
  How to handle the Deleted Code Edit ...............................................................9

Highly Confidential/Attorneys Eyes Only                          TRZ 014824

Capturing the original CPT/HCPCS procedure code when the Deleted Code Edit is invoked ...........................10
How to enter anesthesia claims ...........................................................................................................11


SAMPLE DISPLAYS...................................................................................................................................12
Introduction ...........................................................................................................................................12
Adjudication with Deleted Code Edit.....................................................................................................12
Adjudication with Procedure Rebundling Edit activated for surgical procedures - Screen 1 ...............13
Adjudication with Procedure Rebundling Edit activated for surgical procedures - Screen 2 ...............14
Adjudication with Procedure Rebundling Edit activated for surgical procedures - Screen 3 ...............15
Adjudication with Procedure Rebundling Edit activated for lab procedures - Screen 1 .......................16
Adjudication with Procedure Rebundling Edit activated for lab procedures -  Screen 2 .......................17
Adjudication with Procedure Rebundling Edit activated for lab procedures -  Screen 3 .......................18
Adjudication with Same Day Procedure Edit - Screen 1 .......................................................................19
Adjudication with Same Day Procedure Edit - Screen 2 .......................................................................20
Adjudication with Subset Procedure Edit - Screen 1 .............................................................................21
Adjudication with Subset Procedure Edit - Screen 2 .............................................................................22
Adjudication with Overlapping Procedure Edit - Screen 1 ...................................................................23
Adjudication with Overlapping Procedure Edit - Screen 2 ...................................................................24
Adjudication with Procedure Information Edit - Screen 1 .....................................................................25
Adjudication with Procedure Information Edit - Screen 2 .....................................................................26


CLAIMS INQUIRY ON EDITED CLAIMS....................................................................................................27
Introduction ...........................................................................................................................................27
The Enhanced CQ Detail Screen ...........................................................................................................27
CE ST Field ......................................................................................................................................27
CE IND Field ....................................................................................................................................29
PTR Field ..........................................................................................................................................31
FORMAT CD Field ..........................................................................................................................32
Sample Display CQ Detail Screen for claim edited by ClinicaLogic ...................................................33
The ClinicaLogic Claim Inquiry Screen ...............................................................................................36
Screen design ....................................................................................................................................36
How to access the CQN Screen ........................................................................................................36
Sample display CQN Screen ................................................................................................................37
Field Explanations ............................................................................................................................38


REPORTS


INTRODUCTION TO REPORTS ...................................................................................................................1
What does this section include?.................................................................................................................1
Contents.....................................................................................................................................................1


CLINICAL EDITS ADMINISTRATION MAINTENANCE REPORT ...............................................................3
Introduction ..............................................................................................................................................3
Sample RP setup .......................................................................................................................................3


CLINICAL EDITS MAINTENANCE REGISTER............................................................................................5
Introduction ..............................................................................................................................................5
Sample RP setup.......................................................................................................................................5
Report Format ..........................................................................................................................................6
Field Descriptions.....................................................................................................................................7

Highly Confidential/Attorneys Eyes Only                          TRZ 014825

**ANESTHESIA EDITS MAINTENANCE REGISTER** ........................................................9
  Introduction ........................................................................................................9
  Sample RP setup ................................................................................................9
  Report Format ..................................................................................................10
  Field Descriptions ............................................................................................11

**AUDIT REGISTER REPORT** ..................................................................................13
  Introduction ......................................................................................................13
  Valid sorts ........................................................................................................13
  Sample RP setup ..............................................................................................14
  Report Format ..................................................................................................15
  Field Descriptions ............................................................................................17

**CLINICAL EDITS FILE LISTING** ...........................................................................21
  Introduction ......................................................................................................21
  Valid selects ....................................................................................................21
  Sample RP & RS setup for Report FCE ............................................................22

**ANESTHESIA EDITS FILE LISTING** ......................................................................23
  Introduction ......................................................................................................23
  Valid selects ....................................................................................................23
  Sample RP & RS setup for Report FAN ............................................................24

**CLINICAL EDITS RULES FILE LISTING** ...............................................................25
  Introduction ......................................................................................................25
  Sample RP Setup ..............................................................................................25

**CLINICALOGIC SAVINGS REPORT** ......................................................................27
  Introduction ......................................................................................................27
  Valid selects ....................................................................................................27
  Sample RP & RS setup for Report S10 ............................................................29
  Report Format ..................................................................................................30
  Field Descriptions ............................................................................................32

**PROVIDER ACTIVITY REPORT** ............................................................................37
  Introduction ......................................................................................................37
  Valid sorts ........................................................................................................37
  Valid selects ....................................................................................................37
  Sample RP & RS setup for Report S20 ............................................................39
  Report Format ..................................................................................................40
  Field Descriptions ............................................................................................41

# APPENDICES

**INTRODUCTION TO APPENDICES** ..........................................................................1
  What does this section include? ........................................................................1
  Contents ............................................................................................................1

