# EXHIBIT 27

# (PART 3)

EA                                                    CF CLINICALOGIC 6.0

**Sample display EA Record with prefix EDIT**

```
CI: BP              CLINICAL EDITS ADMINISTRATIVE RULES
FUNCTION:                        PREFIX: EDIT
CE PFX: CE  EXPL PFX: U  ET PFX:                      OPTIONS: D
SURG TOS:     ASR ASS AST STU 222 333
AST SURG TOS: ASS AST                    ANES TOS: ANS
POS IN:      I                   POS OUT: O
OVERRIDE CODES:
****************************PROCEDURE EDITS* ****************************
*EDIT*   AN LA ME RA SU     *EDIT*   AN LA ME RA SU    *EDIT*   AN SU *DX EDITS*
DEL/REP:      Y  Y  Y  Y  REC NT FND:  W  W  W  W  W  SAME DAY:     D   CS MG: W
BILATERAL:      Y  Y  Y   OUT-DATED:  W  W  W  W  W    AST SUR:     D   NM AGE: W
REBUNDLE:    Y  Y  Y  Y   INVEST:     W  W  W  W  W    PROC/DX: W  W   EX AGE: W
SING BILL:      Y      SEX:          W  W  W  W  W   CASE MGM:     W   SEX:    W
OVERLAP:   D  D  D     D  NOR AGE:    W  W  W  W  W   COSMETIC: W  W
POS:       W  W  W  W  W  EXT AGE:    W  W  W  W  W   FOLLOW UP:    D
SUBSET:    D  D  D  D  D  INFO/ISSUE: W  W  W  W  W   AN NOR TM: W
INVALID:   D  D  D  D  D  SECONDARY:              R   AN EXT TM: W
***************************SECONDARY TOS RULE SWITCH***********************
PTR ORIG NEW   PTR ORIG NEW   PTR ORIG NEW    PTR ORIG NEW    PTR ORIG NEW
02   011 012   01   011 013   04   011 015    03   011 014
 

WINDOW ID:       WINDOW:
RECORD SUCCESSFULLY ADDED
```

This sample display of an EA Record shows that the Deleted Code, Bilateral Procedure, Rebundled Procedure and Single Billing Edits, which automatically change the format of a claim, have all been activated by placing a *Y* in the field under one or more of the procedure categories. The remaining edits have been activated by placing under each procedure category a code that indicates the action each edit may take on a claim: *W* (for warning), *D* (for disallow), *E* (for error), *R* (for rule switch), or *C* (for combine).

Highly Confidential/Attorneys Eyes Only

TRZ 014849

**Screen Format:** **Clinical Edits Administrative Rules Record**
                    Transaction:    EA
                    Key:            PREFIX

```
CI: ZP              CLINICAL EDITS ADMINISTRATIVE RULES
FUNCTION: -                    PREFIX: ----
CE PFX: --  EXPL PFX: -  ET PFX: --                  OPTIONS: --------
SURG TOS:     --- --- --- --- --- --- --- --- --- --- --- --- --- ---
AST SURG TOS: --- --- --- --- ---    ANES TOS: --- --- --- --- ---
POS IN:    -- -- -- -- -- -- -- --    POS OUT: -- -- -- -- -- -- --
OVERRIDE CODES: --- --- --- ---- ---
************************PROCEDURE EDITS* ********************************
*EDIT*    AN LA ME RA SU   *EDIT*    AN LA ME RA SU   *EDIT*    AN SU *DX EDITS*
DEL/REP:   -  -  -  -   REC NT FND:  -  -  -  -    SAME DAY:   -  -   CS MG: -
BILATERAL:    -  -   OUT-DATED:   -  -  -  -    AST SUR:   -   NM AGE: -
REBUNDLE:  -  -  -  -   INVEST:   -  -  -  -    PROC/DX: -  -   EX AGE: -
SING BILL:    -  -   SEX:      -  -  -  -    CASE MGM:  -   SEX:   -
OVERLAP:   -  -  -    NOR AGE:  -  -  -  -    COSMETIC:  -  -
POS:       -  -  -  -   EXT AGE:  -  -  -  -    FOLLOW UP:  -
SUBSET:    -  -  -  -   INFO/ISSUE: -  -  -  -    AN NOR TM: -
INVALID:   -  -  -  -   SECONDARY:  -  -       AN EXT TM: -
**********************SECONDARY TOS RULE SWITCH************************
PTR ORIG NEW    PTR ORIG NEW    PTR ORIG NEW    PTR ORIG NEW    PTR ORIG NEW
--  --- ---    --  --- ---    --  --- ---    --  --- ---    --  --- ---
--  --- ---    --  --- ---    :-  --- ---    --  --- ---    --  --- ---
--  --- ---    --  --- ---    --  --- ---    --  --- ---    --  --- ---
WINDOW ID: --  WINDOW: -----------------------------------------------
PLEASE ENTER A FUNCTION
```

**Descriptions of the fields on the EA Record can be referenced on the following pages by their field numbers:**

| | | |
|---|---|---|
| (1) FUNCTION | (16) BILATERAL | (32) INFO/ISSUE |
| (2) PREFIX | (17) OUT-DATED | (33) INVALID |
| (3) CE PFX | (18) AST SUR | (34) SECONDARY |
| (4) EXPL PFX | (19) REBUNDLE | (35) AN NOR TM |
| (5) ET PFX | (20) INVEST | (36) AN EXT TM |
| (6) OPTIONS | (21) PROC/DX | DX (DIAGNOSIS) EDITS (37-40) |
| (7) SURG TOS | (22) SING BILL | (37) CS MG |
| (8) AST SURG TOS | (23) SEX | (38) NM AGE |
| (9) ANES TOS | (24) CASE MGM | (39) EX AGE |
| (10) POS IN | (25) OVERLAP | (40) SEX |
| (11) POS OUT | (26) NOR AGE | SECONDARY TOS RULE SWITCH (41-43) |
| (12) OVERRIDE CODES | (27) COSMETIC | (41) PTR |
| PROCEDURE EDITS (FIELDS 13-36) | (28) POS | (42) ORIG |
| (13) DEL/REP | (29) EXT AGE | (43) NEW |
| (14) REC NT FND | (30) FOLLOW UP | (44) WINDOW ID |
| (15) SAME DAY | (31) SUBSET | (45) WINDOW |

