# EXHIBIT 27

# (PART 4)

CE                                                                    CF CLINICALOGIC 6.0

## Field Descriptions:    ClaimFacts Clinical Edits Procedure Record

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| **(1)** **FUNCTION** REQUIRED FIELD 1, ALPHA | Enter a function code:<br><br>A = Add a new record      I = Inquire on a record<br>B = Browse a file      L = Lock a record<br>C = Change a record      R = Browse a file in reverse<br>D = Delete a record      U = Unlock a record<br>G = Add a new generation |
| **(2)** **PFX** (Prefix) 2, ALPHANUMERIC | Enter a user-defined prefix for the CE Record.  You must also enter this prefix in the CE PFX Field on the corresponding EA Record. |
| **(3)** **PROCEDURE CODE** (Listed Procedure) 7, ALPHANUMERIC | Enter a procedure code that may be as many as 7 bytes in length.  This code is often referred to as the *listed procedure*. |
| **(4)** **GEN** (Generation) REQUIRED FIELD 1, NUMERIC | The initial entry of this record is the *zero generation*.  Enter *0* if you are setting up this record for the first time.  Generation numbers are automatically assigned by the system when you make subsequent amendments using function code *G*. |
| **(5)** **EFFECTIVE DATE** REQUIRED FIELD 6, NUMERIC | Enter the date, in MMDDYY format, on which this CE Record becomes effective. |
| **(6)** **LIMIT DATE** REQUIRED FIELD 6, NUMERIC | Enter the date, in MMDDYY format, on which this CE Record is no longer effective.  Enter *123150* if there is no specified limit date.  (The system interprets this date as 12/31/2050.) |
| **(7a-b)** **OPTIONS MINIFIELDS 1-2** | Not currently used. |
| **(7c)** **OPTIONS MINIFIELD 3** 1, NUMERIC | Link a user-specific warning message to the CE Record by entering a number from *1* to *9* or a letter from *A* to *C*, which represents the line number/letter of the user-specific warning message on the Type E Warning Messages table. The user-specific message displays on the adjudication display whenever this CE Record is applied during processing. |
| **(7d-h)** **OPTIONS MINIFIELDS 4-8** | Not currently used. |

Highly Confidential/Attorneys Eyes Only                            TRZ 014879

CF CLINICALOGIC 6.0                                                                              CE

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (8) **DESC** (Description) REQUIRED FIELD 70, ALPHANUMERIC | Enter a description of the code entered in the **PROCEDURE CODE** Field. |
| (9) **REBUNDLE CODES** 7, ALPHANUMERIC 10 OCCURRENCES | The codes entered here are critical components of the rebundling process that occurs when the Procedure Rebundle Edit changes the format on a claim. *These codes should not be changed without consulting your Application Support Analyst.* |
| (10) **ANES** (Anesthesia) 1, ALPHANUMERIC | This field may hold one of the following indicators: Y = Anesthesia is appropriate and there is an ASA equivalent code for the listed procedure in the **PROCEDURE CODE** Field on this CE Record. N = Anesthesia is not applicable for this service. blank = Bypass this edit. |
| (11) **ASA CODE** (American Society of Anesthesiologists' Codes) 7, ALPHANUMERIC | This field may hold an ASA equivalent code for the listed procedure. NOTE: ASA equivalent codes that appear in this field are always those anesthesia codes found in the current edition of the CPT Manual. |
| (12) **PRIN PROC** (Principal Procedure) REQUIRED FIELD 7, ALPHANUMERIC | Enter the principal procedure associated with this procedure code. This field does not hold a clinical rule. It is only used for system efficiency in those situations where the Procedure Rebundling Edit is applied. |
| (13) **MULT PROC** (Multiple Procedure) 7, ALPHANUMERIC | If this CPT procedure code can be billed as a multiple procedure, enter the multiple procedure code. If the **PROCEDURE CODE** entry already represents a multiple procedure or a procedure that cannot be billed as multiple, then leave this field blank. |
| (14) **SING BILL REPL** (Single Billing Replacement) 7, ALPHANUMERIC | If the **PROCEDURE CODE** entry represents a medical procedure that should only be billed once every three years, enter the appropriate replacement CPT procedure code. The Single Billing Edit substitutes the replacement code for the listed procedure on the CP Screen when it finds that the listed procedure has been billed a second time for the same patient within three years by the provider. |

Highly Confidential/Attorneys Eyes Only                                        TRZ 014880

