# EXHIBIT 27

# (PART 5)

HOW TO TEST THE SYSTEM

CF CLINICALOGIC 6.0

| | DIAG | TOS-P | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|---|---|
| SUBSET 2 PROCEDURE | 866 | SUR O<br><br>SUR O | 50394<br><br>50553 | Injection for kidney x-ray<br><br>Kidney endoscopy | Procedure 50394 is a subset of procedure 50553 and should not be billed separately. |
| COSMETIC PROCEDURE | 470 | SUR O | 30420 | Rhinoplasty | Cosmetic procedure warning message. |
| SEX TO PROCEDURE | 621 | SUR I | 58150 | Total hysterectomy | Procedure is valid for females only; patients must be between the ages of 30 and 99. |
| ASSISTANT SURGERY | 621 | AST O | 58120 | Dilation & curettage | Assistant surgeon is not indicated for this procedure. |
| CASE MANAGEMENT | 8874 | SUR I | 20802 | Arm replantation | Case management potential. |
| INFORMATION | 614 | SUR O | 57410 | Pelvic exam under anesthesia | Investigate medical necessity of procedure. |
| FOLLOW-UP CARE | 574 | SUR I<br><br>DOV O | 47600<br><br>99212 | Cholecystectomy<br><br>Office visit (10 days after surgery) | A warning indicates that the office visit is part of the normal follow-up period for the surgery. |
| SAME DAY PROCEDURE | 150 | SUR O<br><br>DOV | 45330<br><br>99214 | Sigmoidoscopy<br><br>Office visit | Procedure 99214 should not be billed on the same day as surgery. |

Highly Confidential/Attorneys Eyes Only

TRZ 014931

CF CLINICALOGIC 6.0 HOW TO TEST THE SYSTEM

**Radiology procedure edits**

After you activate the following procedure edits on the EA Record to check radiology procedures, you may enter sample claims on the CP Screen that are based upon the test data associated with each edit.

| | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|
| DELETED CODE | 76944 | Ultrasonic guidance for drainage of abscess | Code deleted and replaced by code 75989. |
| UNILATERAL TO BILATERAL | 73510 | X-ray of hip; complete, two views | Two 73510 procedures billed unilaterally will be combined into the bilateral procedure of 73520. |
| | 73510 | X-ray of hip; complete, two views | |
| PROCEDURE REBUNDLE | 76000 | Fluroscopy up to 1 hr. physician time | Procedures 76000 and 71020 are rebundled into procedure 71023 (x-ray w/fluroscopy), which is the comprehensive procedure. |
| | 71020 | Chest x-ray, two views | |
| SUBSET 1 PROCEDURE | 74170 | CAT scan of abdomen w/contrast | Procedure 74150 is a subset of procedure 74170, and should not be billed separately. |
| | 74150 | CAT scan of abdomen without contrast | |
| INFORMATION | 70332 | Temporomandibular joint arthography, radiological supervision and interpretation. | Investigate prior treatment records for medical necessity. |

Highly Confidential/Attorneys Eyes Only TRZ 014932

**Laboratory procedure edits**

After you activate the following procedure edits on the EA Record to check laboratory/pathology procedures, you may enter sample claims on the CP Screen that are based on the test data associated with each edit.

| | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|
| DELETED CODE | 86227 | Enzyme immunoassay for antigen | Code deleted and replaced by code 86317, which tests for both antigens and antibodies. |
| PROCEDURE REBUNDLE | 85007 | Blood count manual differential, WBC count | Procedures 85007 and 85021 are rebundled into procedure 85022 (complete blood count), which is the comprehensive procedure. |
| | 85021 | Blood count, hemogram, automated | |
| PROCEDURE REBUNDLE — MULTICHANNEL TESTS | 82040 | Albumin; serum | Tests 82040, 82942, and 82250 are rebundled into multichannel test 80003. (See Appendix C for additional information on this edit.) |
| | 82942 | Globulin, serum | |
| | 82250 | Bilirubin | |
| SUBSET PROCEDURE | 82947 | Glucose; except urine | Test 82947 is a subset of test 82952, and should not be billed separately. |
| | 82952 | Glucose tolerance test, each additional beyond 3 specimens | |
| OVERLAPPING PROCEDURE | 87083 | Culture, presumptive, pathogenic. orgs., scrning. only, multipl. orgs. | Test 87082 is redundant to test 87083. |
| | 87082 | Culture, presumptive, pathogenic. orgs., scrning. only, single orgs. | |
| INFORMATION | 80101 | Drug, screen; single drug class, each drug class. | Review lab report and check for policy exclusions. |

