# EXHIBIT 27

# (PART 6)

CF CLINICALOGIC 6.0                                                                                         CLAIMS PROCESSING

**Adjudication with Procedure Rebundling Edit activated for surgical procedures - Screen 3**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 900000188 00 MEMBER: 111222333 PAT: M       TOTAL: 0647500 RECD: 042295
WHEN PERFORMED ON THE SAME LESION OR SITE, THE PROCEDURES LISTED BELOW ARE
CONSIDERED PART OF A MORE COMPREHENSIVE PROCEDURE AND BILLED USING CODE
47620  . IF IN DOUBT, HAVE A PHYSICIAN REVIEW CLAIM.
   47610      47460




SVC DATES P  TOS PROC    D CHARGES CTR PAY  PROVIDER     ID/AMT     CD    A P
0320 0320 I  SUR 47620   1 0647500         001001001




MEMO:
WINDOW ID:    WINDOW:
END OF MESSAGES
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, contains the complete clinical explanation for the action taken by the Procedure Rebundling Edit.

Highly Confidential/Attorneys Eyes Only                                                        TRZ 014952

**Adjudication with Procedure Rebundling Edit activated for lab procedures - Screen 1**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 022349567 00 MEMBER: 111222333 PAT: M      TOTAL: 0008000 RECD: 041295
DIAG: 5849   5733   582   AC1:          AC2:            ID/A:
     YR: 95 COB/AMT:       USF1:        USF2:           EXPL:
PAN1:              PAN2:                PAN3:
DT CUR ILL:        DT SIM ILL:          HOSP DTS:
   GEORGE WILLIAMS          01/01/50 M 1420 BOULEVARD EAST       CP
M GEORGE WILLIAMS           01/01/50 M
   ACUTE RENAL FAILURE                  HEPATITIS
   ACUTE GLOMERULONEPHRITIS



SVC DATES  P  TOS PROC    D CHARGES CTR  PAY PROVIDER    ID/AMT    CD    A P
0402 0402  O  LAB 82040   1 0003500          201031041
0402 0402  O  LAB 82942   2 0002500          201031041
0402 0402  O  LAB 82250   3 0002000          201031041




MEMO:
WINDOW ID:    WINDOW:
```

This screen shows a claim for three laboratory tests: 1) albumin; serum (82040), 2) globulin, serum (82942) and 3) bilirubin (82250) as originally submitted for payment.

Highly Confidential/Attorneys Eyes Only                        TRZ 014953

**Adjudication with Procedure Rebundling Edit activated for lab procedures - Screen 2**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 022349567 00 MEMBER: 111222333 PAT: M    TOTAL: 0008000 RECD: 041295
EDIT PERFORMED GO TO N DISPLAY
 BASIC   MAJOR   DED    COP    DIS   EXPL
LABORATORY                          AUTOMATED MULTICHANNEL TEST;3 T
  0.00   80.00   0.00   0.00   0.00                                  80.00
  0.00   80.00   0.00   0.00   0.00   TOTAL                          80.00




SVC DATES  P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT   CD   A P
0402 0402  O  LAB 80003  1 0008000           201031041




MEMO:
WINDOW ID: Y  WINDOW:
END OF DATA
```

The Y display shows that when ClinicaLogic adjudicates the claim, the Procedure Rebundling Edit automatically rebundles the three tests into a single, comprehensive code (80003 - three clinical chemistry tests). The message - EDIT PERFORMED GO TO N DISPLAY - appears at the top of the Y display.

