# EXHIBIT 27

# (PART 7)

CQ                                                                CF CLINICALOGIC 6.0

**RB-LN #:**    The number of the line item in the **RESULTS AFTER EDITS** section into which a line item(s) in the **CLINICALOGIC FORMAT EDITS** section was condensed.

**CHARGES:**    The total charges for the line item as billed by the provider.

**B, D, R, S:**    B  =  Unilateral to Bilateral Edit
                    D  =  Deleted Code Edit
                    R  =  Procedure Rebundling Edit
                    S  =  Single Billing Edit

        A Y (for yes) in any one of these fields indicates that the particular edit took action on the line item.

        An N (for no) in any one of these fields indicates that the particular edit *did not* take action on the line item.

## RESULTS AFTER EDITS

**PROVIDER:**    The Provider ID.

**SVC DATES:**    The FROM and TO service dates.

**TOS-P:**    The type of service and place of service codes.

**LN:**    The line number on the claim that caused ClinicaLogic to disallow this line item.

**CHARGES:**    The total charges for the line item as billed by the provider.

**ALLOWED:**    The allowed amount for the service.

**CD:**    The disallow code for the line item. This code may be one of the disallow codes issued by ClinicaLogic or a standard ClaimFacts disallow code.

        *For a list of disallow codes issued by ClinicaLogic, see the codes associated with code D in the previous discussion of the CE IND Field in this section.*

**DEDUCT:**    The deductible taken for the service.

**COPAY:**    The amount of copay for the service.

**BENEFIT:**    The total benefit paid for the service.

Highly Confidential/Attorneys Eyes Only                                    TRZ 014977

CF CLINICALOGIC 6.0                                                                    CQ

| | |
|---|---|
| **OTHER CARRIER ALLOWED /PAID:** | The amount paid by the other carrier. |
| **COB-ADJ:** | The amount of the COB adjustment. |
| **OTH-ADJ:** | The amount (plus or minus) by which the system adjusted the check (e.g., for provider discounts). |
| **DISBURSE-MENT PAYEES:** | The assigned payees for the benefit. |
| **AMOUNTS:** | The payment amounts for each segment associated with this claim. |
| **PD-DT:** | The date that the check was issued. |
| **STATUS:** | The check status of each check segment. |
| **PREV-PD:** | For adjusted claims only:  the amount previously paid for line items associated with this check. |
| **SEG-PD:** | The total payment amount for all check segments associated with this claim. |

Highly Confidential/Attorneys Eyes Only                                          TRZ 014978

Highly Confidential/Attorneys Eyes Only

TRZ 014979

## INTRODUCTION TO REPORTS

**What does this section include?**

The reports package included in ClinicaLogic is modeled after the ClaimFacts reports package in order to extract information from the Claim File. The REPORTS section of this manual provides a description of each ClinicaLogic report. A sample report record setup is also provided, followed by a sample report with an explanation of its fields. *Detailed information about the RP and RS Records appears in the ClaimFacts Reports Manual.*

**Contents**

The following reports are discussed in this section:

Clinical Edits Administration Maintenance Report ........................................................ 3
Clinical Edits Maintenance Register ........................................................................... 5
Anesthesia Edits Maintenance Register ...................................................................... 9
Audit Register Report ............................................................................................... 13
Clinical Edits File Listing ......................................................................................... 21
Anesthesia Edits File Listing .................................................................................... 23
Clinical Edits Rules File Listing ............................................................................... 25
Clinicalogic Savings Report...................................................................................... 27
Provider Activity Report........................................................................................... 37

Highly Confidential/Attorneys Eyes Only                                        TRZ 014980

