# EXHIBIT 27

# (PART 8)

CF CLINICALOGIC 6.0                                                    CLAIMS PROCESSING

**Adjudication with Procedure Information Edit - Screen 1**

```
CI: BP                  "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 028492758 00 MEMBER: 111222333 PAT: M      TOTAL: 0010000 RECD: 042595
 EDIT PERFORMED GO TO N DISPLAY
  BASIC   MAJOR    DED     COP    DIS   EXPL
 CHECK FOR ADDL INFORMATION              TECHNICAL REVIEW IS REQUIRED
 SPECIFIC ISSUES MAY EXIST
 MEDICINE PROCEDURES            UNLIST DIALYSIS PROCEDURE,
    0.00  100.00    0.00    0.00    0.00                      100.00
    0.00  100.00    0.00    0.00    0.00    TOTAL             100.00




 SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT    CD    A P
 0419 0419 O  MED 90999    0010000        001001001




 MEMO:
 WINDOW ID: Y  WINDOW:
 END OF DATA
```

The *Y* display shows that when ClinicaLogic adjudicates a claim for an unlisted dialysis procedure, the message – EDIT PERFORMED GO TO N DISPLAY - appears at the top of the *Y* display. Three additional warning messages generated by the Procedure Information Edit indicate that procedure 90999 may have outstanding issues for which additional information and review are required.

Highly Confidential/Attorneys Eyes Only                                    TRZ 014962

5AN

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014991

CF CLINICALOGIC 6.0

520

# AUDIT REGISTER REPORT

**Introduction**

All claims edited by ClinicaLogic during a given batch cycle appear on Report 520. This report shows how line items on a claim were adjudicated before and after their format was changed by either the Deleted Code Edit, Unilateral to Bilateral Edit, or Procedure Rebundling Edit. The line items for claims that were edited by any of the other clinical edits also appear with an explanation on this report.

**Valid sorts**

When you set up your Report Parameter (RP) Record for Report 520, you may enter any of the following sort mnemonics in the **SORT PARAMETERS** Field:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIPF | BAPT | BCCV | BCPF | BBPT | CBAI | CELG | CERI | CEST | CLID |
| CLPP | CLPT | CLSC | CLTY | COBT | DEPF | DEPT | DGCD | DGDT | GDIV |
| GGRP | GRUP | GR12 | IDID | IPDT | LADT | LEID | LE01 | LE02 | LE03 |
| LE04 | LE05 | LE06 | LOCT | MBGN | MEID | MBLG | MMIP | MMPD | MSPF |
| MUPF | MZIP | NRDT | OPND | OPRT | OP16 | OP78 | OP90 | PACL | PADT |
| PAGE | PAID | PARL | PCAT | PCID | PLAN | PLPF | POPF | PSEX | PYPF |
| PYST | RCDT | REAS | RVCD | SITE | STAT | TYPE | USF1 | USF2 | USF3 |
| US01 | US16 | US20 | US23 | US26 | US29 | US45 | US60 | US78 | US90 |
| YMIP | YMPD | YYIP | YYPD | ZIPP | | | | | |

Mnemonic CEST (ClinicaLogic Claim Status) is used specifically for ClinicaLogic reporting. This mnemonic sorts claims by CE Status Codes found on the Claim Inquiry Detail (CQ) Screen.

To generate ClinicaLogic Report 520, you must retain a ClaimFacts 520 RP Record, and you must add a new version of the 520 RP Record with a Module Name of *C5XD5210*. This causes the system to generate two separate audit reports: one for ClaimFacts claims processed without ClinicaLogic; and another for claims processed with ClinicaLogic.

Highly Confidential/Attorneys Eyes Only

TRZ 014992

**Sample RP setup**

```
┌─────────────────────────────────────────────────────────────────┐
│  CI: ZP GROUP:              REPORT PARAMETER FILE                 │
│                                                                    │
│  FUNCTION: A   TYPE: 52Ø ENTRY SITE/REQUEST: ** VERSION: Ø1       │
│                                                                    │
│      SORT PARAMETERS: CLID                                        │
│      TITLE OVERRIDE: CLINICALOGIC AUDIT REGISTER                  │
│                                                                    │
│    FORM OUTPUT NAME: AUDIT0Ø1      REPORT SITE: Ø1                │
│        MODULE NAME: C5XD521Ø           OPTIONS:                   │
│                              SUPPRESS PRINT:                       │
│                                                                    │
│    TOTAL BREAK LEVEL: Ø                                           │
│    PAGE BREAK LEVEL: Ø                                            │
│                                                                    │
│                        MNEM  COND  VALUE                          │
│      SELECTION CRITERIA:                                          │
│           WILD CHAR:                                              │
│                                                                    │
│                                                                    │
│                                                                    │
│  WINDOW ID:   WINDOW:                                             │
│  CHECK DATA - HIT PF1 TO UPDATE                                   │
└─────────────────────────────────────────────────────────────────┘
```

The entries on the RP Record shown above will produce a report like the one pictured on the next page.

