# EXHIBIT 27

# (PART 9)

CF CLINICALOGIC 6.0

**Sample RP & RS setup for Report S10**

```
· CI: ZP GROUP:                    REPORT PARAMETER FILE

  FUNCTION: A   TYPE: S1Ø ENTRY SITE/REQUEST: Ø1 VERSION: ØØ


        SORT PARAMETERS: CLID
        TITLE OVERRIDE:


      FORM OUTPUT NAME: CLSAVØØ1      REPORT SITE: Ø1
          MODULE NAME: C5XES1ØØ          OPTIONS:
                              SUPPRESS PRINT:


      TOTAL BREAK LEVEL: Ø
       PAGE BREAK LEVEL: Ø


                        MNEM  COND  VALUE
      SELECTION CRITERIA:
            WILD CHAR:




  WINDOW ID:  WINDOW:
  CHECK DATA - HIT PF1 TO UPDATE
```

```
  CI: ZP GROUP:                 REPORT SELECTION FILE
                                  CLIENT  RECOMMENDED
  FUNCTION: A   TYPE: S1Ø REQUEST: Ø1        ID      OPTIONS
    DESC: INVALID REPORT TYPE               ZP        M
  REPORT SELECTION PARAMETERS -
    FREQUENCY: M  START DT: Ø1Ø18Ø END DT: 123199 MISC OPTS: B   M
                              COMBINED CLIENT:   WILD CHAR:
  RECORD SELECTION PARAMETERS -
    ITEM RL VALUE (GROUP #1)   ITEM RL VALUE (GROUP #2)   ITEM RL VALUE (GROUP #3)




    ITEM RL VALUE (GROUP #4)   ITEM RL VALUE (GROUP #5)   ITEM RL VALUE (GROUP #6)




  WINDOW ID:  WINDOW:
```

The entries on the RP and RS Records shown above will produce a report like the one pictured on the following pages.

Highly Confidential/Attorneys Eyes Only

TRZ 015008

S10                                                                                          CF CLINICALOGIC 6.0

## Report Format:   ClinicaLogic Savings Report
### Type:   S10

```
CLAIMFACTS                              CLINICALOGIC TEST REPORTS                  PAGE NO.:      1
REPORT: S10-04-00                       CLINICALOGIC SAVINGS REPORT                RUN DATE: 01/23/91

CLAIM #: CPL000162-00        CLAIM STATUS: 01        EDIT STATUS: 10

   MEMBER NAME: JOHN WILLIAMS             MEMBER ID: 242447747   REL CODE: M   PATIENT NAME:

   LINE ITEM DATA:          OPERATOR: CRAIG      CLAIM YEAR: 90    PAID DATE: 00/00/00

   EDITED CLAIM CONDITIONS

FROM TO                                                                    DEFINED   POTENTIAL  TYPE OF
MMDD MMDD TOS POS PROC/DESC  DIAG   CHARGES   ALLOW  PROVIDER  EXPLANATION  SAVINGS   SAVINGS    SAVINGS
0919 0919 SUR  X  47620      250    6475.00   4575.00 001001001 CHG IS > AMOUNT ALLOWED  1900.00  N / A   FORMAT CHA
               CHOLECYSTECTOMY W/CD EXPL & TRANSDUODENA

ORIGINAL CLAIM INFORMATION

FROM TO                              SUGGESTED
MMDD MMDD TOS POS PROC/DESC   CHARGES  IP-ID   REASON
0919 0919 SUR  X  47610       4000.00  47620   REBUNDLED
               CHOLECYSTECTOMY WITH EXPLORATION OF COMM
0919 0919 SUR  X  47460       2475.00  47620   REBUNDLED
               TRANSDUODENAL SPHINCTEROTOMY/SPHINCTEROP
*****************************************************************************************************
CLAIMFACTS                              CLINICALOGIC TEST REPORTS                  PAGE NO.:      2
REPORT: S10-04-00                       CLINICALOGIC SAVINGS REPORT                RUN DATE: 01/23/91

CLAIM #: CPL000163-00        CLAIM STATUS: 01        EDIT STATUS: 02

   MEMBER NAME: JOHN WILLIAMS             MEMBER ID: 242447747   REL CODE: M   PATIENT NAME:

   LINE ITEM DATA:          OPERATOR: CRAIG      CLAIM YEAR: 90    PAID DATE: 00/00/00

   EDITED CLAIM CONDITIONS

FROM TO                                                                    DEFINED   POTENTIAL  TYPE OF
MMDD MMDD TOS POS PROC/DESC  DIAG   CHARGES   ALLOW  PROVIDER  EXPLANATION  SAVINGS   SAVINGS    SAVINGS
0601 0601 SUR  X  47600      250    2500.00   2500.00 001001001 PROC NOT VALID FOR DIAGNOSIS  N / A  2500.00  WARNING
               CHOLECYSTECTOMY
*****************************************************************************************************
CLAIMFACTS                              CLINICALOGIC TEST REPORTS                  PAGE NO.:      3
REPORT: S10-04-00                       CLINICALOGIC SAVINGS REPORT                RUN DATE: 01/23/91

CLAIM #: CPL000165-00        CLAIM STATUS: 01        EDIT STATUS: 01

   MEMBER NAME: JOHN WILLIAMS             MEMBER ID: 242447747   REL CODE: M   PATIENT NAME:

   LINE ITEM DATA:          OPERATOR: CRAIG      CLAIM YEAR: 90    PAID DATE: 00/00/00

   EDITED CLAIM CONDITIONS

FROM TO                                                                    DEFINED   POTENTIAL  TYPE OF
MMDD MMDD TOS POS PROC/DESC  DIAG   CHARGES   ALLOW  PROVIDER  EXPLANATION  SAVINGS   SAVINGS    SAVINGS
1201 1201 RAD  O  74170      250    75.00     75.00  002002002                        N / A     N / A
               CAT SCAN, ABDOMEN;W/O CONTRAST THEN W/ C
1201 1201 RAD  O  74150      250    65.00     0.00   002002002 SUBSET1 PROCEDURE       65.00     N / A   DISALLOW
               COMPUTERIZED AXIAL TOMOGRAPHY, ABDOMEN;W
*****************************************************************************************************
```

