# EXHIBIT 27

# (PART 10)

> THIS KIND OF REVIEW HAS BEEN USED FOR SEVERAL YEARS, AND IN THIS SENSE, WE ARE CONTINUING OUR PAST PRACTICES. THE USE OF THE CLINICALOGIC DATABASE WILL PROVIDE ADDED ASSURANCE THAT OUR PAYMENT DECISIONS ARE CONSISTENT AND EQUITABLE.
>
> WE HAVE REVIEWED A LARGE AMOUNT OF HISTORICAL CLAIMS DATA USING CLINICALOGIC, AND HAVE DETERMINED THAT MOST OF THESE CLAIMS WOULD NOT BE AFFECTED IN THE MAJORITY OF CASES. WE HAVE, HOWEVER, DETERMINED THAT THERE IS A SMALL PERCENTAGE OF PHYSICIANS WHOSE BILLING PRACTICES FALL OUTSIDE OF GENERALLY ACCEPTED NORMS.
>
> AS ALWAYS, WE WILL MAKE EVERY EFFORT TO DETERMINE OUR PAYMENTS IN A FAIR AND ACCURATE MANNER, KEEPING IN MIND THAT THERE MAY SOMETIMES EXIST SPECIAL CIRCUMSTANCES OF WHICH WE ARE UNAWARE. IF THIS HAPPENS, OR IF YOU FEEL THAT WE HAVE MADE AN ERROR IN OUR PAYMENT DETERMINATION, WE ENCOURAGE YOU TO CONTACT ONE OF OUR CUSTOMER SERVICE REPRESENTATIVES AT [PHONE NUMBER].
>
> SINCERELY,
>
> [NAME]

Highly Confidential/Attorneys Eyes Only                                       TRZ 015027

| | |
|---|---|
| **Sample letter to patients** | Below is a sample letter to patients explaining adjudication decisions made by ClinicaLogic. A standard introduction and conclusion for such letters are provided below as well as sample explanations for many of the billing problems detected by ClinicaLogic. |

```
DEAR [NAME]:

PRIOR TO DETERMINING OUR PAYMENT FOR MEDICAL SERVICES, WE THOROUGHLY REVIEW EACH
CLAIM YOU SUBMIT TO US. WE USE SEVERAL METHODS IN PERFORMING THIS REVIEW TO
ENSURE THAT OUR PAYMENT DECISION IS FAIR AND ACCURATE. ONE SUCH METHOD ANALYZES
THE CPT/HCPCS CODES APPEARING ON EACH CLAIM. CPT CODES WERE DEVELOPED BY THE
AMERICAN MEDICAL ASSOCIATION, AND ARE USED BY PHYSICIANS TO BILL FOR THEIR
SERVICES. HCPCS CODES WERE DEVELOPED BY THE HEALTH CARE FINANCING
ADMINISTRATION.

EACH SERVICE ON THE CLAIM IS DENOTED BY A CPT/HCPCS CODE. WE CHECK THESE CODES
AGAINST CONVENTIONAL MEDICAL GUIDELINES. WE ANALYZE ISSUES SUCH AS THE
RELATIONSHIP BETWEEN EACH SERVICE RENDERED AND THE APPROPRIATENESS OF THE
CPT/HCPCS CODES THAT PHYSICIANS HAVE USED TO BILL FOR EACH SERVICE. BASED ON
THIS REVIEW, OUR PAYMENT WAS ADJUSTED FOR THE REASON(S) DESCRIBED BELOW.

[INSERT APPROPRIATE PARAGRAPH(S)]

REBUNDLING/BILATERAL PROCEDURES

TWO OR MORE OF THE PROCEDURES ON YOUR CLAIM SHOULD HAVE BEEN BILLED USING A
SINGLE, AND DIFFERENT, CPT/HCPCS PROCEDURE CODE. YOU MAY OR MAY NOT BE
RESPONSIBLE FOR THE UNPAID AMOUNT; IF IN DOUBT, PLEASE CONTACT OUR OFFICE.

DELETED CODE(S)

ONE OR MORE OF THE PROCEDURES ON YOUR CLAIM WAS BILLED USING CPT/HCPCS CODES
THAT ARE NO LONGER IN USE. WE HAVE PAID THIS CLAIM USING THE UPDATED CPT/HCPCS
CODE(S) THAT WE BELIEVE MOST CLOSELY REFLECTS THE ACTUAL SERVICES RENDERED.

SUBSET PROCEDURES/INCIDENTAL PROCEDURES

ONE OR MORE OF THE PROCEDURES ON YOUR CLAIM IS PART OF THE PRIMARY BILLED
PROCEDURE, OR IS MINOR IN NATURE, AND NORMALLY INCLUDED AS PART OF THE COST OF
THE PRIMARY OR MAIN PROCEDURE. OUR PAYMENT FOR THESE INCIDENTAL SERVICES,
THEREFORE, IS INCLUDED IN THE PAYMENT FOR THE PRIMARY PROCEDURE. YOU MAY NOT BE
RESPONSIBLE FOR THE UNPAID AMOUNT; IF IN DOUBT, PLEASE CONTACT OUR OFFICE.

PROFESSIONAL SERVICES BILLED ON THE SAME DAY AS SURGERY

ONE OR MORE OF THE PROFESSIONAL SERVICES APPEARING ON YOUR CLAIM IS CUSTOMARILY
INCLUDED IN THE COST OF THE PRIMARY BILLED PROCEDURE. THEREFORE, OUR PAYMENT
FOR THESE SERVICES IS INCLUDED IN THE PAYMENT FOR THE PRIMARY PROCEDURE. YOU
MAY NOT BE RESPONSIBLE FOR THE AMOUNT THAT WAS NOT PAID; IF IN DOUBT, PLEASE
CONTACT OUR OFFICE.

SECONDARY PROCEDURES

WHEN MORE THAN ONE SURGICAL PROCEDURE IS DONE AT THE SAME TIME, THE PRINCIPAL
("PRIMARY") PROCEDURE IS PAID AS A NORMAL COVERED EXPENSE, AND ANCILLARY
("SECONDARY") PROCEDURES ARE PAID AT 50%. ONE OR MORE OF THE PROCEDURES ON YOUR
CLAIM IS A SECONDARY PROCEDURE; THEREFORE, OUR PAYMENT IS LESS THAN THE FULL
AMOUNT BILLED. YOU MAY NOT BE RESPONSIBLE FOR THE UNPAID AMOUNT; IF IN DOUBT,
PLEASE CONTACT OUR OFFICE.

                                          PAGE 1
```

