# EXHIBIT 27

# (PART 11)

**Sample EX Record for Subset Procedure Edit when the *C* option is set**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

   FUNCTION: A        TYPE:          EXPLANATION ID: U31           LANGUAGE:

         EXPL TYPE:
           STATUS:
          OPTIONS:
   SHORT MESSAGE: CHARGES COMBINED WITH PRIMARY PROCEDURE


              ----- LONG MESSAGE -----
   LINE 1:  THE CHARGES FOR THIS PROCEDURE HAVE BEEN COMBINED WITH THOSE OF THE
   LINE 2:  PRIMARY PROCEDURE.




   EDI CODES:
   277 CODES:




   WINDOW ID:   WINDOW:
```

**Sample EX Record for Appropriateness of Anesthesia Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

   FUNCTION: A        TYPE:          EXPLANATION ID: UD1           LANGUAGE:

         EXPL TYPE:
           STATUS:
          OPTIONS:
   SHORT MESSAGE: ANESTHESIA IS NOT APPLICABLE

              ----- LONG MESSAGE -----
   LINE 1:  ANESTHESIA IS NOT APPLICABLE FOR THIS PROCEDURE
   LINE 2:




   EDI CODES:
   277 CODES:




   WINDOW ID:   WINDOW:
```

Highly Confidential/Attorneys Eyes Only

TRZ 015046

APPENDIX E

CF CLINICALOGIC 6.0

**Sample EX Record for CE override code that is used with the Deleted Code Edit**

```
CI: ZP GROUP:                    EXPLANATION MAINTENANCE

  FUNCTION: A       TYPE:          EXPLANATION ID: UDE        LANGUAGE:

     EXPL TYPE:
       STATUS: SP
      OPTIONS:
SHORT MESSAGE: PROCESSOR SELECTED CPT PROCEDURE CODE


            ----- LONG MESSAGE -----
  LINE 1:  THE ORIGINAL PROCEDURE CODE WAS REPLACED WITH A MORE CURRENT CODE IN
  LINE 2:  ACCORDANCE WITH THE AMERICAN MEDICAL ASSOCIATION'S CPT MANUAL.



  EDI CODES:
  277 CODES:




  WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only

TRZ 015047

## APPENDIX F:  SAME DAY PROCEDURE TABLES

Tables A, B and C below are located within a separate copybook, and contain CPT procedure codes for medical procedures and services that are not customarily performed on the same day as certain surgical procedures.  You designate which medical procedures *should not* be performed on the same day as a given surgery by entering A,B,C or any combination of these letters in the **SAME DAY EDIT TABLE** Field on the ClaimFacts Clinical Edits Procedure (CE) Record (Screen one) for the surgery.  To customize the tables in the copybook, report desired changes to your information systems personnel.

**Table A**

| | | | | | |
|---|---|---|---|---|---|
| 90030 | 90040 | 90050 | 90060 | 90070 | 90080 |
| 90240 | 90250 | 90260 | 90270 | 90280 | 90292 |
| 90340 | 90350 | 90360 | 90370 | 90640 | 90641 |
| 90642 | 90643 | 90650 | 90651 | 90652 | 90653 |
| 90654 | 90699 | 90760 | 90761 | 90762 | 90763 |
| 90764 | 99013 | 99014 | 99024 | 99211 | 99212 |
| 99213 | 99214 | 99215 | 99217 | 99231 | 99232 |
| 99233 | 99238 | 99261 | 99262 | 99263 | 99271 |
| 99272 | 99273 | 99274 | 99275 | 99311 | 99312 |
| 99313 | 99331 | 99332 | 99333 | 99351 | 99352 |
| 99353 | 99360 | 99391 | 99392 | 99393 | 99394 |
| 99395 | 99396 | 99397 | 99401 | 99402 | 99403 |
| 99404 | 99411 | 99412 | 99420 | 99499 | M0101 |

**Table B**

| | | | | | |
|---|---|---|---|---|---|
| 90030 | 90040 | 90050 | 90060 | 90070 | 90080 |
| 90640 | 90641 | 90642 | 90643 | 90650 | 90651 |
| 90652 | 90653 | 90654 | 90699 | 90760 | 90761 |
| 90762 | 90763 | 90764 | 99013 | 99014 | 99024 |
| 99211 | 99212 | 99213 | 99214 | 99215 | 99261 |
| 99262 | 99263 | 99271 | 99272 | 99273 | 99274 |
| 99275 | 99391 | 99392 | 99393 | 99394 | 99395 |
| 99396 | 99397 | 99401 | 99402 | 99403 | 99404 |
| 99411 | 99412 | 99420 | 99499 | | |

**Table C**

| | | | | | |
|---|---|---|---|---|---|
| 65430 | 92012 | 92014 | 92018 | 92019 | 92020 |
| 92226 | 92531 | | | | |

Highly Confidential/Attorneys Eyes Only

TRZ 015048

APPENDIX F

CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only

TRZ 015049

# APPENDIX G:  CLINICALOGIC EDIT MESSAGES

Listed below are all the clinical messages that can be generated by
ClinicaLogic.  The messages are grouped according to the edit to which they
apply.  Depending upon the billing problem that ClinicaLogic encounters, any
combination of these messages will be generated on a single claim.  These
messages appear on the *N* display, which the processor accesses by entering *N*
in the **WINDOW ID** Field on the adjudication display and pressing ENTER.

## SUBSET PROCEDURE EDIT

- Code YYYYYYY is usually considered a part of or incidental to code
  XXXXXXX.  If in doubt, have the anesthesiology record reviewed by a
  physician.

