# EXHIBIT 27

# (PART 12)

## APPENDIX I: HCPCS CODES BY SERVICE CATEGORIES

The following tables list HCPCS codes in the ClinicaLogic database by their corresponding type of service categories. You may have already established user-defined type of service codes for the service categories listed below. When entering an HCPCS code on the CP Screen, you must also enter the user-defined type of service that corresponds to the service category to which the code belongs, as indicated below. For example, if you enter HCPCS code D9210 in the **PROC** Field on the CP Screen, you must also enter an anesthesia type of service in the corresponding **TOS** Field.

| Anesthesiology | D9210-D9240 |
|---|---|

| Medicine | A0010-A2999 |
|---|---|
| | A6020-A6406 |
| | D0100-D0199 |
| | D1110-D1199 |
| | D1310-D1330 |
| | D9310-D9440 |
| | G0004-G0016 |
| | G0064-G0094 |
| | H5300-H5399 |
| | J0110-J9999 |
| | K0119-K0451 |
| | M0000-M0799 |
| | P9600-P9604 |
| | Q0034-Q0086 |
| | Q0103-Q0110 |
| | Q0124-Q0125 |
| | Q0136 |
| | Q9920-Q9940 |
| | V5008-V5020 |
| | V5336-V5399 |

Highly Confidential/Attorneys Eyes Only                              TRZ 015060

CF CLINICALOGIC 6.0

| Pathology and Laboratory | |
|---|---|
| | D0415-D0420 |
| | D0501-D0999 |
| | G0026-G0027 |
| | G0054-G0060 |
| | P0000-P9599 |
| | Q0091 |
| | Q0111-Q0116 |
| | Q0126 |

| Radiology/Nuclear Medicine/Ultrasound | |
|---|---|
| | A4641-A4649 |
| | D0210-D0340 |
| | G0062-G0063 |
| | R0000-R5999 |
| | Q0092 |

| Surgery | |
|---|---|
| | D0425-D0471 |
| | D1201-D1205 |
| | D1351-D9110 |
| | D9610-D9999 |
| | G0001-G0002 |
| | G0020-G0025 |
| | G0051-G0053 |
| | Q0000-Q0035 |
| | M0900-M0999 |
| | P9605-P9615 |
| | Q0000-Q0035 |

NOVEMBER 1997

Highly Confidential/Attorneys Eyes Only

TRZ 015061

# GENERAL INDEX

## A

Adjusting procedures on edited claims ...... CLAIM 8
AN Record
    how ClinicaLogic accesses ...................... IMPL 51
    how it is used to check time .................... IMPL 52
    how to link to EA ................................... IMPL 57
    how to load ........................................... IMPL 51
    introduction .......................................... IMPL 51
    purpose of ............................................ IMPL 51
    sample ................................................. IMPL 53
AN Record Not Found Edit ......................... IMPL 11
Anesthesia editing, using the TP Table .......... IMPL 52
Anesthesia Edits File Listing
    how to generate .................................... REP 23
    introduction ......................................... REP 23
    sample RP and RS Records .................... REP 24
    valid selects ......................................... REP 23
Anesthesia Edits Maintenance Register
    field descriptions .................................. REP 11
    how to generate ..................................... REP 9
    introduction ......................................... REP 9
    sample report ....................................... REP 10
    sample RP setup ................................... REP 9
Assistant surgeries on EA ............................ IMPL 9
Assistant Surgery Edit on EA ...................... IMPL 13
Audit Register Report
    field descriptions ................................. REP 17
    how to generate ................................... REP 13
    introduction ........................................ REP 13
    sample ................................................ REP 15
    sample RP setup .................................. REP 14
    valid sorts ........................................... REP 13

## B

Benefit Component Record ........................... IMPL 29
Billing practices ....................................... INTRO 7

## C

Case Management Edit on EA ................. IMPL 16, 24
CE Record
    follow-up care limit ............................. IMPL 38
    how to link to EA ................................ IMPL 36
    how to load ......................................... IMPL 31
    how to modify ..................................... IMPL 31
    introduction ........................................ IMPL 31
    principal procedure .............................. IMPL 37

