# EXHIBIT 31

# (PART 1)



GMIS
AUT□□ODER
Paoli Medical Commons
250 W. Lancaster Avenue
Paoli, Pennsylvania 19301
215-296-3838

CONFIDENTIAL
COPY
GMIS
AUT□□ODER

- Artificial intelligence
- that sets free your
- human intelligence

© Copyright 1986 GMIS

Confidential Information Subject to D. Del. LR 26.2



Automated coding: the
job that software was
meant to do.

Coding is tedious.
It invites error.
It forces people to spend
inordinate time on
machine-like tasks.
It involves deciphering,
typing, indexing, tracking
down, checking spelling
and sometimes
guessing.
Even if you have a soft-
ware dictionary, you
often have to plow
through several screens
to locate the right code
or accept an inaccu-
rate "ballpark" code.
And if your software
doesn't recognize the
term you type in — you're
back to zero.

Autocoder. It's the
program that answers
every one of the coding
problems.

Autocoder is not another
dictionary.
It's artificial intelligence.
That means wherever you
have a coding hurdle
Autocoder leaps it with
ease.
It understands such
systems as ICD-9-CM
(diagnoses and pro-
cedures), CPT-4 and
HCPCS. It follows coding
"book" rules — and your own
rules.
How important is
Autocoder?
Studies show manual
coding error rates that
start at 26% — and go as
high as 39%.
What makes Autocoder
when

000219

CONFIDENTIAL

Confidential Information Subject to D. Del. LR 26.2



| Where is coding most likely to go wrong? | What can Autocoder do about it? |
|---|---|
| When a synonym, such as "heart attack," is vague. | Autocoder recognizes it as myocardial infarction. |
| When an abbreviation, such as IDDM, is used. | Autocoder immediately knows IDDM as insulin dependent diabetes mellitus. |
| When unnecessary detail is used. | Autocoder recognizes it, and codes only pertinent terms. |
| When location (right, left, upper, lower) may be needed in description. | Autocoder knows that right and left don't affect fracture coding, but do affect heart terms. |
| When misspellings occur. | Autocoder automatically recognizes, corrects and properly codes the most common misspellings. |
| When coding rules demand details such as sex or age for certain diagnoses or procedures. | Autocoder requests all necessary details according to code book rules. |
| When the provider's hand-writing is hard to read. | Autocoder helps decipher handwriting even when given fractional words. |
| When your office has cod-ing methods separate from the code book rules. | Autocoder is customized to incorporate your methods. |

CONFIDENTIAL

000220

Confidential Information Subject to D. Del. LR 26.2

MCK 047862

04-CV-1258-SLR (D.Del.)



### The positive results of Autocoder

—Less time spent in coding: coders are 2 to 4 times more productive.

—Untrained personnel can operate Autocoder.

—Trained personnel are freed for more productive tasks.

—Coded documents are virtually error-free.

—Application of rules is consistent and not subject to judgment error.

—GMIS electronically incorporates updating: personnel never need retraining on code revisions.

—And as a result of all the time, training and accuracy benefits, Autocoder saves you substantial money.

### Autocoder has a proven track record throughout the healthcare industry.

Millions of records in insurance companies, HMOs, clinics, hospitals, government and physicians' offices are testament to the accuracy, productivity and savings realized by Autocoder users.

Our staff of physicians, nurses, medical records specialists and programmers has designed—and continues to enhance—Autocoder to meet the ever-changing needs of the healthcare industry.

### Contact GMIS to see Autocoder in action.

We'll be glad to show you Autocoder in your own offices. Just call or write to find out how artificial intelligence can help set free human intelligence.

