EXHIBIT 32

LAW OFFICES

# COBRIN GITTES & SAMUEL

PATENTS, TRADEMARKS AND COPYRIGHTS

PETER T. COBRIN
MARVIN S. GITTES
RICHARD I. SAMUEL

DAVID A. JACOBS
KERRY P.L. MILLER
EILEEN M. EBEL
RICHARD M. LEHRER
JAMES E. BRANDT
JILL C. GREENWALD
DAVID J. GARROD, Ph.D.*

750 LEXINGTON AVENUE
NEW YORK, N.Y. 10022

TELEPHONE (212) 486-4000
TELECOPIER (212) 486-4007

NEW JERSEY OFFICE
1271 COOPER ROAD
SCOTCH PLAINS, NJ 07076
TELEPHONE (908) 756-7406
TELECOPIER (908) 754-5930

*REGISTERED U.S. PATENT AGENT ONLY

January 18, 1995

**Via Federal Express**

Honorable Clarence C. Newcomer
United States District Court
 for the Eastern District of Pennsylvania
U.S. Courthouse - Room 13614
601 Market Street
Philadelphia, PA 19106

>  Re:   GMIS, Inc. v. Health Payment Review, Inc.
>        No. 94-CV-056
>        <u>AMENDED WITNESS LIST</u>

Dear Judge Newcomer:

Plaintiff GMIS hereby respectfully files the following amended list of witnesses which it intends to call at the Trial of this Action:

1. Dr. Shimon Schocken is a fact and expert witness skilled in the computer science arts. Dr. Schocken will testify as to facts concerning the state of the art as of the date of invention of the '164 Patent, the skill in the art as of that date, and with respect to the matters raised in his expert report.

2. James Reisman is a fact and expert witness who will testify as to facts relating to the United States Patent and Trademark Office, who will explain the file history of the patent in suit and will also testify with respect to matters raised in his expert report.

3. Mr. Thomas Owens is Chief Executive Officer of Plaintiff GMIS, Inc., who will testify as to the business and products of GMIS, as to statements made by Defendant's agents to others after the patent issued and as to overall knowledge of the claims processing industry prior to the date of invention of the '164 patent. In particular, Mr. Owens will also testify with regard to the initial development of the GMIS ClaimCheck

EXHIBIT
H-118

MCK 046088

Confidential Information Subject to D. Del. LR 26.2      04-CV-1258-SLR (D.Del.)

COBRIN GITTES & SAMUEL

Honorable Clarence C. Newcomer
January 18, 1995
Page 2

product, GMIS' AUTOCODER product which was sold by GMIS prior to the date of invention of the '164 patent, and his prior employment at HSI (Health Systems International) where he was involved with the sale of *inter alia*, the MCMS (Medical Claims Monitoring System) computer system which detected fraudulent medical claims via examination of service codes prior to the date of invention of the '164 patent. Mr. Owens will identify and discuss the User's Guide for the MCMS system, and the December 23, 1994 letter from Ms. Linda Ayr to Mr. Garrard Kramer and the MCMS brochure attached thereto.

4. Dr. Robert Hertenstein, a named inventor of the '164 patent - Dr. Hertenstein will testify by way of deposition as already submitted to the Court, as to the background of the '164 patent, what the patent discloses and what it fails to disclose.

5. Dr. Don Holloway, a named inventor of the '164 patent - Dr. Holloway will testify by way of deposition as already submitted to the Court, as to the background of the '164 patent, what the patent discloses and what it fails to disclose.

6. Virginia Klenske - Ms. Klenske is a technical person employed by GMIS and will testify with respect to the GMIS products accused of infringement, demonstrating facts which form the basis of a conclusion of non-infringement. Ms. Klenske will also testify as to information relating to GMIS' AUTOCODER product.

7. Michael Stare - Mr. Stare is employed by defendant and will testify by way of deposition as already submitted to the Court, concerning communications made on behalf of defendant to GMIS customers with respect to the '164 patent.

8. George Goldberg, a named inventor of the '164 patent - Dr. Goldberg will testify by way of deposition concerning his work on the subject matter of the '164 patent with respect to what the patent does and does not disclose, and he will testify with regard to prior art.

9. Marcia Radosevich - Ms. Radosevich is the chief executive of defendant and will testify either personally or by deposition as already submitted to the Court, concerning communications made by and on behalf of defendant with respect to the patent in suit and other matters contained in her deposition. Ms. Radosevich will also testify with regard to prior art. In particular, Ms. radosevich will refer to an article in PR Newswire, (June 24, 1986 relating to the computer program Unified Claims which incorporated

Confidential Information Subject to D. Del. LR 26.2

MCK 046089

04-CV-1258-SLR (D.Del.)

COBRIN GITTES & SAMUEL

Honorable Clarence C. Newcomer
January 18, 1995
Page 3

"Patterns of Treatment").

10.   Gary Frazier -- Mr. Frazier is a stock analyst and will testify by way of deposition concerning communications he received from representatives of defendant concerning the '164 patent and its effect on plaintiff.

11.   Michael Thurmond is the Chief Financial Officer of plaintiff GMIS and will testify as to financial information relevant to GMIS, its products and business.

