EXHIBIT 33

## GMIS SUPPLEMENTAL RESPONSE TO HPR'S DOCUMENT REQUESTS

I. <u>Demonstration and Promotional Materials for ClaimCheck</u>

✓ 1. *ClaimCheck* Product Description and History (copyright 1990-94 Charles J. Singer & Co.)

– 2. Newsletter from GMIS (*Directions*, Vol. 3, Issue 1, 1994)

˜ 3. Newsletter from GMIS (*Directions*, Vol. 3, Issue 2, 1994)

, 4. ClaimCheck GMIS' clinical cost-efficient approach to controlling provider reimbursement

✓ 5. Article reprint about ClaimCheck (business section of *Daily News* -- "A New Specialty: Doctoring the Books")

/ 6. ClaimCheck Commentary (Partners and Savings AETNA and ClaimCheck)

✓ 7. *Technology Today and Tomorrow* (article titled "Clamping Down of Code Creep")

/ 8. *Philadelphia Business Journal* (January 4-10, 1993, Health Cost Containment is His Game)

/ 9. Is "unbundling" the leak in your cost containment program? (1989 GMIS advertisement)

✓ 10. ClaimCheck Program Unmasks "Unbundled" Medical Bills (Blue Cross/Blue Shield, January 15, 1991)

/ 11. Automated Medical Management advertisement (Necessary Treatment for the Relief of Worker's Comp Cost Crisis)

✓ 12. Integration Services Offering Overview

/ 13. A VISION OF AUTOMATED MEDICAL MANAGEMENT FOR AN INSURANCE INDUSTRY IN CRISIS (brochure)

/ 14. GMIS ClaimCheck Dental, Recommended Treatment for Overpaid Dental Claims (1993)
    / a. Program Overview
    / b. Client Extract Instructions

/ 15. 1994 GMIS User Conference, San Diego, Ca (May 18-20, 1994 brochure)

000001

Confidential Information Subject to D. Del. LR 26.2

MCK 035882
04-CV-1258-SLR (D.Del.)

16. ClaimCheck P&C, Automated Clinical Expertise that Controls Medical Payments (1993 brochure)

17. ClaimCheck Dental, The Expertise You Need Behind Every Dental Claim You Pay (1992 brochure)

18. Medical Management Through Automated Clinical Expertise, ClaimCheck the GMIS Auditing System (1993 brochure)

19. GMIS 1992 Annual Report, Reshaping the Future of Healthcare Through Automated Medical Management

20. 1993 GMIS Annual Report

21. Claims Auditing Checklist (1993)

II. PRIOR ART WITHIN 35 U.S.C. §§ 102 OR 103

1. Article presented at the 107th Annual Meeting of the American Surgical Association, Palm Beach Florida, April 21-23, 1987 (reprinted in Ann. Surg., September 1987 "An Access-oriented Negotiated Fee Schedule -- The Caterpillar Experience")

2. GMIS Auto-Coder User's Manual for IBM OS Operating Systems (July 1986) (CONFIDENTIAL)

3. Advanced MedLogic Systems Product Overview (May 1987)

4. AMS December 1986, Claim Level Edits (103 page manual)

5. Autocoder Brochure, An Automated System for Coding Medical Terms, 1985

6. GMIS Autocoder, Artificial Intelligence that Sets Free Your Human Intelligence, © 1986

7. United States Patent to Pritchard, January 1, 1985, U.S.Patent No. 4,491,725

8. Results of a Dialogue search relating to the use of computers in the health industry.

9. Article on PR Newswire ("Companies are Controlling Health Care Cost Increases", dateline September 11, 1987)

000002

✓ 10. Article on PR Newsire ("Tracking claims cost trends ; data-processing application" February 1985)

✓ 11. Articles written by Donald Holloway, George Goldberg, Kelli Dugan and/or Robert Hertenstein

✓ 12. Article in PR Newswire, (June 24, 1986 relating to the computer program "Patterns of Treatment" ~~NOTE: this program is referred to in Michael Stairs facsimile letter to Carolyn Bannister)~~

