IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1258 (SLR) |
| THE TRIZETTO GROUP, INC., | ) ) | **REDACTED VERSION** |
| Defendant. | ) ) | |

**THE TRIZETTO GROUP, INC.'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS OPPOSITION TO MCKESSON'S MOTION TO STRIKE
ALLEGED PRIOR USES FIRST ASSERTED AFTER THE CLOSE OF DISCOVERY**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Defendant The TriZetto Group, Inc.*

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA  92614-8557
(949) 451-3800

Original Filing Date:  June 30, 2006

Redacted Filing Date:  July 7, 2006

**TABLE OF CONTENTS**

| Description | Exhibit |
|---|---|
| TriZetto's Response to McKesson's Interrogatory #6, dated 01/20/2005 | 1 |
| TriZetto's 4th Supplemental Response to McKesson's Interrogatory #6, dated 09/13/2005 | 2 |
| McKesson's 6th Supplemental Response to TriZetto's Interrogatories #1-20, dated 09/21/2005 | 3 |
| Excerpts from the deposition of George Goldberg, taken September 13 and 28, 2005 | 4 |
| Expert Report of Randall Davis, dated 10/24/2005 | 5 |
| Excerpts from the November 7, 2005, discovery conference transcript | 6 |
| Excerpts from the April 17, 2006, trial transcript in Case #04-01258-SLR, *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | 7 |
| Exhibits 1180-1200 admitted at the April 17, 2006, trial in Case #04-01258-SLR, *McKesson Information Solutions LLC v. The TriZetto Group, Inc.* | 8 |
| AMS Product Overview (MCK 047608 – MCK 047619) | 9 |
| AMS List of Medical Claim Edits (MCK 047505 – MCK 047606) | 10 |
| Excerpts from the deposition of Marcia Radosevich, taken July 7, 2005 | 11 |
| GMIS Supplemental Response to HPR's Document Requests (MCK 035882 – MCK 035886) | 12 |
| TriZetto's Interrogatories #1-20 Propounded on McKesson, dated 12/14/2004 | 13 |
| McKesson's 2nd Supplemental Responses to TriZetto's Interrogatories #1-20, dated 03/18/2005 | 14 |
| McKesson's 5th Supplemental Response to TriZetto's Interrogatory #7, dated 09/15/2005 | 15 |
| Expert Report of David A. Wilson, Ph.D., dated 11/14/2005 | 16 |
| Expert Rebuttal Report of Mark A. Musen, dated 11/14/2005 | 17 |
| Excerpts from the deposition of Randall Davis, taken November 30, 2005 | 18 |

| Description | Exhibit |
|---|---|
| GMIS Amended Witness List (MCK 046088 – MCK 046091) | 19 |
| TriZetto's Designation of Trial Witnesses, dated 12/30/2005 | 20 |
| AutoCoder documents (MCK 047860 – MCK 047863; MCK 115920 – MCK 115938; MCK 115944 – MCK 115945; MCK 115946 – MCK 115950; and MCK 115951 - MCK 115953) | 21 |
| Expert Report of Mark A. Musen, dated 10/24/2005, with Exhibit 2 | 22 |

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 7, 2006 I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Michael A. Barlow
> Skadden, Arps, Slate, Meagher & Flom LLP

I also certify that copies were caused to be served on July 7, 2006 upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Michael A. Barlow
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

### BY E-MAIL AND FEDERAL EXPRESS

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA  94301

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II (#3778)
rsmith@mnat.com