EXHIBIT 8

Redacted

EXHIBIT 9

Advanced MedLogic Systems™

Product Overview

May 1987

The Health Data Institute™
20 Maguire Road
Lexington, MA  02173
(617) 863-2000

000086

MCK 047608

Advanced MedLogic Systems (AMS)

Introduction

The Advanced MedLogic System™ (AMS) is a computer-based medical utilization management tool developed by The Health Data Institute™ (HDI) for use with claims administration and payment systems. AMS can be used either prospectively or retrospectively to evaluate the validity of health insurance claims and determine the medical necessity of services. The system's edits also validate Diagnosis Related Group (DRG) assignments and examine the quality of care provided in a prospective payment system.

Used prospectively by insurers, third party administrators, self-insureds and other claims payers, AMS can save dollars by approving only valid claims for medically necessary services. By applying comprehensive, automated logic to medical and hospital claims, the system identifies medically unnecessary services so that payments can be denied outright or negotiated with providers. AMS can also provide additional savings by delaying the payment of inaccurate claims pending the outcome of the review process. Applied retrospectively, AMS can identify problems and target areas for corrective action.

000087

- 1 -

MCK 047609

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

## Overview

AMS evaluates physician and hospital services from claims or discharge abstracts. The medical logic system organizes and evaluates this data at four levels:

1. Individual claim.

2. Basic episode, such as an episode of hospitalization or ongoing outpatient therapy over a defined time period.

3. Extended episode, a longer time frame such as before and after a hospitalization.

4. Disease episode, a history of illness such as chronic heart disease over a one year time span.

AMS edits are logical sequences which examine submitted claims in part, in whole or in aggregate. This process evaluates data for validity, internal consistency (such as comparing gender with diagnosis) and medical necessity. AMS embodies a true "expert system" -- the knowledge of medical experts which is synthesized into a programmable form.

Since medical services generally entail multiple claims submissions, the edit levels incorporate a method for cross-checking all provider claims. Working from the Uniform Billing claims form (UB-82) or the Health Care Finance Administration claim form (HCFA 1500) data, AMS edits check for valid values, internal consistency, and appropriateness of services and charges. AMS can use other data sources to perform these verifications as well such as discharge abstracts.

000088

- 2 -

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Description of Evaluation Levels

    o  <u>Individual Claim</u>

The individual claim level is a single billing submission for a delivered service to a covered policyholder or dependent.. AMS will edit claims submitted by hospitals, outpatient facilities, practitioners and other suppliers such as social workers and physical therapists.

Within the claim level function, edits exist for both data accuracy and medical necessity. Each claim is evaluated independently based on the information provided. For example, a claim level edit for age/diagnosis which identifies a 65-year-old woman with a diagnosis of Normal Delivery should result in an investigation for possible coding errors. Similarly, edits at the claim level verify procedure sequence. For example, a breast biopsy should always be done prior to a mastectomy.

    o  <u>Basic Episode</u>

The basic episode level defines a group of services or events to be considered as a single entity and edited together. A basic episode is the principal form of information cross-checking in AMS. To create an episode, AMS merges temporally linked claims for the same individual. All claims for a specific individual's episode of care are accumulated to construct a basic episode. Each claim must pass AMS claim level edits to be eligible for inclusion in a basic episode. AMS contains three types of basic episodes: hospital confinement, outpatient facility, and practitioner.

000089

- 3 -

MCK 047611

For example, a basic episode level edit compares the diagnosis submitted by the hospital to the diagnosis submitted by the practitioner for the same patient during one hospitalization. If the hospital diagnoses are pneumonia and diabetes and a practitioner's diagnosis is stroke, the episode is flagged for further review to determine which diagnoses were correct.

o  Extended Episode

Like a basic episode, the extended episode level defines a group of services or events that are considered a single entity for editing purposes. But, an extended episode also integrates all out-of-hospital experience which occurs prior to or following the hospitalization. Each claim that has passed all pertinent AMS claim level edits is eligible for inclusion in an extended episode.

Extended episodes cover hospital confinement, outpatient facility, and practitioner claims or services. These episodes can also include "lone" tests (i.e., procedures or tests that are not associated with a hospitalization or an outpatient visit).

