EXHIBIT 10

AMS

December 1986

Prepared by:

The Health Data Institute™
20 Maguire Road
Lexington, Massachusetts 02173

(617) 863-2000

000098

- 1 -

The Health Data Institute™
The Health Data Institute

MCK 047505

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

CLAIM LEVEL EDITS

000099

- 2 -

The Health Data Institute™
The Health Data Institute™

MCK 047506

Revised 3/24/86

<u>CLAIM LEVEL - I</u>

Edit CL001A:      Acceptable Values for Data Elements

Type of Edit:     Checks individual data elements and compares each with a list
                  of acceptable single numbers, letters, and/or ranges.  Values
                  outside these ranges are not acceptable.

Claim Types:      All

Primary Use:      To validate the accuracy of the claims data.

Data Required:    *Age
                  Date of Birth (UB82, FL 82, FL 12; HCFA 1500 #2)
                  Revenue Codes (UB82, FL 51)
                  Type of Admission (UB82, FL 17)
                  Admission Date (FL 15)
                  Discharge Date (UB82, FL 22; HCFA 1500 #24)
                  Source of Admission (UB82, FL 18)
                  All Diagnoses (UB82, FL 77-81)
                  All Procedures (UB82, FL 84-86; HCFA 1500, #24C)
                  Discharge Status (UB82, FL 21)
                  Location (Place) of Service (HCFA 1500, #24B)
                  Type of Bill (UB82, FL 4)
                  Procedure Coding Method Used (UB82, FL 82)
                  Provider Zip Code (UB82, FL 2; HCFA 1500, #31)

How Edit Works:   For each variable listed, a specified set of acceptable
                  values is provided - see Claim Level Appendix 1.

Action Options:   1) Data entry clerk checks for entry error
                  2) Check alternate system sources, i.e., eligibility or
                     claims history files
                  3) Verify data element sources by telephone and/or query
                     letter
                  4) Claim is flagged

Volume of Claims
Needed to Test
Edit:             None

Medical Review:   Not Required

_____

*RAMS-created variable or table.

HDI-Proprietary

G00100

- 3 -

The Health Data Institute™

MCK 047507

Revised 3/24/86

<u>CLAIM LEVEL - I</u>

Edit CLØØ1B:    Valid but Rare Diagnosis
Data Accuracy Edit

Claim Types:    All

Primary Use:    To validate the accuracy of diagnoses which may be valid but
                are rare.

Data Required:  Provider Zip Code (HCFA 1500, UB82 FL 1)
                Principal Diagnosis (HCFA 1500, UB82 FL 76)
                *Rare Diagnoses (Appendix 2)
                *Selected Rare Diagnoses by SMSA (Appendix 2A)

How Edit Works: 1) Principal diagnosis is compared to a table of rare
                   diagnoses (Appendix 2).  If no match occurs the claim
                   passes the edit.
                2) If the principal diagnosis matches the table the principal
                   diagnosis and provider zip code are compared to Appendix
                   2A.
                3) If the principal diagnosis is not on Appendix 2A <u>or</u> if the
                   principal diagnosis is not appropriate for the region of
                   treatment, the claim fails the edit.
                4) If the principal diagnosis is on Appendix 2A and the
                   principal diagnosis is appropriate for the region of
                   treatment, the claim passes the edit.

Action Options: 1) Data entry clerk checks for entry error
                2) Verify data elements with provider via telephone and/or
                   query letter
                3) Override flagged claim with correction(s)
                4) Override flagged claim without correction(s)

Volume of Claims
Needed to Test
Edit:           500,000 Inpatient and Outpatient, Nationwide

Medical Review: Not required

Additional
Dimensions:     None

Comments:       Procedures may be added in the future if Edit CLØ30A is not
                sufficient to capture rare procedures/tests.

_____

*RAMS-created variable or table.

HDI-Proprietary                                          000101

                                - 4 -
The Health Data Institute ™
The Health Data Institute

MCK 047508

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I

Edit CL002A:         Top Diagnosis Groups

Type of Edit:        Collects medically similar diagnoses and puts them into
                     specialized groupings.

Claim Types:         All

Primary Use:         To group medically similar diagnoses to expedite processing.

Data Required:       All Diagnoses (UB82, FL 77-81)

How Edit Works:      Each diagnosis is checked against listed groupings in
                     Appendix J.  If there is a match, the diagnosis is placed in
                     that particular grouping.  If there is no match, the
                     diagnosis is placed in the category "200 = All Other."

Action Options:      None

Volume of Claims
Needed to Test
Edit:                None

Medical Review:      Not Required

Additional
Dimensions:          None

Comments:            Soft code tables to allow for additional groupings or
                     changes.

HDI-Proprietary                                  000102


                                   - 5 -

The Health Data Institute™
The Health Data Institute™

                                                              MCK  047509

Confidential Information Subject to D. Del. LR 26.2              04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I

Edit CL002B:          Top Procedure Groups

Type of Edit:         Collects medically similar procedures and puts them into
                      specialized groupings.

Claim Types:          All

Primary Use:          To group medically similar procedures to expedite
                      processing.

Data Required:        All Procedures (UB82, FL 84-86; HCFA 1500 #24C)

How Edit Works:       Each procedure is checked against listed groupings in
                      Appendix 4.  If there is a match, the procedure is placed in
                      that particular grouping.  If there is no match, the
                      procedure is placed in the category "200 = All Other."  If
                      there is no procedure the label "201 = Missing" is used.

Action Options:       None

Volume of Claims
Needed to Test
Edit:                 100,000

Medical Review:       Not Required

Additional
Dimensions:           None

Comments:             Soft code tables to allow for additional groupings or
                      changes.

000103

HDI-Proprietary

- 6 -

The Health Data Institute
The Health Data Institute

MCK 047510

Confidential Information Subject to D. Del. LR 26.2                                    04-CV-1258-SLR (D.Del.)

Revised  2/17/87

CLAIM LEVEL - 1

Edit CL003A:    Diagnosis Ordering - Always Acute Diagnoses
Medical Necessity Edit

Type of Edit:    Compares the first-listed diagnosis with subsequent diagnoses
                 to check the ordering with respect to acuteness/chronicity.

Claim Types:     Hospital Inpatient Claims

Primary Use:     To validate the accuracy of the principal diagnosis.

Data Required:   Principal Diagnosis (UB82, FL 77)
                 All Other Listed Diagnoses (UB82, FL 78-81)
                 *Always Acute Diagnoses (Appendix 5)
                 *Trauma Diagnoses (Appendix 7)

How Edit Works:  At least two diagnoses must be present on the claim to
                 perform this edit.  The Principal Diagnosis is checked
                 against the Always Acute Diagnosis (AAD) List (CL Appendix
                 5).  If it is on the AAD List, it passes the edit.  If the
                 Principal Diagnosis is not on the AAD List, then All Other
                 Listed Diagnosis(es) are compared to the AAD List.  If any of
                 the Other Listed Diagnoses are on the AAD List, the claim
                 fails the edit.

                 If none of the diagnoses are on the AAD List, proceed to the
                 Trauma Diagnosis (TD) List.  The Principal Diagnosis is then
                 compared to the TD List (CL Appendix 7).  If the Principal
                 Diagnosis is on the Trauma Diagnosis List, the claim passes
                 the edit.  Compare the Other Listed Diagnoses to the TD List.
                 If any are on the TD List, the claim fails the edit.  If not,
                 the claim passes the edit.

Action Options:  1) Data entry clerk checks for entry error
                 2) Leave claim flagged, submit for Medical Review

Volume of Claims
Needed to Test
Edit:            500,000

Medical Review:  Required

Additional
Dimensions:      None

——————————————————
*RAMS-created variable or table.

HDI-Proprietary

C00104

- 7 -

The Health Data Institute™

MCK 047511

Revised  4/15/86

CLAIM LEVEL - I

Edit CL003B:   Procedure Ordering - Temporal Sequencing
Medical Necessity Edit

Type of Edit:    Compares the ordering of procedures by checking diagnostic
                 and invasive procedure dates.

Claim Types:     Hospital Inpatient Claims.

Primary Use:     To validate the accuracy of the listed procedures.

Data Required:   Principal Procedure (UB82, FL 82)
                 All Other Listed Procedures (UB82, FL 85-86)
                 Procedure Dates (UB82, FL 84-86)
                 Type of Admission (3 = Elective only, UB82, FL 17)
                 Revenue Codes (Emergency Room = 450, 459)
                 Procedure Coding Method Used (UB82, FL 82=9)
                 *Procedural Temporal Sequencing (Appendix 6)

How Edit Works:  Each procedure is checked for the Procedure Coding Method
                 Used = 9. All other coding methods exit unedited. Only ICD-
                 9 codes will be edited. There must be at least two
                 procedures on the claim to perform this edit, otherwise exit
                 unedited (1). Only claims without ER charges will be edited,
                 otherwise exit unedited (2). Only claims with Type of
                 Admission = 3 (Elective) will be edited, otherwise exit
                 unedited (3). Only claims with at least two procedure dates
                 present which are not the same will be edited, otherwise exit
                 unedited (4).

                 The procedures on the claim will be checked for their
                 presence on Appendix 6. Appendix 6 consists of pairs of
                 procedures which are in a specific order. If any combination
                 of two procedures from the claim is found in Appendix 6, the
                 procedure dates will be checked. On Appendix 6, the first
                 procedure of the pair should always have an earlier date than
                 the second procedure, otherwise the claim will get a
                 temporary fail flag. If any one pair of the procedures on
                 the claim is in the Appendix and has the correct order of
                 dates, then the claim passes the edit. If all the pairs of
                 procedures from the claim are not in the Appendix, the claim
                 exits unedited (5). If any pair of procedures on a claim is
                 present in the Appendix but does not have the correct order
                 of dates (fail) or if some pairs fail and some exit unedited,
                 the claim fails the edit.

                                                              (continued)

*RAMS-created variable or table.

HDI-Proprietary                                           000105

                              - 8 -

                                              The Health Data Institute
                                              The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

MCK 047512

Edit CL003B (continued)                                    Revised  4/15/85

Action Options:    1) Data entry clerk checks for entry error.
                   2) Verify the procedures and dates with provider via
                      telephone and/or query letter.
                   3) Maintain flag and continue processing.
                   4) Request portions of the hospital chart for Medical
                      Review.

Volume of Claims
Needed to Test
Edit:              100,000

Medical Review:    Required

Additional
Dimensions:        None

000106

HDI-Proprietary

- 9 -                                          The Health Data Institute

MCK  047513

Revised 11/4/86

## CLAIM LEVEL - I

Edit CL004A:     Procedure/Diagnosis - Acceptable Match
Medical Necessity Edit

Type of Edit:    Compares the surgical procedure(s) with the diagnosis(es).

Claim Types:     Hospital Inpatient Claims, Outpatient Claims, Physician
                 Claims, Independent Provider Claims, Independent
                 Practitioner Claims

Primary Use:     To validate the accuracy of the procedure(s) with the primary
                 diagnosis and/or all secondary diagnoses.

Data Required:   *Top Diagnosis(es) (Appendix 3)
                 *Top Procedure(s) (Appendix 4)
                 Principal Diagnosis (UB82, FL 76; HCFA 1500, #24D)
                 All Other Listed Diagnoses (UB82, FL 77-81)
                 Principal Procedure (UB82, FL 83; HCFA 1500, #24C)
                 All Other Listed Procedures (UB82, FL 84-86)
                 *Procedure/Diagnosis Acceptable Match (Appendix 8)

How Edit Works:  At least one Top Diagnosis with a value of 1-123 and at least
                 one Top Procedure with a value of 1-117 and 128 or 129 must
                 be on the claim, otherwise the claim exits unedited.  All the
                 Top Diagnoses (up to five) and all the Top Procedures (up to
                 three) are searched looking for an acceptable match (see
                 Appendix 8).  If any acceptable match is found between the
                 Top Diagnoses and Top Procedures the claim passes the edit
                 and a flag is applied to indicate the first matching pair.
                 If no matching pair is found and a fail is present, the claim
                 fails the edit and a flag is applied to indicate the last
                 failing pair.
                 ** SAS Version

Action Options:  1) Data entry clerk checks for entry error
                 2) Verify the diagnosis(es) and/or procedure(s) with provider
                    via telephone and/or query letter
                 3) If the claim still fails after query letter is returned:
                    a) Leave claim flagged and request portions of the chart
                       for Medical Review
                    b) Override flag and pay claim
                    c) Pay claim and add it to a provider-specific file of
                       "failed" claims.  (When this file reaches a certain
                       number of claims, a provider profile can be
                       generated.)

                                              (continued)

_____
*RAMS-created variable or table.
**This description applies to the Statistical Analysis System only.
HDI-Proprietary

                                      C00107

                                              The Health Data Institute™

MCK 047514

Edit CL004A (continued)                                   Revised 11/4/86

Volume of Claims
Needed to Test
Edit:              10,000

Medical Review:   Required

Additional
Dimensions:       None

Comments:         This edit is also run at the BE level (see BE004) and has a
                  DRG option (see CL004B).

000108

HDI-Proprietary

- 11 -

The Health Data Institute

MCK 047515

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

CLAIM LEVEL - I                        Revised 9/16/86

Edit CLAB4B:      DRG - Procedure to Diagnosis Matching
Medical Necessity Edit

Type of Edit:     Compares the procedures with the diagnoses.

Claim Types:      Hospital Inpatient Claims.

Primary Use:      To validate the accuracy of the listed diagnoses and
                  procedures.

Data Required:    Principal Diagnosis (UB62, FL 77)
                  All Other Listed Diagnoses (UB82, FL 78-81)
                  Principal Procedure (UB82, FL 84)
                  All Other Listed Procedures (UB82, FL 85 + 86)
                  DRG 468 (from DRG Grouper)
                  *Top Diagnosis (Appendix 3)
                  *Top Procedure (Appendix 4)
                  Procedure/Diagnosis Acceptable Match (Appendix 8)

How Edit Works:   At least one diagnosis and one procedure are required to run
                  this edit.  The DRG Grouper is used to classify claims into a
                  DRG.  Only claims with a DRG of 468 are used for this edit.
                  All the diagnoses and procedures on the claim have been
                  previously grouped into Top Diagnoses and Top Procedures.
                  The first-listed Top Diagnosis is compared with all the
                  listed Top Procedures to find an appropriate match (see
                  Appendix 8).  If a match is found, a flag is applied to
                  indicate the last failing pair.

                  If no match is found, the second-listed Top Diagnosis is
                  compared with all the Top Procedures, and so on.  This
                  looping continues until a match is found.  All claims that go
                  through this edit have a counter attached to identify on
                  which listed Top Diagnosis a match was found.  If no match is
                  found, a flag is applied to indicate the last failing pair.

Action Options:   1) Data entry clerk checks for entry error
                  2) Verify diagnoses and procedures with provider via
                     telephone and/or query letter
                  3) If the claim still fails after query:
                     a) Leave claim flagged and request portions of the chart
                        for Medical Review
                     b) Override flag and continue processing


                                                          (continued)

_____
*RAMS-created variable or table.

HDI-Proprietary                                    000109


                              - 12 -

                                            The Health Data Institute ™

Confidential Information Subject to D. Del. LR 26.2

MCK  047516

Edit CL004B (continued)                                    Revised 9/16/86

Volume of Claims
Needed to Test
Edit:              50,000

Medical Review:    Required

Additional
Dimensions:        None

000110

HDI-Proprietary

– 13 –                          The Health Data Institute

MCK 047517

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/24/86

<u>CLAIM LEVEL - I</u>

Edit CL005A:     Diagnoses/Age Edit
Data Accuracy Edit

Type of Edit:     Compares the age to the Top Diagnoses.

Claim Types:     Hospital Inpatient Claims, Physician Claims, Outpatient
                 Claims, any other claims where age and diagnosis(es) are
                 provided

Primary Use:     To validate the accuracy of the age and diagnoses.

Data Required:     *Age
                   *Top Diagnoses (Appendix 3)
                   All Diagnoses (UB82, FL 77-81; HCFA 1500, #24D)
                   *Top Diagnoses/Age Acceptable Match (Appendix 9)

How Edit Works:   Check the created Top Diagnoses against the list of those Top
                  Diagnoses available for age editing (see Claim Level Appendix
                  9).  If any Top Diagnosis has a corresponding age edit, the
                  age will be compared to the corresponding age range given for
                  that Top Diagnosis.  All Top Diagnoses present will be
                  compared.  If age falls outside the given range for any Top
                  Diagnosis, the claim is flagged.  Since these data fields are
                  mandatory, claims should be left pending until this
                  information is corrected.

                  If all top diagnoses are 200-other or 201-missing, the claim
                  exits unedited.

                  If all the Top Diagnoses do not have a corresponding age
                  edit, the claim exits unedited.

Action Options:   1) Data entry clerk checks for data entry error
                  2) Check alternate system sources for age data, i.e.,
                     eligibility or claims history files
                  3) Verify the age and diagnoses with the provider via
                     telephone and/or query letter
                  4) Override flag without correction(s) and continue
                     processing

Volume of Claims
Needed to Test
Edit:             None

Medical Review:   Not Required

Additional
Dimensions:       None

_____
*RAMS-created variable or table.                          000111

HDI-Proprietary

                              - 14 -
                                        The Health Data Institute™
                                        The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

MCK 047518

Revised 3/24/86

CLAIM LEVEL - I

Edit CL005B:      Procedures/Age Edit
Data Accuracy Edit

Type of Edit:     Compares the age to the Top Procedures.

Claim Types:      Hospital Inpatient and Outpatient Claims, Physician Claims,
                  any other claims where age and procedure(s) are provided

Primary Use:      To validate the accuracy of the age and procedures.

Data Required:    *Age
                  *Top Procedures (Appendix 4) .
                  All Procedures (UB82, FL 84-86; HCFA 1500. #24D)
                  *Top Procedures/Age Acceptable Match (Appendix 10)

How Edit Works:   Check the created Top Procedures against the list of those
                  Top Procedures available for age editing (see Claim Level
                  Appendix 10). If the Top Procedure has a corresponding age
                  edit, the age will be compared to the corresponding age range
                  given for that created Top Procedure.  All Top Procedures
                  present will be compared.  If age falls outside the given
                  range for any Top Procedure, the claim is flagged.  Since
                  these data files are mandatory, claims should be left pending
                  until this information is corrected.

                  If all the Top Procedures are 200-other or 201-missing, the
                  claim exits unedited.

                  If all the Top Procedures do not have a corresponding age
                  edit, the claim exits unedited.

Action Options:   1) Data entry clerk checks for entry error
                  2) Check alternate system sources for age data, i.e.,
                     eligibility or claims history files
                  3) Verify age and procedures with provider via telephone
                     and/or query letter
                  4) Override flag without correction(s) and continue
                     processing

Volume of Claims
Needed to Test
Edit:             None

Medical Review:   Not Required

Additional
Dimensions:       None

*RAMS-created variable or table.                        000112

HDI-Proprietary

- 15 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047519

04-CV-1258-SLR (D.Del.)

