# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRIZETTO GROUP, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-1258-SLR |

### DEFENDANT'S DESIGNATION OF TRIAL WITNESSES

Pursuant to paragraph 2(f) of the February 18, 2005, Scheduling Order herein, defendant The TriZetto Group, Inc. hereby identifies the following fact witnesses that it may call at one or both of the trials herein, either in person or by way of deposition testimony:

| | | | | |
|---|---|---|---|---|
| 1. | Bargar, Robert | | 13. | Dugan, Kelli |
| 2. | Bell, Karen | | 14. | Egdahl, Richard |
| 3. | Bellomo, Anthony | | 15. | Goldberg, George |
| 4. | Blake, John | | 16. | Graham, Steve |
| 5. | Blakely, Roger | | 17. | Hawley, Philip |
| 6. | Bowker, Michael | | 18. | Hemp, Kristen |
| 7. | Cesarz, Michael | | 19. | Hertenstein, Robert |
| 8. | Cutcliff, Janet | | 20. | Holloway, Donald |
| 9. | Danza, John | | 21. | Hurst, Ronald |
| 10. | Davis, Randall | | 22. | Jones, Clifton |
| 11. | Demers, Don | | 23. | Kao, John |
| 12. | Doubleday, Chris | | 24. | Kerschberg, Larry |

| | | | | |
|---|---|---|---|---|
| 25. | King, Eric | | 32. | Owen, Mark |
| 26. | Kiplinger, Patricia | | 33. | Radosevich, Marcia |
| 27. | Lampe, Karen | | 34. | Richardson, Duffey |
| 28. | Luftig, Craig | | 35. | Siemens, Gunter |
| 29. | Margolis, Jeffrey | | 36. | Smith, Tara |
| 30. | Moore, Charlie | | 37. | Smith, Tommy |
| 31. | Nunnelly, John | | 38. | Wukitch, Carolyn |

TriZetto reserves the right to supplement and amend the foregoing list with additional witnesses based on further investigation and review, and based on additional discovery recently ordered by Judge Bechtle. TriZetto also reserves the right to call any witnesses designed by McKesson in this matter, and to designate the same or additional witnesses for purposes of impeachment and/or rebuttal.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

Attorneys for Defendant
THE TRIZETTO GROUP, INC.

OF COUNSEL:

Jeffrey T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
Jamboree Center, 4 Park Plaza
Irvine, California 92614-8557
(949) 451-3800

December 30, 2005

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served this 30th day of December, 2005, upon the following counsel in the manner indicated:

BY HAND

Thomas J. Allingham, II
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

BY FEDERAL EXPRESS

Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301

                                              /s/ Jack B. Blumenfeld
                                                  Jack B. Blumenfeld

EXHIBIT 21

Redacted

# EXHIBIT 22

Redacted