## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on July 10, 2006, I electronically filed Plaintiff McKesson Information Solutions LLC's Reply Brief in Support of Its Motion to Strike Alleged Prior Uses First Asserted After the Close of Discovery and the Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF, HAND DELIVERY & E-MAIL

| | |
|---|---|
| Rodger D. Smith, II, Esq. | Jack B. Blumenfeld, Esq. |
| MORRIS NICHOLS ARSHT | MORRIS NICHOLS ARSHT |
| & TUNNELL | & TUNNELL |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

/s/   Michael A. Barlow
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

460481-Wilmington S1A