## CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on July 14, 2006, I electronically filed Redacted Public Version of Plaintiff McKesson Information Solutions LLC's Reply Brief In Support Of Its Motion To Strike Alleged Prior Uses First Asserted After The Close of Discovery and Redacted Public Version of Declaration of Michael A. Barlow using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

### VIA CM/ECF & HAND DELIVERY

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ *Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com