IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>            Defendant. | CIVIL ACTION NO. 04-1258-SLR<br><br>PUBLIC VERSION |

**CORRECTED DECLARATION OF MICHAEL A. BARLOW IN SUPPORT OF PLAINTIFF MCKESSON INFORMATION SOLUTIONS LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT RE: <u>ANTICIPATION AND OBVIOUSNESS</u>**

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.     I am an attorney of the Bar of the State of Delaware and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff McKesson Information Solutions LLC in the above-captioned action. I submit this declaration in support of the Plaintiff's Reply Brief in Support of Its Motion for Summary Judgment re: Anticipation and Obviousness, and to transmit to the Court true and correct copies of the following documents attached as exhibits hereto:

| Description | Exhibit No. |
|---|---|
| 31 References Abandoned by TriZetto | 1 |
| *Carrion v. City of Wilmington*, Civ. A. No. 03-613-KAJ, 2005 U.S. Dist. LEXIS 787 (D. Del. Jan. 7, 2005) | 2 |
| *Hackett v. Cmty. Behavioral Health*, Civ. A. No. 03-6254, 2005 U.S. Dist. LEXIS 8410 (E.D. Pa. May 6, 2005) | 3 |
| *Primos, Inc. v. Hunter's Specialties, Inc.*, 05-1001 and 05-1376, 2006 U.S. App. LEXIS 14525 (Fed. Cir. June 14, 2006) | 4 |
| Excerpts of Trial Transcripts from April 18, 2006 | 5 |
| Correspondence from M. Lapple to M. Hendershot, dated January 28, 2005 | 6 |
| Correspondence from T. K. Roosevelt to M. Hendershot, dated April 11, 2005 | 7 |
| Correspondence from T. K. Roosevelt to D. Hansen, dated June 2, 2005 | 8 |
| Excerpts from the Deposition of David A. Wilson, taken on November 23, 2005 | 9 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 22, 2006
Corrected Declaration Executed: July 25, 2006

_____
Michael A. Barlow (I.D. # 3928)

2