# CERTIFICATE OF SERVICE

I, Michael A. Barlow, hereby certify that on July 25, 2006, I electronically filed the Corrected Public Version of the Declaration of Michael A. Barlow In Support of Plaintiff McKesson Information Solutions LLc's Reply Brief In Support of Its Motion For Summary Judgment Re: Anticipation and Obviousness using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

## VIA CM/ECF & HAND DELIVERY

Rodger D. Smith, II, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ *Michael A. Barlow*
Michael A. Barlow (ID No. 3928)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
mbarlow@skadden.com

211349.01-Palo Alto S1A