# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

July 27, 2006

BY E-FILING

Dr. Peter T. Dalleo
Clerk, United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *McKesson Information Solutions, LLC v. The TriZetto Group, Inc.*,
C.A. No. 04-1258-SLR

Dear Dr. Dalleo:

In reviewing the Appendix of Exhibits In Support Of TriZetto's Motion For Summary Judgment Of Invalidity On Grounds Of Anticipation And Obviousness (D.I. 381), we noticed that the copy of Exhibit 8 included in that Appendix is illegible. Enclosed please find a more legible copy of the exhibit. We apologize for the inconvenience.

Respectfully,

Rodger D. Smith II

RDS/dal
Enclosure
530523

cc: Thomas J. Allingham, Esquire (By E-Filing and Hand)
    Jeffrey G. Randall, Esquire (By Email)
    Jeffrey T. Thomas, Esquire (By Email)