OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 20, 2007

Thomas J. Allingham, II, ESQ.
Skadden, Arps, Slate, Meagher & Flom
Email:Tallingh@Skadden.com

RE: **McKesson Information v. Trizetto Group Inc..**
Civ. No. 04-cv-1258-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 119,120,125,126,161,162,165,167,173,174,199,200,206,207,208 209,216,217,225,226,245,246,247,248,253,254,255,256,348,355,371, 372,377,387,389,409,410,411,412,413,414,415,435,436,441,442,465, 466. 318

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _(signature)_

I hereby acknowledge receipt of the above mentioned documents on 8/20/07.

_Allan Nicholson  8/20/2007_
Signature