OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August 22, 2007*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
Email: jbbefiling@mnat.com

    RE:  **McKesson Information v. Trizetto Group Inc.,**
          Civ. No. 04-cv-1258-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 108,157,159,166,168,177,180,201,202,211,212,213,214,215,229
249,250,251,252,258,318,324,365,366,368,369,374,375,380,381,404,
405,406,408,428,429,433,434,437,438,439,440,456.

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

    I hereby acknowledge receipt of the above mentioned documents

on ____8/22/07____.

_____
Signature