OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*October 22, 2007*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
Email: jbbefiling@mnat.com

RE:  **McKesson Information v. Trizetto Group Inc..**
Civ. No. 04-cv-1258-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:109, 456 (part 2).

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on  10-22-07  .

_____
Signature

2007 OCT 22 AM 10:20
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED