IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 04-1258-SLR |
| v. | ) ) ) | |
| THE TRIZETTO GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to the above-captioned action have reached a settlement on confidential terms; and

WHEREAS, as part of such settlement, the parties seek a dismissal of this action with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action, including all claims and counterclaims asserted therein, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: September 13, 2006

By: _____/s/ Michael A. Barlow_____
Thomas J. Allingham II (No. 0476)
Michael A. Barlow (No. 3928)
SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Attorneys for Plaintiff,
McKesson Information Solutions LLC

1

OF COUNSEL:
Jeffrey G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

By: _____/s/ Jack B. Blumenfeld_____
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant,
The TriZetto Group, Inc.

OF COUNSEL:
Jeffery T. Thomas
David A. Segal
Michael A. Sitzman
GIBSON, DUNN & CRUTCHER, LLP
Jamboree Center 4 Park Plaza
Irvine, CA 92614


SO ORDERED this ____ day of September, 2006


_____
The Honorable Sue L. Robinson