Highly Confidential/Attorneys Eyes Only                    TRZ 014826

**APPENDIX A: SAMPLE LETTERS** ..................................................................................**3**
   Sample letter to providers.......................................................................................3
   Sample letter to patients .........................................................................................5

**APPENDIX B: REBUNDLING LOGIC** ...........................................................................**7**
   Sample CE Record for procedure 47620 ................................................................8
   Sample adjudication with Procedure Rebundling Edit - Screen 1 ...........................9
   Sample adjudication with Procedure Rebundling Edit - Screen 2 .........................10
   Sample adjudication with Procedure Rebundling Edit - Screen 3 .........................11

**APPENDIX C: MULTICHANNEL REBUNDLING LOGIC** ............................................**13**

**APPENDIX D: FOLLOW-UP CARE PROCEDURES** ....................................................**15**

**APPENDIX E: EXPLANATION MAINTENANCE RECORDS** ........................................**17**
   Sample EX Record for Subset 1 Procedure Edit ...................................................17
   Sample EX Record for Subset 2 Procedure Edit ...................................................18
   Sample EX Record for Secondary Procedure Edit .................................................18
   Sample EX Record for Sex to Procedure Edit ........................................................19
   Sample EX Record for Cosmetic Procedure Edit ...................................................19
   Sample EX Record for Place of Service to Procedure Edit ....................................20
   Sample EX Record for Assistant Surgery Edit ........................................................20
   Sample EX Record for Follow-up Procedure Edit ...................................................21
   Sample EX Record for Overlapping Procedure Edit ...............................................21
   Sample EX Record for Same Day Procedure Edit ..................................................22
   Sample EX Record for Invalid Procedure Edit ........................................................22
   Sample EX Record for Subset Procedure Edit when the *C* option is set ..............23
   Sample EX Record for Appropriateness of Anesthesia Edit ...................................23
   Sample EX Record for CE override code that is used with the Deleted Code Edit .....24

**APPENDIX F: SAME DAY PROCEDURE TABLES** ...................................................**25**

**APPENDIX G: CLINICALOGIC EDIT MESSAGES** ....................................................**27**

**APPENDIX H: PROCESSING CONTROL MAINTENANCE RECORDS** .......................**33**
   PC Record for transaction CE ...............................................................................34
   PC Record for transaction CF................................................................................34
   PC Record for transaction AN...............................................................................35
   PC Record for transaction A2................................................................................35

**APPENDIX I: HCPCS CODES BY SERVICE CATEGORIES** ....................................**37**

# INDEX

   INDEX............................................................................................................................1

Highly Confidential/Attorneys Eyes Only

TRZ 014827

CF CLINICALOGIC 6.0

# INTRODUCTION TO CLINICALOGIC

**What does this section include?**

The INTRODUCTION section of this manual is directed primarily at new users of ClinicaLogic. This section includes a discussion of:

- how ClinicaLogic was developed;

- guidelines for using ClinicaLogic to edit claims; and

- the specific clinical edits and their functions.

**Contents**

The following topics are discussed in this section:

What Is Clinicalogic?................................................................. 3
Development Of The ClinicaLogic Database ............................ 4
Overview Of Claims Processing With ClinicaLogic................. 6
Guidelines For Using ClinicaLogic.......................................... 6
The Clinical Edits And Their Functions ................................. 8

Highly Confidential/Attorneys Eyes Only

TRZ 014828

# INDEX TO INTRODUCTION

Billing practices .................................................7
Claims processing overview .................................6
Clinical edits ....................................................8
Clinical rules ...................................................4
Clinical rules, how to load ..................................5
ClinicaLogic
    database development ......................................4
    guidelines.......................................................6
    integration with ClaimFacts.............................3
    introduction ..................................................3
Edits
    Assistant Surgeon Edit....................................10
    Case Mgmt. Edit for Diag. ..............................12
    Case Mgmt. Edit for Proc. ..............................11
    Cosmetic Procedure Edit .................................11
    Deleted Code Edit ...........................................8
    Experimental Procedure Edit............................10
    Extreme Age to Diag. Edit...............................12
    Extreme Age to Proc. Edit................................10
    Extreme Time Anesthesia Edit .........................12
    Follow-up Care Edit .........................................9
    Invalid Procedure Edit......................................9
    Normal Age to Diag. Edit.................................11
    Normal Age to Proc. Edit.................................10
    Normal Time Anesthesia Edit...........................12
    Outdated Procedure Edit...................................10
    Overlapping Procedure Edit ..............................9
    Place of Service to Proc. Edit ...........................10
    Procedure Information Edit ...............................11
    Procedure Issue Edit .......................................11
    Procedure Rebundling Edit................................8
    Procedure Review Edit .....................................11
    Procedure to Diagnosis Edit .............................12
    Same Day Procedure Edit .................................9
    Secondary Procedure Edit .................................8
    Sex to Diagnosis Edit ......................................11
    Sex to Procedure Edit ......................................10
    Single Billing Edit ...........................................8
    Subset Procedure Edit.......................................9
    types..............................................................8
    Unilateral to Bilateral Edit................................8
Exceptions to edits................................................6
Guidelines for ClinicaLogic...................................6
Lab tests exempt from edits ..................................7
Loading clinical rules............................................5
Pace Healthcare Management..................................4
Warnings to claims processors................................6