Highly Confidential/Attorneys Eyes Only                        TRZ 014850

**Field Descriptions:    Clinical Edits Administrative Rules Record**

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) **FUNCTION** REQUIRED FIELD 1, ALPHA | Enter a function code:<br><br>A = Add a new record        I = Inquire on a record<br>B = Browse a file            L = Lock a record<br>C = Change a record        R = Browse a file in reverse<br>D = Delete a record        U = Unlock a record |
| (2) **PREFIX** REQUIRED FIELD 4, ALPHANUMERIC | Enter a user-defined prefix to reference this EA Record to your plan's Benefit Component (BC) Record. |
| (3) **CE PFX** (Clinical Edits Prefix) REQUIRED FIELD 2, ALPHANUMERIC | Enter a user-defined prefix which points this record to a set of ClaimFacts Clinical Edits (CE) Records and a set of ClaimFacts Anesthesia Edits (AN) Records for the plan.  (The CE and AN Files to which you want to point must use the *same* user-defined prefix that you enter here.)  This feature enables you to link multiple sets of CE and AN Records on the same client for multiple plans. |
| (4) **EXPL PFX** (Explanation Prefix) REQUIRED FIELD 1, ALPHANUMERIC | Enter an explanation prefix to link this EA Record with a set of Explanation Maintenance (EX) Records which define the messages displayed on the adjudication display when ClinicaLogic disallows a line item charge.<br><br>**While this field will accept any character, it is recommended that you enter *U* here.** |
| (5) **ET PFX** | Not currently used. |
| (6a) **OPTIONS** Minifield 1 | If you activated the Follow-up Care Edit below, you may enter *D* here to cause this edit *to only be applied* when it finds a match between the first three bytes of the **RELATION CODE** Field on the Diagnosis Code Maintenance (ID) Record that corresponds to the surgical line item and the first three bytes of the **RELATION CODE** Field on the ID Record that corresponds to the follow-up service line item on the claim. |

Highly Confidential/Attorneys Eyes Only

TRZ 014851

CF CLINICALOGIC 6.0

EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (6b-h)<br>**OPTIONS**<br>**Minifields 2-8** | Not currently used. |
| (7)<br>**SURG TOS**<br>(Surgical Type<br>of Service)<br>3, REQUIRED FIELD<br>15 OCCURRENCES | Enter user-defined type of service codes for all surgical and assistant surgical services covered by the plan. |
| (8)<br>**AST SURG**<br>**TOS**<br>(Assistant Surgeon<br>Type of Service)<br>3, REQUIRED FIELD<br>5 OCCURRENCES | Enter user-defined type of service codes for assistant surgeon services so that ClinicaLogic can distinguish between primary and assistant surgeries.<br><br>**The type of service codes entered here must also be entered in the SURG TOS Field above.** |
| (9)<br>**ANES TOS**<br>(Anesthesia Type of<br>Service)<br>3, REQUIRED FIELD<br>5 OCCURRENCES | Enter user-defined type of service codes for anesthesia services covered by the plan. |
| (10)<br>**POS IN**<br>(Place of Service<br>Inpatient)<br>2, ALPHANUMERIC<br>8 OCCURRENCES | Enter user-defined place of service codes for inpatient surgeries. |
| (11)<br>**POS OUT**<br>(Place of Service<br>Outpatient)<br>2, ALPHANUMERIC<br>8 OCCURRENCES | Enter user-defined place of service codes for outpatient surgeries. |
| (12)<br>**OVERRIDE CODES**<br>(Override Codes)<br>3, ALPHANUMERIC<br>5 OCCURRENCES | Enter up to five different Explanation ID codes. The code(s) entered here must represent explanation codes that *will only* be used by the processor to perform an override that either partially or totally disallows the allowed amount for a line item on which a ClinicaLogic warning message displays. |

Highly Confidential/Attorneys Eyes Only

TRZ 014852

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|

## PROCEDURE EDITS FIELDS (13-32)

The **PROCEDURE EDITS** section allows you to activate individual edits for as many as five categories of procedures: anesthesia, laboratory, medical, radiology and/or surgical. Not all edits, however, apply to all five procedure categories.

In the field descriptions below, **AN, LA, ME, RA** or **SU** is added to the field name for the edit to show the procedure category to which the edit applies. For instance, **DEL/REP LA** is a combination of **DEL/REP**, the field name for the Deleted Code edit, and **LA**, the abbreviation for laboratory, to indicate that the Deleted Code edit applies to laboratory procedures.

| (13a) **DEL/REP LA** (Deleted/Replaced Laboratory) 1, ALPHA | Enter *Y* to substitute a replacement code for a deleted *laboratory* procedure code. If more than one replacement exists, ClinicaLogic displays a range of codes on the CP Screen and the processor must enter the correct replacement code.<br><br>Enter *N* or leave this field blank to bypass this edit. |
|---|---|
| (13b) **DEL/REP ME** (Deleted/Replaced Medical) 1, ALPHA | Enter *Y* to substitute a replacement code for a deleted *medical* procedure code. If more than one replacement exists, ClinicaLogic displays a range of codes on the CP Screen and the processor must enter the appropriate replacement code.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (13c) **DEL/REP RA** (Deleted/Replaced Radiology) 1, ALPHA | Enter *Y* to substitute a replacement code for a deleted *radiology* procedure code. If more than one replacement exists, ClinicaLogic displays a range of codes on the CP Screen and the processor must enter the appropriate replacement code.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only
TRZ 014853

CF CLINICALOGIC 6.0

EA

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (13d) **DEL/REP SU** (Deleted/Replaced Surgical) 1, ALPHA | Enter *Y* to substitute a replacement code for a deleted *surgical* procedure code. If more than one replacement exists, ClinicaLogic displays a range of codes on the CP Screen and the processor must enter the appropriate replacement code. Enter *N* or leave this field blank to bypass this edit. |
| (14a) **REC NT FND AN** (Clinical Edits Not Found Anesthesia) 1, ALPHA | Enter a code to define the action to be taken when the system cannot locate an Anesthesia Procedure Maintenance (AN) Record for an *anesthesia* service on a claim: N or blank = Bypass this edit D = Disallow the charge E = Generate an error message W = Generate a warning message |
| (14b) **REC NT FND LA** (Clinical Edits Not Found Laboratory) 1, ALPHA | Enter a code to define the action to be taken when the system cannot locate a Clinical Edits (CE) Record for a *laboratory* procedure on a claim: N or blank = Bypass this edit D = Disallow the charge E = Generate an error message W = Generate a warning message |
| (14c) **REC NT FND ME** (Clinical Edits Not Found Medical) 1, ALPHA | Enter a code to define the action to be taken when the system cannot locate a Clinical Edits (CE) Record for a *medical* procedure on a claim: N or blank = Bypass this edit D = Disallow the charge E = Generate an error message W = Generate a warning message |
| (14d) **REC NT FND RA** (Clinical Edits Not Found Radiology) 1, ALPHA | Enter a code to define the action to be taken when the system cannot locate a Clinical Edits (CE) Record for a *radiology* procedure on a claim: N or blank = Bypass this edit D = Disallow the charge E = Generate an error message W = Generate a warning message |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014854