CE

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (15) FOLLOW-UP (Follow-up Days) REQUIRED FIELD 3, NUMERIC | Enter a number from *001* to *999* that indicates the number of days during which follow-up care is included in the reasonable and customary amount for the listed surgery. If the listed procedure is not a surgery, or is a surgery for which follow-up care is not allowed, enter *000*.<br><br>*See Appendix D for a table of CPT procedure codes that represent follow-up procedures.* |
| (16) SEX REQUIRED FIELD 1, ALPHA | Enter *M* (for Male) or *F* (for Female) to indicate the gender restriction for the listed procedure. If this procedure can be performed on males and females, enter *B* (for both). |
| (17) POS (Place of Service) REQUIRED FIELD 1, ALPHA | Enter one of the following place of service codes to indicate the appropriate place of service in which the listed procedure should be performed.<br><br>I = Inpatient        O = Outpatient        B = Both |
| (18) ASST SUR (Assistant Surgery) 1, ALPHA | Enter *Y* if assistant surgeon services are medically warranted for the listed procedure. Otherwise, enter *N* or leave this field blank. |
| (19) COSMETIC 1, ALPHA | Enter *Y* if the listed procedure is performed for cosmetic purposes only. Otherwise, enter *N* or leave this field blank. |
| (20) INVEST (Experimental) 1, ALPHA | Enter *Y* if the listed procedure is experimental in nature, and is therefore payable only when used to treat certain diagnoses and conditions. Otherwise, enter *N* or leave this field blank. |
| (21) OUTDATE (Outdated) 1, ALPHA | Enter *Y* if the listed procedure is not in common usage, and is no longer considered valid therapy except for a limited number of diagnoses and conditions. Otherwise, enter *N* or leave this field blank if the listed procedure is in common usage. |
| (22) CS MG (Case Management) 1, ALPHA | Enter *Y* if the listed procedure may qualify the patient for case management. Otherwise, enter *N* or leave this field blank. |
| (23) INVALID (Invalid Procedure) 1, ALPHA | Enter *Y* if the listed procedure is invalid. Otherwise, enter *N* or leave this field blank. |

Highly Confidential/Attorneys Eyes Only

TRZ 014881

CF CLINICALOGIC 6.0                                                                 CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|

**FIELDS (24-26)**

Each of the following three fields – **INFO, REVIEW** and **ISSUE** – holds a code which represents a warning message indicating the type of action or additional information required prior to final adjudication.

| (24)<br>**INFO**<br>2, NUMERIC | Enter a code to issue a warning message on the adjudication display when additional information for this procedure is required prior to final adjudication: |
|---|---|

blank = NO ADDITIONAL INFORMATION IS REQUIRED.

01 = FOR PROCEDURE XXXXXXX REQUEST TELEPHONE INFORMATION FROM THE PHYSICIAN.

02 = AN OPERATIVE REPORT IS REQUESTED FOR PROCEDURE XXXXXXX.

03 = A DISCHARGE SUMMARY IS REQUESTED FOR PROCEDURE XXXXXXX.

04 = AN X-RAY REPORT IS REQUESTED FOR PROCEDURE XXXXXXX.

05 = A PATHOLOGY REPORT IS REQUESTED FOR PROCEDURE XXXXXXX.

06 = AN OPERATIVE REPORT AND TREATMENT RECORD IS REQUESTED FOR PROCEDURE XXXXXXX.

07 = THE PRIOR TREATMENT RECORDS ARE REQUESTED FOR PROCEDURE XXXXXXX.

08 = A SUMMARY PLAN DESCRIPTION IS REQUESTED FOR PROCEDURE XXXXXXX.

09 = A PRIOR CLAIM SHOULD BE CHECKED FOR PROCEDURE XXXXXXX.

10 = REQUEST COPY OF LABORATORY REPORT FOR PROCEDURE XXXXXXX.

11 = OBTAIN COPIES OF PRIOR CLAIMS SUBMITTED BY THIS LABORATORY FOR PROCEDURE XXXXXXX.

*Continued...*

Highly Confidential/Attorneys Eyes Only                                      TRZ 014882

CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (24)<br>**INFO**<br>(*Continued*) | 12 =  REQUEST PRIOR CLAIM HISTORY FOR PROCEDURE XXXXXXX.<br><br>13 =  REQUEST ADDITIONAL INFORMATION REGARDING THE POSSIBILITY<br>OF THIRD PARTY COVERAGE.<br><br>14 =  REQUEST THE ANESTHESIOLOGY REPORT |
| (25)<br>**REVIEW**<br>2, NUMERIC | Enter a code to issue a warning message on the adjudication display when<br>third party review for this procedure is required prior to final adjudication:<br><br>blank =  THIRD PARTY REVIEW IS NOT REQUIRED.<br><br>01 =  THIS CLAIM SHOULD BE REVIEWED BY A CLAIMS SUPERVISOR FOR<br>PROCEDURE XXXXXXX.<br><br>02 =  THIS CLAIM SHOULD BE REVIEWED BY A NURSE FOR PROCEDURE<br>XXXXXXX.<br><br>03 =  THIS CLAIM SHOULD BE REVIEWED BY A PHYSICIAN FOR<br>PROCEDURE XXXXXXX. |
| (26)<br>**ISSUE**<br>2, NUMERIC | Enter a code to generate one of the following warning messages on the<br>adjudication display when other issues related to this procedure require<br>attention prior to final adjudication:<br><br>blank =  NO OTHER ISSUES EXIST.<br><br>01 =  XXXXXXX- NOT BILLED SEPARATELY IF PART OF ANOTHER PROC<br>ON SAME LESION OR SITE.<br><br>02 =  XXXXXXX- REVIEW NATURE AND SCOPE OF THIS PROCEDURE FOR<br>PROPER CODING.<br><br>03 =  XXXXXXX- CHECK FOR POLICY EXCLUSION.<br><br>04 =  XXXXXXX- VERIFY THAT THE PROCEDURE WAS MEDICALLY<br>NECESSARY.<br><br>*Continued...* |