Highly Confidential/Attorneys Eyes Only

TRZ 014933

**Medical procedure edits**

After you activate the following procedure edits on the EA Record to check medical procedures, you may enter sample claims on the CP Screen that are based on the test data associated with each edit.

| | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|
| DELETED CODE | 90941 | Initial or acute hemodialysis | Code deleted and replaced by code 90935 or 90937. |
| PROCEDURE REBUNDLE | 93005<br><br>93010 | Routine EKG<br><br>EKG interpretation and report only | Procedures 93005 and 93010 are rebundled into procedure 93000 (EKG with interpretation and report), which is the comprehensive procedure. |
| SUBSET 1 PROCEDURE | 99284<br><br>29280 | Detailed emergency room service with complex care<br><br>Strapping hand or finger | Procedure 29280 is a subset of procedure 99284, and should not be billed separately. |
| OVERLAPPING PROCEDURE | 95125<br><br>99214 | Prescribe allergen therapy<br><br>Office visit, established patient | Test 99214 is redundant to test 95125. |
| SINGLE BILLING EDIT | 99205 | Comprehensive outpatient medical service, new patient | When you enter a claim for the same member with code 99205 billed again by the same provider, the system changes the code to 99215, which is the procedure for an established patient. |
| INFORMATION | 90999 | Unlisted dialysis procedure | Procedure should be investigated to determine proper coding. |

Highly Confidential/Attorneys Eyes Only                                TRZ 014934

**Anesthesia edits**

After you activate the following procedure edits to check anesthesia services on the EA Record, you may enter sample claims on the CP Screen that are based on the test data associated with each edit.

| | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|
| SUBSET 1 PROCEDURE | 94656<br><br>00850 | Ventilation assist and management<br><br>Anesthesia for intraperinatal procedure in lower abdomen, including laparoscopy. | Procedure 94656 is a subset of procedure 00850, and should not be billed separately. |
| OVERLAPPING PROCEDURE | 90780<br><br>00850 | Prolonged IV infusion<br><br>Anesthesia for intraperinatal procedure in lower abdomen, including laparoscopy | 90780 is redundant to 00850. |
| NORMAL TIME ANESTHESIA EDIT | 00850<br>w/85 min. | Anesthesia for intraperinatal procedure in lower abdomen, including laparoscopy | The anesthesia time is outside the normal range for procedure 00850. |
| EXTREME TIME ANESTHESIA EDIT | 00850<br>w/20 min. | Anesthesia for intraperinatal procedure in lower abdomen, including laparoscopy | The anesthesia time is outside the furthest expected range for procedure 00850. |

Highly Confidential/Attorneys Eyes Only

TRZ 014935

**Diagnosis edits**

After you activate the following diagnosis edits on the EA Record, you may enter sample claims on the CP Screen that are based on the test data associated with each edit.

| | DIAG | TOS-P | PROC | DESCRIPTION | RESULTS OF EDIT |
|---|---|---|---|---|---|
| AGE TO DIAGNOSIS | 650 | SUR I | 59400 | Total obstetric care for normal delivery | Diagnosis valid for females between ages 12 and 50, and 10 and 55 extended. |
| CASE MANAGEMENT | 7800 | SUR I | 61140 | Brain biopsy | Diagnosis has case management potential. |

Highly Confidential/Attorneys Eyes Only                                    TRZ 014936

Highly Confidential/Attorneys Eyes Only

TRZ 014937

## INTRODUCTION TO CLAIMS PROCESSING

**What does this
section include?**

The CLAIMS PROCESSING section of this manual describes:

■  how to process claims under ClinicaLogic;

■  sample displays of edited claims; and

■  how to inquire on edited claims.