Highly Confidential/Attorneys Eyes Only                              TRZ 014954

**Adjudication with Procedure Rebundling Edit activated for lab procedures - Screen 3**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 022349567 00 MEMBER: 111222333 PAT: M      TOTAL: 0008000 RECD: 041295
WHEN PERFORMED AT THE SAME TIME, THE PROCEDURES LISTED BELOW ARE CONSIDERED
PART OF A MORE COMPREHENSIVE PROCEDURE AND BILLED USING CODE 80003 .
IF IN DOUBT, HAVE A PHYSICIAN REVIEW CLAIM.
    82040       82942      82250




SVC DATES P  TOS PROC    D CHARGES CTR  PAY  PROVIDER     ID/AMT     CD    A P
0402 0402 O  LAB 80003   1 0008000           201031041




MEMO:
WINDOW ID:   WINDOW:
END OF MESSAGES
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, contains the complete clinical explanation for the action taken by the Procedure Rebundling Edit. *See Appendix C for more information on multichannel rebundling logic.*

Highly Confidential/Attorneys Eyes Only                              TRZ 014955

**Adjudication with Same Day Procedure Edit - Screen 1**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 920000187 00 MEMBER: 111222333 PAT: M      TOTAL: 0040000 RECD: 042495
  EDIT PERFORMED GO TO N DISPLAY
   BASIC   MAJOR    DED     COP     DIS    EXPL
  OUTPATIENT SURGERY                SIGMOIDOSCOPY
    0.00   300.00   0.00    0.00   0.00                                300.00
  MEDICINE PROCEDURES               OFFICE SERV, ESTAB.PT; LIMITED
    0.00     0.00   0.00    0.00 100.00    U24SAME DAY PROCEDURE EDIT    0.00
    0.00   300.00   0.00    0.00 100.00       TOTAL                    300.00




  SVC DATES  P  TOS PROC   D CHARGES CTR  PAY  PROVIDER   ID/AMT    CD   A P
  0321 0321  O  SUR 45330  1 0030000            001001001
  0321 0321  O  MED 99214  1 0010000            001001001