## REPORTS INDEX

Anesthesia Edits File Listing
    how to generate..................................23
    introduction......................................23
    sample RP and RS Records ...............24
    valid selects .....................................23
Anesthesia Edits Maintenance Register
    field descriptions ............................11
    how to generate....................................9
    introduction........................................9
    sample report ...................................10
    sample RP setup ..................................9
Audit Register Report
    field descriptions .............................17
    how to generate...................................13
    introduction.......................................13
    sample................................................15
    sample RP setup ................................14
    valid sorts ........................................13
Clinical Edits Administration Report
    how to generate....................................3
    introduction........................................3
    sample RP setup ..................................3
Clinical Edits File Listing
    how to generate...................................21
    introduction.......................................21
    sample RP and RS Records ...............22
    valid selects .....................................21
Clinical Edits Maintenance Register
    field descriptions ..............................7
    how to generate....................................5
    introduction........................................5
    sample report .....................................6
    sample RP setup ..................................5
Clinical Edits Rules File Listing
    how to generate...................................25
    introduction.......................................25
    sample RP setup .................................25
ClinicaLogic Savings Report
    field descriptions .............................32
    how to generate...................................27
    introduction.......................................27
    sample................................................30
    sample RP setup ................................29
    sample RS setup.................................29
    valid selects .....................................27
Provider Activity Report
    field descriptions .............................41
    how to generate...................................37
    introduction.......................................37
    sample................................................40
    valid selects .....................................37
    valid sorts ........................................37

Highly Confidential/Attorneys Eyes Only                    TRZ 014981

# CLINICAL EDITS ADMINISTRATION MAINTENANCE REPORT

| | |
|---|---|
| **Introduction** | The Clinical Edits Administration Maintenance (5EA) Report records the details of maintenance transactions (using the Add, Change or Delete function) on the Clinical Edits Administrative Rules (EA) Record.  For example, if you change an EA Record to activate the Deleted Code Edit for surgical procedures, Report 5EA records the change.

To generate Report 5EA, you must add a Report Parameter (RP) Record for Type *5EA* with a Module Name of *C5XD5EA0*. |
| **Sample RP setup** | |

```
CI: ZP GROUP:                   REPORT PARAMETER FILE


 FUNCTION: A   TYPE: 5EA ENTRY SITE/REQUEST: ** VERSION: 00

     SORT PARAMETERS: FUNC KEY  DATE TIME
     TITLE OVERRIDE:

     FORM OUTPUT NAME: ADMIN001      REPORT SITE: 01
          MODULE NAME: C5XD5EA0          OPTIONS:
                              SUPPRESS PRINT:


   TOTAL BREAK LEVEL: 0
   PAGE BREAK LEVEL: 0


                       MNEM  COND  VALUE
    SELECTION CRITERIA:
          WILD CHAR:




 WINDOW ID:  WINDOW:
 CHECK DATA - HIT PF1 TO UPDATE
```

Highly Confidential/Attorneys Eyes Only                                    TRZ 014982

5EA

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014983

CF CLINICALOGIC 6.0                                                                5CE

## CLINICAL EDITS MAINTENANCE REGISTER

| **Introduction** | The Clinical Edits Maintenance Register Report (5CE) records the details of all maintenance transactions (using the Add, Change or Delete function) on a ClaimFacts Clinical Edits Maintenance (CE) Record. For example, if you change a CE Record to modify the clinical rules for a surgical, medical, laboratory, or radiology procedure, Report 5CE records the change. |
|---|---|

> **NOTE:** Since Erisco provides you with updated CE Records as clinical criteria change, copies of Report 5CE should be retained for record keeping purposes.

To generate Report 5CE, you must add a Report Parameter (RP) Record for Type *5CE* with a Module Name of *C5XD5CE0*.