Highly Confidential/Attorneys Eyes Only                    TRZ 014993

CF CLINICALOGIC 6.0

520

**Report Format:**   **Audit Register Report**
Type:   520

```
CLAIMFACTS                                                                      PAGE NO.:     1
REPORT: 521-99-01                       CLINICAL EDITS AUDIT REGISTER            RUN DATE: 01/18/91

CLAIM #: 159100000-00        SELECTION CRITERIA: CLINICAL EDITS

    MEMBER NAME: GEORGE WILLIAMS              MEMBER ID: 242447747   REL CODE: M   PATIENT NAME:

  ADJUDICATION INFORMATION: OPERATOR: JOE         CLAIM YEAR: 90

  FROM TO                         BASIC    MAJ MED  COPAY   DEDUCT  TOTAL    TOTAL    TOTAL
  MMDD MMDD TOS POS RULE PROC   DIAG   ALLOWED  ALLOWED  APPLIED  APPLIED CHARGES  ALLOWED DISALLOWED EXPLANATION
  1228 1228 SUR O 002 65210    930      0.00    140.00     0.00     0.00   140.00   140.00     0.00
  1228 1228 SUR O 002 65205    930      0.00      0.00     0.00     0.00   125.00     0.00   125.00 SUBSET PROCEDURE EDIT

  PAYMENT INFORMATION:   PAID DATE: 01/18/91

  CHK-NO/        YD PR/MH   PROV/MEMB   CHK  TOTAL    TOTAL   COB    TOTAL ADJ  TOTAL    TOTAL   COMBINED  TOTAL  TOTAL
  COMB-CL-ID  TO   ID       GEN ID      STA COMPUTED  ACCUM  ADJUST  ADJUST RSN  SYS ADJ/RSN  PAID   CHK AMT  OVERPAY RECD
  00000000       M 242447747 WILLIAMS   02  140.00    0.00    0.00    0.00         0.00    140.00   140.00   0.00   0.00

*****************************************************************************************************

CLAIMFACTS                                                                      PAGE NO.:     2
REPORT: 521-99-01                       CLINICAL EDITS AUDIT REGISTER            RUN DATE: 01/18/91
CLAIM #: 159100001-00        SELECTION CRITERIA: CLINICAL EDITS

    MEMBER NAME: GEORGE WILLIAMS              MEMBER ID: 242447747   REL CODE: W   PATIENT NAME: MARY

  ADJUDICATION INFORMATION: OPERATOR: JOE         CLAIM YEAR: 90

  FROM TO                         BASIC    MAJ MED  COPAY   DEDUCT  TOTAL    TOTAL    TOTAL
  MMDD MMDD TOS POS RULE PROC   DIAG   ALLOWED  ALLOWED  APPLIED  APPLIED CHARGES  ALLOWED DISALLOWED EXPLANATION
  1201 1201 SUR I 001 59400    650      0.00   2500.00     0.00     0.00  3500.00  2500.00  1000.00 CHARGE EXCEEDS ALLOW AMT

  ORIGINAL CLAIM INFORMATION

  FROM TO      TOTAL      PROVIDER              SUGGESTED    BUND-      SWITCHES
  MMDD MMDD   CHARGES       ID        IP-ID      IP-ID      TO-LNO    DEL BIL REB
  1201 1201   3000.00   001001001    59410      59400        01        N   N   Y
  1201 1201    500.00   001001001    59420      59400        01        N   N   Y

  PAYMENT INFORMATION:   PAID DATE: 01/18/91

  CHK-NO/        YD PR/MH   PROV/MEMB   CHK  TOTAL    TOTAL   COB    TOTAL ADJ  TOTAL    TOTAL   COMBINED  TOTAL  TOTAL
  COMB-CL-ID  TO   ID       GEN ID      STA COMPUTED  ACCUM  ADJUST  ADJUST RSN  SYS ADJ/RSN  PAID   CHK AMT  OVERPAY RECD
  00000000       M 242447747 WILLIAMS   02  2500.00   0.00    0.00    0.00         0.00   2500.00  2500.00   0.00   0.00

*****************************************************************************************************
CLAIMFACTS                                                                      PAGE NO.:     3
REPORT: 521-99-01                       CLINICAL EDITS AUDIT REGISTER            RUN DATE: 01/18/91

CLAIM #: 159100002-00        SELECTION CRITERIA: CLINICAL EDITS

    MEMBER NAME: GEORGE WILLIAMS              MEMBER ID: 242447747   REL CODE: M   PATIENT NAME:

  ADJUDICATION INFORMATION: OPERATOR: JOE         CLAIM YEAR: 90

  FROM TO                         BASIC    MAJ MED  COPAY   DEDUCT  TOTAL    TOTAL    TOTAL
  MMDD MMDD TOS POS RULE PROC   DIAG   ALLOWED  ALLOWED  APPLIED  APPLIED CHARGES  ALLOWED DISALLOWED EXPLANATION
  0401 0401 SUR I 001 30420    250      0.00    200.00     0.00     0.00   200.00   200.00     0.00
                                                                                              W PROCEDURE COSMETIC

  PAYMENT INFORMATION:   PAID DATE: 01/18/91

  CHK-NO/        YD PR/MH   PROV/MEMB   CHK  TOTAL    TOTAL   COB    TOTAL ADJ  TOTAL    TOTAL   COMBINED  TOTAL  TOTAL
  COMB-CL-ID  TO   ID       GEN ID      STA COMPUTED  ACCUM  ADJUST  ADJUST RSN  SYS ADJ/RSN  PAID   CHK AMT  OVERPAY RECD
  00000000       M 242447747 WILLIAMS   02  200.00    0.00    0.00    0.00         0.00    200.00   200.00   0.00   0.00

*****************************************************************************************************
```