*Continued...*

Highly Confidential/Attorneys Eyes Only                                                      TRZ 015009

CF CLINICALOGIC 6.0                                                                         S10

```
CLAIMFACTS                          CLINICALOGIC TEST REPORTS                PAGE NO.:        4
REPORT: S10-04-00                   CLINICALOGIC SAVINGS REPORT              RUN DATE: 01/23/91

           SAVINGS BY CATEGORY
SURGERY

     FORMAT CHANGE
RESUBMIT                                      1,900.00
TOTAL                                         1,900.00

     RULE CHANGE
TOTAL                                              .00

     DISALLOW
TOTAL                                              .00

     WARN/OVRD
TOTAL                                              .00

     WARNING
PROC NOT VALID FOR DIAGNOSIS                  2,500.00
TOTAL                                         2,500.00

TOTAL DEFINED SAVINGS FOR ADJUDICATION EDITS  1,900.00
TOTAL POTENTIAL SAVINGS FOR WARNING EDITS     2,500.00

TOTAL COMBINED SAVINGS                        4,400.00
─────────────────────────────────────────────────────────────────────────────────────
CLAIMFACTS                          CLINICALOGIC TEST REPORTS                PAGE NO.:        5
REPORT: S10-04-00                   CLINICALOGIC SAVINGS REPORT              RUN DATE: 01/23/91

           SAVINGS BY CATEGORY
RADIOLOGY

     FORMAT CHANGE
TOTAL                                              .00

     RULE CHANGE
TOTAL                                              .00

     DISALLOW
SUBMIT PROCEDURE                                 65.00
TOTAL                                            65.00

     WARN/OVRD
TOTAL                                              .00

     WARNING
TOTAL                                              .00

TOTAL DEFINED SAVINGS FOR ADJUDICATION EDITS     65.00
TOTAL POTENTIAL SAVINGS FOR WARNING EDITS          .00

TOTAL COMBINED SAVINGS                           65.00
─────────────────────────────────────────────────────────────────────────────────────
CLAIMFACTS                          CLINICALOGIC TEST REPORTS                PAGE NO.:        6
REPORT: S10-04-00                   CLINICALOGIC SAVINGS REPORT              RUN DATE: 01/23/91

           SAVINGS BY CATEGORY
GRAND TOTALS

TOTAL DEFINED SAVINGS FOR ADJUDICATION EDITS  1,965.00
TOTAL POTENTIAL SAVINGS FOR WARNING EDITS     2,500.00
TOTAL COMBINED SAVINGS                        4,465.00
```