*Continued...*

Highly Confidential/Attorneys Eyes Only                                              TRZ 015028

### OVERLAPPING/REDUNDANT PROCEDURES

ONE OR MORE OF THE SERVICES APPEARING ON YOUR CLAIM REPRESENTS A SERVICE THAT IS REDUNDANT TO THE PRIMARY PROCEDURE, OR CONFLICTS WITH THE NATURE OF THE PRIMARY PROCEDURE. AT THIS TIME, WE ARE LIMITING OUR REIMBURSEMENT TO SERVICES RENDERED IN CONNECTION WITH THE PRIMARY PROCEDURE. YOU MAY NOT BE RESPONSIBLE FOR THE AMOUNT THAT WAS NOT PAID; IF IN DOUBT, PLEASE CONTACT OUR OFFICE.

### AGE/SEX DISCREPANCY

THE PATIENT'S AGE OR SEX IS INCONSISTENT WITH THE PROCEDURES PERFORMED.

### EXPERIMENTAL PROCEDURE(S)

ONE OR MORE OF THE PROCEDURES ON YOUR CLAIM WAS FOR A SERVICE THAT IS CONSIDERED EXPERIMENTAL IN CERTAIN SITUATIONS. YOUR POLICY DOES NOT COVER EXPERIMENTAL TREATMENT.

### OUTDATED PROCEDURE(S)

ONE OR MORE OF THE PROCEDURES ON YOUR CLAIM WAS FOR A SERVICE THAT IS CONSIDERED MEDICALLY OUTDATED IN MOST SITUATIONS. YOUR POLICY DOES NOT COVER OUTDATED MEDICAL PROCEDURES.

### ASSISTANT SURGEON

THIS CLAIM IS FOR THE SERVICES OF AN ASSISTANT SURGEON. AN ASSISTANT SURGEON IS NORMALLY NOT REQUIRED FOR THE SURGICAL PROCEDURE LISTED ON THE CLAIM, AND YOUR POLICY DOES NOT COVER SUCH EXPENSES.