- When procedure XXXXXXX is the primary or only service rendered at
  the time of an office visit, medical service code YYYYYYY is usually not
  paid.

- When performed on the same specimen at the same time, code
  XXXXXXX is considered a part of or incidental to code YYYYYYY and
  should not be charged separately.

- When performed at the same time, code XXXXXXX is considered a part
  of or incidental to code YYYYYYY and should not be billed separately.
  If in doubt, have a physician review the claim.

- Local anesthesia code XXXXXXX by surgeons is not billed separately for
  procedure YYYYYYY.

- When performed on the same lesion or site, code XXXXXXX is usually
  considered a part of or incidental to code YYYYYYY.  If in doubt, have
  the operative record reviewed by a physician.

## SECONDARY PROCEDURE EDIT

- When XXXXXXX is performed at the same time as procedure
  YYYYYYY in the same operative session, it is usually considered a
  secondary procedure and is paid at a reduced level.  If in doubt, have a
  physician review the claim.

## PROCEDURE/SEX EDIT

- The patient's sex is not consistent with the procedure code XXXXXXX.

Highly Confidential/Attorneys Eyes Only    TRZ 015050

## DIAGNOSIS/SEX EDIT

- The patient's sex is not consistent with diagnosis XXXXXXX.

## PROCEDURE/AGE EDIT

- The patient's age is outside the normal range for procedure code XXXXXXX.

- The patient's age is outside the furthest expected range for procedure code XXXXXXX.

## DIAGNOSIS/AGE EDIT

- The patient's age is outside the normal range for diagnosis XXXXXXX.

- The patient's age is outside the furthest expected range for diagnosis XXXXXXX.

## OUTDATED PROCEDURE EDIT

- Anesthesiology code XXXXXXX is frequently associated with a procedure which is no longer commonly performed and is considered outdated for most clinical situations. If in doubt, have a physician review the patient's medical records.

- Procedure XXXXXXX is no longer commonly used and is considered outdated for most clinical situations. If in doubt, have a physician review the patient's medical records.

- Procedure XXXXXXX is no longer commonly used and is considered outdated for most clinical situations. If in doubt, have a physician review the operative report.

## EXPERIMENTAL PROCEDURE EDIT

- Procedure XXXXXXX is considered experimental for certain diagnoses and conditions. Obtain the patient's medical records and have them reviewed by a physician.

- Procedure XXXXXXX is considered experimental for certain diagnoses and conditions. Obtain the operative report and have it reviewed by a physician.

- Anesthesiology code XXXXXXX is frequently associated with a procedure which is considered experimental and not generally accepted as having proven benefits for common diagnoses and conditions. If in doubt, have a physician review the patient's medical records.

Highly Confidential/Attorneys Eyes Only

TRZ 015051

## COSMETIC PROCEDURE EDIT

- Procedure XXXXXXX is often used for cosmetic purposes.  If in doubt, have a physician review the operative report.

- Anesthesiology code XXXXXXX is frequently associated with cosmetic procedures.  If in doubt, have a physician review the operative report.

## OVERLAP/REDUNDANT EDIT

- When performed at the same time as procedure YYYYYYY, procedure XXXXXXX may be a redundant charge or service.  If in doubt, have the treatment record reviewed by a physician.

- When performed on the same specimen at the same time as test YYYYYYY, test XXXXXXX is generally redundant and should not be billed.  If in doubt, have the bill reviewed by a physician.

- When performed at the same time as XXXXXXX, YYYYYYY may be a redundant charge or service.  If in doubt, have a physician review the claim.

- Anesthesiology code XXXXXXX is frequently associated with cosmetic procedures.  If in doubt, have a physician review the operative report.

## SAME DAY PROCEDURE EDIT

- Medical service code XXXXXXX is usually included as part of the global service for procedure YYYYYYY and should not be billed separately.  If in doubt, have the bill reviewed by a physician.

## PLACE OF SERVICE EDIT

- The place of service is inconsistent for procedure XXXXXXX.

## ASSISTANT SURGEON EDIT

- An assistant surgeon is not normally required for procedure XXXXXXX. If in doubt, have a physician review the operative report.

## CASE MANAGEMENT EDIT

- Procedure XXXXXXX may have case management potential.  Review claim for possible referral.

- Diagnosis XXXXXXX may have case management potential.  Review claim for possible referral.