    purpose .............................................. IMPL 31
    sample ............................................... IMPL 32
CE Record Not Found Edit .......................... IMPL 11
CE Record, how system applies .................... CLAIM 3
Changing edited claims ............................... CLAIM 5
Claim Inquiry Detail Screen ....................... CLAIM 33
Claims Inquiry
    CE IND Field ..................................... CLAIM 29
    CE ST Field ........................................ CLAIM 27
    introduction ....................................... CLAIM 27
    PTR Field .......................................... CLAIM 31
Claims processing ..................................... CLAIM 3
Claims processing overview ........................ INTRO 6
Clinical edits .......................................... INTRO 8
Clinical Edits Administration Report
    how to generate ..................................... REP 3
    introduction .......................................... REP 3
    sample RP setup ..................................... REP 3
Clinical Edits File Listing
    how to generate ................................... REP 21
    introduction ........................................ REP 21
    sample RP and RS Records .................... REP 22
    valid selects ........................................ REP 21
Clinical Edits Maintenance Register
    field descriptions ................................... REP 7
    how to generate ..................................... REP 5
    introduction .......................................... REP 5
    sample report ........................................ REP 6
    sample RP setup ..................................... REP 5
Clinical Edits Rules File Listing
    how to generate ................................... REP 25
    introduction ........................................ REP 25
    sample RP setup .................................. REP 25
Clinical messages grouped by edit ........... APPEND 27
Clinical rules .......................................... INTRO 4
Clinical rules, how to load ......................... INTRO 5
Clinical Warning Messages Screen
    introduction ........................................ IMPL 75
    Type D sample .................................... IMPL 78
    Type E sample ..................................... IMPL 79
ClinicaLogic
    database development ........................... INTRO 4
    guidelines ........................................... INTRO 6
    integration with ClaimFacts .................. INTRO 3
    introduction ........................................ INTRO 3
ClinicaLogic activation .............................. IMPL 29
ClinicaLogic Claim Inquiry Screen .......... CLAIM 36
    field explanations ............................... CLAIM 38
    how to access ..................................... CLAIM 36
    sample .............................................. CLAIM 37
    screen design ..................................... CLAIM 36
ClinicaLogic letters .................................. IMPL 85
ClinicaLogic Savings Report

Highly Confidential/Attorneys Eyes Only

TRZ 015062

field descriptions ........................................ REP 32
how to generate.......................................... REP 27
introduction ............................................... REP 27
sample......................................................... REP 30
sample RP setup: ........................................ REP 29
sample RS setup: ........................................ REP 29
valid selects ............................................... REP 27
Cosmetic Procedure Edit on EA ...................... IMPL 18
Cross segment rebundling.............................. CLAIM 8

## D

Date sensitive activation ................................ IMPL 29
Deleted Code Edit.......................................... CLAIM 9
Deleted Code Edit display ............................. CLAIM 12
Deleted Code Edit on EA ............................... IMPL 10
Diagnosis Edits on EA.................................... IMPL 24

## E

EA Record
introduction ............................................... IMPL 5
linked to BC............................................... IMPL 8
linked to EX .............................................. IMPL 8
override codes........................................... IMPL 9
purpose ..................................................... IMPL 5
sample........................................................ IMPL 6
Edits
Assistant Surgeon Edit........................... INTRO 10
Case Mgmt. Edit for Diag.......................... INTRO 12
Case Mgmt. Edit for Proc. ....................... INTRO 11
Cosmetic Procedure Edit ......................... INTRO 11
Deleted Code Edit ................................... INTRO 8
Experimental Procedure Edit.................... INTRO 10
Extreme Age to Diag. Edit........................ INTRO 12
Extreme Age to Proc. Edit ....................... INTRO 10
Extreme Time Anesthesia Edit ................. INTRO 12
Follow-up Care Edit ................................. INTRO 9
Invalid Procedure Edit............................. INTRO 9
Normal Age to Diag. Edit.......................... INTRO 11
Normal Age to Proc. Edit ......................... INTRO 10
Normal Time Anesthesia Edit................... INTRO 12
Outdated Procedure Edit.......................... INTRO 10
Overlapping Procedure Edit ..................... INTRO 9
Place of Service to Proc. Edit .................. INTRO 10
Procedure Information Edit ...................... INTRO 11
Procedure Issue Edit................................ INTRO 11
Procedure Rebundling Edit...................... INTRO 8
Procedure Review Edit ............................ INTRO 11
Procedure to Diagnosis Edit .................... INTRO 12
Same Day Procedure Edit........................ INTRO 9
Secondary Procedure Edit ....................... INTRO 8
Sex to Diagnosis Edit .............................. INTRO 11