CONFIDENTIAL

000221

MCK 047863

CONFIDENTIAL

Contract No.: AC-517.L
(rev.4)

AGREEMENT FOR PRODUCTS

between

Gabrieli Medical Information Systems
250 W. Lancaster Pike
Paoli, PA  19301
(hereinafter called "Licensor")

and

The Prudential Insurance Company of America
56 North Livingston Avenue
Roseland, NJ  07068
Prudential Health Care Plan, Inc. (PRUCARE)
Prudential Health Care Plan of Oklahoma Inc.
and such affiliates as Prudential may establish to conduct
its Group Health Benefit Operations.
(hereinafter called "Licensee")

Licensor hereby grants to Licensee the right to use the soft-
ware product AUTOCODER ("Product"). A complete definition is
in Attachment A. The following terms and conditions govern
this Agreement.

1.  **INSTALLATION** The Product will be installed and used
    only as specified below:

    Licensor authorizes Licensee to use the Product for
    coding of medical diagnostic and procedural terms into
    ICD-9-CM and CPT-4 coding systems. This agreement
    authorizes Licensee to install the Product in hard-
    ware environments, as described in Attachment B, with-
    in the conduct of normal Prudential Group claim opera-
    tions. The Product will be used solely for the bene-
    fit of Licensee by submission of jobs for the purpose
    of coding documents arising in the conduct of the
    Group Health Benefit Business. Licensee agrees that
    the Product delivered by Licensor pursuant to or in
    connection with this Agreement shall remain the prop-
    erty of Licensor. No copies or other duplication of
    Product or its likeness are authorized for use out-
    side the Group Claim Operation environment except

G013264

MCK 115920

Confidential Information Subject to D. Del. LP 26.2 - CONFIDENTIAL          04-CV-1258-SLR (D.Del.)

CONFIDENTIAL

as authorized in writing. Licensee shall take all reasonable precautions to protect the confidentiality of the Product, but not less than that employed to maintain its own proprietary information.

Licensee agrees to bear the risk of loss or damage to the Product and any associated equipment, normal wear and tear excepted. If for any reason the Product is not returned within fifteen days of the conclusion of this contract, Licensee will be billed at GMIS' then standard sale price.

Licensee will provide Licensor with usage data on a periodic basis from a principal machine to determine and evaluate coding hit rate and performance. For microcomputer installations, a dial-up line to Licensee's centralized microcomputer telecommunications system is required to provide this data and to receive system updates. For mainframe installations, Licensee will send Licensor a tape of the files containing usage data on a quarterly basis. These files will be used to calculate Licensor's coding volume, for use in determining the additional lease fee specified in Section 2 below.

Contract Period:  From: <u>March 31, 1986</u>
                  To: <u>March 30, 1991</u>

This contract is renewable for an additional 5 year period beyond March 30, 1991. The annual fee of $70,000 will not be increased during the 5 year renewal period, except as specified in Section 2 below. The annual maintenance fee of $50,000 is limited to an increase of 5% annually during the 5 year renewal period.

The effective date of the contract is conditioned upon Prudential's acceptance of the mainframe version on or before March 31, 1986.

2.    <u>FEES</u>  The basic annual lease fee for the Product is $70,000. The annual software maintenance fee is $50,000. Fees will be paid according to Attachment C. The annual lease fee covers standard installation and training as described in the attached implementation plan. Delivery transportation and handling between Licensor and Licensee shall be paid by Licensee. Hardware costs and hardware maintenance and service are the responsibility of Licensee. For any microcomputer applications of the Product, Licensee may, at its option, purchase the hard disk unit and Micronetics MSM software through Licensor.

G013265

MCK 115921

CONFIDENTIAL

If at anytime during a contract year, the number of codes delivered at all locations of licensee exceeds a total of 13 million, an additional lease fee will be paid in accordance with the following schedule:

For each 1 million codes (or fraction thereof):

- In excess of 13 million, but
  less than 18 million          -    $4,000

- 18 million or more            -    $2,000

Development and customization fees will be specific to the work Licensee requests. Initial development fees for a mainframe application of the Product are described in the attached implementation plan. From time to time, Licensee may request additional development or customization work. Such work will be addressed as an addendum to this agreement.

Annual lease fees are due in advance on the first day of each anniversary of the Agreement. Additional lease fees for codes exceeding 13 million will be due at the end of that contract year. Annual maintenance fees are due in quarterly installments in accordance with Attachment C. Any development fees are due in accordance with the attached implementation plan.