12.   John Blaney is the founder of a company, ASA, which developed computer systems which detected fraudulent medical claims via examination of service codes prior to the date of invention of the '164 patent. *Inter alia*, ASA worked with Health Data Institute (HDI) in developing one such system. He will testify that Marcia Radosevich was HDI Project Manager for that system. Mr. Blaney will also testify as to these claims processing systems and other products which constitute prior art relevant to the patent in suit. In particular, Mr. Blaney will testify about information based on and concerning AMS December 1986, Claim Level Edits (103 page manual), and Advanced MedLogic Systems Product Overview (May 1987).

13.   Joanne Hilferty is President of Medical Intelligence, Inc., a subsidiary of GMIS, and Vice President of GMIS. She will testify concerning prior art relevant to the patent in suit, including work done at HDI in connection with computer systems which detected fraudulent medical claims via examination of service codes prior to the date of invention of the '164 patent. She will also testify with regard to facts indicating that Ms. Radosevich was aware of such activities prior to the date of invention. In particular, Ms. Hilferty will testify about information based on and concerning AMS December 1986, Claim Level Edits (103 page manual), and Advanced MedLogic Systems Product Overview (May 1987).

14.   Susan Fitzpatrick is Associate Director, Medical Management Programs, Metropolitan Life Insurance Company, Westport, Connecticut. Ms. Fitzpatrick will testify by way of video deposition as to computer systems of Metropolitan Life Insurance Company which detected fraudulent medical claims via examination of service codes prior to the date of invention. In particular, Ms. fitzpatrick will testify as to the prior art computer system that Metropolitan Life Insurance Company was using on a commercial basis called Unified Claims. Unified Claims incorporated "Patterns of Treatment" on an electronic basis prior to the date of invention of the '164 patent.

## COBRIN GITTES & SAMUEL

Honorable Clarence C. Newcomer
January 18, 1995
Page 4

15. Robert Goldscheider is an attorney and Chairman of The International Licensing Network, Ltd. Mr. Goldscheider is an expert on the subject of patent damages and will testify as to the issue of damages and other issues raised in his expert report which will be filed under separate cover.

16. Robert Leif D.D.S. is a dentist and President of American Dental Examiners. Dr. Leif will testify with regard to prior art. In particular, Dr. Leif will testify as to the development of a computer system which embodied a database of dental service codes and a set of relationships among the codes which system was commercially available prior to the date of invention of the '164 patent and which system was developed in conjunction with ASA.

17. Carin Carlson - Ms. Carlson is Vice President of GMIS, Inc. and will testify as to development of GMIS' ClaimCheck and as to claims processing systems and other products which constitute prior art relevant to the patent in suit.

18. Bob Barger M.D. - Dr. Barger will testify as to the prior art. Particularly Dr. Barger will testify as to claims processing systems which were publicly known or commercially used prior to the date of invention of the '164 patent.

19. Aetna Representatives - Representatives from Aetna will testify as to communications that took place Aetna and Health Payment Review Inc prior to the date of invention and communications that took place between Aetna and GMIS.

20. U.S. Healthcare Representatives - Representatives from U.S. Healthcare will testify as to claims processing systems and other products which constitute prior art relevant to the patent in suit.

21. Brian Cahill -- Mr. Cahill is the Chief Financial Officer of Health Payment Review, Inc. and will testify with respect to the patent application process as well as with respect to the business of Health Payment Review, Inc., its competition with GMIS and its damages.

22. Systems Architects and members of the clinical affairs staff of Health Payment Review, Inc., Thomas J. Boyle, David J. Rullo, M.D. and Lawrence G. Miller, M.D. will testify with respect to Health Payment Review, Inc's CodeReview Product, with respect to how the product is manufactured, maintained and operated and the program disclosed

Confidential Information Subject to D. Del. LR 26.2

MCK 046091
04-CV-1258-SLR (D.Del.)

COBRIN GITTES & SAMUEL

Honorable Clarence C. Newcomer
January 18, 1995
Page 5

in the '164 patent.

23.  Sam Fager, M.D. - Dr. Fager will testify as to communications between Don Holloway and Aetna Life and Casualty Insurance Company. In particular, Dr. Fager will identify and discuss documents which Health Payment Review, Inc. produced to GMIS after the close of discovery.

24.  Howard Bailit, M.D. - Dr. Bailit was Vice President of Aetna Life Insurance Company and will testify as to communications between the Health Policy Institute and Aetna Insurance Company. In particular, Dr. Fager will identify and discuss documents which Health Payment Review, Inc. produced to GMIS after the close of discovery.

25.  Christine Stavarino - Ms. Stavarino will testify as to communications between Don Holloway and Aetna Insurance Company. In particular, Ms. Stavarino will identify and discuss documents which Health Payment Review, Inc. produced to GMIS after the close of discovery.

26.  Richard Egdahl, M.D. - Dr. Egdahl will testify as to the prior art. In particular, Dr. Egdahl will testify as to claims processing systems and other products which constitute prior art relevant to the patent in suit.

Very truly yours,

*Richard M. Lehrer*
Richard M. Lehrer, Esq.
Counsel for Plaintiff GMIS, Inc.

RIS/IS/DAJ/RL
cc:  William T. Hangley, Esq.
     Joel S. Goldhammer, Esq.

MCK 046092

Confidential Information Subject to D. Del. LR 26.2        04-CV-1258-SLR (D.Del.)