✓ 13. Article in Nations Business (May 1985, Slimming Health Cost; Companies Turn to Outside Administrator to Check Fees and Charges from Doctors and Hospitals; Includes Related Article on By-Passing Heart Surgery)

✓ 14. Article in PR Newswire (January 29, 1984 relating to a system called "Medical Claims Distribution System" to a company called National Electronic Information Corporation)

✓ 15. Article in PR Newswire (January 27, 1987 "COMPUTER-SCIENCES; Statement concerning status of Colorado Medicaid claims processing system)

✓ 16. Article in PR Newswire (March 5, 1982, an article relating to N.E.I.C.'s Health Claim Distribution System)

✓ 17. Articles written by Richard Egdahl

✓ 18. Articles written by Paul Gertman

✓ 19. Articles relating to Medlogic

✓ 20. Articles in PC Week (January 20, 1987 "Medical, Insurance Programs Turn Multiuser; Computer Software; Product Announcement)

✓ 21. Article in *Best's Review, Life-Health Insurance Edition* (February 1985, "Clinical Evaluation; the next step in claims processing")

✓ 22. Article in PR Newswire (January 27, 1984 relating to Medicaid Claims Distribution System)

✓ III. Daily Journal (redacted) of Jeff Stello

000003

MCK 035884

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

MCK 035885

IV. CONFIDENTIAL Documents Relating to Claimcheck

1. CHAMPVA Center (Response to Request for Proposal with accompanying letter to Kimberly Miller, June 7, 1994)

2. INCTST.DOC: examples

3. Preliminary Product Strategy (ClaimCheck Group Health 1994, prepared by Carolyn Staudenmeier, October 1, 1993)

4. ClaimCheck P&C Product Strategy (prepared by: Debi Johnson, October 1, 1993, revised: October 15, 1993)

5. ClaimCheck Group Health Competitive Analysis (3/1/94)

6. Memo from Terry Lunny to Lori Megni and Mike Cesarz, Re: Reports, Request for change (6/30/94)

7. R3.2 Dental System Test Plan

8. ClaimCheck Enhancements & Bugs, (8/9/94)

9. IMS Instructions for the Version 13 Database for Version 3.0 Clients

10. Letter to ClaimCheck Technical Contact from GMIS Technical Support Relating to Version 13 of the Database (13MFLET.DOC)

11. Group Health - Custom Code or Non-Standard Client Installations (custom.doc)

12. Software Migration and Delivery Procedures for Mainframe ClaimCheck (swdel.doc)

13. TURNOVER; Subject: Bad account in integration (6/23/94) (1923.doc)

14. Letter to Mary Alice Hickey from Carolyn Staudenmeier, date July 22, 1994 along with ClaimCheck Customer Support Services (Hickey.doc)

15. Letter to Jan Costa from Carolyn Staudenmeier, date April 20, 1994 (costa.doc)

16. (shenandh.ppt)
    Data Filtering Process for Shenandoah Life Insurance Company
    Dental Code Manipulation Savings,
    Dental Code Manipulation Savings for Codes Adding During Rebundling,

000004

      Additional Code Manipulation Savings,
      Provider Profile,
      Savings Potential for Single Code Editing
      Total Annual "Hard Dollar" Savings

17. Dental Payment Analysis, Prepared for Shenandoah Life Insurance Company, date July 12, 1994 (shenandh.doc)

18. ClaimCheck Dental Clinical Logic Diagnostic (dnxrexp.doc)

19. Letter to Ms. Kathleen Hadley, July 12, 1994 and attachments

20. Letter to Jim Jacobsen, July 18, 1994 and attachments

21. Letter to Mr, Buddy Dye, July 14, 1994

22. GMIS Proposal for IBP, Inc., November 1, 1993

23. ClaimCheck Dental Clinical Edit Clarification (02385.doc

V. <u>Examples referenced in deposition of Ginny Klenske</u>

VI. <u>Outline of computer tape</u>

f:\wpdata\elba\gmis

000005

MCK 035886

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)