An extended episode level edit, for instance, is constructed to validate the accuracy of pre- and postadmission ancillary charges. AMS incorporates claims data for any outpatient services supplied 21 days prior to a hospital admission or seven days after discharge. In this way, any preadmission testing or follow-up services will be included in the review.

000090

- 4 -

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

o <u>Disease Episode</u>

The disease episode level groups claims that represent a summary of an individual's health problems over a specified time period. Disease episode edits examine submitted claims as they relate to a specific patient's health care history over the previous year and a lifetime.

Central to the notion of a disease episode is the concept of a register, a file for each individual containing such pertinent information as hospitalization, procedures undergone, and diagnoses. This account of health problems forms the basis for two types of registers: disease and procedure.

If an adjuster, for example, records a claim for a diagnosis of chronic ischemic heart disease, AMS would examine both the disease and procedure registers to validate the claim. Because "chronic" implies a long-standing illness, the patient should have a previous entry of heart disease on the disease register. If no previous entry exists, AMS would flag this episode for medical review.

Also, the procedure register tracks performance of procedures over time. For example, it is not expected that a patient would have more than three cardiac catheterizations within one year. A claim for a fourth catheterization within the same year would be flagged for further review.

000091

- 5 -

MCK 047613

DRG Edits

As prospective payment systems based on Diagnosis Related Groups (DRGs) become
more prevelant, payers will need some standardized method to edit DRG claims
to ensure validity.  In many ways the DRG reimbursement system encourages
providers to place patients in higher DRGs through manipulation of
information.  Within AMS and interspersed among the claim, basic, and disease
levels are several edits designed specifically to address DRGs and their
inherent potential problems.

AMS edits claim information for overt errors, misrepresented DRGs, subtle
alterations in diagnoses, and patterns of readmission.  AMS also checks the
validity of assigned DRGs using any complications or comorbid conditions that
are present.  For example, if a claimant's DRG assignment is pneumonia with
complications or comorbidity, the claimant's disease register should contain
such a history, e.g., hypertension, heart disease, or diabetes mellitus.
Under new methods of reimbursement the importance of validating coding
practices is vital.

000092

– 6 –

MCK 047614

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

USER OPTIONS

The Advanced MedLogic System provides users with maximum flexibility when applying AMS to claims data. Users can select tolerance levels for editing ancillary charges. Full AMS capability can be applied to a claims system simultaneously, or AMS can be phased in. For example, data quality edits can be used initially, while medical necessity edits can be activated at a later time.

For greater flexibility, users can set the AMS ancillary tables at an aggressive, moderate, or conservative level. The level selected would depend upon the current level of community acceptance of cost containment measures, and the minimum amount at which a user feels that questioning a claim is cost effective.

An aggressive level edit for a given ancillary category such as physical therapy could be set at $50, but this would identify a large number of cases for review. A large percentage of these could turn out to be justified and, therefore, may not result in significant savings. At a moderate edit level of $100, fewer cases would be identified for review. A percentage of these may be justified, but because the unjustified cases represent higher costs, they may accrue bigger dollar savings. At a conservative level of $500, it would be extremely rare for flagged charges to be justified, and investigated cases would almost always result in cost savings. However, setting such a high dollar level would then result in unjustified charges at lower rates going undetected, i.e., those below $500.

000093

- 7 -

MCK 047615

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

## MEDICAL REVIEW

When a claim or an episode fails an AMS edit it should be reviewed so that
1) misinformation can be corrected, 2) medical necessity can be validated,
3) conflicts can be resolved, and 4) quality of-care can be evaluated.  In the
case of claim level medical necessity edits a chart review must take place to
comply with the rule, mentioned earlier, that makes passing of all claim level
edits mandatory prior to entry into the basic episode level.

Chart review can be performed either on- or off-site.  On-site reviews may
take place at a 1) hospital, 2) medical office, or 3) outpatient facility.
Off-site reviews are performed utilizing chart copies.  These can be audited
by the HDI Medical Review team of nurses or HDI would be happy to train
client-designated personnel.

The process detailed above represents the foundation upon which AMS is based.
Corrective Action Plans are then mutually developed and implemented based on
the results of the chart audit.