Revised 3/24/86

CLAIM LEVEL - I

Edit CL005C:    Diagnosis/Sex
Data Accuracy Edit

Type of Edit:    Compares the sex to the Top Diagnoses.

Claim Types:    Hospital Inpatient Claims, Physician Claims, any other claims
where sex and diagnoses are provided

Primary Use:    To validate the accuracy of the sex and diagnoses.

Data Required:    Sex (UB82, FL 13; HCFA 1500, #5)
*Top Diagnoses (Appendix 3)
All Diagnoses (UB82, FL 77-81; HCFA 1500, #24D)
*Top Diagnosis/Sex Acceptable Match (Appendix 11)

How Edit Works:    Verify that the created Top Diagnoses have a corresponding
sex edit (see Claim Level Appendix 11). If they do, the sex
will be compared to the corresponding sex value given for
each Top Diagnosis. All Top Diagnoses present will be
compared. If the sex does not agree with the value, the
claim is flagged.

If all the Top Diagnoses are 200-other or 201-missing, the
claim exits unedited.

If all the Top Diagnoses do not have a corresponding sex
edit, the claim exits unedited.

Action Options:    1) Data entry clerk checks for entry error.
2) Check alternate system sources for sex data, i.e,
eligibility or claims history files.
3) Verify sex and diagnoses with provider via telephone
and/or query letter.
4) Override flag without correction(s) and continue
processing.

Volume of Claims
Needed to Test
Edit:    None

Medical Review:    Not Required

Additional
Dimensions:    None

_____
*RAMS-created variable or table.

HDI-Proprietary                                              000113

- 16 -

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

Revised 3/24/86

## CLAIM LEVEL - I

Edit CL005D:   Procedure/Sex
Data Accuracy Edit

Type of Edit:   Compares the sex to the Top Procedures.

Claim Types:    Hospital Inpatient and Outpatient Claims, Physician Claims,
                any claims where sex and procedures are provided

Primary Use:    To validate the accuracy of the sex and procedures.

Data Required:  Sex (UB82, FL 13; HCFA 1500, #5)
                *Top Procedures (Appendix 4)
                All Procedures (UB82, FL 84-86; HCFA 1500, #24C)
                *Top Procedure/Sex Acceptable Match (Appendix 12)

How Edit Works: Verify that the created Top Procedures have a corresponding
                sex edit (see Claim Level Appendix 12).  If they do, the sex
                will be compared to the corresponding sex value given for
                each Top Procedure.  All Top Procedures present will be
                compared.  If the sex does not agree with the value, the
                claim is flagged.

                If all the Top Procedures are 200-other or 201-missing, the
                claim exits unedited.

                If all the Top Procedures do not have a corresponding sex
                edit, the claim exits unedited.

Action Options: 1) Data entry clerk checks for entry error.
                2) Check alternate system sources for sex data, i.e,
                   eligibility or claims history files.
                3) Verify sex and procedures with provider via telephone
                   and/or query letter.
                4) Override flag without correction(s) and continue
                   processing.

Volume of Claims
Needed to Test
Edit:           None

Medical Review: Not Required

Additional
Dimensions:     None

---

*RAMS-created variable or table.

HDI-Proprietary                                     000114

- 17 -

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047521

04-CV-1258-SLR (D.Del.)

<u>CLAIM LEVEL - I</u>                                    Revised 4/16/86

Edit CL006A:      Type of Service - Diagnosis/Procedure           *needs*
Data Accuracy Edit                                               *review*

Type of Edit:     Compares the type of service with the diagnosis(es) and
                  procedure.

Claim Types:      HCFA 1500 Claims

Primary Use:      To check the type of service with the listed diagnosis(es)
                  and procedure for accuracy.

Data Required:    Diagnoses (HCFA 1500, #24D)
                  Procedure (HCFA 1500, #24C)
                  *Top Procedure (Appendix 4)
                  Type of Service (HCFA 1500, #24G)
                  *Acceptable Type of Service/Procedure (Appendix 14)
                  *Acceptable Type of Service/Diagnosis (Appendix 15)
                  *Top Diagnosis (Appendix 3)

How Edit Works:   Check the created Top Procedure. If the procedure is in
                  "200 = All Other," proceed to diagnosis. If it is not equal
                  to "200" then the Type of Service is compared with the Top
                  Procedure to find a match (see Appendix 14). If a Type of
                  Service finds a match with the Top Procedure, the claim
                  passes the edit. If a Type of Service does not find a match
                  with the Top Procedure, proceed to diagnosis. Compare the
                  Top Diagnosis created to the Type of Service (Appendix 15).
                  If a match is found, the claim passes. If no match is found,
                  the claim fails the edit.
                  If all Top Procedures and Top Diagnoses are "200-Other-All"
                  or "201-Missing" the claim exits unedited.

Action Options:   1) Data entry clerk checks for entry error.
                  2) Check procedure and type of service with provider via
                     telephone and/or query letter.
                  3) Override flag without correction(s) and continue
                     processing.

Volume of Claims
Needed to Test
Edit:             10,000

Medical Review:   Not Required

Additional        Type of Service (HCFA) - 1 digit
Dimensions:                              - no decimals

─────────────────────────

*RAMS-created variable or table.

HDI-Proprietary                                        000115

                              - 18 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK  047522

04-CV-1258-SLR (D.Del.)

Revised 3/21/85

## CLAIM LEVEL - I

Edit CL006B:    Place of Service - Procedure/Diagnosis
Data Accuracy Edit

Type of Edit:    Compares the procedure and diagnosis with the place of
service.

Claim Types:    All

Primary Use:    To assess medical necessity and data quality.

Data Required:    *Comorbid Disease List (Appendix C or C1)
*Top Procedure (Appendix 4)
*Age
*Top Diagnosis (Appendix 3)
Place of Service (HCFA 1500, #24B)
.Type of Bill (UB82, FL 4)
Principal Procedure (UB82, FL 83; HCFA 1500, #24C)
Principal Diagnosis (UB82, FL 76; HCFA 1500, #24D)
All other Diagnoses (UB82, FL 77-81; HCFA 1500, #24D)
*Acceptable Place of Service/Top Diagnosis and Top Procedure
    (Appendix 16)
*Age Qualifications for Acceptable Place of Service
    (Appendix 16A)

How Edit Works:    1) For those claims with principal procedures that could not
be grouped into a Top Procedure, proceed to the Top
Diagnosis.
2) The Top Procedure category into which the claim was sorted
is compared to a table of acceptable Places of Service
(see Appendix 16).
3) If the Top Procedure is appropriate for the Place of
Service indicated, the claim passes the edit. If the Top
Procedure appears inappropriate for the Place of Service
indicated, the claim is flagged and advanced to Step 4.
4) If a claim is flagged in Step 3, the Top Procedure
category is compared to the age of the claimant. If the
age of the claimant falls within predetermined boundaries
which justify an alternate Place of Service, the claim
passes this edit. If no age qualification exists, the
claim proceeds to Step 5. (For age qualifications, see
Appendix 16a.)
5) Those claims with Principal Diagnoses which are placed in
Top Diagnoses 200-other or 201-missing, exit unedited.

(continued)

---

*RAMS-created variable or table.

HDI-Proprietary                                              000116

- 19 -

The Health Data Institute
The Health Data Institute

MCK 047523

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Edit CL006B (continued)                                        Revised 3/24/86

> 6) The Top Diagnosis category into which the claim was sorted
>    is compared to a table of acceptable Places of Service
>    (see Appendix 16).
> 7) If the Top Diagnosis is appropriate for the Place of
>    Service indicated, the claim passes the edit.  If the Top
>    Diagnosis appears inappropriate for the Place of Service
>    indicated, the claim is flagged and advanced to Step 8.
> 8) If a claim is flagged in Step 7, the Top Diagnosis is
>    compared to the age of the claimant.  If the claimant's
>    age falls within predetermined boundaries justifying an
>    alternate Place of Service, the claim passes the edit.  If
>    no age qualification exists, the claim is flagged and
>    advanced to Step 9.  (For age qualifications, see Appendix
>    16A.)
> 9) If a claim is flagged in Step 8, All Other Diagnoses
>    associated with said claim are examined for the presence/
>    absence of comorbidity via table comparison (see Appendix
>    C or CI).  If comorbidity is present, the claim passes the
>    edit.  If no comorbidity exists, the claim fails.

Action Options:   1) Data entry clerk checks for entry error.
                  2) Override flag without correction(s).
                  3) Verify data elements with provider via telephone and/or
                     query letter.
                  4) Override flag with corrections.

Volume of Claims
Needed to Test
Edit:             100,000 Inpatient and Outpatient Claims

Medical Review:   Optional

Additional
Dimensions:       Place of Service - 1 column, 15 occurrences

000117

HDI-Proprietary

The Health Data Institute

MCK 047524

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

<u>CLAIM LEVEL - I</u>                    Revised 3/25/86

Edit CL006C:     Type of Admission - Diagnosis/Procedure
Data Accuracy Edit

Type of Edit:     Compares the diagnoses and procedures with the type of
                  admission.

Claim Types:      Hospital Inpatient Claims

Primary Use:      To check the accuracy of the type of admission with the
                  diagnoses and procedures.

Data Required:    Type of Bill (UB82, FL 4)
                  Principal Procedure (UB82, FL 83)
                  Type of Admission (UB82, FL 17)
                  *Top Procedure (Appendix 4)
                  *Invasive Procedure List (Appendix CII)
                  *Acceptable Type of Admission/Diagnosis (Appendix 18)
                  *Acceptable Type of Admission/Procedure (Appendix 17)
                  Source of Admission (UB82, FL 18)

How Edit Works:   For each claim the type of bill is checked.  Outpatient
                  claims exit unedited.  The type of admission is checked.
                  Types 5-8, 0, 9 exit unedited.  If all the Top Procedures
                  fall into the "200 = All Other" and/or "201 = Missing"
                  category, go to the diagnoses.  If the Type of Admission = 4
                  (Newborn), use the Source of Admission to identify type of
                  newborn and proceed with Top Procedure.  The Top Procedures
                  are compared to the Invasive Procedure List (see Appendix
                  CII).  If at least one invasive procedure is not present, go
                  to the diagnoses.  The first Top Procedure is compared to a
                  table of acceptable Type of Admission codes for procedures
                  (Appendix 17).  If the Top Procedure matches a Type of
                  Admission code, the claim passes the edit.  If no match is
                  found, the other Top Procedures are compared to Type of
                  Admission.  If no match is found the diagnoses are converted
                  to Top Diagnoses.  If all Top Diagnoses fall into the 200-
                  other or 201-missing category the claim exits unedited.  The
                  Top Diagnoses are compared to a table of Acceptable Type of
                  Admission codes for diagnoses (Appendix 18).  If a match is
                  found, the claim passes the edit.  If no match is found, the
                  claim fails the edit.

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify procedure and admission codes with provider via
                     telephone and/or query letter.
                  3) Leave claim flagged and submit for Medical Review
                  4) Override flag with correction(s).
                  5) Override flag without correction(s) and continue
                     processing.

Volume of Claims
Needed to Test
Edit:             100,000

*RAMS-created variable or table.

HDI-Proprietary

000118

- 21 -

The Health Data Institute™
The Health Data Institute

MCK  047525

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 3/25/86

## CLAIM LEVEL - I

Edit CL007:    Long Length of Stay/Complicated
Medical Necessity Edit

Type of Edit:    Compares complicated admissions with established lengths of
                 stay.

Claim Types:     Hospital Inpatient Claims

Primary Use:     To validate the length of stay for a complicated admission.

Data Required:   Type of Bill (UB82, FL 4)
                 *Age
                 Principal Diagnosis (UB82, FL 77)
                 All Other Diagnoses (UB82, FL 78, 79, 80, 81)
                 Principal Procedure (UB82, FL 84)
                 All Other Procedures (UB82, FL 85, 86)
                 Procedure Coding Method Used (UB82, FL 82)
                 *Comorbid Disease List (Appendix C or CI)
                 *Length of Stay Tables (Appendices 23a and b)
                 *Invasive Procedure List (Appendix CII)
                 *Top Procedure (Appendix 4)
                 *Length of Stay (LOS)

How Edit Works:  1) For each claim the type of bill is checked. Outpatient
                    and interim bills exit unedited.
                 2) For each claim, all listed diagnoses (other than the
                    Principal Diagnosis) are compared to the Comorbid Disease
                    List (Appendix C or CI) to validate the presence of a
                    complication. Those claims with complications will
                    continue through this edit. Those claims without a
                    complication will not be edited.
                 3) All procedures on a claim are formatted into their
                    respective Top Procedure groupings. Claims with all
                    procedures going into the "200 = All Other" category,
                    will not continue to be edited. Claims with all
                    procedures missing, "201", will be labeled Complicated
                    Medical.
                       For those claims with procedures formatted into Top
                    Procedure groupings, use the Invasive Procedure List
                    (Appendix CII) to establish the presence of an invasive
                    procedure. Claims with an invasive procedure present are
                    labeled Complicated Surgical; claims without the presence
                    of an invasive procedure are labeled Complicated Medical.

                                                              (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary

000119

- 22 -

The Health Data Institute

MCK 047526

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Edit CL007 (continued)                                    Revised 1/13/86

4) For claims labeled Complicated Medical, compare the
   Principal Diagnosis to the Diagnosis/Length of Stay table
   for multiple diagnoses, non-operated, for the claimant's
   age grouping. Claims with a LOS less than or equal to the
   table LOS pass the edit and exit. Claims with a LOS
   greater than the table LOS will fail.
5) For claims labeled Complicated Surgical, compare the
   Principal Diagnosis to the Diagnosis/Length of Stay table
   for multiple diagnoses, operated, for the claimant's age
   grouping. Claims with a LOS less than or equal to the
   table LOS pass the edit and exit. Claims with a LOS
   greater than the table LOS will continue to Step 6.
6) Complicated Surgical claims, which are flagged when LOS is
   checked against diagnosis, are re-edited by checking the
   Principal Procedure against an Operation/LOS table. This
   is only possible if the Principal Procedure is in the ICD-
   9 coding scheme. If the procedure code is in CPT-4, the
   claim fails based on its diagnosis.
7) Claims with the Principal Procedure coded in ICD-9 are
   compared to an Operation/LOS table for multiple diagnoses
   within the claimant's age grouping. Claims with a LOS
   less than or equal to the table LOS pass the edit and
   exit. Claims with a LOS greater than the table LOS will
   fail

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify diagnosis(es) and/or procedure with provider via
                     telephone and/or query letter.
                  3) Override flag with correction(s).
                  4) Override flag without correction(s).
                  5) Leave claim flagged, submit for Medical Review.

Volume of Claims
Needed to Test
Edit:             100,000

Medical Review:   Required

Additional        Procedure Coding Method Used, 1 digit
Dimensions:       Comorbid Disease List, 3, 4, 5 digit –
                     ICD-9 Codes and Ranges of Codes
                  Length of Stay Table

000120

HDI-Proprietary

— 23 —

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047527

04-CV-1258-SLR (D.Del.)

Revised 2/17/86

### CLAIM LEVEL - I

Edit CLØ11A:   Short Stay Admissions - Medical

Type of Edit:   Flags cases where a medical admission may have been
                unnecessary based on length of stay and total ancillary
                charges.

Claim Types:    Hospital Inpatient Claims

Primary Use:    To identify unnecessary short stay medical admissions.

Data Required:  Principal Diagnosis (UB82, FL 77)
                All Other Procedures (UB82, FL 84-86)
                *Total Sum of Ancillary Charges (UB82, FL 53 revenue codes,
                 and FL 51 charges)
                Provider Zip Code  (UB82, FL 1)
                *Length of Stay (LOS)
                *Age
                *Unacceptable Short Stay Medical Conditions (Appendix 21)
                *Invasive Procedure List (Appendix CII)
                *Consumer Price Index (Appendix 55)

How Edit Works: 1) Must be hospital inpatient claim, otherwise exit
                   unedited.
                2) All interim bills exit unedited.  If Top Proc=200 Other
                   All, exit unedited.
                3) Only claims with a LOS $\leq$ three days will be edited.
                4) Claims with a LOS $\leq$ three days are checked for the
                   presence of an invasive procedure by comparing the Top
                   Procedure to the Invasive Procedure List. Claims with an
                   invasive procedure present will not continue to be
                   edited. Claims with diagnostic Top Procedures will also
                   exit unedited.
                5) For those claims without an invasive procedure present,
                   compare the principal diagnosis and the claimant's age to
                   Appendix 21 (Unacceptable Short Stay Medical Conditions).
                   Only those claims with a principal diagnosis and an
                   age within the range as defined in Appendix 21 will
                   continue to be edited. Otherwise claim exits unedited.
                6) Identify the revenue codes and associated charges to equal
                   a total sum ancillary charge.
                7) Claims with a total ancillary charge greater than the
                   amount determined by the client will pass the edit.
                   Claims with a total ancillary charge less than this amount
                   will fail.

                                                    (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary

                                              000121

                         - 24 -

The Health Data Institute™

MCK 047528

Edit CL011A (continued)                                    Revised  2/17/86

Action Options:    1) Data entry clerk checks for entry error
                   2) Verify the Principal Diagnosis with provider via telephone
                      and/or query letter
                   3) If necessary, request chart components for Medical Review
                   4) Override flag with correction(s)
                   5) Override flag without correction(s) and continue
                      processing

Volume of Claims
Needed to Test
Edit:              150,000

Medical Review:    Required

Note:              Revenue codes to be summed for this edit are:  24X-28X, 30X-
                   35X, 38X-48X, 70X, 73X-75X, 90X-92X, 94X.

                   Add Top Procedure 103, Cardiac Catheterization, to the
                   Invasive Procedure List for this edit only.

                   Diagnostic Top Procedures 101, 102, 104, 106-109, 111 and 112
                   will exit unedited.

000122

HDI-Proprietary                          - 25 -

The Health Data Institute ™

MCK 047529

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised  4/14/86

## CLAIM LEVEL - I

Edit CL9113:    Short Stay Admissions - Surgical

Type of Edit:   Compares the length of stay with procedures which should
                occur on an outpatient basis.

Claim Types:    Hospital Inpatient Claims

Primary Use:    To identify unnecessary short stay admissions for procedures
                which can be performed on an outpatient basis.

Data Required:  *Age
                Principal Procedure (UB82, FL 84)
                Revenue Codes (UB82; FL 51, 170-175, 179, 200-209, 210-214,
                  219, 450, 459)
                *LOS
                *Outpatient Procedures (Appendix 22 a or b)
                Procedure Coding Method Used (UB82, FL 82)

How Edit Works: Must be hospital inpatient claim, otherwise exit unedited.
                All interim bills exit unedited.  At least one procedure must
                be present otherwise exit unedited.  The age on the claim
                must be greater than or equal to one year otherwise exit
                unedited.  The length of stay must be less than or equal to
                three days otherwise exit unedited.  The EW, ICU, CCU and
                Nursery charges with the above revenue codes must be $0 or
                missing, otherwise exit unedited.