Highly Confidential/Attorneys Eyes Only                              TRZ 014829

## CLINICALOGIC OVERVIEW

**What is
ClinicaLogic?**

ClaimFacts ClinicaLogic is a comprehensive, knowledge-based subsystem designed to automatically check medical claims *before payment*. Primarily, the subsystem examines how accurately surgical, laboratory, radiology, anesthesia and other medical procedures are coded on claims, and the propriety of the procedures according to accepted medical standards. In this way, the subsystem helps ensure that reimbursements are only made for appropriate procedures that are correctly billed.

ClinicaLogic conveniently integrates with the ClaimFacts Medical system, and checks claims as they are entered on-line or in batch mode to identify:

- "unbundled" procedures (i.e., procedures covered by one comprehensive CPT/HCPCS procedure code that are itemized on the provider's bill, possibly resulting in an overstatement of charges);

- CPT/HCPCS procedure coding errors or invalid data relationships (e.g., the procedure is inconsistent with the patient's sex);

- cosmetic and experimental procedures;

- anesthesia services that *are not* applicable to specific surgical procedures;

- unbundled anesthesia services when anesthesia is appropriate for a surgery;

- anesthesia services, which are appropriate for a surgery, whose time periods exceed established time limits;

- follow-up procedures customarily included in the cost of surgery;

- patterns of outpatient and inpatient utilization deviating from common standards of clinical practice;

- procedure charges that are considered subsets of the primary procedure, including those specified with a -26 modifier; and

- diagnoses that may be inappropriate for the sex and/or age of the patient, or that may require case management.

Highly Confidential/Attorneys Eyes Only                              TRZ 014830

ClinicaLogic also increases savings by allowing you to monitor:

- provider practice patterns that indicate a potential quality-of-care problem, or that significantly contribute to higher costs.

The ability of ClinicaLogic to detect this variety of medical billing problems makes it a valuable tool for guarding against routine CPT/HCPCS and ICD-9 coding errors as well as the different coding strategies some providers use to circumvent reasonable and customary limits.

**Development of the ClinicaLogic database**

Pace Healthcare Management, Inc., a physician-staffed consulting firm experienced in all aspects of medical cost management, designed the medical database that forms the core of ClinicaLogic. To accomplish the project, Pace assembled an interdisciplinary team of board-certified doctors with expertise in the areas of utilization review and quality assurance. Based on its collective medical knowledge and extensive claims auditing experience, this team built a database of over 90,000 clinical rules for claim checking. These rules apply to surgical, laboratory, radiological, anesthesia and other medical procedures as well as to diagnoses.

CLINICAL RULES FOR PROCEDURES

Each clinical rule for a procedure includes medical data that indicate either an appropriate way to adjudicate the procedure or a proper relationship between the procedure and information such as the patient's age and sex. For example, a claim submitted for a laparotomy (i.e., the surgical opening of the abdomen) and an appendectomy billed separately would violate a clinical rule in the database because a laparotomy is considered integral to the appendectomy. In another example, a claim submitted for a coronary artery bypass on a 20-year-old patient would conflict with the normal age range (35 - 99) established by a clinical rule for the procedure, causing ClinicaLogic to issue a warning message.

Pace assigned clinical rules to over 8, 900 CPT/HCPCS procedure codes. The types of data that constitute the clinical rules for procedures include:

- Gender: Is the procedure performed only on males, females or both?

- Place of service: Is the procedure customarily performed on an inpatient or an outpatient basis?

- Assistant surgeon: Does the surgery require an assistant surgeon?

Highly Confidential/Attorneys Eyes Only                                    TRZ 014831

- Cosmetic:  Is the procedure often performed to improve appearance only?

- Age range:  Is the procedure normally performed on patients within a specific age range?

- Anesthesia service:  Is the anesthesia service appropriate for the surgical procedure?

- Anesthesia time:  Is the length of the anesthesia service outside the normal time frame for the associated surgical procedure?

- Subset procedures:  Is the procedure integral to the primary procedure and therefore not billable separately?

- Multichannel laboratory testing:  Are the laboratory tests more appropriately billed under a single comprehensive code?

**CLINICAL RULES FOR DIAGNOSES**

Pace developed clinical rules for over 14,000 ICD-9-CM diagnosis codes.  The clinical rules for diagnoses limit the assignment of a diagnosis by the sex and/or age of the patient.  They also indicate whether a diagnosis may qualify a patient for case management.

The clinical rules for procedures are automatically loaded into the Clinical Edits Procedure (CE) File; the clinical rules for diagnoses are automatically loaded into the Diagnosis Code (ID) File; and, the clinical rules for anesthesia services are automatically loaded into the Anesthesia Service (AN) File.  You may, however, alter the medical data for each procedure and diagnosis code based on your claims experience or to meet your specific guidelines.  Furthermore, because the currency of this data is crucial to success in using ClaimFacts ClinicaLogic, Pace provides periodic updates to the database.