EA                                                                                    CF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (14e)<br>**REC NT FND SU**<br>(Clinical Edits Not<br>Found Surgery)<br>1, ALPHA | Enter a code to define the action to be taken when the system cannot locate a<br>Clinical Edits (CE) Record for a *surgical* procedure on a claim:<br><br>N or blank  =  Bypass this edit<br>  D  =  Disallow the charge<br>  E  =  Generate an error message<br>  W  =  Generate a warning message |
| (15)<br>**SAME DAY SU**<br>(Same Day Surgery)<br>1, ALPHA | Enter a code to define the action to be taken when a procedure on a claim<br>should not be performed on the same day as the *surgical* procedure:<br><br>N or blank  =  Bypass this edit<br>  D  =  Disallow the charge<br>  W  =  Generate a warning message |
| (16a)<br>**BILATERAL ME**<br>(Bilateral Medical)<br>1, ALPHA | Enter *Y* to combine *unilateral medical* procedures that should be billed as<br>bilateral.  This edit also condenses two or more listings of the same medical<br>procedure into a multiple procedure code.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (16b)<br>**BILATERAL RA**<br>(Bilateral Radiology)<br>1, ALPHA | Enter *Y* to combine *unilateral radiology* procedures that should be billed as<br>bilateral.  This edit also condenses two or more listings of the same radiology<br>procedure into a multiple procedure code.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (16c)<br>**BILATERAL SU**<br>(Bilateral Surgical)<br>1, ALPHA | Enter *Y* to combine *unilateral surgical* procedures that should be billed as<br>bilateral.  This edit also condenses two or more listings of the same surgical<br>procedure into a multiple procedure code.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (17a)<br>**OUT-DATED AN**<br>(Outdated<br>Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a<br>claim includes an outdated *anesthesia* procedure code.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014855

CF CLINICALOGIC 6.0                                                                    EA

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| (17b) **OUT-DATED LA** (Outdated Laboratory) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an outdated *laboratory* procedure code. Enter *N* or leave this field blank to bypass this edit. |
| (17c) **OUT-DATED ME** (Outdated Medical) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an outdated *medical* procedure code. Enter *N* or leave this field blank to bypass this edit. |
| (17d) **OUT-DATED RA** (Outdated Radiology) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an outdated *radiology* procedure code. Enter *N* or leave this field blank to bypass this edit. |
| (17e) **OUT-DATED SU** (Outdated Surgical) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an outdated *surgical* procedure code. Enter *N* or leave this field blank to bypass this edit. |
| (18) **AST SUR** (Assistant Surgery) 1, ALPHA | Enter a code to define the action to be taken when an assistant surgeon is not medically warranted for the listed procedure on a claim: N or blank   =   Bypass this edit D   =   Disallow the charge W   =   Generate a warning message |
| (19a) **REBUNDLE LA** (Rebundle Laboratory) 1, ALPHA | Enter *Y* to condense related *laboratory* procedures into one comprehensive laboratory procedure code that is new to the claim. Enter *N* or leave this field blank to bypass this edit. |
| (19b) **REBUNDLE ME** (Rebundle Medical) 1, ALPHA | Enter *Y* to condense related *medical* procedures into one comprehensive medical procedure code that is new to the claim. Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014856

EA                                                      CF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (19c)<br>**REBUNDLE RA**<br>(Rebundle Radiology)<br>1, ALPHA | Enter *Y* to condense related *radiology* procedures into one comprehensive radiology procedure code that is new to the claim.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (19d)<br>**REBUNDLE SU**<br>(Rebundle Surgical)<br>1, ALPHA | Enter *Y* to condense related *surgical* procedures into one comprehensive surgical procedure code that is new to the claim.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (20a)<br>**INVEST AN**<br>(Experimental Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an *anesthesia* service for an experimental procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (20b)<br>**INVEST LA**<br>(Experimental Laboratory)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an experimental *laboratory* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (20c)<br>**INVEST ME**<br>(Experimental Medical)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an experimental *medical* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (20d)<br>**INVEST RA**<br>(Experimental Radiology)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an experimental *radiology* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (20e)<br>**INVEST SU**<br>(Experimental Surgery)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an experimental *surgical* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only

TRZ 014857

CF CLINICALOGIC 6.0

EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (21a)<br>**PROC/DX AN**<br>(Procedure/Diagnosis<br>Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when the *anesthesia* service on a claim is inconsistent with the diagnosis.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (21b)<br>**PROC/DX SU**<br>(Procedure/Diagnosis<br>Surgical)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when the *surgical* procedure on a claim is inconsistent with the diagnosis.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (22)<br>**SING BILL ME**<br>(Single Billing<br>Medical)<br>1, ALPHA | Enter *Y* to identify CPT/HCPCS procedure codes that should only be billed once every three years in the course of the patient-physician relationship.<br><br>Enter *N* or leave this field blank to bypass this edit.<br><br>This edit automatically replaces codes that have been billed a second time within three years with a more appropriate code. For example, when two claims with the same Provider ID, Patient ID and CPT code 99201 ("new patient-office or outpatient") are detected by the Single Billing Edit, ClinicaLogic checks the dates of service for the procedures. If the date of service on one claim is 01/01/92 and the date of service on the other is 01/01/95, ClinicaLogic pays CPT code 99212 ("established patient-office or outpatient, 10 min. visit"). ClinicaLogic pays 99212 because the dates of service *are not* more than three years apart. |
| (23a)<br>**SEX AN**<br>(Sex To<br>Anesthesia)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include an *anesthesia* service that is inconsistent with the patient's sex.<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message |
| (23b)<br>**SEX LA**<br>(Sex To<br>Laboratory)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include a *laboratory* procedure that is inconsistent with the patient's sex.<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message |