Highly Confidential/Attorneys Eyes Only

TRZ 014883

CF CLINICALOGIC 6.0                                                                CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (26)<br>**ISSUE**<br>*(Continued)* | 05 = 33216 AND 33212- PAYABLE ONLY IF PERFORMED MORE THAN 14 DAYS AFTER THE ORIGINAL PROC.<br><br>06 = XXXXXXX- DETERMINE WHETHER THE PROCEDURE IS COSMETIC IN NATURE.<br><br>07 = XXXXXXX- ONLY USED IF THE PATIENT WAS HOSPITALIZED AT THE TIME OF PROC.<br><br>08 = 52620- PAYABLE ONLY IF PERFORMED MORE THAN 90 DAYS AFTER THE ORIGINAL PROC.<br><br>09 = 52630- PAYABLE ONLY IF PERFORMED MORE THAN 1 YEAR AFTER THE ORIGINAL PROC.<br><br>10 = 52606- PAYABLE ONLY IF PERFORMED AFTER THE USUAL FOLLOW-UP TIME.<br><br>11 = XXXXXXX- CHECK FOR EXCLUSIONS RELATING TO DENTAL SERVICES.<br><br>12 = XXXXXXX- CHECK FOR POLICY EXCLUSIONS.  SHOULD BE BILLED UNDER 58605 WHEN DONE DURING HOSPITALIZATION FOR A BIRTH.<br><br>13 = XXXXXXX- INCLUDES BOTH OF 2 SURGICAL SESSIONS OVER A 14-DAY PERIOD.<br><br>14 = XXXXXXX- CHECK FOR POLICY EXCLUSIONS REGARDING RADIAL KERATOTOMY.<br><br>15 = XXXXXXX- COVERS MANY MONTHS OF TREATMENT AND SHOULD NOT BE BILLED OFTEN.<br><br>16 = XXXXXXX- IF MORE THAN 4 SESSIONS BILLED FOR SAME EYE, REQUEST TREATMENT HISTORY AND REVIEW FOR MEDICAL NECESSITY.<br><br>*Continued...* |

Highly Confidential/Attorneys Eyes Only                            TRZ 014884

CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (26)<br>**ISSUE**<br>(*Continued*) | 17 = XXXXXXX- IS TYPICALLY PERFORMED ONLY FOR CHILDREN.<br><br>18 = XXXXXXX- IS GENERALLY INCLUDED IN THE COST OF AN OFFICE VISIT.<br><br>19 = XXXXXXX- IS INCLUDED AND NOT BILLED IN ADDITION TO PRENATAL CARE.<br><br>20 = XXXXXXX- REPLACED BY ULTRASOUND AND ENDOSCOPY IN MOST SITUATIONS.<br><br>21 = XXXXXXX- OFTEN ASSOCIATED W/WORK RELATED INJURY. POSSIBLE WORKER'S COMP.<br><br>22 = XXXXXXX- PROCEDURE SOMETIMES PERFORMED COSMETICALLY; REVIEW MEDICAL HISTORY.<br><br>23 = VERIFY THAT PATIENT IS ALLERGIC TO CONTRAST DYE. PROCEDURE XXXXXXX IS DONE ONLY IF PATIENT IS ALLERGIC TO CONTRAST DYE.<br><br>24 = XXXXXXX- IS PAYABLE ONLY IF THE PHYSICIAN ACTUALLY DESIGNS AND PREPARES THE PROSTHESIS (I.E., THE PROSTHESIS WAS NOT PREPARED BY AN OUTSIDE LABORATORY). VERIFY THE APPROPRIATENESS OF THIS CODE BEFORE PAYMENT.<br><br>25 = XXXXXXX- IS TO BE LISTED SEPARATELY IN ADDITION TO THE CODE FOR THE PRIMARY PROCEDURES. REVIEW THE NATURE AND SCOPE OF THIS PROCEDURE FOR PROPER PAYMENT.<br><br>26 = XXXXXXX- IS GENERALLY DONE FOR THE EVALUATION OR TREATMENT OF INFERTILITY. IF PERFORMED FOR THIS PURPOSE, VERIFY THAT THERE ARE NO POLICY EXCLUSIONS BEFORE PAYMENT.<br><br>27 = XXXXXXX- COVERS PAYMENT FOR THE PERFORMANCE OF A PROCEDURE THAT CAN BE DONE EITHER UNILATERALLY OR BILATERALLY. IT SHOULD ONLY BE BILLED ONCE ON THE SAME DATE.<br><br>28 = RESERVED FOR FUTURE USE. |