**Contents**

The following topics are included in this section:

Claims Processing With ClinicaLogic ........................................................... 3
Sample Displays ............................................................................................ 12
Claims Inquiry On Edited Claims ................................................................. 27

Highly Confidential/Attorneys Eyes Only                                TRZ 014938

## CLAIMS PROCESSING INDEX

Adjusting procedures on edited claims .......................8
CE Record, how system applies.................................3
Changing edited claims..........................................5
Claim Inquiry Detail Screen .................................33
Claims Inquiry
    CB IND Field.............................................29
    CE ST Field .............................................27
    introduction ...........................................27
    PTR Field .................................................31
Claims processing ...................................................3
ClinicaLogic Claim Inquiry Screen ........................36
    field explanations....................................38
    how to access ..........................................36
    sample.....................................................37
    screen design ..........................................36
Cross segment rebundling.....................................8
Deleted Code Edit....................................................9
Deleted Code Edit display .....................................12
Follow-up care processing .......................................9
Handling edited claims ...........................................5
History read by edits ...............................................6
Overlapping Proc. Edit display .............................23
Override explanation codes ....................................9
Overriding edits ......................................................6
Rebundling by clinical edits....................................3
Reformatting by clinical edits ................................3
Same Day Proc. Edit display .................................19
Subset Procedure Edit display ..............................21
Warning and disallow messages ............................4

Highly Confidential/Attorneys Eyes Only                        TRZ 014939

## CLAIMS PROCESSING WITH CLINICALOGIC

**Introduction**

This section provides claims processors with an explanation of how the clinical edits work as well as with practical guidelines for handling edited claims. Examples of edited claims are also included.

**Application of clinical edits during claims processing**

Claims entered to ClaimFacts ClinicaLogic are first examined by standard ClaimFacts edits such as those that check for duplicate services, valid eligibility, and valid Provider IDs. After these edits are performed, claims that contain a CPT/HCPCS procedure code and/or ICD-9-CM diagnosis code are subject to all the relevant clinical edits that have been activated on the Clinical Edits Administrative Rules (EA) Record.

The Deleted Code, Single Billing, Unilateral to Bilateral and Procedure Rebundling Edits are the only edits that can automatically change the format of line items. They accomplish this by either replacing or condensing CPT/HCPCS procedure codes. All of the other edits either disallow the line item charges for questionable procedures or warn processors on the adjudication display that a problem exists.

When two or more CPT/HCPCS procedure codes are condensed into a single line item, the process is called *rebundling. For a complete discussion of rebundling logic, see Appendix B.*

> **NOTE 1:** When processing claims with line items containing HCPCS codes, you must enter the appropriate user-defined type of service for each HCPCS code according to the HCPCS code classification in Appendix I. Otherwise, ClaimFacts ClinicaLogic editing will not be performed. For example, if you enter HCPCS code D9210 in the **PROC** Field on the CP Screen, you must also enter an anesthesia type of service in the corresponding **TOS** Field.

> **NOTE 2:** Information on how to capture the original CPT/HCPCS codes that the Deleted Code Edit requires processors to replace and information on entering anesthesia claims are located at the end of the section entitled Special Instructions for Claims Processors.