  MEMO:
  WINDOW ID: Y  WINDOW:
  END OF DATA
```

The Y display shows that when ClinicaLogic adjudicates a claim for a sigmoidoscopy (Code 45330) and an office medical service for an established patient (Code 99214), the Same Day Procedure Edit disallows the charge for procedure 99214. A corresponding disallow message displays to alert you that procedure 99214 is a same day procedure. The message - EDIT PERFORMED GO TO N DISPLAY - appears at the top of the display.

Highly Confidential/Attorneys Eyes Only                              TRZ 014956

**Adjudication with Procedure Information Edit - Screen 2**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 028492758 00 MEMBER: 111222333 PAT: M      TOTAL: 0010000 RECD: 042595
INFO: REQUEST PRIOR TREATMENT HISTORY FOR PROCEDURE 90999 .
REVIEW: THIS CLAIM SHOULD BE REVIEWED BY A NURSE FOR PROCEDURE 90999 .
ISSUE: 90999   - REVIEW NATURE AND SCOPE OF THIS PROCEDURE FOR PROPER CODING.




SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT    CD   A P
0419 0419 O  MED 90999    0010000           001001001




MEMO:
WINDOW ID:     WINDOW:
END OF MESSAGES
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, shows the complete clinical explanation for the Procedure Information Edit on this claim. In this case, the display reveals that procedure 90999 is unlisted and should be reviewed for proper coding.

Highly Confidential/Attorneys Eyes Only                              TRZ 014963

## CLAIMS INQUIRY ON EDITED CLAIMS

| | |
|---|---|
| **Introduction** | To record how ClinicaLogic affected a claim, the Claims Inquiry Detail (CQC) Screen features four fields that capture ClinicaLogic indicators. Furthermore, the ClinicaLogic Claim Inquiry (CQN) Screen provides a more detailed picture of how a claim was edited. |
| **The Enhanced CQ Detail Screen** | The **CE ST** Field, at the claim-level of the CQ Detail Screen, and the **CE IND**, **PTR** and **FORMAT CD** Fields, at the line-item level of the detail screen, store codes that define the results of clinical editing on a claim. |
| **CE ST FIELD** | The CE ST Field holds the Clinical Edits Status Code that represents the type of editing performed on the claim. The 17 different codes that can appear in this field are divided into five categories: |

1. **Warning and disallow messages on edited claims:**

    01 = A disallow message displayed.
    02 = A warning message displayed.
    03 = Both disallow and warning messages displayed.

2. **Format changes on edited claims:**

    10 = A line item format change occurred, and the claim was readjudicated *without* generating warning or disallow messages.

    11 = A line item format change occurred, the claim was readjudicated, and a disallow message generated on either the altered line item or another line item.

    12 = A line item format change occurred, the claim was readjudicated, and a warning message generated on either the altered line item or another line item.

    13 = A line item format change occurred, the claim was readjudicated, and both warning and disallow messages generated on either the altered line item or another line item.

3. **Rule switches on edited claims:**

    20 = A rule switch was applied and the claim was readjudicated *without* generating warning or disallow messages.

Highly Confidential/Attorneys Eyes Only                              TRZ 014964

   21 = A rule switch was applied, the claim was readjudicated and a disallow message generated on either the line item that used the new rule or another line item.

   22 = A rule switch was applied, the claim was readjudicated and a warning message generated on either the line item that used the new rule or another line item.

   23 = A rule switch was applied, the claim was readjudicated and both warning and disallow messages generated on either the line item that used the new rule or another line item.

**4. Rule switches and format changes on edited claims:**

   30 = A rule switch was applied on a line item, and either this line item or another line item had its format changed. The claim was then readjudicated without generating warning or disallow messages.

   31 = A rule switch was applied on a line item, and either this line item or another line item had its format changed. The claim was then readjudicated and a disallow message generated on one or more of the line items on the claim.

   32 = A rule switch was applied on a line item, and either this line item or another line item had its format changed. The claim was then readjudicated and a warning message generated on one or more of the line items on the claim.

   33 = A rule switch was applied on a line item, and either this line item or another line item had its format changed. The claim was then readjudicated and both warning and disallow messages generated on one or more of the line items on the claim.

**5. Combined charges on edited claims:**

   41 = The charges on one or more line items on the claim have been combined with the charges for the listed procedure.

   43 = The charges on one or more line items on the claim have been combined and a warning message generated on one or more of the line items.