**Sample RP setup**

```
CI: ZP GROUP:              REPORT PARAMETER FILE

  FUNCTION: A   TYPE: 5CE ENTRY SITE/REQUEST: ** VERSION: 00

      SORT PARAMETERS: FUNC KEY  DATE TIME
      TITLE OVERRIDE:

      FORM OUTPUT NAME: CEMNT001     REPORT SITE: 01
          MODULE NAME: C5XD5CE0         OPTIONS:
                              SUPPRESS PRINT:

      TOTAL BREAK LEVEL: 0
       PAGE BREAK LEVEL: 0

                         MNEM  COND  VALUE
      SELECTION CRITERIA:
          WILD CHAR:




  WINDOW ID:   WINDOW:
  CHECK DATA - HIT PF1 TO UPDATE
```

The entries on the RP Record shown above will produce a report like the one pictured on the next page.

Highly Confidential/Attorneys Eyes Only
                                                                    TRZ 014984

5CE                                                                 CF CLINICALOGIC 6.0

## Report Format:    Clinical Edits Maintenance Register
### Type:   5CE

```
CLAIMFACTS                                                                          PAGE NO.:        1
REPORT: 5CH-AA-00                    CLINICAL EDITS MAINTENANCE REGISTER             RUN DATE: 01/18/91

   OPERATOR    TERM      TIME OF   TRANS     RECORD              RECORD
      ID        ID   DATE  DAY    TYPE      TYPE                KEY         DESCRIPTION
BOB          F067  01/18 12.08.58 CHANGE   CFERRCH0     99 CE 21800    0   TREATMENT OF RIB FRACTURE
             FIELD NAMES                      OLD DATA                     NEW DATA

             CE DESCRIPTION PART1           TREATMENT OF RIB FRACTURE      TREATMENT OF RIB FRACTURE-CLOSED, UNCOM
             CE DESCRIPTION PART2                                         LICAZED,EACH RIB
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BOB          F067  01/18 12.07.37 CHANGE   CFERRCH0     99 CE 59430    0   CARE AFTER DELIVERY
             FIELD NAMES                      OLD DATA                     NEW DATA

             CE DESCRIPTION PART1           CARE AFTER DELIVERY            CARE AFTER DELIVERY-(SEPARATE PROCEDURE)
             CE DESCRIPTION PART2
```

**Descriptions of the fields on Report 5CE can be referenced on the following pages by their field numbers:**

(1)  OPERATOR ID          (5)  TRANS TYPE          (9)  FIELD NAMES
(2)  TERM ID              (6)  RECORD TYPE         (10) OLD DATA
(3)  DATE                 (7)  RECORD KEY          (11) NEW DATA
(4)  TIME OF DAY          (8)  DESCRIPTION

Highly Confidential/Attorneys Eyes Only                              TRZ 014985

**Field Descriptions:     Clinical Edits Maintenance Register**

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) OPERATOR ID | The user's User ID. |
| (2) TERM ID | The Terminal ID of the terminal that was used for the attempted transaction. |
| (3) DATE | The date of the transaction in MMDD format. |
| (4) TIME OF DAY | The time of the transaction. |
| (5) TRANS TYPE | The type of transaction made on the CE Record (add, change or delete). |
| (6) RECORD TYPE | The eight-character module name for the file in which a transaction was made. |
| (7) RECORD KEY | The key to the CE Record on which the transaction was made. |
| (8) DESCRIPTION | Any added, changed or deleted data. |
| (9) FIELD NAMES | The name(s) of the field(s) on the CE Record where data were added, changed or deleted. |
| (10) OLD DATA | The data as they appeared on the CE record *before* it was changed. |
| (11) NEW DATA | The data that were added to the CE Record. |

Highly Confidential/Attorneys Eyes Only

TRZ 014986

5CE

CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only

TRZ 014987

CF CLINICALOGIC 6.0                                                          5AN

## ANESTHESIA EDITS MAINTENANCE REGISTER

**Introduction**

The Anesthesia Edits Maintenance Register Report (5AN) records the details of all maintenance transactions (using the Add, Change or Delete function) on a ClaimFacts Anesthesia Procedure Maintenance (AN) Record. For example, if you change an AN Record to modify the clinical rules for an anesthesia service, Report 5AN records the change.