Highly Confidential/Attorneys Eyes Only                              TRZ 014994

CF CLINICALOGIC 6.0

**Descriptions of the fields on Report 520 can be referenced on the following pages by their field numbers:**

| | | |
|---|---|---|
| (1) CLAIM # | (14) PROC | (27) PD TO |
| (2) SELECTION CRITERIA | (15) DIAG | (28) PR/ME ID |
| (3) MEMBER NAME | (16) BASIC ALLOWED | (29) PROV/MEMB GEN ID |
| (4) MEMBER ID | (17) MAJ MED ALLOWED | (30) CHK STA |
| (5) REL CODE | (18) COPAY APPLIED | (31) TOTAL COMPUTED |
| (6) PATIENT NAME | (19) DEDUCT APPLIED | (32) TOTAL ACCUM |
| ADJUDICATION INFORMATION (7-23) | (20) TOTAL CHARGES | (33) COB ADJUST |
| (7) OPERATOR | (21) TOTAL ALLOWED | (34) TOTAL ADJUST |
| (8) CLAIM YEAR | (22) TOTAL DISALLOWED | (35) ADJ RSN |
| (9) FROM MMDD | (23) EXPLANATION | (36) TOTAL SYS ADJ/RSN |
| (10) TO MMDD | PAYMENT INFORMATION (24-40) | (37) TOTAL PAID |
| (11) TOS | (24) PAID DATE | (38) COMBINED CHK AMT |
| (12) POS | (25) CHK-NO | (39) TOTAL OVERPAY |
| (13) RULE | (26) COMB-CL-ID | (40) TOTAL RECD |

Highly Confidential/Attorneys Eyes Only

TRZ 014995

CF CLINICALOGIC 6.0

520

## Field Descriptions:     Audit Register Report

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) CLAIM # | The eleven-byte Claim ID. |
| (2) SELECTION CRITERIA | This field prints the message:  CLINICAL EDITS |
| (3) MEMBER NAME | The name of the insured. |
| (4) MEMBER ID | The Member ID associated with this claim. |
| (5) REL CODE | The one-character code which indicates the patient's relationship to the member. |
| (6) PATIENT NAME | The first six characters of the patient's first name. |