**Descriptions of the fields on Report S10 can be referenced on the following pages by their field numbers:**

| | | |
|---|---|---|
| (1)  CLAIM # | (16)  DESC | (32)  SUGGESTED IP-ID |
| (2)  CLAIM STATUS | (17)  DIAG | (33)  REASON |
| (3)  EDIT STATUS | (18)  CHARGES | (34)  TOTAL CLAIMS WITH CLINICAL |
| (4)  MEMBER NAME | (19)  ALLOW | SUGGESTIONS |
| (5)  MEMBER ID | (20)  PROVIDER | (35)  TOTAL CHARGES FOR CLINICAL |
| (6)  REL CODE | (21)  EXPLANATION | SUGGESTION CLAIMS |
| (7)  PATIENT NAME | (22)  DEFINED SAVINGS | (36)  SAVINGS BY CATEGORY |
| LINE ITEM DATA (8-10) | (23)  POTENTIAL SAVINGS | (37)  FORMAT CHANGE |
| (8)  OPERATOR | (24)  TYPE OF SAVINGS | (38)  RULE CHANGE |
| (9)  CLAIM YEAR | ORIGINAL CLAIM INFORMATION (25-32) | (39)  DISALLOW |
| (10)  PAID DATE | (25)  FROM MMDD DATE | (40)  WARN/OVRD |
| EDITED CLAIM CONDITIONS (11-24) | (26)  TO MMDD | (41)  WARNING |
| (11)  FROM MMDD | (27)  TOS | (42)  TOTAL DEFINED SAVINGS FOR |
| (12)  TO MMDD | (28)  POS | ADJUDICATION EDITS |
| (13)  TOS | (29)  PROC | (43)  TOTAL POTENTIAL SAVINGS |
| (14)  POS | (30)  DESC | FOR WARNING EDITS |
| (15)  PROC | (31)  CHARGES | (44)  TOTAL COMBINED SAVINGS |

Highly Confidential/Attorneys Eyes Only                              TRZ 015010

Field Descriptions:     ClinicaLogic Savings Report

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) CLAIM # | The eleven-byte Claim ID. |
| (2) CLAIM STATUS | The two-digit status code for the claim: <br><br> 01 = Accepted, awaiting batch <br> 02 = Accepted, and batch has run <br> 10 = Logged claim, awaiting processing <br> 11 = Pended, awaiting batch <br> 12 = Pended, and batch has run <br> 15 = Pended because of error <br> 16 = Pended, entered through batch <br> 91 = Adjusted <br> 99 = Closed out |
| (3) EDIT STATUS | The two-digit Clinical Edits (CE) status code. <br><br> 01 = A disallow message displayed. <br><br> 02 = A warning message displayed. <br><br> 03 = Both disallow and warning messages displayed <br><br> 10 = A line item was altered and the claim was readjudicated without generating warning or disallow messages <br><br> 11 = A line item was altered, the claim was readjudicated, and a disallow message generated on either the altered line item or another line item. <br><br> 12 = A line item was altered, the claim was readjudicated, and a warning message generated on either the altered line item or another line item. <br><br> 13 = A line item was altered, the claim was readjudicated, and both warning and disallow messages generated on either the altered line item or another line item. <br><br> 20 = A rule switch was applied and the claim was readjudicated without generating warning or disallow messages. <br><br> 21 = A rule switch was applied, the claim was readjudicated and a disallow message generated on either the line item that used the new rule or another line item. |

Highly Confidential/Attorneys Eyes Only

TRZ 015011

| (FIELD NUMBER)<br>**FIELD NAME**<br>SIZE TYPE | **DESCRIPTION** |
|---|---|
| (3)<br>**EDIT STATUS**<br>(Continued) | 22 = A rule switch was applied, the claim was readjudicated and a warning message generated on either the line item that used the new rule or another line item.<br><br>23 = A rule switch was applied, the claim was readjudicated and both warning and disallow messages generated on either the line item that used the new rule or another line item.<br><br>30 = A rule switch was applied on a line item, and either this line item or another line item was altered.<br><br>31 = A rule switch was applied on a line item, and either this line item or another line item was altered.<br><br>32 = A rule switch was applied on a line item, and either this line item or another line item was altered. The claim was then readjudicated and a warning message generated on one or more of the line items on the claim.<br><br>33 = A rule switch was applied on a line item, and either this line item or another line item was altered. The claim was then readjudicated and both warning and disallow messages generated on one or more of the line items. |
| (4)<br>**MEMBER NAME** | The name of the insured. |
| (5)<br>**MEMBER ID** | The Member ID associated with this claim. |
| (6)<br>**REL CODE** | The one-character code which indicates the patient's relationship to the member. |
| (7)<br>**PATIENT NAME** | The first six characters of the patient's first name. |

**LINE ITEM DATA** FIELDS (8-10)

| | |
|---|---|
| (8)<br>**OPERATOR** | The User ID of the operator who processed this claim. |
| (9)<br>**CLAIM YEAR** | The year in which the service(s) on this claim was administered. |
| (10)<br>**PAID DATE** | The date the claim was paid. |