### PLACE OF SERVICE

ONE OR MORE OF THE PROCEDURES APPEARING ON YOUR CLAIM WAS PERFORMED WHILE YOU WERE HOSPITALIZED AS AN INPATIENT. HOWEVER, THESE SURGICAL PROCEDURES ARE NORMALLY PERFORMED ON AN OUTPATIENT BASIS. UNDER YOUR POLICY, WE DO NOT REIMBURSE FOR OUTPATIENT SURGERY THAT IS PERFORMED ON AN INPATIENT BASIS.

### INAPPROPRIATENESS OF ANESTHESIA SERVICES

ONE OR MORE OF THE SURGICAL CODES APPEARING ON THE ANESTHESIA BILL ARE FOR SERVICES THAT RARELY REQUIRE ANESTHESIA OR THE SURGERY ITSELF INCLUDES THE ANESTHESIA.

WE HAVE MADE EVERY EFFORT TO DETERMINE OUR PAYMENT IN A FAIR AND ACCURATE MANNER, BUT WE ALSO UNDERSTAND THAT THERE MAY BE SPECIAL CIRCUMSTANCES OF WHICH WE ARE UNAWARE. IF YOU OR YOUR PHYSICIAN HAVE FURTHER INFORMATION THAT WOULD AFFECT OUR PAYMENT DECISION, OR YOU BELIEVE THAT OUR PAYMENT IS IN ERROR, WE ENCOURAGE YOU TO CONTACT ONE OF OUR CUSTOMER SERVICE REPRESENTATIVES AT [PHONE NUMBER].

SINCERELY,

[NAME]

Highly Confidential/Attorneys Eyes Only                                      TRZ 015029

## APPENDIX B: REBUNDLING LOGIC

Rebundling occurs when the Procedure Rebundling Edit automatically condenses two or more line items with CPT/HCPCS procedure codes into a single line item with one comprehensive CPT/HCPCS procedure code. Adjudication is then based on this comprehensive CPT/HCPCS procedure code. This edit prevents the potential inflation of the total charge on a claim that may result when a provider itemizes procedures that *are not* to be separately billed.

To understand the process of rebundling, three fields on the ClaimFacts Clinical Edits Maintenance (CE) Record must be explained. The **PROCEDURE CODE** Field on this record holds a CPT/HCPCS procedure code that is commonly referred to as the *listed procedure*. The remaining fields on the record, for the most part, contain clinical rules for the listed procedure. The **PRIN PROC** Field holds the CPT/HCPCS procedure code of the *principal unbundled procedure*. The **SUBSET I PROCEDURE CODES** Field holds CPT/HCPCS procedure codes of other procedures that could potentially be unbundled by the provider.

When you enter a claim segment in ClaimFacts that contains the principal procedure and any of the subset procedures on the CE Record for a listed procedure, the Procedure Rebundling Edit (provided it is activated) rebundles the line items into one with the listed procedure as the CPT/HCPCS procedure code. *The listed procedure does not have to be present on the claim for this to occur.*

As shown on the following pages, when ClaimFacts ClinicaLogic uses the following CE Record in the adjudication of a claim with a line item charge for procedure 47610 (cholecystectomy with exploration of common duct), and a line item charge for procedure 47460 (transduodenal sphincterotomy/plasty), the Procedure Rebundling Edit automatically condenses both line items into one. The single, comprehensive code on the rebundled line item is 47620, which is the listed procedure for cholecystectomy with common duct exploration and transduodenal sphincterotomy/plasty.

Highly Confidential/Attorneys Eyes Only                                    TRZ 015030

APPENDIX B                                                      CF CLINICALOGIC 6.0

**Sample CE Record for procedure 47620**

```
CI: BP                    CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B    PFX: CA    PROCEDURE CODE: 47620         GEN: 0
     EFFECTIVE DATE: 010195    LIMIT DATE: 123199    OPTIONS:
DESC: CHOLECYSTECTOMY W/CD EXPL & TRANSDUODENAL SPHINCTEROTOMY/PLASTY
REBUNDLE CODES:
                                             ANES: Y    ASA CODE: 00790
PRIN PROC: 47610    MULT PROC:      SING BILL REPL:       FOLLOW-UP: 045
SEX: B POS: I ASST SUR: Y COSMETIC: N INVEST: N OUTDATE: N CS MG N INVALID:
INFO:    REVIEW:    ISSUE:   AGES-NOR MN: 20 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:
                                              SAME DAY EDIT TABLE: A
                       **SUBSET 1 PROCEDURE CODES**
47460


                       **SUBSET 2 PROCEDURE CODES**
12031   12032   12034   12035   12036   12037   13100   13101   13300
38500   44005   44300   44680   44850   44950   44955   47100   47420
47480   47600   47605   47610   47612   49000   49255   58740   74300




WINDOW ID:    WINDOW:
```