Highly Confidential/Attorneys Eyes Only

TRZ 015052

## DIAGNOSIS/PROCEDURE EDIT

- Diagnosis XXXXXXX is not often associated with procedure YYYYYYY. If in doubt, have the treatment or operative record reviewed by a physician.

## FOLLOW-UP CARE EDIT

- XXXXXXX - normal follow-up care within XXX days of procedure YYYYYYY is usually considered as part of R&C for surgery. Review claim for possible adjustment.

- XXXXXXX - follow-up days not established for procedure YYYYYYY. Refer claim for review.

## INVALID PROCEDURE EDIT

- Procedure XXXXXXX has been classified as an invalid procedure and is not normally covered under the plan.

## DELETED CODE EDIT

- Code XXXXXXX is no longer in use and has been replaced by code ZZZZZZZ.

## BILATERAL PROCEDURE EDIT

- Code XXXXXXX should not be used more than once. Use code ZZZZZZZ if bilateral or multiple procedures performed. If in doubt, have the treatment or operative record reviewed by a physician.

## PROCEDURE REBUNDLING EDIT

- When performed at the same time, the procedures listed below are considered part of a more comprehensive procedure and billed using code ZZZZZZZ. If in doubt, have a physician review the claim.

## SINGLE BILLING EDIT

- Code XXXXXXX has already been billed by this provider and can only be billed once every three years by the same provider. Code ZZZZZZZ should be used instead.

## EDIT RECORD NOT FOUND

- CE Record is not on file for procedure XXXXXXX.

- AN Record is not on file for procedure XXXXXXX.

Highly Confidential/Attorneys Eyes Only

TRZ 015053

## ANESTHESIA TIME LIMITS EDIT

- The anesthesia time is outside the normal range for code XXXXXXX.

- The anesthesia time is outside the furthest expected range for code XXXXXXX.

## APPROPRIATENESS OF ANESTHESIOLOGY EDIT

- Procedure XXXXXXX rarely requires anesthesiology services, or this procedure includes the anesthesiology services typically required for this procedure. If in doubt, have a physician review the procedure/operative report.

The following messages generate when procedures on a claim being processed are edited against related procedures on a claim in the patient's claim history file.

## SUBSET PROCEDURE EDIT

- Procedure XXXXXXX is a subset of procedure XXXXXXX on prior claim 123456789-00.

- Procedure XXXXXXX on prior claim 123456789-00 is a subset of procedure YYYYYYY on this claim. Review claim for possible adjustment.

## SECONDARY PROCEDURE EDIT

- Procedure XXXXXXX is secondary to procedure YYYYYYY on prior claim 123456789-00.

- Procedure XXXXXXX on prior claim 123456789-00 is a secondary procedure to procedure YYYYYYY on this claim. Review claim for possible adjustment.

## OVERLAPPING/REDUNDANT EDIT

- Procedure XXXXXXX is considered redundant to procedure YYYYYYY on prior claim 123456789-00.

- Procedure XXXXXXX on claim 123456789-00 is considered redundant to procedure YYYYYYY on this claim. Review claim for possible adjustment.

Highly Confidential/Attorneys Eyes Only                              TRZ 015054

## SAME DAY PROCEDURE EDIT

- Procedure XXXXXXX is usually included in the cost of surgical procedure YYYYYYY on prior claim 123456789-00 when performed on the same day.

- Procedure XXXXXXX on prior claim 123456789-00 is usually included in the cost of surgical procedure YYYYYYY on this claim. Review claim for possible adjustment.

## FOLLOW-UP CARE EDIT

- Follow-up days not established for procedure XXXXXXX on prior claim 123456789-00. Refer claim for review.

- XXXXXXX - normal follow-up care within XXX days of procedure YYYYYYY on prior claim 123456789-00 is usually considered as part of R&C for the surgery. Review claim for possible adjustment.

- XXXXXXX - Follow-up care YYYYYYY exists on prior claim 123456789-00. No follow-up care established. Refer claim for review.

- XXXXXXX - Follow-up care YYYYYYY exists on claim 123456789-00. Review claim for possible adjustment.

Highly Confidential/Attorneys Eyes Only                    TRZ 015055

## APPENDIX H:  PROCESSING CONTROL MAINTENANCE RECORDS

Add the four Processing Control Maintenance (PC) Records shown on the following pages so that you can use the PF5 and PF6 function keys to scroll between Screens 1 and 2 on the Clinical Edits Maintenance (CE) Record and to scroll between Screens 1 and 2 on the Anesthesia Procedure Maintenance (AN) Record.

Highly Confidential/Attorneys Eyes Only

TRZ 015056

APPENDIX H                                                                CF CLINICALOGIC 6.0

**PC Record for transaction CE**