Sex to Procedure Edit ............................. INTRO 10
Single Billing Edit .................................... INTRO 8
Subset Procedure Edit............................. INTRO 9
types............................................................ INTRO 8
Unilateral to Bilateral Edit....................... INTRO 8
Edits, how to activate by cat. ........................ IMPL 5
EX Record
CE Override........................................... APPEND 24
for Appropriateness of Anesth. Edit . APPEND 23
for Assistant Surg. Edit..................... APPEND 20
for Cosmetic Proc. Edit ..................... APPEND 19
for Follow-up Proc. Edit.................... APPEND 21
for Invalid Proc. Edit ........................ APPEND 22
for Overlapping Proc. Edit ................ APPEND 21
for Place of Service to Proc. Edit ..... APPEND 20
for Same Day Proc. Edit..................... APPEND 22
for Secondary Proc. Edit.................... APPEND 18
for Sex to Proc Edit ........................... APPEND 19
for Subset 1 Proc. Edit....................... APPEND 17
for Subset 2 Proc Edit ....................... APPEND 18
for Subset Proc Edit........................... APPEND 23
Exceptions to edits........................................ INTRO 6
Experimental Procedure Edit ........................ IMPL 14
Explanation File:........................................... IMPL 83
Explanation ID.............................................. IMPL 83
Explanation messages
predefined................................................ IMPL 83
when displayed ........................................ IMPL 83
Explanation Records, examples of........... APPEND 17
Extreme Age Edit on EA .............................. IMPL 25
Extreme Age Edits on EA.............................. IMPL 20

## F

Follow-up care edit....................................... APPEND 15
Follow-up Care Edit, services subject to . APPEND 15
Follow-up care processing............................. CLAIM 9
Follow-up period, difficulty defining........ APPEND 16
Follow-Up Surgery Edit................................. IMPL 20

## G

Guidelines for ClinicaLogic........................... INTRO 6

## H

Handling edited claims .................................. CLAIM 5
HCPCS codes by service categories ........ APPEND 37
History read by edits..................................... CLAIM 6
How to define editing criteria ....................... IMPL 5

Highly Confidential/Attorneys Eyes Only

TRZ 015063

CF CLINICALOGIC 6.0

**I**

ID Record
how to load ...............................IMPL 71
how to modify...........................IMPL 71
introduction .............................IMPL 71
purpose ....................................IMPL 71
sample.......................................IMPL 73
Information Edits on EA........................IMPL 22
Inpatient pl. of svce. codes ................IMPL 9
Invalid Procedure Edit .......................IMPL 23

**L**

Lab tests exempt from edits .........................INTRO 7
Lab tests that can be rebundled................. APPEND 13
Letters ...................................................IMPL 85
sample to patients ..............................APPEND 5
sample to providers ...........................APPEND 3
Linking multiple CE Records ..........................IMPL 8
Listed procedures on AN ...........................IMPL 57
Listed procedures on CE..............................IMPL 36
Loading clinical rules..................................INTRO 5

**M**

Multichannel rebundling.......................... APPEND 13

**N**

Normal Age Edit on EA................................IMPL 25

**O**

OF Screen
introduction ...............................IMPL 3
sample.........................................IMPL 3
Outdated Procedure Edit...........................IMPL 12
Outpatient pl. of svce. codes ...........................IMPL 9
Overlapping Proc. Edit ...............................IMPL 16
Overlapping Proc. Edit display .................CLAIM 23
Overlapping Procedures Edit on EA..............IMPL 16
Override explanation codes ........................CLAIM 9
Overriding edits ....................................CLAIM 6

**P**

Pace Healthcare Management.......................INTRO 4
PC Records for CE and AN ..................... APPEND 33

Place of Service Edit on EA ..........................IMPL 19
Procedure Edits on EA..............................IMPL 10
Procedure to Diagnosis Edit ..........................IMPL 15
Provider Activity Report
field descriptions ..................................... REP 41
how to generate ........................... REP 37
introduction ..................................... REP 37
sample.............................................. REP 40
valid selects .......................................... REP 37
valid sorts .......................................... REP 37

**R**

Rebundling
example of .................................... APPEND 9
lab tests with a -26 modifier ............. APPEND 14
laboratory procedures ..................... APPEND 13
understanding the process............... APPEND 7
Rebundling by clinical edits............................CLAIM 3
Rebundling logic.................................. APPEND 7
Reformatting by clinical edits.......................CLAIM 3
Rule switches on EA.................................IMPL 25

**S**

Same Day Proc. Edit display ......................CLAIM 19
Same day procedure tables ...................... APPEND 25
Same Day Surgery Edit...............................IMPL 12
Sample letter to patients............................ APPEND 5
Sample letter to providers ...........................APPEND 3
Service subject to Follow-up Care Edit ... APPEND 15
Sex Edit on EA ....................................IMPL 25
Sex to Procedure Edit on EA ......................IMPL 15
Single Billing Edit on EA ...........................IMPL 15
Subset Anesthesia Edit..............................IMPL 20
Subset Procedure Edit display ....................CLAIM 21
Subset Procedure Edits ..............................IMPL 21

**T**

TP Table .........................................IMPL 52
Type of service codes on EA ..........................IMPL 9

**U**

Unilateral to Bilateral Edit.............................IMPL 17
User-specific messages linked to AN ............IMPL 57
User-specific messages linked to CE..............IMPL 36
User-specific warning messages ...................IMPL 75