3.  ERROR CONDITIONS AND LIABILITIES Under no circumstances shall Licensor be liable for any indirect, special or any consequential damages (including, but not limited to, loss of anticipated profits or economic loss) in connection with or arising from the interruption or loss of use of the Product or the furnishing of any services provided in connection with this Product.

Licensor warrants that it is the owner of Product and that it has full power, authority and right to license Product EXCEPT AS NOTED IN THE AUTOCODER USERS GUIDE IN EFFECT AT THE TIME OF DELIVERY, LICENSOR MAKES NO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHER WARRANTIES, WHETHER EXPRESSED OR IMPLIED, ORAL OR IN WRITING, IN FACT OR ARISING BY OPERATION OF LAW OR OTHERWISE.

Notwithstanding any other provision in this Agreement, each party hereto shall be solely responsible for all loss or damage, including death or bodily injury from willful or negligent acts or omissions of its employees, agents, or representatives.

G013266

MCK 115922

CONFIDENTIAL

4.  TERMINATION  Unless a new or subsequent License
    Agreement for the Product has been executed by the end
    of the Contract Period, Licensee will cease using the
    Product and shall promptly delete the Product from its
    library and return to Licensor or destroy (subject to
    Licensor's review) all related materials.

    The Licensee can terminate this Agreement upon 90 days
    written notice prior to the next quarterly maintenance
    installment payment.  If terminated during a contract
    year, no refunds of annual lease fees will be made.
    If terminated, Licensee will cease using the Product
    and delete the Product from its library and return
    to Licensor or destroy (subject to Licensor's review)
    all related materials.

5.  OSHA Regulations and Worker Community Right to Know Act
    GMIS expressly warrants that the equipment contracted for
    herein conforms to, and satisfies the requirements of the
    Occupational Safety and Health Act of 1970 (or any state
    statutes passed in lieu thereof) and amendments and the
    standards and regulations issued thereunder and certifies
    that the equipment herein leased will conform to and com-
    ply with such standards and regulations.  GMIS further
    agrees to immediately notify Prudential in writing as
    soon as GMIS becomes aware that the leased equipment
    herein in any way violates any of the aforementioned
    standards or regulations.

    GMIS expressly warrants and represents that the equip-
    ment herein contracted for contains no toxic substance
    or harmful physical agent as covered by OSHA Regulation
    effective August 21, 1980, 29 CFR Part 1910 (as amended).

    Further, in accordance with New Jersey Laws of 1983,
    Chapter 318, Worker and Community Right to Know Act,
    GMIS expressly warrants both that any items leased
    hereunder are not hazardous substances; and/or that
    such items do not contain any ingredients which are
    hazardous substances both as defined in Section 8:59-1.3,
    Definition of the Regulation, promulgated under the re-
    ferred to New Jersey law.  GMIS will further list the
    chemical abstract service number (CAS number) of each
    substance leased hereunder and/or the CAS number of the
    ingredients of the substance leased hereunder on the
    Material Safety Data Sheet (including all aforementioned
    required CAS numbers), GMIS realizing that Prudential
    will rely upon the truth of the information contained on
    the MSDS, shall be deemed to have complied with the re-
    quirements of the preceding paragraph of this clause as
    well as the requirements of this clause.

G013267

MCK 115923

CONFIDENTIAL

6. <u>GOVERNING LAW</u>  Except with respect to that body of law relating to choice of law, the laws of the State of New Jersey shall govern this Agreement.

7. <u>MAINTENANCE</u>  Licensor maintenance is limited to the Product software.  In the case of a microcomputer hard disk unit which Licensee purchased from Licensor, maintenance is completed by replacing the problem unit with a working unit while the repair is being made, either under the manufacturer's warranty or on a time and materials basis.  All freight charges are paid by Licensee. Additional and on-site maintenance is available at $440 per day, plus expenses, plus parts.

Terms of Maintenance Service Agreement are included as Attachment E.