000094

- 8 -

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

# REPORTING

AMS is capable of providing reports at various levels.  The four report types most commonly used by clients are:

1) A statistical overview of claims passing and failing all edits.

   Example 1

   | | |
   |---|---|
   | Total Number of Claims | 12,938 |
   | Number of Claims Failing At Least One Edit | 1,109 |
   | Percent of Claims Failing At Least One Edit | 8.6% |

2) An analysis of claim passes/failures by edit level - individual claim, basic episode, extended episode and disease episode.

   Example 2

   | | Number of Claims | Percentage of Failure |
   |---|---|---|
   | Total Number of Claims | 12,938 | |
   | Claims Failing At Least One Edit, Claim Level | 340 | 2.6% |
   | Claims Failing At Least One Edit, Basic Episode | 306 | 2.4 |
   | Claims Failing At Least One Edit, Extended Episode | 249 | 1.9 |
   | Claims Failing At Least One Edit, Disease Episode | 214 | 1.7 |

3) A compilation of claim results by provider and facility.  This technique can prove useful for PPO selection or problem provider identification.

   Example 3

   Number of Claim Submissions and Failures, Any Level, By Hospital

   | Hospital | Claim Submissions | Claim Failures | Percentage of Failure |
   |---|---|---|---|
   | A | 1,133 | 244 | 21.5% |
   | B | 3,440 | 231 | 6.7 |
   | C | 2,578 | 254 | 9.8 |
   | D | 902 | 143 | 15.8 |
   | E | 4,885 | 237 | 4.8 |
   | Total Number of Claims | 12,938 | | |

000095

- 9 -

MCK 047617

Confidential Information Subject to D. Del. LR 26.2        04-CV-1258-SLR (D.Del.)

Example 3 (con't)

Number of Claim Submissions and Claim Failures, Any Level, By Physician

| Physician | Claim Submissions | Claim Failures | Percentage of Failure |
|-----------|-------------------|----------------|-----------------------|
| A | 67 | 11 | 16.4% |
| B | 32 | 7 | 21.8 |
| C | 103 | 14 | 13.6 |
| D | 82 | 5 | 6.1 |
| Total Number of Physician Claims | 284 | | |

4) A detailed breakdown of claims for each edit at all levels.

Example 4

| Data Accuracy Edits | FAILURES Number | FAILURES Percent | PASSES Number | PASSES Percent |
|---------------------|--------|---------|--------|---------|
| HCFA 1500 | | | | |
| CL1B-Valid But Rare Diagnoses | 64 | 0.10% | 66,759 | 99.90% |
| CL5A-Diagnosis/Age | 134 | 1.36 | 9,751 | 98.64 |
| CL5B-Procedure/Age | 18 | 2.81 | 622 | 97.19 |
| CL5C-Diagnosis/Sex | 115 | 1.75 | 6,436 | 98.25 |
| CL5D-Procedure/Sex | 3 | 0.50 | 595 | 99.50 |
| CL6A-Type of Service-Procedure/ Diagnosis | 40 | 0.06 | 61,336 | 99.94 |
| CL6B-Place of Service-Procedure/ Diagnosis | 64 | 0.10 | 65,239 | 99.90 |
| CL30A-Outmoded or Obsolete Procedure/Tests | 45 | 0.07 | 66,778 | 99.93 |
| TOTAL | 483 | | 277,516 | |

Medical Necessity Edit

| CL4A-Procedure/Diagnoses | | | | |
|---------------------|--------|---------|--------|---------|
| -Acceptable Match | 410 | 14.3% | 2,463 | 85.7% |

Custom analyses are available to best suit a client's needs. Customized reports can include charges summarized by previous quarters, cost saving potential calculated from claims flagged, and recommendations on improving accuracy of claim submissions. While a client in the initial phases of AMS

000096

- 10 -

MCK 047618

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

implementation may need only percentages of claims failed overall as an
initial gauge of data quality, pinpointing potential problem providers may be
helpful in later stages of application.  Virtually any combination of
statistics can be calculated for every edit individually or within its level.

000097

- 11 -

MCK 047619

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)