                Check the Principal Procedure and the claimant's age against
                the Outpatient (OPD) Procedure List (Appendix 22a or b).  If
                the procedure and the claimant's age do not appear on the
                list, exit unedited.  For those claims with procedures and
                the age on the OPD Procedure List, if the LOS $\leq$ one day, the
                claim passes the edit.  Otherwise, claim fails the edit.

Action Options: 1) Data entry clerk checks for entry error
                2) Verify procedure with provider via telephone and/or query
                   letter
                3) Leave claim flagged and request portions of the hospital
                   chart for Medical Review
                4) Maintain flag and continue processing
                5) Override flag without correction(s)

                                                              (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary                                    000123

                              - 26 -                      . The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK  047530

Edit CL011B (continued)                                    Revised 4/14/86

Volume of Claims
Needed to Test
Edit:          250,000

Medical Review:  Required

Additional
Dimensions:    None

000124

HDI-Proprietary

- 27 -

The Health Data Institute
The Health Data Institute

MCK 047531

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 3/25/86

<u>CLAIM LEVEL - I</u>

Edit CLØ12:   Long Length of Stay/Uncomplicated
Medical Necessity Edit

Type of Edit:   Flags uncomplicated cases where continued hospital stay is
not documented by complications or comorbidity.

Claim Types:   Hospital Inpatient Claims

Primary Use:   To identify unnecessarily long lengths of stay when no
complicating factors are present.

Data Required:   Type of Bill (UB82, FL 4)
   *Age
   Principal Diagnosis (UB82, FL 77)
   All Other Diagnoses Codes (UB82, FL 78-81)
   Principal Procedure (UB82, FL 84)
   Other Procedures (UB82; FL 85, 86)
   Procedure Coding Method Used (UB82, FL 82)
   *Comorbid Disease List (Appendix C or CI)
   *Invasive Procedure List (Appendix CII)
   *Length of Stay Tables (Appendices 23a and b)
   *Top Procedure (Appendix 4)
   *Length of Stay (LOS)

How Edit Works:   1) For each claim the type of bill is checked.  Outpatient
   and interim bills exit unedited.
   2) For each claim, all listed diagnoses (other than the
   Principal Diagnosis) are compared to the Comorbid Disease
   List to exclude any claim with a complication and/or co-
   morbidity.  Claims that do not have a complication and/or
   comorbidity present will continue through this edit.
   3) The claims without complications are formatted into their
   respective Top Procedure grouping.  Claims with all
   procedures going into the Other All category, 200, will
   not continue to be edited.  Claims with all procedures
   missing, Top Procedures 201, will be Labeled Uncomplicated
   Medical.
     For those claims with procedures formatted into Top
   Procedure groupings, use the Invasive Procedure List
   (Appendix CII) to establish the presence of an invasive
   procedure.  Claims with an invasive procedure present are
   labeled Uncomplicated Surgical; claims without the
   presence of an invasive procedure are labeled
   Uncomplicated Medical.

(continued)

---

*RAMS-created variable or table.

HDI-Proprietary

000125

- 28 -

The Health Data Institute™
The Health Data Institute

MCK 047532

04-CV-1258-SLR (D.Del.)

Revised 3/25/86

CLAIM LEVEL - I

Edit CLØ12:    Long Length of Stay/Uncomplicated
Medical Necessity Edit

Type of Edit:    Flags uncomplicated cases where continued hospital stay is
                 not documented by complications or comorbidity.

Claim Types:    Hospital Inpatient Claims

Primary Use:    To identify unnecessarily long lengths of stay when no
                complicating factors are present.

Data Required:   Type of Bill (UB82, FL 4)
                 *Age
                 Principal Diagnosis (UB82, FL 77)
                 All Other Diagnoses Codes (UB82, FL 78-81)
                 Principal Procedure (UB82, FL 84)
                 Other Procedures (UB82; FL 85, 86)
                 Procedure Coding Method Used (UB82, FL 82)
                 *Comorbid Disease List (Appendix C or CI)
                 *Invasive Procedure List (Appendix CII)
                 *Length of Stay Tables (Appendices 23a and b)
                 *Top Procedure (Appendix 4)
                 *Length of Stay (LOS)

How Edit Works:   1) For each claim the type of bill is checked.  Outpatient
                     and interim bills exit unedited.
                  2) For each claim, all listed diagnoses (other than the
                     Principal Diagnosis) are compared to the Comorbid Disease
                     List to exclude any claim with a complication and/or co-
                     morbidity.  Claims that do not have a complication and/or
                     comorbidity present will continue through this edit.
                  3) The claims without complications are formatted into their
                     respective Top Procedure grouping.  Claims with all
                     procedures going into the Other All category, 200, will
                     not continue to be edited.  Claims with all procedures
                     missing, Top Procedures 201, will be labeled Uncomplicated
                     Medical.
                       For those claims with procedures formatted into Top
                     Procedure groupings, use the Invasive Procedure List
                     (Appendix CII) to establish the presence of an invasive
                     procedure.  Claims with an invasive procedure present are
                     labeled Uncomplicated Surgical; claims without the
                     presence of an invasive procedure are labeled
                     Uncomplicated Medical.

                                                              (continued)

_____

*RAMS-created variable or table.

HDI-Proprietary                                               000125

                                - 28 -

                                        The Health Data Institute™

MCK 047533

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Edit CL012 (continued)                                    Revised 3/25/86

4) For claims labeled Uncomplicated Medical, the Principal
   Diagnosis is compared to the Diagnosis/Length of Stay
   table for single diagnosis, non-operated, for the
   claimant's age grouping. Claims with a LOS less than or
   equal to the table LOS pass the edit and exit. Claims
   with a LOS greater than the table LOS will fail.

5) For claims labeled Uncomplicated Surgical, the Principal
   Diagnosis is compared to the Diagnosis/Length of Stay
   table for single diagnosis, operated, for the claimant's
   age grouping. Claims with a LOS less than or equal to the
   table LOS pass the edit and exit. Claims with a LOS
   greater than the table LOS will continue to Step 6.

6) Uncomplicated Surgical claims, which are flagged when LOS
   is checked against the primary diagnosis, can be re-edited
   by checking the Principal Procedure against an
   Operation/LOS table. This is only possible if the
   Principal Procedure is in the ICD-9 coding scheme. If the
   procedure code is CPT-4, the claim fails based on its
   diagnosis.

7) Claims with the Principal Procedure coded in ICD-9 are
   compared to an Operation/LOS table for single diagnosis
   within the claimant age grouping. Claims with a LOS less
   than or equal to the table LOS pass the edit and exit.
   Claims with a LOS greater than the table LOS will fail.

Action Options:  1) Data entry clerk checks for entry error.
                 2) Verify diagnosis(es) and/or procedure with provider via
                    telephone and/or query letter.
                 3) Override flag with correction(s).
                 4) Override flag without correction(s).
                 5) Leave claim flagged. Submit for Medical Review.

Volume of Claims
Needed to Test
Edit:            200,000

Medical Review:  Required

Additional       Procedure Coding Method Used, 1 digit
Dimensions:      Comorbid Disease List, 3, 4, 5 digit -
                    ICD-9 codes and ranges of codes
                 Length of Stay Table

000126

HDI-Proprietary

- 29 -

The Health Data Institute
The Health Data Institute

MCK 047534

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

<u>CLAIM LEVEL - I</u>                    Revised  11/7/86

CL023:          Ancillary Charges/Procedure/Diagnosis
Medical Necessity Edit

Type of Edit:   Flags ancillary charges that are outside the expected range.

Claim Types:    Hospital Inpatient Claims

Primary Use:    To correlate ancillary charges with specific
                procedures/diagnoses.

Data Required:  All Diagnoses (UB82; FL 77, 78, 79, 80, 81)
                All Procedures (UB82; FL 84, 85, 86)
                Type of Bills (UB82; FL 4)
                Revenue Codes (UB82, FL 51)
                Total Charges (by Revenue Code Category) (UB82, FL 53)
                Provider Zip Code (UB82, FL 1)
                *AMS Version 1.0 Revenue Codes (Appendix 24)
                *Top Diagnosis (Appendix 3)
                *Top Procedure (Appendix 4)
                *Acceptable Ancillary Charge Table/Procedure (Appendix 25)
                *Acceptable Ancillary Charge Table/Diagnosis (Appendix 26)
                *Consumer Price Index (Appendix 55)

How Edit Works: If the claim is an interim bill (UB82; FL 4) the claim exits
                unedited.  The client will have the option to set the maximum
                charge screens at a conservative, moderate, or aggressive
                level.  The edit is performed on Top Procedure and Top
                Diagnosis Groups.  When a claim is submitted, apply the CPI
                adjustment using the Provider Zip Code.  If a claim contains
                a Top Procedure between 1 and 129, the edit is performed
                based on the Top Procedure.  If it does not have a Top
                Procedure between 1 and 129, then Top Diagnosis is used as
                the unit of comparison.  If the claim has only one Top
                Procedure or only one Top Diagnosis then the claim will fail
                if any ancillary charge is outside the acceptable range.
                Charge comparisons must be done on all revenue codes listed
                in Appendix 24 for every claim.  (Do not limit the comparison
                of charges to only those submitted on the UB-82 form).

                <u>Top Procedures:</u>

                Take the first Top Procedure's ancillary charges from
                Appendix 25.  If the charges fall within the ranges (minimum

                                                            (continued)

_____
*RAMS-created variable or table.

HDI-Proprietary                                      000127


                              - 30 -


                                        The Health Data Institute™


                                                MCK 047535

Edit CL023 (continued)                          Revised  11/7/86

and whatever the client chooses) for each ancillary, the
claim passes the edit.  If any charge is below the minimum
amount, the claim fails.  If any of the ancillary charges is
greater than the maximum acceptable charge for the ancillary
for the first Top Procedure, then re-edit those ancillaries
individually that failed using the following formula and the
acceptable charges from Appendices 25 and 26.  For each
ancillary that fails, create a new acceptable charge level in
the following manner:  add the maximum acceptable charge
(MAC) from Appendix 25 for the First Top Procedure and one-
third of the MAC for the Second Top Procedure and one-fourth
of the MAC for the Third Top Procedure, to obtain a new MAC
for ancillaries which fail with the First Top Procedure.  If
the claim's total charge for that ancillary is less than or
equal to the new MAC, the claim passes.  If the claim's total
charge for that ancillary is still greater than the new MAC,
the claim fails.

$$\text{New MAC} = 1(P_1) + 1/3(P_2) + 1/4(P_3)$$

Note:  If a Top Procedure occurs more than once on a claim,
       its MAC should be used only once in calculating the
       New MAC for procedures.

Top Diagnoses:

*A condition statement needs to be added for Top Diagnoses
only:  if an ICU/CCU charge is present, an anesthesia charge
of up to $200 is allowed.

First edit the charges using the principal Top Diagnosis
acceptable ancillary charges from Appendix 26.  If all the
ancillary charges on the claim fall within the acceptable
range the claim passes the edit.  If any charge is below the
minimum amount, the claim fails.  If any of the ancillary
charges are greater than the acceptable range, re-edit those
ancillaries individually by adding the MAC for the Principal
Top Diagnosis and the MAC for the second through the fifth
Top Diagnoses to obtain a new MAC for that ancillary.  If the
ancillary charges on the claim are still higher than the New
MAC, the claim fails the edit.  If the charges for that
ancillary are less than or equal to the New MAC the claim
passes the edit.

$$\text{New MAC} = 1(D_1) + 1/3(D_2) + 1/4(D_3) + 1/5(D_4) + 1/6(D_5)$$

Note:  If a Top Diagnosis occurs more than once on a claim,
       its MAC should be used only once in calculating the
       New MAC for diagnoses.

                                              (continued)

*Minimum charge = 3 bytes, all other charges = up to 5 bytes.

HDI-Proprietary    ..                          000128

                    - 31 -
The Health Data Institute ™
The Health Data Institute

MCK 047536

Confidential Information Subject to D. Del. LR 26.2            04-CV-1258-SLR (D.Del.)

Edit CL023 (continued)                                    Revised  11/7/86

Action Options:   1) Data entry clerk checks for entry error.
                  2) Verify the Revenue Codes with provider via telephone
                     and/or query letter.
                  3) Leave claim flagged, submit for Medical Review.
                  4) Override flag without correction(s).

Volume of Claims
Needed To Test
Edit:             500,000 Inpatient Claims only.

Medical Review:   Required

Additional
Dimensions:       For Appendices 25 and 26, the tables will have the following
                  dimensions:

                     three-dimensional array with:
                     length = 69 = Revenue Codes
                     height = 199 = Top Diagnosis
                     depth = 4 = Dollar Amounts*
                  Revenue Codes - 3 digits, numeric.  No decimals.

_____

*Minimum charge = 3 bytes, all other charges - up to 5 bytes.

HDI-Proprietary                                          000129

                        - 32 -                    The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047537

04-CV-1258-SLR (D.Del.)

Revised  4/15/86

<u>CLAIM LEVEL - I</u>

Edit CL030A:    Outmoded or Obsolete Procedures/Tests
Data Accuracy Edit

Type of Edit:    Examines claims for the appropriateness of selected
                 services.

Claim Types:     All claims with procedures coded in CPT-4

Primary Use:     To check for medically outmoded or obsolete procedures.

Data Required:   Principal Procedure (HCFA 1500, #24C; UB82, FL 83)
                 All Other Listed Procedures (UB82, FL 84-86)
                 Procedure Coding Method Used (UB82, FL 82 = 4)
                 *Outmoded Procedure List (Appendix 29)

How Edit Works:  Each procedure is checked for the procedure Coding Method
                 Used = 4.  All other coding method procedures exit unedited.
                 Only CPT-4 procedure codes will be edited.  Each procedure is
                 checked against a list (see Appendix 29) to see if it matches
                 an outmoded procedure.  If it does, the claim fails the edit.
                 The procedure(s) that fail will be identified for query.

Action Options:  1) Data entry clerk checks for entry error.
                 2) Verify data elements with provider via telephone and/or
                    query letter.
                 3) Override flag with correction(s).
                 4) Override flag without correction(s).
                 5) Compare provider key to problem provider list (CL050) to
                    check for questionable practice patterns.

Volume of Claims
Needed to Test
Edit:            250.000 Inpatient and Outpatient

Medical Review:  Not Required

Additional
Dimensions:      None

───────────

*RAMS-created variable or table.

HDI-Proprietary

000130

- 33 -

The Health Data Institute™

MCK 047538

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Revised  4/14/96

CLAIM LEVEL - I

Edit CLØ30B:     Procedures and Tests/One Time Occurrence
Medical Necessity Edit

Type of Edit:     Checks procedures and tests which should only occur once on
                  a claim.

Claim Types:      Hospital Inpatient Claims

Primary Use:      Procedures which should not be done more than once in a
                  hospitalization will be identified.

Data Required:    Principal Procedure (UB82, FL 83)
                  Other Listed Procedures (UB82, FL 84-86)
                  Procedure Date(s) (UB82, FL 83-86)
                  *Definite One-time Procedures (Appendix 31)
                  *Probable One-time Procedures (Appendix 32)
                  *Provider ID
                  Procedure Coding Method Used (UB82, FL 82 = 9 only)

How Edit Works:   Must be hospital inpatient claim otherwise exit unedited.  If
                  procedure coding method is CPT-4, exit unedited.  There must
                  be at least two procedures on the claim.  If the procedure
                  dates are the same the claim passes the edit.  All listed
                  procedures are compared to the Definite One-time Procedure
                  List (Appendix 31) and Probable One-time Procedure List
                  (Appendix 32).  If a procedure is flagged as occurring on
                  either list more than once, the claim fails the edit.  If a
                  procedure occurs only once or not at all, the claim passes
                  the edit.

Action Options:   1) Data entry clerk checks for entry error
                  2) Verify procedures with provider via telephone and/or query
                     letter
                  3) Leave claim flagged, submit for Medical Review
                  4) Override flag and continue processing

Volume of Claims
Needed to Test
Edit:             250,000

Medical Review:   Required

Additional
Dimensions:       None

_____

*RAMS-created variable or table.

HDI-Proprietary

000131

- 34 -

The Health Data Institute™
The Health Data Institute

MCK 047539

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

CLAIM LEVEL - I

Edit CL050:        Problem Provider List

Type of Edit:      Flags claims from previously identified problem providers.

Claim Types:       Hospital Inpatient and Outpatient Claims, Physician Claims,
                   Independent Provider Claims, Independent Practitioner Claims,
                   Laboratory Claims, X-ray and Other Diagnostic Service.

Primary Use:       To monitor quality of care.

Data Required:     Flags for Individual Edit Failures
                   *Provider ID

How Edit Works:    A post-payment report is run to:
                   1) identify providers who have a high percentage of flagged
                      edits
                   2) evaluate clients who are already identified as problem
                      providers by client or carrier

                   Note:  After problem providers have been identified by the
                          Advanced MedLogic System or carrier, their claims may
                          be edited on a pre-payment basis and/or at a more
                          aggressive level for revenue charges.

Action Options:    At client's discretion.

Volume of Claims
Needed to Test
Edit:              500,000

Medical Review:    Required

Additional
Dimensions:        Flags for failed edits are to be decided by the client.

---

*RAMS-created variable or table.                    000132

HDI-Proprietary

- 35 -

The Health Data Institute™

MCK 047540

BASIC EPISODE EDITS

000133

- 36 -

The Health Data Institute™
The Health Data Institute

MCK 047541

Confidential Information Subject to D. Del. LR 26.2

<u>BASIC EPISODE-II</u>                    Revised 8/27/86

Edit BE004:      Procedure Diagnosis Matching
Medical Necessity Edit

Type of Edit:    Compares hospital diagnosis with the practitioner's
                 procedure.

Episode Types:   Hospital Inpatient or Outpatient and any Practitioner,
                 Outpatient Facility and any Practitioner.

Primary Use:     To validate the accuracy of the practitioner's procedure with
                 the hospital diagnosis.

Data Required:   All Listed Diagnoses (ICD9 - UB82 FL 76-81)
                 *Top Diagnosis (Appendix 3)
                 Procedure (CPT4 - HCFA 1500, FL 24C)
                 *Top Procedure (Appendix 4)
                 *Invasive Procedure List (Appendix CII)
                 Type of Service (HCFA 1500 - TOS = 2, 8 only - FL 24G)
                 *Procedure/Diagnosis Acceptable Match (Appendix 8)
                 Place of Service (HCFA 1500 = 1, 2, or B only - FL 24B)

How Edit Works:  1) There must be at least one diagnosis on the
                    hospital/facility claim and one procedure on the
                    practitioner's claim.  Only practitioner's claims with TOS
                    = 2 (surgery) or 8 (assistance at surgery) and POS = 1
                    (inpatient), 2 (outpatient), or B (ambulatory surgical
                    center) will be edited.  Otherwise exit unedited.