Highly Confidential/Attorneys Eyes Only

TRZ 014832

**Overview of claims processing with ClinicaLogic**

The clinical edits may be thought of as a series of filters through which a medical claim passes once you enter it into ClaimFacts ClinicaLogic. The edits screen surgical, laboratory, radiological, anesthesia and other medical procedures, which are represented by CPT/HCPCS procedure codes on a claim. Some edits only check the diagnosis on the claim. And one edit ensures that the procedure is appropriate to the diagnosis.

Claims processors are always warned when a clinical edit takes action on a claim, and are provided with the medical guidelines on which the edit is based. Certain clinical edits provide advice on the handling of claims payment issues. For example, processors may be advised that an operative report is required and that it should be reviewed by a physician to settle a claim. The precise message which appears on the adjudication display is coded on the ClaimFacts Clinical Edits (CE) Record or the Anesthesia Procedure Maintenance (AN) Record for specific procedures and services. The ease of access to this on-line information is intended to enhance the speed and accuracy of decision-making and to ultimately reduce processing time.

**Guidelines for using ClinicaLogic**

The following guidelines are important to keep in mind when using ClaimFacts ClinicaLogic.

- Valid exceptions to payment recommendations made by ClinicaLogic will arise. Therefore, ClinicaLogic users are advised to offer both providers and patients every opportunity to appeal all payment decisions.

- Certain medical conditions may necessitate treatment that follows a seemingly irregular pattern. Severe trauma, for example, often requires such treatment because the course of this injury is so unpredictable. Therefore, claims for the treatment of major trauma should always be reviewed by a physician reviewer before payment is suspended or denied.

- Generally speaking, the clinical edits are more reliable on claims where all billed services are for the treatment of a single clinical condition. Therefore, when ClinicaLogic indicates that one procedure on a claim is a subset of another, the claims examiner should verify that both procedures have the same diagnosis. If they do not, the claim should be submitted for review by a nurse reviewer or a physician reviewer.

  For most claims where two procedures edited by ClinicaLogic have different diagnoses, the clinical edit will apply, but the claim should still be reviewed to make certain that the correct payment decision is being made.

Highly Confidential/Attorneys Eyes Only                        TRZ 014833

- The clinical edits that check laboratory tests apply only to tests that are performed at the same time on the same specimen. For example, a hematocrit is a subset of a complete blood count, and therefore not separately billable when performed on the same specimen. It is common, however, for a physician to order a complete blood count at the beginning of the treatment day followed by successive hematocrit tests throughout the day. If the subsequent hematocrit tests are performed on a separate sample of blood later in the day, it is perfectly appropriate to bill these tests separately.

- ClinicaLogic attempts to identify incorrect billing practices by providers of ancillary services. For example, it is inappropriate for a chiropractor or physical therapist to bill for physical therapy services and office visits when the only reason for the visit is to receive physical therapy or manipulative therapy. Therefore, ClinicaLogic has been designed to disallow an office visit that is billed with such therapy.

   There are, however, situations where it is appropriate for an orthopedic surgeon, for example, to bill for an office visit *and* physical therapy. This arises when a patient is seen by an orthopedist for routine office services, and then referred to that orthopedist's physical therapist, who may practice in the same office. In this case, the bill from the orthopedist will include a charge for his/her services as well as the separate services provided by the physical therapist. Understanding the office practices of medical specialists is an essential component of interpreting recommendations made by ClinicaLogic.

Highly Confidential/Attorneys Eyes Only                        TRZ 014834

| The clinical edits and their functions | Twenty-nine clinical edits are available for claim checking. Some edits detect and, in certain situations, automatically correct commonly encountered coding errors. Other edits identify potential improprieties regarding the procedures and the diagnosis assignments on claims. Following is a detailed list of the edits and system responses: |
|---|---|

|  | DESCRIPTION | SYSTEM RESPONSE |
|---|---|---|
| DELETED CODE EDIT | Identifies procedure codes that should no longer be used for payment because they have been removed from the CPT/HCPCS nomenclature. | Automatically replaces the deleted code if there is only one replacement code. If more than one replacement code exists, displays the full range on the adjudication display and prompts you to enter the appropriate code. |
| UNILATERAL TO BILATERAL EDIT | Identifies unilateral (one-sided) procedures that appear more than once on a claim and that should be coded as bilateral (both sides). | Automatically replaces the unilateral procedure codes with the applicable bilateral procedure code for adjudication. |
| SINGLE BILLING EDIT | Identifies medical procedures that are only to be billed once every three years in the course of the patient-physician relationship. | Automatically changes subsequent occurrences of the code for the procedure that should only be billed once every three years to a more appropriate code. Adjudication is based on the new code. |
| PROCEDURE REBUNDLING EDIT | Rebundles those procedures on a claim that should not be billed separately because they are covered by another CPT/HCPCS procedure code. | Condenses related procedures into a single, comprehensive procedure code that is new to the claim. Adjudication is then based on this new code. |
| SECONDARY PROCEDURE EDIT | Identifies subordinate procedures on a claim that are commonly performed in the same operative session and that should be paid at a reduced amount. | Either adjudicates the secondary surgeries based upon a service rule defined on the Clinical Edits Administrative Rules (EA) Record; disallows the charges for the secondary surgeries; or displays a warning message for these surgeries on the adjudication display, depending on how you set up the EA Record. If charges are disallowed, an explanation displays on the adjudication display and prints on the EOB. |