Highly Confidential/Attorneys Eyes Only

TRZ 014858

EA

CF CLINICALOGIC 6.0

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| **(23c)** **SEX ME** (Sex To Medical) 1, ALPHA | Enter a code to define the action to be taken on claims that include a *medical* procedure that is inconsistent with the patient's sex. N or blank = Bypass this edit D = Disallow the charge W = Generate a warning message |
| **(23d)** **SEX RA** (Sex To Radiology) 1, ALPHA | Enter a code to define the action to be taken on claims that include a *radiology* procedure that is inconsistent with the patient's sex. N or blank = Bypass this edit D = Disallow the charge W = Generate a warning message |
| **(23e)** **SEX SU** (Sex To Surgical) 1, ALPHA | Enter a code to define the action to be taken on claims that include a *surgical* procedure that is inconsistent with the patient's sex. N or blank = Bypass this edit D = Disallow the charge W = Generate a warning message |
| **(24)** **CASE MGM** (Case Management) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a *surgical* procedure that may qualify the patient for case management. Enter *N* or leave this field blank to bypass this edit. |
| **(25a)** **OVERLAP AN** (Overlapping Anesthesia) 1, ALPHA | Enter a code to define the action to be taken on claims that include redundant *anesthesia* services: N or blank = Bypass this edit D = Disallow the charge W = Generate a warning message |
| **(25b)** **OVERLAP LA** (Overlapping Laboratory) 1, ALPHA | Enter a code to define the action to be taken on claims that include redundant *laboratory* procedures: N or blank = Bypass this edit D = Disallow the charge W = Generate a warning message |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014859

CF CLINICALOGIC 6.0

EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (25c)<br>**OVERLAP ME**<br>(Overlapping Medical)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include redundant *medical* procedures:<br><br>N or blank  =  Bypass this edit<br>    D     =  Disallow the charge<br>    W     =  Generate a warning message |
| (25d)<br>**OVERLAP SU**<br>(Overlapping Surgical)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include redundant *surgical* procedures:<br><br>N or blank  =  Bypass this edit<br>    D     =  Disallow the charge<br>    W     =  Generate a warning message |
| (26a)<br>**NOR AGE AN**<br>(Normal Age Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients undergoing the *anesthesia* service.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (26b)<br>**NOR AGE LA**<br>(Normal Age Laboratory)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients undergoing the *laboratory* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (26c)<br>**NOR AGE ME**<br>(Normal Age Medical)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients undergoing the *medical* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (26d)<br>**NOR AGE RA**<br>(Normal Age Radiology)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients undergoing the *radiology* procedure.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only

TRZ 014860

EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (26e)<br>**NOR AGE SU**<br>(Normal Age<br>Surgical)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients undergoing the *surgical* procedure.<br><br>Enter *N* or leave blank to bypass this edit. |
| (27a)<br>**COSMETIC AN**<br>(Cosmetic<br>Anesthesia)<br>1, ALPHA | Enter a code to define the action to be taken on claims that have an *anesthesia* service typically associated with a cosmetic procedure:<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message |
| (27b)<br>**COSMETIC SU**<br>(Cosmetic Surgical)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include a cosmetic *surgical* procedure:<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message |
| (28a)<br>**POS AN**<br>(Place of Service<br>Anesthesia)<br>1, ALPHA | Enter a code to define the action to be taken on a claim that includes an *anesthesia* service which *was not* performed in the proper place of service:<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message<br><br>**When activating this edit, you should also enter user-defined place of service codes in the POS IN and POS OUT Fields above.** |
| (28b)<br>**POS LA**<br>(Place of Service<br>Laboratory)<br>1, ALPHA | Enter a code to define the action to be taken on a claim that includes a *laboratory* procedure which *was not* performed in the proper place of service:<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message<br><br>**When activating this edit, you should also enter user-defined place of service codes in the POS IN and POS OUT Fields above.** |

Highly Confidential/Attorneys Eyes Only

TRZ 014861

CF CLINICALOGIC 6.0

EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| **(28c)**<br>**POS ME**<br>(Place of Service<br>Medical)<br>1, ALPHA | Enter a code to define the action to be taken on a claim that includes a *medical* procedure which *was not* performed in the proper place of service:<br><br>N or blank  =  Bypass this edit<br>    D  =  Disallow the charge<br>    W  =  Generate a warning message<br><br>**When activating this edit, you should also enter user-defined place of service codes in the POS IN and POS OUT Fields above.** |
| **(28d)**<br>**POS RA**<br>(Place of Service<br>Radiology)<br>1, ALPHA | Enter a code to define the action to be taken on a claim that includes a *radiology* procedure which *was not* performed in the proper place of service:<br><br>N or blank  =  Bypass this edit<br>    D  =  Disallow the charge<br>    W  =  Generate a warning message<br><br>**When activating this edit, you should also enter user-defined place of service codes in the POS IN and POS OUT Fields above.** |
| **(28e)**<br>**POS SU**<br>(Place of Service<br>Surgical)<br>1, ALPHA | Enter a code to define the action to be taken on a claim that includes a *surgical* procedure which *was not* performed in the proper place of service:<br><br>N or blank  =  Bypass this edit<br>    D  =  Disallow the charge<br>    W  =  Generate a warning message<br><br>**When activating this edit, you should also enter user-defined place of service codes in the POS IN and POS OUT Fields above.** |
| **(29a)**<br>**EXT AGE AN**<br>(Extreme Age<br>Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that the *anesthesia* service would be performed.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| **(29b)**<br>**EXT AGE LA**<br>(Extreme Age<br>Laboratory)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that the *laboratory* procedure would be performed.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only