*Continued...*

Highly Confidential/Attorneys Eyes Only

TRZ 014885

CF CLINICALOGIC 6.0                                                                    CE

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (26) ISSUE (Continued) | 29 =  IF THIS LABORATORY BILLS THIS PROCEDURE XXXXXXX FREQUENTLY, CONSIDER AUDITING THEM.  THIS CODE SHOULD BE USED VERY INFREQUENTLY.

30 =  XXXXXXX- DETERMINE WHAT SUBSTANCES OR METHODS WERE INVOLVED.  IF THE SPECIFIC DRUG OR METHOD IS NOT SPECIFIED, PEND CLAIM AND REQUEST THE INFORMATION.  IF CODE APPEARS MORE THAN ONCE ON BILL CHECK POSSIBLE REBUNDLING TO MORE COMPREHENSIVE CODE.

31 =  XXXXXXX- VERIFY THAT THIS PANEL IS LESS THAN THE TOTAL CHARGE WOULD BE FOR THE COMPONENTS BILLED SEPARATELY. IF COMPONENTS OF THIS TEST ARE NOT LISTED ON THE BILL, REQUEST THIS INFORMATION.

32 =  XXXXXXX- BEFORE PAYMENT VERIFY THAT THE CHARGE FOR THIS SERVICE IS CONSISTENT WITH THE SKILLS, TIME AND TESTING METHODS INVOLVED.

33 =  XXXXXXX- THIS SERVICE REQUIRES THAT THE LAB SPECIFY THE METHOD, SUBSTANCE ETC INVOLVED.  VERIFY THAT THE CHARGE FOR THIS SERVICE IS CONSISTENT WITH THE SKILLS, TIME AND TESTING METHODS USED.

34 =  XXXXXXX- IF THIS CODE APPEARS MORE THAN ONCE, CHECK TO SEE IF IT SHOULD BE 'REBUNDLED' INTO A MORE COMPREHENSIVE CODE.

35 =  XXXXXXX- THIS CODE REFERS TO AN UNLISTED PROCEDURE. BEFORE PAYMENT, VERIFY THAT THE CHARGE FOR THIS SERVICE IS CONSISTENT WITH THE SKILLS, TIME AND TESTING METHODS INVOLVED.

36 =  TEST XXXXXXX HAS BEEN SUPERSEDED BY ULTRASOUND AS THE BEST METHOD FOR DETECTING A FOREIGN BODY IN THE EYE.

37 =  TEST- XXXXXXX IS GENERALLY ONLY USED IF TECHNICAL DIFFICULTIES ARE ENCOUNTERED WHEN CATHETERIZING THE PATIENT.

*Continued...* |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014886

CE

CF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (26)<br>**ISSUE**<br>*(Continued)* | 38 = HAVE THIS CLAIM REVIEWED BY A PHYSICIAN IF PROCEDURE XXXXXXX WAS DONE FOR A REASON OTHER THAN EPIPHORA (ICD-9 CODE 375).<br><br>39 = PROCEDURE- XXXXXXX SHOULD BE QUESTIONED IF DONE IN CONJUNCTION WITH AN MRI OR CT SCAN. TWO VIEWS OF THE EYE, NOT FOUR ARE ALMOST ALWAYS ADEQUATE.<br><br>40 = XXXXXXX- VERIFY THAT THIS PATIENT IS EITHER LESS THAN ONE YEAR OF AGE OR OVER SEVENTY YEARS OF AGE.<br><br>41 = XXXXXXX- THIS CLAIM MAY INVOLVE THIRD PARTY LIABILITY. FURTHER INVESTIGATION MAY BE REQUIRED.<br><br>42 = XXXXXXX- THIS CODE SHOULD BE USED ONLY TO INDICATE SUPPLIES AND MATERIALS PROVIDED BY THE PHYSICIAN IN EXCESS OF THOSE NORMALLY INCLUDED WITH THE VISIT OR SERVICE.<br><br>43 = XXXXXXX- THIS CODE SHOULD BE USED VERY INFREQUENTLY. IF THIS PROVIDER BILLS THIS CODE FREQUENTLY, CONSIDER A CLAIM AUDIT.<br><br>44 = EXAMINE CLAIM HISTORY TO ENSURE THAT CPT CODING GUIDELINES HAVE BEEN FOLLOWED REGARDING ANTEPARTUM CARE, POSTPARTUM CARE, AND EVALUATION AND MANAGEMENT (E/M) SERVICES.<br><br>45 = XXXXXXX- CONSIDER OBTAINING OPERATIVE REPORT TO DETERMINE IF CODE 28008 (FASCIOTOMY, FOOT AND/OR TOE) WOULD BE A MORE APPROPRIATE CODE FOR THE ACTUAL PROCEDURE PERFORMED.<br><br>46 = XXXXXXX- IF THIS CODE IS BILLED WITH AN OFFICE/OUTPATIENT CODE (99201 - 99215, W OR W/O MODIFIER -25) OBTAIN PATIENT'S TREATMENT RECORD TO VERIFY THAT SIGNIFICANT ADD'L E & M SERVICES WERE PROVIDED FOR AN ENCOUNTERED PROBLEM.<br><br>*Continued...* |