Highly Confidential/Attorneys Eyes Only    TRZ 014940

**Warning and**
**disallow messages**

The message – EDIT PERFORMED, GO TO N DISPLAY – appears on the adjudication display when any one of the 29 clinical edits takes action on a claim. The *N* (for Notes) display informs processors of the complete clinical explanation for each edit. It is accessed by entering *N* in the **WINDOW ID** Field on the adjudication display and pressing ENTER. *For a complete listing of all messages that can appear on the N display, see Appendix G.*

In addition to the messages that may display on the *N* display, all of the edits, with the exception of the Deleted Code, Single Billing, Unilateral to Bilateral Procedure and Procedure Rebundling Edits, may display a specific warning or disallow message on the adjudication display during adjudication. Each message identifies how the claim was edited and, in some cases, provides information on reconciling the claim.

If an edit is set up on the EA Record to issue a warning, the corresponding message from the Clinical Warning Messages (WM) Screen displays on the adjudication display. If an edit is set up on the EA Record to disallow the charges on a line item, the corresponding short explanation from the Explanation Maintenance (EX) File displays on the adjudication display.

The following disallow messages are predefined in the EX File for ClinicaLogic:

U01 = CLINICAL EDIT RECORD NOT FOUND

U02 = SUBSET 1 PROCEDURE EDIT

U03 = SUBSET 2 PROCEDURE EDIT

U04 = SECONDARY PROCEDURE EDIT

U05 = PROCEDURE NOT VALID FOR SEX

U06 – U12 are not currently used.

U13 = POSSIBLE COSMETIC PROCEDURE

U14 = PLACE OF SERVICE INCONSISTENT WITH PROC

U15 = ASSISTANT SURGEON DISALLOW

U16 – U21 are not currently used.

U22 = FOLLOW-UP PROCEDURE EDIT

U23 = OVERLAPPING/REDUNDANT PROCEDURE

U24 = SAME DAY PROCEDURE EDIT

U25 = INVALID PROCEDURE EDIT

U26 – U27 are not currently used.

U31 = CHARGES COMBINED INTO LISTED PROCEDURE

UD1 = ANESTHESIA NOT APPLICABLE

Highly Confidential/Attorneys Eyes Only                                          TRZ 014941

Of all the messages that may display, the only ones that signal a system error are: CE RECORD ERROR – NOT FOUND KEY = (procedure code which the system is using to try to find a CE Record) and AN RECORD ERROR – NOT FOUND KEY = (anesthesia procedure code that the system is using to try to find an AN Record). These messages may only display when the exception (E) option is set on the EA Record for the **REC NT FND** edit on the related Clinical Edits Administrative Rules (EA) Record and ClaimFacts ClinicaLogic cannot match the procedure code on a line item to an appropriate CE or AN Record.

**How to handle edited claims**

After ClinicaLogic has edited a claim, you may take one of three actions:

1. Accept the claim for payment, based on the edits as they appear on the adjudication display, by pressing PF1. For disallowed line items, an explanation prints on the EOB.

2. Pend the claim for further review by entering a hold code in the AC1 Field on the CP Screen and pressing PF3. When you pend a claim, all the data displayed on the adjudication display are saved in the Claim File.

3. Override any or all of the line items on a claim using the standard ClaimFacts line item overrides. Then accept or pend the claim. For reporting purposes, it is recommended that an override explanation code specific to ClinicaLogic be established and entered in the **CD** Field on the CP Screen. The code that you enter must be chosen from among those defined in the **OVERRIDE CODES** Field on the related EA Record.

**Special instructions for claims processors**

Certain clinical edits require you to pay special attention to how you enter claim data, and to how you handle claims on which they take action.

HOW TO CHANGE EDITED CLAIMS

The Deleted Code, Single Billing, Unilateral to Bilateral Procedure, and Procedure Rebundling Edits are only performed once on a claim after it has been entered on the Claims Processing Screen. This means that if you change any data on a claim or add line items after you press ENTER, the new line items are re-adjudicated *without* the re-application of these edits. Therefore, if you must add line items or change CPT/HCPCS procedure codes on a claim after you have pressed ENTER, you should press PF12 and reenter the entire claim.