> **NOTE:** 00 in the CE ST Field indicates that ClinicaLogic *did not* take any action on the claim.

Highly Confidential/Attorneys Eyes Only                                  TRZ 014965

If the **CE ST** Field indicates that the format of a line item changed (i.e., was recoded or rebundled), you may look at the **FORMAT CD** Field (discussed below) on the CQ Detail Screen to see which of the four format change edits altered the line item. You may also access the ClinicaLogic Claim Inquiry (CQN) Screen to see more details on how the line item was reformatted.

**CE IND FIELD**    The **CE IND** Field indicates the type of action taken on an edited line item. The first byte of this field displays one of the following codes:

blank = No warning, disallow, or rule switch occurred on the line item.
D     = The line item charge was disallowed.
W     = A warning message generated on the line item.
R     = A rule switch was applied on the line item.
C     = Charges were combined into the listed procedure.

The remaining two bytes hold a two-digit code which represents the *reason* why the action was taken on a line item:

**Code   Reason**

C    One of the following line numbers on the Type E WM Screen:

 02 = SUBSET 1 PROCEDURE (COMBINED CHARGES)

 03 = SUBSET 2 PROCEDURE (COMBINED CHARGES)

D    The last two positions of one of the following codes in the EX File:

 U01 = CLINICAL EDIT RECORD NOT FOUND

 U02 = SUBSET 1 PROCEDURE EDIT

 U03 = SUBSET 2 PROCEDURE EDIT

 U04 = SECONDARY PROCEDURE EDIT

 U05 = PROCEDURE NOT VALID FOR SEX

 U06 - U12 are not currently used.

 U13 = POSSIBLE COSMETIC PROCEDURE

 U14 = PLACE OF SERVICE INCONSISTENT WITH PROC

 U15 = ASSISTANT SURGEON DISALLOW

*Continued...*

Highly Confidential/Attorneys Eyes Only                                              TRZ 014966

| Code | Reason |
|---|---|
| D | U16 - U21 are not currently used.<br>U22 = FOLLOW-UP PROCEDURE EDIT<br>U23 = OVERLAPPING/REDUNDANT PROCEDURE<br>U24 = SAME DAY PROCEDURE EDIT<br>U25 = INVALID PROCEDURE<br>U26 - U27 are not currently used.<br>UD1 = ANESTHESIA NOT APPLICABLE |
| R | The line number on the Type E WM Screen:<br>04 = PROCEDURE IS SECONDARY |
| W | One of the following line numbers on the Type E WM Screen:<br>01 = EDIT RECORD NOT FOUND<br>02 = SUBSET 1 PROCEDURE<br>03 = SUBSET 2 PROCEDURE<br>04 = PROCEDURE IS SECONDARY<br>05 = PROC NOT VALID FOR SEX<br>06 = DIAG NOT VALID FOR SEX<br>07 = PROC NOT VALID FOR AGE - NORM<br>08 = DIAG NOT VALID FOR AGE - NORM<br>09 = PROC NOT VALID FOR AGE - EXT<br>10 = DIAG NOT VALID FOR AGE - EXT<br>11 = PROCEDURE OUTDATED<br>12 = PROCEDURE EXPERIMENTAL<br>13 = PROCEDURE COSMETIC<br>14 = POS/PROCEDURE CONFLICT EXISTS<br>15 = NO ASST SURG FOR PROCEDURE |

*Continued...*

Highly Confidential/Attorneys Eyes Only                                         TRZ 014967

|  | Code | Reason |
|---|---|---|
| W | 16 = | PROC HAS CASE MGMT POTENTIAL |
|  | 17 = | DIAG HAS CASE MGMT POTENTIAL |
|  | 18 = | PROC NOT VALID FOR DIAGNOSIS |
|  | 19 = | CHECK FOR ADDL INFORMATION |
|  | 20 = | TECHNICAL REVIEW IS REQUIRED |
|  | 21 = | SPECIFIC ISSUES MAY EXIST |
|  | 22 = | FOLLOW-UP CARE |
|  | 23 = | OVERLAPPING REDUNDANT PROCEDURES |
|  | 24 = | SAME DAY PROCEDURE |
|  | 25 = | INVALID PROCEDURE |
|  | 26 = | ANES TIME OUTSIDE NORM RANGE |
|  | 27 = | ANES TIME OUTSIDE EXT RANGE |

**PTR FIELD**

The **PTR** Field holds a number from **1** to **6** that points to the line on the claim that caused ClaimFacts ClinicaLogic to disallow a line item. For example, if the listed procedure appears on line item 1 of a claim, and line item 2 was disallowed because it was a subset of the procedure on line item 1, **1** appears in the **PTR** Field for line item 2 on the CQ Detail Screen.

The **PTR** Field displays **C** when the procedure that caused a line item to disallow appears on another claim segment. The **PTR** Field displays **H** (for history) when the procedure that caused a line item to disallow appears on a previously paid claim with a different Claim ID.

Highly Confidential/Attorneys Eyes Only                                                                 TRZ 014968

**FORMAT CD FIELD**   The **FORMAT CD** Field indicates which of the four format change edits - Procedure Rebundling, Single Billing, Deleted Code or Unilateral to Bilateral - took action on a claim line item. Any one of the following four codes may display in this field:

R = the Procedure Rebundling Edit condensed another line item(s) into this line item.

S = the Single Billing Edit took an action on this line item.

D = the Deleted Code Edit *automatically* changed a CPT/HCPCS procedure code on this line item.

B = the Unilateral to Bilateral Edit combined unilateral procedure codes on the claim into a single bilateral code on this line item.

> NOTE: The code that indicates which of the four format change edits took action on a line item is also stored in the **CL-H-CE-FORMAT-CD** Field on the Claim Record.

Highly Confidential/Attorneys Eyes Only                               TRZ 014969

CF CLINICALOGIC 6.0                                                                                           CQ

**Sample Display CQ Detail Screen for claim edited by ClinicaLogic**

CE ST FIELD ⇒