> **NOTE:** Since Erisco periodically provides you with updated AN Records as clinical criteria change, copies of Report 5AN should be retained for record keeping purposes.

To generate Report 5AN, you must add a Report Parameter (RP) Record for Type *5AN* with a Module Name of *C5XD5AN0*.

**Sample RP setup**

```
CI: BP                      REPORT PARAMETER FILE

   FUNCTION: A    TYPE: 5AN ENTRY SITE/REQUEST: ØØ VERSION: ØØ

        SORT PARAMETERS:
        TITLE OVERRIDE:

     FORM OUTPUT NAME: AAAAØØØ1      REPORT SITE: BP
          MODULE NAME: C5XD5ANØ          OPTIONS:
                                    SUPPRESS PRINT:

     TOTAL BREAK LEVEL: Ø
     PAGE BREAK LEVEL: Ø

                         MNEM  COND  VALUE
     SELECTION CRITERIA:
          WILD CHAR:




   WINDOW ID:  WINDOW:
```

The entries on the RP Record shown above will produce a report like the one pictured on the next page.

NOVEMBER 1997                                          REPORTS • PAGE 9

Highly Confidential/Attorneys Eyes Only                        TRZ 014988

5AN                                                                    CF CLINICALOGIC 6.0

**Report Format:**   **Anesthesia Edits Maintenance Register**
                      Type:   5AN

```
CLAIMFACTS                                                                        PAGE NO.     1
REPORT: 5AN-BP-00                ANESTHESIA EDITS MAINTENANCE REGISTER            RUN DATE: 04/06/95

  OPERATOR   TERM      TIME OF    TRANS    RECORD
    ID        ID   DATE  DAY      TYPE      TYPE       CI PFX PROC      GEN
  ROBERT     E130  04/06 12.48.22 CHANGE   CSXRANB0    BP AN  .00300      0
  PROC: 00300  DESC: ANES F/ALL PRCD ON INTEGUMENTARY SYST OF NECK, INC SUBCUTANEOUS TISSUE
           FIELD NAMES                              OLD DATA                       NEW DATA
           1ST   AN SUBSET CODE                                        01130

CLAIMFACTS                                                                        PAGE NO.     2
REPORT: 5AN-BP-00                ANESTHESIA EDITS MAINTENANCE REGISTER            RUN DATE: 04/06/95

  OPERATOR   TERM      TIME OF    TRANS    RECORD
    ID        ID   DATE  DAY      TYPE      TYPE       CI PFX PROC      GEN
  ROBERT     E130  04/06 12.55.10 CHANGE   CSXRANB0    BP AN  00400       0
  PROC: 00400  DESC: ANES F/PRC ON ANT INTGUMTRY SYS CHST,INC SUBCUT TISSUE, NT OTH SPEC
           FIELD NAMES                              OLD DATA                       NEW DATA
           AN DESCRIPTION PART1            ANES F/PRC ON ANT INTGUMTRY SYS   ANES F/PRC ON CHEST SKIN
           AN DESCRIPTION PART1            CHST,INC SUBCUT TISSUE; NT OTH SPEC
```

**Descriptions of the fields on Report 5AN can be referenced on the following pages by their field numbers:**

(1) OPERATOR ID          (6) RECORD TYPE        (10) DESC
(2) TERM ID              (7) CI PFX PROC        (11) FIELD NAMES
(3) DATE                 (8) GEN                (12) OLD DATA
(4) TIME OF DAY          (9) PROC               (13) NEW DATA
(5) TRANS TYPE

Highly Confidential/Attorneys Eyes Only                                TRZ 014989