**ADJUDICATION INFORMATION** FIELDS (7-23)

| | |
|---|---|
| (7) OPERATOR | The User ID of the operator who processed this claim. |
| (8) CLAIM YEAR | The year in which the service(s) on this claim was administered. |
| (9) FROM MMDD | The FROM date of service for the line item. |
| (10) TO MMDD | The TO date of service for the line item. |
| (11) TOS | The type of service code for the line item. |
| (12) POS | The place of service code for the line item. |
| (13) RULE | The service rule used in the adjudication of the line item. |
| (14) PROC | The procedure code and related procedure prefix, if any, for the line item. |
| (15) DIAG | The diagnosis code associated with this line item. |

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014996

520                                                                                    GF CLINICALOGIC 6.0

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (16)<br>**BASIC ALLOWED** | The amount of the charges allowed under basic benefits for the line item. The allowable counter, if any, is also printed for basic benefits. |
| (17)<br>**MAJ MED ALLOWED** | The amount of charges which were allowed under major medical for the line item. |
| (18)<br>**COPAY APPLIED** | The amount of copay, if any, for the line item. |
| (19)<br>**DEDUCT APPLIED** | The amount of the charge applied to the deductible, if any, for the line item. |
| (20)<br>**TOTAL CHARGES** | The total charge for the line item. |
| (21)<br>**TOTAL ALLOWED** | The total allowable amount for the line item. |
| (22)<br>**TOTAL DISALLOWED** | The total disallowed amount for the line item. |
| (23)<br>**EXPLANATION** | The explanation for any disallow applied to the line item. |

**PAYMENT INFORMATION FIELDS (24-40)**

| | |
|---|---|
| (24)<br>**PAID DATE** | The date the claim was paid. |
| (25)<br>**CHK-NO** | The check number for this check. |
| (26)<br>**COMB-CL-ID** | If the payment for this claim is being issued under a combined check, the Claim ID of the claim on which the check was issued. |
| (27)<br>**PD TO** | The payee code for the line item: M for member, P for provider, etc. |
| (28)<br>**PR/ME ID** | The Provider/Member ID of the provider or member to whom the check was paid. |

Highly Confidential/Attorneys Eyes Only                                          TRZ 014997

CF CLINICALOGIC 6.0

520

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (29) PROV/MEMB GEN ID | The Generic ID of the member or provider. |
| (30) CHK STA | The two-digit status code of the current check. For example:<br><br>blank = check pended<br>01 = check awaited<br>02 = check printed<br>03 = check paid<br>04 = check cashed |
| (31) TOTAL COMPUTED | The total computed benefit amount for this check. |
| (32) TOTAL ACCUM | If the claim was adjusted, the amount previously paid for the line item associated with the check. |
| (33) COB ADJUST | The amount (plus or minus) by which the computed benefit was adjusted due to the coordination of benefits (COB). |
| (34) TOTAL ADJUST | The total dollar amount of all manual adjustments to the check. |
| (35) ADJ RSN | The explanation code authorizing the adjustment. |
| (36) TOTAL SYS ADJ/RSN | The total dollars applied for the provider discounts and the associated explanation code. |
| (37) TOTAL PAID | The total amount actually paid by the check. |
| (38) COMBINED CHECK AMT | The amount of the combined check. |
| (39) TOTAL OVERPAY | The amount of overpayment, if any, associated with the check. |
| (40) TOTAL RECD | The total amount of dollars received against the overpayment. |

NOVEMBER 1997

REPORTS • PAGE 19

Highly Confidential/Attorneys Eyes Only

TRZ 014998

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 014999

## CLINICAL EDITS FILE LISTING

**Introduction**

The Clinical Edits File Listing (FCE) provides a file listing or "dump" of all the records in the ClaimFacts Clinical Edits Procedure (CE) File.

To generate Report FCE, you must add a Report Parameter Record for Type *FCE* with a Module Name of *C5XEPI00*.

**Valid selects**

Three select mnemonics may be used to limit the CE Records printed:

- CEPF (Clinical Edit Record Prefix) lists CE Records by prefix.

- CEID (Clinical Edit Record ID) lists CE Records by procedure code number.

- CEGN (Clinical Edits Record Generation Number) lists CE Records by generation.