Highly Confidential/Attorneys Eyes Only                                    TRZ 015012

| (FIELD NUMBER) **FIELD NAME** SIZE TYPE | **DESCRIPTION** |
|---|---|

**EDITED CLAIM CONDITIONS FIELDS (11-24)**

| (11) **FROM MMDD** | The FROM date of service for the line item. |
|---|---|
| (12) **TO MMDD** | The TO date of service for the line item. |
| (13) **TOS** | The type of service code for the line item. |
| (14) **POS** | The place of service code for the line item. |
| (15) **PROC** | The CPT/HCPCS procedure code used in the adjudication of the line item. |
| (16) **DESC** | The description of the line item procedure. |
| (17) **DIAG** | The diagnosis code associated with this line item. |
| (18) **CHARGES** | The total charges for the line item. This amount will include charges on line items that were rebundled into this line item. |
| (19) **ALLOW** | The reasonable and customary amount from the IP Record for the procedure or the line item charge, whichever is the lesser. |
| (20) **PROVIDER** | The supplier of the medical services. |
| (21) **EXPLANATION** | The explanation for any disallow applied to the line item. |
| (22) **DEFINED SAVINGS** | The amount disallowed by ClinicaLogic for a line item. |
| (23) **POTENTIAL SAVINGS** | The charge on a line item on which ClinicaLogic issued a warning message. |
| (24) **TYPE OF SAVINGS** | Indicates whether the savings were due to a disallow, warning message, warning message override or format change. |

Highly Confidential/Attorneys Eyes Only

TRZ 015013

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|

## ORIGINAL CLAIM INFORMATION FIELDS (25-32)

These fields only appear on the report when an edit automatically changes the format of a line item.

| | |
|---|---|
| (25) **FROM MMDD** | The FROM date of service for the line item as originally entered on the claim. |
| (26) **TO MMDD** | The TO date of service for the line item as originally entered on the claim. |
| (27) **TOS** | The type of service code for the line item as originally entered on the claim. |
| (28) **POS** | The place of service code for the line item as originally entered on the claim. |
| (29) **PROC** | The CPT/HCPCS code for a procedure as it was originally entered on the claim. |
| (30) **DESC** | The description of the line-item procedure. |
| (31) **CHARGES** | The total charges for the line item as they were originally entered. |
| (32) **SUGGESTED IP-ID** | The alternative CPT/HCPCS procedure code that ClinicaLogic suggested for the line item. |
| (33) **REASON** | The reason why ClinicaLogic suggested a different CPT/HCPCS procedure code for the code that was originally entered on the claim. |
| (34) **TOTAL CLAIMS WITH CLINICAL SUGGESTIONS** | The total number of claims on this report that ClinicaLogic edited. |
| (35) **TOTAL CHARGES FOR CLINICAL SUGGESTION CLAIMS** | The total charges as originally submitted for all claims on this report that ClinicaLogic edited. |
| (36) **SAVINGS BY CATEGORY** | The total savings achieved by ClinicaLogic during this reporting period according to each of the five procedure categories (surgery, anesthesiology, medicine, laboratory and radiology). |

Highly Confidential/Attorneys Eyes Only                          TRZ 015014

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (37) FORMAT CHANGE | The type of format change (i.e., Procedure Rebundling, Deleted Code, Unilateral to Bilateral and Single Billing) that occurred on line items within this procedure category along with the resulting savings. |
| (38) RULE CHANGE | The amount of savings within the procedure category that is due to rule switches on line items.  These rule switches result from the Secondary Procedure Edit. |
| (39) DISALLOW | The amount of savings within the procedure category that is due to disallows on line items. |
| (40) WARN/OVRD | The amount of savings within the procedure category that is due to overrides on charges for line items on which ClinicaLogic issued warnings. |
| (41) WARNING | The amount of potential savings within the procedure category that is due to warnings issued on line items. |
| (42) TOTAL DEFINED SAVINGS FOR ADJUDICATION EDITS | The total savings for all line items within this procedure category as a result of disallows and warning overrides on line items. |
| (43) TOTAL POTENTIAL SAVINGS FOR WARNING EDITS | The total potential savings for all line items within this procedure category as a result of warning messages. |
| (44) TOTAL COMBINED SAVINGS | The sum of the **TOTAL DEFINED SAVINGS FOR ADJUDICATION EDITS** and the **TOTAL POTENTIAL SAVINGS FOR WARNING EDITS**. |

**GRAND TOTALS FIELDS**

These fields represent the totals of all savings for all edits within all five categories