On this sample display, the **PROCEDURE CODE** Field contains the listed procedure code 47620 for a cholecystectomy with common duct exploration and transduodenal sphincterotomy/plasty. The **PRIN PROC** Field holds the principal unbundled procedure code 47610, which represents cholecystectomy with exploration of common duct. The **SUBSET 1 PROCEDURE CODES** Field holds a subset procedure code of 47460, which represents transduodenal sphincterotomy/plasty only.

Highly Confidential/Attorneys Eyes Only                              TRZ 015031

CF CLINICALOGIC 6.0                                                          APPENDIX B

**Sample adjudication with Procedure Rebundling Edit - Screen 1**

```
CI: BP                  "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 100111111 00 MEMBER: 111222333 PAT: M      TOTAL: 0000000 RECD: 050295
DIAG: 574          AC1:            AC2:           ID/A:
  YR: 95 COB/AMT:       USF1:          USF2:          EXPL:
PAN1:             PAN2:             PAN3:
DT CUR ILL:       DT SIM ILL:       HOSP DTS:
  GEORGE WILLIAMS           01/01/30 F 1420 BOULEVARD EAST       CP
M GEORGE WILLIAMS           01/01/30 F
  CHOLELITHIASIS




SVC DATES P  TOS PROC  D CHARGES CTR PAY  PROVIDER    ID/AMT    CD    A P
0422 0422 I  SUR 47610 1 0495000          001001001
0422 0422 I  SUR 47460 1 0607500          001001001




MEMO:
WINDOW ID:   WINDOW:
```

This screen shows a claim for a cholecystectomy with exploration of common duct (47610) and a transduodenal sphincterotomy/plasty (47460) as originally submitted by the patient.

Highly Confidential/Attorneys Eyes Only                              TRZ 015032

APPENDIX B                                                              CF CLINICALOGIC 6.0

**Sample adjudication with Procedure Rebundling Edit - Screen 2**

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 100111111 00 MEMBER: 111222333 PAT: M      TOTAL: 1102500 RECD: 050295
  EDIT PERFORMED GO TO N DISPLAY
  BASIC    MAJOR    DED     COP    DIS    EXPL
  INPATIENT SURGERY                REMOVAL GALL BLADDER
    0.00  5775.00   0.00    0.00 5250.00 P1 CHG IS > AMOUNT ALLOWED    5775.00
    0.00  5775.00   0.00    0.00 5250.00    TOTAL                      5775.00




  SVC DATES P  TOS PROC   D CHARGES CTR  PAY  PROVIDER    ID/AMT     CD    A P
  0422 0422 I  SUR 47620  1 1102500           001001001




MEMO:
WINDOW ID: Y  WINDOW:
END OF DATA
```

The *Y* display shows that when ClaimFacts ClinicaLogic adjudicates the claim, the Procedure Rebundling Edit rebundles the two originally submitted line items into one with a single, comprehensive CPT/HCPCS procedure code of 47620, which represents a cholecystectomy with common duct exploration and transduodenal sphincterotomy/plasty.

Highly Confidential/Attorneys Eyes Only                                 TRZ 015033

**Sample adjudication with Procedure Rebundling Edit - Screen 3**

```
CI: BP                "CLAIMFACTS" MEDICAL PROCESSING
CL ID: 100111111 00 MEMBER: 111222333 PAT: M     TOTAL: 1102500 RECD: 050295
WHEN PERFORMED ON THE SAME LESION OR SITE, THE PROCEDURES LISTED BELOW ARE
CONSIDERED PART OF A MORE COMPREHENSIVE PROCEDURE AND BILLED USING CODE
47620  . IF IN DOUBT, HAVE A PHYSICIAN REVIEW CLAIM.
    47610        47460




SVC DATES P  TOS PROC   D CHARGES CTR PAY  PROVIDER    ID/AMT     CD    A P
0422 0422 I  SUR 47620  1 1102500          001001001