```
CI: BP                    PROCESSING CONTROL MAINTENANCE
FUNCTION: B                       TRANSACTION ID: CE
                 DESCRIPTION: CLINICAL IP MAINT.
          APPLICATION MODULE: C5XMCEBØ
             SUB MODULE 1: A5XCGXBØ              SUB MODULE 2:
                PREV TRANS:        NEXT TRANS: CF    ROUTE TRANS:
                OPTIONS (1-8):         (9-16):
        PRODUCT OPTIONS (1-8):         (9-16):          (17-24):
          USER EDIT OPTIONS:
                    I-O SFX:     ADJ SFX:     AQ SFX:     PY SFX:
                NOTE TYPES:
                BATCH PC ID:                    *-- USER EXIT --*
                                                 MODULE    OPTIONS

                   *------- SECURITY -------*
                   INQUIRY:        LOCK:
                     ADD:        UNLOCK:
                  CHANGE:
                  DELETE:


                  USER DATA:

        WINDOW ID:    WINDOW:
```

**PC Record for transaction CF**

```
CI: BP                    PROCESSING CONTROL MAINTENANCE
FUNCTION: B                       TRANSACTION ID: CF
                 DESCRIPTION: CLINICAL IP MAINT.
          APPLICATION MODULE: C5XMCFBØ
             SUB MODULE 1: A5XCGXBØ              SUB MODULE 2:
                PREV TRANS: CE    NEXT TRANS:        ROUTE TRANS:
                OPTIONS (1-8):         (9-16):
        PRODUCT OPTIONS (1-8):         (9-16):          (17-24):
          USER EDIT OPTIONS:
                    I-O SFX:     ADJ SFX:     AQ SFX:     PY SFX:
                NOTE TYPES:
                BATCH PC ID:                    *-- USER EXIT --*
                                                 MODULE    OPTIONS

                   *------- SECURITY -------*
                   INQUIRY: ØØØ    LOCK: ØØ2
                     ADD: ØØ2    UNLOCK: ØØ2
                  CHANGE: ØØ2
                  DELETE: ØØ2


                  USER DATA:

        WINDOW ID:    WINDOW:
```

Highly Confidential/Attorneys Eyes Only                                TRZ 015057

CF CLINICALOGIC 6.0

APPENDIX H

**PC Record for
transaction AN**

```
CI: BP              PROCESSING CONTROL MAINTENANCE
FUNCTION: B              TRANSACTION ID: AN
             DESCRIPTION: ANESTHESIA EDITS MAINTENANCE SCREEN 1
       APPLICATION MODULE: C5XMANBØ
           SUB MODULE 1:                        SUB MODULE 2:
             PREV TRANS:      NEXT TRANS: A2    ROUTE TRANS:
           OPTIONS (1-8):        (9-16):
    PRODUCT OPTIONS (1-8):        (9-16):          (17-24):
       USER EDIT OPTIONS:
                 I-O SFX:    ADJ SFX:    AQ SFX:     PY SFX:
             NOTE TYPES:
             BATCH PC ID:                  *-- USER EXIT --*
                                           MODULE    OPTIONS

           *------- SECURITY -------*
            INQUIRY:          LOCK:
                ADD:        UNLOCK:
             CHANGE:
             DELETE:


             USER DATA:

    WINDOW ID:   WINDOW:
```

**PC Record for
transaction A2**

```
CI: BP              PROCESSING CONTROL MAINTENANCE
FUNCTION:               TRANSACTION ID: A2
             DESCRIPTION: ANESTHESIA EDITS MAINTENANCE SCREEN 2
       APPLICATION MODULE: C5XMA2BØ
           SUB MODULE 1:                        SUB MODULE 2:
             PREV TRANS: AN   NEXT TRANS:       ROUTE TRANS:
           OPTIONS (1-8):        (9-16):
    PRODUCT OPTIONS (1-8):        (9-16):          (17-24):
       USER EDIT OPTIONS:
                 I-O SFX:    ADJ SFX:    AQ SFX:     PY SFX:
             NOTE TYPES:
             BATCH PC ID:                  *-- USER EXIT --*
                                           MODULE    OPTIONS

           *------- SECURITY -------*
            INQUIRY:          LOCK:
                ADD:        UNLOCK:
             CHANGE:
             DELETE:


             USER DATA:

    WINDOW ID:   WINDOW:
```

Highly Confidential/Attorneys Eyes Only                        TRZ 015058

APPENDIX H

CF CLINICALOGIC 6.0

Highly Confidential/Attorneys Eyes Only

TRZ 015059