Highly Confidential/Attorneys Eyes Only

TRZ 015064

CF CLINICALOGIC 6.0

## W

Warning and disallow messages ...................... CLAIM 4
Warning messages
   automatically created or deleted .............. IMPL 75
   how to link to user security ...................... IMPL 77
   Type D .............................................. IMPL 75
   Type E .............................................. IMPL 75
   user-specific ...................................... IMPL 81
   when displayed .................................... IMPL 75
Warnings to claims processors ...................... INTRO 6

Highly Confidential/Attorneys Eyes Only

TRZ 015065

PRODUCT: CF CLIENT: BP    SYSTEM MENU - CELOGIC    USER: USER1    PAGE: 01

CLINICALOGIC PROCESSING MENU

AN- ANESTHESIA   PROCEDURE RECORD

CE- CLINICALOGIC PROCEDURE RECORD

EA- EDIT ADMINISTRATION RECORD

ID- DIAGNOSIS RECORD

WM- WARNING MESSAGE

CP- CLINICALOGIC PROCESSING SCREEN

RP- REPORT PARAMETER RECORD

TRANSACTION: CP    INITIAL PROCESSING: -

PLEASE ENTER TRANSACTION ID

⚡:00.5

TRIAL EXHIBIT
1180

23/56

```
CI: BP
CL ID: CLAIMEX01 00 MEMBER: CEDEMO4   PAT: M
           "CLAIMFACTS" MEDICAL PROCESSING
DIAG: 71516              AC1:        TOTAL:        RECD: 031506
YR: 06 COB/AMT/IND:      IO/A:       AC2:         EXPL:
PAN 1/2/3:
PA DOB:        DT CUR ILL:    DT SIM ILL:    HOSP DTS:
   USF1:          USF2:
```

| SVC DATES | P | TOS | PROC | D | CHARGES | CTR | PAY | PROVIDER | ID/AMT | CD | A | P |
|-----------|---|-----|------|---|---------|-----|-----|----------|--------|----|----|----|
| 0315 0315 | 22 | SUR | 27447 |   | 0151558 | 001 |     | 0010010001 |  |  |  |  |
| 0315 0315 | 22 | SUR | 27570 |   | 0014555 | 001 |     | 0010010001 |  |  |  |  |
| 0315 0315 | 22 | SUR | 27331 |   | 0047334 | 001 |     | 0010010001 |  |  |  |  |
| 0315 0315 | 22 | SUR | 29355 |   | 0011068 | 001 |     | 0010010001_ |  |  |  |  |

```
MEMO:
WINDOW ID:        WINDOW:
```

00.7

TRIAL EXHIBIT 1181

19/54

CI: BP

CL ID: CLAIMEX01 00 MEMBER: CEDEM04    PAT: M    TOTAL: 0224515 RECD: 031506

WHEN PERFORMED AT THE SAME TIME, CODE 27570    IS CONSIDERED A PART OF OR
    INCIDENTAL TO CODE 27447    AND SHOULD NOT BE BILLED SEPARATELY.    IF IN DOUBT,
    HAVE A PHYSICIAN REVIEW CLAIM.

WHEN PERFORMED AT THE SAME TIME, CODE 27331    IS CONSIDERED A PART OF OR
    INCIDENTAL TO CODE 27447    AND SHOULD NOT BE BILLED SEPARATELY.    IF IN DOUBT,
    HAVE A PHYSICIAN REVIEW CLAIM.

PROCEDURE 27331    IS NO LONGER COMMONLY USED AND IS CONSIDERED OUTDATED FOR MOS
    CLINICAL SITUATIONS. IF IN DOUBT, HAVE A PHYSICIAN REVIEW THE PATIENT'S
    MEDICAL RECORDS.

WHEN PERFORMED AT THE SAME TIME, CODE 29355    IS CONSIDERED A PART OF OR
    INCIDENTAL TO CODE 27447    AND SHOULD NOT BE BILLED SEPARATELY.    IF IN DOUBT,
    HAVE A PHYSICIAN REVIEW CLAIM.

| SVC DATES P | TOS PROC | D CHARGES CTR | PAY PROVIDER | ID/AMT | CD | A P |
|---|---|---|---|---|---|---|
| 0315 0315 22 SUR 27447 | 0151558 001 | 0010001001 | | | | |
| 0315 0315 22 SUR 27570 | 0014555 001 | 0010001001 | | | | |
| 0315 0315 22 SUR 27331 | 0047334 001 | 0010001001 | | | | |
| 0315 0315 22 SUR 29355 | 0011068 001 | 0010001001 | | | | |