8. <u>TRAINING AND SUPPORT</u>  Licensor service includes service for training, installation and user-specified rule customization as described in the Attachment B.  Product updates are provided monthly to a single hardware unit.  Further dissemination of updates is the responsibility of Licensee.  Additional and on-site service is available and will be priced and provided according to Licensee's desires and needs.

9. <u>CIRCUMSTANCES FOR TRANSFER OF THE SOURCE CODE</u>  Licensor shall make available to Licensee one copy of the software written in source code upon Licensor's failure to support the Product as described below.

Licensor's failure, for a period ninety days beyond the normal service schedule and after written request from Licensee, to provide the maintenance services described in paragraph 7 above and Attachment E; provided, however, such cessation of tenance is not due to circumstances caused by Licensee.

Unless specifically authorized in writing by the Licensor, the copy of the software written in source code made available to Licensee shall be for the exclusive use of Licensee.  Except for Licensee's own use with its Group Claim Operations, no copies or other duplication of the software written in source code or its likeness are authorized for further internal or external use.  Licensee shall take all reasonable precautions to protect the confidentiality of the software written in source code, but not less than that employed to maintain its own proprietary information.

G013268

MCK 115924

CONFIDENTIAL

10. <u>INSURANCE</u>  GMIS hereby agrees to maintain in full force and effect, at all times while it has any obligations remaining under this agreement, policies of insurance issued by a responsible carrier or carriers acceptable to Prudential which afford the following coverages:

| | |
|---|---|
| Workers' Compensation | – Statutory |
| Employer's Liability | – Not less than $100,000 |
| Comprehensive General Liability Insurance including, Broad Form Contractual, Broad Form Property Damage, Personal Injury, Completed Operations and Products coverages. | – Not less than $1,000,000 combined single limit |
| Comprehensive Auto Liability including, Owned, Non-Owned and Hired Car Coverages. | – Limits same as above |

GMIS hereby agrees to deliver to Prudential, within ten (10) days of the date hereof and prior to any equipment or personnel being brought onto Prudential premises in accordance with the terms of this agreement, Certificates of Insurance evidencing the above coverages with limits not less than those specified above.

If such Certificates are not delivered in accordance with the foregoing terms, Prudential shall have the right to cancel this agreement, and any monies paid by Prudential prior to such cancellation shall be returned forthwith to Prudential.

11. <u>FEDERAL REGULATIONS</u>  GMIS where and as applicable:

(a) represents that it is an equal opportunity employer as described in Section 202 of Executive Order 11246 dated September 24, 1976, as amended, and as such agrees to comply with the provisions of said Executive Order and its implementing regulations during the performance of this agreement; and

(b) agrees to comply with the affirmative action requirements of Part 60-741.4 of Title 41, Code of

G013269

MCK 115925

04-CV-1258-SLR (D.Del.)

CONFIDENTIAL

Federal Regulations with respect to handicapped workers during the performance of this agreement; and

(c) agrees to comply with the affirmative action requirements of Part 60-250.4 of Title 41, Code of Federal Regulations with respect to Disabled Veterans and Veterans of the Vietnam Era during the performance of this agreement; and

(d) agrees to comply with the provisions of Executive Order 11625 and its implementing regulations with respect to the utilization of minority business enterprises during the performance of this agreement.

12. <u>DEFENSE</u>  GMIS will defend, indemnify, and hold Prudential harmless from any and all damages, liabilities, costs and expenses (including but not limited to attorney's fees and costs of suit) incurred by Prudential as a result of any judgment or proceeding against Prudential in which it is determined or alleged that the product infringes any copyright, trademark, trade secret or other proprietary or contractual right of any third party, provided that Prudential promptly notifies GMIS of any such claim or proceeding in writing, tenders to GMIS the opportunity to defend or settle such claim or proceeding at its expense and cooperates with GMIS in defending or settling any such claim or proceeding.  By written notice to GMIS, Prudential may waive its right under this paragraph to be defended, indemnified, and held harmless by GMIS as to any particular claim and may settle such claim as Prudential may desire so long as such settlement creates no obligation for GMIS and is consistent with the rights granted to GMIS under this agreement.  Licensor shall have full right to direct the defense against such claim and to settle said claim at its sole discretion.