                 2) If the Top Procedures = 200 Other, All or 201 Missing,
                    claim exits unedited.

                 3) The Top procedure on the practitioner's claim is compared
                    to the Invasive Procedure List.  Only practitioner claims
                    with an invasive procedure will be edited.  Otherwise
                    exits unedited.

                 4) If hospital Top Diagnosis = 200, Other All or 201 missing,
                    claims exits unedited.

                 5) The first hospital Top Diagnosis is then compared to the
                    Top Procedure on the practitioner's claim.  If an
                    acceptable match is found (see CL Appendix VIII) the
                    claim passes.  If no match is found All Other Diags on
                    hospital claim are compared to the practitioner proc.  If
                    a match is found the claim passes.  If no match is found
                    the claim fails and the last claim in the episode fails.

_____

*RAMS - created variable or table.                    000134

HDI-Proprietary

                              - 37 -

                                              The Health Data Institute ™

MCK 047542

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 3/27/86

Action Options:    1) Data entry clerk checks for data entry error.

2) Verify the diagnosis with the hospital and the procedure
   with the practitioner via telephone and/or query letter.

3) If the episode continues to fail the edit after the query,
   the following options may be exercised:

   a) Leave claim flagged and request portions of the chart
      for Medical Review.

   b) Override flag without corrections.

   c) Pay claims and add it to a provider-specific file of
      those who have claims which have failed in basic
      episode edits repeatedly (a maximum allowable number to
      be decided upon by the client/carrier).  Problem
      provider files may be generated in report format.

Volume of
Studies Needed
to Test Edit:    100,000

Medical Review:   Preferred.

Additional
Dimensions:    None

HDI-Proprietary

000135

- 38 -

The Health Data Institute '

MCK 047543

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

BASIC EPISODE-II                    Revised 4/14/86

Edit BE209:      Hospital Diagnosis/Practitioner Diagnosis
Medical Necessity Edit

Type of Edit:    Compares the diagnoses submitted by the hospital to the
                 diagnoses submitted by the practitioner.

Episode Types:   Inpatient Hospital/Any Practitioner
                 Outpatient Facility/Any Practitioner

Primary Use:     To validate the accuracy of the diagnoses submitted by the
                 hospital or outpatient facility with the diagnoses submitted
                 by the practitioner.

Data Required:   Principal Diagnosis (UB-82, FL 77, HCFA, FL23(1))
                 Other Diagnoses (UB-82, FL 78-81, HCFA, FL23 (2,3,4))
                 *Top Diagnosis (Appendix 3)
                 *Diagnosis/Diagnosis Matching (Appendix 33)

How Edit Works:  If the inpatient hospital or the outpatient facility claim is
                 on a UB-82 form, then:

                 1) If all the Top Diagnoses are "200 = All Other," or 201
                    Missing," claim exits unedited.

                 2) On the HCFA 1500, if all the Top Diagnoses are "200 =
                    Other All," or 201 = missing" the claim exits unedited.

                 3) Compare the Top Diagnoses from the HCFA 1500 to the Top
                    Diagnosis groups from the UB-82 looking for a match as
                    described in Appendix 33.  Once a match is found, exact or
                    close, the looping process is stopped and the episode
                    passes the edit.  If after looping through all Top
                    Diagnosis groups no match is found, the episode fails.

           Note: If the outpatient facility claim is submitted on a HCFA
                 1500 form, compare the outpatient facility Top Diagnoses
                 to the HCFA 1500 practitioner Top Diagnoses.

Action Options:  1) Entry clerk checks for data error

                 2) Verify the diagnoses with the hospital or outpatient
                    facility and the practitioner submitting the claims via
                    telephone or query letter.

HDI-Proprietary

000136

- 39 -

The Health Data Institute™

MCK 047544

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 4/14/36

3) If the episode still fails the edit after query:
   a) pend claim and request portions of the medical
      record for review.
   b) override the flag without correction and add the
      episode to a file from which a potential provider
      profile could be generated.

Volume of Episodes
Need to Test Edit:    100,000

Medical Review:       Required

Additional Dimensions:

_____

*RAMS - Created variable or table

HDI-Proprietary

000137

- 40 -

The Health Data Institute

MCK 047545

BASIC EPISODE - II                    Revised 4/17/86

Edit SE010:      Procedure/Procedure Matching
Medical Necessity Edit

Type of Edit:    Compares the procedure(s) submitted by the hospital to the
                 procedure submitted by a practitioner.

Episode Types:   Hospital Inpatient or Outpatient and any Practitioner,
                 Outpatient Facility and any Practitioner.

Primary Use:     To validate the accuracy of the procedure(s) submitted by the
                 practitioner and with those submitted by the
                 hospital/facility.

Data Required:   First Procedure (ICD9 - UB82 FL 83)
                 All Other Listed Procedures (ICD9 - UB82 FL 84-86)
                 Procedure (CPT4 - HCFA FL 24C)
                 Type of Service (HCFA 1500 - TOS = 2, 8 only - FL 24G)
                 Place of Service (HCFA 1500 - 1, 2, B only - FL 24B)
                 Provider ID (UB82 + HCFA 1500)
                 *Top Procedures (Appendix 4)
                 *Procedure/Procedure Acceptable Match (Appendix 34)
                 *Major Invasive Procedure List (Appendix CIIA)

How Edit Works:1) There must be at least one procedure on the
                  hospital/facility claim and one on the practitioner claim.
                  Only practitioner's claims with TOS = 2 (Surgery) or 8
                  (Assistance at Surgery) and POS = 1 (Inpatient), 2
                  (Outpatient), or B (Ambulatory Surgical Center) will be
                  edited.  Otherwise exit unedited.

               2) If all the UB82 procedures are "200 = All Other" and "201
                  = Missing" or are "200 = All Other", the claim exits
                  unedited   If all the UB82 Top Procedures are "201 =
                  Missing" and the practitioner's Top Procedure is on the
                  Major Invasive Procedure List, the episode fails.

               3) The Top Procedure on the practitioner's claim is checked
                  against all the hospital/facility's listed Top Procedures
                  to look for an acceptable match (see BE Appendix 34).

               4) If a match is found, the claim passes.  If a match is not
                  found between the practitioner's procedure and any of the
                  hospital/facility's procedures, the episode fails.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify procedures with practitioner and hospital/facility
                    via telephone and/or query letter.

                 3) If the episode still fails after query, any of the
                    following options may be exercised:

─────────────────────────────────────────────
*RAMS - created variable or table.

HDI-Proprietary

- 41 -                              000138

                                    The Health Data Institute™

MCK 047546

Revised 4/17/86

    a) Leave episode flagged and request portions of the hospital record for Medical Review.

    b) Override flag without correction.

    c) Pay claims and add it to a provider-specific file of those who have claims which have failed in basic episodes repeatedly (a number to be decided upon by the client/carrier). Problem provider files may be generated in report format.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:  Preferred.

Additional
Dimensions:    None.

HDI-Proprietary

000139

– 42 –

The Health Data Institute *

MCK 047547

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised  4/14/86

Basic Episode II

Edit BE016A:    Assistant Surgeon Charge Greater than or Equal to Principal
                Surgeon Charge
Data Accuracy Edit

Type of Edit:    Compares the amount charged by the assistant surgeon to the
                 amount charged by the principal surgeon.

Episode Types:   Surgeon/Assistant Surgeon

Primary Use:     To identify when an assistant surgeon is charging the same
                 amount or more than the principal surgeon for the same
                 procedure performed on the same patient on the same day.

Data Required:   Principal Procedure (HCFA 1500, FL 24C)
                 Date of Service (HCFA 1500, FL 24A)
                 Procedure Charge (HCFA 1500, FL 24E)
                 Top Procedure*

How Edit Works:  1) Surgeons claims with no assistant surgeon claims or vice
                    versa will exit unedited

                 2) Compare the Date of Service on the principal surgeon's
                    claim to the Date of Service on the assistant surgeon's
                    claim. Only claims with the same date of service will
                    continue to be edited. Others exit unedited.

                 3) Compare the Principal Top Procedure from the surgeon's
                    claim to the Principal Top Procedure from the assistant
                    surgeon's claim. If they do not match, the episode fails.
                    If the Top Procedures groups match, continue to edit the
                    episode. If both Top Procedures are "201 missing," the
                    episode fails.

                 4) Compare the assistant surgeon's charge to the principal
                    surgeon's charge. If the assistant surgeon's charge is
                    less than the principal surgeon's charge, the episode
                    passes the edit. If the assistant surgeon's charge is
                    equal to or greater than the principal surgeon's charge,
                    the episode fails.

Action Options:  1) Entry clerk checks for data error.

                 2) Verify the date of service, the procedure code, and the
                    procedure charges with both practitioners.

HDI-Proprietary

000140

- 43 -

The Health Data Institute™

MCK 047548

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 4/14/86

3) If the episode still fails after the query:

    a) Override the flag without correction and add it to a
       file of flagged claims from which a problem provider
       file could be generated.

    b) Deny payment of the episode if the dollar discrepancy
       is significant as defined by the client.

Volume of
Episodes Needed
to Test Edit:  100,000

Medical Review:  Not required

Additional
Dimensions:

HDI-Proprietary

000141

- 44 -

The Health Data Institute ™

MCK 047549

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Basic Episode II                    Revised 4/16/86

Edit BE016B:      Anesthesiologist Charge Greater Than or Equal to Principal
                  Surgeon Charge
Data Accuracy Edit

Type of Edit:     Compares the amount charged by the anesthesiologist to the
                  amount charged by the principal surgeon.

Episode Types:    Inpatient Hospital/Principal Surgeon/Anesthesiologist
                  Outpatient Hospital/Principal Surgeon/Anesthesiologist

Primary Use:      To identify when an anesthesiologist is charging more than
                  the principal surgeon for the same procedure performed on the
                  same patient on the same day.

Data Required:    Date of Service (HCFA 1500, 24B)
                  Charges (HCFA 1500, 24E)
                  First Listed Procedure (HCFA 1500, FL24C)
                  All Listed Diagnoses (HCFA 1500, FL23)

How Edit Works:   1. Episodes with a surgeons claim but no anesthesiologists
                     claim (or vice versa) will exit unedited.

                  2. Check the date of service on the surgeon's claim with the
                     dates of service on the anesthesiologist's claim. If the
                     dates of service on both claims is the same the episode
                     continues to be edited. If none of the dates are the same
                     the episode exits unedited.

                  3. Compare the Top Procedure from the Surgeon's claim to the
                     Top Procedure from the Anesthesiologists claim. If both
                     Top Procedures are Top Procedures 201 - Missing, the
                     episode fails.

                     a. If the Top Procedures match, compare the charge on the
                        surgeon's claim to the charge on the anesthesiologists
                        claims. If the anethesiologist's charge is less than
                        the surgeon's charge, the episode passes the edit. If
                        the anesthesiologist's charge is equal to or greater
                        than the surgeon's charge, the episode fails.

                     b. If the Top Procedures do not match, compare the Top
                        Diagnoses from the surgeon's claim to the Top Diagnoses
                        from the Anesthesiologist's claim. If the Top
                        Diagnoses do not match, the episode fails. If the Top
                        Diagnoses match, compare the charge on the surgeon's
                        claim with the charge on the anesthesiologist's claim.
                        If the anesthesiologist's charge is less than the
                        surgeon's charge the episode passes the edit. If the
                        anesthesiologist's charge is equal to or greater than
                        the surgeon's charge the episode fails.

HDI-Proprietary

                                                    000142
                              - 45 -


                                        The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK  047550

Revised 4/16/86

Action Options:   1) Entry clerk checks for data error.

2) Verify the date of service, procedure code, diagnosis
   code, and charges with both practitioners.

3) If the episode still fails after the query:

   a) Override the flag without correction and add it to a
      file of flagged claims from which a potential provider
      profile could be generated.

   b) Deny payment of the episode if the dollar discrepancy
      is significant as defined by the client.

Volume of
Episodes Needed
to Test Edit:   100,000

Medical Review:   Not required

HDI-Proprietary

000143

- 46 -

The Health Data Institute ™

MCK 047551

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Basic Episode II                    Revised 4/17/36

Edit BE018:        Multiple Claims for Major Surgery within a single Basic
                   Episode
Medical Necessity Edit

Type of Edit:      Identifies claims of two or more different major invasive
                   surgical procedures by same or different surgeons.

Episode Type:      Hospital confinement: All Surgeons

Primary Use:       To examine a Basic Episode for the unlikely occurrence of
                   two major invasive surgical procedures during the same
                   hospitalization

Data Required:     UB82:  Diagnoses (FL 77-81)
                   HCFA:  Procedures (#24C)
                   *Top Procedure Groups (Appendix 4)
                   *Major Invasive Surg. Proc. List (Appendix CIIB)
                   *Acceptable Combinations of Procedures (Appendix 30)
                   *Complications of Major Procedures (Appendix 35)

How Edit Works:    1) All diagnoses on the hospital claim are looped through a
                      list of acceptable diagnosis codes which relate to major
                      procedures routinely performed within the same
                      hospitalization, or complications of major procedures
                      (Appendix 35).  If any diagnosis matches Appendix 35 the
                      claim exits unedited.  If no match occurs, the claims
                      advance to step 2.

                   2) The Top procedure listed on the surgeon's bill is grouped
                      into Major Invasive Surgical Procedure category (see
                      Appendix CIIB).  The procedures which cannot be grouped
                      will cause this claim to not be edited further.

                   3) Any two claims with procedures that fall into the same
                      major invasive category pass this edit.  Those claims that
                      fall into different categories, advance to step 4.  If
                      only one surgeon claim reaches this step, the Basic
                      Episode passes this edit.

                   4) The two claims are then compared to a list of acceptable
                      combinations of major invasive surgical procedures (see
                      Appendix XXX).  If deemed an acceptable match, the claims
                      pass this edit.  If not, the Basic Episode fails.

Action Options:    1) Data entry clerk checks for entry error.

                   2) Verify data elements via telephone and/or query letter to
                      all providers.

                   3) Override failure with correction(s).

*RAMs-created variable.

The Health Data Institute℠

MCK 047552

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

3) Override failure with correction(s).

4) Submit claims for Medical Review.

5) Override failure without correction(s).

Volume of
Episodes Needed
to Test Edit:      100,000 Inpatient Basic Episodes

Medical Review:  Required

HDI-Proprietary

000145

- 48 -

The Health Data Institute™

MCK 047553

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Basic Episode II                    Revised 4/16/86

Edit BE019:      Two Charges by Same Practitioner for Ambulatory Visit and
                 Hospital Admission on the Same Day
Data Accuracy Edit

Type of Edit:    Flags cases in which the patient was billed by the same
                 practitioner for both a hospital admission work-up and an
                 ambulatory visit (hospital outpatient, physician office,
                 etc.) on the same day.

Episode Types:   Inpatient Hospital/Practitioner/Same Practitioner

Primary Use:     To flag duplicate billing by the same practitioner for care
                 rendered in an ambulatory setting on the same day as hospital
                 admission.

Data Required:   Admission Date (UB-82, FL 15)
                 Date of Service (HCFA 1500, FL 24A)
                 Procedure Code (HCFA 1500, FL 24C)
                 *Medical Visit Procedure Codes (Appendix 36)
                 *Hospital Admission Workup Codes (Appendix 37)

How Edit Works:  1) Claims submitted by the same practitioner are checked for
                    the presence of two dates of service equal to hospital
                    admission date. Claims that do not meet this requirement
                    exit unedited.

                 2) The procedure code on claim one from the practitioner is
                    compared to a list of medical visit procedure codes,
                    Appendix XXXVI. If the procedure code on the claim
                    matches a code in the Appendix, the procedure on claim two
                    from the same practitioner is compared to a list of
                    hospital admission workup codes, Appendix XXXVII. If the
                    procedure code on claim two matches a code in Appendix
                    XXXVII, the episode fails.

                    Alternatively, if the procedure code on claim one does not
                    appear in the list of medical procedure visit codes,
                    Appendix XXXVI, the procedure code on claim one is
                    compared to the list of hospital admission workup codes,
                    Appendix XXXVII. If the code on claim one does not appear
                    on this list either, the episode does not continue to be
                    edited. If, however, the procedure code on claim one does
                    appear in Appendix XXXVII, then the procedure code on
                    claim two is compared to the list of medical visit codes
                    in Appendix XXXVI. If there is a match, the episode
                    fails. If there is not a match, the episode passes the
                    edit.

Action Options:  1) Entry clerk checks for data error.

_____

*RAMs - created variable or table.

                                                    000146
HDI-Proprietary
                          - 49 -

                                          The Health Data Institute ™

MCK 047554

Revised 4/16/86

2) Verify date of service and procedures with the practitioner submitting the claims via telephone or query letter.

3) If the episode still fails after the query, override the failure without correction and add it to a file from which a potential provider profile could be generated.

Volume of
Episodes Needed
to Test Edit: 100,000

Medical Review: Not required

Additional
Dimensions:

---

*RAMS-created variable or table.

HDI-Proprietary

000147

- 50 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047555

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/18/86

Edit BEØ2ØA:    Surgeon Visit on Same Day as Surgery
Data Accuracy Edit

Type of Edit:   If a surgeon charges for a visit on the same day (s)he
                performs surgery, the visit charge is considered to be
                inappropriate.

Episode Types:  UB82 Hospital Inpatient and Any Surgeon and Same
                Practitioner, UB82/HCFA Outpatient Facility and Any Surgeon
                and Same Practitioner.

Primary Use:    To identify excess billing by a surgeon for visits performed
                on the same day as surgery.

Data Required:  Procedure (CPT4 - HCFA FL 24C)
                Service Date (HCFA 1500 - FL 24A)
                Type of Service (HCFA 1500 1, 2, 3, or F, FL 24G)
                Place of Service (HCFA 1500 1, 2, 3, or B only, FL 24B)
                Provider ID (HCFA 1500)
                *Invasive Procedure List (Appendix CII)
                *Top Procedure (Appendix 4)
                *Medical Visits (Appendix 19)

How Edit Works: 1) Of these claims use only those with POS = 1 (Inpatient), 2
                   (Outpatient Hospital), 3 (Doctor's Office), or B
                   (Ambulatory Surgical Center) in the episode.  All other
                   claims will not be edited.

                2) Convert the procedures on both claims to Top Procedures
                   and compare them to the Invasive Procedure List (see
                   Appendix CII) and the Medical Visits (Appendix 19).  Only
                   claims with an invasive procedure or a medical visit will
                   be edited.

                3) Using the provider ID and service date, identify the same
                   surgeon.  If a surgeon has a claim for an invasive
                   procedure and a claim for a medical visit (see  Appendix
                   19), with the same service dates, the episode is flagged.
                   If the other claim is not a medical visit, the episode
                   passes the edit.