Highly Confidential/Attorneys Eyes Only

TRZ 014835

| | DESCRIPTION | SYSTEM RESPONSE |
|---|---|---|
| INVALID PROCEDURE EDIT | Identifies procedures on a claim that have been user defined as invalid. | Either disallows the charges for the procedures or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charges are disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| SUBSET PROCEDURE EDIT | Detects procedures on a claim that should not be billed separately because they are integral to the primary procedure. | Either 1) disallows the charges for the subset procedures; 2) displays a warning message on the adjudication display; or, 3) combines the charges for the subset procedures with the listed procedure, depending on how you set up the EA Record. If charges are disallowed or combined with the listed procedure, an explanation displays on the adjudication display and prints on the EOB. |
| OVERLAPPING PROCEDURE EDIT | Identifies redundant medical, surgical, laboratory and anesthesia procedures. | Either disallows the charge for the redundant procedure or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| SAME DAY PROCEDURE EDIT | Detects procedures that are not customarily performed on a patient on the same day as a surgical procedure. | Either disallows the charge for the procedure that should not have been performed on the same day or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| FOLLOW-UP CARE EDIT | Detects medical services on claims that should not be separately billed because they are part of the follow-up care associated with a surgical procedure. | Either disallows the charge for the follow-up procedure or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |

Highly Confidential/Attorneys Eyes Only

TRZ 014836

| | DESCRIPTION | SYSTEM RESPONSE |
|---|---|---|
| SEX TO PROCEDURE EDIT | Detects an inconsistency between the sex of the patient and the procedures. | Either disallows the charges for the procedures that are inconsistent with the patient's sex, or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charges are disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| NORMAL AGE TO PROCEDURE EDIT | Detects an inconsistency between the age of the patient and the normal age range for patients undergoing the procedure. | Displays a warning message on the adjudication display. |
| EXTREME AGE TO PROCEDURE EDIT | Detects an inconsistency between the age of the patient and the age limits beyond which it is highly unlikely that the procedure would be performed on a patient. | Displays a warning message on the adjudication display. |
| PLACE OF SERVICE TO PROCEDURE EDIT | Determines whether the procedures were performed in the proper place of service (i.e., inpatient or outpatient). | Either disallows the charges for the procedures that were performed in an inappropriate setting or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charges are disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| ASSISTANT SURGEON EDIT | Detects assistant surgeon charges that may not be medically warranted for the primary procedure. | Either disallows the charge for the assistant surgery or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| OUTDATED PROCEDURE EDIT | Identifies procedures on a claim that are no longer in common usage and are generally no longer considered valid therapy except for a limited range of diagnoses. | Displays a warning message on the adjudication display. |
| EXPERIMENTAL PROCEDURE EDIT | Identifies procedures on a claim that are widely regarded as unproved in treating a particular illness. | Displays a warning message on the adjudication display. |

Highly Confidential/Attorneys Eyes Only

TRZ 014837

|  | DESCRIPTION | SYSTEM RESPONSE |
|---|---|---|
| COSMETIC PROCEDURE EDIT | Identifies procedures on a claim that are mainly used to improve appearance. | Either disallows the charge for the cosmetic procedure or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| CASE MANAGEMENT EDIT FOR PROCEDURE | Detects surgical procedures on a claim that may qualify a patient for case management. | Displays a warning message on the adjudication display. |
| PROCEDURE ISSUE EDIT | Identifies procedures on a claim that may have additional issues that require attention prior to final adjudication. | Displays a warning message on the adjudication display, and provides instructions on how to best investigate and review the claim. |
| PROCEDURE INFORMATION EDIT | Identifies procedures on a claim for which additional medical information may be required prior to final adjudication. | Displays a warning message on the adjudication display, and provides instructions on how to best investigate and review the claim. |
| PROCEDURE REVIEW EDIT | Identifies procedures on a claim that may require third party review prior to final adjudication. | Displays a warning message on the adjudication display, and provides instructions on how to best investigate and review the claim. |
| SEX TO DIAGNOSIS EDIT | Detects an inconsistency between the sex of the patient and the diagnosis(es). | Either disallows the charge for the diagnosis or displays a warning message on the adjudication display, depending on how you set up the EA Record. If the charge is disallowed, an explanation displays on the adjudication display and prints on the EOB. |
| NORMAL AGE TO DIAGNOSIS EDIT | Identifies an inconsistency between the age of the patient and the normal age range for patients with the diagnosis. | Displays a warning message on the adjudication display screen. |