TRZ 014862

EA                                                                                      CF CLINICALOGIC 6.0

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| (29c) **EXT AGE ME** (Extreme Age Medical) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that the *medical* procedure would be performed. Enter *N* or leave this field blank to bypass this edit. |
| (29d) **EXT AGE RA** (Extreme Age Radiology) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that the *radiology* procedure would be performed. Enter *N* or leave this field blank to bypass this edit. |
| (29e) **EXT AGE SU** (Extreme Age Surgical) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that the *surgical* procedure would be performed. Enter *N* or leave this field blank to bypass this edit. |
| (30) **FOLLOW UP SU** (Follow-up Surgery) 1, ALPHA | Enter a code to define the action to be taken for medical services on a claim that should not be billed because they are part of the follow-up care associated with a *surgical* procedure: N or blank  =  Bypass this edit D  =  Disallow the charge W  =  Generate a warning message |
| (31a) **SUBSET AN** (Subset Anesthesia) 1, ALPHA | Enter a code to define the action to be taken when an *anesthesia* service on a claim is integral to a listed procedure and should not be billed separately. N or blank  =  Bypass this edit D  =  Disallow the charge W  =  Generate a warning message C  =  Combine the charge for the subset procedure with the charge for the listed procedure on the claim If you enter *C*, you must also add an Explanation Maintenance (EX) Record with an Explanation ID of *U31*. It is necessary to add this EX Record so that the system can print an explanation message on the EOB when line items are reduced to zero. |

Highly Confidential/Attorneys Eyes Only                                          TRZ 014863

CF CLINICALOGIC 6.0                                                                    EA

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (31b)<br>**SUBSET LA**<br>(Subset Laboratory)<br>1, ALPHA | Enter a code to define the action to be taken when a *laboratory* procedure on a claim is integral to a listed procedure and should not be billed separately.<br><br>N or blank   =    Bypass this edit<br>      D   =    Disallow the charge<br>      W   =    Generate a warning message<br>      C   =    Combine the charge for the subset procedure with the charge for the listed procedure on the claim<br><br>**If you enter *C*, you must also add an Explanation Maintenance (EX) Record with an Explanation ID of *U31*. It is necessary to add this EX Record so that the system can print an explanation message on the EOB when line items are reduced to zero.** |
| (31c)<br>**SUBSET ME**<br>(Subset Medical)<br>1, ALPHA | Enter a code to define the action to be taken when a *medical* procedure on a claim is integral to a listed procedure and should not be billed separately.<br><br>N or blank   =    Bypass this edit<br>      D   =    Disallow the charge<br>      W   =    Generate a warning message<br>      C   =    Combine the charge for the subset procedure with the charge for the listed procedure on the claim<br><br>**If you enter *C*, you must also add an Explanation Maintenance (EX) Record with an Explanation ID of *U31*. You must add this EX Record for the system to print an explanation message on the EOB when line items are reduced to zero.** |
| (31d)<br>**SUBSET RA**<br>(Subset Radiology)<br>1, ALPHA | Enter a code to define the action to be taken when a *radiology* procedure on a claim is integral to a listed procedure and should not be billed separately.<br><br>N or blank   =    Bypass this edit<br>      D   =    Disallow the charge<br>      W   =    Generate a warning message<br>      C   =    Combine the charge for the subset procedure with the charge for the listed procedure<br><br>**If you enter *C*, you must also add an Explanation Maintenance (EX) Record with an Explanation ID of *U31*. You must add this EX Record for the system to print an explanation message on the EOB when line items are reduced to zero.** |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014864

EA                                                                    CF CLINICALOGIC 6:0

| (FIELD NUMBER)<br>FIELD NAME<br>SIZE TYPE | DESCRIPTION |
|---|---|
| (31e)<br>**SUBSET SU**<br>(Subset Surgical)<br>1, ALPHA | Enter a code to define the action to be taken when a *surgical* procedure on a claim is integral to a listed procedure and should not be billed separately.<br><br>N or blank  =  Bypass this edit<br>D  =  Disallow the charge<br>W  =  Generate a warning message<br>C  =  Combine the charge for the subset procedure with the charge for the listed procedure<br><br>**If you enter *C*, you must also add an Explanation Maintenance (EX) Record with an Explanation ID of *U31*. You must add this EX Record for the system to print an explanation message on the EOB when line items are reduced to zero.** |
| (32a)<br>**INFO/ISSUE AN**<br>(Information/Issue Anesthesia)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes an *anesthesia* service that may require additional clinical information to be obtained, that may require third party review or that may have outstanding issues to be settled prior to final adjudication.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (32b)<br>**INFO/ISSUE LA**<br>(Information/Issue Laboratory)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a *laboratory* procedure that may require additional clinical information to be obtained, that may require third party review or that may have outstanding issues to be settled prior to final adjudication.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (32c)<br>**INFO/ISSUE ME**<br>(Information/Issue Medical)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a *medical* procedure that may require additional clinical information to be obtained, that may require third party review or that may have outstanding issues to be settled prior to final adjudication.<br><br>Enter *N* or leave this field blank to bypass this edit. |
| (32d)<br>**INFO/ISSUE RA**<br>(Information/Issue Radiology)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a *radiology* procedure that may require additional clinical information to be obtained, that may require third party review or that may have outstanding issues to be settled prior to final adjudication.<br><br>Enter *N* or leave this field blank to bypass this edit. |

Highly Confidential/Attorneys Eyes Only                              TRZ 014865

CF CLINICALOGIC 6.0                                                                      EA

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| (32e) **INFO/ISSUE SU** (Information/Issue Surgical) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a *surgical* procedure that may require additional clinical information to be obtained, that may require third party review or that may have outstanding issues to be settled prior to final adjudication. Enter *N* or leave this field blank to bypass this edit. |
| (33a) **INVALID AN** (Invalid Anesthesia Service) 1, ALPHA | Enter a code to define the action to be taken on claims that include an invalid *anesthesia* service as determined by user-defined criteria. N or blank   =  Bypass this edit D   =  Disallow the charge W   =  Generate a warning message |
| (33b) **INVALID LA** (Invalid Laboratory Procedure) 1, ALPHA | Enter a code to define the action to be taken on claims that include an invalid *laboratory* procedure as determined by user-defined criteria. N or blank   =  Bypass this edit D   =  Disallow the charge W   =  Generate a warning message |
| (33c) **INVALID ME** (Invalid Medical Procedure) 1, ALPHA | Enter a code to define the action to be taken on claims that include an invalid *medical* procedure as determined by user-defined criteria. N or blank   =  Bypass this edit D   =  Disallow the charge W   =  Generate a warning message |
| (33d) **INVALID RA** (Invalid Radiology Procedure) 1, ALPHA | Enter a code to define the action to be taken on claims that include an invalid *radiology* procedure as determined by user-defined criteria. N or blank   =  Bypass this edit D   =  Disallow the charge W   =  Generate a warning message |
| (33e) **INVALID SU** (Invalid Surgical Procedure) 1, ALPHA | Enter a code to define the action to be taken on claims that include an invalid *surgical* procedure as determined by user-defined criteria. N or blank   =  Bypass this edit D   =  Disallow the charge W   =  Generate a warning message |