Highly Confidential/Attorneys Eyes Only

TRZ 014887

CF CLINICALOGIC 6.0                                                              CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (26)<br>**ISSUE**<br>(Continued) | 47 = XXXXXXX- THE USE OF THE -26 (PROFESSIONAL COMPONENT) MODIFIER IS RARELY APPROPRIATE WHEN USED WITH THIS SERVICE, ESPECIALLY WHEN SERVICE IS BILLED WITH E & M SERVICES. IF PROVIDER BILLS THIS CODE FREQUENTLY, CONSIDER A CLAIM AUDIT.<br><br>48 = XXXXXXX- THIS CODE REFLECTS SERVICES USED TO ESTABLISH BASELINE MEDICAL HISTORY & DIAGNOSIS IN NEW PATIENTS. FREQUENT USE SUGGESTS CLAIM AUDIT NEEDED. FOR SUBSEQUENT ENCOUNTERS W/ESTABLISHED PATIENTS USE FOLLOWUP E & M/PSYCH CODES.<br><br>49 = XXXXXXX- SHOULD NOT BE PAID IF THE MORE COMPREHENSIVE CODE HAS BEEN BILLED WITHIN THE PREVIOUS 24-48 HOURS.<br><br>50 = XXXXXXX- IS RARELY, IF EVER, PERFORMED AND THE USE OF THIS CODE HAS BEEN ASSOCIATED WITH UPCODING. VERIFY THAT THIS CODE HAS NOT BEEN USED IN PLACE OF A MORE APPROPRIATE AND LOWER VALUED CODE.<br><br>51 = XXXXXXX- IS INFREQENTLY PERFORMED, AND THE USE OF THIS CODE HAS BEEN ASSOCIATED WITH UPCODING. VERIFY THAT THIS CODE HAS NOT BEEN USED IN PLACE OF A MORE APPROPRIATE AND LOWER VALUED CODE.<br><br>52 = XXXXXXX- HAS BEEN ASSOCIATED WITH UPCODING FROM SIMPLE, INTERMEDIATE, OR COMPLEX REPAIR CODES. VERIFY THAT THE PROCEDURE PERFORMED INVOLVED SIGNIFICANT WOUND EXPLORATION, DISSECTION, AND DEBRIDEMENT.<br><br>53 = XXXXXXX- HAS BEEN ASSOCIATED WITH UPCODING. VERIFY THAT ALL CRITERIA OUTLINED IN THE CPT GUIDELINES PRECEDING THIS CODE WERE MET BEFORE PAYMENT.<br><br>54 = XXXXXXX- SHOULD BE BILLED ONLY ONCE A DAY FOR EACH NERVE STUDIED. IF MULTIPLE OCCURRENCES OF THIS CODE OCCUR ON A BILL, VERIFY THAT THEY CORRESPOND TO DIFFERENT NERVES, AND NOT MULTIPLE ATTEMPTS OR SITES ON THE SAME NERVE.<br><div align="right">*Continued...*</div> |