Highly Confidential/Attorneys Eyes Only                                                    TRZ 014942

**HOW TO USE THE DELETE LINE ITEM FUNCTION**

Processors may use the delete line item function (enter # and a line number from *1-6* in the WINDOW ID Field and then press ENTER) to eliminate an entire claim line item from a claim on the Claims Processing Screen *as long as the line item has not been reformatted* by the Single Billing, Unilateral to Bilateral, Deleted Code or Procedure Rebundling Edits.

For all line items that ClinicaLogic edits but *does not* reformat, use of this feature removes the edited line item from the Claims Processing Screen *and* from the corresponding Claim Record. For *reformatted line items*, the delete line item function removes the reformatted line item information from the Claims Processing Screen *only* but *does not* remove it from the Claim Record, which must maintain an audit trail for these types of line items. Therefore, to completely delete *reformatted* line items, you must press PF12 and reenter the claim without the line items that will be reformatted.

**HOW TO OVERRIDE REFORMATTED LINE ITEMS**

To override line items on a claim where the line-item format has been changed by the Deleted Code, Single Billing, Unilateral to Bilateral Procedure, or Procedure Rebundling Edits, you must reenter the original line items. Do not press PF12 to reenter these line items. Because these four edits are only performed once on a claim, they are not re-applied when you reenter the line items.

For any claim on which ClinicaLogic automatically changed the format of line items using one of these four edits, the Claim Record stores the adjudication results both before and after editing. When you override one of these four edits, the suggested correction data are also stored on the Claim Record for reporting purposes.

**HOW THE EDITS THAT READ HISTORY OPERATE**

The Single Billing, Subset Procedure, Same Day Procedure, Overlapping Procedure, Secondary Procedure and Follow-up Care Edits all read a patient's claim history when they are performed. In other words, these edits check procedures currently being processed against a patient's previously paid claims to ensure that a clinical rule has not been violated. These are also the only edits that check procedures spanning claim segments.

When the Single Billing Edit determines that a medical procedure on a new claim has previously been paid for a patient, it recodes the procedure on the new claim, and disallows any portion of the charge which may exceed reasonable and customary limits. The *N* display shows the Claim ID of the claim in history that holds the original procedure code.

Highly Confidential/Attorneys Eyes Only                                TRZ 014943

The rest of the edits that read history act differently on claims.  When a procedure on a new claim is determined to be either a subset, same day, overlapping, secondary or follow-up procedure to one on a previously paid claim segment, the edit acts on the claim according to how it has been set up on the EA Record.  In the case of the Subset Procedure, Same Day Procedure, Overlapping Procedure, and Follow-up Care Edits, either a warning message displays on the adjudication display, or the charge for the edited procedure on the new claim is disallowed.  In the case of the Secondary Procedure Edit, either a warning, disallow or rule switch is issued against the edited procedure on the new claim.

You will also see the message: EDIT PERFORMED GO TO N DISPLAY on the adjudication display.  The $N$ display explains the edit and provides the Claim ID of the claim in history.

The Subset Procedure, Same Day Procedure, Overlapping Procedure, Secondary Procedure and Follow-up Care edits also identify clinical rule violations when procedures have been processed in reverse order.  In other words, when a listed procedure is being processed, one of these edits may find that a subset, same day, overlapping, secondary or follow-up procedure has already been paid for the listed procedure.

If, for instance, a laparotomy (the surgical opening of the abdomen) has been previously paid for a patient, and a subsequent claim is submitted for an appendectomy on this patient, the Subset Procedure Edit finds that a clinical rule has been violated.  The clinical rule specifies that a laparotomy is an integral part of an appendectomy, and should not be billed separately.

When such a situation occurs, you will only see the message – EDIT PERFORMED, GO TO N DISPLAY – on the adjudication display.  The $N$ display explains that the laparotomy is a subset procedure to the appendectomy, and provides the claim number for the claim on which the laparotomy was paid so that you can make an adjustment.