```
CI: BP                          CLAIM INQUIRY - DETAIL SCREEN
CLAIM-ID: 954000000-00  CL-ST: 02  ME/PA: 013013013 D ELLEN    YR: 1995
RECD: 031095  I/P: 031095  PAID: 042695  LAST ACT: 042095  NXT REV:
PRE SEG: 00 OP/ENT: JACCI      OP/PND:           SITE: CP DEPT:
NXT SEG:    OP/ACC: JACCI      OP/REL:           CE ST: 13   LOC:
PY ST:        ACD DT:          ACD T/AMT:   0.00      ME-TYPE:
USF1:          USF2:                             PA AGE/SEX: 29 F
GR OPT:   GR ID:
PC-ID: CP PPP: 1 EE: A  PLAN: CLINIB  ELIG COV: AC  PD COV: PP ALT COV IND: P
PFXS-:  BC: CLINIB  AI: 0001  MS: BREN  PL: 0001  DE: 0001  PO: GUAR  EA: BREN
CL-OVRD CD/IND:          PO CAT: GUARDIAN     SUB ID:          CE PFX: AN

 COB CD:      DISALLW:    0.00   ---ACTION-ID  # DATE--  FA ID: 013013013
 OC-ALLW:  0.00 OOP:      0.00   1:                      ACCUM SFX: CLINIB
 OC-PAID:  0.00 ACC:      0.00   2:
 NET-SAV:  0.00 APP:      0.00      DRAG DT:

TOT CHRG: 14040.00    DIAG: 250
PCP ID:               ADM PR:            PRE-DAYS:  0 PRE-DATE:
PAN1:                 UB-92:                  PROC:          DIS ST:
PAN2:                 CALC IND:  DRG CD:      PAC ID:        TYP:
PAN3:                 REF ID:                 REF PR:        AUD CD:
 WINDOW ID: C WINDOW: 954000000000
 HIT PF6 TO SCROLL FORWARD
```

The **CE ST** Field displays **13**, which indicates that ClinicaLogic changed the format of a line item, readjudicated the claim and issued warning and disallow messages on line items.

Highly Confidential/Attorneys Eyes Only                                              TRZ 014970

**Sample display: CQ Detail Screen** *(Continued)*

```
CI: BP                           CLAIM INQUIRY - DETAIL SCREEN
CLAIM-ID: 954000000-00  CL-ST: 02  ME/PA: 013013013 D ELLEN
LINE-ITEM  1:  FR: 0310 TO: 0310   CE IND: W 27 PTR:    BASIC   CTR   MAJOR   CTR
TOS: ANS RULE: 001 POS:       CHRGS:  5000.00 ALLOW:    0.00   0    100.00   1
RM TYP:    IP: CL 37140       CTR-I:    0      DEDUCT:  0.00         0.00
REV CD:                       DISAL:  4900.00 COPAY:    0.00         0.00
DIAG: 250   REL-DIAG: 250     COB-ADJ:  0.00  PAID:     0.00       100.00
PR: 001001001   SMITH         PR TYPE:    CE FORMAT CD:
EX: CHG IS > AMOUNT ALLOWED           PAY:    OVRD CD/IND/ALT:

LINE-ITEM  2:  FR: 0310 TO: 0310   CE IND: D 02 PTR: 1 BASIC   CTR   MAJOR   CTR
TOS: ANS RULE: 001 POS:       CHRGS:    40.00 ALLOW:    0.00   0      0.00   0
RM TYP:    IP: CL 31231       CTR-I:    0      DEDUCT:  0.00         0.00
REV CD:                       DISAL:    40.00 COPAY:    0.00         0.00
DIAG: 250   REL-DIAG: 250     COB-ADJ:  0.00  PAID:     0.00         0.00
PR: 001001001   SMITH         PR TYPE:    CE FORMAT CD:
EX: SUBSET 1 DISALLOW                 PAY:    OVRD CD/IND/ALT:




WINDOW ID:   WINDOW:
HIT PF6 TO SCROLL FORWARD, PF5 TO SCROLL BACKWARD
```

CE IND FIELD ⇒

The **CE IND** Field for line item 1 indicates that ClinicaLogic issued warning message #27, which indicates that the anesthesia time billed for procedure 37140 (venous anastomosis; portocaval) is beyond the *extreme* time frame defined for the procedure.

The **CE IND** Field for line item 2 indicates that ClinicaLogic disallowed the charge and issued disallow message #02, which indicates that the anesthesia service for procedure 31231 (nasal endoscopy) is a subset service.

The **PTR** Field for line item 2 displays 1, indicating that the *first* line item caused ClinicaLogic to disallow the second line item.

Highly Confidential/Attorneys Eyes Only                                          TRZ 014971

**Sample display: CQ Detail Screen** *(Continued)*

CE FORMAT CD ⇒

```
CI: BP                      CLAIM INQUIRY - DETAIL SCREEN
CLAIM-ID: 954000000-00   CL-ST: 02   ME/PA: 013013013 D ELLEN
LINE-ITEM  3:   FR: 0310 TO: 0310   CE IND:    PTR:   BASIC  CTR   MAJOR  CTR
TOS:  SUR RULE: 001  POS: I     CHRGS:  9000.00 ALLOW:   0.00   0   5000.00   1
RM TYP:    IP: CL 47620          CTR-I:   0    DEDUCT:   0.00        0.00
REV CD:                          DISAL:  4000.00 COPAY:   0.00      1000.00
DIAG: 250    REL-DIAG: 250      COB-ADJ:   0.00 PAID:    0.00      4000.00
PR: 001001001      SMITH        PR TYPE:     CE FORMAT CD: R
EX: CHG IS > AMOUNT ALLOWED          PAY:    OVRD CD/IND/ALT:

TOTALS: CHARGES  B-ALLOW  M-ALLOW  DISALLOW  DEDUCTED   COPAY   COB-ADJ   PAID
        14040.00   0.00   5100.00   8940.00     0.00   1000.00    0.00   4100.00




WINDOW ID:    WINDOW:
END OF DATA FOR ID ENTERED
```

The **CE IND** Field for line item 3 is blank, which indicates that no warning, disallow or rule change occurred on this line item. The **CE FORMAT CD** Field, however, displays **R**, which indicates that the Procedure Rebundling Edit condensed another line item into this line item. To see this line item format change, you must access the CQN Screen for the claim. Sample CQN displays appear in subsequent pages of this manual.

Highly Confidential/Attorneys Eyes Only                              TRZ 014972

| | |
|---|---|
| **The ClinicaLogic Claim Inquiry Screen** | The ClinicaLogic Claim Inquiry (CQN) Screen provides a before and after picture of how ClaimFacts ClinicaLogic changed the format of line items. It shows the line item data that were originally entered, the corrections suggested by ClinicaLogic and the corrected line item(s). The screen also displays selected line item data for all ClaimFacts medical claims regardless of whether they were edited by ClinicaLogic. |
| | You should access the CQN Screen when you want to look at the original line items on a claim that were automatically corrected by the Deleted Code Edit, the Single Billing Edit, the Unilateral to Bilateral Edit or the Procedure Rebundling Edit. The CQN Screen is also useful for seeing which clinical edits were overridden on a particular claim and for looking at line items that were disallowed by ClinicaLogic. |
| SCREEN DESIGN | The CQN Screen is divided into two main sections: **CLINICALOGIC FORMAT EDITS** and **RESULTS AFTER EDITS**. The first section holds line item data as they were originally entered as well as the corrections suggested by ClinicaLogic. It also indicates whether the Deleted Code Edit, Single Billing Edit, Unilateral to Bilateral Edit, Procedure Rebundling Edit or some combination of these edits acted on the line item data. Line items that pass through ClaimFacts ClinicaLogic without format changes also appear in this section. The second section holds the benefits that were paid for each line item. |
| HOW TO ACCESS THE CQN SCREEN | To access the ClinicaLogic Claim Inquiry Screen from the Claims Inquiry Detail Screen or the Claims Inquiry Reference Screen, enter *N* in the **WINDOW ID** Field, enter the 11-character Claim ID in the **WINDOW** Field and press ENTER. |
| | To access the ClinicaLogic Claim Inquiry Screen from any other ClaimFacts Screen, type *CQN* and the 11-character Claim ID in the **WINDOW** Field and press PF10. |

Highly Confidential/Attorneys Eyes Only                          TRZ 014973

**Sample display CQN Screen**