CF CLINICALOGIC 6.0                                    5AN

**Field Descriptions:    Anesthesia Edits Maintenance Register**

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) OPERATOR ID | The user's User ID. |
| (2) TERM ID | The Terminal ID of the terminal that was used for the attempted transaction. |
| (3) DATE | The date of the transaction in MMDD format. |
| (4) TIME OF DAY | The time of the transaction. |
| (5) TRANS TYPE | The type of transaction made on the AN Record (add, change or delete). |
| (6) RECORD TYPE | The eight-character module name for the file in which a transaction was made. |
| (7) CI PFX PROC | The key to the AN Record on which the transaction was made. |
| (8) GEN | The generation of the AN Record on which the transaction was made. |
| (9) PROC | The procedure code from the AN Record on which the transaction was made. |
| (10) DESC | The clinical description of the procedure or service as defined on the AN Record. |
| (11) FIELD NAMES | The name(s) of the field(s) on the AN Record where data were added, changed or deleted. |
| (12) OLD DATA | The data as they appeared on the AN Record *before* it was changed. |
| (13) NEW DATA | The data that were added to the AN Record. |

Highly Confidential/Attorneys Eyes Only                          TRZ 014990

CLAIMS PROCESSING                                                                 CF CLINICALOGIC 6.0

**Adjudication with Same Day Procedure Edit - Screen 2**

```
┌──────────────────────────────────────────────────────────────────────────┐
│ CI: BP                  "CLAIMFACTS" MEDICAL PROCESSING                     │
│ CL ID: 920000187 00 MEMBER: 111222333 PAT: M    TOTAL: 0040000 RECD: 042495│
│ MEDICAL SERVICE CODE 99214   IS USUALLY INCLUDED AS PART OF THE GLOBAL      │
│ SERVICE                                                                     │
│  FOR PROCEDURE 45330   AND NOT BILLED SEPARATELY. IF IN DOUBT, HAVE THE BILL│
│  REVIEWED BY A PHYSICIAN.                                                   │
│                                                                            │
│                                                                            │
│                                                                            │
│                                                                            │
│    SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT   CD  A P │
│    0321 0321 O  SUR 45330  1 0030000          001001001                    │
│    0321 0321 O  MED 99214  1 0010000          001001001                    │
│                                                                            │
│                                                                            │
│    MEMO:                                                                    │
│    WINDOW ID:   WINDOW:                                                     │
│    END OF MESSAGES                                                          │
└──────────────────────────────────────────────────────────────────────────┘
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, shows the complete clinical explanation for the Same Day Procedure Edit, and instructs you on how to proceed with the claim.

Highly Confidential/Attorneys Eyes Only                                    TRZ 014957

CF CLINICALOGIC 6.0                                                          CLAIMS PROCESSING

**Adjudication with Subset Procedure Edit - Screen 1**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 026028590 00 MEMBER: 111222333 PAT: M      TOTAL: 0150000 RECD: 042195
EDIT PERFORMED GO TO N DISPLAY
  BASIC   MAJOR    DED    COP    DIS   EXPL
  RADIOLOGY                      CT ABDOMEN;W/O,THEN W/CONTRAST
    0.00  800.00   0.00   0.00   0.00                             800.00
  RADIOLOGY                      CT ABDOMEN; W/O CONTRAST MATERI
    0.00    0.00   0.00   0.00 700.00 U02SUBSET 1 DISALLOW          0.00
    0.00  800.00   0.00   0.00 700.00    TOTAL                    800.00




SVC DATES P TOS PROC   D CHARGES CTR PAY  PROVIDER    ID/AMT    CD   A P
0411 0411 O RAD 74170  1 0080000         001001001
0411 0411 O RAD 74150  1 0070000         001001001



MEMO:
WINDOW ID: Y  WINDOW:
END OF DATA
```

The *Y* display shows that when ClinicaLogic adjudicates a claim for two
radiology procedures:  1) a CAT scan of the abdomen without contrast
material, followed by contrast materials and further sections (Code 74170);
and 2) a CAT scan of the abdomen without contrast material (Code 74150),
the Subset Procedure Edit disallows the charge for procedure 74150. A
corresponding disallow message displays to alert you that procedure 74150 is
a subset procedure.  Also, the message - EDIT PERFORMED GO TO N
DISPLAY - appears at the top of the display.