Highly Confidential/Attorneys Eyes Only

TRZ 015000

FCE                                                                CF CLINICALOGIC 6.0

**Sample RP & RS setup for Report FCE**

```
CI: ZP GROUP:                REPORT PARAMETER FILE

FUNCTION: A   TYPE: FCE ENTRY SITE/REQUEST: Ø1 VERSION: ØØ

   SORT PARAMETERS:
      TITLE OVERRIDE: CLINICAL EDITS FILE LISTING

   FORM OUTPUT NAME: FCEREØØ1     REPORT SITE: Ø1
        MODULE NAME: C5XEPIØØ          OPTIONS:
                            SUPPRESS PRINT:


   TOTAL BREAK LEVEL: Ø
   PAGE BREAK LEVEL: Ø


                     MNEM  COND  VALUE
   SELECTION CRITERIA:
        WILD CHAR:




   WINDOW ID:   WINDOW:
   CHECK DATA - HIT PF1 TO UPDATE
```

```
CI: ZP GROUP:              REPORT SELECTION FILE
                                  CLIENT  RECOMMENDED
FUNCTION: A   TYPE: FCE REQUEST: Ø1    ID     OPTIONS
   DESC:   CLINICAL EDITS FILE LISTING
REPORT SELECTION PARAMETERS -
FREQUENCY: R  START DT: Ø5Ø195 END DT: Ø5Ø195 MISC OPTS:
                         COMBINED CLIENT:   WILD CHAR:

RECORD SELECTION PARAMETERS -
ITEM RL VALUE (GROUP #1)   ITEM RL VALUE (GROUP #2)   ITEM RL VALUE (GROUP #3)




   ITEM RL VALUE (GROUP #4)   ITEM RL VALUE (GROUP #5)   ITEM RL VALUE (GROUP #6)




   WINDOW ID:   WINDOW:
   CHECK DATA - HIT PF1 TO UPDATE
```

Highly Confidential/Attorneys Eyes Only                    TRZ 015001

# ANESTHESIA EDITS FILE LISTING

**Introduction**

The Anesthesia Edits File Listing (FAN) provides a file listing or "dump" of all the records in the ClaimFacts Anesthesia Edits Procedure (AN) File.

To generate Report FAN, you must add a Report Parameter Record for Type *FAN* with a Module Name of *C5XEP100*.

**Valid selects**

Three select mnemonics may be used to limit the AN Records printed:

- ANPF (Anesthesia Edit Record Prefix) lists AN Records by prefix.

- ANID (Anesthesia Edit Record ID) lists AN Records by procedure code number.

- ANGN (Anesthesia Edit Record Generation Number) lists AN Records by generation.

Highly Confidential/Attorneys Eyes Only

TRZ 015002

FEA

CF CLINICALOGIC 6.0

**Sample RP & RS setup for Report FAN**

```
CI: BP                        REPORT PARAMETER FILE

FUNCTION: A   TYPE: FAN ENTRY SITE/REQUEST: BP VERSION: ØØ

   SORT PARAMETERS:
     TITLE OVERRIDE: ANESTHESIA EDITS FILE LISTING

   FORM OUTPUT NAME: CES10001      REPORT SITE: BP
      MODULE NAME: C5XEPIØØ          OPTIONS:
                            SUPPRESS PRINT:


  TOTAL BREAK LEVEL: Ø
  PAGE BREAK LEVEL: Ø


                      MNEM  COND  VALUE
   SELECTION CRITERIA:
        WILD CHAR:





  WINDOW ID:  WINDOW:
```

```
CI: BP                     REPORT SELECTION FILE
                                  CLIENT  RECOMMENDED
                                    ID     OPTIONS
FUNCTION: A   TYPE: FAN REQUEST: BA
  DESC:     ANESTHESIA EDIT LISTING       BP
REPORT SELECTION PARAMETERS -
  FREQUENCY: R  START DT: Ø31Ø95 END DT: Ø31Ø95 MISC OPTS:
                              COMBINED CLIENT:    WILD CHAR:
RECORD SELECTION PARAMETERS -
  ITEM RL VALUE (GROUP #1)    ITEM RL VALUE (GROUP #2)   ITEM RL VALUE (GROUP #3)




  ITEM RL VALUE (GROUP #4)    ITEM RL VALUE (GROUP #5)   ITEM RL VALUE (GROUP #6)




  WINDOW ID:  WINDOW:
```

Highly Confidential/Attorneys Eyes Only

TRZ 015003

CF CLINICALOGIC 6.0                                                          FEA

# CLINICAL EDITS RULES FILE LISTING

**Introduction**    The Clinical Edits Rules File Listing Report (FEA) provides a file listing or
"dump" of all the records in the Clinical Edits Administrative Rules (EA) File.