Highly Confidential/Attorneys Eyes Only

TRZ 015015

CF CLINICALOGIC 6.0                                                                              S20

# PROVIDER ACTIVITY REPORT

| Introduction | The Provider Activity Report (S20) provides a detailed listing of all edited claim line items as they apply to individual providers during a given reporting period. This report is a line item level report and is not intended to be used to calculate savings amounts or to balance against other claim level type reports. |
|---|---|
| | To generate Report S20, you must add a Report Parameter Record for Type *S20* with a Module Name of *C5XES200*. You must also add a Report Selection Record. |
| Valid sorts | When you set up your Report Parameter (RP) Record for Report S20, you may enter any of the following sort mnemonics in the **SORT PARAMETERS** Field: |

| CEAI | CERI | CEST | CLTY | COVG | DEPT | GRUP | LOCT | OPRT | OP16 |
|---|---|---|---|---|---|---|---|---|---|
| OP78 | OP90 | PCAT | PICC | PLAN | POPF | PRID | PRSP | SEID | SEPO |
| SITE | SVRL | TYPE | US20 | US26 | US29 | ZIPP* | | | |

**IMPORTANT:** Sorts *PRID* (Provider ID) and *CLID* (Claim ID) must both appear on the RP Record exactly as indicated in the sample on the next page. All other sorts are optional.

| Valid selects | When you set up your RS Record for Report S20, you may enter any of the following select mnemonics in the **SELECTION CRITERIA** Fields: |
|---|---|

| ACOV | BAPT | BCCV | BCPF | BEPT | CEAI | CEST | CERI | CLID | CLPP |
|---|---|---|---|---|---|---|---|---|---|
| CLPT | CLSC | EXID | IDID | IPDT | LADT | LOCT | MEID | MMIP | MMPD |
| OPRT | PADT | PAID | PCAT | PCID | PLAN | POPF | PRID | PRSP | RCDT |
| RDID | SEFM | SETO | SEID | SITE | STAT | TYPE | USF1 | USF2 | USF3 |
| US01 | US16 | US20 | US23 | US26 | US29 | US45 | US60 | US78 | US90 |
| YMIP | YMPD | YYIP | YYPD | ZIPP* | | | | | |

*Mnemonic ZIPP sorts and selects line items by *provider* zip code.

**NOTE:** Since Report S20 is a line-item level report, you must enter *H* in **MISC OPTS** Minifield 2 on the RS Record.

Highly Confidential/Attorneys Eyes Only                                          TRZ 015016

If you are running Report S20 on a monthly basis, it is recommended that you run a totals only version to reduce the size of the report. This can be done by entering *T* in **OPTIONS** Minifield 8 on the RP Record. The totals version of the report allows you to spot a provider who has a high incidence of edited claims. You can then run the detailed version of the report, selecting the Provider ID of the provider with many edited claims.

Highly Confidential/Attorneys Eyes Only

TRZ 015017

CF CLINICALOGIC 6.0                                                    S20

**Sample RP & RS
setup for Report
S20**

```
CI: ZP GROUP:              REPORT PARAMETER FILE

  FUNCTION: A   TYPE: S20 ENTRY SITE/REQUEST: 01 VERSION: 00

       SORT PARAMETERS: PRID CLID
       TITLE OVERRIDE:

    FORM OUTPUT NAME: CES10001        REPORT SITE: 01
        MODULE NAME: C5XES200            OPTIONS:
                              SUPPRESS PRINT:

    TOTAL BREAK LEVEL: 1
    PAGE BREAK LEVEL: 0

                        MNEM  COND  VALUE
       SELECTION CRITERIA:
              WILD CHAR:

  WINDOW ID:  WINDOW:
  CHECK DATA - HIT PF1 TO UPDATE
```

```
CI: ZP GROUP:              REPORT SELECTION FILE
                                    CLIENT   RECOMMENDED
  FUNCTION: R   TYPE: S20 REQUEST: 01          ID      OPTIONS
   DESC:     PROVIDER ACTIVITY REPORT          ZP
  REPORT SELECTION PARAMETERS -
   FREQUENCY: M  START DT: 010180 END DT: 123199 MISC OPTS: BH
                              COMBINED CLIENT:    WILD CHAR:
  RECORD SELECTION PARAMETERS -
  ITEM RL VALUE (GROUP #1)    ITEM RL VALUE (GROUP #2)   ITEM RL VALUE (GROUP #3)




   ITEM RL VALUE (GROUP #4)    ITEM RL VALUE (GROUP #5)   ITEM RL VALUE (GROUP #6)




  WINDOW ID:  WINDOW:
```

The entries on the RP and RS Records shown above will produce a report like
the one pictured on the following page.