MEMO:
WINDOW ID:   WINDOW:
END OF MESSAGES
```

The *N* display shows the complete clinical explanation for the Procedure Rebundling Edit.

Highly Confidential/Attorneys Eyes Only

TRZ 015035

## APPENDIX C: MULTICHANNEL REBUNDLING LOGIC

When the Procedure Rebundling Edit is activated for laboratory procedures, the rebundling process works the same way it is described in Appendix B *except* when multichannel tests are rebundled. Multichannel tests are not rebundled according to rules on CE Records, but according to internal tables that are hard coded in the system. The following CPT procedure codes represent all the individual laboratory tests that can be involved in multichannel rebundling.

| | | | | | |
|---|---|---|---|---|---|
| 82040 | 82374 | 82942 | 84100 | 84295 | 84465 |
| 82250 | 82435 | 82947 | 84132 | 84450 | 84520 |
| 82251 | 82465 | 83615 | 84155 | 84455 | 84550 |
| 82310 | 82565 | 84075 | 84170 | 84460 | |

The Procedure Rebundling Edit rebundles in the following manner any combinations of these tests that are entered separately on a claim segment.

| If the number of tests entered is: | Then they rebundle to a comprehensive CPT code of: |
|---|---|
| 2 | 80002 |
| 3 | 80003 |
| 4 | 80004 |
| 5 | 80005 |
| 6 | 80006 |
| 7 | 80007 |
| 8 | 80008 |
| 9 | 80009 |
| 10 | 80010 |
| 11 | 80011 |
| 12 | 80012 |
| 13-16 | 80016 |
| 17-18 | 80018 |
| 19 | 80019 |

In addition, when two or more of the above comprehensive CPT procedure codes for multichannel procedures are entered to ClaimFacts on the same claim segment, the Procedure Rebundling Edit rebundles them into the next highest comprehensive CPT procedure code, which is the code whose total number of tests equals that of the other comprehensive CPT procedure codes combined. For example, code 80004, which represents four tests, and code 80005, which represents five tests, both rebundle into code 80009, which represents a total of nine tests performed.

Highly Confidential/Attorneys Eyes Only                                          TRZ 015036

> **NOTE:** There is no difference in the way that ClinicaLogic rebundles the codes listed above when they are entered on the CP Screen with a -26 modifier. When the system detects line items on a claim that contain these codes with a -26 modifier, ClinicaLogic rebundles them to the appropriate comprehensive CPT procedure code with a -26 modifier.

# APPENDIX D: FOLLOW-UP CARE PROCEDURES

The Follow-up Care Edit detects medical services on a claim that should not be billed because they are part of the follow-up care associated with a surgical procedure. The services subject to the Follow-up Care Edit are not listed on the ClaimFacts Clinical Edits Maintenance (CE) Records for surgeries, but are contained within a "free-standing" copybook, affording you flexibility in implementing these criteria as well as ease of maintenance for customized changes. To customize the copybook, report procedure codes that you want added to it or deleted from it to your information systems personnel. This copybook includes the following ranges of CPT procedure codes:

| Codes | Types of service |
|---|---|
| 90000 thru 90170 | Office and Home Medical Services |
| 90200 thru 90220 | Initial Hospital Services |
| 90240 thru 90280 | Subsequent Hospital Services |
| 90292 thru 90470 | Facility Medical Services |
| 90640 thru 90643 | Medical Consultations |
| 90699 thru 90699 | Unlisted Medical Services |
| 92012 thru 92014 | Ophthalmology Services |
| 99013 thru 99024 | Special Services and Reports |
| 99171 thru 99174 | Critical Care Services |
| 99201 thru 99205 | Outpatient Services - New Patient |
| 99211 thru 99215 | Outpatient Services - Established Patient |
| 99221 thru 99223 | Initial Hospital Services |
| 99231 thru 99233 | Subsequent Hospital Care |
| 99381 thru 99387 | Preventive Medicine Services - New Patient |
| 99391 thru 99397 | Preventive Medicine Services - Established Patient |
| 99401 thru 99404 | Preventive Medicine Services - Individual Counseling |
| 99411 thru 99412 | Preventive Medicine Services - Group Counseling |
| 99420 | Other Preventive Medicine Services |
| 99238 thru 99239 | Discharge Management |
| 99241 thru 99245 | Office Consultations |
| 99261 thru 99263 | Follow-up Inpatient Consultations |
| 99301 thru 99303 | Nursing Facility Care |
| 99311 thru 99313 | Subsequent Nursing Facility Care |
| 99321 thru 99323 | Rest Home Users - New Patient |
| 99331 thru 99333 | Rest Home Users - Established Patient |
| 99341 thru 99343 | Home Visit - New Patient |
| 99351 thru 99353 | Home Visit - Established Patient |
| 99371 thru 99373 | Phone Consultations |
| M0101 | Other Medical Services |

Highly Confidential/Attorneys Eyes Only                                                        TRZ 015038

When ClaimFacts ClinicaLogic encounters a claim where one of these procedures was performed within the follow-up period defined on the CE Record for a surgery, a warning message displays on the adjudication display. The *N* display indicates that the procedure has been rendered in the normal follow-up period, and is included in the R & C allowance for the surgery. The processor then needs to investigate the claim to determine whether the service should be paid.

The follow-up period for certain surgical procedures, however, cannot be precisely defined due to one of the following reasons:

1. The surgery is an unlisted procedure (usually a CPT procedure code ending in 99).

2. The surgery is relatively new and/or rarely performed, and clinical protocols are not well defined.

3. The nature of the surgery is highly variable, depending on the clinical diagnosis and/or other factors.

Surgical procedures that fall into any one of these three categories have been coded with *999* on their respective CE Records. If a follow-up medical service is rendered within 90 days of one of these types of surgeries, the system displays a message advising that follow-up days cannot be established for the procedure, and that the claim may need review.

Highly Confidential/Attorneys Eyes Only                                    TRZ 015039

## APPENDIX E: EXPLANATION MAINTENANCE RECORDS

When you set the disallow option for a clinical edit on the Clinical Edits Administrative Rules (EA) Record, you may also want to add a corresponding Explanation Maintenance (EX) Record. Below is a sample EX Record for each clinical edit that can disallow a line item on a claim. Each EX Record contains a disallow code and a message that explains why a particular clinical edit disallowed a line item charge. This message displays on the adjudication display and prints on the EOB.

**Sample EX Record for Subset 1 Procedure Edit**