MEMO:
WINDOW ID: N WINDOW:
USE PF6 TO SCROLL FORWARD

"CLAIMFACTS" MEDICAL PROCESSING

TRIAL EXHIBIT
1182

```
CI: BP
CL ID: CLAIMEX01 00 MEMBER: CEDEMO4   PAT: M        TOTAL: 0224515 RECD: 031506
              "CLAIMFACTS" MEDICAL PROCESSING
EDIT PERFORMED GO TO N DISPLAY
      BASIC  MAJOR   DED   COP   DIS  EXPL
1 INPATIENT SURGERY        27447      SURGERY
      0.00  1515.58  0.00  0.00  0.00                                  1515.58
2 INPATIENT SURGERY        27570      SURGERY
      0.00   0.00    0.00  145.55 U03SUBSET 2 DISALLOW                     0.00
  PROCEDURE OUTDATED
3 INPATIENT SURGERY        27331      SURGERY
      0.00   0.00    0.00  473.34 U03SUBSET 2 DISALLOW                     0.00
4 INPATIENT SURGERY        29355      SURGERY
      0.00   0.00    0.00  110.68 U03SUBSET 2 DISALLOW                     0.00

                                              ID/AMT    CD   A P

SVC DATES  P TOS PROC   D CHARGES CIR PAY PROVIDER
0315 0315 22 SUR 27447    0151558 001     0010001001
0315 0315 22 SUR 27570    0014555 001     0010001001
0315 0315 22 SUR 27331    0047334 001     0010001001
0315 0315 22 SUR 29355    0011068 001     0010001001

MEMO:
WINDOW ID: Y WINDOW:
USE PF6 TO SCROLL FORWARD
```

TRIAL EXHIBIT 1183

02/09



```
CI: BP
CL ID: CLAIMEX01 00 MEMBER: CEDEMO4  PAT: M    TOTAL: 0224515 RECD: 031506
    BASIC   MAJOR    DED    COP    DIS   EXPL
    0.00   1515.58  0.00   0.00  729.57  TOTAL                      1515.58
    PLAN: KARENL AC     COB/AMT:              0.00

SVC DATES P  TOS PROC    D CHARGES CTR  PAY PROVIDER        ID/AMT    CD   A P
0315 0315 22 SUR 27447     0151558 001  001 0010001001
0315 0315 22 SUR 27570     0014555 001  001 0010001001
0315 0315 22 SUR 27331     0047334 001  001 0010001001
0315 0315 22 SUR 29355     0011068 001  001 0010001001

MEMO:
WINDOW ID: Y WINDOW:
USE PF5 TO SCROLL BACKWARD
```

TRIAL EXHIBIT
1184

02/09

```
CI: BP                  CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B   PFX: 03   PROCEDURE CODE: 27447           GEN: 0
        EFFECTIVE DATE: 010106   LIMIT DATE: 123150   OPTIONS:
DESC: ARTHROPLASTY KNEE, CONDYLE & PLATEAU, MED & LAT COMPART W/WO PATELLA
REBUNDLE CODES:

PRIN PROC: 27447   MULT PROC:        SING BILL REPL:        ANES: Y   ASA CODE: 01402
SEX: B  POS: I  ASST SUR: Y  COSMETIC: N  INVEST: N  OUTDATE: N CS MG N INVALID:   FOLLOW-UP: 090
INFO:    REVIEW:    ISSUE:    AGES-NOR MN: 30 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:

                                                SAME DAY EDIT TABLE: A

              **SUBSET 1 PROCEDURE CODES**
27332   27333   27334   27335   27337   27438   27440   27441   27442
27443   27446   29358   29435   29875   29876   29877   29879   29880
29881   29882   29883   29884   29885   29886   29887   29888   29889

              **SUBSET 2 PROCEDURE CODES**
27330   27331   27403   27407   27409   27425   27429   27435   27495
27570   29345   29355   29365   29505   29530   29874   29445   12001
12002   12004   12005   12006   12007   12031   12032   12034   12035
12036   12037   13120   13121   13122   20610   20680   27301   27303
27310   27323   27324   27327   27328   27340   27345   27347   27350
27360   27372   27430   27455   27457   27488   27511   27513   27514

WINDOW ID:    WINDOW:
```

TRIAL EXHIBIT
1185

02/12

```
PRODUCT: CF CLIENT: BP      SYSTEM MENU - CELOGIC      USER: USER1      PAGE: 01


                         CLINICALOGIC PROCESSING MENU

                         AN- ANESTHESIA   PROCEDURE RECORD

                         CE- CLINICALOGIC PROCEDURE RECORD

                         EA- EDIT ADMINISTRATION RECORD

                         ID- DIAGNOSIS RECORD

                         WM- WARNING MESSAGE

                         CP- CLINICALOGIC PROCESSING SCREEN

                         RP- REPORT PARAMETER RECORD


                         TRANSACTION: CP      INITIAL PROCESSING: -
PLEASE ENTER TRANSACTION ID
```