In the event a final injunction will be obtained against Customer's use of the items as warranted herein or any other items as warranted herein or any other items leased under this agreement manufactured by GMIS, GMIS at its option and expense will, at no expense to the Prudential, either:  (i) procure for Prudential the right to continue using the equipment; or (ii) replace or modify the same so that it becomes non-infringing, or (iii) pay damages to Prudential, but in no event exceeding the annual lease fee of the equipment.  In no event will Prudential be entitled to any consequential or incidental damages.

G013270

MCK 115926

CONFIDENTIAL

GMIS represents that as of the date of this agreement it has no knowledge of any claim that the equipment or any items or parts to be installed therein infringes any patent.

Prudential will defend, indemnify, and hold GMIS harmless from any and all damages, liabilities, costs and expenses (including but not limited to attorney's fees and costs of suit) incurred by GMIS as a result of any final judgment or proceeding against GMIS arising out of or connected with the use of the product, except for rights covered by paragraph 1 above, provided that GMIS promptly notifies Prudential of any such claim or proceeding in writing, tenders to Prudential the opportunity to defend or settle such claim or proceeding at its expense and cooperates with GMIS in defending or settling such claim or proceeding. By written notice to Prudential, GMIS may waive its right under this paragraph to be defended, indemnified, and held harmless by Prudential as to any particular claim and may settle such claim as GMIS may desire so long as such settlement creates no obligation for Prudential and is consistent with the rights granted to Prudential under this agreement.

13. The attached AUTOCODER implementation plan specifies the objectives, timeliness and additional conditions of this implementation.

14. MICRONETICS  The microcomputer version of the AUTOCODER program licensed hereby incorporates a program (MSM-MUMPS) licensed to GMIS by Micronetics Design Corporation of Rockville, Maryland ("Micronetics"). AUTOCODER and its performance are in no way the responsibility of Micronetics. Micronetics makes no express or implied warranties, including without limitation, fitness for any particular purpose and merchantability, with respect to the licensed program, and will not be liable for any damage to the Licensee of AUTOCODER, property of Licensee or third parties relating directly or indirectly to use or operation of the licensed program. In no event will Micronetics be liable for any damages including direct damages and incidental or consequential damages even if Micronetics or GMIS has been advised of the possibility of such damages.

15. NON-COMPETITION  Licensee agrees not to market to any third party, any product whose operation is similar to

G013271

**CONFIDENTIAL**

Attachment A, for a period of five years beyond the termination of this, or a renewed, contract for the Product.

This Agreement constitutes the complete agreement between the parties and supersedes all previous communications and representations or agreements, either oral or written, with respect to the subject matter hereof.

ACCEPTED BY:

GMIS

By _____
        Scott Laidlaw

Title  Vice President

Date   March 11, 1986

The Prudential Insurance
Company of America

By _____

Title   SR VP.

Date   3/14/86

G013272

MCK 115928

CONFIDENTIAL

Attachment A

AUTOCODER Product Definition

AUTOCODER is a fully automated coding system. The system is
specially designed to accept medical language input letter-
for-letter as it is documented by the care provider.
AUTOCODER then displays the appropriate ICD-9-CM or CPT-4
code(s) just seconds after the medical term is entered into
the computer.

AUTOCODER understands medical terminology, eliminating the
need for coders to memorize the endless variations that exist
in medical nomenclature.  AUTOCODER takes the place of paging
through large volumes of classification listings to find code
assignments, saving valuable coding time.  The system is
powerful enough to meet most coding needs, yet it is easy to
learn and use.

The AUTOCODER system is designed to automatically display the
appropriate code number immediately following the typed entry
of a medical diagnosis or procedure.  AUTOCODER corrects com-
mon misspellings, recognizes synonyms, expands abbrevia-
tions, and helps decypher provider handwriting.