Action Options: 1) Data entry clerk checks for data entry error.

                2) Verify procedure dates and codes with provider via
                   telephone and/or query letter.

                3) Override flag with corrections and rerun edit.

———————————————————————

*RAMS - created variable or table.

HDI-Proprietary                                    000148

                          - 51 -

The Health Data Institute ™

MCK 047556

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Revised 4/18/86

4) Override flag without corrections and continue
   processing.

5) Leave claims flagged and request portions of hospital
   chart for Medical Review.

Volume of
Episodes Needed
to Test Edits:    30,000

Medical Review:  Preferred

Additional
Dimensions:      None

HDI-Proprietary

000149

- 52 -

The Health Data Institute

MCK 047557

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/13/86

Edit BEØ2ØB:     Anesthesia Visit within One Day of Surgery
Data Accuracy Edit

Type of Edit:    If an anesthesiologist charges for a visit on the same day or
                 within one day of surgery for which (s)he delivered
                 anesthesia, the visit charge is considered inappropriate.

Episode Types:   Hospital Inpatient (UB82) and Anesthesiologist (HCFA) and
                 Same Practitioner (HCFA)

Primary Use:     To identify excessive billing by anesthesiologists who submit
                 a claim for a visit/consult in addition to the delivery of
                 anesthesia for surgery.

Data Required:   Procedure (CPT4 - HCFA FL 24C)
                 Service Dates (HCFA 1500 - FL 24A)
                 Type of Service (HCFA 1500, - 1, 3, 7 only - FL 24G)
                 Place of Service (HCFA 1500, - 1, B only - FL 24)
                 Provider ID (HCFA 1500)
                 *Anesthesia Codes (Appendix 38)
                 *Medical Visits (BE Appendix 19)

How Edit Works:  1) Check the anesthesiologist's procedure code against the
                    list of Anesthesia Codes (Appendix XXXVIII).  Edit only
                    those providers with Anesthesia Procedure Codes.

                 2) Check the same practitioner's additional claims for TOS =
                    3 (consult).  If it is a 3 continue to next step.  If it
                    is not a 3 or missing then check the procedure code for a
                    Medical Visit (see Appendix 19).  If a medical visit code
                    is present continue to next step.  If not, exit unedited.

                 3) If the anesthesiologist claim and same practitioner claim
                    have the same date of service or within one day, the
                    episode fails.  If these codes do not occur on the same
                    date or within one day, the episode passes the edit.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify service dates, procedure codes and/or type of
                    service rendered with providers via query letter and/or
                    telephone.

                 3) Override flag with corrections and revised edit.

                 4) Override flag without corrections.

                 5) Leave episode flagged and request portions fo the
                    practitioner's records for Medical Review.

_____
*RAMS - created variable or table.

HDI-Proprietary
                                    - 53 -                    000150

                                                    The Health Data Institute ™

MCK 047558

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Revised 4/18/86

Volume of
Episodes Needed
to Test Edit:      50,000

Medical Review:   Optional

Additional
Dimensions:       None

HDI-Proprietary

000151

- 54 -

The Health Data Institute *

Confidential Information Subject to D. Del. LR 26.2

MCK 047559

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                    Revised 4/17/86

Edit BE021:        Percentage of Summed Practitioners' Charges to Total Hospital
                   Charge
Medical Necessity Edit

Type of Edit:      Defines a percentage, based on a normative pattern, between
                   the total sum of practitioners' charges to the total hospital
                   charge.

Episode Types:     Inpatient Hospital/All Practitioners

Primary Use:       To identify excessive total practitioner resource use, as
                   reflected by the practitioners' charges.

Data Required:     Comorbid Disease List (Appendix C or CI)
                   Principal Diagnosis (UB82, FL77)
                   All Other Diagnoses (UB82, FL78-81)
                   Principal Procedure (UB82, FL84)
                   Revenue Codes (UB82, FL51)
                   Total Charges (UB82, FL53)
                   Charges (HCFA 1500, #24E)
                   *Top Diagnosis
                   *Top Procedure
                   Major Invasive Surgical Procedure List (Appendix CIIB)
                   Normative Percentages; Practitioners to Hospital Charges
                   (Top Proc Appendix 39 and Top Diag Appendix 44)

How Edit Works:    1) Any claim with a comorbid condition listed is excluded
                      from the edit (Appendix C or CI). Use the top procedure
                      from the UB62 as the unit on comparison. If the Top
                      Procedure is either 200 or 201, look at the Top Diagnosis
                      as the unit of comparison. If the Top Diagnosis group is
                      200 or 201 the claim exits unedited.

                   2) Compare the Top Procedure to the Major Invasive Surgical
                      Procedure List, Appendix CIIB. If the Top Procedure
                      appears in Appendix CIIB, look at the Top Diagnosis from
                      the UB82 used as the unit of comparison. If the Top
                      Diagnosis is 200 or 201, the claim exits unedited.

                   3) To obtain the hospital total charge, use FL53 from the
                      UB82 form. If there are any values for the revenue codes,
                      professional fees, 960-4, 969, 971-979, 981-989 on the
                      UB82 FL51, they should be deducted from the value in FL53
                      and added to the charge value(s) from all HCFA 1500
                      claims, #24E.

_____

*RAMS-created variable or table.

HD1-proprietary

                                                            000152

                                - 55 -

                                                The Health Data Institute™

                                                        MCK 047560

Revised 4/17/86

4) For the basic episode, compute the percentage of total practitioners' charges (HCFA 1500, #24E plus any UB82 revenue codes) to the total hospital charge (UB82 FL53 minus any UB82 revenue codes stated). If there are no changes on any of the practitioners' claim(s) and there are no professional fees on the UB-82, the episode exits unedited.

5) Using the Top Procedure on the Top Diagnosis created in Step 1 or 2, compare the computed percentage to the normative percentage in Appendix 39 (Top Procedure) on Appendix 44 (Top Diagnosis). If the computed percentage for the episode is less than or equal to the normative percentage, the episode passes the edit. If the computed percentage, is greater than the normative percentage the episode fails.

Action Options:   1) Entry clerk checks for data error.

2) Verify charges submitted by all providers via telephone or query letter.

3) If the episode continues to fail after query:

a) leave the episode flagged and submit for medical review

b) override the flag without correction, and add it to a file from which a potential provider profile could be generated.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:   Required

Additional
Dimensions:      Normative Percentages = 2 digits, no decimals

HDI-Proprietary

000153

- 56 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047561

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                      Revised 4/17/86

Edit BE022A:      Number of Practitioners/Uncomplicated Diagnoses
Medical Necessity Edit

Type of Edit:     Defines uncomplicated diagnoses and their relationship to the
                  number of practitioners deemed necessary.

Episode Types:    Hospital Inpatient and Any Practitioners

Primary Use: To identify overutilization of practitioners.

Data Required:    Principal Diagnosis (ICD9 - UB82 FL 76)
                  All Other Listed Diagnoses (ICD9 - UB82 FL 77-81)
                  All Procedure Codes
                  Provider ID (UB82 + HCFA 1500)
                  *Top Procedure (Appendix 4)
                  *Top Diagnosis (Appendix 3)
                  *Comorbid Disease List (Appendix CI)
                  *Maximum Acceptable Practitioners/Diagnoses (Appendix 46)
                  *Major Invasive Procedure List (Appendix C11B)

How Edit Works:   1) Convert all Procedures into a Top Procedure Group.  The
                     Top Procedures are checked against the major Invasive
                     Procedure List (Appendix C11B).  Episodes with Top
                     Procedure codes on the Major Invasive Procedure List will
                     exit unedited.

                  2) All Other Listed Diagnoses on the hospital claims are
                     compared to the Comorbid Disease List (Appendix CI).  If a
                     comorbid condition is identified on the hospital claim, it
                     exits unedited.  If no comorbid condition is found, the
                     episode continues.

                  3) Count unique practitioners using Provider ID.

                  4) The principal diagnosis on the hospital claim is converted
                     to a Top Diagnosis. (Appendix 3)

                  5) The hospital Top Diagnosis and the total count of
                     different provider IDs are checked against the Maximum
                     Acceptable Practitioners/Diagnoses (see Appendix 46).

                  6) If the total number of practitioners is greater than the
                     maximum acceptable number, the episode fails the edit.  If
                     the total number is less than or equal to the maximum
                     number, the episode passes the edit.

Action Options:   1) Data entry clerk checks the data entry error.

_____
*RAMS - created variable or table.

HDI-Proprietary                                              000154

                              - 57 -

                                              The Health Data Institute *

MCK 047562

Revised 4/17/86

2) Verify type of service and place of sevice with
   practitioners via query letter and/or telephone.

3) Override flag with correction.

4) Override flag without correction.

5) Flag episode and request the hospital/practitioner records
   for Medical Review.

Volume of
Episodes Needed
to Test Edit:      100,000

Medical Review:    Preferred

Additional
Dimensions:        None

Comments:          A counter will need to be maintained as each  consultant's
                   claim is edited against the hospital claim.

The Health Data Institute™

MCK 047563

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

BASIC EPISODE - II                Revised 4/17/86

Edit #E022B:    Number of Practitioners/Uncomplicated Procedures
Medical Necessity edit

Type of Edit:   Defines uncomplicated procedures and their relationship to
                number of practitioners deemed necessary.

Episode Types:  Hospital Inpatient and Any Practitioner and Different
                Practitioner

Primary Use:    To identify overutilization of practitioners.

Data Required:  All Other Listed Diagnoses (ICD9 - UB82 Fl 77-81)
                Provider ID (UB82 + HCFA 1500)
                Procedure (CPT4 - HCFA FL 24A)
                *Top Procedure (Appendix 4)
                *Comorbid Disease List (Appendix CI)
                *Major Invasive Procedure List (Appendix C11B)
                *Medical Visits (Appendix 19)
                *Maximum Acceptable Practitioners/Procedures (Appendix 47)

How Edit Works: 1) At least one procedure must be present on the hospital's
                   claim or exit unedited   Convert all procedures into a Top
                   Procedure Group.  The Top Procedures are checked against
                   the Major Invasive Procedure List (see Appendix C11B).
                   Only claims with at least one Top Procedure on the major
                   invasive procedure list will be edited.  If none of the
                   claims have at least one major invasive procedure it exits
                   unedited.

                2) The Other Listed Diagnoses on the hospital's claim are
                   compared to the Comorbid Disease List (see Appendix CI).
                   Only episodes without comorbid conditions will continue to
                   be edited.  Episodes with comorbid conditions exit
                   unedited.

                3) Count unique practitioners using Provider ID.

                4) Using the Top Procedure and the total number of different
                   Provider IDs, the episode is compared to the table of
                   Maximum Acceptable Practitioners/Procedures (see Appendix
                   47).

                5) If the total number of practitioners is greater than the
                   maximum acceptable number, the episode fails the edit.  If
                   the total number is less than or equal to the maximum
                   number, the episode passes the edit.

Action Options: 1) Data entry clerk checks for data entry error.

———————————————————
*RAMS - created variable or table.

HDI-Proprietary                                        000156

                          - 59 -

                                          The Health Data Institute™

MCK 047564

Revised 4/17/86

2) Verify procedure(s), type of service and/or place of
   service with practitioner and diagnosis(es) with the
   hospital or practitioner via telephone or query letter.

3) Override flag with corrections.

4) Override flag without corrections.

5) Flag episode and request portions of hospital/practitioner
   records for Medical Review.

Volume of
Episodes Needed
to Test Edit:    100,000

Medical Review:  Preferred

Additional
Dimensions:      None

HDI-Proprietary

000157

- 60 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047565

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

Edit BE031:      Ambulatory Care:  Relationship of each test or procedure to
                 diagnosis.
Medical Necessity Edit

Type of Edit:    Compares diagnosis to each test/procedure performed or
                 ordered by a physician for medical relevance in an ambulatory
                 care setting.

Episode Type:    Outpatient Facilities/All Claims

Primary Use:     To flag superfluous tests/procedures performed or ordered by
                 any practitioner.

Data Required:   HCFA #24C, Procedure
                 HCFA #24D, Diagnoses
                 UB82, Form Locators 77-81, All listed diagnoses
                 HCFA #24B, Place of Service= 2, 3, 4, 0, A. B, E, F
                 HCFA #24G, Type of Service= 0-9, F, Y, Z
                 UB82, Form Locator 51, Revenue Codes
                 *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                 *Revenue Code to MAT Crosswalk (Appendix 60)
                 *Inclusion List (Appendix 42)
                 *MAD/MAT Acceptable Match (Appendix 43)
                 *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)

                 1) If the Basic Episode is generated from a HCFA 1500 claim:

                    a) Find the Place of Service, #24B from the primary HCFA
                       claim above.  If Place of Service equals that indicated
                       under data required, the claim is applicable to this
                       edit.  If not. the Basic Episode exits unedited 1.
                       Convert #24D, All Diagnoses, to a Major Ambulatory
                       Diagnosis Group (MAD.* Appendix XXXX).  If no diagnosis
                       converts to a MAD, exit unedited.

                    b) If any other claim in this Basic Episode is reported on
                       a HCFA form where Type of Service, #24G, is as
                       indicated under data required, the claim is applicable
                       to this edit.  If not, the claim exits unedited.  If
                       the procedure listed, #24C, is on the Inclusion List
                       (Appendix 42) (otherwise, claim exits unedited), said
                       procedure is then converted to a MAT category.  If
                       conversion  to a MAT category is not possible, the
                       claim exits unedited 4.

                    c) Using the MAT categories from step 1c, consolidate
                       identical categories.

_____

*RAMs-created variable.

HDI-Proprietary

000158

- 61 -

The Health Data Institute ™

MCK 047566

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

d) Loop all the MAT categories from step 1d to a MAD found
in step 1a using Appendix 43. If any MAT category
fails to match a MAD, the Basic Episode fails this
edit; otherwise the Basic Episode passes this edit.

2) If the Basic Episode is generated from a UB82 claim:

a) Convert All Diagnoses, Form Locators 77-81 from the
primary UB82 claim above, into MAD categories. If
unable to convert to a MAD, the Basic Episode exits
unedited 2.

b) Repeat step 1c (claims exits unedited 6, 7, or 8,
respectively).

c) Using the MAT categories from step 2c, consolidate
identical categories.

d) Loop each MAT through all MAD's found in step 2a and
link (Appendix 43) acceptable matches. If any MAT
category fails to match a MAD, the Basic Episode fails
the edit; otherwise the Basic Episode passes this
edit.

Action Options:    1) Override failure without correction(s) if charges in
question fall below a predetermined amount set by client

2) Data entry clerk checks for entry error

3) Verify data elements via telephone and/or query letter to
all providers

4) Override failure with correction(s)

5) Compare Provider ID to Problem Provider List for
questionable practice patterns

Volume of Claims
Episodes Needed
to Test Edit:

Medical Review:    Optional

Additional
Dimensions:        Type of Service   = 1 width, 12 lengths, alphanumeric
                   Place of Service  = 1 width, 10 lengths, alphanumeric
                             MAT     = 4 widths, 550 lengths, numeric
                             MAD     = 4 widths, 550 lengths, numeric

HDI-Proprietary

- 62 -

000159

The Health Data Institute ™

Confidential Information Subject to D. Del. LR 26.2

MCK 047567

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

BE0J3 - Ambulatory Care
Medical Necessity edit

> A) Appropriate total charge for tests and procedures within
> each episode
>
> B) Appropriate total charge for tests and procedures for each
> diagnosis or problem.

Type of Edit:   A) Examines the total charges for all tests/ procedures

B) Examines the total charges for all tests/procedures
connected with a specific diagnosis/problem.

Episode Type:   Outpatient Facilities/All Claims.

Primary Use:   To identify excessive ordering of or excessive charges
for tests/procedures.

Data Required:   UB82, Form Locator 51, Revenue Codes
UB82. Form Locator 53, Charges
UB82 Form Locator 77-31, All listed Diagnoses
HCFA #24C, Procedure
HCFA #24D, Diagnoses
HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
HCFA #24E, Charges
HCFA #24G, Type of Service= 0-9, F, Y, Z
Provider Zip Code, HCFA #31, UB82 Form Locator 1
*Medical Visits (Appendix RCV)
*Inclusion List (Appendix 42)
*Ambulatory Basic Episode Charges (Appendix 45)
*Major Ambulatory Diagnosis Group (MAD, Appendix 40)
*Major Ambulatory Test/Procedure, Group (MAT, Appendix 41)
*MAD/MAT Acceptable Match (Appendix 43)
*Consumer Price Index (CPI, Appendix 55)
*Maximum Ambulatory Basic Episode Charge-Client Specific
(Appendix 57)

A. Appropriate Total Charge for Tests/Procedures within each Ambulatory
Basic Episode

1) If the Basic Episode is generated from a UB82 claim:

a) Find the outpatient test charges. These charges are
equal to the sum of Revenue Code Charges on UB82, Form
Locator 53, less Revenue Code Charges that are medical
visits (Appendix RCV) from the primary claim that
generated the Basic Episode. Call this sum "X." (If
the Revenue Codes are all medical visits, the sum is
equal to "zero.")

HDI-Proprietary

- 63 -                                     000160

The Health Data Institute *

MCK 047568

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Revised 4/17/86

b) If any other claim in the Basic Episode is reported on a HCFA form where #24G, the Type of Service is as indicated under data required, the claim is applicable to this edit; if not, this claim exits unedited. If the procedure listed, #24C, is on an inclusion list (Appendix XXXXII), the claim is applicable to this edit; if not this claim exits unedited. The charge, #24E, for said procedure is obtained. Call this amount "Z."

c) Sum "X," and "Z." Compare this sum to a Maximum Ambulatory Basic Episode Charge (Appendix 57) and a minimum threshold dollar amount.

d) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Basic Episode Charge but greater than a low threshold, the Basic Episode goes to part B2. If the sum is greater than the maximum, the Basic Episode Fails. If less than or equal to the low threshold, the Basic Episode passes this Edit.

2) If the Basic Episode is generated from a HCFA 1500 claim:

a) Find the Place of Service, #24B, from the primary HCFA claim. If Place of Service is as indicated under data required, the claim is applicable to this edit; if not, exit unedited. If the procedure listed 24C, is on an Inclusion List (Appendix XXXXII), the Basic Episode is applicable to this edit. If not, exit unedited. The charge, 24E, for said procedure is obtained. Call this amount "X."

b) If any other claim in this Basic Episode is reported on a HCFA form, repeat step A1c. Call this sum "Z". (If T.O.S. = F and 4 or if nonmatch on proc. Inclusion List exit unedited).

c) Sum "X," and "Z." Compare this sum to a Maximum Ambulatory Basic Episode Charge (Appendix 57) and a minimum threshold dollar amount.

d) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Basic Episode Charge but greater than a low threshold, the Basic Episode advances to part B.1. If the sum is greater than the maximum, the Basic Episode Fails. If the sum of charges is less than a low threshold, the Basic Episode Passes this edit.