Highly Confidential/Attorneys Eyes Only                                        TRZ 014838

| | DESCRIPTION | SYSTEM RESPONSE |
|---|---|---|
| EXTREME AGE TO DIAGNOSIS EDIT | Identifies an inconsistency between the age of the patient and the age limits beyond which it is highly unlikely that a patient would be given a particular diagnosis. | Displays a warning message on the adjudication display. |
| CASE MANAGEMENT EDIT FOR DIAGNOSIS | Detects diagnoses on a claim that may qualify a patient for case management. | Displays a warning message on the adjudication display. |
| PROCEDURE TO DIAGNOSIS EDIT | Detects inconsistencies between the surgical procedures and the diagnoses on a claim. This edit is provided for over 1,000 of the most commonly performed surgical procedures as determined by Erisco's research. | Displays a warning message on the adjudication display. |
| NORMAL TIME ANESTHESIA EDIT | Indicates when an anesthesia service is *outside of the normal time frame* defined for that service. | Displays a warning message on the adjudication display. |
| EXTREME TIME ANESTHESIA EDIT | Indicates when an anesthesia service is *outside of the extreme time frame* defined for that service. | Displays a warning message on the adjudication display. |

By providing this comprehensive range of edits, ClaimFacts ClinicaLogic allows you to cost-effectively reduce overpayments due to improper billing or provider practices. ClinicaLogic's flexibility lets you use any or all of the edits, and, in most instances, allows you to select the categories of procedures (e.g., laboratory and surgical) to which they will apply. It is recommended that you activate all of the edits for all categories of procedures to ensure the most thorough check of each claim.

Highly Confidential/Attorneys Eyes Only                                          TRZ 014839

CF CLINICALOGIC 6.0

## GLOSSARY OF TERMS

| | |
|---|---|
| **ALLOWED CHARGES:** | The dollar amount allowed by the rules of a plan for various types of service. |
| **AMA:** | The American Medical Association. |
| **ANCILLARY SERVICES:** | Diagnostic or therapeutic services performed by specific hospital departments at the request of a physician. |
| **ASA CODES** | The American Society of Anesthesiologists' service codes. |
| **BILATERAL PROCEDURE:** | A procedure performed on both sides of the body.  For example, procedures related to the sinuses, lungs and kidneys are often bilateral. |
| **CASE MANAGEMENT:** | The planning of services in response to the patient's health care problem(s).  Typically for long-term out-patient treatment plans, case management programs consist of four basic steps:  (1) assessment and planning, (2) coordination and referral, (3) treatment and (4) continued monitoring. |
| **CHARGES:** | Prices assigned to units of medical service such as a physician's office visit or a hospital day. |
| **CLAIM:** | A document submitted to an insurer by an insured person or assignee to request payment of benefits under an insurance policy. |
| **CLINICAL EDIT:** | A check on a claim to ensure that the procedure and/or diagnosis conform to the appropriate clinical rules. |
| **CLINICAL RULE:** | A medical guideline governing the adjudication of a procedure or the assignment of a diagnosis. |
| **COSMETIC PROCEDURE:** | A procedure commonly performed to achieve improvement in appearance. |
| **CPT:** | Current Procedure Terminology.  A coding system developed by the AMA to classify medical procedures. |
| **DELETED CODE:** | A code that has been removed from the CPT/HCPCS nomenclature. |
| **EXPERIMENTAL PROCEDURE:** | A procedure that is considered unproved in certain situations. |
| **EXTREME AGE LIMITS:** | The age range beyond which it is highly unlikely that a given diagnosis or procedure would be encountered. |

Highly Confidential/Attorneys Eyes Only                                          TRZ 014840

**FORMAT CHANGE:** An automatic replacement of a CPT/HCPCS procedure code on one or more line items by the Deleted Code Edit or Single Billing Edit, or the automatic rebundling of line items by the Procedure Rebundling Edit or Unilateral to Bilateral Edit.

**HCFA:** The Health Care Financing Administration is an agency of the Federal Government which administers Medicare.

**HCPCS CODES:** A coding system for medical procedures that is used by the Health Care Financing Administration (HCFA).

**ICD-9-CM:** International Classification of Diseases - Ninth Edition - Clinical Modification. A coding system used to classify medical diagnoses.

**INVALID DATA RELATIONSHIP:** An illogical correlation between two or more pieces of data, such as the procedure and the diagnosis on a claim.

**LISTED PROCEDURE:** A medical, surgical, radiology or laboratory procedure for which a ClaimFacts Clinical Edits (CE) Record has been designed or an anesthesia service for which an Anesthesia Procedure Maintenance (AN) Record has been designed. The CPT/HCPCS procedure code for the listed procedure is part of the key to its CE or AN Record.

**NORMAL AGE LIMITS:** The usual age range beyond which a given diagnosis or procedure would be encountered.

**OUTDATED PROCEDURE:** A procedure that is not in common usage and is no longer considered valid therapy, except for a limited number of diagnoses.