Highly Confidential/Attorneys Eyes Only

TRZ 014866

EA.                                                                    CF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (34)<br>**SECONDARY SU**<br>(Secondary Surgical)<br>1, ALPHA | Enter a code to define the action to be taken for *secondary surgical* procedures on a claim:<br><br>N or blank   =  Bypass this edit<br>       D    =  Disallow the charge<br>       R    =  Apply a different service rule<br>      W   =  Generate a warning message<br><br>**If you enter *R*, you must enter the different rule code in the SECONDARY TOS RULE SWITCH section below. You must also establish a Service Maintenance (SE) Record with separate benefits for secondary surgical procedures. Information on how to set up the SE Record follows the discussion of this record.** |
| (35)<br>**AN NOR TM**<br>(Anesthesia Normal Time)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include an *anesthesia* service whose length of time exceeds a normal time frame as determined by the established anesthesia criteria.<br><br>N or blank   =  Bypass this edit<br>      W   =  Generate a warning message |
| (36)<br>**AN EXT TM**<br>(Anesthesia Extreme Time)<br>1, ALPHA | Enter a code to define the action to be taken on claims that include an *anesthesia* service whose length of time exceeds an extreme time frame as determined by the established anesthesia criteria.<br><br>N or blank   =  Bypass this edit<br>      W   =  Generate a warning message |

**DX (DIAGNOSIS) EDITS FIELDS (37-40)**

The **DX EDITS** section is where you activate the case management, age and sex edits for diagnoses on claims.

| (37)<br>**CS MG**<br>(Case Management)<br>1, ALPHA | Enter *W* to display a warning message on the adjudication display when a claim includes a diagnosis that may qualify the patient for case management.<br><br>Enter *N* or leave this field blank to bypass this edit. |
|---|---|

Highly Confidential/Attorneys Eyes Only                                    TRZ 014867

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| (38) **NM AGE** (Normal Age) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the normal age range for patients with this diagnosis. Enter *N* or leave this field blank to bypass this edit. |
| (39) **EX AGE** (Extreme Age) 1, ALPHA | Enter *W* to display a warning message on the adjudication display when an inconsistency is found between the patient's age and the age limits beyond which it is *highly unlikely* that a patient would be given this diagnosis. Enter *N* or leave this field blank to bypass this edit. |
| (40) **SEX** (Sex To Diagnosis) 1, ALPHA | Enter a code to define the action to be taken on claims where an inconsistency is found between the patient's sex and the diagnosis(es).<br><br>N or blank  =  Bypass this edit<br> D  =  Disallow the charge<br> W  =  Generate a warning message |

**SECONDARY TOS RULE SWITCH FIELDS (41-43)**

This is where rule switches are entered when you have set up the Secondary Surgical Procedure Edit to pay secondary procedures at a different rate. You may enter as many as fifteen different rule switch combinations.

| (41) **PTR** (Pointer) 2, NUMERIC 15 OCCURRENCES | To link a rule switch to a surgical type of service code, enter a number from *1* to *15* in the **PTR** Field that precedes the rule switch combination defined in a set of **ORIG** and **NEW** Fields. The number entered must correspond to the occurrence of the type of service code in the **SURG TOS** Field at the top of the EA Record.<br><br>For example, to point a rule switch to the first occurrence of a surgical type of service code, enter *01* in the **PTR** Field.<br><br>When ClinicaLogic identifies a procedure on a claim as secondary, the system switches to the new rule that has been linked to the surgical type of service code which has been entered on the line item.<br><br>When the **PTR** Field is left blank, the rule names entered in each set of **ORIG** and **NEW** Fields *must be unique* to the surgical types of service codes for which you wish to invoke a rule switch. |

Highly Confidential/Attorneys Eyes Only

TRZ 014868

EA                                                          CF CLINICALOGIC 6.0

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (42) **ORIG** (Original Rule) 3, ALPHANUMERIC 15 OCCURRENCES | Enter the original rule that you want to switch **FROM**.  Your entry here is determined by rule changes that ClaimFacts may perform *prior* to checking for rule changes on the EA Record. When processing a claim, ClaimFacts performs all applicable rule changes by checking the records below in the following sequence: 1.  Preferred Provider Maintenance (PO) Record 2.  Hospital Pre-authorization Parameters (HP) Record or Referral Administrative Rules (RA) Record 3.  Clinical Edits Administrative Rules (EA) Record 4.  Medical Utilization Maintenance (MU) Record Therefore, to determine your original rule entry in the **ORIG** Field on the EA Record, you must first determine if prior rule changes may occur as per the sequence above. For example, surgical services with type of service *SIH* (surgery in hospital) may be paid according to rule *PIH* (preferred provider in hospital) as a result of a rule change on the PO Record.  If there are no other possible rule changes prior to the application of the secondary type of service rule switch that you want to define on the EA Record, then *PIH* must be entered in the **ORIG** Field. |
| (43) **NEW** (New Rule) 3, ALPHANUMERIC 15 OCCURRENCES | Enter the new rule that you want to switch **TO**. If you are defining rule changes on the Medical Utilization Maintenance (MU) Record, you must also enter this rule in the **ORIG** Field on that record. |
| (44) **WINDOW ID** 1, ALPHA | Enter *?* to display user identification at the bottom of the screen.  Then press ENTER. Enter *T* to display last update data at the bottom of the screen.  Then press ENTER. Enter *S* to save this screen in temporary storage.  Then press PF10. |
| (45) **WINDOW** 52, ALPHANUMERIC | To go to any other file, enter its transaction code plus a function code, followed by the key to the record (optional), and press PF10. |

Highly Confidential/Attorneys Eyes Only                          TRZ 014869

CF CLINICALOGIC 6.0    SE

## SERVICE MAINTENANCE RECORD

**Introduction**

If you set up the secondary procedure edit on the EA Record so that it applies a different service rule when a secondary surgical procedure is detected on a claim, you must also set up a Service Maintenance (SE) Record that holds the service rule and benefits for secondary procedures.

The traditional approach to reimbursement of secondary procedures is to allow the charges at 50% of the Reasonable and Customary amount for the procedure. This approach can be accommodated by setting up an SE Record to allow 50%, or some other percentage, of the amount for the secondary procedure, which is listed on the Procedure Code Maintenance (IP) Record.