Highly Confidential/Attorneys Eyes Only                    TRZ 014888

CE                                                                CF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| | 55 = XXXXXXX- IS INFREQUENTLY PROVIDED, AND THE USE OF THIS CODE HAS BEEN ASSOCIATED WITH ABUSE. IF THIS PROVIDER BILLS THIS CODE OFTEN, CONSIDER A CLAIM AUDIT. |
| | 56 = XXXXXXX- IS FREQUENTLY ABUSED, AS WIDESPREAD USE OF COMPUTER SYSTEMS IS BECOMING ROUTINE. THIS CODE SHOULD NOT BE PAID IF BILLED IN CONJUNCTION WITH E & M SERVICES OR A SIGNIFICANT PROCEDURE. |
| | 57 = XXXXXXX- THIS DEBRIDEMENT CODE IS ONLY TO BE USED IN ASSOCIATION WITH AN OPEN FRACTURE AND/OR AN OPEN DISLOCATION. VERIFY THE PRESENCE OF AN OPEN FRACTURE OR DISLOCATION BEFORE PAYMENT. FOR OTHER DEBRIDEMENT, USE CODES IN THE 11040-11044 RANGE. |
| | 58 = XXXXXXX- THIS CODE IS SUBJECT TO UPCODING ABUSE AND MAY REPRESENT SIMPLE FASCIOTOMIES. VERIFY THAT A SIGNIFICANT FASCIECTOMY WAS PERFORMED BEFORE PAYMENT. |
| | 59 = XXXXXXX- THE USE OF THIS CODE HAS BEEN ASSOCIATED WITH UPCODING. VERIFY THAT THIS CODE HAS NOT BEEN USED IN PLACE OF A MORE APPROPRIATE AND LOWER VALUED CODE. |
| | 60 = XXXXXXX- IF THIS CODE IS BILLED IN CONJUNCTION WITH AN EVALUATION AND MANAGEMENT SERVICE CODE (99201-99215, 99241-99245, WITH OR WITHOUT MODIFIER -25) CONSIDER OBTAINING THE PATIENT'S TREATMENT RECORD TO VERIFY THAT SIGNIFICANT ADDITIONAL E/M SERVICES WERE PROVIDED IN ADDITION TO THE CHEMOTHERAPY ADMINISTRATION. |
| | 61 = XXXXXXX- IF THIS CODE IS BILLED IN CONJUNCTION WITH AN ESTABLISHED PATIENT OFFICE/OUTPATIENT CODE (99211-99215, WITH OR WITHOUT MODIFIER -25) CONSIDER OBTAINING THE PATIENT'S TREATMENT RECORD TO VERIFY THAT SIGNIFICANT ADDITIONAL EVALUATION AND MANAGEMENT SERVICES WERE PROVIDED TO THE PATIENT BEYOND THOSE INHERENT TO THE PROVISION OF THESE SERVICES. |
| | 98 = XXXXXXX- THIS IS A DELETED CODE. CONTACT THE PROVIDER AND REQUEST A CURRENT CODE. |
| | 99 = XXXXXXX- THIS IS A DELETED CODE WITH NO REPLACEMENT VALUE. CONTACT PROVIDER FOR PROPER CODING. |

Highly Confidential/Attorneys Eyes Only                    TRZ 014889

CF CLINICALOGIC 6.0                                                                                                    CE

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|
| **AGES** FIELDS (27-30) | |

The **NOR MN** and **NOR MX** Fields hold parameters for the established *normal age range* for the listed procedure, while the **EXT MN** and **EXT MX** Fields hold parameters for the established *extreme age range* for the listed procedure.

| (27) **NOR MN** (Normal Minimum) 2, NUMERIC | Enter the medically accepted *minimum* age parameter of the *normal age range* for the procedure. An entry of *00* indicates that there is no *normal minimum* age for the procedure. |
|---|---|
| (28) **NOR MX** (Normal Maximum) REQUIRED FIELD 2, NUMERIC | Enter the medically accepted *maximum* age parameter of the *normal age range* for the procedure. An entry of *99* indicates that there is no *normal* maximum age for the procedure. |
| (29) **EXT MN** (Extreme Minimum) 2, NUMERIC | Enter the medically accepted *minimum* age parameter of the *extreme age range* for the procedure. An entry of *00* indicates that there is no *extreme* minimum age for the procedure. |
| (30) **EXT MX** (Extreme Maximum) REQUIRED FIELD 2, NUMERIC | Enter the medically accepted *maximum* age parameter of the *extreme age range* for the procedure. An entry of *99* indicates that there is no *extreme* maximum age for the procedure. |
| (31) **REPL** (Replacement Code) 7, ALPHANUMERIC 7, ALPHANUMERIC 10 OCCURRENCES | Enter up to five CPT replacement code ranges for listed procedures which have been deleted from the CPT nomenclature. For example, if the first set of fields is coded as '30901 30904', then any code from 30901 thru 30904 is a replacement code for the listed procedure. |
| | If you wish to enter a single replacement code instead of a range of replacement codes, then enter the code in the first position of the set and leave the second position blank. |
| (32) **SAME DAY EDIT TABLE** 3, ALPHANUMERIC | When the listed procedure is a surgery, enter *A*, *B*, or *C* or any combination of these codes to point the system to the corresponding table of CPT procedure codes that should not be billed on the same day as the listed surgery. |
| | *See Appendix F for Tables A, B and C.* |



Highly Confidential/Attorneys Eyes Only                                                                    TRZ 014890