Highly Confidential/Attorneys Eyes Only                                       TRZ 014944

CLAIMS PROCESSING                                          CF CLINICALOGIC 6.0

**HOW TO ADJUST CLAIMS FOR PROCEDURES PROCESSED IN REVERSE ORDER**

To make adjustments to claims where the procedures have been processed in reverse order, and the Subset Procedure, Same Day Procedure, Overlapping Procedure or Secondary Procedure Edits have found an impropriety, use the following guidelines.

- If the edit is applied *before* a batch cycle runs, recall the claim in history (in the example above, the claim for the laparotomy), and move the line item for the edited procedure to the claim segment containing the listed procedure (in the example above, the claim for the appendectomy). The edit then takes whatever action has been coded on the EA Record.

- If the edit is applied *after* the batch cycle has run, you can override the charge on the current claim (the one for the appendectomy) to disallow the amount allowed for the subset procedure (the laparotomy), which was paid on a prior claim. Alternatively, you can recall the claim in history (the laparotomy claim), and enter the edited procedure code (the appendectomy) from the new claim. In this case, ClaimFacts treats the claim as an adjustment.

**HOW TO HANDLE CROSS-SEGMENT REBUNDLING**

The Procedure Rebundling Edit automatically checks the current claim against the patient's claim history to detect procedures that could potentially be rebundled. When this type of edit occurs, the system displays the message - EDIT PERFORMED GO TO N DISPLAY - on the adjudication display. The Notes Display provides the processor with the unbundled procedure codes and the comprehensive code that should be used to rebundle them.

To review the unbundled line items detected in the claims history for a member or patient, the processor may transfer to the Medical Line-Item Search Screen by entering *CQM* (member) or *CQP* (patient) plus a search code(s) and specific search criteria in the **WINDOW** Field on the CP Screen and then pressing PF10. The processor should use the Provider ID as well as the *FROM* and *TO* dates of service on the current claim as the search criteria. This feature enables the processor to determine whether or not an adjustment should be performed.

*For more information on the use of the CQM Screen, see the Claims Inquiry section of the ClaimFacts Medical User Manual.*

Highly Confidential/Attorneys Eyes Only

                                                          TRZ 014945

**HOW TO PROCESS FOLLOW-UP CARE PROCEDURES**

When follow-up services are being processed and the Follow-up Care Edit identifies a claim in history that contains a surgical procedure to which these follow-up services apply, a warning displays on the adjudication display. The *N* display shows the Claim ID of the listed surgical procedure.

When the Follow-up Care Edit is set to issue a warning, and you wish to determine whether the charges for the follow-up care are within reasonable and customary limits, you should transfer to the Claim Inquiry (CQ) Screen for the claim in history that contains the listed surgical procedure, and read the charge for that procedure. Then transfer to the Reasonable and Customary Price Look-up (ZQ) Screen to find the R & C limits for the listed surgical procedure. If the sum of the charges for the follow-up procedure and the surgery are within R & C limits for the listed surgical procedure, then you can allow the follow-up procedures.

If the sum of the charges for the follow-up procedures and the listed surgical procedure exceed the R & C limits for the listed surgical procedure, you should override the follow-up procedure to disallow all or part of the charge.

**ESTABLISHING OVERRIDE EXPLANATION CODES FOR CLINICALOGIC**

Override explanation codes that are unique to ClinicaLogic may be defined in the **OVERRIDE CODES** Field on the EA Record to facilitate reporting requirements. These codes must be used by processors to capture manually overridden line items on the ClinicaLogic Savings Report (S10). The explanation codes can be selected by supervisors on Report 800, the Explanation Code Report.

**HOW TO HANDLE THE DELETED CODE EDIT**

When the Deleted Code Edit displays a range of possible replacement codes for a CPT/HCPCS procedure code at the bottom of the CP Screen, you should pend the claim and refer it to a supervisor, who can then select the appropriate replacement code.