```
CI: BP                          CLAIM INQUIRY - CLINICALOGIC
CLAIM ID: 954000000 00 CL-ST: 02 ME/PA ID: 013013013 D ELLEN   LAST ACT: 042095
 ME-NAME: ROBERT PRESCOTT                  PLAN: CLINIB CC: PP  RECD DATE: 031095
 ME-DEPT:        LOC:        OPER: BRENDA    PA-AGE: 29   PAID DATE: 042695
    YEAR: 1995 ME-TYPE:      USER FLD:       PA-SEX: F    GR ID:
  MEMO:
                      * CLINICALOGIC FORMAT EDITS *
PROVIDER   SVC DATES TOS-P IP-ID   S-IPID  AN-IPID RB-LN# CHARGES  B D R S
SMITH      0310-0310 ANS-  37140                    00    5000.00  N N N N
SMITH      0310-0310 ANS-  31231           00770    00      40.00  N N N N
SMITH      0310-0310 SUR-I 47610   47620            03    5000.00  N N Y N
SMITH      0310-0310 SUR-I 47460   47620            03    4000.00  N N Y N
                      * RESULTS AFTER EDITS *
PROVIDER   SVC DATES TOS-P LN  CHARGES  ALLOWED  CD DEDUCT  COPAY   BENEFIT
SMITH      0310-0310 ANS-       5000.00  100.00  P1  0.00    0.00    100.00
SMITH      0310-0310 ANS-   1     40.00    0.00  U02 0.00    0.00      0.00
SMITH      0310-0310 SUR-I     9000.00  5000.00  P1  0.00  1000.00  4000.00
           CLAIM TOTALS:       14040.00 5100.00      0.00  1000.00  4100.00
    OTHER CARRIER ALLOWED/PAID:    0.00    0.00        COB-ADJ:      0.00
                                                       OTH-ADJ:      0.00
DISBURSEMENT PAYEES          AMOUNTS  PD-DT  STATUS   PREV-PD:     100.00
ROBERT PRESCOTT              4000.00         PRINTED
 WINDOW ID: N WINDOW: 954000000000
 HIT PF6 TO SCROLL FORWARD
```

```
CI: BP                          CLAIM INQUIRY - CLINICALOGIC
CLAIM ID: 954000000 00 CL-ST: 02 ME/PA ID: 013013013 D ELLEN   LAST ACT: 042095
 ME-NAME: ROBERT PRESCOTT                  PLAN: CLINIB CC: PP  RECD DATE: 031095
 ME-DEPT:        LOC:        OPER: BRENDA    PA-AGE: 29   PAID DATE: 042695
    YEAR: 1995 ME-TYPE:      USER FLD:       PA-SEX: F    GR ID:
  MEMO:
           CLAIM TOTALS:       14040.00 5100.00      0.00  1000.00  4100.00
    OTHER CARRIER ALLOWED/PAID:    0.00    0.00        COB-ADJ:      0.00
                                                       OTH-ADJ:      0.00
DISBURSEMENT PAYEES          AMOUNTS  PD-DT  STATUS   PREV-PD:     100.00
ROBERT PRESCOTT              4000.00         PRINTED