Highly Confidential/Attorneys Eyes Only                                      TRZ 014958

**Adjudication with Subset Procedure Edit - Screen 2**

```
CI: BP               "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 026028590 00 MEMBER: 111222333 PAT: M      TOTAL: 0150000 RECD: 042195
WHEN PERFORMED AT THE SAME TIME CODE 74150  IS CONSIDERED A PART OF OR
 INCIDENTAL TO CODE 74170  AND SHOULD NOT BE BILLED SEPARATELY.  IF IN DOUBT,
 HAVE A PHYSICIAN REVIEW CLAIM.




   SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER   ID/AMT   CD   A P
   0411 0411 O  RAD 74170  1 0080000          001001001
   0411 0411 O  RAD 74150  1 0070000          001001001




 MEMO:
 WINDOW ID:   WINDOW:
 END OF MESSAGES
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, contains the complete clinical explanation for the Subset Procedure Edit.

Highly Confidential/Attorneys Eyes Only                      TRZ 014959

CF CLINICALOGIC 6.0                                                    CLAIMS PROCESSING

**Adjudication with Overlapping Procedure Edit - Screen 1**

```
CI: BP                    "CLAIMSFACTS" MEDICAL PROCESSING
CL ID: 021991001 00 MEMBER: 111222333 PAT: M    TOTAL: 0022500 RECD: 042695
EDIT PERFORMED GO TO N DISPLAY
 BASIC   MAJOR    DED    COP    DIS  EXPL
 LABORATORY                       AUTOMAT.MULTICHANNEL TEST;19+ T
   0.00  150.00   0.00   0.00   0.00                              150.00
 LABORATORY                       HEPATIC FUNCTION PANEL
   0.00    0.00   0.00   0.00  75.00 U230OVERLAPPING/REDUNDANT PROCE  0.00
   0.00  150.00   0.00   0.00  75.00    TOTAL                      150.00




SVC DATES P  TOS PROC   .D CHARGES CTR PAY  PROVIDER    ID/AMT    CD   A P
0410 0410 O  LAB 80019  1 0015000       001001001
0410 0410 O  LAB 80058  1 0007500       001001001



MEMO:
WINDOW ID: Y  WINDOW:
END OF DATA
```

The *Y* display shows that when ClinicaLogic adjudicates a claim for two laboratory tests: 1) automated multichannel test; 19 clinical chem tests (80019); and 2) hepatic function panel (80058), the Overlapping Procedure Edit disallows the charge for test 80058. A corresponding disallow message displays to alert you that test 80058 is redundant. Also, the message – EDIT PERFORMED GO TO N DISPLAY – appears at the top of the display.

Highly Confidential/Attorneys Eyes Only                              TRZ 014960

CLAIMS PROCESSING                                                CF CLINICALOGIC 6.0

**Adjudication with Overlapping Procedure Edit - Screen 2**

```
CI: BP                "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 021991001 00 MEMBER: 111222333 PAT: M      TOTAL: 0022500 RECD: 042695
WHEN PERFORMED ON THE SAME SPECIMEN AT THE SAME TIME AS TEST 80019 , TEST
  80058   IS GENERALLY REDUNDANT AND SHOULD NOT BE BILLED. IF IN DOUBT, HAVE THE
  BILL REVIEWED BY A PHYSICIAN.




SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT    CD    A P
0410 0410 O  LAB 80019  1 0015000      001001001
0410 0410 O  LAB 80058  1 0007500      001001001



MEMO:
WINDOW ID:    WINDOW:
END OF MESSAGES
```

This screen, which is accessed by entering *N* in the **WINDOW ID** Field on the *Y* display and pressing ENTER, shows the complete clinical explanation for the Overlapping Procedure Edit on this claim.

Highly Confidential/Attorneys Eyes Only

TRZ 014961