To generate Report FEA, you must add a Report Parameter Record for Type
*FEA* with a Module Name of *C5XEPI00.*

**Sample RP Setup**

```
CI: ZP GROUP:                REPORT PARAMETER FILE

  FUNCTION: A   TYPE: FEA ENTRY SITE/REQUEST: Ø1 VERSION: ØØ

       SORT PARAMETERS:
        TITLE OVERRIDE: EDIT ADMIN FILE LISTING

    FORM OUTPUT NAME: FEAFLØØ1      REPORT SITE: Ø1
       MODULE NAME: C5XEPIØØ          OPTIONS:
                            SUPPRESS PRINT:

    TOTAL BREAK LEVEL: Ø
    PAGE BREAK LEVEL: Ø

                       MNEM COND VALUE
    SELECTION CRITERIA:
        WILD CHAR:

  WINDOW ID:  WINDOW:
  CHECK DATA - HIT PF1 TO UPDATE
```

Highly Confidential/Attorneys Eyes Only                        TRZ 015004

FEA                                                          CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only                              TRZ 015005

## CLINICALOGIC SAVINGS REPORT

**Introduction**

The ClinicaLogic Savings Report (S10) provides a hard copy of edited claims processed during a given reporting period, and calculates the savings on each claim according to the type of edit performed. The final page of this report provides total cost savings for each edit performed on claims processed within the period, and calculates the total savings for the period.

Report S10 also captures line items that have been manually overridden by a processor as a result of a ClinicaLogic warning message. When a line-item override is performed on the CP Screen using one of the Explanation ID codes designated in the **OVRD CDS** Field on the EA Record, the S10 Report subtracts the allowable amount entered from the line-item charge and lists the resultant amount as savings. The amount of savings appears under the **WARN/OVRD** category on the report.

To generate Report S10, you must add a Report Parameter Record for Type *S10* with a Module Name of *C5XES100* and a Report Selection Record for Type *S10*.

> **NOTE:** When setting up a Report Selection Record for Type S10, *do not enter* indicator *B* in **MISC OPTS** Minifield 2. The indicator is invalid and causes system problems.

**Valid selects**

The following tables list the applicable selects for Report S10 according to the level of the data which the system uses to report on.

**Claim Level**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIPF | BAPT | BCCV | BCPF | BEPT | CELG | CEST* | CIID | CLID | CLPP |
| CLPT | CLSC | CLTY | COBT | DEPF | DEPT | DGCD | DGDT | GDIV | GGRP |
| GRUP | GR12 | IPDT | LADT | LEID | LE01 | LE02 | LE03 | LE04 | LE05 |
| LE06 | LOCT | MEGN | MEID | MELG | MMIP | MMPD | MSPF | MUPF | MZIP |
| NRDT | OPND | OPRT | OP16 | OP78 | OP90 | PACL | PADT | PAGE | PAID |
| PARL | PCAT | PCID | PLAN | PLPF | POPF | PSEX | PYPF | PYST | RCDT |
| SITE | STAT | TYPE | USF1 | USF2 | USF3 | US01 | US16 | US20 | US23 |
| US26 | US29 | US45 | US60 | US78 | US90 | YMIP | YMPD | YYIP | YYPD |

Highly Confidential/Attorneys Eyes Only                                    TRZ 015006

## History (Line Item) Level

| ASRL | BALL CEAI* | BCOB | BCOP | BCTR | BDED | BDET | BPAD | CCHG | |
|------|------------|------|------|------|------|------|------|------|------|
| CERI* | EXID | HCHG | HCTR | HDIS | HORC | HRAT | IDID | IPID | MALL |
| MCOB | MCOP | MCTR | MDED | MDET | MPAD | MPID | PRID | PRSP | RCID |
| RDID | RVCD | SEFM | SEID | SEPO | SETO | SVRL | | | |

Three select mnemonics specifically report on claims edited by ClinicaLogic:

■ CEAI (ClinicaLogic Action Indicator Code) indicates whether the system combined subset charges, issued a warning message, issued a disallow message, or changed the rule on the line item:

C = Combined subset charges
D = Disallow message displayed
R = Rule change occurred
W = Warning message displayed

■ CERI (Reason Code Indicator) indicates the warning message number (if CEAI is W) that corresponds to an entry on the warning message table, or the Explanation ID.

■ CEST (ClinicaLogic Claim Status) defines the CE Status Code found on Claims Inquiry.

Highly Confidential/Attorneys Eyes Only

TRZ 015007