Highly Confidential/Attorneys Eyes Only

TRZ 015018

S20

CF CLINICALOGIC 6.0

## Report Format:   **Provider Activity Report**
### Type: S20

```
CLAIMFACTS                                                                      PAGE NO.:     1
REPORT: S20-08-00                       PROVIDER ACTIVITY REPORT                 RUN DATE: 06/08/91
                                        PROVIDER 142447747

PROVIDER NAME                  PROVIDER ID            PROVIDER ZIP CODE
MIDLAND MEDICAL LABORATORIES   142447747              10019

   CLAIM # CPL000297 00    MEMBER NAME: JOHN WILLIAMS          MEMBER ID: 001001001  REL: M  PATIENT:
   FROM TO                                                                          SEX: M  AGE  041
   MMDD MMDDYY  TOS  POS  PROC/DESC  DIAG    CHARGE    ALLOW    EDIT TYPE                   EDIT REASON
   0501 050191  LAB       80003      250     106.00    106.00                              FORMAT CHANGE/REBUNDLE
                     AUTOMATED MULTICHANNEL TEST;3

       ORIGINAL CLAIM DATA


       FROM TO           ORIGINAL    SUGGESTED
       MMDD MMDDYY  TOS  POS  PROC/DESC  PROC        CHARGES    REASON
       0501 050191  LAB       82040      80003       32.00      REBUNDLE
                         ALBUMIN;SERUM

       0501 050191  LAB       82942      80003       31.00      REBUNDLE
                         GLOBULIN, SERUM

       0501 050191  LAB       82250      80003       43.00      REBUNDLE
                         BILIRUBIN;BLOOD, TOTAL OR DIRE
   CLAIM # CPL000298 00    MEMBER NAME: ROBERT NICHOLS         MEMBER ID: 002002002  REL: M  PATIENT:
   FROM TO                                                                          SEX: F  AGE  041
   MMDD MMDDYY  TOS  POS  PROC/DESC  DIAG    CHARGE    ALLOW    EDIT TYPE                   EDIT REASON
   0323 032391  LAB       83740      250     35.00     0.00     DISALLOW                    OVERLAPPING/REDUNDANT PROC
                     MAGNESIUM, BLOOD;FLUOROMETRIC
   CLAIM # CPL000299 00    MEMBER NAME: ROBERT DAVIS           MEMBER ID: 003003003- REL: M  PATIENT:
   FROM TO                                                                          SEX: F  AGE  625
   MMDD MMDDYY  TOS  POS  PROC/DESC  DIAG    CHARGE    ALLOW    EDIT TYPE                   EDIT REASON
   0412 041291  LAB       82947      250     30.00     0.00     DISALLOW                    SUBSET1 PROCEDURE
                     GLUCOSE;EXCEPT URINE (EG, BLOO

*GRAND TOTAL*
   TYPE OF EDIT            OCCURRENCES         CHARGES       ALLOW
   SUBSET1 PROCEDURE            1               30.00        0.00
   OVERLAPPING/REDUNDANT PRO    1               35.00        0.00
   REBUNDLE                     1              106.00      106.00

   GRAND TOTAL                  3              171.00      106.00
```

**Descriptions of the fields on Report S20 can be referenced on the following pages by their field numbers:**

(1)   PROVIDER NAME
(2)   PROVIDER ID
(3)   PROVIDER ZIP CODE
(4)   CLAIM #
(5)   MEMBER NAME
(6)   MEMBER ID
(7)   REL
(8)   PATIENT
(9)   SEX
(10)  AGE
(11)  FROM MMDD
(12)  TO MMDDYY

(13)  TOS
(14)  POS
(15)  PROC
(16)  DESC
(17)  DIAG
(18)  CHARGE
(19)  ALLOW
(20)  EDIT TYPE
ORIGINAL CLAIM DATA FIELDS (21-29)
(21)  FROM MMDD
(22)  TO MMDDYY
(23)  TOS

(24)  POS
(25)  ORIGINAL PROC
(26)  DESC
(27)  SUGGESTED PROC
(28)  CHARGE
(29)  REASON
GRAND TOTAL FIELDS (30-34)
(30)  TYPE OF EDIT
(31)  OCCURRENCES
(32)  CHARGES
(33)  ALLOW
(34)  GRAND TOTAL