```
CI: ZP GROUP:                  EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:         EXPLANATION ID: U02            LANGUAGE:

    EXPL TYPE:
       STATUS:
      OPTIONS:
SHORT MESSAGE: SUBSET 1 PROCEDURE EDIT

           ----- LONG MESSAGE -----
LINE 1:  THE CHARGES FOR THIS PROCEDURE HAVE BEEN CONSIDERED AS PART OF THE
LINE 2:  PRIMARY PROCEDURE.




EDI CODES:
277 CODES:




WINDOW ID:   WINDOW:
```

Highly Confidential/Attorneys Eyes Only                              TRZ 015040

**Sample EX Record for Subset 2 Procedure Edit**

```
CI: ZP GROUP:              EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:        EXPLANATION ID: U03        LANGUAGE:

    EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: SUBSET 2 PROCEDURE EDIT

            ----- LONG MESSAGE -----
LINE 1:  THE CHARGES BILLED FOR THIS PROCEDURE HAVE BEEN CONSIDERED AS PART
LINE 2:  OF THE PRIMARY PROCEDURE.




EDI CODES:
277 CODES:





WINDOW ID:    WINDOW:
```

**Sample EX Record for Secondary Procedure Edit**

```
CI: ZP GROUP:              EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:        EXPLANATION ID: U04        LANGUAGE:

    EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: SECONDARY PROCEDURE EDIT

            ----- LONG MESSAGE -----
LINE 1:  CHARGES IN EXCESS OF THE REASONABLE AND CUSTOMARY AMOUNT ARE NOT
LINE 2:  COVERED UNDER YOUR PLAN.




EDI CODES:
277 CODES:





WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only                     TRZ 015041

**Sample EX Record for Sex to Procedure Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

FUNCTION: A     TYPE:         EXPLANATION ID: U05         LANGUAGE:

    EXPL TYPE:
       STATUS:
      OPTIONS:
SHORT MESSAGE: PROC NOT VALID FOR SEX

           ----- LONG MESSAGE -----
LINE 1:  THE SERVICES RENDERED FOR THIS PROCEDURE ARE NOT MEDICALLY
LINE 2:  INDICATED AS APPROPRIATE FOR THIS PATIENT.