TRIAL EXHIBIT
1186

23/56

```
CI: BP
CL ID: CLAIM0002 00 MEMBER: CEDEMO1  PAT: M      TOTAL:        RECD: 031406
DIAG: 873                            AC1:         AC2:
    YR: 06 COB/AMT/IND:              ID/A:                     EXPL:
PAN 1/2/3:
PA DOB:        DT CUR ILL:      DT SIM ILL:      HOSP DTS:
    USF1:          USF2:


SVC DATES P TOS PROC  D CHARGES CTR PAY  PROVIDER    ID/AMT   CD   A P
0314 0314 11 SUR 12032   0016958 001    0010001001
0314 0314 11 SUR 12032   0016958 001    0010001001
0314 0314 11 SUR 12035   0022768 001    0010001001
0314 0314 11 SUR 12036   0031561 001    0010001001

MEMO:
WINDOW ID:    WINDOW:
```

```
CI: BP
CL ID: CLAIM0002 00 MEMBER: CEDEMO1  PAT: M      TOTAL: 0088245 RECD: 031406
DIAG: 873                           AC1:                            AC2:
      VR: 06 COB/AMT/IND:           IO/A:                           EXPL:
PAN 1/2/3:
PA DOB:          OT CUR ILL:        DT SIM ILL:      HOSP DIS:
     USF1:            USF2:
     SAM BERNHARDT              01/01/50 M 100 MAIN STREET      CP
M SAM BERNHARDT                 01/01/50 M KAREML AC
     HEAD WOUND OPEN OTHER             100 MAIN STREET
     JOHN SMITH MD                                           10019
PR MEMO: TEST PROVIDER
PI MEMO: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

SVC DATES P TOS PROC    D CHARGES CTR  PAY  PROVIDER    ID/AMT        CD    A P
0314 0314 11 SUR 12037  1 0088245 001     0010001001
```

MEMO:
WINDOW ID:    WINDOW:

TRIAL EXHIBIT
1188

02/09

*:00.6

```
CI: BP
                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: CLAIM0002 00 MEMBER: CEDEMO1   PAT: M   TOTAL: 0088245 RECD: 031406
WHEN PERFORMED ON THE SAME LESION OR SITE, THE PROCEDURES LISTED BELOW ARE
CONSIDERED PART OF A MORE COMPREHENSIVE PROCEDURE AND BILLED USING CODE
12037 . IF IN DOUBT, HAVE A PHYSICIAN REVIEW CLAIM.
      12032   12032   12035   12036


SVC DATES P  TOS PROC    D CHARGES CIR  PAY  PROVIDER   ID/AMT   CO   A P
0314 0314 11 SUR 12037   1 0088245 001       0010010001


MEMO:
WINDOW ID: N  WINDOW:
END OF DATA
```

TRIAL EXHIBIT
**1189**

02/09

```
CI: BP
CL ID: CLAIM0002 00 MEMBER: CEDEMO1  PAT: M   TOTAL: 0088245 RECD: 031406
EDIT PERFORMED GO TO N DISPLAY
  BASIC  MAJOR    DED    COP    DIS  EXPL
1 INPATIENT SURGERY            12037  SURGERY
  0.00  315.61   0.00   0.00  566.84 P1 CHG IS > AMOUNT ALLOWED        315.61
  0.00  315.61   0.00   0.00  566.84  TOTAL                           315.61
    PLAN: KARENL AC    COB/AMT:         0.00

SVC DATES P TOS PROC  D CHARGES CTR PAY PROVIDER      ID/AMT      CD    A P
0314 0314 11 SUR 12037 1 0088245 001    0010010001

MEMO:
WINDOW ID: V WINDOW:
END OF DATA
```

TRIAL EXHIBIT
1190

02/09

```
CI: BI              CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B    PFX: 03    PROCEDURE CODE: 12036    GEN: 0
   EFFECTIVE DATE: 010106    LIMIT DATE: 123150    OPTIONS:
DESC: LAYER CLOSURE WOUNDS OF SCALP, AXILLAE, TRUNK &/EXTREMETIES; 20.1-30CM
REBUNDLE CODES: 12037

                              ANES: Y    ASA CODE: 00300
PRIN PROC: 12035    MULT PROC:        SING BILL REPL:        FOLLOW-UP: 010
SEX: B POS: 0 ASST SUR: N COSMETIC: N INVEST: N OUTDATE: N CS MG N INVALID:
INFO:    REVIEW:    ISSUE:    AGES-NOR MN: 00 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:
                                   SAME DAY EDIT TABLE: A

                  **SUBSET 1 PROCEDURE CODES**
12031   12032   12034   12035

                  **SUBSET 2 PROCEDURE CODES**
00300   00400   11040   11041   11042   64450   11100   11900   11901
16020   16025   16030   69990   60168   11043   01995   37202   62318
62319   64415   64417   64470   64475   64416   J2001   97597   97598
90760   90765   90772   90774   90775   C8950   C8952

WINDOW ID:    WINDOW:
```