AUTOCODER applies the coding rules and conventions unique to
each coding system.  Some of these rules require additional
input from the operator in the form of system prompts.  For
example, when a procedure or diagnosis is entered that
requires input of the age or sex to assign the proper code
number, AUTOCODER automatically prompts the operator for
this information.

The GMIS computer can, at Licensee's discretion, dial into
your AUTOCODER system and retrieve summaries of coding
activity.  Coding information is also sent back to your
computer in the form of system "updates." Updates are based
on the users' actual coding activity and contain new medical
terms, abbreviations and misspellings that increase
AUTOCODER's coding effectiveness.

The AUTOCODER system is designed to allow complete coding
flexibility.  AUTOCODER's maintenance functions enable the
system to be modified to return any code desired.  Medical
abbreviations and misspellings can be added or modified to
incorporate each users specific coding preferences.  Those
maintenance functions include:

G013273

MCK 115929

**CONFIDENTIAL**

1. Customization changes performed by the client:

   a. term-to-code override; the code assigned to a
      specified term is changed (for mainframe cus-
      tomers, term-to-code overrides are maintained
      by GMIS)

   b. code-to-code override; all possible terms leading
      to a specified code will receive a new code
      assignment

   c. abbreviation override; the definition of an abbre-
      viation is changed, or, a new abbreviation is
      entered

   d. misspell override; a new misspelling of a term is
      added

2. Customization packages (where GMIS personnel inter-
   face directly with the new user for a specified per-
   iod of time) are available and are negotiated separ-
   ately.  They include:

   a. development of new prompts for further information
      when designated terms are entered

   b. development of coding choice responses when desig-
      nated terms are entered

   c. the addition of client-specific modifiers or codes

G013274

MCK 115930

CONFIDENTIAL

Attachment B

Implementation Plan

I. Installation and Acceptance of Microcomputer Version of
AUTOCODER

Licensor will provide Licensee with microcomputer ver-
sions of the AUTOCODER Product according to the follow-
ing criteria.

1. Licensor will provide the Product in a version to
operate on single-user IBM PC-XT or AT microcom-
puters.

2. Licensee will be responsible for all hardware, hard-
ware costs, associated software, and maintenance
and service.

3. Licensee may at its option purchase a hard disk unit
through Licensor for each microcomputer version of
the Product.

4. If appropriate, Licensor will deliver this hard disk
unit to Licensee with the Product installed. Deliv-
ery of the Product will be made within fifteen work
days of receipt of Licensee's order for ten or fewer
units unless equipment supply delays outside the
control of Licensor are experienced. For orders of
eleven to thirty units, Licensor will deliver the
Product within thirty work days of receipt of
Licensee's order unless equipment supply delays out-
side the control of Licensor are experienced. De-
livery for orders in excess of thirty units will be
agreed upon as circumstances occur.

5. Payment for hard disk units will be within thirty
days of receipt of an appropriate invoice.

6. Licensor is prepared to begin delivery of microcom-
puter versions of the Product, in accordance with
the terms herein, immediately upon execution of this
contract.

7. The following equipment is necessary to the opera-
tion of the Product in a microcomputer environment:

        (1) IBM PC-XT (or IBM PC-AT) unenhanced,
            256K, 1 floppy disk drive, keyboard

G013275

MCK 115931

**CONFIDENTIAL**

    (1)  30 megabyte internal hard disk with
         controller (may be purchased from
         Licensor)
    (1)  Color monitor (recommend:  Princeton
         Graphics System HX -12)
    (1)  1200 baud modem without software
         (recommend: Hayes 1200B Smartmodem)
    (1)  Color card (recommend:  Hercules)
    (1)  Microstuff Crosstalk XVI software
    (1)  IBM DOS V 2.1
    (1)  4 plug surge protector
    (1)  Micronetics MSM (MUMPS) single-user
         software (purchased from Licensor)

II. <u>Development, Installation and Acceptance of a Mainframe
    Version of AUTOCODER</u>

    Licensor will provide Licensee with a mainframe version
    of the Product according to the following criteria:

    1.  Licensor will provide the Product in a version to
        operate in the following IBM mainframe environment:

            Operating System:       MVS/XA
            Screen Handler:         Command Level CICS(1.6)
            Compiler:               OS/VS COBOL
            File Access:            VSAM

    2.  Upon receipt of Licensee's specifications for
        PruTrac II, Licensor will evaluate Licensee's
        requirements and provide such services as requested
        on a time and materials basis.  Any changes neces-
        sary solely to move to COBOL II will be made with-
        out charge.