HDI-Proprietary

- 64 -

000161

The Health Data Institute

MCK 047569

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

B. Appropriate total charges for each diagnosis/problem.

    1) If The Basic Episode is generated from a HCFA 1500 claim:

        a) Convert #24D, all Diagnoses, from the primary claim to a Major Ambulatory Diagnosis Group (MAD* Appendix XXXX), otherwise exit unedited. A Standard Charge for each diagnosis group has been predetermined. Find the MAD Standard charge (Appendix XXXXV), and save with the MAD group. Using provider zip code from this primary claim, adjust the standard charge via Appendix 55, consumer price index.

        b) If any other claim in this Basic Episode is reported on a HCFA form where Type of Service, 24G, is not equal to "F," convert procedure, #24C, to a MAT category. Convert procedure from primary claim to MAT category. (Exit claim 5 if T.O.S. inappropriate. Exit unedited if procedure does not convert to a MAT.) The charge, #24E, for the procedure becomes the MAT charge. Every HCFA claim in this Basic Episode type will loop and add its procedure to a MAT with a corresponding dollar amount. Each subsequent HCFA claim that formats into the same MAT category will add its charge to that MAT total. Save the dollar amount determined for each MAT with the MAT group.

        c) Using the MAT categories and dollar amounts from steps B1b and B1c, consolidate identical categories and sum the respective dollar amounts within each MAT.

        d) Match the MAT categories and charges from step B1d to the MAD and its Standard Charge as determined in step B1a (Appendix 43). Those MAT groups which do not match the MAD will exit unedited.

        e) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD Standard Charge, the Basic Episode passes this edit. If the sum is greater than or equal to the Standard, the Basic Episode fails this edit.

    2) If the Basic Episode is generated from a UB82 claim:

        a) Convert All Diagnoses, Form Locator 77-81 from the primary UB82 claim, into MAD categories. If no diagnosis converts, exit unedited. A standard charge for each MAD group has been predetermined. Find this MAD standard charge and using Provider zip code from this primary claim, adjust the Standard charge via Appendix 55, Consumer Price Index. Save the dollar amounts with their respective MAD groups.

HDI-Proprietary

- 65 -

The Health Data Institute *

MCK 047570

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Revised 4/17/86

b) If any other claim in this Basic Episode is on a HCFA
form, repeat step B1c. (Exit unedited for T.O.S. =
"F," exit unedited if procedure does not convert to a
MAT.)

c) Using the MAT categories and dollar amounts from steps
B2b and B2c, consolidate identical categories and sum
their respective dollar amounts.

d) Match the MAT categories and charges from step B2d to
the MAD and its standard charge as determined in step
B2a. Those MAT groups which do not link to the MAD
will be disregarded and exit unedited.

e) Sum the MAT charges that linked to the MAD. If the sum
of all the linked MAT charges is less than the MAD
standard charge, the Basic Episode passes this edit.
If the sum is greater than or equal to the standard,
the Basic Episode fails this edit.

Action Options:  1) Override failure without correction(s) if charges in
question fall below a predetermined amount set by client.

2) Data entry clerk checks for entry error.

3) If the episode still fails after the query:

a) leave the episode flagged and submit for medical
review,

b) override the flag without correction and add it to a
file of flagged claims from which a potential provider
profile could be generated.

Volume of
Episodes Needed
to Test Edit:   100,000

Medical Review:  Required

Additional      Place of Service = 1 width, 10 lengths, alphanumeric
Dimensions:     Place of Service = 1 width, 12 lengths, alphanumeric

Comments:       As this is a key edit, the client should consider the
possibility of not continuing with other Basic Episode edits
until this edit is passed.

The "Primary Claim" is the central claim that generated the
formation of the episode.

―――――――――――――――――――
*RAMS-created variable or table.

HDI-Proprietary

- 66 -                    000163

The Health Data Institute ™

MCK 047571

Reviewed 01/20/86

DRG Level V

BEDRG009:        Hospital Diagnosis/Practitioner Diagnosis
Medical Necessity Edit

Type of Edit:    Compares the diagnosis submitted by the hospital to the
                 diagnosis submitted by the practitioner.

Episode Types:   Inpatient Hospital/Any Practitioner

Primary Use:     To validate the accuracy of the diagnosis submitted by the
                 hospital with the diagnosis submitted by the practitioner.

Data Required:   Principal Diagnosis (UB82, FL 77)
                 All Other Listed Diagnoses (UB82, FL 78-81)
                 All Diagnoses (HCFA 1500, FL 23)
                 DRG
                 Top Diagnosis*

How Edit Works:  1) The hospital claim must have a DRG assignment to proceed
                    through this edit.  Claims without a DRG listed will not
                    be edited.

                 2) Convert all the diagnoses from the hospital and all the
                    diagnoses from the practitioner into their Top Diagnosis
                    groups.  If all Top Diagnosis from either the hospital or
                    the practitioner are Top Diagnosis 200, "Other All," or
                    Top Diagnosis 201, "Missing," the episode cannot continue
                    to be edited.

                 3) Compare all the Top Diagnoses from the hospital to all the
                    Top Diagnoses from the practitioner, looking for an exact
                    match.  Once an exact match is found, the looping process
                    is stopped, and the episode passes the edit.  If after
                    looping through all Top Diagnosis groupings no match is
                    found, the episode fails.

Action Options:  1) Data entry clerk checks for data entry error.

                 2) Verify diagnoses with both the hospital and the
                    practitioner via telephone or query letter.

                 3) If episode still fails edit after query:

                    a) Pend claim and request portions of the medical record
                       for review.

                    b) Override the flag without correction and add it to a
                       file of flagged claims from which a potential provider
                       profile could be generated.

HDI-Proprietary

000164

- 57 -

The Health Data Institute °

MCK 047572

Confidential Information Subject to D. Del. LR 26.2

Reviewed 01/20/86

Volume of Episodes
Needed to Test
Edit:              100,000

Medical Review:   Required

Additional
Dimensions:       DRG - 4 digits, numeric, no decimal

Comments:         The DRG Diagnosis/Diagnosis Edit differs from BE009 because
                  an exact match between the diagnoses is required to pass the
                  edit.  Episodes with a DRG assignment will not go through
                  BE009.

HDI-Proprietary

000165

- 68 -

The Health Data Institute

MCK 047573

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

DRG Level V                    Reviewed 01/20/86

Edit BEDRG010:   Hospital Procedure/Practitioner Procedure
Medical Necessity Edit

Type of Edit:    Compares hospital and practitioner procedures

Episode Type:    Hospital Inpatient (UB82) with DRG and Practitioner Claim
                 (HCFA)

Primary Use:     To check the accuracy of the hospital's and practitioner's
                 listed procedures.

Data Required:   All Procedures (UB82 FL84-86, HCFA FL 24C)
                 DRG
                 Provider ID
                 *Top Procedure
                 *Procedural DRGs (Appendix 81)

How Edit Works:  The hospital claim must have a valid procedural DRG (see
                 Appendix LXXXI).  The practitioner claim must have at least
                 one procedure.  The hospital Top Procedures and the
                 practitioner's Top Procedure must be between 1 and 117,
                 otherwise they will not be edited.  The practitioner's Top
                 Procedure is compared to all the hospital's Top Procedures.
                 If an exact match is found, the claim passes the edit.  If
                 exact match is not found, the claim fails the edit.

Action Options:  1) Data entry clerk checks for data entry error..

                 2) Verify procedures with providers via telephone and/or
                    query letter.

                 3) If claim still fails after query:

                    a) Pend claims and request portions of the charts for
                       Medical Review.

                    b) Pay claims and request portions of the charts for
                       Medical Review.

                    c) Pay claims and add providers' names to a Problem
                       Provider file which may be used for report writing
                       and/or more aggressive editing.

Volume of Claims
Needed to Test
Edit:            100,000 (50,000 with DRGs)

Medical Review:  Preferred


HDI-Proprietary

                                                        000166
                              - 69 -


The Health Data Institute ™

MCK 047574

Revised 1/20/86

Additional
Dimensions:        DRG - 4 digits
                       - no decimals
                       - numeric

Comments:          The DRG Procedure/Procedure Matching Edit differs from BE010
                   because an exact match between the Top Procedures is required
                   to pass this edit.

HDI-Proprietary

~ 70 ~

000167

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047575

04-CV-1258-SLR (D.Del.)

EXTENDED EPISODE EDITS

.

000168

The Health Data Institute *

MCK 047576

Confidential Information Subject to D. Del. LR 26.2                          04-CV-1258-SLR (D.Del.)

8/27/06

Edit EE023:     Ancillary Charges/Procedure/Diagnosis
Medical Necessity Edit

Type of Edit:     Flags ancillary charges that are outside the expected range.
                  This edit will include all outpatient supplier claims
                  (excluding practitioner) done 21 days prior to the hospital
                  admission or seven days after discharge from the hospital.
                  If the patient is transferred to another facility, this edit
                  will not be done.

Episode Types:    Hospital Inpatient (UB-82)
                  Any Outpatient Supplier (excluding practitioner) UB82 or
                  HCFA

Primary Use:      To validate the accuracy of pre- and postadmission testing
                  charges when compared to the procedure/diagnosis to determine
                  if there is overutilization of ancillary services.

Data Required:    UB82 revenue codes (FL53)
                  UB82 total revenue charges (FL 51)
                  UB82 diagnoses (FL 77-81)
                  *Top Procedure
                  *Top Diagnosis
                  HCFA 1500 Procedure Code (24C)
                  HCFA 1500 TOS = 1, 4, 5, 6, 9
                  HCFA 1500 POS ≠ 1
                  *Appendix 41 (MAT Group)
                  *Appendix 75 (Individual Ancillary Maximum Charges/Top
                  Diagnosis)
                  Provider Zip Code
                  *Appendix LV (Consumer Price Index)

How Edit Works:   Take any outpatient claim that is up to 21 days before the
                  hospital admission or within seven days after discharge from
                  the hospital, and apply the CPI adjustment using the provider
                  zip code.

                  1) If the outpatient claim is submitted on HCFA 1500 form and
                     Type of Service (TOS) = 4, 5, 6, and Place of Service
                     (POS) ≠ 1, then convert CPT4 Procedure Code (FL 24C) to
                     Top Procedure.  If Top Procedure is between 1 and 199 then
                     convert CPT4 code (FL 24C) to MAT Group (Appendix 41).  If
                     Top Procedure is greater than 199, claim is unedited.

                     a) If MAT Group is not 700-784, go to B.  If MAT Group is
                        between 700-784, add total charges of all MAT Groups to
                        the combined total charge on UB82 inpatient claim of
                        UB82 Revenue Codes 32X, 33X, 34X, 35X, and 40X to
                        obtain a Radiology Total Charge (RTC).  If RTC is less
                        than the maximum radiology charge by principal Top
                        Diagnosis (Appendix 75) the claim passes(1) the edit;
                        if not go to 2f.

HDI-Proprietary

- 72 -                                    000169

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047577

04-CV-1258-SLR (D.Del.)

8/27/86

b) If MAT Group is not 800-879 go to C.  If MAT Group is 800-879, add the total charges of all MAT groups to the total charge on UB82 inpatient claim Revenue Code 30X to obtain the Laboratory Total Charge (LTC).  If LTC is less than the maximum laboratory charge (Appendix 75) the claim passes (1) the edit; if not go to 2f.

c) If MAT Group is not 930,937 go to D.  If MAT Group is 930,937 add the total charges of MAT Groups to the total charge of revenue code 73X on UB82 inpatient claim to obtain the EKG Total Charge (ETC).  If ETC is less than the maximum EKG charge (Appendix 75) the claim passes(4) the edit; if not go to 2f.

d) If MAT Group is not 940, go to E.  If MAT Group is 940 add the total charges of the MAT group to the total charge of revenue code 46X on UB82 inpatient claim to obtain PFT Total Charge (PFTC).  If PFTC is less than the maximum pulmonary function charge (Appendix 75) the claim passes(5) the edit; if not go to 2f.

e) If MAT Group is not 958, exit unedited.  If MAT Group is 958 add the total charges of MAT group to the total charge of revenue code 74X on UB82 inpatient claim to obtain EEG total charge (EEGTC).  If EEGTC is less than the maximum EEG charge (Appendix 75) the claim passes(6) the edit; if not go to 2f.

2) If the secondary claim is submitted on a UB82 form, convert principal diagnosis to Top Diagnosis.

a) On the outpatient claim, if review codes are not 32X, 33X, 35X or 40X, go to 2b.  If Revenue Code (FL51) = 32X, 33X, 34X, 35X, 40X, add the total of these revenue code charges (FL53) to the combined inpatient revenue code charges of 32X, 33X, 34X, 35X, 40X to obtain the RTC.  If RTC charge > corresponding maximum radiology charge in Appendix 75 go to 2F.

b) If Revenue Code is not 30X, go to 2C.  If Revenue Code in FL51 = 30X, add the total charge of revenue code FL53 to the inpatient revenue code charge of 30X = LTC.  If LTC charge > corresponding maximum lab charge in Appendix 75; go to F.

c) If Revenue Code is not 73X, go to 2D.  If Revenue Code is FL51 = 73X, add the total charge of revenue code FL53 to the inpatient revenue code charge 73X = ETC.  If ETC charge > corresponding maximum EKG charge in Appendix 75;  go to F.

d) If revenue Code is not 40X, go to 2E.  If Revenue Code is FL51 = 46X, add the total charge of revenue code

HDI-Proprietary

- 73 -

000170

The Health Data Institute ⁻

Confidential Information Subject to D. Del. LR 26.2

MCK 047578

04-CV-1258-SLR (D.Del.)

8/27/86

FL53 to the inpatient revenue code charge 46X = PFTC.
If PFTC > corresponding maximum PFT charge in Appendix
75; go to F.

e) If Revenue Code is not 74X, exit unedit.  If Revenue
Code is FL51 = 74X, add the total charge of revenue
code FL51 to the inpatient revenue code charge 74X =
EEGTC.  If EEGTC > corresponding maximum EEG charge in
Appendix 75; go to F.

f) This step is for those charges that failed steps 1A-E
or 2A-E.

On the UB-82 inpatient claim obtain all the listed Top
Diagnoses.  Only edit those Top Diagnoses which are not
identical starting with the principal Top Diagnosis.
Look up on Appendix 26 the maximum allowable charge for
Top Diagnoses for the ancillaries which previously
exceeded the maximum limit for principal Top Diagnoses
(steps 2A-2E).  Using the formula below, add up the
table charges for the ancillary for each listed Top
Diagnosis on the inpatient claim.  If the total charges
from this formula are > the patient's total charge for
that ancillary, the episode passes.  Otherwise it
fails.  With radiology charges you must add Revenue
Codes 32X, 33X, 34X, 35X, and 40X for each Top
Diagnoses before applying the formula.

Let A = Top Dx from principal dx (FL 77)
Let B = Top Dx from FL 78
Let C = Top Dx from FL 79
Let D = Top Dx from FL 80
Let E = Top Dx from FL 81

If 1(A) + 1/3(B) + 1/4(C) + 1/5(D) + 1/6(E) > patient's
total charge -pass

Action Options:     1) Data entry clerk checks for data entry error.

2) Verify the Revenue Codes with provider via telephone
and/or query letter.

3) Leave Claim flagged, submit for Medical Review.

4) Override flag without corrections(s).

Volume of Claims
Needed To Test
Edit:               500,000 inpatient claims only.

---

*RAMS created variable or table.
**Minimum charge = 3 bytes, All other charges = up to 5 bytes.

HDI-Propriecary

– 74 –

000171

The Health Data Institute

Confidential Information Subject to D. Del. LR 26.2

MCK 047579

04-CV-1258-SLR (D.Del.)

Medical Review:   Required                                          3/27/86

Additional
Dimensions:       For Appendix XXV and XXVI, the tables will have the following
                  dimensions:
                  3 dimensional array with:
                      length = 69 = Revenue Codes
                      height = 199 = Top Diagnosis
                      depth = 4 = Dollar Amounts**
                  Revenue Codes - 3 digits, numeric.  No decimals.

Comments:         This edit may also be done on a DRG basis.

_____

 *RAMS created variable or table.
**Minimum charge = 3 bytes, All other charges = up to 5 bytes.

HDI-Proprietary

                              - 75 -                      000172

                                              The Health Data Institute *

MCK 047580

Reviewed 7/22/86

Edit EE031:      Ambulatory Care:  Relationship of each test or procedure to
                 diagnosis.
Medical Necessity Edit

Type of Edit:    Compares diagnosis to each test/procedure performed or
                 ordered by a physician for medical relevance in an ambulatory
                 care setting.

Episode Types:   Outpatient Facility, Any Practitioner

Primary Use:     To flag superfluous tests/procedures performed or ordered by
                 any practitioner.

Data Required:   HCFA #24C, Procedure
                 HCFA #24D, Diagnoses
                 UB82, Form Locators 77-81, All listed diagnoses
                 HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
                 HCFA #24G, Type of Service= 0-9, F, Y, Z
                 UB82, Form Locator 51, Revenue Codes
                 *Revenue Code to MAT Crosswalk (Appendix 60)
                 *Inclusion List (Appendix 42)
                 *Major Ambulatory Diagnosis Group (MAD Appendix 40)
                 *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
                 *MAD/MAT Acceptable Match (Appendix 43)

                 1) If the Extended Episode is generated from a HCFA 1500
                    claim:

                    a) Find the Place of Service, #24B from the primary HCFA
                       claim above.  If Place of Service equals that indicated
                       under data required, the claim is applicable to this
                       edit.  If not, the Extended Episode exits unedited 1.
                       Convert #24D, All Diagnoses, to a Major Ambulatory
                       Diagnosis Group (MAD*, Appendix XXXX).

                    b) If any other claim in this Extended Episode is reported
                       on a UB82 form, convert Revenue Codes, Form Locator 51,
                       to Major Ambulatory Test/Procedure Groups (Appendix 60).
                       If conversion to a MAT is not possible, the claim exits
                       unedited 1.

                    c) If any other claim in this Extended Episode is reported
                       on a HCFA form where Type of Service, #24G, is as
                       indicated under data required, the claim is applicable
                       to this edit.  If not, the claim exits unedited 2.  If
                       the procedure listed, #24C, is on an Inclusion List
                       (otherwise, claim exits unedited 3), said procedure is
                       then converted to a MAT category.  If conversion is not
                       possible, the claim exits unedited 4.

                    d) Using the MAT categories from steps 1b and 1c,
                       consolidate identical categories.

HDI-Proprietary

- 76 -

000173

The Health Data Institute

MCK 047581

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Reviewed 7/22/86

e) Match (Appendix XXXXIII) all the MAT categories from
step 1d to a MAD found in step 1a. If any MAT category
does not link to A MAD, the Extended Episode fails this
edit.

f) Proceed to Action Options.