**PRIMARY PROCEDURE:** The procedure which resulted in the greatest resource consumption.

**PROCEDURE UNBUNDLING:** A billing practice in which the provider may inflate the total charge by itemizing related procedures that should be billed under a single CPT/HCPCS procedure code.

**PROCEDURE REBUNDLING:** The condensing of two or more CPT/HCPCS procedure codes on a claim into a single, comprehensive CPT/HCPCS procedure code for adjudication. This is done automatically by the Procedure Rebundling Edit. (For a complete discussion of the system's rebundling logic, please see Appendix B.)

**REASONABLE & CUSTOMARY:** A method for determining payment for services based upon historical charges from the same provider or other providers in the same geographical area for similar services. In ClaimFacts, R&C is either the amount listed on the IP Record for a particular procedure or the charge for the procedure, whichever is lesser.

Highly Confidential/Attorneys Eyes Only

TRZ 014841

CF CLINICALOGIC 6.0

**RELATED DIAGNOSES:**   The diagnoses associated with a given procedure.

**SAVINGS:**   The difference between the allowed charge on the claim prior to editing and the suggested allowed charge after editing.

**SECONDARY PROCEDURE:**   A procedure that is distinct from and secondary to the primary procedure, though commonly performed during the same operative session.

**SUBSET PROCEDURE:**   A construct of the medical database used to identify procedures and services that are integral to the primary procedure.

**UNILATERAL PROCEDURE:**   A procedure performed on only one side of the body. Also called a single-sided procedure.

Highly Confidential/Attorneys Eyes Only                    TRZ 014842

Highly Confidential/Attorneys Eyes Only

TRZ 014843

# INTRODUCTION TO IMPLEMENTATION PROCEDURES

**What does this section include?**

The IMPLEMENTATION PROCEDURES section of this manual describes the files that you must add or modify as part of the ClinicaLogic implementation process. The file descriptions featured in this section follow the order that you should follow to set up ClinicaLogic, from system administration records to plan maintenance records to file maintenance records.

Files unique to ClinicaLogic are described in detail. These files are set up when you implement ClinicaLogic, and must reflect the claim editing features of the plans you are administering.

**Contents**

The following files are described in this section:

Client Optional Features Maintenance Screen ............................................................. 3

Clinical Edits Administrative Rules Record ............................................................. 5

Service Maintenance Record ............................................................................. 27

Benefit Component Record ............................................................................... 29

ClaimFacts Clinical Edits Record ...................................................................... 31

ClaimFacts Anesthesia Procedure Edits Record ..................................................... 51

Diagnosis Code Maintenance Record .................................................................. 71

Clinical Warning Messages Screen .................................................................... 75

Explanation Maintenance File .......................................................................... 83

Letters ...................................................................................................... 85

How To Test The System ................................................................................ 87

Highly Confidential/Attorneys Eyes Only                                      TRZ 014844

## IMPLEMENTATION PROCEDURES INDEX

AN Record
    how ClinicaLogic accesses ...................................51
    how it is used to check time...........................52
    how to link to EA.......................................57
    how to load .............................................51
    introduction .............................................51
    purpose of ..............................................51
    sample...................................................53
AN Record Not Found Edit ..................................11
Anesthesia editing, using the TP Table................52
Assistant surgeries on EA ....................................9
Assistant Surgery Edit on EA ...............................13
Benefit Component Record ...............................29
Case Management Edit on EA ..................16, 24
CE Record
    follow-up care limit .................................38
    how to link to EA.......................................36
    how to load ...........................................31
    how to modify...........................................31
    introduction ...........................................31
    principal procedure.....................................37
    purpose ...............................................31
    sample.................................................32
CE Record Not Found Edit ..................................11
Clinical Warning Messages Screen
    introduction ...........................................75
    Type D sample.........................................78
    Type E sample.........................................79
ClinicaLogic activation.......................................29
ClinicaLogic letters...........................................85
Cosmetic Procedure Edit on EA ..........................18
Date sensitive activation....................................29
Deleted Code Edit on EA ...................................10
Diagnosis Edits on EA........................................24
EA Record
    introduction ...............................................5
    linked to BC...............................................8
    linked to EX...............................................8
    override codes............................................9
    purpose .................................................5
    sample...................................................6
Edits, how to activate by cat. ...............................5
Experimental Procedure Edit ..............................14
Explanation File................................................83
Explanation ID..................................................83
Explanation messages
    predefined ...............................................83
    when displayed ........................................83
Extreme Age Edit on EA .....................................25
Extreme Age Edits on EA....................................20
Follow-Up Surgery Edit.......................................20
How to define editing criteria ...............................5
ID Record
    how to load ...........................................71