**Sample SE Record for secondary procedures**

This example shows how to code an SE Record to allow only 50% of the Reasonable and Customary amount for a secondary surgical procedure.

```
CI: VE GROUP:           SERVICE MAINTENANCE SCREEN 1
FUNCTION: C  TYPE OF SERVICE: SUR  RULE: 004
SE DESC: SECONDARY SURGICAL PROCEDURE            SE OPTS:
POS REQ: Y VAL POS: I  O
PF IND:  PF PTR:      TOL %/AMT:           ANES MIN:        REQ IND: 00
AGE/SEX - FROM AGE:   TO AGE:     SEX:    OPTS:


RELATED       TOS P  WT  TOS P  WT  TOS P  WT  TOS P  WT  TOS P  WT  TOS P  WT
PARAMETERS:


PER:   CODE:   TYPE:   SEL DT:   - REL PD AMT:           REL OPTS:
B                                 ------------LIMITS------------- --EXCESS--
A RULE:  DE TYPE:   EX PFX: P   DI AMT  CTR COV COP OPTS   AMT   AM CT CV
S OPTS:
I  IP PFX:       IP PTR:
C RVU PFX:       RVU PTR:


M RULE:   DE TYPE:  EX PFX: P    9999999 999 050 080                      R
A OPTS:
J  IP PFX: CL    IP PTR: 01
O RVU PFX:       RVU PTR:
R  MEMO:
WINDOW ID:   WINDOW:
```

The *050* entry in the **COV** Field in the **MAJOR MEDICAL** section of the screen means that a secondary procedure is covered at 50%. The *R* in the **EXCESS CV** Field directs ClaimFacts to limit the allowable to 50% of the amount on the IP Record.

Highly Confidential/Attorneys Eyes Only                    TRZ 014870

SE                                                        CF CLINICALOGIC 6.0

**-26 Modifier/CPT procedure code pricing**

In addition to editing five-byte CPT procedure codes for laboratory and radiology procedures, ClinicaLogic edits these types of procedures when they are accompanied by the -26 modifier. To ensure proper pricing when these types of procedures are entered with a -26 modifier, enter *M* in **SE OPTS** Minifield 16 on the appropriate SE Record.

When you make this entry on the SE Record for a laboratory or radiology type of service, the system searches for the IP Record that contains the seven byte code (five-byte CPT procedure code plus -26 modifier) that you entered in the **PROC** Field on the CP Screen. If there is no matching seven-byte CPT procedure code, the system defaults to the IP Record with a five-byte CPT procedure code which corresponds to the first five positions of the code entered on the processing screen.

Highly Confidential/Attorneys Eyes Only                    TRZ 014871

## BENEFIT COMPONENT RECORD

**Introduction**

Once the link between ClaimFacts and ClinicaLogic has been established on the OF Screen, and you have added an EA Record, you then activate ClinicaLogic for a particular plan within a client. To do this, you add a reference for the EA Record you just created to the plan's BC Record.

> **NOTE:** Regardless of whether or not you want to activate ClinicaLogic for a plan, an EA Prefix must be added to each plan's BC Record. Otherwise, an error message will display on the CP Screen during claims processing under those plans for which this has not been done. Therefore, if you do not want to activate ClinicaLogic for a plan, add an EA Record with all the edits turned off, and reference it on the plan's BC Record.

You may choose to set different edits for different plans by creating multiple EA Records with unique prefixes. For example, suppose your New York City office administers Plan NYC and wants to only edit claims for deleted surgical codes and cosmetic procedures; and your Boston office administers Plan BOSTON and wants to only edit claims for experimental procedures and procedure unbundling. To satisfy both plans, you would create two different EA Records: the EA Record with Prefix 0001 would only contain the edits needed by Plan NYC and would be referenced on the BC Record for Plan NYC; and the EA Record with Prefix 0002 would only contain the edits needed by Plan BOSTON and would be referenced on the BC Record for Plan BOSTON.

**How to make activation of ClinicaLogic date sensitive**

ClaimFacts ClinicaLogic can be set up to edit only those procedures incurred as of a specific date. Because an EA Prefix must be added to each plan's BC Record, you need to take the following steps:

1. Add an EA Record with all the edits turned off.

2. Reference this "dummy" EA Record to the plan's existing BC Record, and all prior BC Records.

3. Create a new generation of the plan's BC Record.

4. Add an EA Record with all or selected edits activated.

5. Reference this EA Record to the new generation of the BC Record.

Once these steps have been completed, ClinicaLogic will only edit submitted claims with line items whose FROM dates cross the effective date established on the new generation of the BC Record.

Highly Confidential/Attorneys Eyes Only                                        TRZ 014872

BC

CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only

TRZ 014873

## CLAIMFACTS CLINICAL EDITS RECORD

**Introduction**

The purpose of the ClaimFacts Clinical Edits (CE) Record is to accommodate the clinical rules for procedures. During system implementation, over 8,900 CE Records are loaded by Erisco with the medical data developed by Pace Healthcare Management. Therefore, modification of the CE Records is not necessary to process claims with ClinicaLogic.

**How ClinicaLogic uses the CE Record to edit claims**

When a claim for a surgical, laboratory, radiological or other medical procedure is entered on the CP Screen, ClinicaLogic accesses the CE Record for the procedure code entered and uses the clinical rules stored there to edit the claim. For example, if a claim is entered for rhinoplasty (procedure 30400), ClinicaLogic will access the CE Record with a **PROCEDURE CODE** entry of 30400. If the cosmetic edit on the EA Record has been activated, ClinicaLogic will apply a clinical rule from the CE Record to identify rhinoplasty as a cosmetic surgical procedure and take the action defined on the EA Record.

Other clinical rules on this CE Record specify the subset and secondary procedures for rhinoplasty. If such procedures appear on the claim, the rules for them will be used provided that the related edits are activated on the EA Record.

**ANESTHESIA EDITING FOR PROCEDURES ON CLAIMS**

**ANES** and **ASA CODE** are two fields on the CE Record which the system reads for anesthesia indicators and anesthesia procedure codes, respectively, that are related to a surgical procedure.