CE

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (33)<br>**SUBSET 1**<br>**PROCEDURE**<br>**CODES**<br>7, ALPHANUMERIC<br>27 OCCURRENCES | This field may hold as many as 27 procedure codes that represent procedures that are *integral* to the listed procedure, and are not to be billed separately. |
| (34)<br>**SUBSET 2**<br>**PROCEDURE**<br>**CODES**<br>7, ALPHANUMERIC<br>54 OCCURRENCES | This field may hold as many as 54 procedure codes that represent procedures that are *integral* to the listed procedure, and which are not to be billed separately. |
| (35)<br>**SECONDARY**<br>**PROCEDURE**<br>**CODES**<br>7, ALPHANUMERIC<br>51 OCCURRENCES | This field may hold as many as 51 procedure codes for *subordinate* surgeries that are commonly performed in the same operative session, and are to be paid at a reduced amount.<br><br>Enter the listed procedure here when all occurrences of the listed procedure after the initial occurrence on a claim should be paid at a reduced amount. Podiatry procedures will often be entered here. |
| (36)<br>**OVERLAPPING**<br>**/REDUNDANT**<br>**PROCEDURE**<br>**CODES**<br>7, ALPHANUMERIC<br>7, ALPHANUMERIC<br>60 OCCURRENCES | This field may hold as many as 30 ranges of CPT procedure codes for procedures that are redundant to the listed procedure. For example, if the first set of fields is coded as '81002 81005', then any code from 81002 thru 81005 represents a procedure that is redundant to the listed procedure.<br><br>If you want to enter a single CPT procedure code instead of a range of codes, then enter the code in the first position of the set and leave the second position blank. |
| (37)<br>**DIAGNOSIS**<br>**CODES**<br>6, ALPHANUMERIC<br>6, ALPHANUMERIC<br>20 OCCURRENCES | If the listed procedure is only appropriate for a specific diagnosis or range of diagnoses, then enter up to 20 sets of ICD-9-CM codes here.<br><br>Each set of fields allows you to define a range of diagnosis codes. If you want to enter a single diagnosis code instead of a range of diagnosis codes, then enter the code in the first position of the set and leave the second position blank. |

Highly Confidential/Attorneys Eyes Only

TRZ 014891

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (38)<br>**WINDOW ID**<br>2, ALPHA | In the *first* byte of this field, enter:<br><br>*?* and then press ENTER to display user identification at the bottom of the screen.<br><br>*T* and then press ENTER to display last update data at the bottom of the screen.<br><br>*S* and then press PF10 to save this screen in temporary storage.<br><br>= and then press ENTER to display the year in which the computer tape was cut for the CE File at the bottom of the screen. |
| (39)<br>**WINDOW**<br>55, ALPHANUMERIC | To go to any other file, enter its transaction code plus a function code, followed by the key to the record (optional), and press PF10. |

Highly Confidential/Attorneys Eyes Only

TRZ 014892

GE

CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only

TRZ 014893

## CLAIMFACTS ANESTHESIA PROCEDURE EDITS RECORD

**Introduction**

The purpose of the ClaimFacts Anesthesia Procedure Edits (AN) Record is to accommodate the clinical rules for anesthesia services. During system implementation, over 300 AN Records are loaded by Erisco with the anesthesia data developed by Pace Healthcare Management. Therefore, modification of the AN Records is not necessary to process claims with ClinicaLogic.

**How ClinicaLogic accesses the AN Record to edit claims**

ClaimFacts ClinicaLogic only edits anesthesia services when the appropriate clinical edits are activated on the EA Record and when you enter a procedure code for an anesthesia service along with an *anesthesia type of service code*, as defined on the related EA Record, on the same line item on the CP Screen.

To edit an anesthesia service on a claim line item, ClinicaLogic may access the AN Record *directly* or *via the appropriate Clinical Edits Maintenance (CE) Record*, depending on whether the procedure code entered on the line item is within the 00100-01999 range or within the 10000-69999 range. (An anesthesiologist may bill anesthesia services using either of these two ranges.)

When ClinicaLogic detects a valid anesthesia type of service *and* an anesthesia procedure code within the 10000-69999 surgical CPT procedure code range on a claim line item, ClinicaLogic accesses the appropriate CE Record for the anesthesia procedure code and reads the **ANES Field**. If *Y* is present in the **ANES Field**, ClinicaLogic then reads the corresponding **ASA CODE Field** to find an *equivalent* anesthesia procedure code within the 00100-01999 range for the line item. ClinicaLogic uses the equivalent code to access the appropriate AN Record which contains the clinical criteria used to check the anesthesia line item on the CP Screen according to the edits that are activated. ClinicaLogic only uses the equivalent code to find the appropriate AN Record and *does not* use it to replace the anesthesia procedure code originally entered on the line item. The equivalent code is listed on the *N* display for the claim. For example, the message on the *N* display may read as follows: ANESTHESIA SERVICE FOR 37140 CORRESPONDS TO ANESTHESIA CODE 00770.