Highly Confidential/Attorneys Eyes Only                                        TRZ 014946

CAPTURING THE
ORIGINAL CPT/HCPCS
PROCEDURE CODE
WHEN THE DELETED
CODE EDIT IS INVOKED

When the Deleted Code Edit automatically replaces a CPT/HCPCS procedure code on a claim line item, the original CPT/HCPCS procedure code that was entered by the processor is automatically stored in the **IP-ID** Field on the ClinicaLogic Claim Inquiry (CQN) Screen for the processed claim.

However, when the Deleted Code Edit requires the processor to select and enter a replacement CPT/HCPCS procedure code for the CPT/HCPCS code that was originally entered, the processor must use an override code to instruct the system to capture the original CPT/HCPCS code. To capture the original CPT/HCPCS procedure code, the processor must enter *CE* in the **ID** portion of the corresponding **ID/AMT** Field on the CP Screen, the original CPT/HCPCS code in the **AMT** portion of the field and an explanation code of *UDE* in the **CD** Field. To use the *UDE* explanation code, you must have an EX Record set up with a user-defined explanation message. *An example of such an EX Record is located in Appendix E.*

When this override is used, the system stores the original CPT/HCPCS procedure code in the **CL-EXT-ORIG-IPID** Field on the Claim Record. The processor may use the ClaimFacts Override Data (CQO) Screen to view the original code. Furthermore, the UDE explanation code appears in the **OVRD CD** Field and the CE override code appears in the **IND** Field on the Claims Inquiry Detail (CQC) Screen.

---

**NOTE:** Use of the override code described here *does not* override the Deleted Code Edit. The processor must still enter the appropriate replacement code for adjudication to continue. *This override only requires the system to store the original CPT/HCPCS code.*

---

Highly Confidential/Attorneys Eyes Only                                    TRZ 014947

**HOW TO ENTER
ANESTHESIA CLAIMS**

Claims processors must follow the rules below when entering services billed by an anesthesiologist to ensure that anesthesia claims are properly edited by ClinicaLogic.

- *Anesthesia types of service*:  When anesthesiologists bill for anesthesia services, it is necessary to enter these services on a CP Screen line item along with the appropriate anesthesia types of service codes.  This rule applies whether they bill with procedure codes in range 00100 thru 01999 or 10000 thru 69999.

- *Other services billed by anesthesiologists*:  Anesthesiologists may itemize their services for the patient, billing medical services such as ventilation assistance and management (94656) separately.  When this occurs, processors must enter the appropriate medical type of service code on the same line item on which they enter the medical service procedure code.

- *Anesthesia types of service precede medical types of service*:  When anesthesiologists itemize their services as described in the rule above, line items to be entered on the CP Screen with anesthesia types of service codes must precede line items which will contain medical types of service codes.

- *Anesthesia time*:  When entering an anesthesiologist's service billed with procedure codes in ranges 00100 thru 01999 or 10000 thru 69999, enter the duration of the service in the CTR Field *in minutes* not units.

Highly Confidential/Attorneys Eyes Only                                                    TRZ 014948

## SAMPLE DISPLAYS

**Introduction**

These pages show sample claims that have been adjudicated using ClaimFacts ClinicaLogic. Each series of CP Screens illustrates how an individual edit takes action on a claim.

**Adjudication with Deleted Code Edit**

```
CI: BP               "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 121212121 ØØ MEMBER: 111222333 PAT: M      TOTAL: ØØ75ØØØ RECD: Ø42295
DIAG: 7229          AC1:           AC2:         ID/A:
   YR: 95 COB/AMT:      USF1:         USF2:         EXPL:
PAN1:             PAN2:            PAN3:
DT CUR ILL:      DT SIM ILL:      HOSP DTS:
   GEORGE WILLIAMS          Ø1/Ø1/5Ø M 142Ø BOULEVARD EAST        CP
M GEORGE WILLIAMS          Ø1/Ø1/5Ø M CLINIB PP
   DISC DISORDER
   JOHN SMITH MD                   1ØØ MAIN STREET            1ØØ19



   SVC DATES P  TOS PROC    D CHARGES CTR  PAY  PROVIDER    ID/AMT   CD   A P
   Ø32Ø Ø32Ø I  SUR 22615     ØØ75ØØØ      ØØIØØIØØ1



MEMO:
WINDON ID:    WINDON:
CODE 22615 DEL. USE 22554    2282Ø
```