 WINDOW ID: N WINDOW:
 END OF DATA FOR ID ENTERED
```

Highly Confidential/Attorneys Eyes Only                                  TRZ 014974

On the first line item in the **CLINICALOGIC FORMAT EDITS** section on the ClinicaLogic Claim Inquiry Screen, the **AN-IPID** Field displays the code **00770**, which is the ASA code that is equivalent to CPT procedure code 37140, which was originally entered on the line item. ClinicaLogic uses the ASA code to access the anesthesia criteria on the corresponding AN Record.

The **CLINICALOGIC FORMAT EDITS** section on the sample CQN display also shows that four line items were originally entered on the CP Screen. Y displays in the **R** Field for the last two line items to indicate that these lines were rebundled. The **S-IPID** Field holds CPT procedure code 47620 into which the procedures 47610 and 47460 on the last two line items were rebundled.

The **RESULTS AFTER EDITS** section shows that only the first and the third (rebundled line) line items were finally allowed by ClaimFacts ClinicaLogic. The second line item was disallowed with a U02 explanation message, which indicates that the anesthesia service coded on the claim as 31231, nasal endoscopy, is a subset of the anesthesia service coded as 37140, venous anastomosis, portocaval.

| FIELD EXPLANATIONS | | |
|---|---|---|
| | **CLAIM ID:** | The 11-character Claim ID. |
| | **CL-ST:** | The claim status code: |

01 = Accepted, awaiting batch
02 = Accepted, and batch has run
10 = Logged claim, awaiting processing
11 = Pended, awaiting batch
12 = Pended, and batch has run
15 = Pended, because of error
16 = Pended, entered through batch
91 = Adjusted
99 = Closed out

| | | |
|---|---|---|
| | **ME/PA ID:** | The Member ID, patient relationship code and patient name. |
| | **LAST ACT:** | The date of the most recent action on the claim. |
| | **ME-NAME:** | The member's full name. |
| | **PLAN:** | The Plan ID. |
| | **CC:** | The coverage code. |
| | **RECD DATE:** | The date that the claim was received. |

Highly Confidential/Attorneys Eyes Only                              TRZ 014975

| | |
|---|---|
| **ME-DEPT:** | The member's department code. |
| **LOC:** | The member's location code. |
| **OPER:** | The User ID of the operator who processed the claim. |
| **PA-AGE:** | The patient's age. |
| **PAID DATE:** | The paid date of the claim. |
| **YEAR:** | The year in which the services were rendered. |
| **ME-TYPE:** | The member's type code. |
| **USER FLD:** | The user-defined data entered in the USF1 Field on the CP Screen. |
| **PA-SEX:** | The patient's sex. |
| **GR-ID:** | The Group ID associated with the claim. |
| **MEMO:** | Any memo entered on the CP Screen. |

### CLINICALOGIC FORMAT EDITS

| | |
|---|---|
| **PROVIDER:** | The Provider ID. |
| **SVC DATES:** | The FROM and TO service dates. |
| **TOS-P:** | The type of service and place of service codes. |
| **IP-ID:** | The CPT/HCPCS code for the procedure as reported by the provider and entered by the processor. |
| **S-IPID:** | The CPT/HCPCS procedure code that the system has used to replace the code in the **IP-ID** Field when either the Deleted Code Edit, Single Billing Edit, Unilateral to Bilateral Edit or Procedure Rebundling Edit took action on the line item. The **S-IPID** contains the code used for final adjudication of the line item. |
| **AN-IPID** | The ASA code which is equivalent to the CPT/HCPCS procedure code entered on the line item. ClinicaLogic uses the ASA code to access the anesthesia criteria on the corresponding AN Record. |

Highly Confidential/Attorneys Eyes Only                          TRZ 014976