Highly Confidential/Attorneys Eyes Only

TRZ 015019

CF CLINICALOGIC 6.0                                                                                    S20

## Field Descriptions:    Provider Activity Report

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (1) PROVIDER NAME | The name of the provider. |
| (2) PROVIDER ID | The twelve-character ID of the provider. |
| (3) PROVIDER ZIP CODE | The zip code for the provider. |
| (4) CLAIM # | The eleven-character claim number. |
| (5) MEMBER NAME | The name of the member. |
| (6) MEMBER ID | The nine-character member ID. |
| (7) REL | The one-character code identifying the patient's relationship to the member: <br><br> M = Member     W = Wife     D = Daughter <br> H = Husband     S = Son     O = Other |
| (8) PATIENT | The patient's name if the patient is not the member. |
| (9) SEX | The sex of the patient: <br><br> M = Male     F = Female |
| (10) AGE | The age of the patient. |
| (11) FROM MMDD | The *FROM* date of service for the line item as originally entered on the claim. |
| (12) TO MMDDYY | The *TO* date of service for the line item as originally entered on the claim. |
| (13) TOS | The type of service code for the line item as originally entered on the claim. |
| (14) POS | The place of service code for the line item as originally entered on the claim. |

NOVEMBER 1997                                                             REPORTS • PAGE 41

Highly Confidential/Attorneys Eyes Only                                        TRZ 015020

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (15) PROC | The CPT/HCPCS procedure code used in the adjudication of the line item. |
| (16) DESC | The description of the line item procedure. |
| (17) DIAG | The diagnosis code associated with the line item. |
| (18) CHARGE | The total charge for the line item. |
| (19) ALLOW | The allowed amount for the procedure, or the line item charge, whichever is the lesser. |
| (20) EDIT TYPE | The name of the clinical edit that occurred on this claim. |

**ORIGINAL CLAIM DATA** FIELDS (21-29)

These fields only appear on the report when an edit automatically changes the format of a line item.

| (21) FROM MMDD | The *FROM* date of service for the line item as originally entered on the claim. |
|---|---|
| (22) TO MMDDYY | The *TO* date of service for the line item as originally entered on the claim. |
| (23) TOS | The type of service code for the line item as originally entered on the claim. |
| (24) POS | The place of service code for the line item as originally entered on the claim. |
| (25) ORIGINAL PROC | The CPT/HCPCS code for a procedure as it was originally entered on the claim. |
| (26) DESC | The description for the original CPT/HCPCS procedure code. |
| (27) SUGGESTED PROC | The CPT/HCPCS procedure code that the system has used to replace the original CPT/HCPCS procedure code when either the Deleted Code Edit, Single Billing Edit, Unilateral to Bilateral Edit or Procedure Rebundling Edit took action on the line item. |
| (28) CHARGE | The charge for the line item as it was originally entered. |

Highly Confidential/Attorneys Eyes Only

TRZ 015021

CF CLINICALOGIC 6.0                                               S20

| (FIELD NUMBER) FIELD NAME SIZE TYPE | DESCRIPTION |
|---|---|
| (29) **REASON** | The reason for the clinical edit that occurred on this line item. |

**GRAND TOTAL** FIELDS (30-34)

| | |
|---|---|
| (30) **TYPE OF EDIT** | The names of all the clinical edits that occurred on claims for this provider. |
| (31) **OCCURRENCES** | The number of times this clinical edit occurred on claims listed for this provider. |
| (32) **CHARGES** | The total charges for claims on which this edit occurred. |
| (33) **ALLOW** | The total amount allowed on claims where this edit occurred. |
| (34) **GRAND TOTAL** | Holds the totals for the **OCCURRENCES, CHARGES** and **ALLOW** Fields. |

Highly Confidential/Attorneys Eyes Only                  TRZ 015022

S20

CF CLINICALOGIC 6.0

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 015023

## INTRODUCTION TO APPENDICES

**What does this section include?**

The APPENDICES section of this manual contains: sample letters that may be sent to providers and to patients informing them of ClinicaLogic's editing capabilities; information on rebundling and follow-up care procedures; the clinical messages that may be generated by ClinicaLogic and other useful information.

**Contents**

The following topics are discussed in this section:

Appendix A:  Sample Letters ........................................................................ 3

Appendix B:  Rebundling Logic .................................................................... 7

Appendix C:  Multichannel Rebundling Logic ............................................. 13

Appendix D:  Follow-Up Care Procedures .................................................. 15

Appendix E:  Explanation Maintenance Records ......................................... 17

Appendix F:  Same Day Procedure Tables .................................................. 25

Appendix G:  ClinicaLogic Edit Messages .................................................. 27

Appendix H:  Processing Control Maintenance Records .............................. 33

Appendix I:  HCPCS Codes By Service Categories ..................................... 37

Highly Confidential/Attorneys Eyes Only                                      TRZ 015024