EDI CODES:
277 CODES:




WINDOW ID:    WINDOW:
```

**Sample EX Record for Cosmetic Procedure Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

FUNCTION: A     TYPE:         EXPLANATION ID: U13         LANGUAGE:

    EXPL TYPE:
       STATUS:
      OPTIONS:
SHORT MESSAGE: POSSIBLE COSMETIC PROCEDURE

           ----- LONG MESSAGE -----
LINE 1:  THE SERVICES RENDERED APPEAR TO BE COSMETIC IN NATURE AND NOT
LINE 2:  COVERED UNDER THE TERMS OF YOUR PLAN.




EDI CODES:
277 CODES:




WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only                         TRZ 015042

**Sample EX Record for Place of Service to Procedure Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:           EXPLANATION ID: U14          LANGUAGE:

   EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: PLACE OF SERVICE INCONSISTENT WITH PROC

             ----- LONG MESSAGE -----
LINE 1:  THIS PROCEDURE IS ONLY COVERED WHEN PERFORMED ON AN OUTPATIENT
LINE 2:  BASIS.




EDI CODES:
277 CODES:




WINDOW ID:    WINDOW:
RECORD SUCCESSFULLY ADDED
```

**Sample EX Record for Assistant Surgery Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:           EXPLANATION ID: U15          LANGUAGE:

   EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: ASSISTANT SURGEON DISALLOW

             ----- LONG MESSAGE -----
LINE 1:  THE NATURE OF THIS SURGICAL PROCEDURE DOES NOT NORMALLY REQUIRE THE
LINE 2:  SERVICES OF AN ASSISTANT SURGEON.




EDI CODES:
277 CODES:




WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only                                     TRZ 015043

**Sample EX Record for Follow-up Procedure Edit**

```
CI: ZP GROUP:                EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:         EXPLANATION ID: U22         LANGUAGE:

     EXPL TYPE:
       STATUS:
      OPTIONS:
SHORT MESSAGE: FOLLOW-UP PROCEDURE EDIT

           ----- LONG MESSAGE -----
LINE 1:  THIS SERVICE IS NORMALLY INCLUDED IN THE COST OF THE SURGICAL
LINE 2:  PROCEDURE.




EDI CODES:
277 CODES:




WINDOW ID:   WINDOW:
```

**Sample EX Record for Overlapping Procedure Edit**

```
CI: ZP GROUP:                EXPLANATION MAINTENANCE

FUNCTION: A      TYPE:         EXPLANATION ID: U23         LANGUAGE:

     EXPL TYPE:
       STATUS:
      OPTIONS:
SHORT MESSAGE: OVERLAPPING/REDUNDANT PROCEDURE

           ----- LONG MESSAGE -----
LINE 1:  THIS PROCEDURE IS NORMALLY INCLUDED IN THE COST OF THE PRIMARY
LINE 2:  PROCEDURE.




EDI CODES:
277 CODES:




WINDOW ID:   WINDOW:
```

Highly Confidential/Attorneys Eyes Only                              TRZ 015044

APPENDIX E                                                                    CF CLINICALOGIC 6.0

**Sample EX Record for Same Day Procedure Edit**

```
CI: ZP GROUP:                EXPLANATION MAINTENANCE

FUNCTION: A     TYPE:         EXPLANATION ID: U24      LANGUAGE:

    EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: SAME DAY PROCEDURE EDIT

              ----- LONG MESSAGE -----
LINE 1:  THIS PROCEDURE IS NORMALLY INCLUDED IN THE COST OF THE PRIMARY
LINE 2:  PROCEDURE WHEN PERFORMED ON THE SAME DAY.




EDI CODES:
277 CODES:




WINDOW ID:   WINDOW:
```

**Sample EX Record for Invalid Procedure Edit**

```
CI: ZP GROUP:                EXPLANATION MAINTENANCE

FUNCTION: A     TYPE:         EXPLANATION ID: U25      LANGUAGE:

    EXPL TYPE:
      STATUS:
     OPTIONS:
SHORT MESSAGE: INVALID PROCEDURE DISALLOW

              ----- LONG MESSAGE -----
LINE 1:  X
LINE 2:



EDI CODES:
277 CODES:




WINDOW ID:   WINDOW:
```

Highly Confidential/Attorneys Eyes Only                                        TRZ 015045