TRIAL EXHIBIT
1191

02/12

```
CI: BP                    CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B    PFX: 03    PROCEDURE CODE: 12037        GEN: 0
       EFFECTIVE DATE: 010106    LIMIT DATE: 123150    OPTIONS:
DESC: LAYER CLOSURE WOUNDS OF SCALP, AXILLAE, TRUNK &/EXTREMETIES; >30.0 CM
REBUNDLE CODES:
                                                  ANES: Y   ASA CODE: 00300
PRIN PROC: 12036   MULT PROC:          SING BILL REPL:          FOLLOW-UP: 010
SEX: B POS: O ASST SUR: N COSMETIC: N INVEST: N OUTDATE: N CS MG N INVALID:
INFO:    REVIEW:    ISSUE:    AGES-NOR MN: 00 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:
                                              SAME DAY EDIT TABLE: A
                        **SUBSET 1 PROCEDURE CODES**
12031   12032   12034   12035   12036

                        **SUBSET 2 PROCEDURE CODES**
00300   00400   11040   11041   11042   64450   11100   11900   11901
16020   16025   16030   69990   G0168   11043   11044   01995   37202
62318   62319   64415   64417   64470   64475   64416   J2001   97597
97598   90760   90765   90772   90774   90775   C8950   C8952

WINDOW ID:    WINDOW:
```

TRIAL EXHIBIT
1192

02/12

PRODUCT: CF   CLIENT: BP      SYSTEM MENU - CELOGIC      USER: USER1      PAGE: 01

CLINICALOGIC PROCESSING MENU

AN- ANESTHESIA   PROCEDURE RECORD

CE- CLINICALOGIC PROCEDURE RECORD

EA- EDIT ADMINISTRATION RECORD

IO- DIAGNOSIS RECORD

WM- WARNING MESSAGE

CP- CLINICALOGIC PROCESSING SCREEN

RP- REPORT PARAMETER RECORD

TRANSACTION: CP      INITIAL PROCESSING: -

PLEASE ENTER TRANSACTION ID

TRIAL EXHIBIT
1193

23/56

```
CI: BP
CL ID: CLAIM00010 00 MEMBER: CEDEMO1    PAT: M    TOTAL:        RECD: 030606
DIAG: 81212                      AC1:          AC2:
        YR: 06 COB/AMT/IND:      ID/A:               EXPL:
PAN 1/2/3:
PA DOB:      DT CUR ILL:     DT SIM ILL:      HOSP DTS:
    USF1:       USF2:

SVC DATES P TOS PROC  D CHARGES CTR PAY PROVIDER    ID/AMT
0306 0306 11 SUR 12345   0010000 001 0010001001_              CO   A P

MEMO:
WINDOW ID:    WINDOW:
```

⁕:00.5

TRIAL EXHIBIT
1194

16/54

TRIAL EXHIBIT
1195

```
CI: BP                    "CLAIMFACTS" MEDICAL PROCESSING
CL ID: CLAIM0010 00 MEMBER: CEDEMO1   PAT: M        TOTAL: 0010000 RECD: 030606
DIAG: 81212                          AC1:                AC2:
   YR: 06 COB/AMT/IND:               IO/A:                     EXPL:
PAN 1/2/3:
PA DOB:        DT CUR ILL:        DT SIM ILL:        HOSP DTS:
   USF1:          USF2:
   SAM BERNHARDT        01/01/50 M 100 MAIN STREET          CP
M  SAM BERNHARDT        01/01/50 M KAREN1 AC
   FX ANATOMIC NECK HUMERUS-OPEN
   JOHN SMITH MD                    100 MAIN STREET          10019
PR MEMO: TEST PROVIDER
PI-MEMO: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

SVC DATES P  TOS PROC  D CHARGES CTR  PAY  PROVIDER    ID/AMT      CO    A P
0306 0306 11 SUR 12345   0010000 001       0010010001

                                    - RECORD NOT FOUND

MEMO:
WINDOW ID:       WINDOW:
CFBPIPCL12345    0000        2:00.5
```