    3.  Licensee will be responsible for all hardware, hard-
        ware costs, associated software, and maintenance and
        service.

    4.  A development fee of $75,000 will be paid.  This fee
        covers Licensor's delivery of the Product to be in-
        stalled upon Licensee's designated mainframe on ap-
        proximately March 24, 1986.

    5.  The main AUTOCODER function will have a response
        time similar to that experienced during the PC-based
        pilot when running on an IBM 3084 mainframe using
        IBM 3380's for disk storage.  This response time
        will be maintained while supporting a throughput
        of sixty (60) transactions per minute for each
        copy of the database with independent access to an
        I/O channel, depending on Prudential's capacity
        utilization.

G013276

MCK 115932

CONFIDENTIAL

6.  Maintenance Standards

    a.  Enhancements to AUTOCODER's ICD-9-CM and CPT-4
        databases are made on an ongoing basis by the GMIS
        Medical Support Group. Database updates will be
        provided on tape to The Prudential on a monthly
        basis.

    b.  The addition of legitimate and unambiguous terms
        to the AUTOCODER database and corrections, if any,
        will be handled through the normal monthly up-
        dates.  Such additions and corrections will be
        made within two (2) update cycles of the receipt
        by GMIS of The Prudential's written requests.

    c.  Annual changes to CPT-4 will be available not
        later than three (3) months after their release by
        the AMA or after The Prudential requests, in
        writing, the annual update, whichever is later.

    d.  Response to any problems with the AUTOCODER soft-
        ware will depend on the nature and severity of the
        problem.  Critical problems which are preventing
        the use of AUTOCODER will be responded to within
        one working day.  Others will be handled in a
        manner consistent with The Prudential's status as
        a major GMIS customer.  Database questions will be
        dealt with as outlined in Section b above.

7.  Approximate training requirements are:

    1)  3 hours for claims management personnel to
        discuss:

        -  operation of the Product

        -  available user customization features;
           term-to-code override
           code-to-code override
           misspelling addition/deletion/change
           abbreviation addition/deletion/change

        -  available options;
           context dependent TERM DECYPHER
           code-to-English

    2)  4 hours for operator training

        -  operation of the Product

    Training and user manuals will be provided by
    Licensor, equal to the number of PC Versions in-
    stalled, up to 150 microcomputer applications, after

G013277

CONFIDENTIAL

which a unit fee of $25 per manual would be paid. 100 copies of the mainframe user manual will be supplied.

8. Licensor will provide the following customer support services:

    1) Technical support to ensure the Product software operates as specified

    2) Technical documentation

    3) Updates to improve technical performance as they are developed

    4) Assistance and advice in implementing the Product within Licensee's environment.

    5) Assistance and advice in implementing any Licensee specific coding customization. Additional development fees may be appropriate.

    6) Monthly updates of the Product's ICD-9-CM and CPT-4 database.

9. Acceptance of the Product is contingent upon completion of the following criteria:

    a. AUTOCODER, on The Prudential's host mainframe, returning an ICD-9-CM or CPT-4 code, as appropriate, for a proper diagnostic or procedural term with the performance standards described in Attachment D.

    b. Operation of the following features:

        (1) code-to-code override
        (2) abbreviation file maintenance
        (3) misspelling file maintenance
        (4) WORD DECYPHER function
        (5) code-to-English

10. Additional distribution of the Product to other Licensee mainframe systems is the responsibility of Licensee. Licensor will provide reasonable advisory support of that effort.

G013278

MCK 115934