2) If the Extended Episode is generated from a UB82 claim:

a) Convert All Diagnoses, Form Locators 77-81 from the
primary UB82 claim above, into MAD categories. If
unable to convert to a MAD, the Extended Episode exits
unedited 2.

b) Repeat step 1b. (Claim exits unedited 5).

c) Repeat step 1c. (Claim exits unedited 6, 7, or 8,
respectively.)

d) Using the MAT categories from steps 2b and 2c,
consolidate identical categories.

e) Loop each MAT through all MAD's found in step 2a and
link (Appendix XXXXIII) acceptable matches. Any MAT
that does not link to any MAD justifies failure of the
Extended Episode for this edit.

f) Proceed to Action Options.

Action Options:    1) Override failure without correction(s) if charges in
question fall below a predetermined amount set by client.

2) Data entry clerk checks for entry error.

3) Verify data elements via telephone and/or query letter to
all providers.

4) Override failure with correction(s).

5) Compare Provider ID to Problem Provider List for
questionable practice patterns.

Volume of Claims
Episodes Needed
to Test Edit:

Medical Review:   Optional

Additional
Dimensions:       Type of Service   = 1 width, 12 lengths, alphanumeric
                  Place of Service  = 1 width, 10 lengths, alphanumeric
                             MAT    = 4 widths, 550 lengths, numeric
                             MAD    = 4 widths, 550 lengths, numeric
_____
*RAMS created variable.

HDI-Proprietary

- 77 -                                    000174

The Health Data Institute

MCK 047582

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 3/27/86

Edit EE033:    Ambulatory Care:
Medical Necessity Edit

         A) Appropriate total charge for tests and procedures within
           each episode.

         B) Appropriate total charge for tests and procedures for each
           diagnosis or problem.

Type of Edit:    A) Examines the total charges for all tests/ procedures.

         B) Examines the total charges for all tests/procedures
           connected with a specific diagnosis/problem.

Episode Types:    Outpatient Facility, Any Practitioner

Primary Use:    To identify excessive ordering of or excessive charges
         for tests/procedures.

Data Required:    UB82, Form Locator 51, Revenue Codes
         UB82, Form Locator 53, Charges
         UB82 Form Locator 77-81, All listed Diagnoses
         HCFA #24C, Procedure
         HCFA #24D, Diagnoses
         HCFA #24B, Place of Service= 2, 3, 4, 0, A, B, E, F
         HCFA #24E, Charges
         HCFA #24G, Type of Service= 0-9, F, Y, Z
         Provider Zip Code, HCFA #31, UB82 Form Locator 1
         *Medical Visits (Appendix RCV)
         *Inclusion List (Appendix 42)
         *Ambulatory Basic Episode Charge (Appendix 45)
         *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
         *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
         *MAD/MAT Acceptable Match (Appendix 43)
         *Consumer Price Index (CPI, Appendix 55)

A.  Appropriate Total Charge for Tests/Procedures within each Ambulatory
    Extended Episode

      1) If the Extended Episode is generated from a UB82 claim:

        a) Find the outpatient test charges.  These charges are
          the sum of Revenue Code Charges on UB82, Form Locator
          53, less Revenue Code Charges that are medical visits
          (Appendix RCV, else exit line item 1), from the primary
          claim that generated the Extended Episode.  Call this
          sum "X." (If the Revenue Codes are all medical visits,
          the sum is equal to "zero.")

HDI-Proprietary

- 78 -

000175

The Health Data Institute ™

MCK 047583

Reviewed 6/27/96

    d) Sum "X," "Y," and "Z." Compare this sum to a maximum Ambulatory Extended Episode Charge (Appendix XXXXV), and a minimum threshold dollar amount. Adjust both amounts, using provider zip code, with the CPI, Appendix 55.

    e) If the sum of charges for all tests and procedures is less than or equal to the Maximum Ambulatory Extended Episode Charge but greater than a low threshold, the Extended Episode advances to part B.1. If the sum is greater than the maximum, the Extended Episode fails (2). If the sum of charges is less than a low threshold, the Extended Episode passes this edit (2).

B. Appropriate total charges of each diagnosis/problem.

    1) If the Extended Episode is generated from a HCFA 1500 claim:

        a) Convert #24D, All Diagnoses, from the primary claim to a Major Ambulatory Diagnosis Group (MAD* Appendix XXXX), otherwise, exit unedited (3). A Standard Charge for each diagnosis group has been predetermined. Find the MAD Standard charge (Appendix XXXXV), and save with the MAD group. Using the provider zip code from this primary claim, adjust the Standard Charge via the CPI (Appendix 55).

        b) If any other claim in this Extended Episode is reported on a UB82 form, convert Revenue Codes, Form Locator 31, to Major Ambulatory Test/Procedure Groups (Appendix 60). If a revenue code doesn't convert exit line item only (4). Sum the charges, form locator 53, for each procedure within a single MAT group. Save the dollar amount determined for each MAT with the MAT group.

        c) If any other claim in this Extended Episode is reported on a HCFA form where Type of Service, 24G, is not equal to "F," convert procedure, #24C, to a MAT category. (Exit claim 5 if T.O.S inappropriate; exit claim 6 if procedure does not convert to a MAT). The charge, #24E, for the procedure becomes the MAT charge. Every HCFA claim in this Extended Episode type will loop and add its procedure to a MAT with a corresponding dollar amount. Each subsequent HCFA claim that formats into the same MAT category will add its charge to that MAT total. Save the dollar amount determined for each MAT with the MAT group.

HDI-Proprietary

000176

The Health Data Institute *

MCK 047584

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 3/27/86

d) Using the MAT categories and dollar amounts from steps B1b and B1c, consolidate identical categories and sum the respective dollar amounts within each MAT.

e) Match the MAT categories and charges from step B1d to the MAD and its Standard Charge as determined in step B1a. Those MAT groups which do not link to the MAD will be disregarded and exit unedited (4).

f) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD Standard Charge, the Extended Episode passes this edit. If the sum is greater than or equal to the Standard, the Extended Episode fails this edit (3). If not, Pass (3).

2) If the Extended Episode is generated from a UB82 claim:

a) Convert All Diagnoses, Form Locator 77-81 from the primary UB82 claim into MAD categories. If no diagnosis converts, the Extended Episode exits unedited (5). A standard charge for each MAD group has been predetermined. Find this MAD standard charge and using provider zip code, adjust the Standard charge via Appendix 55, CPI. Save the dollar amounts with their respective MAD groups.

b) If any other claim in this Extended Episode is on a UB82 form, repeat step B1b. (Exit line item 6 if Revenue Code does not convert to a MAT).

c) If the secondary or tertiary claim (to "N") in this Extended Episode is on a HCFA form, repeat step B1c. (Exit claim 7 for T.O.S. = "F;" exit claim 8 if procedure does not convert to a MAT).

d) Using the MAT categories and dollar amounts from steps B2b and B2c, consolidate identical categories and sum their respective dollar amounts.

e) Match the MAT categories and charges from step B2d to the MAD and its standard charge as determined in step B2a. Those MAT groups which do not link to the MAD will be disregarded and exit unedited 6.

f) Sum the MAT charges that linked to the MAD. If the sum of all the linked MAT charges is less than the MAD standard charge, the Extended Episode passes this edit (4). If the sum is greater than or equal to the standard, the Extended Episode fails this edit (4).

HDI-Proprietary

- 81 -                    000177

The Health Data Institute *

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 7/22/86

Edit EE040:        Ambulatory Care:  Frequency of Tests/Procedures (by
                   Diagnosis) per Extended Episode.
Medical Necessity Edit

Type of Edit:      Identifies tests/procedures performed repetitively during an
                   extended episode.

Episode Type:      Orphan Test
                   Ambulatory Surgery claims will not be included.

Primary Use:       To detect excessive test/procedure ordering by same or
                   different practitioners.

Data Required:     UB82, Form Locators 77-81, All listed diagnoses
                   UB82, Form Locator 51, Revenue Codes
                   UB82, Form Locator 53, Charges
                   HCFA 24D, Diagnoses
                   HCFA 24C, Procedure
                   HCFA 24E, Charges
                   HCFA 24G, Type of Service = 0-9, Y, Z
                   HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                   *Extended Episode Exclusions (Appendix EEE)
                   *Major Ambulatory Test/Procedure Group (MAT, Appendix 41)
                   *Revenue Code to MAT Crosswalk (Appendix 60)
                   *Close Match CPT-4 Procedure Groups (Appendix 62)

How Edit Works:

                   1) If the Extended Episode is generated from a UB82 claim:

                      a) Compare all diagnoses, form locators 77-81, to a table
                         of exclusions from this edit (Appendix EEE). If any
                         diagnosis matches one listed on the exclusion list, the
                         Extended Episode is not applicable to this edit and
                         exits unedited (1).  If no match occurs, proceed to
                         Step b and/or Step c.

                      b) If any other claim in the Extended Episode is reported
                         on a UB82 form, compare all diagnoses, form locators
                         77-81, to a table of exclusions as in Step a.  If any
                         match one listed on the exclusion list, this claim is
                         not applicable to the edit and claim exits (5).  If no
                         match occurs, proceed to Step d.

                      c) If any other claim in the Extended Episode is reported
                         on a HCFA form where Type of Service, 24G, is as
                         indicated under data required, the claim is applicable
                         to this edit.  If T.O.S is = to "F," claim exits (1).
                         If any diagnosis, 24D, matches one on an exclusion list
                         (Appendix EEE), this claim is not applicable to this
                         edit and claim exits (2).  If no match occurs, convert
                         the procedure, 24C, to a Major Ambulatory

HDI-Proprietary

- 83 -

000178

The Health Data Institute

MCK 047586

Revised 7/22/86

Test/Procedure group (MAT*, Appendix 41). If the procedure cannot be grouped, this claim cannot be edited further and claim exits (3). If the procedure groups to a MAT, convert that MAT to a Revenue Code via Appendix 60. If the MAT does not have a corresponding revenue code listed, the claim cannot be edited further and exits (4). Proceed to Step d.

d) Check all revenue codes from Steps a, b, and c. If there are "X" or less identical revenue codes, the Extended Episode passes this edit (1). If "X" + 1 or more revenue codes exist that are identical, sum the charges, form locator 53, and the charges, 24E, from the HCFA procedure converted to a revenue code. If the total is greater than a client determined dollar amount, the Extended Episode fails this edit (1). If the total is less than the predetermined dollar amount, the Extended Episode will not be queried at this time (Exit unedited 2).

2) If the Extended Episode is generated from a HCFA claim:

a) If the primary HCFA claim above has a Place of Service, 24B, as indicated under data required, the Extended Episode is applicable to this edit, else exit unedited (3). All diagnoses, 24D, are then compared to an Exclusion List (Appendix EEE). If any diagnosis matches one on the exclusion list, the Extended Episode is not applicable to this edit and exits unedited (4). Obtain the procedure, 24C, with it's charge, 24E, if no match occurs.

b) If any other claim is reported on a HCFA form where Type of Service, 24G, is as indicated under data required and All diagnoses, 24D, are not on Appendix EEE, this claim is applicable to this Extended Episode (otherwise, exit claim 6 and 7, respectively). Check over all HCFA claims in this manner. Obtain the procedure, 24C, with it's charge, 24E.

Compare the procedure and charge found in Step a and those found in Step b. If there are "Y" or less identical procedures listed, the Extended Episode passes this edit (2). If "Y" + 1 or more identical/similar procedures exist (Appendix 62), sum the charges of these identical/similar procedures. If the sum is greater than a client determined dollar amount, the Extended Episode fails this edit(3). If the total is less than the predetermined dollar amount, the Extended Episode will not be queried at this time (exit unedited 5).

c) If any other claim is reported on a UB82 form compare all diagnoses, form locators 77-81, to a table of exclusions (Appendix EEE). If any diagnosis matches

HDI-Proprietary

- 84 -

000179

The Health Data Institute

MCK 047587

Reviewed 7/22/86

one on the exclusion list, this claim is not applicable to this edit and exits (8). If no match occurs, the primary claim must now be adapted for use with this secondary UB82 claim. Take the procedure, 24C, found on the primary claim in Step 2a and convert it to a MAT group (Appendix 41). If the procedure on the primary HCFA claim cannot be grouped, this UB82 claim cannot be edited further and the episode exits unedited (6). If the procedure groups to a MAT, convert that MAT to a revenue code via Appendix 60. If the MAT does not have a corresponding revenue code listed, the UB82 claim cannot be edited further and the episode exits unedited 7. Using the revenue code converted here from the primary claim and the revenue codes on the secondary UB82 claim, repeat Step 1d. (Pass (3) if less than "Y" identical revenue codes occur; exit unedited (8) if the sum is less than "xxx;" Fail (2) if the sum is greater than "xxx.")

Action Options:   1) Data entry clerk checks for entry error.

2) Verify procedures listed with all providers via telephone and/or query letter.

3) Override failure with correction(s).

4) Should discrepancy exist post-query:
   a) override failure without correction(s);
   b) add provider(s) to problem provider list;
   c) deny payment per client prerogative in light of dollar amounts in question.

5) Medical Review.

Volume of Claims
Episodes Needed
to Test Edit:     100,000 Outpatient Extended Episodes

Medical Review:   Optional

Additional
Dimensions:       Type of Service  = 1 width, 12 lengths, alphanumeric
                  Place of Service = 1 width, 10 lengths, alphanumeric
                              MAT  = 4 widths, 550 lengths, numeric

Comment:          The "primary claim" is the central claim that generated the formation of the episode.

---

*RAMS created variable or table.

HDI-Proprietary

- 85 -                    000130

The Health Data Institute *

MCK 047588

04-CV-1258-SLR (D.Del.)

Reviewed 3/27/86

Edit EE041:     Ambulatory Care:  Number of Practitioner Visits (by
                Diagnosis) per Extended Episode.
Medical Necessity Edit

Type of Edit:   Identifies episodes with high numbers of Practitioner visits
                for the same diagnosis/problem.

Episode Types:  Outpatient Facility, Any Practitioner
                Ambulatory Surgery Claims will not be included.

Primary Use:    To identify medically unnecessary MD visits to same or
                different providers.

Data Required:  UB82, Form Locators 77-81, All listed diagnoses
                UB82, Form Locator 51, Revenue Codes
                HCFA 24D, Diagnoses
                HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                HCFA 24C, Procedure
                HCFA 24G, Type of Service = 0-9, Y, Z
                *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                *Extended Episode Exclusions (Appendix EEE)
                *Medical Visits (Appendix RCV)

How Edit Works:

                1) If the Extended Episode is generated from a HCFA claim:

                   a) All diagnoses, 24D, from the primary HCFA claim are
                      compared to an exclusion list (Appendix EEE).  If any
                      diagnosis matches one on Appendix EEE, the Extended
                      Episode is not applicable to this edit and exits
                      unedited (1).  If no match occurs and the Place of
                      Service, 24B, is as indicated under data required (else
                      exit unedited 2), the procedure, 24C, is compared with
                      Appendix 19 for medical visit codes.  If the procedure
                      matches one on Appendix 19, All Diagnoses, 24D are
                      converted to a Major Ambulatory Diagnosis Group (MAD*,
                      Appendix 40).  If the procedure does not match a
                      medical visit code, exit unedited (3).  If All
                      diagnoses cannot be converted to a MAD the Extended
                      Episode exits unedited (4).  If any diagnosis converts,
                      continue editing.

                   b) If any other claim is reported on a UB82 form, compare
                      all diagnoses, form locators 77-81 to an exclusion list
                      (Appendix EEE).  If any diagnosis matches one on
                      Appendix EEE, this claim is not applicable to the edit
                      and the claim exits (1).  If no match occurs, compare
                      all revenue codes, form locator 51, with Appendix RCV
                      visit codes.  If any revenue code matches one on
                      Appendix RCV, convert all diagnoses present under form

HDI-Proprietary

                          - 86 -                    000181

The Health Data Institute

MCK 047589

Reviewed 8/27/86

locators 77-81 to MAD groups (Appendix 40) and proceed to Step d.  If no revenue code is a Medical Visit, this claim exits (2).

c) If any other claim is reported on a HCFA form, compare all diagnoses, 24D, to an exclusion list, Appendix EEE. If any diagnosis matches one on Appendix EEE, this claim is not applicable to this edit and exits (3).  If no match occurs and the Type of Service, 24G, is as indicated under data required (else exit claim 4), the procedure 24G, is compared with Appendix 19 for medical visit codes.  If the procedure matches one on Appendix 19, all diagnoses, 24D, are then converted to a MAD (Appendix 40).  If no match occurs, the claim exits unedited.  If the diagnosis cannot be converted to a MAD, this claim cannot be edited further and the claim exits unedited.

d) Compress the MAD's from Step 1a, 1b and 1c.

e) Count unique providers using provider ID.

f) Using the MAD groups from step 1d and the provider IDs, the episode is compared to the table of acceptable number of medical visits by MAD at the client determined level (Appendix 59).

g) If the total number of EE practitioner visits is higher that the acceptable number by MAD the last claim entering the system that generated that file fails; otherwise if passes the edit.

2. If the Extended Episode is generated from a UB82 claim:

a) Repeat step 1b for the information on the primary UB82 claim to obtain the MAD groups.  (Exit unedited (5) if any diagnosis matches one on Appendix EEE; exit unedited (6) if no revenue code equals one on Appendix RCV).

b) Repeat step 1b for the information on any other UB82 claim to obtain the MAD groups.  (Exit claim (7) is any diagnosis matches one on Appendix EEE; exit unedited: if no revenue code equals one on Appendix RCV exit unedited.)

c) Repeat step 1c for the information on any other HCFA claim to obtain the MAD group.  (If any diagnosis matches one on Appendix EEE; exit claim unedited: if T.O.S. = "F" exit unedited:  if procedure is not a medical visit exit unedited:  if cannot convert any diagnosis to an MAD exit unedited).

HDI-Proprietary

- 87 -                          000182

The Health Data Institute

MCK 047590

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

d) Compress the MAD's from step 2a, 2b, and 2c.

e) Count the unique providers using provider ID.

f) Using the MAD groups from step 2d and the provider ID's, the episode is compred to the table of acceptable number of medical visits by MAD at the client determined level. (Apopendix 59).

g) If the total number of CE practitioner visits is higher than the acceptable number by MAD the last claim entering the system that generated the file fails: Otherwise is passes the edit.

Action Options:    1. Data entry clerk checks for entry error.

2. Verify procedures and diagnoses listed with all providers via telephone and/or query letter.

3. Override failure with correction(s).

4. Check provider ID's from all claims on file. Should one provider dominate, query said provider. If no provider dominates, query the claimant concerning the multiple visits documented in their records for accuracy and/or necessity.

5. Should discrepancy exist post - query:

a) Override failure without correction(s);

b) Add provider(s) to problem provider list;

c) Deny payment per client prerogative in light of charges in question.