    how to modify...........................................71
    introduction ...........................................71
    purpose ...............................................71
    sample.................................................73
Information Edits on EA......................................22
Inpatient pl. of svce. codes ..................................9
Invalid Procedure Edit.......................................23
Letters ..........................................................85
Linking multiple CE Records ................................8
Listed procedures on AN....................................57
Listed procedures on CE....................................36
Normal Age Edit on EA......................................25
OF Screen
    introduction ...............................................3
    sample...................................................3
Outdated Procedure Edit....................................12
Outpatient pl. of svce. codes ................................9
Overlapping Proc. Edit ......................................16
Overlapping Procedures Edit on EA......................16
Place of Service Edit on EA ................................19
Procedure Edits on EA .......................................10
Procedure to Diagnosis Edit ...............................15
Rule switches on EA..........................................25
Same Day Surgery Edit......................................12
Sex Edit on EA.................................................25
Sex to Procedure Edit on EA...............................15
Single Billing Edit on EA.....................................15
Subset Anesthesia Edit......................................20
Subset Procedure Edits......................................21
TP Table ........................................................52
Type of service codes on EA ...............................9
Unilateral to Bilateral Edit..................................17
User-specific messages linked to AN ...................57
User-specific messages linked to CE....................36
User-specific warning messages..........................75
Warning messages
    automatically created or deleted ......................75
    how to link to user security............................77
    Type D ...................................................75
    Type E ...................................................75
    user-specific............................................81
    when displayed ........................................75

Highly Confidential/Attorneys Eyes Only                    TRZ 014845

# CLIENT OPTIONAL FEATURES MAINTENANCE SCREEN

**Introduction**

You establish the primary link between ClaimFacts and ClinicaLogic on the Client Optional Features Maintenance (OF) Screen. To activate ClinicaLogic for a client, enter *C* in **O/L OPTS Minifield 14** on the client's OF Screen. This entry makes ClinicaLogic available to every plan within the client.

Then enter *CF* in the CE Field under **PRODUCT INDICATORS** to designate the Clinical Edits Administrative Rules (EA) File, the Clinical Edits Procedure (CE) File and the Anesthesia Edit Procedure (AN) File as ClaimFacts files (as opposed to GroupFacts files). Also, enter your Client ID in the CE Field under **CLIENT INDICATORS** so that the system uses the CE and AN Files exclusively for this client.

**Sample display OF Screen**

```
 CI: TP                 CLIENT OPTIONAL FEATURES MAINTENANCE              NT
    FUNCTION: C   PZ ID: CF   CLIENT ID: JD
           C L A I M F A C T S                    C E R T I F A C T S
 *-------------------------------------*    *-------------------------------*
 O/L OPTS:             C                     OPTIONS:
 BAT OPTS:                                   AUTO NUM:          POS:
 AUTO NUM: 960940002 POS: 6 9               MM AUTO NUM:        POS:
    LE MSG:

                                               T R I P L E   O P T I O N
 *------ MULTIPLE PAID CLAIM FILES ------*   *-------------------------------*
 FILE #:  PA GRP:        PA ID:              OPTIONS:
                                             AUTO NUM:          POS:


 *------------------ P R O D U C T   I N D I C A T O R S ----------------*
   CL: CF  ME: CF  PR: CF  PM: CF  UF: CF         CE: CF  CS: CF  RF: CF

 *------------------ C L I E N T   I N D I C A T O R S ------------------*
   CL: TN  ME: TN  PR: TN  AP: TN  CR: TN  PP: TN  CV: --  PO: TN  PM: TN
   EX: TN  ID: TN  LE: TN  PD: TN  PI: TN  RS: TN  RW: TN  IP: TN  PF: TN  TP: --
   RI: TN  UF: TN          CE: TN          CS: TN  AR: --  DI: --  IA: TN
   RF: --  RA: --          XE: --  8C: --                          BI: TN  EI: TN

 WINDOW ID:    WINDOW:
```

This screen shows that *C* has been entered in **O/L OPTS Minifield 14** to activate ClinicaLogic. Additionally, *CF* has been added to fields under **PRODUCT INDICATORS** to designate ClaimFacts files. In this case, the Client ID *TN* has been entered in the CE Field under **CLIENT INDICATORS** to assign the Clinical and Anesthesia Edit Procedure Files exclusively to this client.

Highly Confidential/Attorneys Eyes Only                          TRZ 014846

OF

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014847

EA

## CLINICAL EDITS ADMINISTRATIVE RULES RECORD

| | |
|---|---|
| **Introduction** | After you activate ClinicaLogic at the client level, you must add a Clinical Edits Administrative Rules (EA) Record. The EA Record enables you to: |

1.  Define the criteria which a claim must meet to qualify for clinical editing.

2.  Choose the edits you want to activate for anesthesia, laboratory, medical, radiology and surgical procedures, and determine whether they will display warning, disallow or, in some cases, error messages if they are invoked during claims processing. Warning and disallow messages display on the adjudication display; error messages, on the bottom of the CP Screen.

When you add an EA Record, the system automatically creates a Clinical Warning Messages (WM) Screen. Although the information on the WM Screen is part of the EA Record, it appears on a separate screen and is therefore discussed separately.

Highly Confidential/Attorneys Eyes Only                                          TRZ 014848