*For more information on how anesthesia editing is performed, see the description of the Anesthesia Procedure Maintenance (AN) Record in the Implementation section of this manual.*

> **NOTE:** While you can modify the medical data on the CE Record to meet your plan's specific guidelines, it is strongly recommended that you have the appropriate personnel review any and all changes. You are also advised not to change any of the data in the **PRIN PROC, REBUNDLE CODES** and **SUBSET 1 PROCEDURE CODES** Fields without consulting your Application Support Analyst as a change in these fields might interfere with the system's logic. Keep a hard copy of any changes you do make to this record so that you have a log available when Erisco provides you with updates.

Highly Confidential/Attorneys Eyes Only                                        TRZ 014874

CE                                                                CF CLINICALOGIC 6.0

**Sample display CE**
**Record for**
**procedure 46257,**
**Screen 1**

```
CI: BP              CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B    PFX: AN    PROCEDURE CODE: 46257      GEN: 0
     EFFECTIVE DATE: 010194    LIMIT DATE: 123199    OPTIONS:
DESC: HEMORRHOIDECTOMY, INTERNAL AND EXTERNAL, SIMPLE W/FISSURECTOMY
REBUNDLE CODES:
                                    ANES: Y   ASA CODE: 00902
PRIN PROC: 46255   MULT PROC:        SING BILL REPL:        FOLLOW-UP: 060
SEX: B POS: B ASST SUR: N COSMETIC: N INVEST: N OUTDATE: N CS MG N INVALID:
INFO:     REVIEW:     ISSUE:    AGES-NOR MN: 15 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:
                                         SAME DAY EDIT TABLE: A
                      **SUBSET 1 PROCEDURE CODES**
   46200


                      **SUBSET 2 PROCEDURE CODES**
   46270   46083   46220   46230   46250   46600   46604   12031   12032
   12034   12035   12036   12037   13100   13101   13300




   WINDOW ID:   WINDOW:
```

On this sample display of a CE Record, the listed procedure is a
hemorrhoidectomy with fissurectomy (Code 46257). One example of a
clinical rule here involves listing Code 46200 (fissurectomy) under **SUBSET**
**1 PROCEDURE CODES.** If this procedure is billed separately on a claim,
the Subset Procedure Edit (provided it is activated on the EA Record) applies
this rule and takes the action indicated on the EA Record.

Highly Confidential/Attorneys Eyes Only                          TRZ 014875

CF CLINICALOGIC 6.0                                                                    CE

**Sample display CE Record for procedure 46257, Screen 2**

```
CI: BP            .     CLINICAL EDITS MAINTENANCE SCREEN 2
FUNCTION: B    PFX: AN     PROCEDURE CODE: 46257        GEN: 0
       EFFECTIVE DATE: 010194    LIMIT DATE: 123199
   11200    45300    45330  *SECONDARY PROCEDURE CODES* 46210    46211




   46257        **OVERLAPPING/REDUNDANT PROCEDURE CODES**




                      **DIAGNOSIS CODES**



WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only                          TRZ 014876

CE                                                    CF CLINICALOGIC 6.0

**Screen Format:    ClaimFacts Clinical Edits Procedure Record**
Transaction:      CE
Key:              CE PREFIX + PROCEDURE CODE + GENERATION

```
CI: BP          CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: -    PFX: --    PROCEDURE CODE: -------     GEN: -
    EFFECTIVE DATE: ------    LIMIT DATE: ------   OPTIONS: --------
DESC: ---------------------------------------------------------------
REBUNDLE CODES: ------- ------- ------- ------- ------- ------- -------
                       ------- ------- ------- ANES: -  ASA CODE: -------
PRIN PROC: ------- MULT PROC: ------- SING BILL REPL: ------- FOLLOW-UP: ---
SEX: - POS: - ASST SUR: - COSMETIC: - INVEST: - OUTDATE: - CS MG - INVALID: -
INFO: -- REVIEW: -- ISSUE: -- AGES-NOR MN: -- NOR MX: -- EXT MN: -- EXT MX: --
REPL: ------- ------- ------- ------- ------- ------- -------
      ------- -------                  SAME DAY EDIT TABLE: - -
                    **SUBSET 1 PROCEDURE CODES**
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------

                    **SUBSET 2 PROCEDURE CODES**
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------

WINDOW ID: -- WINDOW: --------------------------------------------
```

```
CI: BP          CLINICAL EDITS MAINTENANCE SCREEN 2
FUNCTION: -    PFX: --    PROCEDURE CODE: -------     GEN: -
    EFFECTIVE DATE:           LIMIT DATE:
------- ------- ------- *SECONDARY PROCEDURE CODES* ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------

------- ------- **OVERLAPPING/REDUNDANT PROCEDURE CODES** ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------
------- ------- ------- ------- ------- ------- ------- -------

                    **DIAGNOSIS CODES**
------ ------ ------ ------ ------ ------ ------ ------ ------
------ ------ ------ ------ ------ ------ ------ ------ ------
------ ------ ------ ------ ------ ------ ------ ------ ------
------ ------ ------ ------ ------ ------ ------ ------ ------

WINDOW ID: -- WINDOW: --------------------------------------------
```

Highly Confidential/Attorneys Eyes Only                      TRZ 014877

CF CLINICALOGIC 6.0                                                                                    CE

**Descriptions of the fields on the CE Record can be referenced on the following pages by their field numbers:**

| | | |
|---|---|---|
| (1) FUNCTION | (15) FOLLOW-UP | (28) NOR MX |
| (2) PFX | (16) SEX | (29) EXT MN |
| (3) PROCEDURE CODE | (17) POS | (30) EXT MX |
| (4) GEN | (18) ASST SUR | (31) REPL |
| (5) EFFECTIVE DATE | (19) COSMETIC | (32) SAME DAY EDIT TABLE |
| (6) LIMIT DATE | (20) INVEST | (33) SUBSET 1 PROCEDURE CODES |
| (7) OPTIONS | (21) OUTDATE | (34) SUBSET 2  PROCEDURE CODES |
| (8) DESC | (22) CS MG | (35) SECONDARY PROCEDURE CODES |
| (9) REBUNDLE CODES | (23) INVALID | (36) OVERLAPPING/REDUNDANT |
| (10) ANES | (24) INFO |       PROCEDURE CODES |
| (11) ASA CODE | (25) REVIEW | (37) DIAGNOSIS CODES |
| (12) PRIN PROC | (26) ISSUE | (38) WINDOW ID |
| (13) MULT PROC | AGES (FIELDS 27-30) | (39) WINDOW |
| (14) SING BILL REPL | (27) NOR MN | |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014878