If *N* is present in the **ANES Field** on the CE Record, ClinicaLogic issues a -UD1 ANESTHESIA NOT APPLICABLE - disallow message on the related claim line item.

When ClinicaLogic detects a valid anesthesia type of service on a claim line item *and* an anesthesia procedure code within the 00100-01999 range, the subsystem accesses the appropriate AN Record directly to find the clinical criteria for editing.

Highly Confidential/Attorneys Eyes Only                                                      TRZ 014894

WM

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014925

## EXPLANATION MAINTENANCE FILE

**Introduction**     If an edit is set up on the Clinical Edits Administrative Rules (EA) Record to disallow the charges on a line item, the corresponding explanation from the Explanation Maintenance (EX) File displays on the adjudication display. To access the medical criteria on which the disallow is based, processors enter *N* in the **WINDOW ID** Field on the adjudication display and press ENTER.

The following disallow messages are predefined in the EX File for ClinicaLogic:

| | | |
|---|---|---|
| U01 | = | CLINICAL EDIT RECORD NOT FOUND |
| U02 | = | SUBSET 1 PROCEDURE EDIT |
| U03 | = | SUBSET 2 PROCEDURE EDIT |
| U04 | = | SECONDARY PROCEDURE EDIT |
| U05 | = | PROCEDURE NOT VALID FOR SEX |

U06 - U12 are not currently used.

| | | |
|---|---|---|
| U13 | = | POSSIBLE COSMETIC PROCEDURE |
| U14 | = | PLACE OF SERVICE INCONSISTENT WITH PROC |
| U15 | = | ASSISTANT SURGEON DISALLOW |

U16 - U21 are not currently used.

| | | |
|---|---|---|
| U22 | = | FOLLOW-UP PROCEDURE EDIT |
| U23 | = | OVERLAPPING/REDUNDANT PROCEDURE |
| U24 | = | SAME DAY PROCEDURE EDIT |
| U25 | = | INVALID PROCEDURE |

U26 - U27 are not currently used.

| | | |
|---|---|---|
| U31 | = | CHARGES COMBINED INTO LISTED PROCEDURE |
| UD1 | = | ANESTHESIA NOT APPLICABLE |

*Appendix E contains samples of the EX Records that can be added to the Explanation Maintenance File.*

The first byte of the Explanation ID can be any alphanumeric character. However, it is strongly recommended that you use *U*.

> **NOTE:** All Clinical Edit explanation codes are three bytes in length. If your Check/EOB Module does not currently print a three-byte code, modifications to this module may be necessary. Otherwise, the third position will not print.

Highly Confidential/Attorneys Eyes Only                                              TRZ 014926

EX                                                CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only                        TRZ 014927

## LETTERS

| | |
|---|---|
| **Introduction** | Once you have decided to implement ClinicaLogic, you may want to send a letter to your covered membership informing them of some of the issues relating to billing practices and cost-containment procedures. |

On a regular basis, processors will probably want to send letters explaining adjudication decisions made by ClinicaLogic. *Appendix A contains sample text for these types of letters.*

Highly Confidential/Attorneys Eyes Only

TRZ 014928

Highly Confidential/Attorneys Eyes Only

TRZ 014929

# HOW TO TEST THE SYSTEM

| Introduction | The following data enable you to create sample claims with which to test the implementation of ClinicaLogic. The test data, which are grouped according to surgical, radiological, laboratory, medical and anesthesia procedures, are designed to illustrate the action of an individual edit on one or more of these types of procedures. Each edit, however, must be properly set up on the Clinical Edits Administrative (EA) Record. |

**Surgical procedure edits**

After you activate the following procedure edits on the EA Record to check surgical procedures, you may enter sample claims on the CP Screen that are based upon the test data associated with each edit.

|  | DIAG | TOS-P | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|---|---|
| DELETED CODE | 7229 | SUR I | 22615 | Bone fusion; cervical area, below C2 | Code deleted and replaced by code 22554 or 22820. |
| PROCEDURE REBUNDLE | 574 | SUR I<br><br>SUR I | 47610<br><br>47460 | Removal of gall bladder<br><br>Incision of bile duct | Procedures 47610 and 47460 are rebundled into procedure 47620, which is the comprehensive procedure for gall bladder removal. |
| SECONDARY PROCEDURE | 569 | SUR O<br>SUR O | 45385<br>43235 | Colonoscopy<br><br>Upper GI endoscopy | 43235 is secondary to 45385 and should generally be limited to 50% of the surgery R&C for procedure 43235. |
| SUBSET 1 PROCEDURE | 930 | SUR O<br><br>SUR O | 65210<br><br>65205 | Removal of embedded object from eye<br><br>Removal of superficial object from eye | Procedure 65205 is a subset of procedure 65210 and should not be billed separately. |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014930