REPLACEMENT CODE
MESSAGE ⇒

This screen shows that when ClinicaLogic adjudicates a claim for procedure code 22615, the Deleted Code Edit creates an exception condition, and displays a message at the bottom of the CP Screen. This message indicates that CPT procedure code 22615 has been deleted, and offers a choice of replacement CPT procedure codes: 22554 or 22820. At this point, the claim should be pended and referred to a supervisor, who can select the appropriate CPT procedure code.

Highly Confidential/Attorneys Eyes Only

TRZ 014949

CF CLINICALOGIC 6.0                                                    CLAIMS PROCESSING

**Adjudication with Procedure Rebundling Edit activated for surgical procedures – Screen 1**

```
CI: BP                  "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 900000188 00 MEMBER: 111222333 PAT: M    TOTAL: 0647500 RECD: 042295
DIAG: 574              AC1:         AC2:        ID/A:
  YR: 95 COB/AMT:       USF1:        USF2:       EXPL:
PAN1:              PAN2:        PAN3:
DT CUR ILL:      DT SIM ILL:     HOSP DTS:
  GEORGE WILLIAMS          01/01/50 M 1420 BOULEVARD EAST      CP
M GEORGE WILLIAMS          01/01/50 M
  CHOLELITHIASIS




  SVC DATES P  TOS PROC    D CHARGES CTR PAY  PROVIDER    ID/AMT    CD   A P
  0320 0320 I  SUR 47610     0400000       001001001
  0320 0320 I  SUR 47460     0247500       001001001




  MEMO:
  WINDOW ID:    WINDOW:
```

This screen shows a claim for a cholecystectomy with exploration of common duct (Code 47610), and a transduodenal sphincterotomy reconstruction (Code 47460) as originally submitted for payment by a patient diagnosed with cholelithiasis (gallstones).

Highly Confidential/Attorneys Eyes Only                              TRZ 014950

CLAIMS PROCESSING

CF CLINICALOGIC 6.0

**Adjudication with Procedure Rebundling Edit activated for surgical procedures - Screen 2**

```
CI: BP                "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 900000188 00 MEMBER: 111222333 PAT: M        TOTAL: 0647500 RECD: 042295
  EDIT PERFORMED GO TO N DISPLAY
   BASIC   MAJOR    DED     COP    DIS    EXPL
   INPATIENT SURGERY                      REMOVAL GALL BLADDER
      0.00 5775.00    0.00    0.00  700.00 P1 CHG IS > AMOUNT ALLOWED    5775.00
      0.00 5775.00    0.00    0.00  700.00    TOTAL                      5775.00




  SVC DATES P  TOS PROC    D CHARGES CTR  PAY  PROVIDER    ID/AMT    CD    A P
  0320 0320 I  SUR 47620   1 0647500           0010001001




  MEMO:
  WINDOW ID: Y  WINDOW:
  END OF DATA
```

The Y display shows that when ClinicaLogic adjudicates the claim, the Procedure Rebundling Edit automatically rebundles procedures 47610 and 47460 into a single, comprehensive code (47620 - cholecystectomy with transduodenal sphincterotomy) that is new to the claim, and disallows $700 of the total charge. The message - EDIT PERFORMED GO TO N DISPLAY - appears at the top of the display.

The amount of $700 is disallowed because the R & C limit for the new code (47620) is only $5,775. If this claim was adjudicated without the intervention of ClinicaLogic, the total charge ($6,475) would be allowed because procedures 47610 and 47460 *as separately billed* are within R & C limits.

Highly Confidential/Attorneys Eyes Only

TRZ 014951