INTRODUCTION                                                                    CF CLINICALOGIC 6.0

## INDEX TO APPENDICES

Clinical messages grouped by edit..........................27
EX Record
    CE Override........................................................24
    for Appropriateness of Anesth. Edit ................23
    for Assistant Surg. Edit.................................20
    for Cosmetic Proc. Edit .................................19
    for Follow-up Proc. Edit.................................21
    for Invalid Proc. Edit.....................................22
    for Overlapping Proc. Edit ............................21
    for Place of Service to Proc. Edit ..................20
    for Same Day Proc. Edit................................22
    for Secondary Proc. Edit...............................18
    for Sex to Proc Edit .......................................19
    for Subset 1 Proc. Edit..................................17
    for Subset 2 Proc Edit...................................18
    for Subset Proc Edit......................................23
Explanation Records, examples of...........................17
Follow-up care edit.................................................15
Follow-up Care Edit, services subject to ...............15
Follow-up period, difficulty defining......................16
HCPCS codes by service categories .......................37
Lab tests that can be rebundled...............................13
Letters
    sample to patients ...........................................5
    sample to providers..........................................3
Multichannel rebundling..........................................13
PC Records for CE and AN ....................................33
Rebundling
    example of .........................................................9
    lab tests with a -26 modifier ............................14
    laboratory procedures ....................................13
    understanding the process...............................7
Rebundling logic......................................................7
Same day procedure tables .....................................25
Sample letter to patients...........................................5
Sample letter to providers ........................................3
Service subject to Follow-up Care Edit .................15

Highly Confidential/Attorneys Eyes Only                               TRZ 015025

# APPENDIX A:  SAMPLE LETTERS

**Sample letter to providers**

Below is a sample letter that you may want to send to your providers to inform them of some of the issues related to billing practices and cost containment procedures.

---

DEAR [NAME]:

AS A LARGE ADMINISTRATOR OF HEALTH BENEFITS, WE ROUTINELY REVIEW EACH CLAIM PRIOR TO DETERMINING OUR PAYMENT.  WE CONSIDER SEVERAL FACTORS WHEN PAYING A CLAIM, INCLUDING SERVICES COVERED UNDER THE POLICY OF MEDICAL INSURANCE, REASONABLE AND CUSTOMARY FEES FOR EACH COMMUNITY, MEDICAL NECESSITY OF THE SERVICES RENDERED AND SO ON.

CURRENT PROCEDURAL TERMINOLOGY (CPT) HAS BEEN, AND REMAINS, THE PRIMARY "LANGUAGE" OF THE HEALTH CARE INDUSTRY.  PROVIDERS AND PAYORS ALIKE USE CPT CODES TO DEFINE AND PAY FOR SERVICES RENDERED.  IN RECENT YEARS, THE MANNER IN WHICH THESE CODES ARE USED HAS VARIED FROM PHYSICIAN TO PHYSICIAN, AND COMMUNITY TO COMMUNITY.  IN MOST CASES, THIS IS DUE TO DIFFERENCES IN THE INTERPRETATION OF CPT CODES.  UNFORTUNATELY, THESE DIFFERENCES MAY RESULT IN INEQUITABLE PAYMENTS TO PHYSICIANS.

IN RESPONSE TO THIS, WE ARE BEGINNING TO USE A MEDICAL DATABASE, CLINICALOGIC, TO HELP ENSURE THAT ALL PAYMENT DECISIONS ARE MADE IN A FAIR AND CONSISTENT MANNER.  THIS DATABASE WILL CONTAIN RULES FOR CPT AND HCPCS CODES AND WILL ASSIST US IN IDENTIFYING INCORRECT CODING AND/OR CODES FOR SERVICES WHICH ARE NOT COVERED UNDER OUR INSURANCE POLICIES.  EXAMPLES OF THESE BILLING PROBLEMS INCLUDE THE FOLLOWING:

1.  USE OF CODES THAT HAVE BEEN DELETED FROM THE CPT/HCPCS NOMENCLATURE.

2.  DIAGNOSES THAT DO NOT MATCH THE SERVICES RENDERED.

3.  UNBUNDLING OR "A LA CARTE" BILLING OF ALL TYPES OF SERVICES, INCLUDING ANESTHESIA SERVICES

4.  SURGICAL PROCEDURES THAT ARE INCONSISTENT WITH THE AGE AND/OR SEX OF THE PATIENT.

5.  PROCEDURES THAT ARE "SECONDARY" TO THE PRINCIPAL SURGERY PERFORMED.

6.  PROCEDURES THAT ARE DEFINED UNDER A POLICY OF INSURANCE AS EXPERIMENTAL OR OUTDATED AND, THEREFORE, ARE NOT REIMBURSABLE.

7.  OUTPATIENT PROCEDURES THAT ARE PERFORMED ON AN INPATIENT BASIS.

8.  ANESTHESIA SERVICES THAT ARE NOT APPLICABLE TO A SPECIFIC SURGICAL PROCEDURE.

PAGE 1

---

Highly Confidential/Attorneys Eyes Only TRZ 015026