PRODUCT: CF CLIENT: BP    SYSTEM MENU - CELOGIC    USER: USER1    PAGE: 01

CLINICALOGIC PROCESSING MENU

AN- ANESTHESIA    PROCEDURE RECORD

CE- CLINICALOGIC PROCEDURE RECORD

EA- EDIT ADMINISTRATION RECORD

ID- DIAGNOSIS RECORD

WM- WARNING MESSAGE

CP- CLINICALOGIC PROCESSING SCREEN

RP- REPORT PARAMETER RECORD

TRANSACTION: CP    INITIAL PROCESSING: -
PLEASE ENTER TRANSACTION ID

X

TRIAL EXHIBIT
1196

23/56

CI: BP
CL ID: CLAIMEX14 00 MEMBER: CEDEMO4    PAT: M    TOTAL:                RECD: 031206
DIAG: 9155                           AC1:                  AC2:
YR: 06 COB/AMT/IND:                  ID/A:                       EXPL:
PAN 1/2/3:
PA DOB:          DT CUR ILL:        DT SIM ILL:      HOSP DIS:
    USF1:           USF2:

SVC DATES P TOS PROC   D CHARGES CTR  PAY  PROVIDER      ID/AMT       CD    A P
0312 0312 11 SUR 64450   0007162 001       0010001001
0312 0312 11 SUR 10120   0008827 001       0010001001_

MEMO:
WINDOW ID:          WINDOW:

:%:00.6

TRIAL EXHIBIT
1197

DB

CI: BP
CL ID: CLAIMEX14 00 MEMBER: CEDEMO4    PAT: M    TOTAL: 0015989 RECD: 031206
"CLAIMFACTS" MEDICAL PROCESSING
WHEN PERFORMED AT THE SAME TIME, CODE 64450   IS CONSIDERED A PART OF OR
    INCIDENTAL TO CODE 10120   AND SHOULD NOT BE BILLED SEPARATELY.   IF IN DOUBT,
    HAVE A PHYSICIAN REVIEW CLAIM.

| SVC DATES | P | TOS PROC | D CHARGES | CIR | PAY | PROVIDER | ID/AMT | CD | A P |
|-----------|---|----------|-----------|-----|-----|----------|--------|----|----|
| 0312 0312 | 11 | SUR 64450 | 0007162 | 001 | | 0010010001 | | | |
| 0312 0312 | 11 | SUR 10120 | 0008827 | 001 | | 0010010001 | | | |

MEMO:
WINDOW ID: N  WINDOW:
END OF DATA

TRIAL EXHIBIT
1198

```
CI: BP
CL ID: CLAIMEX14 00 MEMBER: CEDEM04  PAT: M    TOTAL: 0015989 RECD: 031206
EDIT PERFORMED GO TO N DISPLAY
  BASIC  MAJOR    DED     COP    DIS  EXPL
1 INPATIENT SURGERY        64450      SURGERY
  0.00   0.00    0.00    0.00   71.62 U02SUBSET 1 DISALLOW          0.00
2 INPATIENT SURGERY        10120      SURGERY
  0.00   88.27   0.00    0.00    0.00                              88.27
  0.00   88.27   0.00    0.00   71.62  TOTAL                       88.27
  PLAN: KARENL AC    COB/AMT:                 0.00

SVC DATES P TOS PROC   D CHARGES CTR   PAY  PROVIDER         ID/AMT      CD   A P
0312 0312 11 SUR 64450   0007162 001   001  0010010001
0312 0312 11 SUR 10120   0008827 001   001  0010010001

MEMO:
WINDOW ID: Y  WINDOW:
END OF DATA
```

TRIAL EXHIBIT
1199

%:00.5

02/09

```
CI: BP                 CLINICAL EDITS MAINTENANCE SCREEN 1
FUNCTION: B    PFX: 03    PROCEDURE CODE: 10120        GEN: 0
        EFFECTIVE DATE: 010106    LIMIT DATE: 123150    OPTIONS:
DESC: SUBCUTANEOUS TISSUES, INCISION & REMOVAL OF FOREIGN BODY, SIMPLE
REBUNDLE CODES:

                                 ANES: Y    ASA CODE: 00400
PRIN PROC: 10120    MULT PROC:        SING BILL REPL:        FOLLOW-UP: 010
SEX: B POS: O ASST SUR: N COSMETIC: N INVEST: N OUTDATE: N CS MG N INVALID:
INFO:    REVIEW:    ISSUE:    AGES-NOR MN: 00 NOR MX: 99 EXT MN: 00 EXT MX: 99
REPL:
                                        SAME DAY EDIT TABLE: A
              **SUBSET 1 PROCEDURE CODES**
64450    11040    11041

              **SUBSET 2 PROCEDURE CODES**
00300    00400    11055    11056    11057    11719    11720    11721
15850    15851    69990    G0127    01995    37202    62318    62319
64415    64417    64470    64475    64416    90760    90765    90772
90774    90775    C8950    C8952

WINDOW ID:        WINDOW:
```