6. Medical Review.

Volume of Claims

Needed to Test Edit:

100,000 Outpatient Extended Episodes

HDI-Proprietary

- 88 -                    000183

The Health Data Institute

MCK 047591

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

DISEASE EPISODE EDITS

- 89 -

000184

The Health Data Institute

MCK 047592

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

Edit DE006:    Number of Diagnostic Procedures/Inpatient and Outpatient/Per
               Condition.
Medical Necessity Edit

Type of Edit:   Compares the number of diagnostic tests performed, both
                inpatient and outpatient, to a table of acceptable total
                numbers.

Episode Types:  All Claims - Inpatient and Outpatient

Primary Use:    To examine the total numbers of diagnostic tests per given time
                period of one year and/or six months.

File Required:  One Year Procedure Register

Data Required:  *TOPPROCS
                *MAD
                Date of Service (HCFA 1500, FL 24A - 2nd data field)
                Procedure Code (HCFA 1500, FL 24C)
                Diagnoses Codes (HCFA 1500, FL 23A)
                Diagnoses Codes (UB-82, FL 77-81)
                Procedure Codes (UB-82, FL 84-86)
                *Provider Key (HCFA 1500)
                Attending Physician (UB-82, FL 92)
                *Appendix 67
                *Appendix 68

How Edit Works: For those TOPPROC's selected, count the number of each selected
                TOPPROC performed within a six month time period and within a
                years time period.  Compare the total number counted to a table
                (see Appendix 68) of six month and one year acceptable numbers.
                If the number of procedures performed is more than the number on
                the table in either the six month slot or one year slot, the
                claim fails the edit.  If it is less than the number in either
                slot, it passes the edit.  If the claim fails the edit, add this
                claim to a problem provider file.

Action Options: 1) Entry clerk checks for data error.
                2) Verify date of service and procedures and the diagnosis with
                   the practitioner submitting the claims via telephone or query
                   letter.
                3) Override flag with corrections and rerun edit.
                4) If the episode still fails add the claim to a problem
                   provider file.
                5) At client option send failed claims to Medical Review.

HDI proprietary

- 90 -                    000185

The Health Data Institute™

MCK 047593

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

Edit DE040:      Ambulatory Care:  Frequency of Tests/Procedures, by Diagnosis,
                 during a Disease Episode.
Medical Necessity Edit

Type of Edit:    Identifies tests/procedures performed repetitively during a
                 disease episode.  Ambulatory surgery claims will not be
                 included.

Primary Use:     To detect excessive test/procedure ordering by same or
                 different practitioners for the same diagnosis.

File Required:   One Year Procedure Register*

Data Required:   UB82, Form Locator 77-81, All Listed Diagnoses
                 UB82, Form Locator 83-86, All Listed Procedures
                 UB82, Form Locator 92, Provider I.D.
                 HCFA 24D, Diagnoses
                 HCFA 24C, Procedure
                 HCFA 24G, Type of Service = 0-9, Y, Z
                 HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                 HCFA 30, 31, or 33, Provider ID
                 *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                 *Acceptable Number of Procedures by MAD Category (Appendix 64)
                 *Disease Episode Procedure Groups (Appendix 61)
                 *Medically Acceptable Linkages for Disease Episode Procedure
                  Groups by MAD (Appendix LXIII)

How Edit Works:  For each MAD present on the claimant's one year procedure
                 register, refer to Appendix 64, Acceptable Number of Procedures
                 by MAD category.  If the number of procedure groups present on
                 the register by MAD is less than or equal to the number of
                 procedures acceptable in Appendix 64 for every MAD on file, the
                 last claim entering the system that generated the file check
                 passes this edit.  (Pass 1 HCFA claim; Pass 2 UB82 claim.)  If
                 the derived number of procedures exceeds the acceptable number
                 of procedures per Appendix 64 for any MAD, the claim fails this
                 edit.  (Fail 1 HCFA claim; Fail 2 UB82 claim.)  The MAD and
                 procedure group causing the failure will be identified.

Action Options:  1) Data entry clerk checks for entry error.
                 2) Verify diagnosis with provider via telephone or query
                    letter.
                 3) Override failure with correction(s).
                 4) Access Lifetime Disease Register for additional
                    information.

HDI-Proprietary

- 91 -                    000186

The Health Data Institute™

MCK 047594

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

5) Should discrepancy exist post-query:
   a) Deny payment to provider per client prerogative in
      light of charges in question.
   b) Override failure without correction.
   c) Add provider(s) to problem provider list.
6) Medical Review

Episodes Needed
to Test Edit:    100,000 Outpatient Disease Episodes

Medical Review:  Preferred

Additional
Dimensions:       Type of Service = 1 width, 12 lengths, alphanumeric
             Place of Service = 1 width, 12 lengths, alphanumeric
                    MAD = 4 widths, 550 lengths, numeric
                    MAT = 4 widths, 550 lengths, numeric
  Statement Covers Period = MM/DD/YY, alphanumeric
      Date of Service = MM/DD/YY, alphanumeric
      Procedure Code = 1 width, 1 length, numeric

─────────────

*RAMS-created variable or table.

HDI-Proprietary

000187

- 92 -

The Health Data Institute

MCK 047595

Reviewed 07/23/86

Edit DE041:     Ambulatory Care:  Number of Medical Visits, by Diagnosis,
                during a Disease Episode.
Medical Necessity Edit

Type of Edit:   Identifies episodes with high numbers of medical visits for
                the same diagnosis/problem during a 366 day time period.
                Ambulatory surgery claims will not be included.

Primary Use:    a) To identify medically unnecessary visits to same or
                   different health care providers for the same diagnosis.

                b) To identify claimants with unusually high usage patterns
                   in primary care settings for the same diagnosis.

Data Required:  UB82, Form Locator 77-81, all listed diagnoses
                UB82, Form Locator 51, Revenue Codes
                UB82, Form Locator 92, Provider ID
                UB82, Form Locator 92, Provider ID
                HCFA 24D, Diagnoses
                HCFA 24B, Place of Service = 2, 3, 4, 0, A, E, F
                HCFA 24C, Procedure
                HCFA 24G, Type of Service = 0-9, Y, Z
                HCFA 30, 31 or 33, Provider ID
                *Major Ambulatory Diagnosis Groups (MAD, Appendix 40)
                *Medical Visits by Revenue Code (Appendix RCV)
                *Acceptable Number of Medical Visits by MAD (Appendix 65)
                *Medical Visits (Api9)

File Required:  One Year Procedure Register*

How Edit Works: The One Year Procedure Register for this claimant is
                accessed.  Within this register is a counter for Medical
                Visits.  Compare the medical visit counter for each MAD to
                Appendix 65, Acceptable Number of Medical Visits by MAD
                category.  If the counter for any MAD within the claimants'
                register is higher than the acceptable number, the last claim
                entering the system that generated the file check fails.
                (Fail 1 for HCFA, Fail 2 for UB82.)

Action Options: 1) Data entry clerk checks for entry error.  .

                2) Verify diagnosis with provider via telephone or query
                   letter.

                3) Override failure with correction(s).

                4) Access Lifetime Disease Register for additional
                   information.

HDI-Proprietary

000183

- 93 -

The Health Data Institute™

MCK 047596

Confidential Information Subject to D. Del. LR 26.2                    04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

5) Check provider ID's from all claims on file. Should one
   provider dominate, query said provider. If no provider
   dominates, query the claimant concerning the multiple
   visits documented in their records for accuracy and/or
   necessity.

6) Should discrepancy exist post-query:

   a) Deny payment to provider or reimbursement to claimant
      per client prerogative in light of charges in
      question.

   b) Override failure without correction.

   c) Add provider(s) to problem provider list.

7) Medical Review

Volume of
Episodes Needed
to Test Edit:    100,000 Outpatient Disease Episodes

Medical Review:  Optional

Additional
Dimensions:        Type of Service = 1 width, 12 lengths, alphanumeric
                   Place of Service = 1 width, 10 lengths, alphanumeric
                              MAD = 4 widths, 550 lengths, numeric
          Statement Covers Period = MM/DD/YY, alphanumeric
               Date of Service = MM/DD/YY, alphanumeric

---

*RAMS created variable or table.

HDI-Proprietary

- 94 -

000189

The Health Data Institute ™

MCK 047597

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Reviewed 07/23/86

Edit DE042:    Inpatient Hospital Primary Diagnosis/Disease Register
Medical Necessity Edit

Type of Edit:        Compares an inpatient hospital primary diagnosis to a
                     claimant's lifetime disease history for consistency.  A claim
                     entering this edit will not be failed until a claimant has
                     been insurance eligible for one calendar year.

Claim Type:          Hospital Inpatient

Primary Use:         To validate the accuracy and medical validity of an inpatient
                     diagnosis when compared to a patient's history.  To check for
                     appropriate outpatient diagnosis of an illness prior to
                     hospitalization for said illness.

Data Required:       UB82, Form Locators 77-81, All Listed Diagnoses
                     *Major Ambulatory Diagnosis Group (MAD, Appendix 40)
                     **Eligibility Effective Date

File Required:       Disease Register

How Edit Works:      Using Eligibility Effective Date, check claim for
                     appropriateness to this edit as stated above.  If the claim
                     is ineligible for this edit, add the diagnosis listed to the
                     Disease Register as stated in the Disease Episode
                     specifications.

                     Check over All Diagnoses, form locator 77-81, and convert
                     them to a Major Ambulatory Diagnosis Group (MAD*, Appendix
                     40).  If no diagnosis converts to a MAD, the claim exits
                     unedited (1).  If any diagnosis converts, continue editing.
                     Compare these derived MAD categories to the Disease Register
                     for this claimant.  If the MAD(s) derived from the hospital
                     claim do not match one within the patient's register, the
                     claim fails this edit (1).

Action Options:      1) Data entry clerk checks for entry error.

                     2) Verify hospital primary diagnosis with provider via
                        telephone or query letter.

                     3) Override failure with correction(s).

                     4) Should discrepancy exist post-query:

                        a) override failure without correction(s)

                        b) deny payment per client prerogative in light of dollar
                           amounts in question.

                     5) Medical Review

HDI-Proprietary

– 95 –                          000190

The Health Data Institute™

MCK  047598

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Volume of Claims
Needed to Test
Edit:            200,000 Inpatient Hospital

Medical Review:  Optional

Additional
Dimensions:      All Dates = MM/DD/YY

Reviewed 07/23/36

*RAMS-created variable or table.
**Client-created variable   .

HDI-Proprietary

- 96 -

000191

The Health Data Institute ™

Confidential Information Subject to D. Del. LR 26.2

MCK 047599

04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

DRG Level V

DEDRG002:    Checks Validity of Complicated/Comorbid Conditions to Assign
             DRG
Medical Necessity Edit

Type of Edit:    To check the validity of the assigned DRG based on the
                 presence of complicated/comorbid conditions.

Episode Types:    Inpatient Hospital

Primary Use:    To validate current DRG assignment based on information in
                the claimant's Disease Register.

Data Required:    DRG with complicated/comorbid conditions (Appendix 84)
                  *Major Ambulatory Diagnosis (MAD) (Appendix 40)
                  All Other Listed Diagnoses (UB82, FL 78, 79, 80, 81)

Files Required:    Disease Register

How Edit Works:    1) The hospital claim must have a complicated/comorbid DRG
                      assignment to be edited (see Appendix LXXXIV).  Claims
                      without the presence of a complicated/comorbid DRG will
                      not be edited.

                   2) For those claims with a complicated/comorbid DRG, compare
                      all other listed diagnoses (UB82, FL 78-81) to the DRG
                      Grouper comorbid disease list to identify the
                      diagnosis(es) that is a complicated/comorbid condition.

                   3) Those diagnoses that are a complicated/comorbid condition
                      are converted into their respective Major Ambulatory
                      Diagnostic Group (see Appendix XXXX).

                   4) Compare the Major Ambulatory Diagnostic Group (MAD) formed
                      above to the claimant's Disease Register.  Those claims
                      with a MAD that is currently listed in the individuals
                      Disease Register pass the edit.  The claims where no match
                      is found are flagged for Medical Review.

Action Options:    1) Data entry clerk checks for data entry error.

                   2) Verify diagnoses with the hospital via telephone or query
                      letter.

                   3) If the episode still fails the edit after query, pend
                      the claim and request portions of the medical record for
                      review.

Volume of Claims
Needed to Test
Edit:             100,000

HDI-Proprietary                                    000192

- 97 -

The Health Data Institute *

MCK 047600

Confidential Information Subject to D. Del. LR 26.2          04-CV-1258-SLR (D.Del.)

Medical Review:  Required                          Reviewed 07/20/86

Additional
Dimensions:      MAD - 3 digits, no decimals, numeric
                 DRG - 4 digits, no decimals, numeric

HDI-Proprietary

                                    - 98 -                    000193

                                              The Health Data Institute *

                                                       MCK 047601

Confidential Information Subject to D. Del. LR 26.2     04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

Disease Episode

Edit DEDRG003:   DRG Creep
Medical Necessity Edit

Type of Edit:       Compares principal diagnosis on a DRG claim to the claimant's
                    disease register.

Claim Types:        Hospital Inpatient

Primary Use:        To validate the DRG by comparing the principal diagnosis to
                    the claimant's disease register.

Data Required:      *MAD - Major Ambulatory Diagnoses (Appendix 40)
                    Principal Diagnosis (ICD9, UB82, FL 77)
                    DRG
                    *Suspect DRG/Acceptable History MADs (Appendix 82)

File Required:  Disease Register

How Edit Works:   The hospital claim must have a DRG which is frequently
                  suspected of upgrading (see Appendix 82) otherwise exit
                  unedited (1).  The claimant's disease register and the
                  suspect DRG are compared to a table of Suspect DRG/Acceptable
                  History MADs (Appendix 82).   If the MAD(s) on the disease
                  register match any of the Acceptable History MADs for that
                  DRG, the claim passes (1) the edit.  If no match is found,
                  the claim fails (1) the edit.  If all MAD slots on the
                  Disease Register are full, let claim pass (2).

Action Options:   1) Data entry clerk checks for data entry error.

                  2) Verify principal diagnosis and DRG with the hospital via
                     query letter and/or telephone request.

                  3) If the hospital claim still fails the edit after query:

                     a) Pend claim and request portions of hospital record for
                        Medical Review.

                     b) Pay claim and also request portions of chart for
                        Medical Review.

                     c) Pay claim, perform Medical Review, and add provider's
                        name to a Problem Provider file which may be used for
                        report writing and/or more aggressive editing.

Volume of Claims
Needed to Test
Edit:               100,000 (with DRGs)

────────────────────────
*RAMS created variable or table.

HDI-Proprietary                                                  000194

                              - 99 -

                                              The Health Data Institute ™

                                              MCK 047602

Reviewed 07/20/86

Medical Review:  Preferred

Additional
Dimensions:     DRG - 4 digits
                    - no decimals
                    - numeric

HDI-Proprietary

- 100 -

000195

The Health Data Institute ™

MCK 047603

Reviewed 07/20/86

### Disease Episode

Edit DEDRG004:  Split Admissions
Medical Necessity Edit

Type of Edit:       Compares a hospital admission with an adjacent prior
                    hospitalization

Episode Type:       Two Inpatient Hospitalizations (UB82) with DRGs with the
                    admission date of the second hospitalization within 90 days
                    of the discharge date of the first hospitalization.

Primary Use:        To examine two adjacent hospitalizations for quality of care
                    and validity of readmission.

Data Required:      *Days to Readmission (DTR)
                    Discharge Date (prior)
                    Admission Date (current)
                    DRG
                    *Acceptable DRGs for Readmission (Appendix 80)

File Required:      Hospital Inpatient Register (from Disease Register)

How Edit Works:     Check Hospital Inpatient Register for hospitalization
                    discharge date within 90 days of current hospitalization.
                    If none is present, exit unedited (1). Each claim must have
                    a DRG with a value of 1-467. Comparing the two hospital
                    claims, check the DRG on each for an Acceptable Readmission
                    Pair (Appendix 80). If a match is found the episode passes
                    (1) the edit. If no match is found the DRG and DTR on each
                    claim are checked to identify types of failures:

                    1) If the DRGs on the claims are the same, check the Days to
                       Readmission (DTR). If the DTR is 7 days or less, Fail 1
                       and Exit. If it's between 8 and 28 days, Fail 2 and Exit.
                       If it's between 29 and 90 days, Fail 3 and Exit.

                    2) If the DRGs are different but are still in the same MDC,
                       check the DTR. If it's 7 days or less Fail 4 and Exit.
                       If the DTR is between 8 and 28 days, Fail 5 and Exit. If
                       the DTR is between 29 and 90 days, Fail 6 and Exit.

                    3) If the MDCs on the two claims are different, check the
                       DTR. If it's 7 days or less, Fail 7 and Exit. If it's
                       between 8 and 28 days, Fail 8 and Exit. If it's between
                       29 and 90 days, Fail 9 and Exit.

HDI-Proprietary

000196

The Health Data Institute

MCK 047604

Confidential Information Subject to D. Del. LR 26.2                04-CV-1258-SLR (D.Del.)

Reviewed 07/20/86

*DTR - Days to Readmission - is calculated by subtracting the prior hospitalization's discharge date from the current hospitalization's admission date.

Action Options: 1) Data entry clerk checks for data entry error.

2) If the episode has a Fail 1, 4, or 7, add Provider ID(s) to a Problem Provider List and request portions of the chart for Medical Review. Quality of care issues are in question with these failures (DTR $\leq$ 7 days.)

3) If the episode has a Fail 2, 5, or 8, pend the claims and request portions of the charts for Medical Review. Cases of "true" split admissions to increase reimbursement are in question with these failures. (7 < DTR $\leq$ 28 days.)

4) If the episode has a Fail 3, 6, or 9, two options may be exercised:

a) Pay claim, edit retrospectively and request chart components for Medical Review.

b) Edit prospectively, pend payment, and request portions of chart for Medical Review.

Volume of Claims
Needed to Test
Edit:            100,000 (with DRG)

Medical Review:  Required

Additional
Dimensions:      DRG - 4 digits
                      - numeric
                      - no decimals

                 DTR - 2 digits
                      - numeric
                      - no decimals

---

*RAMS created variable or table.

HDI-Proprietary

- 102 -                                  000197

The Health Data Institute™

MCK 047605

Confidential Information Subject to D. Del. LR 26.2

04-CV-1258-SLR (D.Del.)

Reviewed 01/20/86

Additional
Dimensions:        DRG - 4 digits
                   - no decimals
                   - numeric

Comments:          The DRG Procedure/Procedure Matching Edit differs from BE010
                   because an exact match between the Top Procedures is required
                   to pass this edit.

HDI-Proprietary

000198

- 103 -

The Health Data Institute™

Confidential Information Subject to D. Del. LR 26.2

MCK 047606

04-CV-1258-SLR (D.Del.)